10-03635-jpm    Doc 1-1    Filed 09/21/10    Entered 09/21/10 11:48:37    docket sheet
Case: 1:10-cv-6640    As of: 09/21/2010 11:21 AM EDT    1 of 7
Pg 1 of 7

CLOSED, BKREF, ECF, REFERRED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10–cv–06640–GBD
*Internal Use Only*

Fairfield Sentry Limited ( In Liquidation) v. ABN AMRO Schweiz AG et al
Assigned to: Judge George B. Daniels
Case in other court:  State Court–Supreme, 650316–10
Cause: 28:1332 Diversity: Notice of Removal

Date Filed: 09/07/2010
Date Terminated: 09/14/2010
Jury Demand: Plaintiff
Nature of Suit: 195 Contract Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Fairfield Sentry Limited ( In Liquidation)**    represented by    **Daniel Joseph SAval**
Brown Rudnick Berlack Israels, LLP (NYC)
Seven Times Square
New York, NY 10036
(212) 209–4905
Fax: (212) 938–2893
Email: dsaval@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**David J. Molton**
Brown Rudnick Berlack Israels, LLP (NYC)
Seven Times Square
New York, NY 10036
212–209–4800
Fax: 212–704–0196
Email: dmolton@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Kerry Lauren Quinn**
Paul, Weiss, Rifkind, Wharton &Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)–373–3438
Fax: (212)–492–0438
Email: kquinn@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**May Orenstein**
Brown Rudnick Berlack Israels, LLP (NYC)
Seven Times Square
New York, NY 10036
(212) 209–4913
Fax: (212) 938–2809
Email: morenstein@brownrudnick.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ABN AMRO Schweiz AG**

**Defendant**

**Adler and Co.**

10-03635-jpm Doc 1-1 Filed 09/21/10 Entered 09/21/10 11:48:37 docket sheet
Case: 1:10-cv-6640 As of: 09/21/2010 11:21 AM EDT 2 of 7
Pg 2 of 7

**Defendant**
**Privatbank AG**

**Defendant**
**Allianzbank SPA/Unifortune Conservative Side Pocket**

**Defendant**
**Alternative Investment Strategies**

**Defendant**
**Arsenal SPC**

**Defendant**
**Arsenal SPC OBO Glasgow SEG Port**

**Defendant**
**Banca Arner SA**

**Defendant**
**Banca Unione di Credito**

**Defendant**
**Bank Hapoalim Switzerland Ltd.**

**Defendant**
**Bank Julius Baer &Co. Ltd.**

**Defendant**
**Bank Sarasin &Cie**

**Defendant**
**Banque Cantonale Vaudoise**

**Defendant**
**Banque Cramer &Cie SA**

**Defendant**
**Banque Safdie SA**

**Defendant**
**Barclay's Bank PLC Singapore Wealth**

**Defendant**
**BBH LUX Guardian II**

**Defendant**
**BBH LUX Ref Fairfield GRN**

**Defendant**
**BBVA (Suisse) SA**

**Defendant**
**BCV AMC Defensive Al Fund**

**Defendant**
BNP Paribas (Suisse) SA

**Defendant**
BNP Paribas (Suisse) SA Ex Fortis

**Defendant**
BNP Paribas (Suisse) SA Private

**Defendant**
BSI AG

**Defendant**
BSI Ex Banca Del Gottardo

**Defendant**
Caceis Bank Luxembourg

**Defendant**
CBB (BVI)/The Alkima Found

**Defendant**
CBT Gems Low Vol Reg

**Defendant**
Compagnie Bancaire Helvetique

**Defendant**
Centrum Bank AG (AMS)

**Defendant**
Fidulex Management Inc.

**Defendant**
Clariden Leu Ltd.

**Defendant**
Corner Banca SA

**Defendant**
Credit Suisse AG Zurich

**Defendant**
Dexia Banque International a Luxembourg

**Defendant**
Dresdner Bank Schweiz

**Defendant**
EFG Bank SA Switzerland

**Defendant**
EFG Eurofinancier D'Invest MCL

**Defendant**
**Endurance Absolute Ltd. Master**

**Defendant**
**Fairfield Investment GCI**

**Defendant**
**Fairfield Investment Fund Ltd.**

**Defendant**
**Fairfield Masters Ltd.**

**Defendant**
**Falcon Private Bank**

**Defendant**
**FCL IFP Global Diversified CLS**

**Defendant**
**FIF Advanced Ltd.**

**Defendant**
**Finter Bank Zuirich**

**Defendant**
**Harmony Capital Fund Ltd.**

**Defendant**
**Ihag Handelsbank AG**

**Defendant**
**Incore Bank AG**

**Defendant**
**JP Morgan (Suisse) SA**

**Defendant**
**Karla Multistrategies Ltd.**

**Defendant**
**KBC Investments Ltd.**

**Defendant**
**LGT Bank in Liechtenstein AG**

**Defendant**
**Liechtensteinische LB Reinvest AMS**

**Defendant**
**Lloyds TSB Bank Geneva**

**Defendant**
**Lombard Odier Darier Hentsch &Cie**

10-03635-jpm    Doc 1-1    Filed 09/21/10    Entered 09/21/10 11:48:37    docket sheet
Case: 1:10-cv-6640    As of: 09/21/2010 11:21 AM EDT    5 of 7
Pg 5 of 7

**Defendant**
**Longboat Ltd.**

**Defendant**
**Master Capital and Hedge Fund**

**Defendant**
**NBK Banque Privee Suisse SA**

**Defendant**
**Pictet &Cie**

**Defendant**
**PKB Privatebank AG**

**Defendant**
**Private Space Ltd.**

**Defendant**
**Quasar Funs SPC**

**Defendant**
**RBC Dexia Investor Service Julius Baer Sicav**

**Defendant**
**RBS Coutts Bank Ltd.**

**Defendant**
**Richourt AAA Multistategies**

**Defendant**
**Rothschold Bank AG Zurich (Dublin)**

**Defendant**
**Rothschild Bank Geneva (Dublin)**

**Defendant**
**Rothschild Lugano Dublin**

**Defendant**
**Sella Bank AG**

**Defendant**
**SIS Seeganintersettle**

**Defendant**
**Six SIS Ltd.**

**Defendant**
**Societe Generale Bank &Trust**

**Defendant**
**Soundview Fund**

**Defendant**

**Springer Fund of Funds Ltd.**

**Defendant**

**Swisscanto FD Centre Clients A/C**

**Defendant**

**T1 Global Fund Ltd.**

**Defendant**

**Teorema Alternative Strategies**

**Defendant**

**UBS AG New York**

**Defendant**

**UBS AG Zurich**

**Defendant**

**UBS Jersey Nominees**

**Defendant**

**Verwaltungs und Privat−Bank AG Aktiengesellschaft (AMS)**

**Defendant**

**Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2010 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 650316–10. (Filing Fee $ 350.00, Receipt Number 913744).Document filed by Fairfield Sentry Limited ( In Liquidation).(rdz) (Additional attachment(s) added on 9/20/2010: #1 Exhibit A, #2 Exhibit A part 2, #3 Exhibit B) (ama). (Entered: 09/10/2010) |
| 09/07/2010 | | CASE REFERRED TO Judge Victor Marrero as possibly related to 09−cv−5650. (rdz) (Entered: 09/10/2010) |
| 09/07/2010 | | Case Designated ECF. (rdz) (Entered: 09/10/2010) |
| 09/07/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Fairfield Sentry Limited ( In Liquidation).(rdz) (ama). (Entered: 09/10/2010) |
| 09/07/2010 | 3 | DEMAND for Trial by Jury. Document filed by Fairfield Sentry Limited ( In Liquidation)(rdz) (ama). (Entered: 09/10/2010) |
| 09/07/2010 | 5 | DUPLICATE ORIGINAL ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 10–13164 (BRL). Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgeship Act of 1984, any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See M−10−468 Order Dated July 11, 1984) (Signed by Judge Robert J. Ward on 7/10/84) (laq) (Entered: 09/16/2010) |

| | | |
|---|---|---|
| 09/14/2010 | 4 | NOTICE OF CASE ASSIGNMENT to Judge George B. Daniels. Judge Unassigned is no longer assigned to the case. (ldi) (Entered: 09/14/2010) |
| 09/14/2010 | | Magistrate Judge James C. Francis IV is so designated. (ldi) (Entered: 09/14/2010) |
| 09/14/2010 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York on 9/16/10. (laq) (Entered: 09/16/2010) |
| 09/16/2010 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Kerry Lauren Quinn for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 3 Jury Demand, Case Referred as Possibly Related/Similar, 2 Rule 7.1 Corporate Disclosure Statement, 1 Notice of Removal to: case_openings@nysd.uscourts.gov. (laq) (Entered: 09/16/2010) |
| 09/20/2010 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Daniel Joseph SAval for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 2 Rule 7.1 Corporate Disclosure Statement, 1 Notice of Removal to: case_openings@nysd.uscourts.gov. (ama) (Entered: 09/20/2010) |