**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

**10 CIV 6640**

*Attorneys for Plaintiff Fairfield Sentry Limited (In Liquidation),*
*by the Foreign Representatives Thereof*

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SEP 07 2010
U.S.D.C. S.D. N.Y.
CASHIERS

| | |
|---|---|
| In re: | Chapter 15 Case |
| **Fairfield Sentry Limited, <u>et al.</u>,** | Case No: 10-13164 (BRL) |
| **Debtors in Foreign Proceedings.** | Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation),** | |
| Plaintiff, | Adv. Pro. No. _____ |
| V. | <u>**NOTICE OF REMOVAL**</u> |

**ABN AMRO Schweiz AG, Adler and Co, Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow Seg Port, Banca Arner SA, Banca Unione di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & Cie, Banque Cantonale Vaudoise, Banque Cramer & Cie SA, Banque Safdie SA, Barclay's Bank PLC Singapore Wealth, BBH LUX Guardian II, BBH LUX Ref Fairfield GRN, BBVA (Suisse) SA, BCV AMC Defensive AI Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI EX Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), Fidulex Managament Inc., Clariden Leu Ltd., Corner Banca SA, Credit Suisse AG Zuirch, Dexia Banque**

International a Luxembourg, Dresdner Bank          )
Schweiz, EFG Bank SA Switzerland, EFG             )
Eurofinancier D'Invest MCL, Endurance Absolute    )
Ltd. Master, Fairfield Investment GCI, Fairfield  )
Investment Fund Ltd., Fairfield Investment Masters Ltd., Falcon )
Private Bank, FCL IFP Global Diversified CLS, FIF )
Advanced Ltd., Finter Bank Zuirch, Harmony        )
Capital Fund Ltd., Ihag Handelsbank AG, Incore    )
Bank AG, JP Morgan (Suisse) SA, Karla             )
Multistrategies Ltd., KBC Investments Ltd., LGT   )
Bank In Liechtenstein AG, Liechtensteinische LB   )
Reinvest AMS, Lloyds TSB Bank Geneva, Lombard     )
Odier Darier Hentsch & Cie, Longboat Ltd., Master )
Capital and Hedge Fund, NBK Banque Privee Suisse  )
SA, Pictet & Cie, PKB Privatbank AG, Private Space )
Ltd., Quasar Funs SPC, RBC Dexia Investor Service )
Julius Baer Sicav, RBS Coutts Bank Ltd., Richourt )
AAA Multistrategies, Rothschold Bank AG Zurich    )
(Dublin), Rothschild Bank Geneva (Dublin),        )
Rothschild Lugano Dublin, Sella Bank AG, Sis      )
Seeganintersettle, Six Sis Ltd., Societe Generale Bank )
& Trust, Soundview Fund, Springer Fund of Funds   )
Ltd., Swisscanto FD Centre Clients A/C, T1 Global )
Fund Ltd., Teorema Alternative Strategies, UBS AG )
New York, UBS AG Zurich, UBS Jersey Nominees,     )
Verwaltungs Und Privat-Bank AG Aktiengesellschaft )
(AMS), Vorarlberger Landes Und Hypothekenbank     )
Ankiengesellscharft and Beneficial Owners of the  )
Accounts Held in the Name of CGC (NA) 1-1000.     )
                                                  )
                                   Defendants.    )

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

Pursuant to 28 U.S.C. §§ 157, 1334, 1441 and 1452, Rule 9027 of the Federal

Rules of Bankruptcy Procedure, plaintiff Fairfield Sentry Limited (in liquidation) ("Sentry"), by

Kenneth Krys and Christopher Stride (the "Foreign Representatives") in their capacities as the

duly appointed foreign representatives of the liquidation proceedings of Sentry and Fairfield

Sigma Limited ("Sigma") pending before the Commercial Division of the High Court of Justice,

British Virgin Islands (the "BVI Court"), and Christopher Stride, in his capacity as the foreign

representative of the liquidation proceeding of Fairfield Lambda Limited ("Lambda," and

together with Sentry and Sigma, the "Debtors") pending before the BVI Court, through their

attorneys Brown Rudnick LLP, hereby give notice of the removal to the United States District

Court for the Southern District of New York (the "District Court"), and referral to the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") of all

claims and causes of action asserted in the action captioned below (the "CGC Redeemer

Action"):

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), | : : : | |
| | : | Index No.: 650316/2010 |
| Plaintiff, | : | |
| | : : | |
| -against- | : : | |
| ABN AMRO SCHWEIZ AG, ADLER AND CO, PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BANQUE SAFDIE SA, BARCLAY'S BANK PLC SINGAPORE WEALTH, BBH LUX GUARDIAN II, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, | : : : : : : : : : : : : : : : : : : : : : : | |

BSI AG, BSI EX BANCA DEL GOTTARDO,            :
CACEIS BANK LUXEMBOURG, CBB (BVI)/THE :
ALKIMA FUND, CBT GEMS LOW VOL REG,            :
COMPAGNIE BANCAIRE HELVETIQUE,               :
CENTRUM BANK AG (AMS), FIDULEX               :
MANAGAMENT INC., CLARIDEN LEU LTD.,          :
CORNER BANCA SA, CREDIT SUISSE AG            :
ZUIRCH, DEXIA BANQUE INTERNATIONAL A  :
LUXEMBOURG, DRESDNER BANK SCHWEIZ,   :
EFG BANK SA SWITZERLAND, EFG                 :
EUROFINANCIER D'INVEST MCL,                  :
ENDURANCE ABSOLUTE LTD. MASTER,              :
FAIRFIELD INVESTMENT GCI, FAIRFIELD          :
INVESTMENT FUND LTD., FAIRFIELD              :
MASTERS LTD., FALCON PRIVATE BANK, FCL :
IFP GLOBAL DIVERSIFIED CLS, FIF              :
ADVANCED LTD., FINTER BANK ZUIRCH,           :
HARMONY CAPITAL FUND LTD., IHAG             :
HANDELSBANK AG, INCORE BANK AG, JP          :
MORGAN (SUISSE) SA, KARLA                    :
MULTISTRATEGIES LTD., KBC INVESTMENTS :
LTD., LGT BANK IN LIECHTENSTEIN AG,          :
LIECHTENSTEINISCHE LB REINVEST AMS,         :
LLOYDS TSB BANK GENEVA, LOMBARD             :
ODIER DARIER HENTSCH & CIE, LONGBOAT        :
LTD., MASTER CAPITAL AND HEDGE FUND,        :
NBK BANQUE PRIVEE SUISSE SA, PICTET &       :
CIE, PKB PRIVATBANK AG, PRIVATE SPACE       :
LTD., QUASAR FUNS SPC, RBC DEXIA            :
INVESTOR SERVICE JULIUS BAER SICAV, RBS :
COUTTS BANK LTD., RICHOURT AAA              :
MULTISTRATEGIES, ROTHSCHOLD BANK AG  :
ZURICH (DUBLIN), ROTHSCHILD BANK            :
GENEVA (DUBLIN), ROTHSCHILD LUGANO          :
DUBLIN, SELLA BANK AG, SIS                   :
SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE :
GENERALE BANK & TRUST, SOUNDVIEW           :
FUND, SPRINGER FUND OF FUNDS LTD.,          :
SWISSCANTO FD CENTRE CLIENTS A/C, T1        :
GLOBAL FUND LTD., TEOREMA                    :
ALTERNATIVE STRATEGIES, UBS AG NEW          :
YORK, UBS AG ZURICH, UBS JERSEY             :
NOMINEES, VERWALTUNGS UND PRIVAT-          :
BANK AG AKTIENGESELLSCHAFT (AMS),          :
VORARLBERGER LANDES UND                      :
HYPOTHEKENBANK                               :

ANKIENGESELLSCHARFT AND BENEFICIAL   :
OWNERS OF THE ACCOUNTS HELD IN THE   :
NAME OF CGC (NA) 1-1000.             :
                                     :
                    Defendants. :
-----------------------------------------------------------------x

In support of this Notice of Removal, Sentry, by the Foreign Representatives, respectfully represents as follows:

## BACKGROUND

### CGC Redeemer Action

1.     On April 20, 2010, Sentry, by and through the Foreign Representatives, commenced the CGC Redeemer Action in the Supreme Court for the State of New York, New York County (the "New York State Court") the above beneficiaries of accounts held in the name of CGC (NA) (collectively, the "CGC Defendants"), seeking recovery of $38,257,152.53 in funds paid to the CGC Defendants for the redemption of Sentry shares prior to December 2008, the month when the Madoff fraud was discovered.

2.     The nature of the CGC Redeemer Action is for mistake and restitution arising out of such redemption payments, and such action asserts claims of unjust enrichment, money had and received, mistaken payment and constructive trust.

3.     On April 20, 2010, Sentry filed a Summons with Notice (as amended August 17, 2010, the "Summons with Notice") commencing the CGC Redeemer Action, which was served on the CGC Defendants on June 18, 2010.  The CGC Redeemer Action remains pending in the New York State Court.

### Chapter 15 Cases

4.       On June 14, 2010, the Foreign Representatives filed voluntary petitions in the Bankruptcy Court for recognition of each of the Debtors' insolvency proceedings pending before the Commercial Division of the High Court of Justice, British Virgin Islands (the "BVI Proceedings"), as foreign main proceedings under Chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"). On July 22, 2010, the Bankruptcy Court entered a Minute Order in the Debtors' jointly-administered Chapter 15 cases recognizing the BVI Proceedings as foreign main proceedings under Chapter 15 of the Bankruptcy Code  [Docket No. 47] (as amended by Docket No. 48 and Docket No. 51, the "Recognition Order"). A true and correct copy of the Recognition Order, with amendments, is attached hereto as **Exhibit A**.

### BASIS FOR REMOVAL

5.       The claims in the CGC Redeemer Action are removable to the District Court pursuant to 28 U.S.C. § 1452(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

6.       The District Court has jurisdiction over the claims in the CGC Redeemer Action pursuant to 28 U.S.C. §§ 1334(b) and 1452(a) because they arise in and/or are related to the Debtors' Chapter 15 cases pending in the Bankruptcy Court, styled In re Fairfield Sentry Limited, et al., Debtors in Foreign Proceedings, Case No. 10-13164 (BRL). The claims and causes of action in the CGC Redeemer Action represent significant assets of the Debtors that are currently being administered in the United States, and the resolution of such claims will impact the Debtors' Chapter 15 cases.

7.       Additionally, the claims and causes of action in the CGC Redeemer Action can be heard and determined in the Bankruptcy Court on reference from the District Court pursuant to

28 U.S.C. § 157(a) and the July 10, 1984 Standing Order of Referral of Cases to Bankruptcy Judges issued by the District Court for the Southern District of New York (Ward, Acting Chief Judge) (the "Standing Order of Referral") because the CGC Redeemer Action arises in and/or is related to the Debtors' Chapter 15 cases and the Bankruptcy Court derives its jurisdictional authority from the District Court.

8.    The claims in the CGC Redeemer Action constitute components of a broader-scale litigation undertaken by the Foreign Representatives to recover and administer assets belonging to the Debtors.  Removal of the claims in the CGC Redeemer Action and referral to the Bankruptcy Court best facilitates the Foreign Representatives' goals of efficiently and timely administering the Debtors' affairs and assets through the Chapter 15 cases and the BVI Proceedings by concentrating all matters related to the Debtors before one court.

9.    Upon removal, the claims asserted in the CGC Redeemer Action are core proceedings within the meaning of 28 U.S.C. § 157(b)(2) because they, *inter alia*, concern the administration of the Debtors' Chapter 15 cases, affect the liquidation of the Debtors' assets, and are in furtherance of the Foreign Representatives' efforts to administer and realize upon the Debtors' assets in the United States pursuant to the Recognition Order and applicable provisions of Chapter 15 of the Bankruptcy Code.

10.    In the event any of the claims in the CGC Redeemer Action are determined to be non-core, the Foreign Representatives consent to the entry of a final order or judgment by the Bankruptcy Court.

11.    Pursuant to the requirements of Rule 9027, copies of all significant pleadings filed in the CGC Redeemer Action are attached hereto as **Exhibit B**.

12.    In accordance with Rule 9027, the Foreign Representatives will serve a filed copy
of this Notice of Removal on all parties to the CGC Redeemer Action, as well as the clerk of the
New York State Court and the clerk of the Bankruptcy Court.

NOW THEREFORE, the parties to the CGC Redeemer Action, captioned as Fairfield
Sentry Limited v. ABN AMRO Schweiz AG, et al., Index No. 650316/2010, pending in the New
York State Court, are HEREBY NOTIFIED, pursuant to Rule 9027(c) of the Federal Rules of
Bankruptcy Procedures, that:

A.    Removal of all claims and causes of action in the CGC Redeemer Action was
effected upon the filing of a copy of this Notice of Removal with the clerk of the New York State
Court.

B.    The claims and causes of action in the CGC Redeemer Action are removed from
the New York State Court to the United States District Court for the Southern District of New
York and, pursuant to 28 U.S.C. § 1452(a) and the Standing Order of Referral, are referred to the
United States Bankruptcy Court for the Southern District of New York for hearing and
determination in connection with the Debtors' pending Chapter 15 cases, styled In re Fairfield
Sentry Limited, et al., Debtors in Foreign Proceedings, Case No. 10-13164 (BRL).

C.    The parties to the CGC Redeemer Action shall proceed no further in the New
York State Court unless and until the action is remanded by the Bankruptcy Court.

Dated:  September 7, 2010
        New York, New York

**BROWN RUDNICK LLP**

By:  _____

David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
(212) 209-4822

*Attorneys for Plaintiff Fairfield Sentry Limited (In
Liquidation), by the Foreign Representatives Thereof*