**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
Daniel J. Saval
May Orenstein
Kerry Quinn

*Attorneys for Plaintiff Fairfield Sentry Limited (In Liquidation), by the Foreign Representatives Thereof*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | Adv. Pro. No. _____ |
| Plaintiff, | |
| V. | **STATEMENT OF** |
| ABN AMRO Schweiz AG, Adler and Co, Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow Seg Port, Banca Arner SA, Banca Unione di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & Cie, Banque Cantonale Vaudoise, Banque Cramer & Cie SA, Banque Safdie SA, Barclay's Bank PLC Singapore Wealth, BBH LUX Guardian II, BBH LUX Ref Fairfield GRN, BBVA (Suisse) SA, BCV AMC Defensive Al Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI EX Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), Fidulex Managment Inc., Clariden Leu Ltd., Corner | **CORPORATE OWNERSHIP** |

1

| | |
|---|---|
| Banca SA, Credit Suisse AG Zuirch, Dexia Banque International a Luxembourg, Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL, Endurance Absolute Ltd. Master, Fairfield Investment GCI, Fairfield Investment Fund Ltd., Fairfield Masters Ltd., Falcon Private Bank, FCL IFP Global Diversified CLS, FIF Advanced Ltd., Finter Bank Zuirch, Harmony Capital Fund Ltd., Ihag Handelsbank AG, Incore Bank AG, JP Morgan (Suisse) SA, Karla Multistrategies Ltd., KBC Investments Ltd., LGT Bank In Liechtenstein AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & Cie, Longboat Ltd., Master Capital and Hedge Fund, NBK Banque Privee Suisse SA, Pictet & Cie, PKB Privatbank AG, Private Space Ltd., Quasar Funs SPC, RBC Dexia Investor Service Julius Baer Sicav, RBS Coutts Bank Ltd., Richourt AAA Multistrategies, Rothschold Bank AG Zurich (Dublin), Rothschild Bank Geneva (Dublin), Rothschild Lugano Dublin, Sella Bank AG, Sis Seeganintersettle, Six Sis Ltd., Societe Generale Bank & Trust, Soundview Fund, Springer Fund of Funds Ltd., Swisscanto FD Centre Clients A/C, T1 Global Fund Ltd., Teorema Alternative Strategies, UBS AG New York, UBS AG Zurich, UBS Jersey Nominees, Verwaltungs Und Privat-Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts Held in the Name of CGC (NA) 1-1000.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 7007.1 OF FOREIGN REPRESENTATIVES KENNETH KRYS AND CHRISTOPHER STRIDE**

Plaintiff Fairfield Sentry Limited ("Sentry"), by Kenneth Krys and Christopher Stride (the "Foreign Representatives") in their capacities as the duly appointed foreign representatives of the liquidation proceedings of Sentry pending before the Commercial Division of the High Court of Justice, British Virgin Islands (the "BVI Court"), through their attorneys Brown Rudnick LLP, respectfully submit this Statement pursuant to Rule

2

7007.1 of the Federal Rules of Bankruptcy Procedure.

Upon information and belief, there are no persons or corporate entities to report that directly or indirectly own 10% or more of Sentry's equity interests.

Dated: September 7, 2010
       New York, New York

                        BROWN RUDNICK LLP

                        By: _____
                             David J. Molton
                             Daniel J. Saval
                             May Orenstein
                             Kerry Quinn
                             Seven Times Square
                             New York, New York 10036
                             (212) 209-4822

                         *Attorneys for Plaintiff Fairfield Sentry Limited (In Liquidation), by the Foreign Representatives Thereof*