**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - -- - - - - - - X

IN THE MATTER OF ASSIGNMENT

NOTICE OF ASSIGNMENT

OF CASES TO

HON. GEORGE B. DANIELS

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are assigned to the calendar of:

JUDGE DANIELS

The designated Magistrate Judge for these cases is:

MAGISTRATE JUDGE FRANCIS

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Assignment on all defendants.

Dated: September 14, 2010

Ruby J. Krajick, CLERK

Cecilia Rudden

By: _____

Deputy Clerk

cc: Attorneys of Record

List of Cases

```
10CV6548 Fairfield v. Citibank
10CV6549 Fairfield v. AXA
10CV6550 Fairfield v. Caceis
10CV6551 Fairfield v. EFG
10CV6552 Fairfield v. BNP
10CV6553 Fairfield v. Deutsche
10CV6556 Fairfield v. Dresdner
10CV6557 Fairfield v. CDC
10CV6558 Fairfield v. Banco Itau
10CV6559 Fairfield v. BNP
10CV6560 Fairfield v. Deutsche
10CV6564 Fairfield v. Banque de Commerce
10CV6565 Fairfield v. Banque Sudameris
10CV6566 Fairfield v. Blubank
10CV6567 Fairfield v. Fidulex
10CV6568 Fairfield v. Brown
10CV6569 Fairfield v. Deutsche
10CV6570 Fairfield v. Deutsche
10CV6584 Fairfield v. FS/CBESSA
10CV6585 Fairfield v. SNS
10cv6586 Fairfield v. UBS
10CV6587 Fairfield v. State Street
10CV6588 Fairfield v. Robinson
10CV6589 Fairfield v. FS/HSBC
10CV6590 Fairfield v. HSBC
10CV6591 Fairfield v. HSBC
10CV6592 Fairfield v. FS/AND
10CV6593 Fairfield v. Fortis
10CV6594 Fairfield v. Kookmin Bank
10CV6595 Fairfield v. Wall Street
10CV6596 Fairfield v. UBS
10CV6597 Fairfield v. JP Morgan
10CV6598 Fairfield v. Merrill Lynch
10CV6599 Fairfield v. Monte Paschi
10CV6600 Fairfield v. Nomura
10CV6601 Fairfield v. Lombard
10CV6602 Fairfield v. HSBC
10CV6603 Fairfield v. Delta National
10CV6604 Fairfield v. ING
10CV6623 Fairfield v. Zurich
10CV6627 Fairfield v. Pictet
10CV6640 Fairfield v. ABN
10CV6641 Fairfield v. ABN
```