**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | ) ) | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | ) ) ) | **Jointly Administered** |

| | | |
|---|---|---|
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | **Adv. Pro. No.10-03633 (BRL)** |
| **HSBC Private Bank (Suisse) SA and Beneficial Owners of the Accounts Held in the Name of HSBC Private Bank (Suisse) SA 1-1000,** | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | **Adv. Pro. No. 10-03630 (BRL)** |
| **HSBC Securities Services (Luxembourg) SA and Beneficial Owners of the Accounts Held in the Name of HSBC Securities Services (Luxembourg) SA,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| **Fairfield Sentry Limited (In Official Liquidation),** acting by and through the Foreign Representatives thereof, <br><br>    **Plaintiffs,**<br><br>    -against-<br><br>**FS/HSBC Private Banking Nom and Beneficial Owners of the Accounts Held in the Name of FS/HSBC Private Banking Nom 1-1000,**<br><br>    **Defendants.** | **Adv. Pro. No. 10-03629 (BRL)** |
| **Fairfield Sentry Limited, et al. (In Official Liquidation),** acting by and through the Foreign Representatives thereof,<br><br>    **Plaintiffs,**<br><br>    -against-<br><br>**Robinson & Co. and Beneficial Owners of the Accounts Held in the Name of Robinson & Co. 1-1000,**<br><br>    **Defendants.** | **Adv. Pro. No. 10-03628 (BRL)** |

|  |  |
|---|---|
| **Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| -against- ) ) | **Adv. Pro. No. 10-03631 (BRL)** |
| **HSBC Private Bank (Guernsey) LTD and Beneficial Owners of the Accounts Held in the Name of HSBC Private Bank (Guernsey) LTD 1-1000,** ) ) ) ) ) ) | |
| **Defendants.** ) ) | |

|  |  |
|---|---|
| **Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| -against- ) ) | **Adv. Pro. No. 10-03624 (BRL)** |
| **Caceis Bank Luxembourg and Beneficial Owners of the Accounts Held in the Name of Caceis Bank Luxembourg 1-1000,** ) ) ) ) ) | |
| **Defendants.** ) ) | |

| | |
|---|---|
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | **Adv. Pro. No. 10-03622 (BRL)** |
| -against- ) | |
| ) | |
| **Citibank NA London and Beneficial Owners of the Accounts Held in the Name of Citibank NA London 1-1000,** )<br>)<br>) | |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | **Adv. Pro. No.** |
| -against- ) | |
| ) | |
| **Citibank (Switzerland) Zurich, et al.** )<br>) | |
| **Defendants.** ) | |

| | |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 10-03634 (BRL) |
| Zurich Capital Markets Company and Beneficial Owners of the Accounts Held in the Name of Zurich Capital Markets Company 1-1000 et al., | |
| Defendants. | |

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 10-03627 (BRL) |
| BNP Paribas Securities Services Luxembourg and Beneficial Owners of the Accounts Held in the Name of BNP Paribas Securities Services Luxembourg 1-1000, | |
| Defendants. | |

|  |  |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>BNP Paribas Luxembourg SA and Beneficial Owners of the Accounts Held in the Name of BNP Paribas Luxembourg SA 1-1000,<br><br>Defendants. | Adv. Pro. No. 10-03626 (BRL) |
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.<br><br>Defendants. | Adv. Pro. No. 10-03636 (BRL) |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.<br><br>Defendants. | Adv. Pro. No. 10-03635 (BRL) |

# MOTION OF MOVING DEFENDANTS TO WITHDRAW
# THE REFERENCE OF THE ABOVE-CAPTIONED
# ADVERSARY PROCEEDINGS TO THE BANKRUPTCY COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

HSBC Private Bank (Suisse) SA, HSBC Securities Services (Luxembourg) SA, HSBC Bank USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis Bank Luxembourg, Citibank NA London, Citibank (Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP Paribas Securities Services Luxembourg, BNP Paribas Luxembourg SA, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, and BNP Paribas (Suisse) SA Private, (collectively, the "Moving Defendants"), as named defendants in the above-captioned Adversary Proceedings, respectfully moves the United States District Court for the Southern District of New York for an entry order, pursuant to 28 U.S.C. §157(d), Federal Rules of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of Bankruptcy Court for the reasons set forth in the accompanying memorandum of law with supporting declaration, which are hereby incorporated by reference.

The Moving Defendants have made no prior request to this Court or to any other court for the relief requested by this Motion.

WHEREFORE, the Moving Defendants respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
September 20, 2010

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP


                            By      S/ Evan A. Davis

                            Evan A. Davis, a Member of the Firm

*Attorneys for Defendants HSBC Private Bank (Suisse) SA, HSBC Securities Services (Luxembourg) SA, HSBC Bank USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis Bank Luxembourg, Citibank NA London, Citibank (Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP Paribas Securities Services Luxembourg, BNP Paribas Luxembourg SA, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, and BNP Paribas (Suisse) SA Private*