UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.<br><br>    Defendants. | Adv. Pro. No. 10-03635 (BRL) |

**CORPORATE OWNERSHIP STATEMENT**

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, BNP Paribas (Suisse) SA Private, through its undersigned attorneys, states: BNP Paribas (Suisse) SA Private merged into BNP Paribas (Suisse) SA in April 2006. BNP Paribas SA owns 53.15% of BNP Paribas (Suisse) SA's capital and BNP Paribas International BV, Amsterdam, The Netherlands owns 46.84% of BNP Paribas (Suisse) SA's capital. BNP Paribas International BV, Amsterdam, The Netherlands is wholly owned by BNP Paribas SA.

Dated: September 20, 2010	Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON

By: _____
Breon S. Peace

One Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for BNP Paribas (Suisse) SA Private