# UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** | |
| Plaintiffs, | |
| -against- | **Adv. Pro. No. 10-03635 (BRL)** |
| **ABN AMRO Schweiz AG, et al.** | |
| Defendants. | |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, BNP Paribas (Suisse) SA Ex Fortis, through its undersigned attorneys, states: Fortis Bank (Suisse) SA merged into BNP Paribas (Suisse) SA in May 2010. BNP Paribas SA owns 53.15% of BNP Paribas (Suisse) SA's capital and BNP Paribas International BV, Amsterdam, The Netherlands owns 46.84% of BNP Paribas (Suisse) SA's capital. BNP Paribas International BV, Amsterdam, The Netherlands is wholly owned by BNP Paribas SA.

Dated: September 20, 2010                    Respectfully submitted,

                                         CLEARY GOTTLIEB STEEN & HAMILTON

                                         By: _____
                                             Breon S. Peace

                                         One Liberty Plaza
                                         New York, New York 10006
                                         Phone: (212) 225-2000
                                         Facsimile: (212) 225-3999

                                             Attorneys for BNP Paribas (Suisse) SA
                                             Ex Fortis