UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**Fairfield Sentry Limited, et al.,**<br><br>    **Debtors in Foreign Proceedings.** | **Chapter 15 Case**<br><br>**Case No. 10-13164 (BRL)**<br><br>**Jointly Administered** |
| **Fairfield Sentry Limited (In Official Liquidation),**<br>**acting by and through the**<br>**Foreign Representatives thereof,**<br><br>    **Plaintiffs,**<br><br>    -against-<br><br>**ABN AMRO Schweiz AG, et al.**<br><br>    **Defendants.** | **Adv. Pro. No. 10-03635 (BRL)** |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, BNP Paribas (Suisse) SA, through its undersigned attorneys, states: BNP Paribas SA owns 53.15% of BNP Paribas (Suisse) SA's capital and BNP Paribas International BV, Amsterdam, The Netherlands owns 46.84% of BNP Paribas (Suisse) SA's capital. BNP Paribas International BV, Amsterdam, The Netherlands is wholly owned by BNP Paribas SA.

Dated: September 20, 2010

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON

By: _____
Breon S. Peace

One Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for BNP Paribas (Suisse) SA