UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>-against-<br><br>HSBC Private Bank (Suisse) SA and Beneficial Owners of the Accounts Held in the Name of HSBC Private Bank (Suisse) SA 1-1000,<br><br>    Defendants. | Adv. Pro. No. 10-03633 (BRL)<br><br><u>CERTIFICATE OF SERVICE</u> |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>-against-<br><br>HSBC Securities Services (Luxembourg) SA and Beneficial Owners of the Accounts Held in the Name of HSBC Securities Services (Luxembourg) SA,<br><br>    Defendants. | Adv. Pro. No. 10-03630 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>FS/HSBC Private Banking Nom and Beneficial Owners of the Accounts Held in the Name of FS/HSBC Private Banking Nom 1-1000,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03629 (BRL) |
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>Robinson & Co. and Beneficial Owners of the Accounts Held in the Name of Robinson & Co. 1-1000,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03628 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>        -against-<br><br>HSBC Private Bank (Guernsey) LTD and Beneficial Owners of the Accounts Held in the Name of HSBC Private Bank (Guernsey) LTD 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03631 (BRL) |
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>        -against-<br><br>Caceis Bank Luxembourg and Beneficial Owners of the Accounts Held in the Name of Caceis Bank Luxembourg 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03624 (BRL) |

3

| | |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    -against-<br><br>CDC IXIS and Beneficial Owners of the Accounts Held in the Name of CDC IXIS 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03754 (BRL) |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    -against-<br><br>Citibank NA London and Beneficial Owners of the Accounts Held in the Name of Citibank NA London 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03622 (BRL) |
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    -against-<br><br>Citibank (Switzerland) Zurich, et al.<br><br>        Defendants. | Adv. Pro. No. 10-03640 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| -against- ) ) | Adv. Pro. No. 10-03634 (BRL) |
| Zurich Capital Markets Company and Beneficial Owners of the Accounts Held in the Name of Zurich Capital Markets Company 1-1000, et al., ) ) ) ) ) | |
| Defendants. ) | |

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| -against- ) ) | Adv. Pro. No. 10-03627 (BRL) |
| BNP Paribas Securities Services Luxembourg and Beneficial Owners of the Accounts Held in the Name of BNP Paribas Securities Services Luxembourg 1-1000, ) ) ) ) ) | |
| Defendants. ) ) | |

| | |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>BNP Paribas Luxembourg SA and Beneficial Owners of the Accounts Held in the Name of BNP Paribas Luxembourg SA 1-1000,<br><br>Defendants. | Adv. Pro. No. 10-03626 (BRL) |
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (BRL) |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 4th day of October 2010, the Notice of Hearing on Defendants' Motion to Remand and for Abstention; the Memorandum of Law in Support of Defendants' Motion to Remand and for Abstention and the Declaration of Charles J. Keeley, III, in Support of Moving Defendants' Motion to Remand and for Abstention with Exhibits 1 through 7 were served by hand upon:

> David Molton
> May Orenstein
> Kerry Quinn
> Brown Rudnick
> 7 Times Square
> New York, NY  10036

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
        October 5, 2010

_____
Richard V. Conza