KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas
Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re FAIRFIELD SENTRY LIMITED, et al.,

       Debtors in Foreign Proceedings.

------------------------------------------------------------x

Chapter 15 Case

Case No. 10-13164 (BRL)

------------------------------------------------------------x

FAIRFIELD SENTRY LIMITED, et al.,

       Plaintiffs,

       -against-

ABN AMRO SCHWEITZ AG, et. al.,

       Defendants.

------------------------------------------------------------x

Adv. Pro. Nos.:
10-3635 and 10-3636

(District Court Civ. Nos.:
1:10-cv-06640 and 1:10-cv-06641)

**JOINDER OF NBK BANQUE PRIVEE IN MOTION TO WITHDRAW THE REFERENCE TO BANKRUPTCY COURT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FAIRFIELD SENTRY LIMITED, et al.,

       Plaintiffs,

       -against-

ABN AMRO SCHWEITZ AG, et. al.,

       Defendants.

------------------------------------------------------------x

Civ. Pro. No. 10-cv-7410

TO THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

NBK BANQUE PRIVÉE (SUISSE) SA, a Swiss corporation named as one of the defendants in the caption of this action, reserving all its rights including its objections to the jurisdiction of this court, its rights to seek remand of the plaintiffs' case to the court in which it was commenced and to seek dismissal for lack of jurisdiction and other grounds, hereby joins in the Motions to Withdraw the Reference to the Bankruptcy Court filed by BNP Paribas (Suisse) SA, et al., on September 21, 2010 (Adv. Pro. Nos. 10-3636, Dkt. 2-4, & 10-3635, Dkt. 2-4) and September 27, 2010 (District Court Civ. No. 10-cv-7410-UA, Dkt. 1-3), and by J.P. Morgan Trust Company (Cayman) Limited, on October 5, 2010 (Case 1:10-cv-07631-UA, Dkt. No. 1), without submitting to the jurisdiction of the Bankruptcy Court, the District Court, or the court in which the case was commenced.

The relief sought by the referenced motion should be granted for the reasons set forth in the Memoranda of Law submitted in support of the motion by Cleary Gottlieb Steen & Hamilton LLP (Adv. Pro. Nos. 10-3636, Dkt. 4, & 10-3635, Dkt. 4; District Court Civ. No. 10-cv-7410-UA, Dkt. 3) and by Wachtell, Lipton Rosen & Katz (Case 1:10-cv-07631-UA, Dkt. 2).

WHEREFORE, the reference to the Bankruptcy Court should be withdrawn.

Dated: New York, NY
October 6, 2010

Respectfully submitted,
KING & SPALDING LLP

by _____
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222