KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas
Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re FAIRFIELD SENTRY LIMITED, et al.,         :    Chapter 15 Case
                                                :
                                                :    Case No. 10-13164 (BRL)
       Debtors in Foreign Proceedings.          :
                                                :
                                                :
-------------------------------------------------------------------x

-------------------------------------------------------------------x
                                                :
FAIRFIELD SENTRY LIMITED, et al.,               :    Adv. Pro. Nos.:
                                                :    10-3635 and 10-3636
              Plaintiffs,                       :
                                                :    (District Court Civ. Nos.:
       -against-                                :    1:10-cv-06640 and 1:10-cv-
                                                :    06641)
ABN AMRO SCHWEITZ AG, et. al.,                  :
                                                :    **CERTIFICATE OF**
              Defendants.                       :    **SERVICE**
-------------------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
FAIRFIELD SENTRY LIMITED, et al.,               :    Civ. Pro. No. 10-cv-7410
                                                :
              Plaintiffs,                       :
                                                :
       -against-                                :
                                                :
ABN AMRO SCHWEITZ AG, et. al.,                  :
                                                :
              Defendants.                       :
-------------------------------------------------------------------x

I, Lauren W. Mitchell, an attorney admitted to practice in the State of New York, hereby certify that on October 6, 2010, a true and correct copy of the Joinder of NBK Banque Privee in Motion to Withdraw the Reference to Bankruptcy Court was served by U.S. Mail, postage prepaid, upon the following individuals:

> David Molton
> Daniel J. Saval
> Kerry Lauren Quinn
> May Orenstein
> Brown Rudnick Berlack Israels, LLP
> Seven Times Square
> New York, NY 10036
>
> Evan A. Davis
> Breon Stacey Peace
> Cleary Gottlieb Steen & Hamilton, LLP
> One Liberty Plaza
> New York, NY 10006

Dated: New York, NY
October 6, 2010

_____
Lauren W. Mitchell

2