KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas -- Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In re FAIRFIELD SENTRY LIMITED, et al.,        :    Chapter 15 Case

               :    Case No. 10-13164 (BRL)

     Debtors in Foreign Proceedings.    :

-------------------------------------------------------------------------x

-------------------------------------------------------------------------x

FAIRFIELD SENTRY LIMITED, et al.,        :    Adv. Pro. Nos.:
               :    10-3635 and 10-3636

           Plaintiffs,    :

               :    (District Court Civ. Nos.:
         -against-     :    1:10-cv-06640 and 1:10-cv-
               :    06641)
ABN AMRO SCHWEITZ AG, et. al.,     :    **CERTIFICATE OF
               :    SERVICE**

           Defendants.    :

-------------------------------------------------------------------------x

I, Lauren W. Mitchell, an attorney admitted to practice in the State of New York, hereby

certify that on October 6, 2010, a true and correct copy of the Motion of NBK Banque Privee to

Remand Case was served by U.S. Mail, postage prepaid, upon the following individuals:

         David Molton
         Daniel J. Saval
         Kerry Lauren Quinn
         May Orenstein
         Brown Rudnick Berlack Israels, LLP
         Seven Times Square
         New York, NY 10036

Evan A. Davis
Breon Stacey Peace
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Dated:  New York, NY
       October 6, 2010

_____
Lauren W. Mitchell