JS 44C/SDNY
REV. 5/2010

**CIVIL COVER SHEET**

10CV7468

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Fairfield Sentry Limited | BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis and BNP Paribas (Suisse) SA Private |
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
| David Molton, May Orenstein, Kerry Quinn<br>Brown Rudnick LLP, Seven Times Square, New York, NY 10036 | Breon S. Peace<br>Cleary Gottlieb Steen & Hamilton LLP<br>1 Liberty Plaza, New York, NY 10006 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

§ 28 U.S.C. 157 (d) - Motion to Withdraw the Reference to Bankruptcy Court

Has this or a similar case been previously filed in SDNY at any time? No? ☐  Yes? ☑   Judge Previously Assigned Judge Daniels

If yes, was this case Vol.☐ Invol. ☐ Dismissed. No ☑ Yes ☐  If yes, give date _____  & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT   10-3635 #2   9/21/10   9/27/10

**ACTIONS UNDER STATUTES**

| TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| **CONTRACT** | PERSONAL INJURY / PERSONAL INJURY | [ ]610 AGRICULTURE<br>[ ]620 OTHER FOOD & DRUG | [ ]422 APPEAL 28 USC 158<br>[X]423 WITHDRAWAL 28 USC 157 | [ ]400 STATE REAPPORTIONMENT<br>[ ]410 ANTITRUST |
| [ ]110 INSURANCE<br>[ ]120 MARINE<br>[ ]130 MILLER ACT<br>[ ]140 NEGOTIABLE INSTRUMENT<br>[ ]150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT<br>[ ]151 MEDICARE ACT<br>[ ]152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)<br>[ ]153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS<br>[ ]160 STOCKHOLDERS SUITS<br>[ ]190 OTHER CONTRACT<br>[ ]195 CONTRACT PRODUCT LIABILITY<br>[ ]196 FRANCHISE | [ ]310 AIRPLANE<br>[ ]315 AIRPLANE PRODUCT LIABILITY<br>[ ]320 ASSAULT, LIBEL & SLANDER<br>[ ]330 FEDERAL EMPLOYERS' LIABILITY<br>[ ]340 MARINE<br>[ ]345 MARINE PRODUCT LIABILITY<br>[ ]350 MOTOR VEHICLE<br>[ ]355 MOTOR VEHICLE PRODUCT LIABILITY<br>[ ]360 OTHER PERSONAL INJURY | [ ]362 PERSONAL INJURY - MED MALPRACTICE<br>[ ]365 PERSONAL INJURY PRODUCT LIABILITY<br>[ ]368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY<br><br>**PERSONAL PROPERTY**<br>[ ]370 OTHER FRAUD<br>[ ]371 TRUTH IN LENDING<br>[ ]380 OTHER PERSONAL PROPERTY DAMAGE<br>[ ]385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ]625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881<br>[ ]630 LIQUOR LAWS<br>[ ]640 RR & TRUCK<br>[ ]650 AIRLINE REGS<br>[ ]660 OCCUPATIONAL SAFETY/HEALTH<br>[ ]690 OTHER<br><br>**LABOR**<br>[ ]710 FAIR LABOR STANDARDS ACT<br>[ ]720 LABOR/MGMT RELATIONS<br>[ ]730 LABOR/MGMT REPORTING & DISCLOSURE ACT<br>[ ]740 RAILWAY LABOR ACT<br>[ ]790 OTHER LABOR LITIGATION<br>[ ]791 EMPL RET INC SECURITY ACT | **PROPERTY RIGHTS**<br>[ ]820 COPYRIGHTS<br>[ ]830 PATENT<br>[ ]840 TRADEMARK<br><br>**SOCIAL SECURITY**<br>[ ]861 HIA (1395ff)<br>[ ]862 BLACK LUNG (923)<br>[ ]863 DIWC/DIWW (405(g))<br>[ ]864 SSID TITLE XVI<br>[ ]865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>[ ]870 TAXES (U.S. Plaintiff or Defendant)<br>[ ]871 IRS-THIRD PARTY 26 USC 7609 | [ ]430 BANKS & BANKING<br>[ ]450 COMMERCE<br>[ ]460 DEPORTATION<br>[ ]470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)<br>[ ]480 CONSUMER CREDIT<br>[ ]490 CABLE/SATELLITE TV<br>[ ]810 SELECTIVE SERVICE<br>[ ]850 SECURITIES/COMMODITIES/EXCHANGE<br>[ ]875 CUSTOMER CHALLENGE 12 USC 3410<br>[ ]890 OTHER STATUTORY ACTIONS<br>[ ]891 AGRICULTURAL ACTS<br>[ ]892 ECONOMIC STABILIZATION ACT<br>[ ]893 ENVIRONMENTAL MATTERS<br>[ ]894 ENERGY ALLOCATION ACT<br>[ ]895 FREEDOM OF INFORMATION ACT<br>[ ]900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE<br>[ ]950 CONSTITUTIONALITY OF STATE STATUTES |
| **REAL PROPERTY** | **ACTIONS UNDER STATUTES**<br>**CIVIL RIGHTS**<br>[ ]441 VOTING<br>[ ]442 EMPLOYMENT<br>[ ]443 HOUSING/ACCOMMODATIONS<br>[ ]444 WELFARE<br>[ ]445 AMERICANS WITH DISABILITIES - EMPLOYMENT<br>[ ]446 AMERICANS WITH DISABILITIES -OTHER<br>[ ]440 OTHER CIVIL RIGHTS | **PRISONER PETITIONS**<br>[ ]510 MOTIONS TO VACATE SENTENCE 20 USC 2255<br>[ ]530 HABEAS CORPUS<br>[ ]535 DEATH PENALTY<br>[ ]540 MANDAMUS & OTHER<br>[ ]550 CIVIL RIGHTS<br>[ ]555 PRISON CONDITION | **IMMIGRATION**<br>[ ]462 NATURALIZATION APPLICATION<br>[ ]463 HABEAS CORPUS- ALIEN DETAINEE<br>[ ]465 OTHER IMMIGRATION ACTIONS | | |
| [ ]210 LAND CONDEMNATION<br>[ ]220 FORECLOSURE<br>[ ]230 RENT LEASE & EJECTMENT<br>[ ]240 TORTS TO LAND<br>[ ]245 TORT PRODUCT LIABILITY<br>[ ]290 ALL OTHER REAL PROPERTY | | | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE Barbara S. Jones   DOCKET NUMBER 10-cv-6376

Check YES only if demanded in complaint
JURY DEMAND: ☑ YES ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(PLACE AN x IN ONE BOX ONLY)    ORIGIN

☐ 1 Original Proceeding    ☒ 2a. Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from (Specify District)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ 2b. Removed from State Court AND at least one party is pro se.

(PLACE AN x IN ONE BOX ONLY)    BASIS OF JURISDICTION    IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | X3 | X3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Fairfield Sentry Limited
c/o Codan Trustees (B.V.I.) Ltd.
Romasco Place
Wickhams Cay 1
Road Town
PO Box 3140
Tortola, British Virgin Islands

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

See Addendum 1.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[✓] YES (DATE ADMITTED Mo. 07 Yr. 1973)
RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)