**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                         :
:
Fairfield Sentry Limited, et al.,                              :    Chapter 15 Case
:
     Debtors in Foreign Proceedings.                         :    Case No. 10-13164 (BRL)
:
---------------------------------------------------------------X    Jointly Administered

---------------------------------------------------------------X
:
Fairfield Sentry Limited (In                                   :
Liquidation),                                                  :    Adv. Pro. No. 10-03634 (BRL)
:
             Plaintiff,                       :
:    (District Court Civil Action
            -against-                         :    No. 10-cv-07407)
:
Zurich Capital Markets Company, et al.,                        :
:
             Defendants.                      :
:
---------------------------------------------------------------X

---------------------------------------------------------------X
:
Fairfield Sentry Limited (In                                   :
Liquidation),                                                  :    Adv. Pro. No. 10-03635 (BRL)
:
             Plaintiff,                       :
:    (District Court Civil Action
            -against-                         :    No. 10-cv-07408)
:
ABN AMRO Schweiz AG, et al.,                                   :
:
             Defendants.                      :
:
---------------------------------------------------------------X

```
-------------------------------------------------------X
                                                       :
Fairfield Sentry Limited (In                           :
Liquidation), Fairfield Sigma Limited                  :    Adv. Pro. No. 10-03636 (BRL)
(In Liquidation) and Fairfield Lambda                  :
Limited (In Liquidation),                              :
                                                       :    (District Court Civil Action
                Plaintiffs,                            :    No. 10-cv-07410)
                                                       :
        -against-                                      :
                                                       :
ABN AMRO Schweiz AG, et al.,                           :
                                                       :
                Defendants.                            :
                                                       :
-------------------------------------------------------X
```

### NOTICE OF JOINDER IN MOTIONS
### (1) TO WITHDRAW THE REFERENCE TO THE UNITED STATES
### BANKRUPTCY COURT AND (2) TO REMAND AND FOR ABSTENTION

The undersigned counsel hereby provide notice on behalf of their respective clients, all of which are defendants in one or more of the above-captioned actions, of those defendants' joinder in (1) the Motion to Withdraw the Reference to the United States Bankruptcy Court, dated September 20, 2010, which was filed by Cleary Gottlieb Steen & Hamilton LLP ("Cleary") in all three of the above-captioned actions; (2) the Motion to Remand and for Abstention, dated October 4, 2010, which was filed by Cleary in all three of the above-captioned actions; and (3) the Motion to Remand to the Commercial Division of the New York Supreme Court for New York County, dated October 4, 2010, which was filed by Arnold & Porter LLP in the above-captioned action, *Fairfield Sentry Limited (In Liquidation) v. Zurich Capital Markets Company, et al.*, Adv. Pro. No. 10-03634. Those defendants who, by this notice, join in Cleary's and Arnold & Porter's motions are referred to collectively as the "Additional Defendants." The Additional Defendants also incorporate the additional arguments set forth in the companion motions being filed in other related cases.

The Additional Defendants submit this notice and join in Cleary's and Arnold & Porter's motions without prejudice to or waiver of any rights or defenses of the Additional Defendants,

2

including, without limitation, defenses based upon lack of personal jurisdiction and improper service of process.

Dated: October 7, 2010

          Respectfully submitted,

          FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

          By: /s/ John F. Zulack
               John F. Zulack, Esq.

          One Liberty Plaza
          New York, New York 10006
          (212) 412-9500
          jzulack@fzwz.com

*Attorneys for Defendants Lombard Odier Darier Hentsch & Cie (10-ap-3635, 10-ap-3636), CBH Compagnie Bancaire Helvetique SA (formerly Banque SCS Alliance SA) (10-ap-3635, 10-ap-3636), Rothschild Bank AG (sued as Rothschild Bank AG Zurich) (10-ap-3635, 10-ap-3636), Banque Priveé Edmond de Rothschild S.A. (sued as Rothschild Bank Geneva) (10-ap-3635, 10-ap-3636), Banca Privata Edmond de Rothschild Lugano S.A. (sued as Rothschild Lugano) (10-ap-3635, 10-ap-3636), Société Générale Bank & Trust S.A. (10-ap-3635, 10-ap-3636), Banque Cantonale Vaudoise (10-ap-3635, 10-ap-3636), and Banque Privée Espírito Santo S.A. (formerly Compagne Bancaire Espirito Santo SA) (10-ap-3634)*

          WILMER HALE

          By: /s/ Charles Platt
               Charles Platt, Esq.

          399 Park Avenue
          New York, New York 10022
          (212) 230-8800
          charles.platt@wilmerhale.com

*Attorneys for Defendants Finter Bank Zurich (10-ap-3635, 10-ap-3636), IHAG Handelsbank AG (10-ap-3635, 10-ap-3636), BSI AG (10-ap-3635, 10-ap-3636), BSI Ex Banca Del Gottardo (10-ap-3635, 10-ap-3636), Bank Sarasin & Cie (10-ap-3635, 10-ap-3636), Corner Banca SA, PKB Privatbank AG (10-ap-3635, 10-ap-3636)*

HOGAN LOVELLS US LLP

By: /s/ Marc J. Gottridge
    Marc J. Gottridge, Esq.

875 Third Avenue
New York, New York 10022
(212) 918-3000
marc.gottridge@hoganlovells.com

*Attorneys for Defendant Barclays Bank plc (sued as Barclay's Bank PLC Singapore Wealth) (10-ap-3635, 10-ap-3636)*


SHEARMAN & STERLING LLP

By: /s/ James L. Garrity, Jr.
    James L. Garrity, Jr., Esq.

599 Lexington Avenue
New York, New York 10022
(212) 848-4000
jgarrity@shearman.com

Heather Lamberg Kafele, Esq.
Keith R. Palfin, Esq.
801 Pennsylvania Avenue, NW
Suite 900
Washington DC 20004-2634
(202) 508-8000

*Attorneys for Defendants BBVA (Suisse) SA (10-ap-3635, 10-ap-3636), Banco Itau Europa Luxembourg SA (10-ap-3634)*

4

WIGGIN AND DANA

By: /s/ Scott D. Corrigan
    Scott D. Corrigan, Esq.

450 Lexington Avenue, Suite 3800
New York, New York 10017-3913
(212) 490-1700
scorrigan@wiggin.com

*Attorneys for Defendants Bank Morgan Stanley AG (also known as Banque Morgan Stanley S.A., incorrectly styled Bank Morgan Stanley SA in plaintiff's caption) (10-ap-3634), and Morgan Stanley & Co. International PLC (10-ap-3634)*


KATTEN MUCHIN ROSENMAN LLP

By: /s/ Bruce M. Sabados
    Bruce M. Sabados, Esq.

575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800
bruce.sabados@kattenlaw.com

*Attorneys for Defendant Brown Brothers Harriman (Luxembourg) S.C.A., sued herein as BBH LUX Guardian II (10-ap-3635, 10-ap-3636) and BBH LUX Ref Fairfield GRN (10-ap-3635, 10-ap-3636), Defendant Endurance Absolute Ltd. Master (10-ap-3635, 10-ap-3636), Defendant Harmony Capital Fund Ltd. (10-ap-3635, 10-ap-3636), Defendant Lloyds TSB Bank Geneva (10-ap-3635, 10-ap-3636)*


DLA PIPER LLP (US)

By: /s/ Christopher P. (Kip) Hall
    Christopher P. (Kip) Hall, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
kip.hall@dlapiper.com

*Attorneys for Defendants Banca Arner (10-ap-3635, 10-ap-3636), SA and Bank Hapoalim-Switzerland Ltd. (10-ap-3635, 10-ap-3636)*

5

DEBEVOISE & PLIMPTON LLP

By: /s/ Michael E. Wiles
    Michael E. Wiles, Esq.

919 Third Avenue
New York, New York 10022
(212) 909-6000
mewiles@debevoise.com

*Attorneys for Defendant Pictet & Cie (10-ap-3635, 10-ap-3636)*


LATHAM & WATKINS LLP

By: /s/ Christopher Harris
    Christopher Harris, Esq.

885 Third Avenue
New York, New York 10022-4834
(212) 906-1200
christopher.harris@lw.com

*Attorneys for Defendant ABN AMRO Bank (Switzerland) AG (sued as ABN AMRO Schweiz AG) (10-ap-3635, 10-ap-3636)*


McKOOL SMITH P.C.

By: /s/ John P. Cooney
    John P. Cooney, Esq

One Bryant Park, 47th Floor
New York, New York 10036
(212) 402-9407
jcooney@mckoolsmith.com

*Attorneys for Defendant Bank Julius Baer & Co. Ltd. (10-ap-3635, 10-ap-3636)*

HARNIK & FINKELSTEIN

By: /s/ Stephen M. Harnik
    Stephen M. Harnik, Esq.

Olympic Tower
645 Fifth Avenue, 7th Floor
New York, New York 10022-5937
(212) 599-7575
stephen@harnik.com

*Attorneys for Defendant Vorarlberger Landes – und Hypothekenbank (10-ap-3635, 10-ap-3636)*

KLEINBERG KAPLAN WOLFF COHEN

By: /s/ Norris D. Wolff
    Norris D. Wolff, Esq.

551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 986-6000
nwolff@kkwc.com

*Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC) (10-ap-3635, 10-ap-3636)*