UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | |
| Fairfield Sentry Limited, et al., | Chapter 15 Case |
| Debtors in Foreign Proceedings. | Case No. 10-13164 (BRL) |
| -----------------------------------------------X | |
| Fairfield Sentry Limited (In Liquidation), | Jointly Administered |
| Plaintiff, | Adv. Pro. No. 10-03635 (BRL) |
| -against- | |
| ABN AMRO Schweiz AG, et al., | |
| Defendants. | |

-----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Lombard Odier Darier Hentsch & Cie, through its undersigned attorneys, states that no corporate entities own, directly or indirectly, more than 10% of any class of its equity interests.

Dated: New York, New York
         October 7, 2010

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP

_/s/ John F. Zulack_
John F. Zulack
One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500

*Attorneys for Defendant Lombard Odier
Darier Hentsch & Cie*

361150