UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.
------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),

    Plaintiff,

-against-

ABN AMRO Schweiz AG, et al.,

    Defendants.
------------------------------------------------------------X

Chapter 15 Case

Case No. 10-13164 (BRL)

Jointly Administered

Adv. Pro. No. 10-03635 (BRL)

## CORPORATE OWNERSHIP STATEMENT

    In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant CBH Compagnie Bancaire Helvétique SA (formerly Banque SCS Alliance SA), through its undersigned attorneys, states that the following corporate entities own, directly or indirectly, more than 10% of any class of its equity interests: CBH HOLDING SA.

Dated: New York, New York
       October 7, 2010

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP

_____
John F. Zulack
One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500

*Attorneys for Defendant CBH Compagnie Bancaire Helvétique SA (formerly Banque SCS Alliance SA)*

361157