UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
Fairfield Sentry Limited, et al.,                           :     Chapter 15 Case
                                                            :
    Debtors in Foreign Proceedings.                        :     Case No. 10-13164 (BRL)
------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),                  :     Jointly Administered
                                                            :
            Plaintiff,                                  :     Adv. Pro. No. 10-03635 (BRL)
                                                            :
           -against-                                   :
                                                            :
ABN AMRO Schweiz AG, et al.,                                :
                                                            :
           Defendants.                                 :
------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

        In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Rothschild Bank AG (sued as Rothschild Bank AG Zurich), through its undersigned attorneys, states that the following corporate entities own, directly or indirectly, more than 10% of any class of its equity interests: Rothschild Holding AG, Rothschilds Continuation Holdings AG, Rothschild Concordia AG, Concordia BV, Paris Orléans Holding Bancaire SAS, Paris Orléans S.A., and Rothschild Concordia SAS.

Dated: New York, New York
       October 7, 2010

                                              FLEMMING ZULACK WILLIAMSON
                                              ZAUDERER LLP

                                              */s/ John F. Zulack*
                                              John F. Zulack
                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone: (212) 412-9500

                                              *Attorneys for Defendant Rothschild Bank AG*
                                              *(sued as Rothschild Bank AG Zurich)*

361158