UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                            :
                                                                  :
Fairfield Sentry Limited, et al.,                                 :   Chapter 15 Case
                                                                  :
    Debtors in Foreign Proceedings.                              :   Case No. 10-13164 (BRL)
-----------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),                        :   Jointly Administered
                                                                  :
               Plaintiff,                                     :   Adv. Pro. No. 10-03635 (BRL)
                                                                  :
              -against-                                       :
                                                                  :
ABN AMRO Schweiz AG, et al.,                                      :
                                                                  :
               Defendants.                                    :
-----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

       In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Banque Privée Edmond de Rothschild S.A. (sued as Rothschild Bank Geneva), through its undersigned attorneys, states that the following corporate entities own, directly or indirectly, more than 10% of any class of its equity interests: Edmond de Rothschild Holdings S.A.

Dated: New York, New York
       October 7, 2010

                                           FLEMMING ZULACK WILLIAMSON
                                           ZAUDERER LLP

                                           _____
                                           By: John F. Zulack
                                           One Liberty Plaza
                                           New York, New York 10006
                                           Telephone: (212) 412-9500

                                           *Attorneys for Defendant Banque Privée*
                                           *Edmond de Rothschild S.A. (sued as Rothschild*
                                           *Bank Geneva)*

361159