UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
Fairfield Sentry Limited, et al.,                           :    Chapter 15 Case
                                                            :
    Debtors in Foreign Proceedings.                        :    Case No. 10-13164 (BRL)
------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),                  :    Jointly Administered
                                                            :
              Plaintiff,                             :    Adv. Pro. No. 10-03635 (BRL)
                                                            :
            -against-                                 :
                                                            :
ABN AMRO Schweiz AG, et al.,                                :
                                                            :
              Defendants.                            :
------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

        In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Banca Privata Edmond de Rothschild Lugano S.A. (sued as Rothschild Lugano), through its undersigned attorneys, states that the following corporate entities own, directly or indirectly, more than 10% of any class of its equity interests: Banque Privée Edmond de Rothschild S.A. and Edmond de Rothschild Holding S.A.

Dated: New York, New York
       October 7, 2010

                                        FLEMMING ZULACK WILLIAMSON
                                        ZAUDERER LLP

                                        _____
                                        John F. Zulack
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone: (212) 412-9500

                                        *Attorneys for Defendant Banca Privata*
                                        *Edmond de Rothschild Lugano S.A. (sued as*
                                        *Rothschild Lugano)*

361160