UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.
------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),

    Plaintiff,

    -against-

ABN AMRO Schweiz AG, et al.,

    Defendants.
------------------------------------------------------------X

Chapter 15 Case

Case No. 10-13164 (BRL)

Jointly Administered

Adv. Pro. No. 10-03635 (BRL)

## CORPORATE OWNERSHIP STATEMENT

    In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Société Générale Bank & Trust S.A., through its undersigned attorneys, states that the following corporate entities own, directly or indirectly, more than 10% of any class of its equity interests: Société Générale S.A.

Dated: New York, New York
       October 7, 2010

          FLEMMING ZULACK WILLIAMSON
          ZAUDERER LLP

          _____
          John F. Zulack
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 412-9500

          *Attorneys for Defendant Société Générale*
          *Bank & Trust S.A.*

361162