UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                          :
                                                                :
Fairfield Sentry Limited, et al.,                               :    Chapter 15 Case
                                                                :
      Debtors in Foreign Proceedings.                           :    Case No. 10-13164 (BRL)
----------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),                      :    Jointly Administered
                                                                :
            Plaintiff,                                 :    Adv. Pro. No. 10-03635 (BRL)
                                                                :
            -against-                                    :
                                                                :
ABN AMRO Schweiz AG, et al.,                                    :
                                                                :
            Defendants.                                 :
                                                                :
----------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

        In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Banque Cantonale Vaudoise, through its undersigned attorneys, states that the following corporate entities own, directly or indirectly, more than 10% of any class of its equity interests: Canton de Vaud.

Dated: New York, New York
      October 7, 2010

                                                        FLEMMING ZULACK WILLIAMSON
                                                        ZAUDERER LLP

                                                        _____
                                                        John F. Zulack
                                                       One Liberty Plaza
                                                       New York, New York 10006
                                                       Telephone: (212) 412-9500

                                                       *Attorneys for Defendant Banque Cantonale*
                                                       *Vaudoise*

361164