KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
Anthony L. Paccione
anthony.paccione@kattenlaw.com
Bruce M. Sabados
bruce.sabados@kattenlaw.com
Brian A. Schmidt
brian.schmidt@kattenlaw.com

*Attorneys for Defendant*
*Harmony Capital Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (BRL)<br>Jointly Administered |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiff,<br><br>– against –<br><br>ABN AMRO Schweiz AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (BRL)<br><br>**CORPORATE**<br>**OWNERSHIP STATEMENT** |

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1, Harmony Capital Fund Ltd., through its undersigned attorneys, states: Harmony Capital Fund Ltd. is not owned by any entity that requires reporting under this provision or the related local rule.

Dated:   October 7, 2010
         New York, New York

                                        KATTEN MUCHIN ROSENMAN LLP

                                        BY:    /s/ Anthony L. Paccione
                                               Anthony L. Paccione
                                               anthony.paccione@kattenlaw.com
                                               Bruce M. Sabados
                                               bruce.sabados@kattenlaw.com
                                               Brian A. Schmidt
                                               brian.schmidt@kattenlaw.com

                                        *Attorneys for Defendant
                                        Harmony Capital Fund Ltd.*

                                        575 Madison Avenue
                                        New York, New York 10022
                                        (212) 940-8800