KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
Anthony L. Paccione
anthony.paccione@kattenlaw.com
Bruce M. Sabados
bruce.sabados@kattenlaw.com
Brian A. Schmidt
brian.schmidt@kattenlaw.com

*Attorneys for Defendant*
*Lloyds TSB Bank Geneva*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiff,<br><br>– against –<br><br>ABN AMRO Schweiz AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (BRL)<br><br>**CORPORATE**<br>**OWNERSHIP STATEMENT** |

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1, Lloyds TSB Bank Geneva, through its undersigned attorneys, states: 100% of the shares of Lloyds TSB Bank PLC, of which the Geneva branch named as a party herein is an integral part, is owned by Lloyds Banking Group PLC.

Dated:  October 7, 2010
       New York, New York

                                      KATTEN MUCHIN ROSENMAN LLP

                              BY: _____
                                      Anthony L. Paccione
                                      anthony.paccione@kattenlaw.com
                                      Bruce M. Sabados
                                      bruce.sabados@kattenlaw.com
                                      Brian A. Schmidt
                                      brian.schmidt@kattenlaw.com

                                      *Attorneys for Defendant*
                                      *Lloyds TSB Bank Geneva*

                                      575 Madison Avenue
                                      New York, New York 10022
                                      (212) 940-8800