KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
Anthony L. Paccione
anthony.paccione@kattenlaw.com
Bruce M. Sabados
bruce.sabados@kattenlaw.com
Brian A. Schmidt
brian.schmidt@kattenlaw.com

*Attorneys for Defendant Brown Brothers Harriman (Luxembourg) S.C.A. (sued herein as "BBH LUX Guardian II" and "BBH LUX Ref Fairfield GRN")*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br>Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (BRL)<br>Jointly Administered |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiff,<br><br>– against –<br><br>ABN AMRO Schweiz AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (BRL)<br><br>**CORPORATE**<br>**OWNERSHIP STATEMENT** |

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1, Brown Brothers Harriman (Luxembourg) S.C.A. (sued herein as "BBH LUX Guardian II" and "BBH LUX Ref Fairfield GRN"), through its undersigned attorneys, states:

Brown Brothers Harriman & Co., BBH Luxembourg LLC, Brown Brothers Harriman (Luxembourg) S.a.r.l., Mitsubishi UFJ Trust and Banking Corporation and Brown Brothers Harriman (Luxembourg) Holdings S.a.r.l., directly or indirectly, own 10% or more of any class of shares of Brown Brothers Harriman (Luxembourg) S.C.A.'s equity interest.

Dated:   October 7, 2010
         New York, New York

KATTEN MUCHIN ROSENMAN LLP

BY: _____
    Anthony L. Paccione
    anthony.paccione@kattenlaw.com
    Bruce M. Sabados
    bruce.sabados@kattenlaw.com
    Brian A. Schmidt
    brian.schmidt@kattenlaw.com

*Attorneys for Defendant Brown Brothers Harriman (Luxembourg) S.C.A. (sued herein as "BBH LUX Guardian II" and "BBH LUX Ref Fairfield GRN)*

575 Madison Avenue
New York, New York 10022
(212) 940-8800