**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | |
| Fairfield Sentry Limited, et al., | : | Chapter 15 Case |
| Debtors in Foreign Proceedings. | : | Case No. 10-13164 (BRL) |
| ———————————————————X | : | Jointly Administered |

---

| | | |
|---|---|---|
| Fairfield Sentry Limited (In Liquidation), | : | Adv. Pro. No. 10-03635 (BRL) |
| Plaintiff, | : | |
| -against- | : | |
| ABN AMRO Schweiz AG, et al., | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation), | : | Adv. Pro. No. 10-03636 (BRL) |
| Plaintiffs, | : | |
| -against- | : | |
| ABN AMRO Schweiz AG, et al., | : | |
| Defendants. | : | |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Bank Julius Baer & Co. Ltd. ("BJB"), through its undersigned attorneys, identifies Julius Baer Group Ltd. as directly or indirectly owning 10% or more of any class of BJB's equity interests.[1]

Dated:   New York, New York
         October 7, 2010

                               McKOOL SMITH P.C.

                          By:    /s/ John P. Cooney, Jr.
                                  John P. Cooney, Jr.
                                  Eric B. Halper
                                  Virginia I. Weber
                                  Sachin S. Bansal

                                  *Attorneys for Bank Julius Baer & Co. Ltd.*
                                  One Bryant Park, 47th Floor
                                  New York, New York 10036
                                  (212) 402-9400

---

[1] In filing this Corporate Ownership Statement, BJB, a foreign financial institution, is not admitting any facts or waiving any right or defense, including, without limitation, in respect of the adequacy of service and the personal jurisdiction of the court over BJB or any other defendant in this action. BJB does not hereby submit to the jurisdiction of any court, and expressly reserves all rights, defenses, and objections, including without limitation, all defenses based on lack of personal jurisdiction and defective service of process.