UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    :
                                                          :  Chapter 15 Case
Fairfield Sentry Limited, et al.,                         :
                                                          :  Case No. 10-13164 (BRL)
         Debtors in Foreign Proceedings.                  :
-----------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),                :
                                                          :
                                                          :
                    Plaintiffs,                           :  Jointly Administered
                                                          :
              -against-                                   :  Adv. Pro. No. 10-03635 (BRL)
                                                          :
ABN AMRO Scheweiz AG, et al.                              :
                                                          :
                    Defendants.                           :
-----------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),                :
                                                          :
                                                          :
                    Plaintiffs,                           :
                                                          :  Adv. Pro. 10-03636 (BRL)
              -against-                                   :
                                                          :
ABN AMRO Scheweiz AG, et al.                              :
                                                          :
                    Defendants.                           :
-----------------------------------------------------------X

## **CORPORATE OWNERSHIP STATEMENT**

      In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Barclays Bank PLC (sued herein as Barclay's Bank PLC Singapore Wealth), through its undersigned attorneys, states that the only corporation that owns, directly or indirectly, more than 10% of any class of its equity interests is its parent corporation, Barclays PLC.

\\\NY - 002685/000001 - 2289541 v1

Dated: New York, New York
October 7, 2010

                        HOGAN LOVELLS US LLP

By:   /s/ Christopher R. Donoho
      Marc J. Gottridge
      Christopher R. Donoho
      Andrew M. Behrman
      875 Third Avenue
      New York, New York 10022
      Telephone: (212) 918-3000

*Attorneys for Defendant Barclays Bank PLC
(sued herein as Barclay's Bank PLC
Singapore Wealth)*