**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                         :    Chapter 15 Case
:
Fairfield Sentry Limited, et al.,                              :    Case No. 10-13164 (BRL)
:
    Debtors in Foreign Proceedings.         :    Jointly Administered
:
---------------------------------------------------------------X

---------------------------------------------------------------X
:
Fairfield Sentry Limited (In                                   :    Adv. Pro. No. 10-03635 (BRL)
Liquidation),                                                  :
:
    Plaintiff,                              :
:
    -against-                               :
:
ABN AMRO Schweiz AG, et al.,                                   :
:
    Defendants.                             :
:
---------------------------------------------------------------X

---------------------------------------------------------------X
:
Fairfield Sentry Limited (In                                   :    Adv. Pro. No. 10-03636 (BRL)
Liquidation), Fairfield Sigma Limited                          :
(In Liquidation) and Fairfield Lambda                          :
Limited (In Liquidation),                                      :
:
    Plaintiffs,                             :
:
    -against-                               :
:
ABN AMRO Schweiz AG, et al.,                                   :
:
    Defendants.                             :
:
---------------------------------------------------------------X

**FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 7007.1**
**CORPORATE OWNERSHIP STATEMENT OF**
**<u>DEFENDANT ABN AMRO BANK (SWITZERLAND) AG</u>**

Pursuant to Federal Rule of Bankruptcy Procedure Rule 7007.1, Defendant ABN AMRO Bank (Switzerland) AG (sued as ABN AMRO Schweiz AG) ("ABN Switzerland") states that ABN AMRO Bank N.V. owns 10% or more of the equity of ABN Switzerland. Except as described above, no entity directly or indirectly owns more than 10% of the equity interest of ABN Switzerland.

ABN Switzerland submits this disclosure statement without prejudice to or waiver of any rights or defenses it may have, including, without limitation, defenses based upon lack of personal jurisdiction or improper service of process.

Dated: October 7, 2010

                LATHAM & WATKINS LLP

                By: /s/ Christopher Harris
                    Christopher Harris, Esq.

                885 Third Avenue
                New York, New York 10022-4834
                (212) 906-1200

*Attorneys for Defendant ABN AMRO Bank (Switzerland) AG (sued as ABN AMRO Schweiz AG)*