UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                  :

Fairfield Sentry Limited,                  :

                                   :     Adv. Pro. No. 10-03635 (BRL)
                Plaintiff,              :

               -against-              :    Dist. Ct. Case No. 10-cv-07408 (UA)

                                   :

ABN AMRO Schweiz AG, et al.,       :

               Defendants.          :

------------------------------------------------------------X

### DISCLOSURE STATEMENT OF
### DEFENDANT BBVA (SUISSE) SA

       Pursuant to Federal Rule of Civil Procedure 7.1 and Federal Rule of Bankruptcy Procedure 7007.1, Defendant BBVA (Suisse) SA, by and through its counsel, states that its sole corporate parent is Banco Bilbao Vizcaya Argentaria S.A.[1]

Dated: October 7, 2010

                                          Respectfully submitted,

                                          SHEARMAN & STERLING LLP

                                          */s/ James L. Garrity, Jr.*
                                          James L. Garrity, Jr.
                                          599 Lexington Avenue
                                          New York, New York 10022
                                          (212) 848-4000

                                          Heather Lamberg Kafele
                                          Keith Palfin
                                          801 Pennsylvania Avenue, NW
                                          Suite 900
                                          Washington, DC 20004-2634
                                          (202) 508-8000

                                          *Attorneys for Defendant BBVA (Suisse) SA*

---

[1] Defendant BBVA (Suisse) SA submits this motion, through counsel, without prejudice to or waiver of any of its rights or defenses, including, without limitation, defenses based upon lack of personal jurisdiction and improper service of process.