```
-----------------------------------------------------------X
                                                           :
Fairfield Sentry Limited (In                               :
Liquidation),                                              :    Adv. Pro. No. 10-03635 (BRL)
                                                           :
                Plaintiff,                                 :
                                                           :
        -against-                                          :
                                                           :
ABN AMRO Schweiz AG, et al.,                               :
                                                           :
                Defendants.                                :
                                                           :
-----------------------------------------------------------X
-----------------------------------------------------------X
                                                           :
Fairfield Sentry Limited (In                               :
Liquidation), Fairfield Sigma Limited                      :
(In Liquidation) and Fairfield Lambda                      :    Adv. Pro. No. 10-03636 (BRL)
Limited (In Liquidation),                                  :
                                                           :
                Plaintiffs,                                :
                                                           :
        -against-                                          :
                                                           :
ABN AMRO Schweiz AG, et al.,                               :
                                                           :
                Defendants.                                :
                                                           :
-----------------------------------------------------------X
```

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Banca Arner SA, through its undersigned attorneys, states that no corporate entities own, directly or indirectly, more than 10% of any class of its equity interests.

EAST\43687844.1

Dated: New York, New York
October 7, 2010

          DLA PIPER LLP (US)

          /s/ Christopher P. Hall
          _____
          Christopher P. ("Kip") Hall
          1251 Avenue of the Americas
          New York, New York 10020
          (212) 335-4500

          *Attorneys for Defendants Banca Arner SA*