```
------------------------------------------------------------X
                                                            :
Fairfield Sentry Limited (In                                :
Liquidation),                                               :    Adv. Pro. No. 10-03635 (BRL)
                                                            :
                Plaintiff,                                  :
                                                            :
        -against-                                           :
                                                            :
ABN AMRO Schweiz AG, et al.,                                :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
Fairfield Sentry Limited (In                                :
Liquidation), Fairfield Sigma Limited                       :    Adv. Pro. No. 10-03636 (BRL)
(In Liquidation) and Fairfield Lambda                       :
Limited (In Liquidation),                                   :
                                                            :
                Plaintiffs,                                 :
                                                            :
        -against-                                           :
                                                            :
ABN AMRO Schweiz AG, et al.,                                :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------X
```

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Bank Hapoalim (Switzerland) Ltd., through its undersigned attorneys, states that Bank Hapoalim (Switzerland) Ltd. is wholly owned by Bank Hapoalim B.M.

EAST\43687809.1

Dated: New York, New York
October 7, 2010

DLA PIPER LLP (US)

_____
Christopher P. ("Kip") Hall
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Attorneys for Defendants Bank Hapoalim Switzerland, Ltd.*