Shahzeb Lari
Alexander Korn
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Defendant Verwaltungs- und Privat-Bank AG Aktiengesellschaft*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FAIRFIELD SENTRY LIMITED, et al.,<br><br>                Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL) |
| FAIRFIELD SENTRY LIMITED, et al.,<br><br>                Plaintiffs,<br><br>                - against -<br><br>ABN AMRO SCHWEIZ AG, et al.<br><br>                Defendants. | Adv. Pro. Nos.:<br>10-3635 and 10-3636<br><br>(District Court Civ. Nos.:<br>1:10-cv-06640 and 1:10-cv-06641) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, et al.,<br><br>                Plaintiffs,<br><br>                - against -<br><br>ABN AMRO SCHWEIZ AG, et al.<br><br>                Defendants. | Civ. Pro. No. 10-cv-7410 |

# NOTICE OF JOINDER IN MOTIONS
## (1) TO WITHDRAW THE REFERENCE TO THE UNITED STATES BANKRUPTCY COURT AND (2) TO REMAND AND FOR ABSTENSION

PLEASE TAKE NOTICE THAT Verwaltungs- und Privat-Bank AG Aktiengesellschaft ("VPB"), which is named as one of the defendants in the above-captioned actions, hereby joins in (1) the Motion to Withdraw the Reference to the United States Bankruptcy Court, dated September 10, 2010, which was filed by Cleary Gottlieb Steen & Hamilton LLP ("Cleary") in the above-captioned actions, and (2) the Motion to Remand for Abstention, dated October 4, 2010, which was filed by Cleary in the above-captioned actions.  VPB also incorporates the additional arguments set forth in the companion motions being filed in other related cases.

VPB submits this notice and joins in Cleary's motions without prejudice to or waiver of any of VPB's rights or defenses, including, without limitation, defenses based upon lack of personal jurisdiction and improper service of process.

Dated:   New York, New York
         October 7, 2010

                                        FRIED, FRANK, HARRIS, SHRIVER
                                          & JACOBSON LLP

                                        By:   /s/ Shahzeb Lari
                                                Shahzeb Lari
                                                Alexander Korn

                                        One New York Plaza
                                        New York, New York 10004-1980
                                        (212) 859-8000
                                        shahzeb.lari@friedfrank.com

                                        *Attorneys for Defendant*
                                        *Verwaltungs- und Privat-Bank AG*
                                        *Aktiengesellschaft*