**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | Jointly Administered |

---------------------------------------x

| | |
|---|---|
| **FAIRFIELD SENTRY LIMITED, (In Official Liquidation), acting by and through the Foreign Representatives Thereof,** | **Adv. Pro. No. 10-03635 (BRL)** |
| Plaintiffs, | |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** | |
| Defendants. | |

---------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, defendant Pictet & Cie , through its undersigned attorneys, states that no corporate entities own, directly or indirectly, more than 10% of any class of its equity interests.

*[Remainder of this page intentionally left blank]*

Dated: New York, New York
October 7, 2010

  /s/ Michael E. Wiles
Michael E. Wiles
Jessica R. Simonoff
Matthew B. Harris
DEBEVOISE & PLIMPTON LLP
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant Pictet & Cie*