**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York  10019
Telephone (212) 403-1000
Facsimile (212) 403-2000

*Attorneys for Defendant Fidulex Management Inc.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | Adv. Pro. No. 10-03635 |
| Plaintiff, | |
| -against- | |
| ABN AMRO Schweiz AG, et al., | |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation), | Adv. Pro. No. 10-03636 |
| Plaintiffs, | |
| -against- | |
| ABN AMRO Schweiz AG, et al., | |
| Defendants. | |

# RULE 7007.1 STATEMENT OF DEFENDANT
# FIDULEX MANAGEMENT INC.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel of record for Fidulex Management Inc., a private non-governmental party, certifies that Union Bancaire Privée, UBP S.A. owns 10% or more of its stock.

Dated: New York, New York
October 7, 2010

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s Herbert M. Wachtell
Herbert M. Wachtell
Stephen R. DiPrima
Emil A. Kleinhaus
Graham W. Meli
51 West 52nd Street
New York, New York 10019
(212) 403-1000

*Attorneys for Defendant Fidulex Management Inc.*