**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone (212) 403-1000
Facsimile (212) 403-2000

*Attorneys for Defendant J.P. Morgan (Suisse) S.A.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), Plaintiff, -against- ABN AMRO Schweiz AG, et al., Defendants. | Adv. Pro. No. 10-03635 |
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation), Plaintiffs, -against- ABN AMRO Schweiz AG, et al., Defendants. | Adv. Pro. No. 10-03636 |

## RULE 7007.1 STATEMENT OF DEFENDANT
## J.P. MORGAN (SUISSE) S.A.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel of record for J.P. Morgan (Suisse) S.A., a private non-governmental party, certifies that JPMorgan Chase & Co., a publicly held company, owns 10% or more of its stock.

Dated:  New York, New York
        October 7, 2010

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

*/s/ John F. Savarese*

John F. Savarese
Amy R. Wolf
Emil A. Kleinhaus
Meredith L. Turner
51 West 52nd St.
New York, New York 10019
(212) 403-1000

*Attorneys for Defendant J.P. Morgan (Suisse) S.A.*