**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                         :
:
Fairfield Sentry Limited, et al.,                              :     Chapter 15 Case
:
    Debtors in Foreign Proceedings.                            :     Case No. 10-13164 (BRL)
:
---------------------------------------------------------------X     Jointly Administered


---------------------------------------------------------------X
:
Fairfield Sentry Limited (In                                   :
Liquidation),                                                  :     Adv. Pro. No. 10-03634 (BRL)
:
            Plaintiff,                                         :
:                                                                    (District Court Civil Action
        -against-                                              :     No. 10-cv-07407)
:
Zurich Capital Markets Company, et al.,                        :
:
            Defendants.                                        :
:
---------------------------------------------------------------X

---------------------------------------------------------------X
:
Fairfield Sentry Limited (In                                   :
Liquidation),                                                  :     Adv. Pro. No. 10-03635 (BRL)
:
            Plaintiff,                                         :
:                                                                    (District Court Civil Action
        -against-                                              :     No. 10-cv-07408)
:
ABN AMRO Schweiz AG, et al.,                                   :
:
            Defendants.                                        :
:
---------------------------------------------------------------X

```
------------------------------------------------------------X
                                                            :
Fairfield Sentry Limited (In                                :
Liquidation), Fairfield Sigma Limited                       :   Adv. Pro. No. 10-03636 (BRL)
(In Liquidation) and Fairfield Lambda                       :
Limited (In Liquidation),                                   :
                                                            :   (District Court Civil Action
                              Plaintiffs,                   :   No. 10-cv-07410)
                                                            :
              -against-                                     :
                                                            :
ABN AMRO Schweiz AG, et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I, Megan P. Davis, an attorney admitted to practice in the State of New York and Of Counsel at the firm Flemming Zulack Williamson Zauderer LLP, hereby certify the following:

1. On October 7, 2010, I served a copy of the Notice of Joinder in Motions (1) to Withdraw the Reference to the United States Bankruptcy Court and (2) to Remand and for Abstention, in accordance with the United States Bankruptcy Court's Revised Administrative Procedures for Electronically Filed Cases, by forwarding the Notice of Electronic Filing of that document to the following e-mail addresses of record for plaintiffs' counsel:

> David Molton, Esq.
> dmolton@brownrudnick.com
>
> Kerry L. Quinn, Esq.
> kquinn@brownrudnick.com

Dated: October 8, 2010
      New York, New York

_____
Megan P. Davis

2