Shahzeb Lari
Alexander Korn
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Defendant Verwaltungs- und Privat-Bank AG Aktiengesellschaft*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL) |
| FAIRFIELD SENTRY LIMITED, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>ABN AMRO SCHWEIZ AG, et al.<br><br>Defendants. | Adv. Pro. Nos.:<br>10-3635 and 10-3636<br><br>(District Court Civ. Nos.:<br>1:10-cv-06640 and 1:10-cv-06641) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>ABN AMRO SCHWEIZ AG, et al.<br><br>Defendants. | Civ. Pro. No. 10-cv-7410 |

## CERTIFICATE OF SERVICE

I, Alexander T. Korn, an attorney admitted to practice in the state of New York, hereby certify the following:

1. On October 8, 2010, the Joinder in Motions (1) to Withdraw the Reference to the United States Bankruptcy Court and (2) to Remand and for Abstention was served by sending the Notice of Electronic Filing of that document to the following email addresses of record for counsel to the parties:

    Sachin S. Bansal    sbansal@mckoolsmith.com

    Richard A. Cirillo    rcirillo@kslaw.com

    Evan A. Davis    edavis@cgsh.com,

    Megan P. Davis    mdavis@fzwz.com

    Christopher R. Donoho    chris.donoho@lovells.com

    Christopher Harris    Christopher.harris@lw.com

    David Molton    dmolton@brownrudnick.com

    Breon Peace    bpeace@cgsh.com

    Kerry L. Quinn    kquinn@brownrudnick.com

2. On October 8, 2010, a true and correct copy of the Joinder in Motions (1) to Withdraw the Reference to the United States Bankruptcy Court and (2) to Remand and for Abstention was served by first class mail to the following of addresses of record for counsel to the parties:

James L. Garrity
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Anthony L. Paccione
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Dated:   New York, New York
         October 8, 2010

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: *Alexander Korn* (signature)
    Alexander Korn

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
alexander.korn@friedfrank.com

*Attorneys for Defendant*
*Verwaltungs- und Privat-Bank AG*
*Aktiengesellschaft*