**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No: 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation),** | **Adv. Pro. No. 10-03635** |
| Plaintiff, | |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** | |
| Defendants. | |
| **Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation),** | **Adv. Pro. No. 10-03636** |
| Plaintiffs, | |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Emil A. Kleinhaus, hereby certify under penalty of perjury that on October 7, 2010, I caused a true and correct copy of the following:

A) Joinder of Defendant Fidulex Management Inc. in Motion to Withdraw the Reference

B) Joinder of Defendant Fidulex Management Inc. in Motion to Remand and for Abstention

C) Rule 7007.1 Statement of Defendant Fidulex Management Inc.

to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system and served via Federal Express on:

> David J. Molton, Esq.
> **Brown Rudnick LLP**
> Seven Times Square
> New York, NY 10036

Dated: New York, New York
       October 8, 2010

> /s Emil A. Kleinhaus
> Emil A. Kleinhaus
> Wachtell, Lipton, Rosen & Katz
> 51 West 52nd Street
> New York, NY 10019
> Telephone: (212) 403-1000
> Facsimile: (212) 403-2000