KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas -- Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re FAIRFIELD SENTRY LIMITED, et al., | Chapter 15 Case |
| Debtors in Foreign Proceedings. | Case No. 10-13164 (BRL) |
| FAIRFIELD SENTRY LIMITED, et al., Plaintiffs, -against- ABN AMRO SCHWEITZ AG, et. al., Defendants. | Adv. Pro. Nos.: 10-3635 and 10-3636 (District Court Civ. Nos.: 1:10-cv-06640 and 1:10-cv-06641) **CORPORATE OWNERSHIP STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1 and Federal Rule of Bankruptcy Procedure Rule 7007.1, and without appearing or admitting jurisdiction and reserving all rights to raise defenses to jurisdiction and otherwise, NBK Banque Privee (Suisse) SA, through its undersigned attorneys, states that its parent companies are NBK Oversees and National Bank of Kuwait S.A.K and that no public corporations own 10% or more of their stock.

Dated: New York, NY
      October 13, 2010

Respectfully submitted,
KING & SPALDING LLP

by /s/ Richard A. Cirillo
    Richard A. Cirillo
    Lauren W. Mitchell