KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas -- Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re FAIRFIELD SENTRY LIMITED, et al.,

        Debtors in Foreign Proceedings.

---------------------------------------------------------------x

Chapter 15 Case

Case No. 10-13164 (BRL)

---------------------------------------------------------------x

FAIRFIELD SENTRY LIMITED, et al.,

        Plaintiffs,

-against-

ABN AMRO SCHWEITZ AG, et. al.,

        Defendants.

---------------------------------------------------------------x

Adv. Pro. Nos.:
10-3635 and 10-3636

(District Court Civ. Nos.:
1:10-cv-06640 and 1:10-cv-06641)

**CERTIFICATE OF SERVICE**

I, Lauren W. Mitchell, an attorney admitted to practice in the State of New York, hereby certify that on October 13, 2010, I caused a true and correct copy of the Corporate Disclosure Statement of NBK Banque Privee to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system upon counsel of record, including the following individuals:

        David Molton
        Kerry Lauren Quinn

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Dated: New York, NY
October 13, 2010

/s/ Lauren W. Mitchell
Lauren W. Mitchell