KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas -- Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :   Chapter 15 Case
In re FAIRFIELD SENTRY LIMITED, et al.,                              :
                                                                     :   Case No. 10-13164 (BRL)
       Debtors in Foreign Proceedings.                               :
                                                                     :
                                                                     :
---------------------------------------------------------------------x

---------------------------------------------------------------------x
                                                                     :
FAIRFIELD SENTRY LIMITED, et al.,                                    :   Adv. Pro. Nos.:
                                                                     :   10-3635 and 10-3636
       Plaintiffs,                                                   :
                                                                     :   (District Court Civ. Nos.:
       -against-                                                     :   1:10-cv-06640 and 1:10-cv-
                                                                     :   06641)
ABN AMRO SCHWEITZ AG, et. al.,                                       :   **CERTIFICATE OF**
                                                                     :   **SERVICE**
       Defendants.                                                   :
---------------------------------------------------------------------x

    I, Lauren W. Mitchell, an attorney admitted to practice in the State of New York, hereby certify that on October 12, 2010, I caused a true and correct copy of the Response of NBK Banque Privee to Foreign Representatives' Motion Seeking (1) Consolidation, (2) A Coordinated Schedule and (3) a Case Management Order to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system upon counsel of record, including the following individuals:

David Molton
Kerry Lauren Quinn
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Dated: New York, NY
      October 13, 2010

_____
Lauren W. Mitchell