**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** ) | |
| ) | **Case No. 10-13164 (BRL)** |
| **Debtors in Foreign Proceedings.** ) | |
| ) | **Jointly Administered** |
| ) | |
| ) | **Related Adversary** |
| ) | **Proceedings Listed in Exhibit A** |
| ) | |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 19th day of October, 2010, I caused to be served a true copy of the following document:

Omnibus Response To Objections To The Motion of Foreign Representatives Seeking: (1) Consolidation of Certain Adversary Proceedings; (2) Implementation of A Coordinated Schedule For Those Proceedings; And (3) Entry of A Case Management Order To Govern All Adversary Proceedings And Contested Matters Related To These Chapter 15 Cases

-1-

-2-

on the parties listed on the attached service list by first class mail.

                                                                                                                        /s/ Christopher Michael Lau Kamg_____
                                                                                                   Christopher Michael Lau Kamg

Sworn to before me this
19th day of October, 2010.

 /s/ Vicki A. Goldstein\_\_\_\_
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

| | | |
|---|---|---|
| AXA ISLE OF MAN A/C L & C<br>ROYALTY HOUSE<br>WALPOLE AVENUE<br>DOUGLAS IM1 2SL<br>ISLE OF MAN, BRITISH ISLES | BENEFICIAL OWNERS OF THE ACCOUNTS IN THE NAME OF AXA ISLE OF MAN A/C L & C 1-1000<br>C/O AXA ISLE OF MAN A/C L & C<br>ROYALTY HOUSE<br>WALPOLE AVENUE<br>DOUGLAS IM1 2SL<br>ISLE OF MAN, BRITISH ISLES | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANCO ITAU EUROPA LUXEMBOURG SA 1-1000<br>C/O BANCO ITAU EUROPA LUXEMBOURG SA<br>29 AVENUE PORTE-NEUVE<br>PO BOX 572<br>L-2227 LUXEMBOURG<br>LUXEMBOURG |
| BANQUE DE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1211 GENEVA 3<br>SWITZERLAND | BANQUE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1204 GENEVA 3<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-100<br>C/O BANQUE DE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1211 GENEVA 3<br>SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-1000<br>BANQUE DE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1204 GENEVA 3<br>SWITZERLAND | BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | BANQUE SUDAMERIS<br>C/O CORPORATE CREATIONS NETWORK INC.<br>11380 PROPSERITY FARMS ROAD, #$221^{E}$<br>PALM BEACH GARDENS, FL 33410 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE SUDAMERIS 1-1000<br>C/O BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE SUDAMERIS 1-1000<br>C/O BANQUE SUDAMERIS<br>C/O CORPORATE CREATIONS NETWORK INC.<br>11380 PROPSERITY FARMS ROAD #$221^{E}$<br>PALM BEACH GARDENS, FL 33410 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BLUBANK LTD. 1-1000<br>C/O EFG BANK EUROPEAN FINANCIAL GR SWITZERLAND<br>24 QUAI SEUJET<br>CH-1211 GENEVA 2<br>SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BLUBANK LTD. 1-1000<br>BLUBANK LTD.<br>SEVENTEEN SHOP BUILDING, FIRST FLOOR<br>COLLINS AVENUE & FOURTH TERRACE<br>CENTREVILLE<br>P.O. BOX N-3732<br>NASSAU, THE BAHAMAS | BNP PARIBAS LUXEMBOURG SA<br>SOCIETE ANONYME<br>SIEGE SOCIAL: 10A BOULEVARD ROYAL<br>L-2093 LUXEMBOURG<br>LUXEMBOURG | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BNP PARIBAS LUXEMBOURG SA 1-1000<br>C/O BNP PARIBAS LUXEMBOURG SA<br>SOCIETE ANONYME<br>SIEGE SOCIAL: 10A BOULEVARD ROYAL<br>L-2093 LUXEMBOURG<br>LUXEMBOURG |
| BNP PARIBAS SECURITIES SERVICES LUXEMBOURG<br>33, RUE DE GASPERICH<br>HOWALD HESPERANGE<br>2085 LUXEMBOURG<br>LUXEMBOURG | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BNP PARIBAS SECURITIES SERVICES LUXEMBOURG 1-1000<br>C/O BNP PARIBAS SECURITIES SERVICES LUXEMBOURG<br>33, RUE DE GASPERICH<br>HOWALD HESPERANGE<br>2085 LUXEMBOURG<br>LUXEMBOURG | BROWN BROTHERS HARRIMAN & CO<br>140 BROADWAY 16TH FLOOR<br>NEW YORK, NY 10005-1101 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BROWN BROTHERS HARRIMAN & CO 1-1000<br>C/O BROWN BROTHERS HARRIMAN & CO<br>140 BROADWAY 16TH FLOOR<br>NEW YORK, NY 10005-1101 | CACEIS BANK LUXEMBOURG<br>5 ALLEE SCHEFFER<br>L-2520 LUXEMBOURG<br>LUXEMBOURG | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CACEIS BANK LUXEMBOURG 1-1000<br>C/O CACEIS BANK LUXEMBOURG<br>5 ALLEE SCHEFFER<br>L-2520 LUXEMBOURG<br>LUXEMBOURG |
| CDC IXIS<br>16-18 RUE BERTHOLLET<br>94110 ARCEUIL<br>FRANCE | CDC IXIS<br>7, PL DES 5 MARTYRS DU LYCEE BUFFON<br>F-75507 PARIS CEDEX 15<br>FRANCE | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CDC IXIS 1-1000<br>C/O CDC IXIS<br>16-18 RUE BERTHOLLET<br>94110 ARCEUIL<br>FRANCE |
| BENEFICIAL OWNERS OF THE ACOUNTS HELD IN THE NAME OF CDC IXIS 1-1000<br>C/O CDC IXIS<br>7, PL DES 5 MARTYRS DUE LYCEE BUFFON<br>F-75507 PARIS CEDEX 15<br>FRANCE | CITIBANK (SWITZERLAND) ZURICH<br>3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR<br>SINGAPORE 486026<br>SINGAPORE | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) ZURICH 1-1000<br>C/O CITIBANK (SWITZERLAND) ZURICH<br>3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR<br>SINGAPORE 486026<br>SINGAPORE |
| Citibank (Switzerland) Zurich<br>Registered Address<br>Funds Trade Execution Desk<br>Seestrasse 25<br>P.O. Box 3760<br>CH-8021 Zurich<br>Switzerland | | |

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) AG<br>C/O CITIBANK (SWITZERLAND) AG<br>BLEICHER WEG 5<br>POSTFACH<br>CH – 8022 ZURICH | CITIBANK NA LONDON<br>CITIGROUP CENTRE<br>CANADA SQUARE<br>CANARY WHARF<br>LONDON E14 5LB | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK NA LONDON 1-1000<br>C/O CITIBANK NA LONDON<br>CITIGROUP CENTRE<br>CANADA SQUARE<br>CANARY WHARF<br>LONDON E14 5LB |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DELTA NATIONAL BANK AND TRUST CO. 1-1000<br>C/O DELTA NATIONAL BANK AND TRUST CO<br>650 FIFTH AVENUE<br>26TH FLOOR<br>NEW YORK, NY 10019 | DEUTSCHE BANK (CAYMAN)<br>PO BOX 1984GT<br>KY1 1104<br>GEORGE TOWN, GRAND CAYMAN<br>CAYMAN ISLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (CAYMAN) 1-1000<br>C/O DEUTSCHE BANK (CAYMAN)<br>PO BOX 1984GT<br>KY1 1104<br>GEORGE TOWN, GRAND CAYMAN<br>CAYMAN ISLANDS |
| DEUTSCHE BANK (SUISSE) SA GENEVE<br>3 PLACE DES BERGUES<br>PO BOX 1416<br>CH-1211 GENEVA 1<br>SWITZERLAND | DEUTSCHE BANK (SUISSE) SA GENEVE<br>RUE DU PUITS-SAINT-PIERRE 4<br>CP 3597<br>CH – 1211 GENEVE 3 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (SUISSE) SA GENEVE 1-1000<br>C/O DEUTSCHE BANK (SUISSE) SA GENEVE<br>3 PLACE DES BERGUES<br>PO BOX 1416<br>CH-1211 GENEVA 1<br>SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (SUISSE) SA GENEVE 1-1000<br>C/O DEUTSCHE BANK (SUISSE) SA GENEVE<br>RUE DU PUITS-SAINT-PIERRE 4<br>CP 3597<br>CH – 1211 GENEVE 3 | DEUTSCHE BANK AG SINGAPORE<br>PRIVATE BANKING DEPARTMENT<br>8 SHENTON WAY # 47-01<br>SINGAPORE 068811 | DEUTSCHE BANK AG SINGAPORE<br>ASIA PACIFIC HEAD OFFICE<br>ONE RAFFLES QUAY<br>SOUTH TOWER LEVEL 17<br>SINGAPORE 048583 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK AG SINGAPORE 1-1000<br>C/O DEUTSCHE BANK AG SINGAPORE<br>PRIVATE BANKING DEPARTMENT<br>8 SHENTON WAY # 47-01<br>SINGAPORE 068811 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK AG SINGAPORE 1-1000<br>C/O DEUTSCHE BANK AG SINGAPORE<br>ASIA PACIFIC HEAD OFFICE<br>ONE RAFFLES QUAY<br>SOUTH TOWER LEVEL 17<br>SINGAPORE 048583 | DEUTSCHE BANK TRUST COMPANY AMERICA<br>280 PARK AVENUE<br>NEW YORK, NY 10017 |
| DEUTSCHE BANK TRUST COMPANY AMERICA<br>C/O THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK TRUST COMPANY AMERICA 1-1000<br>C/O DEUTSCHE BANK TRUST COMPANY AMERICA<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | BENEFICIAL OWENRS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK TRUST COMPANY AMERICA 1-1000<br>C/O THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| DRESDNER BANK LATEINAMERIKA AG<br>POSTFACH 301246<br>HAMBURG 20354<br>GERMANY | DRESDNER BANK LATEINAMERIKA AG<br>NEUER JUNGFERNSTIEG 16<br>HAMBURG 20354<br>GERMANY | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DRESDNER BANK LATEINAMERIKA AG 1-1000<br>C/O DRESDNER BANK LATEINAMERIKA AG<br>POSTFACH 301246<br>HAMBURG 20354<br>GERMANY |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DRESDNER BANK LATEINAMERIKA AG 1-1000<br>C/O DRESDNER BANK LATEINAMERIKA AG<br>NEUER JUNGFERNSTIEG 16<br>HAMBURG 20354<br>GERMANY | EFG BANK<br>24 QUAI DU SEUJET<br>CP 2391 1211 GENEVE 2<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN TH ENAME OF EFG BANK 1-1000<br>C/O EFG BANK<br>24 QUAI DU SEUJET<br>CP 2391 1211 GENEVE 2<br>SWITZERLAND |
| FIDULEX MANAGEMENT<br>C/O UNION BANCAIRE PRIVEE<br>8 RUE DU ROBERT ESTIENNE<br>PO BOX 3249<br>CH-1211 GENEVA 3<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FIDULEX MANAGEMENT 1-1000<br>FIDULEX MANAGEMENT<br>8 RUE DU ROBERT ESTIENNE<br>PO BOX 3249<br>CH-1211 GENEVA 3<br>SWITZERLAND | FORTIS (ISLE OF MAN) NOMINEES LTD<br>18-20 NORTH QUAY<br>DOUGLAS IM99 1NR<br>ISLE OF MAN |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FORTIS (ISLE OF MAN) NOMINEES LTD 1-1000<br>C/O FORTIS (ISLE OF MAN( NOMINEES LTD<br>18-20 NORTH QUAY<br>DOUGLAS IM99 1NR<br>ISLE OF MAN | FS/ANDBANC ANDORRA<br>C/O EUROCLEAR BANK – FUNDSETTLE TEAM<br>2ND FLOOR<br>1 BOULEVARD DU ROI ALBERT II<br>B-1210 BRUSSELS<br>BELGIUM | FS/ANDBANC ANDORRA<br>HEAD OFFICE<br>C/MANUEL CERQUEDA I ESCALER, 6<br>AD700 ESCALDES-ENGORDANY, ANDORRA |

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/ANDBANC ANDORRA 1-1000<br>C/O FS/ANDBANC ANDORRA<br>C/O EUROCLEAR BANK – FUNDSETTLE TEAM<br>2ND FLOOR<br>1 BOULEVARD DU ROI ALBERT II<br>B-1210 BRUSSELS<br>BELGIUM | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/ANDBANC ANDORRA 1-1000<br>C/O FS/ANDBANC ANDORRA<br>HEAD OFFICE<br>C/MANUEL CERQUEDA I ESCALER, 6<br>AD700 ESCALDES-ENGORDANY, ANDORRA | FS/CBESSA<br>C/O EUROCLEAR BANK SA/NV<br>BOULEVARD DU ROI ALBERT II 1<br>1210 BRUSSELS<br>BELGIUM |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/CBESSA 1-1000<br>C/O FS/CBESSA<br>C/O EUROCLEAR BANK SA/NV<br>BOULEVARD DU ROI ALBERT II 1<br>1210 BRUSSELS<br>BELGIUM | FS/HSBC PRIVATE BANKING NOM<br>C/O EUROCLEAR BANK SA/NV<br>1 BOULEVARD DU ROI ALBERT II<br>1210 BRUSSELS<br>BELGIUM | FS/HSBC PRIVATE BANKING NOM<br>BOULEVARD ROYAL 32<br>LUXEMBOURG, 2449 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/HSBC PRIVATE BANING NOM 1-1000<br>C/O FS/HSBC PRIVATE BANKING NOM<br>C/O EUROCLEAR BANK SA/NV<br>1 BOULEVARD DU ROI ALBERT II<br>1210 BRUSSELS<br>BELGIUM | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/HSBC PRIVATE BANKING NOM 1-1000<br>C/O FS/HSBC PRIVATE BANKING NOM<br>BOULEVARD ROYAL 32<br>LUXEMBOURG, 2449 | HSBC PRIVATE BANK (GUERNSEY) LTD<br>PARK PLACE<br>PARK STREET<br>ST PETER PORT<br>GUERNSEY GY 1 1EE<br>CHANNEL ISLANDS |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK (GUERNSEY) LTD 1-1000<br>C/O HSBC PRIVATE BANK (GUERNSEY) LTD<br>PARK PLACE<br>PARK STREET<br>ST PETER PORT<br>GUERNSEY GY 1 1EE<br>CHANNEL ISLANDS | HSBC PRIVATE BANK (SUISSE) SA<br>2 QUAI GENERAL GUISAN<br>P.O. BOX 3580<br>CH-1211 GENEVA 3<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK (SUISSE) SA 1-1000<br>C/O HSBC PRIVATE BANK (SUISSE) SA<br>2 QUAI GENERAL GUISAN<br>P.O. BOX 3580<br>CH-1211 GENEVA 3<br>SWITZERLAND |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA<br>40 AVENUE MONTEREY<br>L 2163 LUXEMBOURG | ING BANK (SUISSE) SA<br>30 AVENUE DE FRONTENEX CP 6405<br>CH1211 GENEVE 6<br>SWITZERLAND | ING BANK (SUISSE) SA<br>AVENUE DE FRONTENEX<br>30 1207 GENEVE |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF ING BANK (SUISSE) SA 1-1000<br>C/O ING BANK (SUISSE) SA<br>30 AVENUE DE FRONTENEX CP 6405<br>CH1211 GENEVE 6<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF ING BANK (SUISSE) SA 1-1000<br>C/O ING BANK (SUISSE) SA<br>AVENUE DE FRONTENEX<br>30 1207 GENEVE | JP MORGAN TRUST COMPANY (CAYMAN)<br>ONE AMERICAN LANE<br>FLOOR ONE<br>GREENWICH, CT 06831-2560 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF JP MORGAN TRUST COMPANY (CAYMAN) 1-1000<br>C/O JP MORGAN TRUST COMPANY (CAYMAN)<br>ONE AMERICAN LANE<br>FLOOR ONE<br>GREENWICH, CT 06831-2560 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF KOOKMIN BANK 1-1000<br>KOOKMIN BANK<br>6TH FLOOR DAEWOO SECURITIES BLDG<br>4-3 YOIDO-DONG YOUNGDEUNGPO-GU<br>SEOUL 150-716<br>SOUTH KOREA | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF KOOKMIN BANK 1-1000<br>C/O KOOKMIN BANK<br>9-1, NAMDAEMUNNO 2-GA, CHUNG-GU<br>SEOUL 100-703<br>SOUTH KOREA |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF LOMBARD ODIER DARIER HENTSCH & CIE 1-1000<br>C/O LOMBARD ODIER DARIER HENTSCH & CIE<br>11 RUE DE LA CORRATERIE<br>CASE POSTALE 1211 GENEVA 11<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF LOMBARD ODIER DARIER HENTSCH & CIE 1-1000<br>C/O LOMBARD ODIER DARIER HENTSCH & CIE<br>RUE DE LA CORRATERIE 11<br>1204 GENEVA<br>SWITZERLAND | MICHAEL D. SCHISSEL<br>ARNOLD & PORTER LLP<br>399 PARK AVENUE<br>NEW YORK, NY 10022<br>Attorneys for Merrill Lynch Bank (Suisse) SA<br>Attorneys for Zurich Capital Markets Company |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF MERRILL LYNCH BANK (SUISSE) SA 1-1000<br>C/O MERRILL LYNCH BANK (SUISSE) SA<br>18 RUE DES CONTAMINES<br>CH-1211 GENEVA 3<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF MERRILL LYNCH BANK (SUISSE) SA 1-1000<br>C/O MERRILL LYNCH BANK (SUISSE) SA<br>13, ROUTE DE FLORISSANT<br>P.O. BOX 3070<br>CH-1211 GENEVE 3 | MONTE PASCHI IRELAND LTD<br>AIB INTERNATIONAL CENTRE IFSC<br>DUBLIN D1<br>IRELAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF MONTE PASCHI IRELAND LTD<br>MONTE PASCHI IRELAND LTD<br>AIB INTERNATIONAL CENTRE IFSC<br>DUBLIN D1<br>IRELAND | NOMURA INTERNATIONAL PLC<br>NOMURA HOUSE<br>1 ST MARTINS LE GRAND<br>EC1A 4NP LONDON<br>UK | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF NOMURA INTERNATIONAL PLC 1-1000<br>C/O NOMURA INTERNATIONAL PLC<br>NOMURA HOUSE<br>1 ST MARTINS LE GRAND<br>EC1A 4NP LONDON<br>UK |

PICTET & CIE
ROUTE DES ACACIAS 60
1211 GENEVE 73
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF PICTET & CIE 1-1000
C/O PICTET & CIE
ROUTE DES ACACIAS 60
1211 GENEVE 73
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ROBINSON & CO 1-1000
C/O ROBINSON & CO
THE BANK OF BERMUDA LTD
PO BOX HM 1020
6 FRONT STREET
HM 11 HAMILTON
BERMUDA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SNS GLOBAL
CUSTODY 1-1000
C/O SNS GLOBAL CUSTODY
PETTELAARPARK 120
POSTBUS 70053
5201 DZ'S HERTOGENBOSCH
THE NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF STATE STREET BANK
LUXEMBOURG SA 1-1000
C/O STATE STREET BANK LUXEMBOURG SA
49 AVENUE JF KENNEDY
L1855 LUXEMBOURG
LUXEMBOURG

UBS AG NEW YORK
101 PARK AVENUE
NEW YORK, NY 10178

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF UBS AG NEW YORK
1-1000
C/O UBS AG NEW YORK
101 PARK AVENUE
NEW YORK, NY 10178

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF UBS CAYMAN REF
GREENLAKE ARBITRAGE 1-1000
C/O UBS (CAYMAN) LIMITED
UBS HOUSE
P.O. BOX 852 GT
227 ELGIN AVENUE
GRAND CAYMAN
CAYMAN ISLANDS

WALL STREET SECURITIES SA
TORRE BANCO CONTINENTAL
PISO 10 CALLE 50
AQUILINO DE LA GUARDIA
PANAMA CITY, PANAMA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF WALL STREET
SECURITIES SA 1-1000
C/O WALL STREET SECURITIES SA
TORRE BANCO CONTINENTAL
PISO 10 CALLE 50
AQUILINO DE LA GUARDIA
PANAMA CITY, PANAMA

ZURICH CAPITAL MARKETS COMPANY
LA TOUCHE HOUSE 3RD FLOOR, IFSC
DUBLIN 1
IRELAND

BANCO ITAU EUROPA LUXEMBOURG
29 AVENUE DE LA PORTE-NEUVE
L-2227
LUXEMBOURG

BANK MORGAN STANLEY AG GENEVA
BANQUE MORGAN STANLEY SA
12 PLACE DE LA FUSTERIE
CH-1211 GENEVA, SWITZERLAND

BANK MORGAN STANLEY AG ZURICH
BANK MORGAN STANLEY AG
BAHNHOFSTRASSE 92
CH-8021
ZURICH, SWITZERLAND

BANQUE MORGAN STANLEY SA
12 PLACE DE LA FUSTERIE
CH-1211 GENEVA, SWITZERLAND

BANQUE SUDAMERIS
701 BRICKELL AVENUE
BARNET TOWNER, 9TH FLOOR
MIAMI, FL 33131

CAPRICE INTERNATIONAL GROUP
1395 BRICKWELL AVENUE
MIAMI, FL 33131

CAPRICE INTERNATIONAL GROUP
1000 BRICKELL AVENUE, SUITE 215
MIAMI, FL 33131

CITIBANK (SWITZERLAND) ZURICH
BLEICHER WEG 10
8002 ZURICH, SWITZERLAND

CITIGROUP
CITIGROUP CENTRE
33 CANADA SQUARE
CANARY WHARG
LONDON E14 5LB
UNITED KINGDOM

CITIVIC NOMINEES LIMITED
PO BOX 18055
5 CARMELITE STREET
LONDON EC4Y OPA

COMPAGNE BANCAIRE ESPIRITO SANTO SA
15 AVENUE DE MOHICHOISI
CASE POSTALE 390
1001 LOUSANNE, SUISSE
SWITZERLAND

DESERT ROSE LIMITED
250 W 39TH STREET, 8TH AVENUE
NEW YORK, NY 10018

EFG PRIVATE BANK SA
QUAI DU SEUJET 24
P.O. BOX 2391
1211 GENEVA 2
SWITZERLAND

HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018

MERRILL LYNCH BANK
13 ROUTE DE FLORISSANT
GENEVA CH-1211
SWITZERLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
LONDON, ZURICH BRANCH
BAHNHOFSTRASSE 92
CH-8021
ZURICH, SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ZURICH CAPITAL
MARKETS COMPANY 1-1000
C/O ZURICH CAPITAL MARKETS COMPANY
LA TOUCHE HOUSE 3RD FLOOR, IFSC
DUBLIN 1
IRELAND

GEORGE M. CHALOS
CHALOS & CO P.C.
123 SOUTH ST.
OYSTER BAY, NY 11711
Attorneys for AL NAHYAN MANSOUR B ZAYED

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF AL NAHYAN
MANSOUR B ZAYED 1-1000
C/O AL NAHYAN MANSOUR B SAYED
PO BOX 6316
ABU DHABI
UNITED ARAB EMIRATES

WILLIAM J. SUSHON
SHIVA ETEKHAN
O'MELVENY & MEYERS LLP
7 TIMES SQUARE
NEW YORK, NY 10036
ATTORNEYS FOR CREDIT SUISSE (BAHAMAS)

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CREDIT SUISSE
(BAHAMAS) 1-1000
C/O CREDIT SUISSE (BAHAMAS)
BAHAMAS FINANCIAL CENTER, 4TH FL
SHIRLEY & CHARLOTTE STREETS
PO BOX n-4928
NASSAU
BAHAMAS

NORTHERN NAVIGATION AMERICA INC.
OIVIND LORENTZEN
ONE STAMFORD LANDING
62 SOUTHFIELD AVE STE 212
STAMFORD, CT 06902

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF NORTHERN
NAVIGATION AMERICA INC 1-1000
C/O NORTHERN NAVIGATION AMERICA INC.
OIVIND LORENTZEN
ONE STAMFORD LANDING
62 SOUTHFIELD AVE STE 212
STAMFORD, CT 06902

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SG PRIVATE BANKING
(SUISSE) SA 1-1000
C/O SG PRIVATE BANKING (SUISSE) SA
PO BOX 220
AVENUE DE RUMINE 20
CH-1001 LAUSANNE
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SG PRIVATE
BANKING (SUISSE) SA 1-1000
RUE DE LA CORRATERIE 6
CASE POSTALE 5022
1211 GENEVE 11 – SWITZERLAND GE 1211 CH

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SG PRIVATE BANING
(SUISSE) SA 1-1000
C/O CORPORATION COMPANY OF MIAMI
201 S. BIXCAYNE BLVD., SUITE 1500 (BB)
MIAMI, FL 33131

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANCO ATLANTICO
(BAHAMAS) 1-1000
C/O BANCO ATLANTICO (BAHAMAS)
C/O BANCO ATLANTICO BANK & TRUST
LIMITED (BAHAMAS)
C/O FT CONSULTANTS LTD
PO BOX N-3932
NASSAU
BAHAMAS

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANCO ATLANTICO
(BAHAMAS) 1-1000
BANCO ATLANTICO (BAHAMAS)
PO BOX SS-6289
EAST BAY STREET
NASSAU, BAHAMAS

STRINA LUISA AND GRAZIELA STRINA
LUISA M STRINA
AV HIGIENOPOLIS 349-5
SAO PAULO 01238-001
BRAZIL

STRINA LUISA AND GRAZIELA STRINA
GALERIA LUISA STRINA
RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR
J01426-000 SÃO PAULO/SP, BRAZIL

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF STRINA LUISA AND
GRAZIELA STRINA 1-1000
C/O STRINA LUISA AND GRAZIELA STRINA
LUISA M STRINA
AV HIGIENOPOLIS 349-5
SAO PAULO 01238-001
BRAZIL

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF STRINA LUISA AND
GRAZIELA STRINA 1-1000
C/O STRINA LUISA AND GRAZIELA STRINA
GALERIA LUISA STRINA
RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR
J01426-000 SÃO PAULO/SP, BRAZIL

STEFAN MALLENBAUM, ESQ.
Ronald Lefton, Esq.
GREENBERG TRAURIG LLP
METLIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166
ATTORNEYS FOR
 EFG GIBRALTAR AND EFG GROUP
Banco Atlantico Gibraltar

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANCO ATLANTICO
GIBRALTAR 1-1000
C/O BANCO ATLANTICO GIBRALTAR
1 CORRAL ROAD
PO BOX 561
PMB 6314 GIBRALTAR
GIBRALTAR

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF EUROPEAN
FINANCIAL GROUP EFG SA
C/O EUROPEAN FINANCIAL GROUP EFG SA
RUE DU PUITS-SAINT-PIERRE 4
CP 3597
CH – 1211 GENEVE 3

JOHN J. LYNCH
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036
ATTORNEYS FOR DEFENDANT CREDITO
PRIVATO COMMERCIALE SA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CREDITO PRIVATO
COMMERCIALE SA 1-1000
C/O CREDITO PRIVATO COMMERCIALE SA
VIA ZURIGO 46
CH-6904 LUGANO
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CREDITO PRIVATO
COMMERCIALE SA 1-1000
CREDITO PRIVATO COMMERCIALE SA
VIA ZURIGO 46
CH-6900 LUGANO
SWITZERLAND

MICHAEL E. WILES
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
ATTORNEYS FOR DEFENDANT FIBI BANK
(SWITZERLAND)

BENEFICIAL OWENRS OF THE ACCOUNTS
HELD IN THE NAME OF FIBI BANK
(SWITZERLAND) 1-1000
C/O FIBI BANK (SWITZERLAND)
SEESTRASSE 61
POSTFACH
CH-8027 ZURICH
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FIBI BANK
(SWITZERLAND) 1-1000
C/O FIBI BANK (SWITZERLAND)
BLEICHER WEG 5
POSTFACH
CH – 8022 ZURICH

WESTERN SECURITIES LIMITED
PO BOX 310370
MIAMI, FL 33231-0370

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF WESTON
SECURITIES LIITED 1-1000
C/O WESTERN SECURITIES LIMITED
PO BOX 310370
MIAMI, FL 33231-0370

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ZCM ASSET HOLDING
COMPANY (BERMUDA) LIMITED 1-1000
C/O ZCM ASSET HOLDING COMPANY
(BERMUDA) LIMITED
C/O BNP PARIBAS SECURITY CORP.
787 SEVENTH AVENUE, 3RD FLOOR
NEW YORK, NY 10019

JOHN F. ZULACK
ELIZABETH O'CONNOR
FLEMMING ZULACK WILLIAMSON & ZAUDERER LLP
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 10006
Attorneys for Hambros Guernsey Nominees Ltd,
SG Hambros Nominees Jersey, SG Hambros Bank
Channel Islands

HAMBROS GUERNSEY NOMINEES
C/O SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED –
GUERNSEY BRANCH
P.O. BOX 6 HAMBRO HOUSE
ST. JULIAN'S AVENUE, ST. PETER PORT
GUERNSEY, CHANNEL ISLANDS
Channel Islands GY1 3AE

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF HAMBROS GUERNSEY NOMINEES 1-1000
C/O SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF SG HAMBROS NOMINEES (JERSEY) 1-1000
C/O SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF SG HAMBROS BANK (CHANNEL ISLANDS)
LIMITED – GUERNSEY 1-1000
SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED –
GUERNSEY BRANCH
P.O. BOX 6 HAMBRO HOUSE
ST. JULIAN'S AVENUE, ST. PETER PORT
GUERNSEY, CHANNEL ISLANDS
Channel Islands GY1 3AE

8270852

ABN Amro Schweiz AG
CGC NV
Beethovenstrasse 33
8002- Zurich
Switzerland

Adler and Co Privatbank AG
CGC NV
Claridenstrasse 22
CH-8022 Zurich
Switzerland

Allianzbank SPA/Unifortune Conservative Side Pocket
CGC NV/CGC NV
Via Donizetti 53
Milan 20128
Italy

Alternative Investment Strategies
CGC NV
C/O Absolute Performance Ltd
Bamboo Gate
11 Harbour Road
Paget PG 03
Bermuda

Arsenal SPC
CGC NV
Corporate Centre West Bay Road
PO Box 31106 SMB
Grand Cayman
Cayman Islands

Arsenal SPC Obo Glasgow Seg Port
CGC NV
Rue de la Croix 19
1203 Geneva
Switzerland

Banca Arner SA
CGC NV
Piazza Manzoni 8
6901 Lugano
Switzerland

Bank Hapoalim Switzerland Ltd
CGC NV
Stockerstrasse 33
CH-8027 Zurich
Switzerland

Bank Julius Baer and Co Cash
CGC NV
Hohlstrasse 602
CH-8010 Zurich
Switzerland

Bank Sarasin & Cie
CGC NV
Elizabethenstrasse 62
CH-4002 Basel
Switzerland

Banque Cantonale Vaudoise
CGC NV
Place St Francois 14
CH-1001 Lausanne
Switzerland

Banque Cramer & Cie SA Ex BPG
CGC NV
20-22 Avenue de Miremont
PO Box 403
CH-1211 Geneva 12
Switzerland

Banque Safdie SA
CGC NV Ref Banque Safdie
1 Rue de la Tour de L'Ile
Case Postale 5415
1211 11 Geneva
Switzerland

Barclay's Bank Plc Singapore Wealth
CGC NV Ref Barclays Singapore Wealth
Level 28 One Raffles Quay
South Tower
Singapore 048583
Singapore

BBH Lux Fairfield Guardian II
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

BBH Lux Ref Fairfield Grn 6200448
CGC NV  Ref BBH Lux
BBH Lux
33 Boulevard Prince Henri BP 403
Luxembourg L 2014
Luxembourg

BBVA (Suisse) SA
CGC NV
PO Box 3930
Zeltweg 63
8021-Zurich
Switzerland

BCV Amc Defensive Alt Fund CHF
CGC NV
Place St Francois
CH-1001 Lausanne
Switzerland

BNP Paribas (Suisse) SA
CGC NV
2 Place de Hollande
Case Postale
CH-1211 Geneva
Switzerland

BNP Paribas (Suisse) SA Private
CGC NV
2 Place de Hollande Case Postale
CH-1211 Geneva
Switzerland

BSI AG
CGC NV
Via Peri 23
CH-6901 Lugano
Switzerland

BSI Ex Banca del Gottardo
CGC NV
Viale S Franscini 8
CH-6900 Lugano
Switzerland

Caceis Bank Luxembourg
CGC NV Cail CFM
5 Allee Scheffer
Luxembourg L -2520
Luxembourg

Brian Dunefsky
Withers Bergman LLP
430 Park Avenue
New York, New York 10022
Attorneys for Centrum Bank AG

CBH - Compagnie Bancaire Helvetique
CGC NV
Route de Chancy 6B
Case Postale 64
CH-1211 Geneva 8
Switzerland

Centrum Bank AG (Ams)
CGC NV
Kirchstrasse 3
Postfach 1168
Vaduz FL 9490
Liechtenstein

Citco Global Custody (NA) NV
CGC NV/Fidulex Managament Inc
Schottegatweg Oost 44
PO Box 707
Willemstad
Curacao
Netherlands Antilles

Clariden Leu Ltd
CGC NV
Bahhofstrasse 32
PO Box
CH-8070 Zurich
Switzerland

Corner Banca SA
CGC NV
Via Canova 16
CH-6901 Lugano
Switzerland

Credit Suisse AG Zurich
CGC NV
PO Box 300
Uetlibergstrasse 231
CH-8070 Zurich
Switzerland

Dorothy Heyl
Milbank, Tweed, Hadley &
McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attorneys for Dresdner Bank Schweiz,
LG Bank in Liechtenstein AG

Dexia Banque International A Luxembourg
CGC NV
69 Route D'Esch
Luxembourg L-2953
Luxembourg

Dresdner Bank Schweiz
CGC NV
LGT Bank In Liechtenstein AG ex DBS
Herrengasse 12
Vaduz FL-9490
Liechtenstein

EFG Bank SA Switzerland
CGC NV - Reinvest
24 Quai du Seujet
CH-1211 Geneva 2
Switzerland

EFG Eurofinancier D'Invest MCL
CGC NV Ref EFG MC
Villa les Aigles
15 Avenue D'Ostenede
Monaco MC 9800

Endurance Absolute Ltd Master
CGC NV
C/O Argyle Investment Advisors
Iveagh Ltd
21 Queen Anne's Gate
London SW1H 9BU
UK

Fairfield Lambda
CGC NV
Governor's Square
Building 6 2nd Floor
23 Lime Tree Bay Avenue
Grand Cayman KY1 1205
Cayman Islands

Falcon Private Bank Ltd
CBC A/C 299920/CGC NV
Pelikanstrasse 37
PO Box 1376
CH-8021 Zurich
Switzerland

FCL IFP Global Diversified Cls
CGC NV
C/O Fortune Asset Management Ltd
10 Exchange Street
Primrose Street
London EC2A 2BY
UK

Eric Fishman
Pillsbury
1540 Broadway
New York, NY 10036-4039
Attorneys for Falcon Private Bank, Incore Bank AG

Charles C. Platt
WilmerHale
399 Park Avenue
New York, NY 10022 USA
Attorneys for Finter Bank Zurich,
Bank Sarasin & Cie AG, Banca Scizzera Italiana (BSI),
BSI Ex Banca Del Gottardo, IHAG Handelsbank, Corner
Banca SA, PKB Privatbank AG

Finter Bank Zurich
CGC NV
Corso S Gottardo 35
CH-6830 Chiasso
Switzerland

Harmony Capital Fund Ltd
CGC NV Ref Harmony Capital
C/O Jason Capital Partners LLP
28 Grosvenor Street
London W1K 4QR
UK

IHAG Handelsbank AG
CGC NV
Bleicherweg 18
8022- Zurich
Switzerland

Incore Bank AG
CGC NV
Dreikoenigstr 8
CH-8022 Zurich
Switzerland

JP Morgan (Suisse) SA
CGC NV JPMS
PO Box 5160
Rue de la Confederation 8
CH-1211 Geneva 11
Switzerland

LGT Bank In Liechtenstein AG ex DBS
CGC NV Ref Dresdner Schweiz TF
LGT Bank In Liechtenstein AG
Herrengasse 12
Vaduz FL 9490
Liechtenstein

Jascha D. Preuss
Reiss + Preuss LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
Attorneys for Liechtensteinische Landesbank
Aktiengesellschaft

Liechtensteinische LB Reinvest Ams
CGC NV
Liechtensteinische Landesbank AG
Staedtle 44
Vaduz FL-94940
Liechtenstein

Llyods TSB Bank Geneva
CGC NV
Place Bel-Air 1
CH-1211 Geneva 2
Switzerland

Lombard Odier Darier Hentsch & Cie
CGC NV
Rue de la Corraterie 11
1204 Geneva
Switzerland

Master Capital and Hedge Fund
CGC NV
C/O Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

NBK Banqe Privee Suisse SA
CGC NV Ref Nat Bank of Kuwait
Quai du Mont Blanc 21
PO Box 1923
Geneva 1
Switzerland

PKB Privatbank AG
CGC NV
Via Balestra 1
CH-6901 Lugano
Switzerland

Private Space Ltd
CGC NV
7 Rue du Gabian
MC 98000 Monaco
Monaco

RBC Dexia Inv Ser Julius Baer SICAV
CBC A/C 299920 Dex
Dexia Fund Services
69 Route D'Esch
Luxembourg L-2953
Luxembourg

RBS Coutts Bank Ltd
CGC NV
PO Box 2200
Stauffacherstrasse 1
CH-8022 Zurich
Switzerland

Rothschild Bank AG Zurich (Dub)
CGC NV
Zollikerstrasse 181
CH-8034 Zurich
Switzerland

Rothschild Bank Geneva (Dublin)
CGC NV
Banca Privee Edmond de Rothschild
18 rue de Hesse
CH-1204 Geneva
Switzerland

Rothschild Lugano Du
CGC NV
Banca Privee Edmond de Rothschild Lugano SA
Via Ginevra 2
CH-6900 Lugano
Switzerland

Sella Bank AG
CGC NV
Corso Elvezia 9
CH-6900 Lugano
Switzerland

SIS Seganintersettle
CGC NV
Baslerstrasse 100
CH-4601 Olten
Switzerland

Societe Generale Bank & Trust
CGC NV
11-13 Avenue Emile Reuter
Luxembourg L-2420
Luxembourg

Springer Fund of Funds Ltd
Fidulex Management Ltd
C/O Union Bancaire Privee Asset Mgt
PO Box HM 3399
Hamilton HM11
Bermuda

Swisscanto Fd Centre Clients
CGC NV
4th Floor 51 Moorgate
London EC2R 6BH
UK

Julian W. Friedman
Stillman, Friedman & Shectman, PC
425 Park Avenue
New York, NY 10022
Attorneys for Springer Fund of Funds Ltd

T1 Global Fund Ltd
CGC NV
C/O Trust and Gain Asset Management
Corso San Gottardo 46
6830 Chiasso
Switzerland

Teorema Alternative Strategies
CGC NV
PO Box 31106 SMB
Corporate Centre West Bay Road
Grand Cayman
Cayman Island

UBS AG Zurich
CGC NV/CGC NV
Ref UBS Zurich/CBC A/C 299920
UBS Wealth Management
Badenerstrasse 574/C
CH-8098 Zurich
Switzerland

UBS Jersey Nominees
CGC NV/CGC NV - UBS Jersey
PO Box 350
24 Union Street
St Helier JE4 8UJ
Jersey

Verwaltungs und Privat-Bank AG Aktiengesellschaft (Ams)
CGC NV
Im Zentrum
Vaduz FL-9490
Liechtenstein

Vorarlberger Landes Und Hypothekenbank Akiengesellscharft
CGC NV
Hypo-Passage 1
Bregenz 6900
Austria

Alexander T. Korn
Fried Frank
One New York Plaza
New York, New York 10004
Attorneys for Verwaltungs Und Privat-Bank AG

Stephen M. Harnik
Harnik & Finkelstein LLP
645 Fifth Avenue
New York, NY 10022
Attorneys for Vorarlberger Landes –
und Hypothekenbank

Citco Bank & Trust / HSBC
Citco Global Custody (NA) NV
Windward 1, 2nd Floor,
Regatta Office Park
West Bay Road
PO BOX 31105 SMB
Geaorge Town KY1-1205
Grand Cayman

Citco Bank Netherlands
Citco Global Custody (NA) NV ref Bank Julius Baer & Co.
2600 Cork Airport Business Park
Cork Ireland

Shawn J. Rabin
Susman Godfrey LLP
654 Madison Ave., 5th Floor
New York, NY 10065-8404
Attorneys for Karla Multistrategies Ltd,
Soundview Fund, Richourt AAA Multistrategies

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attorneys for KBC Investments Ltd.

UBS AG New York Branch as Agent
Citco Global Custody (NA) NV FBO UBS New York Branch as Agent
101 Park Avenue 14th Floor
New York NY 10178

KBC Investments LTD
Citco Global Custody (NA) NV
as custodian for KBC inv ref karasel ENH
140 East 45th Str 42nd Floor
New York NY 10017

CBT Gems Low Vol Reg
Citco Global Custody (NA) NV
One Montague Place 1st Floor
East Bay Street
PO BOX N-4906
Nassau
Bahamas

Richourt AAA Multistrategies
Citco Global Custody (NA) NV
Telstone 8 Teleport
1043 BW Amsterdam
The Netherlands

Citco Trustees Cayman Ltd AS
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

| | | |
|---|---|---|
| Banca Unione di Credito<br>CGC NV - Cash<br>Piazza Dante 7<br>CH-6901 Lugano<br>Switzerland | FIF Advanced Ltd<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York 10022 | Karla Multistrategies Ltd<br>Citco Global Custody (NA) NV ref Karla Mutllistrategies<br>Naritaweg 165<br>1043 BW Amsterdam<br>The Netherlands |
| Norris D. Wolff<br>Kleinberg, Kaplan, Wolf & Cohen PC<br>551 Fifth Avenue, 18th Fl<br>New York, NY 10176<br>Attorneys for Quasar Fund Spc Class A and<br>Class B CGC NV | Quasar Fund SPC Class A and Class B<br>CGC NV<br>C/O Citco Fund Services Europe BV<br>Naritaweg 165<br>1043 BW Amsterdam<br>The Netherlands | Six SIS Ltd<br>Baslerstrasse 100<br>CH-4601 Olten<br>Switzerland |
| Soundview Fund<br>Citco Global Custody (NA) NV<br>Naritaweg 165<br>1043 BW Amsterdam<br>The Netherlands | Fairfield Masters Ltd<br>CGC NV<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York 10022 | Fairfield Investment Fd Ltd<br>CGC NV<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York 10022 |
| Fairfield Inv GCI JPY<br>CGC NV<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York 10022 | 8264859 | |
| THEODOOR GGC AMSTERDAM<br>C/O THEODOOR GILISSEN GLOBAL CUSTODY NV<br>KEIZERSGRACHT 617<br>1017 DS AMSTERDAM<br>THE NETHERLANDS | RBC DOMINION SECURITIES SUB A/C<br>155 WELLINGTON STREET WEST, 17TH FLOOR<br>TORONTO, ONTARIO<br>M5V 3K7<br>CANADA | TERCAS-CASSA DI RISPARMIO DELLA<br>PROVINCIA DI TERAMO S.P.A.<br>CORSO SAN GIORGIO, 36<br>64100 TERAMO<br>ITALY |
| FS ABN AMBRO GLOBAL CUSTODY<br>GUSTAV MAHLERAAN 10<br>1082 PP AMSTERDAM<br>THE NETHERLANDS | BANQUE PRIVEE EDMOND DE ROTHSCHILD (EUROPE)<br>20 BOULEVARD EMMANUEL SERVAIS<br>L-2535<br>LUXEMBOURG | CATHAY UNITED BANK<br>16TH FLOOR, 296, SEC. 4<br>REN-ALI ROAD<br>TAIPEI 106<br>TAIWAN |
| MERITZ FIRE & MARINE INSURANCE COMPANY<br>25-1 YOIDO-DONG<br>YOUNGDUNGPO-GU<br>SEOUL 150-010<br>SOUTH KOREA | MERITZ FIRE & MARINE INSURANCE COMPANY<br>825-2 YEOKSAM-DONG GANGNAM-GU<br>MERITZ TOWER<br>SEOUL 135-080<br>SOUTH KOREA | SCHRODER & CO. (ASIA) LTD.<br>11 BEACH ROAD<br>#06-01<br>CRASCO BUILDING<br>SINGAPORE 189675 |
| | BANK HAPOALIM (SUISSE) LTD.<br>18 BOULEVARD ROYAL<br>B.P. 703<br>L-2017 LUXEMBOURG | CLARKS FORK FOUNDATION<br>270 EAST WESTMINISTER ROAD<br>SUITE 300<br>LAKE FOREST, IL 60045 |
| FS MIZRAHI TEFAHOT BANK LTD.<br>7 JABOTINSKY STREET<br>52520<br>RAMAT GAN<br>ISRAEL | BANQUE SYZ & CO. S.A.<br>RUE DU RHONE 30<br>P.O. BOX 5015<br>CH-1211<br>GENEVA 11<br>SWITZERLAND | BANQUE PIGUET & CIE S.A.<br>PLACE DE L' UNIVERSITE 5<br>CH 1205<br>GENEVA<br>SWITZERLAND |
| MERRILL LYNCH PIERCE FENNER SMITH, INC.<br>4 WORLD FINANCIAL CENTER<br>NEW YORK, NEW YORK 10080 | MERRILL LYNCH PIERCE FENNER SMITH, INC.<br>REGISTERED AGENT<br>CT CORPORATION SYSTEM<br>111 EIGHTH AVENUE<br>NEW YORK, NEW YORK 10011 | REINHARD MALIN<br>NEUE BANK AG<br>MARKTGASS 20<br>POSTFACH 1533<br>FL-9490 VADUZ<br>FURSTENTURN<br>LICHTENSTEIN |

| | | |
|---|---|---|
| LOMBARDY PROPERTIES LIMITED<br>19111 COLLINS AVENUE APT # 1605<br>SUNNY ISLES BEACH, FLORIDA 33160 | FUND NOMINEES LIMITED<br>P.O. BOX 328<br>ST. PETER PORT<br>GUERNSEY GY1 3TY | JUAN JOSE LACROZE<br>3450 NW 113TH COURT<br>MIAMI, FLORIDA 33178 |
| ALTON SELECT L.P.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 | ALTON SELECT LTD.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 | ALTON SELECT L.P.<br>ALTON SELECT LTD.<br>2875 NE191 STREET<br>SUITE 904<br>AVENTURA, FLORIDA 33180 |
| BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | DELTA NATIONAL BANK AND TRUST CO.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>650 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10019 | SG PRIVATE BANKING (SUISSE) SA<br>REGISTERED ADDRESS IN THE UNITED STATES<br>701 BRICKELL AVENUE, SUITE 2410<br>MIAMI, FL 33131 |
| SHERLI ELGHANIAN KRAYEM<br>3251 PROSPECT STREET NW,<br>UNIT: R-318<br>GEORGETOWN<br>WASHINGTON, DC 20007 | SHERLI ELGANIAN KRAYEM<br>16A LOWNDES SQ<br>LONDON SW1X 9HB<br>UNITED KINGDOM | FS/ODDE & CIE<br>C/O EUROCLEAR BANK S.A./N.V.<br>1 BOULEVARD DU ROI ALBERT II<br>B-1210 BRUSSELS<br>BELGIUM |
| BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION<br>PRINCIPAL HEADQUARTERS<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION<br>REGISTERED ADDRESS<br>PO BOX 831575<br>DALLAS, TX 75283 | Citibank NA London<br>Citigroup Centre<br>Canada Square<br>Canary Wharf<br>London E14 5LB |
| Bank of America, National Trust And Savings Association<br>100 N Tryon Street<br>Charlotte, NC 28255<br>Attn: Brian Moynihan | BANQUE DE LUXEMBOURG<br>BOULEVARD ROYAL 14<br>2449 LUXEMBOURG<br>LUXEMBOURG | Caceis Bank Luxembourg<br>5 Allee Scheffer<br>L-2520 Luxembourg<br>Luxembourg |
| FS/BBVA MIAMI<br>CORPORATE OFFICE<br>ONE BISCAYNE TOWER<br>2 SOUTH BISCAYNE BLVD.<br>SUITE 3301<br>MIAMI, FL 33131 | FS/BBVA MIAMI<br>C/O EUROCLEAR BANK SA/NV<br>1 BOULEVARD DU ROI ALBERT II<br>1210 BRUSSELS, BELGIUM | BNP Paribas Securities Services Luxembourg<br>33 Rue de Gasperich<br>Howard Hesperange<br>2085 Luxembourg<br>Luxembourg |
| Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Jose Ignacio Goirgolzarri | Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Francisco Gonzalez | F/S HSBC Private Banking Nom<br>Registered Address<br>c/o Euroclear Bank SA/NV<br>1 Boulevard du Roi Albert II<br>1210 Brussels<br>Belgium |
| HSBC INSTITUTIONAL TRUST SERVICES (ASIA)<br>28/F & 29/F DORSET HOUSE<br>TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG | HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED<br>39/F DORSET HOUSE TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG<br>Attn: Douglas J. Flint | HSBC Securities Services (Luxembourg) SA<br>40 Avenue Monterey<br>L 2163 Luxembourg |
| CREDIT SUISSE INTERNATIONAL<br>ONE CABOT SQUARE<br>E14 4QJ LONDON<br>UNITED KINGDOM<br>Attn: Eric Varvel | FS ODDO & CIE<br>12 BD DE LA MADELEINE<br>75440 PARIS CEDEX 09<br>FRANCE<br>Attn: Francois Leve | BNP Paribas Luxembourg<br>Registered Address<br>Siege Social<br>10A Boulevard Royal<br>L-2093 Luxembourg<br>Luxembourg |

HSBC Private Bank (Suisse) SA
2 Quai General Guisan
P.O. Box 3580
CH-1211Geneva
Switzerland

Zurich Capital Markets Company
La Touche House 3rd Floor, IFSC
Dublin 1
Ireland

Robinson & Co.
The Bank of Bermuda LTD
P.O. Box HM 1020
6 Front Street
HM 11 Hamilton
Bermuda

FS/HSBC Private Banking Nom
Boulevard Royal 32
2449 Luxembourg
Luxembourg

ROPES & GRAY LLP
ROBERT S. FISCHLER
MARTIN J. CRISP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
COUNSEL TO SCHRODER & CO. (ASIA) LTD.

HSBC Private Bank (Guernsey) Ltd
Registered Address
Park Place
Park Street
St. Peter Port
Guernsey GY 1 1EE
Channel Islands

PATTON BOGGS LLP
Michael P. Richman
ANTHONY NGUYEN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NEW YORK 10036
COUNSEL TO THEODOOR GGC AMSTERDAM

CRAVATH SWAINE & MOORE LLP
DAVID GREENWALD
RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NEW YORK 10019
COUNSEL TO BANQUE SYZ & CO.

ARNOLD & PORTER LLP
KELLY M. BARRETT
399 PARK AVENUE
NEW YORK, NEW YORK 10022
COUNSEL TO MERRILL LYNCH PIERCE
FENNER & SMITH, INC. AND
FS MIZRAHI TEFAHOT BANK, LTD.

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP
JOHN F. ZULACK
MEGAN P. DAVIS
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 1006
COUNSEL TO BANQUE PRIVEE EDMOND DE
ROTHSCHILD EUROPE AND
BANQUE PIGUET & CIE S.A.

DLA PIPER LLP
Christopher P. Hall
ROBERT A. JOHNSTON, JR.
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10022
COUNSEL TO BANK HAPOALIM SWITZERLAND LTD.

SHERMAN & STERLING LLP
Heather Kafele
Keith Palfin
801 PENNSYLVANIA AVENUE, NW, SUITE 900
WASHINGTON, DC 20004
COUNSEL FOR BBVA ENTITIES AND BANCO ITAU

BAKER MCKENZIE LLP
DAVID W. PARHAM
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TEXAS 75201
COUNSEL TO CATHAY UNITED BANK

VONTOBEL ASSET MANAGEMENT
TODISTRASSE 27
ZURICH, SWITZERLAND, CH-8022
ATTN: BEAT NAEGELI

EVAN A. DAVIS
CLEARY Gottlieb Steen & Hamilton LLP
ONE LIBERTY PLAZA
NEW YORK, NEW YORK  10006
Attorneys for Defendants HSBC Private Bank (Suisse) SA,
HSBC Securities Services (Luxembourg) SA, HSBC Bank
USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private
Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis
Bank Luxembourg, Citibank NA London, Citibank
(Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP
Paribas Securities Services Luxembourg, BNP Paribas

DUANE MORRIS LLP
JOHN DELLAPORTAS
1540 BROADWAY
NEW YORK, NEW YORK 10036
COUNSEL FOR DELTA NATIONAL BANK
AND TRUST CO.

Christopher Harris
Latham & Watkins
885 Third Avenue
New York, New York 10022
 Counsel To
ABN Amro Schweiz AG
ABN Amro Global Custody

ROBINSON B. LACY
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NEW YORK  10004
COUNSEL TO SAFRA NATIONAL BANK
OF NEW YORK

BANQUE SUDAMERIS
REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC
11380 PROSPERITY FAMRS ROAD #221E
PALM BEACH GARDENS, FL 33410

VONTOBEL ASSET MANAGEMENT
REGISTERED AGENT
CT CORPORATION SYSTEM
1633 BROADWAY
NEW YORK, NY 10022

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: DANIEL TRUCHI

SG PRIVATE BANKING (SUISSE) SA
REGISTERED AGENT
201 S. BISCAYNE BOULEVARD, SUITE 1500
MIAMI, FL 33131

VONTOBEL ASSET MANAGEMENT, INC.
1540 BROADWAY, 38 TH FLOOR
NEW YORK, NY 10036

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: FRANCISCO GONZALEZ

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: GUILLAUME LEJOINDRE

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: YVES THIEFFRY

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JEAN-FRANCOIS PAQUEREAU

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JOSEPH TOSON

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: ALBERTO VALENZUELA

MIZRAHI TEFAHOT BANK LTD
JABOTINSKY STREET, 7 – P.O. BOX 3450
52136 RAMAT GAN
ISRAEL
ATTN: ELIEZER YONES

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: JOSE IGNACIO GOIRGOLZARRI

VONTOBEL ASSET MANAGEMENT, INC.
C/O VONTOBEL HOLDING AG
GOTTHARDSTRASSE 43
CH-8022 ZÜRICH

BANK OF AMERICA, NATIONAL ASSOCIATION
100 N TRYON STREET
CHARLOTTE, NC 28255
ATTN: BRIAN MOYNIHAN

DELTA NATIONAL BANK & TRUST COMPANY
650 FIFTH AVENUE
NEW YORK, NY 10019
ATTN: JOHN LANDERS

8271844

FIDULEX MANAGEMENT
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Walter Noel, Jr.
c/o Andrew Hammond
White & Case
1155 Avenue of the Americas
New York, New York
10036-2787

NOMURA INTERNATIONAL PLC
NOMURA HOUSE
1 ST MARTINS LE GRAND
EC1A 4NP LONDON
UK

STEPHEN A. WEISS
Christopher M. Van De Kieft
Parvin K. Aminolroaya
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004

AMANDA M. MCGOVERN
BROWN AND HELLER, P.A.
ONE BISCAYNE TOWER, 15TH FLOOR
2 BISCAYNE BOULEVARD
MIAMI, FL 33131

MARK CUNHA
PETER E. KRAZOFF
MICHAEL J. CHEPIGA
SIMPSON THACHER & BARLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NEW YORK

PRICEWATERHOUSECOOPERS LLP
ROYAL TRUST TOWER
TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3000
TORONTO, ONTARIO M5K 1G8, CANADA

TIMOTHY A. DUFFY
Leslie S. Garthwaite
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, ILLINOIS 60654
Counsel To PricewaterhouseCoopers LLP

PRICEWATERHOUSECOOPERS ACCOUNTANTS N.V.
THOMAS R. MALTHUSSTRAAT 5
1066JR AMSTERDAM

WILLIAM R. MAQUIRE
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

IRVING H. PICARD, AS TRUSTEE
DAVID J. SHEEHAN
MARC E. HIRSCHFIELD
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA,
11TH FLOOR
NEW YORK, NEW YORK 10111

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

THOMAS L. LONG
SHERRI B. LAZEAR
BAKER & HOSTETLER LLP
CAPITAL SQUARE, SUITE 2100
65 EAST STATE STREET
COLUMBUS, OHIO 43215-4260

ROBERT ALAN WALLNER
KENT ANDREW BRONSON
KRISTI STAHNKE MCGREGOR
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 49TH FLOOR
NEW YORK, NEW YORK 10119

PWC US
REGISTERED AGENT
RL&F SERVICE CORP.
ONE RODNEY SQUARE,
10TH FL. TENTH & KING STS.
P.O. BOX 551
WILMINGTON, DE 19801

PWC BERMUDA
DORCHESTER HOUSE
7 CHURCH STREET
HAMILTON, HM EX, BERMUDA

PWC INTERNATIONAL LIMITED
300 MADISON AVE.
NEW YORK, NY 10017

CITIGROUP GLOBAL MARKETS LIMITED
CITIGROUP CENTRE,
33 CANADA SQ.,
CANARY WHARF
LONDON E14 5LB, UNITED
KINGDOM

JPMORGAN BANK LUXEMBOURG SA
EUROPEAN BANK & BUSINESS CENTRE,
6, ROUTE DE TRÈVES,
L-2887 LUXEMBOURG,
LUXEMBOURG

JPMORGAN SECURITIES LIMITED
125 LONDON WALL
EC2Y 5AJ LONDON, UNITED KINGDOM

NY 8260396

SEAN F. O'SHEA
MICHAEL PETRELLA
O'SHEA PARTNERS LLP
521 FIFTH AVENUE, 25TH FLOOR
NEW YORK, NY 10175

MARC KASOWITZ
DANIEL J. FETTERMAN
KASOWITZ BENSON TORRIS & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

MARK P. GOODMAN
HELEN V. CANTWELL
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022

ROBERT J. ANELLO
EDWARD M. SPIRO
MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.
565 FIFTH AVENUE
NEW YORK, NY 10017

ANDREW LEVANDER
DAVID HOFFNER
DECHERT LLP
1095 AVEVUE OF THE AMERICAS
NEW YORK, NY 10036

KENNETH A. ZITTER
LAW OFFICES OF KENNETH A. ZITTER
260 MADISON AVENUE, 18TH FLOOR
NEW YORK, NY 10016

JAN R. NAESS
NORTHERN NAVIGATION NORWAY AS
STORTINGSAGTEN 20, 0161
OSLO, NORWAY

PETER PAUL SCHMID
RUE DE LA ROTISSERIE 2
CASE POSTALE 5469
CH 1211 GENEVE 11
SWITZERLAND

BRUCE M. SABADOS
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NEW YORK 10022
ATTORNEYS FOR HARMONY CAPITAL FUND LTD & ENDURANCE ABSOLUTE LTD. MASTER, BROWN BROTHERS HARRIMAN & CO

GRAHAM W. MELI, ESQ.
WACHTELL LIPTON ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019
Counsel To Fidulex Management

Cassandra L. Porsch
ANDREWS KURTH LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017
Counsel To Tercas-Cassa di Risparmio della Provincia di Teramo S.P.A.

John J. Sparacino
Joseph P. Rovira
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Counsel To Tercas-Cassa di Risparmio della Provincia di Teramo S.P.A.

CHARLES C. PLATT
WILMERHALE
399 PARK AVENUE
NEW YORK, NY 10022 USA
ATTORNEYS FOR SNS GLOBAL CUSTODY

Charles C. Platt
Wilmer Hale
399 Park Avenue
New York, New York 10022
*Attorneys for State Street Bank Luxembourg SA*

PHILLIPPE ZIMMERMAN
JAY FIALKOFF
Alan Kolod
Mark N. Parry

MOSES & SINGER LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174
ATTORNEYS FOR DEFENDANT
DEUTSCHE BANK (SUISSE) SA GENEVE

Jack Cooney
McKool Smith
One Bryant park, 47th Floor
New York, New York 10036
Counsel To ING Bank (Suisse) SA

LAWRENCE B. FRIEDMAN
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 10006
*ATTORNEYS FOR CDC IXIS*

CAMERON SMITH
LATHAM & WATKINS LLP
885 THIRD AVENUE
NEW YORK, NY 10022-4834
ATTORNEYS FOR FORTIS ISLE OF MAN

Safra National Bank of New York
546 Fifth Avenue
New York, New York 10036

Banco Santander (Suisse) S.A.
Rue du Puits-Saint Pierre 4
CP 3597, CH-1211
Geneve 3, Switzerland

Banco Santander (Suisse) S.A.
5-7 rue Ami-Lévrier
Case postale 1256
1211 Genève 1
Suisse

Beneficial Owners of the Accounts Held in the Name of Banco Santander (Suisse) S.A. N.V. 1- 1000
c/o Banco Santander (Suisse) S.A.
Rue du Puits-Saint Pierre 4
CP 3597, CH-1211
Geneve 3, Switzerland

Beneficial Owners of the Accounts Held in the Name of
Banco Santander (Suisse) S.A. N.V. 1-1000
c/o Banco Santander (Suisse) S.A.
5-7 rue Ami-Lévrier
Case postale 1256
1211 Genève 1
Suisse

BANCO ATLANTICO (BAHAMAS)
C/O BANCO ATLANTICO BANK & TRUST LIMITED (BAHAMAS)
C/O FT CONSULTANTS LTD
PO BOX N-3932
NASSAU, BAHAMAS

BANCO ATLANTICO (BAHAMAS)
PO BOX SS-6289
EAST BAY STREET
NASSAU, BAHAMAS

RICHARD HADDAD, ESQ.
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NEW YORK 10169
*ATTORNEYS FOR BANCO ATLANTICO (BAHAMAS)*

Tammy P. Bieber, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attorneys for Blubank Ltd.

Blubank Ltd.
Avenue Aquilino de la Guardia, 16th Floor,
Torre Banco General Building, 87-0553
Panama 7, Republic of Panama

Cameron Smith
Latham & Watkins LLP
885 Third Avenue
New York NY 10022-4834
*Attorneys for Fortis (Isle of Man) Nominees Ltd*

| | | |
|---|---|---|
| Samuel D. Levy<br><br>Wuersch & Gering LLP<br>100 Wall Street, 21st Floor<br>New York, New York 10005<br>Counsel To Vontobel Asset Management | Eric B. Fisher<br><br>Butzel Long LLP<br>380 Madison Avenue<br>New York, New York 10017<br>Counsel To Wall Street Securities SA | Richard A. Cirillo<br>Lauren W. Mitchell<br><br>King & Spalding LLP<br>1185 Avenue of the Americas Suite 3400<br>New York, New York 10036<br>Counsel To NBK Banque Privee (Suisse) S.A. |
| Sumitomo Trust & Banking Co.<br>Registered Address<br>5-33, Kitahama<br>4-Chrome, Chuo-ku<br>Japan | Natixis Private Banking International SA<br>Registered Address<br>51 av J.F. Kennedy<br>L-1855<br>Luxembourg | Celfin International Limited<br>Registered Address<br>Avda. Apoquindo 3721<br>Piso 2 Las Condes<br>Santiago Chile |
| Kay Torshen<br>117 E. Bellevue Place<br>Chicago Illinois 60611 | FS Stichting Stroeve Global Custody<br>Keizersgracht 617<br>1017 DS Amsterdam<br>Noord-Holland<br>The Netherlands | Kredietbank SA Luxembourgeoise AC<br>Sigma Fund Valencia<br>43, Boulevard Royal<br>L-2955<br>Luxembourg |
| Six Sis AG/CH104026<br>Registered Address<br>Baslerstrasse 100<br>Olten, 4600<br>Switzerland | Arden International Capital Limited<br>Registered Address<br>350 Park Avenue, 29th Floor<br>New York, New York 10022 | Caceis Bank EX-IXIS IS<br>Registered Address<br>1-3 Place Valhubert<br>75206<br>Paris Cedex 13<br>France |
| Banque Safra Luxembourg SA<br>Registered Address<br>10 A Boulevard Joseph II<br>1840 Luxembourg | Bordier & Cie<br>Rue du Puits-Saint Pierre 4<br>CP 3597<br>CH-1211 Geneve 3<br>Switzerland | Hogan Lovells US LLP<br>Marc J. Gottridge, Esq.<br>875 Third Avenue<br>New York, NY 1002<br>Attorneys for Defendant Barclays Bank plc |
| Wiggin and Dana<br>Scott D. Corrigan, Esq.<br>450 Lexington Avenue, Suite 3800<br>New York, NY 10017-3913 | | |