**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** | **Adv. Pro. No. 10-3635** |
| Plaintiffs, | |
| -against- | |
| **ABN AMRO Schweiz AG, Adler and Co Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow SEG Port, Banca Arner SA, Banca Unione Di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & CIE, Banque Cantonale Vaudoise, Banque Cramer & CIE SA, Banque Safdie SA, Barclay's Bank PLC Singapore Wealth, BBH Lux Guardian II, BBH Lux Ref Fairfield GRN, Bbva (Suisse) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex** | |

**Fortis, BNP Paribas (Suisse) SA Private,** )
**BSI AG, BSI Ex Banca Del Gottardo, Caceis** )
**Bank Luxembourg, CBB (BVI)/ The Alkima** )
**Fund, CBT Gems Low Vol Reg, Compagnie** )
**Bancaire Helvetique, Centrum Bank AG** )
**(AMS), Fidulex Managament Inc, Lariden** )
**Leu Ltd., Corner Banca SA, Credit Suisse** )
**AG Zuirch, Dexia Banque International A** )
**Luxembourg, Dresdner Bank Schweiz, EFG** )
**Bank SA Switzerland, EFG Eurofinancier** )
**D'Invest MCL, Endurance Absolute Ltd.** )
**Master, Fairfield Investment GCI, Fairfield** )
**Investment Fund Ltd., Fairfield Masters** )
**Ltd., Falcon Private Bank, FCL IFP Global** )
**Diversified CLS, FIF Advanced Ltd., Finter** )
**Bank Zuirch, Harmony Capital Fund Ltd.,** )
**IHAG Handelsbank AG, Incore Bank AG,** )
**JP Morgan (Suisse) SA, Karla** )
**Multistrategies Ltd., KBC Investments** )
**LTD., LGT Bank In Liechtenstein AG,** )
**Liechtensteinische LB Reinvest AMS,** )
**Lloyds TSB Bank Geneva, Lombard Odier** )
**Darier Hentsch & CIE, Longboat Ltd.,** )
**Master Capital and Hedge Fund, NBK** )
**Banque Privee Suisse SA, Pictet & CIE,** )
**PKB Privatbank AG, Private Space Ltd.,** )
**Quasar Funs SPC, RBC Dexia Investor** )
**Service Julius Baer SICAV, RBS Coutts** )
**Bank Ltd., Richourt AAA Multistrategies,** )
**Rothschold Bank AG Zurich (Dublin),** )
**Rothschild Bank Geneva (Dublin),** )
**Rothschild Lugano Dublin, Sella Bank AG,** )
**SIS Seeganintersettle, Six SIS Ltd., Societe** )
**Generale Bank & Trust, Soundview Fund,** )
**Springer Fund of Funds Ltd., Swisscanto** )
**FD Centre Clients A/C, T1 Global Fund** )
**Ltd., Teorema Alternative Strategies, UBS** )
**AG New York, UBS AG Zurich, UBS Jersey** )
**Nominees, Verwaltungs UND Privat-Bank** )
**AG Aktiengesellschaft (AMS), Vorarlberger** )
**Landes UND Hypothekenbank** )
**Ankiengesellscharft and Beneficial Owners** )
**of the Accounts Held in the Name of CGC** )
**NA 1-1000,** )
                    **Defendants.** )
                                   )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

     1.     Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a

party to the within action, am over 18 years of age and reside in Brooklyn, New York.

     2.     On the 8th day of October, 2010, I caused to be served a true and correct copy of

the Amended Complaint against ABN AMBRO Schweiz AG  et al., filed in this proceeding,

together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a

postage pre-paid envelope to be delivered via First Class Mail and depositing same in an official

depository under the exclusive care and custody of the United States Postal Service within the

State of New York, upon the following:

Christopher Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
*Attorneys for ABN Amro Schweiz AG*

Brian Dunefsky
Withers Bergman LLP
430 Park Avenue
New York, New York 10022
*Attorneys for Centrum Bank AG*

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Attorneys for KBC Investments Ltd.*
Norris D. Wolf
Kleinberg, Kaplan, Wolf & Cohen PC
551 Fifth Avenue, 18th Fl
New York, NY 10176
*Attorneys for Quasar Fund Spc Class A and Class B CGC NV*

Julian W. Friedman
Stillman, Friedman & Shectman, PC

425 Park Avenue
New York, NY 10022
*Attorneys for Springer Fund of Funds Ltd*

Alexander T. Korn
Fried Frank
One New York Plaza
New York, New York 10004
*Attorneys for Verwaltungs Und Privat-Bank AG*

Stephen M. Harnik
Harnik & Finkelstein LLP
645 Fifth Avenue
New York, NY 10022
*Attorneys for Vorarlberger Landes – und Hypothekenbank*

Charles C. Platt
WilmerHale
399 Park Avenue
New York, NY 10022 USA
*Attorneys for Finter Bank Zurich, Bank Sarasin & Cie AG, BSI Ex Banca Del Gottardo, IHAG
Handelsbank, Corner Banca SA, PKB Privatbank AG*

Dorothy Heyl
Milbank, Tweed, Hadley &
McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
*Attorneys for Dresdner Bank Schweiz, LG Bank in Liechtenstein AG*

Eric Fishman
Pillsbury
1540 Broadway
New York, NY 10036-4039
*Attorneys for Falcon Private Bank, Incore Bank AG*

DLA Piper LLP
Robert A. Johnston, Jr.
1251 Avenue Of The Americas
New York, New York 10022
*Counsel to Bank Hapoalim Switzerland Ltd.*

Shawn J. Rabin
Susman Godfrey LLP
654 Madison Ave., 5th Floor
New York, NY 10065-8404

4

*Attorneys for Karla Multistrategies Ltd, Soundview Fund, Richourt AAA Multistrategies*

Bruce M. Sabados
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York  10022
*Attorneys for Harmony Capital Fund Ltd & Endurance Absolute Ltd. Master*

      3.      On the 8th day of October, 2010, I caused to be served a true and correct copy of

the Amended Complaint against ABN AMBRO Schweiz AG  etal., filed in this proceeding,

together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a

postage pre-paid envelope to be delivered via Certified Mail and depositing same in an official

depository under the exclusive care and custody of the United States Postal Service within the

State of New York, upon the following:

UBS AG New York
101 Park Avenue
New York NY 10178

UBS AG New York
c/o UBS AG (Inc.)
c/o Corporation Service Company
40 Technology Pkwy South, #300
Norcross, GA 30092

Bank Hapoalim (Suisse) Ltd.
c/o Hapoalim U.S.A. Holding Company, Inc.
Attn:  Roni Leshchinski, Chief Executive Officer
1177 Ave Of The Americas
New York, New York 10036

Beneficial Owners of the Accounts Held in the Name of
Bank Hapoalim (Suisse) Ltd. 1-1000
c/o Bank Hapoalim (Suisse) Ltd.
c/o Hapoalim U.S.A. Holding Company, Inc.
Attn:  Roni Leshchinski, Chief Executive Officer
1177 Ave Of The Americas
New York, New York 10036

Bank Hapoalim (Suisse) Ltd.
c/o Hapoalim U.S.A. Holding Company, Inc.

c/o Corporation Service Company
80 State Street
Albany, New York 12207-2543

Beneficial Owners of the Accounts Held in the Name of
Bank Hapoalim (Suisse) Ltd. 1-1000
c/o Bank Hapoalim (Suisse) Ltd.
c/o Hapoalim U.S.A. Holding Company, Inc.
c/o Corporation Service Company
80 State Street
Albany, New York 12207-2543

4.      On the 8th day of October, 2010, I caused to be served a true and correct copy of

the Amended Complaint against ABN AMBRO Schweiz AG  etal., filed in this proceeding,

together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a

postage pre-paid envelope to be delivered via International Registered Mail and depositing same

in an official depository under the exclusive care and custody of the United States Postal Service

within the State of New York, upon the following:


**SEE ATTACHED SERVICE LIST**


                                        /s/ Christopher Michael Lau Kamg
                                        Christopher Michael Lau Kamg

Sworn to before me this
20th day of October, 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

## SERVICE LIST

Bank Hapoalim (Suisse) Ltd.
18 Boulevard Royal
B.P. 703
L-2017 Luxembourg

Bank Hapoalim Switzerland Ltd
Stockerstrasse 33
P.O. Box 1801
CH-8027 Zurich
Switzerland

Bank Julius Baer & Co. Ltd.
Bahnhofstrasse, 36 – P.O. Box
8010 Zurich
Switzerland

Caceis Bank Luxembourg
Caceis BL
5 Allee Scheffer
L-2520 Luxembourg
Luxembourg

Natexis Lux Alpha Trading
c/o Caceis Bank Luxembourg
5 Allee Scheffer
L-2520 Luxembourg
Luxembourg

Banque Colbert SA Arab Fund of Funds
c/o Caceis Bank Luxembourg
5 Allee Scheffer
L-2520 Luxembourg
Luxembourg

Fidulex Management Inc
c/o Union Bancaire Privee
8 Rue Du Robert Estienne
PO Box 3249
Ch-1211 Geneva 3
Switzerland

EFG Bank SA Switzerland
Talstrasse, 82
P.O. Box 6084
8023 Zurich
Switzerland

EFG Bank SA Switzerland
24 Quai du Seujet
CP 2391 1211 Geneve 2
Switzerland

Lombard Odier Darier Hentsch & Cie
11 Rue de la Corraterie
Case Postale 1211 Geneva 11
Switzerland

Citco Global Custody NV – CAIL CFM
c/o Lombard Odier Darier Hentsch & Cie
11 Rue de la Corraterie
Case Postale 1211 Geneva 11
Switzerland

Lombard Odier Darier Hentsch & Cie
Rue de la Corraterie 11
1204 Geneva
Switzerland

Citco Global Custody NV – CAIL CFM
c/o Lombard Odier Darier Hentsch & Cie
Rue de la Corraterie 11
1204 Geneva
Switzerland

Pictet & Cie
Route Des Acacias 60
1211 Geneve 73
Switzerland

SIS Seeganintersettle
c/o SIX SIS Ltd
Baslerstrasse 100
CH-4600 Olten

SIX SIS Ltd
Baslerstrasse 100
CH-4600 Olten

SIS Seeganintersettle
c/o SIX SIS Ltd
Brandschenkestrasse 47
CH-8002 Zurich

SIX SIS Ltd
Brandschenkestrasse 47
CH-8002 Zurich

UBS AG New York
c/o UBS AG (Inc.)
Attn:  Oswald J. Grubel, Chief Executive Officer
BAHNHOFSTRASSE 45
8001
ZURICH