UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.
------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),

    Plaintiffs,

-against-

ABN AMRO Scheweiz AG, et al.

    Defendants.
------------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),

    Plaintiffs,

-against-

ABN AMRO Scheweiz AG, et al.

    Defendants.
------------------------------------------------------------X

Chapter 15 Case

Case No. 10-13164 (BRL)

Jointly Administered

Adv. Pro. No. 10-03635 (BRL)

Adv. Pro. 10-03636 (BRL)

## CORPORATE OWNERSHIP STATEMENT

    In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Barclays Bank PLC (sued herein as Barclay's Bank PLC Singapore Wealth), through its undersigned attorneys, states that the only corporation that owns, directly or indirectly, more than 10% of any class of its equity interests is its parent corporation, Barclays PLC.

\\\NY - 002685/000001 - 2289541 v1

Dated: New York, New York
October 6, 2010

By: *[signature: Marc J. Gottridge]*

HOGAN LOVELLS US LLP

Marc J. Gottridge
Andrew M. Behrman
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000

*Attorneys for Defendant Barclays Bank PLC
(sued herein as Barclay's Bank PLC
Singapore Wealth)*

- 2 -

\\\NY - 002685/000001 - 2289541 v1