**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for Plaintiff, by and through its Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), acting by and through The Foreign Representatives thereof, | |
| Plaintiff, | Adv. Proc. No. 10-3635 |
| V. | |
| ABN AMRO Schweiz AG, et al., and Beneficial Owners of the Accounts Held in the Name of ABN AMRO Schweiz, et al., 1-1000, | |
| Defendants. | |

### NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the Pretrial Conference (the "Conference"), which was scheduled for November 16, 2010 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to December 15, 2010 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The Conference will be held before the Honorable Burton R. Lifland at

the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 623.

Dated: New York, New York
October 28, 2010

>Respectfully submitted,

>**BROWN RUDNICK LLP**

>By: /s/ Kerry L. Quinn
>    David J. Molton
>    May Orenstein
>    Daniel J. Saval
>    Kerry L. Quinn
>    7 Times Square
>    New York, New York  10036
>    Tel.: (212) 209-4800
>    Fax: (212) 209-4801
>    dmolton@brownrudnick.com
>    morenstein@brownrudnick.com
>    dsaval@brownrudnick.com
>    kquinn@brownrudnick.com

>*Counsel for Plaintiff, by and through its Foreign Representatives*