**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry Quinn
Seven Times Square
New York, New York 10036
(212) 209-4800

*Counsel for Plaintiff, by and through its Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 15 Case** |
| | ) | |
| **Fairfield Sentry Limited, et al.,** | ) | **Case No. 10-13164 (BRL)** |
| | ) | |
| Debtors in Foreign Proceedings. | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | |
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** | ) | **Adv. Pro. No. 10-3635** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| **ABN AMRO Schweiz AG, Adler and Co Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow SEG Port, Banca Arner SA, Banca Unione Di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & CIE, Banque Cantonale Vaudoise, Banque Cramer & CIE SA, Banque Safdie SA, Barclay's Bank PLC Singapore Wealth, BBH Lux Guardian II, BBH Lux Ref Fairfield GRN, Bbva (Suisse) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex** | ) | |

**Fortis, BNP Paribas (Suisse) SA Private,** )
**BSI AG, BSI Ex Banca Del Gottardo, Caceis** )
**Bank Luxembourg, CBB (BVI)/ The Alkima** )
**Fund, CBT Gems Low Vol Reg, Compagnie** )
**Bancaire Helvetique, Centrum Bank AG** )
**(AMS), Fidulex Managament Inc, Lariden** )
**Leu Ltd., Corner Banca SA, Credit Suisse** )
**AG Zuirch, Dexia Banque International A** )
**Luxembourg, Dresdner Bank Schweiz, EFG** )
**Bank SA Switzerland, EFG Eurofinancier** )
**D'Invest MCL, Endurance Absolute Ltd.** )
**Master, Fairfield Investment GCI, Fairfield** )
**Investment Fund Ltd., Fairfield Masters** )
**Ltd., Falcon Private Bank, FCL IFP Global** )
**Diversified CLS, FIF Advanced Ltd., Finter** )
**Bank Zuirch, Harmony Capital Fund Ltd.,** )
**IHAG Handelsbank AG, Incore Bank AG,** )
**JP Morgan (Suisse) SA, Karla** )
**Multistrategies Ltd., KBC Investments** )
**LTD., LGT Bank In Liechtenstein AG,** )
**Liechtensteinische LB Reinvest AMS,** )
**Lloyds TSB Bank Geneva, Lombard Odier** )
**Darier Hentsch & CIE, Longboat Ltd.,** )
**Master Capital and Hedge Fund, NBK** )
**Banque Privee Suisse SA, Pictet & CIE,** )
**PKB Privatbank AG, Private Space Ltd.,** )
**Quasar Funs SPC, RBC Dexia Investor** )
**Service Julius Baer SICAV, RBS Coutts** )
**Bank Ltd., Richourt AAA Multistrategies,** )
**Rothschold Bank AG Zurich (Dublin),** )
**Rothschild Bank Geneva (Dublin),** )
**Rothschild Lugano Dublin, Sella Bank AG,** )
**SIS Seeganintersettle, Six SIS Ltd., Societe** )
**Generale Bank & Trust, Soundview Fund,** )
**Springer Fund of Funds Ltd., Swisscanto** )
**FD Centre Clients A/C, T1 Global Fund** )
**Ltd., Teorema Alternative Strategies, UBS** )
**AG New York, UBS AG Zurich, UBS Jersey** )
**Nominees, Verwaltungs UND Privat-Bank** )
**AG Aktiengesellschaft (AMS), Vorarlberger** )
**Landes UND Hypothekenbank** )
**Ankiengesellscharft and Beneficial Owners** )
**of the Accounts Held in the Name of CGC** )
**NA 1-1000,** )
           **Defendants.** )
            )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

      Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      On the 28th day of October, 2010, I caused to be served a true and correct copy of the Notice of Adjournment of Pre-Trial Conference filed in this proceeding upon ABN AMBRO Schweiz AG  et al., by enclosing same in a postage pre-paid envelope to be delivered via first class mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

### SEE ATTACHED SERVICE LIST

                                /s/ Christopher Michael Lau Kamg
                                Christopher Michael Lau Kamg

Sworn to before me this
28th day of October, 2010.

/s/ Vicki Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

## SERVICE LIST

**Antonio Bacelar Carrehas**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Antonio Bacelar Carrehas**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Edson Terra Cunha Denise Bar**
999 Brickell Avenue, 2nd Floor
Miami, FL 33131

**Edson Terra Cunha Denise Bar**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Edson Terra Cunha Denise Bar**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fabio R Mendes**
89 Autumnwood Dr
Rockton, IL 61072

**Fabio Rodrigues Mendes**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fabio Rodrigues Mendes**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Pine Cliffs Investments Limited**
4690 Osage Drive
Boulder, CO 80303

**Pine Cliffs Investments Limited**
c/o Peter Michael Sargent
Registered Agent
4690 Osage Drive
Boulder, CO 80303

**Pine Cliffs Investments Limited**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Pine Cliffs Investments Limited**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Alternative Investment Strategies**
Trafalgar Court
Admiral Park
St Peter Port
Guernsey GY1 2JA

**Alternative Investment Strategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Alternative Investment Strategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cantonale Vaudoise**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cantonale Vaudoise**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cantonale Vaudoise**
Place St-François 14
1003 Lausanne
Switzerland

**Banque Cantonale Vaudoise**
BCV
Case postale 300
1001 Lausanne
Switzerland

**Banque Cramer & CIE SA**
22 Avenue de Miremont
 1206 Genève, Switzerland

**Banque Cramer & CIE SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cramer & CIE SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Safdie SA**
1, rue de la Tour-de-l'Ile
Case postale 5415
CH-1211 Genève 11

**Banque Safdie SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Safdie SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
Level 29, South Tower
One Raffles Quay South Tower
Singapore 048583

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BCV AMC Defensive AL Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BCV AMC Defensive AL Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Ex Fortis**
20, boulevard des Philosophes
Case postale 188
Genève,  1211
Switzerland

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBH Lux Ref Fairfield GRN**
c/**o** Brown Brothers Harriman (Luxembourg)
2-8, Avenue Charles de Gaulle
L-2014 LUXEMBOURG

**BBH Lux Ref Fairfield GRN**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBH Lux Ref Fairfield GRN**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Private**
Place de Hollande 2
Case postale
Geneva,  1211
Switzerland

**BNP Paribas (Suisse) SA Private**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BNP Paribas (Suisse) SA Private**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI AG**
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI Ex Banca Del Gottardo**
c/o BSI SA
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI Ex Banca Del Gottardo**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI Ex Banca Del Gottardo**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Lariden Leu Ltd.**
Bahnhofstrasse 32
CH-8001 Zürich

**Lariden Leu Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Lariden Leu Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Credit Suisse AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Credit Suisse AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Credit Suisse AG Zurich**
Paradeplatz 8
8070 Zurich
Switzerland

**Dexia Banque International A Luxembourg**
69 Route d'Esch
Luxembourg,  1470
Luxembourg

**Dexia Banque International A Luxembourg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dexia Banque International A Luxembourg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dresdner Bank Schweiz**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dresdner Bank Schweiz**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dresdner Bank Schweiz**
c/o LGT Bank (Switzerland) Ltd
Utoquai 55
Zurich,  8034
Switzerland

**EFG Eurofinancier D'Invest MCL**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**EFG Eurofinancier D'Invest MCL**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**EFG Eurofinancier D'Invest MCL**
15 Avenue D'Ostende
Monaco 98000
Monaco

**Endurance Absolute Ltd. Master**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Endurance Absolute Ltd. Master**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Investment GCI**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Investment GCI**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Masters Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Masters Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Falcon Private Bank**
Pelikanstrasse 37
P.O. Box 1376
8021 Zurich, Switzerland

**FIF Advanced Ltd.**
c/o Advanced Strategies Ltd
45 Beech Street
London
England
EC2Y 8AD

**FIF Advanced Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**FIF Advanced Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Harmony Capital Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Harmony Capital Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Harmony Capital Fund Ltd.**
Chancery Hall
52 Reid Street
Hamilton HM 12, Bermuda

**Karla Multistrategies Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Karla Multistrategies Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**KBC Investments LTD.**
111 Old Broad Street, 3rd Floor
EC2N 1FP London

**Lloyds TSB Bank Geneva**
1, Place Bel-Air
Case Postale 5145
CH-1211 Geneva 11

**Lloyds TSB Bank Geneva**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Lloyds TSB Bank Geneva**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Longboat Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Longboat Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**NBK Banque Privee Suisse SA**
Quai du Mont Blanc 21
P.O. Box 1923
1211 Geneva
Switzerland

**NBK Banque Privee Suisse SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands
**NBK Banque Privee Suisse SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Quasar Funds SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Quasar Funds SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**RBS Coutts Bank Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**RBS Coutts Bank Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**RBS Coutts Bank Ltd.**
Stauffacherstrasse 1
P.O. Box
CH-8022 Zurich
Switzerland

**Richourt AAA Multistrategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Richourt AAA Multistrategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Lugano Dublin**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Lugano Dublin**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Sella Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Sella Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Sella Bank AG**
Corso Elvezia 9
Casella Postale 5863
PO Box 5863
CH-6901 Lugano
Switzerland

**Sella Bank AG**
19 Rue de la Croix-d'Or
Case postale
CH-1211 Genève 3
Switzerland

**Soundview Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Soundview Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Springer Fund of Funds Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Springer Fund of Funds Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Teorema Alternative Strategies**
c/o Teorema Asset Management Ltd
1 Montague Place
1st Floor
East Bay Street
P.O. Box N4906
Nassau, Bahamas

**Teorema Alternative Strategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Teorema Alternative Strategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**UBS AG Zurich**
Albisriederplatz 8
8004 Zürich
Switzerland

**UBS AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**UBS AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
Aeulestrasse 6
9490 Vaduz
Liechtenstein

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
Hypo-Passage 1
Bregenz,  6900
Austria

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CGC (NA)  1-1000**
c/o CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

**BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY NV 1-1000**
C/O CITCO GLOBAL CUSTODY NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

**BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY NV 1-1000**
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

**BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY (NA) NV 1-1000**
C/O CITCO GLOBAL CUSTODY (NA) NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

**BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY (NA) NV 1-1000**
C/O CITCO GLOBAL CUSTODY (NA) NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS