**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives thereof,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**ABN AMRO Schweiz, et al.,**<br><br>**Defendants.** | **Adv. Pro. No. 10-03636 (BRL)** |
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**ABN AMRO Schweiz, et al.,**<br><br>**Defendants.** | **Adv. Pro. No. 10-03635 (BRL)** |

## RULE 5011-1 STATEMENT

Pursuant to 5011-1 of the Local Bankruptcy Rules for the Southern District of New York,

the undersigned counsel for defendants BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex

Fortis, BNP Paribas (Suisse) SA Private, and Caceis Bank Luxembourg in the above-captioned adversary proceedings ("Defendants"),[1] state as follows:

    1.    On September 21, 2010, Defendants filed in this Court a Motion for Withdrawal of the Reference (the "Motion"). (Bankr. S.D.N.Y. 10-03635 (BRL) Docket No. 2; Bankr. S.D.N.Y. 10-03636 (BRL) Docket No. 2). Subsequently, a number of other defendants filed Notices of Joinder to the Motion. (Bankr. S.D.N.Y. 10-3635 (BRL) Docket Nos. 19, 36, 40, 41; Bankr. S.D.N.Y. 10-3636 (BRL) Docket Nos. 19, 36, 40, 41.)

    2.    On September 27, 2010, the Motion also was filed with the Clerk of the United States District Court for the Southern District of New York and assigned District Court Case Nos. 10-CV-7408 and 10-CV-7410.

    3.    On October 28, 2010, Case Nos. 10-CV-7408 and 10-CV-7410 were assigned to the Honorable Loretta A. Preska, Chief Judge of the United States District Court for the Southern District of New York.

---

[1] By submitting this statement, Defendants do not admit any fact or waive any right or defense, including, but not limited to, any facts or defenses relating to the adequacy of service of process and/or the issue of subject matter or personal jurisdiction. Defendants do not submit to the jurisdiction of any court, and reserves any and all rights, defenses, arguments and/or claims.

Dated: November 3, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

Lawrence B. Friedman

Attorneys for Caceis Bank Luxembourg

_____

Breon S. Peace

Attorneys for BNP Paribas (Suisse) SA, BNP
Paribas (Suisse) SA Ex Fortis, BNP Paribas
(Suisse) SA Private (All now known as BNP
Paribas (Suisse) SA)

One Liberty Plaza
New York, New York 10006
Phone:  (212) 225-2000
Facsimile: (212) 225-3999