**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:

Fairfield Sentry Limited, et al.,      :   Chapter 15 Case

    Debtors in Foreign Proceedings.      :   Case No. 10-13164 (BRL)

------------------------------------------------------------X   Jointly Administered

------------------------------------------------------------X

Fairfield Sentry Limited (In
Liquidation),                           :   Adv. Pro. No. 10-03635 (BRL)

    Plaintiff,

    -against-

ABN AMRO Schweiz AG, et al.,

    Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

Fairfield Sentry Limited (In
Liquidation), Fairfield Sigma Limited    :   Adv. Pro. No. 10-03636 (BRL)
(In Liquidation) and Fairfield Lambda
Limited (In Liquidation),

    Plaintiffs,

    -against-

ABN AMRO Schweiz AG, et al.,

    Defendants.

------------------------------------------------------------X

## RULE 5011-1 STATEMENT

Pursuant to 5011-1 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for NBK Banque Privee (Suisse) SA, a defendant in the above-captioned adversary proceedings,[1] state as follows:

1. On September 21, 2010, defendants HSBC Private Bank (Suisse) SA, HSBC Securities Services (Luxembourg) SA, HSBC Bank USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis Bank Luxembourg, Citibank NA London, Citibank (Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP Paribas Securities Services Luxembourg, BNP Paribas Luxembourg SA, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, and BNP Paribas (Suisse) SA Private, filed in this Court a Motion for Withdrawal of the Reference (the "Motion"). (Bankr. S.D.N.Y. 10-03635 (BRL) Docket No. 2; Bankr. S.D.N.Y. 10-03636 (BRL) Docket No. 2). On October 6, 2010, Defendant NBK Banque Privee filed a Notice of Joinder in the Motion. (Bankr. S.D.N.Y. 10-3635 (BRL) Docket No. 17; Bankr. S.D.N.Y. 10-3636 (BRL) Docket No. 17). Subsequently, a number of other defendants filed Notices of Joinder in the Motion.

2. On September 27, 2010, the Motion was also filed with the Clerk of the United States District Court for the Southern District of New York and was assigned District Court Case Nos. 10-CV-7408 and 10-CV-7410.

---

[1] By submitting this statement, NBK Banque Privee does not admit any fact or waive any right or defense, including, but not limited to, any facts or defenses relating to the adequacy of service of process and/or the issue of subject matter or personal jurisdiction. NBK Banque Privee does not submit to the jurisdiction of any court, and reserves any and all rights, defenses, arguments and/or claims.

3. On October 28, 2010, Case Nos. 10-CV-7408 and 10-CV-7410 were assigned to the Honorable Loretta A. Preska, United States District Court Judge, Southern District of New York.

Dated: New York, NY
November 4, 2010

KING & SPALDING LLP

By: Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas
New York, New York  10036
*Attorneys for*
*NBK Banque Privee (Suisse) SA*

## CERTIFICATE OF FILING

      I hereby certify that on November 4, 2010, this Rule 5011-1 Statement was filed through the ECF system.

                                              _____/s/_____
                                              Richard A. Cirillo