**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
|  | Related Adversary Proceedings Listed in Exhibit A |

## AMENDED ORDER AUTHORIZING THE CONSOLIDATION OF REDEEMER ACTIONS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7042

On September 23, 2010, Kenneth Krys and Joanna Lau (the "Foreign Representatives"), in their capacities as the foreign representatives and liquidators of Fairfield Sentry Limited ("Sentry") and Fairfield Sigma Limited ("Sigma") and Fairfield Lambda Limited ("Lambda," together with Sentry and Sigma, the "Debtors"), filed a motion (the "Motion") seeking entry of an Order authorizing the consolidation, for pretrial and discovery purposes, of certain adversary proceedings commenced by the Foreign Representatives to recover shareholder redemption payments (the "Redeemer Actions") in connection with the above-captioned action, as set forth in Exhibit A to the Motion and updated in Exhibit A attached hereto. Upon consideration of the Motion and the arguments contained therein; and the Court having found sufficient cause appearing therefore, it is hereby ORDERED:

1. The Redeemer Actions shall be consolidated for pretrial purposes, including coordination of all fact and expert discovery and motions concerning issues of law and fact common to these matters, in accordance with the terms of this Order.

2. Any other actions now pending or later filed in this district that arise out of or are related to the same facts as alleged in the Redeemer Actions shall be consolidated for pretrial and discovery purposes.

3. Counsel for Debtors shall call to the attention of the Clerk of this Court the filing of any case that might be consolidated as part of the Court's Order.

4. All non-evidentiary hearings and conferences held with respect to the Redeemer Actions shall be treated as a joint hearing or conference.

5. All parties to the Adversary Proceedings shall adhere to the rules and procedures to be outlined in any Case Management Order entered by the Court;

6. A docket entry shall be made in each of the Redeemer Actions, substantially as follows:

An Order has been entered in this Proceeding directing the procedural consolidation of this action and other Redeemer Actions filed in connection with the jointly administered Chapter 15 cases of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (Case No. 10-13164); the docket for Fairfield Sentry Limited et al. v. Theodoor GGC Amsterdam et al., AP No. 10-03496, should be consulted for all matters covered under the Court's Order.

7. Nothing herein is to be construed as requiring the consolidation of the Redeemer Actions for the purposes of evidentiary hearings or trial. All parties to the Redeemer Actions reserve their respective rights concerning the consolidation of the proceedings for trial and evidentiary hearings.

8. Service of this Order as provided in the Motion shall be deemed good and sufficient notice

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: November 17, 2010
New York, New York

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

Schedule of Fairfield Redeemer Actions, as of November 17, 2010

|  | CASE NAME | DOCKET NO. |
|---|---|---|
| 1. | Fairfield Sentry Ltd. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2. | Fairfield Sentry Ltd., et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |
| 3. | Fairfield Sentry Ltd. v. Al Nahyan Mansour B. Zayed, et al. | 10-03790-BRL |
| 4. | Fairfield Sentry Ltd. v. Almel Ltd./Pacific Inter., et al. | 10-03789-BRL |
| 5. | Fairfield Sentry Ltd. v. Alton Select Ltd., et al. | 10-03541-BRL |
| 6. | Fairfield Sentry Ltd. v. Arden International Capital Limited, et al. | 10-03870-BRL |
| 7. | Fairfield Sentry Ltd. v. AXA Isle of Man A/C L & C, et al. | 10-03623-BRL |
| 8. | Fairfield Sentry Ltd. v. Banco Atlantico (Bah.), et al. | 10-03783-BRL |
| 9. | Fairfield Sentry Ltd., et al. v. Banco Atlantico (Gib.), et al. | 10-03787-BRL |
| 10. | Fairfield Sentry Ltd. v. Banco Bilbao Vizcaya Argentaria, S.A. | 10-03515-BRL |
| 11. | Fairfield Sentry Ltd., et al. v. Banco di Desio e Della Brianza/Zenit Altern. Inv./Zenit Master | 10-04096-BRL |
| 12. | Fairfield Sentry Ltd., et al. v. Banco Inversis SA | 10-04089-BRL |
| 13. | Fairfield Sentry Ltd., et al. v. Banco Itau Europa Lux. SA, et al. | 10-03755-BRL |
| 14. | Fairfield Sentry Ltd. v. Banco Nominees (IOM) Limited | 10-04097-BRL |
| 15. | Fairfield Sentry Ltd., et al. v. Banco Santander (Suisse) S.A., et al. | 10-03509-BRL |
| 16. | Fairfield Sentry Ltd. v. Bank of Am. Nat'l Trust & Sav. Ass'n, et al. | 10-03615-BRL |
| 17. | Fairfield Sentry Ltd., et al. v. Bank Hapoalim (Suisse) Ltd., et al. | 10-03510-BRL |
| 18. | Fairfield Sentry Ltd. v. Bank Morgan Stanley AG, et al. | 10-04212-BRL |
| 19. | Fairfield Sentry Ltd. v. Banque de Commerce et de Placements, et al. | 10-03748-BRL |
| 20. | Fairfield Sentry Ltd., et al. v. Banque de Lux., et al. | 10-03616-BRL |
| 21. | Fairfield Sentry Ltd., et al. v. Banque Piguet & Cie SA., et al. | 10-03514-BRL |
| 22. | Fairfield Sentry Ltd., et al. v. Banque Privee Edmond De Rothschild (Eur.), et al. | 10-03505-BRL |
| 23. | Fairfield Sentry Ltd., et al. v. Banque Safra Luxembourg SA, et al. | 10-03872-BRL |
| 24. | Fairfield Sentry Ltd., et al. v. Banque Sudameris, et al. | 10-03586-BRL |
| 25. | Fairfield Sentry Ltd., et al. v. Banque Sudameris, et al. | 10-03749-BRL |
| 26. | Fairfield Sentry Ltd., et al. v. Banque Syz & Co. SA, et al. | 10-03513-BRL |
| 27. | Fairfield Sentry Ltd., et al. v. Blubank Ltd., et al. | 10-03750-BRL |
| 28. | Fairfield Sentry Ltd. v. BNP Paribas Arbitrage SNC | 10-04098-BRL |
| 29. | Fairfield Sentry Ltd. v. BNP Paribas Lux., et al. | 10-03626-BRL |
| 30. | Fairfield Sentry Ltd. v. BNP Paribas Private Bank & Trust Cayman Ltd., Tremont Market Neutral Portfolio Ltd. | 10-04099-BRL |
| 31. | Fairfield Sentry Ltd., et al. v. BNP Paribas Sec. Servs. Lux., et al. | 10-03627-BRL |
| 32. | Fairfield Sentry Ltd., et al. v. Bordier & Cie, et al. | 10-03873-BRL |
| 33. | Fairfield Sentry Ltd. v. Brown Brothers Harriman & Co., et al. | 10-03752-BRL |
| 34. | Fairfield Sentry Ltd. v. Caceis Bank EX-IXIS IS, et al. | 10-03871-BRL |
| 35. | Fairfield Sentry Ltd., et al. v. Caceis Bank Lux., et al. | 10-03624-BRL |
| 36. | Fairfield Sentry Ltd., et al. v. Cathay United Bank, et al. | 10-03506-BRL |
| 37. | Fairfield Sentry Ltd. v. CDC IXIS, et al. | 10-03754-BRL |
| 38. | Fairfield Sentry Ltd., et al. v. Celfin International Limited, et al. | 10-03865-BRL |
| 39. | Fairfield Sentry Ltd. v. Citibank NA London, et al. | 10-03622-BRL |
| 40. | Fairfield Sentry Ltd., et al. v. Citibank (Switz.) Zurich, et al. | 10-03640-BRL |
| 41. | Fairfield Sentry Ltd. v. Citivic Nominees Limited | 10-04100-BRL |
| 42. | Fairfield Sentry Ltd. v. Commercial Bank of Kuwait | 10-04093-BRL |
| 43. | Fairfield Sentry Ltd., et al. v. Credit Suisse (Bah.), et al. | 10-03782-BRL |
| 44. | Fairfield Sentry Ltd., et al. v. Credit Suisse Nominees, et al. | 10-04236-BRL |
| 45. | Fairfield Sentry Ltd., et al. v. Credit Suisse (Luxembourg) SA, Maestro Sicav (Lux) Finint Fund of Hedge Funds | 10-04088-BRL |
| 46. | Fairfield Sigma Ltd. v. Credit Suisse Int'l, et al. | 10-03620-BRL |
| 47. | Fairfield Sentry Ltd. v. Creditio Privato Commerciale SA, et al. | 10-03797-BRL |
| 48. | Fairfield Sentry Ltd. v. Delta Nat'l Bank, et al. | 10-03589-BRL |
| 49. | Fairfield Sentry Ltd. v. Deutsche Bank AG Sing., et al. | 10-03747-BRL |
| 50. | Fairfield Sentry Ltd. v. Deutsche Bank (Cayman), et al. | 10-03746-BRL |

EXHIBIT A

Schedule of Fairfield Redeemer Actions, as of November 17, 2010

|     | CASE NAME | DOCKET NO. |
| --- | --- | --- |
| 51. | Fairfield Sentry Ltd. et al. v. Deutsche Bank (Suisse) SA Geneve, et al. | 10-03745-BRL |
| 52. | Fairfield Sentry Ltd. v. Deutsche Bank Trust Co. Am., et al. | 10-03744-BRL |
| 53. | Fairfield Sentry Ltd., et al. v. Dexia BIL for Customer Account | 10-04090-BRL |
| 54. | Fairfield Sentry Ltd., et al. v. Dexia Private Bank (Switzerland) | 10-04091-BRL |
| 55. | Fairfield Sentry Ltd., et al. v. Dresdner Bank LateinAmerika AG, et al. | 10-03753-BRL |
| 56. | Fairfield Sentry Ltd., et al. v. EFG Bank, et al. | 10-03625-BRL |
| 57. | Fairfield Sentry Ltd. v. FIBI Bank (Switz.), et al. | 10-03779-BRL |
| 58. | Fairfield Sentry Ltd. v. Fidulex Mgmt., et al. | 10-03751-BRL |
| 59. | Fairfield Sentry Ltd. v. Fortis (Isle of Man) Nominees Ltd., et al. | 10-03776-BRL |
| 60. | Fairfield Sentry Ltd., et al. v. FS ABN AMRO Global Custody, et al. | 10-03504-BRL |
| 61. | Fairfield Sentry Ltd., et al. v. FS/AND Banc Andorra, et al. | 10-03632-BRL |
| 62. | Fairfield Sentry Ltd. v. FS/BBVA Miami, et al. | 10-03618-BRL |
| 63. | Fairfield Sentry Ltd., et al. v. FS/CBESSA, et al. | 10-03756-BRL |
| 64. | Fairfield Sentry Ltd. v. FS/HSBC Private Banking Nom, et al. | 10-03629-BRL |
| 65. | Fairfield Sentry Ltd., et al. v. FS Mizrahi Tefahot Bank Ltd., et al. | 10-03512-BRL |
| 66. | Fairfield Sigma Ltd. v. FS Oddo & Cie, et al. | 10-03621-BRL |
| 67. | Fairfield Sentry Ltd., et al. v. FS Stichting Stroeve Global Custody, et al. | 10-03867-BRL |
| 68. | Fairfield Sentry Ltd. v. Fund Nominees Ltd., et al. | 10-03525-BRL |
| 69. | Fairfield Sentry Ltd. v. Hambros Guernsey Nominees, et al. | 10-03799-BRL |
| 70. | Fairfield Sentry Ltd., et al. v. Hansard Europe Limited, et al. | 10-04238-BRL |
| 71. | Fairfield Sentry Ltd. v. HSBC Institutional Trust Srvs. (Asia) Ltd., et al. | 10-03619-BRL |
| 72. | Fairfield Sentry Ltd., et al. v. HSBC Private Bank (Guernsey) Ltd., et al. | 10-03631-BRL |
| 73. | Fairfield Sentry Ltd. v. HSBC Private Bank (Suisse) SA, et al. | 10-03633-BRL |
| 74. | Fairfield Sentry Ltd. v. HSBC Sec. Servs. (Lux.) SA, et al. | 10-03630-BRL |
| 75. | Fairfield Sentry Ltd., et al. v. ING Bank (Suisse) SA, et al. | 10-03801-BRL |
| 76. | Fairfield Sentry Ltd., et al. v. JP Morgan Securities Limited, et al. | 10-04092-BRL |
| 77. | Fairfield Sentry Ltd. v. JP Morgan Trust Co. (Cayman), et al. | 10-03785-BRL |
| 78. | Fairfield Sentry Ltd. v. Juan Jose Lacroze, et al. | 10-03528-BRL |
| 79. | Fairfield Sentry Ltd. v. Kay Torshen, et al. | 10-03866-BRL |
| 80. | Fairfield Sentry Ltd., et al. v. KB (CI) Nominees Ltd., et al. | 10-04240-BRL |
| 81. | Fairfield Sentry Ltd. v. Kookmin Bank, et al. | 10-03777-BRL |
| 82. | Fairfield Sentry Ltd., et al. v. Kredietbank SA Luxembourgeoise, et. al | 10-03868-BRL |
| 83. | Fairfield Sentry Ltd., et al. v. Lombard Odier Darier Hentsch & Cie, et al. | 10-03795-BRL |
| 84. | Fairfield Sentry Ltd., et al. v. Lombardy Props. Ltd., et al. | 10-03521-BRL |
| 85. | Fairfield Sentry Ltd., et al. v. Meritz Fire & Marine Ins. Co. Ltd., et al. | 10-03507-BRL |
| 86. | Fairfield Sentry Ltd. v. Merrill Lynch Bank (Suisse) SA, et al. | 10-03788-BRL |
| 87. | Fairfield Sentry Ltd., et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | 10-03516-BRL |
| 88. | Fairfield Sentry Ltd. v. Monte Paschi Ireland Ltd., et al. | 10-03791-BRL |
| 89. | Fairfield Sentry Ltd. et al. v. Natexis Banques Populaires | 10-04094-BRL |
| 90. | Fairfield Sigma Ltd., et al. v. Natixis Private Banking International, et al. | 10-03864-BRL |
| 91. | Fairfield Sentry Ltd., et al. v. Neue Bank AG, et al. | 10-03519-BRL |
| 92. | Fairfield Sentry Ltd., et al. v. Nomura Int'l plc, et al. | 10-03793-BRL |
| 93. | Fairfield Sentry Ltd. v. Northern Navigation Am. Inc., et al | 10-03781-BRL |
| 94. | Fairfield Sentry Ltd. v. Pictet & Cie, et al. | 10-03764-BRL |
| 95. | Fairfield Sentry Ltd. v. PRS Investment Strategies Fund Class 4E | 10-04101-BRL |
| 96. | Fairfield Sentry Ltd., et al. v. RBC Dominion Sec. Sub A/C, et al. | 10-03502-BRL |
| 97. | Fairfield Sentry Ltd., et al. v. Robinson & Co., et al. | 10-03628-BRL |
| 98. | Fairfield Sentry Ltd. v. Royal Bank of Canada (Suisse) | 10-04087-BRL |
| 99. | Fairfield Sentry Ltd., et al. v. Safra National Bank of New York, et al. | 10-03761-BRL |
| 100. | Fairfield Sentry Ltd., et al. v. Schroder & Co. (Asia) Ltd., et al. | 10-03508-BRL |
| 101. | Fairfield Sentry Ltd., et al. v. SG Private Banking (Suisse) SA, et al. | 10-03786-BRL |
| 102. | Fairfield Sentry Ltd., et al. v. SG Private Banking (Suisse) SA, et al. | 10-03595-BRL |
| 103. | Fairfield Sentry Ltd. v. Sherli Elghanian Krayem, et al. | 10-03614-BRL |

EXHIBIT A

Schedule of Fairfield Redeemer Actions, as of November 17, 2010

|  | **CASE NAME** | **DOCKET NO.** |
|---|---|---|
| 104. | Fairfield Sentry Ltd., et al. v. Six Sis AG, et. al | 10-03869-BRL |
| 105. | Fairfield Sentry Ltd., et al. v. SNS Global Custody, et al. | 10-03757-BRL |
| 106. | Fairfield Sentry Ltd. v. State Street Bank Lux. SA, et al. | 10-03760-BRL |
| 107. | Fairfield Sentry Ltd. v. Strina Luisa, et al. | 10-03798-BRL |
| 108. | Fairfield Sentry Ltd., et al. v. Sumitomo Banking & Trust Co., et al. | 10-03863-BRL |
| 109. | Fairfield Sentry Ltd., et al. v. Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A., et al. | 10-03503-BRL |
| 110. | Fairfield Sentry Ltd., et al. v. Theodoor GGC Amsterdam, et al. | 10-03496-BRL |
| 111. | Fairfield Sentry Ltd. v. UBS AG New York, et al. | 10-03780-BRL |
| 112. | Fairfield Sentry Ltd. v. UBS Cayman REF Greenlake Arbitrage, et al. | 10-03758-BRL |
| 113. | Fairfield Sentry Ltd. v. UBS Fund Services (Cayman) Limited Ref: Corcovado Investment Fund, SPC – Global Strategies | 10-04095-BRL |
| 114. | Fairfield Sentry Ltd. v. Vontobel Asset Mgmt., et al. | 10-03540-BRL |
| 115. | Fairfield Sentry Ltd. v. Wall Street Sec. SA, et al. | 10-03778-BRL |
| 116. | Fairfield Sentry Ltd. v. Weston Sec. Ltd., et al. | 10-03784-BRL |
| 117. | Fairfield Sentry Ltd. v. ZCM Asset Holding Co. (Berm.) Ltd., et al. | 10-03792-BRL |
| 118. | Fairfield Sentry Ltd. v. Zurich Capital Mkts. Co., et al. | 10-03634-BRL |