**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **Fairfield Sentry Limited, et al.,** | Adv. Pro. No. 10-03496 |
| Plaintiffs, | |
| | Administratively Consolidated |
| -against- | |
| **Theodoor GGC Amsterdam, et al.,** | |
| Defendants. | |
| **Fairfield Sentry Limited (In Liquidation),** | Adv. Pro. No. 10-03635 |
| Plaintiff, | |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** | |
| Defendants. | |
| **Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation),** | Adv. Pro. No. 10-03636 |
| Plaintiffs, | |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** | |
| Defendants. | |

**JOINDER OF DEFENDANT J.P. MORGAN (SUISSE) S.A.
IN MOTION TO REMAND AND FOR ABSTENTION**

Defendant J.P. Morgan (Suisse) S.A. ("JPM Suisse") hereby joins in the Reply Memorandum of J.P. Morgan Trust Company (Cayman) Limited in Support of Motion to Remand and for Abstention, dated December 7, 2010 (the "Reply").[1] As set forth in the Reply, plaintiffs' claims against JPM Suisse are subject to remand and abstention on numerous grounds. *First*, this Court lacks subject matter jurisdiction over plaintiffs' claims. Reply at 3-10. *Second*, plaintiffs' claims are subject to mandatory abstention and equitable remand. Reply at 10-13. Finally, as set forth in JPM Suisse's Joinder in the Motion of Defendants HSBC Private Bank (Suisse) SA et al. (the "Joinder"), dated October 7, 2010 (Docket No. 39), the removal of plaintiffs' claims to federal court was untimely. Joinder at 2-3. Accordingly, JPM Suisse respectfully requests that this Court issue an order remanding the above-captioned actions to the New York State Supreme Court and/or abstaining from hearing those claims.

Dated:  New York, New York
        December 7, 2010

Respectfully submitted,

 /s/ Amy R. Wolf
John F. Savarese
Amy R. Wolf
Emil A. Kleinhaus
Meredith L. Turner
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
(212) 403-1000

*Attorneys for Defendant J.P. Morgan (Suisse) S.A.*

---

[1] JPM Suisse expressly reserves all defenses in these actions, including defenses based on failure to state a claim, ineffective service of process, statutes of limitation, and lack of personal and subject matter jurisdiction.

2