UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Theodoor GGC Amsterdam, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-3496<br><br>Administratively Consolidated |
| Fairfield Sentry Limited (In Liquidation)<br><br>    Plaintiffs,<br><br>v.<br><br>ABN AMRO Schweiz AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-3635 |
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation)<br><br>    Plaintiff,<br><br>v.<br><br>ABN AMRO Schweiz AG, et al.<br><br>    Defendants. | Adv. Pro. No. 10-03636 |

**CERTIFICATE OF SERVICE**

I, Meredith L. Turner, an attorney admitted to practice in the State of New York, hereby certify under penalty of perjury that on December 7, 2010, I caused a true and correct copy of the Joinder of J.P. Morgan (Suisse) S.A. in the Reply Memorandum in Support of the Motion to Remand and for Abstention to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system on:

> David J. Molton
> Kerry L. Quinn
> **Brown Rudnick LLP**
> Seven Times Square
> New York, NY 10036

On December 8, 2010, I caused courtesy copies of the same to be delivered by hand.

Dated:  New York, New York
        December 8, 2010

>                                        /s/ Meredith Turner
>                                        Meredith L. Turner
>                                        Wachtell, Lipton, Rosen & Katz
>                                        51 West 52nd Street
>                                        New York, NY  10019
>                                        Telephone:  (212) 403-1000
>                                        Facsimile:   (212) 403-2000