**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for Plaintiff, by and through its Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No: 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,** Plaintiffs, | **Adv. Pro. No. 10-03496** |
| -against- | **Administratively Consolidated** |
| **Theodoor GGC Amsterdam, et al.,** Defendants. | |
| **Fairfield Sentry Limited (In Liquidation), acting by and through The Foreign Representatives thereof,** Plaintiff, | **Adv. Pro. No. 10-03635** |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** Defendants. | |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST FIDULEX MANAGEMENT INC.**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff hereby dismisses the claims in this action against Fidulex Management Inc. only, with prejudice. This notice of dismissal does not affect or dismiss any claims made in this action against any defendant other than Fidulex Management Inc.

Dated: New York, New York
December 9, 2010

                                Respectfully submitted,

                                **BROWN RUDNICK LLP**

                                By: /s/ Kerry L. Quinn
                                   David J. Molton
                                   May Orenstein
                                   Daniel J. Saval
                                   Kerry L. Quinn
                                   7 Times Square
                                   New York, New York 10036
                                   Tel.: (212) 209-4800
                                   Fax: (212) 209-4801
                                   dmolton@brownrudnick.com
                                   morenstein@brownrudnick.com
                                   dsaval@brownrudnick.com
                                   kquinn@brownrudnick.com

                                *Attorneys for Plaintiff, by and through its Foreign Representatives*