**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for Plaintiff, by and through its Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No: 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,** Plaintiffs, | **Adv. Pro. No. 10-03496** |
| -against- | **Administratively Consolidated** |
| **Theodoor GGC Amsterdam, et al.,** Defendants. | |
| **Fairfield Sentry Limited (In Liquidation), acting by and through The Foreign Representatives thereof,** Plaintiff, | **Adv. Pro. No. 10-03635** |
| -against- | |
| **ABN AMRO Schweiz AG, et al.,** Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 9th day of December, 2010, I caused to be served a true copy of the following document: Notice of Dismissal of Claims Against Fidulex Management Inc. on the parties listed on the attached service list by first class mail.

    /s/ Christopher Michael Lau Kamg
    Christopher Michael Lau Kamg

Sworn to before me this
9th day of December, 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

| | | |
|---|---|---|
| AXA ISLE OF MAN A/C L & C<br>ROYALTY HOUSE<br>WALPOLE AVENUE<br>DOUGLAS IM1 2SL<br>ISLE OF MAN, BRITISH ISLES | BENEFICIAL OWNERS OF THE ACCOUNTS IN THE NAME OF AXA ISLE OF MAN A/C L & C 1-1000<br>C/O AXA ISLE OF MAN A/C L & C<br>ROYALTY HOUSE<br>WALPOLE AVENUE<br>DOUGLAS IM1 2SL<br>ISLE OF MAN, BRITISH ISLES | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANCO ITAU EUROPA LUXEMBOURG SA 1-1000<br>C/O BANCO ITAU EUROPA LUXEMBOURG SA<br>29 AVENUE PORTE-NEUVE<br>PO BOX 572<br>L-2227 LUXEMBOURG<br>LUXEMBOURG |
| BANQUE DE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1211 GENEVA 3<br>SWITZERLAND | BANQUE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1204 GENEVA 3<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-100<br>C/O BANQUE DE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1211 GENEVA 3<br>SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-1000<br>BANQUE DE COMMERCE ET DE PLACEMENTS<br>1, RUE DE LA FONTAINE<br>PO BOX 3069<br>1204 GENEVA 3<br>SWITZERLAND | BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | BANQUE SUDAMERIS<br>C/O CORPORATE CREATIONS NETWORK INC.<br>11380 PROPSERITY FARMS ROAD, #221$^E$<br>PALM BEACH GARDENS, FL 33410 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE SUDAMERIS 1-1000<br>C/O BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE SUDAMERIS 1-1000<br>C/O BANQUE SUDAMERIS<br>C/O CORPORATE CREATIONS NETWORK INC.<br>11380 PROPSERITY FARMS ROAD #221$^E$<br>PALM BEACH GARDENS, FL 33410 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BLUBANK LTD. 1-1000<br>C/O EFG BANK EUROPEAN FINANCIAL GR<br>SWITZERLAND<br>24 QUAI SEUJET<br>CH-1211 GENEVA 2<br>SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BLUBANK LTD. 1-1000<br>BLUBANK LTD.<br>SEVENTEEN SHOP BUILDING, FIRST FLOOR<br>COLLINS AVENUE & FOURTH TERRACE<br>CENTREVILLE<br>P.O. BOX N-3732<br>NASSAU, THE BAHAMAS | BNP PARIBAS LUXEMBOURG SA<br>SOCIETE ANONYME<br>SIEGE SOCIAL: 10A BOULEVARD ROYAL<br>L-2093 LUXEMBOURG<br>LUXEMBOURG | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BNP PARIBAS LUXEMBOURG SA 1-1000<br>C/O BNP PARIBAS LUXEMBOURG SA<br>SOCIETE ANONYME<br>SIEGE SOCIAL: 10A BOULEVARD ROYAL<br>L-2093 LUXEMBOURG<br>LUXEMBOURG |
| BNP PARIBAS SECURITIES SERVICES<br>LUXEMBOURG<br>33, RUE DE GASPERICH<br>HOWALD HESPERANGE<br>2085 LUXEMBOURG<br>LUXEMBOURG | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BNP PARIBAS SECURITIES SERVICES LUXEMBOURG 1-1000<br>C/O BNP PARIBAS SECURITIES SERVICES LUXEMBOURG<br>33, RUE DE GASPERICH<br>HOWALD HESPERANGE<br>2085 LUXEMBOURG<br>LUXEMBOURG | BROWN BROTHERS HARRIMAN & CO<br>140 BROADWAY 16TH FLOOR<br>NEW YORK, NY 10005-1101 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BROWN BROTHERS HARRIMAN & CO 1-1000<br>C/O BROWN BROTHERS HARRIMAN & CO<br>140 BROADWAY 16TH FLOOR<br>NEW YORK, NY 10005-1101 | CACEIS BANK LUXEMBOURG<br>5 ALLEE SCHEFFER<br>L-2520 LUXEMBOURG<br>LUXEMBOURG | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CACEIS BANK LUXEMBOURG 1-1000<br>C/O CACEIS BANK LUXEMBOURG<br>5 ALLEE SCHEFFER<br>L-2520 LUXEMBOURG<br>LUXEMBOURG |
| CDC IXIS<br>16-18 RUE BERTHOLLET<br>94110 ARCEUIL<br>FRANCE | CDC IXIS<br>7, PL DES 5 MARTYRS DU LYCEE BUFFON<br>F-75507 PARIS CEDEX 15<br>FRANCE | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CDC IXIS 1-1000<br>C/O CDC IXIS<br>16-18 RUE BERTHOLLET<br>94110 ARCEUIL<br>FRANCE |
| BENEFICIAL OWNERS OF THE ACOUNTS HELD IN THE NAME OF CDC IXIS 1-1000<br>C/O CDC IXIS<br>7, PL DES 5 MARTYRS DUE LYCEE BUFFON<br>F-75507 PARIS CEDEX 15<br>FRANCE | CITIBANK (SWITZERLAND) ZURICH<br>3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR<br>SINGAPORE 486026<br>SINGAPORE | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) ZURICH 1-1000<br>C/O CITIBANK (SWITZERLAND) ZURICH<br>3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR<br>SINGAPORE 486026<br>SINGAPORE |
| Citibank (Switzerland) Zurich<br>Registered Address<br>Funds Trade Execution Desk<br>Seestrasse 25<br>P.O. Box 3760<br>CH-8021 Zurich<br>Switzerland | | |

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) AG C/O CITIBANK (SWITZERLAND) AG BLEICHER WEG 5 POSTFACH CH – 8022 ZURICH | CITIBANK NA LONDON CITIGROUP CENTRE CANADA SQUARE CANARY WHARF LONDON E14 5LB | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK NA LONDON 1-1000 C/O CITIBANK NA LONDON CITIGROUP CENTRE CANADA SQUARE CANARY WHARF LONDON E14 5LB |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DELTA NATIONAL BANK AND TRUST CO. 1-1000 C/O DELTA NATIONAL BANK AND TRUST CO 650 FIFTH AVENUE 26TH FLOOR NEW YORK, NY 10019 | DEUTSCHE BANK (CAYMAN) PO BOX 1984GT KY1 1104 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (CAYMAN) 1-1000 C/O DEUTSCHE BANK (CAYMAN) PO BOX 1984GT KY1 1104 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| DEUTSCHE BANK (SUISSE) SA GENEVE 3 PLACE DES BERGUES PO BOX 1416 CH-1211 GENEVA 1 SWITZERLAND | DEUTSCHE BANK (SUISSE) SA GENEVE RUE DU PUITS-SAINT-PIERRE 4 CP 3597 CH – 1211 GENEVE 3 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (SUISSE) SA GENEVE 1-1000 C/O DEUTSCHE BANK (SUISSE) SA GENEVE 3 PLACE DES BERGUES PO BOX 1416 CH-1211 GENEVA 1 SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (SUISSE) SA GENEVE 1-1000 C/O DEUTSCHE BANK (SUISSE) SA GENEVE RUE DU PUITS-SAINT-PIERRE 4 CP 3597 CH – 1211 GENEVE 3 | DEUTSCHE BANK AG SINGAPORE PRIVATE BANKING DEPARTMENT 8 SHENTON WAY # 47-01 SINGAPORE 068811 | DEUTSCHE BANK AG SINGAPORE ASIA PACIFIC HEAD OFFICE ONE RAFFLES QUAY SOUTH TOWER LEVEL 17 SINGAPORE 048583 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK AG SINGAPORE 1-1000 C/O DEUTSCHE BANK AG SINGAPORE PRIVATE BANKING DEPARTMENT 8 SHENTON WAY # 47-01 SINGAPORE 068811 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK AG SINGAPORE 1-1000 C/O DEUTSCHE BANK AG SINGAPORE ASIA PACIFIC HEAD OFFICE ONE RAFFLES QUAY SOUTH TOWER LEVEL 17 SINGAPORE 048583 | DEUTSCHE BANK TRUST COMPANY AMERICA 280 PARK AVENUE NEW YORK, NY 10017 |
| DEUTSCHE BANK TRUST COMPANY AMERICA C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON, DE 19801 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK TRUST COMPANY AMERICA 1-1000 C/O DEUTSCHE BANK TRUST COMPANY AMERICA 280 PARK AVENUE NEW YORK, NY 10017 | BENEFICIAL OWENRS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK TRUST COMPANY AMERICA 1-1000 C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON, DE 19801 |
| DRESDNER BANK LATEINAMERIKA AG POSTFACH 301246 HAMBURG 20354 GERMANY | DRESDNER BANK LATEINAMERIKA AG NEUER JUNGFERNSTIEG 16 HAMBURG 20354 GERMANY | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DRESDNER BANK LATEINAMERIKA AG 1-1000 C/O DRESDNER BANK LATEINAMERIKA AG POSTFACH 301246 HAMBURG 20354 GERMANY |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DRESDNER BANK LATEINAMERIKA AG 1-1000 C/O DRESDNER BANK LATEINAMERIKA AG NEUER JUNGFERNSTIEG 16 HAMBURG 20354 GERMANY | EFG BANK 24 QUAI DU SEUJET CP 2391 1211 GENEVE 2 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN TH ENAME OF EFG BANK 1-1000 C/O EFG BANK 24 QUAI DU SEUJET CP 2391 1211 GENEVE 2 SWITZERLAND |
| FIDULEX MANAGEMENT C/O UNION BANCAIRE PRIVEE 8 RUE DU ROBERT ESTIENNE PO BOX 3249 CH-1211 GENEVA 3 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FIDULEX MANAGEMENT 1-1000 FIDULEX MANAGEMENT 8 RUE DU ROBERT ESTIENNE PO BOX 3249 CH-1211 GENEVA 3 SWITZERLAND | FORTIS (ISLE OF MAN) NOMINEES LTD 18-20 NORTH QUAY DOUGLAS IM99 1NR ISLE OF MAN |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FORTIS (ISLE OF MAN) NOMINEES LTD 1-1000 C/O FORTIS (ISLE OF MAN( NOMINEES LTD 18-20 NORTH QUAY DOUGLAS IM99 1NR ISLE OF MAN | FS/ANDBANC ANDORRA C/O EUROCLEAR BANK – FUNDSETTLE TEAM 2ND FLOOR 1 BOULEVARD DU ROI ALBERT II B-1210 BRUSSELS BELGIUM | FS/ANDBANC ANDORRA HEAD OFFICE C/MANUEL CERQUEDA I ESCALER, 6 AD700 ESCALDES-ENGORDANY, ANDORRA |

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/ANDBANC ANDORRA 1-1000 C/O FS/ANDBANC ANDORRA C/O EUROCLEAR BANK – FUNDSETTLE TEAM 2ND FLOOR 1 BOULEVARD DU ROI ALBERT II B-1210 BRUSSELS BELGIUM | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/ANDBANC ANDORRA 1-1000 C/O FS/ANDBANC ANDORRA HEAD OFFICE C/MANUEL CERQUEDA I ESCALER, 6 AD700 ESCALDES-ENGORDANY, ANDORRA | FS/CBESSA C/O EUROCLEAR BANK SA/NV BOULEVARD DU ROI ALBERT II 1 1210 BRUSSELS BELGIUM |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/CBESSA 1-1000 C/O FS/CBESSA C/O EUROCLEAR BANK SA/NV BOULEVARD DU ROI ALBERT II 1 1210 BRUSSELS BELGIUM | FS/HSBC PRIVATE BANKING NOM C/O EUROCLEAR BANK SA/NV 1 BOULEVARD DU ROI ALBERT II 1210 BRUSSELS BELGIUM | FS/HSBC PRIVATE BANKING NOM BOULEVARD ROYAL 32 LUXEMBOURG, 2449 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/HSBC PRIVATE BANING NOM 1-1000 C/O FS/HSBC PRIVATE BANKING NOM C/O EUROCLEAR BANK SA/NV 1 BOULEVARD DU ROI ALBERT II 1210 BRUSSELS BELGIUM | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/HSBC PRIVATE BANKING NOM 1-1000 C/O FS/HSBC PRIVATE BANKING NOM BOULEVARD ROYAL 32 LUXEMBOURG, 2449 | HSBC PRIVATE BANK (GUERNSEY) LTD PARK PLACE PARK STREET ST PETER PORT GUERNSEY GY 1 1EE CHANNEL ISLANDS |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK (GUERNSEY) LTD 1-1000 C/O HSBC PRIVATE BANK (GUERNSEY) LTD PARK PLACE PARK STREET ST PETER PORT GUERNSEY GY 1 1EE CHANNEL ISLANDS | HSBC PRIVATE BANK (SUISSE) SA 2 QUAI GENERAL GUISAN P.O. BOX 3580 CH-1211 GENEVA 3 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK (SUISSE) SA 1-1000 C/O HSBC PRIVATE BANK (SUISSE) SA 2 QUAI GENERAL GUISAN P.O. BOX 3580 CH-1211 GENEVA 3 SWITZERLAND |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA 40 AVENUE MONTEREY L 2163 LUXEMBOURG | ING BANK (SUISSE) SA 30 AVENUE DE FRONTENEX CP 6405 CH1211 GENEVE 6 SWITZERLAND | ING BANK (SUISSE) SA AVENUE DE FRONTENEX 30 1207 GENEVE |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF ING BANK (SUISSE) SA 1-1000 C/O ING BANK (SUISSE) SA 30 AVENUE DE FRONTENEX CP 6405 CH1211 GENEVE 6 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF ING BANK (SUISSE) SA 1-1000 C/O ING BANK (SUISSE) SA AVENUE DE FRONTENEX 30 1207 GENEVE | JP MORGAN TRUST COMPANY (CAYMAN) ONE AMERICAN LANE FLOOR ONE GREENWICH, CT 06831-2560 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF JP MORGAN TRUST COMPANY (CAYMAN) 1-1000 C/O JP MORGAN TRUST COMPANY (CAYMAN) ONE AMERICAN LANE FLOOR ONE GREENWICH, CT 06831-2560 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF KOOKMIN BANK 1-1000 KOOKMIN BANK 6TH FLOOR DAEWOO SECURITIES BLDG 4-3 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-716 SOUTH KOREA | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF KOOKMIN BANK 1-1000 C/O KOOKMIN BANK 9-1, NAMDAEMUNNO 2-GA, CHUNG-GU SEOUL 100-703 SOUTH KOREA |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF LOMBARD ODIER DARIER HENTSCH & CIE 1-1000 C/O LOMBARD ODIER DARIER HENTSCH & CIE 11 RUE DE LA CORRATERIE CASE POSTALE 1211 GENEVA 11 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF LOMBARD ODIER DARIER HENTSCH & CIE 1-1000 C/O LOMBARD ODIER DARIER HENTSCH & CIE RUE DE LA CORRATERIE 11 1204 GENEVA SWITZERLAND | MICHAEL D. SCHISSEL ARNOLD & PORTER LLP 399 PARK AVENUE NEW YORK, NY 10022 Attorneys for Merrill Lynch Bank (Suisse) SA Attorneys for Zurich Capital Markets Company |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF MERRILL LYNCH BANK (SUISSE) SA 1-1000 C/O MERRILL LYNCH BANK (SUISSE) SA 18 RUE DES CONTAMINES CH-1211 GENEVA 3 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF MERRILL LYNCH BANK (SUISSE) SA 1-1000 C/O MERRILL LYNCH BANK (SUISSE) SA 13, ROUTE DE FLORISSANT P.O. BOX 3070 CH-1211 GENEVE 3 | |
| | NOMURA INTERNATIONAL PLC NOMURA HOUSE 1 ST MARTINS LE GRAND EC1A 4NP LONDON UK | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF NOMURA INTERNATIONAL PLC 1-1000 C/O NOMURA INTERNATIONAL PLC NOMURA HOUSE 1 ST MARTINS LE GRAND EC1A 4NP LONDON UK |

| | | |
|---|---|---|
| PICTET & CIE<br>ROUTE DES ACACIAS 60<br>1211 GENEVE 73<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF PICTET & CIE 1-1000<br>C/O PICTET & CIE<br>ROUTE DES ACACIAS 60<br>1211 GENEVE 73<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF ROBINSON & CO 1-1000<br>C/O ROBINSON & CO<br>THE BANK OF BERMUDA LTD<br>PO BOX HM 1020<br>6 FRONT STREET<br>HM 11 HAMILTON<br>BERMUDA |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF SNS GLOBAL CUSTODY 1-1000<br>C/O SNS GLOBAL CUSTODY<br>PETTELAARPARK 120<br>POSTBUS 70053<br>5201 DZ'S HERTOGENBOSCH<br>THE NETHERLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF STATE STREET BANK LUXEMBOURG SA 1-1000<br>C/O STATE STREET BANK LUXEMBOURG SA<br>49 AVENUE JF KENNEDY<br>L1855 LUXEMBOURG<br>LUXEMBOURG | UBS AG NEW YORK<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF UBS AG NEW YORK 1-1000<br>C/O UBS AG NEW YORK<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF UBS CAYMAN REF GREENLAKE ARBITRAGE 1-1000<br>C/O UBS (CAYMAN) LIMITED<br>UBS HOUSE<br>P.O. BOX 852 GT<br>227 ELGIN AVENUE<br>GRAND CAYMAN<br>CAYMAN ISLANDS | WALL STREET SECURITIES SA<br>TORRE BANCO CONTINENTAL<br>PISO 10 CALLE 50<br>AQUILINO DE LA GUARDIA<br>PANAMA CITY, PANAMA |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF WALL STREET SECURITIES SA 1-1000<br>C/O WALL STREET SECURITIES SA<br>TORRE BANCO CONTINENTAL<br>PISO 10 CALLE 50<br>AQUILINO DE LA GUARDIA<br>PANAMA CITY, PANAMA | ZURICH CAPITAL MARKETS COMPANY<br>LA TOUCHE HOUSE 3RD FLOOR, IFSC<br>DUBLIN 1<br>IRELAND | BANCO ITAU EUROPA LUXEMBOURG<br>29 AVENUE DE LA PORTE-NEUVE<br>L-2227<br>LUXEMBOURG |
| BANK MORGAN STANLEY AG GENEVA<br>BANQUE MORGAN STANLEY SA<br>12 PLACE DE LA FUSTERIE<br>CH-1211 GENEVA, SWITZERLAND | BANK MORGAN STANLEY AG ZURICH<br>BANK MORGAN STANLEY AG<br>BAHNHOFSTRASSE 92<br>CH-8021<br>ZURICH, SWITZERLAND | BANQUE MORGAN STANLEY SA<br>12 PLACE DE LA FUSTERIE<br>CH-1211 GENEVA, SWITZERLAND |
| BANQUE SUDAMERIS<br>701 BRICKELL AVENUE<br>BARNET TOWNER, 9TH FLOOR<br>MIAMI, FL 33131 | CAPRICE INTERNATIONAL GROUP<br>1395 BRICKWELL AVENUE<br>MIAMI, FL 33131 | CAPRICE INTERNATIONAL GROUP<br>1000 BRICKELL AVENUE, SUITE 215<br>MIAMI, FL 33131 |
| CITIBANK (SWITZERLAND) ZURICH<br>BLEICHER WEG 10<br>8002 ZURICH, SWITZERLAND | CITIGROUP<br>CITIGROUP CENTRE<br>33 CANADA SQUARE<br>CANARY WHARG<br>LONDON E14 5LB<br>UNITED KINGDOM | CITIVIC NOMINEES LIMITED<br>PO BOX 18055<br>5 CARMELITE STREET<br>LONDON EC4Y OPA |
| COMPAGNE BANCAIRE ESPIRITO SANTO SA<br>15 AVENUE DE MOHICHOISI<br>CASE POSTALE 390<br>1001 LOUSANNE, SUISSE<br>SWITZERLAND | DESERT ROSE LIMITED<br>250 W 39TH STREET, 8TH AVENUE<br>NEW YORK, NY 10018 | EFG PRIVATE BANK SA<br>QUAI DU SEUJET 24<br>P.O. BOX 2391<br>1211 GENEVA 2<br>SWITZERLAND |
| HSBC BANK USA<br>452 FIFTH AVENUE<br>NEW YORK, NY 10018 | MERRILL LYNCH BANK<br>13 ROUTE DE FLORISSANT<br>GENEVA CH-1211<br>SWITZERLAND | MORGAN STANLEY & CO. INTERNATIONAL PLC<br>LONDON, ZURICH BRANCH<br>BAHNHOFSTRASSE 92<br>CH-8021<br>ZURICH, SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF ZURICH CAPITAL MARKETS COMPANY 1-1000<br>C/O ZURICH CAPITAL MARKETS COMPANY<br>LA TOUCHE HOUSE 3RD FLOOR, IFSC<br>DUBLIN 1<br>IRELAND | GEORGE M. CHALOS<br>CHALOS & CO P.C.<br>123 SOUTH ST.<br>OYSTER BAY, NY 11711<br>Attorneys for AL NAHYAN MANSOUR B ZAYED | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF AL NAHYAN MANSOUR B ZAYED 1-1000<br>C/O AL NAHYAN MANSOUR B SAYED<br>PO BOX 6316<br>ABU DHABI<br>UNITED ARAB EMIRATES |

| | | |
|---|---|---|
| Kristin M. Darr<br>Steptoe & Johnson LLP<br>750 Seventh Avenue<br>New York, New York 10019<br>Attorneys For Defendant Meritz Marine & Fire | Seong H. Kim<br>Steptoe & Johnson LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Attorneys For Defendant Meritz Marine & Fire | WILLIAM J. SUSHON<br>SHIVA ETEKHAN<br>O'MELVENY & MEYERS LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>ATTORNEYS FOR CREDIT SUISSE (BAHAMAS) |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF CREDIT SUISSE<br>(BAHAMAS) 1-1000<br>C/O CREDIT SUISSE (BAHAMAS)<br>BAHAMAS FINANCIAL CENTER, 4TH FL<br>SHIRLEY & CHARLOTTE STREETS<br>PO BOX n-4928<br>NASSAU<br>BAHAMAS | NORTHERN NAVIGATION AMERICA INC.<br>OIVIND LORENTZEN<br>ONE STAMFORD LANDING<br>62 SOUTHFIELD AVE STE 212<br>STAMFORD, CT 06902 | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF NORTHERN<br>NAVIGATION AMERICA INC 1-1000<br>C/O NORTHERN NAVIGATION AMERICA INC.<br>OIVIND LORENTZEN<br>ONE STAMFORD LANDING<br>62 SOUTHFIELD AVE STE 212<br>STAMFORD, CT 06902 |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF SG PRIVATE BANKING<br>(SUISSE) SA 1-1000<br>C/O SG PRIVATE BANKING (SUISSE) SA<br>PO BOX 220<br>AVENUE DE RUMINE 20<br>CH-1001 LAUSANNE<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF SG PRIVATE BANKING<br>(SUISSE) SA 1-1000<br>RUE DE LA CORRATERIE 6<br>CASE POSTALE 5022<br>1211 GENEVE 11 – SWITZERLAND GE 1211 CH | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF SG PRIVATE BANING<br>(SUISSE) SA 1-1000<br>C/O CORPORATION COMPANY OF MIAMI<br>201 S. BIXCAYNE BLVD., SUITE 1500 (BB)<br>MIAMI, FL 33131 |
| BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF BANCO ATLANTICO<br>(BAHAMAS) 1-1000<br>C/O BANCO ATLANTICO (BAHAMAS)<br>C/O BANCO ATLANTICO BANK & TRUST<br>LIMITED (BAHAMAS)<br>C/O FT CONSULTANTS LTD<br>PO BOX N-3932<br>NASSAU<br>BAHAMAS | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF BANCO ATLANTICO<br>(BAHAMAS) 1-1000<br>BANCO ATLANTICO (BAHAMAS)<br>PO BOX SS-6289<br>EAST BAY STREET<br>NASSAU, BAHAMAS | STRINA LUISA AND GRAZIELA STRINA<br>LUISA M STRINA<br>AV HIGIENOPOLIS 349-5<br>SAO PAULO 01238-001<br>BRAZIL |
| STRINA LUISA AND GRAZIELA STRINA<br>GALERIA LUISA STRINA<br>RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR<br>J01426-000 SÃO PAULO/SP, BRAZIL | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF STRINA LUISA AND<br>GRAZIELA STRINA 1-1000<br>C/O STRINA LUISA AND GRAZIELA STRINA<br>LUISA M STRINA<br>AV HIGIENOPOLIS 349-5<br>SAO PAULO 01238-001<br>BRAZIL | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF STRINA LUISA AND<br>GRAZIELA STRINA 1-1000<br>C/O STRINA LUISA AND GRAZIELA STRINA<br>GALERIA LUISA STRINA<br>RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR<br>J01426-000 SÃO PAULO/SP, BRAZIL |
| STEFAN MALLENBAUM, ESQ.<br>Ronald Lefton, Esq.<br>GREENBERG TRAURIG LLP<br>METLIFE BUILDING<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>ATTORNEYS FOR<br>EFG GIBRALTAR AND EFG GROUP<br>Banco Atlantico Gibraltar | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF BANCO ATLANTICO<br>GIBRALTAR 1-1000<br>C/O BANCO ATLANTICO GIBRALTAR<br>1 CORRAL ROAD<br>PO BOX 561<br>PMB 6314 GIBRALTAR<br>GIBRALTAR | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF EUROPEAN<br>FINANCIAL GROUP EFG SA<br>C/O EUROPEAN FINANCIAL GROUP EFG SA<br>RUE DU PUITS-SAINT-PIERRE 4<br>CP 3597<br>CH – 1211 GENEVE 3 |
| JOHN J. LYNCH<br>PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>ATTORNEYS FOR DEFENDANT CREDITO<br>PRIVATO COMMERCIALE SA | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF CREDITO PRIVATO<br>COMMERCIALE SA 1-1000<br>C/O CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>CH-6904 LUGANO<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF CREDITO PRIVATO<br>COMMERCIALE SA 1-1000<br>CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>CH-6900 LUGANO<br>SWITZERLAND |
| MICHAEL E. WILES<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>ATTORNEYS FOR DEFENDANT FIBI BANK<br>(SWITZERLAND) | BENEFICIAL OWENRS OF THE ACCOUNTS<br>HELD IN THE NAME OF FIBI BANK<br>(SWITZERLAND) 1-1000<br>C/O FIBI BANK (SWITZERLAND)<br>SEESTRASSE 61<br>POSTFACH<br>CH-8027 ZURICH<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF FIBI BANK<br>(SWITZERLAND) 1-1000<br>C/O FIBI BANK (SWITZERLAND)<br>BLEICHER WEG 5<br>POSTFACH<br>CH – 8022 ZURICH |
| WESTERN SECURITIES LIMITED<br>PO BOX 310370<br>MIAMI, FL 33231-0370 | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF WESTON SECURITIES<br>LIITED 1-1000<br>C/O WESTERN SECURITIES LIMITED<br>PO BOX 310370<br>MIAMI, FL 33231-0370 | BENEFICIAL OWNERS OF THE ACCOUNTS<br>HELD IN THE NAME OF ZCM ASSET HOLDING<br>COMPANY (BERMUDA) LIMITED 1-1000<br>C/O ZCM ASSET HOLDING COMPANY<br>(BERMUDA) LIMITED<br>C/O BNP PARIBAS SECURITY CORP.<br>787 SEVENTH AVENUE, 3RD FLOOR<br>NEW YORK, NY 10019 |
| JOHN F. ZULACK<br>ELIZABETH O'CONNOR<br>FLEMMING ZULACK WILLIAMSON & ZAUDERER LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK 10006<br>Attorneys for Hambros Guernsey Nominees Ltd, SG<br>Hambros Nominees Jersey, SG Hambros Bank Channel<br>Islands | HAMBROS GUERNSEY NOMINEES<br>C/O SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS | SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS |

| | | |
|---|---|---|
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED – GUERNSEY BRANCH<br>P.O. BOX 6 HAMBRO HOUSE<br>ST. JULIAN'S AVENUE, ST. PETER PORT<br>GUERNSEY, CHANNEL ISLANDS<br>Channel Islands GY1 3AE | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HAMBROS GUERNSEY NOMINEES 1-1000<br>C/O SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG HAMBROS NOMINEES (JERSEY) 1-1000<br>C/O SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED – GUERNSEY 1-1000<br>SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED – GUERNSEY BRANCH<br>P.O. BOX 6 HAMBRO HOUSE<br>ST. JULIAN'S AVENUE, ST. PETER PORT<br>GUERNSEY, CHANNEL ISLANDS<br>Channel Islands GY1 3AE | 8270852 | |
| ABN Amro Schweiz AG<br>CGC NV<br>Beethovenstrasse 33<br>8002- Zurich<br>Switzerland | Adler and Co Privatbank AG<br>CGC NV<br>Claridenstrasse 22<br>CH-8022 Zurich<br>Switzerland | Allianzbank SPA/Unifortune Conservative Side Pocket<br>CGC NV/CGC NV<br>Via Donizetti 53<br>Milan 20128<br>Italy |
| Alternative Investment Strategies<br>CGC NV<br>C/O Absolute Performance Ltd<br>Bamboo Gate<br>11 Harbour Road<br>Paget PG 03<br>Bermuda | Arsenal SPC<br>CGC NV<br>Corporate Centre West Bay Road<br>PO Box 31106 SMB<br>Grand Cayman<br>Cayman Islands | Arsenal SPC Obo Glasgow Seg Port<br>CGC NV<br>Rue de la Croix 19<br>1203 Geneva<br>Switzerland |
| Banca Arner SA<br>CGC NV<br>Piazza Manzoni 8<br>6901 Lugano<br>Switzerland | | Bank Julius Baer and Co Cash<br>CGC NV<br>Hohlstrasse 602<br>CH-8010 Zurich<br>Switzerland |
| Bank Sarasin & Cie<br>CGC NV<br>Elizabethenstrasse 62<br>CH-4002 Basel<br>Switzerland | Banque Cantonale Vaudoise<br>CGC NV<br>Place St Francois 14<br>CH-1001 Lausanne<br>Switzerland | Banque Cramer & Cie SA Ex BPG<br>CGC NV<br>20-22 Avenue de Miremont<br>PO Box 403<br>CH-1211 Geneva 12<br>Switzerland |
| Banque Safdie SA<br>CGC NV Ref Banque Safdie<br>1 Rue de la Tour de L'Ile<br>Case Postale 5415<br>1211 11 Geneva<br>Switzerland | Barclay's Bank Plc Singapore Wealth<br>CGC NV Ref Barclays Singapore Wealth<br>Level 28 One Raffles Quay<br>South Tower<br>Singapore 048583<br>Singapore | BBH Lux Fairfield Guardian II<br>CGC NV<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York 10022 |
| BBH Lux Ref Fairfield Grn 6200448<br>CGC NV  Ref BBH Lux<br>BBH Lux<br>33 Boulevard Prince Henri BP 403<br>Luxembourg L 2014<br>Luxembourg | BBVA (Suisse) SA<br>CGC NV<br>PO Box 3930<br>Zeltweg 63<br>8021-Zurich<br>Switzerland | BCV Amc Defensive Alt Fund CHF<br>CGC NV<br>Place St Francois<br>CH-1001 Lausanne<br>Switzerland |
| BNP Paribas (Suisse) SA<br>CGC NV<br>2 Place de Hollande<br>Case Postale<br>CH-1211 Geneva<br>Switzerland | BNP Paribas (Suisse) SA Private<br>CGC NV<br>2 Place de Hollande Case Postale<br>CH-1211 Geneva<br>Switzerland | BSI AG<br>CGC NV<br>Via Peri 23<br>CH-6901 Lugano<br>Switzerland |
| BSI Ex Banca del Gottardo<br>CGC NV<br>Viale S Franscini 8<br>CH-6900 Lugano<br>Switzerland | Caceis Bank Luxembourg<br>CGC NV Cail CFM<br>5 Allee Scheffer<br>Luxembourg L -2520<br>Luxembourg | Brian Dunefsky<br>Withers Bergman LLP<br>430 Park Avenue<br>New York, New York 10022<br>Attorneys for Centrum Bank AG |

CBH - Compagnie Bancaire Helvetique
CGC NV
Route de Chancy 6B
Case Postale 64
CH-1211 Geneva 8
Switzerland

Centrum Bank AG (Ams)
CGC NV
Kirchstrasse 3
Postfach 1168
Vaduz FL 9490
Liechtenstein

Citco Global Custody (NA) NV
CGC NV/Fidulex Managment Inc
Schottegatweg Oost 44
PO Box 707
Willemstad
Curacao
Netherlands Antilles

Clariden Leu Ltd
CGC NV
Bahhofstrasse 32
PO Box
CH-8070 Zurich
Switzerland

Corner Banca SA
CGC NV
Via Canova 16
CH-6901 Lugano
Switzerland

Credit Suisse AG Zurich
CGC NV
PO Box 300
Uetlibergstrasse 231
CH-8070 Zurich
Switzerland

Dorothy Heyl
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attorneys for Dresdner Bank Schweiz,
LG Bank in Liechtenstein AG

Dexia Banque International A Luxembourg
CGC NV
69 Route D'Esch
Luxembourg L-2953
Luxembourg

Dresdner Bank Schweiz
CGC NV
LGT Bank In Liechtenstein AG ex DBS
Herrengasse 12
Vaduz FL-9490
Liechtenstein

EFG Bank SA Switzerland
CGC NV - Reinvest
24 Quai du Seujet
CH-1211 Geneva 2
Switzerland

EFG Eurofinancier D'Invest MCL
CGC NV Ref EFG MC
Villa les Aigles
15 Avenue D'Ostenede
Monaco MC 9800

Endurance Absolute Ltd Master
CGC NV
C/O Argyle Investment Advisors
Iveagh Ltd
21 Queen Anne's Gate
London SW1H 9BU
UK

Fairfield Lambda
CGC NV
Governor's Square
Building 6 2nd Floor
23 Lime Tree Bay Avenue
Grand Cayman KY1 1205
Cayman Islands

Falcon Private Bank Ltd
CBC A/C 299920/CGC NV
Pelikanstrasse 37
PO Box 1376
CH-8021 Zurich
Switzerland

FCL IFP Global Diversified Cls
CGC NV
C/O Fortune Asset Management Ltd
10 Exchange Street
Primrose Street
London EC2A 2BY
UK

Eric Fishman
Pillsbury
1540 Broadway
New York, NY 10036-4039
Attorneys for Falcon Private Bank, Incore Bank AG

Charles C. Platt
WilmerHale
399 Park Avenue
New York, NY 10022 USA
Attorneys for Finter Bank Zurich,
Bank Sarasin & Cie AG, Banca Scizzera Italiana (BSI),
BSI Ex Banca Del Gottardo, IHAG Handelsbank, Corner Banca SA,
PKB Privatbank AG

Finter Bank Zurich
CGC NV
Corso S Gottardo 35
CH-6830 Chiasso
Switzerland

Harmony Capital Fund Ltd
CGC NV Ref Harmony Capital
C/O Jason Capital Partners LLP
28 Grosvenor Street
London W1K 4QR
UK

IHAG Handelsbank AG
CGC NV
Bleicherweg 18
8022- Zurich
Switzerland

Incore Bank AG
CGC NV
Dreikoenigstr 8
CH-8022 Zurich
Switzerland

JP Morgan (Suisse) SA
CGC NV JPMS
PO Box 5160
Rue de la Confederation 8
CH-1211 Geneva 11
Switzerland

LGT Bank In Liechtenstein AG ex DBS
CGC NV Ref Dresdner Schweiz TF
LGT Bank In Liechtenstein AG
Herrengasse 12
Vaduz FL 9490
Liechtenstein

Jascha D. Preuss
Reiss + Preuss LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
Attorneys for Liechtensteinische Landesbank Aktiengesellschaft

Liechtensteinische LB Reinvest Ams
CGC NV
Liechtensteinische Landesbank AG
Staedtle 44
Vaduz FL-94940
Liechtenstein

Llyods TSB Bank Geneva
CGC NV
Place Bel-Air 1
CH-1211 Geneva 2
Switzerland

Lombard Odier Darier Hentsch & Cie
CGC NV
Rue de la Corraterie 11
1204 Geneva
Switzerland

Master Capital and Hedge Fund
CGC NV
C/O Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

NBK Banqe Privee Suisse SA
CGC NV Ref Nat Bank of Kuwait
Quai du Mont Blanc 21
PO Box 1923
Geneva 1
Switzerland

PKB Privatbank AG
CGC NV
Via Balestra 1
CH-6901 Lugano
Switzerland

Private Space Ltd
CGC NV
7 Rue du Gabian
MC 98000 Monaco
Monaco

RBC Dexia Inv Ser Julius Baer SICAV
CBC A/C 299920 Dex
Dexia Fund Services
69 Route D'Esch
Luxembourg L-2953
Luxembourg


RBS Coutts Bank Ltd
CGC NV
PO Box 2200
Stauffacherstrasse 1
CH-8022 Zurich
Switzerland

Rothschild Bank AG Zurich (Dub)
CGC NV
Zollikerstrasse 181
CH-8034 Zurich
Switzerland

Rothschild Bank Geneva (Dublin)
CGC NV
Banca Privee Edmond de Rothschild
18 rue de Hesse
CH-1204 Geneva
Switzerland


Rothschild Lugano Du
CGC NV
Banca Privee Edmond de Rothschild Lugano SA
Via Ginevra 2
CH-6900 Lugano
Switzerland

Sella Bank AG
CGC NV
Corso Elvezia 9
CH-6900 Lugano
Switzerland

SIS Seganintersettle
CGC NV
Baslerstrasse 100
CH-4601 Olten
Switzerland


Societe Generale Bank & Trust
CGC NV
11-13 Avenue Emile Reuter
Luxembourg L-2420
Luxembourg

Springer Fund of Funds Ltd
Fidulex Management Ltd
C/O Union Bancaire Privee Asset Mgt
PO Box HM 3399
Hamilton HM11
Bermuda

Swisscanto Fd Centre Clients
CGC NV
4th Floor 51 Moorgate
London EC2R 6BH
UK


Julian W. Friedman
Stillman, Friedman & Shectman, PC
425 Park Avenue
New York, NY 10022
Attorneys for Springer Fund of Funds Ltd

T1 Global Fund Ltd
CGC NV
C/O Trust and Gain Asset Management
Corso San Gottardo 46
6830 Chiasso
Switzerland

Teorema Alternative Strategies
CGC NV
PO Box 31106 SMB
Corporate Centre West Bay Road
Grand Cayman
Cayman Island


UBS AG Zurich
CGC NV/CGC NV
Ref UBS Zurich/CBC A/C 299920
UBS Wealth Management
Badenerstrasse 574/C
CH-8098 Zurich
Switzerland

UBS Jersey Nominees
CGC NV/CGC NV - UBS Jersey
PO Box 350
24 Union Street
St Helier JE4 8UJ
Jersey

Verwaltungs und Privat-Bank AG Aktiengesellschaft (Ams)
CGC NV
Im Zentrum
Vaduz FL-9490
Liechtenstein


Vorarlberger Landes Und Hypothekenbank Akiengesellscharft
CGC NV
Hypo-Passage 1
Bregenz 6900
Austria

Alexander T. Korn
Fried Frank
One New York Plaza
New York, New York 10004
Attorneys for Verwaltungs Und Privat-Bank AG

Stephen M. Harnik
Harnik & Finkelstein LLP
645 Fifth Avenue
New York, NY 10022
Attorneys for Vorarlberger Landes –
und Hypothekenbank


Citco Bank & Trust / HSBC
Citco Global Custody (NA) NV
Windward 1, 2nd Floor,
Regatta Office Park
West Bay Road
PO BOX 31105 SMB
Geaorge Town KY1-1205
Grand Cayman

Citco Bank Netherlands
Citco Global Custody (NA) NV ref Bank Julius Baer & Co.
2600 Cork Airport Business Park
Cork Ireland

Shawn J. Rabin
Susman Godfrey LLP
654 Madison Ave., 5th Floor
New York, NY 10065-8404
Attorneys for Karla Multistrategies Ltd,
Soundview Fund, Richourt AAA Multistrategies


Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attorneys for KBC Investments Ltd.

UBS AG New York Branch as Agent
Citco Global Custody (NA) NV FBO UBS New York Branch as Agent
101 Park Avenue 14th Floor
New York NY 10178

KBC Investments LTD
Citco Global Custody (NA) NV
as custodian for KBC inv ref karasel ENH
140 East  45th Str 42nd Floor
New York NY 10017


CBT Gems Low Vol Reg
Citco Global Custody (NA) NV
One Montague Place 1st Floor
East Bay Street
PO BOX N-4906
Nassau
Bahamas

Richourt AAA Multistrategies
Citco Global Custody (NA) NV
Telstone 8 Teleport
1043 BW Amsterdam
The Netherlands

Citco Trustees Cayman Ltd AS
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Banca Unione di Credito
CGC NV - Cash
Piazza Dante 7
CH-6901 Lugano
Switzerland

FIF Advanced Ltd
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Karla Multistrategies Ltd
Citco Global Custody (NA) NV ref Karla Mutllistrategies
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Norris D. Wolff
Kleinberg, Kaplan, Wolf & Cohen PC
551 Fifth Avenue, 18th Fl
New York, NY 10176
Attorneys for Quasar Fund Spc Class A and Class B CGC NV

Quasar Fund SPC Class A and Class B
CGC NV
C/O Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Six SIS Ltd
Baslerstrasse 100
CH-4601 Olten
Switzerland

Soundview Fund
Citco Global Custody (NA) NV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Fairfield Masters Ltd
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Fairfield Investment Fd Ltd
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Fairfield Inv GCI JPY
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

8264859

THEODOOR GGC AMSTERDAM
C/O THEODOOR GILISSEN GLOBAL CUSTODY NV
KEIZERSGRACHT 617
1017 DS AMSTERDAM
THE NETHERLANDS

RBC DOMINION SECURITIES SUB A/C
155 WELLINGTON STREET WEST, 17TH FLOOR
TORONTO, ONTARIO
M5V 3K7
CANADA

TERCAS-CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO S.P.A.
CORSO SAN GIORGIO, 36
64100 TERAMO
ITALY

FS ABN AMBRO GLOBAL CUSTODY
GUSTAV MAHLERAAN 10
1082 PP AMSTERDAM
THE NETHERLANDS

BANQUE PRIVEE EDMOND DE ROTHSCHILD (EUROPE)
20 BOULEVARD EMMANUEL SERVAIS
L-2535
LUXEMBOURG

CATHAY UNITED BANK
16TH FLOOR, 296, SEC. 4
REN-ALI ROAD
TAIPEI 106
TAIWAN

SCHRODER & CO. (ASIA) LTD.
11 BEACH ROAD
#06-01
CRASCO BUILDING
SINGAPORE 189675

Beneficial Owners of the Accounts Held in the Name of Clarks Fork Foundation 1-1000
c/o Clarks Fork Foundation
270 East Westminister Road, Suite 300
Lake Forest, IL 60045

CLARKS FORK FOUNDATION
270 EAST WESTMINISTER ROAD
SUITE 300
LAKE FOREST, IL 60045
Attn: Margaret S. Hart

FS MIZRAHI TEFAHOT BANK LTD.
7 JABOTINSKY STREET
52520
RAMAT GAN
ISRAEL

BANQUE SYZ & CO. S.A.
RUE DU RHONE 30
P.O. BOX 5015
CH-1211
GENEVA 11
SWITZERLAND

BANQUE PIGUET & CIE S.A.
PLACE DE L' UNIVERSITE 5
CH 1205
GENEVA
SWITZERLAND

REINHARD MALIN

MERRILL LYNCH PIERCE FENNER SMITH, INC.
4 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10080

MERRILL LYNCH PIERCE FENNER SMITH, INC.
REGISTERED AGENT
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK 10011

NEUE BANK AG
MARKTGASS 20
POSTFACH 1533
FL-9490 VADUZ
FURSTENTURN
LICHTENSTEIN

| | | |
|---|---|---|
| LOMBARDY PROPERTIES LIMITED<br>19111 COLLINS AVENUE APT # 1605<br>SUNNY ISLES BEACH, FLORIDA 33160 | FUND NOMINEES LIMITED<br>P.O. BOX 328<br>ST. PETER PORT<br>GUERNSEY GY1 3TY | JUAN JOSE LACROZE<br>3450 NW 113TH COURT<br>MIAMI, FLORIDA 33178 |
| ALTON SELECT L.P.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 | ALTON SELECT LTD.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 | ALTON SELECT L.P.<br>ALTON SELECT LTD.<br>2875 NE191 STREET<br>SUITE 904<br>AVENTURA, FLORIDA 33180 |
| BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | DELTA NATIONAL BANK AND TRUST CO.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>650 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10019 | SG PRIVATE BANKING (SUISSE) SA<br>REGISTERED ADDRESS IN THE UNITED STATES<br>701 BRICKELL AVENUE, SUITE 2410<br>MIAMI, FL 33131 |
| SHERLI ELGHANIAN KRAYEM<br>3251 PROSPECT STREET NW,<br>UNIT: R-318<br>GEORGETOWN<br>WASHINGTON, DC 20007 | SHERLI ELGANIAN KRAYEM<br>16A LOWNDES SQ<br>LONDON SW1Z 9HB<br>UNITED KINGDOM | FS/ODDE & CIE<br>C/O EUROCLEAR BANK S.A./N.V.<br>1 BOULEVARD DU ROI ALBERT II<br>B-1210 BRUSSELS<br>BELGIUM |
| BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION<br>PRINCIPAL HEADQUARTERS<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION<br>REGISTERED ADDRESS<br>PO BOX 831575<br>DALLAS, TX 75283 | Citibank NA London<br>Citigroup Centre<br>Canada Square<br>Canary Wharf<br>London E14 5LB |
| Bank of America, National Trust And Savings Association<br>100 N Tryon Street<br>Charlotte, NC 28255<br>Attn: Brian Moynihan | BANQUE DE LUXEMBOURG<br>BOULEVARD ROYAL 14<br>2449 LUXEMBOURG<br>LUXEMBOURG | Caceis Bank Luxembourg<br>5 Allee Scheffer<br>L-2520 Luxembourg<br>Luxembourg |
| FS/BBVA MIAMI<br>CORPORATE OFFICE<br>ONE BISCAYNE TOWER<br>2 SOUTH BISCAYNE BLVD.<br>SUITE 3301<br>MIAMI, FL 33131 | FS/BBVA MIAMI<br>C/O EUROCLEAR BANK SA/NV<br>1 BOULEVARD DU ROI ALBERT II<br>1210 BRUSSELS, BELGIUM | BNP Paribas Securities Services Luxembourg<br>33 Rue de Gasperich<br>Howard Hesperange<br>2085 Luxembourg<br>Luxembourg |
| Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Jose Ignacio Goirgolzarri | Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Francisco Gonzalez | F/S HSBC Private Banking Nom<br>Registered Address<br>c/o Euroclear Bank SA/NV<br>1 Boulevard du Roi Albert II<br>1210 Brussels<br>Belgium |
| HSBC INSTITUTIONAL TRUST SERVICES (ASIA)<br>28/F & 29/F DORSET HOUSE<br>TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG | HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED<br>39/F DORSET HOUSE TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG<br>Attn: Douglas J. Flint | HSBC Securities Services (Luxembourg) SA<br>40 Avenue Monterey<br>L 2163 Luxembourg |
| CREDIT SUISSE INTERNATIONAL<br>ONE CABOT SQUARE<br>E14 4QJ LONDON<br>UNITED KINGDOM<br>Attn: Eric Varvel | FS ODDO & CIE<br>12 BD DE LA MADELEINE<br>75440 PARIS CEDEX 09<br>FRANCE<br>Attn: Francois Leve | BNP Paribas Luxembourg<br>Registered Address<br>Siege Social<br>10A Boulevard Royal<br>L-2093 Luxembourg<br>Luxembourg |

| | | |
|---|---|---|
| HSBC Private Bank (Suisse) SA<br>2 Quai General Guisan<br>P.O. Box 3580<br>CH-1211Geneva<br>Switzerland | Zurich Capital Markets Company<br>La Touche House 3rd Floor, IFSC<br>Dublin 1<br>Ireland | Robinson & Co.<br>The Bank of Bermuda LTD<br>P.O. Box HM 1020<br>6 Front Street<br>HM 11 Hamilton<br>Bermuda |
| FS/HSBC Private Banking Nom<br>Boulevard Royal 32<br>2449 Luxembourg<br>Luxembourg | | |
| | ROPES & GRAY LLP<br>ROBERT S. FISCHLER<br>MARTIN J. CRISP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036<br>Attorneys For Defendant<br>SCHRODER & CO. (ASIA) LTD. | HSBC Private Bank (Guernsey) Ltd<br>Registered Address<br>Park Place<br>Park Street<br>St. Peter Port<br>Guernsey GY 1 1EE<br>Channel Islands |
| PATTON BOGGS LLP<br>Michael P. Richman<br>ANTHONY NGUYEN<br>1185 AVENUE OF THE AMERICAS, 30TH FLOOR<br>NEW YORK, NEW YORK 10036<br>Attorneys For Defendant<br>THEODOOR GGC AMSTERDAM | CRAVATH SWAINE & MOORE LLP<br>DAVID GREENWALD<br>RICHARD LEVIN<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NEW YORK 10019<br>Attorneys For Defendant<br>BANQUE SYZ & CO. | ARNOLD & PORTER LLP<br>KELLY M. BARRETT<br>399 PARK AVENUE<br>NEW YORK, NEW YORK 10022<br>Attorneys For Defendant<br>MERRILL LYNCH PIERCE<br>FENNER & SMITH, INC. AND<br>FS MIZRAHI TEFAHOT BANK, LTD. |
| FLEMMING ZULACK WILLIAMSON<br>ZAUDERER LLP<br>JOHN F. ZULACK<br>MEGAN P. DAVIS<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK 10006<br>Attorneys For Defendant<br>BANQUE PRIVEE EDMOND DE ROTHSCHILD EUROPE AND<br>BANQUE PIGUET & CIE S.A. | DLA PIPER LLP<br>Christopher P. Hall<br>ROBERT A. JOHNSTON, JR.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020<br>Attorneys For Defendant<br>Bank Hapoalim Switzerland Ltd. And<br>Banco Inversis | SHERMAN & STERLING LLP<br>Heather Kafele<br>Keith Palfin<br>801 PENNSYLVANIA AVENUE, NW, SUITE 900<br>WASHINGTON, DC 20004<br>Attorneys For Defendant<br>BBVA ENTITIES AND BANCO ITAU |
| BAKER MCKENZIE LLP<br>DAVID W. PARHAM<br>2300 TRAMMELL CROW CENTER<br>2001 ROSS AVENUE<br>DALLAS, TEXAS 75201<br>Attorneys For Defendant<br>CATHAY UNITED BANK | VONTOBEL ASSET MANAGEMENT<br>TODISTRASSE 27<br>ZURICH, SWITZERLAND, CH-8022<br>ATTN: BEAT NAEGELI | **EVAN A. DAVIS, Lawrence Friedman,<br>Carmine Boccuzzi, David Livshiz<br>CLEARY Gottlieb Steen & Hamilton LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK  10006**<br>Attorneys for Defendants HSBC Private Bank (Suisse) SA, HSBC Securities Services<br>(Luxembourg) SA, HSBC Bank USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private<br> Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis Bank Luxembourg, Citibank NA<br>London, Citibank (Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP Paribas Securities |
| DUANE MORRIS LLP<br>JOHN DELLAPORTAS<br>1540 BROADWAY<br>NEW YORK, NEW YORK 10036<br>Attorneys For Defendant<br>DELTA NATIONAL BANK<br>AND TRUST CO. | Christopher Harris<br>Latham & Watkins<br>885 Third Avenue<br>New York, New York 10022<br>Attorneys For Defendant<br>ABN Amro Schweiz AG<br>ABN Amro Global Custody | |
| ROBINSON B. LACY<br>SULLIVAN & CROMWELL LLP<br>125 BROAD STREET<br>NEW YORK, NEW YORK  10004<br>Attorneys For Defendant<br>SAFRA NATIONAL BANK<br>OF NEW YORK | BANQUE SUDAMERIS<br>REGISTERED AGENT<br>CORPORATE CREATIONS NETWORK INC<br>11380 PROSPERITY FAMRS ROAD #221E<br>PALM BEACH GARDENS, FL 33410 | VONTOBEL ASSET MANAGEMENT<br>REGISTERED AGENT<br>CT CORPORATION SYSTEM<br>1633 BROADWAY<br>NEW YORK, NY 10022 |
| SG PRIVATE BANKING (SUISSE) SA<br>RUE DE LA CORRATERIE 6 – CP 5022<br>1211 GENEVE 11 SWITZERLAND GE 1211 CH<br>ATTN: DANIEL TRUCHI | SG PRIVATE BANKING (SUISSE) SA<br>REGISTERED AGENT<br>201 S. BISCAYNE BOULEVARD, SUITE 1500<br>MIAMI, FL 33131 | VONTOBEL ASSET MANAGEMENT, INC.<br>1540 BROADWAY, 38 TH FLOOR<br>NEW YORK, NY 10036 |
| BANCO BILBAO VIZCAYA ARGENTARIA, SA<br>PLAZA SAN NICOLAS 4<br>BILBAO, SPAIN<br>ATTN: FRANCISCO GONZALEZ | SG PRIVATE BANKING (SUISSE) SA<br>RUE DE LA CORRATERIE 6 – CP 5022<br>1211 GENEVE 11 SWITZERLAND GE 1211 CH<br>ATTN: GUILLAUME LEJOINDRE | SG PRIVATE BANKING (SUISSE) SA<br>RUE DE LA CORRATERIE 6 – CP 5022<br>1211 GENEVE 11 SWITZERLAND GE 1211 CH<br>ATTN: YVES THIEFFRY |

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JEAN-FRANCOIS PAQUEREAU

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JOSEPH TOSON

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: ALBERTO VALENZUELA

MIZRAHI TEFAHOT BANK LTD
JABOTINSKY STREET, 7 – P.O. BOX 3450
52136 RAMAT GAN
ISRAEL
ATTN: ELIEZER YONES

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: JOSE IGNACIO GOIRGOLZARRI

VONTOBEL ASSET MANAGEMENT, INC.
C/O VONTOBEL HOLDING AG
GOTTHARDSTRASSE 43
CH-8022 ZÜRICH

BANK OF AMERICA, NATIONAL ASSOCIATION
100 N TRYON STREET
CHARLOTTE, NC 28255
ATTN: BRIAN MOYNIHAN

DELTA NATIONAL BANK & TRUST COMPANY
650 FIFTH AVENUE
NEW YORK, NY 10019
ATTN: JOHN LANDERS

8271844

FIDULEX MANAGEMENT
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Walter Noel, Jr.
c/o Andrew Hammond
White & Case
1155 Avenue of the Americas
New York, New York
10036-2787

NOMURA INTERNATIONAL PLC
NOMURA HOUSE
1 ST MARTINS LE GRAND
EC1A 4NP LONDON
UK

STEPHEN A. WEISS
Christopher M. Van De Kieft
Parvin K. Aminolroaya
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004

AMANDA M. MCGOVERN
BROWN AND HELLER, P.A.
ONE BISCAYNE TOWER, 15TH FLOOR
2 BISCAYNE BOULEVARD
MIAMI, FL  33131

MARK CUNHA
PETER E. KRAZOFF
MICHAEL J. CHEPIGA
SIMPSON THACHER & BARLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NEW YORK

PRICEWATERHOUSECOOPERS LLP
ROYAL TRUST TOWER
TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3000
TORONTO, ONTARIO M5K 1G8, CANADA

TIMOTHY A. DUFFY
Leslie S. Garthwaite
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, ILLINOIS  60654
Attorneys For Defendant
PricewaterhouseCoopers LLP

PRICEWATERHOUSECOOPERS ACCOUNTANTS N.V.
THOMAS R. MALTHUSSTRAAT 5
1066JR AMSTERDAM

WILLIAM R. MAQUIRE
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

IRVING H. PICARD, AS TRUSTEE
DAVID J. SHEEHAN
MARC E. HIRSCHFIELD
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA,
11TH FLOOR
NEW YORK, NEW YORK 10111

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

THOMAS L. LONG
SHERRI B. LAZEAR
BAKER & HOSTETLER LLP
CAPITAL SQUARE, SUITE 2100
65 EAST STATE STREET
COLUMBUS, OHIO 43215-4260

ROBERT ALAN WALLNER
KENT ANDREW BRONSON
KRISTI STAHNKE MCGREGOR
CHARLES SLIDDERS
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 49TH FLOOR
NEW YORK, NEW YORK  10119

PWC US
REGISTERED AGENT
RL&F SERVICE CORP.
ONE RODNEY SQUARE,
10TH FL. TENTH & KING STS.
P.O. BOX 551
WILMINGTON, DE 19801

PWC BERMUDA
DORCHESTER HOUSE
7 CHURCH STREET
HAMILTON, HM EX, BERMUDA

PWC INTERNATIONAL LIMITED
300 MADISON AVE.
NEW YORK, NY 10017

CITIGROUP GLOBAL MARKETS LIMITED
CITIGROUP CENTRE,
33 CANADA SQ.,
CANARY WHARF
LONDON E14 5LB, UNITED
KINGDOM

Exotics Hedge Funds
Mail Code: AL03-0011
10 Aldermanbury
London
EC2V 7RF
UK

JPMORGAN SECURITIES LIMITED
125 LONDON WALL
EC2Y 5AJ LONDON, UNITED KINGDOM

| | | |
|---|---|---|
| NY 8260396 | SEAN F. O'SHEA<br>MICHAEL PETRELLA<br>O'SHEA PARTNERS LLP<br>521 FIFTH AVENUE, 25TH FLOOR<br>NEW YORK, NY 10175 | MARC KASOWITZ<br>DANIEL J. FETTERMAN<br>KASOWITZ BENSON TORRIS & FRIEDMAN LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| MARK P. GOODMAN<br>HELEN V. CANTWELL<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | ROBERT J. ANELLO<br>EDWARD M. SPIRO<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.<br>565 FIFTH AVENUE<br>NEW YORK, NY 10017 | ANDREW LEVANDER<br>DAVID HOFFNER<br>DECHERT LLP<br>1095 AVEVUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| KENNETH A. ZITTER<br>LAW OFFICES OF KENNETH A. ZITTER<br>260 MADISON AVENUE, 18TH FLOOR<br>NEW YORK, NY 10016 | JAN R. NAESS<br>NORTHERN NAVIGATION NORWAY AS<br>STORTINGSAGTEN 20, 0161<br>OSLO, NORWAY | PETER PAUL SCHMID<br>RUE DE LA ROTISSERIE 2<br>CASE POSTALE 5469<br>CH 1211 GENEVE 11<br>SWITZERLAND |
| BRUCE M. SABADOS<br>KATTEN MUCHIN ROSENMAN LLP<br>575 MADISON AVENUE<br>NEW YORK, NEW YORK 10022<br>ATTORNEYS FOR HARMONY CAPITAL FUND LTD<br>& ENDURANCE ABSOLUTE LTD. MASTER,<br>BROWN BROTHERS HARRIMAN & CO | Graham W. Meli, Esq.<br>WACHTELL LIPTON ROSEN & KATZ<br>51 WEST 52ND STREET<br>NEW YORK, NEW YORK 10019<br>Attorneys For Defendant<br>Fidulex Management | Cassandra L. Porsch<br>ANDREWS KURTH LLP<br>450 Lexington Avenue, 15th Floor<br>New York, New York 10017<br>Attorneys For Defendant<br>Tercas-Cassa di Risparmio della Provincia di Teramo S.P.A. |
| John J. Sparacino<br>Joseph P. Rovira<br>ANDREWS KURTH LLP<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Attorneys For Defendant<br>Tercas-Cassa di Risparmio della Provincia di Teramo S.P.A. | CHARLES C. PLATT<br>WILMERHALE<br>399 PARK AVENUE<br>NEW YORK, NY 10022 USA<br>ATTORNEYS FOR SNS GLOBAL CUSTODY | Charles C. Platt<br>Wilmer Hale<br>399 Park Avenue<br>New York, New York 10022<br>*Attorneys for State Street Bank Luxembourg SA* |
| Phillippe Zimmerman<br>Jay Fialkoff<br>Alan Kolod<br>Mark N. Parry<br>MOSES & SINGER LLP<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>ATTORNEYS FOR DEFENDANT<br>DEUTSCHE BANK (SUISSE) SA GENEVE | Jack Cooney<br>Sachin Bansal<br>McKool Smith<br>One Bryant park, 47th Floor<br>New York, New York 10036<br>Attorneys For ING Bank (Suisse) SA,<br>Bank Julius Baer & Co. Ltd. | LAWRENCE B. FRIEDMAN<br>CLEARY, GOTTLIEB, STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK 10006<br>*ATTORNEYS FOR CDC IXIS* |
| CAMERON SMITH<br>LATHAM & WATKINS LLP<br>885 THIRD AVENUE<br>NEW YORK, NY 10022-4834<br>ATTORNEYS FOR FORTIS ISLE OF MAN | Safra National Bank of New York<br>546 Fifth Avenue<br>New York, New York 10036 | Banco Santander (Suisse) S.A.<br>Rue du Puits-Saint Pierre 4<br>CP 3597, CH-1211<br>Geneve 3, Switzerland |
| Banco Santander (Suisse) S.A.<br>5-7 rue Ami-Lévrier<br>Case postale 1256<br>1211 Genève 1<br>Suisse | Beneficial Owners of the Accounts Held in the Name of Banco Santander (Suisse) S.A. N.V. 1- 1000<br>c/o Banco Santander (Suisse) S.A.<br>Rue du Puits-Saint Pierre 4<br>CP 3597, CH-1211<br>Geneve 3, Switzerland | Beneficial Owners of the Accounts Held in the Name of Banco Santander (Suisse) S.A. N.V. 1-1000<br>c/o Banco Santander (Suisse) S.A.<br>5-7 rue Ami-Lévrier<br>Case postale 1256<br>1211 Genève 1<br>Suisse |
| BANCO ATLANTICO (BAHAMAS)<br>C/O BANCO ATLANTICO BANK & TRUST LIMITED (BAHAMAS)<br>C/O FT CONSULTANTS LTD<br>PO BOX N-3932<br>NASSAU, BAHAMAS | BANCO ATLANTICO (BAHAMAS)<br>PO BOX SS-6289<br>EAST BAY STREET<br>NASSAU, BAHAMAS | RICHARD HADDAD, ESQ.<br>OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>230 PARK AVENUE<br>NEW YORK, NEW YORK 10169<br>*ATTORNEYS FOR BANCO ATLANTICO (BAHAMAS)* |
| Tammy P. Bieber, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Attorneys for Blubank Ltd. | Blubank Ltd.<br>Avenue Aquilino de la Guardia, 16th Floor, Torre Banco General Building, 87-0553 Panama 7, Republic of Panama | Cameron Smith<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York NY 10022-4834<br>*Attorneys for Fortis (Isle of Man) Nominees Ltd* |

Samuel D. Levy

Wuersch & Gering LLP
100 Wall Street, 21st Floor
New York, New York 10005
Attorneys For Defendant Vontobel Asset Management

Eric B. Fisher
Regina Alter
Butzel Long LLP
380 Madison Avenue
New York, New York 10017
Attorneys For Defendant
Wall Street Securities SA

Richard A. Cirillo
Lauren W. Mitchell

King & Spalding LLP
1185 Avenue of the Americas Suite 3400
New York, New York 10036
Attorneys For Defendant
NBK Banque Privee (Suisse) S.A.

Natixis Private Banking International SA
Registered Address
51 av J.F. Kennedy
L-1855
Luxembourg

Celfin International Limited
Registered Address
Avda. Apoquindo 3721
Piso 2 Las Condes
Santiago Chile

Kevin P. Shea
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Attorneys For Defendant
Kay Torshen

FS Stichting Stroeve Global Custody
Keizersgracht 617
1017 DS Amsterdam
Noord-Holland
The Netherlands

Kredietbank SA Luxembourgeoise AC
Sigma Fund Valencia
43, Boulevard Royal
L-2955
Luxembourg

Six Sis AG/CH104026
Registered Address
Baslerstrasse 100
Olten, 4600
Switzerland

Arden International Capital Limited
Registered Address
350 Park Avenue, 29th Floor
New York, New York 10022

Caceis Bank EX-IXIS IS
Registered Address
1-3 Place Valhubert
75206
Paris Cedex 13
France

Banque Safra Luxembourg SA
Registered Address
10 A  Boulevard Joseph II
1840 Luxembourg

Bordier & Cie
Rue du Puits-Saint Pierre 4
CP 3597
CH-1211 Geneve 3
Switzerland

Hogan Lovells US LLP
Marc J. Gottridge, Esq.
875 Third Avenue
New York, NY  1002
Attorneys For Defendant Barclays Bank plc

Wiggin and Dana
Scott D. Corrigan, Esq.
450 Lexington Avenue, Suite 3800
New York, NY  10017-3913

Sanders Ortoli Vaughn Flam Rosenstadt
501 Madison Avenue, 14th Floor
New York, New York 10022
Attn: Eric Vaughn-Flam
Attorneys For Defendant
Sherli Elghanian Krayem

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attn: Brain H. Polovoy
Attorneys For Defendant
Nomura International PLC

Emil A. Kleinhaus, Esq.
WACHTELL LIPTON ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019
Attorneys For Defendant
J.P. Morgan Securities Limited

Wrobel & Schatz LLP
Philip R. Schatz
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Attorneys For Defendant
Northern Navigation

Davidson & Grannum, LLP
Sandra D. Grannum
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Attorneys For Defendant Banque Safdie

K&L Gates LLP
Richard A. Kirby
1601 K Street NW
Washington, DC 20006
Attorneys For Defendant
FS/AndBanc Andorra

K&L Gates LLP
William Shaw McDermott
State Street Financial Center
Once Lincoln Street
Boston, MA 02111
Attorneys For Defendant
FS/AndBanc Andorra

K&L Gates LLP
Martha Rodriguez Lopez
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Attorneys For Defendant
FS/AndBanc Andorra

Scheichet & Davis P.C.
Victor P. Muskin
767 Third Avenue, 24th Floor
New York, New York 10017
Attorneys For Defendant
Oddo & Cie et al.

UBS Fund Services
Registered Address
P.O. Box 852
UBS House
227 Elgin Avenue
Grand Cayman KY1-1103
Cayman Islands

PRS Investment Strategies Fund Class 4E
Registered Address
One Capital Place
P.O. Box 842
Georgetown, Grand Cayman
Cayman Islands

JP Morgan Securities Limited
Registered Address
125 London Wall
London EC2Y  5AS
United Kingdom

Dexia Private Bank (Switzerland)
Registered Address
Beethovenstrasse 48
P.O. Box 8039
Zurich, Switzerland

Dexia BIL For Customer Account
Registered Address
69 Route D'Esch
L-2953 Luxembourg
Luxembourg

Citivic Nominees Limited
Registered Address
Citigroup Centre
Canada Square
Canary Wharf
London, E14 5LB
United Kingdom

Credit Suisse (Luxembourg) SA
Maestro Sicav (Lux) Finint Fund of Hedge Funds
Registered Address
56 Grand Rue
BP-40
L-1660 Luxembourg
Luxembourg

John A. Pintarelli

Morrison & Foerster
1290 Avenue of the Americas
New York, New York 10104

Attorneys For Defendant
Commercial Bank of Kuwait

Natexis Banques Populaires
Registered Address
45 Rue Saint Dominique
Paris 75007
France

BNP Paribas Private Bank And Trust Cayman Ltd.,
Tremont Market Neutral Portfolio Ltd.,
Registered Address
Piccadilly Center, 4th Floor
P.O. Box 10632 APO
Grand Cayman
Cayman Islands

BNP Paribas Arbitrage SNC
Registered Address
3 Rue d' Antin
Cedex 02
Paris 75078
France

Banco Nominees (IOM) Limited
Registered Address
P.O. Box 34
12/13 Hill Street
Douglas IM99 1 BW
Isle of Man

Banco di Desio e Della Brianza
Zenit Altern. Inv. Zenit Master
Registered Address
Via E. Rovagnati
1  20033 DESIO (MB)
Italy

Banco Inversis SA
Registered Address
C/ Ortega Y. Gassett
22  28006
Madrid
Spain

Royal Bank of Canada (Suisse)
Registered Address
Rue Diday 6
1211 Geneva 11
Switzerland

James Cavoli
Sean M. Murphy
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attorneys For AXA Isle of Man A/C L&C

ANNE SEELIG
WU & KAO
747 THIRD AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10017
ATTORNEYS FOR DESERT ROSE GROUP LTD

Lance Gotthoffer
James C. McCarroll
John C. Scalzo

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Attorneys For Teorema Alternative Strategies
And Monte Paschi Ireland, Ltd.

Shearman & Sterling LLP
James Garrity
599 Lexington Avenue
New York, New York 10022
Attorneys For Banco Itau Europa Luxembourg SA,
BBVA (Suisse) SA, Banco Bilbao Vizcaya
Argentaria, S.A. (BBVA Miami), And FS/BBVA
Miami

Shearman & Sterling LLP
Heather Lamberg Kafele
Keith Palfin
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
Attorneys For Banco Itau Europa Luxembourg SA,
BBVA (Suisse) SA, Banco Bilbao Vizcaya Argentaria, S.A.
(BBVA Miami), And FS/BBVA Miami

Robert Elkin
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Attorneys For Defendant
Bank Julius Baer & Co. Ltd.

Bank Morgan Stanley AG And Beneficial Owners of
the Accounts Held in the Name of Bank Morgan
Stanley AG 1-100
Registered Address
Bleicherweg 5
Postfach CH-8022
Zurich, Switzerland

SCOTT D. CORRIGAN
WIGGIN AND DANA
450 LEXINGTON AVENUE, SUITE 3800
NEW YORK, NEW YORK 10017-3913
ATTORNEYS FOR DEFENDANTS BANK MORGAN
STANLEY AG

Credit Suisse Nominees

Registered Address
P.O. Box 368
Helvetia Court Les Echelons
South Esplanade
St. Peter Port
Guernsey GYI 3YJ Channel Islands

Hansard Europe Limited

Registered Address
25/28 North Wall Quay
Dublin 1
Ireland

KB (CI) Nominees Ltd.

Registered Address
P.O. Box 76
West Centre
St. Helier
Jersey JE4 8PQ Channel Islands

Roy A. Safanda
Carl F. Safanda

Safanda Law Firm
111 East Side Drive
Geneva, Illinois 60134

Attorneys For Defendant
Fabio Mendes

Zeb Landsman
Alec Ostrow
Jordan Stern

Becker Glynn Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171

Attorneys For Defendant
Sumitomo Trust & Bank Co.

Jay L. Westbrook

4707 Balcones Drive
Austin, Texas 78731

Attorney For Defendant
Banco Itau Europa Luxembourg SA

Andrew Ditchfield

Davis Polk Wardwell LLP
450 Lexington Avenue
New York, New York 10017

Attorneys For Defendant
FCI IFP Global Diversified