**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
Joel E. Davidson (JD 0212)
30 Ramland Road, Ste 201
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant Banqué Safdie SA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE

FAIRFIELD SENTRY LIMITED, ET AL.,

    Debtors in Foreign Proceedings.

FAIRFIELD SENTRY LIMITED (IN OFFICIAL
LIQUIDATION), ACTING BY AND THROUGH
THE FOREIGN REPRESENTATIVES THEREOF,

    Plaintiffs,

-against-

ABN AMRO SCHWEIZ AG, ET AL.,

    Defendants.

------------------------------------------------------- X

Chapter 15

Case No. 10-13164 (BRL)

(Jointly Administered)

Adv. Pro. 10-3635

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendant Banqué Safdie SA. I certify that I am admitted to practice in this Court.

By: _____
    Sandra D. Grannum (SG 6748)
    Joel E. Davidson (JD 0212)
    Davidson & Grannum LLP
    Attorneys for Defendant Banqué Safdie SA

Dated: March 4, 2011