**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
Joel E. Davidson (JD 0212)
30 Ramland Road, Ste 201
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant Banqué Safdie SA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

IN RE

FAIRFIELD SENTRY LIMITED, ET AL.,

    Debtors in Foreign Proceedings.

---

FAIRFIELD SENTRY LIMITED (IN OFFICIAL
LIQUIDATION), ACTING BY AND THROUGH THE
FOREIGN REPRESENTATIVES THEREOF,

    Plaintiffs,

-against-

ABN AMRO SCHWEIZ AG, ET AL.,

    Defendants.

------------------------------------------------- X

Chapter 15

Case No. 10-13164 (BRL)

(Jointly Administered)

Adv. Pro. 10-3635

**7.1 DISCLOSURE STATEMENT**

## BANQUÉ SAFDIE SA's
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant Banqué Safdie SA certifies that it has no parent corporation nor is there any publicly held corporation owning 10% or more of its stock.

By: _____
Sandra D. Grannum (SG 6748)
Joel E. Davidson (JD 0212)
Davidson & Grannum LLP
Attorneys for Defendant Banque Safdie SA

Dated: March 4, 2011