**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 15 Case** |
| | ) | |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) | **Case No: 10-13164 (BRL)** |
| | ) | **Jointly Administered** |
| Debtors in Foreign Proceedings. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,** | ) | **Adv. Pro. No. 10-03496** |
| | ) | |
| | ) | **Administratively** |
| Plaintiffs, | ) | **Consolidated** |
| -against- | ) | |
| | ) | |
| **THEODOOR GGC AMSTERDAM, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      On the 9th day of March, 2011, I caused to be served a true copy of the following document: *Notice of Presentment of Proposed Order Granting The Foreign Representatives'*

*Motion For Leave To Amend Complaints In Certain Redeemer Actions* on the parties listed on

the attached service list by first class mail.

_/s/ Christopher Michael Lau Kamg_____
Christopher Michael Lau Kamg

Sworn to before me this
9th day of March, 2011.

/s/ Vicki A. Goldstein__
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

UBS AG NEW YORK
101 PARK AVENUE
NEW YORK NY 10178

BANK HAPOALIM (SUISSE) LTD.
C/O HAPOALIM U.S.A. HOLDING COMPANY, INC.
ATTN:  RONI LESHCHINSKI, CHIEF EXECUTIVE
OFFICER
1177 AVE OF THE AMERICAS
NEW YORK, NEW YORK 10036

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
BANK HAPOALIM (SUISSE) LTD. 1-1000
C/O BANK HAPOALIM (SUISSE) LTD.
C/O HAPOALIM U.S.A. HOLDING COMPANY, INC.
ATTN:  RONI LESHCHINSKI, CHIEF EXECUTIVE
OFFICER
1177 AVE OF THE AMERICAS
NEW YORK, NEW YORK 10036

ABN AMRO SCHWEIZ AG
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ABN AMRO SCHWEIZ AG
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ABN AMRO SCHWEIZ AG
C/O ABN AMRO PRIVATE BANKING
(SWITZERLAND)
CASE POSTALE 3026
CH-1211 GENÈVE 3
SWITZERLAND

ABN AMRO SCHWEIZ AG A/K/A ABN AMRO
(SWITZERLAND) AG
BEETHOVENSTRASSE 33
8002 ZURICH, SWITZERLAND

ADLER AND CO. PRIVATBANK AG
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ADLER AND CO. PRIVATBANK AG
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ADLER AND CO. PRIVATBANK AG
CLARIDENSTRASSE 22
8022 ZÜRICH
SWITZERLAND

ADLER AND CO PRIVATBANK AG
CLARIDENSTREASSE 22
CH-8022 ZURICH
SWITZERLAND

ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE
SIDE POCKET
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE
SIDE POCKET
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE
SIDE POCKET
C/O ALLIANZBANK S.P.A.
PIAZZA ERCULEA 15
20122 MILANO
ITALY

ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE
SIDE POCKET
VIA DONIZETTI 53
MILAN 20128
ITALY

ALTERNATIVE INVESTMENT STRATEGIES
TRAFALGAR COURT
ADMIRAL PARK
ST PETER PORT
GUERNSEY GY1 2JA

ALTERNATIVE INVESTMENT STRATEGIES
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ALTERNATIVE INVESTMENT STRATEGIES
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ALTERNATIVE INVESTMENT STRATEGIES
C/O ABSOLUTE PERFORMANCE LTD.
BAMBOO GATE
11 HARBOUR ROAD
PAGET PG 03
BERMUDA

ARSENAL SPC
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ARSENAL SPC
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ARSENAL SPC
CORPORATE CENTRE WEST BAY ROAD
P.O. BOX 31106
SMB
GRAND CAYMAN, CAYMAN ISLANDS

ARSENAL SPC OBO GLASGOW SEG PORT
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ARSENAL SPC OBO GLASGOW SEG PORT
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ARSENAL SPC OBO GLASGOW SEG PORT
RUE DE LA CROIZ 19
1203 GENEVA, SWITZERLAND

BANCA ARNER SA
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BANCA ARNER SA
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
CORK, IRELAND

BANCA ARNER SA
PIAZZA MANZONI 8
CH-6901 LUGANO
SWITZERLAND

BANCA UNIONE DI CREDITO
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BANCA UNIONE DI CREDITO
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BANCA UNIONE DI CREDITO
C/O BSI SA
PALAZZO RIVA
VIA MAGATTI 2
6900 - LUGANO - CH
P.O. BOX 5886, LUGANO – CH
SWITZERLAND

BANCA UNIONE DI CREDITO
PIAZZA DANTE 7
CH-6901 LUGANO
SWITZERLAND

BANK HAPOALIM (SUISSE) LTD.
18 BOULEVARD ROYAL
B.P. 703
L-2017 LUXEMBOURG

BANK HAPOALIM SWITZERLAND LTD
STOCKERSTRASSE 33
P.O. BOX 1801
CH-8027 ZURICH
SWITZERLAND

BANK JULIUS BAER & CO. LTD.
BAHNHOFSTRASSE, 36 – P.O. BOX
8010 ZURICH
SWITZERLAND

BANK JULIUS BAER & CO. LTD
HOHLSTRASSE 602
CH-8010 ZURICH
SWITZERLAND

BANK SARASIN & CIE
BK SARASIN & CIE BASEL
62 ELISABETHENSTRASSE
POSTFACH
BASEL CH-4002
SWITZERLAND

BANK SARASIN & CIE
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BANK SARASIN & CIE
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BANK SARASIN & CIE
ELIZABETHENSTRASSE 62
CH-4002 BASEL
SWITZERLAND

BANQUE CANTONALE VAUDOISE
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BANQUE CANTONALE VAUDOISE
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BANQUE CANTONALE VAUDOISE
PLACE ST-FRANÇOIS 14
1003 LAUSANNE
SWITZERLAND

BANQUE CANTONALE VAUDOISE
BCV
CASE POSTALE 300
1001 LAUSANNE
SWITZERLAND

BANQUE CANTONALE VAUDOISE
PLACE ST. FRANCOIS 14
CH-1001 LAUSANNE
SWITZERLAND

BANQUE CRAMER & CIE SA
22 AVENUE DE MIREMONT
1206 GENÈVE, SWITZERLAND

BANQUE CRAMER & CIE SA
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BANQUE CRAMER & CIE SA
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BANQUE CRAMER & CIE
20-22 AVENUE DE MIREMONT
P.O. BOX 403
CH-1211 GENEVA 12
SWITZERLAND

BANQUE SAFDIE SA
1, RUE DE LA TOUR-DE-L'ILE
CASE POSTALE 5415
CH-1211 GENÈVE 11

BANQUE SAFDIE SA
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BANQUE SAFDIE SA
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BARCLAY'S BANK PLC SINGAPORE WEALTH
LEVEL 29, SOUTH TOWER
ONE RAFFLES QUAY SOUTH TOWER
SINGAPORE 048583

BARCLAY'S BANK PLC SINGAPORE WEALTH
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BARCLAY'S BANK PLC SINGAPORE WEALTH
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BARCLAY'S BANK PLC SINGAPORE WEALTH
A/K/A BARCLAYS BANK PLC
LEVEL 28 ONE RAFFLES QUAY
SOUTH TOWER, SINGAPORE 048583
SINGAPORE

BBH LUX GUARDIAN II A/K/A BROWN BROTHERS
HARRIMAN
2-8, AVENUE CHARLES DE GAULLE
LUXEMBOURG L-2014
LUXEMBOURG

BBH LUX GUARDIAN II
C/O CITCO GLOBAL CUSTODY N.V.
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BBH LUX GUARDIAN II
C/O BROWN BROTHERS HARRIMAN
(LUXEMBOURG) S.C.A
2-8 AVENUE CHARLES DE GAULLE
B.P. 403
L-2014, LUXEMBOURG

BBH LUX REF FAIRFIELD GRN
C/O BROWN BROTHERS HARRIMAN
(LUXEMBOURG)
2-8, AVENUE CHARLES DE GAULLE
L-2014 LUXEMBOURG

BBH LUX REF FAIRFIELD GRN
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BBH LUX REF FAIRFIELD GRN
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BBH LUX REF FAIRFIELD GRN
33 BOULEVARD PRINCE HENRI BP 403
LUXEMBOURG L 2014
LUXEMBOURG

BBVA (SUISSE) SA
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BBVA (SUISSE) SA
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BBVA (SUISSE) SA
C/O BBVA S.A.
PLAZA SAN NICOLÁS, 4
48005 BILBAO
SPAIN

BBVA (SUISSE) SA
CLIENT SERVICE
ZELTWEG 63 - PO BOX 3930
8021 ZÚRICH, SWITZERLAND

BBVA (SUISSE) SA
P.O. BOX 3930
ZELTWEG 63
8021-ZURICH
SWITZERLAND

BCV AMC DEFENSIVE AL FUND
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BCV AMC DEFENSIVE AL FUND
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BCV AMC DEFENSIVE AL FUND
PLACE ST. FRANCOIS
CH-1001 LAUSANNE
SWITZERLAND

BNP PARIBAS (SUISSE) SA
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BNP PARIBAS (SUISSE) SA
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
CORK, IRELAND

BNP PARIBAS (SUISSE) SA
PLACE DE HOLLANDE 2
CASE POSTALE
CH-1211 GENÈVE 11

BNP PARIBAS (SUISSE) SA EX FORTIS
20, BOULEVARD DES PHILOSOPHES
CASE POSTALE 188
GENÈVE,  1211
SWITZERLAND

BNP PARIBAS (SUISSE) SA EX FORTIS
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BNP PARIBAS (SUISSE) SA EX FORTIS
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BNP PARIBAS (SUISSE) SA EX FORTIS
2 PLACE DE HOLLANDE
CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA PRIVATE
PLACE DE HOLLANDE 2
CASE POSTALE
GENEVA,  1211
SWITZERLAND

BNP PARIBAS (SUISSE) SA PRIVATE
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BNP PARIBAS (SUISSE) SA PRIVATE
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BSI AG
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BSI AG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BSI AG
PALAZZO BOTTA
VIALE FRANSCINI 8
6901 - LUGANO – CH

BSI AG
VIA PERI 23
CH-6901 LUGANO
SWITZERLAND

BSI EX BANCA DEL GOTTARDO
C/O BSI SA
PALAZZO BOTTA
VIALE FRANSCINI 8
6901 - LUGANO – CH

BSI EX BANCA DEL GOTTARDO
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BSI EX BANCA DEL GOTTARDO
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

BSI EX BANCA DEL GOTTARDO
VIALE S FRANSCINI 8
CH-6900 LUGANO
SWITZERLAND

CACEIS BANK LUXEMBOURG
CACEIS BL
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG
LUXEMBOURG

CBB (BVI)/ THE ALKIMA FUND
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

CBB (BVI)/ THE ALKIMA FUND
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

CBT GEMS LOW VOL REG
ONE MONTAGUE PLACE 1ST FLOOR
EAST BAY STREET
P.O. BOX N-4906
NASSAU, BAHAMAS

CBT GEMS LOW VOL REG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

CBT GEMS LOW VOL REG
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

COMPAGNIE BANCAIRE HELVETIQUE
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

COMPAGNIE BANCAIRE HELVETIQUE
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
CORK, IRELAND

COMPAGNIE BANCAIRE HELVETIQUE
BOULEVARD EMILE-JAQUES-DALCROZE 7
P.O. BOX 3754
1211 GENEVA 3

COMPAGNIE BANCAIRE HELVETIQUE
ROUTE DE CHANCY 6B
CASE POSTALE 64
CH-1211 GENEVA 8
SWITZERLAND

CENTRUM BANK AG (AMS)
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

CENTRUM BANK AG (AMS)
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

CENTRUM BANK AG (AMS)
C/O CENTRUM BANK AKTIENGESELLSCHAFT
KIRCHSTRASSE 3
9490 VADUZ
LIECHTENSTEIN

CENTRUM BANK AG (AMS)
KIRCHSTRASSE 3
POSTFACH 1168
VADUZ FL 9490
LIECHTENSTEIN

CLARIDEN LEU LTD.
BAHNHOFSTRASSE 32
CH-8001 ZÜRICH

CLARIDEN LEU LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

CLARIDEN LEU LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

CLARIDEN LEU LTD
BAHHOFSTRASSE 32
P.O. BOX CH-8070
ZURICH, SWITZERLAND

CORNER BANCA SA
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

CORNER BANCA SA
C/O CITCO GLOBAL CUSTODY N.V.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

CORNÈR BANCA SA
VIA CANOVA 16
6901 LUGANO/SWITZERLAND

CREDIT SUISSE AG ZURICH
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

CREDIT SUISSE AG ZURICH
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

CREDIT SUISSE AG ZURICH
PARADEPLATZ 8
8070 ZURICH
SWITZERLAND

CREDIT SUISSE AG ZURICH
P.O. BOX 300
UETLIBERGSTRASSE 231
CH-8070 ZURICH, SWITZERLAND

DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG
69 ROUTE D'ESCH
LUXEMBOURG,  1470
LUXEMBOURG

DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

DEXIA         BANQUE         INTERNATIONAL         A
LUXEMBOURG
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

DRESDNER BANK SCHWEIZ
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

DRESDNER BANK SCHWEIZ
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

DRESDNER BANK SCHWEIZ
C/O LGT BANK (SWITZERLAND) LTD
UTOQUAI 55
ZURICH,  8034
SWITZERLAND

DRESDNER BANK SCHWEIZ
LGT BANK IN LIECHTENSTEIN AG EX DBS
HERRENGASSE 12
VADUZ FL-9490
LIECHTENSTEIN

EFG BANK SA SWITZERLAND
TALSTRASSE, 82
P.O. BOX 6084
8023 ZURICH
SWITZERLAND

EFG BANK SA SWITZERLAND
24 QUAI DU SEUJET
CP 2391 1211 GENEVE 2
SWITZERLAND

EFG EUROFINANCIER D'INVEST MCL
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

EFG EUROFINANCIER D'INVEST MCL
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

EFG EUROFINANCIER D'INVEST MCL
15 AVENUE D'OSTENDE
MONACO 98000
MONACO

EFG EUROFINANCIER D'INVEST MCL
VILLA LES AIGLES
15 AVENUE D'OSTENEDE
MONACO MC 9800

ENDURANCE ABSOLUTE LTD. MASTER
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ENDURANCE ABSOLUTE LTD. MASTER
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ENDURANCE ABSOLUTE LTD. MASTER
C/O ARGYLE INVESTMENT ADVISORS
IVEAGH LTD
21 QUEEN ANNE'S GATE
LONDON SW1H 9BU
UK

FAIRFIELD INVESTMENT GCI
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

FAIRFIELD INVESTMENT GCI
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FAIRFIELD INVESTMENT GCI
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD INVESTMENT FUND LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

FAIRFIELD INVESTMENT FUND LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FAIRFIELD INVESTMENT FUND LTD
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD MASTERS LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

FAIRFIELD MASTERS LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FAIRFIELD MASTERS LTD.
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FALCON PRIVATE BANK
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FALCON PRIVATE BANK
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

FALCON PRIVATE BANK
PELIKANSTRASSE 37
P.O. BOX 1376
8021 ZURICH, SWITZERLAND

FCL IFP GLOBAL DIVERSIFIED CLS
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

FCL IFP GLOBAL DIVERSIFIED CLS
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FCL IFP GLOBAL DIVERSIFIED CLS
C/O FORTUNE ASSET MANAGEMENT LTD
10 EXCHANGE STREET
PRIMROSE STREET
LONDON EC2A2BY
UK

FIF ADVANCED LTD.
C/O ADVANCED STRATEGIES LTD
45 BEECH STREET
LONDON
ENGLAND
EC2Y 8AD

FIF ADVANCED LTD.
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FIF ADVANCED LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

FIF ADVANCED LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FINTER BANK ZURICH
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

FINTER BANK ZURICH
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

FINTER BANK ZURICH
HEAD OFFICE
CLARIDENSTRASSE 35
8002 ZURICH
SWITZERLAND

FINTER BANK ZURICH
CORSO S GOTTARDO 35
CH-6830 CHIASSO
SWITZERLAND

HARMONY CAPITAL FUND LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

HARMONY CAPITAL FUND LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

HARMONY CAPITAL FUND LTD
C/O JASON CAPITAL PARTNERS LLP
28 GROSVENOR STREET
LONDON W1K 4QR
UK

HARMONY CAPITAL FUND LTD.
CHANCERY HALL
52 REID STREET
HAMILTON HM 12, BERMUDA

IHAG HANDELSBANK AG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

IHAG HANDELSBANK AG
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

IHAG HANDELSBANK AG
BLEICHERWEG 18
8022- ZURICH
SWITZERLAND

INCORE BANK AG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

INCORE BANK AG
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

INCORE BANK AG
DREIKÖNIGSTRASSE 8
P.O. BOX
CH-8022 ZÜRICH
SWITZERLAND

JP MORGAN (SUISSE) SA
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

JP MORGAN (SUISSE) SA
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

JP MORGAN (SUISSE) SA
CASE POSTALE 5160
8 RUE DE LA CONFEDERATION,
GENEVE
CH-1204 11 SWITZERLAND

KARLA MULTISTRATEGIES LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

KARLA MULTISTRATEGIES LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

KBC INVESTMENTS LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

KBC INVESTMENTS LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

KBC INVESTMENTS LTD.
111 OLD BROAD STREET, 3RD FLOOR
EC2N 1FP LONDON

KBC INVESTMENTS LTD
140 EAST  45TH STREET, 42ND FLOOR
NEW YORK, NEW YORK 10017

LGT BANK IN LIECHTENSTEIN AG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

LGT BANK IN LIECHTENSTEIN AG
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

LGT BANK IN LIECHTENSTEIN AG
HERRENGASSE 12
FL-9490 VADUZ
LEICHTENSTEIN

LIECHTENSTEINISCHE LB REINVEST AMS
C/O LIECHTENSTEINISCHE LANDESBANK AG
STÄDTLE 44
P. O. BOX 384
9490 VADUZ, LIECHTENSTEIN

LLOYDS TSB BANK GENEVA
1, PLACE BEL-AIR
CASE POSTALE 5145
CH-1211 GENEVA 11

LLOYDS TSB BANK GENEVA
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

LLOYDS TSB BANK GENEVA
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

LOMBARD ODIER DARIER HENTSCH & CIE
11 RUE DE LA CORRATERIE
CASE POSTALE 1211 GENEVA 11
SWITZERLAND

LOMBARD ODIER DARIER HENTSCH & CIE
RUE DE LA CORRATERIE 11
1204 GENEVA
SWITZERLAND

LONGBOAT LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

LONGBOAT LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

MASTER CAPITAL AND HEDGE FUND
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

MASTER CAPITAL AND HEDGE FUND
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

MASTER CAPITAL AND HEDGE FUND
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

NBK BANQUE PRIVEE SUISSE SA
QUAI DU MONT BLANC 21
P.O. BOX 1923
1211 GENEVA
SWITZERLAND

NBK BANQUE PRIVEE SUISSE SA
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

NBK BANQUE PRIVEE SUISSE SA
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

NBK BANQUE PRIVEE SUISSE SA
QUAI DU MONT BLANC 21
P.O. BOX 1923
GENEVA 1
SWITZERLAND

PICTET & CIE
ROUTE DES ACACIAS 60
1211 GENEVE 73
SWITZERLAND

PKB PRIVATBANK AG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

PKB PRIVATBANK AG
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

PKB PRIVATBANK AG
VIA S. BALESTRA 1
CH – 6901 LUGANO
SWITZERLAND

PRIVATE SPACE LTD.
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

PRIVATE SPACE LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

PRIVATE SPACE LTD
7 RUE DU GABIAN
MC 98000
MONACO

QUASAR FUNDS SPC
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

QUASAR FUNDS SPC
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

QUASAR FUNDS SPC A/K/A QUASAR FUND SPC
CLASS A AND CLASS B CGCNV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

RBC DEXIA INVESTOR SERVICE JULIUS BAER
SICAV
C/O RBC DEXIA INVESTOR SERVICES LIMITED
77 QUEEN VICTORIA STREET
LONDON, UK
EC4V 4AY

RBC DEXIA INVESTOR SERVICE JULIUS BAER
SICAV
C/O RBC DEXIA INVESTOR SERVICES LIMITED
71 QUEEN VICTORIA STREET
LONDON, UK
EC4V 4DE

RBC DEXIA INVESTOR SERVICE JULIUS BAER
SICAV
DEXIA FUND SERVICES
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

RBS COUTTS BANK LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

RBS COUTTS BANK LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

RBS COUTTS BANK LTD.
STAUFFACHERSTRASSE 1
P.O. BOX
CH-8022 ZURICH
SWITZERLAND

RBS COUTTS BANK LTD
P.O. BOX 2200
STAUFFACHERSTRASSE 1
CH-8022 ZURICH
SWITZERLAND

RICHOURT AAA MULTISTRATEGIES
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

RICHOURT AAA MULTISTRATEGIES
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD BANK AG ZURICH (DUBLIN) A/K/A
ROTHSCHILD BANK AG
ZOLLIKERSTRASSE 181
CH-8034 ZURICH
SWITZERLAND

ROTHSCHILD BANK AG ZURICH (DUBLIN)
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

ROTHSCHILD BANK AG ZURICH (DUBLIN)
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD BANK AG ZURICH (DUBLIN)
C/O ROTHSCHILD BANK AG
ZOLLIKERSTRASSE 181
8034 ZURICH
SWITZERLAND

ROTHSCHILD BANK GENEVA (DUBLIN)
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

ROTHSCHILD BANK GENEVA (DUBLIN)
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD BANK GENEVA (DUBLIN)
21 RUE DU RHÔNE
1211 GENEVA
SWITZERLAND

ROTHSCHILD BANK GENEVA (DUBLIN)
BANCA PRIVEE EDMOND DE ROTHSCHILD
18 RUE DE HESSE
CH-1204 GENEVA, SWITZERLAND

ROTHSCHILD LUGANO DUBLIN
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD LUGANO DUBLIN
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

ROTHSCHILD LUGANO DUBLIN A/K/A
BANCA PRIVATA EDMOND DE ROTHSCHILD
LUGANO S.A.
VIA GINEVRA 2
CH-6900 LUGANO
SWITZERLAND

SELLA BANK AG
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

SELLA BANK AG
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

SELLA BANK AG
CORSO ELVEZIA 9
CASELLA POSTALE 5863
PO BOX 5863
CH-6901 LUGANO
SWITZERLAND

SELLA BANK AG
19 RUE DE LA CROIX-D'OR
CASE POSTALE
CH-1211 GENÈVE 3
SWITZERLAND

SELLA BANK AG
CORSO ELVEZIA 9
CH-6900 LUGANO
SWITZERLAND

SIS SEEGANINTERSETTLE
C/O SIX SIS LTD
BASLERSTRASSE 100
CH-4600 OLTEN

SIS SEEGANINTERSETTLE
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SIX SIS LTD
BASLERSTRASSE 100
CH-4600 OLTEN

SIX SIS LTD
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SIS SEEGANINTERSETTLE
C/O SIX SIS LTD
BRANDSCHENKESTRASSE 47
CH-8002 ZURICH

SIX SIS LTD
BRANDSCHENKESTRASSE 47
CH-8002 ZURICH

SOCIETE GENERALE BANK & TRUST
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

SOCIETE GENERALE BANK & TRUST
11 AVENUE EMILE REUTER
L-2420 LUXEMBOURG

SOCIETE GENERALE BANK & TRUST
11-13 AVENUE EMILE REUTER
BP 1271 L-2420 LUXEMBOURG

SOCIETE GENERALE BANK & TRUST
11-13 AVENUE EMILE REUTER
LUXEMBOURG L-2420
LUXEMBOURG

SOUNDVIEW FUND
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

SOUNDVIEW FUND
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

SPRINGER FUND OF FUNDS LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

SPRINGER FUND OF FUNDS LTD.
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

SPRINGER FUND OF FUNDS LTD
C/O UNION BANCAIRE PRIVEE ASSET MGT
P.O. BOX HM 3399
HAMILTON HM11
BERMUDA

SWISSCANTO FD CENTRE CLIENTS A/C
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

SWISSCANTO FD CENTRE CLIENTS A/C
C/O SWISSCANTO FUNDS CENTRE LIMITED, 4TH
FLOOR
51 MOORGATE
LONDON EC2R 6BH
UNITED KINGDOM

T1 GLOBAL FUND LTD.
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

T1 GLOBAL FUND LTD.
C/O CITCO GLOBAL CUSTODY NV REF 209896
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

T1 GLOBAL FUND LTD
C/O TRUST AND GAIN ASSET MANAGEMENT
CORSO SAN GOTTARDO 46
6830 CHIASSO
SWITZERLAND

T1 GLOBAL FUND LTD
TIM RICHARDS
C/O MOURANT OZANNES
HARBOUR CENTRE
42 NORTH CHURCH STREEET
PO BOX 1348
GRAN CAYMAN KY 1-1108
CAYMAN ISLAND

TEOREMA ALTERNATIVE STRATEGIES
C/O TEOREMA ASSET MANAGEMENT LTD
1 MONTAGUE PLACE
1ST FLOOR
EAST BAY STREET
P.O. BOX N4906
NASSAU, BAHAMAS

TEOREMA ALTERNATIVE STRATEGIES
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

TEOREMA ALTERNATIVE STRATEGIES
P.O. BOX 31106 SMB
CORPORATE CENTRE WEST BAY ROAD
GRAND CAYMAN,
CAYMAN ISLAND

TEOREMA ALTERNATIVE STRATEGIES
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

UBS AG NEW YORK
C/O UBS AG (INC.)
ATTN:  OSWALD J. GRUBEL, CHIEF EXECUTIVE
OFFICER
BAHNHOFSTRASSE 45
8001
ZURICH

UBS AG ZURICH
ALBISRIEDERPLATZ 8
8004 ZÜRICH
SWITZERLAND

UBS AG ZURICH
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

UBS AG ZURICH
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

UBS AG ZURICH
UBS WEALTH MANAGEMENT
BADENERSTRASSE 574/C
CH-8098 ZURICH
SWITZERLAND

UBS JERSEY NOMINEES
C/O CITCO GLOBAL CUSTODY NV
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

UBS JERSEY NOMINEES
C/O CITCO GLOBAL CUSTODY NV REF UBS
JERSEY
TELESTONE 8 TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

UBS JERSEY NOMINEES
P.O. BOX 350
24 UNION STREET
ST HELIER JE4 8UJ
JERSEY, UK

VERWALTUNGS UND PRIVAT-BANK AG
AKTIENGESELLSCHAFT (AMS)
AEULESTRASSE 6
9490 VADUZ
LIECHTENSTEIN

VERWALTUNGS UND PRIVAT-BANK AG
AKTIENGESELLSCHAFT (AMS)
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

VERWALTUNGS UND PRIVAT-BANK AG
AKTIENGESELLSCHAFT (AMS)
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

VERWALTUNGS UND PRIVAT-BANK AG
AKTIENGESELLSCHAFT (AMS)
IM ZENTRUM
VADUZ FL-9490
LIECHTENSTEIN

VORARLBERGER LANDES UND
HYPOTHEKENBANK ANKIENGESELLSCHARFT
HYPO-PASSAGE 1
BREGENZ,  6900
AUSTRIA

VORARLBERGER LANDES UND
HYPOTHEKENBANK ANKIENGESELLSCHARFT
C/O CITCO DATA PROCESSING SERVICES LTD.
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

VORARLBERGER LANDES UND
HYPOTHEKENBANK ANKIENGESELLSCHARFT
C/O CITCO BANK NEDERLAND NV
TELESTONE 8 – TELEPORT
NARRITAWEG 165
1043BW AMSTERDAM
THE NETHERLANDS

VORARLBERGER LANDES UND
HYPOTHEKENBANK ANKIENGESELLSCHARFT
HYPO-PASSAGE 1
BREGENZ 6900
AUSTRIA

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY NV 1-
1000
C/O CITCO GLOBAL CUSTODY NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY NV 1-
1000
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY (NA)
NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY (NA)
NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO FUND SERVICES
(EUROPE) BV 1-1000
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO FUND SERVICES (BVI) 1-
1000
WICKHAMS CAY, P.O. BOX 662
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

ROYAL BANK OF CANADA (SUISSE)
RUE DIDAY 6
1211 GENEVA 11
SWITZERLAND

ROYAL BANK OF CANADA (SUISSE)
RUE DIDAY 6
CH-1204 GENEVA 11
SWITZERLAND

ROYAL BANK OF CANADA (SUISSE)
RUE FRANÇOIS-DIDAY 6
PO BOX 5696
CH-1211 GENEVA 11
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
ROYAL BANK OF CANADA (SUISSE) 1-1000
C/O ROYAL BANK OF CANADA (SUISSE)
RUE FRANÇOIS-DIDAY 6
PO BOX 5696
CH-1211 GENEVA 11
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
ROYAL BANK OF CANADA (SUISSE) 1-1000
C/O ROYAL BANK OF CANADA (SUISSE)
RUE DIDAY 6
1211 GENEVA 11
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
ROYAL BANK OF CANADA (SUISSE) 1-1000
C/O ROYAL BANK OF CANADA (SUISSE)
RUE DIDAY 6
CH-1204 GENEVA 11
SWITZERLAND

ROBINSON & CO.
THE BANK OF BERMUDA LTD
PO BOX HM 1020
6 FRONT STREET
HM 11 HAMILTON
BERMUDA

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF ROBINSON & CO 1-1000
C/O ROBINSON & CO
THE BANK OF BERMUDA LTD
PO BOX HM 1020
6 FRONT STREET
HM 11 HAMILTON
BERMUDA

CREDIT SUISSE NOMINEES A/K/A
CREDIT SUISSE (GUERNSEY) LIMITED A/C GIB
PO BOX 368
HELVETIA COURT LES ECHELONS
SOUTH ESPLANADE
ST. PETER PORT
GUERNSEY GY1 3YJ
CHANNEL ISLANDS

CREDIT SUISSE NOMINEES A/K/A
CREDIT SUISSE (GUERNSEY) LIMITED A/C GIB
P.O.BOX 368
ST. PETER PORT, GY1 3YJ

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
CREDIT SUISSE NOMINEES 1-1000
C/O CREDIT SUISSE NOMINEES A/K/A
CREDIT SUISSE (GUERNSEY) LIMITED A/C GIB
PO BOX 368
HELVETIA COURT LES ECHELONS
SOUTH ESPLANADE
ST. PETER PORT
GUERNSEY GY1 3YJ
CHANNEL ISLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
CREDIT SUISSE NOMINEES 1-1000
C/O CREDIT SUISSE NOMINEES A/K/A
CREDIT SUISSE (GUERNSEY) LIMITED A/C GIB
P.O. BOX 368
ST. PETER PORT, GY1 3YJ

CITIBANK NA LONDON
CITIGROUP CENTRE
CANADA SQUARE
CANARY WHARF
LONDON E14 5LB

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
CITIBANK NA LONDON 1-1000
C/O CITIBANK NA LONDON
CITIGROUP CENTRE
CANADA SQUARE
CANARY WHARF
LONDON E14 5LB

CITIBANK NA LONDON
5 CARMELITE STREET
LONDON EC4Y 0PA

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
CITIBANK NA LONDON 1-1000
CITIBANK NA LONDON
5 CARMELITE STREET
LONDON EC4Y 0PA

CITIBANK NA
399 PARK AVENUE
NEW YORK, NEW YORK 10043

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF
CITIBANK NA LONDON 1-1000
C/O CITIBANK NA
399 PARK AVENUE
NEW YORK, NEW YORK 10043