**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., | |
| Plaintiffs, | Adv. Pro. No. 10-03496 |
| -against- | |
| THEODOOR GGC AMSTERDAM, et al., | Administratively Consolidated |
| Defendants. | |

**NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO THE FOREIGN REPRESENTATIVES' MOTION FOR LEAVE TO AMEND COMPLAINTS IN CERTAIN REDEEMER ACTIONS**

**PLEASE TAKE NOTICE** that the return date with respect to the *Foreign Representatives' Motion for Leave to Amend Complaints in Certain Redeemer Actions* [Docket No. 187], (the "Motion"), which was scheduled for March 22, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 5, 2011 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion **will be held on April 5, 2011 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Burton R. Lifland at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 623.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline with respect to the Motion, which was scheduled for March 15, 2011 at 4:00 p.m. (Prevailing Eastern Time), **has been rescheduled for March 22, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: New York, New York
　　　　March 15, 2011

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**BROWN RUDNICK LLP**

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kerry L. Quinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　David J. Molton
　　　　　　　　　　　　　　　　　　　　　　　　　　　May Orenstein
　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Saval
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kerry L. Quinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10036
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 209-4800
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 209-4801
　　　　　　　　　　　　　　　　　　　　　　　　　　　dmolton@brownrudnick.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　morenstein@brownrudnick.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　dsaval@brownrudnick.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　kquinn@brownrudnick.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Foreign Representatives*