**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., | |
| Plaintiffs, | Adv. Pro. No. 10-03496 |
| -against- | |
| THEODOOR GGC AMSTERDAM, et al., | Administratively Consolidated |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 15th day of March, 2011, I caused to be served a true copy of the following document: *Notice of Adjournment of Hearing With Respect To The Foreign Representatives'*

-1-

-2-

*Motion For Leave To Amend Complaints In Certain Redeemer Actions* on the parties listed on the attached service list by first class mail.

                                                                                                /s/ Christopher Michael Lau Kamg  
                                                                                                Christopher Michael Lau Kamg

Sworn to before me this  
15th day of March, 2011.

 /s/ Vicki A. Goldstein  
Notary Public

No. 01G05078233  
Qualified in Queens County  
Commission Expires May 19, 2011

AXA ISLE OF MAN A/C L & C
ROYALTY HOUSE
WALPOLE AVENUE
DOUGLAS IM1 2SL
ISLE OF MAN, BRITISH ISLES

BENEFICIAL OWNERS OF THE ACCOUNTS IN
THE NAME OF AXA ISLE OF MAN A/C L & C 1-1000
C/O AXA ISLE OF MAN A/C L & C
ROYALTY HOUSE
WALPOLE AVENUE
DOUGLAS IM1 2SL
ISLE OF MAN, BRITISH ISLES

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANQUE DE
COMMERCE ET DE PLACEMENTS 1-100
C/O BANQUE DE COMMERCE ET DE
PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1211 GENEVA 3
SWITZERLAND

BANQUE DE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1211 GENEVA 3
SWITZERLAND

BANQUE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1204 GENEVA 3
SWITZERLAND

BANQUE SUDAMERIS
C/O CORPORATE CREATIONS NETWORK INC.
11380 PROSPERITY FARMS ROAD, #221E
PALM BEACH GARDENS, FL 33410

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANQUE DE
COMMERCE ET DE PLACEMENTS 1-1000
BANQUE DE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1204 GENEVA 3
SWITZERLAND

BANQUE SUDAMERIS
701 BRICKELL AVENUE, 9TH FLOOR
MIAMI, FL 33131

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BLUBANK LTD. 1-1000
C/O EFG BANK EUROPEAN FINANCIAL GR
SWITZERLAND
24 QUAI SEUJET
CH-1211 GENEVA 2
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANQUE SUDAMERIS
1-1000
C/O BANQUE SUDAMERIS
701 BRICKELL AVENUE, 9TH FLOOR
MIAMI, FL 33131

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANQUE SUDAMERIS
1-1000
C/O CORPORATE CREATIONS NETWORK INC.
11380 PROSPERITY FARMS ROAD, #221E
PALM BEACH GARDENS, FL 33410

SIX SIS AG A/K/A SIS SEGAINTERSETTLE AG
BENEFICIAL OWNERS OF ACCOUNTS HELD IN
THE NAME OF SIX SIS AG 1-1000
REGISTERED ADDRESS
BASLERSTRASSE 100
OLTEN 4600
SWITZERLAND

BLUBANK LTD.
SEVENTEEN SHOP BUILDING, FIRST FLOOR
COLLINS AVENUE & FOURTH TERRACE
CENTREVILLE
P.O. BOX N-3732
NASSAU, THE BAHAMAS

SIX SIS AG A/K/A SIS SEGAINTERSETTLE AG
REGISTERED ADDRESS
BASLERSTRASSE 100
OLTEN 4600
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BNP PARIBAS
LUXEMBOURG SA 1-1000
C/O BNP PARIBAS LUXEMBOURG SA
SOCIETE ANONYME
SIEGE SOCIAL: 10A BOULEVARD ROYAL
L-2093 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BLUBANK LTD. 1-1000
BLUBANK LTD.
SEVENTEEN SHOP BUILDING, FIRST FLOOR
COLLINS AVENUE & FOURTH TERRACE
CENTREVILLE
P.O. BOX N-3732
NASSAU, THE BAHAMAS

BNP PARIBAS LUXEMBOURG SA
SOCIETE ANONYME
SIEGE SOCIAL: 10A BOULEVARD ROYAL
L-2093 LUXEMBOURG
LUXEMBOURG

BROWN BROTHERS HARRIMAN & CO
140 BROADWAY 16TH FLOOR
NEW YORK, NY 10005-1101

BNP PARIBAS SECURITIES SERVICES
LUXEMBOURG
33, RUE DE GASPERICH
HOWALD HESPERANGE
2085 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BNP PARIBAS
SECURITIES SERVICES
LUXEMBOURG 1-1000
C/O BNP PARIBAS SECURITIES SERVICES
LUXEMBOURG
33, RUE DE GASPERICH
HOWALD HESPERANGE
2085 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CACEIS BANK
LUXEMBOURG 1-1000
C/O CACEIS BANK LUXEMBOURG
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BROWN BROTHERS
HARRIMAN & CO 1-1000
C/O BROWN BROTHERS HARRIMAN & CO
140 BROADWAY 16TH FLOOR
NEW YORK, NY 10005-1101

CACEIS BANK LUXEMBOURG
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CDC IXIS 1-1000
C/O CDC IXIS
16-18 RUE BERTHOLLET
94110 ARCEUIL
FRANCE

CDC IXIS
16-18 RUE BERTHOLLET
94110 ARCEUIL
FRANCE

CDC IXIS
7, PL DES 5 MARTYRS DU LYCEE BUFFON
F-75507 PARIS CEDEX 15
FRANCE

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CITIBANK
(SWITZERLAND) ZURICH 1-1000
C/O CITIBANK (SWITZERLAND) ZURICH
3 CHANGI BUSINESS PARK CRESCENT, 8TH
FLOOR
SINGAPORE 486026
SINGAPORE

BENEFICIAL OWNERS OF THE ACOUNTS HELD
IN THE NAME OF CDC IXIS 1-1000
C/O CDC IXIS
7, PL DES 5 MARTYRS DUE LYCEE BUFFON
F-75507 PARIS CEDEX 15
FRANCE

CITIBANK (SWITZERLAND) ZURICH
3 CHANGI BUSINESS PARK CRESCENT, 8TH
FLOOR
SINGAPORE 486026
SINGAPORE

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CITIBANK NA
LONDON 1-1000
C/O CITIBANK NA LONDON
CITIGROUP CENTRE
CANADA SQUARE
CANARY WHARF
LONDON E14 5LB

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) AG C/O CITIBANK (SWITZERLAND) AG BLEICHER WEG 5 POSTFACH CH – 8022 ZURICH | CITIBANK NA LONDON CITIGROUP CENTRE CANADA SQUARE CANARY WHARF LONDON E14 5LB | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (CAYMAN) 1-1000 C/O DEUTSCHE BANK (CAYMAN) PO BOX 1984GT KY1 1104 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK NA 1-1000 399 Park Avenue New York, New York 10043 Attn: Legal Department | Citibank (Switzerland) Zurich Registered Address Funds Trade Execution Desk Seestrasse 25 P.O. Box 3760 CH-8021 Zurich Switzerland | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (SUISSE) SA GENEVE 1-1000 C/O DEUTSCHE BANK (SUISSE) SA GENEVE 3 PLACE DES BERGUES PO BOX 1416 CH-1211 GENEVA 1 SWITZERLAND |
| Citibank NA 399 Park Avenue New York, New York 10043 Attn: Legal Department | DEUTSCHE BANK (CAYMAN) PO BOX 1984GT KY1 1104 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS | DEUTSCHE BANK AG SINGAPORE ASIA PACIFIC HEAD OFFICE ONE RAFFLES QUAY SOUTH TOWER LEVEL 17 SINGAPORE 048583 |
| DEUTSCHE BANK (SUISSE) SA GENEVE 3 PLACE DES BERGUES PO BOX 1416 CH-1211 GENEVA 1 SWITZERLAND | DEUTSCHE BANK (SUISSE) SA GENEVE RUE DU PUITS-SAINT-PIERRE 4 CP 3597 CH – 1211 GENEVE 3 | DEUTSCHE BANK TRUST COMPANY AMERICA 280 PARK AVENUE NEW YORK, NY 10017 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK (SUISSE) SA GENEVE 1-1000 C/O DEUTSCHE BANK (SUISSE) SA GENEVE RUE DU PUITS-SAINT-PIERRE 4 CP 3597 CH – 1211 GENEVE 3 | DEUTSCHE BANK AG SINGAPORE PRIVATE BANKING DEPARTMENT 8 SHENTON WAY # 47-01 SINGAPORE 068811 | |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK AG SINGAPORE 1-1000 C/O DEUTSCHE BANK AG SINGAPORE PRIVATE BANKING DEPARTMENT 8 SHENTON WAY # 47-01 SINGAPORE 068811 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK AG SINGAPORE 1-1000 C/O DEUTSCHE BANK AG SINGAPORE ASIA PACIFIC HEAD OFFICE ONE RAFFLES QUAY SOUTH TOWER LEVEL 17 SINGAPORE 048583 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DRESDNER BANK LATEINAMERIKA AG 1-1000 C/O DRESDNER BANK LATEINAMERIKA AG POSTFACH 301246 HAMBURG 20354 GERMANY |
| | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DEUTSCHE BANK TRUST COMPANY AMERICA 1-1000 C/O DEUTSCHE BANK TRUST COMPANY AMERICA 280 PARK AVENUE NEW YORK, NY 10017 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF EFG BANK 1-1000 C/O EFG BANK 24 QUAI DU SEUJET CP 2391 1211 GENEVE 2 SWITZERLAND |
| DRESDNER BANK LATEINAMERIKA AG POSTFACH 301246 HAMBURG 20354 GERMANY | DRESDNER BANK LATEINAMERIKA AG NEUER JUNGFERNSTIEG 16 HAMBURG 20354 GERMANY | FORTIS (ISLE OF MAN) NOMINEES LTD 18-20 NORTH QUAY DOUGLAS IM99 1NR ISLE OF MAN |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF DRESDNER BANK LATEINAMERIKA AG 1-1000 C/O DRESDNER BANK LATEINAMERIKA AG NEUER JUNGFERNSTIEG 16 HAMBURG 20354 GERMANY | EFG BANK 24 QUAI DU SEUJET CP 2391 1211 GENEVE 2 SWITZERLAND | FS/ANDBANC ANDORRA HEAD OFFICE C/MANUEL CERQUEDA I ESCALER, 6 AD700 ESCALDES-ENGORDANY, ANDORRA |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FORTIS (ISLE OF MAN) NOMINEES LTD 1-1000 C/O FORTIS (ISLE OF MAN( NOMINEES LTD 18-20 NORTH QUAY DOUGLAS IM99 1NR ISLE OF MAN | FS/ANDBANC ANDORRA C/O EUROCLEAR BANK – FUNDSETTLE TEAM 2ND FLOOR 1 BOULEVARD DU ROI ALBERT II B-1210 BRUSSELS BELGIUM | FS/CBESSA C/O EUROCLEAR BANK SA/NV BOULEVARD DU ROI ALBERT II 1 1210 BRUSSELS BELGIUM |

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/ANDBANC ANDORRA 1-1000 C/O FS/ANDBANC ANDORRA C/O EUROCLEAR BANK – FUNDSETTLE TEAM 2ND FLOOR 1 BOULEVARD DU ROI ALBERT II B-1210 BRUSSELS BELGIUM | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/ANDBANC ANDORRA 1-1000 C/O FS/ANDBANC ANDORRA HEAD OFFICE C/MANUEL CERQUEDA I ESCALER, 6 AD700 ESCALDES-ENGORDANY, ANDORRA | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/CBESSA 1-1000 C/O FS/CBESSA C/O EUROCLEAR BANK SA/NV BOULEVARD DU ROI ALBERT II 1 1210 BRUSSELS BELGIUM |
| FS/HSBC PRIVATE BANKING NOM C/O EUROCLEAR BANK SA/NV 1 BOULEVARD DU ROI ALBERT II 1210 BRUSSELS BELGIUM | FS/HSBC PRIVATE BANKING NOM BOULEVARD ROYAL 32 LUXEMBOURG, 2449 | HSBC PRIVATE BANK (GUERNSEY) LTD PARK PLACE PARK STREET ST PETER PORT GUERNSEY GY 1 1EE CHANNEL ISLANDS |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/HSBC PRIVATE BANING NOM 1-1000 C/O FS/HSBC PRIVATE BANKING NOM C/O EUROCLEAR BANK SA/NV 1 BOULEVARD DU ROI ALBERT II 1210 BRUSSELS BELGIUM | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FS/HSBC PRIVATE BANKING NOM 1-1000 C/O FS/HSBC PRIVATE BANKING NOM BOULEVARD ROYAL 32 LUXEMBOURG, 2449 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK (SUISSE) SA 1-1000 C/O HSBC PRIVATE BANK (SUISSE) SA 2 QUAI GENERAL GUISAN P.O. BOX 3580 CH-1211 GENEVA 3 SWITZERLAND |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK (GUERNSEY) LTD 1-1000 C/O HSBC PRIVATE BANK (GUERNSEY) LTD PARK PLACE PARK STREET ST PETER PORT GUERNSEY GY 1 1EE CHANNEL ISLANDS | HSBC PRIVATE BANK (SUISSE) SA 2 QUAI GENERAL GUISAN P.O. BOX 3580 CH-1211 GENEVA 3 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF KOOKMIN BANK 1-1000 C/O KOOKMIN BANK 9-1, NAMDAEMUNNO 2-GA, CHUNG-GU SEOUL 100-703 SOUTH KOREA |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA 40 AVENUE MONTEREY L 2163 LUXEMBOURG | JP MORGAN TRUST COMPANY (CAYMAN) ONE AMERICAN LANE FLOOR ONE GREENWICH, CT 06831-2560 | MICHAEL D. SCHISSEL ARNOLD & PORTER LLP 399 PARK AVENUE NEW YORK, NY 10022 Attorneys for Merrill Lynch Bank (Suisse) SA Attorneys for Zurich Capital Markets Company |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF JP MORGAN TRUST COMPANY (CAYMAN) 1-1000 C/O JP MORGAN TRUST COMPANY (CAYMAN) ONE AMERICAN LANE FLOOR ONE GREENWICH, CT 06831-2560 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF KOOKMIN BANK 1-1000 KOOKMIN BANK 6TH FLOOR DAEWOO SECURITIES BLDG 4-3 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-716 SOUTH KOREA | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF NOMURA INTERNATIONAL PLC 1-1000 C/O NOMURA INTERNATIONAL PLC NOMURA HOUSE 1 ST MARTINS LE GRAND EC1A 4NP LONDON UK |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF LOMBARD ODIER DARIER HENTSCH & CIE 1-1000 C/O LOMBARD ODIER DARIER HENTSCH & CIE 11 RUE DE LA CORRATERIE CASE POSTALE 1211 GENEVA 11 SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF LOMBARD ODIER DARIER HENTSCH & CIE 1-1000 C/O LOMBARD ODIER DARIER HENTSCH & CIE RUE DE LA CORRATERIE 11 1204 GENEVA SWITZERLAND | NOMURA INTERNATIONAL PLC NOMURA HOUSE 1 ST MARTINS LE GRAND EC1A 4NP LONDON UK |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF ROBINSON & CO 1-1000 C/O ROBINSON & CO THE BANK OF BERMUDA LTD PO BOX HM 1020 6 FRONT STREET HM 11 HAMILTON BERMUDA | UBS AG, NEW YORK 1285 AVENUE OF THE AMERICAS, 11th FLOOR NEW YORK, NEW YORK 10019 | BBH Lux Ref Fairfield Grn 6200448 CGC NV  Ref BBH Lux BBH Lux 33 Boulevard Prince Henri BP 403 Luxembourg L 2014 Luxembourg |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF UBS AG NEW YORK 1-1000 c/o UBS AG, NEW YORK 1285 AVENUE OF THE AMERICAS, 11th FLOOR NEW YORK, NEW YORK 10019 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF UBS CAYMAN REF GREENLAKE ARBITRAGE 1-1000 C/O UBS (CAYMAN) LIMITED UBS HOUSE P.O. BOX 852 GT 227 ELGIN AVENUE GRAND CAYMAN KY-1103 CAYMAN ISLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CREDIT SUISSE (BAHAMAS) C/O CREDIT SUISSE (BAHAMAS) BAHAMAS FINANCIAL CENTER, 4TH FL SHIRLEY & CHARLOTTE STREETS PO BOX n-4928 NASSAU BAHAMAS |
| BANQUE SUDAMERIS 701 BRICKELL AVENUE BARNET TOWNER, 9TH FLOOR MIAMI, FL 33131 | BANQUE MORGAN STANLEY SA 12 PLACE DE LA FUSTERIE CH-1211 GENEVA, SWITZERLAND | HSBC BANK USA 452 FIFTH AVENUE NEW YORK, NY 10018 |

CITIBANK (SWITZERLAND) ZURICH
BLEICHER WEG 10
8002 ZURICH, SWITZERLAND

CITIGROUP CENTRE
33 CANADA SQUARE
CANARY WHARF
LONDON E14 5LB
UNITED KINGDOM

CITIVIC NOMINEES LIMITED
PO BOX 18055
5 CARMELITE STREET
LONDON EC4Y OPA

BANQUE PRIVEE ESPIRITO SANTO SA
15 AVENUE DE MONTCHOISI
CASE POSTALE 390
1001 LOUSANNE, SUISSE
SWITZERLAND

DESERT ROSE LIMITED
250 W 39TH STREET, 8TH AVENUE
NEW YORK, NY 10018

MORGAN STANLEY & CO. INTERNATIONAL PLC
LONDON, ZURICH BRANCH
BAHNHOFSTRASSE 92
CH-8021
ZURICH, SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ZURICH CAPITAL
MARKETS COMPANY 1-1000
C/O ZURICH CAPITAL MARKETS COMPANY
LA TOUCHE HOUSE 3RD FLOOR, IFSC
DUBLIN 1
IRELAND

GEORGE M. CHALOS
CHALOS & CO P.C.
123 SOUTH ST.
OYSTER BAY, NY 11711
Attorneys for AL NAHYAN MANSOUR B ZAYED

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF AL NAHYAN
MANSOUR B ZAYED 1-1000
C/O AL NAHYAN MANSOUR B SAYED
PO BOX 6316
ABU DHABI
UNITED ARAB EMIRATES

Steptoe & Johnson LLP
750 Seventh Avenue
New York, New York 10019
Attorneys For Defendant Meritz Marine & Fire

Seong H. Kim
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Attorneys For Defendant Meritz Marine & Fire

SHIVA ETEKHAN
O'MELVENY & MEYERS LLP
7 TIMES SQUARE
NEW YORK, NY 10036
ATTORNEYS FOR CREDIT SUISSE (BAHAMAS)

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SG PRIVATE BANKING
(SUISSE) SA 1-1000
C/O SG PRIVATE BANKING (SUISSE) SA
PO BOX 220
AVENUE DE RUMINE 20
CH-1001 LAUSANNE
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SG PRIVATE BANKING
(SUISSE) SA 1-1000
RUE DE LA CORRATERIE 6
CASE POSTALE 5022
1211 GENEVE 11 – SWITZERLAND GE 1211 CH

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SG PRIVATE BANING
(SUISSE) SA 1-1000
C/O CORPORATION COMPANY OF MIAMI
201 S. BICAYNE BLVD., SUITE 1500 (BB)
MIAMI, FL 33131

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANCO ATLANTICO
(BAHAMAS) 1-1000
C/O BANCO ATLANTICO (BAHAMAS)
C/O BANCO ATLANTICO BANK & TRUST
LIMITED (BAHAMAS)
C/O FT CONSULTANTS LTD
PO BOX N-3932
NASSAU
BAHAMAS

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF BANCO ATLANTICO
(BAHAMAS) 1-1000
BANCO ATLANTICO (BAHAMAS)
PO BOX SS-6289
EAST BAY STREET
NASSAU, BAHAMAS

LUISA AND GRAZIELA STRINA
LUISA M STRINA
AV HIGIENOPOLIS 349-5
SAO PAULO 01238-001
BRAZIL

LUISA AND GRAZIELA STRINA
GALERIA LUISA STRINA
RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR
J01426-000 SÃO PAULO/SP, BRAZIL

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LUISA AND GRAZIELA
STRINA 1-1000
C/O STRINA LUISA AND GRAZIELA STRINA
LUISA M STRINA
AV HIGIENOPOLIS 349-5
SAO PAULO 01238-001
BRAZIL

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF
LUISA AND GRAZIELA STRINA 1-1000
C/O STRINA LUISA AND GRAZIELA STRINA
GALERIA LUISA STRINA
RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR
J01426-000 SÃO PAULO/SP, BRAZIL

LUISA AND GRAZIELA STRINA
200 EAST 10TH STREET APT# 513
NEW YORK, NEW YORK 10003

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LUISA AND GRAZIELA
STRINA DE TOLEDO ARRUDA 1-1000
200 EAST 10TH STREET APT# 513
NEW YORK, NEW YORK 10003

LUISA AND GRAZIELA STRINA
P.O. BOX 4817
NEW YORK, NEW YORK 10185

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LUISA AND GRAZIELA
STRINA DE TOLEDO ARRUDA 1-1000
P.O. BOX 4817
NEW YORK, NEW YORK 10185

LUISA AND GRAZIELA STRINA
P.O. BOX 1555
GREENWICH, CT 06836

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LUISA AND GRAZIELA
STRINA DE TOLEDO ARRUDA 1-1000
P.O. BOX 1555
GREENWICH, CT 06836

LUISA AND GRAZIELA STRINA
9900 KATY FWY
HOUSTON, TEXAS 77055

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LUISA AND GRAZIELA
STRINA DE TOLEDO ARRUDA 1-1000

9900 KATY FWY
HOUSTON, TEXAS 77055

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF EUROPEAN
FINANCIAL GROUP EFG SA
C/O EUROPEAN FINANCIAL GROUP EFG SA
RUE DU PUITS-SAINT-PIERRE 4
CP 3597
CH – 1211 GENEVE 3

JOHN J. LYNCH
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036

ATTORNEYS FOR DEFENDANT CREDITO
PRIVATO COMMERCIALE SA

Matthew Harris
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022

Attorney For Pictet & Cie

STEFAN MALLENBAUM
GREENBERG TRAURIG LLP
METLIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166
ATTORNEYS FOR
BANCO ATLANTICO GIBRALTAR

---

DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
ATTORNEYS FOR DEFENDANT FIBI BANK
(SWITZERLAND)

BENEFICIAL OWENRS OF THE ACCOUNTS
HELD IN THE NAME OF FIBI BANK
(SWITZERLAND) 1-1000
C/O FIBI BANK (SWITZERLAND)
SEESTRASSE 61
POSTFACH
CH-8027 ZURICH
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FIBI BANK
(SWITZERLAND) 1-1000
C/O FIBI BANK (SWITZERLAND)
BLEICHER WEG 5
POSTFACH
CH – 8022 ZURICH

---

WESTERN SECURITIES LIMITED
PO BOX 310370
MIAMI, FL 33231-0370

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF WESTON SECURITIES
LIITED 1-1000
C/O WESTERN SECURITIES LIMITED
PO BOX 310370
MIAMI, FL 33231-0370

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF SG HAMBROS BANK (CHANNEL ISLANDS)
LIMITED – GUERNSEY 1-1000
SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED –
GUERNSEY BRANCH
P.O. BOX 6 HAMBRO HOUSE
ST. JULIAN'S AVENUE, ST. PETER PORT
GUERNSEY, CHANNEL ISLANDS
Channel Islands GY1 3AE

---

HAMBROS GUERNSEY NOMINEES
C/O SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

---

SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED –
GUERNSEY BRANCH
P.O. BOX 6 HAMBRO HOUSE
ST. JULIAN'S AVENUE, ST. PETER PORT
GUERNSEY, CHANNEL ISLANDS
Channel Islands GY1 3AE

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF HAMBROS GUERNSEY NOMINEES 1-1000
C/O SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF SG HAMBROS NOMINEES (JERSEY) 1-1000
C/O SG HAMBROS NOMINEES (JERSEY)
13 BROAD STREET, ST HELIER, PO BOX 78
JERSEY-JE4 8PR
GUERNSEY, CHANNEL ISLANDS

---

ABN Amro Schweiz AG
CGC NV
Beethovenstrasse 33
8002- Zurich
Switzerland

Adler and Co Privatbank AG
CGC NV
Claridenstrasse 22
CH-8022 Zurich
Switzerland

Allianzbank SPA/Unifortune Conservative Side Pocket
CGC NV/CGC NV
Via Donizetti 53
Milan 20128
Italy

---

Alternative Investment Strategies
CGC NV
C/O Absolute Performance Ltd
Bamboo Gate
11 Harbour Road
Paget PG 03
Bermuda

Arsenal SPC
CGC NV
Corporate Centre West Bay Road
PO Box 31106 SMB
Grand Cayman
Cayman Islands

Arsenal SPC Obo Glasgow Seg Port
CGC NV
Rue de la Croix 19
1203 Geneva
Switzerland

---

Bank Sarasin & Cie
CGC NV
Elizabethenstrasse 62
CH-4002 Basel
Switzerland

Banque Cantonale Vaudoise
CGC NV
Place St Francois 14
CH-1001 Lausanne
Switzerland

Banque Cramer & Cie SA Ex BPG
CGC NV
20-22 Avenue de Miremont
PO Box 403
CH-1211 Geneva 12
Switzerland

---

Banque Safdie SA
CGC NV Ref Banque Safdie
1 Rue de la Tour de L'Ile
Case Postale 5415
1211 11 Geneva
Switzerland

Barclay's Bank Plc Singapore Wealth
CGC NV Ref Barclays Singapore Wealth
Level 28 One Raffles Quay
South Tower
Singapore 048583
Singapore

BBH Lux Fairfield Guardian II
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

---

BNP Paribas (Suisse) SA
CGC NV
2 Place de Hollande
Case Postale
CH-1211 Geneva
Switzerland

BNP Paribas (Suisse) SA Private
CGC NV
2 Place de Hollande Case Postale
CH-1211 Geneva
Switzerland

BSI AG
CGC NV
Via Peri 23
CH-6901 Lugano
Switzerland

BSI Ex Banca del Gottardo  
CGC NV  
Viale S Franscini 8  
CH-6900 Lugano  
Switzerland  

Caceis Bank Luxembourg  
CGC NV Cail CFM  
5 Allee Scheffer  
Luxembourg L -2520  
Luxembourg  

Brian Dunefsky  
Withers Bergman LLP  
430 Park Avenue  
New York, New York 10022  
Attorneys for Centrum Bank AG  

CBH - Compagnie Bancaire Helvetique  
CGC NV  
Route de Chancy 6B  
Case Postale 64  
CH-1211 Geneva 8  
Switzerland  

Centrum Bank AG (Ams)  
CGC NV  
Kirchstrasse 3  
Postfach 1168  
Vaduz FL 9490  
Liechtenstein  

BCV Amc Defensive Alt Fund CHF  
CGC NV  
Place St Francois  
CH-1001 Lausanne  
Switzerland  

Clariden Leu Ltd  
CGC NV  
Bahhofstrasse 32  
PO Box  
CH-8070 Zurich  
Switzerland  

Corner Banca SA  
CGC NV  
Via Canova 16  
CH-6901 Lugano  
Switzerland  

Credit Suisse AG Zurich  
CGC NV  
PO Box 300  
Uetlibergstrasse 231  
CH-8070 Zurich  
Switzerland  

Dorothy Heyl  
Milbank, Tweed, Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY 10005-1413  
Attorneys for Dresdner Bank Schweiz, LG Bank in Liechtenstein AG  

Dexia Banque International A Luxembourg  
CGC NV  
69 Route D'Esch  
Luxembourg L-2953  
Luxembourg  

EFG Eurofinancier D'Invest MCL  
CGC NV Ref EFG MC  
Villa les Aigles  
15 Avenue D'Ostenede  
Monaco MC 9800  

Fairfield Lambda  
CGC NV  
Governor's Square  
Building 6 2nd Floor  
23 Lime Tree Bay Avenue  
Grand Cayman KY1 1205  
Cayman Islands  

Falcon Private Bank Ltd  
CBC A/C 299920/CGC NV  
Pelikanstrasse 37  
PO Box 1376  
CH-8021 Zurich  
Switzerland  

EFG Bank SA Switzerland  
CGC NV - Reinvest  
24 Quai du Seujet  
CH-1211 Geneva 2  
Switzerland  

Eric Fishman  
Pillsbury  
1540 Broadway  
New York, NY 10036-4039  
Attorneys for Falcon Private Bank, Incore Bank AG  

Charles C. Platt  
WilmerHale  
399 Park Avenue  
New York, NY 10022 USA  
Attorneys for Finter Bank Zurich, Bank Sarasin & Cie AG, Banca Scizzera Italiana (BSI), BSI Ex Banca Del Gottardo, IHAG Handelsbank, Corner Banca SA, PKB Privatbank AG  

Finter Bank Zurich  
CGC NV  
Corso S Gottardo 35  
CH-6830 Chiasso  
Switzerland  

Harmony Capital Fund Ltd  
CGC NV Ref Harmony Capital  
C/O Jason Capital Partners LLP  
28 Grosvenor Street  
London W1K 4QR  
UK  

IHAG Handelsbank AG  
CGC NV  
Bleicherweg 18  
8022- Zurich  
Switzerland  

Incore Bank AG  
CGC NV  
Dreikoenigstr 8  
CH-8022 Zurich  
Switzerland  

JP Morgan (Suisse) SA  
CGC NV JPMS  
PO Box 5160  
Rue de la Confederation 8  
CH-1211 Geneva 11  
Switzerland  

NBK Banqe Privee Suisse SA  
CGC NV Ref Nat Bank of Kuwait  
Quai du Mont Blanc 21  
PO Box 1923  
Geneva 1  
Switzerland  

Jascha D. Preuss  
Reiss + Preuss LLP  
1350 Avenue of the Americas, Suite 2900  
New York, NY 10019  
Attorneys for Liechtensteinische Landesbank Aktiengesellschaft  

Liechtensteinische LB Reinvest Ams  
CGC NV  
Liechtensteinische Landesbank AG  
Staedtle 44  
Vaduz FL-94940  
Liechtenstein  

Llyods TSB Bank Geneva  
CGC NV  
Place Bel-Air 1  
CH-1211 Geneva 2  
Switzerland  

Lombard Odier Darier Hentsch & Cie  
CGC NV  
Rue de la Corraterie 11  
1204 Geneva  
Switzerland  

PKB Privatbank AG  
CGC NV  
Via Balestra 1  
CH-6901 Lugano  
Switzerland  

Private Space Ltd  
CGC NV  
7 Rue du Gabian  
MC 98000 Monaco  
Monaco  

RBC Dexia Inv Ser Julius Baer SICAV  
CBC A/C 299920 Dex  
Dexia Fund Services  
69 Route D'Esch  
Luxembourg L-2953  
Luxembourg

RBS Coutts Bank Ltd
CGC NV
PO Box 2200
Stauffacherstrasse 1
CH-8022 Zurich
Switzerland

Rothschild Bank AG Zurich (Dub)
CGC NV
Zollikerstrasse 181
CH-8034 Zurich
Switzerland

Rothschild Bank Geneva (Dublin)
CGC NV
Banca Privee Edmond de Rothschild
18 rue de Hesse
CH-1204 Geneva
Switzerland

Rothschild Lugano Du
CGC NV
Banca Privee Edmond de Rothschild Lugano SA
Via Ginevra 2
CH-6900 Lugano
Switzerland

Sella Bank AG
CGC NV
Corso Elvezia 9
CH-6900 Lugano
Switzerland

SIS Seganintersettle
CGC NV
Baslerstrasse 100
CH-4601 Olten
Switzerland

Societe Generale Bank & Trust
CGC NV
11-13 Avenue Emile Reuter
Luxembourg L-2420
Luxembourg

Master Capital and Hedge Fund, Ltd.
Registered Office
Attn: Graham Cook
TMF (BVI) Limited
TMF Place
P.O. Box 964
Road Town, Tortola
British Virgin Islands

Swisscanto Fd Centre Clients
CGC NV
4th Floor 51 Moorgate
London EC2R 6BH
UK

Julian W. Friedman
Stillman, Friedman & Shectman, PC
425 Park Avenue
New York, NY 10022
Attorneys for Springer Fund of Funds Ltd

T1 Global Fund Ltd
CGC NV
C/O Trust and Gain Asset Management
Corso San Gottardo 46
6830 Chiasso
Switzerland

Teorema Alternative Strategies
CGC NV
PO Box 31106 SMB
Corporate Centre West Bay Road
Grand Cayman
Cayman Island

UBS AG Zurich
CGC NV/CGC NV
Ref UBS Zurich/CBC A/C 299920
UBS Wealth Management
Badenerstrasse 574/C
CH-8098 Zurich
Switzerland

UBS Jersey Nominees
CGC NV/CGC NV - UBS Jersey
PO Box 350
24 Union Street
St Helier JE4 8UJ
Jersey

Verwaltungs und Privat-Bank AG Aktiengesellschaft (Ams)
CGC NV
Im Zentrum
Vaduz FL-9490
Liechtenstein

Vorarlberger Landes Und Hypothekenbank Akiengesellscharft
CGC NV
Hypo-Passage 1
Bregenz 6900
Austria

Alexander T. Korn
Fried Frank
One New York Plaza
New York, New York 10004
Attorneys for Verwaltungs Und Privat-Bank AG

Stephen M. Harnik
Harnik & Finkelstein LLP
645 Fifth Avenue
New York, NY 10022
Attorneys for Vorarlberger Landes –
und Hypothekenbank

Citco Bank & Trust / HSBC
Citco Global Custody (NA) NV
Windward 1, 2nd Floor,
Regatta Office Park
West Bay Road
PO BOX 31105 SMB
Geaorge Town KY1-1205
Grand Cayman

UBS AG New York Branch as Agent
Citco Global Custody (NA) NV FBO UBS New York Branch as Agent
1285 AVENUE OF THE AMERICAS, 11th FLOOR
NEW YORK, NEW YORK 10019

Shawn J. Rabin
Mary Ritter
Susman Godfrey LLP
560 Lexington Avenue, 15th Floor
New York, NY 10022
Attorneys for Karla Multistrategies Ltd,
Soundview Fund, Richourt AAA Multistrategies

CBT Gems Low Vol Reg
Citco Global Custody (NA) NV
One Montague Place 1st Floor
East Bay Street
PO BOX N-4906
Nassau
Bahamas

Richourt AAA Multistrategies
Citco Global Custody (NA) NV
Telstone 8 Teleport
1043 BW Amsterdam
The Netherlands

Citco Trustees Cayman Ltd AS
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Banca Unione di Credito
CGC NV - Cash
Piazza Dante 7
CH-6901 Lugano
Switzerland

FIF Advanced Ltd
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Norris D. Wolff
Kleinberg, Kaplan, Wolf & Cohen PC
551 Fifth Avenue, 18th Fl
New York, NY 10176
Attorneys for Quasar Fund Spc Class A and Class B CGC NV

Quasar Fund SPC Class A and Class B
Registered Office
Attn: Jarrod Farley
Maples Corporate Service Limited
P.O. Box 309, Ugland House
South Church Street, George Town
Grand Cayman KY1-1104
Cayman Islands

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attorneys for KBC Investments Ltd.

Soundview Fund  
Citco Global Custody (NA) NV  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands

Fairfield Masters Ltd  
CGC NV  
Fairfield Greenwich Group  
Finance Group  
919 Third Avenue  
New York 10022

Fairfield Investment Fd Ltd  
CGC NV  
Fairfield Greenwich Group  
Finance Group  
919 Third Avenue  
New York 10022

Fairfield Inv GCI JPY  
CGC NV  
Fairfield Greenwich Group  
Finance Group  
919 Third Avenue  
New York 10022

BANQUE PRIVEE EDMOND DE ROTHSCHILD (EUROPE)  
20 BOULEVARD EMMANUEL SERVAIS  
L-2535  
LUXEMBOURG

RBC DOMINION SECURITIES SUB A/C  
155 WELLINGTON STREET WEST, 17TH FLOOR  
TORONTO, ONTARIO  
M5V 3K7  
CANADA

SCHRODER & CO. (ASIA) LTD.  
11 BEACH ROAD  
#06-01  
CRASCO BUILDING  
SINGAPORE 189675

Beneficial Owners of the Accounts Held in the  
Name of Clarks Fork Foundation 1-1000  
c/o Clarks Fork Foundation  
270 East Westminister Road, Suite 300  
Lake Forest, IL 60045

CLARKS FORK FOUNDATION  
270 EAST WESTMINISTER ROAD  
SUITE 300  
LAKE FOREST, IL 60045  
Attn: Margaret S. Hart

FS MIZRAHI TEFAHOT BANK LTD.  
7 JABOTINSKY STREET  
52520  
RAMAT GAN  
ISRAEL

BANQUE SYZ & CO. S.A.  
RUE DU RHONE 30  
P.O. BOX 5015  
CH-1211  
GENEVA 11  
SWITZERLAND

BANQUE PIGUET & CIE S.A.  
PLACE DE L' UNIVERSITE 5  
CH 1205  
GENEVA  
SWITZERLAND

LOMBARDY PROPERTIES LIMITED  
19111 COLLINS AVENUE APT # 1605  
SUNNY ISLES BEACH, FLORIDA 33160

FUND NOMINEES LIMITED  
P.O. BOX 328  
ST. PETER PORT  
GUERNSEY GY1 3TY

JUAN JOSE LACROZE  
3450 NW 113TH COURT  
MIAMI, FLORIDA 33178

ALTON SELECT L.P.  
REGISTERED AGENT  
CORPORATION SERVICE COMPANY  
2711 CENTERVILLE ROAD  
SUITE 400  
WILMINGTON, DE 19808

ALTON SELECT L.P.  
ALTON SELECT LTD.  
2875 NE191 STREET  
SUITE 904  
AVENTURA, FLORIDA 33180

BANQUE SUDAMERIS  
701 BRICKELL AVENUE, 9TH FLOOR  
MIAMI, FL 33131

FS ABN AMBRO GLOBAL CUSTODY  
GUSTAV MAHLERAAN 10  
1082 PP AMSTERDAM  
THE NETHERLANDS

SG PRIVATE BANKING (SUISSE) SA  
REGISTERED ADDRESS IN THE UNITED STATES  
701 BRICKELL AVENUE, SUITE 2410  
MIAMI, FL 33131

SHERLI ELGHANIAN KRAYEM  
3251 PROSPECT STREET NW,  
UNIT: R-318  
GEORGETOWN  
WASHINGTON, DC 20007

SHERLI ELGANIAN KRAYEM  
16A LOWNDES SQ  
LONDON SWIZ 9HB  
UNITED KINGDOM

FS/ODDE & CIE  
C/O EUROCLEAR BANK S.A./N.V.  
1 BOULEVARD DU ROI ALBERT II  
B-1210 BRUSSELS  
BELGIUM

BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION  
PRINCIPAL HEADQUARTERS  
100 NORTH TRYON STREET  
CHARLOTTE, NC 28202

BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION  
REGISTERED ADDRESS  
PO BOX 831575  
DALLAS, TX 75283

Citibank NA London  
Citigroup Centre  
Canada Square  
Canary Wharf  
London E14 5LB

Bank of America, National Trust And Savings Association  
100 N Tryon Street  
Charlotte, NC 28255  
Attn: Brian Moynihan

ROPES & GRAY LLP  
ROBERT S. FISCHLER  
MARTIN J. CRISP  
1211 AVENUE OF THE AMERICAS  
NEW YORK, NEW YORK 10036  
Attorneys For Defendant  
SCHRODER & CO. (ASIA) LTD.

Caceis Bank Luxembourg  
5 Allee Scheffer  
L-2520 Luxembourg  
Luxembourg

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CITIVIC NOMINEES LIMITED 1-1000<br><br>CITIGROUP CENTRE<br>CANADA SQUARE<br>CANARY WHARF<br>LONDON E14 5LB<br>UNITED KINGDOM | CITIVIC NOMINEES LIMITED<br><br>REGISTERED ADDRESS<br>CITIGROUP CENTRE<br>CANADA SQUARE<br>CANARY WHARF<br>LONDON E14 5LB<br>UNITED KINGDOM | BNP Paribas Securities Services Luxembourg<br>33 Rue de Gasperich<br>Howard Hesperange<br>2085 Luxembourg<br>Luxembourg |
| Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Jose Ignacio Goirgolzarri | Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Francisco Gonzalez | F/S HSBC Private Banking Nom<br>Registered Address<br>c/o Euroclear Bank SA/NV<br>1 Boulevard du Roi Albert II<br>1210 Brussels<br>Belgium |
| HSBC INSTITUTIONAL TRUST SERVICES (ASIA)<br>28/F & 29/F DORSET HOUSE<br>TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG | HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED<br>39/F DORSET HOUSE TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG<br>Attn: Douglas J. Flint | HSBC Securities Services (Luxembourg) SA<br>40 Avenue Monterey<br>L 2163 Luxembourg |
| CREDIT SUISSE INTERNATIONAL<br>ONE CABOT SQUARE<br>E14 4QJ LONDON<br>UNITED KINGDOM<br>Attn: Eric Varvel | FS ODDO & CIE<br>12 bd de la Madeleine<br>75440 PARIS CEDEX 09<br>FRANCE<br>Attn: Francois Leve | BNP Paribas Luxembourg<br>Registered Address<br>Siege Social<br>10A Boulevard Royal<br>L-2093 Luxembourg<br>Luxembourg |
| HSBC Private Bank (Suisse) SA<br>2 Quai General Guisan<br>P.O. Box 3580<br>CH-1211Geneva<br>Switzerland | Zurich Capital Markets Company<br>La Touche House 3rd Floor, IFSC<br>Dublin 1<br>Ireland | Robinson & Co.<br>The Bank of Bermuda LTD<br>P.O. Box HM 1020<br>6 Front Street<br>HM 11 Hamilton<br>Bermuda |
| PATTON BOGGS LLP<br>ANTHONY NGUYEN<br>1185 AVENUE OF THE AMERICAS, 30TH FLOOR<br>NEW YORK, NEW YORK 10036<br>Attorneys For Defendant<br>THEODOOR GGC AMSTERDAM | CRAVATH SWAINE & MOORE LLP<br>DAVID GREENWALD<br>RICHARD LEVIN<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NEW YORK 10019<br>Attorneys For Defendant<br>BANQUE SYZ & CO. | ARNOLD & PORTER LLP<br>KELLY M. BARRETT<br>399 PARK AVENUE<br>NEW YORK, NEW YORK 10022<br><br>ATTORNEY FOR DEFENDANTS<br>MERRILL LYNCH PIERCE, FENNER & SMITH, INC.,<br>FS MIZRAHI TEFAHOT BANK, LTD.<br>MERRILL LYNCH INTERNATIONAL<br>BANC OF AMERICA SECURITIES<br>ISRAEL DISCOUNT BANK, LTD. |
| FLEMMING ZULACK WILLIAMSON ZAUDERER LLP<br>JOHN F. ZULACK<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK 10006<br>Attorneys For Defendants<br>Banque Privee Edmond de Rothschild Europe, Banque Piguet & Cie, SA, Hambros Guernsey Nominees Ltd, SG Hambros Nominees Jersey, SG Hambros Bank Channel Islands, And Campagnie Bancaire Helvetique SA; Banque de Commerce et de Placements | DLA PIPER LLP<br>Christopher P. Hall<br>ROBERT A. JOHNSTON, JR.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020<br><br>Attorneys For Defendant<br>Bank Hapoalim Switzerland Ltd. And Banco Inversis; Banca Arner | HSBC Private Bank (Guernsey) Ltd<br>Registered Address<br>Park Place<br>Park Street<br>St. Peter Port<br>Guernsey GY 1 1EE<br>Channel Islands |
| Latham & Watkins<br>885 Third Avenue<br>New York, New York 10022<br>Attorneys For Defendant<br>ABN Amro Schweiz AG<br>ABN Amro Global Custody | VONTOBEL ASSET MANAGEMENT<br>TODISTRASSE 27<br>ZURICH, SWITZERLAND, CH-8022<br>ATTN: BEAT NAEGELI | **David Livshiz**<br>**CLEARY Gottlieb Steen & Hamilton LLP**<br>**ONE LIBERTY PLAZA**<br>**NEW YORK, NEW YORK 10006**<br>Attorneys for Defendants HSBC Private Bank (Suisse) SA, HSBC Securities Services (Luxembourg) SA, HSBC Bank USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis Bank Luxembourg, Citibank NA London, Citibank (Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP Paribas Securities Services Luxembourg, BNP Paribas Luxembourg SA, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, and BNP Paribas (Suisse) SA Private |
| SULLIVAN & CROMWELL LLP<br>125 BROAD STREET<br>NEW YORK, NEW YORK 10004<br>Attorneys For Defendant<br>SAFRA NATIONAL BANK<br>OF NEW YORK | BANQUE SUDAMERIS<br>REGISTERED AGENT<br>CORPORATE CREATIONS NETWORK INC<br>11380 PROSPERITY FAMRS ROAD #221E<br>PALM BEACH GARDENS, FL 33410 | VONTOBEL ASSET MANAGEMENT<br>REGISTERED AGENT<br>CT CORPORATION SYSTEM<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| SG PRIVATE BANKING (SUISSE) SA<br>RUE DE LA CORRATERIE 6 – CP 5022<br>1211 GENEVE 11 SWITZERLAND GE 1211 CH<br>ATTN: DANIEL TRUCHI | SG PRIVATE BANKING (SUISSE) SA<br>REGISTERED AGENT<br>201 S. BISCAYNE BOULEVARD, SUITE 1500<br>MIAMI, FL 33131 | VONTOBEL ASSET MANAGEMENT, INC.<br>1540 BROADWAY, 38 TH FLOOR<br>NEW YORK, NY 10036 |

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: FRANCISCO GONZALEZ

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: GUILLAUME LEJOINDRE

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: YVES THIEFFRY

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JEAN-FRANCOIS PAQUEREAU

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JOSEPH TOSON

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: ALBERTO VALENZUELA

MIZRAHI TEFAHOT BANK LTD
JABOTINSKY STREET, 7 – P.O. BOX 3450
52136 RAMAT GAN
ISRAEL
ATTN: ELIEZER YONES

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: JOSE IGNACIO GOIRGOLZARRI

VONTOBEL ASSET MANAGEMENT, INC.
C/O VONTOBEL HOLDING AG
GOTTHARDSTRASSE 43
CH-8022 ZÜRICH

BANK OF AMERICA, NATIONAL ASSOCIATION
100 N TRYON STREET
CHARLOTTE, NC 28255
ATTN: BRIAN MOYNIHAN

Walter Noel, Jr.
c/o Andrew Hammond
White & Case
1155 Avenue of the Americas
New York, New York
10036-2787

NOMURA INTERNATIONAL PLC
NOMURA HOUSE
1 ST MARTINS LE GRAND
EC1A 4NP LONDON
UK

SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004

AMANDA M. MCGOVERN
BROWN AND HELLER, P.A.
ONE BISCAYNE TOWER, 15TH FLOOR
2 BISCAYNE BOULEVARD
MIAMI, FL 33131

MARK CUNHA
PETER E. KRAZOFF
MICHAEL J. CHEPIGA
SIMPSON THACHER & BARLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NEW YORK

PRICEWATERHOUSECOOPERS LLP
ROYAL TRUST TOWER
TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3000
TORONTO, ONTARIO M5K 1G8, CANADA

SEAN F. O'SHEA
MICHAEL PETRELLA
O'SHEA PARTNERS LLP
521 FIFTH AVENUE, 25TH FLOOR
NEW YORK, NY 10175

TIMOTHY A. DUFFY
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, ILLINOIS 60654
Attorneys For Defendant
PricewaterhouseCoopers LLP

PRICEWATERHOUSECOOPERS ACCOUNTANTS N.V.
THOMAS R. MALTHUSSTRAAT 5
1066JR AMSTERDAM

WILLIAM R. MAQUIRE
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

IRVING H. PICARD, AS TRUSTEE
DAVID J. SHEEHAN
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA,
11TH FLOOR
NEW YORK, NEW YORK 10111

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

THOMAS L. LONG
SHERRI B. LAZEAR
BAKER & HOSTETLER LLP
CAPITAL SQUARE, SUITE 2100
65 EAST STATE STREET
COLUMBUS, OHIO 43215-4260

MILBERG LLP
ONE PENNSYLVANIA PLAZA, 49TH FLOOR
NEW YORK, NEW YORK 10119

PWC US
REGISTERED AGENT
RL&F SERVICE CORP.
ONE RODNEY SQUARE,
10TH FL. TENTH & KING STS.
P.O. BOX 551
WILMINGTON, DE 19801

PWC BERMUDA
DORCHESTER HOUSE
7 CHURCH STREET
HAMILTON, HM 11
BERMUDA

PWC INTERNATIONAL LIMITED
300 MADISON AVE.
NEW YORK, NY 10017

CITIGROUP GLOBAL MARKETS LIMITED
CITIGROUP CENTRE,
33 CANADA SQ.,
CANARY WHARF
LONDON E14 5LB, UNITED KINGDOM

Exotics Hedge Funds
Mail Code: AL03-0011
10 Aldermanbury
London
EC2V 7RF
UK

JPMORGAN SECURITIES LIMITED
125 LONDON WALL
EC2Y 5AJ LONDON, UNITED KINGDOM

| | | |
|---|---|---|
| MARK P. GOODMAN<br>HELEN V. CANTWELL<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | ROBERT J. ANELLO<br>EDWARD M. SPIRO<br>MORVILLO, ABRAMOWITZ, GRAND, IASON,<br>ANELLO & BOHRER, P.C.<br>565 FIFTH AVENUE<br>NEW YORK, NY 10017 | ANDREW LEVANDER<br>DAVID HOFFNER<br>DECHERT LLP<br>1095 AVEVUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| KENNETH A. ZITTER<br>LAW OFFICES OF KENNETH A. ZITTER<br>260 MADISON AVENUE, 18TH FLOOR<br>NEW YORK, NY 10016 | MARC KASOWITZ<br>DANIEL J. FETTERMAN<br>KASOWITZ BENSON TORRIS & FRIEDMAN LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 | PETER PAUL SCHMID<br>RUE DE LA ROTISSERIE 2<br>CASE POSTALE 5469<br>CH 1211 GENEVE 11<br>SWITZERLAND |
| KATTEN MUCHIN ROSENMAN LLP<br>575 MADISON AVENUE<br>NEW YORK, NEW YORK 10022<br>ATTORNEYS FOR HARMONY CAPITAL FUND LTD<br>& ENDURANCE ABSOLUTE LTD. MASTER,<br>BROWN BROTHERS HARRIMAN & CO | CHARLES C. PLATT<br>WILMERHALE<br>399 PARK AVENUE<br>NEW YORK, NY 10022 USA<br>ATTORNEYS FOR SNS GLOBAL CUSTODY | ANDREWS KURTH LLP<br>450 Lexington Avenue, 15th Floor<br>New York, New York 10017<br>Attorneys For Defendant<br>Tercas-Cassa di Risparmio della<br>Provincia di Teramo S.P.A. |
| Phillippe Zimmerman<br>Jay Fialkoff<br>MOSES & SINGER LLP<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>ATTORNEYS FOR DEFENDANT<br>DEUTSCHE BANK (SUISSE) SA GENEVE | Jack Cooney<br>McKool Smith<br>One Bryant park, 47th Floor<br>New York, New York 10036<br>Attorneys For ING Bank (Suisse) SA,<br>Bank Julius Baer & Co. Ltd. | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK 10006<br>ATTORNEYS FOR CDC IXIS |
| CAMERON SMITH<br>LATHAM & WATKINS LLP<br>885 THIRD AVENUE<br>NEW YORK, NY 10022-4834<br>ATTORNEYS FOR FORTIS ISLE OF MAN | John J. Sparacino<br>Joseph P. Rovira<br>ANDREWS KURTH LLP<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Attorneys For Defendant<br>Tercas-Cassa di Risparmio della Provincia di Teramo S.P.A. | Banco Santander (Suisse) S.A.<br>Rue du Puits-Saint Pierre 4<br>CP 3597, CH-1211<br>Geneve 3, Switzerland |
| Banco Santander (Suisse) S.A.<br>5-7 rue Ami-Lévrier<br>Case postale 1256<br>1211 Genève 1<br>Suisse | Beneficial Owners of the Accounts Held in the Name of Banco Santander (Suisse) S.A. N.V. 1-1000<br>c/o Banco Santander (Suisse) S.A.<br>Rue du Puits-Saint Pierre 4<br>CP 3597, CH-1211<br>Geneve 3, Switzerland | Beneficial Owners of the Accounts Held in the Name of<br>Banco Santander (Suisse) S.A. N.V. 1-1000<br>c/o Banco Santander (Suisse) S.A.<br>5-7 rue Ami-Lévrier<br>Case postale 1256<br>1211 Genève 1<br>Suisse |
| BANCO ATLANTICO (BAHAMAS)<br>C/O BANCO ATLANTICO BANK & TRUST LIMITED (BAHAMAS)<br>C/O FT CONSULTANTS LTD<br>PO BOX N-3932<br>NASSAU, BAHAMAS | BANCO ATLANTICO (BAHAMAS)<br>PO BOX SS-6289<br>EAST BAY STREET<br>NASSAU, BAHAMAS | RICHARD HADDAD, ESQ.<br>OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>230 PARK AVENUE<br>NEW YORK, NEW YORK 10169<br>ATTORNEYS FOR BANCO ATLANTICO (BAHAMAS) |
| Arden International Capital Limited<br>Registered Address<br>350 Park Avenue, 29th Floor<br>New York, New York 10022 | Blubank Ltd.<br>Avenue Aquilino de la Guardia, 16th Floor,<br>Torre Banco General Building, 87-0553 Panama 7,<br>Republic of Panama | Cameron Smith<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York NY 10022-4834<br>Attorneys for Fortis (Isle of Man) Nominees Ltd |
| Samuel D. Levy<br>Wuersch & Gering LLP<br>100 Wall Street, 21st Floor<br>New York, New York 10005<br>Attorneys For Defendant Vontobel Asset Management | Regina Alter<br>Butzel Long LLP<br>380 Madison Avenue<br>New York, New York 10017<br>Attorneys For Defendant<br>Wall Street Securities SA | Lauren W. Mitchell<br>King & Spalding LLP<br>1185 Avenue of the Americas Suite 3400<br>New York, New York 10036<br>Attorneys For Defendant<br>NBK Banque Privee (Suisse) S.A.<br>And National Bank of Kuwait S.A.K. |
| Beneficial Owners of The Accounts Held In The name of Blubank Ltd. 1-1000<br>Avenue Aquilino de la Guardia, 16th Floor,<br>Torre Banco General Building, 87-0553 Panama 7,<br>Republic of Panama | Natixis Private Banking International SA<br>Registered Address<br>51 av J.F. Kennedy<br>L-1855<br>Luxembourg | Celfin International Limited<br>Registered Address<br>Avda. Apoquindo 3721<br>Piso 2 Las Condes<br>Santiago Chile |

Kevin P. Shea
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Attorneys For Defendant
Kay Torshen

FS Stichting Stroeve Global Custody
Keizersgracht 617
1017 DS Amsterdam
Noord-Holland
The Netherlands

Kredietbank SA Luxembourgeoise AC
Sigma Fund Valencia
43, Boulevard Royal
L-2955
Luxembourg

Banque Safra Luxembourg SA
Registered Address
10 A  Boulevard Joseph II
1840 Luxembourg

Bordier & Cie
Rue du Puits-Saint Pierre 4
CP 3597
CH-1211 Geneve 3
Switzerland

Hogan Lovells US LLP
Marc J. Gottridge, Esq.
875 Third Avenue
New York, NY  1002
Attorneys For Defendant Barclays Bank plc

Wiggin and Dana
Scott D. Corrigan, Esq.
450 Lexington Avenue, Suite 3800
New York, NY  10017-3913

Sanders Ortoli Vaughn Flam Rosenstadt
501 Madison Avenue, 14th Floor
New York, New York 10022
Attn: Eric Vaughn-Flam
Attorneys For Defendant
Sherli Elghanian Krayem

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attorneys For Defendant
Nomura International PLC

WACHTELL LIPTON ROSEN & KATZ
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019
Attorneys For Defendant
J.P. Morgan Securities Limited

Davidson & Grannum, LLP
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Attorneys For Defendant Banque Safdie

K&L Gates LLP
1601 K Street NW
Washington, DC 20006
Attorneys For Defendant
FS/AndBanc Andorra

K&L Gates LLP
State Street Financial Center
Once Lincoln Street
Boston, MA 02111
Attorneys For Defendant
FS/AndBanc Andorra

K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Attorneys For Defendant
FS/AndBanc Andorra

Scheichet & Davis P.C.
767 Third Avenue, 24th Floor
New York, New York 10017
Attorneys For Defendant
Oddo & Cie et al.

DGAM Alternative Strategy Fund L.P.
c/o UBS Fund Services (Cayman) Limited
Registered Address
P.O. Box 852 GT
UBS House
227 Elgin Avenue
Grand Cayman KY1-1103
Cayman Islands

PRS Investment Strategies Fund Class 4E
Registered Address
One Capital Place
P.O. Box 842
Georgetown, Grand Cayman
Cayman Islands

JP Morgan Securities Limited
Registered Address
125 London Wall
London EC2Y  5AS
United Kingdom

Dexia Private Bank (Switzerland)
Registered Address
Beethovenstrasse 48
P.O. Box 8039
Zurich, Switzerland

Dexia BIL For Customer Account
Registered Address
69 Route D'Esch
L-2953 Luxembourg
Luxembourg

Caceis Bank EX-IXIS IS
Registered Address
1-3 Place Valhubert
75206
Paris Cedex 13
France

Credit Suisse (Luxembourg) SA
Maestro Sicav (Lux) Finint Fund of Hedge Funds
Registered Address
56 Grand Rue
BP-40
L-1660 Luxembourg
Luxembourg

John A. Pintarelli

Morrison & Foerster
1290 Avenue of the Americas
New York, New York 10104

Attorneys For Defendant
Commercial Bank of Kuwait

Natexis Banques Populaires
Registered Address
45 Rue Saint Dominique
Paris 75007
France

BNP Paribas Private Bank And Trust Cayman Ltd.,
Tremont Market Neutral Portfolio Ltd.,

Registered Address
Piccadilly Center , 4th Floor
P.O. Box 10632 APO
Grand Cayman
Cayman Islands

BNP Paribas Private Bank And Trust Cayman Ltd.,
Tremont Market Neutral Portfolio Ltd.,

Registered Address
1013 Centre Road
Wilmington, Delaware 19805-1297

Beneficial Owners of Accounts Held In The
Name of BNP Paribas Private Bank And Trust
Cayman Ltd., 1-1000

Registered Address
Piccadilly Center , 4th Floor
P.O. Box 10632 APO
Grand Cayman
Cayman Islands

Beneficial Owners of Accounts Held In The
Name of BNP Paribas Private Bank And Trust
Cayman Ltd., 1-1000

Registered Address
1013 Centre Road
Wilmington, Delaware 19805-1297

Jay L. Westbrook

4707 Balcones Drive
Austin, Texas 78731

Attorney For Defendants
Banco Itau Europa Luxembourg SA

Banco Nominees (IOM) Limited
Registered Address
P.O. Box 34
12/13 Hill Street
Douglas IM99 1 BW
Isle of Man

Banco di Desio e Della Brianza
Zenit Altern. Inv. Zenit Master
Registered Address
Via E. Rovagnati
1  20033 DESIO (MB)
Italy

BNP Paribas Arbitrage SNC
Registered Address
3 Rue d' Antin
Cedex 02
Paris 75078
France

Royal Bank of Canada (Suisse)
Registered Address
Rue Diday 6
1211 Geneva 11
Switzerland

Sean M. Murphy
Milbank, Tweed, Hadley &
McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Attorneys For AXA Isle of Man A/C L&C

ANNE SEELIG
WU & KAO
747 THIRD AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10017
ATTORNEYS FOR DESERT ROSE GROUP LTD

Lance Gotthoffer
James C. McCarroll
John C. Scalzo

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Attorneys For Teorema Alternative Strategies
And Monte Paschi Ireland, Ltd.

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attorneys For Banco Itau Europa Luxembourg SA,
BBVA (Suisse) SA, Banco Bilbao Vizcaya
Argentaria, S.A. (BBVA Miami), And FS/BBVA
Miami

Shearman & Sterling LLP
Heather Lamberg Kafele
Keith Palfin
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
Attorneys For Banco Itau Europa Luxembourg SA,
BBVA (Suisse) SA, Banco Bilbao Vizcaya Argentaria, S.A.
(BBVA Miami), And FS/BBVA Miami

Robert Elkin
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Attorneys For Defendant
Bank Julius Baer & Co. Ltd.

Zeb Landsman
Alec Ostrow

Becker Glynn Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171

Attorneys For Defendant
Sumitomo Trust & Bank Co.

SCOTT D. CORRIGAN
WIGGIN AND DANA
450 LEXINGTON AVENUE, SUITE 3800
NEW YORK, NEW YORK 10017-3913
ATTORNEYS FOR DEFENDANTS BANK MORGAN
STANLEY AG

Credit Suisse Nominees

Registered Address
P.O. Box 368
Helvetia Court Les Echelons
South Esplanade
St. Peter Port
Guernsey GYI 3YJ Channel Islands

Roy A. Safanda
Carl F. Safanda

Safanda Law Firm
111 East Side Drive
Geneva, Illinois 60134

Attorneys For Defendant
Fabio Mendes

KB (CI) Nominees Ltd.

Registered Address
P.O. Box 76
West Centre
St. Helier
Jersey JE4 8PQ Channel Islands

Andrew Ditchfield

Davis Polk Wardwell LLP
450 Lexington Avenue
New York, New York 10017

Attorneys For Defendant
FCI IFP Global Diversified

Wilmer Hale LLP
60 State Street
Boston, Massachusetts 02109

Attorneys For SNS Global Custody

FS Stitching Stroeve Global Custody
Keizersgracht 617
1017 DS Amsterdam
Noord-Holland
The Netherlands

Beneficiaries of UBS Fund Services (Cayman)
Limited:
Corcovado Investment Fund, SPC
Queensgate House,
P.O. Box 1234 GT,
 Grand Cayman, Cayman Islands

Beneficial Owners of Accounts Held In
The Name of UBS AG New York 1-1000

Soriano S.A.
El Salvador 5161,
C (1414) BPS,
Capital Federal,
Buenos Aires, Argentina

UBS
Oxford Alternative Strategy Fund
P.O. Box 852,
George Town KY1-1103
Cayman Islands

Beneficiary of Kookmin Bank:
KITMC Stable Return Trust IV
 27-1, Yeouido-dong Yeongdeungpo-gu,
Seoul 150-745, South Korea

Chandrashekhar Gupta
Abacus Capital (S) Pte. Ltd.,
AIA Tower #22-01,
1 Robinson Road, Singapore

Beneficiary of Sherli Elghanian Krayem:
Roya Rebecca Elghanian
5 Brechin Place, Flat 4
London SW7  4QB
United Kingdom

Beneficiary of Sherli Elghanian Krayem:
Roya Rebecca Elghanian
19 Heathman's Road
Parsons Green SW6  4TJ
United Kingdom

David Rivkin
Fox Horan Camerini LLP
825 Third Avenue
New York, New York 10022

Attorney For Defendant Neue Bank

Kate Machan
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

Attorneys For Defendant Hansard Europe Limited

Jonathan Bach
Cooley LLP
1114 Avenue of the Americas
New York, New York 10036

Attorney For Defendant Banque de Luxembourg

Bridget E. Brown
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022

Attorney For Defendant ZCM Capital Markets

Citibank (Switzerland) AG a/k/a Citibank
(Switzerland) Zurich

Rue du Rhone 30
P.O. Box 5015, Ch-1211
Geneva 11
Switzerland

| | | |
|---|---|---|
| Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich<br><br>Bleicherweg 10<br>P.O. Box 3760<br>8021 Zurich<br>Switzerland | Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich<br><br>16 Quai General-Guisan<br>P.O. Box 3946<br>Ch-1211 Geneva 3<br>Switzerland | Beneficial Owners of Accounts Held In The Name of Citibank (Switzerland) AG 1-1000<br><br>Rue du Rhone 30<br>P.O. Box 5015, Ch-1211<br>Geneva 11<br>Switzerland |
| Beneficial Owners of Accounts Held In The Name of Citibank (Switzerland) AG 1-1000<br><br>Bleicherweg 10<br>P.O. Box 3760<br>8021 Zurich<br>Switzerland | Beneficial Owners of Accounts Held In The Name of Citibank (Switzerland) AG 1-1000<br><br>16 Quai General-Guisan<br>P.O. Box 3946<br>Ch-1211 Geneva 3<br>Switzerland | UBS Luxembourg SA<br>Registered Address<br>36-38 Grand-Rue Luxembourg<br>LU 1660<br>Luxembourg |
| Fortis Luxembourg<br>Registered Address<br>50 Avenue J.F. Kennedy<br>LU-1855<br>Luxembourg | Credit Agricole (Suisse) SA<br>Registered Address<br>Centre Administratif<br>Chemin de Beree 46-48<br>CH-1010 Lausanne 10<br>La Sallaz<br>Switzerland | Bank Julius Baer<br>Registered Address<br>Bahnhofstrasse 36<br>Postfach<br>CH-8100 Zurich<br>Switzerland |
| BP Alpha SA<br>Registered Address<br>Ruta 8 Km. 17.500 Edif. Zonamerica<br>Technologic Business Park Local 208<br>Montevideo, Uruguay | Javier Jose D' Ornellas<br>c/o BBVA Banco Frances S.A.<br>Reconquista 199<br>Buenos Aires 1006<br>Argentina | Drake & Co.<br>Registered Address<br>c/o Citibank NA-PBG/Sort 1553<br>One Court Square, 22nd Floor<br>Long Island City, New York 11120 |
| Shu Hua Hsu<br>c/o Capital Far East Ltd., 32/F<br>Costco Tower<br>Grand Millenium Plaza<br>No. 183 Queen's Road Central<br>Hong Kong | POBT Bank And Trust Limited<br>Registered Address<br>Fort Nassau Centre, 2nd Floor, Suite 202<br>Nassau, Bahamas | Schroder & Co. Bank AG<br>Registered Address<br>Central 2<br>8001 Zurich Postfach 1820<br>8021 Zurich<br>Switzerland |
| FS/Swedclient/IAM<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2nd Floor<br>Boulevard du Roi Albert II<br>B-1210 Brussels<br>Belgium | FS/AEB LUX<br>Registered Address<br>c/o Euroclear Bank SA/NV<br>Boulevard du Roi Albert II<br>B-1210 Brussels<br>Belgium | FS/AEB LUX<br>c/o Standard Chartered PLC, 9th Floor<br>6 Battery Road<br>Singapore 049909 |
| Ching-Yang Huang<br>13F No. 10 Lane 163 Jhengsin Road<br>Kaohsiung<br>Taiwan R.O.C. | Chin-Huan Shih<br>13F No. 10 Lane 163 Jhengsin Road<br>Kaohsiung<br>Taiwan R.O.C. | Banque SCS Alliance SA<br>Registered Address<br>Chancy 6B<br>Case Postale Geneve 8<br>Ch-1211<br>Switzerland |
| Mirabaud & Cie<br>Registered Address<br>29 Boulevard Georges-Favon<br>CH-1204<br>Geneva<br>Switzerland | UBS Fund Services (Ireland) Ltd.<br>Registered Address<br>1 George's Quay Plaza<br>2 Dublin<br>Ireland | Barclays Suisse<br>18-20 Chemin de Grange-Canal<br>P.O. Box 3941<br>CH-1211 Geneva 3<br>Switzerland |
| FS/NBK Kuwait<br>Registered Address<br>P.O. Box 95 Safat<br>13001 Kuwait<br>Abdullah Al Ahmad Street<br>Sharq<br>State of Kuwait | Nihon Unicom Corporation<br>Registered Address<br>1-38-11 Nihonbashi-Kakigarocho<br>Chuo-Ku<br>Tokyo 103-0014<br>Japan | FS/PROCAP/BRYAN GARNIER<br>c/o Euroclear Bank SA/NV RCB HRB<br>Boulevard du Roi Albert II<br>B-1210 Brussels<br>Belgium |
| Clearstream Banking SA<br>Registered Address<br>42 Avenue J.F. Kennedy<br>LU-1855<br>Luxembourg | Beneficiaries of Schroder & Co (Asia) Ltd.<br>Perenco SA<br>23-25 rue Dumont d' Urville<br>Paris, F-75116<br>France | Reid L. Ashinoff<br>Carole Neville<br>Justin N. Kattan<br>SNR Denton US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>Attorneys For Defendant EFG Bank AG And EFG (Luxembourg) S.A. |

Arden Endowment Advisers Limited
375 Park Avenue, 32nd Floor
New York, NY 10152-3200
Attn: Averell H. Mortimer

Arden Asset Management Inc.
375 Park Avenue, 32nd Floor
New York, NY 10152-3200
Attn: Averell H. Mortimer

Caliber Investments Ltd
c/o Dixon Truman Fisher & Clifford, P.C.
221 N. Buffalo Dr. #A
Las Vegas, NV 89145

FS/LAB/AXA PM
c/o Euroclear Bank SA/NV
Fundsettle Team, 2ndFloor
1 Boulevard du Roi Albert II
B-1210 Brussels, Belgium

Melrose Investments Ltd
785 Park Avenue, #8E
New York, NY 10021

Merrill Lynch International
2 King Edward Street,
London ECIA 1HQ
United Kingdom

NATIXIS f/k/a IXIS CORPORATE AND INVESTMENT BANK
47 Quai D'Austerlitz
75648 Paris
CEDEX 13
France

Hui-Liang Tsai and Chien-Hui Tu
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

TE-FANG TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

TE-HWA TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

TER-FUNG TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

TE-HUI TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

TE-YI TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

TE-FANG TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

TE-HWA TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

TER-FUNG TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

TE-HUI TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

TE-YI TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

BARFIELD NOMINEES LIMITED
P.O. Box 71
Trafalgar Court
Les Banques
St. Peter Port
Guernsey GY1 3DA
Channel Islands

BARFIELD NOMINEES LIMITED
c/o Arnold Ho
St. Julian's Ave.
St. Peter Port
Guernsey
Channel Islands

FS/BEWAARBEDRIJF BINCKBANK
Vijzelstraat 20
1017 HK Amsterdam
Netherlands

FS/Banque Generale Du Luxembourg
c/o BGL BNP Paribas
50, av. J.F. Kennedy
L-2951 Luxembourg

FS/BK HAPOALIM/B M TEL AVIV
Bank Hapoalim B.M.
P.O.B. 27
50 50 Rothschild Blvd
Tel Aviv
61000
Israel

GRAND CATHAY SECURITIES (HONG KONG) LIMITED
ICBC Tower
Rooms 705 & 706
Citibank Plaza
3 Garden Road
Hong Kong

HUANG LONG-YIN
Suite 2508
Cosco Tower
183 Queen's Road Central
Hong Kong

HUANG LONG-YIN
No. 552
Yang Hsin Road Sec. 2
Taiwan
R.O.C.

Marshall King
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166

Attorney For Defendant
UBS AG, New York

Daniel Kornstein
Kornstein Veisz Wexler & Polland LLP
757 Third Avenue
New York, New York 10017

Attorney for Defendant Barfield Nominees Limited

Beneficial Owners of Accounts Held in the Name of
Arden Endowment Advisers Limited 1-1000
c/o Arden Endowment Advisers Limited
375 Park Avenue, 32nd Floor
New York, NY 10152-3200
Attn: Averell H. Mortimer

Merrill Lynch International
Treasury Building
Lower Grand Canal Street
Dublin 2
Ireland

| | | |
|---|---|---|
| Beneficial Owners of Accounts Held in the Name of<br>Merrill Lynch International 1-1000<br>c/o Merrill Lynch International<br>Merrill Lynch International<br>2 King Edward Street,<br>London ECIA 1HQ<br>United Kingdom | Beneficial Owners of Accounts Held in the Name of<br>Merrill Lynch International 1-1000<br>c/o Merrill Lynch International<br>Treasury Building<br>Lower Grand Canal Street<br>Dublin 2<br>Ireland | Beneficial Owners of Accounts Held in the Name of<br>GRAND CATHAY SECURITIES (HONG KONG) LIMITED 1-1000<br>c/o GRAND CATHAY SECURITIES (HONG KONG) LIMITED<br>ICBC Tower<br>Rooms 705 & 706<br>Citibank Plaza<br>3 Garden Road<br>Hong Kong |
| Beneficial Owners of Accounts Held in the Name of<br>FS/BEWAARBEDRIJF BINCKBANK 1-1000<br>c/o FS/BEWAARBEDRIJF BINCKBANK<br>Vijzelstraat 20<br>1017 HK Amsterdam<br>Netherlands | FS/BEWAARBEDRIJF BINCKBANK<br>Barbara Strozzilaan 310<br>1083 HN Amsterdam<br>The Netherlands | Beneficial Owners of Accounts Held in the Name of<br>FS/BEWAARBEDRIJF BINCKBANK 1-1000<br>c/o FS/BEWAARBEDRIJF BINCKBANK<br>Barbara Strozzilaan 310<br>1083 HN Amsterdam<br>The Netherlands |
| FS/BEWAARBEDRIJF BINCKBANK<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2nd Floor<br>1 Boulevard du Roi Albert II<br>B-1210 Brussels, Belgium | Beneficial Owners of Accounts Held in the Name of<br>FS/BEWAARBEDRIJF BINCKBANK 1-1000<br>c/o FS/BEWAARBEDRIJF BINCKBANK<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2nd Floor<br>1 Boulevard du Roi Albert II<br>B-1210 Brussels, Belgium | FS/Banque Generale Du Luxembourg<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2nd Floor<br>1 Boulevard du Roi Albert II<br>B-1210 Brussels, Belgium |
| Huang Long-Yin<br>32/F Cosco Tower<br>Grand Millenium Plaza<br>No. 183 Queen's Road<br>Central Hong Kong | Beneficial Owners of Accounts Held in the Name of<br>Huang Long-Yin 1-1000<br>c/o Huang Long-Yin<br>32/F Cosco Tower<br>Grand Millenium Plaza<br>No. 183 Queen's Road<br>Central Hong Kong | Beneficial Owners of Accounts Held in the Name of<br>HUANG LONG-YIN 1-1000<br>c/o HUANG LONG-YIN<br>Suite 2508<br>Cosco Tower<br>183 Queen's Road Central<br>Hong Kong |
| Beneficial Owners of Accounts Held in the Name of<br>Huang Long-Yin 1-1000<br>c/o HUANG LONG-YIN<br>No. 552<br>Yang Hsin Road Sec. 2<br>Taiwan<br>R.O.C. | Beneficial Owners of Accounts Held in the Name of<br>FS/BK HAPOALIM/B M TEL AVIV 1-1000<br>c/o FS/BK HAPOALIM/B M TEL AVIV<br>Bank Hapoalim B.M.<br>P.O.B. 27<br>50 50 Rothschild Blvd<br>Tel Aviv<br>61000<br>Israel | FS/BK HAPOALIM/B M TEL AVIV<br>46 Rothschild Boulevard<br>66883 Tel Aviv<br>Israel |
| Beneficial Owners of Accounts Held in the Name of<br>FS/BK HAPOALIM/B M TEL AVIV 1-1000<br>c/o FS/BK HAPOALIM/B M TEL AVIV<br>c/o Bank Hapoalim BM<br>104 Hayarkon St.<br>Tel Aviv<br>63432<br>Israel | FS/BK HAPOALIM/B M TEL AVIV<br>c/o Bank Hapoalim BM<br>104 Hayarkon St.<br>Tel Aviv<br>63432<br>Israel | Beneficial Owners of Accounts Held in the Name of<br>FS/BK HAPOALIM/B M TEL AVIV 1-1000<br>c/o FS/BK HAPOALIM/B M TEL AVIV<br>46 Rothschild Boulevard<br>66883 Tel Aviv<br>Israel |
| FS/BK HAPOALIM/B M TEL AVIV<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2nd Floor<br>1 Boulevard du Roi Albert II<br>B-1210 Brussells, Belgium | Beneficial Owners of Accounts Held in the Name of<br>FS/BK HAPOALIM/B M TEL AVIV 1-1000<br>c/o FS/BK HAPOALIM/B M TEL AVIV<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2nd Floor<br>1 Boulevard du Roi Albert II<br>B-1210 Brussells, Belgium | Beneficial Owners of Accounts Held in the Name of<br>FS/LAB/AXA PM 1-1000<br>c/o FS/LAB/AXA PM<br>c/o Euroclear Bank SA/NV<br>Fundsettle Team, 2ndFloor<br>1 Boulevard du Roi Albert II<br>B-1210 Brussels, Belgium |
| Beneficial Owners of Accounts Held in the Name of<br>Hui-Liang Tsai and Chien-Hui Tu 1-1000<br>c/o Hui-Liang Tsai and Chien-Hui Tu<br>Suite 2508<br>Cosco Tower<br>183 Queen's Road Central<br>Hong Kong | Hui-Liang Tsai and Chien-Hui Tu<br>No. 126<br>37a – Lin Road<br>South District<br>Taiwan City<br>Taiwan ROC | Beneficial Owners of Accounts Held in the Name of<br>Hui-Liang Tsai and Chien-Hui Tu 1-1000<br>c/o Hui-Liang Tsai and Chien-Hui Tu<br>No. 126<br>37a – Lin Road<br>South District<br>Taiwan City<br>Taiwan ROC |
| Beneficial Owners of Accounts Held in the Name of<br>NATIXIS f/k/a IXIS CORPORATE AND INVESTMENT BANK 1-1000<br>c/o NATIXIS f/k/a IXIS CORPORATE AND INVESTMENT BANK<br>47 Quai D'Austerlitz<br>75648 Paris<br>CEDEX 13<br>France | NATIXIS f/k/a IXIS CORPORATE AND INVESTMENT BANK<br>Registered Office<br>30, avenue Pierre Mendes-France<br>75013 Paris<br>France | Beneficial Owners of Accounts Held in the Name of<br>NATIXIS f/k/a IXIS CORPORATE AND INVESTMENT BANK 1-1000<br>c/o NATIXIS f/k/a IXIS CORPORATE AND INVESTMENT BANK<br>Registered Office<br>30, avenue Pierre Mendes-France<br>75013 Paris<br>France |
| Beneficial Owners of Accounts Held in the Name of<br>TE-FANG TSAO 1-1000<br>c/o TE-FANG TSAO<br>8F<br>No. 136<br>Sec. 3<br>Ren-ai Rd.<br>Da-an District<br>Taipei City 106<br>Taiwan (R.O.C.) | Beneficial Owners of Accounts Held in the Name of<br>TE-HWA TSAO 1-1000<br>c/o TE-HWA TSAO<br>8F<br>No. 136<br>Sec. 3<br>Ren-ai Rd.<br>Da-an District<br>Taipei City 106<br>Taiwan (R.O.C.) | Beneficial Owners of Accounts Held in the Name of<br>TER-FUNG TSAO 1-1000<br>c/o TER-FUNG TSAO<br>8F<br>No. 136<br>Sec. 3<br>Ren-ai Rd.<br>Da-an District<br>Taipei City 106<br>Taiwan (R.O.C.) |

Beneficial Owners of Accounts Held in the Name of
TE-HUI TSAO 1-1000
c/o TE-HUI TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

Beneficial Owners of Accounts Held in the Name of
TE-YI TSAO 1-1000
c/o TE-YI TSAO
8F
No. 136
Sec. 3
Ren-ai Rd.
Da-an District
Taipei City 106
Taiwan (R.O.C.)

Beneficial Owners of Accounts Held in the Name of
TE-FANG TSAO 1-1000
c/o TE-FANG TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

Beneficial Owners of Accounts Held in the Name of
TE-HWA TSAO 1-1000
c/o TE-HWA TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

Beneficial Owners of Accounts Held in the Name of
TER-FUNG TSAO 1-1000
c/o TER-FUNG TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

Beneficial Owners of Accounts Held in the Name of
TE-HUI TSAO 1-1000
c/o TE-HUI TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

Beneficial Owners of Accounts Held in the Name of
TE-YI TSAO 1-1000
c/o TE-YI TSAO
c/o Capital Far East Limited
Suite 2508,
Cosco Tower
183 Queen's Road Central
Hong Kong

Beneficial Owners of Accounts Held in the Name of
Melrose Investments Ltd 1-1000
c/o Melrose Investments Ltd
785 Park Avenue, #8E
 New York, NY 10021

Melrose Investments Limited
c/o Maria del Socorro de Garces
785 Park Avenue, #8E
 New York, NY 10021

Beneficial Owners of Accounts Held in the Name of
BARFIELD NOMINEES LIMITED 1-1000
c/o BARFIELD NOMINEES LIMITED
P.O. Box 71
Trafalgar Court
Les Banques
St. Peter Port
Guernsey GY1 3DA
Channel Islands

Beneficial Owners of Accounts Held in the Name of
Melrose Investments Ltd 1-1000
c/o Melrose Investments Ltd
6800 Paradise Road
Las Vegas, NV 89119-3734

Melrose Investments Limited
6800 Paradise Road
Las Vegas, NV 89119-3734
Attn: Victor S. Gill

BARFIELD NOMINEES (IOM) LIMITED
P.O. Box 174
St. James' Chambers
Athol Street
Douglas, Isle of Man
IM1 1JE

Beneficial Owners of Accounts Held in the Name of
BARFIELD NOMINEES LIMITED 1-1000
c/o BARFIELD NOMINEES LIMITED
c/o Arnold Ho
St. Julian's Ave.
St. Peter Port
Guernsey
Channel Islands

Caliber Investments Ltd.
c/o Maria del Socorro de Garces
785 Park Avenue, #8E
 New York, NY 10021

Beneficial Owners of Accounts Held in the Name of
BARFIELD NOMINEES (IOM) LIMITED 1-1000
c/o BARFIELD NOMINEES (IOM) LIMITED
BARFIELD NOMINEES (IOM) LIMITED
P.O. Box 174
St. James' Chambers
Athol Street
Douglas, Isle of Man
IM1 1JE

Edward Miller
Attorney at Law
648 Franklin Avenue
Garden City, New York 11530

Attorney For Defendant BP Alpha SA

Sandra D. Grannum
Joel E. Davidson

Davidson & Grannum, LLP
30 Ramland Road, Ste 201
Orangeburg, New York 10962

Attorneys For Defendant Banque Safdie SA

Jeff Butler

Clifford Chance
31 West 52nd Street
New York, New York 10019

Attorney For Defendants
Dexia Switzerland
Dexia Luxembourg

Charles Berry
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022

Attorney For Defendant Euroclear Bank

John Conlon
Mayer Brown LLP
1675 Broadway
New York, New York 10019

Attorney For Defendant FS LAB AXA PM