<u>In re Fairfield Sentry Ltd., et al.</u>, Jointly Administered Chapter 15 Cases, No. 10-13164 (BRL)

<u>Fairfield Sentry Ltd., et al., v. Theodoor GGC Amsterdam, et al.</u>, AP No. 10-03496, Administratively Consolidated

**EXHIBIT A TO MOTION FOR LEAVE TO AMEND COMPLAINTS IN CERTAIN REDEEMER ACTIONS**

| | | |
|---|---|---|
| 1. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |

1