UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                              Case No.: 10-13164

Fairfield Sentry Limited, et al.,                                   Chapter 15

        Debtors in Foreign Proceedings.               Jointly Administered

-----------------------------------------------------------------x

Fairfield Sentry Limited (in liquidation), et al.,

                Plaintiffs,

        v.                                                  Adversary Proceeding No.: 10-03635-BRL

BBVA (Suisse) SA, et al.,

                Defendant.

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Heather Lamberg Kafele, Esq., request admission, *pro hac vice*, before the Honorable Judge Burton R. Lifland, to represent BBVA (Suisse) SA, defendant in the above referenced adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the State of Maryland and the District of Columbia.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 5, 2011
New York, New York

                                    */s/ H. Kafele*
                                Heather Lamberg Kafele, Esq.
                                Shearman & Sterling, LLP
                                801 Pennsylvania Avenue, N.W.
                                Suite 900
                                Washington, DC 20004
                                202.508.8097 (office)
                                202.508.8100 (fax)
                                hkafele@shearman.com