UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

Fairfield Sentry Limited, et al.,

        Debtors in Foreign Proceedings.

Case No.: 10-13164

Chapter 15

Jointly Administered

-------------------------------------------------------------x

Fairfield Sentry Limited (in liquidation), et al.,

        Plaintiffs,

v.

BBVA (Suisse) SA, et al.,

        Defendant.

Adversary Proceeding No.: 10-03635-BRL

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sean G. Arthurs, Esq., request admission, *pro hac vice*, before the Honorable Judge Burton R. Lifland, to represent BBVA (Suisse) SA, defendant in the above referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar of the District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 11, 2011
New York, New York

_____
Sean G. Arthurs, Esq.
Shearman & Sterling, LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC  20004
202.508.8089 (office)
202.508.8100 (fax)
sean.arthurs@shearman.com