**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 10-13164 |
| Fairfield Sentry Limited, et al., | Chapter 15 |
| Debtors in Foreign Proceedings. | Jointly Administered |

------------------------------------------------------------------x

Fairfield Sentry Limited (in liquidation), et al.,

                Plaintiffs,

            v.                          Adversary Proceeding No.: 10-03635-BRL

BBVA (Suisse) SA, et al.,

                Defendant.

------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sean G. Arthurs, Esq., to be admitted, ***pro hac vice***, to represent BBVA (Suisse) SA (the "Client"), a defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Sean G. Arthurs, Esq., is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 13, 2011
      New York, New York                /s/Burton R. Lifland_____
                                                  UNITED STATES BANKRUPTCY JUDGE