UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:

Fairfield Sentry Limited, et al.,

         Debtors in Foreign Proceedings.

Case No.: 10-13164

Chapter 15

Jointly Administered

----------------------------------------------------------x

Fairfield Sentry Limited (in liquidation), et al.,

         Plaintiffs,

v.

BBVA (Suisse) SA, et al.,

         Defendant.

Adversary Proceeding No.: 10-03635-BRL

----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Keith R. Palfin, Esq., request admission, *pro hac vice*, before the Honorable Judge Burton R. Lifland, to represent BBVA (Suisse) SA, defendant in the above referenced adversary proceeding.

*I certify that I am a member in good standing* of the bars of the State of Virginia and the District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 13, 2011
New York, New York

Keith R. Palfin, Esq.
Shearman & Sterling, LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004
202.508.8179 (office)
202.508.8100 (fax)
keith.palfin@shearman.com