**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 10-13164 |
| Fairfield Sentry Limited, et al., | Chapter 15 |
| Debtors in Foreign Proceedings. | Jointly Administered |

------------------------------------------------------------------x

| | |
|---|---|
| Fairfield Sentry Limited (in liquidation), et al., | |
| Plaintiffs, | |
| v. | Adversary Proceeding No.: 10-03635-BRL |
| BBVA (Suisse) SA, et al., | |
| Defendant. | |

------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Keith R. Palfin, Esq., to be admitted, *pro hac vice*, to represent BBVA (Suisse) SA (the "Client"), a defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Virginia and the District of Columbia, it is hereby

**ORDERED**, that Keith R. Palfin, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  April 13, 2011
         New York, New York                    /s/Burton R. Lifland_____
                                               UNITED STATES BANKRUPTCY JUDGE