**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | |
| Fairfield Sentry Limited, et al., | Chapter 15 Case |
| Debtors in Foreign Proceedings. | Case No. 10-13164 (BRL) |

-----------------------------------------------------------X    Jointly Administered

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), | |
| Plaintiff, | Adv. Pro. No. 10-03496 (BRL) |
| -against- | Administratively Consolidated |
| Theodoor GGC Amsterdam, et al., | |
| Defendants. | |

-----------------------------------------------------------X

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), et al., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 10-03627 (BRL) |
| BNP Paribas Securities Services Luxembourg, et al., | |
| Defendants. | |

-----------------------------------------------------------X

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 10-03632 (BRL) |
| FS/ANDBanc Andorra, et al., | |
| Defendants. | |

-----------------------------------------------------------X

---------------------------------------------------------------X
: 
Fairfield Sentry Limited (In Liquidation),                     :
:
Plaintiff,                                :
:   Adv. Pro. No. 10-03634 (BRL)
-against-                                    :
:
Zurich Capital Markets Company, et al.,                        :
:
Defendants.                               :
:
---------------------------------------------------------------X
:
Fairfield Sentry Limited (In Liquidation), et al.,             :
:
Plaintiffs,                                :
:   Adv. Pro. No. 10-03635 (BRL)
-against-                                    :
:
ABN Amro Schweiz AG a/k/a ABN Amro                             :
(Switzerland) AG, et al.,                                      :
:
Defendants.                               :
:
---------------------------------------------------------------X
:
Fairfield Sentry Limited (In Liquidation), et al.,             :
:
Plaintiffs,                                :
:   Adv. Pro. No. 10-03636 (BRL)
-against-                                    :
:
ABN Amro Schweiz AG a/k/a ABN Amro                             :
(Switzerland) AG, et al.,                                      :
:
Defendants.                               :
:
---------------------------------------------------------------X

2

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation),<br><br>        Plaintiff,<br><br>        -against-<br><br>Deutsche Bank Trust Company America and Beneficial Owners of the Accounts Held in the Name of Deutsche Bank Trust Company America 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03744 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>        Plaintiffs,<br><br>       -against-<br><br>Deutsche Bank (Suisse) SA Geneve and Beneficial Owners of the Accounts Held in the Name of Deutsche Bank (Suisse) SA Geneve 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03745 (BRL) |
| Fairfield Sentry Limited (In Liquidation),<br><br>        Plaintiff,<br><br>       -against-<br><br>Deutsche Bank (Cayman) and Beneficial Owners of the Accounts Held in the Name of Deutsche Bank (Cayman) 1-1000,<br><br>        Defendants. | Adv. Pro. No. 10-03746 (BRL) |

```
------------------------------------------------------------X
                                                            :
Fairfield Sentry Limited (In Liquidation),                  :
                                                            :
                Plaintiff,                                  :
                                                            :   Adv. Pro. No. 10-03747 (BRL)
        -against-                                           :
                                                            :
Deutsche Bank AG Singapore and                              :
Beneficial Owners of the Accounts Held in the               :
Name of Deutsche Bank AG Singapore 1-1000,                  :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------X
                                                            :
Fairfield Sentry Limited (In Liquidation),                  :
                                                            :
                Plaintiff,                                  :
                                                            :   Adv. Pro. No. 10-03748 (BRL)
        -against-                                           :
                                                            :
Banque de Commerce et de Placements,                        :
Franz Maissen, and Beneficial Owners of                     :
Accounts Held in the Name of Banque                         :
Commerce et de Placements 1-1000,                           :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------X
```

4

```
------------------------------------------------------X
                                                      :
Fairfield Sentry Limited (In                          :
Liquidation),                                         :
                                                      :   Adv. Pro. No. 10-03752 (BRL)
                         Plaintiff,                   :
                                                      :
          -against-                                   :
                                                      :
Brown Brothers Harriman & Co.,                        :
Cooperative Centrale Raifeissen                       :
Boerenleenbank B.A., Swedbank,                        :
Credit Agricole (Miami) and                           :
Beneficial Owners of the Accounts                     :
Held in the Name of Brown Brothers                    :
Harriman & Co. 1-1000,                                :
                                                      :
                         Defendants.                  :
                                                      :
------------------------------------------------------X
                                                      :
Fairfield Sentry Limited (In                          :
Liquidation), Fairfield Sigma Limited                 :   Adv. Pro. No. 10-03755 (BRL)
(In Liquidation),                                     :
                                                      :
                         Plaintiffs,                  :
                                                      :
          -against-                                   :
                                                      :
Banco Itau Europa Luxembourg SA, et al.,              :
                                                      :
                         Defendants.                  :
                                                      :
------------------------------------------------------X
```

5

------------------------------------------------------------X
:
Fairfield Sentry Limited (In Liquidation) :
and Fairfield Sigma :
Limited (In Liquidation), :
:
Plaintiffs, :
: Adv. Pro. No. 10-03756 (BRL)
-against- :
:
FS/CBESSA a/k/a Banque Privee Espirito :
Santo SA f/k/a Compagnie Bancaire :
Espirito Santo SA and Beneficial Owners :
of the Accounts Held in the Name of :
FS/CBESSA 1-1000, :
:
Defendants. :
:
------------------------------------------------------------X
:
Fairfield Sentry Limited (In Liquidation), et al., :
:
Plaintiffs, :
: Adv. Pro. No. 10-03781 (BRL)
-against- :
:
Northern Navigation America, Inc., et al., :
:
Defendants. :
:
------------------------------------------------------------X
:
Fairfield Sentry Limited (In Liquidation), :
Fairfield Sigma Limited (In Liquidation), :
and Fairfield Lambda Limited (In Liquidation), :
:
Plaintiffs, :
: Adv. Pro. No. 10-03786 (BRL)
-against- :
:
SG Private Banking (Suisse) SA n/k/a :
Société Générale Private Banking (Suisse) S.A. :
and Beneficial Owners of Accounts Held in the :
Name of SG Private Banking (Suisse) SA 1-1000, :
:
Defendants. :
:
------------------------------------------------------------X

6

```
-----------------------------------------------------------X
                                                           :
Fairfield Sentry Limited (In Liquidation), et al.,         :
                                                           :
                              Plaintiffs,                  :
                                                           :   Adv. Pro. No. 10-03788 (BRL)
                     -against-                             :
                                                           :
Merrill Lynch Bank (Suisse) SA and                         :
Beneficial Owners of the Accounts Held in                  :
the Name of Merrill Lynch Bank (Suisse)                    :
SA 1-1000,                                                 :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
                                                           :
Fairfield Sentry Limited (In Liquidation)                  :
and Fairfield Sigma                                        :
Limited (In Liquidation),                                  :
                                                           :
                              Plaintiffs,                  :
                                                           :   Adv. Pro. No. 10-03795 (BRL)
                     -against-                             :
                                                           :
Lombard Odier Darier Hentsch & Cie and                     :
Beneficial Owners of the Accounts                          :
Held in the Name of Lombard Odier                          :
Darier Hentsch & Cie 1-1000,                               :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

---------------------------------------------------------X
Fairfield Sentry Limited (In Liquidation),             :
                                                       :
                    Plaintiff,                         :
                                                       :   Adv. Pro. No. 10-03799 (BRL)
        -against-                                      :
                                                       :
Hambros Guernsey Nominees a/k/a Hambros                :
(Guernsey Nominees) Limited, SG Hambros                :
Nominees (Jersey) a/k/a SG Hambros                     :
Nominees (Jersey) Limited, SG Hambros                  :
Bank (Channel Islands) Limited – Guernsey              :
a/k/a SG Hambros Bank (Channel Islands)                :
Limited, SG Hambros Bank & Trust                       :
(Guernsey) Ltd., et al.,                               :
                                                       :
                    Defendants.                        :
                                                       :
---------------------------------------------------------X
                                                       :
Fairfield Sentry Limited (In Liquidation), et al.,     :
                                                       :
                    Plaintiffs,                        :
                                                       :   Adv. Pro. No. 10-03801 (BRL)
        -against-                                      :
                                                       :
ING Bank (Suisse) SA, as predecessor to                :
Bank Julius Baer & Co. Ltd.,                           :
and Beneficial Owners of Accounts                      :
Held in the Name of                                    :
ING Bank (Suisse) SA 1-1000,                           :
                                                       :
                    Defendants.                        :
                                                       :
---------------------------------------------------------X

```
-------------------------------------------------------X
                                                       :
Fairfield Sentry Limited (In Liquidation), et al.,     :
                                                       :
                 Plaintiffs,                           :
                                                       :   Adv. Pro. No. 11-1260 (BRL)
                 -against-                             :
                                                       :
FS/NBK Kuwait a/k/a National Bank of                   :
Kuwait, et al.,                                        :
                                                       :
                 Defendants.                           :
                                                       :
-------------------------------------------------------X
```

## NOTICE OF JOINDER IN (1) MOTIONS FOR LEAVE TO APPEAL; (2) NOTICES OF APPEAL; AND (3) MOTION FOR A STAY

We hereby provide notice that the parties listed in Exhibit A[1] hereto, all of which are defendants in one or more of the above-captioned adversary proceedings, join (1) the motions for leave to appeal from the May 23, 2011 decision of the United States Bankruptcy Court for the Southern District of New York denying the moving defendants' motions for orders remanding the above-captioned actions to the Supreme Court of the State of New York, New York County, and/or for abstention; and (2) the notices of appeal, all of which were filed on or about June 6, 2011, by Cleary Gottlieb Steen & Hamilton LLP ("Cleary") and Sullivan & Cromwell on behalf of their respective clients in one or more of the cases administratively consolidated under Adv. Pro. No. 10-03496. The parties listed in Exhibit A also join the motion that was filed by Cleary on or about June 6, 2011 for a stay pending the consideration of the motions for leave to appeal

---

[1] By filing this joinder, the parties listed in Exhibit A hereto do not waive, and expressly reserve, all rights, remedies and defenses, including, without limitation, all defenses based on lack of personal jurisdiction and defective service of process.

9

and, if leave is granted, pending the disposition of the appeal.

Dated: New York, New York
      June 6, 2011

                FLEMMING ZULACK WILLIAMSON
                ZAUDERER LLP

/s/ John F. Zulack
John F. Zulack
One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500
jzulack@fzwz.com

*Attorneys for Defendants Lombard Odier Darier Hentsch & Cie (10-ap-3635, 10-ap-3636, 10-ap-3795), CBH Compagnie Bancaire Helvetique S.A. (10-ap-3635, 10-ap-3636), Rothschild Bank AG (10-ap-3635, 10-ap-3636), Banque Privée Edmond de Rothschild S.A. (10-ap-3635, 10-ap-3636), Banca Privata Edmond de Rothschild Lugano S.A. (10-ap-3635, 10-ap-3636), Société Générale Bank & Trust S.A. (10-ap-3635, 10-ap-3636), Banque Cantonale Vaudoise (10-ap-3635, 10-ap-3636), Banque Privée Espírito Santo S.A. (10-ap-3634, 10-ap-3756), Banque de Commerce et de Placements (10-ap-3748), Société Générale Private Banking (Suisse) S.A. (10-ap-3786), Hambros (Guernsey) Nominees) Limited (10-ap-3799), SG Hambros Nominees (Jersey) Limited (10-ap-3799), SG Hambros Bank (Channel Islands) Limited (10-ap-3799)*

SHEARMAN & STERLING LLP

*/s/ Heather Lamberg Kafele*
Heather Lamberg Kafele
Keith Palfin
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2634
(202) 508-8000

*Attorneys for Defendants Banco Itaú Europa Luxembourg SA (10-ap-3755, 10-ap-3634), BBVA (Suisse) SA (10-ap-3635, 10-ap-3636)*


KATTEN MUCHIN ROSENMAN LLP


*/s/ Anthony L. Paccione*
Anthony L. Paccione
anthony.paccione@kattenlaw.com
Bruce M. Sabados
bruce.sabados@kattenlaw.com
Brian A. Schmidt
brian.schmidt@kattenlaw.com
575 Madison Avenue
New York, New York 10022
(212) 940-8800

*Attorneys for Defendant Brown Brothers Harriman & Co. (10-ap-3752), Defendant Brown Brothers Harriman (Luxembourg) S.C.A., sued herein as BBH LUX Guardian II (10-ap-3635, 10-ap-3636) and BBH LUX Ref Fairfield GRN (10-ap-3635, 10-ap-3636), Defendant Endurance Absolute Ltd. Master (10-ap-3635, 10-ap-3636), Defendant Harmony Capital Fund Ltd. (10-ap-3635, 10-ap-3636), Defendant Lloyds TSB Bank Geneva (10-ap-3635, 10-ap-3636), Defendant RBS Coutts Bank Ltd. (10-ap-3635, 10-ap-3636)*

ARNOLD & PORTER LLP

/s/ Pamela A. Miller
Pamela A. Miller
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Pamela.Miller@aporter.com

*Attorneys for Defendant Merrill Lynch Bank (Suisse) SA (10-ap-3634, 10-ap-3788)*


KING & SPALDING LLP

/s/ Richard A. Cirillo
Richard A. Cirillo
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

*Attorneys for National Bank of Kuwait S.A.K. (10-ap-3635, 10-ap-3636, 11-ap-1260),
NBK Banque Privee (Suisse) S.A. (10-ap-3635, 10-ap-3636) and
Lemania SICAV-SIF (10-ap-3627)*


FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

/s/ Shazeb Lari
Shahzeb Lari
Alexander Korn
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
shahzeb.lari@friedfrank.com

*Attorneys for Defendant
Verwaltungs- und Privat-Bank AG
Aktiengesellschaft (10-ap-3635, 10-ap-3636)*

12

McKOOL SMITH P.C.

/s/ *John P. Cooney, Jr.*
John P. Cooney, Jr.
Eric B. Halper
Virginia I. Weber
Sachin S. Bansal
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Email: jcooney@mckoolsmith.com
Email: ehalper@mckoolsmith.com

-and-

Robert Elkin *(admitted pro hac vice)*
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: relkin@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd., as successor to ING Bank (Suisse) (10-ap-03801); and Bank Julius Baer & Co. Ltd. (10-ap-03635, 10-03636)*


WROBEL & SCHATZ, LLP


/s/ *Philip R. Schatz*
Philip R. Schatz
1040 Avenue of the Americas, 11th Floor
New York, New York 10018-3703
(212) 421-8100

*Attorneys for Northern Navigation America Inc. (10-ap-3781)*

13

WIGGIN AND DANA

/s/ Scott D. Corrigan
Scott D. Corrigan
Andrew Dean
450 Lexington Avenue, Suite 3800
New York, New York 10017-3913
(212) 490-1700

*Attorneys for Defendants Bank Morgan Stanley AG (also known as Banque Morgan Stanley S.A., incorrectly styled Bank Morgan Stanley SA in plaintiff's caption) (10-ap-3634) and Morgan Stanley & Co. International plc (10-ap-3634)*


HARNIK & FINKELSTEIN LLP

/s/ Ira A. Finkelstein
Ira A. Finkelstein
Stephen M. Harnik
645 Fifth Avenue
Seventh Floor
New York, New York 10022-5937
Telephone: (212) 599-7575
Facsimile: (212) 867-8120
finkelstein@harnik.com

*Attorneys for Vorarlberger Landes- und Hypothekenbank AG (10-ap-3635)(10-ap-3636)*


KLEINBERG KAPLAN WOLFF COHEN, P.C.

/s/ Norris D. Wolff
Norris D. Wolff, Esq.

551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 986-6000
nwolff@kkwc.com

*Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC) (10-ap-3635, 10-ap-3636)*

14

K&L GATES LLP

/s/ Richard A. Kirby
Richard A. Kirby (*admitted pro hac vice*)
K&L GATES LLP
1601 K Street
Washington D.C. 20006
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

and

Wm. Shaw McDermott (*admitted pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100 (Telephone)
(617) 261-3175 (Facsimile)

and

Martha Rodriguez-Lopez (*admitted pro hac vice*)
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle WA 98104-1158
(206) 623-7580 (Telephone)
(206) 623-7022 (Facsimile)

*Attorneys for Defendant Andorra Banc*
*Agricol Reig, S.A. (10-ap-3632)*

MOSES & SINGER LLP

/s/ Alan Kolod
Alan Kolod
Mark N. Parry
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
akolod@mosessinger.com
mparry@mosessinger.com

*Attorneys for Defendant Deutsche Bank (Suisse) SA Geneve (10-ap-3745), Deutsche Bank AG Singapore (10-ap-3747), Deutsche Bank (Cayman) (10-ap-3746), Deutsche Bank Trust Company Americas (10-ap-3744)*


DLA PIPER LLP (US)

/s/ Christopher P. (Kip) Hall
Christopher P. (Kip) Hall, Esq.

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Attorneys for Defendant Banca Arner, S.A. (10-ap-3635 and 10-ap-3636)*

## EXHIBIT A

Lombard Odier Darier Hentsch & Cie (10-ap-3635, 10-ap-3636, 10-ap-3795)
CBH Compagnie Bancaire Helvetique S.A. (10-ap-3635, 10-ap-3636)
Rothschild Bank AG (10-ap-3635, 10-ap-3636)
Banque Priveé Edmond de Rothschild S.A. (10-ap-3635, 10-ap-3636)
Banca Privata Edmond de Rothschild Lugano S.A. (10-ap-3635, 10-ap-3636)
Société Générale Bank & Trust S.A. (10-ap-3635, 10-ap-3636)
Banque Cantonale Vaudoise (10-ap-3635, 10-ap-3636)
Banque Privée Espírito Santo S.A. (10-ap-3634, 10-ap-3756)
Banque de Commerce et de Placements (10-ap-3748)
Société Générale Private Banking (Suisse) S.A. (10-ap-3786)
Hambros (Guernsey Nominees) Limited (10-ap-3799)
SG Hambros Nominees (Jersey) Limited (10-ap-3799)
SG Hambros Bank (Channel Islands) Limited (10-ap-3799)
Banco Itaú Europa Luxembourg SA (10-ap-3755, 10-ap-3634)
BBVA (Suisse) SA (10-ap-3635, 10-ap-3636)
Brown Brothers Harriman & Co. (10-ap-3752)
Brown Brothers Harriman (Luxembourg) S.C.A. (sued as BBH LUX Guardian II) (10-ap-3635, 10-ap-3636)
BBH LUX Ref Fairfield GRN (10-ap-3635, 10-ap-3636)
Endurance Absolute Ltd. Master (10-ap-3635, 10-ap-3636)
Harmony Capital Fund Ltd. (10-ap-3635, 10-ap-3636)
Lloyds TSB Bank Geneva (10-ap-3635, 10-ap-3636)
RBS Coutts Bank Ltd. (10-ap-3635, 10-ap-3636)
Merrill Lynch Bank (Suisse) SA (10-ap-3634, 10-ap-3788)
National Bank of Kuwait S.A.K. (10-ap-3635, 10-ap-3636, 11-ap-1260)
NBK Banque Privee (Suisse) S.A. (10-ap-3635, 10-ap-3636)
Lemania SICAV-SIF (10-ap-3627)
Verwaltungs- und Privat-Bank AG Aktiengesellschaft (10-ap-3635, 10-ap-3636)
Bank Julius Baer & Co. Ltd., as successor to ING Bank (Suisse) (10-ap-03801)
Bank Julius Baer & Co. Ltd. (10-ap-03635, 10-03636)
Northern Navigation America Inc. (10-ap-3781)
Bank Morgan Stanley AG (also known as Banque Morgan Stanley S.A., incorrectly styled Bank Morgan Stanley SA in plaintiff's caption) (10-ap-3634)
Morgan Stanley & Co. International plc (10-ap-3634)
Vorarlberger Landes- und Hypothekenbank AG (10-ap-3635)(10-ap-3636)
Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC) (10-ap-3635, 10-ap-3636)
Andorra Banc Agricol Reig, S.A. (10-ap-3632)
Deutsche Bank (Suisse) SA Geneve (10-ap-3745)
Deutsche Bank AG Singapore (10-ap-3747)
Deutsche Bank (Cayman) (10-ap-3746)
Deutsche Bank Trust Company Americas (10-ap-3744)
Banca Arner, S.A. (10-ap-3635 and 10-ap-3636)