**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for Plaintiffs, by and through their Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | |
| | Jointly Administered |
| Fairfield Sentry Limited, (In Liquidation), et al., | |
| | Adv. Pro. No. 10-03496 (BRL) |
| Plaintiffs, | |
| -against- | Administratively Consolidated |
| Theodoor GGC Amsterdam, et al., | |
| Defendants. | |
| This document applies to the adversary proceedings listed in Exhibit A hereto | |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST BARCLAYS BANK PLC
## SINGAPORE WEALTH A/K/A BARCLAYS BANK, PLC

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), made

applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs

hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO*

*Schweiz AG, et al.* (Adv. Pro. No. 10-03635) and *Fairfield Sentry Limited (In Liquidation), et al.*

*v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03636) against Barclays Bank PLC

Singapore Wealth a/k/a Barclays Bank PLC, and only those claims against Barclays Bank PLC

Singapore Wealth a/k/a Barclays Bank PLC, without prejudice.  This notice of dismissal does

not affect or dismiss any claims made in these actions against any defendant other than Barclays

Bank PLC Singapore Wealth a/k/a Barclays Bank PLC.


Dated: New York, New York
June 15, 2011

               Respectfully submitted,

               **BROWN RUDNICK LLP**


               By: /s/  Kerry L. Quinn


                  David J. Molton
                  May Orenstein
                  Daniel J. Saval
                  Kerry L. Quinn
                  7 Times Square
                  New York, New York  10036
                  Tel.: (212) 209-4800
                  Fax: (212) 209-4801
                  dmolton@brownrudnick.com
                  morenstein@brownrudnick.com
                  dsaval@brownrudnick.com
                  kquinn@brownrudnick.com

                  *Attorneys for Plaintiffs, by and through their Foreign Representatives*

# EXHIBIT A

**EXHIBIT A - NOTICE OF DISMISSAL OF CLAIMS AGAINST BARCLAYS BANK
PLC SINGAPORE WEALTH A/K/A BARCLAYS BANK, PLC**

|     | CASE NAME | DOCKET NO. |
|-----|-----------|------------|
| 1.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |