Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
Tel.:  (212) 382-3300
Fax:  (212) 382-0050
Frederick R. Kessler
(fkessler@wmd-law.com)
Paul R. DeFilippo
(pdefilippo@wmd-law.com)
Michael P. Burke
(mburke@wmd-law.com)

*Attorneys for Defendant Fairfield Investment Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| **Debtors in Foreign Proceedings.** | **Jointly Administered** |
| **Fairfield Sentry Limited (In Liquidation) et al.,** | |
| **Plaintiffs,** | **Adv. Pro. No. 10-03496 (BRL)** |
| -against- | **Administratively Consolidated** |
| **Theodoor GGC Amsterdam, et al.,** | |
| **Defendants.** | |
| **This document applies to the adversary proceedings listed in Exhibit A hereto** | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for defendant Fairfield Investment Fund Ltd.

All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       June 21, 2011

Respectfully Submitted,

WOLLMUTH MAHER & DEUTSCH LLP

/s/ Frederick R. Kessler
Frederick R. Kessler
(fkessler@wmd-law.com)
Paul R. DeFilippo
(pdefilippo@wmd-law.com)
Michael P. Burke
(mburke@wmd-law.com)

500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Defendant Fairfield Investment Fund Ltd.*

# EXHIBIT A

# **EXHIBIT A**

|   | CASE NAME | DOCKET NO. |
|---|---|---|
| 1. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |