Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
Tel.:  (212) 382-3300
Fax:  (212) 382-0050
Frederick R. Kessler
(fkessler@wmd-law.com)
Paul R. DeFilippo
(pdefilippo@wmd-law.com)
Michael P. Burke
(mburke@wmd-law.com)

*Attorneys for Defendant FIF Advanced, Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited (In Liquidation) et al.,** | |
| Plaintiffs, | **Adv. Pro. No. 10-03496 (BRL)** |
| -against- | |
| **Theodoor GGC Amsterdam, et al.,** | **Administratively Consolidated** |
| Defendants. | |
| **This document applies to the adversary proceedings listed in Exhibit A hereto** | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007.1-1 of the Local Bankruptcy Rules, defendant FIF Advanced, Ltd. (a private non-governmental party), through its undersigned attorneys, states that no corporate entity owns, directly or indirectly, 10% or more of any class of its equity interest.

Dated: New York, New York
       June 21, 2011

                                   Respectfully Submitted,

                                   WOLLMUTH MAHER & DEUTSCH LLP

                                         /s/ Frederick R. Kessler
                                   Frederick R. Kessler
                                   (fkessler@wmd-law.com)
                                   Paul R. DeFilippo
                                   (pdefilippo@wmd-law.com)
                                   Michael P. Burke
                                   (mburke@wmd-law.com)

                                   500 Fifth Avenue
                                   New York, New York 10110
                                   Tel.:  (212) 382-3300
                                   Fax:  (212) 382-0050

                                   *Attorneys for Defendant FIF Advanced, Ltd.*

# EXHIBIT A

# **EXHIBIT A**

|    | CASE NAME | DOCKET NO. |
|----|-----------|------------|
| 1. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |