Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
Tel.:  (212) 382-3300
Fax:  (212) 382-0050
Frederick R. Kessler
(fkessler@wmd-law.com)
Paul R. DeFilippo
(pdefilippo@wmd-law.com)
Michael P. Burke
(mburke@wmd-law.com)

*Attorneys for Defendant Fairfield GCI Fund
(referred to as "Fairfield Investment GCI")*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited (In Liquidation) et al.,** | |
| Plaintiffs, | **Adv. Pro. No. 10-03496 (BRL)** |
| -against- | **Administratively Consolidated** |
| **Theodoor GGC Amsterdam, et al.,** | |
| Defendants. | |
| **This document applies to the adversary proceedings listed in Exhibit A hereto** | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for defendant Fairfield GCI Fund (referred to as "Fairfield Investment GCI").

All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       June 21, 2011

                                      Respectfully Submitted,

                                      WOLLMUTH MAHER & DEUTSCH LLP

                                      /s/ Frederick R. Kessler
                                      Frederick R. Kessler
                                      (fkessler@wmd-law.com)
                                      Paul R. DeFilippo
                                      (pdefilippo@wmd-law.com)
                                      Michael P. Burke
                                      (mburke@wmd-law.com)

                                    500 Fifth Avenue
                                    New York, New York 10110
                                    Tel.:  (212) 382-3300
                                    Fax:  (212) 382-0050

                                    *Attorneys for Defendant Fairfield GCI Fund*
                                    *(referred to as "Fairfield Investment GCI")*

# EXHIBIT A

# EXHIBIT A

|    | CASE NAME | DOCKET NO. |
|----|-----------|------------|
| 1. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |