Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
Frederick R. Kessler
(fkessler@wmd-law.com)
Paul R. DeFilippo
(pdefilippo@wmd-law.com)
Michael P. Burke
(mburke@wmd-law.com)

*Attorneys for Defendants Fairfield Investment Fund Ltd., FIF Advanced,
Ltd. and Fairfield GCI Fund (referred to as "Fairfield Investment GCI")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation) et al.,** | |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| -against- | |
| **Theodoor GGC Amsterdam, et al.,** | Adv. Pro. No. 10-03496 (BRL) |
| Defendants. | Administratively Consolidated |
| **This document applies to the adversary proceedings listed in Exhibit A hereto** | |

I, Frederick R. Kessler, hereby certify that I caused to be filed and served via the

Court's CM/ECF system on June 21, 2011, Notices of Appearance and Corporate Ownership

Statements, all dated June 21, 2011, for the following defendants in the above-referenced

proceedings:

Fairfield Investment Fund Ltd.;

FIF Advanced, Ltd.; and

Fairfield GCI Fund (referred to as "Fairfield Investment GCI").

Additionally, I caused the foregoing Notices of Appearance and Corporate Ownership Statements to be sent to the following recipients via regular mail on June 21, 2011.

| | |
|---|---|
| David Sheehan, Esq. | Chambers of the Hon. Burton R. Lifland |
| Thomas L. Long, Esq. | United States Bankruptcy Court |
| 45 Rockefeller Plaza | Southern District of New York |
| New York, New York 10111 | One Bowling Green |
| | New York, New York 10004-1408 |

Dated: New York, New York

     June 21, 2011

                                                */s/ Frederick R. Kessler*
                                                Frederick R. Kessler