**SNR DENTON US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Reid Ashinoff
D. Farrington Yates

*Attorneys for EFG Bank AG a/k/a EFG Bank SA Switzerland
and EFG Bank (Monaco) f/k/a EFG Eurofinancier D'Invest MCL*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>    Debtors in Foreign Proceedings. | Chapter. 15 Case<br>Case No. 10-13164 (BRL)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>    Defendants. | Adv. Pro. No. 10-03496 (BRL)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>    Defendants. | Adversary Pro. No. 10-03635 (BRL) |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br> -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>    Defendants. | Adversary Pro. No. 10-03636 (BRL) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE AND OTHER PAPERS

PLEASE TAKE NOTICE that SNR Denton US LLP ("SNR Denton") hereby appears in adversary proceeding number 10-03635 (BRL) (the "Adversary Proceeding") on behalf of EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier D'Invest MCL.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), SNR Denton requests that copies of all notices and pleadings given or served in the Adversary Proceeding be given and served upon SNR Denton at the offices, addresses, telephone numbers, and e-mail addresses as set forth below:

    SNR DENTON US LLP
    1221 Avenue of the Americas
    New York, New York  10020
    Attn: Reid Ashinoff
       D. Farrington Yates
    Telephone:  (212) 768-6700
    Facsimile:  (212) 768-6800
    E-mail: reid.ashinoff@snrdenton.com
       farrington.yates@snrdenton.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Southern District of New York, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the Adversary Proceeding and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Pleadings and Other Papers, nor any later appearance, pleading, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court for the Southern District of New York, (ii) the right to trial by jury in any proceeding related to the Adversary Proceeding, (iii) the right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 15, 2011
      New York, New York

SNR DENTON US LLP

BY:     **/s/ D. Farrington Yates**
Reid Ashinoff
D. Farrington Yates
1221 Avenue of the Americas
New York, New York  10020
Tel:   (212)768-6700
Fax:   (212)768-6800

*Attorneys for EFG Bank AG a/k/a EFG
Bank SA Switzerland and
EFG Bank (Monaco) f/k/a EFG
Eurofinancier D'Invest MCL*