**SNR DENTON US LLP**

1221 Avenue of the Americas
New York, New York 10022
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Reid Ashinoff
reid.ashinoff@snrdenton.com
D. Farrington Yates
farrington.yates@snrdenton.com

*Attorneys for EFG Bank AG a/k/a EFG Bank SA Switzerland*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Ch. 15 Case |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof, | Adv. Pro. No. 10-03496 (BRL) |
| Plaintiffs, | Administratively Consolidated |
| -against- | |
| THEODOOR GGC AMSTERDAM, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof, | Adversary Pro. No. 10-03635 (BRL) |
| Plaintiffs, | |
| -against- | |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof, | Adversary Pro. No. 10-03636 (BRL) |
| Plaintiffs, | |
| -against- | |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*, | |
| Defendants. | |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, EFG

Bank AG a/k/a EFG Bank SA Switzerland ("EFG Bank AG"), through its undersigned attorneys,

identifies EFG International AG as a corporation that directly or indirectly own 10% or more of

any class of EFG Bank AG's equity interests.

Dated: July 15, 2011
       New York, New York

SNR DENTON US LLP

BY:      **/s/ D. Farrington Yates**
     Reid Ashinoff
     reid.ashinoff@snrdenton.com
     D. Farrington Yates
     farrington.yates@snrdenton.com
     1221 Avenue of the Americas
     New York, New York  10020
     Tel:    (212)768-6700
     Fax:    (212)768-6800

     *Attorneys for EFG Bank AG a/k/a EFG
     Bank SA Switzerland*