**SNR DENTON US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Reid Ashinoff
reid.ashinoff@snrdenton.com
D. Farrington Yates
farrington.yates@snrdenton.com

*Attorneys for EFG Bank (Monaco) f/k/a*
*EFG Eurofinancier D'Invest MCL*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>　　Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>　　Plaintiffs,<br><br>　　-against-<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>　　Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>　　Plaintiffs,<br><br>　　-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>　　Defendants. | Adversary Pro. No. 10-03635 (BRL) |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>　　Plaintiffs,<br><br>　　-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>　　Defendants. | Adversary Pro. No. 10-03636 (BRL) |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, EFG Bank (Monaco) f/k/a EFG Eurofinancier D'Invest MCL ("EFG Bank Monaco"), through its undersigned attorneys, identifies EFG International AG and EFG Bank AG as corporations that directly or indirectly own 10% or more of any class of EFG Bank Monaco's equity interests.

Dated: July 15, 2011
       New York, New York

                              SNR DENTON US LLP

                              BY:     /s/ D. Farrington Yates
                                      Reid Ashinoff
                                      reid.ashinoff@snrdenton.com
                                      D. Farrington Yates
                                      farrington.yates@snrdenton.com
                                      1221 Avenue of the Americas
                                      New York, New York  10020
                                      Tel:   (212)768-6700
                                      Fax:   (212)768-6800

                                      *Attorneys for EFG Bank (Monaco) f/k/a*
                                      *EFG Eurofinancier D'Invest MCL*