William J. Sushon
Gary Svirsky
Shiva Eftekhari
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  wsushon@omm.com

*Attorneys for Defendant Credit Suisse AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (BRL) |
|    Debtors in Foreign Proceedings | Jointly Administered |
| Fairfield Sentry Limited, et al., | |
|                Plaintiffs, | Adv. Proc. No. 10-3496 (BRL) |
|           v. | Procedurally Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
|                Defendants | |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Joanna Lau, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>      Plaintiffs,<br><br>   v.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.,<br><br>      Defendants. | Adv. Proc. No. 10-3635 (BRL) |

**CORPORATE OWNERSHIP STATEMENT OF<br>
<u>CREDIT SUISSE AG</u>**

  Under Federal Rule of Bankruptcy Procedure 7007.1, Credit Suisse AG, through its undersigned attorneys, states:

  Credit Suisse AG, which has publicly registered debt securities and warrants in the United States and elsewhere, is a wholly owned subsidiary of Credit Suisse Group AG, a corporation organized under the laws of Switzerland. Credit Suisse Group AG's shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange.

2

Dated: New York, New York
August 3, 2011

          By: <u>/s/ William J. Sushon</u>
              William J. Sushon
              Gary Svirsky
              Shiva Eftekhari
              O'MELVENY & MYERS LLP
              Seven Times Square
              New York, New York  10036
              Telephone:  (212) 326-2000
              Facsimile:  (212) 326-2061
              E-mail: wsushon@omm.com

              *Attorneys for Defendant*
              *Credit Suisse AG*