**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (BRL) |
|    Debtors in Foreign Proceedings | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al., | |
|                Plaintiffs, | Adv. Proc. No. 10-3496 (BRL) |
|        v. | Procedurally Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
|                Defendants | |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Joanna Lau, solely in their capacities as Foreign Representatives and Liquidators thereof, | |
|                Plaintiffs, | Adv. Proc. No. 10-3635 (BRL) |
|        v. | |
| ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al., | |
|                Defendants. | |

**CERTIFICATE OF SERVICE**

I, Daniel S. Shamah, an attorney admitted to practice in the State of New York and an associate of the firm of O'Melveny & Myers LLP, hereby certify under penalty of perjury that:

On August 3, 2011, the *Corporate Ownership Statement of Credit Suisse AG* was served in these adversary proceedings through the Court's ECF system by electronic filing and served by electronic and first-class mail on the individuals below:

>David J. Molton, Esq.
>Daniel J. Saval, Esq.
>Kerry L. Quinn, Esq.
>Brown Rudnick LLP
>Seven Times Square
>New York, New York 10036
>
>dmolton@brownrudnick.com,
>dsaval@brownrudnick.com,
>kquinn@brownrudnick.com.

Dated: August 3, 2011
New York, New York

/s/ Daniel S. Shamah
Daniel S. Shamah