William J. Sushon
Gary Svirsky
Shiva Eftekhari
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  wsushon@omm.com

*Attorneys for Defendant Clariden Leu Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3496 (BRL) |
| v. | Procedurally Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
| Defendants | |

Fairfield Sentry Limited (In Liquidation),
Fairfield Sigma Limited (In Liquidation), acting
by and through the Foreign Representatives
thereof, and Kenneth Krys and Joanna Lau, solely
in their capacities as Foreign Representatives and
Liquidators thereof,

    Plaintiffs,

  v.

ABN AMRO Schweiz AG a/k/a ABN AMRO
(Switzerland) AG, et al.,

    Defendants.

Adv. Proc. No. 10-3635 (BRL)

## CORPORATE OWNERSHIP STATEMENT OF
## <u>CLARIDEN LEU LTD.</u>

Under Federal Rule of Bankruptcy Procedure 7007.1, Clariden Leu Ltd., through its

undersigned attorneys, states:

Clariden Leu Ltd. is a wholly owned subsidiary of Clariden Leu Holding Ltd., Zurich.

Credit Suisse Group AG is Clariden Leu Holding Ltd.'s only shareholder.  Credit Suisse Group

AG is a corporation organized under the laws of Switzerland.  Credit Suisse Group AG's shares

are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock

Exchange.

Dated: New York, New York
       August 4, 2011

                                        By:  /s/ William J. Sushon
                                             William J. Sushon
                                             Gary Svirsky
                                             Shiva Eftekhari
                                             O'MELVENY & MYERS LLP
                                             Seven Times Square
                                             New York, New York  10036
                                             Telephone:  (212) 326-2000
                                             Facsimile:  (212) 326-2061
                                             E-mail: wsushon@omm.com

                                             *Attorneys for Defendant
                                             Clariden Leu Ltd.*