**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for Plaintiffs, by and through their Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **Fairfield Sentry Limited, (In Liquidation), et al.,** | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (BRL) |
| -against- | Administratively Consolidated |
| **Theodoor GGC Amsterdam, et al.,** | |
| Defendants. | |
| **This document applies to claims in the adversary proceedings listed in Exhibit A hereto** | |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST BANQUE SAFDIE SA**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO*

*Schweiz AG, et al.* (Adv. Pro. No. 10-03635) and *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03636) against Banque Safdie SA, and only those claims against Banque Safdie SA, with prejudice.  This notice of dismissal does not affect or dismiss any claims made in these actions against any defendant other than Banque Safdie SA.

Dated: New York, New York
December 22, 2011

        Respectfully submitted,

        **BROWN RUDNICK LLP**

        By: /s/  Kerry Quinn

        David J. Molton
        May Orenstein
        Daniel J. Saval
        Kerry L. Quinn
        7 Times Square
        New York, New York  10036
        Tel.: (212) 209-4800
        Fax: (212) 209-4801
        dmolton@brownrudnick.com
        morenstein@brownrudnick.com
        dsaval@brownrudnick.com
        kquinn@brownrudnick.com

        *Attorneys for the Foreign Representative*

# EXHIBIT A

## EXHIBIT A - NOTICE OF DISMISSAL OF CLAIMS AGAINST
## BANQUE SAFDIE SA

|    | CASE NAME | DOCKET NO. |
|----|-----------|------------|
| 1. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-BRL |
| 2. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-BRL |