**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Attorneys for Plaintiffs, by and through their Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited, (In Liquidation), et al., | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (BRL) |
| -against- | Administratively Consolidated |
| Theodoor GGC Amsterdam, et al., | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK   )

Christopher M. Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 22nd day of December, 2011, I caused to be served a true copy of the following document: Notice of Dismissal of Claims Against Banque Safdie SA on the parties listed on the attached service list by first class mail with postage prepaid.

                                         /s/ Christopher M. Lau Kamg
                                         Christopher M. Lau Kamg, Paralegal

Sworn to before me this
22nd day of December, 2011.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2015

| | |
|---|---|
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG<br>c/o ABN AMRO Private Banking (Switzerland)<br>Beethovenstrasse 33<br>8002 Zurich, Switzerland | Adler and Co Privatbank AG<br>c/o Citco Global Custody NV<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |
| Allianzbank SPA/Unifortune Conservative Side Pocket<br>c/o Citco Global Custody NV<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands | Alternative Investment Strategies<br>Trafalgar Court<br>Admiral Park<br>St Peter Port<br>Guernsey GY1 2JA |
| Arsenal SPC<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands | Arsenal SPC OBO Glasgow SEG Port<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| Banca Arner SA<br>Piazza Manzoni 8<br>CH-6901 Lugano<br>Switzerland | Banca Unione Di Credito<br>c/o Citco Global Custody NV<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |

| | |
|---|---|
| Bank Hapoalim Switzerland Ltd.<br>Stockerstrasse 33<br>P.O. Box 1801<br>CH-8027 Zurich<br>Switzerland | Banque Cantonale Vaudoise<br>Place St-François 14<br>1003 Lausanne<br>Switzerland |
| Bank Sarasin & CIE<br>Bk Sarasin & Cie Basel<br>62 Elisabethenstrasse<br>Postfach<br>Basel CH-4002<br>Switzerland | Banque Safdie SA<br>1, rue de la Tour-de-l'Ile<br>Case postale 5415<br>CH-1211 Genève 11 |
| Banque Cramer & CIE SA<br>22 Avenue de Miremont<br>1206 Genève, Switzerland | BBH Lux Guardian II a/k/a Brown Brothers Harriman<br>c/o Brown Brothers Harriman (Luxembourg) S.C.A<br>2-8 Avenue Charles De Gaulle<br>B.P. 403<br>L-2014, Luxembourg |
| Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC<br>Barclays PLC<br>1 Churchill Place<br>London E14 5HP<br>United Kingdom | BBVA (Suisse) SA<br>Brown Brothers Harriman (Luxembourg) S.C.A<br>2-8 Avenue Charles De Gaulle<br>B.P. 403<br>L-2014, Luxembourg |

| | |
|---|---|
| BBH Lux Ref Fairfield GRN<br>Brown Brothers Harriman (Luxembourg) S.C.A<br>2-8 Avenue Charles De Gaulle<br>B.P. 403<br>L-2014, Luxembourg | BNP Paribas (Suisse) SA<br>Place de Hollande 2<br>Case postale<br>CH-1211 Genève 11 |
| BCV AMC Defensive AL Fund<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland | BNP Paribas (Suisse) SA Private<br>Place de Hollande 2<br>Case postale<br>CH-1211 Genève 11 |
| BNP Paribas (Suisse) SA Ex Fortis<br>Place de Hollande 2<br>Case postale<br>CH-1211 Genève 11 | BSI Ex Banca Del Gottardo<br>c/o BSI SA<br>Palazzo Botta<br>Viale Franscini 8<br>6901 - Lugano – CH<br>Switzerland |
| BSI AG<br>Palazzo Botta<br>Viale Franscini 8<br>6901 - Lugano – CH<br>Switzerland | CBB (BVI)/ The Alkima Fund<br>c/o Citco Bank Nederland NV<br>Telestone 8-Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |

| | |
|---|---|
| Caceis Bank Luxembourg<br>Caceis BL<br>5 Allee Scheffer<br>L-2520 Luxembourg<br>Luxembourg | Centrum Bank AG (AMS)<br>c/o Centrum Bank Aktiengesellschaft<br>Kirchstrasse 3<br>9490 Vaduz<br>Liechtenstein |
| CBT Gems Low Vol Reg<br>One Montague Place 1st Floor<br>East Bay Street<br>P.O. Box N-4906<br>Nassau, Bahamas | Compagnie Bancaire Helvetique<br>Boulevard Emile-Jaques-Dalcroze 7<br>P.O. Box 3754<br>1211 Geneva 3 |
| Clariden Leu Ltd.<br>Bahnhofstrasse 32<br>CH-8001 Zürich | Credit Suisse AG Zurich<br>P.O. Box 300<br>Uetlibergstrasse 231<br>CH-8070 Zurich, Switzerland |
| Corner Banca SA<br>Via Canova 16<br>6901 Lugano/Switzerland | Dresdner Bank Schweiz<br>c/o LGT Bank (Switzerland) Ltd<br>Utoquai 55<br>Zurich,  8034<br>Switzerland |

| | |
|---|---|
| Dexia Banque International A Luxembourg<br>69 Route d'Esch<br>Luxembourg, 1470<br>Luxembourg | Fairfield Masters Ltd.<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| Endurance Absolute Ltd. Master<br>c/o Argyle Investment Advisors<br>Iveagh Ltd<br>21 Queen Anne's Gate<br>London SW1H 9BU<br>UK | FCL IFP Global Diversified CLS<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |
| Falcon Private Bank<br>Pelikanstrasse 37<br>P.O. Box 1376<br>8021 Zurich, Switzerland | Finter Bank Zurich<br>Head Office<br>Claridenstrasse 35<br>8002 Zurich<br>Switzerland |
| Harmony Capital Fund Ltd.<br>c/o Jason Capital Partners LLP<br>28 Grosvenor Street<br>London W1K 4QR<br>UK | IHAG Handelsbank AG<br>Bleicherweg 18<br>8022- Zurich<br>Switzerland |

| | |
|---|---|
| Incore Bank AG<br>Dreikönigstrasse 8<br>P.O. Box<br>CH-8022 Zürich<br>Switzerland | JP Morgan (Suisse) SA<br>Case Postale 5160<br>8 rue de la Confederation,<br>Geneve<br>CH-1204 11 Switzerland |
| Karasel Enhanced Portfolio<br>c/o Citco Global Custody N.V.<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland | Karla Multistrategies Ltd.<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| KBC Investments LTD.<br>111 Old Broad Street, 3rd Floor<br>EC2N 1FP London<br>United Kingdom | LGT Bank In Liechtenstein AG<br>Herrengasse 12<br>FL-9490 Vaduz<br>Leichtenstein |
| Liechtensteinische LB Reinvest AMS<br>c/o Liechtensteinische Landesbank AG<br>Städtle 44<br>P. O. Box 384<br>9490 Vaduz, Liechtenstein | Lloyds TSB Bank Geneva<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |

| | |
|---|---|
| Lombard Odier Darier Hentsch & CIE<br>11 Rue de la Corraterie<br>Case Postale 1211 Geneva 11<br>Switzerland | Longboat Ltd.<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |
| Master Capital and Hedge Fund<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland | National Bank of Kuwait<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |
| NBK Banque Privee Suisse SA<br>Quai du Mont Blanc 21<br>P.O. Box 1923<br>1211 Geneva<br>Switzerland | Pictet & CIE<br>Route Des Acacias 60<br>1211 Geneve 73<br>Switzerland |
| PKB Privatbank AG<br>Via S. Balestra 1<br>CH – 6901 Lugano<br>Switzerland | Private Space Ltd.<br>c/o Citco Global Custody NV<br>Telestone 8 Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |

| | |
|---|---|
| Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland | RBC Dexia Investor Service Julius Baer SICAV<br>c/o RBC Dexia Investor Services Limited<br>77 Queen Victoria Street<br>London, UK<br>EC4V 4AY |
| RBS Coutts Bank Ltd.<br>P.O. Box 2200<br>Stauffacherstrasse 1<br>CH-8022 Zurich<br>Switzerland | Richourt AAA Multistrategies<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG<br>Zollikerstrasse 181<br>CH-8034 Zurich<br>Switzerland | Rothschild Bank Geneva (Dublin)<br>Banca Privee Edmond de Rothschild<br>18 rue de Hesse<br>CH-1204 Geneva, Switzerland |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.<br>Banca Privata Edmond de Rothschild Lugano S.A.<br>Via Ginevra 2<br>CH-6900 Lugano<br>Switzerland | Sella Bank AG<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |

| | |
|---|---|
| SIS Seeganintersettle<br>c/o SIX SIS Ltd<br>Baslerstrasse 100<br>CH-4600 Olten | Six SIS Ltd.<br>Baslerstrasse 100<br>CH-4601 Olten<br>Switzerland |
| Societe Generale Bank & Trust<br>11-13 Avenue Emile Reuter<br>BP 1271 L-2420 Luxembourg | Soundview Fund<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| Springer Fund of Funds Ltd.<br>c/o Union Bancaire Privee Asset Mgt<br>P.O. Box HM 3399<br>Hamilton HM11<br>Bermuda | Swisscanto FD Centre Clients A/C<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork Ireland |
| T1 Global Fund Ltd.<br>Tim Richards<br>c/o Mourant Ozannes<br>Harbour Centre<br>42 North Church Streeet<br>PO Box 1348<br>GrandCayman KY 1-1108<br>Cayman Islands | Teorema Alternative Strategies<br>c/o Teorema Asset Management Ltd<br>1 Montague Place<br>1st Floor<br>East Bay Street<br>P.O. Box N4906<br>Nassau, Bahamas |

| | |
|---|---|
| Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)<br>Aeulestrasse 6<br>9490 Vaduz<br>Liechtenstein | Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft<br>Hypo-Passage 1<br>Bregenz, 6900<br>Austria |
| Auriga International Ltd.<br>c/o Citco Global Custody NV<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands | Arden International Capital Ltd.<br>350 Park Avenue<br>29th Floor<br>New York, NY 10022 |
| Brazil Direct Ltd.<br>c/o Citco Fund Services (Europe) BV<br>Po Box 7241<br>1007 JE Amsterdam<br>The Netherlands | JP Acquisition Investors Limited<br>c/o Citco Global Custody N.V.<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |
| MIF International Limited<br>c/o Citco Fund Services (Europe) BV<br>Po Box 7241<br>1007 JE Amsterdam<br>The Netherlands | Gulfstream International Fund Ltd.<br>c/o Citco Global Custody N.V.<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |

| | |
|---|---|
| Sabryn Enterprises SA<br>Citco BVI Ltd<br>Citco Building Wickhams Cay<br>PO Box 662 Road Town<br>Tortola<br>British Virgin Islands | Pan International Limited<br>c/o Citco Global Custody N.V.<br>c/o Citco Data Processing Services Ltd.<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| Beneficial Owners of Accounts Held in the name of Citco Global Custody NV 1-1000<br>c/o Citco Global Custody NV<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland | Beneficial Owners of Accounts Held in the name of Citco Global Custody (NA) NV 1-1000<br>c/o Citco Global Custody (NA) NV<br>2600 Cork Airport Business Park<br>Kinsale Road<br>Cork, Ireland |
| Beneficial Owners of Accounts Held in the name of Citco Global Custody NV 1-1000<br>c/o Citco Global Custody NV<br>Telestone 8 Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands | Beneficial Owners of Accounts Held in the name of Citco Global Custody (NA) NV 1-1000<br>c/o Citco Global Custody (NA) NV<br>c/o Citco Global Custody NV<br>Telestone 8 Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands |
| Beneficial Owners of Accounts Held in the Name of Citco Fund Services (Europe) BV 1-1000<br>c/o Citco Fund Services (Europe) BV<br>Telestone 8 – Teleport<br>Naritaweg 165<br>Amsterdam, 1043 BW<br>Netherlands | Beneficial Owners of Accounts Held in the name of Citco Fund Services (BVI) 1-1000<br>c/o Citco Fund Services (BVI)<br>Wickhams Cay, P.O. Box 662<br>Road Town, Tortola<br>British Virgin Islands |

| | |
|---|---|
| Beneficial Owners of Accounts Held in the name of Citco Fund Services (BVI) 1-1000<br>c/o Citco Fund Services (BVI)<br>Telestone 8 – Teleport<br>Naritaweg 165<br>Amsterdam, 1043 BW<br>Netherlands | EFG Bank SA Switzerland<br>24 Quai du Seujet<br>CP 2391 1211 Geneve 2<br>Switzerland |
| EFG Eurofinancier D'Invest MCL<br>c/o Citco Bank Nederland NV<br>Telestone 8 – Teleport<br>Narritaweg 165<br>1043BW Amsterdam<br>The Netherlands | Bank Julius Baer & Co. Ltd.<br>Hohlstrasse 602<br>CH-8010 Zurich<br>Switzerland |
| Fairfield Investment Fund Ltd.<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York, NY 10022 | Fairfield Investment GCI<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York, NY 10022 |
| FIF Advanced Ltd.<br>Fairfield Greenwich Group<br>Finance Group<br>919 Third Avenue<br>New York, NY 10022 | |