Christopher Harris
Christopher.harris@lw.com
212-906-1880

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

January 20, 2012

**VIA ECF AND FACSIMILE**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: *Fairfield Sentry Limited (In Liquidation)*, et al. v. *ABN AMRO Schweiz AG*, et al., Adv. Pros. 10-3635 (BRL) and 10-3636 (BRL), in the United States Bankruptcy Court for the Southern District of New York

To Whom It May Concern:

ABN AMRO Schweiz AG a/k/a ABN AMRO Bank (Switzerland) AG[1] has changed its name to Union Bancaire Privée, UBP SA as the result of a merger. Please modify the information contained in the below proceedings accordingly:

- Adversary Proceeding Number 10-03635 (BRL)

- Adversary Proceeding Number 10-03636 (BRL)

Please let me know if you have further questions.

Thank you,

Christopher Harris
of LATHAM & WATKINS LLP

*/s/ Christopher Harris / kac*

cc: All Counsel of Record

---

[1] ABN AMRO Schweiz AG is separately listed as a defendant in the above-captioned matter. All references to ABN AMRO Schweiz AG should also be changed to Union Bancaire Privée, UBP SA