# EXHIBIT A

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No. 10-13164 (BRL)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br><br>-against-<br><br>**BANK HAPOALIM (SUISSE) LTD. a/k/a BANQUE HAPOALIM (SUISSE) S.A.** and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF BANK HAPOALIM (SUISSE) LTD. 1-1000,<br><br>    Defendants. | **Adv. Pro. No. 10-03510 (BRL)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

8283015

On the 26th day of January, 2011, I caused to be served a true and correct copy of the First Amended Complaint against Bank Hapoalim (Suisse) Ltd. a/k/a Banque Hapoalim (Suisse) SA, et al., filed in this proceeding by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Bank Hapoalim (Suisse) Ltd. a/k/a BANQUE HAPOALIM (SUISSE) S.A.
18 Boulevard Royal
2449, Luxembourg

Bank Hapoalim (Suisse) Ltd. a/k/a BANQUE HAPOALIM (SUISSE) S.A.
18 Boulevard Royal
B.P. 703
L-2017 Luxembourg

Bank Hapoalim (Suisse) Ltd. a/k/a BANQUE HAPOALIM (SUISSE) S.A.
Stockerstrasse 33
P.O. Box 1801
CH-8027 Zurich

Beneficial Owners Of Accounts Held
In The Name Of Bank Hapoalim (Suisse) Ltd. 1-1000
c/o Bank Hapoalim (Suisse) Ltd. a/k/a BANQUE HAPOALIM (SUISSE) S.A.
18 Boulevard Royal
2449, Luxembourg

Beneficial Owners Of Accounts Held
In The Name Of Bank Hapoalim (Suisse) Ltd. 1-1000
c/o Bank Hapoalim (Suisse) Ltd. a/k/a BANQUE HAPOALIM (SUISSE) S.A.
18 Boulevard Royal
B.P. 703
L-2017 Luxembourg

Beneficial Owners Of Accounts Held
In The Name Of Bank Hapoalim (Suisse) Ltd. 1-1000
c/o Bank Hapoalim (Suisse) Ltd. a/k/a BANQUE HAPOALIM (SUISSE) S.A.
Stockerstrasse 33
P.O. Box 1801
CH-8027 Zurich

8283015

                                        /s/ Christopher Michael Lau Kamg
                                        Christopher Michael Lau Kamg

Sworn to before me this
18th day of February, 2011.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

8283015