# EXHIBIT B

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| **FAIRFIELD SENTRY LIMITED, et al.,** | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and **KENNETH KRYS** and **JOANNA LAU,** solely in their capacities as Foreign Representatives and Liquidators thereof, | |
| Plaintiffs, | Adv. Pro. No. 11-1467 |
| -against- | |
| **FS/BK HAPOALIM/B M TEL AVIV, NO TREATY CL TAVIV, PEILIM** and **BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF FS/BK HAPOALIM/B M TEL AVIV 1-1000,** | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

      1.     Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

1

2.     On the 11th day of March, 2011, I caused to be served a true and correct copy of the First Amended Complaint against FS/BK Hapoalim/B M Tel Aviv, et al., filed in this proceeding, and a copy of the Notice of Presentment of Proposed Second Amended Preliminary Scheduling Order, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim B.M
P.O.B. 27
50 50 Rothschild Blvd
Tel Aviv 61000
Israel

FS/BK Hapoalim/B M Tel Aviv
46 Rothschild Boulevard
66883 Telaviv
Israel

FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim BM
104 Hayarkon St.
Tel Aviv
63432
Israel

FS/BK Hapoalim/B M Tel Aviv
c/o Euroclear Bank SA/NV
Fundsettle Team, 2nd Floor
1 Boulevard du Roi Albert II
B-1210 Brussels, Belgium

Beneficial Owners Of Accounts Held
In The Name Of FS/BK Hapoalim/B M Tel Aviv 1-1000
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim B.M
P.O.B. 27
50 50 Rothschild Blvd
Tel Aviv 61000

Israel

Beneficial Owners Of Accounts Held
In The Name Of FS/BK Hapoalim/B M Tel Aviv 1-1000
c/o FS/BK Hapoalim/B M Tel Aviv
46 Rothschild Boulevard
66883 Telaviv
Israel

Beneficial Owners Of Accounts Held
In The Name Of FS/BK Hapoalim/B M Tel Aviv 1-1000
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Euroclear Bank SA/NV
Fundsettle Team, 2nd Floor
1 Boulevard du Roi Albert II
B-1210 Brussels, Belgium

Beneficial Owners Of Accounts Held
In The Name Of FS/BK Hapoalim/B M Tel Aviv 1-1000
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim BM
104 Hayarkon St.
Tel Aviv
63432
Israel

     3.     On the 13th day of April, 2011, I caused to be served a true and correct

copy of the First Amended Complaint against FS/BK Hapoalim/B M Tel Aviv, et al.,

filed in this proceeding, together with a copy of the Amended Summons in an Adversary

Proceeding, and the Revised Second Amended Preliminary Scheduling Order for

Redeemer Actions, by enclosing same in a postage pre-paid envelope to be delivered via

International Registered Mail and depositing same in an official depository under the

exclusive care and custody of the United States Postal Service within the State of New

York, upon the following:

No Treaty CL Taviv
c/o Bank Hapoalim B.M
P.O.B. 27
50 50 Rothschild Blvd

Tel Aviv 61000
Israel

No Treaty CL Taviv
c/o FS/BK Hapoalim/B M Tel Aviv
46 Rothschild Boulevard
66883 Telaviv
Israel

No Treaty CL Taviv
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim BM
104 Hayarkon St.
Tel Aviv
63432
Israel

No Treaty CL Taviv
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Euroclear Bank SA/NV
Fundsettle Team, 2nd Floor
1 Boulevard du Roi Albert II
B-1210 Brussels, Belgium

Peilim
11 Menachem Begin Rd.
Ramat Gan 52681
Israel

Peilim
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim B.M
P.O.B. 27
50 50 Rothschild Blvd
Tel Aviv 61000
Israel

Peilim
c/o FS/BK Hapoalim/B M Tel Aviv
46 Rothschild Boulevard
66883 Telaviv
Israel

Peilim
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Bank Hapoalim BM
104 Hayarkon St.
Tel Aviv
63432
Israel

Peilim
c/o FS/BK Hapoalim/B M Tel Aviv
c/o Euroclear Bank SA/NV
Fundsettle Team, 2nd Floor
1 Boulevard du Roi Albert II
B-1210 Brussels, Belgium

Peilim
48 Begin Menachem Road
Tel Aviv-Jaffa
Israel

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
13th day of April, 2011.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

# 8289861

5