# EXHIBIT E

# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Scott S. Balber
direct tel (212) 408-5466  fax (646) 710-5466
sbalber@chadbourne.com

May 17, 2011

<u>**VIA E-MAIL**</u>

Kerry Quinn, Esq.
Brown Rudnick LLP
Seven Times Square
New York, New York  10036

Re:  *In re Fairfield Sentry Limited, et al.*, Chapter 15 Case No. 10-13164 (BRL);

*Fairfield Sentry Limited, et al. v. Bank Hapoalim (Suisse) Ltd., et al.*,
Adv. Pro. No. 10-03510 (BRL);

*Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.*,
Adv. Pro. No. 10-03635 (BRL);

*Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.*,
Adv. Pro. No. 10-03636 (BRL);

*Fairfield Sentry Limited, et al. v. FS/BK Hapoalim/B M Tel Aviv, et al.*,
Adv. Pro. No. 11-01467 (BRL)

Dear Kerry:

     We represent Bank Hapoalim B.M., Bank Hapoalim (Switzerland) Ltd., and Peilim Portfolio Management Ltd. (collectively, the "Hapoalim Defendants") in connection with the above-referenced matters.  This letter confirms our telephone conversation yesterday afternoon in which you represented to me that you are in possession of agreements between one or more of the plaintiffs in the above-referenced adversary proceedings and the Hapoalim Defendants pursuant to which the Hapoalim Defendants consented to personal jurisdiction in New York.  I advised you that I do not believe any such agreements exist, and you refused to provide me with copies of the agreements you purport to have.  Be advised that we intend to seek all available remedies from the Court in the event that no such agreements exist.

Very truly yours,

Scott S. Balber

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  St. Petersburg  Warsaw (a Polish partnership)  Kyiv  Almaty  Dubai  Beijing