# EXHIBIT G

## CHADBOURNE
## & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

Scott S. Balber
direct tel (212) 408-5466 fax (646) 710-5466
sbalber@chadbourne.com

May 27, 2011

Legal Department
Citco Bank Nederland N.V. Dublin Branch
Citco Global Custody N.V.
Custom House Plaza Block 3
International Financial Services Centre
Dublin 1
Ireland

        Re: <u>Bank Hapoalim (Switzerland) Ltd.</u>

Dear Sir or Madam:

      We represent Bank Hapoalim (Switzerland) Ltd (hereinafter, "BHS"). On or about September 22, 2006, BHS entered into a Brokerage and Custody Agreement (the "Agreement") with Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V. (together with any related entities, "Citco").

      BHS is a defendant in litigation in New York commenced by Kenneth Krys and Joanna Lau, the Liquidators and Foreign Representatives for Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (together, "Fairfield").

      In connection with that litigation, we hereby request that Citco provide all agreements purportedly entered into by and between BHS and Citco, and all other agreements purportedly entered into by or on behalf of BHS related to Fairfield, including, but not limited to, long form and short form subscription agreements, and sub-custodian agreements. Further, it is our understanding that Citco has provided documents to the Fairfield Liquidators concerning BHS. To the extent not included in the foregoing, please provide to BHS copies of all documents concerning BHS that have been provided to the Fairfield Liquidators and/or to Fairfield.

      This request is made in connection with a court-imposed deadline and, as such, please provide the requested documents within ten days of the date of this letter, or by June 6, 2011. Thank you in advance for your prompt attention to this matter. BHS reserves all of its rights under the Agreement.

                                        Very truly yours,

                                        Scott S. Balber