# Exhibit A

# Revised 103

**ADOPTED AS REVISED**

## RESOLUTION

1     RESOLVED, That the American Bar Association urges that, where possible in the context
2     of the proceedings before them, U.S. federal, state, territorial, tribal and local courts
3     consider and respect, as appropriate, the data protection and privacy laws of any applicable
4     foreign sovereign, and the interests of any person who is subject to or benefits from such
5     laws, with regard to data ~~that is subject to preservation, disclosure, or~~ sought in discovery in
6     civil litigation.

**DELETIONS STRUCK THROUGH; ADDITIONS UNDERLINED**