KOBRE & KIM LLP
Jonathan D. Cogan
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1206
Fax: (212) 488-1226

*Attorneys for Allianz Bank Financial Advisors SpA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | |
| | (Jointly Administered) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (BRL) |
| Plaintiffs, | |
| v. | Adv. Pro. No 10-03636 (BRL) |
| ABN AMRO SCHWEIZ AG, a.k.a. ABN AMRO (SWITZERLAND) AG., *et al.*, | (Procedurally Consolidated) |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.,* | **NOTICE OF APPEARANCE**<br>**Return Date: Not Applicable** |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, a.k.a. ABN AMRO (SWITZERLAND) AG, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this action for Allianz Bank Financial Advisors SpA ("Allianz Bank"), improperly sued as "Allianzbank SPA/Unifortune Conservative Side Pocket" (a non-existent entity). I certify that I am admitted to practice in this Court.

**PLEASE TAKE FURTHER NOTICE** that by filing this Notice of Appearance, the accompanying Joinder In Opposition To The Foreign Representatives' Motion Seeking Limited Relief From Order Staying Redeemer Actions And Entry Of Order Directing Defendants To Make Expedited Initial Disclosures On Beneficial Holders And Authorizing Amendment To Complaints in Redeemer Actions, or by later entering an appearance or filing any pleadings, claims or other papers in this action, Allianz Bank:

(i) Does not consent to the personal jurisdiction of this Court or concede that Allianz Bank has properly been served with process in this action;[1]

(ii) Does not waive the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge with subject matter jurisdiction over this action and personal jurisdiction over Allianz Bank;

(iii) Does not waive the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case;

(iv) Does not waive the right to have the District Court withdraw the reference in any matter that is subject to mandatory or discretionary withdrawal; and

(v) Does not waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Allianz Bank is or may be entitled in law or in equity, all of which Allianz Bank expressly reserves.

---

[1] To the contrary, Allianz Bank intends to challenge personal jurisdiction and service at the appropriate time, in a proper procedural posture.

Dated: New York, New York
June 8, 2012

By: s/Jonathan D. Cogan
Jonathan D. Cogan
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1206
Fax: (212) 488-1226
jonathan.cogan@kobrekim.com

*Attorney for Allianz Bank Financial Advisors SpA*

To: All Counsel of Record Via CM/ECF