Kobre & Kim LLP
Jonathan D. Cogan
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1206
Fax: (212) 488-1226

*Attorneys for Allianz Bank Financial Advisors SpA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, *et al*., | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.,* | Adv. Pro. No. 10-03635 (BRL) |
| Plaintiffs, | |
| v. | Adv. Pro. No 10-03636 (BRL) |
| ABN AMRO SCHWEIZ AG, a.k.a. ABN AMRO (SWITZERLAND) AG, *et al*., | (Procedurally Consolidated) |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.,* | **RULE 7007.1 STATEMENT** |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, a.k.a. ABN AMRO (SWITZERLAND) AG, *et al*., | |
| Defendants. | |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Local Rule of Bankruptcy Procedure Rule 7007.1-1, and to enable Bankruptcy Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Allianz Bank Financial Advisors SpA ("Allianz Bank") certifies that:

(i) Allianz Bank is an entity incorporated and organized under the laws of Italy;

(ii) Allianz S.p.A.—also organized under the laws of Italy—directly owns 100% of the equity interests in Allianz Bank; and

(iii) Through numerous intermediate entities, Allianz SE indirectly owns 100% of the equity interests in Allianz Bank.  Allianz SE is organized under the laws of Germany.

Dated: New York, New York
       June 8, 2012

By:            s/ Jonathan D. Cogan
               Jonathan D. Cogan
               Kobre & Kim LLP
               800 Third Avenue
               New York, New York 10022
               Tel:  (212) 488-1206
               Fax:  (212) 488-1226
               jonathan.cogan@kobrekim.com

               *Attorney for Allianz Bank Financial Advisors SpA*

To:  All Counsel of Record Via CM/ECF

2