**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (BRL) |
| Plaintiffs, | Adv. Pro. No. 10-03636 (BRL) |
| v. | |
| ABN AMRO SCHWEIZ AG, a.k.a. ABN AMRO (SWITZERLAND) AG., *et al.*, | (Procedurally Consolidated) |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.,* | |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, a.k.a. ABN AMRO (SWITZERLAND) AG, *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012, I caused the following documents to be electronically filed via CM/ECF in Adversary Proceeding Numbers 10-3635 and 10-3636:

- Notice of Appearance of Jonathan D. Cogan;
- Rule 7007.1 Statement of Allianz Bank Financial Advisors SpA; and
- Joinder of Allianz Bank Financial Advisors SpA in Opposition to Foreign Representative's Motion Seeking Limited Relief from Order Staying Redeemer Actions and Entry of Order Directing Defendants to Make Expedited Initial Disclosures.

I further certify that on June 8, 2012, I caused to be sent to Brown Rudnick LLP, 7 Times Square, 46th floor, New York, NY 10036, electronic copies of the same documents and their corresponding Notices of Electronic Filing, as follows:

- Kerry L. Quinn:  kquinn@brownrudnick.com;
- David J. Saval:  dsaval@brownrudnick.com;
- David Molton:  dmolton@brownrudnick.com; and
- May Orenstein:  morenstein@brownrudnick.com.

I also caused hard copies of the electronically-filed documents to be hand delivered to Ms. Quinn, Mr. Saval, Mr. Molton and Ms. Orenstein.

Dated: New York, New York
        June 11, 2012

By:            s/   Jonathan D. Cogan
               Jonathan D. Cogan
               Kobre & Kim LLP
               800 Third Avenue
               New York, New York 10022
               Tel:  (212) 488-1206
               Fax:  (212) 488-1226
               jonathan.cogan@kobrekim.com

               *Attorney for Allianz Bank Financial Advisors SpA*

To: All Counsel of Record Via CM/ECF