# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Fairfield Sentry Limited and Kiangsu Chekiang and Shanghai Residents (H.K.) Ass    Bankruptcy Case No.: 10–13164–brl

Fairfield Sentry Limited ( In Liquidation)
Fairfield Sigma Limited (In Liquidation)
Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof
　　　　　　　　　　　　　　　Plaintiff(s),

–against–    Adversary Proceeding No. 10–03635–brl

Union Bancaire Privee, UBP SA
Adler and Co.
Privatbank AG
Allianzbank SPA/Unifortune Conservative Side Pocket
Alternative Investment Strategies
Arsenal SPC
Arsenal SPC OBO Glasgow SEG Port
Banca Arner SA
Banca Unione di Credito
Bank Hapoalim Switzerland Ltd.
Bank Julius Baer & Co. Ltd.
Bank Sarasin & Cie
Banque Cantonale Vaudoise
Banque Cramer & Cie SA
Banque Safdie SA
Barclay's Bank PLC Singapore Wealth
BBH LUX Guardian II
BBH LUX Ref Fairfield GRN
BBVA (Suisse) SA
BCV AMC Defensive Al Fund
BNP Paribas (Suisse) SA
BNP Paribas (Suisse) SA Ex Fortis
BNP Paribas (Suisse) SA Private
BSI AG
BSI Ex Banca Del Gottardo
Caceis Bank Luxembourg
CBB (BVI)/The Alkima Found
CBT Gems Low Vol Reg
Compagnie Bancaire Helvetique
Centrum Bank AG (AMS)
Fidulex Management Inc.
Clariden Leu Ltd.
Corner Banca SA
Credit Suisse AG Zurich
Dexia Banque International a Luxembourg
Dresdner Bank Schweiz
EFG Bank SA Switzerland
EFG Eurofinancier D'Invest MCL
Endurance Absolute Ltd. Master
Fairfield Investment GCI
Fairfield Investment Fund Ltd.
Fairfield Masters Ltd.
Falcon Private Bank
FCL IFP Global Diversified CLS
FIF Advanced Ltd.
Finter Bank Zuirich
Harmony Capital Fund Ltd.
Ihag Handelsbank AG
Incore Bank AG
JP Morgan (Suisse) SA
Karla Multistrategies Ltd.
KBC Investments Ltd.

LGT Bank in Liechtenstein AG  
Liechtensteinische LB Reinvest AMS  
Lloyds TSB Bank Geneva  
Lombard Odier Darier Hentsch & Cie  
Longboat Ltd.  
Master Capital and Hedge Fund  
NBK Banque Privee Suisse SA  
Pictet & Cie  
PKB Privatebank AG  
Private Space Ltd.  
Quasar Funs SPC  
RBC Dexia Investor Service Julius Baer Sicav  
RBS Coutts Bank Ltd.  
Richourt AAA Multistrategies  
Rothschold Bank AG Zurich (Dublin)  
Rothschild Bank Geneva (Dublin)  
Rothschild Lugano Dublin  
Sella Bank AG  
SIS Seeganintersettle  
Six SIS Ltd.  
Societe Generale Bank & Trust  
Soundview Fund  
Springer Fund of Funds Ltd.  
Swisscanto FD Centre Clients A/C  
T1 Global Fund Ltd.  
Teorema Alternative Strategies  
UBS AG New York  
UBS AG Zurich  
UBS Jersey Nominees  
Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS)  
Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000  
Verwaltungs– und Privat–Bank AG Aktiengesellschaft  
Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.  
Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG  
Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV  
National Bank of Kuwait  
Karasel Enhanced Portfolio  
BBH Lux Guardian II a/k/a Brown Brothers Harriman  
Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC  
Adler and Co Privatbank AG  
ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG  
EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL.  
EFG Bank AG a/k/a EFG Bank SA Switzerland  
EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL  
Credit Suisse AG  
HSBC  
HSBC  
Bank Leumi Switzerland  
Geneva Absolute Return Fund  

Defendant(s)

**THIRD AMENDED  
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE  
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**Address of Clerk:**

**Clerk of the Court**
**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York, NY 10004–1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**David Molton**
**Brown Rudnick LLP**
**7 Times Square**
**Times Square Tower**
**New York, NY 10036**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004–1408 | Room: Courtroom 623 (BRL), One Bowling Green, New York, NY 10004–1408 Date and Time: 9/12/12 at 10:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 7/30/12

Vito Genna

*Clerk of the Court*

By: /s/ Tiffany Campbell

*Deputy Clerk*