**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                Plaintiffs,<br><br>        -against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                Plaintiffs,<br><br>        -against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-03635 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                          Plaintiffs,<br><br>               -against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>                          Defendants. | )<br>)<br>)  Adv. Pro. No. 10-03636 (BRL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03635) and *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03636) against Teorema Alternative Strategies, and only those claims against Teorema Alternative Strategies, with prejudice and without costs.  This notice of dismissal does not affect or dismiss any claims made in the above-captioned actions against any defendant other than Teorema Alternative Strategies.

Dated: New York, New York
         December 28, 2012

                                            Respectfully submitted,
                                            **BROWN RUDNICK LLP**

                                            By: /s/ May Orenstein
                                                 David J. Molton
                                                 May Orenstein
                                                 Daniel J. Saval
                                                 7 Times Square
                                                 New York, New York 10036
                                                 Tel.: (212) 209-4800
                                                 Fax: (212) 209-4801
                                                 dmolton@brownrudnick.com
                                                 morenstein@brownrudnick.com
                                                 dsaval@brownrudnick.com

                                            *Attorneys for the Foreign Representative*