**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representative*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-03635 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited, (In Liquidation), et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>-against-  )<br>)<br>ABN AMRO Schweiz AG, et al.,  )<br>)<br>Defendants.  )<br>) | Adv. Pro. No. 10-03636 (BRL) |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03635) and *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03636) against Springer Fund of Funds, and only those claims against Springer Fund of Funds, with prejudice and without costs. This notice of dismissal does not affect or dismiss any claims made in the above-captioned actions against any defendant other than Springer Fund of Funds.

Dated: New York, New York
January 2, 2013

                                Respectfully submitted,

                                **BROWN RUDNICK LLP**

                                By: /s/ May Orenstein
                                    David J. Molton
                                    May Orenstein
                                    Daniel J. Saval
                                    7 Times Square
                                    New York, New York 10036
                                    Tel.: (212) 209-4800
                                    Fax: (212) 209-4801
                                    dmolton@brownrudnick.com
                                    morenstein@brownrudnick.com
                                    dsaval@brownrudnick.com

                                *Attorneys for the Foreign Representative*