**DENTONS US LLP**
D. Farrington Yates
1221 Avenue of the Americas
New York, New York 10022
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
farrington.yates@dentons.com

*Attorneys for EFG Bank AG and*
*EFG Bank (Monaco)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (BRL)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>    Defendants. | Adv. Pro. No. 10-03496 (BRL)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>    Defendants. | Adversary Pro. No. 10-03635 (BRL) |

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE THAT effective March 28, 2013, SNR Denton US LLP ("SNR Denton") has combined with Salans LLP and Fraser Milner Casgrain LLP. As a result, SNR Denton US LLP has changed its name to Dentons US LLP as of that effective date. The firm and its lawyers' office

- 2 -

addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

Dated: April 5, 2013　　　　　　　　　　**DENTONS US LLP**

　　　　　　　　　　　　　　　　　　BY:　　　/s/ D. Farrington Yates
　　　　　　　　　　　　　　　　　　　　　D. Farrington Yates
　　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York  10020
　　　　　　　　　　　　　　　　　　　　　Tel:　(212)768-6700
　　　　　　　　　　　　　　　　　　　　　Fax:　(212)768-6800
　　　　　　　　　　　　　　　　　　　　　farrington.yates@dentons.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for EFG Bank AG and*
　　　　　　　　　　　　　　　　　　　　　*EFG Bank (Monaco)*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2013, I electronically filed the foregoing **NOTICE OF CHANGE OF LAW FIRM NAME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

/s/ D. Farrington Yates
D. Farrington Yates

17790570\V-1