UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| FAIRFIELD SENTRY LIMITED, et al. | : | Case No. 10-13164 (SMB) |
| | : | Chapter 15 Case |
| | : | |
| Debtors in Foreign Proceedings | : | Jointly Administered |
| | : | |

_____

NOTICE OF CASE REASSIGNMENT

The above-referenced case no. 10-13164, related cases and all pending adversary proceedings are reassigned to Judge Stuart M. Bernstein.  Please style all future captions with the appropriate judicial suffix (SMB).

/s/ Vito Genna
Clerk of Court

Date:   January 14, 2014