**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representative*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                Plaintiffs,<br><br>       -against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited, (In Liquidation), et al.,<br><br>                Plaintiffs,<br><br>       -against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| Fairfield Sentry Limited, (In Liquidation), et al., )<br>)<br>Plaintiffs, )<br>)<br>-against- )<br>)<br>ABN AMRO Schweiz AG, et al., )<br>)<br>Defendants. )<br>) | Adv. Pro. No. 10-03636 (SMB) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03635) and *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* (Adv. Pro. No. 10-03636) against FCL IFP Global Diversified CLS, and only those claims against FCL IFP Global Diversified CLS, with prejudice and without costs. This notice of dismissal does not affect or dismiss any claims made in the above-captioned actions against any defendant other than FCL IFP Global Diversified CLS.

Dated: New York, New York
February 4, 2014

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ David J. Molton
David J. Molton
May Orenstein
Daniel J. Saval
7 Times Square
New York, New York 10036
Tel.: (212) 209-4800
Fax: (212) 209-4801
dmolton@brownrudnick.com
morenstein@brownrudnick.com
dsaval@brownrudnick.com

*Attorneys for the Foreign Representative*

3