# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** and **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION)**, acting by and through the Foreign Representatives thereof, and **KENNETH KRYS**, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBH LUX GUARDIAN II a/k/a BROWN BROTHERS HARRIMAN, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT GEMS LOW VOL REG, COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN LEU LTD., CORNER | Adv. Pro. No. 10-03635 (BRL) |

**BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA** )
**BANQUE INTERNATIONAL A LUXEMBOURG,** )
**DRESDNER BANK SCHWEIZ, EFG BANK SA** )
**SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL,** )
**ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD** )
**INVESTMENT GCI, FAIRFIELD INVESTMENT FUND** )
**LTD., FAIRFIELD MASTERS LTD., FALCON PRIVATE** )
**BANK, FCL IFP GLOBAL DIVERSIFIED CLS, FIF** )
**ADVANCED LTD., FINTER BANK ZURICH, HARMONY** )
**CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG,** )
**INCORE BANK AG, JP MORGAN (SUISSE) SA, KARASEL** )
**ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES** )
**LTD., KBC INVESTMENTS LTD., LGT BANK IN** )
**LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB** )
**REINVEST AMS, LLOYDS TSB BANK GENEVA,** )
**LOMBARD ODIER DARIER HENTSCH & CIE,** )
**LONGBOAT LTD., MASTER CAPITAL AND HEDGE** )
**FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE** )
**PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK** )
**AG, PRIVATE SPACE LTD., QUASAR FUNDS SPC a/k/a** )
**QUASAR FUND SPC CLASS A AND CLASS B CGCNV,** )
**RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV,** )
**RBS COUTTS BANK LTD., RICHOURT AAA** )
**MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH** )
**(DUBLIN) a/k/a ROTHSCHILD BANK AG, ROTHSCHILD** )
**BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO** )
**DUBLIN a/k/a BANCA PRIVATA EDMOND DE** )
**ROTHSCHILD LUGANO S.A., SELLA BANK AG, SIS** )
**SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE** )
**GENERALE BANK & TRUST, SOUNDVIEW FUND,** )
**SPRINGER FUND OF FUNDS LTD., SWISSCANTO FD** )
**CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD.,** )
**TEOREMA ALTERNATIVE STRATEGIES, UBS AG NEW** )
**YORK, UBS AG ZURICH, UBS JERSEY NOMINEES,** )
**VERWALTUNGS UND PRIVAT-BANK AG** )
**AKTIENGESELLSCHAFT (AMS), VORARLBERGER** )
**LANDES UND HYPOTHEKENBANK** )
**AKTIENGESELLSCHAFT and BENEFICIAL OWNERS OF** )
**ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,** )

               **Defendants.**

## MOTION FOR SUBSTITUTION OF COUNSEL
## BY SCOTT S. BALBER AND JONATHAN C. CROSS

Scott S. Balber and Jonathan C. Cross, members in good standing of the bar of the State of New York, move the court for a substitution of counsel to represent the Bank Hapoalim (Switzerland) LTD., defendants in the above-captioned case before the Honorable Stuart M. Bernstein.

Under the Local Rules of the Bankruptcy Court for the Southern District of New York, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to the Court, in compliance with Local Rule 2090-1(e).

We are currently affiliated with:

HERBERT SMITH FREEHILLS NY LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
Telephone: (917) 542-7600
Fax: (917) 542-7601
e-mail: scott.balber@hsf.com and jonathan.cross@hsf.com

We respectfully ask to be substituted as counsel for Benjamin D. Bleiberg, as attorneys of record for defendants Bank Hapoalim (Switzerland) LTD., and as such, all future correspondence to be addressed to our attention at the above address.

Dated: April 1, 2014                         Respectfully submitted,
New York, New York


                                             /s/ *Scott S. Balber*
                                             HERBERT SMITH FREEHILLS NY LLP
                                             450 Lexington Avenue
                                             14th Floor
                                             New York, NY 10017
                                             Telephone: (917) 542-7600
                                             Fax: (917) 542-7601
                                             e-mail: scott.balber@hsf.com


                                             /s/ *Jonathan C. Cross*
                                             HERBERT SMITH FREEHILLS NY LLP
                                             450 Lexington Avenue
                                             14th Floor
                                             New York, NY 10017
                                             Telephone: (917) 542-7600
                                             Fax: (917) 542-7601
                                             e-mail: jonathan.cross@hsf.com

**ORDER**

**ORDERED,**

that Scott S. Balber and Jonathan C. Cross, are substituted for Benjamin D. Bleiberg in the above-captioned case, in the United States Bankruptcy Court, for the Southern District of New York.

Dated: _____          _____
      New York, New York                                         UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of April, 2014, the Bank Hapoalim (Switzerland) LTD.'s Motion for Substitution of Counsel for Herbert Smith Freehills NY LLP's Scott S. Balber and Jonathan C. Cross, was served electronically via CM/ECF on all parties in the attached schedule A.

      /s/ *Scott S. Balber*
      SCOTT S. BALBER

      /s/ *Jonathan C. Cross*
      JONATHAN C. CROSS