# SCHEDULE A

**10-03635-smb** Fairfield Sentry Limited ( In Liquidation) et al v. Union Bancaire Privee, UBP SA et al

Case type: ap **Related bankruptcy:** 10-13164-smb **Judge:** Stuart M. Bernstein
**Date filed:** 09/21/2010 **Date of last filing:** 02/04/2014

# Party Service list

| | | |
|---|---|---|
| **ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V.**<br>*Added: 06/08/2012*<br>*(Interested Party)* | represented by | **Christopher Harris**<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>(212) 751-4864 (fax)<br>Christopher.harris@lw.com<br>*Assigned: 06/08/12* |
| **ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited**<br>*Added: 06/08/2012*<br>*(Interested Party)* | represented by | **Christopher Harris**<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>(212) 751-4864 (fax)<br>Christopher.harris@lw.com<br>*Assigned: 06/08/12* |
| **ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd.**<br>*Added: 06/08/2012*<br>*(Interested Party)* | represented by | **Christopher Harris**<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>(212) 751-4864 (fax)<br>Christopher.harris@lw.com<br>*Assigned: 06/08/12* |
| **ABN AMRO Global Custody**<br>*Added: 06/08/2012*<br>*(Interested Party)* | represented by | **Christopher Harris**<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>(212) 751-4864 (fax)<br>Christopher.harris@lw.com<br>*Assigned: 06/08/12* |
| **ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V.**<br>*Added: 06/08/2012*<br>*(Interested Party)* | represented by | **Christopher Harris**<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>(212) 751-4864 (fax) |

|  |  |  |
|---|---|---|
|  |  | Christopher.harris@lw.com  *Assigned: 06/08/12* |
| **ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG** Registered address Beethovenstrasse 33 CH-8002 Zurich Switzerland *Added: 05/03/2011* (Defendant) | represented by | **Christopher Harris** Latham & Watkins, LLP 885 Third Avenue New York, NY 10022 (212) 906-1200 (212) 751-4864 (fax) Christopher.harris@lw.com *Assigned: 01/20/12* |
| **Adler and Co Privatbank AG** Registered address Claridenstreasse 22 CH-8022 Zurich Switzerland *Added: 05/03/2011* (Defendant) PRO SE |  |  |
| **Adler and Co.** *Added: 09/21/2010* (Defendant) PRO SE |  |  |
| **Allianzbank SPA/Unifortune Conservative Side Pocket** *Added: 09/21/2010* (Defendant) | represented by | **Jonathan D. Cogan** Kobre & Kim LLP 800 Third Avenue New York, NY 10022 (212) 488-1200 (212) 488-1220 (fax) jonathan.cogan@kobrekim.com *Assigned: 06/08/12* |
| **Alternative Investment Strategies** *Added: 09/21/2010* (Defendant) PRO SE |  |  |
| **Arsenal SPC** *Added: 09/21/2010* (Defendant) PRO SE |  |  |
| **Arsenal SPC OBO Glasgow SEG Port** *Added: 09/21/2010* (Defendant) PRO SE |  |  |

| | | |
|---|---|---|
| **BBH LUX Guardian II**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Anthony L. Paccione**<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8502<br>(212) 894-5502 (fax)<br>anthony.paccione@kattenlaw.com<br>*Assigned: 10/07/10* |
| **BBH LUX Ref Fairfield GRN**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Anthony L. Paccione**<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8502<br>(212) 894-5502 (fax)<br>anthony.paccione@kattenlaw.com<br>*Assigned: 10/07/10* |
| **BBH Lux Guardian II a/k/a Brown Brothers Harriman**<br>Registered Address<br>2-8, Avenue Charles de Gaulle<br>Luxembourg L-2014<br>Luxembourg<br>*Added: 05/03/2011*<br>*(Defendant)*<br>PRO SE | | |
| **BBVA (Suisse) SA**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Sean G. Arthurs**<br>Shearman & Sterling, LLP<br>801 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, DC 20004<br>(202) 508-8089<br>(202) 508-8100 (fax)<br>sean.arthurs@shearman.com<br>*Assigned: 04/12/11*<br>*LEAD ATTORNEY*<br><br>**James L. Garrity, Jr.**<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>212-309-6220<br>212-309-6001 (fax)<br>jgarrity@morganlewis.com<br>*Assigned: 10/07/10*<br><br>**Heather Lamberg Kafele**<br>Shearman & Sterling, LLP<br>801 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, DC 20004 |

|  |  |  |
|---|---|---|
|  |  | (202) 508-8097<br>(202) 508-8100 (fax)<br>hkafele@shearman.com<br>*Assigned: 04/12/11*<br>*LEAD ATTORNEY*<br><br>**Keith R. Palfin**<br>Shearman & Sterling, LLP<br>801 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, DC 20004<br>(202) 508-8179<br>(202) 508-8100 (fax)<br>keith.palfin@shearman.com<br>*Assigned: 04/13/11*<br>*LEAD ATTORNEY* |
| **BCV AMC Defensive Al Fund**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **BNP Paribas (Suisse) SA**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Evan A. Davis**<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002<br>(212) 225-2850<br>(212) 225-3999 (fax)<br>edavis@cgsh.com<br>*Assigned: 10/05/10*<br><br>**Breon Peace**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2059<br>(212) 225-3999 (fax)<br>bpeace@cgsh.com<br>*Assigned: 09/21/10* |
| **BNP Paribas (Suisse) SA Ex Fortis**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Evan A. Davis**<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002<br>(212) 225-2850<br>(212) 225-3999 (fax)<br>edavis@cgsh.com<br>*Assigned: 10/05/10* |

| | | |
|---|---|---|
| **BNP Paribas (Suisse) SA Private**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Breon Peace**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2059<br>(212) 225-3999 (fax)<br>bpeace@cgsh.com<br>*Assigned: 09/21/10*<br><br>**Evan A. Davis**<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002<br>(212) 225-2850<br>(212) 225-3999 (fax)<br>edavis@cgsh.com<br>*Assigned: 10/05/10*<br><br>**Breon Peace**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2059<br>(212) 225-3999 (fax)<br>bpeace@cgsh.com<br>*Assigned: 09/21/10* |

**BSI AG**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**BSI Ex Banca Del Gottardo**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Banca Arner SA**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Banca Unione di Credito**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

| | | |
|---|---|---|
| **Bank Hapoalim Switzerland Ltd.**<br>*Added: 09/21/2010* | | **Benjamin D. Bleiberg**<br>Chadbourne & Parke LLP |

|  |  |  |
|---|---|---|
| *(Defendant)* | represented by | 30 Rockefeller Plaza<br>New York, NY 10112<br>212.408.5100<br>212.541.5369 (fax)<br>bbleiberg@chadbourne.com<br>*Assigned: 06/08/12* |
| **Bank Julius Baer & Co. Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Sachin S. Bansal**<br>McKool Smith<br>1 Bryant Park<br>47th Floor<br>New York, NY 10036<br>(212) 402-9437<br>(212) 402-9444 (fax)<br>sbansal@mckoolsmith.com<br>*Assigned: 10/07/10* |
| **Bank Leumi Switzerland**<br>*Added: 07/25/2012*<br>*TERMINATED: 01/18/2013*<br>*(Defendant)*<br>PRO SE | | |
| **Bank Sarasin & Cie**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Banque Cantonale Vaudoise**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |
| **Banque Cramer & Cie SA**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Banque Safdie SA**<br>*Added: 09/21/2010*<br>*TERMINATED: 08/15/2012*<br>*(Defendant)*<br>PRO SE | represented by | **Sandra D. Grannum**<br>Davidson & Grannum, LLP<br>30 Ramland Road<br>Suite 201<br>Orangeburg, NY 10962<br>(845) 667-5160<br>(845) 365-9190 (fax)<br>sgrannum@d-glaw.com<br>*Assigned: 03/04/11* |

|   |   |   |
|---|---|---|
| **Barclay's Bank PLC Singapore Wealth**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | *TERMINATED: 01/09/12*<br>**Christopher R. Donoho, III**<br>Hogan Lovells LLP<br>875 Third Avenue<br>New York, NY 10022<br>212-909-0630<br>212-909-0660 (fax)<br>chris.donoho@hoganlovells.com<br>*Assigned: 10/07/10* |
| **Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC**<br>Registered Address<br>Level 28 One Raffles Quay<br>South Tower<br>Singapore 048583<br>Singapore<br>*Added: 05/03/2011*<br>*(Defendant)*<br>PRO SE | | |
| **CBB (BVI)/The Alkima Found**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **CBT Gems Low Vol Reg**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Caceis Bank Luxembourg**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Lawrence B. Friedman**<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.225.2000<br>212.225.3999 (fax)<br>lfriedman@cgsh.com<br>*Assigned: 11/04/10* |
| **Centrum Bank AG (AMS)**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Clariden Leu Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **William J. Sushon**<br>O'Melveny & Myers LLP<br>7 Times Square Tower<br>New York, NY 10036<br>(212) 326-2000 |

|  |  |  |
|---|---|---|
|  |  | (212) 326-2061 (fax)<br>wsushon@omm.com<br>*Assigned: 08/04/11* |
| **Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.**<br>*Added: 10/07/2010*<br>*(Unknown)* |  |  |
| **Compagnie Bancaire Helvetique**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |
| **Corner Banca SA**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **Credit Suisse AG**<br>*Added: 08/03/2011*<br>*(Defendant)* | represented by | **William J. Sushon**<br>O'Melveny & Myers LLP<br>7 Times Square Tower<br>New York, NY 10036<br>(212) 326-2000<br>(212) 326-2061 (fax)<br>wsushon@omm.com<br>*Assigned: 08/03/11* |
| **Credit Suisse AG Zurich**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **Dexia Banque International a Luxembourg**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **Dresdner Bank Schweiz**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL**<br>*Added: 07/15/2011*<br>*(Defendant)* | represented | **David Farrington Yates**<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>24th Floor |

| | | |
|---|---|---|
| | by | New York, NY 10020<br>(212) 768-6700<br>(212) 768-6800 (fax)<br>farrington.yates@dentons.com<br>*Assigned: 07/15/11* |
| **EFG Bank AG a/k/a EFG Bank SA Switzerland**<br>*Added: 07/15/2011*<br>*(Defendant)* | represented by | **David Farrington Yates**<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>(212) 768-6700<br>(212) 768-6800 (fax)<br>farrington.yates@dentons.com<br>*Assigned: 07/15/11* |
| **EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL.**<br>*Added: 07/15/2011*<br>*(Defendant)* | represented by | **David Farrington Yates**<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>(212) 768-6700<br>(212) 768-6800 (fax)<br>farrington.yates@dentons.com<br>*Assigned: 07/15/11* |
| **EFG Bank AG and EFG Bank (Monaco)**<br>*Added: 04/05/2013*<br>*(Defendant)* | represented by | **David Farrington Yates**<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>(212) 768-6700<br>(212) 768-6800 (fax)<br>farrington.yates@dentons.com<br>*Assigned: 04/05/13* |
| **EFG Bank SA Switzerland**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **David Farrington Yates**<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>(212) 768-6700<br>(212) 768-6800 (fax)<br>farrington.yates@dentons.com<br>*Assigned: 06/08/12* |
| **EFG Eurofinancier D'Invest MCL**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **David Farrington Yates**<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020 |

|  |  |  |
|---|---|---|
|  |  | (212) 768-6700<br>(212) 768-6800 (fax)<br>farrington.yates@dentons.com<br>*Assigned: 06/08/12* |
| **Endurance Absolute Ltd. Master**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **FCL IFP Global Diversified CLS**<br>*Added: 09/21/2010*<br>*TERMINATED: 02/04/2014*<br>*(Defendant)*<br>PRO SE |  |  |
| **FIF Advanced Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Frederick R. Kessler**<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12th Floor<br>New York, NY 10110<br>(212) 382-3300<br>(212) 382-0050 (fax)<br>fkessler@wmd-law.com<br>*Assigned: 06/21/11* |
| **Fairfield Investment Fund Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Frederick R. Kessler**<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12th Floor<br>New York, NY 10110<br>(212) 382-3300<br>(212) 382-0050 (fax)<br>fkessler@wmd-law.com<br>*Assigned: 06/21/11* |
| **Fairfield Investment GCI**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Frederick R. Kessler**<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>12th Floor<br>New York, NY 10110<br>(212) 382-3300<br>(212) 382-0050 (fax)<br>fkessler@wmd-law.com<br>*Assigned: 06/21/11* |
| **Fairfield Masters Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **Fairfield Sentry Limited ( In Liquidation)** |  | **David Molton** |

|  |  |  |
|---|---|---|
| *Added: 09/21/2010*<br>*(Plaintiff)* | represented by | Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>dmolton@brownrudnick.com<br>*Assigned: 09/21/10*<br>*LEAD ATTORNEY* |

**May Orenstein**
Brown Rudnick LLP
Seven Times Square
46th Floor
New York, NY 10036
(212)209-4800
(212)209-4801 (fax)
morenstein@brownrudnick.com
*Assigned: 09/21/10*
*TERMINATED: 07/20/12*
*LEAD ATTORNEY*

**Kerry L. Quinn**
Brown Rudnick LLP
7 Times Square, 46th floor
New York, NY 10036
212-209-4819
212-209-4801 (fax)
kquinn@brownrudnick.com
*Assigned: 09/21/10*
*TERMINATED: 07/20/12*
*LEAD ATTORNEY*

**Daniel J. Saval**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(212) 209-4800
(212) 209-4801 (fax)
dsaval@brownrudnick.com
*Assigned: 09/21/10*
*TERMINATED: 07/20/12*
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
| **Fairfield Sigma Limited (In Liquidation)**<br>*Added: 01/10/2011*<br>*(Plaintiff)* | represented by | **David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax) |

|  |  |
|---|---|
|  | dmolton@brownrudnick.com<br>*Assigned: 01/31/11*<br>ATTORNEY TO BE NOTICED |
|  | **Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>(212) 209-4801 (fax)<br>dsaval@brownrudnick.com<br>*Assigned: 01/10/11*<br>*TERMINATED: 07/20/12* |
| **Falcon Private Bank**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |
| **Fidulex Management Inc.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Herbert M. Wachtell**<br>Wachtell Lipton Rosen & Katz<br>51 West 52 Street<br>New York, NY 10019<br>(212) 403-1216<br>(212) 403-2216 (fax)<br>hmwachtell@wlrk.com<br>*Assigned: 10/07/10* |
| **Finter Bank Zuirich**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |
| **Geneva Absolute Return Fund**<br>*Added: 07/25/2012*<br>*(Defendant)*<br>PRO SE |  |
| **HSBC**<br>8 Canary Square<br>Canary Wharf<br>London<br>United Kingdom<br>*Added: 07/20/2012*<br>*(Defendant)*<br>PRO SE |  |
| **HSBC**<br>*Added: 07/25/2012*<br>*(Defendant)*<br>PRO SE |  |

| | | |
|---|---|---|
| **Harmony Capital Fund Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Anthony L. Paccione**<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8502<br>(212) 894-5502 (fax)<br>anthony.paccione@kattenlaw.com<br>*Assigned: 10/07/10* |
| **Ihag Handelsbank AG**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Incore Bank AG**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **JP Morgan (Suisse) SA**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **John F. Savarese**<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>31st Floor<br>New York, NY 10019<br>(212) 403-1235<br>(212) 403-2000 (fax)<br>jfsavarese@wlrk.com<br>*Assigned: 10/07/10* |
| **KBC Investments Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators**<br>*Added: 05/03/2011*<br>*TERMINATED: 07/20/2012*<br>*(Plaintiff)* | represented by | **David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>dmolton@brownrudnick.com<br>*Assigned: 05/03/11* |
| **Karasel Enhanced Portfolio**<br>*Added: 05/03/2011*<br>*(Defendant)*<br>PRO SE | | |
| **Karla Multistrategies Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |

| | | |
|---|---|---|
| **Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof**<br>*Added: 07/20/2012*<br>*(Plaintiff)* | represented by | **David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>dmolton@brownrudnick.com<br>*Assigned: 07/25/12*<br>*LEAD ATTORNEY* |

**Kenneth Krys**
*Added: 03/29/2011*
*(Unknown)*

**LGT Bank in Liechtenstein AG**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Joanna Lau**
*Added: 03/29/2011*
*(Unknown)*

**Liechtensteinische LB Reinvest AMS**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

| | | |
|---|---|---|
| **Lloyds TSB Bank Geneva**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Anthony L. Paccione**<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8502<br>(212) 894-5502 (fax)<br>anthony.paccione@kattenlaw.com<br>*Assigned: 10/07/10* |
| **Lombard Odier Darier Hentsch & Cie**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |

**Longboat Ltd.**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Master Capital and Hedge Fund**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**NBK Banque Privee Suisse SA**
*Added: 09/21/2010*
*(Defendant)*

represented by

**Richard A. Cirillo**
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2337
(212) 556-2222 (fax)
rcirillo@kslaw.com
*Assigned: 10/06/10*

**National Bank of Kuwait**
Registered Address
P.O. Box 95 Safat
13001 Kuwait
Abdullah Al Ahmad Street
Sharq
State of Kuwait
*Added: 05/03/2011*
*(Defendant)*
PRO SE

**PKB Privatebank AG**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Pictet & Cie**
*Added: 09/21/2010*
*(Defendant)*

represented by

**Michael E. Wiles**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022-6225
(212) 909-6000
(212) 909-6836 (fax)
mewiles@debevoise.com
*Assigned: 10/07/10*

**Privatbank AG**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Private Space Ltd.**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV**
Registered Address

12/338519_1                                                                                                                                              15

c/o Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands
*Added: 05/03/2011*
*(Defendant)*
PRO SE

**Quasar Funs SPC**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**RBC Dexia Investor Service Julius Baer Sicav**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**RBS Coutts Bank Ltd.**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Richourt AAA Multistrategies**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

| | | |
|---|---|---|
| **Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG**<br>Registered Address<br>Zollikerstrasse 181<br>CH-8034<br>Zurich<br>Switzerland<br>*Added: 05/03/2011*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 06/09/11* |
| **Rothschild Bank Geneva (Dublin)**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |
| **Rothschild Lugano Dublin**<br>*Added: 09/21/2010*<br>*(Defendant)* | | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP |

| | | |
|---|---|---|
| | represented by | One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |
| **Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.**<br>Registered Address<br>Via Ginevra 2<br>CH-6900<br>Lugano<br>Switzerland<br>*Added: 05/03/2011*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 06/09/11* |
| **Rothschold Bank AG Zurich (Dublin)**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |
| **SIS Seeganintersettle**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Sella Bank AG**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE | | |
| **Six SIS Ltd.**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Yasmine Lahlou**<br>Chaffetz Lindsey LLP<br>505 Fifth Avenue<br>4th Floor<br>New York, NY 10017<br>(212) 257-6960<br>(212) 257-6950 (fax)<br>yasmine.lahlou@chaffetzlindsey.com<br>*Assigned: 06/08/12* |
| **Societe Generale Bank & Trust**<br>*Added: 09/21/2010*<br>*(Defendant)* | | **Megan P. Davis**<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza |

| | | |
|---|---|---|
| | represented by | New York, NY 10006<br>212.412.9500<br>212.964.9200 (fax)<br>mdavis@fzwz.com<br>*Assigned: 10/07/10* |

**Soundview Fund**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Springer Fund of Funds Ltd.**
*Added: 09/21/2010*
*TERMINATED: 01/07/2013*
*(Defendant)*
PRO SE

**Swisscanto FD Centre Clients A/C**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**T1 Global Fund Ltd.**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**Teorema Alternative Strategies**
*Added: 09/21/2010*
*TERMINATED: 01/07/2013*
*(Defendant)*
PRO SE

**UBS AG New York**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**UBS AG Zurich**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

**UBS Jersey Nominees**
*Added: 09/21/2010*
*(Defendant)*
PRO SE

| | | |
|---|---|---|
| **Union Bancaire Privee, UBP SA**<br>*Added: 09/21/2010*<br>*(Defendant)* | represented by | **Christopher Harris**<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200 |

|  |  |  |
|---|---|---|
|  |  | (212) 751-4864 (fax)<br>Christopher.harris@lw.com<br>*Assigned: 10/07/10* |
| **Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS)**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |
| **Verwaltungs- und Privat-Bank AG Aktiengesellschaft**<br>*Added: 10/07/2010*<br>*(Defendant)* | represented by | **John A. Borek**<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004-1408<br>(212) 859-8067<br>(212) 859-8585 (fax)<br>borekjo@ffhsj.com<br>*Assigned: 10/07* |
| **Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1-1000**<br>*Added: 09/21/2010*<br>*(Defendant)*<br>PRO SE |  |  |