Benjamin D. Bleiberg
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Attorney for Bank Hapoalim (Switzerland) LTD.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | Chapter 15 Case |
| ) | |
| **FAIRFIELD SENTRY LIMITED, et al.,** ) | Case No. 10-13164 |
| ) | (BRL) |
| **Debtors in Foreign Proceedings.** ) | |
| ) | Jointly Administered |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and** ) | |
| **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting** ) | |
| **by and through the Foreign Representatives thereof, and** ) | |
| **KENNETH KRYS, solely in his capacity as Foreign** ) | |
| **Representative and Liquidator thereof,** ) | Adv. Pro. No. 10-03635 |
| ) | (BRL) |
| **Plaintiffs,** ) | |
| ) | |
| -against- ) | |
| ) | |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO ) | |
| (SWITZERLAND) AG, ADLER AND CO PRIVATBANK ) | |
| AG, ALLIANZBANK SPA/UNIFORTUNE ) | |
| CONSERVATIVE SIDE POCKET, ALTERNATIVE ) | |
| INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL ) | |
| SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, ) | |
| BANCA UNIONE DI CREDITO, BANK HAPOALIM ) | |
| SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., ) | |
| BANK SARASIN & CIE, BANQUE CANTONALE ) | |
| VAUDOISE, BANQUE CRAMER & CIE SA, BBH LUX ) | |
| GUARDIAN II a/k/a BROWN BROTHERS HARRIMAN, ) | |
| BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV ) | |
| AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, ) | |
| BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS ) | |
| (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL ) | |
| GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/ ) | |
| THE ALKIMA FUND, CBT GEMS LOW VOL REG, ) | |
| COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM ) | |
| BANK AG (AMS), CLARIDEN LEU LTD., CORNER | |

|  |
|---|
| **BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA BANQUE INTERNATIONAL A LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG BANK SA SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL, ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD INVESTMENT GCI, FAIRFIELD INVESTMENT FUND LTD., FAIRFIELD MASTERS LTD., FALCON PRIVATE BANK, FCL IFP GLOBAL DIVERSIFIED CLS, FIF ADVANCED LTD., FINTER BANK ZURICH, HARMONY CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG, INCORE BANK AG, JP MORGAN (SUISSE) SA, KARASEL ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES LTD., KBC INVESTMENTS LTD., LGT BANK IN LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS TSB BANK GENEVA, LOMBARD ODIER DARIER HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL AND HEDGE FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK AG, PRIVATE SPACE LTD., QUASAR FUNDS SPC a/k/a QUASAR FUND SPC CLASS A AND CLASS B CGCNV, RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV, RBS COUTTS BANK LTD., RICHOURT AAA MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH (DUBLIN) a/k/a ROTHSCHILD BANK AG, ROTHSCHILD BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO DUBLIN a/k/a BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., SELLA BANK AG, SIS SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE GENERALE BANK & TRUST, SOUNDVIEW FUND, SPRINGER FUND OF FUNDS LTD., SWISSCANTO FD CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., TEOREMA ALTERNATIVE STRATEGIES, UBS AG NEW YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, VERWALTUNGS UND PRIVAT-BANK AG AKTIENGESELLSCHAFT (AMS), VORARLBERGER LANDES UND HYPOTHEKENBANK AKTIENGESELLSCHAFT and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,**  )<br><br>                                              **Defendants.** |

## APPLICATION TO WITHDRAW AS COUNSEL

Chadbourne & Parke LLP ("Movant"), counsel of record for defendant Bank Hapoalim (Switzerland) LTD. ("Defendant"), moves the court for entry of an order allowing Chadbourne &

Parke LLP to withdraw as counsel of record for Defendant, and in support of this application state as follows:

    1. Movant has represented Defendant in connection with this case since June 2012.

    2. On October 7, 2013, Bank requested that Movant no longer represent them in connection with this case.

    3. A copy of this application has been served upon Defendant.

    WHEREFORE, Movant respectfully requests entry of an order in the form annexed hereto.

Dated: New York, New York     CHADBOURNE & PARKE LLP
       April 1, 2014               Attorneys for Bank Hapoalim (Switzerland) LTD.

                                By:    */s/ Benjamin D. Bleiberg*
                                       30 Rockefeller Plaza
                                       New York, New York 10112
                                       (212) 408-5100

## **DECLARATION OF WITHDRAWING COUNSEL**

      I hereby declare under penalty of perjury that the factual statements made in the attached application are true and correct. The attached application has been served in accordance with Local Bankruptcy Rule 2090-1(e).


Dated: April 1, 2014                    */s/ Benjamin D. Bleiberg*
                                           BENJAMIN D. BLEIBERG

Benjamin D. Bleiberg
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Attorney of record for Bank Hapoalim (Switzerland) LTD.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 15 Case )  )  **Case No. 10-13164** ) **(BRL)** ) )  **Jointly Administered** ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | |
| Debtors in Foreign Proceedings. | |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,** | ) ) ) ) ) **Adv. Pro. No. 10-03635** ) **(BRL)** |
| Plaintiffs, | ) ) |
| -against- | ) ) |
| **ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBH LUX GUARDIAN II a/k/a BROWN BROTHERS HARRIMAN, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT GEMS LOW VOL REG, COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN LEU LTD., CORNER** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA** )
**BANQUE INTERNATIONAL A LUXEMBOURG,** )
**DRESDNER BANK SCHWEIZ, EFG BANK SA** )
**SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL,** )
**ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD** )
**INVESTMENT GCI, FAIRFIELD INVESTMENT FUND** )
**LTD., FAIRFIELD MASTERS LTD., FALCON PRIVATE** )
**BANK, FCL IFP GLOBAL DIVERSIFIED CLS, FIF** )
**ADVANCED LTD., FINTER BANK ZURICH, HARMONY** )
**CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG,** )
**INCORE BANK AG, JP MORGAN (SUISSE) SA, KARASEL** )
**ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES** )
**LTD., KBC INVESTMENTS LTD., LGT BANK IN** )
**LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB** )
**REINVEST AMS, LLOYDS TSB BANK GENEVA,** )
**LOMBARD ODIER DARIER HENTSCH & CIE,** )
**LONGBOAT LTD., MASTER CAPITAL AND HEDGE** )
**FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE** )
**PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK** )
**AG, PRIVATE SPACE LTD., QUASAR FUNDS SPC a/k/a** )
**QUASAR FUND SPC CLASS A AND CLASS B CGCNV,** )
**RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV,** )
**RBS COUTTS BANK LTD., RICHOURT AAA** )
**MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH** )
**(DUBLIN) a/k/a ROTHSCHILD BANK AG, ROTHSCHILD** )
**BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO** )
**DUBLIN a/k/a BANCA PRIVATA EDMOND DE** )
**ROTHSCHILD LUGANO S.A., SELLA BANK AG, SIS** )
**SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE** )
**GENERALE BANK & TRUST, SOUNDVIEW FUND,** )
**SPRINGER FUND OF FUNDS LTD., SWISSCANTO FD** )
**CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD.,** )
**TEOREMA ALTERNATIVE STRATEGIES, UBS AG NEW** )
**YORK, UBS AG ZURICH, UBS JERSEY NOMINEES,** )
**VERWALTUNGS UND PRIVAT-BANK AG** )
**AKTIENGESELLSCHAFT (AMS), VORARLBERGER** )
**LANDES UND HYPOTHEKENBANK** )
**AKTIENGESELLSCHAFT and BENEFICIAL OWNERS OF** )
**ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,** )

                                                                 **Defendants.**

## NOTICE OF APPLICATION TO WITHDRAW AS COUNSEL

     **PLEASE TAKE NOTICE** that the objections to the Application, if any, must be set forth in writing, filed with the Bankruptcy Court, with a courtesy copy delivered to Judge Bernstein's

chambers and served upon the Movant, Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112 (Attention: Benjamin D. Bleiberg, Esq.).

Dated: New York, New York            CHADBOURNE & PARKE LLP
      April 1, 2014                         Attorneys for Bank Hapoalim (Switzerland) LTD.

                                    By:    */s/ Benjamin D. Bleiberg*
                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                            (212) 408-5100

Benjamin D. Bleiberg
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Attorney for Bank Hapoalim (Switzerland) LTD.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    **Debtors in Foreign Proceedings.** | ) **Chapter 15 Case**<br>)<br>) **Case No. 10-13164**<br>) **(BRL)**<br>)<br>) **Jointly Administered**<br>) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,**<br><br>    **Plaintiffs,**<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBH LUX GUARDIAN II a/k/a BROWN BROTHERS HARRIMAN, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT GEMS LOW VOL REG, COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN LEU LTD., CORNER | )<br>)<br>)<br>)<br>) **Adv. Pro. No. 10-03635**<br>) **(BRL)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA** )
**BANQUE INTERNATIONAL A LUXEMBOURG,** )
**DRESDNER BANK SCHWEIZ, EFG BANK SA** )
**SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL,**)
**ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD** )
**INVESTMENT GCI, FAIRFIELD INVESTMENT FUND** )
**LTD., FAIRFIELD MASTERS LTD., FALCON PRIVATE** )
**BANK, FCL IFP GLOBAL DIVERSIFIED CLS, FIF** )
**ADVANCED LTD., FINTER BANK ZURICH, HARMONY** )
**CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG,**)
**INCORE BANK AG, JP MORGAN (SUISSE) SA, KARASEL**)
**ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES** )
**LTD., KBC INVESTMENTS LTD., LGT BANK IN** )
**LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB** )
**REINVEST AMS, LLOYDS TSB BANK GENEVA,** )
**LOMBARD ODIER DARIER HENTSCH & CIE,** )
**LONGBOAT LTD., MASTER CAPITAL AND HEDGE**)
**FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE** )
**PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK**)
**AG, PRIVATE SPACE LTD., QUASAR FUNDS SPC a/k/a** )
**QUASAR FUND SPC CLASS A AND CLASS B CGCNV,**)
**RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV,**)
**RBS COUTTS BANK LTD., RICHOURT AAA** )
**MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH**)
**(DUBLIN) a/k/a ROTHSCHILD BANK AG, ROTHSCHILD**)
**BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO** )
**DUBLIN a/k/a BANCA PRIVATA EDMOND DE** )
**ROTHSCHILD LUGANO S.A., SELLA BANK AG, SIS** )
**SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE** )
**GENERALE BANK & TRUST, SOUNDVIEW FUND,** )
**SPRINGER FUND OF FUNDS LTD., SWISSCANTO FD** )
**CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD.,** )
**TEOREMA ALTERNATIVE STRATEGIES, UBS AG NEW**)
**YORK, UBS AG ZURICH, UBS JERSEY NOMINEES,** )
**VERWALTUNGS UND PRIVAT-BANK AG** )
**AKTIENGESELLSCHAFT (AMS), VORARLBERGER** )
**LANDES UND HYPOTHEKENBANK** )
**AKTIENGESELLSCHAFT and BENEFICIAL OWNERS OF**)
**ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,** )

                                              **Defendants.**

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

      Upon consideration of the application (the "Application") of Chadbourne & Parke LLP ("Movant") to withdraw as counsel of record for defendant Bank Hapoalim (Switzerland) LTD. in the above captioned case, and it appearing that no further notice of the Application is required or necessary, and objections, if any, to the Application having been overruled, settled or withdrawn, and after due deliberation, and sufficient cause appearing therefore, it is hereby

      ORDERED, that the Application is granted in all respects.

Dated: _____

                                                  BY THE COURT:

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE