UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

------------------------------------------------------------X

Fairfield Sentry Limited (In Liquidation),

    Plaintiff,

-against-

Theodoor GGC Amsterdam, et al.,

    Defendants.

------------------------------------------------------------X

This document relates to:

Adv. Pro. Nos. 10-3636, 10-3635, 10-3634,
10-3786, 10-3756, 10-3795, 10-3799, 10-4392,
11-1584, 11-2613, 10-3505, 12-1131, 10-3595,
11-1566, 10-3873, 10-3514, 11-1256

------------------------------------------------------------X

Chapter 15 Case

Case No. 10-13164 (BRL)

Jointly Administered

Adv. Pro. No. 10-03496 (BRL)

Administratively Consolidated

## REQUEST FOR REMOVAL FROM ECF SERVICE LIST

    MEGAN P. DAVIS respectfully requests that she be removed from any and all mailing matrixes and service lists in the above-referenced matters.

    The undersigned makes this request because she is leaving the firm Flemming Zulack Williamson Zauderer LLP. All other counsel of record at Flemming Zulack Williamson Zauderer LLP remain the same.

Dated: New York, New York
      June 18, 2014

                        FLEMMING ZULACK WILLIAMSON
                        ZAUDERER LLP

                        /s/ Megan P. Davis
                        Megan P. Davis
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 412-9500
                        mdavis@fzwz.com

*Attorneys for Defendants Attorneys for Defendants Lombard Odier Darier Hentsch & Cie (now known as Lombard Odier & Cie) (10-ap-3635, 10-ap-3636, 10-ap-3795); Société Générale Bank & Trust S.A. (10-ap-3635, 10-ap-3636, 11-ap-1584, 11-ap-2613); Banque Privée Edmond de Rothschild Europe (sued as Banque Privee Edmond de Rothschild (Europe)) (10-ap-3505); Banque Privée Edmond de Rothschild S.A. (sued as Rothschild Bank Geneva) (10-ap-3635, 10-ap-3636); Rothschild & Cie Banque (sued as Rothschild & Cie Banque Paris) (12-ap-1131); Société Générale Private Banking (Suisse) S.A. (10-ap-3595, 10-ap-3786); Société Générale Private Banking (Lugano-Svizzera) S.A. (sued as FS/SG Private Banking (Lugano-Svizzera) SA a/k/a FS/SG Private Banking Suisse SA) (11-ap-1566); Banque Privée Espírito Santo S.A. (10-ap-3634, 10-ap-3756); Bordier & Cie (10-ap-3873); Banque Piguet & Cie S.A. (now known as Piguet Galland & Cie S.A.) (10-ap-3514); Rothschild Bank AG (10-ap-3635, 10-ap-3636); Banca Privata Edmond de Rothschild Lugano S.A. (10-ap-3635, 10-ap-3636); Banque Cantonale Vaudoise (10-ap-3635, 10-ap-3636); CBH Compagnie Bancaire Helvétique SA (10-ap-3635, 10-ap-3636, 11-ap-1256); Hambros (Guernsey) Nominees) Limited, SG Hambros Nominees (Jersey) Limited, and SG Hambros Bank (Channel Islands) Limited (successor to SG Hambros Bank & Trust (Guernsey) Ltd.) (10-ap-3799)*

2