UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>Debtors in Foreign Proceedings | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al,<br><br>                    Plaintiffs,<br><br>- against -<br><br>Theodoor GGC Amesterdam, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-3496 (BRL)<br><br>Procedurally Consolidated<br>Under this matter |
| Fairfield Sentry Limited (In Liquidation), et al,<br><br>                    Plaintiffs,<br><br>- against -<br><br>FS ABN AMRO Global Custody and Beneficial Owners of the Accounts Held in the Name FS ABN AMRO Global Custody 1-1000,<br><br>                    Defendants. | Adv. Pro. No. 10-3504 (BRL) |
| Fairfield Sentry Limited, et al.,<br><br>                    Plaintiffs,<br><br>- against -<br><br>ABN AMRO Schweiz AG, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-3635 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited, et al.<br><br>    Plaintiffs,<br><br>- against -<br><br>ABN AMRO Schweiz AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-3636 (BRL) |
| Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Joanna Lau, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br><br>- against –<br><br>Fortis (Isle of Man) Nominees Limited, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-3776 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>    Plaintiffs,<br><br>- against –<br><br>Fortis Global Custody Services N.V., et al.,<br><br>    Defendants. | Adv. Pro. No. 11-2422 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>    Plaintiffs,<br><br>- against –<br><br>Fortis Global Custody Services N.V., et al,<br><br>    Defendants. | Adv. Pro. No. 11-2422 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation),<br><br>      Plaintiffs,<br><br>- against –<br><br>Fortis Bank Nederland N.V., et al.,<br><br>      Defendants. | Adv. Pro. No. 12-1119 (BRL) |
| Fairfield Sentry Limited (In Liquidation),<br><br>      Plaintiffs,<br><br>- against –<br><br>Fortis Global Custody Services, N.V., et al.,<br><br>      Defendants. | Adv. Pro. No. 12-1568 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>      Plaintiffs,<br><br>- against –<br><br>Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited, et al.,<br><br>      Defendants. | *Adv. Pro. No. 12-1571 (BRL)* |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of ABN AMRO Global Custody (sued as FS ABN AMRO Global Custody) ("AA Global Custody"), ABN AMRO Fund Services (Isle of Man) Nominees Ltd. f/k/a Fortis (Isle of Man) Nominees Ltd. ("AA IOM"), ABN AMRO Bank (Switzerland) A.G. (sued as ABN AMRO

Schweiz) ("AA Switzerland"), ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. ("AA Services"), ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. ("AA N.V."), and ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. ("AA Cayman") (together, the "ABN AMRO Entities"), in the above-captioned actions:

>Thomas J. Giblin
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York 10022-4834
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864
>E-mail: thomas.giblin@lw.com

Dated: July 27, 2016
New York, New York

LATHAM & WATKINS LLP

By: _____
Thomas J. Giblin
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: thomas.giblin@lw.com

*Attorneys for ABN AMRO Entities (as defined above)*