McKool Smith, P.C.
One Bryant Park
47th Floor
New York, New York 10036
Tel: (212) 402-9400
Fax: (212) 402-9444
Eric B. Halper
ehalper@mckoolsmith.com
Virginia I. Weber
vweber@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd., and*
*Bank Julius Baer & Co. Ltd., as successor to ING Bank (Suisse)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re:                                                      :
:                        Chapter 15 Case
Fairfield Sentry Limited, et al.,                           :
:                        Case No. 10-13164 (BRL)
  Debtors in Foreign Proceedings.                :
:                        Jointly Administered
------------------------------------------------------------X
:
Fairfield Sentry Limited (In Liquidation),                  :
:
:                        Adv. Pro. No. 10-03496 (BRL)
      Plaintiff,            :
:                        Administratively Consolidated
    -against-                          :
:
Theodoor GGC Amsterdam, et al.,                             :
:
      Defendants.            :
:
------------------------------------------------------------X
This Notice of Appearance is submitted in the               :
following Adversary Proceedings:                            :
:
Adv. Pro. Nos. 10-03635, 10-03636, 10-03801, and            :
11-01243                                                    :
------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

1287516

      PLEASE TAKE NOTICE that McKool Smith, P.C. hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Bank Julius Baer & Co. Ltd. in Adv. Pro. Nos. 10-03635, 10-3636, and 11-01243, and Bank Julius Baer & Co. Ltd., as successor to ING Bank (Suisse), in Adv. Pro. No. 10-03801 (collectively, "BJB"), and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

> Eric B. Halper, Esq.
> Virginia I. Weber, Esq.
> McKool Smith, P.C.
> One Bryant Park
> 47th Floor
> New York, New York 10036
> Tel. No.: (212) 402-9400
> Fax No.: (212) 402-9444
> E-Mail: ehalper@mckoolsmith.com
> E-Mail: vweber@mckoolsmith.com

      PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

      This Notice of Appearance is not and shall not be construed as a waiver of any of BJB's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved, including, without limitation, in respect to personal jurisdiction and service of process.

1287516

Dated: New York, New York
January 11, 2017

**McKOOL SMITH, P.C.**

By: /s/ Virginia I. Weber
Eric B. Halper
ehalper@mckoolsmith.com
Virginia I. Weber
vweber@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036
Tel: (212) 402-9400
Fax: (212) 402-9444

*Attorneys for Bank Julius Baer & Co. Ltd., and Bank Julius Baer & Co. Ltd., as successor to ING Bank (Suisse)*

1287516