Eric Fishman
Samuel S. Cavior
Dina E. Yavich
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
samuel.cavior@pillsburylaw.com
dina.yavich@pillsburylaw.com

*Counsel for Falcon Private Bank Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**CORPORATE OWNERSHIP STATEMENT**

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Falcon Private Bank Ltd., through its undersigned attorneys, states that the following entities own (either directly or indirectly) 10% or more of any class of equity interests in Falcon Private Bank Ltd.:  Aabar Trading S.a.r.l.; Aabar Holdings S.a.r.l.; Aabar Investments PJS; and International Petroleum Investment Company (IPIC).

Dated: New York, New York
January 12, 2017

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Eric Fishman*
Eric Fishman
Samuel S. Cavior
Dina E. Yavich
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
samuel.cavior@pillsburylaw.com
dina.yavich@pillsburylaw.com

*Counsel for Falcon Private Bank Ltd.*