Philip R. Schatz (PS 6158)
WOLLMUTH MAHER & DEUTSCH LLP
500 Lexington Avenue
New York, NY 10110
(212) 382-3300

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

In re:

**FAIRFIELD SENTRY LIMITED, et al.,**

    **Debtors in Foreign Proceedings.**
---------------------------------------------------------------------x

**FAIRFIELD SENTRY LIMITED, et al.,**

                            **Plaintiffs,**

    -against-

**ABN AMRO SCHWEIZ AG, et al.,**

                            **Defendants.**
---------------------------------------------------------------------x

**Chapter 15 Case**

**Case No. 10-13164 (SMB)**

**Jointly Administered**

**Adv. Proc. No. 10-03635 (SMB)**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE THAT Philip R. Schatz and Wollmuth Maher & Deutsch LLP hereby enter their appearance in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2090-1(a) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") on behalf of RBC Investor Services Bank, S.A., formerly known as RBC Dexia Investor Services Bank, S.A., and possibly the entity intended by plaintiff in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV."

      PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2002, 9007 and 9010(b) and Local Rule 2002-2(c), all notices given or required to be given in these cases and all papers

served or required to be served in these cases shall be given to and served upon the undersigned at the following office address and facsimile numbers, with a copy to the following email address:

>   WOLLMUTH MAHER & DEUTSCH LLP
>   Attn: Philip R. Schatz
>   500 Fifth Avenue
>   New York, New York 10110
>   Telephone: (212) 382-3300
>   Facsimile: (212) 382-0050
>   Email: *PSchatz@wmd-law.com*

The foregoing request includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, or telex, or otherwise filed with regard to these cases and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

This Notice of Appearance and Request for Service of Papers is without prejudice to, and shall not be deemed a waiver or forfeiture of, any rights or defenses concerning this matter, including, but not limited to, any defense or objection relating to personal or subject matter jurisdiction, improper naming, or improper service, the right to mandatory or discretionary withdrawal of the reference, the right to de novo review of non-core matters by a District Court Judge, the right to trial by jury on issues or matters so triable, and the right to relief pursuant to pending or decided motions in related cases, or any other rights, claims, actions, defenses, setoffs or recoupments to which Defendant is or may be entitled, under law or in equity. All such rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Nor shall this Notice

of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules, Local Rules or the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 12, 2017

Respectfully Submitted,

WOLLMUTH MAHER & DEUTSCH LLP

By: _____/s_____
      Philip R. Schatz (PS 6158)
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for RBC Investor Services Bank S.A., possibly the entity sued as "RBC Dexia Investor Service Julius Baer SICAV"*

To:    David J. Molton, Esq.
        May Orenstein, Esq.
        Daniel Saval, Esq.
        Brown Rudnick, LLP
        Seven Times Square
        New York, New York 10036
        Phone: (212) 209-4800

        *Attorneys for the Foreign Representative*