WILLKIE FARR & GALLAGHER LLP
Martin Klotz
mklotz@willkie.com
Cristina Quiñones-Betancourt
cquinonesbetancourt@willkie.com
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Arsenal SPC &*
*Arsenal SPC OBO Glasgow SEG Port*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) Chapter 15 Case |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) |
| | ) Case No: 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | ) |
| | ) (Jointly Administered) |
| | ) |
| **FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,** | ) |
| | ) |
| Plaintiffs, | ) Adv. Pro. No. 10-03635 |
| | ) (SMB) |
| -against- | ) |
| | ) |
| **ABN AMRO SCHWEIZ AG, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Willkie Farr & Gallagher LLP hereby appears as counsel in the above-captioned action pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel to Defendants Arsenal SPC and Arsenal SPC OBO Glasgow SEG Port (collectively "Arsenal").

Arsenal submits this Notice of Appearance with a full reservation of its rights and defenses, including jurisdictional defenses, and this Notice of Appearance will not be deemed to be a waiver of such rights or defenses.

Dated: New York, New York
January 12, 2017

    Respectfully submitted,

    WILLKIE FARR & GALLAGHER LLP

By: _____
    Martin Klotz
    mklotz@willkie.com
    Cristina Quiñones-Betancourt
    cquinonesbetancourt@willkie.com
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Facsimile: (212) 728-8111

*Attorneys for Arsenal SPC &*
*Arsenal SPC OBO Glasgow SEG Port*