WILLKIE FARR & GALLAGHER LLP
Martin Klotz
mklotz@willkie.com
Cristina Quiñones-Betancourt
cquinonesbetancourt@willkie.com
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Arsenal SPC &*
*Arsenal SPC OBO Glasgow SEG Port*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>(Jointly Administered) |
| **FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,**<br><br>Plaintiffs,<br><br>-against-<br><br>**ABN AMRO SCHWEIZ AG, et al.,**<br><br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Local Rule of Bankruptcy Procedure 7007.1-1, and to enable Bankruptcy Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Arsenal SPC and

Arsenal SPC OBO Glasgow SEG PORT states that there are no entities to report under FRBP 7007.1 or Local Rule of Bankruptcy Procedure 7007.1-1.

Dated:   New York, New York
        January 12, 2017

        Respectfully submitted,

        WILLKIE FARR & GALLAGHER LLP

        By: /s/ Martin Klotz
            Martin Klotz
            mklotz@willkie.com
            Cristina Quiñones-Betancourt
            cquinonesbetancourt@willkie.com
            787 Seventh Avenue
            New York, New York 10019
            Telephone: (212) 728-8000
            Facsimile: (212) 728-8111

        *Attorneys for Arsenal SPC &*
        *Arsenal SPC OBO Glasgow SEG Port*