SIDLEY AUSTIN LLP
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x
In re:                                              : Chapter 15 Case
                                                    :
Fairfield Sentry Limited, et al.,                   : Case No. 10-13164 (SMB)
                                                    :
            Debtors In Foreign Proceedings.         : Jointly Administered
------------------------------------------- x
Fairfield Sentry Limited, et al. (In Liquidation), acting by and :
through the Foreign Representatives thereof,        :
                                                    :
                    Plaintiffs,                     :
                                                    : Adv. Pro. No. 10-03496 (SMB)
        -against-                                   :
                                                    : Administratively Consolidated
Theodoor GGC Amsterdam, et al.,                     :
                                                    :
                    Defendants.                     :
------------------------------------------- x
Fairfield Sigma Limited, et al. (In Liquidation), acting by and :
through the Foreign Representatives thereof,        :
                                                    :
                    Plaintiffs,                     :
                                                    : Adv. Pro. No. 10-03635 (SMB)
        -against-                                   :
                                                    :
ABN Amro Schweiz AG, et al.,                        :
                                                    :
                    Defendants.                     :
------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sidley Austin LLP hereby enters its appearance as counsel to Defendant KBC Investments Ltd. ("KBC") in the above-captioned jointly-administered chapter 15 cases and adversary proceeding number 10-03635 (SMB) (the "Adversary Proceeding").

**PLEASE TAKE FURTHER NOTICE** that Sidley Austin LLP requests that all notices given or required to be given and all papers served in the Adversary Proceeding be delivered to and served upon the following:

> Alan M. Unger, Esq.
> Andrew P. Propps, Esq.
> **SIDLEY AUSTIN LLP**
> 787 Seventh Avenue
> New York, New York 10019
> Tel:  (212) 839-5300
> Fax:  (212) 839-5599
> aunger@sidley.com
> apropps@sidley.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-deliver, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice and Papers, nor any later appearance, pleading, or claim or suit shall constitute a waiver of (1) any right to have final orders in non-core matters, or in any core matter in which this court lacks constitutional authority to enter a final order, entered only after *de novo* review by a judge of the United States District Court for the Southern District of New York; (2) any right to trial by jury in any proceeding related to the Adversary Proceeding; (3) any right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any right to seek dismissal for lack of jurisdiction over KBC or improper service of the complaint upon KBC; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which KBC is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments KBC expressly reserves.

Dated:  New York, New York
        January 12, 2017

SIDLEY AUSTIN LLP

By:  /s/ Alan M. Unger
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax: (212) 839-5599

*Attorneys for KBC Investments Ltd.*