SIDLEY AUSTIN LLP
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com
*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 15 Case |
| | : |
| Fairfield Sentry Limited, et al., | : Case No. 10-13164 (SMB) |
| | : |
| Debtors In Foreign Proceedings. | : Jointly Administered |

------------------------------------------- x

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | : |
| | : |
| Plaintiffs, | : |
| | : Adv. Pro. No. 10-03496 (SMB) |
| -against- | : |
| | : Administratively Consolidated |
| Theodoor GGC Amsterdam, et al., | : |
| | : |
| Defendants. | : |

------------------------------------------- x

| | |
|---|---|
| Fairfield Sigma Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | : |
| | : |
| Plaintiffs, | : |
| | : Adv. Pro. No. 10-03635 (SMB) |
| -against- | : |
| | : |
| ABN Amro Schweiz AG, et al., | : |
| | : |
| Defendants. | : |

------------------------------------------- x

**CORPORATE OWNERSHIP STATEMENT**

2

      Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1, KBC Investments Ltd., by its attorneys at Sidley Austin LLP, states that the following is an accurate list of corporations, limited partnerships and/or joint ventures, other than governmental units, that directly or indirectly own 10% or more of any class of KBC Investments Ltd.'s equity interests: (i) KBC Group NV and (ii) KBC Bank NV.

Dated:  New York, New York  
        January 12, 2017

SIDLEY AUSTIN LLP

By:   /s/ Alan M. Unger  
       Alan M. Unger  
       Andrew P. Propps  
       787 Seventh Avenue  
       New York, NY 10019  
       Tel:  (212) 839-5300  
       Fax: (212) 839-5599

*Attorneys for KBC Investments Ltd.*