REISS+PREUSS LLP
Jascha D. Preuss
jpreuss@reisspreuss.com
Erik M. Tikkanen
etikkanen@reisspreuss.com
200 West 41st Street, 20th Floor
New York, New York 10036
Telephone:  (646) 731-2770
Facsimile:   (646) 619-4705

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LTD, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br><br>10-03635<br>10-03636 | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Reiss+Preuss LLP, by the undersigned counsel, hereby appears in the above-referenced Adversary Proceedings as attorneys for Liechtensteinische

- 1 -

Landesbank Aktiengesellschaft ("LLB", upon information and belief named in the Adversary Proceedings as *Liechtensteinische LB Reinvest AMS*).

This Notice of Appearance shall not be deemed to be a waiver of rights of LLB (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these Adversary Proceedings, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which LLB is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments LLB expressly reserves, or (5) to any and all defenses or objections LLB may have to the claims asserted against it in these Adversary Proceedings, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: New York, New York
January 12, 2017

Respectfully submitted,

REISS+PREUSS LLP

By: /s/ Jascha D. Preuss
Jascha D. Preuss
jpreuss@reisspreuss.com
Erik M. Tikkanen
etikkanen@reisspreuss.com
200 West 41st Street, 20th Floor
New York, New York 10019
Telephone: (646) 731-2775
Facsimile: (646) 619-4705

*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft*