REISS+PREUSS LLP
Jascha D. Preuss
jpreuss@reisspreuss.com
Erik M. Tikkanen
etikkanen@reisspreuss.com
200 West 41st Street, 20th Floor
New York, New York 10036
Telephone: (646) 731-2770
Facsimile:  (646) 619-4705

*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LTD, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>        v.<br>THEODOOR GGC AMSTERDAM, et al.,<br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| This Corporate Ownership Statement is submitted in the following Adversary Proceedings:<br>10-03635<br>10-03636 | |

**CORPORATE OWNERSHIP STATEMENT**

In compliance with Federal Rule of Bankruptcy Procedure 7007.1, Liechtensteinische Landesbank Aktiengesellschaft, a joint stock company incorporated under the laws of, and having its corporate offices in, the Principality of Liechtenstein ("LLB", upon information

- 1 -

and belief named in the above-referenced Adversary Proceedings as *Liechtensteinische LB Reinvest AMS*) states that, to the best of its knowledge and based on available information information no corporation, limited liability company or similar type of company under applicable law holds, directly or indirectly, 10% or more of any equity interests in LLB.

| | |
|---|---|
| Dated: New York, New York<br>January 12, 2017 | Respectfully submitted,<br><br>REISS+PREUSS LLP<br><br>By: /s/ Jascha D. Preuss<br>Jascha D. Preuss<br>jpreuss@reisspreuss.com<br>Erik M. Tikkanen<br>etikkanen@reisspreuss.com<br>200 West 41st Street, 20th Floor<br>New York, New York 10019<br>Telephone: (646) 731-2770<br>Facsimile: (646) 619-4705<br><br>*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft* |