UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al,<br><br>                              Plaintiffs,<br><br>- against -<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                              Defendants. | Adv. Pro. No. 10-3496 (BRL)<br><br>Procedurally Consolidated<br>Under this matter |
| Fairfield Sentry Limited, et al,<br><br>                              Plaintiffs,<br><br>- against -<br><br>FS ABN AMRO Global Custody, et al.,<br><br>                              Defendants. | Adv. Pro. No. 10-3504 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>                              Plaintiffs,<br><br>- against -<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.,<br><br>                              Defendants. | Adv. Pro. No. 10-3635 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), et al.<br><br>            Plaintiffs,<br><br>- against -<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.,<br><br>            Defendants. | Adv. Pro. No. 10-3636 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>            Plaintiffs,<br><br>- against -<br><br>Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al.,<br><br>            Defendants. | Adv. Pro. No. 10-3776 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>            Plaintiffs,<br><br>- against -<br><br>Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V., et al.,<br><br>Defendants. | Adv. Pro. No. 11-2422 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>            Plaintiffs,<br><br>- against -<br><br>Fortis Bank (Nederland) N.V., et al.,<br><br>            Defendants. | Adv. Pro. No. 12-1119 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>Fortis Global Custody Services, N.V., et al.,<br><br>Defendants. | Adv. Pro. No. 12-1568 (BRL) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited, et al.,<br><br>Defendants. | Adv. Pro. No. 12-1571 (BRL) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of ABN AMRO Global Custody (sued as FS ABN AMRO Global Custody) in Adv. Pro. No. 10-3504; Union Bancaire Privée, UBP SA in Adv. Pro. No 10-3635; Union Bancaire Privée, UBP SA in Adv. Pro. No 10-3636; Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited in Adv. Pro. No. 10-3776; Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. and Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. in Adv. Pro. No. 11-2422; Fortis Bank (Nederland) N.V. in Adv. Pro. No. 12-1119; Fortis Global Custody Services, N.V. in Adv. Pro. No. 12-1568; and Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited in Adv. Pro. No. 12-1571, (together, the "ABN AMRO Entities"), in the above-captioned actions:

Christopher Harris
Latham & Watkins LLP
885 Third A venue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: christopher.harris@lw.com

Dated: January 13, 2017
New York, New York

LATHAM & WATKINS LLP

By:  /s/ Christopher Harris
Christopher Harris
885 Third Avenue
New York, New York  10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com

*Attorneys for ABN AMRO Entities (as defined above)*