**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Fairfield Sentry Limited, et al.,**<br>　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation), et al.,** acting by and through the Foreign Representatives thereof,<br>　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>**Theodoor GGC Amsterdam, et al.,**<br>　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |

**NOTICE OF WITHDRAWAL OF MOTIONS TO REMAND AND FOR ABSTENTION**

PLEASE TAKE NOTICE that the defendants listed in Exhibit A attached hereto (the "Remand Defendants"), by their attorneys, hereby withdraw, without prejudice, their Motions to Remand and for Abstention (the "Motions"), which are also listed in Exhibit A attached hereto.

PLEASE TAKE FURTHER NOTICE that the Remand Defendants expressly reserve all rights and remedies.

[*Remainder of this page intentionally left blank*]

Dated: New York, New York
January 13, 2017

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: __/s/ Thomas J. Moloney__
     Thomas J. Moloney

One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Luxembourg) S.A., HSBC Bank USA, N.A., HSBC Private Bank (C.I.) Limited (f/k/a HSBC Private Bank (Guernsey) Limited), Republic Nominees Limited (f/k/a HSBC Private Banking Nominee 1 (Jersey) Limited), Robinson and Company, and with authority from attorneys for the Remand Defendants in the respective adversary proceedings referenced in Exhibit A hereto*

TO:    All Counsel of Record

**Exhibit A**
**Motions to Remand and For Abstention Filed by Remand Defendants**

| Remand Defendant | Adversary Proceeding Number | Docket Number of Motion |
|---|---|---|
| AXA Isle of Man Limited | 10-03623 | 6 |
| Banco Itau Europa Luxembourg | 10-03634 | 23 |
| Banco Itau Europa Luxembourg SA | 10-03755 | 5 |
| Bank Julius Baer & Co. Ltd. | 10-03635 | 19 |
| Bank Julius Baer & Co. Ltd. | 10-03636 | 19 |
| Banque Cantonale Vaudoise | 10-03635 | 19 |
| Banque Cantonale Vaudoise | 10-03636 | 19 |
| Banque de Luxembourg | 10-03616 | 13 |
| Banque Pictet & Cie SA | 10-03764 | 6 |
| BBVA (Suisse) SA | 10-03635 | 19 |
| BBVA (Suisse) SA | 10-03636 | 19 |
| Blubank Ltd. n/k/a Inteligo Bank Ltd. | 10-03750 | 4 |
| BNP Paribas (Suisse) SA | 10-03635 | 12 |
| BNP Paribas (Suisse) SA | 10-03636 | 12 |
| BNP Paribas (Suisse) SA Ex Fortis | 10-03635 | 12 |
| BNP Paribas (Suisse) SA Ex Fortis | 10-03636 | 12 |
| BNP Paribas (Suisse) SA Private | 10-03635 | 12 |
| BNP Paribas (Suisse) SA Private | 10-03636 | 12 |
| Brown Brothers Harriman & Co. | 10-03752 | 5 |
| Caceis Bank Luxembourg | 10-03624 | 10 |
| Caceis Bank Luxembourg | 10-03635 | 12 |
| Caceis Bank Luxembourg | 10-03636 | 12 |
| CDC Ixis | 10-03754 | 5 |
| Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich | 10-03640 | 9 |
| Citibank (Switzerland) Zurich | 10-03634 | 14 |
| Citibank NA London | 10-03622 | 10 |
| Citivic Nominees Limited | 10-03634 | 14 |
| Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA | 10-03634 | 23 |
| Compagnie Bancaire Helvetique | 10-03635 | 19 |
| Compagnie Bancaire Helvetique | 10-03636 | 19 |
| Credit Suisse (Bahamas) a/k/a Credit Suisse (Bahamas) Limited | 10-03782 | 13 |
| Credit Suisse AG, Nassau Branch | 10-03782 | 13 |
| Deutsche Bank (Cayman) | 10-03746 | 5 |

| Remand Defendant | Adversary Proceeding Number | Docket Number of Motion |
|---|---|---|
| Deutsche Bank (Suisse) SA Geneve | 10-03745 | 5 |
| Deutsche Bank AG Singapore | 10-03747 | 5 |
| Deutsche Bank Trust Company Americas | 10-03744 | 5 |
| EFG Bank (Gibraltar) Ltd. | 10-03787 | 6 |
| EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | 10-03625 | 4 |
| European Financial Group EFG S.A. and European Financial Group EFG (Luxembourg) S.A. | 10-03787 | 6 |
| Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited | 10-03776 | 17 |
| FS/CBESSA a/k/a Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA | 10-03756 | 11 |
| Hambros Guernsey Nominees | 10-03799 | 6 |
| HSBC Bank USA, N.A. | 10-03634 | 14 |
| HSBC Private Bank (C.I.) Limited | 10-03631 | 10 |
| HSBC Private Bank (Suisse) S.A. | 10-03633 | 10 |
| HSBC Private Banking Nominee 1 (Jersey) Ltd. (n/k/a Republic Nominees Limited) | 10-03629 | 10 |
| HSBC Securities Services (Luxembourg) SA | 10-03630 | 10 |
| ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | 10-03801 | 5 |
| Lombard Odier Darier Hentsch & Cie | 10-03635 | 19 |
| Lombard Odier Darier Hentsch & Cie | 10-03636 | 19 |
| Lombard Odier Darier Hentsch & Cie | 10-03795 | 4 |
| Merrill Lynch Bank | 10-03634 | 17 |
| Merrill Lynch Bank (Suisse) SA | 10-03788 | 4 |
| Nomura International PLC | 10-03793 | 4 |
| Quasarfuns SPC | 10-03635 | 19 |
| Quasarfuns SPC | 10-03636 | 19 |
| RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. | 10-03496 | 97 |
| Robinson & Co. | 10-03628 | 10 |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | 10-03635 | 19 |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | 10-03636 | 19 |
| Rothschild Bank Geneva (Dublin) | 10-03635 | 19 |
| Rothschild Bank Geneva (Dublin) | 10-03636 | 19 |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 10-03635 | 19 |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 10-03636 | 19 |
| Safra National Bank of New York | 10-03634 | 21 |

Exhibit A-2

| **Remand Defendant** | **Adversary Proceeding Number** | **Docket Number of Motion** |
|---|---|---|
| SG Hambros Bank & Trust (Guernsey) Ltd. n/k/a SG Hambros Bank (Channel Islands) Limited | 10-03799 | 6 |
| SG Hambros Bank (Channel Islands) Limited-Guernsey Branch | 10-03799 | 6 |
| SG Hambros Nominees (Jersey) | 10-03799 | 6 |
| SG Private Banking (Suisse) SA | 10-03786 | 2 |
| SNS Global Custody B.V. a/k/a SNS Bank N.V. | 10-03757 | 5 |
| Societe Generale Bank & Trust | 10-03635 | 19 |
| Societe Generale Bank & Trust | 10-03636 | 19 |
| Union Bancaire Privee, UBP SA | 10-03635 | 19 |
| Union Bancaire Privee, UBP SA | 10-03636 | 19 |
| Verwaltungs und Privat-Bank AG Aktiengesellschaft | 10-03635 | 36 |
| Verwaltungs und Privat-Bank AG Aktiengesellschaft | 10-03636 | 36 |
| Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | 10-03635 | 19 |
| Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | 10-03636 | 19 |

Exhibit A-3