**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Fairfield Sentry Limited, et al.,**<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation), et al.,** acting by and through the Foreign Representatives thereof,<br>            Plaintiffs,<br><br>-against-<br><br>**Theodoor GGC Amsterdam, et al.,**<br>            Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |

**[PROPOSED] ORDER RE: WITHDRAWAL OF**
**MOTIONS TO REMAND AND FOR ABSTENTION**

**WHEREAS**, between April and July 2010, the duly appointed foreign representatives of the liquidation proceedings of Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited ("Sigma") and Fairfield Lambda Limited ("Lambda," and together with Sentry and Sigma, the "Plaintiffs") pending before the Commercial Division of the High Court of Justice, British Virgin Islands, commenced actions against certain defendants (each, a "Remand Defendant" and together, the "Remand Defendants")[1] in the Supreme Court of the State of New York (the "State Court Actions"); and

**WHEREAS**, in or around September 2010, Plaintiffs removed the State Court Actions to federal court; and

---

[1] The Remand Defendants are listed in Exhibit A to this Order.

**WHEREAS**, in or around October 2010, the Remand Defendants timely filed motions to remand the actions to the Supreme Court of the State of New York and/or for mandatory or permissive abstention (the "Motions"),[2] which Motions are still pending; and

**WHEREAS**, the Notice of Withdrawal of Motions to Remand and For Abstention, filed January 13, 2017, informed the Court that the Remand Defendants desire to withdraw the Motions.

**IT IS HEREBY ORDERED** that the Motions of the Remand Defendants set forth in Exhibit A to this Order are hereby withdrawn.

SO ORDERED:

Dated:_____

    _____
    STUART M. BERNSTEIN
    United States Bankruptcy Judge

---

[2] The adversary proceedings in which the Motions were filed, along with the moving Remand Defendant and relevant docket number of each Motion, are set forth in Exhibit A.

# Exhibit A
## Motions to Remand and For Abstention Filed by Remand Defendants

| Remand Defendant | Adversary Proceeding Number | Docket Number of Motion |
|---|---|---|
| AXA Isle of Man Limited | 10-03623 | 6 |
| Banco Itau Europa Luxembourg | 10-03634 | 23 |
| Banco Itau Europa Luxembourg SA | 10-03755 | 5 |
| Bank Julius Baer & Co. Ltd. | 10-03635 | 19 |
| Bank Julius Baer & Co. Ltd. | 10-03636 | 19 |
| Banque Cantonale Vaudoise | 10-03635 | 19 |
| Banque Cantonale Vaudoise | 10-03636 | 19 |
| Banque de Luxembourg | 10-03616 | 13 |
| Banque Pictet & Cie SA | 10-03764 | 6 |
| BBVA (Suisse) SA | 10-03635 | 19 |
| BBVA (Suisse) SA | 10-03636 | 19 |
| Blubank Ltd. n/k/a Inteligo Bank Ltd. | 10-03750 | 4 |
| BNP Paribas (Suisse) SA | 10-03635 | 12 |
| BNP Paribas (Suisse) SA | 10-03636 | 12 |
| BNP Paribas (Suisse) SA Ex Fortis | 10-03635 | 12 |
| BNP Paribas (Suisse) SA Ex Fortis | 10-03636 | 12 |
| BNP Paribas (Suisse) SA Private | 10-03635 | 12 |
| BNP Paribas (Suisse) SA Private | 10-03636 | 12 |
| Brown Brothers Harriman & Co. | 10-03752 | 5 |
| Caceis Bank Luxembourg | 10-03624 | 10 |
| Caceis Bank Luxembourg | 10-03635 | 12 |
| Caceis Bank Luxembourg | 10-03636 | 12 |
| CDC Ixis | 10-03754 | 5 |
| Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich | 10-03640 | 9 |
| Citibank (Switzerland) Zurich | 10-03634 | 14 |
| Citibank NA London | 10-03622 | 10 |
| Citivic Nominees Limited | 10-03634 | 14 |
| Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA | 10-03634 | 23 |
| Compagnie Bancaire Helvetique | 10-03635 | 19 |
| Compagnie Bancaire Helvetique | 10-03636 | 19 |
| Credit Suisse (Bahamas) a/k/a Credit Suisse (Bahamas) Limited | 10-03782 | 13 |
| Credit Suisse AG, Nassau Branch | 10-03782 | 13 |
| Deutsche Bank (Cayman) | 10-03746 | 5 |

Exhibit A-1

| Remand Defendant | Adversary Proceeding Number | Docket Number of Motion |
|---|---|---|
| Deutsche Bank (Suisse) SA Geneve | 10-03745 | 5 |
| Deutsche Bank AG Singapore | 10-03747 | 5 |
| Deutsche Bank Trust Company Americas | 10-03744 | 5 |
| EFG Bank (Gibraltar) Ltd. | 10-03787 | 6 |
| EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | 10-03625 | 4 |
| European Financial Group EFG S.A. and European Financial Group EFG (Luxembourg) S.A. | 10-03787 | 6 |
| Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited | 10-03776 | 17 |
| FS/CBESSA a/k/a Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA | 10-03756 | 11 |
| Hambros Guernsey Nominees | 10-03799 | 6 |
| HSBC Bank USA, N.A. | 10-03634 | 14 |
| HSBC Private Bank (C.I.) Limited | 10-03631 | 10 |
| HSBC Private Bank (Suisse) S.A. | 10-03633 | 10 |
| HSBC Private Banking Nominee 1 (Jersey) Ltd. (n/k/a Republic Nominees Limited) | 10-03629 | 10 |
| HSBC Securities Services (Luxembourg) SA | 10-03630 | 10 |
| ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | 10-03801 | 5 |
| Lombard Odier Darier Hentsch & Cie | 10-03635 | 19 |
| Lombard Odier Darier Hentsch & Cie | 10-03636 | 19 |
| Lombard Odier Darier Hentsch & Cie | 10-03795 | 4 |
| Merrill Lynch Bank | 10-03634 | 17 |
| Merrill Lynch Bank (Suisse) SA | 10-03788 | 4 |
| Nomura International PLC | 10-03793 | 4 |
| Quasarfuns SPC | 10-03635 | 19 |
| Quasarfuns SPC | 10-03636 | 19 |
| RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. | 10-03496 | 97 |
| Robinson & Co. | 10-03628 | 10 |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | 10-03635 | 19 |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | 10-03636 | 19 |
| Rothschild Bank Geneva (Dublin) | 10-03635 | 19 |
| Rothschild Bank Geneva (Dublin) | 10-03636 | 19 |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 10-03635 | 19 |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 10-03636 | 19 |
| Safra National Bank of New York | 10-03634 | 21 |

Exhibit A-2

| Remand Defendant | Adversary Proceeding Number | Docket Number of Motion |
|---|---|---|
| SG Hambros Bank & Trust (Guernsey) Ltd. n/k/a SG Hambros Bank (Channel Islands) Limited | 10-03799 | 6 |
| SG Hambros Bank (Channel Islands) Limited-Guernsey Branch | 10-03799 | 6 |
| SG Hambros Nominees (Jersey) | 10-03799 | 6 |
| SG Private Banking (Suisse) SA | 10-03786 | 2 |
| SNS Global Custody B.V. a/k/a SNS Bank N.V. | 10-03757 | 5 |
| Societe Generale Bank & Trust | 10-03635 | 19 |
| Societe Generale Bank & Trust | 10-03636 | 19 |
| Union Bancaire Privee, UBP SA | 10-03635 | 19 |
| Union Bancaire Privee, UBP SA | 10-03636 | 19 |
| Verwaltungs und Privat-Bank AG Aktiengesellschaft | 10-03635 | 36 |
| Verwaltungs und Privat-Bank AG Aktiengesellschaft | 10-03636 | 36 |
| Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | 10-03635 | 19 |
| Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | 10-03636 | 19 |

Exhibit A-3