Eric Fishman
Samuel S. Cavior
Dina E. Yavich
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
samuel.cavior@pillsburylaw.com
dina.yavich@pillsburylaw.com

*Counsel for InCore Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**CORPORATE OWNERSHIP STATEMENT**

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant InCore Bank AG, through its undersigned attorneys, states that the following entities own (either directly or indirectly) 10% or more of any class of equity interests in InCore Bank AG: SOBACO Holding AG, Maerki Baumann Holding AG and CHSZ Holding AG.

Dated: New York, New York
January 13, 2017

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Eric Fishman*
Eric Fishman
Samuel S. Cavior
Dina E. Yavich
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
samuel.cavior@pillsburylaw.com
dina.yavich@pillsburylaw.com

*Counsel for InCore Bank AG*