10-03635-jpm    Doc 167    Filed 01/13/17    Entered 01/13/17 16:59:43    Main Document
                                     Pg 1 of 3

Samuel S. Cavior
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
samuel.cavior@pillsburylaw.com

*Counsel for InCore Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorney below hereby enters his appearance in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to InCore Bank AG, and requests, pursuant to Bankruptcy

Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

Samuel S. Cavior
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
samuel.cavior@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

[Remainder of page intentionally blank]

Dated: New York, New York  
      January 13, 2017

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Samuel S. Cavior*  
Samuel S. Cavior  
1540 Broadway  
New York, NY 10036  
(212) 858-1000 (Phone)  
(212) 858-1500 (Fax)  
samuel.cavior@pillsburylaw.com

*Counsel for InCore Bank AG*