**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants, | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br><br>10-03624  10-03635  10-03636  10-03752  10-03754<br>10-03871  11-01244  11-02787  12-01288 | |

## RULE 7007.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Caceis Bank Luxembourg, Crédit Agricole (Miami), Crédit Lyonnais, Crédit Lyonnais Miami, Crédit Agricole (Suisse) SA, Crédit Agricole Titres, CPR Online, Cais Bank, Calyon Paris, CDC Ixis, and Caceis Bank EX IXIS IS (collectively, the "Crédit Agricole Defendants"), by their undersigned counsel, state as follows:

SAS Rue la Boétie owns approximately 56% of the equity interests of Crédit Agricole S.A.

Crédit Agricole S.A. owns approximately 85% of the equity interests of CACEIS S.A. Natixis S.A. owns approximately 15% of the equity interests of CACEIS S.A.

CACEIS S.A. owns more than 10% of the equity interests of CACEIS Bank (f/k/a CACEIS Bank France), which assumes the defense on behalf of, without admitting that it either is or is an equity holder of any successor-in-interest to, defendants identified as CDC Ixis [Adv. Pro. No. 10-03754], Caceis Bank Ex Ixis Is [Adv. Pro. No. 10-03871], and Cais Bank and Calyon Bank [Adv. Pro. No. 12-01288]. Defendant CACEIS Bank, Luxembourg Branch (f/k/a CACIES Bank Luxembourg S.A.) [Adv. Pro. Nos. 10-03624, 10-03635, 10-03636] is a branch of CACEIS Bank.

Crédit Agricole S.A. also directly and indirectly owns approximately 98% of the equity interests of Crédit Agricole Corporate and Investment Bank, which owns 100% of the equity interests of CA Indosuez Wealth (Group) S.A., which owns more than 10% of the equity interests of defendant Crédit Agricole (Suisse) SA (n/k/a CA Indosuez (Suisse) S.A.) [Adv. Pro. No. 11-01244]. Crédit Agricole Corporate and Investment Bank also operates an agency in Miami that does business under the name CA Indosuez Wealth (Miami), which assumes the defense on behalf of, without admitting that it is successor-in-interest to, defendants identified as Crédit Lyonnais (Miami) and Crédit Agricole (Miami) [Adv. Pro. No. 11-03752].

Crédit Agricole S.A. also owns more than 10% of the equity interests of LCL S.A., which Crédit Agricole S.A. assumes for purposes of this disclosure only is the entity identified as Credit Lyonnais n/k/a LCL-Le Crédit Lyonnais S.A. [Adv. Pro. 11-03752].

Crédit Agricole S.A. also owns more than 10% of the equity interests of defendant Crédit Agricole Titres [Adv. Pro. No. 11-02787] and assumes the defense on behalf of, without

admitting that it either is or is an equity holder of any successor-in-interest to, the defendant identified as CPR Online [Adv. Pro. No. 11-02787].

Respectfully submitted,

Dated: January 13, 2017　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
New York, New York

By: /s/ Lawrence B. Friedman

Lawrence B. Friedman
lfriedman@cgsh.com
Elizabeth Vicens
evicens@cgsh.com
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for the Crédit Agricole Defendants*