**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED (In Liquidation), et al., acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants, | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated |

**ATTORNEY DECLARATION OF THOMAS J. MOLONEY**
**IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Thomas J. Moloney, declare under penalty of perjury as follows:

    1.    I am duly licensed and admitted to practice law in the State of New York, and I am a partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for HSBC Institutional Trust Services (Asia) Limited, Robinson & Co., Murdoch & Co., Republic Nominees Limited (f/k/a HSBC Private Banking Nominee 1 (Jersey) Limited), HSBC Securities Services (Luxembourg) S.A., HSBC Private Bank (C.I.) Limited (f/k/a HSBC Private Bank (Guernsey) Limited), HSBC Private Bank (Suisse) S.A., HSBC Bank USA N.A., Banco Nominees 2 (Guernsey) Limited (f/k/a Banco Nominees (IOM)), HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company AG), HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities (Panama) S.A.), HSBC International Trustee Limited,

Somers Nominees (Far East) Limited, and HSBC Bank Bermuda Limited (collectively, the "HSBC Defendants"). I respectfully submit this declaration as a supplement to the Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion to Amend and in Support of the Defendants' Motion to Dismiss.

2. Attached hereto as Exhibits A-F are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A | Subscription Agreement of Fairfield Sentry Limited |
| B | Subscription Agreement of Fairfield Sigma Limited |
| C | Subscription Agreement of Fairfield Lambda Limited |
| D | Articles of Association of Fairfield Sigma Limited |
| E | Articles of Association of Fairfield Lambda Limited |
| F | July 27, 2016 Hearing Transcript, <u>Fairfield Sentry Limited (In Liquidation) et al. v, Theodoor GGC Amsterdam et al.</u>, Adv. Pro. No. 10-03496 (Bankr. S.D.N.Y. July 27, 2016), ECF No. 906 |

Executed on January 13, 2017, at New York, New York.

                                                  */s/ Thomas J. Moloney*

                                                  THOMAS J. MOLONEY