# EXHIBIT A

# Simon Mortimore QC

QC 1991, Called to the Bar 1972

+44 (0)20 7696 9900
simonmortimore@southsquare.com



Simon specialises in domestic and cross-border restructuring and insolvency, banking and finance and company law, particularly offshore. As a QC for more than 25 years he has appeared in numerous reported cases, including cases in the House of Lords/Supreme Court. He has also appeared in the courts of Bermuda, the BVI and the Cayman Islands.

Recent work has included advising on the resolution of a multi-billion dollar sovereign debt default, acting for Lloyds Bank on the Angel and Angelic property group administrations, acting for the creditor in contested winding-up proceedings in the BVI, and advising in relation to the SAB Miller takeover.

He has provided expert evidence on English or BVI law for courts in New York, Canada, Germany, Hong Kong, Netherlands, South Korea and other jurisdictions. He has advised on proceedings in the Bahamas, the Channel Islands, Hong Kong, Malaysia, Singapore and the Turks and Caicos Islands.

He is consultant editor of and contributor to *Mortimore: Company Directors: Duties, Liabilities and Remedies* (OUP, 2nd edition, 2013; 3rd edition to be published 2017).

## AREAS OF PRACTICE

### Insolvency and Restructuring

Recent UK insolvency and restructuring work includes European restructuring (*Cory Environmental and Apcoa*), the property sector (*Angel Group, Opal and social housing*), shipping (*OW Bunkers*), the retail sector (*BHS*, *HMV*, *Peacocks*, *Zavvi*), the energy sector (*Petroplus*) as well as *European Directories, Lehman*, Icelandic banks, *MG Rover* and giving expert evidence in New York for the *Truvo* restructuring.

Recent cases include:

- **Re Angel Group Ltd** [2016] BPIR 260, moving from administration to liquidation
- **Re Apcoa Parking** [2014] 2 BCLC 285, [2014] EWHC, 1867 (Ch), restructuring following change of law and jurisdiction from Germany to England
- **Kemsley v Barclays Bank** [2013] BPIR 839, anti-suit injunction application
- **Re European Directories** [2012] BCC 46, pre-pack administration, change of COMI
- **Re Kaupthing Singer & Friedlander** [2009] 2 BCLC 137, set off in administration
- **Sunberry Properties v Innovate Logistics** [2009] 1 BCLC 145 (CA), landlord refused permission to bring injunction proceedings which would harm administration realisations
- **Re HIH Casualty and General Insurance** [2008] 1 WLR 852 (HL), remission of assets by English liquidators to Australian liquidators

# Banking and Finance

Regularly instructed to advise on the interpretation of complex financing documents.

Recent cases include:

- **Deutsche Trustee v Fleet Street Finance Three** [2011] EWHC 2117 (Ch), interpretation of conditions of commercial mortgage backed notes
- **Re Sigma Finance** [2010] 1 All ER 571 (SC), interpretation of creditors' rights in trust deed issued by structured investment vehicle
- **Re Cheyne Finance (No 1 and 2)** [2008] 1 BCLC 732, 741, interpretation of creditors' rights in trust deed issued by structured investment vehicle; cash flow insolvency test

# International and Offshore

Recent restructuring and insolvency work includes *Arcapita* and *Fletcher* in the Cayman Islands and contested winding-up proceedings and *Pioneer* in the BVI.

Often asked to advise on company law issues in Guernsey, Jersey, Hong Kong, the BVI and Cayman Islands.

Other offshore company work includes:

- **Integrated Whale Media Investment v Highlander Investments Inc,** BVI 2015/0017, application to set aside statutory demand, forum issues
- **Jackson v Dear**, 26 March 2013 (Guernsey Royal Court), advising company on derivative and unfair prejudice claims, which were struck out; the court holding that Guernsey applies the English common law of derivative claims and follows *Prudential Assurance v Newman Industries*
- **Jackson v Dear** 6 March 2013 (Guernsey Royal Court), injunction to restrain company from participating in derivative and unfair prejudice claim refused
- **Hague v Nam Tai Electronics** [2007] 2 BCLC 194 (PC), invalid redemption of BVI company shares charged to bank

# Other

Other notable cases include:

- **RAB Capital v Lehman Brothers International** [2008] BCC 915, application for information about assets held for a counter-party
- **Re T&N (No 2)** [2006] 1 WLR 1792, proper law of foreign tort claims in English liquidation
- **Re T&N** [2006] 1 WLR 1728, whether potential asbestos-related tort claims could participate in a scheme or could be proved in winding-up
- **Geveran Trading v Skjevesland** [2003] 1 WLR 912 (CA), circumstances in which an advocate may be restrained from acting
- **Qayoumi v Oakhouse Property Holdings** [2003] 1 BCLC 352, order for claimant to be indemnified by company for costs of a derivative claim did not give a lien on its assets
- **Arthur D Little v Ableco Finance** [2003] Ch 217, charge on shares in subsidiary subject to fixed not floating charge
- **Re Barings (No 7)** [2002] 1 BCLC 410, sanction for liquidators to compromise claim against auditors
- **Re Barings (No 6**) [2001] 2 BCLC 159, court would not direct liquidators to convene meeting of creditors to consider their removal where that was not in the interest of creditors
- **Omega Group Holdings v Kozeny** [2002] CLC 132, anti-suit injunction to restrain examination of witnesses under US

section 1782
- **Re Richbell Information Services** [2000] 2 BCLC 778, special circumstances for winding up overseas company in spite of genuine cross-claim
- **Triffit Nurseries v Salads Etcetera** [2000] 1 BCLC 761 (CA), bank's charge on agent's debts prevailed over principal's proprietary claim after termination of agency and ceasing to trade
- **Glencore International AG v Metro Trading International** [1999] 2 Lloyd's Rep 632, cross-border issues about proprietary claims to oil
- **Re Cosslett Contractors** [1998] Ch 495 (CA), plant could be used to complete a contract even though the security was an unregistered floating charge
- **Re Business City Express** [1997] 2 BCLC 510, order under section 426 Insolvency Act giving effect to an Irish arrangement for creditors
- **Re Bank of Credit and Commerce (No 10)** [1997] Ch 213, cross-border insolvency set-off issues
- **Re Leeds United Holdings** [1996] 2 BCLC 545, unfair prejudice petition struck out where complaint was about sale of shares not management of the company
- **MacMillan v Bishopsgate Investment Trust (No 3**) [1996] 1 WLR 387 (CA), priorities of interests in shares determined by law of place of incorporation
- **Re ILG** [1995] 2 BCLC 128, whether monies collected by travel agents held on trust; set-off issues
- **Re Butlers Wharf** [1995] 2 BCLC 43, subrogation rights on payment of guarantee of part of a debt
- **Re Kentish Homes** [1993] BCLC 1375, whether post-liquidation rates could be recovered from LPA receivers or as an expense of liquidation
- **Re Portbase (Clothing)** [1993] Ch 388, fixed charge contractually postponed to a floating charge was subject to liquidation expenses
- **Denney v John Hudson & Co** [1992] BCLC 901 (CA), principles on which court will validate payments under section 127 Insolvency Act

# AWARDS AND RECOMMENDATIONS

Consistently ranked as a Leading Silk in insolvency and restructuring in Chambers & Partners and Legal 500.

| | |
|---|---|
| Chambers & Partners | *"Has an impressive restructuring and insolvency practice, with a particular emphasis on directors' duties. Commentators draw attention to his broad expertise, which covers areas such as contested winding-up and complex liquidation proceedings."* |
| | *Strengths:"He is outstanding" "The absolute authority on points of contract law"* |
| Legal 500 | *"An experienced advocate and powerful ally to have on your side"* |

# CAREER

1991    Called to the Bar of British Virgin Islands
1991    Appointed Queen's Counsel
1972    Called to the Bar of England and Wales

Admitted to the Bars of Bermuda and the Cayman Islands for specific cases.

# APPOINTMENTS

| | |
|---|---|
| 1997- | Member, Court of Appeal Panel of Mediators, Accredited CEDR Mediator |
| 2003-2007 | Member, ACCA Disciplinary Panel |
| 2005 | Chairman Insolvency Practitioners Association Appeal Tribunal |
| 1987-1999 | Deputy Bankruptcy Registrar |

# PUBLICATIONS

Editor of and contributor to *Mortimore: **Company Directors: Duties, Liabilities and Remedies*** (OUP, 2009; second edition 2013)

Contributor to **Insolvency of Banks: Managing the Risks** (FT Law & Tax, 1996)

# EDUCATION AND QUALIFICATIONS

1971    Exeter University, LLB

# EXHIBIT B

| Defendant Institutions | Adv. Pro. No. |
|---|---|
| HSBC Institutional Trust Services (Asia) Limited | 10-03619 |
| Robinson &. Co. | 10-03628 |
| Murdoch & Co. | 10-03628 |
| HSBC Private Banking Nominee 1 (Jersey), n/k/a Republic Nominees Limited | 10-03629 |
| HSBC Securities Services (Luxembourg) SA | 10-03630 |
| HSBC Private Bank (C.I.) Limited | 10-03631 |
| HSBC Private Bank (Guernsey) Ltd., n/k/a HSBC Private Bank (C.I.) Limited | 10-03631 |
| Republic Nominees Limited | 10-03631 |
| HSBC Private Bank (Suisse) S.A. | 10-03633 |
| HSBC Bank USA, N.A. | 10-03634 |
| Banco Nominees (IOM) Limited, n/k/a Banco Nominees 2 (Guernsey) Limited | 10-04097 |
| FS/HSBC Guyerzeller Zurich, n/k/a HSBC Trust Company AG | 11-01594 |
| HSBC Securities (Panama) SA | 12-01270 |
| HSBC International Trustee Limited | 12-01290 |
| HSBC Bank Bermuda Limited | 12-01556 |
| Somers Nominees (Far East) Limited | 12-01556 |
| Credit Agricole (Suisse) SA a/k/a Banque Du Credit Agricole (Suisse) SA | 11-01244 |
| BNYM SA/NV f/k/a ABN Amro Mellon Global Security Services B.V. | 10-04100 |
| BNY AIS Nominees, Ltd | 11-01589 |
| BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd. | 11-01604 |
| BNP Paribas (Suisse) SA | 10-03635 |
| BNP Paribas (Suisse) SA Ex Fortis | 10-03635 |
| BNP Paribas (Suisse) SA Private | 10-03635 |
| BNP Paribas (Suisse) SA | 10-03636 |
| BNP Paribas (Suisse) SA Ex Fortis | 10-03636 |
| BNP Paribas (Suisse) SA Private | 10-03636 |
| BNP Paribas Arbitrage SNC | 10-04098 |
| BNP Paribas Private Bank and Trust Cayman Ltd | 10-04099 |
| Fortis Banque Luxembourg | 11-01242 |
| BNP Paribas Securities Services Nominees Ltd. | 11-01579 |
| BNP Paribas Fortis | 11-01617 |
| BNP Paribas España | 12-01551 |
| Citibank (Switzerland) AG a/k/a Citibank (Switzerland) Zurich | 10-03640 |
| Citibank NA London | 10-03622 |
| Citibank (Switzerland) Zurich | 10-03634 |
| Citivic Nominees Limited | 10-03634 |

EXHIBIT B

| Citivic Nominees Limited | 10-04100 |
| --- | --- |
| Citigroup Global Markets Limited | 11-02770 |
| Cititrust Bahamas Limited | 12-01298 |

EXHIBIT B