**DLA PIPER LLP (US)**
Christopher P. Hall
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Kip.Hall@dlapiper.com
Rachel.Albanese@dlapiper.com

*Attorneys for Defendants Banco Inversis S.A., Allfunds Bank, NMAS1 GESTION SGIIC SA, Banco Patagonia S.A. I.F.E., Banca Arner S.A., Andorra Banc Agricol Reig S.A., and Raiffeisen Zentralbank Oesterreich AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>　　　Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>　　　Plaintiffs,<br><br>　-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>　　　Defendants. | Adv. Pro. No. 10-03496 (BRL) |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>　　　Plaintiffs,<br><br>　-against-<br><br>Banco Inversis S.A., et al.,<br><br>　　　Defendants. | Adv. Pro. No. 10-04089<br><br>Administratively Consolidated |

| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 11-01591 |
| --- | --- |
| Plaintiffs, | |
| -against- | Administratively Consolidated |
| All Funds Bank, et al., | |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 12-01287 (BRL) |
| Plaintiffs, | |
| -against- | |
| BANCO PATAGONIA (URUGUAY) S.A. I.F.E., | Administratively Consolidated |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03635 (BRL) |
| Plaintiffs, | |
| -against- | Administratively Consolidated |
| ABN AMRO Schweiz AG, et al. | |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03636 (BRL) |
| Plaintiffs, | |
| -against- | Administratively Consolidated |
| ABN AMRO Schweiz AG, et al. | |
| Defendants. | |

2

| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 11-02611 (BRL) |
| --- | --- |
| Plaintiffs, | |
| -against- | |
| Andorra Banc Agricol Reig, S.A., et al., | |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03632 (BRL) |
| Plaintiffs, | |
| -against- | |
| FS/AND Banc Andorra, et al., | |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03752 |
| Plaintiffs, | |
| | Administratively Consolidated |
| -against- | |
| Brown Brothers Harriman & Co., et al., | |
| Defendants. | |

**AMENDED NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), DLA Piper LLP (US), counsel for Defendants Banco Inversis S.A., Allfunds Bank, NMAS1 GESTION SGIIC SA, Banco Patagonia S.A. I.F.E., Banca Arner S.A., Andorra Banc Agricol Reig S.A., and Raiffeisen Zentralbank Oesterreich AG  hereby enters its amended appearance in this adversary proceeding to reflect the removal of Darren K. Ishmael from all service lists in connection with

3

the above-referenced case and the addition of Rachel Ehrlich Albanese to all service lists, and hereby requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> **DLA PIPER LLP (US)**
> 1251 Avenue of the Americas, 27th Floor
> New York, NY 10020-1104
> Attn.: Christopher P. (Kip) Hall, Esq.
> Rachel Ehrlich Albanese, Esq.
> Kip.Hall@dlapiper.com
> Rachel.Albanese@dlapiper.com
> Tel.: (212) 335-4500
> Fax: (212) 335-4501

PLEASE TAKE FURTHER NOTICE that this Amended Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statement of financial affairs, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this demand for notice nor any appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

4

Dated: New York, New York

January 13, 2017

**DLA PIPER LLP (US)**

By: /s/ *Rachel Ehrlich Albanese*
      Christopher P. Hall
      Rachel Ehrlich Albanese

1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendants Banco Inversis S.A., Allfunds Bank, NMAS1 GESTION SGIIC SA, Banco Patagonia S.A. I.F.E., Banca Arner S.A, Andorra Banc Agricol Reig S.A., and Raiffeisen Zentralbank Oesterreich AG*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 13th day of January 2017 by electronic/ECF delivery to those parties receiving such notices.

_____
Darren K. Ishmael