**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    – against –<br>Theodoor GGC Amsterdam et al.,<br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Procedurally Consolidated Under this Matter |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br>10-03502   10-03635   10-03636   10-03752<br>10-04087   11-01253   11-01470   11-01578<br>11-01582   11-01586   11-02253   12-01135 | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Katten Muchin Rosenman LLP hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to RBC Dominion Securities, Inc. in Adv. Pro. Nos. 10-03502 and 11-02253, RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd., Lloyds TSB Bank Geneva, and Harmony Capital Fund Ltd. in Adv. Pro. Nos. 10-03635 and 10-03636, Brown Brothers Harriman & Co. in Adv. Pro. No. 10-03752, Banque SYZ SA, as successor to Royal Bank of Canada (Suisse) S.A. in Adv. Pro. No. 10-04087, Swedbank, erroneously sued as FS/Swedclient/IAM in Adv. Pro. No. 11-01253, Barfield Nominees Limited in Adv. Pro. No. 11-01470, Royal Bank of Canada sued as "NYROY, Royal Bank of Canada" in Adv. Pro. No. 11-

01578,[1] Royal Bank of Canada (Asia) Limited in Adv. Pro. No. 11-01582, Swedbank in Adv. Pro. No. 11-01586, RBC Capital Markets, LLC as successor to RBC Capital Market Corp. sued as "Royal Bank of Canada a/k/a RBC Capital Markets Corp." in Adv. Pro. No. 11-02253, and Bank of Ireland Nominees Limited now known as Northern Trust Nominees (Ireland) Limited in Adv. Pro. No. 12-01135 (collectively, the "Katten Defendants"), and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

>Anthony L. Paccione, Esq.
>Mark T. Ciani, Esq.
>Katten Muchin Rosenman LLP
>575 Madison Avenue
>New York, NY 10022
>Tel. No.: (212) 940-8800
>Fax. No.: (212) 940-8776
>E-mail Address: anthony.paccione@kattenlaw.com
>E-mail Address: mark.ciani@kattenlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

---

[1] Both NYROY in Adv. Pro. No. 11-01578 and FS/Swedclient/IAM in Adv. Pro. No. 11-01253 are named as defendants, but do not exist.

This Notice of Appearance is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated: January 17, 2017
New York, New York

          KATTEN MUCHIN ROSENMAN LLP

BY:   /s/ Anthony L. Paccione
       Anthony L. Paccione
       anthony.paccione@kattenlaw.com
       Mark T. Ciani
       mark.ciani@kattenlaw.com

*Attorneys for the Katten Defendants*

575 Madison Avenue
New York, New York 10022
(212) 940-8800