KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800

*Attorneys for*
*Defendant RBS Coutts Bank Ltd.*
*now known as Coutts & Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>      Plaintiffs,<br><br>      – against –<br><br>Theodoor GGC Amsterdam et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Procedurally Consolidated Under this Matter |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>      Plaintiffs,<br><br>      – against –<br><br>ABN AMRO Schweiz AG et al.<br><br>      Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>      Plaintiffs,<br><br>      – against –<br><br>ABN AMRO Schweiz AG et al.<br><br>      Defendants. | Adv. Pro. No. 10-03636 (SMB) |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1, RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. ("Coutts"), through its undersigned attorneys, states: Coutts is a wholly owned subsidiary of RBS Netherlands Holdings B.V., which is a wholly owned subsidiary of National Westminster International Holdings B.V., which is a wholly owned subsidiary of National Westminster Bank Plc, which is a wholly owned subsidiary of The Royal Bank of Scotland plc, which is a wholly owned subsidiary of The Royal Bank of Scotland Group plc. No publicly held corporation owns 10% or more of the stock of The Royal Bank of Scotland Group plc.

Dated:   January 17, 2017
         New York, New York

KATTEN MUCHIN ROSENMAN LLP

BY:   /s Anthony L. Paccione
      Anthony L. Paccione
      anthony.paccione@kattenlaw.com
      Mark T. Ciani
      mark.ciani@kattenlaw.com

*Attorneys for*
*Defendant RBS Coutts Bank Ltd.*
*now known as Coutts & Co. Ltd.*

575 Madison Avenue
New York, New York 10022
(212) 940-8800