10-03635-jpm    Doc 180    Filed 01/19/17    Entered 01/19/17 10:51:08    Main Document
Pg 1 of 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-v-<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 13th day of January 2017, the Motion to Dismiss Adversary Proceeding, dated January 13, 2017, the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss, dated January 13, 2017, the Declaration of Thomas J. Moloney in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss, dated January 13, 2017, the Declaration of Simon Mortimore, QC in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of the Defendants' Motion to Dismiss, dated January 13, 2017, the Declaration of Phillip Kite in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to

Dismiss, dated January 12, 2017, and the Declaration of Prof. Nicolas Jeandin, dated January 11, 2017 were served by email upon the Counsel of Record listed on the attached Service List.

Dated:  New York, New York
        January 18, 2017

_____
Richard V. Conza

## Service List

| Adv. Pro. | Counsel of Record Email Addresses |
|---|---|
| 10-03496 | vdrohan@dlkny.com; dmolton@brownrudnick.com; spoddar@brownrudnick.com; ebowers@brownrudnick.com; kquinn@brownrudnick.com; mrichman@hunton.com; anthony.paccione@kattenlaw.com; bruce.sabados@kattenlaw.com; mparry@mosessinger.com; george.shuster@wilmerhale.com; jeremy.winer@wilmerhale.com; jcdebaca@mayerbrown.com; jconlon@mayerbrown.com; jgarrity@morganlewis.com; mdavis@fzwz.com; bpolovoy@shearman.com; sbansal@mckoolsmith.com; vweber@mckoolsmith.com; eakleinhaus@wlrk.com; maofiling@cgsh.com; lfriedman@cgsh.com; eklipper@cgsh.com; edavis@cgsh.com; kchotiros@cgsh.com; amackinnon@cgsh.com; bpeace@cgsh.com; Anthony_Boccanfuso@aporter.com; pschatz@wmd-law.com; fritschj@sullcrom.com; glassmanm@sullcrom.com; scottj@sullcrom.com; jstern@beckerglynn.com; nsmithberg@cooley.com; rsussman@cooley.com; brian.schmidt@kattenlaw.com; farrington.yates@dentons.com; rcirillo@kslaw.com; mking@gibsondunn.com; eweisger@debevoise.com; efrejka@frejka.com; wsushon@omm.com; jsullivan@windelsmarx.com; sdonato@bsk.com; sbierman@sidley.com; cfuray@murphydesmond.com; dmark@kasowitz.com; akushner@lowenstein.com; kcatanese@foley.com; rhayes@foley.com; edwin.cortes@dlapiper.com; kip.hall@dlapiper.com; darren.ishmael@dlapiper.com; craig.rasile@dlapiper.com; jose.f.sanchez@dlapiper.com; george.south@dlapiper.com; ahart@sidley.com; tmellis@debevoise.com; jhamid@debevoise.com; jpreuss@reisspreuss.com; etikkanen@reisspreuss.com; daniel.bernstein@aporter.com; csalomon@beckerglynn.com; jjlesq@aol.com; sidorsky@butzel.com; marc.gottridge@hoganlovells.com; scorrigan@wiggin.com; yasmine.lahlou@chaffetzlindsey.com; mpennisi@morganlewis.com; mshanker@morganlewis.com; jvassos@morganlewis.com; jacob.kaplan@bakermckenzie.com; Charles.Platt@wilmerhale.com; amanda.gallagher@linklaters.com; scott.balber@hsf.com; bieber@thsh.com; Lacyr@sullcrom.com; stephen@harnik.com; paul.hessler@linklaters.com; victor@scheichetdavis.com; maosbny@willkie.com; mdriscoll@sheppardmullin.com; shkim@sheppardmullin.com; arovira@sidley.com; gregory.hauser@wg-law.com; david.morris@friedfrank.com; jonathan.cho@allenovery.com; laura.hall@allenovery.com; kiplok@hugheshubbard.com; margolin@hugheshubbard.com; mapena@nmmlaw.com; aunger@sidley.com; evicens@cgsh.com; mclambert@lawpost-nyc.com; ehalper@mckoolsmith.com; christopher.harris@lw.com; |
| 10-03633 | dmolton@brownrudnick.com; edavis@cgsh.com; maofiling@cgsh.com; |
| 10-03619 | kquinn@brownrudnick.com; dmolton@brownrudnick.com; maofiling@cgsh.com |

| Adv. Pro. | Counsel of Record Email Addresses |
|---|---|
| 10-03622 | dmolton@brownrudnick.com; morenstein@brownrudnick.com; kquinn@brownrudnick.com; dsaval@brownrudnick.com; maofiling@cgsh.com; edavis@cgsh.com; eklipper@cgsh.com |
| 10-03624 | edavis@cgsh.com; lfriedman@cgsh.com; bginsberg@dglaw.com; dmolton@brownrudnick.com; dsaval@brownrudnick.com; evicens@cgsh.com |
| 10-03628 | edavis@cgsh.com; maofiling@cgsh.com; dmolton@brownrudnick.com; morenstein@brownrudnick.com; kquinn@brownrudnick.com; dsaval@brownrudnick.com |
| 10-03629 | edavis@cgsh.com; maofiling@cgsh.com; dmolton@brownrudnick.com; morenstein@brownrudnick.com; dsaval@brownrudnick.com |
| 10-03630 | edavis@cgsh.com; maofiling@cgsh.com; dmolton@brownrudnick.com; mclambert@lawpost-nyc.com |
| 10-03631 | edavis@cgsh.com; maofiling@cgsh.com; dmolton@brownrudnick.com; morenstein@brownrudnick.com; kquinn@brownrudnick.com; dsaval@brownrudnick.com |
| 10-03634 | maofiling@cgsh.com; edavis@cgsh.com; mdavis@fzwz.com; adean@wiggin.com; fritschj@sullcrom.com; jgarrity@morganlewis.com; glassmanm@sullcrom.com; hkafele@shearman.com; eklipper@cgsh.com; pmiller@omm.com; dmolton@brownrudnick.com; keith.palfin@shearman.com; scottj@sullcrom.com; farrington.yates@dentons.com; cboccuzzi@cgsh.com; eklipper@cgsh.com |
| 10-03635 | sean.arthurs@shearman.com; scott.balber@hsf.com; sbansal@mckoolsmith.com; borekjo@ffhsj.com; rcirillo@kslaw.com; jonathan.cogan@kobrekim.com; tania.cohen@chaffetzlindsey.com; edavis@cgsh.com; mdavis@fzwz.com; chris.donoho@hoganlovells.com; lfriedman@cgsh.com; andreas.frischknecht@chaffetzlindsey.com; jgarrity@morganlewis.com; thomas.giblin@lw.com; stephen@harnik.com; Christopher.harris@lw.com; hkafele@shearman.com; fkessler@wmd-law.com; yasmine.lahlou@chaffetzlindsey.com; dmolton@brownrudnick.com; anthony.paccione@kattenlaw.com; keith.palfin@shearman.com; bpeace@cgsh.com; wsushon@omm.com; hmwachtell@wlrk.com; vweber@mckoolsmith.com; farrington.yates@dentons.com; eric.fishman@pillsburylaw.com; samuel.cavior@pillsburylaw.com; dina.yavich@pillsburylaw.com |

2

[NEWYORK 3303211_3]

| Adv. Pro. | Counsel of Record Email Addresses |
|---|---|
| 10-03636 | sean.arthurs@shearman.com; scott.balber@hsf.com; sbansal@mckoolsmith.com; borekjo@ffhsj.com; rcirillo@kslaw.com; jonathan.cogan@kobrekim.com; tania.cohen@chaffetzlindsey.com; edavis@cgsh.com; mdavis@fzwz.com; chris.donoho@hoganlovells.com; lfriedman@cgsh.com; andreas.frischknecht@chaffetzlindsey.com; jgarrity@morganlewis.com; thomas.giblin@lw.com; stephen@harnik.com; Christopher.harris@lw.com; hkafele@shearman.com; fkessler@wmd-law.com; yasmine.lahlou@chaffetzlindsey.com; dmolton@brownrudnick.com; PSchatz@wmd-law.com; mklotz@willkie.com; cquinonesbetancourt@willkie.com; dina.yavich@pillsburylaw.com; samuel.cavior@pillsburylaw.com; evicens@cgsh.com; aunger@sidley.com; apropps@sidley.com; jpreuss@reisspreuss.com; etikkanen@reisspreuss.com; christopher.harris@lw.com; eric.fishman@pillsburylaw.com |
| 10-03640 | maofiling@cgsh.com; eklipper@cgsh.com; dmolton@brownrudnick.com; morenstein@brownrudnick.com; kquinn@brownrudnick.com; dsaval@brownrudnick.com; cboccuzzi@cgsh.com; eklipper@cgsh.com; evicens@cgsh.com; |
| 10-03752 | kip.hall@dlapiper.com; arren.ishmael@dlapiper.com; dmolton@brownrudnick.com; morenstein@brownrudnick.com; anthony.paccione@kattenlaw.com; kquinn@brownrudnick.com; dsaval@brownrudnick.com; lfriedman@cgsh.com; evicens@cgsh.com; hkafele@shearman.com; keith.palfin@shearman.com |
| 10-03754 | edavis@cgsh.com; lfriedman@cgsh.com; dmolton@brownrudnick.com; morenstein@brownrudnick.com; kquinn@brownrudnick.com; dsaval@brownrudnick.com; evicens@cgsh.com |
| 10-03871 | bginsberg@dglaw.com; dmolton@brownrudnick.com; lfriedman@cgsh.com; evicens@cgsh.com |
| 10-04097 | maofiling@cgsh.com; dmolton@brownrudnick.com |
| 10-04098 | dmolton@brownrudnick.com |
| 10-04099 | dmolton@brownrudnick.com; bpeace@cgsh.com; amackinnon@cgsh.com |
| 10-04100 | maofiling@cgsh.com; eklipper@cgsh.com; dmolton@brownrudnick.com; cboccuzzi@cgsh.com |
| 11-01242 | dmolton@brownrudnick.com; |

3

| Adv. Pro. | Counsel of Record Email Addresses |
|---|---|
| 11-01244 | dmolton@brownrudnick.com; lfriedman@cgsh.com; evicens@cgsh.com |
| 11-01579 | dmolton@brownrudnick.com; |
| 11-01589 | dmolton@brownrudnick.com; |
| 11-01594 | bieber@thsh.com; maofiling@cgsh.com; dmolton@brownrudnick.com |
| 11-01604 | dmolton@brownrudnick.com |
| 11-01617 | dmolton@brownrudnick.com |
| 11-02770 | maofiling@cgsh.com; eklipper@cgsh.com; dmolton@brownrudnick.com; cboccuzzi@cgsh.com |
| 11-02787 | dmolton@brownrudnick.com; lfriedman@cgsh.com; evicens@cgsh.com |
| 12-01270 | maofiling@cgsh.com; kquinn@brownrudnick.com |
| 12-01288 | kquinn@brownrudnick.com; lfriedman@cgsh.com; evicens@cgsh.com |
| 12-01290 | maofiling@cgsh.com; kquinn@brownrudnick.com |
| 12-01298 | maofiling@cgsh.com; eklipper@cgsh.com; akushner@lowenstein.com; kquinn@brownrudnick.com; cboccuzzi@cgsh.com |
| 12-01551 | kquinn@brownrudnick.com |
| 12-01556 | maofiling@cgsh.com; kquinn@brownrudnick.com |

4

[NEWYORK 3303211_3]