UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :
                                                           :
Fairfield Sentry Limited, et al.,                          :    Chapter 15 Case
                                                           :
    Debtors in Foreign Proceedings.                      :    Case No. 10-13164 (BRL)
                                                           :
-----------------------------------------------------------X    Jointly Administered
                                                           :
Fairfield Sentry Limited (In Liquidation),                 :
                                                           :    Adv. Pro. No. 10-03496 (BRL)
    Plaintiff,                                             :
                                                           :    Administratively Consolidated
    -against-                                              :
                                                           :
Theodoor GGC Amsterdam, et al.,                            :
                                                           :
    Defendants.                                            :
                                                           :
-----------------------------------------------------------X
This Notice of Appearance relates to the                   :
Following Adversary Proceedings:                           :
                                                           :
10-03505    10-03514    10-03595                           :
10-03634    10-03635    10-03636                           :
10-03756    10-03786    10-03795                           :
10-03873    10-03799    11-01256                           :
11-01584    11-01585    11-01566                           :
11-01614    11-02613    12-01131                           :
12-01264                                                   :
-----------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Flemming Zulack Williamson Zauderer LLP hereby appears in the above-captioned cases as counsel for Defendants Societe Generale Private Banking (Suisse) SA (sued as SG Private Banking (Suisse)

03635, 10-03636 and 11-01256, and Rothschild & Cie Banque (sued as Rothshild & Cie Banque Paris) in Adv. Pro. No. 12-01131 (collectively, the "FZWZ Defendants"), and requests that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

John F. Zulack<br>
Elizabeth A. O'Connor<br>
Flemming Zulack Williamson Zauderer LLP<br>
One Liberty Plaza<br>
New York, NY 10006<br>
Tel. No.: (212)-412-9500<br>
Fax No.: (212) 964-9200<br>
E-mail Address: jzulack@fzwz.com<br>
E-mail Address: eoconnor@fzwz.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.

Dated: New York, New York
      January 19, 2017

                        FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                        /s/ Elizabeth A. O'Connor
                        John F. Zulack
                        jzulack@fzwz.com
                        Elizabeth A. O'Connor
                        eoconnor@fzwz.com
                        One Liberty Plaza
                        New York, New York  10006
                        Telephone:  (212) 412-9500

                        *Attorneys for FZWZ Defendants*