REED SMITH LLP
James C. McCarroll
John C. Scalzo
Christopher A. Lynch
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
         jscalzo@reedsmith.com
         clynch@reedsmith.com
*Attorneys for T1 Global Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, *et al.*, | Case No.:  10-13164 (SMB) |
| Debtors In Foreign Proceeding. | Jointly Administered |
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof, | Adv. Pro. No. 10-03496 (SMB) |
| Plaintiffs, | |
| -against- | Administratively Consolidated |
| Theodoor GGC Amsterdam, *et al.*, | |
| Defendants. | |
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof, | Adv. Pro. No. 10-03635 (SMB) |
| Plaintiffs, | |
| -against- | |
| ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Reed Smith LLP hereby enters its appearance as counsel to Defendant T1 Global Fund Ltd. ("T1 Global") in the above-captioned administratively consolidated case and adversary proceedings numbers 10-03635 (SMB) and 10-03636 (SMB) (together, the "Adversary Proceedings").

**PLEASE TAKE FURTHER NOTICE** that Reed Smith requests that all notices given or required to be given and all papers in the Adversary Proceedings be delivered to and served upon the following:

> James C. McCarroll
> John C. Scalzo
> Christopher A. Lynch
> 599 Lexington Avenue
> New York, NY  10022-7650
> Telephone:  (212) 521-5400
> Facsimile:  (212) 521-5450
> Email: jmccarroll@reedsmith.com
>            jscalzo@reedsmith.com
>            clynch@reedsmith.com

- 2 -

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demand, whether formal or informal, written or oral transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Notice and Papers, nor any later appearance, pleading, or claim or suit shall constitute a waiver of (1) any right to have final orders in non-core matters, or in any core matter in which this court lacks constitutional authority to enter a final order, entered only after de novo review by a judge of the United States District Court for the Southern District of New York; (2) any right to trial by jury in any proceeding related to the Adversary Proceedings; (3) any right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any right to seek dismissal for lack of jurisdiction over T1 Global or improper service of the complaint upon T1 Global; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which T1 Global is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments T1 Global expressly reserves.

10-03635-jpm    Doc 184    Filed 01/20/17    Entered 01/20/17 10:15:23    Main Document
Pg 4 of 4

- 4 -

Dated:  January 20, 2017
      New York, New York

REED SMITH LLP

By: /s/ Christopher A. Lynch
James C. McCarroll
John C. Scalzo
Christopher A. Lynch
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jmccarroll@reedsmith.com
      jscalzo@reedsmith.com
      clynch@reedsmith.com
*Attorneys for T1 Global Fund Ltd.*