REED SMITH LLP
James C. McCarroll
John C. Scalzo
Christopher A. Lynch
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
         jscalzo@reedsmith.com
         clynch@reedsmith.com
*Attorneys for T1 Global Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, *et al.*,<br><br>Debtors In Foreign Proceeding. | Chapter 15 Case<br><br>Case No.:  10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>Theodoor GGC Amsterdam, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rules 7007.1 1 of the Local Bankruptcy Rules, defendant T1 Global Fund Ltd. ("T1 Global"), through its undersigned attorneys, states that T1 Global has no parent corporation, and no publicly held corporation holds 10 percent or more of T1 Global's stock.

Dated: January 20, 2017
       New York, New York

REED SMITH LLP

By: /s/ Christopher A. Lynch
James C. McCarroll
John C. Scalzo
Christopher A. Lynch
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
       jscalzo@reedsmith.com
       clynch@reedsmith.com
*Attorneys for T1 Global Fund Ltd.*