Philip R. Schatz (PS 6158)
WOLLMUTH MAHER & DEUTSCH LLP
500 Lexington Avenue
New York, NY 10110
(212) 382-3300

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| -------------------------------------------------------------------x | |
| **FAIRFIELD SENTRY LIMITED, et al.,** | |
| Plaintiffs, | **Adv. Proc. No. 10-03635 (SMB)** |
| -against- | **Adv. Proc. No. 10-3636 (SMB)** |
| **ABN AMRO SCHWEIZ AG, et al.,** | **CORPORATE OWNERSHIP STATEMENT** |
| Defendants. | |
| -------------------------------------------------------------------x | |

Pursuant to Fed. R. Bankr. Proc. 7007.1, RBC Investor Services Bank, S.A., formerly known as RBC Dexia Investor Services Bank, S.A., and possibly the entity intended by the plaintiffs in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV," hereby identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of its equity interests:

      Royal Bank Holding Inc.

Dated:  New York, New York
        January 18, 2017

                                                Respectfully Submitted,

                                              WOLLMUTH MAHER & DEUTSCH LLP

By:

_____/s_____
Philip R. Schatz (PS 6158)
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for RBC Investor Services Bank S.A., possibly the entity sued as "RBC Dexia Investor Service Julius Baer SICAV"*

To:  David J. Molton, Esq.
May Orenstein, Esq.
Daniel Saval, Esq.
Brown Rudnick, LLP
Seven Times Square
New York, New York 10036
Phone: (212) 209-4800

*Attorneys for the Foreign Representative*