JENNER & BLOCK LLP
Richard Levin
919 Third Avenue
New York, NY 10022
(212) 891-1600

*Attorneys for Banco Santander (Suisse) S.A., Banque Syz & Co. SA, Unifortune Conservative Side Pocket, Mirabaud & Cie a/k/a Mirabuad & Cie Banquiers Prives, Crèdit Andorrà / Crediinvest, Crèdit Fons Alternatiu Dinàmic Dòlar FI, and Crèdit Fons Alternatiu Dinàmic*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED, ET AL. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (SMB) |
| v. | |
| THEODOOR GGC AMSTERDAM et al., | Administratively Consolidated |
| Defendants.. | |
| This Notice of Appearance is submitted in the following Adversary Proceedings:  10-03635   10-03636   11-01257   11-01589   10-03509   10-03513 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jenner & Block LLP hereby appears pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 (the "**Bankruptcy Rules**") in the above-captioned adversary proceedings as counsel for Banco Santander (Suisse) S.A. in Adversary

Proceeding 10-03509; Banque Syz & Co. SA in Adversary Proceeding 10-03513; Unifortune Conservative Side Pocket (which is not a juridical entity capable of being sued) in Adversary Proceedings 10-03635 and 10-03636; Mirabaud & Cie a/k/a Mirabuad & Cie Banquiers Prives in Adversary Proceeding 11-01257, Crèdit Andorrà / Crediinvest, Crèdit Fons Alternatiu Dinàmic Dòlar FI, and Crèdit Fons Alternatiu Dinàmic in Adversary Proceeding 11-01589; and that all notices given or required to be given in the above-captioned adversary proceedings and all papers served or required to be served in these adversary proceedings be given to and served on the following:

> JENNER & BLOCK LLP
> Richard Levin
> 919 Third Avenue
> New York, New York 10022
> 212-891-1600
> rlevin@jenner.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these adversary proceedings, whether formal or informal, written or oral, and transmitted or conveyed electronically or by mail, delivery, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive or procedural rights, remedies, and defenses in connection with the above-captioned adversary proceedings, all of which are hereby expressly reserved.

Dated: New York, New York
   January 20, 2017

/s/ Richard Levin

Richard Levin
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600
rlevin@jenner.com

*Attorneys for Banco Santander (Suisse) S.A., Banque Syz & Co. SA, Unifortune Conservative Side Pocket, Mirabaud & Cie a/k/a Mirabuad & Cie Banquiers Prives, Crèdit Andorrà / Crediinvest, Crèdit Fons Alternatiu Dinàmic Dòlar FI, and Crèdit Fons Alternatiu Dinàmic*