William J. Sushon
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: wsushon@omm.com
*Attorney for the Credit Suisse Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
|    Debtors in Foreign Proceedings | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al., | |
|                Plaintiffs, | Adv. Proc. No. 10-3496 (SMB) |
|          v. | Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
|                Defendants | |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Charlotte Caulfield, solely in their capacities as Foreign Representative and Liquidator thereof,<br><br>     Plaintiffs,<br><br>    v.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.,<br><br>     Defendants. | Adv. Proc. No. 10-3635 (SMB) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that O'Melveny & Myers LLP ("O'Melveny") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to the Credit Suisse Defendants: (i) Clariden Leu Ltd., and (ii) Credit Suisse AG Zurich. O'Melveny requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

2

        William J. Sushon
        O'MELVENY & MYERS LLP
        Seven Times Square
        New York, New York  10036
        Telephone:  (212) 326-2000
        Facsimile:  (212) 326-2061
        E-mail:  wsushon@omm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of the Credit Suisse Defendants' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated:  January 23, 2017
      New York, New York

Respectfully submitted,

*/s/  William J. Sushon*
William J. Sushon
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  wsushon@omm.com

*Attorney for the Credit Suisse Defendants*

3