Philip R. Schatz (PS 6158)
WOLLMUTH MAHER & DEUTSCH LLP
500 Lexington Avenue
New York, NY 10110
(212) 382-3300

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |

---------------------------------------------------------------------x

| | |
|---|---|
| **FAIRFIELD SENTRY LIMITED, et al.,** | |
| Plaintiffs, | **Adv. Proc. No. 10-3635 (SMB)** |
| -against- | **Adv. Proc. No. 10-3636 (SMB)** |
| **ABN AMRO SCHWEIZ AG, et al.,** | **DECLARATION OF SERVICE** |
| Defendants. | |

---------------------------------------------------------------------x

The undersigned declares that he served the following documents on the following dates via the Court's ECF system:

10-3635:   Notice of Appearance (Docket 152) on January 12, 2017
           Corporate Ownership Statement (Docket No. 186) on January 20, 2017

10-3636:   Notice of Appearance (Docket No. 171) on January 12, 2017
           Corporate Ownership Statement (Docket No. 209) on January 20, 2017

with a copy by first class mail on January 24, 2017 upon the following persons at the following addresses:

David J. Molton, Esq.
Attn: Intake for Mail Service of Papers
Brown Rudnick LLP
7 Times Square

- 1 -

New York, NY 10036

Dated: New York, New York
January 24, 2017

                              Respectfully Submitted,

                              WOLLMUTH MAHER & DEUTSCH LLP

                              By:
                              _____/s_____
                                  Philip R. Schatz (PS 6158)
                              500 Fifth Avenue
                              New York, New York 10110
                              (212) 382-3300

                              *Attorneys for RBC Investor Services Bank S.A., possibly the entity sued as "RBC Dexia Investor Service Julius Baer SICAV"*

To:    David J. Molton, Esq.
        May Orenstein, Esq.
        Daniel Saval, Esq.
        Brown Rudnick, LLP
        Seven Times Square
        New York, New York 10036
        Phone: (212) 209-4800

        *Attorneys for the Foreign Representative*