JENNER & BLOCK LLP
Richard Levin
919 Third Avenue
New York, NY 10022
(212) 891-1600

*Attorneys for Unifortune Conservative
 Side Pocket [Not a Juridical Entity]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3635 (SMB) |
| v. | |
| ABN AMRO SCHWEIZ et al., | Adv. Proc. No. 10-3636 (SMB) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that on January 20, 2017, I caused the Notice of Appearance of Richard Levin (Adv. Proc. No. 10-3635, ECF No. 188; Adv. Proc. No. 10-3636, ECF No. 210) to be filed electronically with the Clerk of the Court using CM/ECF System. I further certify that on January 23, 2017, I caused the Corporate Ownership Statement of Unifortune Conservative Side Pocket (Adv. Proc. No. 10-3635, ECF No. 192; Adv. Proc. 10-3636, ECF No. 215) to be filed electronically with the Clerk of the Court using the CM/ECF System.

Dated:  New York, New York
       January 24, 2017                              JENNER & BLOCK LLP

                                      By:    /s/Carl N. Wedoff
                                               Carl N. Wedoff

.