**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for SIX SIS AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LIMITED, et al., <br><br>         Debtor in Foreign Proceedings. | Chapter 15 Case <br><br> Case No: 10-13164 (SMB) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, <br><br>         Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, et al., <br><br>         Defendants. | Adv. Pro. No. 10-03635 |

**CORPORATE OWNERSHIP STATEMENT OF SIX SIS AG**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, undersigned counsel for SIX SIS AG certifies that SIX SIS AG, formerly known as SIS SegaInterSettle AG, is a wholly owned subsidiary of SIX Securities Services AG, and that UBS AG and Credit Suisse AG each indirectly owns 10% or more of SIX SIS AG's stock.

Dated:   New York, New York
         January 25, 2017

                                           Respectfully Submitted,

                                           CHAFFETZ LINDSEY LLP

                                           By:   */s/* Andreas A. Frischknecht
                                                  Andreas A. Frischknecht
                                                  Tania G. Cohen

                                           1700 Broadway, 33rd Floor
                                           New York, NY 10019
                                           Tel. (212) 257-6960
                                           Fax (212) 257-6950
                                           www.chaffetzlindsey.com

                                           *Attorneys for SIX SIS AG*