**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for SIX SIS AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No: 10-13164 (SMB) |
| Debtor in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, | Adv. Pro. No. 10-03635 |
| | Administratively Consolidated |
| Plaintiffs, | |
| v. | |
| ABN AMRO Schweiz AG, et al., | |
| Defendants. | |

**AMENDED NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby enters her amended appearance in the above-captioned case to reflect that her appearance is entered on behalf of SIX SIS AG (sued as SIX SIS Ltd.), which was formerly known as SIS SegaInterSettle AG (sued as Sis Seeganintersettle).  The undersigned hereby requests that, pursuant to Bankruptcy Rules 9007 and 9010(b), all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

>Tania G. Cohen, Esq.
>CHAFFETZ LINDSEY LLP
>1700 Broadway, 33rd Floor
>New York, New York 10019
>Tel. (212) 257-6960
>Fax (212) 257-6950
>E-mail: tania.cohen@chaffetzlindsey.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not and shall not be construed as a waiver of any of SIX SIS AG's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.  SIX SIS AG does not consent to the personal jurisdiction of this Court or concede that it has been properly served with process in this action.

Dated:      New York, New York
            January 25, 2017

                                  Respectfully Submitted,

                                  */s/* Tania G. Cohen
                                  Tania G. Cohen

                                  CHAFFETZ LINDSEY LLP
                                  1700 Broadway, 33rd Floor
                                  New York, NY 10019
                                  Tel. (212) 257-6960
                                  Fax (212) 257-6950
                                  www.chaffetzlindsey.com

                                  *Attorneys for SIX SIS AG*