**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 15 Case |
| | : |
| Fairfield Sentry Limited, et al., | : Case No. 10-13164 (SMB) |
| | : |
| Debtors In Foreign Proceedings. | : Jointly Administered |

------------------------------------------- x

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | : |
| | : |
| Plaintiffs, | : Adv. Pro. No. 10-03496 (SMB) |
| | : |
| -against- | : Administratively Consolidated |
| | : |
| Theodoor GGC Amsterdam, et al., | : |
| | : |
| Defendants. | : |

------------------------------------------- x

| | |
|---|---|
| Fairfield Sigma Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | : |
| | : |
| Plaintiffs, | : Adv. Pro. No. 10-03635 (SMB) |
| | : |
| -against- | : |
| | : |
| ABN Amro Schweiz AG, et al., | : |
| | : |
| Defendants. | : |

------------------------------------------- x

| | |
|---|---|
| Fairfield Sigma Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | : |
| | : |
| Plaintiffs, | : Adv. Pro. No. 10-03636 (SMB) |
| | : |
| -against- | : |
| | : |
| ABN Amro Schweiz AG, et al., | : |
| | : |
| Defendants. | : |

------------------------------------------- x

## DECLARATION OF MARC BOELENS IN SUPPORT OF KBC INVESTMENTS LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to 28 U.S.C. § 1746, I, Marc Boelens, declare the following:

1. I am legal counsel with KBC Investments Limited ("KBC Investments") and submit this declaration in support of KBC Investment's motion to dismiss the plaintiffs' complaints in the above-captioned adversary proceedings for lack of personal jurisdiction. The facts stated herein are true to the best of my knowledge based on records maintained by KBC Investments in its regular course of business.

2. KBC Investments is a limited company incorporated under the laws of England and Wales. KBC Investments was incorporated on July 9, 2003, as KBC Financial Products Investments Limited, and it changed its name to its current name on August 12, 2003. KBC Investments is not now, nor has it ever been, incorporated under the laws of New York or of any other state or territory of the United States.

3. The principal place of business of KBC Investments is at its registered office address, which is 111 Old Broad Street, London, EC2N 1FP. KBC Investments has never had a principal place of business in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Brussels BELGIUM
January 11, 2017

_____
MARC BOELENS