**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>    *Debtors in Foreign Proceedings*. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD., *et al.* (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>    *Defendants*. | Adv. Pro. No. 10-03496 (SMB)<br><br>(Administratively Consolidated) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.,*<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>    *Defendants*. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.,*<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>    *Defendants*. | Adv. Pro. No. 10-03636 (SMB) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, out of an abundance of caution, I hereby enter an appearance as counsel in this action for Allianz Bank Financial Advisors SpA ("Allianz Bank").[1] I certify that I am admitted to practice in this Court.

**PLEASE TAKE FURTHER NOTICE** that by filing this Notice of Appearance, or by later filing any pleadings, claims or other papers in this action, or subsequently entering any appearances, Allianz Bank does not:

(i) Consent to or acknowledge personal jurisdiction, or concede that Allianz Bank has properly been served with process in this action;

(ii) Waive the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge with subject matter jurisdiction over this action and personal jurisdiction over Allianz Bank;

(iii) Waive the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case;

(iv) Waive the right to have the District Court withdraw the reference in any matter that is subject to mandatory or discretionary withdrawal; or

(v) Waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Allianz Bank is or may be entitled in law or in equity, all of which are hereby expressly reserved.

---

[1] The Liquidators have not named Allianz Bank as a defendant, but have purported to name the non-existent entity of "Allianzbank SPA/Unifortune Conservative Side Pocket." By filing this Notice of Appearance, Allianz Bank does not waive – but expressly preserves – all arguments and/or defenses relating to the Liquidators' failure properly: (i) to name and/or identify Allianz Bank as a defendant; (ii) to identify and/or describe Allianz Bank or its purported role in alleged events; and (iii) to serve Allianz Bank.

Dated:  January 26, 2017    Respectfully submitted,

s/Kimberly Perrotta Cole
Kimberly Perrotta Cole
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
kimberly.cole@kobrekim.com

*Counsel for Allianz Bank Financial Advisors, S.p.A.*

To: All Counsel of Record Via CM/ECF