# **EXHIBIT A**

```
                    BRITISH VIRGIN ISLANDS
                   IN THE HIGH COURT OF JUSTICE
                          (COMMERCIAL)
BVIHCV NO:74 of 2009

BETWEEN:
BANK JULIUS BAER & COMPANY LIMITED                      )
AND SNS GLOBAL CUSTODY BV                               )
                                  Applicants            )
                    vs.                                 )
KENNETH KRYS                                            )
JOANNA LAU (joint liquidators of Fairfield Lambda       )
 (in liquidation)                                       )
                                  Respondent            )
                                                        )

BVIHCV NO: 136 of 2009

BETWEEN:
ABN AMRO FUND SERVICES (Isle of Man)                    )
NOMINEES LIMITED (Formerly Fortis (Isle of Man          )
Nominees Limited)                                       )
BANK JULIUS BAER AND CO. LIMITED                        )
SNS GLOBAL CUSTODY BV                                   )
DEUTSCH BANK TRUST COMPANY LIMITED                      )
                                                        )
                                  Applicants            )
                    vs.                                 )
FAIRFIELD SENTRY LIMITED                                )
                                                        )
                                  Respondent            )
                                                        )

BVIHCV NO: 139 of 2009

BETWEEN:

USB AG NEW YORK                                         )
                                  Applicant             )
                    vs.                                 )
JERSEY NOMINEES LIMITED                                 )
USB LUXEMBOURG                                          )
USB FUNDS SERVICES                                      )
USB ZURICH                                              )
                    vs.                                 )
KENNETH KRYS                                            )
JOANNA LAU (as joint liquidators of Fairfield           )
Sigma Limited and Fairfield Lambda (in liquidation      )
                                  Respondents           )
                                                        )
```

### TRANSCRIPT OF TRIAL PROCEEDINGS

Monday, March 23rd 2015
10:00 a.m. to 4:25 p.m.

*SUBMISSIONS BY MR. MARK HAPGOOD, QC*
*SUBMISSIONS BY MR. STEVEN RUBIN, QC*
*SUBMISSIONS BY MR. GABRIEL MOSS, QC*

BEFORE: HONOURABLE JUSTICE BARRY LEON, Judge (Ag)

Court Reporting Unit
Government of the British Virgin Islands
Road Town, Tortola
British Virgin Islands

COMPUTER-AIDED TRANSCRIPT BY THE COURT REPORTING UNIT

1   pursing this case, it's a quicker way of doing it from
2   the actual way of going through all the complaints in
3   the amended defence.
4               THE COURT:              And the
5   Insolvency Act proceedings in the BVI still could be
6   brought?
7               MR. HAPGOOD:             There are no
8   Insolvency Act proceedings in the BVI.
9               THE COURT:              No, but they
10  could be brought?
11              MR. HAPGOOD:             Yes.
12              THE COURT:              There's no time
13  bar?
14              MR. HAPGOOD:             No limitation
15  period has yet accrued.  Whether Sentry has taken
16  protective steps or might take protective steps, that's
17  entirely a matter for them to decide.  But we can't
18  have reached any, the expiry of any six-year period
19  because the earliest winding up order against any
20  Sentry company was some time in April 2009.  I think,
21  it was April 2009 and so we don't get to six years
22  until the middle of next month.  And I say if they want
23  to take  protective steps, that's up to them.  But I
24  mean they have been on notice with this application
25  since, well, since for years and it's been on hold

1  pending the hearings before the Court of Appeal and the
2  Privy Council.
3          Now, so that's these applications.
4          Now may I move on rapidly to those bits
5  of the BVI proceedings that haven't been recovered.
6  Before I do so I think I'd better show the Memorandum
7  and Articles of Association.  That's Volume 5A at tab
8  1.  You can see from page 1, these are the memorandum
9  and articles of Fairfield Sentry Limited and then
10 there's a list of when these documents were amended and
11 then there's a recent amendment or the last amendment
12 made was registered on the 10th of October 2003.
13         At page 6 the Articles of Association,
14 the amended and restated Articles of Association begin.
15 In the definitions in section, in Article 1 --
16         THE COURT:                    Page numbering
17 you are using is the top page number?
18         MR. HAPGOOD:                  No, the bottom
19 right, sorry.  Page 6, bottom right.  That should be
20 the start of the Amended and Restated Articles of
21 Association.
22         Now there are four definitions I am going
23 to show you.  First:
24         "Act, means the International Business
25 Companies Act as amended from time to time."