**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Reid Ashinoff
reid.ashinoff@dentons.com
D. Farrington Yates
farrington.yates@dentons.com
Justin N. Kattan
justin.kattan@dentons.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>　　　Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　　-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>　　　Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>　　　Defendants. | Adversary Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>　　　Defendants. | Adversary Pro. No. 10-03636 (SMB) |

**NOTICE OF FILING (I) NOTICE OF MOTION TO DISMISS ON *FORUM NON CONVENIENS* GROUNDS (II) SUPPLEMENTAL MEMORANDUM OF LAW OF DEFENDANTS IN THE ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND IN SUPPORT OF THOSE DEFENDANTS' MOTION TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS* WITH EXHIBITS A-D AND (III) DECLARATION OF PHILLIP KITE IN SUPPORT OF CERTAIN DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS* WITH EXHIBIT A**

Pursuant to paragraph B of the *Supplemental Case Management Order of October 18, 2016*, Case No. 10-03496 (ECF No. 918), EFG Bank and EFG Bank (Monaco), in their behalf and on behalf of the defendants listed in Exhibit A to the Supplemental Memorandum below, file the following:

(I) Notice of Motion to Dismiss on *Forum Non Conveniens* Grounds, dated January 27, 2017;

(II) Supplemental Memorandum of Law of Defendants in the Adversary Proceedings Listed on Exhibit A in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of those Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* with Exhibits A-D attached thereto, dated January 27, 2017 and;

(III) Declaration of Phillip Kite in Support of Certain Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* with Exhibit A attached thereto, dated January 25 2017

which have all been filed in Adversary Proceeding No. 10-03496 [ECF Nos. 1107, 1109 and 1111 respectively] and made applicable to this Adversary Proceeding.

Dated: January 27, 2017
New York, New York

**DENTONS US LLP**

By:   */s/ D. Farrington Yates*
1221 Avenue of the Americas
New York, New York 10022
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Reid Ashinoff
reid.ashinoff@dentons.com
D. Farrington Yates
farrington.yates@dentons.com
Justin N. Kattan
justin.kattan@dentons.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

10-03635-jpm    Doc 209    Filed 01/27/17    Entered 01/27/17 12:53:33    Main Document
Pg 3 of 4

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served electronically on all counsel of record by the CM/ECF system which will send notification of such filings to registered parties, on this January 27, 2017.

                                                     */s/ D. Farrington Yates*
                                                      D. Farrington Yates