**CHAFFETZ LINDSEY LLP**

1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for SIX SIS AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>               Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>              Plaintiffs,<br><br>v.<br><br>ABN AMRO Schweiz AG, et al.,<br><br>              Defendants. | Adv. Pro. No. 10-03635<br><br>Administratively Consolidated |

<u>**NOTICE OF JOINDER OF SIX SIS AG**</u>

Defendant SIX SIS AG, formerly known as SIS SegaInterSettle AG, through its undersigned attorneys, hereby objects to the Notice of Motion of the Foreign Representatives for Leave to Amend (Adv. Pro. No. 10-03496, Dkt. # 922; Adv. Pro. No. 10-03635, Dkt. # 142) and moves to dismiss pursuant to Rules 8(a), 9(b) and 12(b)(1), (2), (5), and (6) of the Federal Rules of Civil Procedure, made applicable here by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure.

SIX SIS AG hereby joins in and incorporates by reference the following:

- The Consolidated Notice of Motion to Dismiss and Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss and declarations of (i) Thomas J. Moloney, (ii) Simon Mortimore, QC, (iii) Philip Kite, and (iv) Nicolas Jeandin (the "Declarations"), and the exhibits appended to the Declarations (Adv. Pro. No. 10-03496, Dkt. # 959-963, 991; Adv. Pro. No. 10-03635, Dkt. # 170-174, 179).

- Point I of the Individual Supplemental Brief of defendant Sumitomo Trust & Banking Co., Ltd. (Adv. Pro. No. 10-03496, Dkt. # 1083; Adv. Pro. No. 10-03863, Dkt. # 36).

Dated:      New York, New York
            January 27, 2017

                        Respectfully Submitted,

                        CHAFFETZ LINDSEY LLP

                        By:   */s/* Andreas A. Frischknecht
                              Andreas A. Frischknecht
                              Tania G. Cohen

                        1700 Broadway, 33rd Floor
                        New York, NY 10019
                        Tel. (212) 257-6960
                        Fax (212) 257-6950
                        www.chaffetzlindsey.com

                        *Attorneys for SIX SIS AG*