**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) **Chapter 15 Case** |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) **Case No. 10-13164 (SMB)** |
| | ) |
| Debtors in Foreign Proceedings. | ) **Jointly Administered** |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,** | ) **Adv. Pro. No. 10-03635 (SMB)** |
| Plaintiffs, | ) |
| -against- | ) |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), CLariden Leu Ltd., Corner Banca SA, Credit Suisse AG ZuRIch, Dexia Banque International A | ) |

| | |
|---|---|
| **Luxembourg, Dresdner Bank Schweiz, EFG Bank SA** | ) |
| **Switzerland, EFG Eurofinancier D'Invest MCL,** | ) |
| **Endurance Absolute Ltd. Master, Fairfield Investment** | ) |
| **GCI, Fairfield Investment Fund Ltd., Falcon Private Bank,** | ) |
| **FIF Advanced Ltd., Finter Bank ZuRIch, Harmony** | ) |
| **Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore** | ) |
| **Bank AG, KARASEL ENHANCED PORTFOLIO, Karla** | ) |
| **Multistrategies Ltd., KBC Investments LTD., LGT Bank** | ) |
| **In Liechtenstein AG, Liechtensteinische LB Reinvest AMS,** | ) |
| **Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch** | ) |
| **& CIE, Longboat Ltd., Master Capital and Hedge Fund,** | ) |
| **NATIONAL BANK OF KUWAIT, NBK Banque Privee** | ) |
| **Suisse SA, Pictet & CIE, PKB Privatbank AG, Private** | ) |
| **Space Ltd., Quasar FunDs SPC a/k/a QUASAR FUND** | ) |
| **SPC CLASS a and class b cgcnv, RBC Dexia Investor** | ) |
| **Service Julius Baer SICAV, RBS Coutts Bank Ltd.,** | ) |
| **Richourt AAA Multistrategies, RothschIld Bank AG** | ) |
| **Zurich (Dublin) a/k/a ROTHSCHILD BANK AG,** | ) |
| **Rothschild Bank Geneva (Dublin), Rothschild Lugano** | ) |
| **Dublin a/k/a BANCA PRIVATA EDMOND DE** | ) |
| **ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS** | ) |
| **Seeganintersettle, Six SIS Ltd., Societe Generale Bank &** | ) |
| **Trust, Soundview Fund, Swisscanto FD Centre Clients** | ) |
| **A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG** | ) |
| **Zurich, UBS Jersey Nominees, Verwaltungs UND Privat-** | ) |
| **Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes** | ) |
| **UND Hypothekenbank Aktiengesellschaft and** | ) |
| **BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE** | ) |
| **NAME OF CGC NA 1-1000,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal

Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry*

*Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635

against Private-Space Ltd ("Private Space"), and only those claims, with prejudice and without

costs.    This notice of dismissal does not affect or dismiss any claims made in the above-

captioned actions against any defendant other than Private Space.

Private Space is dismissed from the actions, and the clerk of court is directed to amend the caption as listed in Exhibit A hereto.

Dated: January 27, 2017

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ David J. Molton*
  David J. Molton
  7 Times Square
  New York, New York 10036
  Tel.: (212) 209-4800
  Fax: (212) 209-4801
  dmolton@brownrudnick.com

*Counsel for the Foreign Representatives*

**<u>EXHIBIT A</u>**

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| FAIRFIELD SENTRY LIMITED, et al., | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof, | ) Adv. Pro. No. 10-03635 (SMB) |
| Plaintiffs, | ) |
| -against- | ) |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG | ) |

(AMS), CLariden Leu Ltd., Corner Banca SA, Credit )
Suisse AG ZuRIch, Dexia Banque International A )
Luxembourg, Dresdner Bank Schweiz, EFG Bank SA )
Switzerland, EFG Eurofinancier D'Invest MCL, )
Endurance Absolute Ltd. Master, Fairfield Investment )
GCI, Fairfield Investment Fund Ltd., Falcon Private Bank, )
FIF Advanced Ltd., Finter Bank ZuRIch, Harmony )
Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore )
Bank AG, KARASEL ENHANCED PORTFOLIO, Karla )
Multistrategies Ltd., KBC Investments LTD., LGT Bank )
In Liechtenstein AG, Liechtensteinische LB Reinvest AMS, )
Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch )
& CIE, Longboat Ltd., Master Capital and Hedge Fund, )
NATIONAL BANK OF KUWAIT, NBK Banque Privee )
Suisse SA, Pictet & CIE, PKB Privatbank AG, Quasar )
FunDs SPC a/k/a QUASAR FUND SPC CLASS a and class )
b cgcnv, RBC Dexia Investor Service Julius Baer SICAV, )
RBS Coutts Bank Ltd., Richourt AAA Multistrategies, )
RothschIld Bank AG Zurich (Dublin) a/k/a )
ROTHSCHILD BANK AG, Rothschild Bank Geneva )
(Dublin), Rothschild Lugano Dublin a/k/a BANCA )
PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., )
Sella Bank AG, SIS Seeganintersettle, Six SIS Ltd., Societe )
Generale Bank & Trust, Soundview Fund, Swisscanto FD )
Centre Clients A/C, T1 Global Fund Ltd., UBS AG New )
York, UBS AG Zurich, UBS Jersey Nominees, )
Verwaltungs UND Privat-Bank AG Aktiengesellschaft )
(AMS), Vorarlberger Landes UND Hypothekenbank )
Aktiengesellschaft and BENEFICIAL OWNERS OF )
ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000, )
)
                        **Defendants.** )
)