Hearing Date and Time:  TBD
Objection Date:  March 27, 2017

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
In re:

FAIRFIELD SENTRY LIMITED, *et al*.,

          Debtors in Foreign Proceedings.

Chapter 15 Case

Case No. 10-13164 (SMB)

Jointly Administered

------------------------------------------------------------------X
FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

          Plaintiffs,

-against-

THEODOOR GGC AMSTERDAM, *et al*.,

          Defendants.

Adv. Proc. No. 10-03496 (SMB)

Administratively Consolidated
Under This Matter

------------------------------------------------------------------X
THIS DOCUMENT APPLIES TO:

ALL ADVERSARY PROCEEDINGS LISTED IN APPENDIX A

Adv. Pro. Nos. Listed In Appendix A

------------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS**
**BASED ON THE DOCTRINE OF *RES JUDICATA***

PLEASE TAKE NOTICE that, upon the accompanying Supplemental Memorandum In Support of Defendants' Motion to Dismiss Based on The Doctrine of *Res Judicata* (the "Supplemental Memorandum"), and all prior pleadings and proceedings had herein, Defendants (as set forth in Appendix A hereto) will move this Court for an order dismissing with prejudice the complaints filed by the Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited, on the basis of the doctrine of *res judicata*.

- 1 -

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendants do not consent to the entry of final orders or judgment by this Court.

Dated:  New York, New York
        January 27, 2017

Respectfully submitted,

MOSES & SINGER LLP

By   /s/  Mark N. Parry
Alan Kolod
Mark N. Parry
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
akolod@mosessinger.com
mparry@mosessinger.com

*Attorneys for Defendants Deutsche Bank (Suisse) SA Geneve and Deutsche Bank Trust Company Americas and with authority from attorneys for the Defendants in the respective adversary proceedings referenced in Appendix A hereto*

TO: All Counsel of Record