## Appendix A

| Moving Defendant | Case No. | BVI Case No.(s) |
|---|---|---|
| Deutsche Bank (Suisse) SA Geneve | Adv. Pro. 10-03745 | 0404/2009; 0425/2009 |
| Deutsche Bank Trust Company America | Adv. Pro. 10-03744 | 0015/2010 |
| Bank Julius Baer & Co. Ltd. | Adv. Pro. 11-01243 | 0404/2009; 0357/2009; 0425/2009; 0005/2010; 0015/2010; 0030/2010 |
| Bank Julius Baer & Co. Ltd. | Adv. Pro. 10-03635 | 0404/2009; 0357/2009; 0425/2009; 0005/2010; 0015/2010; 0030/2010 |
| Bank Julius Baer & Co. Ltd. | Adv. Pro. 10-03636 | 0404/2009; 0357/2009; 0425/2009; 0005/2010; 0015/2010; 0030/2010 |
| Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives | Adv. Pro. 11-01257 | 0425/2009 |
| EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | Adv. Pro. 10-03625 | 0357/2009; 0030/2010 |
| EFG Bank f/k/a EFG Private Bank S.A. | Adv. Pro. 10-03634 | 0357/2009; 0030/2010 |
| EFG Bank f/k/a EFG Bank S.A. Switzerland | Adv. Pro. 10-03635 | 0357/2009; 0030/2010 |
| EFG Bank f/k/a EFG Bank S.A. Switzerland | Adv. Pro. 10-03636 | 0357/2009; 0030/2010 |
| Lloyds TSB Bank Geneva | Adv. Pro. 10-03635 | 0404/2009; 0030/2010; 0055/2011 |
| Lloyds TSB Bank Geneva | Adv. Pro. 10-03636 | 0404/2009; 0030/2010; 0055/2011 |
| SNS Global Custody B.V. a/k/a SNS Bank N.V. | Adv. Pro. 10-03757 | 0357/2009; 0404/2009; 0425/2009; 0005/2010; 0015/2010; 0030/2010 |
| Banque Pictet & Cie SA | Adv. Pro. 10-03764 | 0030/2010; 0015/2010 |
| Banque Pictet & Cie SA | Adv. Pro. 10-03635 | 0030/2010; 0015/2010 |
| Banque Pictet & Cie SA | Adv. Pro. 10-03636 | 0030/2010; 0015/2010 |
| UBS AG (sued as UBS AG Zurich and UBS AG New | Adv. Pro. 10-03635 | 0425/2009; 0005/2010 |
| UBS AG (sued as UBS AG Zurich and UBS AG New | Adv. Pro. 10-03636 | 0425/2009; 0005/2010 |
| UBS AG (sued as UBS AG New York) | Adv. Pro. 10-03780 | 0425/2009; 0005/2010 |
| UBS Luxembourg SA | Adv. Pro. 11-01250 | 0015/2009; 0030/2010 |
| Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited | Adv. Pro. 10-03776 | 0005/2010; 0030/2010 |
| SG Private Banking (Suisse) SA | Adv. Pro. 10-03595 | 0357/2009; 0405/2009; 0030/2010 |
| SG Private Banking (Suisse) SA | Adv. Pro. 10-03786 | 0357/2009; 0405/2009; 0030/2010 |
| Lombard Odier Darier Hentsch & Cie | Adv. Pro. 10-03635 | 0405/2009; 0425/2009 |
| Lombard Odier Darier Hentsch & Cie | Adv. Pro. 10-03636 | 0405/2009; 0425/2009 |
| Lombard Odier Darier Hentsch & Cie | Adv. Pro. 10-03795 | 0405/2009; 0425/2009 |