# Appendix B
# Additional Counsel

**DENTONS US LLP**

Reid L. Ashinoff
(reid.ashinoff@dentons.com)
D. Farrington Yates
(farrington.yates@dentons.com)
Justin N. Kattan
(justin.kattan@dentons.com)

1221 Avenue of the Americas,
New York, NY 10020
(212) 768-6700

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

John F. Zulack
(jzulack@fzwz.com)
Elizabeth A. O'Connor
(eoconnor@fzwz.com)

One Liberty Plaza
New York, NY 10006
(212) 412-9500

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
(Mking@gibsondunn.com)

200 Park Avenue
New York, NY 10166
(212) 351-4000

**JENNER & BLOCK LLP**

Richard Levin
(rlevin@jenner.com)

919 Third Avenue
New York, NY 10022
(212) 891-1600

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
(anthony.paccione@kattenlaw.com)
Mark T. Ciani
(mark.ciani@kattenlaw.com)

575 Madison Avenue
New York, NY 10022
(212) 940-8800

**LATHAM & WATKINS LLP**

Christopher R. Harris
(christpher.harris@lw.com)

885 Third Avenue
New York, NY 10022
(212) 906-1200

**MCKOOL SMITH, PC**

Eric B. Halper
(ehalper@mckoolsmith.com)
Virginia I. Weber
(vweber@mckoolsmith.com)

One Bryant Park, 47th Floor
New York, NY 10036
(212) 402-9413

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
(eakleinhaus@wlrk.com)

51 West 52nd Street,
New York, NY 10019
(212) 403-1000

**WILMER CULTER PICKERING HALE AND DORR LLP**

Andrea J. Robinson
(andrea.robinson@wilmerhale.com)
Charles C. Platt
(charles.platt@wilmerhale.com)
George W. Shuster, Jr.

(george.shuster@wilmerhale.com)

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7518