**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Reid Ashinoff
reid.ashinoff@dentons.com
D. Farrington Yates
farrington.yates@dentons.com
Justin N. Kattan
justin.kattan@dentons.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>　　　Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　　-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>　　　Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>　　　Defendants. | Adversary Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>　　　Defendants. | Adversary Pro. No. 10-03636 (SMB) |

**NOTICE OF FILING (I) NOTICE OF MOTION TO DISMISS BASED ON THE DOCTRINE OF *RES JUDICATA* AND (II) SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS BASED ON THE DOCTRINE OF *RES JUDICATA* WITH APPENDICES A AND B**

Pursuant to paragraph B of the *Supplemental Case Management Order of October 18, 2016*, Case No. 10-03496 (ECF No. 918), EFG Bank and EFG Bank (Monaco), on their behalf and on behalf of the defendants listed in Appendix A to the Supplemental Memorandum below, file the following:

(I) Notice of Motion to Dismiss based on the Doctrine of *Res Judicata*, dated January 27, 2017 and;

(II) Supplemental Memorandum in Support of Defendants' Motion to Dismiss Based on the Doctrine of *Res Judicata* with Appendices A and B attached thereto, dated January 27, 2017

which have all been filed in Adversary Proceeding No. 10-03496 [ECF Nos. 1131 and 1133 respectively] and made applicable to this Adversary Proceeding.

Dated:  January 27, 2017
        New York, New York

**DENTONS US LLP**

By:    */s/ D. Farrington Yates*
       1221 Avenue of the Americas
       New York, New York 10022
       Telephone:  (212) 768-6700
       Facsimile:  (212) 768-6800
       Reid Ashinoff
       reid.ashinoff@dentons.com
       D. Farrington Yates
       farrington.yates@dentons.com
       Justin N. Kattan
       justin.kattan@dentons.com

       *Attorneys for EFG Bank and EFG Bank (Monaco)*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served electronically on all counsel of record by the CM/ECF system which will send notification of such filings to registered parties, on this January 27, 2017.

                                                      */s/ D. Farrington Yates*
                                                       D. Farrington Yates