**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Reid Ashinoff
reid.ashinoff@dentons.com
D. Farrington Yates
farrington.yates@dentons.com
Justin N. Kattan
justin.kattan@dentons.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>    Defendants. | Adversary Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>    -against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>    Defendants. | Adversary Pro. No. 10-03636 (SMB) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of January, 2017, true and correct copies of (I) Individual Supplemental Memorandum of EFG Bank and EFG Bank (Monaco) and (II) Declaration of Géraldine Gazo with Exhibits 1-8 attached thereto were filed and served electronically on all counsel of record by the CM/ECF system which will send notification of such filings to registered parties.

Dated: January 27, 2017
      New York, New York

      **DENTONS US LLP**

By:    */s/ D. Farrington Yates*
1221 Avenue of the Americas
New York, New York 10022
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
D. Farrington Yates
farrington.yates@dentons.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

2