JENNER & BLOCK LLP
Richard Levin
919 Third Avenue
New York, NY 10022
(212) 891-1600

*Attorneys for Unifortune Conservative
  Side Pocket [Not a Juridical Entity]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al., | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (SMB) |
| v. | Administratively Consolidated |
| THEODOOR GGC AMSTERDAM et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3635 (SMB) |
| v. | Adv. Proc. No. 10-3636 (SMB) |
| ABN AMRO SCHWEIZ et al., | |
| Defendants. | |

**UNIFORTUNE CONSERVATIVE SIDE POCKET'S
SUPPLEMENTAL MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO
<u>AMEND AND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS</u>**

Unifortune Conservative Side Pocket, by and through its undersigned attorneys, fully

joins the Consolidated Motion to Dismiss Brief (ECF No. 170 in Adv. Proc. No. 10-3635; ECF No.

189 in Adv. Proc. No. 10-3636) and pursuant to sections I.B and I.H of the Court's Supplemental Case Management Order,[1] submits this Individual Supplemental Brief.

The Liquidators have purported to name as a defendant the nonexistent defendant "Allianzbank SPA/Unifortune Conservative Side Pocket." Unifortune Conservative Side Pocket was a fund formed under the laws of Italy and not a juridical entity having the capacity to be sued. It was closed on November 20, 2015, and while extant, was unaffiliated with any entity named Allianzbank SPA. Unifortune Conservative Side Pocket hereby expressly preserves all arguments relating to the incorrect identification of a defendant, including the Liquidators' failure properly (i) to name Unifortune Conservative Side Pocket or any affiliated or related entities as a defendant, (ii) to otherwise identify Unifortune Conservative Side Pocket or any affiliated or related entities or their purported role in other allegations of the complaint, and (iii) to serve Unifortune Conservative Side Pocket or any affiliated or related entities.

This Supplemental Memorandum of Law is not and shall not be construed as a waiver of any of Unifortune Conservative Side Pocket's or any affiliated or related entities' jurisdictional, substantive, or procedural rights, remedies, and defenses in connection with this adversary proceeding.

Dated: New York, New York
      January 27, 2017               /s/ Richard Levin

                                    Richard Levin
                                    JENNER & BLOCK LLP
                                    919 Third Avenue
                                    New York, NY 10022
                                    (212) 891-1600
                                    rlevin@jenner.com

                                    *Attorneys for Unifortune Conservative Side Pocket [Not a Juridical Entity]*

---

[1] *Fairfield Sentry Ltd. v. Theordoor GGG Amsterdam*, Adv. Proc. No. 10-03496(SMB) (Bankr. S.D.N.Y. Oct. 18, 2016), ECF No. 918.