# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　Defendants. | Adv. Pro. No. 10-03636 (SMB) |

## DECLARATION OF REINHARD KAINDL

I, REINHARD KAINDL, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.　　I am the Head of Compliance of Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft ("Hypo Bank"), a defendant in Adversary Proceedings No. 10-3635 and 10-3636.

2.    On June 8, 2012, Hypo Bank, by its attorneys, filed its Opposition to the Foreign Representative's Motion Seeking Limited Relief From Order Staying Redeemer Actions And Entry Of Order Directing Defendants To Make Expedited Initial Disclosures On Beneficial Holders And Authorizing Amendments To Complaints In Redeemer Actions (the "Motion").[1]

3.    In support of the Motion, I executed a declaration dated May 30, 2012 (the "Declaration"),[2] enclosed hereto as Exhibit A.

4.    Since June 8, 2012 when my Declaration was filed, Hypo Bank is not aware of any further service of pleadings other than service by mail as set forth in ¶¶ 3-6 of my previously filed Declaration. Accordingly, the facts as stated in my Declaration remain current and unchanged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2017.

_____
REINHARD KAINDL

---

[1] *See Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam*, Adv. Pro. No. 10-3496 (Bankr. S.D.N.Y. June 8, 2012) (Dkt. No. 692)

[2] *Id.* (Dkt. No. 696)