# EXHIBIT  A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | |
| Plaintiffs, | Adv. Pro. No. 10-03496 |
| -against- | Administratively Consolidated |
| THEODOOR GGC AMSTERDAM, et al., | Adv. Pro. No. 10-03635 |
| Defendants. | |
| This document applies to Adversary Proceedings 10-03635 and 10-03636 | Adv. Pro. No. 10-03636 |

**DECLARATION OF REINHARD KAINDL**

I, REINHARD KAINDL, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am the Head of Compliance of Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft ("Hypo Bank"), a defendant in two of the Adversary Proceedings in this administratively consolidated action: Adversary Proceedings No. 10-3635 and 10-3636 (hereinafter, the "Bankruptcy Court Proceedings").

2.     Hypo Bank is a commercial and investment bank, first established in Vorarlberg Austria in 1897, and is still located in Austria and organized under Austrian law. Its home office address is Hypo-Passage, 6900 Bregenz, Austria. Hypo Bank maintains all of its branch offices within Austria except for one branch in Switzerland.

3.     Hypo Bank is aware that the Bankruptcy Court Proceedings were originally filed by the plaintiffs in the Supreme Court of the State of New York, County of New York and later removed by the plaintiffs to this Court.   Bankruptcy Court Proceeding No. 10-3635 was originally designated in the New York State Supreme Court as New York County Index Number 651316/2010, and Bankruptcy Court Proceeding No. 10-3636 was originally designated in the New York State Supreme Court as New York County Index Number 650277/2010 (the "State Court Actions").   In August 2010, Hypo Bank received, in its home office in Bregenz, Austria, by registered mail, return receipt requested, a document entitled "Summons with Notice" in State Court Action Index Number 651316/2010, and a document entitled "Amended Summons with Notice" in State Court Action Index Number 650277/2010, both dated August 17, 2010, and mailed from the United States in an envelope bearing the return address of Brown Rudnick, Seven Times Square, New York, New York 10036.   Copies of these documents are annexed hereto as Exhibits A and B, respectively. A copy of the envelope in which these documents were mailed to us is annexed hereto as Exhibit C.

4.     From time to time, Hypo Bank has received documents relating to the Bankruptcy Court Proceedings from Brown Rudnick.   Hypo Bank received all of those documents by mail, posted in the United States by Brown Rudnick.

5.     Hypo Bank has never received any documents relating to the State Court Actions or the Bankruptcy Court Proceedings from Brown Rudnick other than by mail. Hypo Bank has never received any document relating to the State Court Actions or the Bankruptcy Court Proceedings from any judicial or other governmental authority of Austria, nor has it forwarded any such documents to any such authorities.

6.    Furthermore, none of the documents so far received from Brown Rudnick included a translation into the German language.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30th, 2012.


_____
REINHARD KAINDL

10-03635-jpm    Doc 225-1    Filed 01/27/17    Entered 01/27/17 17:45:47    Exhibit
Pg 5 of 39

# EXHIBIT "A"

FILED: NEW YORK COUNTY CLERK 08/17/2010          INDEX NO. 650316/201

NYSCEF DOC. NO. 3                                RECEIVED NYSCEF: 08/17/201

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

FAIRFIELD SENTRY LIMITED,

| | |
|---|---|
| | : |
| | : |
| | : Index No. |
| Plaintiff, | : 650316/2010 |
| | : |
| -against- | : |
| | : |
| | : **SUMMONS WITH** |
| | : **NOTICE** |

ABN AMRO SCHWEIZ AG, ADLER AND CO PRIVATBANK
AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE
SIDE POCKET, ALTERNATIVE INVESTMENT
STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO
GLASGOW SEG PORT, BANCA ARNER SA, BANCA
UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND
LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN &
CIE, BANQUE CANTONALE VAUDOISE, BANQUE
CRAMER & CIE SA, BANQUE SAFDIE SA, BARCLAY'S
BANK PLC SINGAPORE WEALTH, BBH LUX GUARDIAN
II, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA,
BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE)
SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS
(SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL
GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/
THE ALKIMA FUND, CBT GEMS LOW VOL REG,
COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK
AG (AMS), FIDULEX MANAGAMENT INC, CLARIDEN
LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG
ZUIRCH, DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG BANK
SA SWITZERLAND, EFG EUROFINANCIER D'INVEST
MCL, ENDURANCE ABSOLUTE LTD. MASTER,
FAIRFIELD INVESTMENT GCI, FAIRFIELD INVESTMENT
FUND LTD., FAIRFIELD MASTERS LTD., FALCON
PRIVATE BANK, FCL IFP GLOBAL DIVERSIFIED CLS, FIF
ADVANCED LTD., FINTER BANK ZUIRCH, HARMONY
CAPITAL FUND LTD., IHAG HANDELSBANK AG, INCORE
BANK AG, JP MORGAN (SUISSE) SA, KARLA
MULTISTRATEGIES LTD., KBC INVESTMENTS LTD., LGT
BANK IN LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB
REINVEST AMS, LLOYDS TSB BANK GENEVA,
LOMBARD ODIER DARIER HENTSCH & CIE, LONGBOAT
LTD., MASTER CAPITAL AND HEDGE FUND, NBK
BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB
PRIVATBANK AG, PRIVATE SPACE LTD., QUASAR FUNS
SPC, RBC DEXIA INVESTOR SERVICE JULIUS BAER

SICAV, RBS COUTTS BANK LTD., RICHOURT AAA : \
MULTISTRATEGIES, ROTHSCHOLD BANK AG ZURICH : \
(DUBLIN), ROTHSCHILD BANK GENEVA (DUBLIN), : \
ROTHSCHILD LUGANO DUBLIN, SELLA BANK AG, SIS : \
SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE : \
GENERALE BANK & TRUST, SOUNDVIEW FUND, : \
SPRINGER FUND OF FUNDS LTD., SWISSCANTO FD : \
CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., : \
TEOREMA ALTERNATIVE STRATEGIES, UBS AG NEW : \
YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, : \
VERWALTUNGS UND PRIVAT-BANK AG : \
AKTIENGESELLSCHAFT (AMS), VORARLBERGER : \
LANDES UND HYPOTHEKENBANK : \
ANKIENGESELLSCHARFT and BENEFICIAL OWNERS OF : \
THE ACCOUNTS HELD IN THE NAME OF CGC (NA) 1- : \
1000. :
:
: \
                        Defendants. :

---------------------------------------------------------------------------------X

To:    ABN AMRO SCHWEIZ AG \
         BEETHOVENSTRASSE 33 \
         8002- ZURICH \
         SWITZERLAND

         ADLER AND CO PRIVATBANK AG \
         CGC NV \
         CLARIDENSTRASSE 22 \
         CH-8022 ZURICH \
         SWITZERLAND

         ALLIANZBANK SPA / UNIFORTUNE CONSERVATIVE SIDE POCKET \
         CGC NV/CGC NV \
         VIA DONIZETTI 53 \
         MILAN 20128 \
         ITALY

         ALTERNATIVE INVESTMENT STRATEGIES \
         CGC NV \
         C/O ABSOLUTE PERFORMANCE LTD \
         BAMBOO GATE \
         11 HARBOUR ROAD \
         PAGET PG 03 \
         BERMUDA

         ARSENAL SPC

2

CGC NV
CORPORATE CENTRE WEST BAY ROAD
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

ARSENAL SPC OBO GLASGOW SEG PORT
CGC NV
RUE DE LA CROIX 19
1203 GENEVA
SWITZERLAND

BANCA ARNER SA
CGC NV
PIAZZA MANZONI 8
6901 LUGANO
SWITZERLAND

BANCA UNIONE DI CREDITO
CGC NV - CASH
PIAZZA DANTE 7
CH-6901 LUGANO
SWITZERLAND

BANK HAPOALIM SWITZERLAND LTD
CGC NV
STOCKERSTRASSE 33
CH-8027 ZURICH
SWITZERLAND

BANK JULIUS BAER & CO. LTD
CGC NV
HOHLSTRASSE 602
CH-8010 ZURICH
SWITZERLAND

BANK SARASIN & CIE
CGC NV
ELIZABETHENSTRASSE 62
CH-4002 BASEL
SWITZERLAND

BANQUE CANTONALE VAUDOISE
CGC NV
PLACE ST FRANCOIS 14
CH-1001 LAUSANNE

3

SWITZERLAND

BANQUE CRAMER & CIE SA EX BPG
CGC NV
20-22 AVENUE DE MIREMONT
PO BOX 403
CH-1211 GENEVA 12
SWITZERLAND

BANQUE SAFDIE SA
CGC NV REF BANQUE SAFDIE
1 RUE DE LA TOUR DE L'ILE
CASE POSTALE 5415
1211 11 GENEVA
SWITZERLAND

BARCLAY'S BANK PLC SINGAPORE WEALTH
CGC NV REF BARCLAYS SINGAPORE WEALTH
LEVEL 28 ONE RAFFLES QUAY
SOUTH TOWER
SINGAPORE 048583
SINGAPORE

BBH LUX FAIRFIELD GUARDIAN II
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

BBH LUX REF FAIRFIELD GRN 6200448
CGC NV  REF BBH LUX
BBH LUX
33 BOULEVARD PRINCE HENRI BP 403
LUXEMBOURG L 2014
LUXEMBOURG

BBVA (SUISSE) SA
CGC NV
PO BOX 3930
ZELTWEG 63
8021-ZURICH
SWITZERLAND

BCV AMC DEFENSIVE ALT FUND CHF
CGC NV

4

PLACE ST FRANCOIS
CH-1001 LAUSANNE
SWITZERLAND

BNP PARIBAS (SUISSE) SA
CGC NV
2 PLACE DE HOLLANDE
CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA EX FORTIS
CGC NV
PLACE DE HOLLANDE CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA PRIVATE
CGC NV
2 PLACE DE HOLLANDE CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BSI AG
CGC NV
VIA PERI 23
CH-6901 LUGANO
SWITZERLAND

BSI EX BANCA DEL GOTTARDO
CGC NV
VIALE S FRANSCINI 8
CH-6900 LUGANO
SWITZERLAND

CACEIS BANK LUXEMBOURG
CGC NV CAIL CFM
5 ALLEE SCHEFFER
LUXEMBOURG L -2520
LUXEMBOURG

CBT GEMS LOW VOL REG
CITCO GLOBAL CUSTODY (NA) NV
ONE MONTAGUE PLACE 1ST FLOOR
EAST BAY STREET
PO BOX N-4906

5

NASSAU
BAHAMAS

CBH - COMPAGNIE BANCAIRE HELVETIQUE
CGC NV
ROUTE DE CHANCY 6B
CASE POSTALE 64
CH-1211 GENEVA 8
SWITZERLAND

CENTRUM BANK AG (AMS)
CGC NV
KIRCHSTRASSE 3
POSTFACH 1168
VADUZ FL 9490
LIECHTENSTEIN

FIDULEX MANAGAMENT INC
CGC NV
SCHOTTEGATWEG OOST 44
PO BOX 707
WILLEMSTAD
CURACAO
NETHERLANDS ANTILLES

CLARIDEN LEU LTD
CGC NV
BAHHOFSTRASSE 32
PO BOX
CH-8070 ZURICH
SWITZERLAND

CORNER BANCA SA
CGC NV
VIA CANOVA 16
CH-6901 LUGANO
SWITZERLAND

CREDIT SUISSE AG ZURICH
CGC NV
PO BOX 300
UETLIBERGSTRASSE 231
CH-8070 ZURICH
SWITZERLAND

DEXIA BANQUE INTERNATIONAL A LUXEMBOURG

6

CGC NV
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

DRESDNER BANK SCHWEIZ
CGC NV
LGT BANK IN LIECHTENSTEIN AG EX DBS
HERRENGASSE 12
VADUZ FL-9490
LIECHTENSTEIN

EFG BANK SA SWITZERLAND
CGC NV - REINVEST
24 QUAI DU SEUJET
CH-1211 GENEVA 2
SWITZERLAND

EFG EUROFINANCIER D'INVEST MCL
CGC NV REF EFG MC
VILLA LES AIGLES
15 AVENUE D'OSTENEDE
MONACO MC 9800

ENDURANCE ABSOLUTE LTD MASTER
CGC NV
C/O ARGYLE INVESTMENT ADVISORS
IVEAGH LTD
21 QUEEN ANNE'S GATE
LONDON SW1H 9BU
UNITED KINGDOM

FAIRFIELD INV GCI JPY
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD INVESTMENT FUND LTD
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

7

FAIRFIELD MASTERS LTD -CLOSED
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FALCON PRIVATE BANK LTD
CBC A/C 299920/CGC NV
PELIKANSTRASSE 37
PO BOX 1376
CH-8021 ZURICH
SWITZERLAND

FCL IFP GLOBAL DIVERSIFIED CLS
CGC NV
C/O FORTUNE ASSET MANAGEMENT LTD
10 EXCHANGE STREET
PRIMROSE STREET
LONDON EC2A 2BY
UNITED KINGDOM

FIF ADVANCED LTD
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FINTER BANK ZURICH
CGC NV
CORSO S GOTTARDO 35
CH-6830 CHIASSO
SWITZERLAND

HARMONY CAPITAL FUND LTD
CGC NV REF HARMONY CAPITAL
C/O JASON CAPITAL PARTNERS LLP
28 GROSVENOR STREET
LONDON W1K 4QR
UNITED KINGDOM

IHAG HANDELSBANK AG
CGC NV
BLEICHERWEG 18
8022- ZURICH
SWITZERLAND

8

INCORE BANK AG
CGC NV
DREIKOENIGSTR 8
CH-8022 ZURICH
SWITZERLAND

JP MORGAN (SUISSE) SA
CGC NV JPMS
PO BOX 5160
RUE DE LA CONFEDERATION 8
CH-1211 GENEVA 11
SWITZERLAND

KARLA MULTISTRATEGIES LTD
CITCO GLOBAL CUSTODY (NA) NV / REF KARLA MUTLLISTRATEGIES
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

KBC INVESTMENTS LTD
CITCO GLOBAL CUSTODY (NA) NV
AS CUSTODIAN FOR KBC INV REF KARASEL ENH
140 EAST  45TH STR 42ND FLOOR
NEW YORK NY 10017

LGT BANK IN LIECHTENSTEIN AG EX DBS
CGC NV REF DRESDNER SCHWEIZ TF
LGT BANK IN LIECHTENSTEIN AG
HERRENGASSE 12
VADUZ FL 9490
LIECHTENSTEIN

LIECHTENSTEINISCHE LB REINVEST AMS
CGC NV
LIECHTENSTEINISCHE LANDESBANK AG
STAEDTLE 44
VADUZ FL-94940
LIECHTENSTEIN

LLYODS TSB BANK GENEVA
CGC NV
PLACE BEL-AIR 1
CH-1211 GENEVA 2
SWITZERLAND

9

LOMBARD ODIER DARIER HENTSCH & CIE
CGC NV
RUE DE LA CORRATERIE 11
1204 GENEVA
SWITZERLAND

LONGBOAT LTD
SRCA@UOL.COM.BR

MASTER CAPITAL AND HEDGE FUND
CGC NV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

NBK BANQE PRIVEE SUISSE SA
CGC NV REF NAT BANK OF KUWAIT
QUAI DU MONT BLANC 21
PO BOX 1923
GENEVA 1
SWITZERLAND

PICTET & CIE
CGC NV/CGC NV REF PICTET
ROUTE DES ACACIAS 60
1211 GENEVA 73
SWITZERLAND

PKB PRIVATBANK AG
CGC NV
VIA BALESTRA 1
CH-6901 LUGANO
SWITZERLAND

PRIVATE SPACE LTD
CGC NV
7 RUE DU GABIAN
MC 98000 MONACO
MONACO

QUASAR FUND SPC CLASS A AND CLASS B
CGC NV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM

10

THE NETHERLANDS

RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV
CBC A/C 299920 DEX
DEXIA FUND SERVICES
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

RBS COUTTS BANK LTD
CGC NV
PO BOX 2200
STAUFFACHERSTRASSE 1
CH-8022 ZURICH
SWITZERLAND

RICHOURT AAA MULTISTRATEGIES
CITCO GLOBAL CUSTODY (NA) NV
TELSTONE 8 TELEPORT
1043 BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD BANK AG ZURICH (DUBLIN)
CGC NV
ZOLLIKERSTRASSE 181
CH-8034 ZURICH
SWITZERLAND

ROTHSCHILD BANK GENEVA (DUBLIN)
CGC NV
BANCA PRIVEE EDMOND DE ROTHSCHILD
18 RUE DE HESSE
CH-1204 GENEVA
SWITZERLAND

ROTHSCHILD LUGANO DUBLIN
CGC NV
BANCA PRIVEE EDMOND DE ROTHSCHILD LUGANO SA
VIA GINEVRA 2
CH-6900 LUGANO
SWITZERLAND

SELLA BANK AG
CGC NV
CORSO ELVEZIA 9
CH-6900 LUGANO

11

SWITZERLAND

SIS SEGANINTERSETTLE
CGC NV
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SIX SIS LTD
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SOCIETE GENERALE BANK & TRUST
CGC NV
11-13 AVENUE EMILE REUTER
LUXEMBOURG L-2420
LUXEMBOURG

SOUNDVIEW FUND
CITCO GLOBAL CUSTODY (NA) NV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

SPRINGER FUND OF FUNDS LTD
FIDULEX MANAGEMENT LTD
C/O UNION BANCAIRE PRIVEE ASSET MGT
PO BOX HM 3399
HAMILTON HM11
BERMUDA

SWISSCANTO FD CENTRE CLIENTS A/C
CGC NV
4TH FLOOR 51 MOORGATE
LONDON EC2R 6BH
UNITED KINGDOM

T1 GLOBAL FUND LTD
CGC NV
C/O TRUST AND GAIN ASSET MANAGEMENT
CORSO SAN GOTTARDO 46
6830 CHIASSO
SWITZERLAND

TEOREMA ALTERNATIVE STRATEGIES

12

CGC NV
PO BOX 31106 SMB
CORPORATE CENTRE WEST BAY ROAD
GRAND CAYMAN
CAYMAN ISLAND

UBS AG NEW YORK BRANCH AS AGENT
CITCO GLOBAL CUSTODY (NA) NV FBO UBS NEW YORK BRANCH AS
AGENT
101 PARK AVENUE 14TH FLOOR
NEW YORK NY 10178

UBS AG ZURICH
CGC NV/CGC NV
REF UBS ZURICH/CBC A/C 299920
UBS WEALTH MANAGEMENT
BADENERSTRASSE 574/C
CH-8098 ZURICH
SWITZERLAND

UBS JERSEY NOMINEES
CGC NV/CGC NV - UBS JERSEY
PO BOX 350
24 UNION STREET
ST HELIER JE4 8UJ
JERSEY

VERWALTUNGS UND PRIVAT - BANK AG AKTIENGESELLSCHAFT
(AMS)
CGC NV
IM ZENTRUM
VADUZ FL-9490
LIECHTENSTEIN

VORARLBERGER LANDES UND HYPOTHEKENBANK
AKIENGESELLSCHARFT
CGC NV
HYPO-PASSAGE 1
BREGENZ 6900
AUSTRIA

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CGC (NA)  1-1000
C/O CGC (NA)
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK

13

KINSALE ROAD
CORK, IRELAND

You are hereby summoned and required to serve upon plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint.

If this summons was personally served upon you in the State of New York, your notice of appearance or demand for a complaint must be served within twenty (20) days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, your notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete, as provided by law.

The nature of this action is for mistake and restitution based on payments made by plaintiff Fairfield Sentry Limited ("Plaintiff") and received by Defendants from and after April 21, 2004. Plaintiff seeks damages in the amount of all such mistaken payments, believed to exceed $38.2 million, restitution of amounts paid by mistake and/or such other contractual and equitable remedies as are available to it under law. Plaintiff's claims arise out of payments made to Defendants in respect of interests in the shares of the Plaintiff.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of $38,257,152.53, in addition to any applicable interest and the costs and disbursements associated with this action.

The action will be heard in the Supreme Court of the State of New York, County of New York. The basis of venue is the designation by Plaintiff pursuant to CPLR 503(a).

Dated: New York, New York
      August 17, 2010

                              BROWN RUDNICK LLP

                              By: /s/ May Orenstein

14

David J. Molton
May Orenstein
Kerry Quinn

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
*Counsel for Plaintiffs*

10-03635-jpm Doc 225-1 Filed 01/27/17 Entered 01/27/17 17:45:47 Exhibit
Pg 21 of 99

# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X

FAIRFIELD SENTRY LIMITED,
FAIRFIELD SIGMA LIMITED,
FAIRFIELD LAMBDA LIMITED,

                                       Plaintiffs,

                  -against-

ABN AMRO SCHWEIZ AG, ADLER AND CO
PRIVATBANK AG, ALLIANZBANK
SPA/UNIFORTUNE CONSERVATIVE SIDE
POCKET, ALTERNATIVE INVESTMENT
STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO
GLASGOW SEG PORT, BANCA ARNER SA, BANCA
UNIONE DI CREDITO, BANK HAPOALIM
SWITZERLAND LTD., BANK JULIUS BAER & CO.
LTD., BANK SARASIN & CIE, BANQUE
CANTONALE VAUDOISE, BANQUE CRAMER &
CIE SA, BANQUE SAFDIE SA, BARCLAY'S BANK
PLC SINGAPORE WEALTH, BBH LUX GUARDIAN
II, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE)
SA, BCV AMC DEFENSIVE AL FUND, BNP
PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA
EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE,
BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS
BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA
FUND, CBT GEMS LOW VOL REG, COMPAGNIE
BANCAIRE HELVETIQUE, CENTRUM BANK AG
(AMS), FIDULEX MANAGAMENT INC, CLARIDEN
LEU LTD., CORNER BANCA SA, CREDIT SUISSE
AG ZUIRCH, DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG
BANK SA SWITZERLAND, EFG EUROFINANCIER
D'INVEST MCL, ENDURANCE ABSOLUTE LTD.
MASTER, FAIRFIELD INVESTMENT GCI,
FAIRFIELD INVESTMENT FUND LTD., FAIRFIELD
MASTERS LTD., FALCON PRIVATE BANK, FCL IFP
GLOBAL DIVERSIFIED CLS, FIF ADVANCED LTD.,
FINTER BANK ZUIRCH, HARMONY CAPITAL
FUND LTD., IHAG HANDELSBANK AG, INCORE
BANK AG, JP MORGAN (SUISSE) SA, KARLA
MULTISTRATEGIES LTD., KBC INVESTMENTS
LTD., LGT BANK IN LIECHTENSTEIN AG,
LIECHTENSTEINISCHE LB REINVEST AMS,
LLOYDS TSB BANK GENEVA, LOMBARD ODIER

Index No. 650277/2010

**AMENDED SUMMONS
WITH NOTICE**

DARIER HENTSCH & CIE, LONGBOAT LTD.,                          :
MASTER CAPITAL AND HEDGE FUND, NBK                           :
BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB                   :
PRIVATBANK AG, PRIVATE SPACE LTD.,                           :
QUASAR FUNS SPC, RBC DEXIA INVESTOR                          :
SERVICE JULIUS BAER SICAV, RBS COUTTS                        :
BANK LTD., RICHOURT AAA MULTISTRATEGIES,                     :
ROTHSCHOLD BANK AG ZURICH (DUBLIN),                          :
ROTHSCHILD BANK GENEVA (DUBLIN),                             :
ROTHSCHILD LUGANO DUBLIN, SELLA BANK                         :
AG, SIS SEEGANINTERSETTLE, SIX SIS LTD.,                     :
SOCIETE GENERALE BANK & TRUST,                               :
SOUNDVIEW FUND, SPRINGER FUND OF FUNDS                       :
LTD., SWISSCANTO FD CENTRE CLIENTS A/C, T1                   :
GLOBAL FUND LTD., TEOREMA ALTERNATIVE                        :
STRATEGIES, UBS AG NEW YORK, UBS AG                          :
ZURICH, UBS JERSEY NOMINEES,                                 :
VERWALTUNGS UND PRIVAT-BANK AG                               :
AKTIENGESELLSCHAFT (AMS), VORARLBERGER                       :
LANDES UND HYPOTHEKENBANK                                    :
ANKIENGESELLSCHARFT and BENEFICIAL                           :
OWNERS OF THE ACCOUNTS HELD IN THE                          :
NAME OF CITCO GLOBAL CUSTODY NV 1-1000                       :
and BENEFICIAL OWNERS OF THE ACCOUNTS                        :
HELD IN THE NAME OF CITCO GLOBAL                             :
CUSTODY (NA) NV 1-1000,                                      :
                                                             :
                                    Defendants.              :
-----------------------------------------------------------------------X

     To:     ABN AMRO SCHWEIZ AG
              BEETHOVENSTRASSE 33
              8002- ZURICH
              SWITZERLAND

              ADLER AND CO PRIVATBANK AG
              CGC NV
              CLARIDENSTRASSE 22
              CH-8022 ZURICH
              SWITZERLAND

              ALLIANZBANK SPA / UNIFORTUNE CONSERVATIVE SIDE POCKET
              CGC NV/CGC NV
              VIA DONIZETTI 53
              MILAN 20128
              ITALY

ALTERNATIVE INVESTMENT STRATEGIES
CGC NV
C/O ABSOLUTE PERFORMANCE LTD
BAMBOO GATE
11 HARBOUR ROAD
PAGET PG 03
BERMUDA

ARSENAL SPC
CGC NV
CORPORATE CENTRE WEST BAY ROAD
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

ARSENAL SPC OBO GLASGOW SEG PORT
CGC NV
RUE DE LA CROIX 19
1203 GENEVA
SWITZERLAND

BANCA ARNER SA
CGC NV
PIAZZA MANZONI 8
6901 LUGANO
SWITZERLAND

BANCA UNIONE DI CREDITO
CGC NV - CASH
PIAZZA DANTE 7
CH-6901 LUGANO
SWITZERLAND

BANK HAPOALIM SWITZERLAND LTD
CGC NV
STOCKERSTRASSE 33
CH-8027 ZURICH
SWITZERLAND

BANK JULIUS BAER & CO. LTD
CGC NV
HOHLSTRASSE 602
CH-8010 ZURICH
SWITZERLAND

3

BANK SARASIN & CIE
CGC NV
ELIZABETHENSTRASSE 62
CH-4002 BASEL
SWITZERLAND

BANQUE CANTONALE VAUDOISE
CGC NV
PLACE ST FRANCOIS 14
CH-1001 LAUSANNE
SWITZERLAND

BANQUE CRAMER & CIE SA EX BPG
CGC NV
20-22 AVENUE DE MIREMONT
PO BOX 403
CH-1211 GENEVA 12
SWITZERLAND

BANQUE SAFDIE SA
CGC NV REF BANQUE SAFDIE
1 RUE DE LA TOUR DE L'ILE
CASE POSTALE 5415
1211 11 GENEVA
SWITZERLAND

BARCLAY'S BANK PLC SINGAPORE WEALTH
CGC NV REF BARCLAYS SINGAPORE WEALTH
LEVEL 28 ONE RAFFLES QUAY
SOUTH TOWER
SINGAPORE 048583
SINGAPORE

BBH LUX FAIRFIELD GUARDIAN II
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

BBH LUX REF FAIRFIELD GRN 6200448
CGC NV  REF BBH LUX
BBH LUX
33 BOULEVARD PRINCE HENRI BP 403
LUXEMBOURG L 2014
LUXEMBOURG

4

BBVA (SUISSE) SA
CGC NV
PO BOX 3930
ZELTWEG 63
8021-ZURICH
SWITZERLAND

BCV AMC DEFENSIVE ALT FUND CHF
CGC NV
PLACE ST FRANCOIS
CH-1001 LAUSANNE
SWITZERLAND

BNP PARIBAS (SUISSE) SA
CGC NV
2 PLACE DE HOLLANDE
CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA EX FORTIS
CGC NV
PLACE DE HOLLANDE CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA PRIVATE
CGC NV
2 PLACE DE HOLLANDE CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BSI AG
CGC NV
VIA PERI 23
CH-6901 LUGANO
SWITZERLAND

BSI EX BANCA DEL GOTTARDO
CGC NV
VIALE S FRANSCINI 8
CH-6900 LUGANO
SWITZERLAND

CACEIS BANK LUXEMBOURG

5

CGC NV CAIL CFM
5 ALLEE SCHEFFER
LUXEMBOURG L -2520
LUXEMBOURG

CBT GEMS LOW VOL REG
CITCO GLOBAL CUSTODY (NA) NV
ONE MONTAGUE PLACE 1ST FLOOR
EAST BAY STREET
PO BOX N-4906
NASSAU
BAHAMAS

CBH - COMPAGNIE BANCAIRE HELVETIQUE
CGC NV
ROUTE DE CHANCY 6B
CASE POSTALE 64
CH-1211 GENEVA 8
SWITZERLAND

CENTRUM BANK AG (AMS)
CGC NV
KIRCHSTRASSE 3
POSTFACH 1168
VADUZ FL 9490
LIECHTENSTEIN

FIDULEX MANAGAMENT INC
CGC NV
SCHOTTEGATWEG OOST 44
PO BOX 707
WILLEMSTAD
CURACAO
NETHERLANDS ANTILLES

CLARIDEN LEU LTD
CGC NV
BAHHOFSTRASSE 32
PO BOX
CH-8070 ZURICH
SWITZERLAND

6

CORNER BANCA SA
CGC NV
VIA CANOVA 16
CH-6901 LUGANO
SWITZERLAND

CREDIT SUISSE AG ZURICH
CGC NV
PO BOX 300
UETLIBERGSTRASSE 231
CH-8070 ZURICH
SWITZERLAND

DEXIA BANQUE INTERNATIONAL A LUXEMBOURG
CGC NV
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

DRESDNER BANK SCHWEIZ
CGC NV
LGT BANK IN LIECHTENSTEIN AG EX DBS
HERRENGASSE 12
VADUZ FL-9490
LIECHTENSTEIN

EFG BANK SA SWITZERLAND
CGC NV - REINVEST
24 QUAI DU SEUJET
CH-1211 GENEVA 2
SWITZERLAND

EFG EUROFINANCIER D'INVEST MCL
CGC NV REF EFG MC
VILLA LES AIGLES
15 AVENUE D'OSTENEDE
MONACO MC 9800

ENDURANCE ABSOLUTE LTD MASTER
CGC NV
C/O ARGYLE INVESTMENT ADVISORS
IVEAGH LTD
21 QUEEN ANNE'S GATE
LONDON SW1H 9BU
UNITED KINGDOM

7

FAIRFIELD INV GCI JPY
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD INVESTMENT FUND LTD
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD MASTERS LTD -CLOSED
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FALCON PRIVATE BANK LTD
CBC A/C 299920/CGC NV
PELIKANSTRASSE 37
PO BOX 1376
CH-8021 ZURICH
SWITZERLAND

FCL IFP GLOBAL DIVERSIFIED CLS
CGC NV
C/O FORTUNE ASSET MANAGEMENT LTD
10 EXCHANGE STREET
PRIMROSE STREET
LONDON EC2A 2BY
UNITED KINGDOM

FIF ADVANCED LTD
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FINTER BANK ZURICH
CGC NV
CORSO S GOTTARDO 35
CH-6830 CHIASSO

8

SWITZERLAND

HARMONY CAPITAL FUND LTD
CGC NV REF HARMONY CAPITAL
C/O JASON CAPITAL PARTNERS LLP
28 GROSVENOR STREET
LONDON W1K 4QR
UNITED KINGDOM

IHAG HANDELSBANK AG
CGC NV
BLEICHERWEG 18
8022- ZURICH
SWITZERLAND

INCORE BANK AG
CGC NV
DREIKOENIGSTR 8
CH-8022 ZURICH
SWITZERLAND

JP MORGAN (SUISSE) SA
CGC NV JPMS
PO BOX 5160
RUE DE LA CONFEDERATION 8
CH-1211 GENEVA 11
SWITZERLAND

KARLA MULTISTRATEGIES LTD
CITCO GLOBAL CUSTODY (NA) NV / REF KARLA MUTLLISTRATEGIES
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

KBC INVESTMENTS LTD
CITCO GLOBAL CUSTODY (NA) NV
AS CUSTODIAN FOR KBC INV REF KARASEL ENH
140 EAST  45TH STR 42ND FLOOR
NEW YORK NY 10017

LGT BANK IN LIECHTENSTEIN AG EX DBS
CGC NV REF DRESDNER SCHWEIZ TF
LGT BANK IN LIECHTENSTEIN AG
HERRENGASSE 12
VADUZ FL 9490
LIECHTENSTEIN

9

LIECHTENSTEINISCHE LB REINVEST AMS
CGC NV
LIECHTENSTEINISCHE LANDESBANK AG
STAEDTLE 44
VADUZ FL-94940
LIECHTENSTEIN

LLYODS TSB BANK GENEVA
CGC NV
PLACE BEL-AIR 1
CH-1211 GENEVA 2
SWITZERLAND

LOMBARD ODIER DARIER HENTSCH & CIE
CGC NV
RUE DE LA CORRATERIE 11
1204 GENEVA
SWITZERLAND

LONGBOAT LTD
SRCA@UOL.COM.BR

MASTER CAPITAL AND HEDGE FUND
CGC NV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

NBK BANQE PRIVEE SUISSE SA
CGC NV REF NAT BANK OF KUWAIT
QUAI DU MONT BLANC 21
PO BOX 1923
GENEVA 1
SWITZERLAND

PICTET & CIE
CGC NV/CGC NV REF PICTET
ROUTE DES ACACIAS 60
1211 GENEVA 73
SWITZERLAND

PKB PRIVATBANK AG
CGC NV
VIA BALESTRA 1

10

CH-6901 LUGANO
SWITZERLAND

PRIVATE SPACE LTD
CGC NV
7 RUE DU GABIAN
MC 98000 MONACO
MONACO

QUASAR FUND SPC CLASS A AND CLASS B
CGC NV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV
CBC A/C 299920 DEX
DEXIA FUND SERVICES
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

RBS COUTTS BANK LTD
CGC NV
PO BOX 2200
STAUFFACHERSTRASSE 1
CH-8022 ZURICH
SWITZERLAND

RICHOURT AAA MULTISTRATEGIES
CITCO GLOBAL CUSTODY (NA) NV
TELSTONE 8 TELEPORT
1043 BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD BANK AG ZURICH (DUBLIN)
CGC NV
ZOLLIKERSTRASSE 181
CH-8034 ZURICH
SWITZERLAND

ROTHSCHILD BANK GENEVA (DUBLIN)
CGC NV
BANCA PRIVEE EDMOND DE ROTHSCHILD
18 RUE DE HESSE

11

CH-1204 GENEVA
SWITZERLAND

ROTHSCHILD LUGANO DUBLIN
CGC NV
BANCA PRIVEE EDMOND DE ROTHSCHILD LUGANO SA
VIA GINEVRA 2
CH-6900 LUGANO
SWITZERLAND

SELLA BANK AG
CGC NV
CORSO ELVEZIA 9
CH-6900 LUGANO
SWITZERLAND

SIS SEGANINTERSETTLE
CGC NV
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SIX SIS LTD
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SOCIETE GENERALE BANK & TRUST
CGC NV
11-13 AVENUE EMILE REUTER
LUXEMBOURG L-2420
LUXEMBOURG

SOUNDVIEW FUND
CITCO GLOBAL CUSTODY (NA) NV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

SPRINGER FUND OF FUNDS LTD
FIDULEX MANAGEMENT LTD
C/O UNION BANCAIRE PRIVEE ASSET MGT
PO BOX HM 3399
HAMILTON HM11
BERMUDA

12

SWISSCANTO FD CENTRE CLIENTS A/C
CGC NV
4TH FLOOR 51 MOORGATE
LONDON EC2R 6BH
UNITED KINGDOM

T1 GLOBAL FUND LTD
CGC NV
C/O TRUST AND GAIN ASSET MANAGEMENT
CORSO SAN GOTTARDO 46
6830 CHIASSO
SWITZERLAND

TEOREMA ALTERNATIVE STRATEGIES
CGC NV
PO BOX 31106 SMB
CORPORATE CENTRE WEST BAY ROAD
GRAND CAYMAN
CAYMAN ISLAND

UBS AG NEW YORK BRANCH AS AGENT
CITCO GLOBAL CUSTODY (NA) NV FBO UBS NEW YORK BRANCH AS
AGENT
101 PARK AVENUE 14TH FLOOR
NEW YORK NY 10178

UBS AG ZURICH
CGC NV/CGC NV
REF UBS ZURICH/CBC A/C 299920
UBS WEALTH MANAGEMENT
BADENERSTRASSE 574/C
CH-8098 ZURICH
SWITZERLAND

UBS JERSEY NOMINEES
CGC NV/CGC NV - UBS JERSEY
PO BOX 350
24 UNION STREET
ST HELIER JE4 8UJ
JERSEY

VERWALTUNGS UND PRIVAT - BANK AG AKTIENGESELLSCHAFT
(AMS)
CGC NV
IM ZENTRUM
VADUZ FL-9490

13

LIECHTENSTEIN

VORARLBERGER LANDES UND HYPOTHEKENBANK
AKIENGESELLSCHARFT
CGC NV
HYPO-PASSAGE 1
BREGENZ 6900
AUSTRIA

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY NV 1-1000
C/O CITCO GLOBAL CUSTODY NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY NV 1-1000
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY (NA) NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY (NA) NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

You are hereby summoned and required to serve upon plaintiffs' attorney, at the address stated below, a notice of appearance or demand for a complaint.

If this summons was personally served upon you in the State of New York, your notice of appearance or demand for a complaint must be served within twenty (20) days after such service

14

of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, your notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete, as provided by law.

The nature of this action is for mistake and restitution based on payments made by plaintiffs Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (collectively, the "Plaintiffs") and received by Defendants from and after April 20, 2004. Plaintiffs seek damages in the amount of all such mistaken payments, believed to exceed $1.7 billion, restitution of amounts paid by mistake and/or such other contractual and equitable remedies as are available to it under law. Plaintiffs' claims arise out of payments made to Defendants in respect of interests in the shares of the Plaintiffs.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of $1,718,850,176.68, in addition to any applicable interest and the costs and disbursements associated with this action.

The action will be heard in the Supreme Court of the State of New York, County of New York. The basis of venue is the designation by Plaintiffs pursuant to CPLR 503(a).

Dated: New York, New York
      August 17, 2010

BROWN RUDNICK LLP

By: /s/ May Orenstein
    David J. Molton
    May Orenstein
    Kerry Quinn

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

15

Facsimile: (212) 209-4801
morenstein@brownrudnick.com
*Counsel for Plaintiffs*

# EXHIBIT "C"



BROWNRUDNICK

Seven
Times
Square
New York
New York
10036

*R*

Vorarlberger Landes Und Hypothekenbank
Aktiengesellschaft
CGC NV
Hypo-Passage 1
Bregenz 6900
Austria



Label 200, August 2005

RE 565 812 979 US

PSN 7690-03-000-9311



1000

00113



