KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
Anthony L. Paccione
anthony.paccione@kattenlaw.com
Mark T. Ciani
mark.ciani@kattenlaw.com

*Attorneys for*
*Defendant Harmony Capital Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>       Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>       Plaintiffs,<br><br>       – against –<br><br>Theodoor GGC Amsterdam et al.,<br><br>       Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Procedurally Consolidated Under this Matter |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>       Plaintiffs,<br><br>       – against –<br><br>ABN AMRO Schweiz AG et al.<br><br>       Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>       Plaintiffs,<br><br>       – against –<br><br>ABN AMRO Schweiz AG et al. | Adv. Pro. No. 10-03636 (SMB) |

| Defendants. |
|---|

### HARMONY CAPITAL FUND LTD.'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS AND IN <u>OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND</u>

Harmony Capital Fund Ltd., by and through its undersigned counsel, submitted the Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss, filed on January 13, 2017, in Adversary Proceeding No. 10-03496 (ECF No. 960), and other related adversary proceedings before this Court.

Harmony Capital Fund Ltd. hereby joins in the motion to dismiss and supporting documents filed on January 13, 2017, by Clearly Gottlieb Steen & Hamilton, LLP ("Cleary"), in Adversary Proceeding No. 10-03496 (ECF Nos. 959-964) and other related adversary proceedings before this Court, and adopts and fully incorporates by reference that document and all contemporaneous or subsequent filings by Cleary on behalf of the joint defense group in support of Defendants' motion to dismiss, and in opposition to Plaintiffs' motion for leave to amend.

Harmony Capital Fund Ltd. hereby joins Section I of the Individual Supplemental Brief (Concerning Preemption and Service), filed on January 26, 2017, by Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn"), in Adversary Proceeding No. 10-03863 (ECF No. 36), and adopts and fully incorporates by reference that section of that document.

Dated: January 27, 2017
New York, New York

                         KATTEN MUCHIN ROSENMAN LLP

                         BY:   /s/ Anthony L. Paccione
                               Anthony L. Paccione
                               anthony.paccione@kattenlaw.com
                               Mark T. Ciani
                               mark.ciani@kattenlaw.com

*Attorneys for*
*Defendant Harmony Capital Fund Ltd.*

575 Madison Avenue
New York, New York 10022
(212) 940-8800

3