JENNER & BLOCK LLP
Richard Levin
919 Third Avenue
New York, NY 10022
(212) 891-1600

*Attorneys for Unifortune Conservative
  Side Pocket [Not a Juridical Entity]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al., | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (SMB) |
| v. | Administratively Consolidated |
| THEODOOR GGC AMSTERDAM et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3635 (SMB) |
| v. | Adv. Proc. No. 10-3636 (SMB) |
| ABN AMRO SCHWEIZ et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that on January 27, 2017, I caused *Unifortune Conservative Side Pocket's Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of Defendants' Motion to Dismiss* to be filed electronically in the above-captioned

adversary proceedings with the Clerk of the Court using the CM/ECF System and sent via email to dmolton@brownrudnick.com.

Dated: New York, New York
      January 27, 2017　　　　　　　　　　　　　JENNER & BLOCK LLP

                                          By:   /s/Carl N. Wedoff
                                                 Carl N. Wedoff

.