**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3496 (SMB) |
| v. | Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
| Defendants | |
| This brief is submitted in the following Adversary Proceedings: | |
| 10-3635, 10-3636, and 10-4088. | |

### DECLARATION OF WILLIAM J. SUSHON IN SUPPORT OF
### THE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF
### THE SWISS CREDIT SUISSE DEFENDANTS' MOTION TO DISMISS

I, William J. Sushon, declare under penalty of perjury and 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of (i) O'Melveny & Myers LLP, counsel Clariden Leu Ltd., Credit Suisse AG Zurich, and Leu Prima Global Fund, and (ii) the bar of this Court. I respectfully submit this Declaration in support of the Supplemental Memorandum of Law in Support of the Swiss Credit Suisse Defendants' Motion to Dismiss.

2. Exhibit 1 is a true and correct copy of Elizabeth Giler's June 18, 2010 Affidavit of Service in *Fairfield Sentry Limited v. Beneficial Owners of the Accounts Held in the Name of*

*CGC (NA) 1-1000*, Index No. 650316/2010 (NYSCEF Dkt. No. 2), obtained from the New York State Courts Electronic Filing website at https://iapps.courts.state.ny.us/nyscef/HomePage.

3. Exhibit 2 is a true and correct copy of Elizabeth Giler's June 18, 2010 Affidavit of Service in *Fairfield Sentry Limited v. Beneficial Owners of the Accounts Held in the Name of Citco Global Custody NV 1-1000*, Index No. 650277/2010 (NYSCEF Dkt. No. 4), obtained from the New York State Courts Electronic Filing website at https://iapps.courts.state.ny.us/nyscef/HomePage.

Dated:  January 27, 2017           /s/ *William J. Sushon*
        New York, New York              William J. Sushon