# EXHIBIT 1

FILED: NEW YORK COUNTY CLERK 06/29/2010
NYSCEF DOC. NO. 2
10-03635-jpm    Doc 238-1    Filed 01/27/17    Entered 01/27/17 19:28:51    Exhibit 1
Pg 2 of 3
INDEX NO. 650316/2010
RECEIVED NYSCEF: 06/29/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED,

                                               Plaintiffs,

                -against-

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CGC (NA) 1-1000,

                                               Defendants.

---------------------------------------------------------------------X

Index No. 650316/2010

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

Elizabeth Giler, being duly sworn, deposes and says:

    1.    I am an employee at Brown Rudnick LLP, having offices at 7 Times Square, New York, New York 10036. I am over 18 years of age and am not a party to the above-captioned proceeding.

    2.    On June 18, 2010, I caused true and correct copies of (1) the Summons with Notice and (2) the Court Notice Regarding Availability of Electronic Filing to be served, pursuant to the service provisions of Defendants' subscription agreement(s) with Plaintiff(s), by international registered mail, return receipt requested, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to:

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CGC (NA) 1-1000
C/O CGC (NA)
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

Elizabeth Giler

Sworn to before me this 11th day of June, 2010

_____
Notary Public

DIANE M. NARDI
Notary Public, State of New York
No. 02NA6055794
Qualified in Queens County
Commission Expires March 5, 20 11

# 8257058 v1 - GILERE - 028523/0002