# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED,
FAIRFIELD SIGMA LIMITED,
FAIRFIELD LAMBDA LIMITED,                              :   Index No. 650277/2010

                       Plaintiffs,

          -against-

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CITCO GLOBAL CUSTODY NV
1-1000 and BENEFICIAL OWNERS OF THE
ACCOUNTS HELD IN THE NAME OF CITCO
GLOBAL CUSTODY (NA) NV 1-1000,

                      Defendants.
---------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NEW YORK  )

Elizabeth Giler, being duly sworn, deposes and says:

      1.     I am an employee at Brown Rudnick LLP, having offices at 7 Times Square, New York, New York 10036. I am over 18 years of age and am not a party to the above-captioned proceeding.

      2.     On June 18, 2010, I caused true and correct copies of (1) the Amended Summons with Notice and (2) the Court Notice Regarding Availability of Electronic Filing to be served, pursuant to the service provisions of Defendants' subscription agreement(s) with Plaintiff(s), by international registered mail, return receipt requested, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to:

| | |
|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITCO GLOBAL CUSTODY NV 1-1000 C/O CITCO GLOBAL CUSTODY NV 2600 CORK AIRPORT BUSINESS PARK KINSALE ROAD CORK, IRELAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITCO GLOBAL CUSTODY NV 1-1000 C/O CITCO GLOBAL CUSTODY NV TELESTONE 8 – TELEPORT NARITAWEG 165 AMSTERDAM, 1043 BW NETHERLANDS |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITCO GLOBAL CUSTODY (NA) NV 1-1000 C/O CITCO GLOBAL CUSTODY (NA) NV 2600 CORK AIRPORT BUSINESS PARK KINSALE ROAD CORK, IRELAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITCO GLOBAL CUSTODY (NA) NV 1-1000 C/O CITCO GLOBAL CUSTODY (NA) NV TELESTONE 8 – TELEPORT NARITAWEG 165 AMSTERDAM, 1043 BW NETHERLANDS |

_____
Elizabeth Giler

Sworn to before me this 18th day of June, 2010

_____
Notary Public

DIANE M. NARDI
Notary Public, State of New York
No. 02NA6055794
Qualified in Queens County
Commission Expires March 5, 20 11

# 8257059 v1 - GILERE - 028523/0002