# EXHIBIT 1

# CURRICULUM VITAE

**lic.iur. Gerhard Niggli, LL.M.**

Rechtsanwalt ¦ Attorney-At-Law

Seefeldstrasse 45, 8008 Zurich, Switzerland

Phone: +41 44 390 22 01 ¦ E-Mail: gniggli@niggliweb.com ¦ Web : www.niggliweb.com

| | |
|---|---|
| **1. Personal Data** | Date of Birth: 22. September 1961, Citizen of Grüsch, Canton of the Grisons, Switzerland |
| **2. Education** | |
| University Level | 1994, **Master of Laws (LL.M.)** University of Chicago Law School, Chicago, IL, USA |
| | 1987, **lic.iur.**, Universität Zürich, Faculty of Law, Zürich |
| **3. Admission** | 1989, attorney-at-law, Canton of Zürich |
| **4. Professional Experience** | |
| 2010 until today | **Niggli Rechtsanwälte**, Zürich, Attorney-at-Law, Founder |
| | Specialized practice in fund-s, asset management-, banking-, capital- and financial markets law |
| 2000 –end of 2009 | **Pestalozzi Rechtsanwälte AG** (resp. Pestalozzi Gmuer & Patry and Pestalozzi Lachenal Patry), Attorney-At-Law, Partner, Board Member, head of banking and finance practice group |
| | Focused practice in funds-, banking-, capital-, derivative- and financial markets law |
| 1995 – 1999 | **Pestalozzi Gmuer & Patry**, Zürich, Attorney-at-Law, associated lawyer<br>Focused practice in funds, banking and capital markets law |
| 1994 – 1995 | **Wilmer, Cutler & Pickering**, Washington, DC, USA, Foreign Associate<br>Legal practice in the securities and banking law department with a focus on Investment Company Act issues and member of the International Law Department |
| 1991 - 1993 | **Union Bank of Switzerland (SBG/UBS)**, Zürich, head of the legal and tax service of INTRAG Ltd., the dedicated Swiss fund management company of UBS. |
| | Responsibility of all legal and tax matters of the Swiss, Luxembourg and German funds and fund management companies of the UBS Group. |
| 1990 – 1991 | **Union Bank of Switzerland (SBG/UBS)**, Zurich, legal counsel at the legal and tax service of INTRAG Ltd.; the dedicated Swiss fund management company of UBS |
| 1987 - 1989 | **District Court of Uster**, Canton of Zurich, Court Secretary and clerk |
| **5. Teaching Positions** | |
| | **Luzern University of Applied Science and Art – Institute for Financial Services Zug / Competence Center Forensic and Economic Crime**, Luzern: Master of Advanced Studies Economic Crime Investigations (MAS ECI): subject: collective investments |
| | Former teaching positions the Zurich University of Applied Science and Art, Winterthur, the University of Liechtenstein, Vaduz, and the University of Applied Sciences Zurich, Zurich |