# EXHIBIT 5



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Volkswirtschaftsdepartement EVD
**Staatssekretariat für Wirtschaft SECO**



**shab.ch** — Schweizerisches Handelsamtsblatt
**fosc.ch** — Feuille officielle suisse du commerce
**fusc.ch** — Foglio ufficiale svizzero di commercio

## Andere gesetzliche Publikationen - Autres publications légales - Altre pubblicazioni legali

■ **EINMALIGE VERÖFFENTLICHUNG**

### Liquidation von kollektiven Kapitalanlagen bzw. von Teilvermögen

Berichtigung der Publikation vom 20. Dezember 2010 (geänderte Passagen in Kursivdruck und unterstrichen)

**Auflösung des Umbrella-Fonds "SAAF II (CH)", Anlagefonds schweizerischen Rechts mit besonderem Risiko" (Art "übrige Fonds für alternative Anlagen") mit den beiden Teilvermögen "SAAF II (CH) Global Fund" und "SAAF II (CH) Long Short Equity Fund"**

1. Die Schweizerische Gesellschaft für Kapitalanlagen SGK AG, Zürich, als Fondsleitung und die Clariden Leu AG, Zürich, als Depotbank kündigen hiermit gestützt auf Art. 96 Abs. 1 lit. a KAG und § 25 Ziff. 2 des Fondsvertrages den mit den Anlegern des Umbrella-Fonds "SAAF II (CH)" mit den beiden beiden Teilvermögen "SAAF II (CH) Global Fund" und "SAAF II (CH) Long Short Equity Fund" abgeschlossenen Kollektivanlagevertrag _unter Einhaltung einer einmonatigen Kündigungsfrist per 20. Januar 2011_.

2. Die Ausgabe neuer und die Rücknahme ausgegebener Fondsanteile der beiden Teilvermögen "SAAF II (CH) Global Fund" und "SAAF II (CH) Long Short Equity Fund" des Umbrella-Fonds "SAAF II (CH)" sowie die Publikation des Inventarwerts der Fondsanteile der Teilvermögen werden mit Wirkung ab dem Erscheinungsdatum dieser Mitteilung _(20. Dezember 2010)_ eingestellt. Rücknahmeanträge, die bis am _25._ Oktober 2010, 15.00 Uhr (MEZ), bei der _Depotbank vorlagen_, bleiben davon unberührt.

3. Der Umbrella-Fonds sowie die Teilvermögen werden infolge der Kündigung des Kollektivanlagevertrages durch die Fondsleitung und die Depotbank in Liquidation gesetzt. Die Liquidation des Umbrella-Fonds sowie der Teilvermögen obliegt der Fondsleitung, welche ihre Liquidationstätigkeit mit einem von der Prüfgesellschaft zu prüfenden Schlussbericht (inkl. Liquidationsbilanz) abschliessen wird. Nach Genehmigung der Schlusszahlung durch die Eidgenössische Finanzmarktaufsicht (FINMA), Bern, als Aufsichtsbehörde und der Zustimmung durch die Eidgenössische Steuerverwaltung (EStV), Bern, wird der Liquidationserlös der Teilvermögen unter Abzug allfällig der Verrechnungssteuer unterliegender Teile durch die Depotbank an die Anleger ausbezahlt. Über den Abschluss der Liquidation der Teilvermögen und die Ausrichtung der Schlusszahlung werden die Anleger von der Fondsleitung und der Depotbank durch entsprechende Veröffentlichung in den Publikationsorganen des Umbrella-Fonds bzw. der Teilvermögen informiert.

4. Alle direkt im Zusammenhang mit der Liquidation anfallenden Kosten und Gebühren werden von der Fondsleitung getragen. Vorbehalten sind Kommissionen der Depotbank gemäss § _18_ des Fondsvertrages. Der Prospekt mit integriertem Fondsvertrag des Umbrella-Fonds sowie der letzte Jahres- bzw. Halbjahresbericht können bei der Fondsleitung kostenlos bezogen werden. Sie sind unter www.claridenleu.com überdies auf dem Internet ersichtlich.

Zürich, den 29. Dezember 2010

**Die Fondsleitung:**
Schweizerische Gesellschaft für Kapitalanlagen SGK AG

**Die Depotbank:** Clariden Leu AG

00578263



| | |
|---|---|
| Swiss Confederation<br><br>Federal Department of Economic Affairs (EVD)<br>**Swiss State Secretariat for Economic Affairs SECO** | **sha.ch** Swiss Commercial Gazette<br>**fosc.ch** Swiss Commercial Gazette<br>**fusc.ch** Swiss Commercial Gazette |

## Other statutory publications

---

SINGLE PUBLICATION

**Liquidation of collective capital investments and/or sub-funds**

Correction of publication dated December 20, 2012 (amended passages are printed in cursive and underlined)

Liquidation of the umbrella fund "SAAF II (CH)", an investment fund with special risk under Swiss law (Type: "Miscellaneous funds for alternative investments") with the two sub-funds "SAAFII (CH) Global Fund" and "SAAF II (CH) Long Short Equity Fund"

1. The Schweizerische Gesellschaft für Kapitalanlagen SGK AG, Zurich, as the fund management company and Clariden Leu AG, Zurich, as the custodian bank, herewith terminate the collective investment agreement concluded with the investors of the umbrella fund "SAAF II (CH)" with the two sub-funds "SAAF II (CH) Global Fund" and "SAAF II (CH) Long Short Equity Fund" on the basis of Art. 96 (1) lit. a KAG [Capital Investment Law] and Sec. 25 No. 2 of the Fund Agreement *subject to a one-month term for notice of termination as per January 20, 2011*.

2. The issue of new and the redemption of issued fund shares of both sub-funds "SAAF II (CH) Global Fund" and "SAAF II (CH) Long short Equity Fund" of the umbrella fund "SAAF II (CH)" as well as the publication of the inventory value of the sub-funds' fund shares will end effective on the date of publication of this notice (*December 20, 2010*). Redemption requests *submitted to the custodian bank* by October *25*, 2010, 3:00 PM (CET), shall remain unaffected.

3. Due to the termination of the collective investment agreement by the fund management and the custodian bank, the umbrella fund and the sub-funds shall be liquidated. Liquidation of the umbrella fund and the sub-funds shall be incumbent upon the fund management,

4.

which will conclude its liquidation services with a report to company (incl. the liquidation report). Once the Swiss Federal Financial Market Authority (FIN-MA), Bern, as the supervisory authority and has approved the final payment, and the Swiss Tax Administration (EStV) has given its consent, the custodian bank shall distribute liquidation proceeds from the sub-funds to investors, deducting all portions subject to withholding tax. The fund management and the custodian bank shall inform investors about the conclusion of liquidation of the sub-funds through publications in the publication media relevant to the umbrella fund and/or the sub-fund.

4. The fund management shall bear all costs and fees incurred directly in connection with the liquidation. Commissions of the custodian bank are reserved pursuant to Sec. *18* of the Fund Agreement. The prospectus with the integrated Fund Agreement of the umbrella fund as well as the last annual and semi-annual report is available free of charge from the fund management company. They may also be viewed on the Internet under www.claridenleu.com.

Zurich, December 29, 2010

**Fund Management**:
Schweizerische Gesellschaft für Kapitalanlagen AGK AG

**Custodian Bank**: Clariden Leu AG

00578263

# TRANSLATION CERTIFICATION

Morningside Translations
450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: January 27, 2017

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Letter from FINMA
- Other Statutory Publications

Natalie Legros, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Natalie Legros*

_____
Signature of Natalie Legros