# EXHIBIT 8

Final Payment

**SAAF II (CH) Global Fund (in liquidation)**, an asset segment of SAAF II (CH), an investment fund under Swiss Law with special risk ("other fund for alternative investments" type)

In reference to the termination of the collective investment agreement of the asset segment of SAAF II (CH) Global Fund (in liquidation) of the Swiss Umbrella fund type "other fund for alternative investments", we hereby notify SAAF II (CH) of the decision regarding the insolvency proceedings. As part of the first partial capital repayment as of 20 May 2011, the amount of CHF 74.00 (Security identif. 2009898) / EUR 80.00 (Security identif. 2005644) / USD 125.00 (Security identif. 795536) net per share was made payable. As part of the second partial capital repayment as of 08. September 2011, the amount of CHF 7.00 (Security identif. 2009898) / EUR 7.00 (Security identif. 2005644) / USD 10.70 (Security identif. 795536) net per share was made payable.

Credit Suisse Funds AG, Zurich, acting as the fund management company and Credit Suisse AG, Zurich, acting as the custodian bank for SAAF II (CH) Global Fund (in liquidation) notify you that the following liquidation distribution (final payment) per share will be made payable by the custodian bank Credit Suisse AG with an payment date of 20 September 2012 and a value date of 20 September 2012 for the asset segment, with the approval of the Swiss Federal Tax Administration (Eidgenössischen Steuerverwaltung, ESTV) dated 27 August 2012, as well as the approval of the Swiss Financial Market Supervisory Authority (FINMA) dated 13 September 2012:

Liquidation payment SAAF II (CH) Global Fund (in Liquidation) Share Class A CHF (Security ident. number 2009898):

For shareholders residing in or outside of Switzerland who are not taking advantage of the Affidavit:

| | | |
|---|---|---|
| The withholding tax of the below gross profit | CHF | 0.21 |
| ./. Withholding tax of 35% | CHF | 0.07 |
| Net profit | CHF | 0.14 |
| Final payment of capital and capital gains, exempt from withholding tax | CHF | 7.44 |
| Net payment per share | CHF | 7.58 |

For shareholders not residing in Switzerland who are taking advantage of the Affidavit:

| | | |
|---|---|---|
| Profit without deduction of the withholding tax | CHF | 0.21 |
| Final payment of capital and capital gains, exempt from withholding tax | CHF | 7.44 |
| Net payment per share | CHF | 7.65 |

Liquidation distribution SAAF II (CH) Global Fund (in Liquidation) Share Class A EUR (Security ident. number 2005644):

For shareholders residing in or outside of Switzerland who are not taking advantage of the Affidavit:

| | | |
|---|---|---|
| The withholding tax of the below gross profit | EUR | 0.29 |
| ./. Withholding tax of 35% | EUR | 0.10 |
| Net profit | EUR | 0.19 |
| Final payment of capital and capital gains, exempt from withholding tax | EUR | 8.14 |
| Net payment per share | EUR | 8.33 |

For shareholders not residing in Switzerland who are taking advantage of the Affidavit:

| | | |
|---|---|---|
| Profit without deduction of the withholding tax | EUR | 0.29 |
| Final payment of capital and capital gains, exempt from withholding tax | EUR | 8.14 |
| Net payment per share | EUR | 8.43 |

Liquidation distribution SAAF II (CH) Global Fund (in liquidation) Share Class A USD (Security ident. number 795536):

For shareholders residing in or outside of Switzerland who are not taking advantage of the Affidavit:

| | | |
|---|---|---|
| The withholding tax of the below gross profit | USD | 0.50 |
| ./. Withholding tax of 35% | USD | 0.17 |
| Net profit | USD | 0.33 |
| Final payment of capital and capital gains, exempt from withholding tax | USD | 13.66 |
| Net payment per share | USD | 13.99 |

For shareholders not residing in Switzerland who are taking advantage of the Affidavit:

| | | |
|---|---|---|
| Profit without deduction of the withholding tax | USD | 0.50 |
| Final payment of capital and capital gains, exempt from withholding tax | USD | 13.66 |
| Net payment per share | USD | 14.16 |

SAAF II (CH) Global Fund's (in liquidation) annual and liquidation report, respectively, that contains information regarding the development of the past fiscal year as well as the liquidation balance and liquidation payments, will be available upon request at the fund management company and custodian bank starting with the end of September 2012.

Zurich, 18 September 2012

Fund management:  Credit Suisse Funds AG, Zurich
Custodian bank:    Credit Suisse AG, Zürich