# EXHIBIT 9



**Schweizerische Eidgenossenschaft**
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Volkswirtschaftsdepartement EVD
**Staatssekretariat für Wirtschaft SECO**

shab.ch — Schweizerisches Handelsamtsblatt
fosc.ch — Feuille officielle suisse du commerce
fusc.ch — Foglio ufficiale svizzero di commercio

## Andere gesetzliche Publikationen - Autres publications légales - Altre pubblicazioni legali

■ EINMALIGE VERÖFFENTLICHUNG

### Liquidation von kollektiven Kapitalanlagen bzw. von Teilvermögen

**Schlusszahlung**

**SAAF II (CH) Global Fund (in Liquidation)**, ein Teilvermögen des SAAF II (CH), Anlagefonds schweizerischen Rechts mit besonderem Risiko (Art «übrige Fonds für alternative Anlagen»)

Unter Bezugnahme auf die Kündigung des Kollektivanlagevertrages des Teilvermögens SAAF II (CH) Global Fund (in Liquidation) des schweizerischen Umbrella-Fonds der Art «übrige Fonds für alternative Anlagen» SAAF II (CH) wird hiermit der Abschluss des Liquidationsverfahrens mitgeteilt. Im Rahmen einer ersten Teil-Kapitalrückzahlung per 20. Mai 2011 wurde bereits ein Betrag von CHF 74.00 (Valor 2009898) / EUR 80.00 (Valor 2005644) / USD 125.00 (Valor 795536) netto pro Anteil zahlbar gestellt. Im Rahmen der zweiten Teil-Kapitalrückzahlung per 8. September 2011 wurde ein weiterer Betrag von CHF 7.00 (Valor 2009898) / EUR 7.00 (Valor 2005644) / USD 10.70 (Valor 795536) netto pro Anteil zahlbar gestellt.

Die Credit Suisse Funds AG, Zürich, als Fondsleitung und die Credit Suisse AG, Zürich, als Depotbank des SAAF II (CH) Global Fund (in Liquidation) teilen Ihnen mit, dass für das Teilvermögen mit dem Einverständnis der Eidgenössischen Steuerverwaltung (ESTV) per 27. August 2012 sowie der Eidgenössischen Finanzmarktaufsicht FINMA per 13. September 2012 die nachfolgend aufgeführten Liquidationsausschüttungen (Schlusszahlung) pro Anteil bei der Depotbank Credit Suisse AG mit Ex-Datum 20. September 2012 und Valutadatum 20. September 2012 wie folgt zahlbar gestellt werden:

Liquidationsausschüttung SAAF II (CH) Global Fund (in Liquidation)
Anteilklasse A-CHF (Valorennummer 2009898):

| Für in der Schweiz oder im Ausland wohnhafte Anteilinhaber, welche nicht von der Bankenerklärung (Affidavit) profitieren: | | |
|---|---|---|
| Der Verrechnungssteuer unterliegender Bruttoertrag | CHF | 0.21 |
| ./. Verrechnungssteuer von 35% | CHF | 0.07 |
| Nettoertrag | CHF | 0.14 |
| Schlusszahlung von Kapital und Kapitalgewinn, verrechnungssteuerfrei | CHF | 7.44 |
| Nettozahlung pro Anteil | CHF | 7.58 |
| Für nicht in der Schweiz wohnhafte Anteilinhaber, welche von der Bankenerklärung (Affidavit) profitieren: | | |
| Ertrag ohne Abzug der Verrechnungssteuer | CHF | 0.21 |
| Schlussauszahlung von Kapital und Kapitalgewinn, verrechnungssteuerfrei | CHF | 7.44 |
| Nettozahlung pro Anteil | CHF | 7.65 |

Liquidationsausschüttung SAAF II (CH) Global Fund (in Liquidation)
Anteilklasse A-EUR (Valorennummer 2005644):

| Für in der Schweiz oder im Ausland wohnhafte Anteilinhaber, welche nicht von der Bankenerklärung (Affidavit) profitieren: | | |
|---|---|---|
| Der Verrechnungssteuer unterliegender Bruttoertrag | EUR | 0.29 |
| ./. Verrechnungssteuer von 35% | EUR | 0.10 |
| Nettoertrag | EUR | 0.19 |
| Schlusszahlung von Kapital und Kapitalgewinn, verrechnungssteuerfrei | EUR | 8.14 |
| Nettozahlung pro Anteil | EUR | 8.33 |
| Für nicht in der Schweiz wohnhafte Anteilinhaber, welche von der Bankenerklärung (Affidavit) profitieren: | | |
| Ertrag ohne Abzug der Verrechnungssteuer | EUR | 0.29 |
| Schlussauszahlung von Kapital und Kapitalgewinn, verrechnungssteuerfrei | EUR | 8.14 |
| Nettozahlung pro Anteil | EUR | 8.43 |

Liquidationsausschüttung SAAF II (CH) Global Fund (in Liquidation)
Anteilklasse A-USD (Valorennummer 795536):

| Für in der Schweiz oder im Ausland wohnhafte Anteilinhaber, welche nicht von der Bankenerklärung (Affidavit) profitieren: | | |
|---|---|---|
| Der Verrechnungssteuer unterliegender Bruttoertrag | USD | 0.50 |
| ./. Verrechnungssteuer von 35% | USD | 0.17 |
| Nettoertrag | USD | 0.33 |
| Schlusszahlung von Kapital und Kapitalgewinn, verrechnungssteuerfrei | USD | 13.66 |
| Nettozahlung pro Anteil | USD | 13.99 |
| Für nicht in der Schweiz wohnhafte Anteilinhaber, welche von der Bankenerklärung (Affidavit) profitieren: | | |
| Ertrag ohne Abzug der Verrechnungssteuer | USD | 0.50 |
| Schlussauszahlung von Kapital und Kapitalgewinn, verrechnungssteuerfrei | USD | 13.66 |
| Nettozahlung pro Anteil | USD | 14.16 |

Der jeweilige Jahres- und Liquidationsbericht des SAAF II (CH) Global Fund (in Liquidation), welcher Informationen bezüglich der Entwicklung des letzten Geschäftsjahres enthält sowie die Liquidationsbilanz und Liquidationszahlung ausweist, wird auf Verlangen



Dienstag - Mardi - Martedì, 18.09.2012, No 181, Jahrgang - année - anno: 130
Andere gesetzliche Publikationen - Autres publications légales - Altre pubblicazioni legali  Bundesgesetz über die kollektiven Kapitalanlagen - Loi fédérale sur les placements collectifs de capitaux - Legge federale sugli investimenti collettivi di capitale

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Volkswirtschaftsdepartement EVD
**Staatssekretariat für Wirtschaft SECO**

**shab.ch** Schweizerisches Handelsamtsblatt

**fosc.ch** Feuille officielle suisse du commerce

**fusc.ch** Foglio ufficiale svizzero di commercio

**Andere gesetzliche Publikationen - Autres publications légales - Altre pubblicazioni legali**

ab Ende September 2012 bei der Fondsleitung und Depotbank erhältlich sein.

Zürich, den 18. September 2012

**Die Fondsleitung:**
Credit Suisse Funds AG, Zürich

**Die Depotbank:**
Credit Suisse AG, Zürich

00814123



Dienstag - Mardi - Martedì, 18.09.2012, No 181, Jahrgang - année - anno: 130
Andere gesetzliche Publikationen - Autres publications légales - Altre pubblicazioni legali   Bundesgesetz über die kollektiven Kapitalanlagen - Loi fédérale sur les placements collectifs de capitaux - Legge federale sugli investimenti collettivi di capitale

 Swiss Confederation

Federal Department of Economic Affairs (EVD)
**Swiss State Secretariat for Economic Affairs SECO**

**shab.ch** Swiss Commercial Gazette

**fosc.ch** Swiss Commercial Gazette

**fusc.ch** Swiss Commercial Gazette

## Other statutory publications

SINGLE PUBLICATION

**Liquidation of collective capital investments and/or sub-funds**

**Final payment**

**SAAF II (CH) Global Fund (in liquidation),** a sub-fund of SAAF II (CH), an investment fund with special risk under Swiss law (Type: "Miscellaneous funds for alternative investments")

With reference to the termination of the collective investment agreement of the sub-fund SAAF II (CH) Global Fund (in liquidation) of the Swiss umbrella fund of the type "Miscellaneous funds for alternative investments", SAAF II (CH) is hereby notified of the conclusion of the liquidation proceedings. As part of the first partial capital repayment as of May 20, 2011, the amount of CHF the amount of CHF 74.00 (Swiss security no. 2009898) / EUR 80.00 (Swiss security no. 2005644) / USD 125.00 (Swiss security no. 795536) net per share was made payable. As part of the second partial capital repayment as of September 8, 2011, the additional amount of CHF 7.00 (Swiss security no. 2009898) / EUR 7.00 (Swiss security no. 2005644) / USD 10.70 (Swiss security bo. 795536) net per share was made payable.

Credit Suisse Funds AG, Zurich, acting as the fund management company and Credit Suisse AG, Zurich, acting as the custodian bank for SAAF II (CH) Global Fund (in liquidation) notify you that, with the approval of the Swiss Federal Tax Administration (*Eidgenössischen Steuerverwaltung*, ESTV) of August 27, 2012, as well as the approval of the Swiss Financial Market Supervisory Authority (FINMA) of September 13, 2012, the following liquidation distribution (final payment) per share will be made payable by the custodian bank Credit Suisse AG with a payment date of September 20, 2012 and a value date of September 20, 2012 for the sub-fund:

Liquidation payment SAAF II (CH) Global Fund (in Liquidation) Share Class A CHF (Swiss security no. 2009898):

| For shareholders residing in or outside of Switzerland who are not taking advantage of the Affidavit: | | |
|---|---|---|
| Gross amount subject to withholding tax | CHF | 0.21 |
| Minus withholding tax of 35% | CHF | 0.07 |
| Net profit | CHF | 0.14 |
| Final payment of capital and capital gains, exempt from withholding tax | CHF | 7.44 |
| Net payment per share | CHF | 7.58 |
| For shareholders not residing in Switzerland who are not taking advantage of the Affidavit | | |
| Profit without withholding tax deduction | CHF | 0.21 |
| Final payment of capital and capital gain, exempt from withholding tax | CHF | 7.44 |
| Net payment per share | CHF | 7.65 |

Liquidation distribution SAAF II (CH) Global Fund (in liquidation)
Share class A-EUR (Swiss security no. 2005644):

| For shareholders residing in or outside of Switzerland who are not taking advantage of the Affidavit: | | |
|---|---|---|
| Gross amount subject to withholding tax | EUR | 0.29 |
| Minus withholding tax of 35% | EUR | 0.10 |
| Net profit | EUR | 0.19 |
| Final payment of capital and capital gain, exempt from withholding tax | EUR | 8.14 |
| Net payment per share | EUR | 8.33 |
| For shareholders not residing in Switzerland who are not taking advantage of the Affidavit | | |
| Profit without deduction of withholding tax | EUR | 0.29 |
| Final payment of capital and capital gain, exempt from withholding tax | EUR | 8.14 |
| Net payment per share | EUR | 8.43 |

The respective annual and liquidation report of the SAAF II (CH) Global Fund (in liquidation), which contains information regarding the development of the past fiscal year as well as the liquidation balance sheet and liquidation payments, will be available upon request starting at the end

 Swiss Confederation

Federal Department of Economic Affairs (EVD)
**Swiss State Secretariat for Economic Affairs SECO**

**shab.ch** Swiss Commercial Gazette

**fosc.ch** Swiss Commercial Gazette

**fusc.ch** Swiss Commercial Gazette

## Other statutory publications

of September 2012 at the fund management company and custodian bank.

Zurich, September 18, 2012

Fund Management:
Credit Suisse Funds AG, Zurich

Custodial Bank:
Credit Suisse, Zurich

00814123



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: January 27, 2017

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Letter from FINMA
- Other Statutory Publications

Natalie Legros, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Natalie Legros*

_____
Signature of Natalie Legros