# EXHIBIT 10

**finma**
Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

# Swiss collective investment schemes
# Changes - September, 2012

### Approvals:

- **UBS Index Solutions «UBS-IS» - SXI Life Sciences®**

  Authorized party:   UBS Fund Management (Switzerland) AG, Basel
  　　　　　　　　　　(Public limited company / Fund management company)
  Custodian bank:     UBS AG, Zürich
  Legal form:         contractual
  Fund category:      Other funds for traditional investments

### Removed from the register:
*(liquidated, merged, not activated, etc.)*

- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market EUR**
- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market USD**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)

- **PostFinance/OLZ - Efficient World® Equity (CHF)**

  Authorized party: UBS Fund Management (Switzerland) AG, Basel
  　　　　　　　　　(Public limited company / Fund management company)

- **SAAF II (CH), Investment fund under Swiss law with special risk - SAAF II (CH) Global Fund, Investment fund under Swiss law with special risk**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)

- **SYNERGIE - Actions Monde (ex-Europe) - C**

  Authorized party: Lombard Odier Asset Management (Switzerland) SA, Petit-Lancy
  　　　　　　　　　(Public limited company / Fund management company)

- **Twenty-Two Strategy Fund - Dynamic (EUR)**

  Authorized party: CACEIS (Switzerland) SA, Nyon 2 (Public limited company / Fund management company)



# Swiss collective investment schemes
# Changes - September, 2012

### Approvals:

- **UBS Index Solutions «UBS-IS» - SXI Life Sciences®**

  Authorized party:   UBS Fund Management (Switzerland) AG, Basel
  (Public limited company / Fund management company)
  Custodian bank:    UBS AG, Zürich
  Legal form:            contractual
  Fund category:     Other funds for traditional investments

### Removed from the register:
*(liquidated, merged, not activated, etc.)*

- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market EUR**
- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market USD**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)

- **PostFinance/OLZ - Efficient World® Equity (CHF)**

  Authorized party: UBS Fund Management (Switzerland) AG, Basel
  (Public limited company / Fund management company)

- **SAAF II (CH), Investment fund under Swiss law with special risk - SAAF II (CH) Global Fund, Investment fund under Swiss law with special risk**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)

- **SYNERGIE - Actions Monde (ex-Europe) - C**

  Authorized party: Lombard Odier Asset Management (Switzerland) SA, Petit-Lancy
  (Public limited company / Fund management company)

- **Twenty-Two Strategy Fund - Dynamic (EUR)**

  Authorized party: CACEIS (Switzerland) SA, Nyon 2 (Public limited company / Fund management company)

# TRANSLATION CERTIFICATION

Morningside Translations
450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

County of New York
State of New York

Date: January 20, 2017

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.

The documents are designated as:
- eafch_mut_1209[1] - TRANSLATE 1.20.2017

Khelsi Clarke, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Khelsi Clarke