**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>                                Plaintiffs,<br><br>v.<br><br>Theodoor GGC Amsterdam, et al.<br><br>                                Defendants. | Administratively Consolidated<br><br>Adv. Pro. No. 10-03496 (SMB) |
| Fairfield Sentry Limited, et al., (In Liquidation), acting by and through Foreign Representatives thereof,<br><br>                                Plaintiffs,<br><br>v.<br><br>Union Bancaire Privee, UBP SA, et al.,<br><br>                                Defendants. | **RULE 7007.1 STATEMENT**<br><br>Adv. Pro. No. 10-03635 (SMB) |

PURSUANT to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant Bank J. Safra Sarasin AG states that its corporate parent is J. Safra Sarasin Holding AG, and no publicly held corporation owns 10 percent or more of its equity interests.

-2-

Dated:  New York, New York
January 27, 2017

Respectfully submitted,

/s/ Jeffrey T. Scott
Jeffrey T. Scott (scottj@sullcrom.com)
Andrew J. Finn (finna@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4081
Facsimile:  (212) 291-9468

*Counsel for Bank J. Safra Sarasin AG*