WILMER CUTLER PICKERING
 HALE AND DORR LLP
George W. Shuster, Jr.
250 Greenwich Street
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Finter Bank Zurich, IHAG Handelsbank AG, BSI AG, BSI Ex Banca Del Gottardo, Corner Banca SA, and PKB Privatbank AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, *et al.* (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>    Defendants, | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br><br>10-03635 and 10-03636 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") hereby appears in the above-captioned adversary proceedings (10-03635 and 10-03636) pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

ActiveUS 160644963v.1

Rules") as counsel to (i) Finter Bank Zurich, (ii) IHAG Handelsbank AG, (iii) BSI AG, (iv) BSI Ex Banca Del Gottardo, (v) Corner Banca SA, and (vi) PKB Privatbank AG.[1] WilmerHale requests, pursuant to Bankruptcy Rules 9007 and 9010, that all notices given or required to be given in the above-captioned adversary proceedings and all papers served or required to be served in the above-captioned adversary proceedings be given to and served on the following:

>George W. Shuster, Jr.
>Wilmer Cutler Pickering Hale and Dorr LLP
>7 World Trade Center
>250 Greenwich Street
>New York, New York 10007
>Telephone: (212) 230-8800
>Facsimile: (212) 230-8888
>Email: george.shuster@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before the Court with respect to these adversary proceedings, whether formal or informal, written or oral, and whether transmitted or conveyed electronically or by mail, delivery, telephone, telegraph, telex, facsimile transmission, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive, or procedural rights, remedies, and defenses in connection with the above-captioned adversary proceedings, all of which are hereby expressly reserved.

---

[1] These parties reserve all rights to the extent they have been improperly named or identified in these adversary proceedings.

Dated: New York, New York
January 27, 2017

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP


s/ George W. Shuster, Jr.
George W. Shuster, Jr.
250 Greenwich Street
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
george.shuster@wilmerhale.com

*Attorneys for Finter Bank Zurich, IHAG Handelsbank AG, BSI AG, BSI Ex Banca Del Gottardo, Corner Banca SA, and PKB Privatbank AG*