UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants, | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2017, a copy of the attached was filed via the Court's CM/ECF system. All parties were served via CM/ECF and overnight mail.

Dated: January 27, 2017

/s/ George Shuster
George Shuster