Marshall R. King
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-3496<br><br>(Administratively Consolidated) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG a/k/a/ ABN AMRO (SWITZERLAND) AG, et al.<br><br>    Defendants. | Adv. Pro. No. 10-3635 (SMB) |

## CERTIFICATE OF SERVICE

I, GINO BARBERA, hereby certify as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP.

2. On Friday, January 27, 2017, I electronically filed the Declaration of Raimund Roehrich, dated January 26, 2017, and Defendants UBS AG and UBS Jersey Nominees' Notice of Joinder in Consolidated Briefing and Individual Supplemental Brief in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Motion to Dismiss, dated January 27, 2017. The foregoing were served by email upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated: January 30, 2017
New York, New York

_____
Gino Barbera