Dorothy Heyl (DH 1601)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
*Attorneys for LGT Bank Ltd. and LGT Bank (Switzerland)
Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*<br>    Debtors In Foreign Proceeding | Chapter 15 Case<br>Case No. 10-13164 (SMB) |
| Fairfield Sentry Limited, *et al*. (In Liquidation),<br>acting by and through the Foreign<br>Representatives thereof,<br><br>    Plaintiff,<br><br>  vs.<br><br>Theodoor GGC Amsterdam *et al*.,<br><br>    Debtor. | Adv. Pro. No. 10-03496 (SMB)<br>(Administratively Consolidated) |
| Fairfield Sentry Limited, *et al*. (In Liquidation), acting<br>by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO<br>(Switzerland) AG, *et al*.,<br><br>    Debtor. | Adv. Pro. No. 10-03635 (SMB) |

Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,

      Plaintiffs,

   vs.

ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al*

      Debtor.

Adv. Pro. No. 10-03636 (SMB)

### CORPORATE OWNERSHIP STATEMENT OF LGT BANK IN LIECHTENSTEIN AG AND DRESDNER BANK SCHWEIZ RULE

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants LGT Bank in Liechtenstein AG (now known as LGT Bank AG) and Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) certifies that there are no entities to report under this subdivision.

Dated:  January 30, 2017
     New York, New York

          MILBANK, TWEED, HADLEY & MCCLOY LLP

         By:   /s/Dorothy Heyl

           Dorothy Heyl (DH-1601)
           28 Liberty Street
           New York, New York 10005-1413
           (212) 530-5000
           (212) 530-5219 (facsimile)
           dheyl@milbank.com

           *Attorney for Defendants LGT Bank in Liechtenstein AG and Dresdner Bank Schweiz*