UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re:                            :   Case No. 10-13164 (SMB)
                                  :
                                  :   Chapter 15
Fairfield Sentry Limited, et al., :   Jointly Administered
                                  :
                                  :
Debtors in Foreign Proceedings    :
---------------------------------x
Fairfield Sentry Limited, et al., :   Adv. Pro. No. 10-3496 (SMB)
                                  :
            Plaintiff,            :
                                  :   Administratively Consolidated
      v.                          :
                                  :
Theodoor GGC Amsterdam, et al.,   :
                                  :
            Defendants.           :
----------------------------------:
                                  :
This document is submitted in the following :
Adversary Proceedings:            :
                                  :
10-3635, 10-3636                  :
                                  :
---------------------------------x

## CERTIFICATE OF SERVICE

I, Edward A. Strecker, certify that on January 27, 2017, I filed (1) the ***Liechtenstein Defendants' Individual Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss***; and (2) the ***Declaration of Dr. Hilmar Hoch in Opposition to The Foreign Representatives' Motion for Leave to Amend and in Support of The Liechtenstein Banks' Motion to Dismiss***, via the court's Electronic Case Filing system, which caused Notices of Electronic Filing to be transmitted to all counsel of record registered to receive such notification; and that on January

28, 2017, I served true copies of the above-referenced documents upon the parties / counsel on

the below list via First Class Mail.


S. Ethan Bowers
David Molton
May Orenstein
Kerry L. Quinn
Daniel J. Saval
Brown Rudnick LLP
Seven Times Square
New York, NY 10036


CT Corporation
1209 Orange Street
Wilmington, DE 19801


Commercial Bank of Kuwait
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019


FS/Bear Stearns Securities Corp. n/k/a J.P. Morgan Clearing Corp.
One Metrotech Center North
Brooklyn, NY 11201


Michael B. Himmel on behalf of Defendant Bureau of Labor Insurance
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068


Eric Mark Kay
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010

Keith R. Paflin
Shearman & Sterling, LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004


Jay L. Westbrook
4707 Balcones Drive
Austin, TX 78731


Michael E. Wiles
Debevoise & Plimpton LLP
919 3rd Avenue
New York, NY 10022


James L. Garrity, Jr.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178


Dated:    New York, New York
          January 30, 2017

                                                  Edward A. Strecker
                                                  edward.strecker@friedfrank.com