**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>*Debtors in Foreign Proceedings.* | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD., *et al.* (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>*Plaintiffs*,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03496 (SMB)<br><br>(Administratively Consolidated) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03636 (SMB) |

**CERTIFICATE OF SERVICE**

I, Kimberly Perrotta Cole, certify as follows:

1.  I am a Partner with the law firm of Kobre & Kim LLP, which represents Allianz Bank Financial Advisors, S.p.A. in connection with the above-captioned matters (Adv. Pro. Nos. 10-3635 & No. 10-3636). I am admitted to practice before this Court.

2.  On January 26, 2017, I caused and directed to be filed and served via CM/ECF in Adversary Proceeding No. 10-3635 a true and correct copy of the Notice of Appearance that is dated January 26, 2017 [ECF No. 202].

3.  On January 27, 2017, I caused and directed to be filed and served via CM/ECF in Adversary Proceeding No. 10-3635 a true and correct copy of the Joinder & Individual Supplemental Memorandum of Law by Allianz Bank Financial Advisors SpA in Support of Defendants' Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Notice of Motion to Dismiss dated January 27, 2017 [ECF No. 205].

4.  On January 27, 2017, I further caused and directed to be sent true and correct electronic copies of the items described above in Paragraphs 2 and 3, to various e-mail addresses on file for Brown Rudnick LLP, for the following attorneys:

- David Molton:  dmolton@brownrudnick.com;
  acunningham@brownrudnick.com;
  lcanty@brownrudnick.com;
- Daniel Saval:  dsaval@brownrudnick.com;
- Howard Steel:  hsteel@brownrudnick.com;
- Andrew Carty:  acarty@brownrudnick.com;
- Gerard Cicero:  gcicero@brownrudnick.com; and
- Jill Forster:  jforster@brownrudnick.com.

5.  On January 30, 2017, I also caused and directed hard copies of the electronically-filed documents to be hand delivered to David Molton, Daniel Saval, Howard Steel, Andrew Carty, Gerard Cicero, Jill Forster, Marek Krzyzowski, and May Orenstein of Brown Rudnick LLP, at 7 Times Square, 46th Floor, New York, NY 10036.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: January 30, 2017
New York, New York

/s/ Kimberly Perrotta Cole
Kimberly Perrotta Cole
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
kimberly.cole@kobrekim.com

*Counsel for Allianz Bank Financial Advisors, S.p.A.*

To: All Counsel of Record Via CM/ECF