**DLA PIPER LLP (US)**
Christopher P. Hall
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Kip.Hall@dlapiper.com
Rachel.Albanese@dlapiper.com

*Attorneys for Defendant Banca Arner S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al., Plaintiffs, -against- Theodoor GGC Amsterdam, et al., Defendants. | Adv. Pro. No. 10-03496 (BRL) |
| Fairfield Sentry Limited (In Liquidation) et al., Plaintiffs, -against- ABN AMRO Schweiz AG, et al. Defendants. | Adv. Pro. No. 10-03635 (BRL) Administratively Consolidated |

2

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.<br><br>Defendants. | Adv. Pro. No. 10-03636 (BRL)<br><br>Administratively Consolidated |

## CERTIFICATE OF SERVICE

I, Darren K. Ishmael, an attorney duly admitted to practice in the State of New York, hereby certify that on January 26, 2017, I caused true and correct copies of (1) the Joinder of Banca Arner S.A. in the Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss and Supplemental Brief and (2) the Declaration of Francesco Fierli to be served by email upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of the documents to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated:  New York, New York
       January 30, 2017

_____