SIDLEY AUSTIN LLP
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
| Debtors In Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (SMB) |
| -against- | Administratively Consolidated |
| Theodoor GGC Amsterdam, et al., | |
| Defendants. | |
| Fairfield Sigma Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | Adv. Pro. No. 10-03635 (SMB) |
| -against- | |
| ABN Amro Schweiz AG, et al., | |
| Defendants. | |
| Fairfield Sigma Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | Adv. Pro. No. 10-03636 (SMB) |
| -against- | |
| ABN Amro Schweiz AG, et al., | |
| Defendants. | |

**AFFIDAVIT OF SERVICE OF KBC INVESTMENTS LIMITED'S SUPPLEMENTAL**
**MEMORANDUM OF LAW AND DECLARATION IN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR LEAVE TO AMEND AND IN SUPPORT OF KBC'S MOTION TO DISMISS**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )  s.s.:
COUNTY OF NEW YORK           )

1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On January 26, 2017 I caused to be served a true and correct copy of the (i) **KBC INVESTMENTS LIMITED'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND IN SUPPORT OF KBC'S MOTION TO DISMISS** (Adv. Proc. No. 10-03496 (SMB), Dkt. No. 1095; Adv. Proc. No. 03635 (SMB), Dkt. No. 200; Adv. Proc. No. 10-03636 (SMB), Dkt. No. 223); and (ii) **DECLARATION OF MARC BOELENS IN SUPPORT OF KBC INVESTMENTS LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** (Adv. Proc. No. 10-03496 (SMB), Dkt. No. 1096; Adv. Proc. No. 03635 (SMB), Dkt. No. 201; Adv. Proc. No. 10-03636 (SMB), Dkt. No. 224) by email on Brown Rudnick, Seven Times Square, New York, NY 10036, Attn; David J. Molton (dmolton@brownrudnick.com), Daniel J. Saval (dsaval@brownrudnick.com), Marek P. Krzyzowski (mkrzyzowski@brownrudnick.com), Kerry L. Quinn (kquinn@brownrudnick.com),

and May Orenstein (morenstein@rudnick.com) .

                                  /s/ Eileen A. McDonnell_____
                                  EILEEN A. MCDONNELL

Sworn to before me this
30th day of January 2017

/s/ Ricardo A. Murray_____
Notary Public, State of New York
No. 01MU4656613
Qualified in Kings County
Commission Expires 2/28/2018

3