Christopher Harris
Thomas Giblin
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for ABN AMRO Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al,<br><br>                    Plaintiffs,<br><br>- against -<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-3496 (BRL)<br><br>Procedurally Consolidated<br>Under this matter |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>                    Plaintiffs,<br><br>- against -<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-3635 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), et al.<br><br>    Plaintiffs,<br><br>- against -<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-3636 (BRL) |

**CERTIFICATE OF SERVICE**

I, Christopher Harris, hereby certify that on January 27, 2017, a true and correct copy of the Supplemental Memorandum of Law in Support of Defendants' Motion to Dismiss, dated 1/27/17, was caused to be served via Email upon the service list attached hereto as **Exhibit A**.

Dated: January 30, 2017
   New York, New York    LATHAM & WATKINS LLP

               By: /s/ Christopher Harris
                  Christopher Harris
                  Thomas Giblin
                  885 Third Avenue
                  New York, New York 10022-4834
                  Telephone: (212) 906-1200
                  Facsimile: (212) 751-4864
                  Email: christopher.harris@lw.com
                  Email: thomas.giblin@lw.com

                  *Attorneys for ABN AMRO Entities*

## Exhibit A

| **Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), Fairfield Lambda Limited (In Liquidation), Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof.** (10-3636)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com | **Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited (In Liquidation), Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof.** (10-3635)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com |