UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>  – against –<br>ABN AMRO Schweiz AG et al.<br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>  – against –<br>ABN AMRO Schweiz AG et al.<br>    Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**CERTIFICATE OF SERVICE**

I, Mark T. Ciani, an attorney admitted to practice in the State of New York, hereby certify under penalty of perjury that on January 27, 2017, I caused true and correct copies of RBS Coutts Bank Ltd.'s Notice of Joinder in Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Motion for Leave to Amend, dated January 27, 2017, Harmony Capital Fund Ltd.'s Notice of Joinder in Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Motion for Leave to Amend, dated January 27, 2017, and Lloyds TSB Bank Geneva's Notice of Joinder in Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Motion for Leave to Amend,

dated January 27, 2017, to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system on counsel of record.

Dated:   January 31, 2017
         New York, New York

                                                KATTEN MUCHIN ROSENMAN LLP

                              BY:   /s/ Mark T. Ciani
                                   Mark T. Ciani
                                   mark.ciani@kattenlaw.com
                                   575 Madison Avenue
                                   New York, New York 10022
                                   (212) 940-8800