**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) **Chapter 15 Case** |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) **Case No. 10-13164 (SMB)** |
| | ) |
| Debtors in Foreign Proceedings. | ) **Jointly Administered** |
| | ) |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** | ) |
| **and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),** | ) |
| **acting by and through the Foreign Representatives thereof,** | ) |
| **and KENNETH KRYS and CHARLOTTE CAULFIELD,** | ) |
| **solely in their capacities as Foreign Representatives and** | ) **Adv. Pro. No. 10-03635** |
| **Liquidators thereof,** | ) **(SMB)** |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| -against- | ) |
| | ) |
| **ABN AMRO SCHWEIZ AG a/k/a ABN AMRO** | ) |
| **(SWITZERLAND) AG, ADLER AND CO PRIVATBANK** | ) |
| **AG, ALLIANZBANK SPA/UNIFORTUNE** | ) |
| **CONSERVATIVE SIDE POCKET, ALTERNATIVE** | ) |
| **INVESTMENT STRATEGIES, ARSENAL SPC,** | ) |
| **ARSENAL SPC OBO GLASGOW SEG PORT, BANCA** | ) |
| **ARNER SA, BANCA UNIONE DI CREDITO, BANK** | ) |
| **HAPOALIM SWITZERLAND LTD., BANK JULIUS** | ) |
| **BAER & CO. LTD., BANK SARASIN & CIE, BANQUE** | ) |
| **CANTONALE VAUDOISE, BANQUE CRAMER & CIE** | ) |
| **SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund,** | ) |
| **BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex** | ) |
| **Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex** | ) |
| **Banca Del Gottardo, Caceis Bank Luxembourg, CBB** | ) |
| **(BVI)/ The Alkima Fund, CBT Gems Low Vol Reg,** | ) |
| **Compagnie Bancaire Helvetique, Centrum Bank AG** | ) |
| **(AMS), CLariden Leu Ltd., Corner Banca SA, Credit** | ) |
| **Suisse AG ZuRIch, Dexia Banque International A** | ) |

**Luxembourg, Dresdner Bank Schweiz, EFG Bank SA** )
**Switzerland, EFG Eurofinancier D'Invest MCL,** )
**Endurance Absolute Ltd. Master, Fairfield Investment** )
**GCI, Fairfield Investment Fund Ltd., Falcon Private Bank,** )
**FIF Advanced Ltd., Finter Bank ZuRIch, Harmony** )
**Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore** )
**Bank AG, KARASEL ENHANCED PORTFOLIO, Karla** )
**Multistrategies Ltd., KBC Investments LTD., LGT Bank** )
**In Liechtenstein AG, Liechtensteinische LB Reinvest AMS,** )
**Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch** )
**& CIE, Longboat Ltd., Master Capital and Hedge Fund,** )
**NATIONAL BANK OF KUWAIT, NBK Banque Privee** )
**Suisse SA, Pictet & CIE, PKB Privatbank AG, Private** )
**Space Ltd., Quasar FunDs SPC a/k/a QUASAR FUND** )
**SPC CLASS a and class b cgcnv, RBC Dexia Investor** )
**Service Julius Baer SICAV, RBS Coutts Bank Ltd.,** )
**Richourt AAA Multistrategies, RothschIld Bank AG** )
**Zurich (Dublin) a/k/a ROTHSCHILD BANK AG,** )
**Rothschild Bank Geneva (Dublin), Rothschild Lugano** )
**Dublin a/k/a BANCA PRIVATA EDMOND DE** )
**ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS** )
**Seeganintersettle, Six SIS Ltd., Societe Generale Bank &** )
**Trust, Soundview Fund, Swisscanto FD Centre Clients** )
**A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG** )
**Zurich, UBS Jersey Nominees, Verwaltungs UND Privat-** )
**Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes** )
**UND Hypothekenbank Aktiengesellschaft and** )
**BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE** )
**NAME OF CGC NA 1-1000,** )
                                                    )
                                    **Defendants.** )

## STIPULATION

WHEREAS, on January 27, 2017, the Plaintiffs filed a Notice of Dismissal (the "Notice")

(Docket No. 211) dismissing the claims in the above-captioned Adversary Proceeding against

Private-Space Ltd ("Private-Space"), and only those claims;

WHEREAS, the Notice does not affect or dismiss any claims made in the above-

captioned Adversary Proceeding against any defendant other than Private-Space;

WHEREAS, the Notice contained a typographical error in stating that the claims against Private-Space were dismissed "with prejudice" when those claims by agreement of Plaintiffs and Private-Space were to be dismissed "without prejudice";

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Private-Space, on the other hand, through their undersigned counsel, as follows:

1.   The claims against Private-Space in the above-captioned Adversary Proceeding are dismissed without prejudice.

2.   Plaintiffs are hereby authorized to file a Corrected Notice of Dismissal in the form attached hereto as Exhibit A.

Dated:  New York, New York
        January 31, 2017


**BROWN RUDNICK LLP**                    **GILMARTIN, POSTER & SHAFTO LLP**



*/s/ David J. Molton*                    */s/ Michael C. Lambert*
By: David J. Molton, Esq.                By: Michael C. Lambert, Esq.
Seven Times Square                       845 Third Avenue, 19th Floor
New York, NY 10036                       New York, New York 10022
Telephone:  (212) 209-4800               Telephone:  (212) 425-3220

*Attorneys for the Foreign Representatives*    *Attorneys for Private-Space Ltd.*


SO ORDERED:



   /s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT A</u>**

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) **Chapter 15 Case** |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) **Case No. 10-13164 (SMB)** |
| | ) |
| Debtors in Foreign Proceedings. | ) **Jointly Administered** |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** | ) |
| **and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),** | ) |
| **acting by and through the Foreign Representatives thereof,** | ) |
| **and KENNETH KRYS and CHARLOTTE CAULFIELD,** | ) |
| **solely in their capacities as Foreign Representatives and** | ) **Adv. Pro. No. 10-03635** |
| **Liquidators thereof,** | ) **(SMB)** |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO | ) |
| (SWITZERLAND) AG, ADLER AND CO PRIVATBANK | ) |

ABN AMRO SCHWEIZ AG a/k/a ABN AMRO
(SWITZERLAND) AG, ADLER AND CO PRIVATBANK
AG, ALLIANZBANK SPA/UNIFORTUNE
CONSERVATIVE SIDE POCKET, ALTERNATIVE
INVESTMENT STRATEGIES, ARSENAL SPC,
ARSENAL SPC OBO GLASGOW SEG PORT, BANCA
ARNER SA, BANCA UNIONE DI CREDITO, BANK
HAPOALIM SWITZERLAND LTD., BANK JULIUS
BAER & CO. LTD., BANK SARASIN & CIE, BANQUE
CANTONALE VAUDOISE, BANQUE CRAMER & CIE
SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund,
BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex
Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex
Banca Del Gottardo, Caceis Bank Luxembourg, CBB
(BVI)/ The Alkima Fund, CBT Gems Low Vol Reg,
Compagnie Bancaire Helvetique, Centrum Bank AG
(AMS), CLariden Leu Ltd., Corner Banca SA, Credit
Suisse AG ZuRIch, Dexia Banque International A

**Luxembourg, Dresdner Bank Schweiz, EFG Bank SA** )
**Switzerland, EFG Eurofinancier D'Invest MCL,** )
**Endurance Absolute Ltd. Master, Fairfield Investment** )
**GCI, Fairfield Investment Fund Ltd., Falcon Private Bank,** )
**FIF Advanced Ltd., Finter Bank ZuRIch, Harmony** )
**Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore** )
**Bank AG, KARASEL ENHANCED PORTFOLIO, Karla** )
**Multistrategies Ltd., KBC Investments LTD., LGT Bank** )
**In Liechtenstein AG, Liechtensteinische LB Reinvest AMS,** )
**Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch** )
**& CIE, Longboat Ltd., Master Capital and Hedge Fund,** )
**NATIONAL BANK OF KUWAIT, NBK Banque Privee** )
**Suisse SA, Pictet & CIE, PKB Privatbank AG, Private** )
**Space Ltd., Quasar FunDs SPC a/k/a QUASAR FUND** )
**SPC CLASS a and class b cgcnv, RBC Dexia Investor** )
**Service Julius Baer SICAV, RBS Coutts Bank Ltd.,** )
**Richourt AAA Multistrategies, RothschIld Bank AG** )
**Zurich (Dublin) a/k/a ROTHSCHILD BANK AG,** )
**Rothschild Bank Geneva (Dublin), Rothschild Lugano** )
**Dublin a/k/a BANCA PRIVATA EDMOND DE** )
**ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS** )
**Seeganintersettle, Six SIS Ltd., Societe Generale Bank &** )
**Trust, Soundview Fund, Swisscanto FD Centre Clients** )
**A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG** )
**Zurich, UBS Jersey Nominees, Verwaltungs UND Privat-** )
**Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes** )
**UND Hypothekenbank Aktiengesellschaft and** )
**BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE** )
**NAME OF CGC NA 1-1000,** )
                                                               )
                                               **Defendants.** )

## CORRECTED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal

Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry*

*Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the

"Adversary Proceeding") against Private-Space Ltd ("Private-Space"), and only those claims,

without prejudice and without costs.  This notice of dismissal does not affect or dismiss any

claims made in the Adversary Proceeding against any defendant other than Private-Space.

2

Private-Space is dismissed from the Adversary Proceeding, and the clerk of court is

directed to amend the caption as listed in Exhibit A hereto.

Dated: January __, 2017

                                    Respectfully submitted,

                                    **BROWN RUDNICK LLP**

                                    By: */s/ David J. Molton*
                                         David J. Molton
                                         7 Times Square
                                         New York, New York 10036
                                         Tel.: (212) 209-4800
                                         Fax: (212) 209-4801
                                         dmolton@brownrudnick.com

                                    *Attorneys for the Foreign Representatives*

**EXHIBIT A**

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,** | |
| Plaintiffs, | **Adv. Pro. No. 10-03635 (SMB)** |
| -against- | |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), CLariden Leu Ltd., Corner Banca SA, Credit Suisse AG ZuRIch, Dexia Banque International A | |

**Luxembourg, Dresdner Bank Schweiz, EFG Bank SA** )
**Switzerland, EFG Eurofinancier D'Invest MCL,** )
**Endurance Absolute Ltd. Master, Fairfield Investment** )
**GCI, Fairfield Investment Fund Ltd., Falcon Private Bank,** )
**FIF Advanced Ltd., Finter Bank ZuRIch, Harmony** )
**Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore** )
**Bank AG, KARASEL ENHANCED PORTFOLIO, Karla** )
**Multistrategies Ltd., KBC Investments LTD., LGT Bank** )
**In Liechtenstein AG, Liechtensteinische LB Reinvest AMS,** )
**Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch** )
**& CIE, Longboat Ltd., Master Capital and Hedge Fund,** )
**NATIONAL BANK OF KUWAIT, NBK Banque Privee** )
**Suisse SA, Pictet & CIE, PKB Privatbank AG, Quasar** )
**FunDs SPC a/k/a QUASAR FUND SPC CLASS a and class** )
**b cgcnv, RBC Dexia Investor Service Julius Baer SICAV,** )
**RBS Coutts Bank Ltd., Richourt AAA Multistrategies,** )
**RothschIld Bank AG Zurich (Dublin) a/k/a** )
**ROTHSCHILD BANK AG, Rothschild Bank Geneva** )
**(Dublin), Rothschild Lugano Dublin a/k/a BANCA** )
**PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A.,** )
**Sella Bank AG, SIS Seeganintersettle, Six SIS Ltd., Societe** )
**Generale Bank & Trust, Soundview Fund, Swisscanto FD** )
**Centre Clients A/C, T1 Global Fund Ltd., UBS AG New** )
**York, UBS AG Zurich, UBS Jersey Nominees,** )
**Verwaltungs UND Privat-Bank AG Aktiengesellschaft** )
**(AMS), Vorarlberger Landes UND Hypothekenbank** )
**Aktiengesellschaft and BENEFICIAL OWNERS OF** )
**ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,** )
)
                                    **Defendants.** )
)

62689478 v3

2