William J. Sushon
Daniel S. Shamah
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: dshamah@omm.com
*Attorneys for Credit Suisse AG Zurich
and Clariden Leu Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3496 (SMB) |
| v. | Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
| Defendants | |
| This document is submitted in the following Adversary Proceeding: | |
| 10-3635 | |

# **CERTIFICATE OF SERVICE**

I, Daniel S. Shamah, an attorney at the law firm of O'Melveny & Myers LLP and a member of the bar of this Court, hereby certify that:

Between January 17, 2017 and January 28, 2017, I caused the following documents to be served, via e-mail and the Court's ECF system, upon all attorneys of record:

1.  Supplemental Memorandum of Law in Support of the Swiss Credit Suisse Defendants' Motion to Dismiss, dated January 27, 2017;

2.  Declaration of William J. Sushon in Support of the Supplemental Memorandum of Law in Support of the Swiss Credit Suisse Defendants' Motion to Dismiss (and exhibits thereto), dated January 27, 2017;

3.  Declaration of Gerhard Niggli in Support of the Supplemental Motion to Dismiss (and exhibits thereto), dated January 27, 2017; and

4.  Individual Supplemental Brief (Concerning Preemption and Service), dated January 26, 2017, filed by Sumitomo Trust & Banking Co., Ltd. in Adv. Pro. No. 10-3863.

Dated: February 1, 2017   /s/ Daniel S. Shamah
New York, New York   Daniel S. Shamah