# **EXHIBIT A**

```
                    BRITISH VIRGIN ISLANDS
                  IN THE HIGH COURT OF JUSTICE
                         (COMMERCIAL)
BVIHCV NO:74 of 2009

BETWEEN:
BANK JULIUS BAER & COMPANY LIMITED                     )
AND SNS GLOBAL CUSTODY BV                              )
                              Applicants               )
                   vs.                                 )
KENNETH KRYS                                           )
JOANNA LAU (joint liquidators of Fairfield Lambda      )
(in liquidation)                                       )
                              Respondent               )
                                                       )
```

---

```
BVIHCV NO: 136 of 2009

BETWEEN:
ABN AMRO FUND SERVICES (Isle of Man)                   )
NOMINEES LIMITED (Formerly Fortis (Isle of Man         )
Nominees Limited)                                      )
BANK JULIUS BAER AND CO. LIMITED                       )
SNS GLOBAL CUSTODY BV                                  )
DEUTSCH BANK TRUST COMPANY LIMITED                     )
                                                       )
                              Applicants               )
                   vs.                                 )
FAIRFIELD SENTRY LIMITED                               )
                                                       )
                              Respondent               )
                                                       )
```

---

```
BVIHCV NO: 139 of 2009

BETWEEN:

USB AG NEW YORK                                        )
                              Applicant                )
                   vs.                                 )
JERSEY NOMINEES LIMITED                                )
USB LUXEMBOURG                                         )
USB FUNDS SERVICES                                     )
USB ZURICH                                             )
                   vs.                                 )
KENNETH KRYS                                           )
JOANNA LAU (as joint liquidators of Fairfield          )
Sigma Limited and Fairfield Lambda(in liquidation      )
                              Respondents              )
                                                       )
```

<u>TRANSCRIPT OF TRIAL PROCEEDINGS</u>

Monday, March 23rd 2015
10:00 a.m. to 4:25 p.m.

<u>*SUBMISSIONS BY MR. MARK HAPGOOD, QC*</u>
<u>*SUBMISSIONS BY MR. STEVEN RUBIN, QC*</u>
<u>*SUBMISSIONS BY MR. GABRIEL MOSS, QC*</u>

BEFORE: HONOURABLE JUSTICE BARRY LEON, Judge (Ag)

Court Reporting Unit
Government of the British Virgin Islands
Road Town, Tortola
British Virgin Islands

COMPUTER-AIDED TRANSCRIPT BY THE COURT REPORTING UNIT

1    pursing this case, it's a quicker way of doing it from
2    the actual way of going through all the complaints in
3    the amended defence.
4                    THE COURT:              And the
5    Insolvency Act proceedings in the BVI still could be
6    brought?
7                    MR. HAPGOOD:              There are no
8    Insolvency Act proceedings in the BVI.
9                    THE COURT:              No, but they
10   could be brought?
11                   MR. HAPGOOD:              Yes.
12                   THE COURT:              There's no time
13   bar?
14                   MR. HAPGOOD:              No limitation
15   period has yet accrued.  Whether Sentry has taken
16   protective steps or might take protective steps, that's
17   entirely a matter for them to decide.  But we can't
18   have reached any, the expiry of any six-year period
19   because the earliest winding up order against any
20   Sentry company was some time in April 2009.  I think,
21   it was April 2009 and so we don't get to six years
22   until the middle of next month.  And I say if they want
23   to take  protective steps, that's up to them.  But I
24   mean they have been on notice with this application
25   since, well, since for years and it's been on hold

1  pending the hearings before the Court of Appeal and the
2  Privy Council.
3           Now, so that's these applications.
4           Now may I move on rapidly to those bits
5  of the BVI proceedings that haven't been recovered.
6  Before I do so I think I'd better show the Memorandum
7  and Articles of Association. That's Volume 5A at tab
8  1. You can see from page 1, these are the memorandum
9  and articles of Fairfield Sentry Limited and then
10 there's a list of when these documents were amended and
11 then there's a recent amendment or the last amendment
12 made was registered on the 10th of October 2003.
13          At page 6 the Articles of Association,
14 the amended and restated Articles of Association begin.
15 In the definitions in section, in Article 1 --
16          THE COURT:              Page numbering
17 you are using is the top page number?
18          MR. HAPGOOD:            No, the bottom
19 right, sorry. Page 6, bottom right. That should be
20 the start of the Amended and Restated Articles of
21 Association.
22          Now there are four definitions I am going
23 to show you. First:
24          "Act, means the International Business
25 Companies Act as amended from time to time."