**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for SIX SIS AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>      Plaintiffs,<br><br>v.<br><br>ABN AMRO Schweiz AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03635<br><br>Administratively Consolidated |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     :ss:
COUNTY OF NEW YORK   )

I, ALETHEA GROSS, being duly sworn, depose and say:

1. I am employed by the law firm Chaffetz Lindsey LLP, attorneys for defendant SIX SIS AG, formerly known as SIS SegaInterSettle AG. I am not a party to this action and I am over 18 years of age.

2. On January 27, 2017, I served the Notice of Joinder of SIX SIS AG, ECF No. 223, by email upon:

> David Molton (dmolton@brownrudnick.com);
> Kerry L. Quinn (kquinn@brownrudnick.com)

3. On January 31, 2017, I served the Notice of Joinder of SIX SIS AG, ECF No. 223, by email upon the remaining counsel of record.

Dated:    New York, New York
          February 1, 2017

By: _____
    Alethea Gross

Sworn to before me this 1st day of February, 2017

_____
Notary Public

OSLEN A GRANT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6345355
Qualified in Kings County
My Commission Expires 07-25-2020

2