# EXHIBIT 7



CH-3003 Bern

**A-Post**

Schweizerische Gesellschaft für Kapitalanlagen
SGK AG
zHv. Herrn Markus Hafner
XS
8070 Zürich

Referenz: 106521/1066005/AKKS/KK
Kontakt: Roger Büchler / Rechtsanwalt
Telefon direkt: 031 / 327 92 46
E-Mail: roger.buechler@finma.ch
**Bern, 24. Dezember 2010**

**Liquidation des Umbrellafonds "SAAF II (CH), Anlagefonds schweizerischen Rechts" mit zwei Teilvermögen**

Sehr geehrter Herr Hafner

In der rubrizierten Angelegenheit beziehen wir uns auf Ihre Eingabe vom 20. Dezember 2010, mit welcher Sie uns den Liquidationsbeschluss betreffend den Umbrellafonds "SAAF II (CH), Anlagefonds schweizerischen Rechts mit besonderem Risiko" mit den beiden Teilvermögen "- SAAF II (CH) Global Fund" und "- SAAF II (CH) Long Short Equity Fund" mitteilen. Dem uns mit E-Mail vom 23. Dezember 2010 übermittelten Berichtigungs-Publikationsentwurf haben wir keine weiteren Anmerkungen hinzuzufügen.

Vor der Schlusszahlung an die Anleger ist durch die Fondsleitung gemäss Art. 116 Abs. 3 KKV die Bewilligung der Aufsichtsbehörde einzuholen. Zur Prüfung der Liquidation sind uns daher die Publikationsnachweise, der geprüfte Liquidationsbericht, der Bericht der kollektivanlagengesetzlichen Prüfgesellschaft über die Prüfung der Liquidation und über die Einhaltung der aufsichtsrechtlichen Vorschriften, die Ermächtigung der Eidg. Steuerverwaltung zur Schlusszahlung sowie der Publikationsentwurf für die Schlusszahlung einzureichen.

Abschliessend möchten wir Sie höflich bitten, uns im Rahmen künftiger Liquidationen vorgängig der Publikation einen entsprechenden Entwurf zu unterbreiten und weisen Sie ausdrücklich darauf hin, dass die durch die Berichtigungs-Publikation anfallenden Kosten nicht dem Fondsvermögen bzw. den Anlegern belastet werden dürfen, sondern selbstredend von der Fondsleitung zu tragen sind.



Referenz: 106521/1066005/AKKS/KK

Mit freundlichen Grüssen

**Eidg. Finanzmarktaufsicht FINMA**
Kollektive Kapitalanlagen

Rolf Gertsch

Roger Büchler

Kopie an:

- Clariden Leu AG, zHv. Herrn Rolf Thiess, Postfach, XRDC 2, 8070 Zürich
- KPMG AG, Badenerstr. 172, Postfach, 8026 Zürich



CH-3003 Bern

**Registered Mail**
Credit Suisse Funds AG
Mr. Thomas Schärer
Kalandergasse 4
8070 Zurich

Reference A267880/106521/5404657/HOM/WEA/WIA/HUS/AKKS/KK
Contact: Wiedmer Anja
**Bern, September 13, 2012**

**Credit Suisse Funds AG, Zurich**
**"SAAF II (CH), Investment Fund with Special Risk under Swiss Law" – Liquidation of the Sub-Fund**
**"- SAAF II (CH) Global Fund, Investment Fund with Special Risk under Swiss Law, in Liq."**

Dear Mr. Schärer,

In the above-mentioned matter we refer to your various submissions, most recently of September 6, 2012, the audited liquidation report as per June 30, 2012, the statutory report for the collective investment by audit firm on the liquidation audit of August 13, 2012, the audit firm's certificate from the supervisory authorities of August 16, 2012 as well as the authorization of the Swiss Federal Tax Administration of August 27, 2012 with regard to the scheduled liquidation distribution of "- SAAF II (CH) Global Fund, Investment Fund with Special Risk under Swiss Law, in Liq." We have included the proof of disclosure of the liquidation in the "Swiss Commercial Gazette" of December 20 and 29, 2010 and on the electronic platform "www.swissfunddata.ch" of December 20, 2010 in our files. Based on these documents we herewith grant you permission to make the final payment pursuant to Art. 116 (3) KKV [Ordinance on Collective Capital Investments].

With respect to the drafted publication for the final payment of September 6, 2012, we have no further comment. The relevant documents must be submitted to us after publication.

This ends the supervision of the sub-fund of the umbrella fund mentioned above. We will therefore delete it from our list of approved collective capital investment funds. The annual reports must be kept available for inspection free of charge for all parties interested over the next ten years (Art. 89 (5) KAG [Capital Investment Law]).

Under application of the FINMA Fee and Tax Schedule, the procedural costs amount to **CHF 2,000.00** and shall be charged to the applicant. An invoice will be mailed to you separately and must be paid within 30 days.

Einsteinstrasse 2, 3003 Bern
Tel. dir. +41 (0)31 327 91 69, Tel. +41 (0)31 327 91 00, Fax +41 (0)31 327 91 01
Anja.Wiedmer@finma.ch, **www.finma.ch**

A267880/106521/5404657





Reference:
A267880/106521/5404657/HOM/WEA/WIA/HUS/AKKS/KK

Best regards,

**Swiss Federal Financial Market Supervisory Authority FINMA**
Markets Division

| | |
|---|---|
| [signature] | [signature] |
| Collective Capital Investments and Sales | Supervision Asset Management and Collective Capital Investments |

Notification to:   Credit Suisse AG, Client Reporting & Depositary Bank Control, TSBI 2, Beat Niederhauser, 8070 Zurich (LSI)

Copy to:         KPMG AG, Badenerstrasse 172, PO Box, 8026 Zurich

# TRANSLATION CERTIFICATION

**Morningside Translations**

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: January 27, 2017

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Letter from FINMA
- Other Statutory Publications

Natalie Legros, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[signature: Natalie Legros]*

_____
Signature of Natalie Legros