# EXHIBIT 10



## Swiss collective investment schemes
## Changes - September, 2012

### Approvals:

- **UBS Index Solutions «UBS-IS» - SXI Life Sciences®**

  Authorized party:    UBS Fund Management (Switzerland) AG, Basel
                      (Public limited company / Fund management company)
  Custodian bank:     UBS AG, Zürich
  Legal form:         contractual
  Fund category:      Other funds for traditional investments

### Removed from the register:
*(liquidated, merged, not activated, etc.)*

- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market EUR**
- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market USD**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)

- **PostFinance/OLZ - Efficient World® Equity (CHF)**

  Authorized party: UBS Fund Management (Switzerland) AG, Basel
                    (Public limited company / Fund management company)

- **SAAF II (CH), Investment fund under Swiss law with special risk - SAAF II (CH) Global Fund, Investment fund under Swiss law with special risk**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)

- **SYNERGIE - Actions Monde (ex-Europe) - C**

  Authorized party: Lombard Odier Asset Management (Switzerland) SA, Petit-Lancy
                    (Public limited company / Fund management company)

- **Twenty-Two Strategy Fund - Dynamic (EUR)**

  Authorized party: CACEIS (Switzerland) SA, Nyon 2 (Public limited company / Fund management company)

October 4th 2012                                                                    1/1



## Swiss collective investment schemes
## Changes - September, 2012

### Approvals:

- **UBS Index Solutions «UBS-IS» - SXI Life Sciences®**

  Authorized party:    UBS Fund Management (Switzerland) AG, Basel
                       (Public limited company / Fund management company)
  Custodian bank:      UBS AG, Zürich
  Legal form:          contractual
  Fund category:       Other funds for traditional investments


### Removed from the register:

*(liquidated, merged, not activated, etc.)*

- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market EUR**
- **CREDIT SUISSE INSTITUTIONAL MASTER FUND (CSIMF) UMBRELLA - CSIMF Money Market USD**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)


- **PostFinance/OLZ - Efficient World® Equity (CHF)**

  Authorized party: UBS Fund Management (Switzerland) AG, Basel
                       (Public limited company / Fund management company)


- **SAAF II (CH), Investment fund under Swiss law with special risk - SAAF II (CH) Global Fund, Investment fund under Swiss law with special risk**

  Authorized party: Credit Suisse Funds AG, Zürich (Public limited company / Fund management company)


- **SYNERGIE - Actions Monde (ex-Europe) - C**

  Authorized party: Lombard Odier Asset Management (Switzerland) SA, Petit-Lancy
                       (Public limited company / Fund management company)


- **Twenty-Two Strategy Fund - Dynamic (EUR)**

  Authorized party: CACEIS (Switzerland) SA, Nyon 2 (Public limited company / Fund management company)

# TRANSLATION CERTIFICATION

**Morningside Translations**

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: January 20, 2017

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.

The documents are designated as:

- eafch_mut_1209[1] - TRANSLATE 1.20.2017

Khelsi Clarke, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Khelsi Clarke

Accurate Translation Services 24/7