**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :    Chapter 15 Case
FAIRFIELD SENTRY LIMITED, ET AL.,                           :
                                                            :    Case No. 10-13164 (BRL)
    Debtors in Foreign Proceedings.                         :
                                                            :    Jointly Administered
------------------------------------------------------------X
                                                            :
FAIRFIELD SENTRY LIMITED                                    :
(IN LIQUIDATION), et al., acting by and through             :
the Foreign Representatives thereof,                        :    Adv. Pro. No. 10-03496 (BRL)
                                                            :
            Plaintiffs,                                     :    Administratively Consolidated
                                                            :
        -v-                                                 :
                                                            :
THEODOOR GGC AMSTERDAM, et al.,                             :
                                                            :
            Defendants.                                     :
                                                            :
------------------------------------------------------------X
This document relates to:                                   :
                                                            :
Adv. Pro. No. 10-13164, 10-03496, 10-03635,                 :
10-03636, and 10-03801                                      :
------------------------------------------------------------X

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST

Pursuant to Local Rule 2090-1(e) of the Local Rules, Sachin Bansal ("Movant") hereby respectfully moves for an order withdrawing as attorney of record for Defendants Bank Julius Baer & Co. Ltd and ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. ("Defendants"). Movant further requests that his name by removed from all notice and service lists in these cases. In support of this Motion, Movant states:

    1.    Movant is no longer associated with the law firm of McKool Smith, P.C. and is no longer serving as counsel to Defendants.

    2.    Defendants will continue to be represented by counsel from McKool Smith, P.C.

      3.      Movant's withdrawal will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Defendants so that Movant no longer receives electronic notices from the Court's CM/ECF system.

Dated:   New York, New York
           February 7, 2017

                                            By:    /s/ Sachin Bansal
                                                        Sachin Bansal
                                                        Royal Bank of Canada
                                                        Director and Senior Counsel – Litigation
                                                        30 Hudson Street, 28th Floor
                                                        Jersey City, NJ 07302-4600
                                                        Tel: (212) 428-6216
                                                        Mobile: (919) 608-3218
                                                        Email: sachin.bansal@rbccm.com