**DENTONS US LLP**
T. Carter White
1221 Avenue of the Americas
New York, New York 10022
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
carter.white@dentons.com

*Counsel for EFG Bank and EFG Bank (Monaco)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>　　　　Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　　　　Plaintiffs,<br>　　-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>　　　　　Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　　　　Plaintiffs,<br>　　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br>　　　　　Defendants. | Adversary Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　　　　Plaintiffs,<br>　　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br>　　　　　Defendants. | Adversary Pro. No. 10-03636 (SMB) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel enters his appearance in the above-captioned adversary proceedings pursuant Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on behalf of EFG Bank and EFG Bank (Monaco) (collectively, "Defendants"); and such counsel hereby requests that copies of all notices and papers given or filed in the above-captioned adversary proceedings be given and served upon him at the following address, and that such person and address be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> T. Carter White
> DENTONS US LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Tel:  (212) 768-6700
> Fax:  (212) 768-6800
> Email: carter.white@dentons.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Defendants' (i) right to challenge the bankruptcy court's jurisdiction on any issue, (ii) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (iii) right to trial by jury in these adversary proceedings, (iv) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) right to seek a change of venue, or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which Defendants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, Defendants expressly reserve.

102574471\V-1

Dated: New York, New York
      February 17, 2017

                                 Respectfully submitted,

                                 */s/    T. Carter White*
                                 DENTONS US LLP
                                 T. Carter White
                                 1221 Avenue of the Americas
                                 New York, New York 10022
                                 Telephone:  (212) 768-6700
                                 Facsimile:  (212) 768-6800
                                 carter.white@dentons.com

                                 *Counsel for EFG Bank and EFG Bank (Monaco)*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, a true and correct copy of the foregoing Notice

of Appearance and Demand for Notices and Papers was filed and served electronically on all

counsel of record by the CM/ECF System, which will send notification of such filing to registered

parties.



*/s/  T. Carter White*