**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>　　　Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　– against –<br>ABN AMRO Schweiz AG et al.<br>　　　Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　　Plaintiffs,<br>　– against –<br>ABN AMRO Schweiz AG et al.<br>　　　Defendants. | Adv. Pro. No. 10-03636 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

Notice is hereby given that, subject to approval by the Court, RBC Investor Services Bank, S.A., formerly known as RBC Dexia Investor Services Bank, S.A., and possibly the entity intended by plaintiff in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV" (the "Defendant") substitutes Anthony L. Paccione and Mark T. Ciani of Katten Muchin Rosenman LLP, as counsel of record in place of Philip R. Schatz of Wollmuth Maher & Deutsch LLP, who withdraws his appearance as counsel for the Defendant.[1]

---

[1] Counsel's appearance continues to be without waiver of any defenses.

Any and all pleadings, notices, orders or other papers given or filed in the above captioned matters should no longer be directed to Philip R. Schatz, or the law firm of Wollmuth Maher & Deutsch LLP, but instead be directed to:

Anthony L. Paccione
Mark T. Ciani
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8787
(212) 940-8776 (Fascimile)
anthony.paccione@kattenlaw.com
mark.ciani@kattenlaw.com

Philip R. Schatz requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in these proceedings.

Dated:   March 20, 2017
         New York, New York

KATTEN MUCHIN ROSENMAN LLP


BY:      /s/ Anthony L. Paccione
         Anthony L. Paccione
         575 Madison Avenue
         New York, New York 10022
         (212) 940-8800
         anthony.paccione@kattenlaw.com

WOLLMUTH MAHER & DEUTSCH LLP


BY:      /s/ Philip R. Schatz
         Philip R. Schatz
         500 Fifth Avenue
         New York, NY 10110
         212-382-3300
         pschatz@wmd-law.com

SO ORDERED:

_____
Honorable Stuart M. Bernstein