**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>– against –<br>ABN AMRO Schweiz AG et al.<br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>– against –<br>ABN AMRO Schweiz AG et al.<br>    Defendants. | Adv. Pro. No. 10-03636 (SMB) |

## DECLARATION OF ANTHONY L. PACCIONE

I, ANTHONY L. PACCIONE, declare as follows:

    1.    I am a member of the firm of Katten Muchin Rosenman LLP and a member of the Bar of this Court.  Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Katten Muchin Rosenman LLP for Wollmuth Maher & Deutsch LLP as counsel for RBC Investor Services Bank, S.A., formerly known as RBC Dexia Investor Services Bank, S.A., and possibly the entity intended by plaintiff in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV" (the "Defendant") in the above-captioned adversary proceedings.  I also have read Local Bankruptcy

Rule 2090-1 of the Local Rules of the United States Bankruptcy Court of the Southern District of New York.

    2.    The Defendant has requested and consents to this substitution of counsel.

    3.    It is not expected that any delay or prejudice will result to any party in these proceedings from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 20, 2017
           New York, New York

                                                          By:   /s/ Anthony L. Paccione
                                                                      Anthony L. Paccione