**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>            Plaintiffs,<br><br>            – against –<br><br>ABN AMRO Schweiz AG et al.<br><br>            Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>            Plaintiffs,<br><br>            – against –<br><br>ABN AMRO Schweiz AG et al.<br><br>            Defendants | Adv. Pro. No. 10-03636 (SMB) |

**CERTIFICATE OF SERVICE**

      I, Anthony L. Paccione, an attorney admitted to practice in the State of New York, hereby certify under penalty of perjury that on March 20, 2017, I caused true and correct copies of the **NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**; and

**DECLARATION OF ANTHONY L. PACCIONE** to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system on counsel of record.

Dated:  March 20, 2017
        New York, New York

                                        KATTEN MUCHIN ROSENMAN LLP

                              BY:   /s/ Anthony L. Paccione
                                        Anthony L. Paccione
                                        anthony.paccione@kattenlaw.com
                                        575 Madison Avenue
                                        New York, New York 10022
                                        (212) 940-8800