UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>– against –<br>ABN AMRO Schweiz AG et al.<br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>– against –<br>ABN AMRO Schweiz AG et al.<br>    Defendants | Adv. Pro. No. 10-03636 (SMB) |

STATE OF NEW YORK  )
                       : ss.: **AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS**
COUNTY OF NEW YORK )

    **Gregory Tomey**, being duly sworn, deposes and says:

    1.    I am not a party to this proceeding, am over 18 years of age, and employed with the firm of Katten Muchin Rosenman LLP.

31021401.01
US_81950450_2 2/11/2015

2. On the 22nd day of March 2017, I served the **NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**; and **DECLARATION OF ANTHONY L. PACCIONE** in this proceeding, upon the following at the addresses indicated, by depositing true copies thereof, enclosed in properly addressed prepaid wrappers, marked Federal Express Overnight Delivery, in an official Federal Express depository:

David Molton, Esq.
Brown Rudnick LLP
7 Times Square, 46th floor
New York, NY 10036

Philip R. Schatz, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Paul Serritella
Senior Counsel - Litigation
Royal Bank of Canada
30 Hudson Street
Jersey City, NJ 07302-4600

_____
Gregory Tomey

Sworn to before me this
22 day of March, 2017

_____
Notary Public

PETER MAZZEO
Notary Public, State of New York
No. 01MA6338423
Qualified in New York County
Commission Expires March 14, 2020

31021401.01
US_81950450_2 2/11/2015