**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>  Plaintiffs,<br><br>  v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>  Defendants, | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br><br>10-03624  10-03635  10-03636  10-03752  10-03754<br>10-03871  11-01244  11-02787  12-01288 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP, by the undersigned counsel, hereby appears in the above-captioned cases as counsel to: Caceis Bank Luxembourg in Adv. Pro. Nos. 10-03624 (SMB), 10-03635 (SMB), and 10-03636 (SMB); Crédit Agricole (Miami), Crédit Lyonnais, and Crédit Lyonnais Miami in Adv. Pro. No. 10-03752 (SMB); Crédit Agricole (Suisse) SA in Adv. Pro. No. 11-01244 (SMB); Crédit Agricole Titres and CPR Online in Adv. Pro. No. 11-02787 (SMB); Cais Bank and Calyon Paris in Adv. Pro.

No. 12-01288 (SMB); CDC Ixis in Adv. Pro. No. 10-03754 (SMB); and Caceis Bank EX IXIS IS in Adv. Pro. No. 10-03871 (SMB) (collectively, the "Crédit Agricole Defendants").

      This Notice of Appearance shall not be deemed to be a waiver of the above-named parties' rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the above-named parties expressly reserve, or (5) to any and all defenses or objections the above-named parties may have to the claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

      Respectfully submitted,

Dated: March 31, 2017  
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Lina Bensman  
    Lina Bensman  
    One Liberty Plaza  
    New York, New York 10006  
    T: 212-225-2000  
    F: 212-225-3999  
    lbensman@cgsh.com

*Attorney for the Crédit Agricole Defendants*