**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
Michael K. Kellogg (admitted *pro hac vice*)
Aaron M. Panner (admitted *pro hac vice*)
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

*Counsel for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No: 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,** | |
| Plaintiffs, | **Adv. Pro. No. 10-03496** |
| -against- | |
| **THEODOOR GGC AMSTERDAM, et al.,** | **Administratively Consolidated** |
| Defendants. | |

**DECLARATION OF DAVID J. MOLTON IN SUPPORT
OF THE LIQUIDATORS' OPPOSITION TO CERTAIN DEFENDANTS'
MOTION TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS***

I, David J. Molton, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am a member of the law firm of Brown Rudnick LLP, counsel for Kenneth Krys and Charlotte Caulfield, (together, the "Liquidators" or "Foreign Representatives"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation). I submit this Declaration in support of the Liquidators' Opposition to Certain Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens*.

2. As of March 8, 2011, 205 redeemer actions filed by the Liquidators were pending in this Court.

3. As of April 20, 2011, 211 redeemer actions filed by the Liquidators were pending in this Court.

4. As of September 16, 2011, 229 redeemer actions filed by the Liquidators were pending in this Court, seeking over $5 billion in aggregate damages.

5. Attached as Exhibit A are appendices listing Defendants moving to dismiss on the grounds of *forum non conveniens* that the Liquidators allege, or that Movants contend, are organized under the laws of the British Virgin Islands. None of these Movants have asserted that they are doing business or have any commercial activities in the BVI.

Executed on April 6, 2017.

                                                     ____/s/ David J. Molton_____
                                                     DAVID J. MOLTON

## Appendix A[1]

|   | Case No. | Case Name | Moving Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 12-01264 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Limited/BVI et al.* | Jared Trading Limited/BVI |
| 2. | Adv. Pro. 11-01578 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, et al.* | NYROY, Royal Bank of Canada* |

## Appendix A-1[2]

|   | Case No. | Case Name | Moving Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Leu Performance Global Fund |
| 2. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Prima Global Fund |

---

[1] The Movants included in this Appendix A are those that the Liquidators allege were organized under the laws of, and/or have registered addresses in, the BVI. The Liquidators allege that the Movant that is identified with a "*" is a corporate entity organized under the laws of the BVI, but do not allege that it has its registered address in the BVI.

[2] The Movants included in this Appendix A-1 are those that claim they are organized under the laws of the BVI, despite contrary allegations by the Liquidators.

1