Alexander Lees (AL 7781)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
*Attorney for Defendants LGT Bank in Liechtenstein AG and Dresdner Bank Schweiz*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*<br>    Debtors In Foreign Proceeding | Chapter 15 Case<br>Case No. 10-13164 (SMB) |
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiff,<br><br>vs.<br><br>Theodoor GGC Amsterdam *et al.*,<br><br>    Debtor. | Adv. Pro. No. 10-03496 (SMB)<br>(Administratively Consolidated) |
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al.*,<br><br>    Debtor. | Adv. Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| Fairfield Sentry Limited, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al*<br><br>    Debtor. | Adv. Pro. No. 10-03636 (SMB) |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that ALEXANDER LEES of the law firm of Milbank, Tweed, Hadley & McCloy LLP, hereby enters her appearance in the above-captioned action pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of LGT Bank in Liechtenstein AG and Dresdner Bank Schweiz as counsel of record and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

      PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to

personal jurisdiction, and all rights and defenses of LGT Bank in Liechtenstein AG and

Dresdner Bank Schweiz are expressly reserved.


Dated: May 5, 2017
      New York, New York

                                MILBANK, TWEED, HADLEY & MCCLOY LLP

                            By:   /s/Alexander Lees

                                Alexander Lees (AL 7781)
                                28 Liberty Street
                                New York, New York 10005-1413
                                (212) 530-5000
                                (212) 530-5219 (facsimile)
                                dheyl@milbank.com

                                *Attorney for Defendants LGT Bank in Liechtenstein AG and Dresdner Bank Schweiz*