Dorothy Heyl
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
*Attorney for Defendants LGT Bank in Liechtenstein AG
and Dresdner Bank Schweiz*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*<br>    Debtors In Foreign Proceeding | Chapter 15 Case<br>Case No. 10-13164 (SMB) |
| Fairfield Sentry Limited, *et al*. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiff,<br><br>vs.<br><br>Theodoor GGC Amsterdam *et al.*,<br><br>    Debtor. | Adv. Pro. No. 10-03496 (SMB)<br>(Administratively Consolidated) |
| Fairfield Sentry Limited, *et al*. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, *et al.*,<br><br>    Debtor. | Adv. Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br>vs.<br><br>ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al<br><br>    Debtor. | Adv. Pro. No. 10-03636 (SMB) |

# NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Dorothy Heyl is no longer associated with Milbank Tweed Hadley & McCloy LLP and should be removed from the Court's service list with respect to the above referenced actions. Milbank Tweed Hadley & McCloy LLP continues to serve as counsel for Defendants LGT Bank in LiechtensteinAG and Dresdner Bank Schweiz through their attorney Alexander Lees. All future correspondence and papers in this action should continue to be directed to him.

    Dated: May 4, 2017
           New York, New York

                              MILBANK, TWEED, HADLEY & McCLOY LLP

                              By:    /s/Dorothy Heyl

                              Dorothy Heyl
                              28 Liberty Street
                              New York, New York 10005-1413
                              (212) 530-5000
                              (212) 530-5219 (facsimile)
                              dheyl@milbank.com

*Attorney for Defendants LGT Bank in LiechtensteinAG
and Dresdner Bank Schweiz*

3