**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for SIX SIS AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No: 10-13164 (SMB) |
| Debtor in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, | Adv. Pro. No. 10-03635 |
| | Administratively Consolidated |
| Plaintiffs, | |
| v. | |
| ABN AMRO Schweiz AG, et al., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL AND
REQUEST FOR REMOVAL FROM ECF SERVICE LIST**

TANIA G. COHEN respectfully requests that she be removed from any and all mailing matrixes and service lists in the above-referenced matters.

The undersigned makes this request because she is leaving the firm Chaffetz Lindsey LLP. All other counsel of record at Chaffetz Lindsey LLP remain the same.

Dated: New York, New York
May 12, 2017

                                          Respectfully Submitted,

                                          */s/* Tania G. Cohen
                                          Tania G. Cohen

                                          CHAFFETZ LINDSEY LLP
                                          1700 Broadway, 33rd Floor
                                          New York, NY 10019
                                          Tel. (212) 257-6960
                                          Fax (212) 257-6950
                                          www.chaffetzlindsey.com

                                          *Attorneys for SIX SIS AG*