**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Fairfield Sentry Limited,** *et al.*,<br><br>Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No. 10-13164 (SMB)**<br><br>**Jointly Administered** |
| **Fairfield Sentry Limited (In Liquidation),**<br>Plaintiffs,<br><br>-against-<br><br>**Theodoor GGC Amsterdam,** *et al.*,<br>Defendants. | **Adv. Pro. No. 10-03496 (SMB)**<br><br>**Administratively Consolidated** |
| **Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof,** *et al.*,<br>Plaintiffs,<br><br>-against-<br><br>**ABN AMRO Schwiez AG,** *et al.*,<br>Defendants. | **Adv. Pro. No. 10-03635 (SMB)** |

**NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR**
**DEFENDANT BBVA (SUISSE), S.A.**

TO:    THE CLERK OF COURT AND ALL INTERESTED PARTIES OF RECORD:

Please take notice that Heather Lamberg Kafele and Keith R. Palfin, counsel for BBVA (Suisse), S.A., in the above-captioned matter, have relocated from Shearman & Sterling LLP to Winston & Strawn LLP. Please note the following changes:

| Prior Law Firm | Current Law Firm |
| --- | --- |
| SHEARMAN & STERLING LLP<br>401 9th Street, NW, Suite 800<br>Washington, DC 20004<br>Phone: 202-508-8179<br>hkafele@shearman.com<br>kpalfin@shearman.com | WINSTON & STRAWN LLP<br>1700 K Street, NW<br>Washington, DC 20006<br>Phone: 202-282-5000<br>hkafele@winston.com<br>kpalfin@winston.com |

This change affects the following attorneys:

Heather Lamberg Kafele
Keith R. Palfin

RESPECTFULLY SUBMITTED,

Date: June 6, 2017        By:    */s/ Heather Kafele*
　　　　　　　　　　　　　　　　　Heather Kafele
　　　　　　　　　　　　　　　　　Keith R. Palfin
　　　　　　　　　　　　　　　　　1700 K Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　Phone: (202) 282-5000
　　　　　　　　　　　　　　　　　hkafele@winston.com
　　　　　　　　　　　　　　　　　kpalfin@winston.com

　　　　　　　　　　　　　　　　　*Attorney for BBVA (Suisse), S.A.*