PILLSBURY WINTHROP SHAW PITTMAN LLP
Dina E. Yavich
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
dina.yavich@pillsburylaw.com

*Counsel for InCore Bank AG*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03636 (SMB) |

## MOTION TO WITHDRAW DINA E. YAVICH
## AS COUNSEL TO INCORE BANK AG

1.      InCore Bank AG ("InCore") respectfully requests that Dina E. Yavich be withdrawn as counsel and removed from the electronic service list in the above captioned case. As of June 9, 2017, Ms. Yavich will no longer be associated with Pillsbury Winthrop Shaw

Pittman LLP ("Pillsbury") and will cease to represent InCore in this case. Eric Fishman and Samuel S. Cavior of Pillsbury will remain attorneys of record for InCore in this case.

2. Wherefore, InCore respectfully requests that the Court grant this motion.

Dated: June 8, 2017

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ *Dina E. Yavich*
Dina E. Yavich, Esq.
1540 Broadway
New York, NY 10036-4039
(Tel) 212.858.1000
(Fax) 212.858.1500
dina.yavich@pillsburylaw.com

*Counsel for InCore Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, *et al.*, ) | |
| ) | Case No: 10-13164 (SMB) |
| Debtors in Foreign Proceedings. ) | |
| ) | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adv. Pro. No. 10-03635 |
| -against- ) | (SMB) |
| ) | |
| ABN AMRO Schweiz AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adv. Pro. No. 10-03636 |
| -against- ) | (SMB) |
| ) | |
| ABN AMRO Schweiz AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Dina E. Yavich, hereby certify that on this 8th day of June 2017, I caused true and correct copies of the *Motion to Withdraw Dina E. Yavich as Counsel to InCore Bank AG* to be served by ECF notification on all parties registered to receive notices in this case.

Dated: June 8, 2017

                                                /s/ *Dina E. Yavich*
                                                Dina E. Yavich

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>  Debtors in Foreign Proceedings. | ) Chapter 15 Case<br>)<br>) Case No: 10-13164 (SMB)<br>)<br>) Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>  Plaintiffs,<br><br>  -against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>) Adv. Pro. No. 10-03635<br>) (SMB)<br>)<br>)<br>) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>  Plaintiffs,<br><br>  -against-<br><br>ABN AMRO Schweiz AG, *et al*.,<br><br>  Defendants. | )<br>)<br>)<br>) Adv. Pro. No. 10-03636<br>) (SMB)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion to withdraw Dina E. Yavich as counsel to InCore Bank AG in the above-captioned matter is hereby GRANTED.

Dated: _____        _____
                                United States Bankruptcy Judge