# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>　　　Debtors in Foreign Proceedings. | ) Chapter 15 Case<br>)<br>) Case No: 10-13164 (SMB)<br>)<br>) Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>) Adv. Pro. No. 10-03635<br>) (SMB)<br>)<br>)<br>)<br>) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>ABN AMRO Schweiz AG, *et al*.,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>) Adv. Pro. No. 10-03636<br>) (SMB)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion to withdraw Dina E. Yavich as counsel to Falcon Private Bank in the above-captioned matter is hereby GRANTED.

Dated: June 9th, 2017　　　　　　　　　　　　　　　　　/s/ STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge