UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., acting by and through the Foreign Representatives thereof,<br><br>      Plaintiffs,<br><br>      - against -<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9th, 2017, a copy of the attached was filed via the Court's CM/ECF system. All parties were served via CM/ECF and overnight mail.

Dated: June 9, 2017               /s/ George Shuster
                                                                                             George Shuster