# **EXHIBIT A**

# Exhibit A
# FNC Defendants[1]

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03496 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.* | Theodoor Gilissen Global Custody N.V. |
| 2. | Adv. Pro. 10-03502 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities Sub A/C, et al.* | RBC Dominion Securities |
| 3. | Adv. Pro. 10-03504 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | FS ABN AMRO Global Custody |
| 4. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Banque Privee Edmond de Rothschild (Europe) |
| 5. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Standard Chartered International (USA) Ltd. |
| 6. | Adv. Pro. 10-03514 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Banque Piguet & Cie SA |
| 7. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria S.A., et al.* | Banco Bilbao Vizcaya Argentaria, S.A. |

---

[1] Since the filing of the FNC Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of those Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens*, filed on January 27, 2017 (ECF No. 1109), the Liquidators have dismissed their claims against four FNC Defendants, in two adversary proceedings: Adv. Pro. No. 10-04088 as against Leu Prima Global Fund, Prima Global Fund, and Leu Performance Fund; and Adv. Pro. No. 11-01606 (which was asserted only against Koch Investment (UK) Company). As a result, there are currently 156 FNC Defendants (as opposed to the original 160), which are named in 106 adversary proceedings (as opposed to the original 189 FNC Defendants named in 107 adversary proceedings). This Exhibit A differs from the Exhibit A that was part of ECF No. 1109 in that it does not include the dismissed FNC Defendants and Adv. Pro. No. 11-01606.

The names of defendants included on this Exhibit reflect parties named as defendants by the Liquidators in the relevant Complaints (or to the extent there has been an update to the docket in a particular Action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants"). The inclusion of the As-Named Defendants on this Exhibit or any other Exhibit to the Supplemental Reply Memorandum of Law in further support of this motion is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural defenses, rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

|     | **Case No.**          | **Case Name**                                                                                                                    | **Defendant Name**                                                                                  |
| --- | --------------------- | -------------------------------------------------------------------------------------------------------------------------------- | --------------------------------------------------------------------------------------------------- |
| 8.  | Adv. Pro. 10-03515    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria S.A., et al.*                                 | Banco Bilbao Vizcaya Argentaria (Portugal) S.A.                                                     |
| 9.  | Adv. Pro. 10-03515    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria S.A., et al.*                                 | BBVA Miami                                                                                          |
| 10. | Adv. Pro. 10-03515    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria S.A., et al.*                                 | BBVA Grand Cayman                                                                                   |
| 11. | Adv. Pro. 10-03515    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria S.A., et al.*                                 | BBVA Fundas Privanza                                                                                |
| 12. | Adv. Pro. 10-03516    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.*                          | Merrill Lynch, Pierce, Fenner & Smith, Inc.                                                         |
| 13. | Adv. Pro. 10-03595    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.*                                       | SG Private Banking (Suisse) SA                                                                      |
| 14. | Adv. Pro. 10-03615    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of America National Trust and Savings Association, et al.*               | Bank of America National Trust and Savings Association                                              |
| 15. | Adv. Pro. 10-03618    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.*                                                        | BBVA Miami                                                                                          |
| 16. | Adv. Pro. 10-03620    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International, et al.*                                          | Credit Suisse International                                                                         |
| 17. | Adv. Pro. 10-03624    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.*                                               | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants |
| 18. | Adv. Pro. 10-03625    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.*                                                             | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA                                                       |
| 19. | Adv. Pro. 10-03634    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.*                                       | EFG Bank f/k/a EFG Private Bank SA                                                                  |
| 20. | Adv. Pro. 10-03634    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.*                                       | Merrill Lynch Bank                                                                                  |

|     | **Case No.** | **Case Name** | **Defendant Name** |
|---|---|---|---|
| 21. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company |
| 22. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda |
| 23. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. |
| 24. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |
| 25. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York |
| 26. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg |
| 27. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 28. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank f/k/a EFG Bank SA Switzerland |
| 29. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank (Monaco) f/k/a EFG Eurofinanciere D'Invest MCL |
| 30. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG New York |
| 31. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG Zurich |
| 32. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited |
| 33. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva |

|  | **Case No.** | **Case Name** | **Defendant Name** |
|---|---|---|---|
| 34. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |
| 35. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privee, UBP SA |
| 36. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 37. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 38. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 39. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 40. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 41. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 42. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Al Fund |
| 43. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 44. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 45. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) |
| 46. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 47. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Sarasin & Cie |
| 48. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 49. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Dexia Investor Service Julius Baer SICAV |
| 50. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank f/k/a EFG Bank SA Switzerland |
| 51. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank (Monaco) f/k/a EFG Eurofinanciere D'Invest MCL |
| 52. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG New York |
| 53. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG Zurich |
| 54. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited |
| 55. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva |
| 56. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |
| 57. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privee, UBP SA |
| 58. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 59. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |

|     | **Case No.** | **Case Name** | **Defendant Name** |
|-----|--------------|---------------|--------------------|
| 60. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 61. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 62. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 63. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 64. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 65. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Al Fund |
| 66. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 67. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 68. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) |
| 69. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 70. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Sarasin & Cie |
| 71. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 72. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Service Julius Baer SICAV |

|     | Case No. | Case Name | Defendant Name |
| --- | --- | --- | --- |
| 73. | Adv. Pro. 10-03744 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company America, et al.* | Deutsche Bank Trust Company Americas |
| 74. | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA Geneve |
| 75. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Deutsche Bank (Cayman) |
| 76. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens CFO Feeder Fund Ltd. |
| 77. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens Global Opportunity Fund |
| 78. | Adv. Pro. 10-03747 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | Deutsche Bank AG Singapore |
| 79. | Adv. Pro. 10-03750 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | Blubank Ltd. n/k/a Inteligo Bank Ltd. |
| 80. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Brown Brothers Harriman & Co. |
| 81. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | SCB Nominees (CI) Ltd. |
| 82. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Bank Boston International Florida |
| 83. | Adv. Pro. 10-03753 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner Bank LateinAmerika AG, et al.* | UBS Deutschland AG |
| 84. | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Banco Itau Europa Luxembourg SA |
| 85. | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |

|     | **Case No.**          | **Case Name**                                                                                                                                          | **Defendant Name**                                                                            |
| --- | --------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------- |
| 86. | Adv. Pro. 10-03757    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.*                                                | SNS Global Custody B.V. a/k/a SNS Bank N.V.                                                    |
| 87. | Adv. Pro. 10-03758    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Ltd. Ref Greenlake Arbitrage Fund Ltd., et al.*                          | UBS Fund Services (Cayman) Limited                                                             |
| 88. | Adv. Pro. 10-03764    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.*                                                                               | Banque Pictet & Cie SA                                                                         |
| 89. | Adv. Pro. 10-03776    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| 90. | Adv. Pro. 10-03776    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Odyssey Alternative Fund Ltd.                                                                  |
| 91. | Adv. Pro. 10-03780    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.*                                                                            | UBS AG New York                                                                                |
| 92. | Adv. Pro. 10-03782    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bahamas), et al.*                                                                    | Credit Suisse (Bahamas) a/k/a Credit Suisse (Bahamas) Limited                                  |
| 93. | Adv. Pro. 10-03782    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bahamas), et al.*                                                                    | Credit Suisse AG, Nassau Branch                                                                |
| 94. | Adv. Pro. 10-03786    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.*                                                             | SG Private Banking (Suisse) SA                                                                 |
| 95. | Adv. Pro. 10-03787    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Altantico (Gibraltar), et al.*                                                                | EFG Bank (Gibraltar) Ltd.                                                                      |
| 96. | Adv. Pro. 10-03787    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Altantico (Gibraltar), et al.*                                                                | European Financial Group EFG SA                                                                |
| 97. | Adv. Pro. 10-03787    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Altantico (Gibraltar), et al.*                                                                | European Financial Group EFG (Luxembourg) SA                                                   |
| 98. | Adv. Pro. 10-03788    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.*                                                             | Merrill Lynch Bank (Suisse) SA                                                                 |

|     | **Case No.** | **Case Name** | **Defendant Name** |
|-----|--------------|---------------|---------------------|
| 99. | Adv. Pro. 10-03792 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Company (Bermuda) Limited, et al.* | ZCM Asset Holding Company (Bermuda) Ltd. |
| 100. | Adv. Pro. 10-03792 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Company (Bermuda) Limited, et al.* | Zurich Bank |
| 101. | Adv. Pro. 10-03792 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Company (Bermuda) Limited, et al.* | American Express Offshore Alternative Investment Fund |
| 102. | Adv. Pro. 10-03793 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International plc, et al.* | Nomura International plc |
| 103. | Adv. Pro. 10-03795 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Lombard Odier Darier Hentsch & Cie |
| 104. | Adv. Pro. 10-03799 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | Hambros Guernsey Nominees |
| 105. | Adv. Pro. 10-03799 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | SG Hambros Nominees (Jersey) |
| 106. | Adv. Pro. 10-03799 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | SG Hambros Bank (Channel Islands) Limited-Guernsey Branch |
| 107. | Adv. Pro. 10-03799 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | SG Hambros Bank & Trust (Guernsey) Ltd. n/k/a SG Hambros Bank (Channel Islands) Limited |
| 108. | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse), et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 109. | Adv. Pro. 10-03867 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | FS Stichting Stroeve Global Custody |
| 110. | Adv. Pro. 10-03864 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA, et al.* | Natixis Bank, formerly known as Natixis Private Banking International S.A. |
| 111. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | KBL European Private Bankers S.A. f/k/a Kredietbank SA Luxembourgeoise |

|   | **Case No.** | **Case Name** | **Defendant Name** |
|---|---|---|---|
| 112. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Natixis Multimanager, formerly known as IXIS Private Capital Management ("IPCM") |
| 113. | Adv. Pro. 10-03873 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Bordier & Cie |
| 114. | Adv. Pro. 10-04087 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. |
| 115. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 116. | Adv. Pro. 10-04094 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al.* | Natixis S.A. (formerly known as Natexis Banques Populaires) and FCP-BE CAEN |
| 117. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund L.P. |
| 118. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC - Cell A |
| 119. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC - Cell B |
| 120. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Asset Allocation Fund L.P. |
| 121. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | UBS Fund Services (Cayman) Limited |
| 122. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C GIB |
| 123. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Gibraltar Limited |

|      | **Case No.**          | **Case Name**                                                                                                            | **Defendant Name**                                                                                            |
|------|-----------------------|--------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------|
| 124. | Adv. Pro. 11-01243    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer & Co. Ltd., Zurich, et al.*                          | Bank Julius Baer & Co. Ltd., Zurich                                                                           |
| 125. | Adv. Pro. 11-01250    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Luxembourg SA, et al.*                                            | UBS Luxembourg SA                                                                                             |
| 126. | Adv. Pro. 11-01253    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SWEDECLIENT/IAM, et al.*                                           | Swedbank sued as FS/Swedclient/IAM                                                                            |
| 127. | Adv. Pro. 11-01254    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux a/k/a American Express Bank (London), et al.*              | AEB LUX a/k/a American Express Bank (London) a/k/a Standard Chartered PLC                                     |
| 128. | Adv. Pro. 11-01256    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.*                                       | Banque SCS Alliance SA                                                                                        |
| 129. | Adv. Pro. 11-01258    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.*                             | UBS Fund Services (Ireland) Ltd.                                                                              |
| 130. | Adv. Pro. 11-01258    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.*                             | UBS Zurich                                                                                                    |
| 131. | Adv. Pro. 11-01259    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.*                                    | Barclays Bank (Suisse) SA                                                                                     |
| 132. | Adv. Pro. 11-01462    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.*                  | Grand Cathay Securities (Hong Kong) Limited                                                                   |
| 133. | Adv. Pro. 11-01463    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.*                                  | Merrill Lynch International                                                                                   |
| 134. | Adv. Pro. 11-01464    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis f/k/a IXIS Corporate and Investment Bank, et al.*             | Natixis S.A. (in its own capacity and as successor-in-interest of IXIS Corporate & Investment Bank)           |
| 135. | Adv. Pro. 11-01564    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited, et al.*                      | Deutsche Bank Nominees (Jersey) Limited                                                                       |

|      | **Case No.**            | **Case Name**                                                                                                              | **Defendant Name**                                                    |
|------|-------------------------|----------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------|
| 136. | Adv. Pro. 11-01566      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.*                     | FS/SG Private Banking (Lugano-Svizzera) SA                            |
| 137. | Adv. Pro. 11-01569      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Bruxelles, et al.*                                       | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles            |
| 138. | Adv. Pro. 11-01571      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Securities LLC, et al.*                                 | Banc of America Securities LLC                                        |
| 139. | Adv. Pro. 11-01575      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Singapore Branch, et al.*               | Credit Industriel et Commercial Sing. Branch                          |
| 140. | Adv. Pro. 11-01577      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Insurance Co. Ltd., et al.*                                 | Cathay Life Insurance Company, LTD                                    |
| 141. | Adv. Pro. 11-01578      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, et al.*                                                          | Royal Bank of Canada sued as "NYROY, Royal Bank of Canada"            |
| 142. | Adv. Pro. 11-01582      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Asia) Limited, et al.*                            | Royal Bank of Canada (Asia) Limited                                   |
| 143. | Adv. Pro. 11-01584      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.*                     | Societe Generale Bank & Trust (Luxembourg)                            |
| 144. | Adv. Pro. 11-01585      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.*                           | Banque de Reescompte et de Placement a/k/a BAREP                      |
| 145. | Adv. Pro. 11-01586      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.*                                                       | Swedbank                                                              |
| 146. | Adv. Pro. 11-01587      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bahamas Ltd., et al.*                                  | BIE Bank & Trust Bahamas Ltd.                                         |
| 147. | Adv. Pro. 11-01600      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.*                                          | BBVA Zurich/Shares                                                    |
| 148. | Adv. Pro. 11-01601      | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management, et al.*               | Credit Suisse AG Nassau Branch Wealth Management                      |

|     | **Case No.** | **Case Name** | **Defendant Name** |
|---|---|---|---|
| 149. | Adv. Pro. 11-01612 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG, et al.* | Bank Sarasin & Cie |
| 150. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | Fortis Bank Nederland NV |
| 151. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | IDF Global Fund |
| 152. | Adv. Pro. 11-01619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBP Titres, et al.* | NBP Titres |
| 153. | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | Royal Bank of Canada a/k/a RBC Capital Markets Corporation |
| 154. | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | RBC Dominion Securities, Inc. |
| 155. | Adv. Pro. 11-02336 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al.* | Bessemer Trust Company |
| 156. | Adv. Pro. 11-02336 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al.* | Naidot & Co. |
| 157. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 158. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |
| 159. | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) |
| 160. | Adv. Pro. 11-02530 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al.* | Avalon Absolute Return Funds PLC |
| 161. | Adv. Pro. 11-02532 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Limited, et al.* | Deltec Bank & Trust Limited |

|      | Case No. | Case Name | Defendant Name |
|------|----------|-----------|----------------|
| 162. | Adv. Pro. 11-02534 | *Fairfield Sigma Ltd. (In Liquidation) et al. v. Simgest SpA et al.* | Simgest Spa |
| 163. | Adv. Pro. 11-02612 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Limited, et al.* | Credit Suisse Nominees (Guernsey) Limited |
| 164. | Adv. Pro. 11-02613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | Societe Generale Bank & Trust SA (Luxembourg) |
| 165. | Adv. Pro. 12-01119 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank (Nederland) N.V., et al.* | Fortis Bank (Nederland) N.V. |
| 166. | Adv. Pro. 12-01119 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank (Nederland) N.V., et al.* | Sempervirens Capital Management Limited Class E-F Fund |
| 167. | Adv. Pro. 12-01124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International, et al.* | Banco Itau Europa International |
| 168. | Adv. Pro. 12-01127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited, et al.* | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited |
| 169. | Adv. Pro. 12-01129 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya, et al.* | Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya |
| 170. | Adv. Pro. 12-01131 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris, et al.* | Rothschild & Cie Banque Paris |
| 171. | Adv. Pro. 12-01132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services Espana S.A.* | RBC Dexia Investor Services España S.A. |
| 172. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | SEI Investments Trustee and Custodial Services (IRELAND) Ltd |
| 173. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | Millennium Multi-Strategy Fund |

|      | **Case No.**          | **Case Name**                                                                                                            | **Defendant Name**                                                            |
|------|-----------------------|--------------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------|
| 174. | Adv. Pro. 12-01147    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Luxembourg, S.A., et al.*                              | Banque Degroof Luxembourg S.A.                                                |
| 175. | Adv. Pro. 12-01148    | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim., et al.*          | Banca Popolare dell' Alto Adige Soc. Coop. Resp. Lim.                         |
| 176. | Adv. Pro. 12-01162    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al.*                                                 | Delta S.P.A.                                                                  |
| 177. | Adv. Pro. 12-01264    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Limited/BVI et al.*                                     | Jared Trading Limited/BVI                                                     |
| 178. | Adv. Pro. 12-01265    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.*                                      | Barclays Bank SA Madrid                                                       |
| 179. | Adv. Pro. 12-01271    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Insurance Company Limited, et al.*                        | Hontai Life Insurance Company Limited                                         |
| 180. | Adv. Pro. 12-01294    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama, et al.*                                                    | Alok Sama                                                                     |
| 181. | Adv. Pro. 12-01295    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie a/k/a Bank Sarasin & Co., et al.*                  | Bank Sarasin & Cie AG                                                         |
| 182. | Adv. Pro. 12-01301    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Limited, et al.*                                 | Unicorp Bank & Trust Limited                                                  |
| 183. | Adv. Pro. 12-01568    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV, et al.*                            | Fortis Global Custody Services NV                                             |
| 184. | Adv. Pro. 12-01571    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited, et al.* | Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited |
| 185. | Adv. Pro. 12-01599    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.*      | Barclays Private Bank & Trust (Channel Islands) Limited                       |

|      | **Case No.**          | **Case Name**                                                                                                                            | **Defendant Name**                       |
|------|-----------------------|------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------|
| 186. | Adv. Pro. 12-01600    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hyposwiss Private Bank Geneve F/K/A Anglo Irish Bank (Suisse), S.A. et al.*          | Hyposwiss Private Bank Geneve SA         |
| 187. | Adv. Pro. 16-01214    | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank SA, et al.*                                                | RBC Dexia Investor Services Bank, S.A.   |