# **EXHIBIT B**

# Exhibit B
# FNC Defendants Alleged to Have Signed a Subscription Agreement Containing a New York Forum Selection Clause

|     | **Defendant Name** | **Case Name** | **Case No.** |
| --- | --- | --- | --- |
| 1.  | AEB LUX a/k/a American Express Bank (London) a/k/a Standard Chartered PLC | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux a/k/a American Express Bank (London), et al.* | Adv. Pro. 11-01254 |
| 2.  | Avalon Absolute Return Funds PLC | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al.* | Adv. Pro. 11-02530 |
| 3.  | Banc of America Securities LLC | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Securities LLC, et al.* | Adv. Pro. 11-01571 |
| 4.  | Banca Popolare dell' Alto Adige Soc. Coop. Resp. Lim. | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim., et al.* | Adv. Pro. 12-01148 |
| 5.  | Banco Bilbao Vizcaya Argentaria, S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria S.A., et al.* | Adv. Pro. 10-03515 |
| 6.  | Banco Itau Europa International | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International, et al.* | Adv. Pro. 12-01124 |
| 7.  | Banco Itau Europa Luxembourg SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Adv. Pro. 10-03755 |
| 8.  | Bank Julius Baer & Co. Ltd., Zurich | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer & Co. Ltd., Zurich, et al.* | Adv. Pro. 11-01243 |
| 9.  | Bank of America National Trust and Savings Association | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of America National Trust and Savings Association, et al.* | Adv. Pro. 10-03615 |
| 10. | Bank Sarasin & Cie | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG, et al.* | Adv. Pro. 11-01612 |
| 11. | Bank Sarasin & Cie AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie a/k/a Bank Sarasin & Co., et al.* | Adv. Pro. 12-01295 |

|   | **Defendant Name** | **Case Name** | **Case No.** |
|---|---|---|---|
| 12. | Banque de Reescompte et de Placement a/k/a BAREP | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | Adv. Pro. 11-01585 |
| 13. | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Bruxelles, et al.* | Adv. Pro. 11-01569 |
| 14. | Banque Degroof Luxembourg S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Luxembourg, S.A., et al.* | Adv. Pro. 12-01147 |
| 15. | Banque Pictet & Cie SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | Adv. Pro. 10-03764 |
| 16. | Banque Piguet & Cie SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Adv. Pro. 10-03514 |
| 17. | Banque Privee Edmond de Rothschild (Europe) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Adv. Pro. 10-03505 |
| 18. | Banque SCS Alliance SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | Adv. Pro. 11-01256 |
| 19. | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Adv. Pro. 10-04087 |
| 20. | Barclays Bank (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Adv. Pro. 11-01259 |
| 21. | BBVA Miami | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | Adv. Pro. 10-03618 |
| 22. | BBVA Zurich/Shares | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | Adv. Pro. 11-01600 |
| 23. | BIE Bank & Trust Bahamas Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bahamas Ltd., et al.* | Adv. Pro. 11-01587 |

|     | **Defendant Name** | **Case Name** | **Case No.** |
| --- | --- | --- | --- |
| 24. | Blubank Ltd. n/k/a Inteligo Bank Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | Adv. Pro. 10-03750 |
| 25. | Bordier & Cie | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Adv. Pro. 10-03873 |
| 26. | Brown Brothers Harriman & Co. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Adv. Pro. 10-03752 |
| 27. | Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya, et al.* | Adv. Pro. 12-01129 |
| 28. | Cathay Life Insurance Company, LTD | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Insurance Co. Ltd., et al.* | Adv. Pro. 11-01577 |
| 29. | Credit Industriel et Commercial Sing. Branch | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Singapore Branch, et al.* | Adv. Pro. 11-01575 |
| 30. | Credit Suisse (Bahamas) a/k/a Credit Suisse (Bahamas) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bahamas), et al.* | Adv. Pro. 10-03782 |
| 31. | Credit Suisse (Luxembourg) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Adv. Pro. 10-04088 |
| 32. | Credit Suisse AG Nassau Branch Wealth Management | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management, et al.* | Adv. Pro. 11-01601 |
| 33. | Credit Suisse AG, Nassau Branch | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bahamas), et al.* | Adv. Pro. 10-03782 |
| 34. | Credit Suisse International | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International, et al.* | Adv. Pro. 10-03620 |

|     | **Defendant Name** | **Case Name** | **Case No.** |
| --- | --- | --- | --- |
| 35. | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited, et al.* | Adv. Pro. 12-01127 |
| 36. | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C GIB | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Adv. Pro. 10-04236 |
| 37. | Delta S.P.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al.* | Adv. Pro. 12-01162 |
| 38. | Deltec Bank & Trust Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Limited, et al.* | Adv. Pro. 11-02532 |
| 39. | Deutsche Bank (Cayman) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Adv. Pro. 10-03746 |
| 40. | Deutsche Bank (Suisse) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Adv. Pro. 11-02440 |
| 41. | Deutsche Bank (Suisse) SA Geneve | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Adv. Pro. 10-03745 |
| 42. | Deutsche Bank AG Singapore | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | Adv. Pro. 10-03747 |
| 43. | Deutsche Bank Nominees (Jersey) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited, et al.* | Adv. Pro. 11-01564 |
| 44. | EFG Bank (Gibraltar) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Altantico (Gibraltar), et al.* | Adv. Pro. 10-03787 |
| 45. | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | Adv. Pro. 10-03625 |

|     | **Defendant Name** | **Case Name** | **Case No.** |
| --- | --- | --- | --- |
| 46. | European Financial Group EFG (Luxembourg) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Altantico (Gibraltar), et al.* | Adv. Pro. 10-03787 |
| 47. | European Financial Group EFG SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Altantico (Gibraltar), et al.* | Adv. Pro. 10-03787 |
| 48. | Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Adv. Pro. 10-03776 |
| 49. | Fortis Bank (Nederland) N.V. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank (Nederland) N.V., et al.* | Adv. Pro. 12-01119 |
| 50. | Fortis Bank Nederland NV | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | Adv. Pro. 11-01614 |
| 51. | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Adv. Pro. 11-02422 |
| 52. | FS ABN AMRO Global Custody | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | Adv. Pro. 10-03504 |
| 53. | FS Stichting Stroeve Global Custody | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | Adv. Pro. 10-03867 |
| 54. | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | Adv. Pro. 10-03756 |
| 55. | FS/SG Private Banking (Lugano-Svizzera) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | Adv. Pro. 11-01566 |
| 56. | Grand Cathay Securities (Hong Kong) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.* | Adv. Pro. 11-01462 |

Exhibit B [5]

|     | **Defendant Name** | **Case Name** | **Case No.** |
| --- | --- | --- | --- |
| 57. | Hambros Guernsey Nominees | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | Adv. Pro. 10-03799 |
| 58. | Hontai Life Insurance Company Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Insurance Company Limited, et al.* | Adv. Pro. 12-01271 |
| 59. | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse), et al.* | Adv. Pro. 10-03801 |
| 60. | KBL European Private Bankers S.A. f/k/a Kredietbank SA Luxembourgeoise | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Adv. Pro. 10-03868 |
| 61. | Lombard Odier Darier Hentsch & Cie | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Adv. Pro. 10-03795 |
| 62. | Merrill Lynch Bank (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Adv. Pro. 10-03788 |
| 63. | Merrill Lynch International | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Adv. Pro. 11-01463 |
| 64. | Merrill Lynch, Pierce, Fenner & Smith, Inc. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | Adv. Pro. 10-03516 |
| 65. | Natixis Bank, formerly known as Natixis Private Banking International S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA, et al.* | Adv. Pro. 10-03864 |
| 66. | Natixis S.A. (formerly known as Natexis Banques Populaires) and FCP-BE CAEN | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al.* | Adv. Pro. 10-04094 |

| | **Defendant Name** | **Case Name** | **Case No.** |
|---|---|---|---|
| 67. | Natixis S.A. (in its own capacity and as successor-in-interest of IXIS Corporate & Investment Bank) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis f/k/a IXIS Corporate and Investment Bank, et al.* | Adv. Pro. 11-01464 |
| 68. | NBP Titres | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBP Titres, et al.* | Adv. Pro. 11-01619 |
| 69. | Nomura International plc | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC, et al.* | Adv. Pro. 10-03793 |
| 70. | Alok Sama | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama, et al.* | Adv. Pro. 12-01294 |
| 71. | RBC Dexia Investor Services Bank, S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank SA, et al.* | Adv. Pro. 16-01214 |
| 72. | RBC Dexia Investor Services España S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services Espana S.A.* | Adv. Pro. 12-01132 |
| 73. | RBC Dominion Securities | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities Sub A/C, et al.* | Adv. Pro. 10-03502 |
| 74. | Rothschild & Cie Banque Paris | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris, et al.* | Adv. Pro. 12-01131 |
| 75. | Royal Bank of Canada (Asia) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Asia) Limited, et al.* | Adv. Pro. 11-01582 |
| 76. | Royal Bank of Canada a/k/a RBC Capital Markets Corporation | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | Adv. Pro. 11-02253 |
| 77. | Royal Bank of Canada sued as "NYROY, Royal Bank of Canada" | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, et al.* | Adv. Pro. 11-01578 |
| 78. | SEI Investments Trustee and Custodial Services (IRELAND) Ltd | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | Adv. Pro. 12-01134 |

|     | **Defendant Name** | **Case Name** | **Case No.** |
| --- | --- | --- | --- |
| 79. | SG Hambros Bank & Trust (Guernsey) Ltd.  n/k/a SG Hambros Bank (Channel Islands) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | Adv. Pro. 10-03799 |
| 80. | SG Hambros Bank (Channel Islands) Limited-Guernsey Branch | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | Adv. Pro. 10-03799 |
| 81. | SG Hambros Nominees (Jersey) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | Adv. Pro. 10-03799 |
| 82. | SG Private Banking (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | Adv. Pro. 10-03595 |
|     |     | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | Adv. Pro. 10-03786 |
| 83. | Simgest Spa | *Fairfield Sigma Ltd. (In Liquidation) et al. v. Simgest SpA et al.* | Adv. Pro. 11-02534 |
| 84. | SNS Global Custody B.V. a/k/a SNS Bank N.V. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.* | Adv. Pro. 10-03757 |
| 85. | Societe Generale Bank & Trust (Luxembourg) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Adv. Pro. 11-01584 |
|     |     | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | Adv. Pro. 11-02613 |
| 86. | Swedbank | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | Adv. Pro. 11-01586 |
| 87. | Swedbank sued as FS/Swedclient/IAM | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SWEDECLIENT/IAM, et al.* | Adv. Pro. 11-01253 |
| 88. | Theodoor Gilissen Global Custody N.V. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.* | Adv. Pro. 10-03496 |

Exhibit B [8]

|  | **Defendant Name** | **Case Name** | **Case No.** |
|---|---|---|---|
| 89. | UBS AG New York | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | Adv. Pro. 10-03780 |
| 90. | UBS Deutschland AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner Bank LateinAmerika AG, et al.* | Adv. Pro. 10-03753 |
| 91. | UBS Fund Services (Cayman) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Ltd. Ref Greenlake Arbitrage Fund Ltd., et al.* | Adv. Pro. 10-03758 |
|  |  | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | Adv. Pro. 10-04095 |
| 92. | UBS Fund Services (Ireland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | Adv. Pro. 11-01258 |
| 93. | UBS Luxembourg SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Luxembourg SA, et al.* | Adv. Pro. 11-01250 |
| 94. | ZCM Asset Holding Co. Bermuda | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Adv. Pro. 10-03634 |
| 95. | ZCM Asset Holding Company (Bermuda) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Company (Bermuda) Limited, et al.* | Adv. Pro. 10-03792 |
| 96. | ZCM Matched Funding Corp. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Adv. Pro. 10-03634 |
| 97. | Zurich Bank | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Company (Bermuda) Limited, et al.* | Adv. Pro. 10-03792 |
| 98. | Zurich Capital Markets Company | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Adv. Pro. 10-03634 |