# <u>EXHIBIT C</u>

**Exhibit C**
**FNC Defendants Alleged to be Incorporated in New York[1]**

|    | Defendant Name | Case Name | Case No. |
|----|----------------|-----------|----------|
| 1. | Brown Brothers Harriman & Co. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Adv. Pro. 10-03752 |
| 2. | Deutsche Bank Trust Company Americas | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company America, et al.* | Adv. Pro. 10-03744 |
| 3. | Safra National Bank of New York | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Adv. Pro. 10-03634 |
| 4. | UBS AG New York | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | Adv. Pro. 10-03780 |
|    |                | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Adv. Pro. 10-03635 |
|    |                | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Adv. Pro. 10-03636 |

---

[1] Based solely on allegations in the current operative or proposed amended complaints of the Liquidators in adversary proceedings against FNC Defendants. The inclusion of any FNC Defendants on this Exhibit is not and shall not be construed as an acknowledgement of the truth of the Liquidators' allegations or as a waiver of any substantive or procedural defenses, rights and remedies by any such FNC Defendant; all such defenses, rights and remedies are hereby expressly reserved.