# **EXHIBIT D**

# Exhibit D
# FNC Defendants Alleged to Have
# Their Principal Places of Business in New York[1]

|    | **Defendant Name** | **Case Name** | **Case No.** |
|----|---|---|---|
| 1. | Bessemer Trust Company | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al.* | Adv. Pro. 11-02336 |
| 2. | Deutsche Bank Trust Company Americas | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company America, et al.* | Adv. Pro. 10-03744 |
| 3. | Safra National Bank of New York | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Adv. Pro. 10-03634 |
| 4. | Standard Chartered International (USA) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Adv. Pro. 10-03505 |

---

[1] Based on allegations in the current operative or proposed amended complaints of the Liquidators in adversary proceedings against FNC Defendants. The inclusion of any FNC Defendants on this Exhibit is not and shall not be construed as an acknowledgement of the truth of the Liquidators' allegations or as a waiver of any substantive or procedural defenses, rights and remedies by any such FNC Defendant; all such defenses, rights and remedies are hereby expressly reserved.