# EXHIBIT F

# Exhibit F
## Adversary Proceedings in Which One or More,
## But Not All, Defendants are FNC Defendants

| | Case No. | Case Name | FNC Defendant |
|---|---|---|---|
| 1. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 2. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants |
| 3. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Bank f/k/a EFG Private Bank SA |
| | | | Merrill Lynch Bank |
| | | | Zurich Capital Markets Company |
| | | | ZCM Asset Holding Co. Bermuda |
| | | | ZCM Matched Funding Corp. |
| | | | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |
| | | | Safra National Bank of New York |
| | | | Banco Itau Europa Luxembourg |

|  | Case No. | Case Name | FNC Defendant |
|---|---|---|---|
| 4. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
|  |  |  | EFG Bank f/k/a EFG Bank SA Switzerland |
|  |  |  | EFG Bank (Monaco) f/k/a EFG Eurofinanciere D'Invest MCL |
|  |  |  | UBS AG New York |
|  |  |  | UBS AG Zurich |
|  |  |  | UBS Jersey Nominees Limited |
|  |  |  | Lloyds TSB Bank Geneva |
|  |  |  | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |
|  |  |  | Union Bancaire Privee, UBP SA |
|  |  |  | Clariden Leu Ltd. |
|  |  |  | Credit Suisse AG Zurich |
|  |  |  | Banque Pictet & Cie SA |
|  |  |  | Compagnie Bancaire Helvetique |
|  |  |  | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
|  |  |  | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
|  |  |  | BCV AMC Defensive Al Fund |
|  |  |  | Banque Cantonale Vaudoise |
|  |  |  | Societe Generale Bank & Trust |
|  |  |  | Rothschild Bank Geneva (Dublin) |
|  |  |  | Lombard Odier Darier Hentsch & Cie |
|  |  |  | Bank Sarasin & Cie |
|  |  |  | BBVA (Suisse) SA |
|  |  |  | RBC Dexia Investor Service Julius Baer SICAV |

| | Case No. | Case Name | FNC Defendant |
|---|---|---|---|
| 5. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank f/k/a EFG Bank SA Switzerland |
| | | | EFG Bank (Monaco) f/k/a EFG Eurofinanciere D'Invest MCL |
| | | | UBS AG New York |
| | | | UBS AG Zurich |
| | | | UBS Jersey Nominees Limited |
| | | | Lloyds TSB Bank Geneva |
| | | | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |
| | | | Union Bancaire Privee, UBP SA |
| | | | Bank Julius Baer & Co. Ltd. |
| | | | Clariden Leu Ltd. |
| | | | Credit Suisse AG Zurich |
| | | | Banque Pictet & Cie SA |
| | | | Compagnie Bancaire Helvetique |
| | | | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| | | | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| | | | BCV AMC Defensive Al Fund |
| | | | Banque Cantonale Vaudoise |
| | | | Societe Generale Bank & Trust |
| | | | Rothschild Bank Geneva (Dublin) |
| | | | Lombard Odier Darier Hentsch & Cie |
| | | | Bank Sarasin & Cie |
| | | | BBVA (Suisse) SA |
| | | | RBC Investor Service Julius Baer SICAV |

| | Case No. | Case Name | FNC Defendant |
|---|---|---|---|
| 6. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Brown Brothers Harriman & Co. |
| | | | SCB Nominees (CI) Ltd. |
| | | | Bank Boston International Florida |
| 7. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited |
| | | | Odyssey Alternative Fund Ltd. |
| 8. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 9. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Natixis Multimanager, formerly known as IXIS Private Capital Management ("IPCM") |
| 10. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 11. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund L.P. |
| | | | DGAM Alternative Strategy Fund II, SPC - Cell A |
| | | | DGAM Alternative Strategy Fund II, SPC - Cell B |
| | | | DGAM Asset Allocation Fund L.P. |
| | | | UBS Fund Services (Cayman) Limited |
| 12. | Adv. Pro. 11-01584 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Societe Generale Bank & Trust (Luxembourg) |
| 13. | Adv. Pro. 11-01586 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | Swedbank |
| 14. | Adv. Pro. 11-02613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | Societe Generale Bank & Trust SA (Luxembourg) |
| 15. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Luxembourg, S.A., et al.* | Banque Degroof Luxembourg S.A. |

| | Case No. | Case Name | FNC Defendant |
|---|---|---|---|
| 16. | Adv. Pro. 12-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV, et al.* | Fortis Global Custody Services NV |
| 17. | Adv. Pro. 12-01571 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited, et al.* | Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited |