# **EXHIBIT H**

# Exhibit H
# Additional Counsel

### AKERMAN LLP

David W. Parham
(david.parham@akerman.com)

2001 Ross Avenue, Suite 2550
Dallas, TX 75201
(214) 720-4300

### AKERMAN LLP

Susan F. Balaschak
(susan.balaschak@akerman.com)

666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

### ALLEN & OVERY LLP

Laura Hall
(laura.hall@allenovery.com)
Jonathan Cho
(jonathan.cho@allenovery.com)

1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

### BAKER & McKENZIE LLP

Jacob Kaplan
(jacob.kaplan@bakermckenzie.com)

452 Fifth Avenue
New York, NY 10018
(212) 891-3896

**BOIES, SCHILLER & FLEXNER LLP**

Alan B. Vickery
(avickery@bsfllp.com)
Jack G. Stern
(jstern@bsfllp.com)

575 Lexington Avenue, 7th Floor
New York, NY 10022
(212) 446-2300

**CADWALADER, WICKERSHAM & TAFT LLP**

Howard R. Hawkins, Jr.
(howard.hawkins@cwt.com)
Ellen M. Halstead
(ellen.halstead@cwt.com)

200 Liberty Street
New York, NY 10281
(212) 504-6000

**DAVIS & GILBERT LLP**

Joseph Cioffi
(jcioffi@dglaw.com)
Bruce Ginsberg
(bginsberg@dglaw.com)
James R. Serritella
(jserritella@dglaw.com)

1740 Broadway
New York, NY 10019
(212) 468-4800

**DEBEVOISE & PLIMPTON LLP**

Erica S. Weisgerber
(eweisgerber@debevoise.com)
Shannon Selden
(srselden@debevoise.com)

919 Third Avenue
New York, NY 10022
(212) 909-6998
(212) 909-6082

**DECHERT LLP**

Gary J. Mennitt
(gary.mennitt@dechert.com)
Daphne Ha
(daphne.ha@dechert.com)

1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

**DENTONS US LLP**

Reid L. Ashinoff
(reid.ashinoff@dentons.com)
Justin N. Kattan
(justin.kattan@dentons.com)

1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

John F. Zulack
(jzulack@fzwz.com)
Elizabeth A. O'Connor
(eoconnor@fzwz.com)

One Liberty Plaza
New York, NY 10006
(212) 412-9500

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

Bruce S. Kaplan
(bkaplan@fklaw.com)
Christopher M. Colorado
(ccolorado@fklaw.com)

7 Times Square
New York, NY 10036-6516
(212) 833-1100

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
(Mking@gibsondunn.com)
Gabriel Herrmann
(gherrmann@gibsondunn.com)

200 Park Avenue
New York, NY 10166
(212) 351-4000

**GOODWIN PROCTER LLP**

William Weintraub
(wweintraub@goodwinlaw.com)
Gregory Fox
(gfox@goodwinlaw.com)

620 Eighth Avenue
New York, NY 10018
(212) 813-8800

**HUNTON & WILLIAMS LLP**

Michael P. Richman
(mrichman@hunton.com)

200 Park Avenue, 52nd Floor
New York, NY 10166
(212) 309-1015

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
(anthony.paccione@kattenlaw.com)
Mark T. Ciani
(mark.ciani@kattenlaw.com)

575 Madison Avenue
New York, NY 10022
(212) 940-8800

**KOBRE & KIM LLP**

D. Farrington Yates
(farrington.yates@kobrekim.com)

800 Third Avenue
New York, NY 10022
(212) 488-1200

**KRUZHKOV RUSSO PLLC**

Robert Sidorsky
(rsidorsky@kruzhkovrusso.com)

350 Fifth Avenue, Suite 7230
New York, NY 10118
(212) 363-2000

**LATHAM & WATKINS LLP**

Christopher R. Harris
(christopher.harris@lw.com)
Thomas J. Giblin
(thomas.giblin@lw.com)

885 Third Avenue
New York, NY 10022
(212) 906-1200

**LITMAN, ASCHE AND GIOIELLA, LLP**

Richard M. Asche
(richardasche@lagnyc.com)

666 Fifth Avenue
New York, NY 10103
(212) 809-4500

**MCKOOL SMITH, PC**

Eric B. Halper
(ehalper@mckoolsmith.com)
Virginia I. Weber
(vweber@mckoolsmith.com)

One Bryant Park, 47th Floor
New York, NY 10036
(212) 402-9413

**MOSES & SINGER LLP**

Mark N. Parry
(mparry@mosessinger.com)

405 Lexington Avenue
New York, NY 10174
(212) 554-7876

**O'MELVENY & MYERS LLP**

Pamela A. Miller
(pmiller@omm.com)

7 Times Square
New York, NY 10036
(212) 326-2000

**O'MELVENY & MYERS LLP**

William J. Sushon
(wsushon@omm.com)
Daniel S. Shamah
(dshamah@omm.com)

7 Times Square
New York, NY 10036
(212) 326-2000

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Jonathan P. Guy
(jguy@orrick.com)

1152 15th Street NW
Washington, DC 20005
(202) 339-8516

**SHEARMAN & STERLING LLP**

Brian Polovoy
(BPolovy@shearman.com)
Randall Martin
(randall.martin@shearman.com)

599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

**SULLIVAN & CROMWELL LLP**

Jeffrey T. Scott
(scottj@sullcrom.com)
Andrew J. Finn
(finna@sullcrom.com)

125 Broad Street
New York, NY 10004
(212) 558-4000

**SULLIVAN & CROMWELL LLP**

Diane L. McGimsey
(mcgimseyd@sullcrom.com)
(*admitted pro hac vice*)

1888 Century Park East
Los Angeles, CA 90067
(310) 712-6600

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

Ralph A. Siciliano
(Siciliano@thsh.com)

900 Third Avenue
New York, NY 10022
(212) 508-6718

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
(eakleinhaus@wlrk.com)

51 West 52nd Street
New York, NY 10019
(212) 403-1000

**WILMER CULTER PICKERING HALE AND DORR LLP**

Andrea J. Robinson
(andrea.robinson@wilmerhale.com)
Charles C. Platt
(charles.platt@wilmerhale.com)
George W. Shuster, Jr.
(george.shuster@wilmerhale.com)

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7518

**WINSTON & STRAWN LLP**

Heather L. Kafele
(hkafele@winston.com)
Keith Palfin
(kpalfin@winston.com)

1700 K Street, N.W.
Washington, DC 20006-3817
(202) 508-8000

**WOLLMUTH MAHER & DEUTSCH LLP**

Philip R. Schatz
(pschatz@wmd-law.com)

500 Fifth Avenue
New York, NY 10110
(212) 382-3300