# EXHIBIT B

## Curriculum Vitae of Brian Lacy

**Bar Admissions**

Called to the Bar of England & Wales: 2006

Admitted as a Barrister of the Eastern Caribbean Supreme Court Virgin Islands): 2012

**Professional Memberships**

British Virgin Islands Bar Association

Director of Recovery and Insolvency Specialists Association (BVI) Ltd

British Russian Law Association

British Ukrainian Law Association

British Kazakh Law Association

Chancery Bar Association

Hon. Society of Lincoln's Inn (and the Lord Denning Society for Scholars of the Inn)

**Employment/Self-employment**

Ogier, BVI, Partner: September 2015-present (Head of Dispute Resolution: May 2016 – present)

Maples & Calder, BVI: August 2012 - September 2015

Littleton Chambers, Inner Temple, London: October 2006-August 2012

BP Collins & Co Solicitors: September 1999-September 2006 (Part-time paralegal)

**Professional Directories**

Chambers & Partners Global 2017, for BVI Dispute Resolution

*"Extremely well prepared, knowledgeable and very creative"; "Client-focused, practical and efficient lawyer"; "A very strong advocate"*

Legal 500 Caribbean, 2017, for BVI Dispute Resolution

*"Giving sound and realistic advice, while fiercely fighting his client's corner and finding creative solutions to advance its interests"; "A delight to work with, knowledgeable and excellent at managing client expectations"*

Chambers & Partners Global 2015, for BVI Dispute Resolution

*"Brian Lacy benefits from a strong background in insolvency, civil fraud and asset tracing, and is singled out by clients, who say: 'He is on top of the details and has an instinctive feel of what works well'"*

Legal 500, Caribbean, 2014 and 2016, Recommended for BVI Dispute Resolution

**Publications**

Author of the BVI Chapter of *Insolvency & Trusts*, INSOL, due October 2017.

Co-author of the BVI chapter of *The Arbitration Review of the Americas*, 2015 and 2014

Co-author of the BVI chapter of *The Dispute Resolution Review*, 7th ed., 2014.

Co-author of *Security for Costs and other Court Ordered Security*, Jordans, 2010.

Contributor to *Restrictive Covenants and Confidential Information*, Brearly & Bloch, Butterworths, 3rd ed., 2009.

**Prizes and Scholarships**

Hon. Soc. of Lincoln's Inn: Lord Brougham Scholarship; Harwicke Entrance Scholarship; and Kennedy Scholarship

University of Edinburgh: Skirving Prize for Philosophy; Seth Prize for Philosophy

**Education**

<u>BPP Law School, London</u>

| | |
|---|---|
| 2005 – 2006 | Bar Vocational Course |
| 2004 – 2005 | Post-Graduate Diploma in Law |

<u>University of Edinburgh</u>

| | |
|---|---|
| 2000 – 2004 | MA (Hons.) Philosophy, First Class Honours |

-4137077-1