**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Reid Ashinoff
reid.ashinoff@dentons.com
Justin N. Kattan
justin.kattan@dentons.com

**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone:  (212) 488-1200
D. Farrington Yates
Farrington.Yates@kobrekim.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>     Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>     Plaintiffs,<br>  -against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>     Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>     Plaintiffs,<br>  -against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br>     Defendants. | Adversary Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>　　　　　Defendants. | Adversary Pro. No. 10-03636 (SMB) |

**NOTICE OF FILING (I) SUPPLEMENTAL REPLY MEMORANDUM OF LAW OF DEFENDANTS IN THE ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS* WITH EXHIBITS A THROUGH H AND (II) DECLARATION OF BRIAN LACY IN FURTHER SUPPORT OF THE MOTION OF THE DEFENDANTS LISTED ON EXHIBIT A TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS* WITH EXHIBITS A THROUGH C**

Pursuant to paragraph I(D) of the *Supplemental Case Management Order of October 18, 2016* and paragraph I(B) of the *Supplemental Case Management Order of March 23, 2017*, Case No. 10-03496 (ECF Nos. 918 and 1326, respectively), EFG Bank and EFG Bank (Monaco), on their behalf and on behalf of the defendants listed in Exhibit A to the Supplemental Reply Memorandum identified below, file the following:

(I)　Supplemental Reply Memorandum of Law of Defendants in the Adversary Proceedings listed on Exhibit A in Opposition to Plaintiffs' Motion for Leave to Amend and in further support of Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* with Exhibits A through H attached thereto, dated June 9, 2017, and

(II)　Declaration of Brian Lacy in further support of the Motion of the Defendants Listed on Exhibit A to Dismiss on Grounds of *Forum Non Conveniens* with Exhibits A through C, dated June 8, 2017,

which have all been filed in Adversary Proceeding No. 10-03496 [ECF Nos. 1482 and 1484 respectively] and made applicable to this Adversary Proceeding.

2

|  |  |
|---|---|
| Dated: June 9, 2017<br>New York, New York | Respectfully submitted,<br><br>BY:  */s/ Justin N. Kattan*<br>**DENTONS US LLP**<br>1221 Avenue of the Americas<br>New York, New York 10022<br>Telephone:  (212) 768-6700<br>Facsimile:  (212) 768-6800<br>Reid Ashinoff<br>reid.ashinoff@dentons.com<br>Justin N. Kattan<br>justin.kattan@dentons.com<br><br>-and-<br><br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200<br>D. Farrington Yates<br>Farrington.Yates@kobrekim.com<br><br>*Attorneys for EFG Bank and EFG Bank (Monaco)* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served electronically on all counsel of record by the CM/ECF system which will send notification of such filings to registered parties, on this June 9, 2017.

                                            */s/ Justin N. Kattan*
                                             Justin N. Kattan