**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10022
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Reid Ashinoff
reid.ashinoff@dentons.com
Justin N. Kattan
justin.kattan@dentons.com

**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone:  (212) 488-1200
D. Farrington Yates
Farrington.Yates@kobrekim.com

*Attorneys for EFG Bank and EFG Bank (Monaco)*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>        Debtors in Foreign Proceedings. | Ch. 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>        -against-<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>        -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>        Defendants. | Adversary Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>        -against- | Adversary Pro. No. 10-03636 (SMB) |

ABN AMRO SCHWEIZ AG a/k/a ABN AMRO
(SWITZERLAND) AG, *et al.*,

            Defendants.

## NOTICE OF FILING SUPPLEMENTAL REPLY MEMORANDUM
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## BASED ON THE DOCTRINE OF *RES JUDICATA*

Pursuant to paragraph I(D) of *the Supplemental Case Management Order of October 18,*

*2016* and paragraph I(B) of the *Supplemental Case Management Order of March 23, 2017*, Case

No. 10-03496 (ECF Nos. 918 and 1326, respectively), EFG Bank and EFG Bank (Monaco), on

their behalf and on behalf of the defendants listed in Appendix A to the Supplemental Reply

Memorandum identified below, file the Supplemental Reply Memorandum in Support of

Defendants' Motion to Dismiss Based on the Doctrine of *Res Judicata* with Appendices A and B

attached thereto, dated June 9, 2017, which has been filed in Adversary Proceeding No. 10-

03496 [ECF No.1486] and made applicable to this Adversary Proceeding.

Dated:  June 9, 2017                                    Respectfully submitted,
        New York, New York

                                    BY:    */s/ Justin N. Kattan*
                                           **DENTONS US LLP**
                                           1221 Avenue of the Americas
                                           New York, New York 10022
                                           Telephone:  (212) 768-6700
                                           Facsimile:  (212) 768-6800
                                           Reid Ashinoff
                                           reid.ashinoff@dentons.com
                                           Justin N. Kattan
                                           justin.kattan@dentons.com

                                           -and-

                                           KOBRE & KIM LLP
                                           800 Third Avenue
                                           New York, New York 10022
                                           Telephone: (212) 488-1200
                                           D. Farrington Yates
                                           Farrington.Yates@kobrekim.com

2

*Attorneys for EFG Bank and EFG Bank (Monaco)*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 9, 2017, a true and correct copy of the foregoing was filed and served electronically on all counsel of record by the CM/ECF system which will send notification of such filings to registered parties.

_/s/ Justin N. Kattan_
Justin N. Kattan

103913748\V-1