**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>*Debtors in Foreign Proceedings.* | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD., *et al.* (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>*Plaintiffs*,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03496 (SMB)<br><br>(Administratively Consolidated) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03636 (SMB) |

**CERTIFICATE OF SERVICE**

I, Kimberly Perrotta Cole, certify as follows:

1. I am an attorney with the law firm of Kobre & Kim LLP, which represents Allianz Bank Financial Advisors S.p.A. in connection with the above-captioned matters (Adv. Pro. Nos. 10-3635 & No. 10-3636). I am admitted to practice before this Court.

3. On June 9, 2017, I caused and directed to be filed and served via CM/ECF in Adversary Proceeding No. 10-3635 a true and correct copy of the Reply Memorandum of Law in Further Support of Its Joinder & Individual Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend & in Support of Defendants' Motion to Dismiss dated June 9, 2017 [ECF No. 315].

4. On June 9, 2017, I further caused and directed to be sent true and correct electronic copies of the items described above in Paragraphs 2 and 3, to various e-mail addresses on file for Brown Rudnick LLP, for the following attorneys:

- David Molton:   dmolton@brownrudnick.com;
                  acunningham@brownrudnick.com;
                  lcanty@brownrudnick.com;
- Daniel Saval:   dsaval@brownrudnick.com;
- Howard Steel:   hsteel@brownrudnick.com;
- Andrew Carty:   acarty@brownrudnick.com;
- Gerard Cicero:  gcicero@brownrudnick.com; and
- Jill Forster:   jforster@brownrudnick.com.

5. On June 9, 2017, I also caused and directed hard copies of the electronically-filed documents to be hand delivered to David Molton, Daniel Saval, Howard Steel, Andrew Carty, Gerard Cicero, Jill Forster, Marek Krzyzowski, and May Orenstein of Brown Rudnick LLP, at 7 Times Square, 46th Floor, New York, NY 10036.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: June 9, 2017
New York, New York

/s/ Kimberly Perrotta Cole
Kimberly Perrotta Cole
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
kimberly.cole@kobrekim.com

*Counsel for Allianz Bank Financial Advisors, S.p.A.*

To: All Counsel of Record Via CM/ECF