UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br> Fairfield Sentry Limited, et al., <br>    Debtors in Foreign Proceedings. | Ch. 15 Case <br> Case No. 10-13164 (SMB) <br> Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof, <br>    Plaintiffs, <br>    – against – <br> Theodoor GGC Amsterdam et al., <br>    Defendants. | Adv. Pro. No. 10-03496 (SMB) <br><br> Procedurally Consolidated <br> Under this Matter |
| Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof, <br>    Plaintiffs, <br>    – against – <br> ABN AMRO Schweiz AG, et al., <br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof, <br>    Plaintiffs, <br>    – against – <br> ABN AMRO Schweiz AG, et al., <br>    Defendants. | Adv. Pro. No. 10-03636 (SMB) |

## CERTIFICATE OF SERVICE

I, Anthony L. Paccione, an attorney admitted to practice in the State of New York, hereby certify under penalty of perjury that on June 9, 2017, I caused true and correct copies of the Individual Reply Brief of RBC Investor Services Bank, S.A. in Opposition to Plaintiffs' Motion for Leave to Amend and in Further Support of Defendants' Motion to Dismiss, dated June 9,

2017, to be served via U.S. certified mail and the United States Bankruptcy Court for the Southern District of New York's ECF system on counsel of record.

Dated: New York, New York
June 12, 2017

                                        KATTEN MUCHIN ROSENMAN LLP

                                        BY:  /s/ Anthony L. Paccione
                                                 Anthony L. Paccione
                                                 anthony.paccione@kattenlaw.com
                                                 575 Madison Avenue
                                                 New York, New York 10022
                                                 (212) 940-8800