UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - -x
In re:                                      :
                                            :
                                            :
Fairfield Sentry Limited, et al.,           :
                                            :
Debtors in Foreign Proceedings              :
- - - - - - - - - - - - - - - - - - - - - -x
Fairfield Sentry Limited, et al.,           :
                                            :
                    Plaintiff,              :
                                            :
                v.                          :
                                            :
Theodoor GGC Amsterdam, et al.,             :
                                            :
                    Defendants.             :
- - - - - - - - - - - - - - - - - - - - - -x
                                            :
This document is submitted in the following :
Adversary Proceedings:                      :
                                            :
10-3635, 10-3636                            :
                                            :
- - - - - - - - - - - - - - - - - - - - -  x
```

Case No. 10-13164 (SMB)

Chapter 15

Jointly Administered

Adv. Pro. No. 10-3496 (SMB)

Administratively Consolidated

## CERTIFICATE OF SERVICE

I, Edward A. Strecker, certify that on June 9, 2017, I filed (1) the *Liechtenstein Defendants' Individual Supplemental Reply Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss*, and accompanying (2) *Supplemental Declaration of Dr. Hilmar Hoch in Opposition to the Foreign Representatives' Motion for Leave to Amend and in Support of the Liechtenstein Banks' Motion to Dismiss*, via the court's Electronic Case Filing system, which caused Notices of Electronic Filing to be transmitted to all counsel of record registered to receive such notification; and that I caused true copies of the above-referenced documents to be served upon the parties / counsel listed below via First Class Mail.

Adler and Co Privatbank AG
Registered Address
Claridenstreasse 22
CH-8022
Zurich

Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC
Registered Address
Level 28 One Raffles Quay
South Tower
Singapore 048583

David Molton
Daniel J. Saval
S. Ethan Bowers
Mary Orenstein
Kerry L. Quinn
Brown Rudnick LLP
7 Times Square
Times Square Tower
New York, NY 10036

National Bank of Kuwait
P.O. Box 95 Safat
13001 Kuwait
Abdullah Al Ahmad Street
Sharq, State of Kuwait

Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV
Registered Address
c/o Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam

Advanced Strategies Limited
17 Ensign House, Admirals Way
Canary Wharf
London, E14 9XQ

Michael E. Wiles
Debevoise & Plimpton LLP
919 3rd Avenue
New York, NY 10022

Susan F. Balaschak
Akerman Senterfitt LLP
666 Fifth Avenue
20th Floor
New York, NY 10103

Bear Stearns Alternative Assets International Limited
1 Canada Square
London, E15 5AD

Bruderer
Stanzautomaten
Engnacherstrasse 44
Frasnacht, CH-9320

CT Corporation
1209 Orange Street
Wilmington, DE 19801

Commercial Bank of Kuwait
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

FS/Bear Stearns Securities Corp. n/k/a J.P. Morgan Clearing Corp.
One Metrotech Center North
Brooklyn, NY 11201

Michael B. Himmel
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

JP Morgan Bank Luxembourg SA
European Banking & Business Center
6 Route de Treves
L-2633
Senningerberg

Eric Mark Kay
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010

Wm. Shaw McDermott
K&L Gates, LLP
One Lincoln Street
Boston, MA 02111-2950

Keith R. Paflin
Shearman & Sterling, LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004

Theodoor Gillissen Bankiers
Keizersgracht 617
1017 DS
Amsterdam

Jay L. Westbrook
4707 Balcones Drive
Austin, TX 78731

JP Morgan Markets Limited f/k/a Bear Stearns International Limited
125 London Wall
London EC2Y 5AJ

I further certify that, on June 12, 2017, I caused true copies of the above referenced

documents to be served by hand delivery upon the Office of the U.S. Trustee at the address

indicated below.

**Office of the United States Trustee**
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Dated:        New York, New York
              June 12, 2017

                                                    Edward A. Strecker
                                                    edward.strecker@friedfrank.com