JENNER & BLOCK LLP
Richard Levin
919 Third Avenue
New York, NY 10022
(212) 891-1600

*Attorneys for Unifortune Conservative*
  *Side Pocket [Not a Juridical Entity]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al.,<br><br>Plaintiffs,<br>v.<br>THEODOOR GGC AMSTERDAM et al.,<br>Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED et al.,<br><br>Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ et al.,<br>Defendants. | Adv. Proc. No. 10-3635 (SMB)<br><br>Adv. Proc. No. 10-3636 (SMB) |

**CERTIFICATE OF SERVICE**

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused *Unifortune Conservative Side Pocket's Supplemental Reply in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss* (ECF No. 316 in Adv. Proc. No. 10-3635; ECF No. 348 in Adv. Proc. No. 10-3636; ECF No.

1501 in Adv. Proc. No. 10-3496) to be filed electronically with the Clerk of the Court using the CM/ECF System on June 9, 2017 and to be sent via email to dmolton@brownrudnick.com on June 12, 2017.

Dated: New York, New York
      June 12, 2017                                  JENNER & BLOCK LLP

                                                By:    /s/Carl N. Wedoff
                                                        Carl N. Wedoff