Marshall R. King
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation),<br>acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496<br><br>(Administratively Consolidated) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and<br>FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),<br>acting by and through the Foreign Representatives thereof,<br>and KENNETH KRYS and CHARLOTTE CAULFIELD,<br>solely in their capacities as Foreign Representatives and<br>Liquidators thereof,<br><br>Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO<br>(SWITZERLAND) AG, et al.,<br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK )

I, ANGEL ARIAS, duly sworn, depose and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP.

2. On Friday June 9, 2017, I electronically filed the Defendants UBS AG and UBS Jersey Nominees' Notice of Joinder in Consolidated Reply Briefing and Individual Supplemental Brief in Opposition to Plaintiffs' Motion for Leave to Amend and in Further Support of Motion To Dismiss. The foregoing were served by email upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated: June 12, 2017
       New York, New York

_____
Angel Arias

Subscribed and sworn to before
me this 12th day of June, 2017.

_____
Notary Public

**DAVID NULSEN**
**Notary Public, State of New York**
**No. 02NU6347323**
**Qualified in Kings County**
**Commission Expires August 29, 2020**