Christopher Harris
Thomas J. Giblin
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for ABN AMRO Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al,<br><br>                    Plaintiffs,<br><br>- against -<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-3496 (SMB)<br><br>Procedurally Consolidated<br>Under this matter |
| Fairfield Sentry Limited, et al,<br><br>                    Plaintiffs,<br><br>- against -<br><br>FS ABN AMRO Global Custody, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-3504 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>                    Plaintiffs, | Adv. Pro. No. 10-3776 (SMB) |

| | |
|---|---|
| - against - <br><br> Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al., <br><br>         Defendants. | |
| Fairfield Sentry Limited (In Liquidation), et al., <br><br>         Plaintiffs, <br><br> - against - <br><br> Fortis Bank Nederland NV, et al., <br><br>         Defendants. | Adv. Pro. No. 11-1614 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al., <br><br>         Plaintiffs, <br><br> - against - <br><br> Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V., et al., <br><br>         Defendants. | Adv. Pro. No. 11-2422 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al., <br><br>         Plaintiffs, <br><br> - against - <br><br> Fortis Bank (Nederland) N.V., et al., <br><br>         Defendants. | Adv. Pro. No. 12-1119 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al., <br><br>         Plaintiffs, <br><br> - against - | Adv. Pro. No. 12-1568 (SMB) |

| | |
|---|---|
| Fortis Global Custody Services, N.V., et al., <br><br>          Defendants. | |
| Fairfield Sentry Limited (In Liquidation), et al., <br><br>          Plaintiffs, <br><br> - against - <br><br> Fortis Bank Cayman Limited n/k/a ABN AMRO Fund Services Bank (Cayman) Limited, et al., <br><br>          Defendants. | Adv. Pro. No. 12-1571 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al., <br><br>          Plaintiffs, <br><br> - against - <br><br> ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al., <br><br>          Defendants. | Adv. Pro. No. 10-3635 (SMB) |
| Fairfield Sentry Limited (In Liquidation), et al. <br><br>          Plaintiffs, <br><br> - against - <br><br> ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al., <br><br>          Defendants. | Adv. Pro. No. 10-3636 (SMB) |

3

**CERTIFICATE OF SERVICE**

I, Christopher Harris, hereby certify that on June 9, 2017, true and correct copies of the Supplemental Reply Memoranda of Law in Support of Defendants' Motion to Dismiss in the above-captioned actions, dated 6/9/17, were caused to be served via Email upon the service list attached hereto as Exhibit A.

Dated: June 12, 2017
      New York, New York　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　By:　/s/ Christopher Harris

　　　　　　　　　　　　　　　　　　　Christopher Harris
　　　　　　　　　　　　　　　　　　　Thomas J. Giblin
　　　　　　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864
　　　　　　　　　　　　　　　　　　　Email: christopher.harris@lw.com
　　　　　　　　　　　　　　　　　　　Email: thomas.giblin@lw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for ABN AMRO Entities*

**Exhibit A**

| | |
|---|---|
| **Fairfield Sentry Limited,**<br>**Fairfield Sigma Limited,**<br>**Fairfield Lambda Limited,**<br>**Kenneth Krys, solely in his capacity as**<br>**Foreign Representative and Liquidator**<br>**thereof.**<br>(10-3504)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com | **Fairfield Sentry Limited (In Liquidation),**<br>**acting by and through the Foreign**<br>**Representative thereof,**<br>**Kenneth Krys, solely in his capacity as**<br>**Foreign Representative and Liquidator**<br>**thereof.**<br>(12-1568)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com |
| **Fairfield Sentry Limited (In Liquidation),**<br>**Kenneth Krys, solely in his capacity as**<br>**Foreign Representative and Liquidator**<br>**thereof,**<br>**Fairfield Sigma Limited (In Liquidation),**<br>**acting by and through the Foreign**<br>**Representative thereof.**<br>(10-3776)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square | **Fairfield Sentry Limited (In Liquidation),**<br>**Kenneth Krys, solely in his capacity as**<br>**Foreign Representative and Liquidator**<br>**thereof.**<br>(12-1571)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800 |

| | |
|---|---|
| Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com | Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com |
| **Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof,**<br>**Kenneth Krys and Joanna Lau, solely in their capacities as Foreign Representatives and Liquidators thereof,**<br>**Kenneth Krys solely in his capacity as Foreign Representative and Liquidator thereof.**<br>(11-1614)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com | **Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited ( In Liquidation), Fairfield Lambda Limited (In Liquidation), Kenneth Krys, solely in his capacity as a Foreign Representative and Liquidator, Joanna Lau, solely in her capacity as a Foreign Representative and Liquidator.**<br>(11-2422)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval** |

6

| | |
|---|---|
| **Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com | Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com |
| **Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representative thereof, acting by and through the Foreign Representative thereof, Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof.**<br>(12-1119)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com | |
| **Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), Fairfield Lambda Limited (In Liquidation), Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof.** | **Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited (In Liquidation), Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof.**<br>(10-3635) |

7

| | |
|---|---|
| (10-3636)<br><br>**David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com | **David Molton**<br>Brown Rudnick LLP<br>7 Times Square<br>Times Square Tower<br>New York, NY 10036<br>212-209-4800<br>Email: dmolton@brownrudnick.com<br><br>**May Orenstein**<br>Brown Rudnick LLP<br>Seven Times Square<br>46th Floor<br>New York, NY 10036<br>(212) 209-4800<br>Email: morenstein@brownrudnick.com<br><br>**Daniel J. Saval**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>Email: dsaval@brownrudnick.com |