UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al.,<br><br>                    Plaintiffs,<br><br>               v.<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                    Defendants<br><br>This brief is submitted in the following Adversary Proceedings:<br><br>10-3635; 10-3636. | Adv. Proc. No. 10-3496 (SMB)<br><br>Consolidated under This Matter |

**DECLARATION OF WILLIAM J. SUSHON IN FURTHER SUPPORT OF
THE SWISS CREDIT SUISSE DEFENDANTS' MOTION TO DISMISS**

I, William J. Sushon, declare under penalty of perjury and 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am a member of O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036, counsel in this action for Credit Suisse AG Zurich and Clariden Leu Ltd. (together, the "Swiss Credit Suisse Defendants"), and a member of the bar of this Court. I respectfully submit this Declaration in further support of the Swiss Credit Suisse Defendants' Motion to Dismiss.

1

2. Exhibit A is a true and correct copy of the Annual Return filed with the United Kingdom's Companies House on June 15, 2016, by Credit Suisse London Nominees Limited and retrieved through the Online Register of the Companies House, available at https://beta.companieshouse.gov.uk/company/01712307/filing-history (last retrieved July 14, 2017).

3. Exhibit B is a true and correct excerpt from the Annual Return filed with the United Kingdom's Companies House on April 24, 2017, by Credit Suisse (UK) Limited and retrieved through the Online Register of the Companies House, available at https://beta.companieshouse.gov.uk/company/02009520/filing-history, (last retrieved July 14, 2017). While we provide only the relevant excerpt in the interest of efficiency, we will make a complete copy of this document available if the Court wishes.

4. Exhibit C is a true and correct copy of a subscription letter dated January 27, 2005, from Credit Suisse AG, on behalf of Credit Suisse London Nominees Limited, to Fairfield Sentry Ltd., c/o Citco Fund Services (Europe) B.V., which was obtained from Credit Suisse AG's files.

Dated: July 17, 2017  
       New York, New York

*/s/ William J. Sushon*  
William J. Sushon