# EXHIBIT A



# AR01 (ef)

## Annual Return



X59P4OE3

*Received for filing in Electronic Format on the:* 22/06/2016

| | |
|---|---|
| Company Name: | **Credit Suisse London Nominees Limited** |
| Company Number: | 01712307 |
| Date of this return: | 15/06/2016 |
| SIC codes: | 74990 |
| Company Type: | **Private company limited by shares** |
| Situation of Registered Office: | COMPLIANCE DEPT, CREDIT SUISSE PRIVATE BANKING 16TH FLOOR<br>FIVE CABOT SQUARE<br>LONDON<br>UNITED KINGDOM<br>E14 4QR |

## Officers of the company

## Company Secretary 1

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | **PAUL EDWARD** |
| *Surname:* | **HARE** |
| *Former names:* | |
| *Service Address:* | **ONE CABOT SQUARE**<br>**LONDON**<br>**UNITED KINGDOM**<br>**E14 4QJ** |

*Company Director*  1

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | IAN MICHAEL |
| *Surname:* | HALE |
| *Former names:* | |
| *Service Address:* | ONE CABOT SQUARE<br>LONDON<br>UNITED KINGDOM<br>E14 4QJ |

*Country/State Usually Resident:* UNITED KINGDOM

*Date of Birth:* **/08/1966          *Nationality:* BRITISH
*Occupation:* CHIEF RISK OFFICER

-------------------------------------------------------------------------------------------------------------------

*Company Director* 2

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | PHILIP MARK DAVID |
| *Surname:* | HARRIS |
| *Former names:* | |
| *Service Address:* | ONE CABOT SQUARE<br>LONDON<br>UNITED KINGDOM<br>E14 4QJ |

*Country/State Usually Resident:*   UNITED KINGDOM

*Date of Birth:*  \*\*/04/1962          *Nationality:* ENGLISH
*Occupation:*    CHIEF EXECUTIVE OFFICER

-----------------------------------------------------------------------------------------------------------

## Company Director  3

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | **SIMON DAVID** |
| *Surname:* | **POLITZER** |
| *Former names:* | |
| *Service Address:* | ONE CABOT SQUARE<br>LONDON<br>UNITED KINGDOM<br>E14 4QJ |
| *Country/State Usually Resident:* | UNITED KINGDOM |
| *Date of Birth:* **/07/1972 | *Nationality:* BRITISH |
| *Occupation:* **BANKER** | |

## Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| **Class of shares** | ORDINARY | *Number allotted* | 100 |
| | | *Aggregate nominal value* | 100 |
| *Currency* | GBP | *Amount paid per share* | 1 |
| | | *Amount unpaid per share* | 0 |

*Prescribed particulars*
**VOTING SHARES**

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency* | GBP | *Total number of shares* | 100 |
| | | *Total aggregate nominal value* | 100 |

## Full Details of Shareholders

The details below relate to individuals / corporate bodies that were shareholders as at 15/06/2016 or that had ceased to be shareholders since the made up date of the previous Annual Return

*A full list of shareholders for the company are shown below*

*Shareholding 1* : **100 ORDINARY shares held as at the date of this return**
*Name:*        **CREDIT SUISSE (UK) LIMITED**

## Authorisation

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.