# EXHIBIT C

**CREDIT SUISSE**

CREDIT SUISSE
Uetlibergstr. 231
Postfach 500
CH-8070 Zürich

Telefon   01 332 30 55
Telefax   01 333 57 38
Telex   812 412
Swift   CRESCHZZ80A
Postcheck   80-500-4

FAIRFIELD SENTRY LTD
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport, Naritaweg 165,
1043 BW Amsterdam
The Nederlands

January 27, 2005

**RE: SUBSCRIPTION**

We note that the minimum subscription as required by the Confidential Private Placement Memorandum dated February 1, 2003, is higher than USD 51'000.-.

By accepting our subscription as of today, the Fund agrees that Credit Suisse, Zurich (whether in its own name or its nominee's or custodian's name, i.e. Credit Suisse London Nominees Ltd.) is permitted to subscribe to the Fund for any amount, provided that any applicable minimum subscription amount required by local legislation will be adhered to.

The Fund agrees that there will be no forced redemption because of minimum holding requirements as defined in the above-mentioned Confidential Private Placement Memorandum and that there will be no minimum for redemptions.

Very truly yours,

CREDIT SUISSE
On behalf of Credit Suisse London Nominees Ltd.

*[signatures]*

C. Libasci
Auth. Signatory

## APPENDIX 1

## LETTER OF NOTIFICATION BY CREDIT SUISSE LONDON NOMINEES LIMITED TO FUND ADMINISTRATORS

Dear Sir or Madam,

**A.    AUTHORISED SIGNATORIES FOR CREDIT SUISSE LONDON NOMINEES LIMITED**

Credit Suisse London Nominees Limited is the nominee company used for custody purposes by Credit Suisse Private Banking London (CSPBL). CSPBL also provides custody services for mutual fund holdings of clients of Credit Suisse in Zurich. As a nominee company, Credit Suisse London Nominees Limited acts as nominee only and has no beneficial interest in shares or units held in its name.

In order to simplify internal procedures specified individuals at **CREDIT SUISSE ZURICH** have been granted limited authority to subscribe for units in mutual funds for their clients in the name of Credit Suisse London Nominees Limited and to redeem those units. It is not intended to put any obligation on you to recognise or differentiate whether units held in the Funds in the name of Credit Suisse London Nominees Limited have been subscribed for by Credit Suisse Zurich or by CSPBL. All custody matters relating to those units will continue to be handled by CSPBL.

Please note that the limited authority is subject to certain terms and conditions, of which you should be aware, including:

1. All notices or information concerning the custody of units, including notifications of dividends or corporate changes, statements or valuations held in the Funds should be sent directly to Head of Mutual Funds Safekeeping, Securities Operations, Credit Suisse Private Banking, 15th Floor, 5 Cabot Square, London, E14 4QR (fax: 44 207 888 5102; e-mail: john.larkin@cspb.com).

2. All contract notes and confirmations should be sent to the office of Credit Suisse from which transaction order or application was received.

3. Credit Suisse Zurich and CSPBL are each responsible for the accuracy of information provided to you in subscription or redemption documents from that particular office and are responsible for ensuring that the terms and conditions and other requirements relating to units in the Funds are complied with.

LDNCOM 37749.06

4. The names and sample signatures of the persons at Credit Suisse Zurich who are authorised to sign subscription and redemption documents for the Funds on behalf of Credit Suisse London Nominees Limited are attached to this letter.

5. The limited authority may be revoked at any time by CSPBL. In the event that such authority is revoked CSPBL will arrange the timely transfer of the holdings back to CSZ.

The terms of the authority do not affect the rights of CSPBL to sign all documents and submit instructions on behalf of Credit Suisse London Nominees Limited.

B. STATEMENTS OF HOLDINGS

As a result of the difficulty experienced by CSPBL in obtaining reconciliation statements during each year for offshore funds, CSPBL has decided to fix the dates on which reconciliations are performed under all of its systems. Therefore you are requested to ensure that all reconciliation statements are prepared as at:

31 March
30 June
30 September
31 December

and forwarded to CSPBL at the address set out in 1 above within 12 business days of such date.

C. ADMINISTRATOR CONTACT DETAILS

In addition, as a major investor, CSPBL requests that you provide it with a single point of contact for you as the administrator of the Funds, including address, telephone, fax and e-mail details, to which CSPBL can direct all queries or questions.

If you have any questions on these matters, please contact the Head of Operations at Credit Suisse Private Banking, 15th Floor, 5 Cabot Square, London E14 4QR (Tel: 44 20 7888 5028; e-mail: dave.morris@cspb.com).

Yours faithfully



For an on behalf of
Credit Suisse London Nominees Limited

## Authorized signatories for Credit Suisse Zürich

| | | |
|---|---|---|
| Calogero Libasci | Peter Füglistaller | Valentina Oroz |
| Tanya Reichen | Joel Meillaud | Gregoire Streiff |
| Marcel Estermann | Michael Van Gelder | Giovanna Lanfranchi |
| Ralf Brodhagen | Ronnie Baggio | Ursula Cremerius |
| Beat Hinder | Gaetan Chabbey | Antonio Battaglia |
| Christoph Krähenbühl | Thomas Wacker | Stephanie Gasser |
| Colin Hawker | Carlos Gonzalez | Emil Stark |

Datum /
Date / Data  28.01.2005   REF.: ZPIE 2

**Credit Suisse, Zürich**

Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Sie erhalten anbei ohne Brief / Veuillez trouver ci-joint, sans lettre
Ricevete accluso senza lettera / We enclose without letter

Please find attached the original forms.
Copies have already been sent to you by fax.
PLEASE AVOID DUPLICATION !!!

☐ Gemäss unserer tel. Unterredung vom
Selon notre entretien téléphonique du
Come da nostra conversazione tel. del
As per our telephone conversation of

☒ Für Ihre Akten
Pour vos dossiers
Per i vostri atti
For your files

☐ Zur Orientierung
A titre d'information
A titolo d'informazione
For your information

☐ Beilagen zu unserem Schreiben vom
En annexe à nos lignes du
Allegato alla nostra lettera del
Enclosure to our communication of

☐ Mit bestem Dank zurück
Retour avec remerciements
Di ritorno con ringraziamenti
Returned with thanks

☐ Zurückerbeten
A nous retourner s.v.p.
Da ritornar
ci p.f.

Contr.:

Mit freundlichen Grüssen  Vos dévoués
Con distinta stima       Yours very truly

**CREDIT SUISSE**

Formular ohne Unterschrift  Formule sans signature
Modulo senza firma          Form without signature

```
*************************
***   SENDEBERICHT   ***
*************************

SENDUNG OK

SE/EM NR                      0445
RUFNR. GEGENSTELLE            000031205722610
UNTERADRESSE
NAME GEGENSTELLE
ANF.ZEIT                      27/01 15:39
ÜB.ZEIT                       06'30
S.                            19
ERGEBNIS                      OK
```

# CREDIT SUISSE

## Facsimile Message

| | |
|---|---|
| To: | Citco Fund Services (Europe) Limited, Amsterdam |
| Attn.: | Shareholder Services |
| Fax No.: | 0031 20 5722 610    Tel No.: 0031 20 5722 830 |
| Date: | 27 January 2005    No. of Pages (incl. cover sheet): 19 |
| From: | **CREDIT SUISSE, 8070 Zurich, Switzerland**<br>Joel Meillaud / Hedge Fund Execution / Dept. ZPIE 2<br>Tel. + 41 1 332 30 55 / Fax. +41 1 332 85 67<br>e-mail: execution.hf@csfs.com |
| re: | **Fund Subscription** |

Dear Sirs,

We would like to place the following order for the next available trade date:

## SUBSCRIPTION

USD 51'000.--          FAIRFIELD SENTRY LTD

**Reference:**
RON THOMANN

**Registration / Settlement:**
Please register the shares in the name of Credit Suisse London Nominees Ltd.

**Payment:**
The subscription amount will be wired for value date January 27, 2005.

Please confirm the receipt of this order and send the confirmation details when available by fax (as above), to our ref.: Dept. ZPIE 2 – Hedge Fund Execution.

Please address any physical confirmation as follows:

Credit Suisse, KSXM 12, P.O. Box 500, 8070 Zurich