SIDLEY AUSTIN LLP
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
| Debtors In Foreign Proceedings. | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 10-03496 (SMB) |
| Theodoor GGC Amsterdam, et al., | Administratively Consolidated |
| Defendants. | |

| | |
|---|---|
| Fairfield Sigma Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | |
| -against- | |
| ABN Amro Schweiz AG, et al., | Adv. Pro. No. 10-03635 (SMB) |
| Defendants. | |

```
Fairfield Sigma Limited, et al. (In Liquidation), acting by and :
through the Foreign Representatives thereof,            :
                                                        :
                          Plaintiffs,                   :
                                                        :  Adv. Pro. No. 10-03636 (SMB)
            -against-                                   :
                                                        :
ABN Amro Schweiz AG, et al.,                            :
                                                        :
                          Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### NOTICE OF WITHDRAWAL OF COUNSEL AND WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Sidley Austin LLP ("Sidley") hereby withdraws as counsel for KBC Investments Ltd. ("KBC") in the above-captioned adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that Sidley hereby withdraws its *Notice of Appearance and Request for Service of Documents,* (entered under Dkt No. 949 in Adv. Proc. No. 10-03496, Dkt. No. 159 in Adv. Proc. No. 10-03635, and Dkt. No. 178 in Adv. Proc. No. 10-03636), and that names, and address of counsel set forth below be removed from the Court's mailing matrix, and service list for the above referenced adversary proceedings.

Alan Unger, Esq.
Andrew P. Propps, Esq.[1]
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019-6022
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: aunger@sidley.com
apropps@sidley.com

---

[1] This Withdrawal of Counsel does not include Andrew Propps' representation of BRED Banque Populaire ("BRED") in Fairfield Sigma Limited (In Liquidation) v. BRED Banque Populaire et al., Adv. Proc. No. 12-01136, and of Public Bank (Hong Kong) Limited and Public Bank (Nominees) Limited ("Public Bank") in Fairfield Sigma Limited (In Liquidation) v. Public Bank (Hong Kong) Limited et al., Adv. Proc. No. 12-01164, along with his representation of BRED and Public Bank in the above-referenced main adversary proceeding, Fairfield Sentry Limited, et al. (In Liquidation) v. Theodoor GGC Amsterdam, et al., Adv. Proc. No. 10-03496 (SMB).

**PLEASE TAKE FURTHER NOTICE** that all claims against KBC were voluntarily dismissed with prejudice by the above-captioned Plaintiff.

Dated: New York, New York
July 18, 2017

SIDLEY AUSTIN LLP

By: ___/s/ Alan M. Unger_____
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for KBC Investments Ltd.*