**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings | Jointly Administered |

| | |
|---|---|
| Fairfield Sentry Limited, et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3496 (SMB) |
| v. | Consolidated under This Matter |
| Theodoor GGC Amsterdam, et al., | |
| Defendants | |
| This document is submitted in the following Adversary Proceedings: | |
| 10-3635; 10-3636. | |

## CERTIFICATE OF SERVICE

I, Daniel S. Shamah, certify that on July 17, 2017, I caused the following documents to

be served by the Electronic Case Filing system for the United States Bankruptcy Court for the

Southern District of New York on all counsel of record in the above-captioned adversary

proceedings:

1. Supplemental Reply Brief in Support of the Swiss Credit Suisse Defendants' Motion to Dismiss

2. Declaration of William J. Sushon in Further Support of the Swiss Credit Suisse Defendants' Motion to Dismiss

Dated: July 21, 2017
     New York, New York

Respectfully submitted,

/s/ Daniel J. Shamah

William J. Sushon
Daniel S. Shamah
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061
E-mail:   wsushon@omm.com
E-mail:   dshamah@omm.com

*Attorneys for the Swiss Credit Suisse
Defendants*