**BROWN RUDNICK LLP**
David J. Molton
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>      Debtors in Foreign Proceedings. | ) **Chapter 15 Case**<br>)<br>) **Case No. 10-13164 (SMB)**<br>)<br>) **Jointly Administered**<br>)<br>) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)**<br>**and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),**<br>**acting by and through the Foreign Representatives thereof,**<br>**and KENNETH KRYS and CHARLOTTE CAULFIELD,**<br>**solely in their capacities as Foreign Representatives and**<br>**Liquidators thereof,**<br>                              **Plaintiffs,**<br><br>            -against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO**<br>**(SWITZERLAND) AG, ADLER AND CO PRIVATBANK**<br>**AG, ALLIANZBANK SPA/UNIFORTUNE**<br>**CONSERVATIVE SIDE POCKET, ALTERNATIVE**<br>**INVESTMENT STRATEGIES, ARSENAL SPC,**<br>**ARSENAL SPC OBO GLASGOW SEG PORT, BANCA**<br>**ARNER SA, BANCA UNIONE DI CREDITO, BANK**<br>**HAPOALIM SWITZERLAND LTD., BANK JULIUS**<br>**BAER & CO. LTD., BANK SARASIN & CIE, BANQUE**<br>**CANTONALE VAUDOISE, BANQUE CRAMER & CIE**<br>**SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund,**<br>**BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex**<br>**Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex**<br>**Banca Del Gottardo, Caceis Bank Luxembourg, CBB**<br>**(BVI)/ The Alkima Fund, CBT Gems Low  Vol Reg,**<br>**Compagnie Bancaire Helvetique, Centrum Bank AG**<br>**(AMS), CLariden Leu Ltd., Corner Banca SA, Credit**<br>**Suisse AG ZuRIch, Dexia Banque International A,**<br>**Luxembourg, Dresdner Bank Schweiz, EFG Bank SA**<br>**Switzerland, EFG Eurofinancier D'Invest MCL,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Adv. Pro. No. 10-03635**<br>) **(SMB)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| **Endurance Absolute Ltd. Master, Fairfield Investment GCI, Fairfield Investment Fund Ltd., Falcon Private Bank, FIF Advanced Ltd., Finter Bank ZuRIch, Harmony Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore Bank AG, KARASEL ENHANCED PORTFOLIO, Karla Multistrategies Ltd., LGT Bank In Liechtenstein AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & CIE, Longboat Ltd., Master Capital and Hedge Fund, NATIONAL BANK OF KUWAIT, NBK Banque Privee Suisse SA, Pictet & CIE, PKB Privatbank AG, Quasar FunDs SPC a/k/a QUASAR FUND SPC CLASS a and class b cgcnv, RBC Dexia Investor Service Julius Baer SICAV, RBS Coutts Bank Ltd., Richourt AAA Multistrategies, RothschIld Bank AG Zurich (Dublin) a/k/a ROTHSCHILD BANK AG, Rothschild Bank Geneva (Dublin), Rothschild Lugano Dublin a/k/a BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS Seeganintersettle, Six SIS Ltd., Societe Generale Bank & Trust, Soundview Fund, Swisscanto FD Centre Clients A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG Zurich, UBS Jersey Nominees, Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## REQUEST FOR ENTRY OF DEFAULT AGAINST
## DEFENDANT MASTER CAPITAL AND HEDGE FUND

**TO:    CLERK OF THE COURT**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Plaintiffs Kenneth M. Krys and Charlotte Caulfield, in their capacities as the duly

appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation)

and Fairfield Sigma Limited (In Liquidation), by and through their undersigned counsel,

respectfully request entry of default and execution of a certificate of default, pursuant to

Bankruptcy Local Rule 7055-1, Federal Rule of Bankruptcy Procedure 7055, and Federal Rule

of Civil Procedure 55, against Defendant Master Capital and Hedge Fund for its failure to plead

or otherwise defend the above-captioned action, as fully appears from the court file herein and

from the attached Declaration of David J. Molton.

Dated:    New York, New York
          October 10, 2017

Respectfully submitted,

**BROWN RUDNICK LLP**

By: __/s/ *David J. Molton*_____
David J. Molton
May Orenstein
Marek P. Krzyzowski
7 Times Square
New York, New York 10036
Tel.: (212) 209-4800
Fax: (212) 209-4801
dmolton@brownrudnick.com
morenstein@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Counsel for the Foreign Representatives*

**BROWN RUDNICK LLP**
David J. Molton
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>      Debtors in Foreign Proceedings.<br><br>**FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)**<br>**and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),**<br>acting by and through the Foreign Representatives thereof,<br>and KENNETH KRYS and CHARLOTTE CAULFIELD,<br>solely in their capacities as Foreign Representatives and<br>Liquidators thereof,<br><br>                     **Plaintiffs,**<br><br>        -against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), CLariden Leu Ltd., Corner Banca SA, Credit Suisse AG ZuRIch, Dexia Banque International A, Luxembourg, Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL,** | **Chapter 15 Case**<br><br>**Case No. 10-13164 (SMB)**<br><br>**Jointly Administered**<br><br><br><br><br><br><br>**Adv. Pro. No. 10-03635**<br>**(SMB)** |

Endurance Absolute Ltd. Master, Fairfield Investment )
GCI, Fairfield Investment Fund Ltd., Falcon Private Bank, )
FIF Advanced Ltd., Finter Bank ZuRIch, Harmony )
Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore )
Bank AG, KARASEL ENHANCED PORTFOLIO, Karla )
Multistrategies Ltd., LGT Bank In Liechtenstein AG, )
Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank )
Geneva, Lombard Odier Darier Hentsch & CIE, Longboat )
Ltd., Master Capital and Hedge Fund, NATIONAL BANK )
OF KUWAIT, NBK Banque Privee Suisse SA, Pictet & )
CIE, PKB Privatbank AG, Quasar FunDs SPC a/k/a )
QUASAR FUND SPC CLASS a and class b cgcnv, RBC )
Dexia Investor Service Julius Baer SICAV, RBS Coutts )
Bank Ltd., Richourt AAA Multistrategies, RothschIld )
Bank AG Zurich (Dublin) a/k/a ROTHSCHILD BANK )
AG, Rothschild Bank Geneva (Dublin), Rothschild Lugano )
Dublin a/k/a BANCA PRIVATA EDMOND DE )
ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS )
Seeganintersettle, Six SIS Ltd., Societe Generale Bank & )
Trust, Soundview Fund, Swisscanto FD Centre Clients )
A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG )
Zurich, UBS Jersey Nominees, Verwaltungs UND Privat- )
Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes )
UND Hypothekenbank Aktiengesellschaft and )
BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE )
NAME OF CGC NA 1-1000, )
)
                                                Defendants. )

## DECLARATION OF DAVID J. MOLTON
## PURSUANT TO FED R. BANKR. P. RULE 7055

I, DAVID J. MOLTON, make this declaration under 28 U.S.C. § 1746 and state as follows:

1.      I am an attorney of record for Plaintiffs Kenneth M. Krys and Charlotte Caulfield, in their capacities as the duly appointed Liquidators and Foreign Representatives (the "Liquidators" or "Plaintiffs") of Fairfield Sentry Limited (In Liquidation) ("Sentry") and Fairfield Sigma Limited (In Liquidation) ("Sigma"), in the above-referenced adversary proceeding. I am authorized to make this Declaration and have personal knowledge of the facts stated herein. I make this Declaration in support of Plaintiffs' request that the Clerk of the Court

2

enter default and execute a Certificate of Default against Defendant Master Capital and Hedge Fund ("Defendant").

2.      On April 20, 2010, Sentry commenced an action against Defendant in the Supreme Court of the State of New York by filing a Summons with Notice.

3.      On July 22, 2010, the Court issued a decision and order recognizing the liquidation proceedings for Sentry, Sigma, and Fairfield Lambda Limited (In Liquidation) ("Lambda"), in the British Virgin Islands (the "BVI Liquidations") as foreign main proceedings under Chapter 15 (the "United States Recognition Order").

4.      After the entry of the United States Recognition Order, on September 7, 2010, the New York state court action against Defendant was removed to the United States District Court for the Southern District of New York.  By Order dated September 7, 2010, the action was then transferred to the United States Bankruptcy Court for the Southern District of New York [Dkt. No. 1].  The docket for this Adversary Proceeding was opened by the Bankruptcy Court on September 21, 2010.

5.      Plaintiffs filed the original Complaint (the "Original Complaint") against the Defendant on September 21, 2010 [Dkt. No. 8].  A Summons and Notice of Pre-Trial Conference in an Adversary Proceeding (the "Summons") was duly issued to the Defendant by the Clerk of the Bankruptcy Court on October 4, 2010 [Dkt. No. 11].

6.      On October 22, 2010, the Summons and Original Complaint were duly served on the Defendant via International Registered Mail by depositing same in an official depository under the exclusive care and custody of the United States Postal Service [Dkt. No. 79].[1]

---

[1]      The Subscription Agreement concerning these claims, to which Defendant is bound, provides that "Subscriber consents to the service of process out of any New York court in any such Proceeding by the mailing of copies thereof, by certified or registered mail, return receipt requested, addressed to the Subscriber at the address of Subscriber then appearing on the Fund's records."  (Complaint, ¶ 19.)

7.      By Order dated November 18, 2010, the Court consolidated certain adversary proceedings commenced by Plaintiffs, including this Adversary Proceeding (the "Adversary Proceedings").

8.      After consolidation, on January 10, 2011, Plaintiffs filed the First Amended Complaint (the "First Amended Complaint") against the Defendant [Dkt. No. 67].

9.      On January 26, 2011, the First Amended Complaint was duly served on the Defendant via International Registered Mail by depositing same in an official depository under the exclusive care and custody of the United States Postal Service [Dkt. No. 78].

10.     On May 3, 2011, Plaintiffs filed the Second Amended Complaint (the "Complaint") against the Defendant [Dkt. No. 86].

11.     On May 10, 2011, the Complaint was duly served on the Defendant via International Registered Mail by depositing same in an official depository under the exclusive care and custody of the United States Postal Service.  The Affidavits of Service evidencing service are on file in this adversary proceeding [Dkt. Nos. 78, 79, and 91] and are annexed hereto as **Exhibit A**.[2]

12.     On October 19, 2011, the Court (Lifland, J.) issued an Order staying the Adversary Proceedings, including this Action, subject to certain exceptions enumerated therein (the "Stay Order") [Consol. Adv. Pro. No. 10-03496, Dkt. No. 418], pending developments in connection with an appeal of certain orders and a judgment entered in proceedings before the

---

[2]      Under the Order Establishing Case Management Procedures to Govern Redeemer Actions, filed on May 5, 2012 [Consol. Adv. Pro. No. 10-03496, Dkt. No. 467] (the "2012 CMO"), Plaintiffs were direct to serve on defendants in the Adversary Proceedings, only the initial complaint and summons.  Plaintiffs were required to serve hard copies of any amended complaints only on "defendants being added to the action through such amendment."  (*Id.* ¶ 11.)  Further, the 2012 CMO provided that "[n]o Affidavits of Service need be filed with the Court or served on any party, other than with respect to service of complaints and summonses pursuant to paragraph 11."  (*Id.* ¶ 12.)

British Virgin Islands High Court of Justice, Commercial Division (the "BVI Redeemer Actions"). The Stay Order had the effect of deferring to a later date the deadlines to move, answer, or otherwise respond to the complaints in the Adversary Proceedings. The Court revisited the move and answer deadlines in July 2016 as described below.

13.    Plaintiffs filed the Third Amended Complaint against the Defendant on July 20, 2012 [Dkt. No. 121].

14.    On July 7, 2016, following the issuance of a decision in the BVI Redeemer Actions, the Liquidators sought a status conference to lift the stay and proceed with the Adversary Proceedings. [Consol. Adv. Pro. No. 10-03496, Dkt. No. 897].

15.    A status conference was held by the Court on July 27, 2016, at which time Plaintiffs sought permission to proceed with the amendment of certain complaints, including the complaint against Defendant. At the status conference, the Court directed Plaintiffs to file the proposed amended complaints and directed the parties to meet and confer after the proposed amended complaints were filed as to a schedule for briefing. [Consol. Adv. Pro. No. 10-3496, Dkt. No. 906, at 69:18-21, 73:2-6.]

16.    Pursuant to the directive of the Court, on September 20, 2016, Plaintiffs filed the Proposed Fourth Amended Complaint against Defendant. On October 18, 2016, counsel for Plaintiffs and certain appearing defendants presented to the Court a joint supplemental case management order setting forth an integrated briefing schedule for: (a) Plaintiffs' motion for leave to file amended complaints; and (b) motions to dismiss to be filed by defendants in the Adversary Proceedings. The proposed joint supplemental case management order provided non-appearing defendants with an opportunity to participate in the motion practice. On October 21, 2016, the Court signed the Supplemental Case Management Order (the "Supplemental CMO"). [Consol. Dkt. Adv. Pro. No. 10-03496, No. 918].

17.    The Court set the following deadlines in the Supplemental CMO, *inter alia*:

    a.    January 13, 2017, for the defendants to file a consolidated motion to dismiss; and

    b.    January 27, 2017, for all defendants to file an individual or supplemental motion to dismiss, or to join the consolidated motion to dismiss.[3]

18.    The Supplemental CMO also provides that "[n]othing in this [Supplemental CMO] shall limit Plaintiffs' rights, if any, with respect to any Defendant that fails to appear or move to dismiss (or join the Motion to Dismiss) by January 27, 2017, including but not limited to seeking entries of default . . . ." *See* Supplemental CMO, ¶ III.C.

19.    Defendant has not appeared in this Adversary Proceeding, nor has it filed an answer or otherwise responded to the Complaint. The time for Defendant to answer, move to dismiss, join the Consolidated Motion to Dismiss, or otherwise respond to the Complaint under the Supplemental CMO has now expired.

20.    The Defendant is neither an infant, in the military, nor an incompetent person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2017 at New York, New York.

                                                     /s/ *David J. Molton*
                                                     David J. Molton

---

[3]    Pursuant to the Supplemental CMO, "[a]ny Defendant properly served that fails to move to dismiss (or join the Motion to Dismiss) on or before January 27, 2017 shall not be permitted to later move to dismiss (or join the Motion to Dismiss) unless such Defendant seeks leave from this Court and good cause is shown by such Defendant for its failure to timely move." See Supplemental CMO, ¶ I.F.

# EXHIBIT A

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings.<br>───────────────────────────────<br>**FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof,**<br><br>                    Plaintiffs,<br><br>    -against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BANQUE SAFDIE SA, BARCLAY'S BANK PLC SINGAPORE WEALTH a/k/a BARCLAYS BANK PLC, BBH LUX GUARDIAN II a/k/a BROWN BROTHERS HARRIMAN, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK** | ) Chapter 15 Case<br>)<br>) **Case No. 10-13164**<br>) **(BRL)**<br>)<br>) **Jointly**<br>) **Administered**<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Adv. Pro. No. 10-**<br>) **03635 (BRL)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

| LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, | ) |
|---|---|
| CBT GEMS LOW VOL REG, COMPAGNIE | ) |
| BANCAIRE HELVETIQUE, CENTRUM BANK AG | ) |
| (AMS), CLARIDEN LEU LTD., CORNER BANCA SA, | ) |
| CREDIT SUISSE AG ZURICH, DEXIA BANQUE | ) |
| INTERNATIONAL A LUXEMBOURG, DRESDNER | ) |
| BANK SCHWEIZ, EFG BANK SA SWITZERLAND, | ) |
| EFG EUROFINANCIER D'INVEST MCL, | ) |
| ENDURANCE ABSOLUTE LTD. MASTER, | ) |
| FAIRFIELD INVESTMENT GCI, FAIRFIELD | ) |
| INVESTMENT FUND LTD., FAIRFIELD MASTERS | ) |
| LTD., FALCON PRIVATE BANK, FCL IFP GLOBAL | ) |
| DIVERSIFIED CLS, FIF ADVANCED LTD., FINTER | ) |
| BANK ZURICH, HARMONY CAPITAL FUND LTD., | ) |
| IHAG HANDELSBANK AG, INCORE BANK AG, JP | ) |
| MORGAN (SUISSE) SA, KARLA MULTISTRATEGIES | ) |
| LTD., KBC INVESTMENTS LTD., LGT BANK IN | ) |
| LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB | ) |
| REINVEST AMS, LLOYDS TSB BANK GENEVA, | ) |
| LOMBARD ODIER DARIER HENTSCH & CIE, | ) |
| LONGBOAT LTD., MASTER CAPITAL AND HEDGE | ) |
| FUND, NBK BANQUE PRIVEE SUISSE SA, PICTET & | ) |
| CIE, PKB PRIVATBANK AG, PRIVATE SPACE LTD., | ) |
| QUASAR FUNDS SPC a/k/a QUASAR FUND SPC | ) |
| CLASS A AND CLASS B CGCNV, RBC DEXIA | ) |
| INVESTOR SERVICE JULIUS BAER SICAV, RBS | ) |
| COUTTS BANK LTD., RICHOURT AAA | ) |
| MULTISTRATEGIES, ROTHSCHILD BANK AG | ) |
| ZURICH (DUBLIN) a/k/a ROTHSCHILD BANK AG, | ) |
| ROTHSCHILD BANK GENEVA (DUBLIN), | ) |
| ROTHSCHILD LUGANO DUBLIN a/k/a BANCA | ) |
| PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., | ) |
| SELLA BANK AG, SIS SEEGANINTERSETTLE, SIX | ) |
| SIS LTD., SOCIETE GENERALE BANK & TRUST, | ) |
| SOUNDVIEW FUND, SPRINGER FUND OF FUNDS | ) |
| LTD., SWISSCANTO FD CENTRE CLIENTS A/C, T1 | ) |
| GLOBAL FUND LTD., TEOREMA ALTERNATIVE | ) |
| STRATEGIES, UBS AG NEW YORK, UBS AG | ) |
| ZURICH, UBS JERSEY NOMINEES, VERWALTUNGS | ) |
| UND PRIVAT-BANK AG AKTIENGESELLSCHAFT | ) |
| (AMS), VORARLBERGER LANDES UND | ) |
| HYPOTHEKENBANK ANKIENGESELLSCHARFT and | ) |
| BENEFICIAL OWNERS OF ACCOUNTS HELD IN | ) |
| THE NAME OF CGC NA 1-1000, | ) |

Defendants.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      1.      Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      3.      On the 7th day of February, 2011, I caused to be served a true and correct copy of the First Amended Complaint against ABN AMBRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al., by enclosing same in a postage pre-paid envelope to be delivered via First Class Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Heather Kafele
Keith Palfin
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004-2634
*Counsel for Defendant BBVA (Suisse) SA*

      2.      On the 26th day of January, 2011, I caused to be served a true and correct copy of the First Amended Complaint against ABN AMBRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al., by enclosing same in a postage pre-paid envelope to be delivered via Certified Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

3

UBS AG New York
101 Park Avenue
New York NY 10178

Bank Hapoalim (Suisse) Ltd.
c/o Hapoalim U.S.A. Holding Company, Inc.
Attn:  Roni Leshchinski, Chief Executive Officer
1177 Ave Of The Americas
New York, New York 10036

Beneficial Owners of the Accounts Held in the Name of
Bank Hapoalim (Suisse) Ltd. 1-1000
c/o Bank Hapoalim (Suisse) Ltd.
c/o Hapoalim U.S.A. Holding Company, Inc.
Attn:  Roni Leshchinski, Chief Executive Officer
1177 Ave Of The Americas
New York, New York 10036


        4.      On the 26th day of January, 2011, I caused to be served a true and correct

copy of the First Amended Complaint against ABN AMBRO Schweiz AG a/k/a ABN

AMRO (Switzerland) AG, et al., filed in this proceeding, by enclosing same in a postage

pre-paid envelope to be delivered via International Registered Mail and depositing same

in an official depository under the exclusive care and custody of the United States Postal

Service within the State of New York, upon the following:

                    **SEE ATTACHED SERVICE LIST**


                                        /s/  Christopher Michael Lau Kamg
                                        Christopher Michael Lau Kamg



Sworn to before me this
6th day of April, 2011.

/s/ Vicki A. Goldstein___
Notary Public

4

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

## **SERVICE LIST**

**ABN Amro Schweiz AG**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**ABN Amro Schweiz AG**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**ABN Amro Schweiz AG**
c/o ABN AMRO Private Banking (Switzerland)
Case postale 3026
CH-1211 Genève 3
Switzerland

**ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG**
Beethovenstrasse 33
8002 Zurich, Switzerland

**Adler and Co. Privatbank AG**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Adler and Co. Privatbank AG**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Adler and Co. Privatbank AG**
Claridenstrasse 22
8022 Zürich
Switzerland

**Adler and Co Privatbank AG**
Claridenstreasse 22
CH-8022 Zurich
Switzerland

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o AllianzBank S.p.A.
Piazza Erculea 15
20122 Milano
Italy

**Allianzbank SPA/Unifortune Conservative Side Pocket**
Via Donizetti 53
Milan 20128
Italy

**Alternative Investment Strategies**
Trafalgar Court
Admiral Park
St Peter Port
Guernsey GY1 2JA

**Alternative Investment Strategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

7

**Alternative Investment Strategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Alternative Investment Strategies**
c/o Absolute Performance Ltd.
Bamboo Gate
11 Harbour Road
Paget PG 03
Bermuda

**Arsenal SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC**
Corporate Centre West Bay Road
P.O. Box 31106
SMB
Grand Cayman, Cayman Islands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC Obo Glasgow SEG Port**

8

Rue de la Croiz 19
1203 Geneva, Switzerland

**Banca Arner SA**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banca Arner SA**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**Banca Arner SA**
Piazza Manzoni 8
CH-6901 Lugano
Switzerland

**Banca Unione Di Credito**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banca Unione Di Credito**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banca Unione Di Credito**
c/o BSI SA
Palazzo Riva
Via Magatti 2
6900 - Lugano - CH
P.O. Box 5886, Lugano – CH
Switzerland

**Banca Unione di Credito**
Piazza Dante 7
CH-6901 Lugano
Switzerland

**Bank Hapoalim (Suisse) Ltd.**
18 Boulevard Royal
B.P. 703
L-2017 Luxembourg

**Bank Hapoalim Switzerland Ltd**
Stockerstrasse 33
P.O. Box 1801
CH-8027 Zurich
Switzerland

**Bank Julius Baer & Co. Ltd.**
Bahnhofstrasse, 36 – P.O. Box
8010 Zurich
Switzerland

**Bank Julius Baer & Co. Ltd**
Hohlstrasse 602
CH-8010 Zurich
Switzerland

**Bank Sarasin & Cie**
Bk Sarasin & Cie Basel
62 Elisabethenstrasse
Postfach
Basel CH-4002
Switzerland

**Bank Sarasin & Cie**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Bank Sarasin & Cie**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road

10

Cork, Ireland

**Bank Sarasin & Cie**
Elizabethenstrasse 62
CH-4002 Basel
Switzerland

**Banque Cantonale Vaudoise**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cantonale Vaudoise**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cantonale Vaudoise**
Place St-François 14
1003 Lausanne
Switzerland

**Banque Cantonale Vaudoise**
BCV
Case postale 300
1001 Lausanne
Switzerland

**Banque Cantonale Vaudoise**
Place St. Francois 14
CH-1001 Lausanne
Switzerland

**Banque Cramer & CIE SA**
22 Avenue de Miremont
1206 Genève, Switzerland

**Banque Cramer & CIE SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

11

**Banque Cramer & CIE SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cramer & Cie**
20-22 Avenue de Miremont
P.O. Box 403
CH-1211 Geneva 12
Switzerland

**Banque Safdie SA**
1, rue de la Tour-de-l'Ile
Case postale 5415
CH-1211 Genève 11

**Banque Safdie SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Safdie SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
Level 29, South Tower
One Raffles Quay South Tower
Singapore 048583

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road

Cork, Ireland

**Barclay's Bank PLC Singapore Wealth a/k/a Barclays Bank PLC**
Level 28 One Raffles Quay
South Tower, Singapore 048583
Singapore

**BBH Lux Guardian II a/k/a Brown Brothers Harriman**
2-8, Avenue Charles de Gaulle
Luxembourg L-2014
Luxembourg

**BBH Lux Guardian II**
c/o Citco Global Custody N.V.
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BBH Lux Guardian II**
c/o Brown Brothers Harriman (Luxembourg) S.C.A
2-8 Avenue Charles De Gaulle
B.P. 403
L-2014, Luxembourg

**BBH Lux Ref Fairfield GRN**
c/o Brown Brothers Harriman (Luxembourg)
2-8, Avenue Charles de Gaulle
L-2014 LUXEMBOURG

**BBH Lux Ref Fairfield GRN**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBH Lux Ref Fairfield GRN**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BBH Lux Ref Fairfield GRN**
33 Boulevard Prince Henri BP 403
Luxembourg L 2014

Luxembourg

**BCV AMC Defensive AL Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BCV AMC Defensive AL Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BCV AMC Defensive AL Fund**
Place St. Francois
CH-1001 Lausanne
Switzerland

**BNP Paribas (Suisse) SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**BNP Paribas (Suisse) SA**
Place de Hollande 2
Case postale
CH-1211 Genève 11

**BNP Paribas (Suisse) SA Ex Fortis**
20, boulevard des Philosophes
Case postale 188
Genève,  1211
Switzerland

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BNP Paribas (Suisse) SA Ex Fortis**
2 Place de Hollande
Case Postale
CH-1211 Geneva
Switzerland

**BNP Paribas (Suisse) SA Private**
Place de Hollande 2
Case postale
Geneva,  1211
Switzerland

**BNP Paribas (Suisse) SA Private**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BNP Paribas (Suisse) SA Private**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**

15

c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI AG**
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI AG**
Via Peri 23
CH-6901 Lugano
Switzerland

**BSI Ex Banca Del Gottardo**
c/o BSI SA
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI Ex Banca Del Gottardo**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI Ex Banca Del Gottardo**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI Ex Banca Del Gottardo**
Viale S Franscini 8
CH-6900 Lugano
Switzerland


**Caceis Bank Luxembourg**
Caceis BL
5 Allee Scheffer
L-2520 Luxembourg
Luxembourg

16

**CBB (BVI)/ The Alkima Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
One Montague Place 1st Floor
East Bay Street
P.O. Box N-4906
Nassau, Bahamas

**CBT Gems Low Vol Reg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Compagnie Bancaire Helvetique**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Compagnie Bancaire Helvetique**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

17

**Compagnie Bancaire Helvetique**
Boulevard Emile-Jaques-Dalcroze 7
P.O. Box 3754
1211 Geneva 3

**Compagnie Bancaire Helvetique**
Route de Chancy 6B
Case Postale 64
CH-1211 Geneva 8
Switzerland

**Centrum Bank AG (AMS)**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Centrum Bank AG (AMS)**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Centrum Bank AG (AMS)**
c/o Centrum Bank Aktiengesellschaft
Kirchstrasse 3
9490 Vaduz
Liechtenstein

**Centrum Bank AG (AMS)**
Kirchstrasse 3
Postfach 1168
Vaduz FL 9490
Liechtenstein

**Clariden Leu Ltd.**
Bahnhofstrasse 32
CH-8001 Zürich

**Clariden Leu Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165

18

1043BW Amsterdam
The Netherlands

**Clariden Leu Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Clariden Leu Ltd**
Bahhofstrasse 32
P.O. Box CH-8070
Zurich, Switzerland

**Corner Banca SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Corner Banca SA**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Cornèr Banca SA**
Via Canova 16
6901 Lugano/Switzerland

**Credit Suisse AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Credit Suisse AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

19

**Credit Suisse AG Zurich**
Paradeplatz 8
8070 Zurich
Switzerland

**Credit Suisse AG Zurich**
P.O. Box 300
Uetlibergstrasse 231
CH-8070 Zurich, Switzerland

**Dexia Banque International A Luxembourg**
69 Route d'Esch
Luxembourg,  1470
Luxembourg

**Dexia Banque International A Luxembourg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dexia Banque International A Luxembourg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dexia Banque International A Luxembourg**
69 Route D'Esch
Luxembourg L-2953
Luxembourg

**Dresdner Bank Schweiz**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland
**Dresdner Bank Schweiz**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

20

**Dresdner Bank Schweiz**
c/o LGT Bank (Switzerland) Ltd
Utoquai 55
Zurich,  8034
Switzerland

**Dresdner Bank Schweiz**
LGT Bank In Liechtenstein AG ex DBS
Herrengasse 12
Vaduz FL-9490
Liechtenstein

**EFG Bank SA Switzerland**
Talstrasse, 82
P.O. Box 6084
8023 Zurich
Switzerland

**EFG Bank SA Switzerland**
24 Quai du Seujet
CP 2391 1211 Geneve 2
Switzerland

**EFG Eurofinancier D'Invest MCL**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**EFG Eurofinancier D'Invest MCL**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**EFG Eurofinancier D'Invest MCL**
15 Avenue D'Ostende
Monaco 98000
Monaco

**EFG Eurofinancier D'Invest MCL**
Villa les Aigles
15 Avenue D'Ostenede
Monaco MC 9800

21

**Endurance Absolute Ltd. Master**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Endurance Absolute Ltd. Master**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Endurance Absolute Ltd. Master**
c/o Argyle Investment Advisors
Iveagh Ltd
21 Queen Anne's Gate
London SW1H 9BU
UK

**Fairfield Investment GCI**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Investment GCI**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Investment GCI**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

**Fairfield Investment Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Fairfield Investment Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands
**Fairfield Investment Fund Ltd**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

**Fairfield Masters Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Masters Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Masters Ltd.**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

**Falcon Private Bank**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Falcon Private Bank**
Pelikanstrasse 37
P.O. Box 1376
8021 Zurich, Switzerland

**FCL IFP Global Diversified CLS**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**FCL IFP Global Diversified CLS**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**FCL IFP Global Diversified CLS**
c/o Fortune Asset Management Ltd
10 Exchange Street
Primrose Street
London EC2A2BY
UK

**FIF Advanced Ltd.**
c/o Advanced Strategies Ltd
45 Beech Street
London
England
EC2Y 8AD

**FIF Advanced Ltd.**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

**FIF Advanced Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**FIF Advanced Ltd.**
c/o Citco Bank Nederland NV

24

Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Finter Bank Zurich**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Finter Bank Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Finter Bank Zurich**
Head Office
Claridenstrasse 35
8002 Zurich
Switzerland

**Finter Bank Zurich**
Corso S Gottardo 35
CH-6830 Chiasso
Switzerland

**Harmony Capital Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Harmony Capital Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Harmony Capital Fund Ltd**
c/o Jason Capital Partners LLP
28 Grosvenor Street
London W1K 4QR

UK

**Harmony Capital Fund Ltd.**
Chancery Hall
52 Reid Street
Hamilton HM 12, Bermuda

**IHAG Handelsbank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**IHAG Handelsbank AG**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**IHAG Handelsbank AG**
Bleicherweg 18
8022- Zurich
Switzerland

**Incore Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Incore Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**InCore Bank AG**
Dreikönigstrasse 8
P.O. Box
CH-8022 Zürich
Switzerland

**JP Morgan (Suisse) SA**
c/o Citco Data Processing Services Ltd.

26

2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**JP Morgan (Suisse) SA**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**JP Morgan (Suisse) SA**
Case Postale 5160
8 rue de la Confederation,
Geneve
CH-1204 11 Switzerland

**Karla Multistrategies Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Karla Multistrategies Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**KBC Investments LTD.**
111 Old Broad Street, 3rd Floor
EC2N 1FP London

**KBC Investments LTD**
140 East 45th Street, 42nd Floor
New York, New York 10017

**LGT Bank In Liechtenstein AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**LGT Bank In Liechtenstein AG**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**LGT Bank In Liechtenstein AG**
Herrengasse 12
FL-9490 Vaduz
Leichtenstein

**Liechtensteinische LB Reinvest AMS**
c/o Liechtensteinische Landesbank AG
Städtle 44
P. O. Box 384
9490 Vaduz, Liechtenstein

**Lloyds TSB Bank Geneva**
1, Place Bel-Air
Case Postale 5145
CH-1211 Geneva 11

**Lloyds TSB Bank Geneva**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Lloyds TSB Bank Geneva**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Lombard Odier Darier Hentsch & Cie**
11 Rue de la Corraterie
Case Postale 1211 Geneva 11
Switzerland

**Lombard Odier Darier Hentsch & Cie**
Rue de la Corraterie 11
1204 Geneva
Switzerland

**Longboat Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Longboat Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

**Master Capital and Hedge Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**NBK Banque Privee Suisse SA**
Quai du Mont Blanc 21
P.O. Box 1923

1211 Geneva
Switzerland

**NBK Banque Privee Suisse SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**NBK Banque Privee Suisse SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**NBK Banque Privee Suisse SA**
Quai du Mont Blanc 21
P.O. Box 1923
Geneva 1
Switzerland

**Pictet & Cie**
Route Des Acacias 60
1211 Geneve 73
Switzerland

**PKB Privatbank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**PKB Privatbank AG**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**PKB Privatbank AG**
Via S. Balestra 1
CH – 6901 Lugano
Switzerland

**Private Space Ltd.**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Private Space Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Private Space Ltd**
7 Rue du Gabian
MC 98000
Monaco

**Quasar Funds SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Quasar Funds SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV**
c/o Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

**RBC Dexia Investor Service Julius Baer SICAV**
c/o RBC Dexia Investor Services Limited
77 Queen Victoria Street
London, UK
EC4V 4AY

**RBC Dexia Investor Service Julius Baer SICAV**
c/o RBC Dexia Investor Services Limited

71 Queen Victoria Street
London, UK
EC4V 4DE

**RBC Dexia Investor Service Julius Baer SICAV**
Dexia Fund Services
69 Route D'Esch
Luxembourg L-2953
Luxembourg

**RBS Coutts Bank Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**RBS Coutts Bank Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**RBS Coutts Bank Ltd.**
Stauffacherstrasse 1
P.O. Box
CH-8022 Zurich
Switzerland

**RBS Coutts Bank Ltd**
P.O. Box 2200
Stauffacherstrasse 1
CH-8022 Zurich
Switzerland

**Richourt AAA Multistrategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Richourt AAA Multistrategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam

32

The Netherlands

**Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG**
Zollikerstrasse 181
CH-8034 Zurich
Switzerland

**Rothschild Bank AG Zurich (Dublin)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Rothschild Bank AG Zurich (Dublin)**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Bank AG Zurich (Dublin)**
c/o Rothschild Bank AG
Zollikerstrasse 181
8034 Zurich
Switzerland

**Rothschild Bank Geneva (Dublin)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Rothschild Bank Geneva (Dublin)**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Bank Geneva (Dublin)**
21 rue du Rhône
1211 Geneva
Switzerland

**Rothschild Bank Geneva (Dublin)**
Banca Privee Edmond de Rothschild

33

18 rue de Hesse
CH-1204 Geneva, Switzerland

**Rothschild Lugano Dublin**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Lugano Dublin**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Rothschild Lugano Dublin a/k/a**
**Banca Privata Edmond de Rothschild Lugano S.A.**
Via Ginevra 2
CH-6900 Lugano
Switzerland

**Sella Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Sella Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Sella Bank AG**
Corso Elvezia 9
Casella Postale 5863
PO Box 5863
CH-6901 Lugano
Switzerland

**Sella Bank AG**
19 Rue de la Croix-d'Or
Case postale
CH-1211 Genève 3

Switzerland

**Sella Bank AG**
Corso Elvezia 9
CH-6900 Lugano
Switzerland

**SIS Seeganintersettle**
c/o SIX SIS Ltd
Baslerstrasse 100
CH-4600 Olten

**SIS Seeganintersettle**
Baslerstrasse 100
CH-4601 Olten
Switzerland

**SIX SIS Ltd**
Baslerstrasse 100
CH-4600 Olten

**Six SIS Ltd**
Baslerstrasse 100
CH-4601 Olten
Switzerland

**SIS Seeganintersettle**
c/o SIX SIS Ltd
Brandschenkestrasse 47
CH-8002 Zurich

**SIX SIS Ltd**
Brandschenkestrasse 47
CH-8002 Zurich

**Societe Generale Bank & Trust**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Societe Generale Bank & Trust**
11 Avenue Emile Reuter
L-2420 Luxembourg

**Societe Generale Bank & Trust**
11-13 Avenue Emile Reuter
BP 1271 L-2420 Luxembourg

**Societe Generale Bank & Trust**
11-13 Avenue Emile Reuter
Luxembourg L-2420
Luxembourg

**Soundview Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Soundview Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Springer Fund of Funds Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Springer Fund of Funds Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Springer Fund of Funds Ltd**
c/o Union Bancaire Privee Asset Mgt
P.O. Box HM 3399
Hamilton HM11
Bermuda

**Swisscanto FD Centre Clients A/C**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Swisscanto FD Centre Clients A/C**
c/o Swisscanto Funds Centre Limited, 4th Floor
51 Moorgate
London EC2R 6BH
United Kingdom

**T1 Global Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**T1 Global Fund Ltd.**
c/o Citco Global Custody NV Ref 209896
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**T1 Global Fund Ltd**
c/o Trust and Gain Asset Management
Corso San Gottardo 46
6830 Chiasso
Switzerland

**T1 Global Fund Ltd**
Tim Richards
c/o Mourant Ozannes
Harbour Centre
42 North Church Streeet
PO Box 1348
Gran Cayman KY 1-1108
Cayman Island

**Teorema Alternative Strategies**
c/o Teorema Asset Management Ltd
1 Montague Place
1st Floor
East Bay Street
P.O. Box N4906
Nassau, Bahamas

**Teorema Alternative Strategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park

Kinsale Road
Cork, Ireland

**Teorema Alternative Strategies**
P.O. Box 31106 SMB
Corporate Centre West Bay Road
Grand Cayman,
Cayman Island

**Teorema Alternative Strategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**UBS AG New York**
c/o UBS AG (Inc.)
Attn: Oswald J. Grubel, Chief Executive Officer
Bahnhofstrasse 45
8001
Zurich

**UBS AG Zurich**
Albisriederplatz 8
8004 Zürich
Switzerland

**UBS AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**UBS AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**UBS AG Zurich**
UBS Wealth Management
Badenerstrasse 574/C
CH-8098 Zurich
Switzerland

38

**UBS Jersey Nominees**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**UBS Jersey Nominees**
c/o Citco Global Custody NV Ref UBS Jersey
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**UBS Jersey Nominees**
P.O. Box 350
24 Union Street
St Helier JE4 8UJ
Jersey, UK

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
Aeulestrasse 6
9490 Vaduz
Liechtenstein

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
Im Zentrum
Vaduz FL-9490
Liechtenstein

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
Hypo-Passage 1

Bregenz,  6900
Austria

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft**
Hypo-Passage 1
Bregenz 6900
Austria

**Beneficial Owners Of The Accounts Held
In The Name Of CGC (NA)  1-1000**
c/o Citco Global Securities Services Ltd
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Beneficial Owners Of The Accounts Held
In The Name Of CGC (NA)  1-1000**
c/o Citco
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| Fairfield Sentry Limited, et al., | ) Case No. 10-13164 (BRL) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| | ) |
| | ) |
| Fairfield Sentry Limited (In Official | ) Adv. Pro. No. 10-3635 |
| Liquidation), acting by and through the | ) |
| Foreign Representatives thereof, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| ABN AMRO Schweiz AG, Adler and Co | ) |
| Privatbank AG, Allianzbank | ) |
| SPA/Unifortune Conservative Side Pocket, | ) |
| Alternative Investment Strategies, Arsenal | ) |
| SPC, Arsenal SPC OBO Glasgow SEG Port, | ) |
| Banca Arner SA, Banca Unione Di Credito, | ) |
| Bank Hapoalim Switzerland Ltd., Bank | ) |
| Julius Baer & Co. Ltd., Bank Sarasin & | ) |
| CIE, Banque Cantonale Vaudoise, Banque | ) |
| Cramer & CIE SA, Banque Safdie SA, | ) |
| Barclay's Bank PLC Singapore Wealth, | ) |
| BBH Lux Guardian II, BBH Lux Ref | ) |
| Fairfield GRN, Bbva (Suisse) SA, BCV | ) |
| AMC Defensive AL Fund, BNP Paribas | ) |
| (Suisse) SA, BNP Paribas (Suisse) SA Ex | ) |

Fortis, BNP Paribas (Suisse) SA Private, )
BSI AG, BSI Ex Banca Del Gottardo, Caceis )
Bank Luxembourg, CBB (BVI)/ The Alkima )
Fund, CBT Gems Low Vol Reg, Compagnie )
Bancaire Helvetique, Centrum Bank AG )
(AMS), Fidulex Managament Inc, Lariden )
Leu Ltd., Corner Banca SA, Credit Suisse )
AG Zuirch, Dexia Banque International A )
Luxembourg, Dresdner Bank Schweiz, EFG )
Bank SA Switzerland, EFG Eurofinancier )
D'Invest MCL, Endurance Absolute Ltd. )
Master, Fairfield Investment GCI, Fairfield )
Investment Fund Ltd., Fairfield Masters )
Ltd., Falcon Private Bank, FCL IFP Global )
Diversified CLS, FIF Advanced Ltd., Finter )
Bank Zuirch, Harmony Capital Fund Ltd., )
IHAG Handelsbank AG, Incore Bank AG, )
JP Morgan (Suisse) SA, Karla )
Multistrategies Ltd., KBC Investments )
LTD., LGT Bank In Liechtenstein AG, )
Liechtensteinische LB Reinvest AMS, )
Lloyds TSB Bank Geneva, Lombard Odier )
Darier Hentsch & CIE, Longboat Ltd., )
Master Capital and Hedge Fund, NBK )
Banque Privee Suisse SA, Pictet & CIE, )
PKB Privatbank AG, Private Space Ltd., )
Quasar Funs SPC, RBC Dexia Investor )
Service Julius Baer SICAV, RBS Coutts )
Bank Ltd., Richourt AAA Multistrategies, )
Rothschold Bank AG Zurich (Dublin), )
Rothschild Bank Geneva (Dublin), )
Rothschild Lugano Dublin, Sella Bank AG, )
SIS Seeganintersettle, Six SIS Ltd., Societe )
Generale Bank & Trust, Soundview Fund, )
Springer Fund of Funds Ltd., Swisscanto )
FD Centre Clients A/C, T1 Global Fund )
Ltd., Teorema Alternative Strategies, UBS )
AG New York, UBS AG Zurich, UBS Jersey )
Nominees, Verwaltungs UND Privat-Bank )
AG Aktiengesellschaft (AMS), Vorarlberger )
Landes UND Hypothekenbank )
Ankiengesellscharft and Beneficial Owners )
of the Accounts Held in the Name of CGC )
NA 1-1000, )
                    Defendants. )
                                        )

2

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

    1.    Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

    2.    On the 22nd day of October, 2010 I caused to be served a true and correct copy of the Complaint against ABN AMBRO Schweiz AG  etal., filed in this proceeding, together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

## SEE ATTACHED SERVICE LIST

 

 

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
6th day of April, 2011.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

3

## <u>SERVICE LIST</u>

**Alternative Investment Strategies**
Trafalgar Court
Admiral Park
St Peter Port
Guernsey GY1 2JA

**Alternative Investment Strategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Alternative Investment Strategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cantonale Vaudoise**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cantonale Vaudoise**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cantonale Vaudoise**
Place St-François 14
1003 Lausanne
Switzerland

**Banque Cantonale Vaudoise**
BCV
Case postale 300
1001 Lausanne
Switzerland

**Banque Cramer & CIE SA**
22 Avenue de Miremont
 1206 Genève, Switzerland

**Banque Cramer & CIE SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cramer & CIE SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Safdie SA**
1, rue de la Tour-de-l'Ile
Case postale 5415
CH-1211 Genève 11

**Banque Safdie SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Safdie SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
Level 29, South Tower
One Raffles Quay South Tower
Singapore 048583

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BCV AMC Defensive AL Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BCV AMC Defensive AL Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Ex Fortis**
20, boulevard des Philosophes
Case postale 188
Genève,  1211
Switzerland

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBH Lux Ref Fairfield GRN**
c/o Brown Brothers Harriman (Luxembourg)
2-8, Avenue Charles de Gaulle
L-2014 LUXEMBOURG

**BBH Lux Ref Fairfield GRN**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBH Lux Ref Fairfield GRN**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Private**
Place de Hollande 2
Case postale
Geneva,  1211
Switzerland

**BNP Paribas (Suisse) SA Private**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park

Kinsale Road
Cork, Ireland

**BNP Paribas (Suisse) SA Private**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI AG**
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI Ex Banca Del Gottardo**
c/o BSI SA
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI Ex Banca Del Gottardo**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI Ex Banca Del Gottardo**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Lariden Leu Ltd.**
Bahnhofstrasse 32
CH-8001 Zürich

**Lariden Leu Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Lariden Leu Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Credit Suisse AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park

Kinsale Road
Cork, Ireland

**Credit Suisse AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Credit Suisse AG Zurich**
Paradeplatz 8
8070 Zurich
Switzerland

**Dexia Banque International A Luxembourg**
69 Route d'Esch
Luxembourg,  1470
Luxembourg

**Dexia Banque International A Luxembourg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dexia Banque International A Luxembourg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dresdner Bank Schweiz**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dresdner Bank Schweiz**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dresdner Bank Schweiz**
c/o LGT Bank (Switzerland) Ltd
Utoquai 55
Zurich,  8034
Switzerland

**EFG Eurofinancier D'Invest MCL**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**EFG Eurofinancier D'Invest MCL**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**EFG Eurofinancier D'Invest MCL**
15 Avenue D'Ostende
Monaco 98000
Monaco

**Endurance Absolute Ltd. Master**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Endurance Absolute Ltd. Master**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Investment GCI**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Investment GCI**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Masters Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Masters Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Falcon Private Bank**
Pelikanstrasse 37
P.O. Box 1376
8021 Zurich, Switzerland

**FIF Advanced Ltd.**
c/o Advanced Strategies Ltd
45 Beech Street
London
England
EC2Y 8AD

**FIF Advanced Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**FIF Advanced Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Harmony Capital Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Harmony Capital Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Harmony Capital Fund Ltd.**
Chancery Hall
52 Reid Street
Hamilton HM 12, Bermuda

**Karla Multistrategies Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Karla Multistrategies Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Bank Nederland NV

Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**KBC Investments LTD.**
111 Old Broad Street, 3rd Floor
EC2N 1FP London

**Lloyds TSB Bank Geneva**
1, Place Bel-Air
Case Postale 5145
CH-1211 Geneva 11

**Lloyds TSB Bank Geneva**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Lloyds TSB Bank Geneva**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Longboat Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Longboat Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**NBK Banque Privee Suisse SA**
Quai du Mont Blanc 21
P.O. Box 1923
1211 Geneva
Switzerland

**NBK Banque Privee Suisse SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**NBK Banque Privee Suisse SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Quasar Funds SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Quasar Funds SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**RBS Coutts Bank Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**RBS Coutts Bank Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**RBS Coutts Bank Ltd.**
Stauffacherstrasse 1
P.O. Box
CH-8022 Zurich
Switzerland

**Richourt AAA Multistrategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Richourt AAA Multistrategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Lugano Dublin**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Lugano Dublin**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Sella Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Sella Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Sella Bank AG**
Corso Elvezia 9
Casella Postale 5863
PO Box 5863
CH-6901 Lugano
Switzerland

**Sella Bank AG**
19 Rue de la Croix-d'Or
Case postale
CH-1211 Genève 3
Switzerland

**Soundview Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Soundview Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Springer Fund of Funds Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Springer Fund of Funds Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Teorema Alternative Strategies**
c/o Teorema Asset Management Ltd
1 Montague Place
1st Floor
East Bay Street
P.O. Box N4906
Nassau, Bahamas

**Teorema Alternative Strategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Teorema Alternative Strategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**UBS AG Zurich**
Albisriederplatz 8
8004 Zürich
Switzerland

**UBS AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**UBS AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
Aeulestrasse 6
9490 Vaduz
Liechtenstein

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
Hypo-Passage 1
Bregenz,  6900
Austria

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Beneficial Owners Of The Accounts Held
In The Name Of Citco Global Custody (NA) NV 1-1000**
c/o Citco Global Custody (NA) NV
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Beneficial Owners Of The Accounts Held**
**In The Name Of Citco Global Custody (NA) NV 1-1000**
c/o Citco Global Custody (NA) NV
Telestone 8 – Teleport
Naritaweg 165
Amsterdam, 1043 BW
Netherlands

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) Case No. 10-13164 |
| | ) (BRL) |
| Debtors in Foreign Proceedings. | ) |
| | ) Jointly Administered |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof,** | ) |
| | ) |
| | ) |
| | ) Adv. Pro. No. 10-03635 |
| | ) (BRL) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| **ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BANQUE SAFDIE SA, BARCLAYS BANK PLC SINGAPORE WEALTH a/k/a BARCLAYS BANK, PLC, BBH LUX GUARDIAN II a/k/a BROWN BROTHERS HARRIMAN, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK** | ) |

LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT )
GEMS LOW VOL REG, COMPAGNIE BANCAIRE )
HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN )
LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG )
ZURICH, DEXIA BANQUE INTERNATIONAL A )
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG )
BANK SA SWITZERLAND, EFG EUROFINANCIER )
D'INVEST MCL, ENDURANCE ABSOLUTE LTD. )
MASTER, FAIRFIELD INVESTMENT GCI, FAIRFIELD )
INVESTMENT FUND LTD., FAIRFIELD MASTERS LTD., )
FALCON PRIVATE BANK, FCL IFP GLOBAL )
DIVERSIFIED CLS, FIF ADVANCED LTD., FINTER )
BANK ZURICH, HARMONY CAPITAL FUND LTD., IHAG )
HANDELSBANK AG, INCORE BANK AG, JP MORGAN )
(SUISSE) SA, KARASEL ENHANCED PORTFOLIO, )
KARLA MULTISTRATEGIES LTD., KBC INVESTMENTS )
LTD., LGT BANK IN LIECHTENSTEIN AG, )
LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS )
TSB BANK GENEVA, LOMBARD ODIER DARIER )
HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL )
AND HEDGE FUND, NATIONAL BANK OF KUWAIT, )
NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB )
PRIVATBANK AG, PRIVATE SPACE LTD., QUASAR )
FUNDS SPC a/k/a QUASAR FUND SPC CLASS A AND )
CLASS B CGCNV, RBC DEXIA INVESTOR SERVICE )
JULIUS BAER SICAV, RBS COUTTS BANK LTD., )
RICHOURT AAA MULTISTRATEGIES, ROTHSCHILD )
BANK AG ZURICH (DUBLIN) a/k/a ROTHSCHILD BANK )
AG, ROTHSCHILD BANK GENEVA (DUBLIN), )
ROTHSCHILD LUGANO DUBLIN a/k/a BANCA PRIVATA )
EDMOND DE ROTHSCHILD LUGANO S.A., SELLA )
BANK AG, SIS SEEGANINTERSETTLE, SIX SIS LTD., )
SOCIETE GENERALE BANK & TRUST, SOUNDVIEW )
FUND, SPRINGER FUND OF FUNDS LTD., SWISSCANTO )
FD CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., )
TEOREMA ALTERNATIVE STRATEGIES, UBS AG NEW )
YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, )
VERWALTUNGS UND PRIVAT-BANK AG )
AKTIENGESELLSCHAFT (AMS), VORARLBERGER )
LANDES UND HYPOTHEKENBANK )
AKTIENGESELLSCHAFT and BENEFICIAL OWNERS )
OF ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000, )
                                                   )
                              **Defendants.** )

2

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )


1.       Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a

party to the within action, am over 18 years of age and reside in Brooklyn, New York.

2.       On the 6th day of May, 2011, I caused to be delivered a true and correct copy of

the Second Amended Complaint against ABN AMRO SCHWEIZ AG a/k/a ABN AMRO

(SWITZERLAND) AG, et al., filed in this proceeding, by enclosing same in a postage pre-paid

envelope to be delivered via First Class Mail and depositing same in an official depository under

the exclusive care and custody of the United States Postal Service within the State of New York,

upon the following:

Heather Kafele
Keith Palfin
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW Suite 900
Washington, DC 20004-2634
*Counsel for Defendant BBVA (Suisse) SA*

Lance Gotthoffer
John Scalzo
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
*Counsel for Defendant T1 Global Fund Ltd
and Defendant Teorema Alternative Strategies*

Jon Murphy
UBS AG
Director and Counsel
1285 Avenue of the Americas, 13th Floor
New York, NY 10019

Marshall King
Jennifer C. Halter
Lisa D. Keith
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 1016600193
*Counsel for Defendant UBS Jersey Nominees*

      3.      On the 10th day of May, 2011, I caused to be served a true and correct copy of the Second Amended Complaint against ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al., filed in this proceeding, by enclosing same in a postage pre-paid envelope to be delivered via Certified Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

**Bank Hapoalim Switzerland Ltd.**
c/o Hapoalim U.S.A. Holding Company, Inc.
Attn:  Roni Leshchinski, Chief Executive Officer
1177 Ave Of The Americas
New York, New York 10036

**KBC Investments LTD**
140 East  45th Street, 42nd Floor
New York, New York 10017

**Fairfield Investment GCI**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

**Fairfield Investment Fund Ltd**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

**Fairfield Masters Ltd.**
Fairfield Greenwich Group
Finance Group

919 Third Avenue
New York 10022

**FIF Advanced Ltd.**
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022


4.      On the 10th day of May, 2011, I caused to be served a true and correct copy of the

Second Amended Complaint against ABN AMRO SCHWEIZ AG a/k/a ABN AMRO

(SWITZERLAND) AG, et al., filed in this proceeding, by enclosing same in a postage pre-paid

envelope to be delivered via International Registered Mail and depositing same in an official

depository under the exclusive care and custody of the United States Postal Service within the

State of New York, upon the following:

**ABN Amro Schweiz AG**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**ABN Amro Schweiz AG**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**ABN Amro Schweiz AG**
c/o ABN AMRO Private Banking (Switzerland)
Case postale 3026
CH-1211 Genève 3
Switzerland

**ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG**
Beethovenstrasse 33
8002 Zurich, Switzerland

**Adler and Co. Privatbank AG**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Adler and Co. Privatbank AG**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Adler and Co. Privatbank AG**
Claridenstrasse 22
8022 Zürich
Switzerland

**Adler and Co Privatbank AG**
Claridenstreasse 22
CH-8022 Zurich
Switzerland

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o AllianzBank S.p.A.
Piazza Erculea 15
20122 Milano
Italy

**Allianzbank SPA/Unifortune Conservative Side Pocket**
Via Donizetti 53
Milan 20128
Italy

**Alternative Investment Strategies**
c/o Absolute Performance Ltd.
Bamboo Gate
11 Harbour Road
Paget PG 03
Bermuda

**Arsenal SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC**
Corporate Centre West Bay Road
P.O. Box 31106
SMB
Grand Cayman, Cayman Islands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Arsenal SPC OBO Glasgow SEG Port**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Arsenal SPC Obo Glasgow SEG Port**
Rue de la Croiz 19
1203 Geneva, Switzerland

**Banca Arner SA**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banca Arner SA**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**Banca Arner SA**
Piazza Manzoni 8
CH-6901 Lugano
Switzerland

**Banca Unione Di Credito**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banca Unione Di Credito**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banca Unione Di Credito**
c/o BSI SA
Palazzo Riva
Via Magatti 2
6900 - Lugano - CH
P.O. Box 5886, Lugano – CH
Switzerland

8

**Banca Unione di Credito**
Piazza Dante 7
CH-6901 Lugano
Switzerland

**Bank Hapoalim Switzerland Ltd.**
18 Boulevard Royal
B.P. 703
L-2017 Luxembourg

**Bank Hapoalim Switzerland Ltd**
Stockerstrasse 33
P.O. Box 1801
CH-8027 Zurich
Switzerland

**Bank Julius Baer & Co. Ltd.**
Bahnhofstrasse, 36 – P.O. Box
8010 Zurich
Switzerland

**Bank Julius Baer & Co. Ltd**
Hohlstrasse 602
CH-8010 Zurich
Switzerland

**Bank Sarasin & Cie**
Bk Sarasin & Cie Basel
62 Elisabethenstrasse
Postfach
Basel CH-4002
Switzerland

**Bank Sarasin & Cie**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Bank Sarasin & Cie**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road

9

Cork, Ireland

**Bank Sarasin & Cie**
Elizabethenstrasse 62
CH-4002 Basel
Switzerland

**Banque Cantonale Vaudoise**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cantonale Vaudoise**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cantonale Vaudoise**
Place St-François 14
1003 Lausanne
Switzerland

**Banque Cantonale Vaudoise**
BCV
Case postale 300
1001 Lausanne
Switzerland

**Banque Cantonale Vaudoise**
Place St. Francois 14
CH-1001 Lausanne
Switzerland

**Banque Cramer & CIE SA**
22 Avenue de Miremont
1206 Genève, Switzerland

**Banque Cramer & CIE SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banque Cramer & CIE SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Cramer & Cie**
20-22 Avenue de Miremont
P.O. Box 403
CH-1211 Geneva 12
Switzerland

**Banque Safdie SA**
1, rue de la Tour-de-l'Ile
Case postale 5415
CH-1211 Genève 11

**Banque Safdie SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banque Safdie SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
Level 29, South Tower
One Raffles Quay South Tower
Singapore 048583

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Barclay's Bank PLC Singapore Wealth**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park

11

Kinsale Road
Cork, Ireland

**Barclay's Bank PLC Singapore Wealth a/k/a Barclays Bank PLC**
Level 28 One Raffles Quay
South Tower, Singapore 048583
Singapore

**BBH Lux Guardian II a/k/a Brown Brothers Harriman**
2-8, Avenue Charles de Gaulle
Luxembourg L-2014
Luxembourg

**BBH Lux Guardian II**
c/o Citco Global Custody N.V.
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BBH Lux Guardian II**
c/o Brown Brothers Harriman (Luxembourg) S.C.A
2-8 Avenue Charles De Gaulle
B.P. 403
L-2014, Luxembourg

**BBH Lux Ref Fairfield GRN**
c/o Brown Brothers Harriman (Luxembourg)
2-8, Avenue Charles de Gaulle
L-2014 LUXEMBOURG

**BBH Lux Ref Fairfield GRN**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBH Lux Ref Fairfield GRN**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BBH Lux Ref Fairfield GRN**
33 Boulevard Prince Henri BP 403

12

Luxembourg L 2014
Luxembourg

**BCV AMC Defensive AL Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BCV AMC Defensive AL Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BCV AMC Defensive AL Fund**
Place St. Francois
CH-1001 Lausanne
Switzerland

**BNP Paribas (Suisse) SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**BNP Paribas (Suisse) SA**
Place de Hollande 2
Case postale
CH-1211 Genève 11

**BNP Paribas (Suisse) SA Ex Fortis**
20, boulevard des Philosophes
Case postale 188
Genève,  1211
Switzerland

13

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BNP Paribas (Suisse) SA Ex Fortis**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BNP Paribas (Suisse) SA Ex Fortis**
2 Place de Hollande
Case Postale
CH-1211 Geneva
Switzerland

**BNP Paribas (Suisse) SA Private**
Place de Hollande 2
Case postale
Geneva,  1211
Switzerland

**BNP Paribas (Suisse) SA Private**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BNP Paribas (Suisse) SA Private**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI AG**

14

c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI AG**
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH
Switzerland

**BSI AG**
Via Peri 23
CH-6901 Lugano
Switzerland

**BSI Ex Banca Del Gottardo**
c/o BSI SA
Palazzo Botta
Viale Franscini 8
6901 - Lugano – CH

**BSI Ex Banca Del Gottardo**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BSI Ex Banca Del Gottardo**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BSI Ex Banca Del Gottardo**
Viale S Franscini 8
CH-6900 Lugano
Switzerland

**Caceis Bank Luxembourg**
Caceis BL
5 Allee Scheffer
L-2520 Luxembourg
Luxembourg

**CBB (BVI) / The Alkima Fund**
c/o Fidelity Corporate Services
2nd Floor Mill Mall Tower
Widhams Cay 1
Road Town, Tortola
British Virgin Islands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**CBB (BVI)/ The Alkima Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
One Montague Place 1st Floor
East Bay Street
P.O. Box N-4906
Nassau, Bahamas

**CBT Gems Low Vol Reg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**CBT Gems Low Vol Reg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Compagnie Bancaire Helvetique**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Compagnie Bancaire Helvetique**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**Compagnie Bancaire Helvetique**
Boulevard Emile-Jaques-Dalcroze 7
P.O. Box 3754
1211 Geneva 3

**Compagnie Bancaire Helvetique**
Route de Chancy 6B
Case Postale 64
CH-1211 Geneva 8
Switzerland

**Centrum Bank AG (AMS)**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Centrum Bank AG (AMS)**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Centrum Bank AG (AMS)**
c/o Centrum Bank Aktiengesellschaft
Kirchstrasse 3
9490 Vaduz
Liechtenstein

**Centrum Bank AG (AMS)**
Kirchstrasse 3
Postfach 1168
Vaduz FL 9490
Liechtenstein

**Clariden Leu Ltd.**
Bahnhofstrasse 32
CH-8001 Zürich

**Clariden Leu Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Clariden Leu Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Clariden Leu Ltd**
Bahhofstrasse 32
P.O. Box CH-8070
Zurich, Switzerland

**Corner Banca SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Corner Banca SA**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Cornèr Banca SA**
Via Canova 16
6901 Lugano/Switzerland

**Credit Suisse AG Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Credit Suisse AG Zurich**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Credit Suisse AG Zurich**
Paradeplatz 8
8070 Zurich
Switzerland

**Credit Suisse AG Zurich**
P.O. Box 300
Uetlibergstrasse 231
CH-8070 Zurich, Switzerland

**Dexia Banque International A Luxembourg**
69 Route d'Esch
Luxembourg,  1470
Luxembourg

**Dexia Banque International A Luxembourg**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dexia Banque International A Luxembourg**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dexia Banque International A Luxembourg**
69 Route D'Esch
Luxembourg L-2953
Luxembourg

**Dresdner Bank Schweiz**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Dresdner Bank Schweiz**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Dresdner Bank Schweiz**
c/o LGT Bank (Switzerland) Ltd
Utoquai 55
Zurich,  8034
Switzerland

**Dresdner Bank Schweiz**
LGT Bank In Liechtenstein AG ex DBS
Herrengasse 12
Vaduz FL-9490
Liechtenstein

**EFG Bank SA Switzerland**
Talstrasse, 82
P.O. Box 6084
8023 Zurich
Switzerland

**EFG Bank SA Switzerland**
24 Quai du Seujet
CP 2391 1211 Geneve 2
Switzerland

**EFG Eurofinancier D'Invest MCL**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**EFG Eurofinancier D'Invest MCL**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**EFG Eurofinancier D'Invest MCL**
15 Avenue D'Ostende
Monaco 98000

Monaco

**EFG Eurofinancier D'Invest MCL**
Villa les Aigles
15 Avenue D'Ostenede
Monaco MC 9800

**Endurance Absolute Ltd. Master**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Endurance Absolute Ltd. Master**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands
**Endurance Absolute Ltd. Master**
c/o Argyle Investment Advisors
Iveagh Ltd
21 Queen Anne's Gate
London SW1H 9BU
UK

**Fairfield Investment GCI**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Investment GCI**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Investment Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Fairfield Investment Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Fairfield Masters Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Fairfield Masters Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Falcon Private Bank**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Falcon Private Bank**
Pelikanstrasse 37
P.O. Box 1376
8021 Zurich, Switzerland

**FCL IFP Global Diversified CLS**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**FCL IFP Global Diversified CLS**
c/o Citco Bank Nederland NV

Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**FCL IFP Global Diversified CLS**
c/o Fortune Asset Management Ltd
10 Exchange Street
Primrose Street
London EC2A2BY
UK

**FIF Advanced Ltd.**
c/o Advanced Strategies Ltd
45 Beech Street
London
England
EC2Y 8AD

**FIF Advanced Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**FIF Advanced Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Finter Bank Zurich**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Finter Bank Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Finter Bank Zurich**
Head Office
Claridenstrasse 35
8002 Zurich
Switzerland

**Finter Bank Zurich**
Corso S Gottardo 35
CH-6830 Chiasso
Switzerland

**Harmony Capital Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Harmony Capital Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Harmony Capital Fund Ltd**
c/o Jason Capital Partners LLP
28 Grosvenor Street
London W1K 4QR
UK

**Harmony Capital Fund Ltd.**
Chancery Hall
52 Reid Street
Hamilton HM 12, Bermuda

**IHAG Handelsbank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**IHAG Handelsbank AG**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam

24

The Netherlands

**IHAG Handelsbank AG**
Bleicherweg 18
8022- Zurich
Switzerland
**Incore Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Incore Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**InCore Bank AG**
Dreikönigstrasse 8
P.O. Box
CH-8022 Zürich
Switzerland

**JP Morgan (Suisse) SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**JP Morgan (Suisse) SA**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**JP Morgan (Suisse) SA**
Case Postale 5160
8 rue de la Confederation,
Geneve
CH-1204 11 Switzerland

**Karla Multistrategies Ltd.**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Karla Multistrategies Ltd.**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**KBC Investments LTD.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**KBC Investments LTD.**
111 Old Broad Street, 3rd Floor
EC2N 1FP London

**LGT Bank In Liechtenstein AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**LGT Bank In Liechtenstein AG**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

26

**LGT Bank In Liechtenstein AG**
Herrengasse 12
FL-9490 Vaduz
Leichtenstein

**Liechtensteinische LB Reinvest AMS**
c/o Liechtensteinische Landesbank AG
Städtle 44
P. O. Box 384
9490 Vaduz, Liechtenstein

**Lloyds TSB Bank Geneva**
1, Place Bel-Air
Case Postale 5145
CH-1211 Geneva 11

**Lloyds TSB Bank Geneva**
Place Bel-Air 1
CH-1211 Geneva 2
Switzerland

**Lloyds TSB Bank Geneva**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Lloyds TSB Bank Geneva**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Lombard Odier Darier Hentsch & Cie**
11 Rue de la Corraterie
Case Postale 1211 Geneva 11
Switzerland

**Lombard Odier Darier Hentsch & Cie**
Rue de la Corraterie 11
1204 Geneva
Switzerland

**Longboat Ltd.**
c/o Citco Bank Nederland NV

27

Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Longboat Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Master Capital and Hedge Fund**
c/o Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

**Master Capital and Hedge Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Master Capital and Hedge Fund**
c/o Graham Cook, TMF (BVI) Limited
TMF Place, PO Box 964
Road Town Tortola
British Virgin Islands

**NBK Banque Privee Suisse SA**
Quai du Mont Blanc 21
P.O. Box 1923
1211 Geneva
Switzerland

**NBK Banque Privee Suisse SA**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165

1043BW Amsterdam
The Netherlands

**NBK Banque Privee Suisse SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**NBK Banque Privee Suisse SA**
Quai du Mont Blanc 21
P.O. Box 1923
Geneva 1
Switzerland

**Pictet & Cie**
Route Des Acacias 60
1211 Geneve 73
Switzerland

**PKB Privatbank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**PKB Privatbank AG**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**PKB Privatbank AG**
Via S. Balestra 1
CH – 6901 Lugano
Switzerland

**Private Space Ltd.**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Private Space Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Private Space Ltd**
7 Rue du Gabian
MC 98000
Monaco

**Quasar Funds SPC**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Quasar Funds SPC**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Quasar Funds SPC**
c/o Jarrod Farley
Maples Corporate Services Limited
PO Box 309, Ugland House
South Church Street
George Town, Grand Cayman KY-1104
Cayman Islands

**Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV**
c/o Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

**RBC Dexia Investor Service Julius Baer SICAV**
c/o RBC Dexia Investor Services Limited
77 Queen Victoria Street
London, UK
EC4V 4AY

**RBC Dexia Investor Service Julius Baer SICAV**
c/o RBC Dexia Investor Services Limited
71 Queen Victoria Street
London, UK

30

EC4V 4DE

**RBC Dexia Investor Service Julius Baer SICAV**
Dexia Fund Services
69 Route D'Esch
Luxembourg L-2953
Luxembourg

**RBS Coutts Bank Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**RBS Coutts Bank Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**RBS Coutts Bank Ltd.**
Stauffacherstrasse 1
P.O. Box
CH-8022 Zurich
Switzerland

**RBS Coutts Bank Ltd**
P.O. Box 2200
Stauffacherstrasse 1
CH-8022 Zurich
Switzerland

**Richourt AAA Multistrategies**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Richourt AAA Multistrategies**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

31

**RothschIld Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG**
Zollikerstrasse 181
CH-8034 Zurich
Switzerland

**Rothschild Bank AG Zurich (Dublin)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Rothschild Bank AG Zurich (Dublin)**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Bank AG Zurich (Dublin)**
c/o Rothschild Bank AG
Zollikerstrasse 181
8034 Zurich
Switzerland

**Rothschild Bank Geneva (Dublin)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Rothschild Bank Geneva (Dublin)**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Bank Geneva (Dublin)**
21 rue du Rhône
1211 Geneva
Switzerland

**Rothschild Bank Geneva (Dublin)**
Banca Privee Edmond de Rothschild
18 rue de Hesse
CH-1204 Geneva, Switzerland

32

**Rothschild Lugano Dublin**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Lugano Dublin**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Rothschild Lugano Dublin a/k/a**
Banca Privata Edmond de Rothschild Lugano S.A.
Via Ginevra 2
CH-6900 Lugano
Switzerland

**Sella Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Sella Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Sella Bank AG**
Corso Elvezia 9
Casella Postale 5863
PO Box 5863
CH-6901 Lugano
Switzerland

**Sella Bank AG**
19 Rue de la Croix-d'Or
Case postale
CH-1211 Genève 3
Switzerland

**Sella Bank AG**
Corso Elvezia 9
CH-6900 Lugano
Switzerland

**SIS Seeganintersettle**
c/o SIX SIS Ltd
Baslerstrasse 100
CH-4600 Olten

**SIS Seeganintersettle**
Baslerstrasse 100
CH-4601 Olten
Switzerland

**SIX SIS Ltd**
Baslerstrasse 100
CH-4600 Olten

**Six SIS Ltd**
Baslerstrasse 100
CH-4601 Olten
Switzerland

**SIS Seeganintersettle**
c/o SIX SIS Ltd
Brandschenkestrasse 47
CH-8002 Zurich

**SIX SIS Ltd**
Brandschenkestrasse 47
CH-8002 Zurich

**Societe Generale Bank & Trust**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Societe Generale Bank & Trust**
11 Avenue Emile Reuter
L-2420 Luxembourg

**Societe Generale Bank & Trust**
11-13 Avenue Emile Reuter
BP 1271 L-2420 Luxembourg

**Societe Generale Bank & Trust**
11-13 Avenue Emile Reuter
Luxembourg L-2420
Luxembourg

**Soundview Fund**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Soundview Fund**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Springer Fund of Funds Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Springer Fund of Funds Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Springer Fund of Funds Ltd**
c/o Union Bancaire Privee Asset Mgt
P.O. Box HM 3399
Hamilton HM11
Bermuda

**Swisscanto FD Centre Clients A/C**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Swisscanto FD Centre Clients A/C**
c/o Swisscanto Funds Centre Limited, 4th Floor
51 Moorgate

35

London EC2R 6BH
United Kingdom

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
Aeulestrasse 6
9490 Vaduz
Liechtenstein

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS)**
Im Zentrum
Vaduz FL-9490
Liechtenstein

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
Hypo-Passage 1
Bregenz,  6900
Austria

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft**
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

36

**Vorarlberger Landes Und Hypothekenbank Ankiengescharft**
Hypo-Passage 1
Bregenz 6900
Austria

**Beneficial Owners Of The Accounts Held**
**In The Name Of CGC NA 1-1000**
c/o Citco Global Custody NA
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Beneficial Owners Of The Accounts Held**
**In The Name Of CGC NA 1-1000**
c/o Citco Global Custody NA
Telestone 8 – Teleport
Naritaweg 165
Amsterdam, 1043 BW
Netherlands


     5.      On the 27th day of May, 2011, I caused to be served a true and correct copy of the

Second Amended Complaint against ABN AMRO SCHWEIZ AG a/k/a ABN AMRO

(SWITZERLAND) AG, et al., filed in this proceeding, together with a copy of the Amended

Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be

delivered via International Registered Mail and depositing same in an official depository under

the exclusive care and custody of the United States Postal Service within the State of New York,

upon the following:

**Karasel Enhanced Portfolio**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Karasel Enhanced Portfolio**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165

37

1043BW Amsterdam
The Netherlands

**National Bank of Kuwait**
P. O. Box 95 Safat, 13001 Kuwait
Abdullah Al Ahmad Street, Sharq
State of Kuwait

**National Bank of Kuwait**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**National Bank of Kuwait**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland


       /s/ Christopher Michael Lau Kamg
       Christopher Michael Lau Kamg

Sworn to before me this
17th day of June, 2011.

/s/ Evelyn Gonzalez
Notary Public

No. 01GO5045489
Qualified In Queens County
Commission Expires June 19, 2011