**BROWN RUDNICK LLP**
David J. Molton
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for the Foreign Representatives*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), CLariden Leu Ltd., Corner Banca SA, Credit Suisse AG ZuRIch, Dexia Banque International A, Luxembourg, Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL, | Adv. Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| Endurance Absolute Ltd. Master, Fairfield Investment GCI, Fairfield Investment Fund Ltd., Falcon Private Bank, FIF Advanced Ltd., Finter Bank ZuRIch, Harmony Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore Bank AG, KARASEL ENHANCED PORTFOLIO, Karla Multistrategies Ltd., LGT Bank In Liechtenstein AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & CIE, Longboat Ltd., Master Capital and Hedge Fund, NATIONAL BANK OF KUWAIT, NBK Banque Privee Suisse SA, Pictet & CIE, PKB Privatbank AG, Quasar FunDs SPC a/k/a QUASAR FUND SPC CLASS a and class b cgcnv, RBC Dexia Investor Service Julius Baer SICAV, RBS Coutts Bank Ltd., Richourt AAA Multistrategies, RothschIld Bank AG Zurich (Dublin) a/k/a ROTHSCHILD BANK AG, Rothschild Bank Geneva (Dublin), Rothschild Lugano Dublin a/k/a BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS Seeganintersettle, Six SIS Ltd., Societe Generale Bank & Trust, Soundview Fund, Swisscanto FD Centre Clients A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG Zurich, UBS Jersey Nominees, Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
             ) ss.:
COUNTY OF NEW YORK   )

  La Asia S. Canty, being duly sworn, deposes and says:

  1.  I am not a party to the within action, am over 18 years of age and am an employee of Brown Rudnick LLP, located at 7 Times Square, New York, New York 10036.

  2.  On the 10th day of October, 2017, I caused to be served a true and correct copy of the Request for Entry of Default Against Defendant Banca Unione di Credito and Declaration of

2

David J. Molton Pursuant to Fed R. Bankr. P. Rule 7055 by International Mail requested upon the below:

Banca Unione Di Credito
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

Banca Unione Di Credito
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

Banca Unione Di Credito
c/o BSI SA
Palazzo Riva
Via Magatti 2
6900 - Lugano - CH
P.O. Box 5886, Lugano – CH
Switzerland

Banca Unione di Credito
Piazza Dante 7
CH-6901 Lugano
Switzerland

_____
La Asia S. Canty

Sworn to before me this
10th day of October, 2017.

_____
Notary Public
62884912 v1

Amy J. Cunningham
Notary Public, State of New York
No. 01CU6004605
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 23, 20 18

3