**BROWN RUDNICK LLP**
David J. Molton
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>Debtors in Foreign Proceedings. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)**<br>**and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),**<br>**acting by and through the Foreign Representatives thereof,**<br>**and KENNETH KRYS and CHARLOTTE CAULFIELD,**<br>**solely in their capacities as Foreign Representatives and**<br>**Liquidators thereof,**<br><br>                              **Plaintiffs,**<br><br>                  -against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO**<br>**(SWITZERLAND) AG, ADLER AND CO PRIVATBANK**<br>**AG, ALLIANZBANK SPA/UNIFORTUNE**<br>**CONSERVATIVE SIDE POCKET, ALTERNATIVE**<br>**INVESTMENT STRATEGIES, ARSENAL SPC,**<br>**ARSENAL SPC OBO GLASGOW SEG PORT, BANCA**<br>**ARNER SA, BANCA UNIONE DI CREDITO, BANK**<br>**HAPOALIM SWITZERLAND LTD., BANK JULIUS**<br>**BAER & CO. LTD., BANK SARASIN & CIE, BANQUE**<br>**CANTONALE VAUDOISE, BANQUE CRAMER & CIE**<br>**SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund,**<br>**BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex**<br>**Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex**<br>**Banca Del Gottardo, Caceis Bank Luxembourg, CBB**<br>**(BVI)/ The Alkima Fund, CBT Gems Low  Vol Reg,**<br>**Compagnie Bancaire Helvetique, Centrum Bank AG**<br>**(AMS), CLariden Leu Ltd., Corner Banca SA, Credit**<br>**Suisse AG ZuRIch, Dexia Banque International A,**<br>**Luxembourg, Dresdner Bank Schweiz, EFG Bank SA**<br>**Switzerland, EFG Eurofinancier D'Invest MCL,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Chapter 15 Case**

**Case No. 10-13164 (SMB)**

**Jointly Administered**

**Adv. Pro. No. 10-03635 (SMB)**

Endurance Absolute Ltd. Master, Fairfield Investment )
GCI, Fairfield Investment Fund Ltd., Falcon Private Bank, )
FIF Advanced Ltd., Finter Bank ZuRIch, Harmony )
Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore )
Bank AG, KARASEL ENHANCED PORTFOLIO, Karla )
Multistrategies Ltd., LGT Bank In Liechtenstein AG, )
Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank )
Geneva, Lombard Odier Darier Hentsch & CIE, Longboat )
Ltd., Master Capital and Hedge Fund, NATIONAL BANK )
OF KUWAIT, NBK Banque Privee Suisse SA, Pictet & )
CIE, PKB Privatbank AG, Quasar FunDs SPC a/k/a )
QUASAR FUND SPC CLASS a and class b cgcnv, RBC )
Dexia Investor Service Julius Baer SICAV, RBS Coutts )
Bank Ltd., Richourt AAA Multistrategies, RothschIld )
Bank AG Zurich (Dublin) a/k/a ROTHSCHILD BANK )
AG, Rothschild Bank Geneva (Dublin), Rothschild Lugano )
Dublin a/k/a BANCA PRIVATA EDMOND DE )
ROTHSCHILD LUGANO S.A., Sella Bank AG, SIS )
Seeganintersettle, Six SIS Ltd., Societe Generale Bank & )
Trust, Soundview Fund, Swisscanto FD Centre Clients )
A/C, T1 Global Fund Ltd., UBS AG New York, UBS AG )
Zurich, UBS Jersey Nominees, Verwaltungs UND Privat- )
Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes )
UND Hypothekenbank Aktiengesellschaft and )
BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE )
NAME OF CGC NA 1-1000, )
                                                        )
                                        **Defendants.** )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )


La Asia S. Canty, being duly sworn, deposes and says:

1.      I am not a party to the within action, am over 18 years of age and am an employee

of Brown Rudnick LLP, located at 7 Times Square, New York, New York 10036.

2.      On the 10th day of October, 2017, I caused to be served a true and correct copy of

the Request for Entry of Default Against Defendant Dexia Banque International A Luxembourg

and Declaration of David J. Molton Pursuant to Fed R. Bankr. P. Rule 7055 by International

Mail requested upon the below:

Dexia Banque International A Luxembourg
69 Route d'Esch
Luxembourg, 1470
Luxembourg

Dexia Banque International A Luxembourg
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

Dexia Banque International A Luxembourg
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

Dexia Banque International A Luxembourg
69 Route D'Esch
Luxembourg L-2953
Luxembourg

_____
La Asia S. Canty

Sworn to before me this
10th day of October, 2017.

Notary Public
62884918 v1

Amy J. Cunningham
Notary Public, State of New York
No. 01CU6004605
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 23, 20__

3