# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: dmccaffre | Date Created: 10/11/2017 |
| Case: 10−03635−smb | Form ID: clkdflt | Total: 168 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Fairfield Sentry Limited ( In Liquidation) |
| dft | Union Bancaire Privee, UBP SA |
| dft | Adler and Co. |
| dft | Privatbank AG |
| dft | Allianzbank SPA/Unifortune Conservative Side Pocket |
| dft | Arsenal SPC |
| dft | Arsenal SPC OBO Glasgow SEG Port |
| dft | Banca Arner SA |
| dft | Bank Hapoalim Switzerland Ltd. |
| dft | Bank Julius Baer & Co. Ltd. |
| dft | Bank Sarasin & Cie |
| dft | Banque Cantonale Vaudoise |
| dft | Barclay's Bank PLC Singapore Wealth |
| dft | BBH LUX Guardian II |
| dft | BBVA (Suisse) SA |
| dft | BCV AMC Defensive Al Fund |
| dft | BNP Paribas (Suisse) SA |
| dft | BNP Paribas (Suisse) SA Ex Fortis |
| dft | BNP Paribas (Suisse) SA Private |
| dft | BSI AG |
| dft | BSI Ex Banca Del Gottardo |
| dft | Caceis Bank Luxembourg |
| dft | CBB (BVI)/The Alkima Found |
| dft | Compagnie Bancaire Helvetique |
| dft | Centrum Bank AG (AMS) |
| dft | Fidulex Management Inc. |
| dft | Clariden Leu Ltd. |
| dft | Corner Banca SA |
| dft | Credit Suisse AG Zurich |
| dft | Dresdner Bank Schweiz |
| dft | EFG Bank SA Switzerland |
| dft | EFG Eurofinancier D'Invest MCL |
| dft | Endurance Absolute Ltd. Master |
| dft | Fairfield Investment GCI |
| dft | Fairfield Investment Fund Ltd. |
| dft | Fairfield Masters Ltd. |
| dft | Falcon Private Bank |
| dft | FIF Advanced Ltd. |
| dft | Finter Bank Zuirich |
| dft | Harmony Capital Fund Ltd. |
| dft | Ihag Handelsbank AG |
| dft | Incore Bank AG |
| dft | Karla Multistrategies Ltd. |
| dft | KBC Investments Ltd. |
| dft | LGT Bank in Liechtenstein AG |
| dft | Liechtensteinische LB Reinvest AMS |
| dft | Lloyds TSB Bank Geneva |
| dft | Lombard Odier Darier Hentsch & Cie |
| dft | NBK Banque Privee Suisse SA |
| dft | Pictet & Cie |
| dft | PKB Privatebank AG |
| dft | Private Space Ltd. |
| dft | Quasar Funs SPC |
| dft | RBC Dexia Investor Service Julius Baer Sicav |
| dft | RBS Coutts Bank Ltd. |
| dft | Richourt AAA Multistrategies |
| dft | Rothschold Bank AG Zurich (Dublin) |
| dft | Rothschild Bank Geneva (Dublin) |
| dft | Rothschild Lugano Dublin |
| dft | Sella Bank AG |
| dft | SIS Seeganintersettle |
| dft | Six SIS Ltd. |
| dft | Societe Generale Bank & Trust |
| dft | Soundview Fund |
| dft | T1 Global Fund Ltd. |
| dft | UBS AG New York |
| dft | UBS AG Zurich |
| dft | UBS Jersey Nominees |
| dft | Verwaltungs und Privat−Bank AG Aktiengesellschaft (AMS) |

| | | |
|---|---|---|
| dft | Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000 | |
| unk | Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y. | |
| dft | Verwaltungs– und Privat–Bank AG Aktiengesellschaft | |
| pla | Fairfield Sigma Limited (In Liquidation) | |
| unk | Joanna Lau | |
| unk | Kenneth Krys | |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL. | |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland | |
| dft | EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL | |
| dft | Credit Suisse AG | |
| intp | ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. | |
| intp | ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. | |
| intp | ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited | |
| intp | ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. | |
| intp | ABN AMRO Global Custody | |
| pla | Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof | |
| dft | HSBC | |
| dft | Geneva Absolute Return Fund | |
| dft | EFG Bank AG and EFG Bank (Monaco) | |
| dft | Remand Defendants | |
| dft | Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss) | |
| unk | Banco Santander (Suisse) SA | |
| dft | Unifortune Conservative Side Pocket | |
| dft | Liechtensteinsche Landesbank AG | |
| dft | the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law | |
| | | TOTAL: 94 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alexander Lees | alees@milbank.com |
| aty | Andreas A. Frischknecht | andreas.frischknecht@chaffetzlindsey.com |
| aty | Andrew John Finn | finna@sullcrom.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Ari MacKinnon | amackinnon@cgsh.com |
| aty | Breon Peace | bpeace@cgsh.com |
| aty | Charles Collier Platt | Charles.Platt@wilmerhale.com |
| aty | Christopher Harris | Christopher.harris@lw.com |
| aty | Christopher A. Lynch | clynch@reedsmith.com |
| aty | Christopher R. Donoho, III | chris.donoho@hoganlovells.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | David Molton | dmolton@brownrudnick.com |
| aty | David Farrington Yates | farrington.yates@kobrekim.com |
| aty | David M. Morris | david.morris@friedfrank.com |
| aty | Dorothy Heyl | dheyl@milbank.com |
| aty | Elizabeth Vicens | evicens@cgsh.com |
| aty | Elizabeth A O'Connor | eoconnor@fzwz.com |
| aty | Eric Fishman | efishman@pillsburywinthrop.com |
| aty | Erin E Valentine | erin.valentine@chaffetzlindsey.com |
| aty | Evan A. Davis | edavis@cgsh.com |
| aty | Frederick R. Kessler | fkessler@wmd–law.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | Heather Lamberg Kafele | hkafele@winston.com |
| aty | Herbert M. Wachtell | hmwachtell@wlrk.com |
| aty | Jascha D. Preuss | jpreuss@reisspreuss.com |
| aty | Jeffrey T. Scott | scottj@sullcrom.com |
| aty | John A. Borek | john.borek@friedfrank.com |
| aty | John F. Zulack | jzulack@fzwz.com |
| aty | Jonathan D. Cogan | jonathan.cogan@kobrekim.com |
| aty | Justin Kattan | justin.kattan@dentons.com |
| aty | Keith R. Palfin | keith.palfin@winston.com |
| aty | Kimberly Perrotta Cole | kimberly.cole@kobrekim.com |
| aty | Lawrence B. Friedman | lfriedman@cgsh.com |
| aty | Marshall R. King | mking@gibsondunn.com |
| aty | Martin B. Klotz | maosbny@willkie.com |
| aty | Megan P. Davis | mdavis@fzwz.com |
| aty | Polina Bensman | lbensman@cgsh.com |
| aty | Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| aty | Reid Ashinoff | reid.ashinoff@dentons.com |
| aty | Richard A. Cirillo | rcirillo@kslaw.com |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Samuel Cavior | samuel.cavior@pillsburylaw.com |
| aty | Scott S Balber | scott.balber@hsf.com |
| aty | Sean G. Arthurs | sean.arthurs@shearman.com |
| aty | Stephen M. Harnik | stephen@harnik.com |

| | | |
|---|---|---|
| aty | Tania G. Cohen | tania.cohen@chaffetzlindsey.com |
| aty | Thomas Carter White | carter.white@dentons.com |
| aty | Thomas J. Giblin | thomas.giblin@lw.com |
| aty | Virginia I. Weber | vweber@mckoolsmith.com |
| aty | William J. Sushon | wsushon@omm.com |
| aty | William J. Sushon | wsushon@omm.com |
| aty | Yasmine Lahlou | yasmine.lahlou@chaffetzlindsey.com |

TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft     Alternative Investment Strategies     c/o Citco Bank Nederland NV     Telestone 8 – Teleport     Narritaweg 165, 1043BW Amsterdam     The Netherlands

dft     Banca Unione di Credito     c/o Citco Global Custody NV     c/o Citco Bank Nederland NV     TElestone 8 – Teleport, Narritaweg 165     1043BW Amsterdam, The Netherlands

dft     Banque Cramer & Cie SA     22 Avenue de Miremont     1206 Geneve, Switzerland

dft     CBT Gems Low Vol Reg     One Montague Place 1st Floor     East Bay Street     P.O. Box N–1906     Nassau, Bahamas

dft     Dexia Banque International a Luxembourg     c/o Citco Bank Nederland NV     Telestone 8 – Teleport     Narritaweg 165     1043 BW Amsterdam, The Netherlands

dft     Longboat Ltd.     c/o Citco Bank Nederland NV     Telestone 8 – Teleport     Narritaweg 165     1043BW Amsterdam     The Netherlands

dft     Master Capital and Hedge Fund     c/o Citco Data Processing Services Ltd.     2600 Cork Airport Business Park     Kinsale Road     Cork, Ireland

dft     Swisscanto FD Centre Clients A/C     c/o Citco Data Processing Services Ltd.     2600 Cork Airport Business Park     Kinsale Road     Cork, Ireland

dft     Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.     Registered Address     Via Ginevra 2     CH–6900     Lugano SWITZERLAND

dft     Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG     Registered Address     Zollikerstrasse 181     CH–8034     Zurich SWITZERLAND

dft     Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV     Registered Address     c/o Citco Fund Services Europe BV     Naritaweg 165     1043 BW Amsterdam THE NETHERLANDS

dft     National Bank of Kuwait     P.O. Box 95 Safat     13001 Kuwait     Abdullah Al Ahmad Street     Sharq     STATE OF KUWAIT

dft     Karasel Enhanced Portfolio     c/o Citco Global Custory N.V.     c/o Citco Data Processing Services Ltd.     2600 Cork Airport Business Park     Kinsale Road     Cork, Ireland

dft     Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC     Registered Address     Level 28 One Raffles Quay     South Tower     Singapore 048583 SINGAPORE

dft     Adler and Co Privatbank AG     Registered address     Claridenstreasse 22     CH–8022     Zurich SWITZERLAND

dft     ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG     Registered address     Beethovenstrasse 33     CH–8002     Zurich SWITZERLAND

dft     HSBC     8 Canary Square     Canary Wharf     London UNITED KINGDOM

aty     James L. Garrity, Jr.     Morgan, Lewis & Bockius LLP     101 Park Avenue     New York, NY 10178

aty     Michael E. Wiles     Debevoise & Plimpton LLP     919 3rd Avenue     New York, NY 10022

aty     Sachin S. Bansal     McKool Smith     1 Bryant Park     47th Floor     New York, NY 10036

TOTAL: 20