# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: Fairfield Sentry Limited | Bankruptcy Case No.: 10–13164–smb |

Fairfield Sentry Limited ( In Liquidation)
Fairfield Sigma Limited (In Liquidation)
Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof
Plaintiff(s),

–against–   Adversary Proceeding No. 10–03635–smb

Union Bancaire Privee, UBP SA
Adler and Co.
Privatbank AG
Allianzbank SPA/Unifortune Conservative Side Pocket
Alternative Investment Strategies
Arsenal SPC
Arsenal SPC OBO Glasgow SEG Port
Banca Arner SA
Banca Unione di Credito
Bank Hapoalim Switzerland Ltd.
Bank Julius Baer & Co. Ltd.
Bank Sarasin & Cie
Banque Cantonale Vaudoise
Banque Cramer & Cie SA
Barclay's Bank PLC Singapore Wealth
BBH LUX Guardian II
BBVA (Suisse) SA
BCV AMC Defensive Al Fund
BNP Paribas (Suisse) SA
BNP Paribas (Suisse) SA Ex Fortis
BNP Paribas (Suisse) SA Private
BSI AG
BSI Ex Banca Del Gottardo
Caceis Bank Luxembourg
CBB (BVI)/The Alkima Found
CBT Gems Low Vol Reg
Compagnie Bancaire Helvetique
Centrum Bank AG (AMS)
Fidulex Management Inc.
Clariden Leu Ltd.
Corner Banca SA
Credit Suisse AG Zurich
Dexia Banque International a Luxembourg
Dresdner Bank Schweiz
EFG Bank SA Switzerland
EFG Eurofinancier D'Invest MCL
Endurance Absolute Ltd. Master
Fairfield Investment GCI
Fairfield Investment Fund Ltd.
Fairfield Masters Ltd.
Falcon Private Bank
FIF Advanced Ltd.
Finter Bank Zuirich
Harmony Capital Fund Ltd.
Ihag Handelsbank AG
Incore Bank AG
Karla Multistrategies Ltd.
KBC Investments Ltd.
LGT Bank in Liechtenstein AG
Liechtensteinische LB Reinvest AMS

Lloyds TSB Bank Geneva
Lombard Odier Darier Hentsch & Cie
Longboat Ltd.
Master Capital and Hedge Fund
NBK Banque Privee Suisse SA
Pictet & Cie
PKB Privatebank AG
Private Space Ltd.
Quasar Funs SPC
RBC Dexia Investor Service Julius Baer Sicav
RBS Coutts Bank Ltd.
Richourt AAA Multistrategies
Rothschold Bank AG Zurich (Dublin)
Rothschild Bank Geneva (Dublin)
Rothschild Lugano Dublin
Sella Bank AG
SIS Seeganintersettle
Six SIS Ltd.
Societe Generale Bank & Trust
Soundview Fund
Swisscanto FD Centre Clients A/C
T1 Global Fund Ltd.
UBS AG New York
UBS AG Zurich
UBS Jersey Nominees
Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS)
Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000
Verwaltungs– und Privat–Bank AG Aktiengesellschaft
Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.
Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG
Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV
National Bank of Kuwait
Karasel Enhanced Portfolio
Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC
Adler and Co Privatbank AG
ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG
EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL.
EFG Bank AG a/k/a EFG Bank SA Switzerland
EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL
Credit Suisse AG
HSBC
HSBC
Geneva Absolute Return Fund
EFG Bank AG and EFG Bank (Monaco)
Remand Defendants
Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss)
Unifortune Conservative Side Pocket
Liechtensteinsche Landesbank AG
the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law

                                                      Defendant(s)

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | SWISSCANTO FD CENTRE CLIENTS A/C |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 10/11/17                                                                                     Vito Genna

*Clerk of the Court*

By: /s/  Dawn McCaffrey

*Deputy Clerk*