# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Fairfield Sentry Limited

Bankruptcy Case No.:
10–13164–smb

Fairfield Sentry Limited ( In Liquidation)
Fairfield Sigma Limited (In Liquidation)
Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof

Plaintiff(s),

–against–

Adversary Proceeding No.
10–03635–smb

Union Bancaire Privee, UBP SA
Adler and Co.
Privatbank AG
Allianzbank SPA/Unifortune Conservative Side Pocket
Alternative Investment Strategies
Arsenal SPC
Arsenal SPC OBO Glasgow SEG Port
Banca Arner SA
Banca Unione di Credito
Bank Hapoalim Switzerland Ltd.
Bank Julius Baer & Co. Ltd.
Bank Sarasin & Cie
Banque Cantonale Vaudoise
Banque Cramer & Cie SA
Barclay's Bank PLC Singapore Wealth
BBH LUX Guardian II
BBVA (Suisse) SA
BCV AMC Defensive Al Fund
BNP Paribas (Suisse) SA
BNP Paribas (Suisse) SA Ex Fortis
BNP Paribas (Suisse) SA Private
BSI AG
BSI Ex Banca Del Gottardo
Caceis Bank Luxembourg
CBB (BVI)/The Alkima Found
CBT Gems Low Vol Reg
Compagnie Bancaire Helvetique
Centrum Bank AG (AMS)
Fidulex Management Inc.
Clariden Leu Ltd.
Corner Banca SA
Credit Suisse AG Zurich
Dexia Banque International a Luxembourg
Dresdner Bank Schweiz
EFG Bank SA Switzerland
EFG Eurofinancier D'Invest MCL
Endurance Absolute Ltd. Master
Fairfield Investment GCI
Fairfield Investment Fund Ltd.
Fairfield Masters Ltd.
Falcon Private Bank
FIF Advanced Ltd.
Finter Bank Zuirich
Harmony Capital Fund Ltd.
Ihag Handelsbank AG
Incore Bank AG
Karla Multistrategies Ltd.
KBC Investments Ltd.
LGT Bank in Liechtenstein AG
Liechtensteinische LB Reinvest AMS

Lloyds TSB Bank Geneva
Lombard Odier Darier Hentsch & Cie
Longboat Ltd.
Master Capital and Hedge Fund
NBK Banque Privee Suisse SA
Pictet & Cie
PKB Privatebank AG
Private Space Ltd.
Quasar Funs SPC
RBC Dexia Investor Service Julius Baer Sicav
RBS Coutts Bank Ltd.
Richourt AAA Multistrategies
Rothschold Bank AG Zurich (Dublin)
Rothschild Bank Geneva (Dublin)
Rothschild Lugano Dublin
Sella Bank AG
SIS Seeganintersettle
Six SIS Ltd.
Societe Generale Bank & Trust
Soundview Fund
Swisscanto FD Centre Clients A/C
T1 Global Fund Ltd.
UBS AG New York
UBS AG Zurich
UBS Jersey Nominees
Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS)
Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000
Verwaltungs– und Privat–Bank AG Aktiengesellschaft
Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.
Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG
Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV
National Bank of Kuwait
Karasel Enhanced Portfolio
Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC
Adler and Co Privatbank AG
ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG
EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL.
EFG Bank AG a/k/a EFG Bank SA Switzerland
EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL
Credit Suisse AG
HSBC
HSBC
Geneva Absolute Return Fund
EFG Bank AG and EFG Bank (Monaco)
Remand Defendants
Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss)
Unifortune Conservative Side Pocket
Liechtensteinsche Landesbank AG
the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law

                              Defendant(s)


**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | SWISSCANTO FD CENTRE CLIENTS A/C |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 10/11/17    Vito Genna

*Clerk of the Court*

By: /s/  Dawn McCaffrey

*Deputy Clerk*

United States Bankruptcy Court
Southern District of New York

Fairfield Sentry Limited ( In Liquidatio,
    Plaintiff

Adv. Proc. No. 10-03635-smb

Union Bancaire Privee, UBP SA,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1      User: dmccaffre      Page 1 of 4      Date Rcvd: Oct 11, 2017
                       Form ID: clkdflt      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.

```
aty          +James L. Garrity, Jr.,   Morgan, Lewis & Bockius LLP,    101 Park Avenue,
               New York, NY 10178-0060
aty          +Michael E. Wiles,   Debevoise & Plimpton LLP,    919 3rd Avenue,    New York, NY 10022-3916
aty          +Sachin S. Bansal,   McKool Smith,    1 Bryant Park,   47th Floor,    New York, NY 10036-6729
dft           ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) A,    Registered address,    Beethovenstrasse 33,
               CH-8002,   Zurich,   SWITZERLAND
dft           Adler and Co Privatbank AG,   Registered address,    Claridenstreasse 22,    CH-8022,   Zurich,
               SWITZERLAND
dft           Alternative Investment Strategies,   c/o Citco Bank Nederland NV,    Telestone 8 - Teleport,
               Narritaweg 165, 1043BW Amsterdam,    The Netherlands
dft           Banca Unione di Credito,    c/o Citco Global Custody NV,    c/o Citco Bank Nederland NV,
               TElestone 8 - Teleport, Narritaweg 165,    1043BW Amsterdam, The Netherlands
dft           Banque Cramer & Cie SA,    22 Avenue de Miremont,    1206 Geneve, Switzerland
dft           Barclays Bank PLC Singapore Wealth a/k/a Barclays,    Registered Address,
               Level 28 One Raffles Quay,    South Tower,    Singapore 048583,    SINGAPORE
dft           CBT Gems Low Vol Reg,    One Montague Place 1st Floor,    East Bay Street,    P.O. Box N-1906,
               Nassau, Bahamas
dft           Dexia Banque International a Luxembourg,    c/o Citco Bank Nederland NV,
               Telestone 8 - Teleport,    Narritaweg 165,    1043 BW Amsterdam, The Netherlands
dft           HSBC,   8 Canary Square,    Canary Wharf,    London,    UNITED KINGDOM
dft           Karasel Enhanced Portfolio,    c/o Citco Global Custory N.V.,
               c/o Citco Data Processing Services Ltd.,    2600 Cork Airport Business Park,    Kinsale Road,
               Cork, Ireland
dft           Longboat Ltd.,    c/o Citco Bank Nederland NV,    Telestone 8 - Teleport,    Narritaweg 165,
               1043BW Amsterdam,    The Netherlands
dft           Master Capital and Hedge Fund,    c/o Citco Data Processing Services Ltd.,
               2600 Cork Airport Business Park,    Kinsale Road,    Cork, Ireland
dft           National Bank of Kuwait,    P.O. Box 95 Safat,    13001 Kuwait,    Abdullah Al Ahmad Street,
               Sharq,    STATE OF KUWAIT
dft           Quasar Funds SPC a/k/a Quasar Fund SPC Class A and,    Registered Address,
               c/o Citco Fund Services Europe BV,    Naritaweg 165,    1043 BW Amsterdam,    THE NETHERLANDS
dft           Rothschild Bank AG Zurich (Dublin) a/k/a Rothschil,    Registered Address,    Zollikerstrasse 181,
               CH-8034,    Zurich,    SWITZERLAND
dft           Rothschild Lugano Dublin a/k/a Banca Privata Edmon,    Registered Address,    Via Ginevra 2,
               CH-6900,    Lugano,    SWITZERLAND
dft           Swisscanto FD Centre Clients A/C,    c/o Citco Data Processing Services Ltd.,
               2600 Cork Airport Business Park,    Kinsale Road,    Cork, Ireland
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
intp          ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N
intp          ABN AMRO Fund Services (Isle of Man) Nominees Limi
intp          ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fo
intp          ABN AMRO Global Custody
intp          ABN AMRO Global Custody Services N.V. f/k/a Fortis
dft           Adler and Co.
dft           Allianzbank SPA/Unifortune Conservative Side Pocke
dft           Arsenal SPC
dft           Arsenal SPC OBO Glasgow SEG Port
dft           BBH LUX Guardian II
dft           BBVA (Suisse) SA
dft           BCV AMC Defensive Al Fund
dft           BNP Paribas (Suisse) SA
dft           BNP Paribas (Suisse) SA Ex Fortis
dft           BNP Paribas (Suisse) SA Private
dft           BSI AG
dft           BSI Ex Banca Del Gottardo
dft           Banca Arner SA
unk           Banco Santander (Suisse) SA
dft           Bank Hapoalim Switzerland Ltd.
dft           Bank Julius Baer & Co. Ltd.
dft           Bank Sarasin & Cie
dft           Banque Cantonale Vaudoise
dft           Barclay's Bank PLC Singapore Wealth
dft           CBB (BVI)/The Alkima Found
dft           Caceis Bank Luxembourg
dft           Centrum Bank AG (AMS)
dft           Clariden Leu Ltd.
unk           Clerk's Office of the U.S. Bankruptcy Court, S.D.N
dft           Compagnie Bancaire Helvetique
```

```
District/off: 0208-1          User: dmccaffre           Page 2 of 4            Date Rcvd: Oct 11, 2017
                              Form ID: clkdflt          Total Noticed: 20

              ***** BYPASSED RECIPIENTS (continued) *****
 dft           Corner Banca SA
 dft           Credit Suisse AG
 dft           Credit Suisse AG Zurich
 dft           Defendants (as set forth in Appendix A to the Memo
 dft           Dresdner Bank Schweiz
 dft           EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest
 dft           EFG Bank AG a/k/a EFG Bank SA Switzerland
 dft           EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG
 dft           EFG Bank AG and EFG Bank (Monaco)
 dft           EFG Bank SA Switzerland
 dft           EFG Eurofinancier D'Invest MCL
 dft           Endurance Absolute Ltd. Master
 dft           FIF Advanced Ltd.
 dft           Fairfield Investment Fund Ltd.
 dft           Fairfield Investment GCI
 dft           Fairfield Masters Ltd.
 pla           Fairfield Sentry Limited ( In Liquidation)
 pla           Fairfield Sigma Limited (In Liquidation)
 dft           Falcon Private Bank
 dft           Fidulex Management Inc.
 dft           Finter Bank Zuirich
 dft           Geneva Absolute Return Fund
 dft           HSBC
 dft           Harmony Capital Fund Ltd.
 dft           Ihag Handelsbank AG
 dft           Incore Bank AG
 unk           Joanna Lau
 dft           KBC Investments Ltd.
 dft           Karla Multistrategies Ltd.
 unk           Kenneth Krys
 pla           Kenneth Krys, solely in his capacity as Foreign Re
 dft           LGT Bank in Liechtenstein AG
 dft           Liechtensteinische LB Reinvest AMS
 dft           Liechtensteinsche Landesbank AG
 dft           Lloyds TSB Bank Geneva
 dft           Lombard Odier Darier Hentsch & Cie
 dft           NBK Banque Privee Suisse SA
 dft           PKB Privatebank AG
 dft           Pictet & Cie
 dft           Privatbank AG
 dft           Private Space Ltd.
 dft           Quasar Funs SPC
 dft           RBC Dexia Investor Service Julius Baer Sicav
 dft           RBS Coutts Bank Ltd.
 dft           Remand Defendants
 dft           Richourt AAA Multistrategies
 dft           Rothschild Bank Geneva (Dublin)
 dft           Rothschild Lugano Dublin
 dft           Rothschold Bank AG Zurich (Dublin)
 dft           SIS Seeganintersettle
 dft           Sella Bank AG
 dft           Six SIS Ltd.
 dft           Societe Generale Bank & Trust
 dft           Soundview Fund
 dft           T1 Global Fund Ltd.
 dft           UBS AG New York
 dft           UBS AG Zurich
 dft           UBS Jersey Nominees
 dft           Unifortune Conservative Side Pocket
 dft           Union Bancaire Privee, UBP SA
 dft           Verwaltungs und Privat-Bank AG Aktiengesellschaft
 dft           Verwaltungs- und Privat-Bank AG Aktiengesellschaft
 dft           Vorarlberger Landes Und Hypothekenbank Ankiengesel
 dft           the Defendants listed on Exhibit A to the HSBC Def
                                                                                TOTALS: 94, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0208-1          User: dmccaffre            Page 3 of 4                  Date Rcvd: Oct 11, 2017
                              Form ID: clkdflt           Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

```
              Alexander Lees    on behalf of Defendant    Dresdner Bank Schweiz alees@milbank.com
              Andreas A. Frischknecht    on behalf of Defendant    SIS Seeganintersettle
               andreas.frischknecht@chaffetzlindsey.com, dockets@chaffetzlindsey.com,
               t.cohen@chaffetzlindsey.com
              Andrew John Finn    on behalf of Defendant    Bank Sarasin & Cie finna@sullcrom.com,
               s&cmanagingclerk@sullcrom.com;andrew-finn-6914@ecf.pacerpro.com
              Anthony L. Paccione    on behalf of Defendant    BBH LUX Guardian II anthony.paccione@kattenlaw.com,
               mark.ciani@kattenlaw.com
              Anthony L. Paccione    on behalf of Defendant    RBC Dexia Investor Service Julius Baer Sicav
               anthony.paccione@kattenlaw.com, mark.ciani@kattenlaw.com
              Ari MacKinnon    on behalf of Defendant    BNP Paribas (Suisse) SA amackinnon@cgsh.com,
               maofiling@cgsh.com
              Breon Peace    on behalf of Defendant    BNP Paribas (Suisse) SA bpeace@cgsh.com,
               maofiling@cgsh.com
              Charles Collier Platt    on behalf of Defendant    BSI AG Charles.Platt@wilmerhale.com
              Christopher Harris    on behalf of Defendant    ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland)
               AG Christopher.harris@lw.com
              Christopher A. Lynch    on behalf of Defendant    T1 Global Fund Ltd. clynch@reedsmith.com
              Christopher R. Donoho, III    on behalf of Defendant    Barclay's Bank PLC Singapore Wealth
               chris.donoho@hoganlovells.com, ronald.cappiello@hoganlovells.com
              Daniel Shamah    on behalf of Defendant    Clariden Leu Ltd. dshamah@omm.com,
               cmartin@omm.com;lillianlee@omm.com
              David Farrington Yates    on behalf of Defendant    EFG Bank (Monaco) f/k/a EFG Eurofinancier
               DInvest MCL farrington.yates@kobrekim.com
              David M. Morris    on behalf of Defendant    Centrum Bank AG (AMS) david.morris@friedfrank.com,
               managingattorneysdepartment@friedfrank.com
              Dorothy Heyl    on behalf of Defendant    Dresdner Bank Schweiz dheyl@milbank.com
              Elizabeth Vicens    on behalf of Defendant    Caceis Bank Luxembourg evicens@cgsh.com,
               maofiling@cgsh.com
              Elizabeth A O'Connor    on behalf of Defendant    BCV AMC Defensive Al Fund eoconnor@fzwz.com
              Eric Fishman    on behalf of Defendant    Falcon Private Bank efishman@pillsburywinthrop.com,
               nydocket@pillsburylaw.com
              Erin E Valentine    on behalf of Defendant    SIS Seeganintersettle
               erin.valentine@chaffetzlindsey.com, dockets@chaffetzlindsey.com
              Evan A. Davis    on behalf of Defendant    BNP Paribas (Suisse) SA edavis@cgsh.com,
               maofiling@cgsh.com;njedrey@cgsh.com
              Frederick R. Kessler    on behalf of Defendant    FIF Advanced Ltd. fkessler@wmd-law.com
              George W. Shuster, Jr.    on behalf of Defendant    BSI AG george.shuster@wilmerhale.com
              Heather Lamberg Kafele    on behalf of Defendant    BBVA (Suisse) SA hkafele@winston.com,
               jpjohnson@winston.com;kpalfin@winston.com
              Herbert M. Wachtell    on behalf of Defendant    Fidulex Management Inc. hmwachtell@wlrk.com,
               calert@wlrk.com
              Jascha D. Preuss    on behalf of Defendant    Liechtensteinische LB Reinvest AMS
               jpreuss@reisspreuss.com, 10.03496filings@gmail.com
              Jeffrey T. Scott    on behalf of Defendant    Bank Sarasin & Cie scottj@sullcrom.com,
               s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com
              John A. Borek    on behalf of Defendant    Verwaltungs- und Privat-Bank AG Aktiengesellschaft
               john.borek@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com
              John F. Zulack    on behalf of Defendant    BCV AMC Defensive Al Fund jzulack@fzwz.com
              Jonathan D. Cogan    on behalf of Defendant    Allianzbank SPA/Unifortune Conservative Side Pocket
               jonathan.cogan@kobrekim.com
              Justin Kattan    on behalf of Defendant    EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL
               justin.kattan@dentons.com, docketny@dentons.com
              Keith R. Palfin    on behalf of Defendant    BBVA (Suisse) SA keith.palfin@winston.com
              Kimberly Perrotta Cole    on behalf of Defendant    Allianzbank SPA/Unifortune Conservative Side
               Pocket kimberly.cole@kobrekim.com
              Lawrence B. Friedman    on behalf of Defendant    Caceis Bank Luxembourg lfriedman@cgsh.com,
               maofiling@cgsh.com
              Marshall R. King    on behalf of Defendant    UBS AG New York mking@gibsondunn.com
```

```
District/off: 0208-1                User: dmccaffre              Page 4 of 4                   Date Rcvd: Oct 11, 2017
                                    Form ID: clkdflt             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Martin B. Klotz    on behalf of Defendant    Arsenal SPC maosbny@willkie.com,  mklotz@willkie.com
              Megan P. Davis    on behalf of Defendant    Banque Cantonale Vaudoise mdavis@fzwz.com
              Polina Bensman    on behalf of Defendant    Caceis Bank Luxembourg lbensman@cgsh.com
              Rachel Ehrlich Albanese    on behalf of Defendant    Banca Arner SA rachel.albanese@dlapiper.com,
               adam.lanza@dlapiper.com,rachel-albanese-9956@ecf.pacerpro.com
              Reid  Ashinoff    on behalf of Defendant    EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL
               reid.ashinoff@dentons.com,  docketny@dentons.com
              Richard A. Cirillo    on behalf of Defendant    NBK Banque Privee Suisse SA rcirillo@kslaw.com,
               jcmccullough@kslaw.com
              Richard B. Levin    on behalf of Defendant    Unifortune Conservative Side Pocket rlevin@jenner.com
              Samuel  Cavior    on behalf of Defendant    Falcon Private Bank samuel.cavior@pillsburylaw.com
              Scott S Balber    on behalf of Defendant    Bank Hapoalim Switzerland Ltd. scott.balber@hsf.com,
               wale.bakare@hsf.com
              Sean G. Arthurs    on behalf of Defendant    BBVA (Suisse) SA sean.arthurs@shearman.com
              Stephen M. Harnik    on behalf of Defendant    Vorarlberger Landes Und Hypothekenbank
               Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1-1000
               stephen@harnik.com
              Tania G. Cohen    on behalf of Defendant    SIS Seeganintersettle tania.cohen@chaffetzlindsey.com,
               dockets@chaffetzlindsey.com
              Thomas Carter White    on behalf of Defendant    EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest
               MCL carter.white@dentons.com,  docketny@dentons.com
              Thomas J. Giblin    on behalf of Defendant    ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG
               thomas.giblin@lw.com
              Virginia I. Weber    on behalf of Defendant    Bank Julius Baer & Co. Ltd. vweber@mckoolsmith.com
              William J. Sushon    on behalf of Defendant    Credit Suisse AG Zurich wsushon@omm.com
              William J. Sushon    on behalf of Defendant    Clariden Leu Ltd. wsushon@omm.com
              Yasmine  Lahlou    on behalf of Defendant    Six SIS Ltd. yasmine.lahlou@chaffetzlindsey.com,
               dockets@chaffetzlindsey.com
                                                                                             TOTAL: 52
```