# Notice Recipients

| | |
|---|---|
| District/Off: 0208–1 | User: dmccaffre | Date Created: 10/16/2017 |
| Case: 10–03635–smb | Form ID: clkdflt | Total: 168 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Fairfield Sentry Limited ( In Liquidation) |
| dft | Union Bancaire Privee, UBP SA |
| dft | Adler and Co. |
| dft | Privatbank AG |
| dft | Allianzbank SPA/Unifortune Conservative Side Pocket |
| dft | Arsenal SPC |
| dft | Arsenal SPC OBO Glasgow SEG Port |
| dft | Banca Arner SA |
| dft | Bank Hapoalim Switzerland Ltd. |
| dft | Bank Julius Baer & Co. Ltd. |
| dft | Bank Sarasin & Cie |
| dft | Banque Cantonale Vaudoise |
| dft | Barclay's Bank PLC Singapore Wealth |
| dft | BBH LUX Guardian II |
| dft | BBVA (Suisse) SA |
| dft | BCV AMC Defensive Al Fund |
| dft | BNP Paribas (Suisse) SA |
| dft | BNP Paribas (Suisse) SA Ex Fortis |
| dft | BNP Paribas (Suisse) SA Private |
| dft | BSI AG |
| dft | BSI Ex Banca Del Gottardo |
| dft | Caceis Bank Luxembourg |
| dft | CBB (BVI)/The Alkima Found |
| dft | Compagnie Bancaire Helvetique |
| dft | Centrum Bank AG (AMS) |
| dft | Fidulex Management Inc. |
| dft | Clariden Leu Ltd. |
| dft | Corner Banca SA |
| dft | Credit Suisse AG Zurich |
| dft | Dresdner Bank Schweiz |
| dft | EFG Bank SA Switzerland |
| dft | EFG Eurofinancier D'Invest MCL |
| dft | Endurance Absolute Ltd. Master |
| dft | Fairfield Investment GCI |
| dft | Fairfield Investment Fund Ltd. |
| dft | Fairfield Masters Ltd. |
| dft | Falcon Private Bank |
| dft | FIF Advanced Ltd. |
| dft | Finter Bank Zuirich |
| dft | Harmony Capital Fund Ltd. |
| dft | Ihag Handelsbank AG |
| dft | Incore Bank AG |
| dft | Karla Multistrategies Ltd. |
| dft | KBC Investments Ltd. |
| dft | LGT Bank in Liechtenstein AG |
| dft | Liechtensteinische LB Reinvest AMS |
| dft | Lloyds TSB Bank Geneva |
| dft | Lombard Odier Darier Hentsch & Cie |
| dft | NBK Banque Privee Suisse SA |
| dft | Pictet & Cie |
| dft | PKB Privatebank AG |
| dft | Private Space Ltd. |
| dft | Quasar Funs SPC |
| dft | RBC Dexia Investor Service Julius Baer Sicav |
| dft | RBS Coutts Bank Ltd. |
| dft | Richourt AAA Multistrategies |
| dft | Rothschold Bank AG Zurich (Dublin) |
| dft | Rothschild Bank Geneva (Dublin) |
| dft | Rothschild Lugano Dublin |
| dft | SIS Seeganintersettle |
| dft | Six SIS Ltd. |
| dft | Societe Generale Bank & Trust |
| dft | Soundview Fund |
| dft | T1 Global Fund Ltd. |
| dft | UBS AG New York |
| dft | UBS AG Zurich |
| dft | UBS Jersey Nominees |
| dft | Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS) |
| dft | |

|     | Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000 |
| --- | --- |
| unk | Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y. |
| dft | Verwaltungs– und Privat–Bank AG Aktiengesellschaft |
| pla | Fairfield Sigma Limited (In Liquidation) |
| unk | Joanna Lau |
| unk | Kenneth Krys |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL. |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland |
| dft | EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL |
| dft | Credit Suisse AG |
| intp | ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. |
| intp | ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. |
| intp | ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited |
| intp | ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. |
| intp | ABN AMRO Global Custody |
| pla | Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof |
| dft | HSBC |
| dft | Geneva Absolute Return Fund |
| dft | EFG Bank AG and EFG Bank (Monaco) |
| dft | Remand Defendants |
| dft | Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss) |
| unk | Banco Santander (Suisse) SA |
| dft | Unifortune Conservative Side Pocket |
| dft | Liechtensteinsche Landesbank AG |
| dft | the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law |

TOTAL: 93

**Recipients of Notice of Electronic Filing:**

| aty | Alexander Lees | alees@milbank.com |
| --- | --- | --- |
| aty | Andreas A. Frischknecht | andreas.frischknecht@chaffetzlindsey.com |
| aty | Andrew John Finn | finna@sullcrom.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Ari MacKinnon | amackinnon@cgsh.com |
| aty | Breon Peace | bpeace@cgsh.com |
| aty | Charles Collier Platt | Charles.Platt@wilmerhale.com |
| aty | Christopher Harris | Christopher.harris@lw.com |
| aty | Christopher A. Lynch | clynch@reedsmith.com |
| aty | Christopher R. Donoho, III | chris.donoho@hoganlovells.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | David Molton | dmolton@brownrudnick.com |
| aty | David Farrington Yates | farrington.yates@kobrekim.com |
| aty | David M. Morris | david.morris@friedfrank.com |
| aty | Dorothy Heyl | dheyl@milbank.com |
| aty | Elizabeth Vicens | evicens@cgsh.com |
| aty | Elizabeth A O'Connor | eoconnor@fzwz.com |
| aty | Eric Fishman | efishman@pillsburywinthrop.com |
| aty | Erin E Valentine | erin.valentine@chaffetzlindsey.com |
| aty | Evan A. Davis | edavis@cgsh.com |
| aty | Frederick R. Kessler | fkessler@wmd–law.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | Heather Lamberg Kafele | hkafele@winston.com |
| aty | Herbert M. Wachtell | hmwachtell@wlrk.com |
| aty | Jascha D. Preuss | jpreuss@reisspreuss.com |
| aty | Jeffrey T. Scott | scottj@sullcrom.com |
| aty | John A. Borek | john.borek@friedfrank.com |
| aty | John F. Zulack | jzulack@fzwz.com |
| aty | Jonathan D. Cogan | jonathan.cogan@kobrekim.com |
| aty | Justin Kattan | justin.kattan@dentons.com |
| aty | Keith R. Palfin | keith.palfin@winston.com |
| aty | Kimberly Perrotta Cole | kimberly.cole@kobrekim.com |
| aty | Lawrence B. Friedman | lfriedman@cgsh.com |
| aty | Marshall R. King | mking@gibsondunn.com |
| aty | Martin B. Klotz | maosbny@willkie.com |
| aty | Megan P. Davis | mdavis@fzwz.com |
| aty | Polina Bensman | lbensman@cgsh.com |
| aty | Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| aty | Reid Ashinoff | reid.ashinoff@dentons.com |
| aty | Richard A. Cirillo | rcirillo@kslaw.com |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Samuel Cavior | samuel.cavior@pillsburylaw.com |
| aty | Scott S Balber | scott.balber@hsf.com |
| aty | Sean G. Arthurs | sean.arthurs@shearman.com |
| aty | Stephen M. Harnik | stephen@harnik.com |

| aty | Tania G. Cohen | tania.cohen@chaffetzlindsey.com |
| aty | Thomas Carter White | carter.white@dentons.com |
| aty | Thomas J. Giblin | thomas.giblin@lw.com |
| aty | Virginia I. Weber | vweber@mckoolsmith.com |
| aty | William J. Sushon | wsushon@omm.com |
| aty | William J. Sushon | wsushon@omm.com |
| aty | Yasmine Lahlou | yasmine.lahlou@chaffetzlindsey.com |

TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| dft | Alternative Investment Strategies   c/o Citco Bank Nederland NV   Telestone 8 – Teleport   Narritaweg 165, 1043BW Amsterdam   The Netherlands |
| dft | Banca Unione di Credito   c/o Citco Global Custody NV   c/o Citco Bank Nederland NV   TElestone 8 – Teleport, Narritaweg 165   1043BW Amsterdam, The Netherlands |
| dft | Banque Cramer & Cie SA   22 Avenue de Miremont   1206 Geneve, Switzerland |
| dft | CBT Gems Low Vol Reg   One Montague Place 1st Floor   East Bay Street   P.O. Box N–1906   Nassau, Bahamas |
| dft | Dexia Banque International a Luxembourg   c/o Citco Bank Nederland NV   Telestone 8 – Teleport   Narritaweg 165   1043 BW Amsterdam, The Netherlands |
| dft | Longboat Ltd.   c/o Citco Bank Nederland NV   Telestone 8 – Teleport   Narritaweg 165   1043BW Amsterdam   The Netherlands |
| dft | Master Capital and Hedge Fund   c/o Citco Data Processing Services Ltd.   2600 Cork Airport Business Park   Kinsale Road   Cork, Ireland |
| dft | Sella Bank AG   c/o Citco Bank Nederland NV   Telestone 8 – Teleport, Narritaweg 165   1043BW Amsterdam   The Netherlands |
| dft | Swisscanto FD Centre Clients A/C   c/o Citco Data Processing Services Ltd.   2600 Cork Airport Business Park   Kinsale Road   Cork, Ireland |
| dft | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.   Registered Address   Via Ginevra 2   CH–6900   Lugano SWITZERLAND |
| dft | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG   Registered Address   Zollikerstrasse 181   CH–8034   Zurich SWITZERLAND |
| dft | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV   Registered Address   c/o Citco Fund Services Europe BV   Naritaweg 165   1043 BW Amsterdam THE NETHERLANDS |
| dft | National Bank of Kuwait   P.O. Box 95 Safat   13001 Kuwait   Abdullah Al Ahmad Street   Sharq   STATE OF KUWAIT |
| dft | Karasel Enhanced Portfolio   c/o Citco Global Custory N.V.   c/o Citco Data Processing Services Ltd.   2600 Cork Airport Business Park   Kinsale Road   Cork, Ireland |
| dft | Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC   Registered Address   Level 28 One Raffles Quay   South Tower   Singapore 048583 SINGAPORE |
| dft | Adler and Co Privatbank AG   Registered address   Claridenstreasse 22   CH–8022   Zurich SWITZERLAND |
| dft | ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG   Registered address   Beethovenstrasse 33   CH–8002   Zurich SWITZERLAND |
| dft | HSBC   8 Canary Square   Canary Wharf   London UNITED KINGDOM |
| aty | James L. Garrity, Jr.   Morgan, Lewis & Bockius LLP   101 Park Avenue   New York, NY 10178 |
| aty | Michael E. Wiles   Debevoise & Plimpton LLP   919 3rd Avenue   New York, NY 10022 |
| aty | Sachin S. Bansal   McKool Smith   1 Bryant Park   47th Floor   New York, NY 10036 |

TOTAL: 21