# Notice Recipients

District/Off: 0208–1      User: dmccaffre      Date Created: 12/5/2017

Case: 10–03635–smb      Form ID: clkdflt      Total: 168

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Fairfield Sentry Limited ( In Liquidation) |
| dft | Union Bancaire Privee, UBP SA |
| dft | Adler and Co. |
| dft | Privatbank AG |
| dft | Allianzbank SPA/Unifortune Conservative Side Pocket |
| dft | Arsenal SPC |
| dft | Arsenal SPC OBO Glasgow SEG Port |
| dft | Banca Arner SA |
| dft | Bank Hapoalim Switzerland Ltd. |
| dft | Bank Julius Baer & Co. Ltd. |
| dft | Bank Sarasin & Cie |
| dft | Banque Cantonale Vaudoise |
| dft | Barclay's Bank PLC Singapore Wealth |
| dft | BBH LUX Guardian II |
| dft | BBVA (Suisse) SA |
| dft | BCV AMC Defensive Al Fund |
| dft | BNP Paribas (Suisse) SA |
| dft | BNP Paribas (Suisse) SA Ex Fortis |
| dft | BNP Paribas (Suisse) SA Private |
| dft | BSI AG |
| dft | BSI Ex Banca Del Gottardo |
| dft | Caceis Bank Luxembourg |
| dft | Compagnie Bancaire Helvetique |
| dft | Centrum Bank AG (AMS) |
| dft | Fidulex Management Inc. |
| dft | Clariden Leu Ltd. |
| dft | Corner Banca SA |
| dft | Credit Suisse AG Zurich |
| dft | Dresdner Bank Schweiz |
| dft | EFG Bank SA Switzerland |
| dft | EFG Eurofinancier D'Invest MCL |
| dft | Endurance Absolute Ltd. Master |
| dft | Fairfield Investment GCI |
| dft | Fairfield Investment Fund Ltd. |
| dft | Fairfield Masters Ltd. |
| dft | Falcon Private Bank |
| dft | FIF Advanced Ltd. |
| dft | Finter Bank Zuirich |
| dft | Harmony Capital Fund Ltd. |
| dft | Ihag Handelsbank AG |
| dft | Incore Bank AG |
| dft | Karla Multistrategies Ltd. |
| dft | KBC Investments Ltd. |
| dft | LGT Bank in Liechtenstein AG |
| dft | Liechtensteinische LB Reinvest AMS |
| dft | Lloyds TSB Bank Geneva |
| dft | Lombard Odier Darier Hentsch & Cie |
| dft | NBK Banque Privee Suisse SA |
| dft | Pictet & Cie |
| dft | PKB Privatebank AG |
| dft | Private Space Ltd. |
| dft | Quasar Funs SPC |
| dft | RBC Dexia Investor Service Julius Baer Sicav |
| dft | RBS Coutts Bank Ltd. |
| dft | Richourt AAA Multistrategies |
| dft | Rothschold Bank AG Zurich (Dublin) |
| dft | Rothschild Bank Geneva (Dublin) |
| dft | Rothschild Lugano Dublin |
| dft | SIS Seeganintersettle |
| dft | Six SIS Ltd. |
| dft | Societe Generale Bank & Trust |
| dft | Soundview Fund |
| dft | T1 Global Fund Ltd. |
| dft | UBS AG New York |
| dft | UBS AG Zurich |
| dft | UBS Jersey Nominees |
| dft | Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS) |
| dft | Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000 |

| | | |
|---|---|---|
| unk | Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y. | |
| dft | Verwaltungs– und Privat–Bank AG Aktiengesellschaft | |
| pla | Fairfield Sigma Limited (In Liquidation) | |
| unk | Joanna Lau | |
| unk | Kenneth Krys | |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL. | |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland | |
| dft | EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL | |
| dft | Credit Suisse AG | |
| intp | ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. | |
| intp | ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. | |
| intp | ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited | |
| intp | ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. | |
| intp | ABN AMRO Global Custody | |
| pla | Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof | |
| dft | HSBC | |
| dft | Geneva Absolute Return Fund | |
| dft | EFG Bank AG and EFG Bank (Monaco) | |
| dft | Remand Defendants | |
| dft | Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss) | |
| unk | Banco Santander (Suisse) SA | |
| dft | Unifortune Conservative Side Pocket | |
| dft | Liechtensteinsche Landesbank AG | |
| dft | the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law | |

TOTAL: 92

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alexander Lees | alees@milbank.com |
| aty | Andreas A. Frischknecht | andreas.frischknecht@chaffetzlindsey.com |
| aty | Andrew John Finn | finna@sullcrom.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Ari MacKinnon | amackinnon@cgsh.com |
| aty | Breon Peace | bpeace@cgsh.com |
| aty | Charles Collier Platt | Charles.Platt@wilmerhale.com |
| aty | Christopher Harris | Christopher.harris@lw.com |
| aty | Christopher A. Lynch | clynch@reedsmith.com |
| aty | Christopher R. Donoho, III | chris.donoho@hoganlovells.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | David Molton | dmolton@brownrudnick.com |
| aty | David Farrington Yates | farrington.yates@kobrekim.com |
| aty | David M. Morris | david.morris@friedfrank.com |
| aty | Dorothy Heyl | dheyl@milbank.com |
| aty | Elizabeth Vicens | evicens@cgsh.com |
| aty | Elizabeth A O'Connor | eoconnor@fzwz.com |
| aty | Eric Fishman | efishman@pillsburywinthrop.com |
| aty | Erin E Valentine | erin.valentine@chaffetzlindsey.com |
| aty | Evan A. Davis | edavis@cgsh.com |
| aty | Frederick R. Kessler | fkessler@wmd–law.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | Heather Lamberg Kafele | hkafele@winston.com |
| aty | Herbert M. Wachtell | hmwachtell@wlrk.com |
| aty | Jascha D. Preuss | jpreuss@reisspreuss.com |
| aty | Jeffrey T. Scott | scottj@sullcrom.com |
| aty | John A. Borek | john.borek@friedfrank.com |
| aty | John F. Zulack | jzulack@fzwz.com |
| aty | Jonathan D. Cogan | jonathan.cogan@kobrekim.com |
| aty | Justin Kattan | justin.kattan@dentons.com |
| aty | Keith R. Palfin | keith.palfin@winston.com |
| aty | Kimberly Perrotta Cole | kimberly.cole@kobrekim.com |
| aty | Lawrence B. Friedman | lfriedman@cgsh.com |
| aty | Marshall R. King | mking@gibsondunn.com |
| aty | Martin B. Klotz | maosbny@willkie.com |
| aty | Megan P. Davis | mdavis@fzwz.com |
| aty | Polina Bensman | lbensman@cgsh.com |
| aty | Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| aty | Reid Ashinoff | reid.ashinoff@dentons.com |
| aty | Richard A. Cirillo | rcirillo@kslaw.com |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Samuel Cavior | samuel.cavior@pillsburylaw.com |
| aty | Scott S Balber | scott.balber@hsf.com |
| aty | Sean G. Arthurs | sean.arthurs@shearman.com |
| aty | Stephen M. Harnik | stephen@harnik.com |
| aty | Tania G. Cohen | tania.cohen@chaffetzlindsey.com |
| aty | Thomas Carter White | carter.white@dentons.com |

| | | | |
|---|---|---|---|
| aty | Thomas J. Giblin | thomas.giblin@lw.com | |
| aty | Virginia I. Weber | vweber@mckoolsmith.com | |
| aty | William J. Sushon | wsushon@omm.com | |
| aty | William J. Sushon | wsushon@omm.com | |
| aty | Yasmine Lahlou | yasmine.lahlou@chaffetzlindsey.com | |

TOTAL: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft    Alternative Investment Strategies    c/o Citco Bank Nederland NV    Telestone 8 – Teleport    Narritaweg 165, 1043BW Amsterdam    The Netherlands

dft    Banca Unione di Credito    c/o Citco Global Custody NV    c/o Citco Bank Nederland NV    TElestone 8 – Teleport, Narritaweg 165    1043BW Amsterdam, The Netherlands

dft    Banque Cramer & Cie SA    22 Avenue de Miremont    1206 Geneve, Switzerland

dft    CBB (BVI)/The Alkima Found    C/o Fidelity Corporate Services    2nd Floor Mill Mall Tower    Windhams Cay 1    Road Town, Tortola    British Virgin Islands

dft    CBT Gems Low Vol Reg    One Montague Place 1st Floor    East Bay Street    P.O. Box N–1906    Nassau, Bahamas

dft    Dexia Banque International a Luxembourg    c/o Citco Bank Nederland NV    Telestone 8 – Teleport    Narritaweg 165    1043 BW Amsterdam, The Netherlands

dft    Longboat Ltd.    c/o Citco Bank Nederland NV    Telestone 8 – Teleport    Narritaweg 165    1043BW Amsterdam    The Netherlands

dft    Master Capital and Hedge Fund    c/o Citco Data Processing Services Ltd.    2600 Cork Airport Business Park    Kinsale Road    Cork, Ireland

dft    Sella Bank AG    c/o Citco Bank Nederland NV    Telestone 8 – Teleport, Narritaweg 165    1043BW Amsterdam    The Netherlands

dft    Swisscanto FD Centre Clients A/C    c/o Citco Data Processing Services Ltd.    2600 Cork Airport Business Park    Kinsale Road    Cork, Ireland

dft    Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.    Registered Address    Via Ginevra 2    CH–6900    Lugano SWITZERLAND

dft    Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG    Registered Address    Zollikerstrasse 181    CH–8034    Zurich SWITZERLAND

dft    Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV    Registered Address    c/o Citco Fund Services Europe BV    Naritaweg 165    1043 BW Amsterdam THE NETHERLANDS

dft    National Bank of Kuwait    P.O. Box 95 Safat    13001 Kuwait    Abdullah Al Ahmad Street    Sharq    STATE OF KUWAIT

dft    Karasel Enhanced Portfolio    c/o Citco Global Custory N.V.    c/o Citco Data Processing Services Ltd.    2600 Cork Airport Business Park    Kinsale Road    Cork, Ireland

dft    Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC    Registered Address    Level 28 One Raffles Quay    South Tower    Singapore 048583 SINGAPORE

dft    Adler and Co Privatbank AG    Registered address    Claridenstreasse 22    CH–8022    Zurich SWITZERLAND

dft    ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG    Registered address    Beethovenstrasse 33    CH–8002    Zurich SWITZERLAND

dft    HSBC    8 Canary Square    Canary Wharf    London UNITED KINGDOM

aty    James L. Garrity, Jr.    Morgan, Lewis & Bockius LLP    101 Park Avenue    New York, NY 10178

aty    Michael E. Wiles    Debevoise & Plimpton LLP    919 3rd Avenue    New York, NY 10022

aty    Sachin S. Bansal    McKool Smith    1 Bryant Park    47th Floor    New York, NY 10036

TOTAL: 22