# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Fairfield Sentry Limited                                      Bankruptcy Case No.:
                                                                      10–13164–smb

Fairfield Sentry Limited ( In Liquidation)
Fairfield Sigma Limited (In Liquidation)
Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof
                    Plaintiff(s),
                                                                      Adversary Proceeding No.
–against–                                                             10–03635–smb

Union Bancaire Privee, UBP SA
Adler and Co.
Privatbank AG
Allianzbank SPA/Unifortune Conservative Side Pocket
Alternative Investment Strategies
Arsenal SPC
Arsenal SPC OBO Glasgow SEG Port
Banca Arner SA
Banca Unione di Credito
Bank Hapoalim Switzerland Ltd.
Bank Julius Baer & Co. Ltd.
Bank Sarasin & Cie
Banque Cantonale Vaudoise
Banque Cramer & Cie SA
Barclay's Bank PLC Singapore Wealth
BBH LUX Guardian II
BBVA (Suisse) SA
BCV AMC Defensive Al Fund
BNP Paribas (Suisse) SA
BNP Paribas (Suisse) SA Ex Fortis
BNP Paribas (Suisse) SA Private
BSI AG
BSI Ex Banca Del Gottardo
Caceis Bank Luxembourg
CBB (BVI)/The Alkima Found
CBT Gems Low Vol Reg
Compagnie Bancaire Helvetique
Centrum Bank AG (AMS)
Fidulex Management Inc.
Clariden Leu Ltd.
Corner Banca SA
Credit Suisse AG Zurich
Dexia Banque International a Luxembourg
Dresdner Bank Schweiz
EFG Bank SA Switzerland
EFG Eurofinancier D'Invest MCL
Endurance Absolute Ltd. Master
Fairfield Investment GCI
Fairfield Investment Fund Ltd.
Fairfield Masters Ltd.
Falcon Private Bank
FIF Advanced Ltd.
Finter Bank Zuirich
Harmony Capital Fund Ltd.
Ihag Handelsbank AG
Incore Bank AG
Karla Multistrategies Ltd.
KBC Investments Ltd.
LGT Bank in Liechtenstein AG
Liechtensteinische LB Reinvest AMS

Lloyds TSB Bank Geneva  
Lombard Odier Darier Hentsch & Cie  
Longboat Ltd.  
Master Capital and Hedge Fund  
NBK Banque Privee Suisse SA  
Pictet & Cie  
PKB Privatebank AG  
Private Space Ltd.  
Quasar Funs SPC  
RBC Dexia Investor Service Julius Baer Sicav  
RBS Coutts Bank Ltd.  
Richourt AAA Multistrategies  
Rothschold Bank AG Zurich (Dublin)  
Rothschild Bank Geneva (Dublin)  
Rothschild Lugano Dublin  
Sella Bank AG  
SIS Seeganintersettle  
Six SIS Ltd.  
Societe Generale Bank & Trust  
Soundview Fund  
Swisscanto FD Centre Clients A/C  
T1 Global Fund Ltd.  
UBS AG New York  
UBS AG Zurich  
UBS Jersey Nominees  
Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS)  
Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000  
Verwaltungs– und Privat–Bank AG Aktiengesellschaft  
Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.  
Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG  
Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV  
National Bank of Kuwait  
Karasel Enhanced Portfolio  
Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC  
Adler and Co Privatbank AG  
ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG  
EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL.  
EFG Bank AG a/k/a EFG Bank SA Switzerland  
EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL  
Credit Suisse AG  
HSBC  
HSBC  
Geneva Absolute Return Fund  
EFG Bank AG and EFG Bank (Monaco)  
Remand Defendants  
Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss)  
Unifortune Conservative Side Pocket  
Liechtensteinsche Landesbank AG  
the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law  

                                                  Defendant(s)

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | CBB (BVI)/ THE ALKIMA FUND |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/5/17                                                                                      Vito Genna

*Clerk of the Court*

By: /s/  Dawn McCaffrey

*Deputy Clerk*

United States Bankruptcy Court
Southern District of New York

Fairfield Sentry Limited ( In Liquidatio,
    Plaintiff                                                                    Adv. Proc. No. 10-03635-smb

Union Bancaire Privee, UBP SA,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: dmccaffre          Page 1 of 4          Date Rcvd: Dec 05, 2017
                              Form ID: clkdflt          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.

```
aty          +James L. Garrity, Jr.,    Morgan, Lewis & Bockius LLP,    101 Park Avenue,
               New York, NY 10178-0060
aty          +Michael E. Wiles,    Debevoise & Plimpton LLP,    919 3rd Avenue,    New York, NY 10022-3916
aty          +Sachin S. Bansal,    McKool Smith,    1 Bryant Park,    47th Floor,    New York, NY 10036-6729
dft           ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) A,    Registered address,    Beethovenstrasse 33,
               CH-8002,    Zurich,    SWITZERLAND
dft           Adler and Co Privatbank AG,    Registered address,    Claridenstreasse 22,    CH-8022,    Zurich,
               SWITZERLAND
dft           Alternative Investment Strategies,    c/o Citco Bank Nederland NV,    Telestone 8 - Teleport,
               Narritaweg 165, 1043BW Amsterdam,    The Netherlands
dft           Banca Unione di Credito,    c/o Citco Global Custody NV,    c/o Citco Bank Nederland NV,
               TElestone 8 - Teleport, Narritaweg 165,    1043BW Amsterdam, The Netherlands
dft           Banque Cramer & Cie SA,    22 Avenue de Miremont,    1206 Geneve, Switzerland
dft           Barclays Bank PLC Singapore Wealth a/k/a Barclays,    Registered Address,
               Level 28 One Raffles Quay,    South Tower,    Singapore 048583,    SINGAPORE
dft           CBB (BVI)/The Alkima Found,    C/o Fidelity Corporate Services,    2nd Floor Mill Mall Tower,
               Windhams Cay 1,    Road Town, Tortola,    British Virgin Islands
dft           CBT Gems Low Vol Reg,    One Montague Place 1st Floor,    East Bay Street,    P.O. Box N-1906,
               Nassau, Bahamas
dft           Dexia Banque International a Luxembourg,    c/o Citco Bank Nederland NV,
               Telestone 8 - Teleport,    Narritaweg 165,    1043 BW Amsterdam, The Netherlands
dft           HSBC,    8 Canary Square,    Canary Wharf,    London,    UNITED KINGDOM
dft           Karasel Enhanced Portfolio,    c/o Citco Global Custory N.V.,
               c/o Citco Data Processing Services Ltd.,    2600 Cork Airport Business Park,    Kinsale Road,
               Cork, Ireland
dft           Longboat Ltd.,    c/o Citco Bank Nederland NV,    Telestone 8 - Teleport,    Narritaweg 165,
               1043BW Amsterdam,    The Netherlands
dft           Master Capital and Hedge Fund,    c/o Citco Data Processing Services Ltd.,
               2600 Cork Airport Business Park,    Kinsale Road,    Cork, Ireland
dft           National Bank of Kuwait,    P.O. Box 95 Safat,    13001 Kuwait,    Abdullah Al Ahmad Street,
               Sharq,    STATE OF KUWAIT
dft           Quasar Funds SPC a/k/a Quasar Fund SPC Class A and,    Registered Address,
               c/o Citco Fund Services Europe BV,    Naritaweg 165,    1043 BW Amsterdam,    THE NETHERLANDS
dft           Rothschild Bank AG Zurich (Dublin) a/k/a Rothschil,    Registered Address,    Zollikerstrasse 181,
               CH-8034,    Zurich,    SWITZERLAND
dft           Rothschild Lugano Dublin a/k/a Banca Privata Edmon,    Registered Address,    Via Ginevra 2,
               CH-6900,    Lugano,    SWITZERLAND
dft           Sella Bank AG,    c/o Citco Bank Nederland NV,    Telestone 8 - Teleport, Narritaweg 165,
               1043BW Amsterdam,    The Netherlands
dft           Swisscanto FD Centre Clients A/C,    c/o Citco Data Processing Services Ltd.,
               2600 Cork Airport Business Park,    Kinsale Road,    Cork, Ireland
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
intp          ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N
intp          ABN AMRO Fund Services (Isle of Man) Nominees Limi
intp          ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fo
intp          ABN AMRO Global Custody
intp          ABN AMRO Global Custody Services N.V. f/k/a Fortis
dft           Adler and Co.
dft           Allianzbank SPA/Unifortune Conservative Side Pocke
dft           Arsenal SPC
dft           Arsenal SPC OBO Glasgow SEG Port
dft           BBH LUX Guardian II
dft           BBVA (Suisse) SA
dft           BCV AMC Defensive AI Fund
dft           BNP Paribas (Suisse) SA
dft           BNP Paribas (Suisse) SA Ex Fortis
dft           BNP Paribas (Suisse) SA Private
dft           BSI AG
dft           BSI Ex Banca Del Gottardo
dft           Banca Arner SA
unk           Banco Santander (Suisse) SA
dft           Bank Hapoalim Switzerland Ltd.
dft           Bank Julius Baer & Co. Ltd.
dft           Bank Sarasin & Cie
dft           Banque Cantonale Vaudoise
dft           Barclay's Bank PLC Singapore Wealth
dft           Caceis Bank Luxembourg
dft           Centrum Bank AG (AMS)
```

```
District/off: 0208-1          User: dmccaffre          Page 2 of 4          Date Rcvd: Dec 05, 2017
                              Form ID: clkdflt         Total Noticed: 22


                ***** BYPASSED RECIPIENTS (continued) *****
dft            Clariden Leu Ltd.
unk            Clerk's Office of the U.S. Bankruptcy Court, S.D.N
dft            Compagnie Bancaire Helvetique
dft            Corner Banca SA
dft            Credit Suisse AG
dft            Credit Suisse AG Zurich
dft            Defendants (as set forth in Appendix A to the Memo
dft            Dresdner Bank Schweiz
dft            EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest
dft            EFG Bank AG a/k/a EFG Bank SA Switzerland
dft            EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG
dft            EFG Bank AG and EFG Bank (Monaco)
dft            EFG Bank SA Switzerland
dft            EFG Eurofinancier D'Invest MCL
dft            Endurance Absolute Ltd. Master
dft            FIF Advanced Ltd.
dft            Fairfield Investment Fund Ltd.
dft            Fairfield Investment GCI
dft            Fairfield Masters Ltd.
pla            Fairfield Sentry Limited ( In Liquidation)
pla            Fairfield Sigma Limited (In Liquidation)
dft            Falcon Private Bank
dft            Fidulex Management Inc.
dft            Finter Bank Zuirich
dft            Geneva Absolute Return Fund
dft            HSBC
dft            Harmony Capital Fund Ltd.
dft            Ihag Handelsbank AG
dft            Incore Bank AG
unk            Joanna Lau
dft            KBC Investments Ltd.
dft            Karla Multistrategies Ltd.
unk            Kenneth Krys
pla            Kenneth Krys, solely in his capacity as Foreign Re
dft            LGT Bank in Liechtenstein AG
dft            Liechtensteinische LB Reinvest AMS
dft            Liechtensteinsche Landesbank AG
dft            Lloyds TSB Bank Geneva
dft            Lombard Odier Darier Hentsch & Cie
dft            NBK Banque Privee Suisse SA
dft            PKB Privatebank AG
dft            Pictet & Cie
dft            Privatbank AG
dft            Private Space Ltd.
dft            Quasar Funs SPC
dft            RBC Dexia Investor Service Julius Baer Sicav
dft            RBS Coutts Bank Ltd.
dft            Remand Defendants
dft            Richourt AAA Multistrategies
dft            Rothschild Bank Geneva (Dublin)
dft            Rothschild Lugano Dublin
dft            Rothschold Bank AG Zurich (Dublin)
dft            SIS Seeganintersettle
dft            Six SIS Ltd.
dft            Societe Generale Bank & Trust
dft            Soundview Fund
dft            T1 Global Fund Ltd.
dft            UBS AG New York
dft            UBS AG Zurich
dft            UBS Jersey Nominees
dft            Unifortune Conservative Side Pocket
dft            Union Bancaire Privee, UBP SA
dft            Verwaltungs und Privat-Bank AG Aktiengesellschaft
dft            Verwaltungs- und Privat-Bank AG Aktiengesellschaft
dft            Vorarlberger Landes Und Hypothekenbank Ankiengesel
dft            the Defendants listed on Exhibit A to the HSBC Def
                                                              TOTALS: 92, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0208-1           User: dmccaffre              Page 3 of 4                   Date Rcvd: Dec 05, 2017
                               Form ID: clkdflt            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:

```
          Alexander    Lees     on behalf of Defendant    Dresdner Bank Schweiz alees@milbank.com
          Andreas A. Frischknecht    on behalf of Defendant    SIS Seeganintersettle
           andreas.frischknecht@chaffetzlindsey.com,  dockets@chaffetzlindsey.com
          Andrew John Finn    on behalf of Defendant    Bank Sarasin & Cie finna@sullcrom.com,
           s&cmanagingclerk@sullcrom.com;andrew-finn-6914@ecf.pacerpro.com
          Anthony L. Paccione    on behalf of Defendant    BBH LUX Guardian II anthony.paccione@kattenlaw.com,
           mark.ciani@kattenlaw.com
          Anthony L. Paccione    on behalf of Defendant    RBC Dexia Investor Service Julius Baer Sicav
           anthony.paccione@kattenlaw.com,  mark.ciani@kattenlaw.com
          Ari  MacKinnon    on behalf of Defendant    BNP Paribas (Suisse) SA amackinnon@cgsh.com,
           maofiling@cgsh.com
          Breon    Peace    on behalf of Defendant    BNP Paribas (Suisse) SA bpeace@cgsh.com,
           maofiling@cgsh.com
          Charles Collier Platt    on behalf of Defendant    BSI AG Charles.Platt@wilmerhale.com
          Christopher    Harris    on behalf of Defendant    ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland)
           AG Christopher.harris@lw.com
          Christopher A. Lynch    on behalf of Defendant    T1 Global Fund Ltd. clynch@reedsmith.com
          Christopher R. Donoho, III    on behalf of Defendant    Barclay's Bank PLC Singapore Wealth
           chris.donoho@hoganlovells.com,  ronald.cappiello@hoganlovells.com
          Daniel    Shamah    on behalf of Defendant    Clariden Leu Ltd. dshamah@omm.com,
           cmartin@omm.com;lillianlee@omm.com
          David Farrington Yates    on behalf of Defendant    EFG Bank (Monaco) f/k/a EFG Eurofinancier
           DInvest MCL farrington.yates@kobrekim.com
          David M. Morris    on behalf of Defendant    Centrum Bank AG (AMS) david.morris@friedfrank.com,
           managingattorneysdepartment@friedfrank.com
          Dorothy    Heyl    on behalf of Defendant    Dresdner Bank Schweiz dheyl@milbank.com
          Elizabeth    Vicens    on behalf of Defendant    Caceis Bank Luxembourg evicens@cgsh.com,
           maofiling@cgsh.com
          Elizabeth A O'Connor    on behalf of Defendant    BCV AMC Defensive Al Fund eoconnor@fzwz.com
          Eric    Fishman    on behalf of Defendant    Falcon Private Bank efishman@pillsburywinthrop.com,
           nydocket@pillsburylaw.com
          Erin E Valentine    on behalf of Defendant    SIS Seeganintersettle
           erin.valentine@chaffetzlindsey.com,  dockets@chaffetzlindsey.com
          Evan A. Davis    on behalf of Defendant    BNP Paribas (Suisse) SA edavis@cgsh.com,
           maofiling@cgsh.com;njedrey@cgsh.com
          Frederick R. Kessler    on behalf of Defendant    FIF Advanced Ltd. fkessler@wmd-law.com
          George W. Shuster, Jr.    on behalf of Defendant    BSI AG george.shuster@wilmerhale.com
          Heather Lamberg Kafele    on behalf of Defendant    BBVA (Suisse) SA hkafele@winston.com,
           jpjohnson@winston.com;kpalfin@winston.com
          Herbert M. Wachtell    on behalf of Defendant    Fidulex Management Inc. hmwachtell@wlrk.com,
           calert@wlrk.com
          Jascha D. Preuss    on behalf of Defendant    Liechtensteinische LB Reinvest AMS
           jpreuss@reisspreuss.com,  10.03496filings@gmail.com
          Jeffrey T. Scott    on behalf of Defendant    Bank Sarasin & Cie scottj@sullcrom.com,
           s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com
          John A. Borek    on behalf of Defendant    Verwaltungs- und Privat-Bank AG Aktiengesellschaft
           john.borek@friedfrank.com,  ManagingAttorneysDepartment@friedfrank.com
          John F. Zulack    on behalf of Defendant    BCV AMC Defensive Al Fund jzulack@fzwz.com
          Jonathan D. Cogan    on behalf of Defendant    Allianzbank SPA/Unifortune Conservative Side Pocket
           jonathan.cogan@kobrekim.com
          Justin    Kattan    on behalf of Defendant    EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL
           justin.kattan@dentons.com,  docketny@dentons.com
          Keith R. Palfin    on behalf of Defendant    BBVA (Suisse) SA keith.palfin@winston.com
          Kimberly Perrotta Cole    on behalf of Defendant    Allianzbank SPA/Unifortune Conservative Side
           Pocket kimberly.cole@kobrekim.com
          Lawrence B. Friedman    on behalf of Defendant    Caceis Bank Luxembourg lfriedman@cgsh.com,
           maofiling@cgsh.com
          Marshall R. King    on behalf of Defendant    UBS AG New York mking@gibsondunn.com
          Martin B. Klotz    on behalf of Defendant    Arsenal SPC maosbny@willkie.com,  mklotz@willkie.com
```

```
District/off: 0208-1          User: dmccaffre              Page 4 of 4                  Date Rcvd: Dec 05, 2017
                              Form ID: clkdflt            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Megan P. Davis   on behalf of Defendant   Banque Cantonale Vaudoise mdavis@fzwz.com
      Polina Bensman   on behalf of Defendant   Caceis Bank Luxembourg lbensman@cgsh.com
      Rachel Ehrlich Albanese   on behalf of Defendant   Banca Arner SA rachel.albanese@dlapiper.com, adam.lanza@dlapiper.com,rachel-albanese-9956@ecf.pacerpro.com
      Reid Ashinoff   on behalf of Defendant   EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL reid.ashinoff@dentons.com, docketny@dentons.com
      Richard A. Cirillo   on behalf of Defendant   NBK Banque Privee Suisse SA rcirillo@kslaw.com, jcmccullough@kslaw.com
      Richard B. Levin   on behalf of Defendant   Unifortune Conservative Side Pocket rlevin@jenner.com
      Samuel Cavior   on behalf of Defendant   Falcon Private Bank samuel.cavior@pillsburylaw.com
      Scott S Balber   on behalf of Defendant   Bank Hapoalim Switzerland Ltd. scott.balber@hsf.com, wale.bakare@hsf.com
      Sean G. Arthurs   on behalf of Defendant   BBVA (Suisse) SA sean.arthurs@shearman.com
      Stephen M. Harnik   on behalf of Defendant   Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1-1000 stephen@harnik.com
      Tania G. Cohen   on behalf of Defendant   SIS Seeganintersettle dockets@chaffetzlindsey.com
      Thomas Carter White   on behalf of Defendant   EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL carter.white@dentons.com, docketny@dentons.com
      Thomas J. Giblin   on behalf of Defendant   ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG thomas.giblin@lw.com
      Virginia I. Weber   on behalf of Defendant   Bank Julius Baer & Co. Ltd. vweber@mckoolsmith.com
      William J. Sushon   on behalf of Defendant   Credit Suisse AG Zurich wsushon@omm.com
      William J. Sushon   on behalf of Defendant   Clariden Leu Ltd. wsushon@omm.com
      Yasmine Lahlou   on behalf of Defendant   Six SIS Ltd. yasmine.lahlou@chaffetzlindsey.com, dockets@chaffetzlindsey.com

                                                                                                                                     TOTAL: 52