UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No. 10-13164 (SMB)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** and **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION)**, acting by and through the Foreign Representatives thereof, and **KENNETH KRYS** and **CHARLOTTE CAULFIELD**, solely in their capacities as Foreign Representatives and Liquidators thereof,<br>                                Plaintiffs,<br><br>                  -against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>                                Defendants. | **Adv. Pro. No. 10-03635 (SMB)** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** and **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION)**, acting by and through the Foreign Representatives thereof, and **KENNETH KRYS** and **CHARLOTTE CAULFIELD**, solely in their capacities as Foreign Representatives and Liquidators thereof,<br>                                Plaintiffs,<br><br>                  -against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>                                Defendants. | **Adv. Pro. No. 10-03636 (SMB)** |

**NOTICE OF JOINDER**

       PLEASE TAKE NOTICE that Defendant Banque Internationale à Luxembourg, formerly

known as Dexia Banque Internationale à Luxembourg ("BIL"), through its undersigned

attorneys, hereby joins, adopts and incorporates by reference the consolidated motion to dismiss, filed by defendants in *Fairfield Sentry Limited (in Liquidation) et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496 (ECF Doc. Nos. 959-964, 991, 1456, 1457). All arguments raised by the defendants in the Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss (ECF No. 960) are hereby adopted by BIL. Additionally, all arguments raised by the defendants in the Consolidated Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss (ECF No. 1457) are hereby adopted by BIL.

WHEREFORE, BIL respectfully requests that the Court deny Plaintiffs' Motion for Leave, grant Defendants' Motion to Dismiss, and grant any other and further relief the Court deems just and proper.

Dated: New York, New York
February 13, 2018

Respectfully submitted,

_s/ Jeff E. Butler_
Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

*Attorneys for Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA*