**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) **Chapter 15 Case** |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) **Case No. 10-13164 (SMB)** |
| | ) |
| Debtors in Foreign Proceedings. | ) **Jointly Administered** |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** | ) |
| **and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),** | ) |
| **acting by and through the Foreign Representatives thereof,** | ) |
| **and KENNETH KRYS and CHARLOTTE CAULFIELD,** | ) |
| **solely in their capacities as Foreign Representatives and** | ) **Adv. Pro. No. 10-03635** |
| **Liquidators thereof,** | ) **(SMB)** |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| -against- | ) |
| | ) |
| ABN  AMRO  SCHWEIZ  AG  a/k/a  ABN  AMRO | ) |
| (SWITZERLAND) AG, ADLER AND CO PRIVATBANK | ) |
| AG,      ALLIANZBANK      SPA/UNIFORTUNE | ) |
| CONSERVATIVE  SIDE  POCKET,  ALTERNATIVE | ) |
| INVESTMENT    STRATEGIES,    ARSENAL    SPC, | ) |
| ARSENAL SPC OBO GLASGOW SEG PORT, BANCA | ) |
| ARNER  SA,  BANCA  UNIONE  DI  CREDITO,  BANK | ) |
| HAPOALIM  SWITZERLAND  LTD.,  BANK  JULIUS | ) |
| BAER & CO. LTD., BANK SARASIN & CIE, BANQUE | ) |
| CANTONALE  VAUDOISE,  BANQUE  CRAMER  &  CIE | ) |
| SA, BBVA (SUISSE) SA, BCV AMC Defensive AL Fund, | ) |
| BNP  Paribas  (Suisse)  SA,  BNP  Paribas  (Suisse)  SA  Ex | ) |
| Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex | ) |
| Banca  Del  Gottardo,  Caceis  Bank  Luxembourg,  CBB | ) |
| (BVI)/  The  Alkima  Fund,  CBT  Gems  Low  Vol  Reg, | ) |
| Compagnie  Bancaire  Helvetique,  Centrum  Bank  AG | ) |
| (AMS),  CLariden  Leu  Ltd.,  Corner  Banca  SA,  Credit | ) |
| Suisse  AG  ZuRIch,  Dexia  Banque  International  A | ) |

**Luxembourg, Dresdner Bank Schweiz, EFG Bank SA** )
**Switzerland, EFG Eurofinancier D'Invest MCL,** )
**Endurance Absolute Ltd. Master, Fairfield Investment** )
**GCI, Fairfield Investment Fund Ltd., Falcon Private Bank,** )
**FIF Advanced Ltd., Finter Bank ZuRIch, Harmony** )
**Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore** )
**Bank AG, KARASEL ENHANCED PORTFOLIO, Karla** )
**Multistrategies Ltd., KBC Investments LTD., LGT Bank** )
**In Liechtenstein AG, Liechtensteinische LB Reinvest AMS,** )
**Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch** )
**& CIE, Longboat Ltd., Master Capital and Hedge Fund,** )
**NATIONAL BANK OF KUWAIT, NBK Banque Privee** )
**Suisse SA, Pictet & CIE, PKB Privatbank AG, Quasar** )
**FunDs SPC a/k/a QUASAR FUND SPC CLASS a and class** )
**b cgcnv, RBC Dexia Investor Service Julius Baer SICAV,** )
**RBS Coutts Bank Ltd., Richourt AAA Multistrategies,** )
**RothschIld Bank AG Zurich (Dublin) a/k/a** )
**ROTHSCHILD BANK AG, Rothschild Bank Geneva** )
**(Dublin), Rothschild Lugano Dublin a/k/a BANCA** )
**PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A.,** )
**Sella Bank AG, SIS Seeganintersettle, Six SIS Ltd., Societe** )
**Generale Bank & Trust, Soundview Fund, Swisscanto FD** )
**Centre Clients A/C, T1 Global Fund Ltd., UBS AG New** )
**York, UBS AG Zurich, UBS Jersey Nominees,** )
**Verwaltungs UND Privat-Bank AG Aktiengesellschaft** )
**(AMS), Vorarlberger Landes UND Hypothekenbank** )
**Aktiengesellschaft and BENEFICIAL OWNERS OF** )
**ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000,** )
)
                                    **Defendants.** )
)

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal

Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry*

*Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the

"Adversary Proceeding") against Arsenal SPC ("Arsenal") and Arsenal SPC OBO Glasgow SEG

PORT ("Glasgow"), and only those claims, with prejudice and without costs.  This notice of

2

dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any

defendants other than Arsenal and Glasgow.


Dated: March 14, 2018

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ David J. Molton*
    David J. Molton
    7 Times Square
    New York, New York 10036
    Tel.: (212) 209-4800
    Fax: (212) 209-4801
    dmolton@brownrudnick.com


*Counsel for the Foreign Representatives*