**DENTONS US LLP**
T. Carter White
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carter.white@dentons.com

*Counsel for EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>EFG BANK a/k/a EFG BANK AG and/or EFG BANK SA, et al.,<br>    Defendants. | Adversary Pro. No. 10-03625 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>ZURICH CAPITAL MARKETS COMPANY, et al., | Adversary Pro. No. 10-03634 (SMB) |

| | |
|---|---|
| Defendants. | |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>   Defendants. | Adversary Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>   Defendants. | Adversary Pro. No. 10-03636 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> -against-<br><br>BANCO ATLANTICO GIBRALTAR LTD. a/k/a EFG BANK (GIBRALTAR) LTD., et al.,<br><br>   Defendants. | Adversary Pro. No. 10-03787 (SMB) |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Pursuant to Local Rule 2090-1(e) of the Local Rules of Bankruptcy Procedure, T. Carter White ("Movant"), of the law firm Dentons US LLP, hereby respectfully moves for an Order withdrawing as attorney of record for Defendants EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A. (collectively, "Defendants") in the above-captioned adversary proceedings

(Adv. Pro. Nos. 10-03496, 10-03625, 10-03634, 10-03635, 10-03636, and 10-03787).  Movant further requests that his name be removed from all notice and service lists in this case.

In support this motion, Movant respectfully states:

1. Movant is no longer serving as counsel to Defendants and is doing no work on behalf of Defendants in the above-captioned adversary proceedings.

2. Defendants will not suffer prejudice as a result of the withdrawal because Defendants will continue to be represented by D. Farrington Yates of Kobre & Kim LLP.

3. Movant's withdrawal from the above-referenced adversary proceedings will not disrupt this litigation, and no other party will suffer any prejudice or delay.

WHEREFORE, Mr. White requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Defendants so that Movant no longer receives electronic notices from the Court's CM/ECF system.

Dated: New York, New York
       May 10, 2018

>                           Respectfully submitted,
>
>                           */s/      T. Carter White*
>                           DENTONS US LLP
>                           T. Carter White
>                           1221 Avenue of the Americas
>                           New York, New York 10020
>                           Telephone:  (212) 768-6700
>                           Facsimile:  (212) 768-6800
>                           carter.white@dentons.com
>
>                           *Counsel for EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A.*