UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This document relates to:<br><br>Adv. Pro. Nos. 10-03496, 10-03635, 10-03636 | |

### NOTICE OF JOINDER FOR BANCA UNIONE DI CREDITO

PLEASE TAKE NOTICE that Defendant Banca Unione di Credito ("BUC"), through its undersigned attorneys, hereby joins, adopts and incorporates by reference the consolidated Motion to Dismiss (Case No. 10-03496, ECF No. 959-60; Case No. 10-03635, ECF No. 170-71; Case No. 10-03636, ECF No. 189-90) and all related declarations (*see, e.g.*, Case No. 10-03496, ECF Nos. 961-64, 991, 1458). BUC hereby adopts (i) all arguments raised by the defendants in the Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss (Case No. 10-03496, ECF No. 960; Case No. 10-03635, ECF No. 171; Case No. 10-03636, ECF No. 190) and (ii) all arguments raised by the

defendants in the Consolidated Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss (Case No. 10-03496, ECF No. 1457; Case No. 10-03635, ECF No. 305; Case No. 10-03636, ECF No. 335).

PLEASE TAKE FURTHER NOTICE that BUC hereby adopts all arguments raised by defendants BSI AG and BSI Ex Banca Del Gottardo in (i) FIBCPR Swiss Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss (Case No. 10-03496, ECF No. 1245; Case No. 10-03635, ECF No. 220; Case No. 10-03636, ECF No. 247), and (ii) FIBCPR Swiss Defendants' Supplemental Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss (Case No. 10-03496, ECF No. 1504; Case No. 10-03635, ECF No. 319; Case No. 10-03636, ECF No. 351).

WHEREFORE, BUC respectfully requests that the Court deny Plaintiffs' Motion for Leave to Amend, grant Defendants' Motion to Dismiss, and grant any other and further relief the Court deems just and proper.

Dated: May 30, 2018
New York, New York

By:   */s/ D. Farrington Yates*
D. Farrington Yates
Adam M. Lavine
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
farrington.yates@kobrekim.com

*Attorney for Defendant Banca Unione di Credito*