**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| **FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,**<br><br>                    Plaintiffs,<br><br>-against-<br><br>**THEODOOR GGC AMSTERDAM, et al.,**<br><br>                    Defendants. | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated Under This Matter |
| **This Document Relates to the Following Adversary Proceedings:**<br><br>10-03505    10-03514    10-03595<br>10-03634    10-03635    10-03636<br>10-03756    10-03786    10-03795<br>10-03799    10-03873    11-01256<br>11-01566    11-01584    11-01585<br>11-01614    11-02613    12-01131<br>12-01264 | |

**NOTICE OF WITHDRAWAL AND REQUEST FOR
REMOVAL FROM CM/ECF SERVICE LISTS**

PLEASE TAKE NOTICE that Elizabeth A. O'Connor[1] hereby withdraws her appearance in the above-captioned cases as counsel for Defendants Societe Generale Private Banking (Suisse) SA (sued as SG Private Banking (Suisse) SA) in Adv. Pro. Nos. 10-03595 and 10-03786, and as successor to SG Private Banking (Lugano-Svizzera) SA (sued as FS/SG Private

---

[1] Effective as of July 1, 2018, Ms. O'Connor will join Tarter Krinsky & Drogin LLP. John F. Zulack will continue to represent the FZWZ Defendants (as defined herein) in the relevant adversary proceedings.

Banking (Lugano-Svizzera) SA) in Adv. Pro. No. 11-01566; Hambros (Guernsey Nominees) Limited (sued as Hambros Guernsey Nominees), SG Hambros Nominees (Jersey) Limited (sued as SG Hambros Nominees (Jersey)), SG Hambros Bank (Channel Islands) Limited (sued as SG Hambros Bank (Channel Islands) Limited-Guernsey Branch and as SG Hambros Bank & Trust (Guernsey) Ltd.) in Adv. Pro. No. 10-03799; Societe Generale Bank & Trust SA (also sued as Societe Generale Bank & Trust SA (Luxembourg)) in Adv. Pro. Nos. 10-03635, 10-03636, 11-02613 and 11-01584; Banque de Reescompte et de Placement aka BAREP in Adv. Pro. No. 11-01585; Edmond de Rothschild (Suisse) SA (sued as Rothschild Bank Geneva (Dublin)) in Adv. Pro. Nos. 10-03635 and 10-03636; Edmond de Rothschild (Europe) (sued as Banque Privee Edmond de Rothschild (Europe)) in Adv. Pro. No. 10-03505; Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA in Adv. Pro. Nos. 10-03635 and 10-03636; Banque Cantonale Vaudoise and BCV AMC Defensive Alternative Fund (sued as BCV AMC Defensive AL Fund) in Adv. Pro. Nos. 10-03635 and 10-03636; Piguet Galland & Cie SA (sued as Banque Piguet & Cie SA) in Adv. Pro. No. 10-03514; Banque Privee Espirito Santo SA (sued as FS/CBESSA and as Compagnie Bancaire Espirito Santo SA) in Adv. Pro. Nos. 10-03634 and 10-03756; Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie) in Adv. Pro. Nos. 10-03635, 10-03636 and 10-03795; Bordier & Cie in Adv. Pr. No. 10-03873; Rothschild Bank AG (sued as Rothschild Bank AG Zurich (Dublin) in Adv. Pro. Nos. 10-03635 and 10-03636; IDF Global Fund in Adv. Pro. No. 11-01614; Jared Trading Limited (sued as Jared Trading Limited/BVI) in Adv. Pro. No. 12-01264; CBH Compagnie Bancaire Helvetique SA (sued as Compagnie Bancaire Helvetique SA and as Banque SCS Alliance SA) in Adv. Pro. Nos. 10-03635, 10-03636 and 11-01256; and Rothschild & Cie Banque (sued as Rothshild & Cie Banque Paris) in Adv. Pro. No. 12-01131 (collectively, the "FZWZ Defendants").

PLEASE TAKE FURTHER NOTICE that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases should continue to be given to and served upon:

> John F. Zulack
> Flemming Zulack Williamson Zauderer LLP
> One Liberty Plaza
> New York, NY 10006
> Tel. No.: (212) 412-9500
> Fax No.: (212) 964-9200
> E-mail Address: jzulack@fzwz.com

PLEASE TAKE FURTHER NOTICE that Elizabeth A. O'Connor requests that she be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in these proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Withdrawal and Request for Removal from CM/ECF Service Lists is not and shall not be construed as a waiver of any of the above-named defendants' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.

Dated: New York, New York
June 18, 2018

                            FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                            /s/ Elizabeth A. O'Connor
                            Elizabeth A. O'Connor
                            eoconnor@fzwz.com
                            One Liberty Plaza
                            New York, New York  10006
                            Telephone:  (212) 412-9500

                            *Withdrawing Attorney for FZWZ Defendants*

**SO ORDERED:  June 19, 2018**

**/s/ STUART M. BERNSTEIN**
**Hon. Stuart M. Bernstein**
**United States Bankruptcy Judge**

4