**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:

Fairfield Sentry Limited, et al.,                    :    Chapter 15 Case

    Debtors in Foreign Proceedings.              :    Case No. 10-13164 (BRL)

-----------------------------------------------------------------x    Jointly Administered

Fairfield Sentry Limited (In Liquidation),      :    Adv. Pro. No. 10-03496 (BRL)

                        Plaintiff,                         :    Administratively Consolidated

            -against-                                       :

Theodoor GGC Amsterdam, et al.,              :

                        Defendants.                       :

-----------------------------------------------------------------x

This Notice of Appearance relates to the
Following Adversary Proceedings:

| | | |
|---|---|---|
| 10-03505 | 10-03514 | 10-03595 |
| 10-03634 | 10-03635 | 10-03636 |
| 10-03756 | 10-03786 | 10-03795 |
| 10-03873 | 10-03799 | 11-01256 |
| 11-01584 | 11-01585 | 11-01566 |
| 11-01614 | 11-02613 | 12-01131 |
| 12-01264 | | |

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Allegaert Berger & Vogel LLP hereby appears in the above-captioned cases as counsel for Defendants Societe Generale Private Banking (Suisse) SA (sued as SG Private Banking (Suisse) SA in Adv. Pro.

Nos. 10-03595 and 10-03786, and as successor to SG Private Banking (Lugano-Svizzera) SA (sued as FS/SG Private Banking (Lugano-Svizzera) SA in Adv. Pro. No. 11-01566, Hambros (Guernsey Nominees) Limited (sued as Hambros Guernsey Nominees), SG Hambros Nominees (Jersey) Limited (sued as SG Hambros Nominees (Jersey)), SG Hambros Bank (Channel Islands) Limited (sued as SG Hambros Bank (Channel Islands) Limited- Guernsey Branch and as SG Hambros Bank & Trust (Guernsey) Ltd.) in Adv. Pro. No. 10- 03799, Societe Generale Bank & Trust SA (also sued as Societe Generale Bank & Trust SA (Luxembourg)) in Adv. Pro. Nos. 10-03635, 10-03636, 11-02613 and 11-01584, Banque de Reescompte et de Placement aka BAREP in Adv. Pro. No. 11-01585, Edmond de Rothschild (Suisse) SA (sued as Rothschild Bank Geneva (Dublin)) in Adv. Pro. Nos. 10-03635 and 10- 03636, Edmond de Rothschild (Europe) (sued as Banque Privee Edmond de Rothschild (Europe)) in Adv. Pro. No. 10-03505, Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA in Adv. Pro. Nos. 10-03635 and 10-03636, Banque Cantonale Vaudoise and BCV AMC Defensive Alternative Fund (sued as BCV AMC Defensive Al Fund) in Adv. Pro. Nos. 10-03635 and 10-03636, Piguet Galland & Cie SA (sued as Banque Piguet & Cie SA) in Adv. Pro. No. 10-03514, Banque Privee Espirito Santo SA (sued as FS/CBESSA and as Compagnie Bancaire Espirito Santo SA) in Adv. Pro. Nos. 10-03634 and 10-03756, Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie) in Adv. Pro. Nos. 10- 03635, 10-03636 and 10-03795, Bordier & Cie in Adv. Pro. No. 10-03873, Rothschild Bank AG (sued as Rothschild Bank AG Zurich (Dublin) in Adv. Pro. Nos. 10-03635 and 10-03636, IDF Global Fund in Adv. Pro. No. 11-01614, Jared Trading Limited (sued as Jared Trading Limited/BVI) in Adv. Pro. No. 12-01264, CBH Compagnie Bancaire Helvetique SA (sued as Compagnie Bancaire Helvetique SA and as Banque SCS Alliance SA) in Adv. Pro. Nos. 10-03635, 10-03636 and 11-01256, and Rothschild & Cie

Banque (sued as Rothschild & Cie Banque Paris) in Adv. Pro. No. 12-01131 (collectively, the "ABV Defendants"), and requests that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

Lauren J. Pincus<br>
Allegaert Berger & Vogel LLP<br>
111 Broadway, 20th Floor<br>
New York, New York 10006<br>
Tel. No.: (212)-571-0550<br>
Fax No.: (212) 571-0555<br>
E-mail Address: lpincus@abv.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.

Dated: New York, New York
August 13, 2018

                              ALLEGAERT BERGER & VOGEL LLP

                              */s/* Lauren J. Pincus
Lauren J. Pincus
lpincus@abv.com
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550

*Attorneys for ABV Defendants*