McKool Smith, P.C.
One Bryant Park
47th Floor
New York, New York 10036
Tel: (212) 402-9400
Fax: (212) 402-9444
Eric B. Halper
ehalper@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd., and*
*ING Bank (Suisse) SA, as predecessor to*
*Bank Julius Baer & Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :   Chapter 15 Case
FAIRFIELD SENTRY LIMITED, ET AL.,                           :
                                                            :   Case No. 10-13164 (BRL)
    Debtors in Foreign Proceedings.                         :
                                                            :   Jointly Administered
------------------------------------------------------------X
                                                            :
FAIRFIELD SENTRY LIMITED                                    :
(IN LIQUIDATION), et al., acting by and through             :
the Foreign Representatives thereof,                        :   Adv. Pro. No. 10-03496 (BRL)
                                                            :
           Plaintiffs,                                      :   Administratively Consolidated
                                                            :
    -v-                                                     :
                                                            :
THEODOOR GGC AMSTERDAM, et al.,                             :
                                                            :
           Defendants.                                      :
                                                            :
------------------------------------------------------------X
This document relates to:                                   :
                                                            :
Adv. Pro. No. 10-13164, 10-03496, 10-03635,                 :
10-03636, 10-03801, and 11-01243.                           :
------------------------------------------------------------X

## NOTICE OF SUBSTITUION OF COUNSEL

**PLEASE TAKE NOTICE** that Robert Elkin, former attorney of McKool Smith, P.C.,[1] is hereby withdrawn and substituted by Eric B. Halper, Esq. and Virginia I. Weber, Esq. of McKool Smith, P.C., as counsel and attorneys of record for Defendants Bank Julius Baer & Co. Ltd and ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. (collectively, "Defendants").

**PLEASE TAKE FURTHER NOTICE** that this withdrawal and substitution is limited to Robert Elkin, Esq., and does not impact the representation of Defendants by other attorneys of McKool Smith, P.C.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number and e-mails:

> Eric B. Halper, Esq.
> Virginia I. Weber, Esq.,
> McKool Smith, P.C.
> One Bryant Park
> 47th Floor
> New York, New York 10036
> Tel. No.: (212) 402-9400
> Fax No.: (212) 402-9444
> E-Mail: ehalper@mckoolsmith.com
> E-Mail: vweber@mckoolsmith.com

Dated:   New York, New York
         September 24, 2018

                                    By:   /s/  Virginia I. Weber__
                                          Virginia I. Weber, Eq.
                                          Eric B. Halper, Esq.
                                          McKool Smith, P.C.

---

[1] Mr. Robert Elkin has retired from the practice of law.

One Bryant Park
47th Floor
New York, New York 10036
Tel: (212) 402-9400
Fax: (212) 402-9444
vweber@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd., and ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd.*