**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>　　Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>　　Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>EFG BANK a/k/a EFG BANK AG and/or EFG BANK SA, et al.,<br>　　Defendants. | Adversary Pro. No. 10-03625 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>ZURICH CAPITAL MARKETS COMPANY, et al.,<br>　　Defendants. | Adversary Pro. No. 10-03634 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br>　　Defendants. | Adversary Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>   Defendants. | Adversary Pro. No. 10-03636 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> -against-<br><br>BANCO ATLANTICO GIBRALTAR LTD. a/k/a EFG BANK (GIBRALTAR) LTD., et al.,<br><br>   Defendants. | Adversary Pro. No. 10-03787 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Upon the *Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists* filed by Reid L. Ashinoff, of the law firm Dentons US LLP, and for good cause shown therein, it is hereby,

ORDERED, that Mr. Ashinoff is withdrawn as attorney of record for the Defendants EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A. in the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03496, 10-03625, 10-03634, 10-03635, 10-03636, and 10-03787), and it is further,

ORDERED, that Mr. Ashinoff be removed from the Court's CM/ECF electronic notice and service lists for the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03496, 10-03625, 10-03634, 10-03635, 10-03636, and 10-03787).

Dated: _____, 2018
      New York, New York

                                                                          Honorable Stuart M. Bernstein
                                                                        United States Bankruptcy Judge