**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>EFG BANK a/k/a EFG BANK AG and/or EFG BANK SA, et al.,<br>    Defendants. | Adversary Pro. No. 10-03625 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>ZURICH CAPITAL MARKETS COMPANY, et al.,<br>    Defendants. | Adversary Pro. No. 10-03634 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br>    Defendants. | Adversary Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adversary Pro. No. 10-03636 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    -against-<br><br>BANCO ATLANTICO GIBRALTAR LTD. a/k/a EFG BANK (GIBRALTAR) LTD., et al.,<br><br>        Defendants. | Adversary Pro. No. 10-03787 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Upon the *Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists* filed by Justin N. Kattan, of the law firm Dentons US LLP, and for good cause shown therein, it is hereby,

ORDERED, that Mr. Kattan is withdrawn as attorney of record for the Defendants EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A. in the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03496, 10-03625, 10-03634, 10-03635, 10-03636, and 10-03787), and it is further,

ORDERED, that Mr. Kattan be removed from the Court's CM/ECF electronic notice and service lists for the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03496, 10-03625, 10-03634, 10-03635, 10-03636, and 10-03787).

Dated: _____, 2018
   New York, New York

_____
Honorable Stuart M. Bernstein
United States Bankruptcy Judge