**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>　　Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>THEODOOR GGC AMSTERDAM, *et al.*,<br>　　Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>EFG BANK a/k/a EFG BANK AG and/or EFG BANK SA, et al.,<br>　　Defendants. | Adversary Pro. No. 10-03625 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against-<br>ZURICH CAPITAL MARKETS COMPANY, et al., <br>　　Defendants. | Adversary Pro. No. 10-03634 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>　-against- | Adversary Pro. No. 10-03635 (SMB) |

| | |
|---|---|
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>  -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adversary Pro. No. 10-03636 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>  -against-<br><br>BANCO ATLANTICO GIBRALTAR LTD. a/k/a EFG BANK (GIBRALTAR) LTD., et al.,<br><br>        Defendants. | Adversary Pro. No. 10-03787 (SMB) |

## **CERTIFICATE OF SERVICE**

I, Justin N. Kattan, hereby certify that on October 23, 2018, I caused to be served true and correct copies of the foregoing (i) Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists, and (ii) Proposed Order, using the Court's CM/ECF system, which sent Notices of Electronic Filings for each of the foregoing to counsel registered to receive CM/ECF notifications in the respective proceedings.

                                                                                */s/ Justin N. Kattan*
                                                                                   Justin N. Kattan