Eric Fishman
Andrew M. Troop
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000 (phone)
(212) 858-1500 (fax)
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com

*Counsel for Falcon Private Bank Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03636 (SMB) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Andrew M. Troop of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Falcon Private Bank Ltd. ("Falcon"), replacing Samuel Cavior (who has departed Pillsbury) and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number, and e-mail addresses:

Andrew M. Troop
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000 (phone)
(212) 858-1500 (fax)
andrew.troop@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, pleading, petition, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of Falcon's jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated: March 13, 2019

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Andrew M. Troop*
    Eric Fishman
    Andrew M. Troop
    1540 Broadway
    New York, NY 10036
    (212) 858-1000 (phone)
    (212) 858-1500 (fax)
    eric.fishman@pillsburylaw.com
    andrew.troop@pillsburylaw.com

*Counsel for Falcon Private Bank Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 2019, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

*/s/ Andrew M. Troop*
Andrew M. Troop

4837-0165-5946.v2