WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Defendants Fairfield Investment*
*Fund Limited, Fairfield Investment GCI, and*
*FIF Advanced, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03496 (SMB) |
| Plaintiffs, | |
| -against- | Administratively Consolidated |
| Theodoor GGC Amsterdam, et al., | |
| Defendants. | |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03635 (SMB) |
| Plaintiffs, | |
| -against- | |
| ABN AMRO Schweiz AG, et al., | |
| Defendants. | |

Fairfield Sentry Limited (In Liquidation) et al.,

            Plaintiffs,

     -against-

ABN AMRO Schweiz AG, et al.,

            Defendants.

Adv. Pro. No. 10-03636 (SMB)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced, Ltd. in the above-captioned actions, and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

> Fletcher W. Strong
> Wollmuth Maher & Deutsch LLP
> 500 Fifth Avenue
> New York, New York 10110
> Tel:  (212) 382-3300
> Fax: (212) 382-0050
> Email: fstrong@wmd-law.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

1

This Notice of Appearance is not and shall not be construed as a waiver of any of Fairfield Investment Fund Limited's, Fairfield Investment GCI's, or FIF Advanced, Ltd.'s jurisdictional, substantive or procedural defenses, rights, and remedies in connection with the above captioned proceedings, all of which are hereby expressly reserved, including, without limitation, in respect to personal jurisdiction and service of process.

Dated: March 15, 2019
New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By: */s/ Fletcher W. Strong*

Fletcher W. Strong
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: fstrong@wmd-law.com

*Attorneys for Defendants Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced, Ltd.*