**Settlement Date: April 3, 2019 at 12:00 p.m.**
**Objection Deadline: April 2, 2019 at 12:00 p.m.**

BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
Marek P. Krzyzowski

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,** | **Adv. Pro. No. 10-03635 (SMB)** |
| Plaintiffs, | |
| -against- | |
| **ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO,** | |

**CACEIS BANK LUXEMBOURG, CBB (BVI)/ THE**                                )
**ALKIMA FUND, CBT GEMS LOW VOL REG,**                                    )
**COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM**                                )
**BANK AG (AMS), CLARIDEN LEU LTD., CORNER**                              )
**BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA**                              )
**BANQUE INTERNATIONAL A LUXEMBOURG,**                                    )
**DRESDNER BANK SCHWEIZ, EFG BANK SA**                                    )
**SWITZERLAND, EFG EUROFINANCIER D'INVEST**                               )
**MCL, ENDURANCE ABSOLUTE LTD. MASTER,**                                  )
**FAIRFIELD INVESTMENT GCI, FAIRFIELD**                                   )
**INVESTMENT FUND LTD., FALCON PRIVATE BANK,**                            )
**FIF ADVANCED LTD., FINTER BANK ZURICH,**                                )
**HARMONY CAPITAL FUND LTD., HSBC, IHAG**                                 )
**HANDELSBANK AG, INCORE BANK AG, KARASEL**                               )
**ENHANCED PORTFOLIO, KARLA**                                             )
**MULTISTRATEGIES LTD., LGT BANK IN**                                     )
**LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB**                               )
**REINVEST AMS, LLOYDS TSB BANK GENEVA,**                                 )
**LOMBARD ODIER DARIER HENTSCH & CIE,**                                   )
**LONGBOAT LTD., MASTER CAPITAL AND HEDGE**                               )
**FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE**                             )
**PRIVEE SUISSE SA, PICTET & CIE, PKB**                                   )
**PRIVATBANK AG, QUASAR  FUNDS SPC A/K/A**                                )
**QUASAR FUND SPC CLASS A AND CLASS B CGCNV,**                            )
**RBC DEXIA INVESTOR SERVICE JULIUS BAER**                                )
**SICAV, RBS COUTTS BANK LTD., RICHOURT AAA**                             )
**MULTISTRATEGIES, ROTHSCHILD BANK AG**                                   )
**ZURICH (DUBLIN) A/K/A ROTHSCHILD BANK AG,**                             )
**ROTHSCHILD BANK GENEVA (DUBLIN),**                                      )
**ROTHSCHILD LUGANO DUBLIN A/K/A BANCA**                                  )
**PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A.,**                             )
**EDMOND DE ROTHSCHILD (SUISSE) S.A., SIS**                               )
**SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE**                              )
**GENERALE BANK & TRUST, SOUNDVIEW FUND,**                                )
**SWISSCANTO FD CENTRE CLIENTS A/C, T1 GLOBAL**                           )
**FUND LTD., UBS AG NEW YORK, UBS AG ZURICH,**                            )
**UBS JERSEY NOMINEES, VERWALTUNGS UND**                                  )
**PRIVAT-BANK AG AKTIENGESELLSCHAFT (AMS),**                              )
**VORARLBERGER LANDES UND HYPOTHEKENBANK**                                )
**AKTIENGESELLSCHAFT AND BENEFICIAL OWNERS**                              )
**OF ACCOUNTS HELD IN THE NAME OF CGC NA**                                )
**11000, BRUDERER, CAPITALIA, PAN**                                       )
**INTERNATIONAL LIMITED**                                                 )
                                                                          )
                                                    **Defendants.**        )
                                                                          )



)

**NOTICE OF SETTLEMENT OF ORDER
IMPLEMENTING DECEMBER 6, 2018 MEMORANDUM
DECISION GRANTING IN PART AND DENYING IN PART DEFENDANTS'
MOTIONS TO DISMISS AND PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND**

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Granting in Part

and Denying in Part Defendants' Motions to Dismiss and Plaintiffs' Motions for Leave to

Amend, entered by the Court in the administratively consolidated adversary proceeding (Adv.

Pro No. 10-03496) on December 6, 2018 and upon direction of the Court, and in accordance with

Local Bankruptcy Rule 9074-1(a), the undersigned will present the proposed order, attached

hereto as **Exhibit 1** (the "Proposed Order"), to the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge, for settlement and signature in his chambers located at the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004 on **April 3, 2019 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that to the extent there is a counter-proposed

order or objection to the proposed order, it must be in writing and filed with the Clerk of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004 by no later than **April 2, 2019 at 12:00 p.m.** (the "Objection

Deadline"), with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein; and served upon counsel for the Liquidator, Brown Rudnick LLP, 7 Times Square, New York, New York 0036, Attn: David J. Molton, Esq. Any objection to the proposed order must specifically state the interest the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed order or written objection to the proposed order is received before the objection deadline, the proposed order may be signed and entered by the Court without further notice.

Dated: New York, New York

      March 27, 2019

                                   **BROWN RUDNICK LLP**

                                   By:   */s/ David J. Molton*
                                   David J. Molton
                                   Marek P. Krzyzowski
                                   Seven Times Square
                                   New York, New York 10036
                                   Telephone: 212.209.4800
                                   Facsimile: 212.209.4801

                                   *Attorneys for the Foreign Representatives*

To:[1]

Thomas J. Moloney
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: tmoloney@cgsh.com

---

[1] This Notice is also directed to any defendant in this adversary proceeding that has failed to appear.

Elizabeth Vicens
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
evicens@cgsh.com

Marshall R. King
Gabriel Herrmann
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY  10166
(212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

Jeff E. Butler
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
T:  212-878-8000
F:  212-878-8375
(jeff.butler@cliffordchance.com)

David M. Morris
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
One New York Plaza
New York, NY  10004
(212) 859-8000
david.morris@friedfrank.com

Anthony L. Paccione
Mark T. Ciani
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone: 212.940.8800
Facsimile: 212.940.8774
E-mail: anthony.paccione@kattenlaw.com
E-mail: mark.ciani@kattenlaw.com

Norris D. Wolff, Esq.
**KLEINBERG KAPLAN WOLFF & COHEN, P.C.**
551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 986-6000
nwolff@kkwc.com

Christopher Harris
Thomas J. Giblin
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com

Eric B. Halper
Virginia I. Weber
**MCKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, New York 10036
Tel: (212) 402-9400
Fax: (212) 402-9444
ehalper@mckoolsmith.com
vweber@mckoolsmith.com

Eric Fishman
Andrew M. Troop
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com

George W. Shuster, Jr.
Charles C. Platt
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email:  george.shuster@wilmerhale.com

E-mail:  charles.platt@wilmerhale.com


Fletcher W. Strong
William A. Maher
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Email: fstrong@wmd-law.com
Email: wmaher@wmd-law.com

Keith R. Palfin
Heather Lamberg
**WINSTON & STRAWN LLP**
1700 K Street, NW
Washington, DC 20006
(202) 282-5000
kpalfin@winston.com
hlamberg@winston.com

D. Farrington Yates
Adam M. Lavine
**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Email: Farrington.Yates@kobrekim.com
Email: Adam.Lavine@kobrekim.com

Andreas A. Frischknecht
Erin E. Valentine
**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
A.Frischknecht@chaffetzlinsey.com
E.valentine@chaffetzlindsey.com

Alexander B. Lees (AL 7781)
Stacey J. Rappaport (SR9973)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001

Tel:  (212) 530-5000
alees@milbank.com

William J. Sushon
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036-6524
(212) 326-2000
(212) 326-2061 (fax)
Email: wsushon@omm.com

Emil A. Kleinhaus
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52 Street
New York, NY  10017
Telephone: (212) 403-1332
Facsimile: (212) 403-2332
E-mail: eakleinhaus@wlrk.com

Richard Levin
**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
Fax (212) 891-1699
rlevin@jenner.com

Rachel Ehrlich Albanese
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@dlapiper.com

Jonathan D. Cogan
Kimberly Perrotta Cole
**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
jonathan.cogan@kobrekim.com
kimberly.cole@kobrekim.com

Stephen M. Harnik, Esq.

**HARNIK LAW FIRM**
623 Fifth Avenue, 24th Floor
New York, New York 10022-6831
Telephone: (212) 599-7575
Facsimile : (212) 867-8120
Email: stephen@harnik.com

Richard A. Cirillo
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
Direct: 212-556-2337

Scott Balber
Jonathan Cross
**HERBERT SMITH FREEHILLS LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (917) 542-7824
Scott.Balber@hsf.com
Jonathan.cross@hsf.com

Jascha D. Preuss
**WUERSCH & GERING LLP**
100 Wall Street, 10th Floor
New York, NY 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559
E-mail: jascha.preuss@wg-law.com

Andrew J. Finn
Jeffrey T. Scott
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: finna@sullcrom.com
E-mail: scottj@sullcrom.com

Breon S. Peace
Ari D. MacKinnon
Thomas S. Kessler
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

Telephone: (212) 225-2000
Facsimile: (212) 225-3999

John F. Zulack
**ALLEGAERT BERGER & VOGEL LLP**
111 Broadway, 20th Floor
New York, New York 10006
jzulack@abv.com
(212) 571-0550

Martin B. Klotz
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8688
Fax : (212) 728-8111
Email: maosbny@willkie.com

Megan P. Davis
Elizabeth A. O'Connor
**Flemming Zulack Williamson Zauderer LLP**
One Liberty Plaza
New York, NY 10006
212.412.9500
Fax : 212.964.9200
Email: mdavis@fzwz.com
Email: eoconnor@fzwz.com

Christopher R. Donoho, III
**Hogan Lovells LLP**
875 Third Avenue
New York, NY 10022
212-909-0630
Fax : 212-909-0660
Email: chris.donoho@hoganlovells.com

Sean G. Arthurs
**Shearman & Sterling, LLP**
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004
(202) 508-8089
Fax : (202) 508-8100
Email: sean.arthurs@shearman.com

James L. Garrity, Jr.

**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178
212-309-6220
Fax : 212-309-6001
Email: jgarrity@morganlewis.com

Justin Kattan
**Dentons US LLP**
1221 Avenue of the Americas
New York, NY 10020
212-768-6923
Email: justin.kattan@dentons.com

Michael E. Wiles
**Debevoise & Plimpton LLP**
919 3rd Avenue
New York, NY 10022

Christopher A. Lynch
**Reed Smith LLP**
599 Lexington Avenue
30th Floor
New York, NY 10022
(212) 549-0208
Email: clynch@reedsmith.com