UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| FAIRFIELD SENTRY LIMITED, et al., | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof, | ) ) ) ) ) ) Adv. Pro. No. 10-03635 ) (SMB) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| | ) |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT GEMS LOW VOL REG, COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA BANQUE INTERNATIONAL A LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG BANK SA SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL, ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD INVESTMENT GCI, FAIRFIELD INVESTMENT FUND LTD., FALCON PRIVATE BANK, FIF ADVANCED LTD., FINTER BANK ZURICH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| **HARMONY CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG, INCORE BANK AG, KARASEL ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES LTD., LGT BANK IN LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS TSB BANK GENEVA, LOMBARD ODIER DARIER HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL AND HEDGE FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK AG, QUASAR FUNDS SPC A/K/A QUASAR FUND SPC CLASS A AND CLASS B CGCNV, RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV, RBS COUTTS BANK LTD., RICHOURT AAA MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH (DUBLIN) A/K/A ROTHSCHILD BANK AG, ROTHSCHILD BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO DUBLIN A/K/A BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., EDMOND DE ROTHSCHILD (SUISSE) S.A., SIS SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE GENERALE BANK & TRUST, SOUNDVIEW FUND, SWISSCANTO FD CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., UBS AG NEW YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, VERWALTUNGS UND PRIVAT-BANK AG AKTIENGESELLSCHAFT (AMS), VORARLBERGER LANDES UND HYPOTHEKENBANK AKTIENGESELLSCHAFT AND BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 11000, BRUDERER, CAPITALIA, PAN INTERNATIONAL LIMITED** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|                                               **Defendants.** | )<br>)<br>)<br>) |

## STIPULATED ORDER GRANTING IN PART AND
## DENYING IN PART MOVING DEFENDANTS' MOTIONS TO
## DISMISS AND PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Fairfield Sentry Limited (In Liquidation), and Fairfield Sigma Limited (In Liquidation),

acting by and through the Foreign Representatives thereof, and Kenneth Krys and Charlotte

Caulfield, solely in their capacities as Foreign Representatives and Liquidators thereof

("Plaintiffs") and ABN AMRO Schweiz AG a/k/a ABN AMRO Switzerland AG, Adler and Co Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Banca Arner SA, Banca Unione Di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie, Banque Cantonale Vaudoise, Banque Cramer & CIE SA, , BBVA (Suisse) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), Clariden Leu Ltd., Corner Banca SA, Credit Suisse AG Zurich, Dexia Banque Internationale à Luxembourg , Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL, Endurance Absolute Ltd. Master, Edmond de Rothschild (Suisse) S.A., Fairfield Investment GCI, Fairfield Investment Fund Ltd., Falcon Private Bank,  FIF Advanced Ltd., Finter Bank Zurich, Harmony Capital Fund Ltd., HSBC, IHAG Handelsbank AG, Incore Bank AG, Karasel Enhanced Portfolio, Karla Multistrategies Ltd., LGT Bank In Liechtenstein AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & CIE, Longboat Ltd., Master Capital and Hedge Fund, National Bank of Kuwait, NBK Banque Privee Suisse SA, Pictet & CIE, PKB Privatbank AG, Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV, RBC Dexia Investor Service Julius Baer SICAV, RBS Coutts Bank Ltd., Richourt AAA Multistrategies, Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG, Rothschild Bank Geneva (Dublin), Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Edmond de Rothschild (Suisse) S.A., SIS Seeganintersettle, Six SIS Ltd., Societe Generale Bank & Trust, Soundview Fund, Swisscanto FD Centre Clients A/C, T1 Global Fund Ltd., UBS AG (sued herein as UBS AG New York and

UBS AG Zurich), UBS Jersey Nominees, Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft and Beneficial Owners of the Accounts Held in the Name of CGC NA 1-1000 (the "Defendants"), to the extent represented by undersigned counsel, state as follows:

**WHEREAS**, on July 20, 2012, Plaintiffs filed a third amended complaint (the "Third Amended Complaint") in the above-captioned action (the "Action"), asserting claims for: (1) unjust enrichment against Defendants (the "First Claim"), (2) money had and received against Defendants (the "Second Claim"), (3) mistaken payment against Defendants (the "Third Claim"), (4) constructive trust against Defendants (the "Fourth Claim," and together with the First Claim, Second Claim, and Third Claim, the "Common Law Claims"), (5) unfair preference pursuant to Section 245 of the BVI Insolvency Act against Defendants (the "Fifth Claim"), and (6) undervalue transaction pursuant to Section 246 of the BVI Insolvency Act against Defendants (the "Sixth Claim," and together with the Fifth Claim, the "BVI Avoidance Claims");

**WHEREAS**, on October 18, 2016, the Court entered a Supplemental Case Management Order,[1] establishing a briefing schedule for (i) Consolidated Plaintiffs'[2] motion for leave to file amended complaints (the "Motion for Leave"), and (ii) the Moving Defendants' opposition to the Motion for Leave and motions to dismiss (such filings, including the Supplemental Briefs defined herein, the "Motions to Dismiss");

**WHEREAS**, on September 20, 2016, Plaintiffs filed a proposed fourth amended complaint in the Action (the "Proposed Fourth Amended Complaint"), asserting claims for: (1)

---

[1] *See* ECF Nos. 918, 920, 1326.

[2] Except where otherwise noted, (i) "Consolidated Plaintiffs" refers to the plaintiffs in all adversary proceedings listed in Exhibit A hereto, (ii) "Moving Defendants" refers to the defendants listed in Exhibit B hereto (comprised of Consolidated Defendants that filed or joined motions to dismiss Plaintiffs' claims in the adversary proceedings against them), and (iii) "Consolidated Defendants" refers to the defendants in all adversary proceedings listed in Exhibit A hereto, whether or not such defendants filed or joined motions to dismiss.

unjust enrichment against Defendants, (2) money had and received against Defendants, (3) mistaken payment against Defendants, (4) constructive trust against Defendants, (5) unfair preference pursuant to Section 245 of the BVI Insolvency Act against Defendants, (6) undervalue transaction pursuant to Section 246 of the BVI Insolvency Act against Defendants, (7) breach of contract against Defendants, (8) breach of the implied covenant of good faith and fair dealing against Defendants, and (9) declaratory judgment against Defendants;

WHEREAS, the Consolidated Plaintiffs and Moving Defendants thereafter briefed the Motion for Leave and the Motions to Dismiss;

WHEREAS, as part of the Motions to Dismiss, and pursuant to the Supplemental Case Management Order, numerous Moving Defendants signed or joined individual or supplemental motions, joinders, or briefs (the "Supplemental Briefs");

WHEREAS, no Defendant in this Action, except for the Moving Defendants, filed or joined a Motion to Dismiss;

WHEREAS, on April 3, 2017, the Consolidated Plaintiffs filed an opposition to the Motion to Dismiss which included a request for leave from the Court to file in this Action the Proposed Fourth Amended Complaint,[3] asserting claims for: (1) unjust enrichment against Defendants (the "Proposed First Claim"), (2) money had and received against Defendants (the "Proposed Second Claim"), (3) mistaken payment against Defendants (the "Proposed Third Claim"), (4) constructive trust against Defendants (the "Proposed Fourth Claim," and together with the Proposed First Claim, Proposed Second Claim and Proposed Third Claim (the "Proposed Common Law Claims"), (5) unfair preference pursuant to Section 245 of the BVI Insolvency Act against Defendants (the "Proposed Fifth Claim"), (6) undervalue transaction

---

[3] Appended as Exhibit E to the Declaration of David Molton in support of the Motion for Leave and in opposition to Motions to Dismiss [ECF 270].

pursuant to Section 246 of the BVI Insolvency Act against Defendants (the "Proposed Sixth Claim," and together with the Proposed Fifth Claim, the "Proposed BVI Avoidance Claims"), (7) breach of contract against Defendants (the "Proposed Seventh Claim"),  (8) breach of the implied covenant of good faith and fair dealing against Defendants (the "Proposed Eighth Claim", and together with the Proposed Seventh Claim, the "Proposed Contract Law Claims"), and (9) declaratory judgment against Defendants (the "Proposed Ninth Claim");

**WHEREAS,** on January 25, 2018, the Court heard argument on six issues raised in the Motion for Leave and the Motions to Dismiss;

**WHEREAS**, on August 6, 2018, the Court issued a Memorandum Decision and Order, holding that the Court had subject matter jurisdiction over the actions listed on Exhibit A hereto, while not fully resolving the objections to personal jurisdiction or service raised in the Motions to Dismiss ("August 2018 Decision");

**WHEREAS**, on September 20, 2018, the Court entered an Order and Stipulation (the "Stipulation") between Consolidated Plaintiffs and numerous Moving Defendants, to enable the Court to resolve the balance of the Motion for Leave and Motions to Dismiss, without the signatories to the Stipulation waiving, except as expressly provided in the Stipulation, arguments or rights in connection with the Motion for Leave or Motions to Dismiss, including, but not limited to, grounds and arguments in support of dismissal for lack of personal jurisdiction or service raised by Moving Defendants in their memorandum of law in support of their Motions to Dismiss and, in some instances, in their Supplemental Briefs;

**WHEREAS**, upon consideration of the foregoing briefing and argument on the Motion for Leave and Motions to Dismiss, the Court on December 6, 2018 issued a Memorandum

Decision Granting in Part and Denying in Part the Motions to Dismiss and the Motion for Leave ("December 2018 Decision");

WHEREAS, in the December 2018 Decision, the Court directed Consolidated Plaintiffs to "settle or submit a consensual order consistent with this decision" in each adversary proceeding;

WHEREAS, Plaintiffs assert that all of the Defendants in the Action are "Knowledge Defendants," as defined in the December 2018 Decision, and Moving Defendants expressly disagree;

WHEREAS, Plaintiffs have represented to Moving Defendants that Plaintiffs may seek further leave to amend to add allegations against certain Defendants;

WHEREAS, the Plaintiffs intend to appeal the December 2018 Decision to the extent it requires the complete dismissal of an adversary proceeding identified on Exhibit A, and Moving Defendants, having substantially similar claims dismissed and in order to participate as parties in such appeal, further request that the Bankruptcy Court enter a final judgment as to the First Claim, Second Claim, and Third Claim (together, the "Dismissed Claims") under Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in this proceeding by Bankruptcy Rule 7054, on the grounds that an immediate appellate review of the Memorandum Decision will be efficient for the courts and the Plaintiffs and Moving Defendants, and Plaintiffs, reserving all rights concerning appeals, do not object to the Moving Defendants' request to use the Rule 54(b) procedure;

WHEREAS, in consideration of (i) the use of Rule 54(b) of the Federal Rules of Civil Procedure in this Order and other orders arising out of the December 2018 Decision, which will result in final judgments of dismissal being entered in over two hundred of the consolidated

adversary proceedings, and (ii) the logistical impact that such use of Rule 54(b) has on Consolidated Plaintiffs' burden to file any notices of appeal in the consolidated adversary proceedings, Plaintiffs, pursuant to Rule 8002(d) of the Federal Rules of Bankruptcy Procedure, request the Court grant an extension of time to file any notice of appeal arising out of or relating to this Order, to the maximum time allowable under Rule 8002(d) of the Federal Rules of Bankruptcy Procedure;

**WHEREAS**, Moving Defendants consent to Plaintiffs' extension request pursuant to Rule 8002(d) of the Federal Rules of Bankruptcy Procedure;

**NOW,** for the reasons set forth in the December 2018 Decision, which is incorporated herein and attached hereto as Exhibit C**, IT IS HEREBY STIPULATED, AGREED, AND SO ORDERED, THAT:**

I.    **DISPOSITION OF MOTIONS TO DISMISS AND MOTION FOR LEAVE**

A.    The Motions to Dismiss are (i) **GRANTED** as to the Dismissed Claims, and the Dismissed Claims are **DISMISSED** as to all Moving Defendants, with prejudice; and (ii) **DENIED** as to the Fourth Claim and the BVI Avoidance Claims, without prejudice to the filing of further motions to dismiss, subject to the limitations in Paragraph II(A) of this Order.

B.    The Motion for Leave is (i) **DENIED** as to the Proposed First Claim, Proposed Second Claim, Proposed Third Claim, the Proposed Contract Law Claims, and the Proposed Ninth Claim, with prejudice; and (ii) **GRANTED** to permit Plaintiffs leave to amend to assert only (1) constructive trust claims against Knowledge Defendants and (2) the Proposed BVI Avoidance Claims, to the extent consistent with the December 2018 Decision.   By consenting to this Order, no party

concedes, and the Court does not find, that any Defendant in this Action is or is not a Knowledge Defendant or that the Proposed Fourth Claim or any constructive trust claim asserted or proposed by Plaintiffs does or does not state a claim upon which relief can be granted.  Plaintiffs do not assert BVI Avoidance Claims (and will not amend to assert Proposed BVI Avoidance Claims) to recover redemptions that are alleged to have occurred outside of the "vulnerability period," as defined in Sections 244(1) and 5 of the BVI Insolvency Act of 2003.

C.  Except as expressly resolved in the August 2018 Decision or the December 2018 Decision, grounds for dismissal raised by Moving Defendants in the Motions to Dismiss and Supplemental Briefs, if set forth in Paragraph II.A of this Order, are not resolved by this Order.

D.  Except as otherwise provided in this Order, the Motion for Leave and Motions to Dismiss, insofar as filed in or applicable to this Action, are **DENIED**.

E.  Plaintiffs shall file the Proposed Fourth Amended Complaint, which shall remove the Proposed First Claim, Proposed Second Claim, Proposed Third Claim, the Proposed Contract Law Claims, and the Proposed Ninth Claim.  To the extent Plaintiffs seek to further amend the Proposed Fourth Amended Complaint to add new factual allegations, Plaintiffs shall file a motion for leave to amend attaching that proffered further amended complaint.  The Moving Defendants shall have the right to oppose any such request.

F.  Moving Defendants' request that the Bankruptcy Court enter a final judgment as to the Dismissed Claims under Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in this proceeding by Bankruptcy Rule 7054, is

9

**GRANTED**. The amended complaint in this adversary proceeding alleges multiple claims and names multiple defendants. The entry of a final order and judgment will decide and ultimately dispose of, subject to appellate rights, the Dismissed Claims, which present legal issues that can be adjudicated independently of the remaining claims.

G.  Further, there is no just reason for delay of entry of a final order and judgment on the Dismissed Claims. The December 2018 Decision dismissed the Dismissed Claims in this Action, as well as other claims involving identical legal issues brought by Consolidated Plaintiffs against certain Consolidated Defendants in related actions, some of which have now been finally resolved and are thus subject to appeal pursuant to 28 U.S.C. § 158(a)(1). Such appeal could adjudicate the substantive rights of Moving Defendants without their participation, unless a final order and judgment is entered forthwith. In light of this, and the number of claims and defendants in the Action, the interests of fairness, judicial efficiency and sound judicial administration are served by the entry of this final order and judgment, together with the entry of all other final orders and judgments dismissing other claims brought by the Consolidated Plaintiffs in similar adversary proceedings pursuant to the December 2018 Decision, and the opportunity for an immediate appeal.

H.  Because this order and judgment and the dismissal of the Dismissed Claims, together with the final orders and judgments dismissing other claims brought by Consolidated Plaintiffs in similar adversary proceedings pursuant to the December 2018 Decision, will affect numerous adversary proceedings

10

commenced by the Plaintiffs and hundreds of defendants named in those complaints or proposed amended complaints, an immediate appeal would avoid protracted, expensive, and potentially duplicative litigation proceedings, and would facilitate the prompt resolution of a significant portion of the litigation, which would provide certainty for further proceedings and possible appeals.

I.    Plaintiffs and the undersigned Moving Defendants expressly, knowingly, and voluntarily grant their consent solely for this Court to enter this final order and judgment in this Action as provided above, subject to appellate review, whether the underlying claims in the Action are core under 28 U.S.C. § 157(b)(2) or non-core under 28 U.S.C. § 157(c)(2) and although this Court is not constituted under Article III of the United States Constitution.  Notwithstanding the above grant of consent, Moving Defendants reserve all other jurisdictional, substantive, or procedural rights and remedies in connection with this adversary proceeding, including with respect to the Bankruptcy Court's power to finally determine any other matters in this adversary proceeding.

## II.    ADDITIONAL MOTION TO DISMISS BRIEFING

A.    Moving Defendants that filed or joined a Motion to Dismiss may join the Second Consolidated Motion to Dismiss (as defined herein) and may file or join an Individual Supplemental Brief (as defined herein), insofar as consistent with this Order.   Arguments for dismissal that may be advanced in the Second Consolidated Motion to Dismiss or an Individual Supplemental Brief include only the following issues:  (i) whether any claims asserted against a Moving Defendant in an amended complaint served pursuant to this Order are barred by Section

546(e), Section 546(g), and/or Section 561(d) of the Bankruptcy Code; (ii) whether a Moving Defendant is a Knowledge Defendant as defined in the Court's December 2018 Decision, and to the extent that a Moving Defendant is a Knowledge Defendant, whether Plaintiffs have made allegations sufficient to sustain a constructive trust claim asserted against them in an amended complaint served pursuant to this Order;[4] (iii) whether the Court may exercise personal jurisdiction over a Moving Defendant, including whether service was properly effected; (iv) whether any claim asserted against a Moving Defendant in an amended complaint served pursuant to this Order must be dismissed under the December 2018 Decision; (v) whether any claim asserted against a Moving Defendant must be dismissed because that Moving Defendant is not a proper party to be sued on such claim; (vi) whether a Moving Defendant must be dismissed because an amended complaint served pursuant to this Order fails to adequately plead receipt of redemptions by that Moving Defendant; and (vii) any other argument for dismissal upon consent of the Liquidators or by order of the Court (collectively, the "Second Round Issues").   Moving Defendants shall include in the Second Consolidated Motion to Dismiss and/or an Individual Supplemental Brief all grounds pertaining to the Second Round Issues that they contend are a basis for dismissal at the pleading stage.

B.      Consistent with this Order, the Stipulation, the August 2018 Decision, and the December 2018 Decision:

---

[4] For the avoidance of doubt, this may include arguments regarding whether allegations made as to Citco Global Custody, Citco Fund Services, CGC NA, and related Citco entities may be imputed to Moving Defendants.

(a)    Upon written notice by Consolidated Plaintiffs that they have served amended complaints on each Consolidated Defendant in each of the adversary proceedings listed on Appendix A in which they will serve an amended complaint, Consolidated Defendants shall have sixty (60) days to file a motion to dismiss (the "Second Consolidated Motion to Dismiss") and a consolidated memorandum of law in support of their motion to dismiss (the "Second Consolidated Motion to Dismiss Brief").[5]  On or before ten (10) days after the date on which Consolidated Defendants file the Second Consolidated Motion to Dismiss, any Consolidated Defendant or group of Consolidated Defendants may join the Second Consolidated Motion to Dismiss Brief and may file a notice of joinder and, if such Consolidated Defendant chooses, a supplemental memorandum of law that raises additional grounds or arguments for dismissal that are specific to the particular Consolidated Defendant or group of Consolidated Defendants and have not otherwise been raised in the Second Consolidated Motion to Dismiss Brief (each, an "Individual Supplemental Brief").  With respect to the Individual Supplemental, Opposition, or Reply Briefs, to reduce the administrative burden on the Court, the parties shall undertake reasonable efforts to avoid duplicative filings; such efforts shall include reasonable coordination to ensure that identical grounds or arguments for dismissal are not presented in multiple Individual Supplemental, Opposition, or Reply Briefs.

---

[5] Unless otherwise specified, all deadlines set by this Order shall be computed in accordance with Rule 9006 of the Federal Rules of Bankruptcy Procedure.

(b)     On or before the date that is sixty (60) days from the date on which Consolidated Defendants file the Second Consolidated Motion to Dismiss, Consolidated Plaintiffs shall file a consolidated memorandum of law in opposition to the Second Consolidated Motion to Dismiss (the "Consolidated Opposition Brief").  On or before ten (10) days after the date on which Consolidated Plaintiffs file the Consolidated Opposition Brief, Consolidated Plaintiffs will file a supplemental memorandum of law in opposition to each Individual Supplemental Brief that responds to arguments that are specific to the particular Consolidated Defendant or group of Consolidated Defendants and have not been otherwise raised in the Consolidated Opposition Brief (each, an "Individual Opposition Brief").

(c)     On or before the date that is thirty (30) days from the date on which the Consolidated Plaintiffs file the Consolidated Opposition Brief, Consolidated Defendants shall file a consolidated reply memorandum of law in further support of the Second Consolidated Motion to Dismiss (the "Consolidated Reply Brief").  On or before ten (10) days after the date on which Consolidated Defendants file the Consolidated Reply Brief, any Consolidated Defendant or group of Consolidated Defendants that filed or joined the Second Consolidated Motion to Dismiss Brief or any Individual Supplemental Brief may file a supplemental reply memorandum of law that raises arguments in reply that are specific to the particular Consolidated Defendant or group of Consolidated Defendants and have

not been otherwise raised in the Consolidated Reply Brief (each, an "Individual Reply Brief").

(d)    The Second Consolidated Motion to Dismiss Brief shall not exceed fifty (50) pages in length.

(e)    Each Individual Supplemental Brief shall not exceed five (5) pages in length; provided, however, that if two or more Consolidated Defendants join together in a single Individual Supplemental Brief, such Individual Supplemental Brief shall not exceed ten (10) pages in length.

(f)    The Consolidated Opposition Brief shall not exceed fifty (50) pages in length.

(g)    Each Individual Opposition Brief shall not exceed five (5) pages in length; provided, however, that if two or more Consolidated Defendants joined the Individual Supplemental Brief to which an Individual Opposition Brief corresponds, such Individual Opposition Brief shall not exceed ten (10) pages in length.

(h)    The Consolidated Reply Brief shall not exceed thirty (30) pages in length.

(i)    Each Individual Reply Brief shall not exceed five (5) pages in length; provided, however, that if two or more Consolidated Defendants join together in a single Individual Reply Brief, such Individual Reply Brief shall not exceed ten (10) pages in length.

(j)    Nothing herein shall prevent any party from seeking, for cause shown, relief from the page limits established by this Order.

(k)    All filings contemplated by this Order shall be filed in the main administratively consolidated adversary proceeding.    The Second Consolidated Motion to Dismiss and the Second Consolidated Motion to Dismiss Brief, the Consolidated Opposition Brief and the Consolidated Reply Brief shall also be filed in all of the adversary proceedings listed in Exhibit A.    In addition, any Individual Supplemental, Opposition and Reply Brief shall be filed in the relevant adversary proceeding(s) involving such Consolidated Defendant or Consolidated Defendants. Provided, however, that for each of:  (i) the Second Consolidated Motion to Dismiss and supporting papers, (ii) the Consolidated Opposition Brief and supporting papers, and (iii) the Consolidated Reply Brief and supporting papers, if the filing party files such papers in the main administratively consolidated adversary proceeding by the corresponding date provided for herein, then the filing of such papers in all of the adversary proceedings listed in Exhibit A will be timely if completed within five (5) business days of such deadline.

(l)    The parties shall provide courtesy copies of all filings contemplated by this Order to the Court by hand delivery within five (5) days of their filing.

## III.    <u>FURTHER PROCEEDINGS</u>

A.    The Court will hold oral argument on the Second Consolidated Motion to Dismiss on a date to be fixed by the Court.

B.    Except upon further order of the Court, all discovery is stayed pending the Court's resolution of the Second Consolidated Motion to Dismiss.  In the event that a

16

party seeks leave of the Court to serve discovery, the non-moving party shall have the right to oppose any such request. Following the resolution of the Second Consolidated Motion to Dismiss, in the event that any claim in any adversary proceeding remains, the relevant parties shall promptly request that the Court schedule a status conference to address case management with respect to any such adversary proceedings.

C.    Plaintiffs' request for an extension of time to file notices of appeal under Rule 8002(d) of the Federal Rules of Bankruptcy Procedure is **GRANTED**. As a result of this Order and other final orders entered in these consolidated adversary proceedings, Consolidated Plaintiffs, should they pursue all appeals, would be required to file notices of appeal in over two hundred consolidated adversary proceedings. Given the logistical burdens, the Court has determined that it is within its discretion to grant Plaintiffs an extension of time to file notices of appeal in connection with this Order pursuant to Bankruptcy Rule 8002(d). For the purposes of Bankruptcy Rule 8002(d), Plaintiffs' request for an extension under Rule 8002(d) is deemed to be a motion by Plaintiffs pursuant to Bankruptcy Rule 8002(d). Pursuant to Bankruptcy Rule 8002(d), Plaintiffs' time to file any notice of appeal arising out of or relating to this Order is hereby extended to and including thirty-five (35) days from the date of entry of this Order.

Dated:        March 20, 2019
              New York, New York

By: */s/ David J. Molton*
    David J. Molton
    Marek P. Krzyzowski

**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: dmolton@brownrudnick.com
E-mail: mkrzyzowski@brownrudnick.com

*Counsel for the Foreign Representatives*
 – and –

**SELENDY & GAY PLLC**
David Elsberg
Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
E-mail: delsberg@selendygay.com
E-mail: rkrock@selendygay.com

By: */s/ Thomas J. Moloney*
    Thomas J. Moloney

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: tmoloney@cgsh.com

*The party sued here as "HSBC"*[6]

By: */s/ Elizabeth Vicens*
    Elizabeth Vicens

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
evicens@cgsh.com

*Counsel for Caceis Bank Luxembourg*

By: */s/ Marshall R. King*
    Marshall R. King
    Gabriel Herrmann

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY  10166
(212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Counsel for UBS AG and UBS Jersey Nominees*

By: */s/ Jeff E. Butler*
    Jeff E. Butler

**CLIFFORD CHANCE US LLP**
31 West 52nd Street

---

[6] Moving Defendants contend the party sued here as "HSBC" is a non-juridical entity, and there is no concession to the contrary by consenting to this Order.

New York, New York 10019
T:  212-878-8000
F:  212-878-8375
(jeff.butler@cliffordchance.com)

*Attorneys for Banque Internationale à*
*Luxembourg f/k/a Dexia Banque Internationale à*
*Luxembourg*

By: _/s/ David M. Morris_
   David M. Morris

**FRIED, FRANK, HARRIS, SHRIVER**
  **& JACOBSON LLP**
One New York Plaza
New York, NY  10004
(212) 859-8000
david.morris@friedfrank.com

*Counsel for Verwaltungs-und Privat-Bank*
*Aktiengesellschaft (now known as VP Bank*
*AG) and Centrum Bank Aktiengesellschaft*

By: _/s/ Anthony L. Paccione_
   Anthony L. Paccione
   Mark T. Ciani

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone: 212.940.8800
Facsimile: 212.940.8774
E-mail: anthony.paccione@kattenlaw.com
E-mail: mark.ciani@kattenlaw.com

*Counsel for Harmony Capital Fund Ltd., Lloyds*
*TSB Bank Geneva, RBC Investor Services Bank,*
*S.A., formerly known as RBC Dexia Investor*
*Services Bank, S.A., and possibly the entity*
*intended by plaintiff in naming as a defendant*
*"RBC Dexia Investor Service Julius Baer*
*SICAV", and RBS Coutts Bank Ltd., now known*
*as Coutts & Co. Ltd.*

By: _/s/ Norris D. Wolff_
   Norris D. Wolff, Esq.

**KLEINBERG KAPLAN WOLFF & COHEN, P.C.**
551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 986-6000
nwolff@kkwc.com

*Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC)*

By:  /s/ Christopher Harris
    Christopher Harris
    Thomas J. Giblin

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com

*Attorneys for Defendant Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG)*

By: /s/ Eric B. Halper
    Eric B. Halper
    Virginia I. Weber

**MCKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, New York 10036
Tel: (212) 402-9400
Fax: (212) 402-9444
ehalper@mckoolsmith.com
vweber@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd.*

By:  /s/ Eric Fishman
    Eric Fishman
    Andrew M. Troop

**PILLSBURY WINTHROP SHAW**

**PITTMAN LLP**
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com

*Counsel for Falcon Private Bank Ltd.*

By: _ /s/ Eric Fishman_____
    Eric Fishman
    Andrew M. Troop

**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com

*Counsel for InCore Bank AG*

By: _ /s/ George W. Shuster, Jr._____
    George W. Shuster, Jr.
    Charles C. Platt

**WILMER CUTLER PICKERING HALE
   AND DORR LLP**
250 Greenwich Street
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: george.shuster@wilmerhale.com
E-mail: charles.platt@wilmerhale.com

*Counsel for Corner Banca SA, Finter Bank
Zurich, IHAG Handelsbank AG, and PKB
Privatbank AG*

By: _ /s/ Fletcher W. Strong_____
    Fletcher W. Strong
    William A. Maher

**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Email: fstrong@wmd-law.com
Email: wmaher@wmd-law.com

*Counsel for Defendants Fairfield Investment*
*Fund Ltd., Fairfield Investment GCI and FIF*
*Advanced Ltd.*

By:  /s/ Keith R. Palfin
Keith R. Palfin
Heather Lamberg

**WINSTON & STRAWN LLP**
1700 K Street, NW
Washington, DC 20006
(202) 282-5000
kpalfin@winston.com
hlamberg@winston.com

*Counsel for BBVA (Suisse) SA*
By:  /s/ D. Farrington Yates
D. Farrington Yates
Adam M. Lavine

**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Email: Farrington.Yates@kobrekim.com
Email: Adam.Lavine@kobrekim.com

*Counsel for EFG Bank SA Switzerland n/k/a*
*EFG Bank; EFG Eurofinancier D'Invest MCL*
*n/k/a EFG Bank (Monaco); BSI AG; BSI Ex*
*Banca del Gottardo; Banca Unione di Credito*

By: /s/ Andreas A. Frischknecht
Andreas A. Frischknecht
Erin E. Valentine

**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor

New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
A.Frischknecht@chaffetzlinsey.com
E.valentine@chaffetzlindsey.com

*Attorneys for SIX SIS AG f/k/a/ SIS
SegaInterSettle*

By: _/s/ Alexander B. Lees_____
     Alexander B. Lees (AL 7781)
     Stacey J. Rappaport (SR9973)

     **MILBANK LLP**
     55 Hudson Yards
     New York, New York 10001
     Tel:  (212) 530-5000
     alees@milbank.com

     *Attorneys for LGT Bank in Liechtenstein AG
     n/k/a LGT Bank AG and Dresdner Bank
     Schweiz n/k/a LGT Bank (Switzerland) Ltd.*

By: _/s/ William J. Sushon_____
     William J. Sushon

     **O'MELVENY & MYERS LLP**
     Times Square Tower
     7 Times Square
     New York, NY 10036-6524
     (212) 326-2000
     (212) 326-2061 (fax)
     Email: wsushon@omm.com

     *Counsel for Credit Suisse AG Zurich and
     Clariden Leu Ltd.*

By: _/s/ Emil A. Kleinhaus_____
     Emil A. Kleinhaus

     **WACHTELL, LIPTON, ROSEN & KATZ**
     51 West 52 Street
     New York, NY  10017
     Telephone: (212) 403-1332
     Facsimile: (212) 403-2332
     E-mail: eakleinhaus@wlrk.com

*Counsel for Bank Pictet & Cie SA*

By:  /s/ Richard Levin
        Richard Levin

**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
Fax (212) 891-1699
rlevin@jenner.com

*Counsel for Unifortune Conservative
Side Pocket*[7]

By:  /s/ Rachel Ehrlich Albanese
        Rachel Ehrlich Albanese

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@dlapiper.com

*Counsel for Defendant Banca Arner S.A.*

By:  /s/ Jonathan D. Cogan
        Jonathan D. Cogan
        Kimberly Perrotta Cole

**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
jonathan.cogan@kobrekim.com
kimberly.cole@kobrekim.com

*Counsel for Allianz Bank Financial Advisors,
S.p.A*

By:  /s/ Stephen M. Harnik, Esq
        Stephen M. Harnik, Esq.

---

[7] Moving Defendants contend the party sued here as "Unifortune Conservative Side Pocket" is a non-juridical entity, and there is no concession to the contrary by consenting to this Order.

**HARNIK LAW FIRM**
623 Fifth Avenue, 24th Floor
New York, New York 10022-6831
Telephone: (212) 599-7575
Facsimile : (212) 867-8120
Email: stephen@harnik.com

*Attorneys for Defendant Vorarlberger Landes-*
*Und Hypothekenbank AG*

By: */s/ Richard A. Cirillo*
Richard A. Cirillo

**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
Direct: 212-556-2337

*Attorneys for National Bank of Kuwait S.A.R.L.*
*and NBK Banque (Suisse) Privée S.A.*

By: */s/ Scott Balber*
Scott Balber
Jonathan Cross

**HERBERT SMITH FREEHILLS LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (917) 542-7824
Scott.Balber@hsf.com
Jonathan.cross@hsf.com

*Counsel for Bank Hapoalim Switzerland Ltd.*

By: */s/ Jascha D. Preuss*
Jascha D. Preuss

**WUERSCH & GERING LLP**
100 Wall Street, 10th Floor
New York, NY 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559
E-mail: jascha.preuss@wg-law.com

*Counsel for Liechtensteinische Landesbank AG*
*(sued here as LIECHTENSTEINISCHE LB*

REINVEST AMS)

By: */s/ Andrew J. Finn*
    Andrew J. Finn
    Jeffrey T. Scott

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: finna@sullcrom.com
E-mail: scottj@sullcrom.com

*Counsel for Bank J. Safra Sarasin AG, f/k/a
Bank Sarasin & Cie*

By: */s/ Breon S. Peace*
    Breon S. Peace
    Ari D. MacKinnon
    Thomas S. Kessler

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for BNP Paribas (Suisse) SA, BNP
Paribas (Suisse) SA Ex Fortis, BNP Paribas
(Suisse) SA Private*

By: */s/ John F. Zulack*
John F. Zulack

**ALLEGAERT BERGER & VOGEL LLP**
111 Broadway, 20th Floor
New York, New York 10006
jzulack@abv.com
(212) 571-0550

*Attorneys for Banque Cantonale Vaudoise, BCV
AMC Defensive Alt Fund, Compagnie Bancaire
Helvétique SA, Lombard Odier Darier Hentsch
& Cie, Rothschild Bank AG Zurich (Dublin)*

26

*a/k/a Rothschild Bank AG, Rothschild Bank
Geneva (Dublin), Edmond de Rothschild
(Suisse) S.A., Rothschild Lugano Dublin a/k/a
Banca Privata Edmond de Rothschild Lugano
S.A., Société Générale Bank & Trust*

**SO ORDERED.**

*Dated: April 15, 2019*
*New York, New York*

  */s/ STUART M. BERNSTEIN*
*HONORABLE STUART M. BERNSTEIN*
*UNITED STATES BANKRUPTCY JUDGE*

# EXHIBIT A

|  | CASE NAME | DOCKET NO. |
|---|---|---|
| 1. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-SMB |
| 2. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-SMB |
| 3. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Abu Dhabi Inv. Auth., et al. | 11-01719-SMB |
| 4. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Albemar Participation Ltd., et al. | 12-01266-SMB |
| 5. | Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al. | 11-01591-SMB |
| 6. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Almel Ltd., et al. | 10-03789-SMB |
| 7. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama, et al. | 12-01294-SMB |
| 8. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Alt. Fund Ltd., et al. | 12-01763-SMB |
| 9. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Select Ltd., et al. | 10-03541-SMB |
| 10. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Andorra Banc Agricol Reig SA, et al. | 11-02611-SMB |
| 11. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Annex Ltd., et al. | 11-02593-SMB |
| 12. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Apollo Nominees, Inc., et al. | 11-01603-SMB |
| 13. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Endowment Advisers Ltd., et al. | 11-01458-SMB |
| 14. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Int'l Capital Ltd., et al. | 10-03870-SMB |
| 15. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Atl. Sec. Bank, et al. | 12-01550-SMB |
| 16. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al. | 11-02530-SMB |
| 17. | Fairfield Sentry Ltd. (In Liquidation), et al. v. AXA Isle of Man, et al. | 10-03623-SMB |
| 18. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Carige SPA, et al. | 12-01123-SMB |
| 19. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al. | 12-01140-SMB |
| 20. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Di San Marino SPA, et al. | 11-01572-SMB |
| 21. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto, et al. | 12-01148-SMB |
| 22. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Privada D'Andorra S.A., et al. | 11-01717-SMB |
| 23. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al. | 12-01285-SMB |
| 24. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Secs. LLC, et al. | 11-01571-SMB |
| 25. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Bah.), et al. | 10-03783-SMB |
| 26. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Gib.) Ltd., et al. | 10-03787-SMB |
| 27. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria, S.A., et al. | 10-03515-SMB |
| 28. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco di Desio e Della Brianza, et al. | 10-04096-SMB |

| | CASE NAME | DOCKET NO. |
|---|---|---|
| 29. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al. | 12-01286-SMB |
| 30. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al. | 10-04089-SMB |
| 31. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Int'l, et al. | 12-01124-SMB |
| 32. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Lux. SA, et al. | 10-03755-SMB |
| 33. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Nominees (IOM) Ltd., et al. | 10-04097-SMB |
| 34. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Patagonia (Uruguay) S.A.I.F.E., et al. | 12-01287-SMB |
| 35. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A, et al. | 12-01187-SMB |
| 36. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Privado Portugues (Cayman) Ltd., et al. | 11-02531-SMB |
| 37. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al. | 10-03509-SMB |
| 38. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Am. Nat'l Trust & Sav. Ass'n, et al. | 10-03615-SMB |
| 39. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Ltd., et al. | 12-01135-SMB |
| 40. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim  BM, London, et al. | 12-01144-SMB |
| 41. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al. | 10-03510-SMB |
| 42. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer & Co. Ltd., Zurich, et al. | 11-01243-SMB |
| 43. | Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A., et al. | 11-02772-SMB |
| 44. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Morgan Stanley AG, et al. | 10-04212-SMB |
| 45. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Beneficial Owners of Accounts Held in the Name of Bank Sal. Oppenheim Jr. & Cie (Schweiz) Ag 1-1000 | 11-02440-SMB |
| 46. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie, et al. | 12-01295-SMB |
| 47. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG, et al. | 11-01612-SMB |
| 48. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al. | 11-01760-SMB |
| 49. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Bros. Sturdza SA, et al. | 12-01157-SMB |
| 50. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Luxembourg S.A., et al. | 12-01147-SMB |
| 51. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al. | 10-03616-SMB |
| 52. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al. | 11-01585-SMB |
| 53. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'Epargne de L'Etat Luxembourg, et al. | 11-01598-SMB |
| 54. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al. | 10-03514-SMB |
| 55. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Eur.), et al. | 10-03505-SMB |

|      | CASE NAME | DOCKET NO. |
|------|-----------|------------|
| 56.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance S.A., et al. | 11-01256-SMB |
| 57.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al. | 10-03586-SMB |
| 58.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al. | 10-03749-SMB |
| 59.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al. | 10-03513-SMB |
| 60.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al. | 12-01265-SMB |
| 61.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) S.A., et al. | 11-01259-SMB |
| 62.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al. | 12-01599-SMB |
| 63.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Ltd., et al. | 11-01470-SMB |
| 64.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bah. Ltd., et al. | 11-01587-SMB |
| 65.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse), et al. | 11-01568-SMB |
| 66.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al. | 10-03750-SMB |
| 67.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al. | 10-04098-SMB |
| 68.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al. | 12-01551-SMB |
| 69.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al. | 10-03626-SMB |
| 70.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al. | 10-04099-SMB |
| 71.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al. | 11-01579-SMB |
| 72.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al. | 10-03627-SMB |
| 73.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., Credit Andorra/Crediivest, et al. | 11-01589-SMB |
| 74.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al. | 10-03873-SMB |
| 75.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. BP Alpha S.A., et al. | 11-01245-SMB |
| 76.  | Fairfield Sigma Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al. | 12-01136-SMB |
| 77.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Bros. Harriman & Co., et al. | 10-03752-SMB |
| 78.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Ins., et al. | 11-01574-SMB |
| 79.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al. | 10-03871-SMB |
| 80.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Lux., et al. | 10-03624-SMB |
| 81.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Cais Bank, et al. | 12-01288-SMB |
| 82.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Capital Global Mgmt. Ltd., et al. | 12-01552-SMB |

|      | CASE NAME | DOCKET NO. |
|------|-----------|------------|
| 83.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Capluck Enters. Ltd., et al. | 11-01573-SMB |
| 84.  | Fairfield Sigma Ltd. (In Liquidation), et al. v. Catalunya Caixa, et al. | 12-01129-SMB |
| 85.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Ins. Co. Ltd., et al. | 11-01577-SMB |
| 86.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. CDC IXIS, et al. | 10-03754-SMB |
| 87.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin Int'l Ltd., et al. | 10-03865-SMB |
| 88.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Centre Coll., et al. | 12-01143-SMB |
| 89.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Chelsea Trust Co., Ltd., et al. | 12-01138-SMB |
| 90.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Chen Tyan-Wen, et al. | 11-01611-SMB |
| 91.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Ching-Jung Fang, et al. | 11-02591-SMB |
| 92.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc., et al. | 12-01142-SMB |
| 93.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al. | 10-03622-SMB |
| 94.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switz.) AG, et al. | 10-03640-SMB |
| 95.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al. | 11-02770-SMB |
| 96.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Ltd., et al. | 10-04100-SMB |
| 97.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Clarks Fork Foundation, et al. | 12-01150-SMB |
| 98.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking S.A., et al. | 11-01263-SMB |
| 99.  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al. | 10-04093-SMB |
| 100. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole (Suisse) S.A., et al. | 11-01244-SMB |
| 101. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al. | 11-02787-SMB |
| 102. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Sing. Branch, et al. | 11-01575-SMB |
| 103. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Mgmt., et al. | 11-01601-SMB |
| 104. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bah.), et al. | 10-03782-SMB |
| 105. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Credit Suisse Int'l, et al. | 10-03620-SMB |
| 106. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Lux.) S.A., et al. | 10-04088-SMB |
| 107. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch, et al. | 12-01127-SMB |
| 108. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al. | 10-04236-SMB |
| 109. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Ltd., et al. | 11-02612-SMB |
| 110. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Criterium Capital Funds BV, et al. | 12-01268-SMB |

|      | CASE NAME | DOCKET NO. |
|------|-----------|------------|
| 111. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Danobat S. Coop, et al. | 12-01159-SMB |
| 112. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta, S.P.A., et al. | 12-01162-SMB |
| 113. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Ltd., et al. | 11-02532-SMB |
| 114. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al. | 10-03747-SMB |
| 115. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al. | 10-03746-SMB |
| 116. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Ltd., et al. | 11-01564-SMB |
| 117. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) S.A. Geneve, et al. | 10-03745-SMB |
| 118. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Co. Am., et al. | 10-03744-SMB |
| 119. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL, et al. | 10-04090-SMB |
| 120. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switz.), et al. | 10-04091-SMB |
| 121. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al. | 12-01298-SMB |
| 122. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Drake & Co., et al. | 11-01246-SMB |
| 123. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dreadnought Fin. OY, et al. | 12-01289-SMB |
| 124. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner LateinAmerika AG, et al. | 10-03753-SMB |
| 125. | Fairfield Sentry Ltd. (In Liquidation), et al. v. E. Star Sicavf, et al. | 11-01597-SMB |
| 126. | Fairfield Sentry Ltd. (In Liquidation), et al. v. EC.Com, Inc., et al. | 11-02614-SMB |
| 127. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al. | 11-01599-SMB |
| 128. | Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al. | 10-03625-SMB |
| 129. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Essex 21 Ltd., et al. | 12-01716-SMB |
| 130. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Field Nominees Ltd., et al. | 12-01133-SMB |
| 131. | Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank, et al. | 12-01567-SMB |
| 132. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al. | 11-01617-SMB |
| 133. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited, et al. | 12-01571-SMB |
| 134. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland  N.V., et al. | 12-01119-SMB |
| 135. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al. | 11-02422-SMB |
| 136. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Servs. NV, et al. | 12-01568-SMB |
| 137. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al. | 11-01614-SMB |
| 138. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al. | 10-03776-SMB |

| | CASE NAME | DOCKET NO. |
|---|---|---|
| 139. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FPB Int'l Bank, Inc., et al. | 12-01126-SMB |
| 140. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al. | 10-03504-SMB |
| 141. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux., et al. | 11-01254-SMB |
| 142. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AND Banc Andorra, et al. | 10-03632-SMB |
| 143. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al. | 12-01158-SMB |
| 144. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Banque Degroof Bruxelles, et al. | 11-01569-SMB |
| 145. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al. | 11-01600-SMB |
| 146. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/B M Tel Aviv, et al. | 11-01467-SMB |
| 147. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al. | 10-03618-SMB |
| 148. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al. | 10-03756-SMB |
| 149. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al. | 11-01242-SMB |
| 150. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al. | 12-01569-SMB |
| 151. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al. | 11-01594-SMB |
| 152. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al. | 10-03629-SMB |
| 153. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al. | 11-01565-SMB |
| 154. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Disc. Bank, Ltd., Tel Aviv, et al. | 11-01610-SMB |
| 155. | Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al. | 11-01460-SMB |
| 156. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al. | 10-03512-SMB |
| 157. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/MLBS Geneva, et al. | 12-01269-SMB |
| 158. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait, et al. | 11-01260-SMB |
| 159. | Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/NBP Titres, et al. | 11-01619-SMB |
| 160. | Fairfield Sigma Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al. | 10-03621-SMB |
| 161. | Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/Procap/Bryan Garnier, et al. | 11-01262-SMB |
| 162. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al. | 11-01566-SMB |
| 163. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al. | 10-03867-SMB |
| 164. | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Swedclient/IAM, et al. | 11-01253-SMB |
| 165. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fullerton Capital PTE, Ltd., et al. | 11-02771-SMB |
| 166. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Ltd., et al. | 10-03525-SMB |

| | CASE NAME | DOCKET NO. |
|---|---|---|
| 167. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al. | 12-01145-SMB |
| 168. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Global Fund Porvenir, et al. | 11-01567-SMB |
| 169. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Secs. (H.K.) Ltd., et al. | 11-01462-SMB |
| 170. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al. | 10-03799-SMB |
| 171. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Ltd., et al. | 10-04238-SMB |
| 172. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al. | 12-01185-SMB |
| 173. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Ins. Co. Ltd., et al. | 12-01271-SMB |
| 174. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Int'l Trustee Ltd., et al. | 12-01290-SMB |
| 175. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Inst. Trust Servs. (Asia) Ltd., et al. | 10-03619-SMB |
| 176. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al. | 10-03631-SMB |
| 177. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al. | 10-03633-SMB |
| 178. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. (Panama) SA, et al. | 12-01270-SMB |
| 179. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al. | 10-03630-SMB |
| 180. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd., et al. | 12-01128-SMB |
| 181. | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Secs. S.A., et al. | 12-01555-SMB |
| 182. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hsu, et al. | 11-01247-SMB |
| 183. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hua Nan Commercial Bank, et al. | 12-01153-SMB |
| 184. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang, et al. | 11-01255-SMB |
| 185. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang Long-Yin, et al. | 11-01465-SMB |
| 186. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hui-Liang Tsai & Chien-Hui Tu, et al. | 11-01466-SMB |
| 187. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hyposwiss Private Bank Geneve, et al. | 12-01600-SMB |
| 188. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) S.A., et al. | 10-03801-SMB |
| 189. | Fairfield Sentry Ltd. (In Liquidation), et al. v. International Hedge Fund Ltd., et al. | 12-01161-SMB |
| 190. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al. | 12-01125-SMB |
| 191. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Irish Life Int'l, et al. | 12-01291-SMB |
| 192. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Istituto Bancario Sammarinese S.P.A., et al. | 12-01292-SMB |
| 193. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Ltd./BVI, et al. | 12-01264-SMB |

| | CASE NAME | DOCKET NO. |
|---|---|---|
| 194. | Fairfield Sentry Ltd. (In Liquidation), et al. v. John E. Niederhuber IRA, et al. | 12-01296-SMB |
| 195. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith Cherwinka, et al. | 11-01592-SMB |
| 196. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith A. Hansen, et al. | 11-01593-SMB |
| 197. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kasbank Depositary Trust Co., et al. | 12-01137-SMB |
| 198. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf, N.V., et al. | 12-01163-SMB |
| 199. | Fairfield Sigma Ltd. (In Liquidation), et al. v. KAS Depositary Trust Co., et al. | 11-02533-SMB |
| 200. | Fairfield Sentry Ltd. (In Liquidation), et al. v. KB (CI) Nominees Ltd., et al. | 10-04240-SMB |
| 201. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, et al. | 11-01596-SMB |
| 202. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kiangsu Chekiang, et al. | 12-01155-SMB |
| 203. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kookmin Bank, et al. | 10-03777-SMB |
| 204. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exch. Bank, et al. | 11-01486-SMB |
| 205. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank S.A. Luxembourgeoise, et al. | 10-03868-SMB |
| 206. | Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al. | 11-01595-SMB |
| 207. | Fairfield Sigma Ltd. (In Liquidation), et al. v. La Romana Inversiones SICAV, S.A., et al. | 12-01149-SMB |
| 208. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lacroze, et al. | 10-03528-SMB |
| 209. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Leyden Dev., et al. | 11-01622-SMB |
| 210. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lion Global Invs., et al. | 11-02392-SMB |
| 211. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al. | 10-03795-SMB |
| 212. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Props. Ltd., et al. | 10-03521-SMB |
| 213. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Loquat Holdings, Inc., et al. | 12-01152-SMB |
| 214. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Lung Yen Life Serv. Co. Ltd., et al. | 11-01608-SMB |
| 215. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Madison Cultural Arts Support Trust, et al. | 12-01121-SMB |
| 216. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Mandalay Invs. SA, et al. | 12-01141-SMB |
| 217. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Maple Key Mkt. Neutral Cayman Islands LP, et al. | 12-01122-SMB |
| 218. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Mario Pacheco Cortes, et al. | 11-02401-SMB |
| 219. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Melguizo, et al. | 11-01607-SMB |
| 220. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Inv. Ltd., et al. | 11-01461-SMB |
| 221. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Ins. Co. Ltd., et al. | 10-03507-SMB |

|      | CASE NAME | DOCKET NO. |
|------|-----------|------------|
| 222. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al. | 10-03788-SMB |
| 223. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al. | 11-01463-SMB |
| 224. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | 10-03516-SMB |
| 225. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie, et al. | 11-01257-SMB |
| 226. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al. | 10-03791-SMB |
| 227. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Multi-Strategy Fund Ltd., et al. | 11-01576-SMB |
| 228. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al. | 11-02336-SMB |
| 229. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al. | 10-04094-SMB |
| 230. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis, et al. | 11-01464-SMB |
| 231. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Natixis Private Banking Int'l, et al. | 10-03864-SMB |
| 232. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al. | 10-03519-SMB |
| 233. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Nihon Unicom Corp., et al. | 11-01261-SMB |
| 234. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura Int'l PLC, et al. | 10-03793-SMB |
| 235. | Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, Royal Bank of Canada, et al. | 11-01578-SMB |
| 236. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Parson Fin. Panama S.A., et al. | 11-01580-SMB |
| 237. | Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Ltd., et al. | 11-01604-SMB |
| 238. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al. | 10-03764-SMB |
| 239. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Found., Inc. et al. | 11-01613-SMB |
| 240. | Fairfield Sentry Ltd. (In Liquidation), et al. v. POBT Bank & Trust Ltd., et al. | 11-01248-SMB |
| 241. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advs., Inc., et al. | 12-01146-SMB |
| 242. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Presnow Ltd., et al. | 11-01620-SMB |
| 243. | Fairfield Sentry Ltd. (In Liquidation), et al. v. PRS Inv. Strategies Fund Class 4E, et al. | 10-04101-SMB |
| 244. | Fairfield Sentry Ltd. (In Liquidation), et al. v. P.S.I. Int'l Ltd., et al. | 11-02592-SMB |
| 245. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Ltd., et al. | 12-01164-SMB |
| 246. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al. | 11-01581-SMB |
| 247. | Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Inv. Servs. Espana S.A., et al. | 12-01132-SMB |
| 248. | Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Sec. Sub A/C, et al. | 10-03502-SMB |
| 249. | Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank S.A. f/k/a RBC Dexia Investor Services Bank S.A., et al. | 16-01214-SMB |

|      | CASE NAME | DOCKET NO. |
|------|-----------|------------|
| 250. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al. | 10-03628-SMB |
| 251. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris, et al. | 12-01131-SMB |
| 252. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild Trust (Schweiz) AG, et al. | 11-02594-SMB |
| 253. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada, et al. | 11-02253-SMB |
| 254. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al. | 11-01582-SMB |
| 255. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al. | 10-04087-SMB |
| 256. | Fairfield Sigma Ltd. (In Liquidation), et al. v. S. Coop Irizar, et al. | 11-01570-SMB |
| 257. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Samsung Absolute Return Trust M1, et al. | 12-01762-SMB |
| 258. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Societe Europeenne De Banque S.A. et al | 11-01615-SMB |
| 259. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al. | 10-03508-SMB |
| 260. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al. | 11-01249-SMB |
| 261. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al. | 12-01272-SMB |
| 262. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Select Absolute Strategies Sicav, et al. | 12-01601-SMB |
| 263. | Fairfield Sigma Ltd. (In Liquidation), et al. v. SEI Invs. Trustee, et al. | 12-01134-SMB |
| 264. | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al. | 10-03786-SMB |
| 265. | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al. | 10-03595-SMB |
| 266. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al. | 10-03614-SMB |
| 267. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Silverado Holdings LDC, et al. | 12-01300-SMB |
| 268. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Simgest SpA, et al. | 11-02534-SMB |
| 269. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG, et al. | 10-03869-SMB |
| 270. | Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V., et al. | 10-03757-SMB |
| 271. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Lux.), et al. | 11-01584-SMB |
| 272. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Lux.), et al. | 11-02613-SMB |
| 273. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Sofos Capital LLC, et al. | 12-01154-SMB |
| 274. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al. | 12-01556-SMB |
| 275. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Spin City Corp., et al. | 12-01160-SMB |
| 276. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Stichting Stroeve Global Custody, et al. | 11-02615-SMB |
| 277. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al. | 10-03798-SMB |

| | CASE NAME | DOCKET NO. |
|---|---|---|
| 278. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Banking & Trust Co. Ltd., et al. | 10-03863-SMB |
| 279. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al. | 11-01586-SMB |
| 280. | Fairfield Sentry Ltd. (In Liquidation), et al. v. TAIB Bank E.C., et al. | 12-01267-SMB |
| 281. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Tayleigh Trust Co. Ltd., et al. | 12-01130-SMB |
| 282. | Fairfield Sigma Ltd. (In Liquidation), et al. v. Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A., et al. | 10-03503-SMB |
| 283. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al. | 10-03496-SMB |
| 284. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Torshen, et al. | 10-03866-SMB |
| 285. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Triumph Offshore Fund, et al. | 12-01293-SMB |
| 286. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Tsao, et al. | 11-01468-SMB |
| 287. | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al. | 10-03780-SMB |
| 288. | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al. | 10-04095-SMB |
| 289. | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd. Ref Greenlake Arbitrage Fund Ltd., et al. | 10-03758-SMB |
| 290. | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al. | 11-01258-SMB |
| 291. | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al. | 11-01250-SMB |
| 292. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Ltd., et al. | 12-01301-SMB |
| 293. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Union Finance Int'l (HK) Ltd., et al. | 12-01139-SMB |
| 294. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Union USD Global Arbitrage A Fund, et al. | 10-03506-SMB |
| 295. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Vontobel Asset Mgmt. Inc., et al. | 10-03540-SMB |
| 296. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Secs. S.A., et al. | 10-03778-SMB |
| 297. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Weston Sec. Ltd., et al. | 10-03784-SMB |
| 298. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Winchester Fiduciary Servs. Ltd., et al. | 12-01302-SMB |
| 299. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Woori Bank, et al. | 11-01616-SMB |
| 300. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Yuanta Asset Mgmt. (H.K.) Ltd., et al. | 11-01588-SMB |
| 301. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zayed, et al. | 10-03790-SMB |
| 302. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Co. (Berm.) Ltd., et al. | 10-03792-SMB |
| 303. | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al. | 10-03634-SMB |

# **<u>EXHIBIT B</u>**

## LIST OF DEFENDANTS WHO HAVE MOVED TO DISMISS

- ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG
- Allianzbank SPA/Unifortune Conservative Side Pocket
- Banca Arner SA
- Banca Unione Di Credito
- Bank Hapoalim Switzerland Ltd.
- Bank Julius Baer & Co. Ltd.
- Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie
- Banque Cantonale Vaudoise
- BBVA (Suisse) SA
- BCV AMC Defensive AL Fund
- BNP Paribas (Suisse) SA
- BNP Paribas (Suisse) SA Ex Fortis
- BNP Paribas (Suisse) SA Private
- BSI AG
- BSI Ex Banca Del Gottardo
- Caceis Bank Luxembourg
- Centrum Bank AG (AMS)
- Clariden Leu Ltd.
- Compagnie Bancaire Helvetique
- Corner Banca SA
- Credit Suisse AG Zurich
- Dexia Banque Internationale à Luxembourg
- Dresdner Bank Schweiz
- EFG Bank SA Switzerland
- EFG Eurofinancier D'Invest MCL
- Edmond de Rothschild (Suisse) S.A.[8]
- Fairfield Investment Fund Ltd.
- Fairfield Investment GCI
- Falcon Private Bank
- FIF Advanced Ltd.
- Finter Bank Zurich
- Harmony Capital Fund Ltd.

---

[8] Edmond de Rothschild (Suisse) S.A. was substituted in as a defendant for prior defendant Sella Bank AG on September 25, 2018.  See Adv. Pro 10-03636 [ECF No. 468].   The inclusion of Edmond de Rothschild (Suisse) S.A.  is without prejudice to any positions, arguments, or defenses of Plaintiffs or Edmond de Rothschild (Suisse) S.A. as to whether a motion to dismiss has been filed that is applicable to any liabilities arising from any redemption payments made to Sella Bank AG."

- HSBC
- IHAG Handelsbank AG
- Incore Bank AG
- LGT Bank In Liechtenstein AG
- Liechtensteinische LB Reinvest AMS
- Lloyds TSB Bank Geneva
- Lombard Odier Darier Hentsch & CIE
- National Bank of Kuwait
- NBK Banque Privee Suisse SA
- Pictet & CIE
- PKB Privatbank AG
- Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV
- RBC Dexia Investor Service Julius Baer SICAV
- RBS Coutts Bank Ltd.
- Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG
- Rothschild Bank Geneva (Dublin)
- Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.
- SIS Seeganintersettle
- Six SIS Ltd.
- Societe Generale Bank & Trust
- T1 Global Fund Ltd.[9]
- UBS AG (sued herein as UBS AG New York and
- UBS AG Zurich)
- UBS Jersey Nominees
- Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS)
- Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft

---

[9] Counsel for T1 Global Fund Ltd. has represented to Plaintiffs that it will be withdrawing as counsel of record for T1 Global Fund Ltd., which is now in liquidation proceedings.

# **<u>EXHIBIT C</u>**