## Schedule A

| Defendant-Appellees | Defendant-Appellees Address | Defendant-Appellees Attorneys |
|---|---|---|
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG Beethovenstrasse 33 CH-8002 Zurich Switzerland | **Latham & Watkins LLP** Christopher Harris Thomas J. Giblin 885 Third Avenue, Suite 1000 New York, NY 10022 Telephone: (212) 906-1200 |
| Allianzbank SPA/Unifortune Conservative Side Pocket | Allianzbank SPA/Unifortune Conservative Side Pocket Via Donizetti 53 Milan 20128 Italy | **Kobre & Kim LLP** Jonathan D. Cogan Kimberly Perrotta Cole Sara B. Gribbon 800 Third Avenue New York, New York 10022 Telephone (212) 488 1200 <br><br>**JENNER & BLOCK LLP** Richard Levin 919 Third Avenue New York, New York 10022 Telephone: (212) 891-1600 |
| Banca Arner SA | Banca Arner SA Piazza Manzoni 8 CH-6901 Lugano Switzerland | **DLA PIPER LLP (US)** Christopher P. Hall Rachel Ehrlich Albanese 1251 Avenue of the Americas New York, New York 10020-1104 Telephone: (212) 335-4500 |
| Banca Unione Di Credito | Banca Unione Di Credito Piazza Dante 7 CH-6901 Lugano Switzerland | **KOBRE & KIM LLP** D.Farrington Yates Adam M. Lavine 800 Third Avenue New York, New York 10022 Telephone: (212) 488-1200 |
| Bank Hapoalim Switzerland Ltd. | Bank Hapoalim Switzerland Ltd. 18 Boulevard Royal B.P. 703 L-2017 Luxembourg | **HERBERT SMITH FREEHILLS NEW YORK LLP** Scott S. Balber Jonathan C. Cross 450 Lexington Avenue. 14th Floor New York, NY 10017 Telephone: (917) 542-7600 |

| | | |
|---|---|---|
| Bank Julius Baer & Co. Ltd. | Bank Julius Baer & Co. Ltd. Hohlstrasse 602 CH-8010 Zurich Switzerland | **McKool Smith, P.C.** Eric B. Halper Virginia I. Weber One Bryant Park 47th Floor New York, New York 10036 Telephone: (212) 402-9400 |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie Elizabethenstrasse 62, CH-4002 Basel, Switzerland | **SULLIVAN & CROMWELL LLP** Jeffrey T. Scott Andrew J. Finn 125 Broad Street New York, New York 10004 Telephone: (212) 558-4000 |
| Banque Cantonale Vaudoise | Banque Cantonale Vaudoise Place St.Francois 14 CH-1001 Lausanne Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| BBVA (Suisse) SA | BBVA (Suisse) SA P.O. Box 3930, Zeltweg 63, 8021 Zurich, Switzerland | **WINSTON & STRAWN LLP** Heather Kafele Keith R. Palfin 1700 K Street, NW Washington, DC 20006 Telephone: (202) 282-5000 |
| BCV AMC Defensive AL Fund | BCV AMC Defensive AL Fund Place St. Francois, CH-1001 Lausanne, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| BNP Paribas (Suisse) SA | BNP Paribas (Suisse) SA 2 Place de Hollande, Case Postale, CH-1211 Geneva, Switzerland | **Cleary Gottlieb Steen & Hamilton LLP** Breon S. Peace Ari D. MacKinnon One Liberty Plaza New York NY 10006 Telephone: (212) 225-2000 |
| BNP Paribas (Suisse) SA Ex Fortis | BNP Paribas (Suisse) SA Ex Fortis 2 Place de Hollande, Case Postale, CH-1211 Geneva, Switzerland | **Cleary Gottlieb Steen & Hamilton LLP** Breon S. Peace Ari D. MacKinnon One Liberty Plaza |

| | | |
|---|---|---|
| | | New York NY 10006<br>Telephone: (212) 225-2000 |
| BNP Paribas (Suisse) SA Private | BNP Paribas (Suisse) SA Private<br>2 Place de Hollande, Case Postale, CH-1211 Geneva, Switzerland | **Cleary Gottlieb Steen & Hamilton LLP**<br>Breon S. Peace<br>Ari D. MacKinnon<br>One Liberty Plaza<br>New York NY 10006<br>Telephone: (212) 225-2000 |
| BSI AG | BSI AG<br>Via Peri 23, CH-6901 Lugano, Switzerland | **KOBRE & KIM LLP**<br>D. Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| BSI Ex Banca Del Gottardo | BSI Ex Banca Del Gottardo<br>Viale S Franscini 8, CH-6900 Lugano, Switzerland | **KOBRE & KIM LLP**<br>D. Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| Caceis Bank Luxembourg | Caceis Bank Luxembourg<br>5 Allee Scheffer, Luxembourg L-2520, Luxembourg | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Lawrence B. Friedman<br>Lina Bensman<br>Elizabeth Vicens<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000 |
| Centrum Bank AG (AMS) | Centrum Bank AG (AMS)<br>Kirchstrasse 3, Postfach 1168, Vaduz FL 9490, Liechtenstein | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>David M. Morris<br>One New York Plaza<br>New York, New York 10004-1980<br>Telephone: (212) 859-8000 |
| Clariden Leu Ltd. | Clariden Leu Ltd.<br>Bahnhofstrasse 32, CH-8001, Zurich, Switzerland | **O'MELVENY & MYERS LLP**<br>William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000 |
| Compagnie Bancaire | Compagnie Bancaire | **Allegaert Berger & Vogel LLP** |

| | | |
|---|---|---|
| Helvetique | Helvetique<br>Route de Chancy 6B, Case Postale 64, CH-1211 Geneva 8, Switzerland | John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| Corner Banca SA | Corner Banca SA<br>Via Canova 16, CH-6901 Lugano, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Charles C. Platt<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 230-8800 |
| Credit Suisse AG Zurich | Credit Suisse AG Zurich<br>P.O. Box 300,<br>Uetlibergstrasse 231, CH-8070 Zurich, Switzerland | **O'MELVENY & MYERS LLP**<br>William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000 |
| Dexia Banque Internationale à Luxembourg | Dexia Banque Internationale à Luxembourg<br>69 Route D'Esch,<br>Luxembourg L-2953, Luxembourg | **CLIFFORD CHANCE US LLP**<br>Jeff E. Butler<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8000 |
| Dresdner Bank Schweiz | Dresdner Bank Schweiz<br>LGT Bank In Liechtenstein AG ex DBS, Herrengasse 12, Vaduz FL-9490, Liechtenstein | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br>Stacey J. Rappaport<br>Alexander Lees<br>28 Liberty Street<br>New York, New York 10005<br>Telephone: (212) 530-5000 |
| EFG Bank SA Switzerland | EFG Bank SA Switzerland<br>24 Quai du Seujet, CH-1211 Geneva 2, Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| EFG Eurofinancier D'Invest MCL | EFG Eurofinancier D'Invest MCL<br>Villa les Aigles, 15 Avenue D'Ostenede, Monaco MC 9800 | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue |

| | | |
|---|---|---|
| | | New York, New York 10022<br>Telephone: (212) 488-1200 |
| Edmond de Rothschild (Suisse) S.A. | Edmond de Rothschild (Suisse) S.A.<br>Corso Elvezia 9, CH-6900 Lugano, Switzerland (Sella Bank Address) | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| Fairfield Investment Fund Ltd. | Fairfield Investment Fund Ltd.<br>Fairfield Greenwich Group, Finance Group, 919 Third Avenue, New York 10022<br>New York County | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>Maxwell G. Dillan<br>Frederick R. Kessler<br>William A. Maher<br>Fletcher W. Strong<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300 |
| Fairfield Investment GCI | Fairfield Investment GCI<br>Fairfield Greenwich Group, Finance Group, 919 Third Avenue, New York 10022<br>New York County | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>Maxwell G. Dillan<br>Frederick R. Kessler<br>William A. Maher<br>Fletcher W. Strong<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300 |
| Falcon Private Bank | Falcon Private Bank<br>Pelikanstrasse 37, P.O. Box 1376, CH-8021, Zurich, Switzerland | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Eric Fishman<br>Andrew M. Troop<br>Samuel S. Cavior<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000 |
| FIF Advanced Ltd. | FIF Advanced Ltd.<br>Fairfield Greenwich Group, Finance Group, 919 Third Avenue, New York 10022<br>New York County | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>Maxwell G. Dillan<br>Frederick R. Kessler<br>William A. Maher<br>Fletcher W. Strong<br>500 Fifth Avenue<br>New York, New York 10110 |

| | | |
|---|---|---|
| | | Telephone: (212) 382-3300 |
| Finter Bank Zurich | Finter Bank Zurich<br>Corso S Gottardo 35,<br>CH-6830 Chiasso, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Charles C. Platt<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 230-8800 |
| Harmony Capital Fund Ltd. | Harmony Capital Fund Ltd.<br>c/o Jason Capital Partners LLP, 28 Grosvenor Street, London W1K 4QR, United Kingdom | **KATTEN MUCHIN ROSENMAN LLP**<br>Anthony L. Paccione<br>Mark T. Ciani<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800 |
| HSBC | HSBC<br>8 Canada Square, Canary Wharf, London, United Kingdom | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Thomas J. Moloney<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000 |
| IHAG Handelsbank AG | IHAG Handelsbank AG<br>Bleicherweg 18, 8022- Zurich, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Charles C. Platt<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 230-8800 |
| Incore Bank AG | Incore Bank AG<br>Dreikoenigstr 8, CH-8022 Zurich, Switzerland | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Eric Fishman<br>Andrew M. Troop<br>Samuel S. Cavior<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000 |
| LGT Bank In Liechtenstein AG | LGT Bank In Liechtenstein AG<br>Herrengasse 12, Vaduz FL 9490, Liechtenstein | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br>Stacey J. Rappaport<br>Alexander Lees<br>28 Liberty Street<br>New York, New York 10005 |

| | | |
|---|---|---|
| | | Telephone: (212) 530-5000 |
| Liechtensteinische LB Reinvest AMS | Liechtensteinische LB Reinvest AMS Liechtensteinische Landesbank AG, Staedtle 44, Vaduz FL-9490, Liechtenstein | **WUERSCH & GERING LLP** Jascha D. Preuss 100 Wall Street, 10th Floor New York, NY 10005 Telephone: (212) 509-5050 |
| Lloyds TSB Bank Geneva | Lloyds TSB Bank Geneva Place Bel-Air 1, CH-1211 Geneva 2, Switzerland | **KATTEN MUCHIN ROSENMAN LLP** Anthony L. Paccione Mark T. Ciani 575 Madison Avenue New York, NY 10022 Telephone: (212) 940-8800 |
| Lombard Odier Darier Hentsch & CIE | Lombard Odier Darier Hentsch & CIE Rue de la Corraterie 11, 1204 Geneva, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| National Bank of Kuwait | National Bank of Kuwait P.O. Box 95 Safat, 13001 Kuwait, Abdullah Al hmad Street, Sharq, State of Kuwait | **KING & SPALDING LLP** Richard A. Cirillo 1185 Avenue of the Americas New York, NY 10036-4003 Telephone: (212) 556-2100 |
| NBK Banque Privee Suisse SA | NBK Banque Privee Suisse SA Quai du Mont Blanc 21, P.O. Box 1923, Geneva 1, Switzerland | **KING & SPALDING LLP** Richard A. Cirillo 1185 Avenue of the Americas New York, NY 10036-4003 Telephone: (212) 556-2100 |
| Pictet & CIE | Pictet & CIE Route Des Acacias 60, 1211 Geneva 73, Switzerland | **WACHTELL, LIPTON, ROSEN & KATZ** Emil A. Kleinhaus 51 West 52 Street New York, NY  10017 Telephone: (212) 403-1332 |
| PKB Privatbank AG | PKB Privatbank AG Via Balestra 1, CH-6901 Lugano, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP** Charles C. Platt George W. Shuster, Jr. 250 Greenwich Street 7 World Trade Center New York, New York 10007 Telephone: (212) 230-8800 |

| | | |
|---|---|---|
| Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV c/o Citco Fund Services Europe BV, Naritaweg 165, 1043 BW Amsterdam, The Netherlands | **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.** Norris D. Wolff Matthew J. Gold 551 Fifth Avenue, 18th Floor New York, New York 10176 Telephone: (212) 986-6000 |
| RBC Dexia Investor Service Julius Baer SICAV | RBC Dexia Investor Service Julius Baer SICAV Dexia Fund Services, 69 Route D'Esch, Luxembourg L-2953, Luxembourg | **KATTEN MUCHIN ROSENMAN LLP** Anthony L. Paccione Mark T. Ciani 575 Madison Avenue New York, NY 10022 Telephone: (212) 940-8800 |
| RBS Coutts Bank Ltd. | RBS Coutts Bank Ltd. P.O. Box 2200, Stauffacherstrasse 1, CH-8022 Zurich, Switzerland | **KATTEN MUCHIN ROSENMAN LLP** Anthony L. Paccione Mark T. Ciani 575 Madison Avenue New York, NY 10022 Telephone: (212) 940-8800 |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG Zollikerstrasse 181, CH-8034 Zurich, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| Rothschild Bank Geneva (Dublin) | Rothschild Bank Geneva (Dublin) Banca Privee Edmond de Rothschild, 18 rue de Hesse, CH-1204 Geneva, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. Via Ginevra 2, CH-6900 Lugano, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| SIS Seeganintersettle | SIS Seeganintersettle Baslerstrasse 100, CH-4601 Olten, Switzerland | **CHAFFETZ LINDSEY LLP** Andreas A. Frischknecht Erin E. Valentine 1700 Broadway, 33rd Floor |

| | | |
|---|---|---|
| | | New York, New York 10019<br>Telephone: (212) 257-6960 |
| Six SIS Ltd. | Six SIS Ltd.<br>Baslerstrasse 100, CH-4601 Olten, Switzerland | **CHAFFETZ LINDSEY LLP**<br>Andreas A. Frischknecht<br>Erin E. Valentine<br>1700 Broadway, 33rd Floor<br>New York, New York 10019<br>Telephone: (212) 257-6960 |
| Societe Generale Bank & Trust | Societe Generale Bank & Trust<br>11-13 Avenue Emile Reuter, Luxembourg L-2420, Luxembourg | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| T1 Global Fund Ltd. | T1 Global Fund Ltd.<br>c/o Trust and Gain Asset Management, Corso San Gottardo 46, 6830 Chiasso, Switzerland | **Reed Smith LLP**<br>Christopher A. Lynch<br>599 Lexington Avenue<br>30th Floor<br>New York, NY 10022<br>Telephone: (212) 549-0208 |
| UBS AG New York | UBS AG New York<br>101 Park Avenue, New York 10178<br>New York County | **GIBSON, DUNN & CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| UBS AG Zurich | UBS AG Zurich<br>UBS Wealth Management, Badenerstrasse 574/C, CH-8098 Zurich, Switzerland | **GIBSON, DUNN & CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| UBS Jersey Nominees | UBS Jersey Nominees<br>P.O. Box 350,<br>24 Union Street, St Helier JE4 8UJ, Jersey, United Kingdom | **GIBSON, DUNN & CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) | Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) Im Zentrum, Vaduz FL-9490, Liechtenstein | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>David M. Morris |

|  |  |  |
|---|---|---|
|  |  | One New York Plaza<br>New York, New York 10004-1980<br>Telephone: (212) 859-8000 |
| Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft<br>Hypo-Passage 1, Bregenz 6900, Austria | **Harnik Law Firm**<br>Stephen M. Harnik<br>623 Fifth Avenue, 24th Floor<br>New York, New York 10022-6831<br>Telephone: (212) 599-7575 |