**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED et al., | |
| Plaintiffs, | Adv. Proc. No. 10-3635 (SMB) |
| v. | Adv. Proc. No. 10-3636 (SMB) |
| ABN AMRO SCHWEIZ et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in Adversary Proceedings 10-03635 and 10-03636 as counsel for Unifortune Conservative Side Pocket (which is not a juridical entity capable of being sued).

This appearance is not and shall not be construed as a waiver of any of Unifortune Conservative Side Pocket's jurisdictional, substantive or procedural rights, remedies, and defenses in connection with the above-captioned adversary proceeding, all of which are hereby expressly preserved.

Dated: New York, New York
      May 15, 2019

JENNER & BLOCK

/s/ Carl N. Wedoff
Carl N. Wedoff
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
cwedoff@jenner.com