JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

19CV 4964

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation) acting by and through the Foreign Representative thereof, and Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof | See Schedule A |
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
| David J. Molton, Marek P. Krzyzowski<br>Brown Rudnick LLP<br>Seven Times Square, New York, NY 10036, Tel: 212-209-4800 | See Schedule A |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158(a) - Appeal from U.S. Bankruptcy Court Orders (Adv. Pro. No. 10-03635 (SMB)).

Judge Previously Assigned

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑ Yes ☐

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date ____________ & Case No. ____________

**IS THIS AN INTERNATIONAL ARBITRATION CASE?** **No** ☒ **Yes** ☐

*(PLACE AN [x] IN ONE BOX ONLY)* NATURE OF SUIT

**TORTS** **ACTIONS UNDER STATUTES**

**CONTRACT**

- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**

- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

- [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 448 EDUCATION

**PERSONAL INJURY**

- [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

- [ ] 463 ALIEN DETAINEE
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION
- [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690 OTHER

**PROPERTY RIGHTS**

- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
- [ ] 840 TRADEMARK

**LABOR**

- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 740 RAILWAY LABOR ACT
- [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

- [ ] 462 NATURALIZATION APPLICATION
- [ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

- [x] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**

- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

- [ ] 375 FALSE CLAIMS
- [ ] 376 QUI TAM
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 896 ARBITRATION
- [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $__________ OTHER __________ JUDGE Hon. Vernon S. Broderick DOCKET NUMBER 19-cv-3911

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | | |
|---|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation (Transferred) | [ ] 7 Appeal to District Judge from Magistrate Judge | |
| | [ ] a. all parties represented | | | | [ ] 8 Multidistrict Litigation (Direct File) | | |
| | [ ] b. At least one party is pro se. | | | | | | |

(PLACE AN x IN ONE BOX ONLY)    BASIS OF JURISDICTION    IF DIVERSITY, INDICATE CITIZENSHIP BELOW.
[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY
(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representative thereof, and Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof
KRyS Global
Commerce House, 2nd Floor
181 Main Street, Road Town
PO Box 930, Tortola,  VG1110
British Virgin Islands

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

See Schedule A

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

COURTHOUSE ASSIGNMENT
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 5/14/19    /s/ David J. Molton
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 11  Yr. 1985 )
Attorney Bar Code # DM1106

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print

## Schedule A

| Defendant-Appellees | Defendant-Appellees Address | Defendant-Appellees Attorneys |
|---|---|---|
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG Beethovenstrasse 33 CH-8002 Zurich Switzerland | **Latham & Watkins LLP** Christopher Harris Thomas J. Giblin 885 Third Avenue, Suite 1000 New York, NY 10022 Telephone: (212) 906-1200 |
| Allianzbank SPA/Unifortune Conservative Side Pocket | Allianzbank SPA/Unifortune Conservative Side Pocket Via Donizetti 53 Milan 20128 Italy | **Kobre & Kim LLP** Jonathan D. Cogan Kimberly Perrotta Cole Sara B. Gribbon 800 Third Avenue New York, New York 10022 Telephone (212) 488 1200 **JENNER & BLOCK LLP** Richard Levin 919 Third Avenue New York, New York 10022 Telephone: (212) 891-1600 |
| Banca Arner SA | Banca Arner SA Piazza Manzoni 8 CH-6901 Lugano Switzerland | **DLA PIPER LLP (US)** Christopher P. Hall Rachel Ehrlich Albanese 1251 Avenue of the Americas New York, New York 10020-1104 Telephone: (212) 335-4500 |
| Banca Unione Di Credito | Banca Unione Di Credito Piazza Dante 7 CH-6901 Lugano Switzerland | **KOBRE & KIM LLP** D. Farrington Yates Adam M. Lavine 800 Third Avenue New York, New York 10022 Telephone: (212) 488-1200 |
| Bank Hapoalim Switzerland Ltd. | Bank Hapoalim Switzerland Ltd. 18 Boulevard Royal B.P. 703 L-2017 Luxembourg | **HERBERT SMITH FREEHILLS NEW YORK LLP** Scott S. Balber Jonathan C. Cross 450 Lexington Avenue. 14th Floor New York, NY 10017 Telephone: (917) 542-7600 |

| | | |
|---|---|---|
| Bank Julius Baer & Co. Ltd. | Bank Julius Baer & Co. Ltd.<br>Hohlstrasse 602<br>CH-8010 Zurich<br>Switzerland | **McKool Smith, P.C.**<br>Eric B. Halper<br>Virginia I. Weber<br>One Bryant Park<br>47th Floor<br>New York, New York 10036<br>Telephone: (212) 402-9400 |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie<br>Elizabethenstrasse 62,<br>CH-4002 Basel, Switzerland | **SULLIVAN & CROMWELL LLP**<br>Jeffrey T. Scott<br>Andrew J. Finn<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000 |
| Banque Cantonale Vaudoise | Banque Cantonale Vaudoise<br>Place St.Francois 14<br>CH-1001 Lausanne<br>Switzerland | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| BBVA (Suisse) SA | BBVA (Suisse) SA<br>P.O. Box 3930, Zeltweg<br>63, 8021 Zurich, Switzerland | **WINSTON & STRAWN LLP**<br>Heather Kafele<br>Keith R. Palfin<br>1700 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 282-5000 |
| BCV AMC Defensive AL Fund | BCV AMC Defensive AL Fund<br>Place St. Francois, CH-1001 Lausanne, Switzerland | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| BNP Paribas (Suisse) SA | BNP Paribas (Suisse) SA<br>2 Place de<br>Hollande, Case Postale, CH-1211 Geneva, Switzerland | **Cleary Gottlieb Steen & Hamilton LLP**<br>Breon S. Peace<br>Ari D. MacKinnon<br>One Liberty Plaza<br>New York NY 10006<br>Telephone: (212) 225-2000 |
| BNP Paribas (Suisse) SA Ex Fortis | BNP Paribas (Suisse) SA Ex Fortis<br>2 Place de<br>Hollande, Case Postale, CH-1211 Geneva, Switzerland | **Cleary Gottlieb Steen & Hamilton LLP**<br>Breon S. Peace<br>Ari D. MacKinnon<br>One Liberty Plaza |

| | | |
|---|---|---|
| | | New York NY 10006<br>Telephone: (212) 225-2000 |
| BNP Paribas (Suisse) SA Private | BNP Paribas (Suisse) SA Private<br>2 Place de Hollande, Case Postale, CH-1211 Geneva, Switzerland | **Cleary Gottlieb Steen & Hamilton LLP**<br>Breon S. Peace<br>Ari D. MacKinnon<br>One Liberty Plaza<br>New York NY 10006<br>Telephone: (212) 225-2000 |
| BSI AG | BSI AG<br>Via Peri 23, CH-6901 Lugano, Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| BSI Ex Banca Del Gottardo | BSI Ex Banca Del Gottardo<br>Viale S Franscini 8, CH-6900 Lugano, Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| Caceis Bank Luxembourg | Caceis Bank Luxembourg<br>5 Allee Scheffer, Luxembourg L-2520, Luxembourg | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Lawrence B. Friedman<br>Lina Bensman<br>Elizabeth Vicens<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000 |
| Centrum Bank AG (AMS) | Centrum Bank AG (AMS)<br>Kirchstrasse 3, Postfach 1168, Vaduz FL 9490, Liechtenstein | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>David M. Morris<br>One New York Plaza<br>New York, New York 10004-1980<br>Telephone: (212) 859-8000 |
| Clariden Leu Ltd. | Clariden Leu Ltd.<br>Bahnhofstrasse 32, CH-8001, Zurich, Switzerland | **O'MELVENY & MYERS LLP**<br>William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000 |
| Compagnie Bancaire | Compagnie Bancaire | **Allegaert Berger & Vogel LLP** |

| Helvetique | Helvetique<br>Route de Chancy 6B, Case Postale 64, CH-1211 Geneva 8, Switzerland | John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
|---|---|---|
| Corner Banca SA | Corner Banca SA<br>Via Canova 16, CH-6901 Lugano, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Charles C. Platt<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 230-8800 |
| Credit Suisse AG Zurich | Credit Suisse AG Zurich<br>P.O. Box 300,<br>Uetlibergstrasse 231, CH-8070 Zurich, Switzerland | **O'MELVENY & MYERS LLP**<br>William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000 |
| Dexia Banque Internationale à Luxembourg | Dexia Banque Internationale à Luxembourg<br>69 Route D'Esch,<br>Luxembourg L-2953, Luxembourg | **CLIFFORD CHANCE US LLP**<br>Jeff E. Butler<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8000 |
| Dresdner Bank Schweiz | Dresdner Bank Schweiz<br>LGT Bank In Liechtenstein AG ex DBS, Herrengasse 12, Vaduz FL-9490, Liechtenstein | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br>Stacey J. Rappaport<br>Alexander Lees<br>28 Liberty Street<br>New York, New York 10005<br>Telephone: (212) 530-5000 |
| EFG Bank SA Switzerland | EFG Bank SA Switzerland<br>24 Quai du Seujet, CH-1211 Geneva 2, Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| EFG Eurofinancier D'Invest MCL | EFG Eurofinancier D'Invest MCL<br>Villa les Aigles, 15 Avenue D'Ostenede, Monaco MC 9800 | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>800 Third Avenue |

| | | |
|---|---|---|
| | | New York, New York 10022<br>Telephone: (212) 488-1200 |
| Edmond de Rothschild (Suisse) S.A. | Edmond de Rothschild (Suisse) S.A.<br>Corso Elvezia 9, CH-6900 Lugano, Switzerland (Sella Bank Address) | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| Fairfield Investment Fund Ltd. | Fairfield Investment Fund Ltd.<br>Fairfield Greenwich Group, Finance Group, 919 Third Avenue, New York 10022<br>New York County | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>Maxwell G. Dillan<br>Frederick R. Kessler<br>William A. Maher<br>Fletcher W. Strong<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300 |
| Fairfield Investment GCI | Fairfield Investment GCI<br>Fairfield Greenwich Group, Finance Group, 919 Third Avenue, New York 10022<br>New York County | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>Maxwell G. Dillan<br>Frederick R. Kessler<br>William A. Maher<br>Fletcher W. Strong<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300 |
| Falcon Private Bank | Falcon Private Bank<br>Pelikanstrasse 37, P.O. Box 1376, CH-8021, Zurich, Switzerland | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Eric Fishman<br>Andrew M. Troop<br>Samuel S. Cavior<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000 |
| FIF Advanced Ltd. | FIF Advanced Ltd.<br>Fairfield Greenwich Group, Finance Group, 919 Third Avenue, New York 10022<br>New York County | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>Maxwell G. Dillan<br>Frederick R. Kessler<br>William A. Maher<br>Fletcher W. Strong<br>500 Fifth Avenue<br>New York, New York 10110 |

| | | |
|---|---|---|
| | | Telephone: (212) 382-3300 |
| Finter Bank Zurich | Finter Bank Zurich<br>Corso S Gottardo 35,<br>CH-6830 Chiasso, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Charles C. Platt<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 230-8800 |
| Harmony Capital Fund Ltd. | Harmony Capital Fund Ltd.<br>c/o Jason Capital Partners LLP, 28 Grosvenor Street,<br>London W1K 4QR, United Kingdom | **KATTEN MUCHIN ROSENMAN LLP**<br>Anthony L. Paccione<br>Mark T. Ciani<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800 |
| HSBC | HSBC<br>8 Canada Square, Canary Wharf, London, United Kingdom | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Thomas J. Moloney<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000 |
| IHAG Handelsbank AG | IHAG Handelsbank AG<br>Bleicherweg 18, 8022- Zurich, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Charles C. Platt<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 230-8800 |
| Incore Bank AG | Incore Bank AG<br>Dreikoenigstr 8, CH-8022 Zurich, Switzerland | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Eric Fishman<br>Andrew M. Troop<br>Samuel S. Cavior<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000 |
| LGT Bank In Liechtenstein AG | LGT Bank In Liechtenstein AG<br>Herrengasse 12, Vaduz FL 9490, Liechtenstein | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br>Stacey J. Rappaport<br>Alexander Lees<br>28 Liberty Street<br>New York, New York 10005 |

| | | |
|---|---|---|
| | | Telephone: (212) 530-5000 |
| Liechtensteinische LB Reinvest AMS | Liechtensteinische LB Reinvest AMS Liechtensteinische Landesbank AG, Staedtle 44, Vaduz FL-9490, Liechtenstein | **WUERSCH & GERING LLP** Jascha D. Preuss 100 Wall Street, 10th Floor New York, NY 10005 Telephone: (212) 509-5050 |
| Lloyds TSB Bank Geneva | Lloyds TSB Bank Geneva Place Bel-Air 1, CH-1211 Geneva 2, Switzerland | **KATTEN MUCHIN ROSENMAN LLP** Anthony L. Paccione Mark T. Ciani 575 Madison Avenue New York, NY 10022 Telephone: (212) 940-8800 |
| Lombard Odier Darier Hentsch & CIE | Lombard Odier Darier Hentsch & CIE Rue de la Corraterie 11, 1204 Geneva, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| National Bank of Kuwait | National Bank of Kuwait P.O. Box 95 Safat, 13001 Kuwait, Abdullah Al hmad Street, Sharq, State of Kuwait | **KING & SPALDING LLP** Richard A. Cirillo 1185 Avenue of the Americas New York, NY 10036-4003 Telephone: (212) 556-2100 |
| NBK Banque Privee Suisse SA | NBK Banque Privee Suisse SA Quai du Mont Blanc 21, P.O. Box 1923, Geneva 1, Switzerland | **KING & SPALDING LLP** Richard A. Cirillo 1185 Avenue of the Americas New York, NY 10036-4003 Telephone: (212) 556-2100 |
| Pictet & CIE | Pictet & CIE Route Des Acacias 60, 1211 Geneva 73, Switzerland | **WACHTELL, LIPTON, ROSEN & KATZ** Emil A. Kleinhaus 51 West 52 Street New York, NY 10017 Telephone: (212) 403-1332 |
| PKB Privatbank AG | PKB Privatbank AG Via Balestra 1, CH-6901 Lugano, Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP** Charles C. Platt George W. Shuster, Jr. 250 Greenwich Street 7 World Trade Center New York, New York 10007 Telephone: (212) 230-8800 |

| | | |
|---|---|---|
| Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV c/o Citco Fund Services Europe BV, Naritaweg 165, 1043 BW Amsterdam, The Netherlands | **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.** Norris D. Wolff Matthew J. Gold 551 Fifth Avenue, 18th Floor New York, New York 10176 Telephone: (212) 986-6000 |
| RBC Dexia Investor Service Julius Baer SICAV | RBC Dexia Investor Service Julius Baer SICAV Dexia Fund Services, 69 Route D'Esch, Luxembourg L-2953, Luxembourg | **KATTEN MUCHIN ROSENMAN LLP** Anthony L. Paccione Mark T. Ciani 575 Madison Avenue New York, NY 10022 Telephone: (212) 940-8800 |
| RBS Coutts Bank Ltd. | RBS Coutts Bank Ltd. P.O. Box 2200, Stauffacherstrasse 1, CH-8022 Zurich, Switzerland | **KATTEN MUCHIN ROSENMAN LLP** Anthony L. Paccione Mark T. Ciani 575 Madison Avenue New York, NY 10022 Telephone: (212) 940-8800 |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG Zollikerstrasse 181, CH-8034 Zurich, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| Rothschild Bank Geneva (Dublin) | Rothschild Bank Geneva (Dublin) Banca Privee Edmond de Rothschild, 18 rue de Hesse, CH-1204 Geneva, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. Via Ginevra 2, CH-6900 Lugano, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack Lauren J. Pincus Bianca Lin 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| SIS Seeganintersettle | SIS Seeganintersettle Baslerstrasse 100, CH-4601 Olten, Switzerland | **CHAFFETZ LINDSEY LLP** Andreas A. Frischknecht Erin E. Valentine 1700 Broadway, 33rd Floor |

|  |  |  |
|---|---|---|
|  |  | New York, New York 10019<br>Telephone: (212) 257-6960 |
| Six SIS Ltd. | Six SIS Ltd.<br>Baslerstrasse 100, CH-4601 Olten, Switzerland | **CHAFFETZ LINDSEY LLP**<br>Andreas A. Frischknecht<br>Erin E. Valentine<br>1700 Broadway, 33rd Floor<br>New York, New York 10019<br>Telephone: (212) 257-6960 |
| Societe Generale Bank & Trust | Societe Generale Bank & Trust<br>11-13 Avenue Emile Reuter, Luxembourg L-2420, Luxembourg | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>Bianca Lin<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| T1 Global Fund Ltd. | T1 Global Fund Ltd.<br>c/o Trust and Gain Asset Management, Corso San Gottardo 46, 6830 Chiasso, Switzerland | **Reed Smith LLP**<br>Christopher A. Lynch<br>599 Lexington Avenue<br>30th Floor<br>New York, NY 10022<br>Telephone: (212) 549-0208 |
| UBS AG New York | UBS AG New York<br>101 Park Avenue, New York 10178<br>New York County | **GIBSON, DUNN & CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| UBS AG Zurich | UBS AG Zurich<br>UBS Wealth Management, Badenerstrasse 574/C, CH-8098 Zurich, Switzerland | **GIBSON, DUNN & CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| UBS Jersey Nominees | UBS Jersey Nominees<br>P.O. Box 350,<br>24 Union Street, St Helier JE4 8UJ, Jersey, United Kingdom | **GIBSON, DUNN & CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) | Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) Im Zentrum, Vaduz FL-9490, Liechtenstein | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>David M. Morris |

| | | |
|---|---|---|
| | | One New York Plaza<br>New York, New York 10004-1980<br>Telephone: (212) 859-8000 |
| Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft<br>Hypo-Passage 1, Bregenz 6900, Austria | **Harnik Law Firm**<br>Stephen M. Harnik<br>623 Fifth Avenue, 24th Floor<br>New York, New York 10022-6831<br>Telephone: (212) 599-7575 |