WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230 8800
Facsimile:  (212) 230 8888
Charles C. Platt
George W. Shuster, Jr.

*Attorneys for Finter Bank Zurich, IHAG Handelsbank AG,*
*Corner Banca SA, and PKB Privatbank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | ) |
| | ) Case No: 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | ) |
| | ) Jointly Administered |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), | ) |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and | ) |
| FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), | ) Adv. Pro. No. 10-03635 |
| acting by and through the Foreign Representative thereof, and | ) (SMB) |
| KENNETH KRYS, solely in his capacity as Foreign | ) |
| Representative and Liquidator thereof, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO | ) |
| (SWITZERLAND) AG, ADLER AND CO PRIVATBANK | ) |
| AG, ALLIANZBANK SPA/UNIFORTUNE | ) |
| CONSERVATIVE SIDE POCKET, ALTERNATIVE | ) |
| INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL | ) |
| SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, | ) |
| BANCA UNIONE DI CREDITO, BANK HAPOALIM | ) |
| SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., | ) |
| BANK SARASIN & CIE, BANQUE CANTONALE | ) |
| VAUDOISE, BANQUE CRAMER & CIE SA, BBVA | ) |
| (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP | ) |
| PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX | ) |
| FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, | ) |
| BSI EX BANCA DEL GOTTARDO, CACEIS BANK | ) |

LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT )
GEMS LOW VOL REG, COMPAGNIE BANCAIRE )
HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN )
LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG )
ZURICH, DEXIA BANQUE INTERNATIONAL A, )
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG )
BANK SA SWITZERLAND, EFG EUROFINANCIER )
D'INVEST MCL, ENDURANCE ABSOLUTE LTD. )
MASTER, FAIRFIELD INVESTMENT GCI, FAIRFIELD )
INVESTMENT FUND LTD., FALCON PRIVATE BANK, )
FIF ADVANCED LTD., FINTER BANK ZURICH, )
HARMONY CAPITAL FUND LTD., HSBC, IHAG )
HANDELSBANK AG, INCORE BANK AG, KARASEL )
ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES )
LTD., LGT BANK IN LIECHTENSTEIN AG, )
LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS )
TSB BANK GENEVA, LOMBARD ODIER DARIER )
HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL )
AND HEDGE FUND, NATIONAL BANK OF KUWAIT, )
NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB )
PRIVATBANK AG, QUASAR FUNDS SPC A/K/A )
QUASAR FUND SPC CLASS A AND CLASS B CGCNV, )
RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV, )
RBS COUTTS BANK LTD., RICHOURT AAA )
MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH )
(DUBLIN) A/K/A ROTHSCHILD BANK AG, )
ROTHSCHILD BANK GENEVA (DUBLIN), ROTHSCHILD )
LUGANO DUBLIN A/K/A BANCA PRIVATA EDMOND )
DE ROTHSCHILD LUGANO S.A., EDMOND DE )
ROTHSCHILD (SUISSE) S.A., SIS EEGANINTERSETTLE, )
SIX SIS LTD., SOCIETE GENERALE BANK & TRUST, )
SOUNDVIEW FUND, SWISSCANTO FD CENTRE )
CLIENTS A/C, T1 GLOBAL FUND LTD., UBS AG NEW )
YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, )
VERWALTUNGS UNDPRIVAT-BANK AG )
AKTIENGESELLSCHAFT (AMS), VORARLBERGER )
LANDES UND HYPOTHEKENBANK )
AKTIENGESELLSCHAFT AND BENEFICIAL OWNERS )
OF ACCOUNTS HELD IN THE NAME OF CGC NA 11000, )
HSBC PRIVATE BANK SUISSE SA, BRUDERER, )
CAPITALIA, PAN INTERNATIONAL LIMITED and )
BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE )
NAME OF HSBC PRIVATE BANK SUISSE SA 1-1000 )
                                    Defendants.

2

| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | ) ) ) ) |
|---|---|

## DEFENDANT-APPELLEES' COUNTER-STATEMENT OF ADDITIONAL ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Defendant-appellees, Finter Bank Zurich, IHAG Handelsbank AG, Corner Banca SA, and PKB Privatbank AG ("Defendant-Appellees"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, this counter-statement of additional issues to be presented and counter-designation of additional items to be included in the record on appeal with respect to the appeal by Plaintiffs in the above captioned adversary proceeding (the "Adversary Proceeding") of the April 15, 2019 Stipulated Order Granting In Part And Denying In Part Moving Defendants' Motions To Dismiss And Plaintiffs' Motion For Leave To Amend ("Stipulated Order"), the December 6, 2018 Memorandum Decision ("December 6, 2018 Memorandum Decision"), and the August 6, 2018 Memorandum Decision and Order Regarding the Defendants' Motions to Dismiss for Want of Jurisdiction ("August 6, 2018 Memorandum and Order") (together, the "Appealed Decisions and Orders") before the United States Bankruptcy Court for the Southern District Of New York.

## COUNTER-STATEMENT OF ADDITIONAL ISSUES TO BE PRESENTED ON APPEAL[1]

1.      All issues designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and

---

[1]      Defined terms carry the meaning ascribed to them in the corresponding decision or order from which appealed.

3

Orders, including, without limitation, the issues stated in Plaintiffs' Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal; and:

a.  Should the Court address the interlocutory question of the potential application of Section 561(d) and the Section 546(e) and Section 546(g) safe harbors, which did not provide the basis for the dismissal of any claims by the Bankruptcy Court?

b.  Should the Court address the interlocutory question of whether the subscription agreements provide a basis for personal jurisdiction over the defendant, which did not provide the basis for the dismissal of any claims by the Bankruptcy Court?

c.  Whether preclusion doctrines provide an additional basis for the Bankruptcy Court's dismissal of the contract and other common law claims, pursuant to its December 6, 2018 Memorandum Decision?[2]

### COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[3]

1.  All items designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders, including, without limitation, the items designated in Plaintiffs' Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal (ECF No. 435);[4] and

---

[2]  Memorandum Decision Granting in Part and Denying in Part Defendants' Motions to Dismiss and Plaintiffs' Motions for Leave to Amend, *Fairfield Sentry Limited, et al. v. Theodoor GGC Amsterdam, et al.*, 10-03496-smb (ECF No. 1743).

[3]  Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[4]  Unless otherwise specified, citations to (ECF No. ___) refer to docket entries from *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (SMB) (Bankr. S.D.N.Y.).

**A. Proposed Counter-Designated entries from the docket of *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.*, 10-03635-smb**

| ECF Number | Date | Docket Text |
|---|---|---|
| 11 | 10/04/2010 | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 11/16/2010 at 10:00 AM at Courtroom 623 (BRL), Answer due by 11/3/2010, (Cockerham, Kevin) (Entered: 10/04/2010) |
| 53 | 10/20/2010 | Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s)8, 11) filed by Kerry L. Quinn on behalf of Fairfield Sentry Limited ( In Liquidation). (Quinn, Kerry) (Entered: 10/20/2010) |
| 54 | 10/22/2010 | Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s)8, 11) filed by Kerry L. Quinn on behalf of Fairfield Sentry Limited ( In Liquidation). (Quinn, Kerry) (Entered: 10/22/2010) |
| 61 | 11/10/2010 | Order signed on 11/9/2010 Authorizing the Consolidation of the Redeemer Actions Pursuant to Federal Rule of Bankruptcy Procedure 7042. (Originally filed in Bankruptcy Case Number 10-13164.) (Rouzeau, Anatin) (Entered: 11/19/2010) |
| 62 | 11/18/2010 | Amended Order signed on 11/17/2010 Authorizing The Consolidation Of Redeemer Actions Pursuant To Federal Rule Of Bankruptcy Procedure 7042. This Order Directs the Procedural Consolidation of this Action and Other Redeemer Actions Filed in Connection with the Jointly Administered Chapter 15 cases of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (Case No. 10-13164); the docket for Fairfield Sentry Limited et al. v. Theodoor GGC Amsterdam et al., AP No. 10-03496, Should be Consulted for All Matters Covered Under the Courts Order. (Originally filed in Bankruptcy Case Number 10-13164.) (related document(s)61) (Rouzeau, Anatin) (Entered: 11/19/2010) |
| 67 | 01/10/2011 | Amended Complaint against all defendants (related document(s)8, 1) Filed by Daniel J. Saval on behalf of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Kenneth Krys and Joanna Lau, solely in their capacities as Foreign Representatives and Liquidators. (Saval, Daniel) (Entered: 01/10/2011) |
| 70 | 03/08/2011 | SECOND Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 4/21/2011 at 10:00 AM at Courtroom 623 (BRL), Answer due by 4/7/2011, (Campbell, Tiffany) (Entered: 03/08/2011) |
| 75 | 03/29/2011 | Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s)67) filed by David Molton on behalf of Joanna Lau, Kenneth Krys, Fairfield Sentry Limited ( In |

| ECF Number | Date | Docket Text |
|---|---|---|
| | | Liquidation), Fairfield Sigma Limited (In Liquidation). (Molton, David) (Entered: 03/29/2011) |
| 78 | 04/07/2011 | Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s)67) filed by David Molton on behalf of Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited (In Liquidation), Kenneth Krys, Joanna Lau. (Molton, David) (Entered: 04/07/2011) |
| 79 | 04/07/2011 | Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s)8, 1) filed by David Molton on behalf of Fairfield Sentry Limited ( In Liquidation). (Molton, David) (Entered: 04/07/2011) |
| 86 | 05/03/2011 | Amended Complaint against Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG, Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV, National Bank of Kuwait, Karasel Enhanced Portfolio, BBH Lux Guardian II a/k/a Brown Brothers Harriman, Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC, Adler and Co Privatbank AG, ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow SEG Port, BBH LUX Ref Fairfield GRN, BBVA (Suisse) SA, BCV AMC Defensive Al Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Banca Arner SA, Banca Unione di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & Cie, Banque Cantonale Vaudoise, Banque Cramer & Cie SA, Banque Safdie SA, CBB (BVI)/The Alkima Found, CBT Gems Low Vol Reg, Caceis Bank Luxembourg, Centrum Bank AG (AMS), Clariden Leu Ltd., Compagnie Bancaire Helvetique, Corner Banca SA, Credit Suisse AG Zurich, Dexia Banque International a Luxembourg, Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL, Endurance Absolute Ltd. Master, FCL IFP Global Diversified CLS, FIF Advanced Ltd., Fairfield Investment Fund Ltd., Fairfield Investment GCI, Fairfield Masters Ltd., Falcon Private Bank, Finter Bank Zuirich, Harmony Capital Fund Ltd., Ihag Handelsbank AG, Incore Bank AG, JP Morgan (Suisse) SA, KBC Investments Ltd., Karla Multistrategies Ltd., LGT Bank in Liechtenstein AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & Cie, Longboat Ltd., Master Capital and Hedge Fund, NBK Banque Privee Suisse SA, PKB Privatebank AG, Pictet & Cie, Private Space Ltd., RBC Dexia Investor Service Julius Baer |

| ECF Number | Date | Docket Text |
|---|---|---|
|  |  | Sicav, RBS Coutts Bank Ltd., Richourt AAA Multistrategies, Rothschild Bank Geneva (Dublin), SIS Seeganintersettle, Sella Bank AG, Six SIS Ltd., Societe Generale Bank & Trust, Soundview Fund, Springer Fund of Funds Ltd., Swisscanto FD Centre Clients A/C, T1 Global Fund Ltd., Teorema Alternative Strategies, UBS AG New York, UBS AG Zurich, UBS Jersey Nominees, Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1-1000 (Second Amended Complaint) (related document(s)67, 8) Filed by David Molton on behalf of KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators, Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited (In Liquidation). (Molton, David) (Entered: 05/03/2011) |
| 87 | 05/24/2011 | AMENDED Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 8/16/2011 at 10:00 AM at Courtroom 623 (BRL), Answer due by 6/23/2011, (Campbell, Tiffany) (Entered: 05/24/2011) |
| 91 | 06/17/2011 | Affidavit of Service of Christopher Michael Lau Kamg (related document(s)86) filed by Kerry L. Quinn on behalf of Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited (In Liquidation), KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators. (Quinn, Kerry) (Entered: 06/17/2011) |
| 122 | 07/30/2012 | THIRD AMENDED Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 9/12/2012 at 10:00 AM at Courtroom 623 (BRL), Answer due by 8/29/2012, (Campbell, Tiffany) (THIS SUMMONS DOES NOT APPLY TO BANQUE SAFDIE SA) Modified on 9/6/2012 (Richards, Beverly). (THIS SUMMONS DOES NOT APPLY TO BANK LEUMI/BANQUE LEUMI SWITZERLAND) Modified on 1/18/2013 (Richards, Beverly). (Entered: 07/30/2012) |
| 123 | 08/10/2012 | Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s)122, 121) filed by David Molton on behalf of Fairfield Sentry Limited ( In Liquidation), Fairfield Sigma Limited (In Liquidation), Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof. (Molton, David) (Entered: 08/10/2012) |

**B. Proposed Counter-Designated entries from the docket of** *Fairfield Sentry Limited, et al. v. Theodoor GGC Amsterdam, et al.*, **10-03496-smb** (**Lead Case**))

| ECF Number | Date | Docket Text |
|---|---|---|
| 24 | 11/10/2010 | Order Signed on 11/9/2010 Authorizing the Consolidation of the Redeemer Actions Pursuant to Federal Rule of Bankruptcy Procedure 7042. (Originally filed in Bankruptcy Case Number 10-13164). (Suarez, Aurea) (Entered: 11/19/2010) |
| 25 | 11/18/2010 | Amended Order signed on 11/17/2010 Authorizing The Consolidation Of Redeemer Actions Pursuant To Federal Rule Of Bankruptcy Procedure 7042. This Order Directs the Procedural Consolidation of this Action and Other Redeemer Actions Filed in Connection with the Jointly Administered Chapter 15 cases of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (Case No. 10-13164); the docket for Fairfield Sentry Limited et al. v. Theodoor GGC Amsterdam et al., AP No. 10-03496, Should be Consulted for All Matters Covered Under the Courts Order. (Originally filed in Bankruptcy Case Number 10-13164.) . (related document(s)24) (Suarez, Aurea) (Entered: 11/19/2010) |
| 195 | 03/10/2011 | Transcript regarding Hearing Held on 03/09/2011 10:13AM RE: Foreign Representatives' Motion Pursuant to 11 U.S.C. Section 1507(a) and 1521(a)(7) for an Order (I) Granting the Foreign Representative Relief Under 11 U.S.C. Section 108 and (II) Setting the Date of the " Order for Relief" ; Motion to Abstain for Several Proceedings Consolidated under this AP.  Remote electronic access to the transcript is restricted until 6/8/2011.  The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/17/2011. Statement of Redaction Request Due By 3/31/2011. Redacted Transcript Submission Due By 4/11/2011. Transcript access will be restricted through 6/8/2011. (Villegas, Carmen) (Entered: 03/11/2011) |
| 368 | 07/13/2011 | Transcript regarding Hearing Held on 07/12/2011 10:21AM RE: Moving Defendants (BGL BNP Paribas (sued here as BNP Paribas (Suiesse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BNP Paribas Securities Services Luxwembourg, CDC IXIS, Caceis Bank Luxembourg, Citibank.....et al..... Remote electronic access to the transcript is restricted until 10/11/2011. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service |

| ECF Number | Date | Docket Text |
|---|---|---|
| | | Agency.). Notice of Intent to Request Redaction Deadline Due By 7/20/2011. Statement of Redaction Request Due By 8/3/2011. Redacted Transcript Submission Due By 8/15/2011. Transcript access will be restricted through 10/11/2011. (Villegas, Carmen) (Entered: 07/28/2011) |
| 418 | 10/19/2011 | Amended Order signed on 10/19/2011 Staying Redeemer Actions (related document(s)416, 401). (Saenz De Viteri, Monica) (Entered: 10/19/2011) |
| 434 | 12/14/2011 | Letter To The Honorable Judge Burton R. Lifland Regarding Stay of Redeemer Actions filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Molton, David) (Entered: 12/14/2011) |
| 445 | 01/10/2012 | Memorandum Endorsement signed on 1/10/2012 Regarding Foreign Representative's Request to Terminate the Stay of the Redeemer Actions in Accordance with the Court's October 19, 2011 Order (related document(s)434, 439, 418, 437). (Saenz De Viteri, Monica) (Entered: 01/10/2012) |
| 467 | 05/16/2012 | Order signed on 5/16/2012 Establishing Case Management Procedures to Govern Redeemer Actions Pursuant To 11 U.S.C. Sections 105(a), 1507(a) and 1521(a)(7) and Bankruptcy Rules 7016, 7042, and 9007 (Related Doc # 418, 416, 404, 272, 7). (Saenz De Viteri, Monica) (Entered: 05/16/2012) |
| 477 | 05/25/2012 | Motion to Allow Limited Relief From Order Staying Redeemer Actions And Entry of Order Directing Defendants To Make Expedited Initial Disclosures On Beneficial Holders And Authorizing Amendment To Complaints In Redeemer Actions filed by Kerry L. Quinn on behalf of Fairfield Sentry Limited (In Liquidation). with hearing to be held on 6/20/2012 at 10:00 AM at Courtroom 623 (BRL) Objections due by 6/1/2012, (Attachments: # 1 Proposed Order) (Quinn, Kerry) (Entered: 05/25/2012) |
| 778 | 06/27/2012 | Memorandum Decision and Order Signed 6/27/2012 Granting The Foreign Representative's Motion Seeking Limited Relief From Order Staying Redeemer Actions And Entry of Order Directing Defendants To Make Expedited Initial Disclosures On Beneficial Holders And Authorizing Amendment To Complaints In Redeemer Actions (Related Doc # 477). (Suarez, Aurea) (Entered: 06/27/2012) |
| 786 | 06/26/2012 | Transcript regarding Hearing Held on 06/26/2012 10:01AM RE: Motion to Allow Limited Relief From Order Staying Redeemer Actions And Entry of Order Directing Defendants To Make Expedited Initial Disclosures On Beneficial Holders And Authorizing Amendment To Complaint In Redeemer Actions. Remote electronic access to the transcript is restricted until 9/24/2012. The transcript may be viewed at the Bankruptcy Court |

| ECF Number | Date | Docket Text |
|---|---|---|
|  |  | Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/3/2012. Statement of Redaction Request Due By 7/17/2012. Redacted Transcript Submission Due By 7/27/2012. Transcript access will be restricted through 9/24/2012. (Ortiz, Carmen) (Entered: 06/29/2012) |
| 799 | 07/19/2012 | Minute Order signed on 7/19/2012 Denying in Part and Granting in Part Motion of the Foreign Representative to Allow Limited Relief from Order Staying Redeemer Actions and Entry of Order Directing Defendants to Make Expedited Initial Disclosures on Beneficial Holders and Authorizing Amendment to Complaints in Redeemer Actions (the Motion) (related document(s)477). (Saenz De Viteri, Monica) Additional attachment(s) added on 7/19/2012 (Philbert, Gemma). (Entered: 07/19/2012) |
| 800 | 07/20/2012 | Transcript regarding Hearing Held on 07/19/2012 10:15AM RE: Adversary Proceeding. Remote electronic access to the transcript is restricted until 10/18/2012. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/27/2012. Statement of Redaction Request Due By 8/10/2012. Redacted Transcript Submission Due By 8/20/2012. Transcript access will be restricted through 10/18/2012. (Ortiz, Carmen) (Entered: 07/20/2012) |
| 885 | 01/28/2016 | Transcript regarding Hearing Held on 4/30/2015 10:00AM RE: Pre-Trial Conference. Remote electronic access to the transcript is restricted until 4/27/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/4/2016. Statement of Redaction Request Due By 2/18/2016. Redacted Transcript Submission Due By 2/29/2016. Transcript access will be restricted through 4/27/2016. (Ortiz, Carmen) (Entered: 02/08/2016) |
| 906 | 07/28/2016 | Transcript regarding Hearing Held on 7/27/2016 10:00AM RE: Status Conference. Remote electronic access to the transcript is restricted until 10/26/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2016. Statement of Redaction Request Due By 8/18/2016. Redacted Transcript |

| ECF Number | Date | Docket Text |
|---|---|---|
| | | Submission Due By 8/29/2016. Transcript access will be restricted through 10/26/2016. (Ortiz, Carmen) (Entered: 08/04/2016) |
| 909 | 09/06/2016 | Order signed on 9/6/2016 Authorizing the Foreign Representatives to File Proposed Amended Complaints in Partially Redacted Form and Unredacted Proposed Amended Complaints Under Seal (Related Doc # 907). (Gomez, Jessica) (Entered: 09/06/2016) |
| 918 | 10/18/2016 | So Ordered Supplemental Case Management Order Signed On 10/18/2016. (Barrett, Chantel) (Entered: 10/18/2016) |
| 920 | 10/21/2016 | Second Supplemental Case Management Order Signed On 10/20/2016. (Barrett, Chantel) (Entered: 10/21/2016) |
| 1326 | 03/23/2017 | Third Supplemental Case Management Order Signed On 3/23/2017. (Barrett, Chantel) (Entered: 03/23/2017) |
| 1393 | 04/06/2017 | Opposition Brief / Foreign Representatives' Memorandum of Law in Opposition to FIBCPR Swiss Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion For Leave to Amend and in Support of Defendants' Motion to Dismiss and in Further Support of Foreign Representatives' Motion For Leave to Amend Complaints (related document(s)959, 1083, 960, 1245, 1336) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Molton, David) (Entered: 04/06/2017) |
| 1458 | 05/26/2017 | Second Declaration of Simon Mortimore, QC in Further Support of the Defendants' Motion to Dismiss (related document(s)959) filed by Daniel H. Tabak on behalf of FS/GSCO London, FS/GSCO New York. (Attachments: # 1 Exhibit A) (Tabak, Daniel) (Entered: 05/26/2017) |
| 1609 | 01/09/2018 | Scheduling Order Signed On 1/8/2018. Re: Oral Argument On Motions For Leave To Amend And To Dismiss with hearing to be held on 1/25/2018 at 02:00 PM at Courtroom 723 (SMB) (Barrett, Chantel) (Entered: 01/09/2018) |
| 1649 | 02/01/2018 | So Ordered Order Signed On 2/1/2018. Re: Supplementation Of Submissions Relating To Bankruptcy Code § 561(D) (Barrett, Chantel) (Entered: 02/01/2018) |
| 1734 | 09/13/2018 | Letter , *dated September 13, 2018, in response to the Court's Memo Decision and Order dated August 6th, enclosing a Joint Stipulation and Proposed Order.* Filed by Thomas J. Moloney on behalf of Banco Nominees 2 (Guernsey) Limited, HSBC Bank Bermuda Limited, HSBC Bank USA NA (sued as HSBC Bank USA), HSBC Institutional Trust Services (Asia) Limited, HSBC International Trustee Limited, HSBC Latin America Holdings (UK) Limited, HSBC Private Bank (C.I.) Limited (sued as HSBC Private Bank (Guernsey) Ltd), HSBC Private Bank (Suisse) SA, HSBC Securities Services (Luxembourg) SA, HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company AG), Murdoch and Company, Republic Nominees Limited (f/k/a HSBC |

| ECF Number | Date | Docket Text |
|---|---|---|
| | | Private Banking Nominee 1 (Jersey) Limited), Robinson & Co., Somers Nominees (Far East) Limited. (Attachments: # 1 Exhibit A-[Proposed] Order and Stipulation Between the Liquidators and the Defendants Listed on Appendix A # 2 Appendix A-Defendants)(Moloney, Thomas) (Entered: 09/13/2018) |
| 1735 | 09/20/2018 | Order and Stipulation signed on 9/20/2018 Between The Liquidators and the Defendants Listed in Appendix A (related document(s)1723). (Gomez, Jessica) (Entered: 09/20/2018) |
| 1768 | 03/27/2019 | Notice of Settlement of an Order *Implementing December 6, 2018 Memorandum Decision Granting in Part and Denying in Part Defendants Motions to Dismiss and Plaintiffs Motions for Leave to Amend* filed by Marek P Krzyzowski on behalf of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof. (Attachments: # 1 Exhibit 1 - Proposed Order)(Krzyzowski, Marek) (Entered: 03/27/2019) |

## RESERVATION OF RIGHTS

Defendant-Appellees expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: June 4, 2019
       New York, New York

Respectfully submitted,

/s/ George W. Shuster, Jr._____

Charles C. Platt
George W. Shuster, Jr.

WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
Email: charles.platt@wilmerhale.com
         george.shuster@wilmerhale.com


*Attorneys for Attorneys for Finter Bank Zurich,
IHAG Handelsbank AG, Corner Banca SA, and
PKB Privatbank AG*