WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230 8800
Facsimile: (212) 230 8888
Charles C. Platt
George W. Shuster, Jr.

*Attorneys for Finter Bank Zurich, IHAG Handelsbank AG, Corner Banca SA, and PKB Privatbank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO GLASGOW SEG PORT, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK | Adv. Pro. No. 10-03635 (SMB) |

| |
|---|
| LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT GEMS LOW VOL REG, COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA BANQUE INTERNATIONAL A, LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG BANK SA SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL, ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD INVESTMENT GCI, FAIRFIELD INVESTMENT FUND LTD., FALCON PRIVATE BANK, FIF ADVANCED LTD., FINTER BANK ZURICH, HARMONY CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG, INCORE BANK AG, KARASEL ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES LTD., LGT BANK IN LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS TSB BANK GENEVA, LOMBARD ODIER DARIER HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL AND HEDGE FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK AG, QUASAR FUNDS SPC A/K/A QUASAR FUND SPC CLASS A AND CLASS B CGCNV, RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV, RBS COUTTS BANK LTD., RICHOURT AAA MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH (DUBLIN) A/K/A ROTHSCHILD BANK AG, ROTHSCHILD BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO DUBLIN A/K/A BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., EDMOND DE ROTHSCHILD (SUISSE) S.A., SIS EEGANINTERSETTLE, SIX SIS LTD., SOCIETE GENERALE BANK & TRUST, SOUNDVIEW FUND, SWISSCANTO FD CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., UBS AG NEW YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, VERWALTUNGS UNDPRIVAT-BANK AG AKTIENGESELLSCHAFT (AMS), VORARLBERGER LANDES UND HYPOTHEKENBANK AKTIENGESELLSCHAFT AND BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 11000, HSBC PRIVATE BANK SUISSE SA, BRUDERER, CAPITALIA, PAN INTERNATIONAL LIMITED and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF HSBC PRIVATE BANK SUISSE SA 1-1000<br>                                                        Defendants. |

| | |
|---|---|
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | )<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 4th day of June 2019, I caused a true and correct copy of *Defendant-Appellee's Counter-Statement of Additional Issues to be Presented and Counter-Designation of Additional Items to be Included in the Record on Appeal* to be served via the Court's CM/ECF system upon all counsel of record and via electronic mail upon:

David J. Molton
Marek P. Krzyzowski
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Email: dmolton@brownrudnick.com
       mkrzyzowski@brownrudnick.com
*(Counsel for the Plaintiffs)*

David Elsberg
Caitlin Halligan
Andrew Dunlap
Lena Konanova
Ron Krock
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
E-mail: delsberg@selendygay.com
       challigan@selendygay.com
       adunlap@selendygay.com
       lkonanova@selendygay.com
       rkrock@selendygay.com
*(Counsel for the Plaintiffs)*

Dated: June 4, 2019
      New York, New York

           Respectfully submitted,

           /s/ George W. Shuster, Jr.

           Charles C. Platt
           George W. Shuster, Jr.

           WILMER CUTLER PICKERING
           HALE AND DORR LLP
           7 World Trade Center
           250 Greenwich Street
           New York, New York 10007
           Telephone: (212) 230-8800
           Facsimile: (212) 230-8888
           Email: charles.platt@wilmerhale.com
                   george.shuster@wilmerhale.com

*Attorneys for Attorneys for Finter Bank Zurich, IHAG Handelsbank AG, Corner Banca SA, and PKB Privatbank AG*

4