**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>　　　　Plaintiffs,<br><br>　　-against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | |

## NOTICE OF JOINDER

PLEASE TAKE NOTICE that Defendants Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced, Ltd., through their undersigned attorneys, hereby join Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record on Appeal, dated June 4, 2019 (Case No. 10-3496, ECF No. 2736; Case No. 10-3635, ECF No. 437).

This joinder is not and shall not be construed as a waiver of any of the jurisdictional, substantive, or procedural rights, remedies, and defenses of Defendants Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced, Ltd., all of which are hereby expressly preserved.

Dated: New York, New York
      June 4, 2019

                        WOLLMUTH MAHER & DEUTSCH LLP

                        By: */s/ Fletcher W. Strong*

                        William A. Maher
                        Fletcher W. Strong
                        Maxwell G. Dillan
                        500 Fifth Avenue
                        New York, New York 10110
                        Tel:  (212) 382-3300
                        Fax: (212) 382-0050
                        Email: wmaher@wmd-law.com
                        Email: fstrong@wmd-law.com
                        Email: mdillan@wmd-law.com

                        *Attorneys for Defendants Fairfield Investment*
                        *Fund Limited, Fairfield Investment GCI, and*
                        *FIF Advanced, Ltd.*