**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No: 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof, | Adv. Pro. No. 10-03635 (SMB) |
| Plaintiffs, -against- | |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al., | |
| Defendants. | |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEES VERWALTUNGS-UND PRIVAT-BANK
AKTIENGESELLSCHAFT AND CENTRUM BANK AKTIENGESELLSCHAFT'S
JOINDER IN DEFENDANT-APPELLEES' COUNTER-STATEMENT
OF ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellees Verwaltungs-und Privat-Bank Aktiengesellschaft (now known as

VP Bank AG) and Centrum Bank Aktiengesellschaft (which is now owned by VP Bank AG), by

and through its undersigned counsel, hereby join in the Defendant-Appellees' Counter-Statement of

Issues to be Presented and Counter-Designation of Items to Be Included in the Record on Appeal,

filed on June 4, 2019, by defendants BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex

Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC, ECF No. 437.

## RESERVATION OF RIGHTS

VP Bank AG (including Centrum Bank Aktiengesellschaft) expressly reserves the right

to supplement the record on appeal or cross-appeal and to adopt the designation of any items

designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-

appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.


Dated:  New York, New York
        June 4, 2019


Respectfully submitted,

 /s/ David M. Morris
David M. Morris
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, NY  10004
(212) 859-8000
david.morris@friedfrank.com

*Counsel for Verwaltungs-und Privat-Bank
Aktiengesellschaft (now known as VP Bank
AG) and Centrum Bank Aktiengesellschaft
(now owned by VP Bank AG)*

18750625