**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No: 10-13164 (SMB)**<br><br>**Jointly Administered** |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                              Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                              Defendants. | **Adv. Pro. No. 10-03635 (SMB)**<br><br>*Appealed to District Court at*<br><br>**Case No.: 1:19-cv-04964-VSB** |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**THE KATTEN DEFENDANTS' JOINDER TO BNP PARIBAS (SUISSE), BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, CACEIS BANK LUXEMBOURG, AND HSBC'S COUNTER-STATEMENT OF ISSUES TO BE PRESENTED AND COUNTER DESIGNATIONS OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellees Harmony Capital Fund Ltd., Lloyds TSB Bank Geneva, RBS Coutts Bank Ltd., now known as Coutts & Co. Ltd., and RBC Investor Services Bank, S.A., formerly known as RBC Dexia Investor Services Bank, S.A., and possibly the entity intended by plaintiff in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV" (the "Katten Defendants"), by and through their undersigned counsel, respectfully file this joinder in

1

Defendant-Appellees BNP Paribas (Suisse), BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC's Counter-Statement of Issues to be Presented and Counter Designations of Items to be Included on Appeal, filed June 4, 2019, in the above captioned adversary proceeding (ECF No. 2736 in 10-3496; ECF No. 437 in 10-3635) (the "BNP Counter-Statement").

## RESERVATION OF RIGHTS

The Katten Defendants expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders (as defined in the BNP Counter-Statement).

Dated: June 4, 2019
      New York, New York

Respectfully submitted,

By: /s/ Anthony L. Paccione
    Anthony L. Paccione
    Mark T. Ciani

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone: 212.940.8800
Facsimile:  212.940.8874
E-mail: anthony.paccione@kattenlaw.com
E-mail: mark.ciani@kattenlaw.com

*Attorneys for the Katten Defendants*