UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>        Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>        Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al.* v. *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE PICTET & CIE'S JOINDER TO
DEFENDANT-APPELLEES' COUNTER-STATEMENT OF
ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee Pictet & Cie, by and through its undersigned counsel, hereby respectfully joins in the *Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record On Appeal* [Dkt. No. 437] filed by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC on June 4, 2019.

## **RESERVATION OF RIGHTS**

Pictet & Cie expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: New York, New York
June 4, 2019

                                              Respectfully submitted,

                                              WACHTELL, LIPTON, ROSEN & KATZ

                                              By: /s/ Emil A. Kleinhaus
                                                        Emil A. Kleinhaus

                                            51 West 52nd St.
                                            New York, New York  10019
                                            Telephone:  (212) 403-1000
                                            Facsimile:  (212) 403-2000
                                            eakleinhaus@wlrk.com

                                            Attorneys for Defendant Pictet & Cie