**LATHAM & WATKINS LLP**
Christopher Harris
Thomas J. Giblin
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendant-Appellee Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**NOTICE OF JOINDER FOR DEFENDANT-APPELLEE**
**UNION BANCAIRE PRIVÉE, UBP SA**

Defendant-Appellee Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) ("UBP"), by and through its undersigned attorneys, hereby joins the Counter-Statement of Issues To Be Presented And Counter-Designation Of Items To Be Included In The Record On Appeal, filed by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC in the administratively consolidated case, *Fairfield Sentry Limited (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.,* Adv. Pro. No. 10-03496, on June 4, 2019 at ECF No. 2736, and filed in the adversary proceeding *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.*, Adv. Pro. No. 10-3635 (SMB), on June 4, 2019 at ECF No. 437.

UBP expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

[*signature to follow*]

| | |
|---|---|
| Dated: June 4, 2019<br>New York, New York | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher Harris<br>Christopher Harris<br>Thomas J. Giblin<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: christopher.harris@lw.com<br>Email: thomas.giblin@lw.com<br><br>*Attorneys for Defendant-Appellee Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG)* |

3