**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>     Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT'S JOINDER IN DEFENDANT-APPELLEES' COUNTER-STATEMENT OF ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee Liechtensteinische Landesbank Aktiengesellschaft, by and through its undersigned counsel, hereby joins in the Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to Be Included in the Record on Appeal, filed on June 4, 2019, by defendants BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC, ECF No. 437.

## **RESERVATION OF RIGHTS**

Liechtensteinische Landesbank Aktiengesellschaft expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: New York, New York
June 4, 2019

Respectfully submitted,

 /s/ Jascha D. Preuss
Jascha D. Preuss
WUERSCH & GERING LLP
100 Wall Street, FL 10
New York, NY  10005
(212) 509-5050
jascha.preuss@wg-law.com.com

*Counsel for Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS)*