**DLA PIPER LLP (US)**
Rachel Ehrlich Albanese
Cherelle Glimp
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@dlapiper.com
Cherelle.Glimp@dlapiper.com

*Attorneys for Defendant-Appellee Banca Arner S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al.* v. *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**JOINDER OF DEFENDANT-APPELLEE BANCA ARNER TO DEFENDANT-APPELLEES' STATEMENT OF ADDITIONAL ISSUES TO BE PRESENTED AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee Banca Arner ("Banca Arner") by and through its undersigned counsel, hereby respectfully joins in the *Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record On Appeal* [ECF. No. 437][1] filed by BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC on June 4, 2019 ("Statement of Additional Issues").

**RESERVATION OF RIGHTS**

Banca Arner expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders as defined in the Statement of Additional Issues.

Dated: New York, New York
       June 4, 2019

DLA PIPER LLP (US)

*/s/ Rachel Ehrlich Albanese*
Rachel Ehrlich Albanese
Cherelle Glimp
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@dlapiper.com
Cherelle.Glimp@dlapiper.com

*Attorneys for Defendant-Appellee Banca Arner S.A.*

---

[1] *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.*, Adv. Pro. No. 10-03635 (SMB) (Bankr. S.D.N.Y.).