**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al.* v. *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE HAPOALIM (SWITZERLAND), LTD.'S JOINDER TO
DEFENDANT-APPELLEES' STATEMENT OF ADDITIONAL
ISSUES TO BE PRESENTED AND DESIGNATION OF
<u>ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Defendant-Appellee Hapoalim (Switzerland) Ltd.[1], by and through its undersigned counsel, hereby respectfully joins in the *Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record On Appeal* [Dkt.

---

[1] On April 1, 2019, Defendant-Appellee changed its name from Bank Hapoalim (Switzerland), Ltd. to Hapoalim (Switzerland) Ltd.

1

No. 437] filed by BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC on June 4, 2019.

## **RESERVATION OF RIGHTS**

Hapoalim (Switzerland) Ltd. expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated:  June 4, 2019
           New York, New York

Respectfully submitted,

**Herbert Smith Freehills New York LLP**

By: /s/ *Scott S. Balber*
      Scott S. Balber
      Jonathan Cross
      HERBERT SMITH FREEHILLS NEW YORK LLP
      450 Lexington Avenue, 14th Floor
      New York, NY 10017
      scott.balber@hsf.com
      jonathan.cross@hsf.com
      Tel: (917) 542-7600

*Attorneys for Hapoalim (Switzerland), Ltd.*