**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                      Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                      Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al.* v. *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**JOINDER IN DEFENDANT-APPELLEES' COUNTER-STATEMENT
OF ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

        Defendant-Appellee Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie, by and

through its undersigned counsel, hereby adopts, joins, and incorporates by reference the Counter-

Statement of Issues to Be Presented and Counter-Designation of Items to Be Included in the Record

on Appeal, filed on June 4, 2019, by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas

(Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC

pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the

1

Local Bankruptcy Rules for the Southern District of New York, ECF No. 437 in *Fairfield Sentry Limited, et al.* v. *ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.*, Adv. Pro. No. 10-03635 (SMB) (Bankr. S.D.N.Y.).

## **RESERVATION OF RIGHTS**

Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: June 4, 2019
New York, New York

Respectfully submitted,

By: */s/ Andrew J. Finn*
Jeffrey T. Scott
Andrew J. Finn
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: scottj@sullcrom.com
E-mail: finna@sullcrom.com

*Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*