**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB)<br><br>*Appealed to District Court at*<br><br>Case No.: 1:19-cv-04964-VSB |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT SIX SIS AG'S JOINDER TO BNP PARIBAS (SUISSE),**
**BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA**
**PRIVATE, CACEIS BANK LUXEMBOURG, AND HSBC'S**
**COUNTER-STATEMENT OF ISSUES TO BE PRESENTED AND COUNTER**
**DESIGNATIONS OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee SIX SIS AG, by and through its undersigned counsel, respectfully files this joinder in the Counter-Statement of Issues to be Presented and Counter Designations of Items to be Included on Appeal, filed by Defendants-Appellees BNP Paribas (Suisse), BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank

1

Luxembourg, and HSBC on June 4, 2019 in the above captioned adversary proceeding (ECF No. 2736 in 10-3496; ECF No. 437 in 10-3635) (the "BNP Counter-Statement").

## RESERVATION OF RIGHTS

Defendant-Appellee SIX SIS AG expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders (as defined in the BNP Counter-Statement).

This joinder is not and shall not be construed as a waiver of any of SIX SIS AG's jurisdictional, substantive, or procedural rights, remedies, and defenses, all of which are hereby expressly preserved.

Dated:  June 4, 2019
      New York, New York

Respectfully submitted,

**CHAFFETZ LINDSEY LLP**

/s/ Lidia Rezende
Andreas Frischknecht
Erin Valentine
Lidia Rezende

1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
E-mail: a.frischknecht@chaffetzlindsey.com
E-mail: e.valentine@chaffetzlindsey.com
E-mail: l.rezende@chaffetzlindsey.com

*Attorneys for SIX SIS AG*

2