**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                                    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                                    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEES DRESDNER BANK SCHWEIZ AND LGT BANK IN LIECHTENSTEIN AG'S JOINDER IN DEFENDANT-APPELLEES' COUNTER-STATEMENT OF ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellees Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) and LGT Bank in Liechtenstein AG (now known as LGT Bank AG), by and through its undersigned counsel (together, "LGT Defendant-Appellees"), hereby join in the Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to Be Included in the Record on Appeal, filed on June 4, 2019, by defendants BNP Paribas (Suisse) SA,

BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC, ECF No. 437.

## RESERVATION OF RIGHTS

LGT Defendant-Appellees expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: New York, New York
June 4, 2019

Respectfully submitted,

 /s/ Alexander B. Lees
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000
alees@milbank.com

*Counsel for Dresdner Bank Schweiz (n/k/a LGT Bank (Switzerland) Ltd.) and LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG)*