**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | ) |
| | ) Case No: 10-13164 (SMB) |
|     Debtors in Foreign Proceedings. | ) |
| | ) Jointly Administered |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and | ) |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting | ) |
| by and through the Foreign Representatives thereof, and | ) Adv. Pro. No. 10-03635 |
| KENNETH KRYS and CHARLOTTE CAULFIELD, solely in | ) (SMB) |
| their capacities as Foreign Representatives and Liquidators | ) |
| thereof, | ) |
| | ) |
|                Plaintiffs, | ) |
| -against- | ) |
| | ) |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO | ) |
| (SWITZERLAND) AG, et al., | ) |
| | ) |
|                Defendants. | ) |
| | ) |
| | ) |
| This document is also being filed in the lead adversary | ) |
| proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v.* | ) |
| *Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | ) |
| | ) |
| | ) |

### DEFENDANT-APPELLEE BANK JULIUS BAER & CO. LTD.'S JOINDER IN DEFENDANT-APPELLEES' COUNTER-STATEMENT OF ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Defendant-Appellee Bank Julius Baer & Co. Ltd. ("BJB"), by and through its undersigned counsel, hereby joins the Counter-Statement of Issues To Be Presented And Counter-Designation Of Items To Be Included In The Record On Appeal, filed by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank

Luxembourg, and HSBC in the administratively consolidated case, *Fairfield Sentry Limited (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496, on June 4, 2019 at ECF No. 2736, and filed in the adversary proceeding *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.*, Adv. Pro. No. 10-3635 (SMB), on June 4, 2019 at ECF No. 437.

BJB expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated:  June 4, 2019
New York, New York

Respectfully submitted,

**McKOOL SMITH P.C.**

By: /s/ Eric B. Halper
Eric B. Halper
Virginia I. Weber

One Bryant Park
47th Floor
New York, New York 10036
Tel. No.: (212) 402-9400
Fax No.: (212) 402-9444
ehalper@mckoolsmith.com
vweber@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd.*