**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE'S JOINDER IN COUNTER-STATEMENT OF**
**ISSUES TO BE PRESENTED AND COUNTER-DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee Vorarlberger Landes- Und Hypothekenbank AG ("Defendant-Appellee"), by and through its undersigned counsel, respectfully file this joinder in Defendant-Appellees BNP Paribas (Suisse), BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC's Counter-Statement of Issues to be Presented and Counter Designations of Items to be Included on Appeal, filed June 4, 2019, in the above captioned

1

adversary proceeding (ECF No. 2736 in Adv. Pro. 10-03496; ECF No. 437 in Adv. Pro. 10-03635) (the "BNP Counter-Statement").

## RESERVATION OF RIGHTS

Defendant-Appellee expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders (as defined in the BNP Counter-Statement).

Dated: June 4, 2019
      New York, New York

Respectfully submitted,

**HARNIK LAW FIRM**

By: /s/ Stephen M. Harnik
    Stephen M. Harnik

666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
Email: stephen@harnik.com
*Attorneys for Vorarlberger Landes- Und Hypothekenbank AG*