WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
Martin B. Klotz
(212) 728-8000

*Attorneys for Arsenal SPC and Arsenal SPC OBO Glasgow SEG PORT*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

Chapter 15 Case

Case No. 10-13164 (SMB)

Jointly Administered

Adv. Pro. No. 10-03635

Administratively Consolidated

---------------------------------------------------------- x

Fairfield Sentry Limited (In Liquidation),

    Plaintiff,

-against-

Theodoor GGC Amsterdam, et al.,

    Defendants.

---------------------------------------------------------- x

This document relates to:

Adv. Pro. Nos. 10-03496, 10-03636

---------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF
ARSENAL SPC AND ARSENAL SPC OBO GLASGOW SEG PORT**

    PLEASE TAKE NOTICE that Martin B. Klotz, Esq., of Willkie Farr & Gallagher LLP, hereby withdraws his appearance on behalf of Arsenal SPC and Arsenal SPC OBO Glasgow SEG PORT.  Please remove me from the service list in this proceeding and all related adversary

proceedings, including, but not limited to, Nos. 10-03496, 10-03635, and 10-03636.

Dated:  June 11, 2019                                     By: /s/ Martin B. Klotz

                                           Martin B. Klotz, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10010
Telephone:  212-728-8000
Facsimile:  212-728-9000
Email:  mklotz@willkie.com

Attorneys for Arsenal SPC and
Arsenal SPC OBO Glasgow SEG PORT