**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,, <br><br> Plaintiffs, <br><br> v. <br><br> BANCO SANTANDER (SUISSE) S.A., and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF BANCO SANTANDER (SUISSE) S.A. 1-1000, <br><br> Defendants. | Adv. Proc. No. 10-03509 (SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof, <br><br> Plaintiffs, <br><br> v. <br><br> BANQUE SYZ & CO. SA, and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF BANQUE SYZ & CO. SA, 1-1000, <br><br> Defendants. | Adv. Proc. No. 10-03513 (SMB) |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>               Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>               Defendants. | Adv. Proc. No. 10-3635 (SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>               Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>               Defendants | Adv. Proc. No. 10-3636 (SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>               Plaintiffs,<br>v.<br>MIRABAUD & CIE a/k/a MIRABAUD & CIE BANQUIERS PRIVES and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF MIRABAUD & CIE 1-1000,<br><br>               Defendants. | Adv. Proc. No. 11-01257 (SMB) |

> This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496.

## CERTIFICATE OF SERVICE

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that:

- On May 28, 2019, I caused Banco Santander (Suisse) S.A.'s Statement of Additional Issues to be Presented and Designation of Additional Items to be Included in the Record on Appeal to be served by CM/ECF on all counsel of record in Adversary Proceeding Numbers 10-3496 and 10-3509.

- On May 28, 2019, I caused Banque SYZ SA's Statement of Additional Issues to be Presented and Designation of Additional Items to be Included in the Record on Appeal to be served by CM/ECF on all counsel of record in Adversary Proceeding Numbers 10-3496 and 10-3513.

- On May 28, 2019, I caused Mirabaud & Cie's Statement of Additional Issues to be Presented and Designation of Additional Items to be Included in the Record on Appeal to be served by CM/ECF on all counsel of record in Adversary Proceeding Numbers 10-3496 and 11-1257.

- On June 4, 2019, I caused Defendant-Appellee Unifortune Conservative Side Pocket's Joinder in Defendants-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record on Appeal to be served by CM/ECF on all counsel of record in Adversary Proceeding Numbers 10-3496, 10-3635, and 10-3636.

Dated: New York, New York
   June 17, 2019         JENNER & BLOCK LLP

             By:  /s/ *Carl N. Wedoff*
                Carl N. Wedoff