UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>        Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 4, 2019, I caused true copies of the ***Defendant-Appellees Verwaltungs-und Privat-Bank Aktiengesellschaft and Centrum Bank Aktiengesellschaft's Joinder in Defendant-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record on Appeal*** (ECF Doc# 442 in Case No. 10-03635) to be served electronically through the Court's CM/ECF system, and that I further caused a true copy of the above-referenced document to be served on the below counsel via First-Class mail.

David Molton
Brown Rudnick LLP
7 Times Square
Times Square Tower
New York, NY 10036


Dated:      New York, New York
            June 19, 2019

/s/ Edward A. Strecker
Edward A. Strecker
edward.strecker@friedfrank.co