**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et. al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited, et. al., (In Liquidation), acting by and through Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>v.<br><br>Union Bancaire Privee, UBP SA, et. al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of defendant Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie ("Defendant") in the above-captioned proceedings and requests that all notices given or required to be given in this proceeding, and all papers served or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given to and served upon the following:

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-3994
Facsimile: (212) 291-3588

Attention: Mark A. Makar, Esq.

E-mail:  makarm@sullcrom.com

Defendant reserves all defenses and/or objections available to it, and this appearance in no way waives any rights or defenses, including but not limited to defenses based on the lack of personal jurisdiction or insufficient service of process.

Dated: New York, New York
      July 1, 2019

    Respectfully submitted,

    */s/ Mark A. Makar*
    Mark A. Makar (makarm@sullcrom.com)
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-3994
    Facsimile: (212) 291-3588

    *Counsel for Defendant Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*