**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, *et al.* (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br><br>10-03635<br>10-03636 | |

**NOTICE OF APPEARANCE**

1

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant-Appellee Liechtensteinische Landesbank AG (sued in this action as Liechtensteinische LB Reinvest AMS) in the above-captioned action:

>Gregory F. Hauser
>Wuersch & Gering LLP
>100 Wall Street, 10th Floor
>New York, NY 10005
>Tel: (212) 509-4717
>Fax: (212) 509-9559
>Email: gregory.hauser@wg-law.com

Dated: New York, New York
October 3, 2019

>Respectfully submitted,
>
>/s/ Gregory F. Hauser
>Gregory F. Hauser
>Wuersch & Gering LLP
>100 Wall Street, 10th Floor
>New York, New York 10005
>Tel: (212) 509-5050
>Fax: (212) 509-9559
>Email: gregory.hauser@wg-law.com
>
>*Attorneys for Defendant-Appellee Liechtensteinische Landesbank AG (sued here as Liechtensteinische LB Reinvest AMS)*