IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>          Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03635 (SMB) |

## NOTICE OF FILING OF FURTHER PROPOSED AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiffs, by and through Kenneth M. Krys and Greig Mitchell (together, the "Liquidators" or "Foreign Representatives"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation) ("Sentry"), Fairfield Sigma Limited (In Liquidation) ("Sigma"), and Fairfield Lambda Limited (In Liquidation) ("Lambda" and, collectively with Sentry and Sigma, the "Funds") in these consolidated adversary proceedings (the "U.S. Redeemer Actions") hereby file the enclosed further proposed amended complaint in the above-captioned adversary proceeding (the "Further Proposed Amended Complaint").

**PLEASE TAKE FURTHER NOTICE** that a clean copy of the Further Proposed Amended Complaint is filed herewith as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that a document showing the Further Proposed Amended Complaint redlined against the operative complaint in the above-captioned adversary proceeding is filed herewith as **Exhibit 2**.

Dated: New York, NY
January 15, 2020

Respectfully submitted,

SELENDY & GAY PLLC

By: /s/ *David Elsberg*
SELENDY & GAY PLLC
David Elsberg
Lena Konanova
Jordan Garman
Kevin Hu
Ronald Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
delsberg@selendygay.com
lkonanova@selendygay.com
jgarman@selendygay.com
khu@selendygay.com
rkrock@selendygay.com

-and-

BROWN RUDNICK LLP
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*