# Exhibit 1

| Group | No. | Case Name | Case No. | Total Redemptions | Redemptions Outside 2-Year Window |
|---|---|---|---|---|---|
| BNP Paribas | 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-03626-SMB | $1,838,245.32 | $302,551.59 |
| | 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-03627-SMB | $46,993,332.47 | $21,961,929.42 |
| | 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-04098-SMB | $20,187,335.98 | $0.00 |
| | 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-04099-SMB | $13,474,090.81 | $9,806,797.31 |
| | 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-01579-SMB | $2,693,674.03 | $2,002,197.98 |
| | 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-01551-SMB | $250,653.85 | $0.00 |
| Citco Beneficial Owners | 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635-SMB | $51,929,665.41 | $39,211,553.94 |
| | 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636-SMB | $1,713,056,327.45 | $729,432,977.39 |
| Citibank | 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-03622-SMB | $58,484,257.49 | $48,789,123.69 |
| | 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switz.) AG, et al.* | 10-03640-SMB | $10,241,101.28 | $9,354,333.36 |
| | 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-02770-SMB | $130,000,000.00 | $30,000,000.00 |
| Fortis | 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | 10-03776-SMB | $119,466,920.13 | $14,861,867.66 |
| | 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-01617-SMB | $24,126,541.43 | $750,000.00 |
| | 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al.* | 11-01242-SMB | $51,103,377.02 | $5,152,616.00 |
| | 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | 11-01614-SMB | $24,126,541.43 | $750,000.00 |
| | 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al.* | 11-02422-SMB | $1,252,258.40 | $1,172,091.58 |
| | 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Servs. NV, et al.* | 12-01568-SMB | $66,919,297.91 | $21,883,712.00 |
| HSBC | 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | 10-03628-SMB | $16,890,567.05 | $10,561,888.72 |
| | 19 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-03630-SMB | $84,497,835.97 | $63,378,737.02 |
| | 20 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-03633-SMB | $124,301,366.68 | $56,832,803.71 |
| | 21 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al.* | 12-01556-SMB | $4,454,242.36 | $4,140,070.31 |
| Merrill Lynch | 22 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | 10-03516-SMB | $632,754.83 | $497.94 |
| | 23 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al.* | 10-03788-SMB | $22,725,751.23 | $18,331,732.75 |
| | 24 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-01463-SMB | $16,077,850.00 | $1,200,000.00 |
| UBS | 25 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-03780-SMB | $7,602,622.59 | $4,388,989.63 |
| | 26 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | 10-04095-SMB | $206,463,708.51 | $7,544,307.31 |
| | 27 | *Europe SA, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-01250-SMB | $49,963,561.26 | $25,738,936.89 |
| | 28 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | 11-01258-SMB | $3,426,886.04 | $0.00 |
| Zurich Capital Markets | 29 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-03634-SMB | $15,142,755.05 | $15,142,755.05 |