# Exhibit 2

| No. | Case Name | Case No. | Order Dkt. No. | Order Entered Date | Status | Am. Compl. Dkt. No. (If Applicable) | Am. Compl. Date (If Applicable) |
|---|---|---|---|---|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.* | 10-03496-SMB | 2066 | 4/18/2019 | Fully Dismissed | | |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Sec. Sub A/C, et al.* | 10-03502-SMB | 64 | 4/2/2019 | Active | 69 | 7/1/2019 |
| 3 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A., et al.* | 10-03503-SMB | 44 | 4/2/2019 | Active | 49 | 7/15/2019 |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | 10-03504-SMB | 70 | 4/2/2019 | Active | 75 | 9/3/2019 |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Eur.), et al.* | 10-03505-SMB | 76 | 4/2/2019 | Active | 82 | 9/3/2019 |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Union USD Global Arbitrage A Fund, et al.* | 10-03506-SMB | 53 | 4/17/2019 | Active | 54 | 8/7/2019 |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Ins. Co. Ltd., et al.* | 10-03507-SMB | 59 | 4/2/2019 | Active | 64 | 8/8/2019 |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | 10-03508-SMB | 105 | 4/16/2019 | Active | 110 | 8/7/2019 |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | 10-03509-SMB | 45 | 4/2/2019 | Active | 52 | 8/2/2019 |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | 10-03510-SMB | 53 | 4/2/2019 | Active | 58 | 8/8/2019 |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.* | 10-03512-SMB | 47 | 4/2/2019 | Active | 52 | 6/27/2019 |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | 10-03513-SMB | 45 | 4/3/2019 | Active | 52 | 9/3/2019 |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | 10-03514-SMB | 67 | 4/3/2019 | Active | 72 | 7/15/2019 |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria, S.A., et al.* | 10-03515-SMB | 63 | 4/3/2019 | Active | 68 | 8/8/2019 |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | 10-03516-SMB | 61 | 4/3/2019 | Knowledge | 66 | 6/26/2019 |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al.* | 10-03519-SMB | 48 | 4/3/2019 | Active | 53 | 7/2/2019 |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Props. Ltd., et al.* | 10-03521-SMB | 49, 50 | 4/3/2019 | Active | 55 | 7/1/2019 |
| 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Ltd., et al.* | 10-03525-SMB | 64, 65 | 4/3/2019 | Active | 70 | 7/16/2019 |

| # | Case | Docket | | Date | Status | | |
|---|---|---|---|---|---|---|---|
| 19 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lacroze, et al.* | 10-03528-SMB | 42 | 4/18/2019 | No defendant moved to dismiss | | |
| 20 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Vontobel Asset Mgmt. Inc., et al.* | 10-03540-SMB | 43 | 4/4/2019 | Fully Dismissed | | |
| 21 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Select Ltd., et al.* | 10-03541-SMB | 43 | 4/18/2019 | No defendant moved to dismiss | | |
| 22 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al.* | 10-03586-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |
| 23 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al.* | 10-03595-SMB | 92, 93 | 4/3/2019 | Active | 98 | 7/19/2019 |
| 24 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al.* | 10-03614-SMB | 54 | 4/16/2019 | Active | 61 | 7/10/2019 |
| 25 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Am. Nat'l Trust & Sav. Ass'n, et al.* | 10-03615-SMB | 58 | 4/16/2019 | Active | 63 | 7/12/2019 |
| 26 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | 10-03616-SMB | 62 | 4/16/2019 | Active | 66 | 6/24/2019 |
| 27 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | 10-03618-SMB | 53 | 4/3/2019 | Active | 58 | 7/24/2019 |
| 28 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Inst. Trust Servs. (Asia) Ltd., et al.* | 10-03619-SMB | 47 | 4/3/2019 | Active | 52 | 8/7/2019 |
| 29 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Credit Suisse Int'l, et al.* | 10-03620-SMB | 64 | 4/3/2019 | Active | 69 | 8/9/2019 |
| 30 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | 10-03621-SMB | 60 | 4/16/2019 | Active | 65 | 8/9/2019 |
| 31 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-03622-SMB | 73 | 4/2/2019 | Knowledge | 79 | 1/9/2020 |
| 32 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AXA Isle of Man, et al.* | 10-03623-SMB | 60 | 4/4/2019 | Fully Dismissed | | |
| 33 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Lux., et al.* | 10-03624-SMB | 90 | 4/16/2019 | Active | 95 | 8/9/2019 |
| 34 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | 10-03625-SMB | 99 | 4/3/2019 | Active | 105 | 8/12/2019 |
| 35 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-03626-SMB | 49 | 8/5/2019 | Knowledge | 50 | 1/9/2020 |
| 36 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-03627-SMB | 91 | 8/8/2019 | Knowledge | 95 | 1/9/2020 |
| 37 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | 10-03628-SMB | 69 | 4/3/2019 | Active | 74 | 9/4/2019 |

| # | Case | Docket | | Date | Status | | Date |
|---|---|---|---|---|---|---|---|
| 38 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al.* | 10-03629-SMB | 58 | 4/3/2019 | Active | 63 | 12/5/2019 |
| 39 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-03630-SMB | 98 | 4/15/2019 | Knowledge | 105 | 1/9/2020 |
| 40 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | 10-03631-SMB | 60 | 4/3/2019 | Active | 65 | 1/9/2020 |
| 41 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AND Banc Andorra, et al.* | 10-03632-SMB | 73 | 4/3/2019 | Active | 78 | 7/25/2019 |
| 42 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-03633-SMB | 81 | 4/15/2019 | Knowledge | 86 | 1/9/2020 |
| 43 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-03634-SMB | 224 | 4/18/2019 | Knowledge | 237 | 1/9/2020 |
| 44 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635-SMB | 431 | 4/15/2019 | Knowledge | 466 | 1/9/2020 |
| 45 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636-SMB | 480 | 4/15/2019 | Knowledge | 517 | 1/9/2020 |
| 46 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switz.) AG, et al.* | 10-03640-SMB | 63 | 4/3/2019 | Knowledge | 68 | 6/28/2019 |
| 47 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Co. Am., et al.* | 10-03744-SMB | 82 | 4/16/2019 | Active | 87 | 7/10/2019 |
| 48 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) S.A. Geneve, et al.* | 10-03745-SMB | 75 | 4/3/2019 | Active | 80 | 8/2/2019 |
| 49 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | 10-03746-SMB | 82 | 4/3/2019 | Active | 87 | 8/7/2019 |
| 50 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | 10-03747-SMB | 68 | 4/3/2019 | Active | 73 | 7/12/2019 |
| 51 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al.* | 10-03749-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |
| 52 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | 10-03750-SMB | 62 | 4/3/2019 | Active | 67 | 9/4/2019 |
| 53 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Bros. Harriman & Co., et al.* | 10-03752-SMB | 126 | 4/16/2019 | Active | 135 | 8/21/2019 |
| 54 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner LateinAmerika AG, et al.* | 10-03753-SMB | 90 | 4/18/2019 | Fully Dismissed | | |
| 55 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CDC IXIS, et al.* | 10-03754-SMB | 83 | 4/18/2019 | Fully Dismissed | | |
| 56 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Lux. SA, et al.* | 10-03755-SMB | 68 | 4/3/2019 | Active | 73 | 8/12/2019 |
| 57 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | 10-03756-SMB | 74 | 4/3/2019 | Active | 79 | 7/22/2019 |

| # | Case | Docket | | Date | Status | | Date |
|---|---|---|---|---|---|---|---|
| 58 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V., et al.* | 10-03757-SMB | 74 | 4/3/2019 | Active | 79 | 8/12/2019 |
| 59 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd. Ref Greenlake Arbitrage Fund Ltd., et al.* | 10-03758-SMB | 61 | 4/4/2019 | Fully Dismissed | | |
| 60 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | 10-03764-SMB | 71 | 4/3/2019 | Active | 76 | 9/4/2019 |
| 61 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | 10-03776-SMB | 107 | 4/16/2019 | Knowledge | 112 | 12/5/2019 |
| 62 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kookmin Bank, et al.* | 10-03777-SMB | 56 | 8/5/2019 | Fully Dismissed | | |
| 63 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Secs. S.A., et al.* | 10-03778-SMB | 50 | 4/3/2019 | Active | 55 | 7/17/2019 |
| 64 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-03780-SMB | 82 | 4/15/2019 | Knowledge | 87 | 1/9/2020 |
| 65 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bah.), et al.* | 10-03782-SMB | 81 | 4/4/2019 | Fully Dismissed | | |
| 66 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Bah.), et al.* | 10-03783-SMB | 45 | 4/4/2019 | Fully Dismissed | | |
| 67 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Weston Sec. Ltd., et al.* | 10-03784-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |
| 68 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al.* | 10-03786-SMB | 94 | 4/3/2019 | Active | 99 | 7/19/2019 |
| 69 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Gib.) Ltd., et al.* | 10-03787-SMB | 90 | 4/4/2019 | Fully Dismissed | | |
| 70 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al.* | 10-03788-SMB | 94 | 4/16/2019 | Knowledge | 99 | 1/9/2020 |
| 71 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Almel Ltd., et al.* | 10-03789-SMB | 36 | 4/18/2019 | No defendant moved to dismiss | | |
| 72 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zayed et al* | 10-03790-SMB | 43 | 4/5/2019 | Fully Dismissed | | |
| 73 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | 10-03791-SMB | 47 | 4/3/2019 | Active | 52 | 8/5/2019 |
| 74 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Co. (Berm.) Ltd., et al.* | 10-03792-SMB | 67 | 4/4/2019 | Fully Dismissed | | |
| 75 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura Int'l PLC, et al.* | 10-03793-SMB | 62 | 4/3/2019 | Active | 67 | 8/13/2019 |
| 76 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | 10-03795-SMB | 81 | 4/3/2019 | Active | 86 | 9/5/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 77 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al.* | 10-03798-SMB | 51 | 4/17/2019 | Active | 56 | 6/25/2019 |
| 78 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | 10-03799-SMB | 81 | 4/4/2019 | Fully Dismissed | | |
| 79 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) S.A., et al.* | 10-03801-SMB | 71 | 4/3/2019 | Active | 76 | 8/7/2019 |
| 80 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Banking & Trust Co. Ltd., et al.* | 10-03863-SMB | 48 | 4/3/2019 | Active | 53 | 8/13/2019 |
| 81 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Natixis Private Banking Int'l, et al.* | 10-03864-SMB | 58 | 4/3/2019 | Active | 63 | 8/2/2019 |
| 82 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin Int'l Ltd., et al.* | 10-03865-SMB | 44 | 4/3/2019 | Active | 49 | 7/10/2019 |
| 83 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Torshen, et al.* | 10-03866-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |
| 84 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | 10-03867-SMB | 58 | 4/3/2019 | Active | 63 | 7/2/2019 |
| 85 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank S.A. Luxembourgeoise, et al.* | 10-03868-SMB | 137 | 4/17/2019 | Active | 143 | 7/25/2019 |
| 86 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG, et al.* | 10-03869-SMB | 54 | 4/3/2019 | Active | 62 | 8/13/2019 |
| 87 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Int'l Capital Ltd., et al.* | 10-03870-SMB | 45 | 4/4/2019 | Fully Dismissed | | |
| 88 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | 10-03871-SMB | 77 | 4/17/2019 | Active | 82 | 8/14/2019 |
| 89 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | 10-03873-SMB | 64 | 4/3/2019 | Active | 69 | 9/5/2019 |
| 90 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | 10-04087-SMB | 63 | 4/3/2019 | Active | 68 | 7/16/2019 |
| 91 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Lux.) S.A., et al.* | 10-04088-SMB | 86 | 4/17/2019 | Active | 91 | 9/6/2019 |
| 92 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | 10-04089-SMB | 48 | 4/3/2019 | Active | 53 | 7/22/2019 |
| 93 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL, et al.* | 10-04090-SMB | 44 | 4/3/2019 | Active | 49 | 6/26/2019 |
| 94 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switz.), et al.* | 10-04091-SMB | 38 | 4/3/2019 | Active | 42 | 6/25/2019 |
| 95 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | 10-04093-SMB | 26 | 4/3/2019 | Active | 31 | 7/18/2019 |
| 96 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al.* | 10-04094-SMB | 62 | 4/4/2019 | Fully Dismissed | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 97 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | 10-04095-SMB | 82 | 4/17/2019 | Knowledge | 91 | 1/10/2020 |
| 98 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco di Desio e Della Brianza, et al.* | 10-04096-SMB | 60 | 4/16/2019 | Active | 64 | 12/5/2019 |
| 99 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Nominees (IOM) Ltd., et al.* | 10-04097-SMB | 53 | 4/18/2019 | Fully Dismissed | | |
| 100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-04098-SMB | 41 | 4/2/2019 | Knowledge | 46 | 1/10/2020 |
| 101 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-04099-SMB | 61 | 4/16/2019 | Knowledge | 66 | 1/10/2020 |
| 102 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Ltd., et al.* | 10-04100-SMB | 67 | 4/3/2019 | Active | 72 | 8/28/2019 |
| 103 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PRS Inv. Strategies Fund Class 4E, et al.* | 10-04101-SMB | 32 | 4/17/2019 | Active | 33 | 7/25/2019 |
| 104 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | 10-04212-SMB | 31 | 4/3/2019 | Active | 36 | 7/9/2019 |
| 105 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | 10-04236-SMB | 68 | 4/4/2019 | Active | 73 | 9/5/2019 |
| 106 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Ltd., et al.* | 10-04238-SMB | 51 | 4/17/2019 | Active | 56 | 7/12/2019 |
| 107 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KB (CI) Nominees Ltd., et al.* | 10-04240-SMB | 36 | 4/17/2019 | Active | 37 | 6/21/2019 |
| 108 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al.* | 11-01242-SMB | 44 | 4/4/2019 | Knowledge | 49 | 8/14/2019 |
| 109 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer & Co. Ltd., Zurich, et al.* | 11-01243-SMB | 65 | 4/17/2019 | Active | 71 | 1/2/2020 |
| 110 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole (Suisse) S.A., et al.* | 11-01244-SMB | 65 | 4/4/2019 | Active | 70 | 8/26/2019 |
| 111 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BP Alpha S.A., et al.* | 11-01245-SMB | 90 | 4/17/2019 | Active | 98 | 12/5/2019 |
| 112 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Drake & Co., et al.* | 11-01246-SMB | 25 | 4/18/2019 | No defendant moved to dismiss | | |
| 113 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hsu, et al.* | 11-01247-SMB | 29 | 4/18/2019 | No defendant moved to dismiss | | |
| 114 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. POBT Bank & Trust Ltd., et al.* | 11-01248-SMB | 29 | 4/18/2019 | No defendant moved to dismiss | | |
| 115 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | 11-01249-SMB | 50 | 4/17/2019 | Active | 55 | 8/2/2019 |

| # | Case | Docket | Col4 | Date | Status | Col7 | Date2 |
|---|---|---|---|---|---|---|---|
| 116 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-01250-SMB | 64 | 4/2/2019 | Knowledge | 69 | 1/10/2020 |
| 117 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Swedclient/IAM, et al.* | 11-01253-SMB | 54 | 4/4/2019 | Active | 59 | 7/17/2019 |
| 118 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux., et al.* | 11-01254-SMB | 54 | 4/4/2019 | Active | 61 | 8/14/2019 |
| 119 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang, et al.* | 11-01255-SMB | 34 | 4/17/2019 | Active | 35 | 6/19/2019 |
| 120 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance S.A., et al.* | 11-01256-SMB | 55 | 4/4/2019 | Active | 60 | 7/15/2019 |
| 121 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie, et al.* | 11-01257-SMB | 41 | 4/4/2019 | Active | 48 | 7/11/2019 |
| 122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | 11-01258-SMB | 66 | 4/4/2019 | Knowledge | 71 | 7/19/2019 |
| 123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) S.A., et al.* | 11-01259-SMB | 57 | 4/4/2019 | Active | 62 | 8/15/2019 |
| 124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait, et al.* | 11-01260-SMB | 38 | 4/16/2019 | Active | 42 | 8/15/2019 |
| 125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nihon Unicom Corp., et al.* | 11-01261-SMB | 29 | 4/18/2019 | No defendant moved to dismiss | | |
| 126 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/Procap/Bryan Garnier, et al.* | 11-01262-SMB | 30 | 4/17/2019 | Active | 31 | 6/24/2019 |
| 127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking S.A., et al.* | 11-01263-SMB | 47 | 4/17/2019 | Active | 52 | 8/28/2019 |
| 128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Endowment Advisers Ltd., et al.* | 11-01458-SMB | 45 | 4/4/2019 | Fully Dismissed | | |
| 129 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al.* | 11-01460-SMB | 41 | 4/4/2019 | Active | 46 | 7/10/2019 |
| 130 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Inv. Ltd., et al.* | 11-01461-SMB | 40 | 4/4/2019 | Active | 45 | 6/20/2019 |
| 131 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Secs. (H.K.) Ltd., et al.* | 11-01462-SMB | 51 | 4/4/2019 | Active | 57 | 7/15/2019 |
| 132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-01463-SMB | 49 | 4/2/2019 | Knowledge | 54 | 1/10/2020 |
| 133 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis, et al.* | 11-01464-SMB | 50 | 4/4/2019 | Active | 56 | 8/15/2019 |
| 134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang Long-Yin, et al.* | 11-01465-SMB | 29 | 4/18/2019 | No defendant moved to dismiss | | |

| # | Case | Case No. | | | Status | | |
|---|---|---|---|---|---|---|---|
| 135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hui-Liang Tsai & Chien-Hui Tu, et al.* | 11-01466-SMB | 33 | 4/18/2019 | No defendant moved to dismiss | | |
| 136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/B M Tel Aviv, et al.* | 11-01467-SMB | 52 | 4/17/2019 | Active | 57 | 7/9/2019 |
| 137 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Tsao, et al.* | 11-01468-SMB | 45 | 4/18/2019 | No defendant moved to dismiss | | |
| 138 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Ltd., et al.* | 11-01470-SMB | 54 | 4/17/2019 | Active | 59 | 8/5/2019 |
| 139 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exch. Bank, et al.* | 11-01486-SMB | 127 | 4/17/2019 | Active | 131 | 7/22/2019 |
| 140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Ltd., et al.* | 11-01564-SMB | 52 | 4/4/2019 | Active | 57 | 7/18/2019 |
| 141 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | 11-01565-SMB | 35 | 4/4/2019 | Active | 39 | 12/5/2019 |
| 142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | 11-01566-SMB | 56 | 4/4/2019 | Active | 61 | 6/18/2019 |
| 143 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Global Fund Porvenir, et al.* | 11-01567-SMB | 38 | 4/18/2019 | Fully Dismissed | | |
| 144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse) et al* | 11-01568-SMB | 32 | 4/5/2019 | Active | 37 | 12/5/2019 |
| 145 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Banque Degroof Bruxelles, et al.* | 11-01569-SMB | 48 | 4/4/2019 | Active | 53 | 12/5/2019 |
| 146 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. S. Coop Irizar, et al.* | 11-01570-SMB | 29 | 4/17/2019 | Active | 30 | 6/26/2019 |
| 147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Secs. LLC, et al.* | 11-01571-SMB | 50 | 4/18/2019 | Fully Dismissed | | |
| 148 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Di San Marino SPA, et al.* | 11-01572-SMB | 42 | 4/17/2019 | Active | 43 | 8/26/2019 |
| 149 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Capluck Enters. Ltd., et al.* | 11-01573-SMB | 29 | 4/17/2019 | Active | 30 | 12/5/2019 |
| 150 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Ins., et al.* | 11-01574-SMB | 30 | 4/4/2019 | Active | 37 | 8/16/2019 |
| 151 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Sing. Branch, et al.* | 11-01575-SMB | 57 | 4/4/2019 | Active | 62 | 7/8/2019 |
| 152 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Multi-Strategy Fund Ltd., et al.* | 11-01576-SMB | 37 | 4/4/2019 | Fully Dismissed | | |
| 153 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Ins. Co. Ltd., et al.* | 11-01577-SMB | 47 | 4/4/2019 | Active | 52 | 8/16/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, Royal Bank of Canada, et al.* | 11-01578-SMB | 54 | 4/4/2019 | Active | 59 | 7/24/2019 |
| 155 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-01579-SMB | 45 | 4/16/2019 | Knowledge | 50 | 1/10/2020 |
| 156 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | 11-01581-SMB | 39 | 4/4/2019 | Active | 44 | 8/16/2019 |
| 157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al.* | 11-01582-SMB | 57 | 4/4/2019 | Active | 62 | 8/26/2019 |
| 158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Lux.), et al.* | 11-01584-SMB | 67 | 4/4/2019 | Active | 75 | 12/5/2019 |
| 159 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | 11-01585-SMB | 55 | 4/4/2019 | Active | 60 | 8/2/2019 |
| 160 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | 11-01586-SMB | 59 | 4/17/2019 | Active | 64 | 7/1/2019 |
| 161 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bah. Ltd., et al.* | 11-01587-SMB | 53 | 4/4/2019 | Active | 58 | 7/8/2019 |
| 162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Yuanta Asset Mgmt. (H.K.) Ltd., et al.* | 11-01588-SMB | 29 | 4/17/2019 | Active | 30 | 7/24/2019 |
| 163 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., Credit Andorra/Crediivest, et al.* | 11-01589-SMB | 59 | 4/4/2019 | Active | 65 | 8/21/2019 |
| 164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al.* | 11-01591-SMB | 50 | 4/4/2019 | Active | 55 | 7/19/2019 |
| 165 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith Cherwinka, et al.* | 11-01592-SMB | 34 | 4/16/2019 | Active | 39 | 7/2/2019 |
| 166 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith A. Hansen, et al.* | 11-01593-SMB | 29 | 4/17/2019 | Active | 30 | 8/19/2019 |
| 167 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | 11-01594-SMB | 53 | 4/4/2019 | Active | 59 | 12/16/2019 |
| 168 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al.* | 11-01595-SMB | 41 | 4/4/2019 | Active | 46 | 7/16/2019 |
| 169 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, et al.* | 11-01596-SMB | 32 | 4/4/2019 | Active | 36 | 6/27/2019 |
| 170 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. E. Star Sicavf, et al.* | 11-01597-SMB | 29 | 4/17/2019 | Active | 30 | 6/20/2019 |
| 171 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'Epargne de L'Etat Luxembourg, et al.* | 11-01598-SMB | 34 | 4/4/2019 | Active | 38 | 7/23/2019 |
| 172 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | 11-01599-SMB | 38 | 4/4/2019 | Active | 43 | 6/21/2019 |
| 173 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | 11-01600-SMB | 49 | 4/4/2019 | Active | 54 | 6/21/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 174 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Mgmt., et al.* | 11-01601-SMB | 56 | 4/4/2019 | Active | 61 | 7/11/2019 |
| 175 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Apollo Nominees, Inc., et al.* | 11-01603-SMB | 29 | 4/17/2019 | Active | 30 | 6/27/2019 |
| 176 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Ltd., et al.* | 11-01604-SMB | 61 | 4/17/2019 | Active | 69 | 12/16/2019 |
| 177 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melguizo, et al.* | 11-01607-SMB | 26 | 4/16/2019 | Active | 31 | 6/21/2019 |
| 178 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Lung Yen Life Serv. Co. Ltd., et al.* | 11-01608-SMB | 29 | 4/17/2019 | Active | 30 | 7/16/2019 |
| 179 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Disc. Bank, Ltd., Tel Aviv, et al.* | 11-01610-SMB | 36 | 4/4/2019 | Active | 41 | 6/25/2019 |
| 180 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Chen Tyan-Wen, et al.* | 11-01611-SMB | 29 | 4/17/2019 | Active | 30 | 6/19/2019 |
| 181 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG, et al.* | 11-01612-SMB | 57 | 4/18/2019 | Fully Dismissed | | |
| 182 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Found., Inc. et al.* | 11-01613-SMB | 31 | 4/4/2019 | Active | 36 | 7/11/2019 |
| 183 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | 11-01614-SMB | 64 | 4/4/2019 | Knowledge | 69 | 8/19/2019 |
| 184 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Societe Europeenne De Banque S.A. et al* | 11-01615-SMB | 38 | 4/4/2019 | Active | 43 | 1/9/2020 |
| 185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Woori Bank, et al.* | 11-01616-SMB | 49 | 4/17/2019 | Active | 54 | 7/23/2019 |
| 186 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-01617-SMB | 39 | 4/2/2019 | Knowledge | 44 | 1/10/2020 |
| 187 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/NBP Titres, et al.* | 11-01619-SMB | 53 | 4/4/2019 | Active | 58 | 7/23/2019 |
| 188 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Presnow Ltd., et al.* | 11-01620-SMB | 30 | 4/17/2019 | Active | 31 | 6/27/2019 |
| 189 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Leyden Dev., et al.* | 11-01622-SMB | 25 | 4/17/2019 | Active | 26 | 6/18/2019 |
| 190 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Privada D'Andorra S.A., et al.* | 11-01717-SMB | 30 | 4/17/2019 | Active | 31 | 7/2/2019 |
| 191 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Abu Dhabi Inv. Auth., et al.* | 11-01719-SMB | 45 | 4/4/2019 | Fully Dismissed | | |
| 192 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | 11-01760-SMB | 34 | 4/4/2019 | Active | 39 | 6/28/2019 |
| 193 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada, et al.* | 11-02253-SMB | 57 | 4/4/2019 | Active | 62 | 7/17/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 194 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al.* | 11-02336-SMB | 49 | 4/4/2019 | Fully Dismissed | | |
| 195 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lion Global Invs., et al.* | 11-02392-SMB | 44 | 4/4/2019 | Fully Dismissed | | |
| 196 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mario Pacheco Cortes, et al.* | 11-02401-SMB | 25 | 4/18/2019 | No defendant moved to dismiss | | |
| 197 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al.* | 11-02422-SMB | 56 | 4/4/2019 | Knowledge | 61 | 9/6/2019 |
| 198 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Beneficial Owners of Accounts Held in the Name of Bank Sal. Oppenheim Jr. & Cie (Schweiz) Ag 1-1000* | 11-02440-SMB | 57 | 4/4/2019 | Active | 62 | 12/17/2019 |
| 199 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al.* | 11-02530-SMB | 45 | 4/4/2019 | Fully Dismissed | | |
| 200 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Privado Portugues (Cayman) Ltd., et al.* | 11-02531-SMB | 28 | 4/17/2019 | Active | 29 | 6/18/2019 |
| 201 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Ltd., et al.* | 11-02532-SMB | 55 | 4/4/2019 | Fully Dismissed | | |
| 202 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. KAS Depositary Trust Co., et al.* | 11-02533-SMB | 40 | 4/4/2019 | Active | 45 | 6/19/2019 |
| 203 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Simgest SpA, et al.* | 11-02534-SMB | 48 | 4/4/2019 | Fully Dismissed | | |
| 204 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Ching-Jung Fang, et al.* | 11-02591-SMB | 34 | 4/17/2019 | Active | 35 | 7/18/2019 |
| 205 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. P.S.I. Int'l Ltd., et al.* | 11-02592-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |
| 206 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Annex Ltd., et al.* | 11-02593-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |
| 207 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild Trust (Schweiz) AG, et al.* | 11-02594-SMB | 48 | 4/18/2019 | Fully Dismissed | | |
| 208 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Andorra Banc Agricol Reig SA, et al.* | 11-02611-SMB | 46 | 4/4/2019 | Fully Dismissed | | |
| 209 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Ltd., et al.* | 11-02612-SMB | 61 | 4/4/2019 | Active | 66 | 6/18/2019 |
| 210 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Lux.), et al.* | 11-02613-SMB | 62 | 4/4/2019 | Fully Dismissed | | |
| 211 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EC.Com, Inc., et al.* | 11-02614-SMB | 34 | 4/18/2019 | No defendant moved to dismiss | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 212 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Stichting Stroeve Global Custody, et al.* | 11-02615-SMB | 34 | | 4/18/2019 | No defendant moved to dismiss | | |
| 213 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-02770-SMB | 44 | 4/2/2019 | Knowledge | 49 | 1/10/2020 |
| 214 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fullerton Capital PTE, Ltd., et al.* | 11-02771-SMB | 37 | 4/4/2019 | Fully Dismissed | | |
| 215 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A., et al.* | 11-02772-SMB | 35 | 4/4/2019 | Active | 39 | 7/9/2019 |
| 216 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | 11-02787-SMB | 47 | 4/17/2019 | Active | 52 | 6/25/2019 |
| 217 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Parson Finance Panama SA et al* | 11-1580-SMB | 32 | 4/5/2019 | Fully Dismissed | | |
| 218 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland N.V., et al.* | 12-01119-SMB | 62 | 4/4/2019 | Fully Dismissed | | |
| 219 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Madison Cultural Arts Support Trust, et al.* | 12-01121-SMB | 33 | 4/18/2019 | No defendant moved to dismiss | | |
| 220 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Maple Key Mkt. Neutral Cayman Islands LP, et al.* | 12-01122-SMB | 30 | 4/18/2019 | No defendant moved to dismiss | | |
| 221 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Carige SPA, et al.* | 12-01123-SMB | 35 | 4/5/2019 | Active | 40 | 8/5/2019 |
| 222 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Int'l, et al.* | 12-01124-SMB | 50 | 4/5/2019 | Active | 55 | 8/5/2019 |
| 223 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | 12-01125-SMB | 37 | 4/5/2019 | Active | 42 | 7/25/2019 |
| 224 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FPB Int'l Bank, Inc., et al.* | 12-01126-SMB | 28, 29 | 4/17/2019 | Active | 30 | 7/25/2019 |
| 225 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch, et al.* | 12-01127-SMB | 55 | 4/5/2019 | Active | 60 | 7/2/2019 |
| 226 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd., et al.* | 12-01128-SMB | 39 | 4/17/2019 | Active | 43 | 7/24/2019 |
| 227 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Catalunya Caixa, et al.* | 12-01129-SMB | 52 | 4/5/2019 | Active | 57 | 7/24/2019 |
| 228 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Tayleigh Trust Co. Ltd., et al.* | 12-01130-SMB | 41 | 4/4/2019 | Fully Dismissed | | |
| 229 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris, et al.* | 12-01131-SMB | 56 | 4/5/2019 | Fully Dismissed | | |
| 230 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Inv. Servs. Espana S.A., et al.* | 12-01132-SMB | 49 | 4/5/2019 | Active | 54 | 7/22/2019 |

| # | Case | Docket | | Date | Status | | Date |
|---|---|---|---|---|---|---|---|
| 231 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Field Nominees Ltd., et al.* | 12-01133-SMB | 28 | 4/17/2019 | Active | 29 | 7/19/2019 |
| 232 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. SEI Invs. Trustee, et al.* | 12-01134-SMB | 55 | 4/5/2019 | Active | 60 | 7/18/2019 |
| 233 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Ltd., et al.* | 12-01135-SMB | 42 | 4/5/2019 | Active | 47 | 7/17/2019 |
| 234 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | 12-01136-SMB | 45 | 4/5/2019 | Active | 51 | 7/17/2019 |
| 235 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kasbank Depositary Trust Co., et al.* | 12-01137-SMB | 34 | 4/9/2019 | Fully Dismissed | | |
| 236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Chelsea Trust Co., Ltd., et al.* | 12-01138-SMB | 39 | 4/5/2019 | Fully Dismissed | | |
| 237 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Union Finance Int'l (HK) Ltd., et al.* | 12-01139-SMB | 30 | 4/17/2019 | Active | 31 | 7/15/2019 |
| 238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | 12-01140-SMB | 33 | 4/5/2019 | Active | 38 | 7/12/2019 |
| 239 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mandalay Invs. SA, et al.* | 12-01141-SMB | 37 | 4/18/2019 | No defendant moved to dismiss | | |
| 240 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc., et al.* | 12-01142-SMB | 38 | 4/17/2019 | Active | 42 | 1/10/2020 |
| 241 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Centre Coll., et al.* | 12-01143-SMB | 45 | 4/5/2019 | Fully Dismissed | | |
| 242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | 12-01144-SMB | 38 | 4/5/2019 | Active | 43 | 7/9/2019 |
| 243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al.* | 12-01145-SMB | 28 | 4/16/2019 | Active | 32 | 7/1/2019 |
| 244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advs., Inc., et al.* | 12-01146-SMB | 39 | 4/5/2019 | Active | 44 | 7/9/2019 |
| 245 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Luxembourg S.A., et al.* | 12-01147-SMB | 57 | 4/5/2019 | Active | 62 | 8/28/2019 |
| 246 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto, et al.* | 12-01148-SMB | 46 | 4/5/2019 | Active | 51 | 7/8/2019 |
| 247 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. La Romana Inversiones SICAV, S.A., et al.* | 12-01149-SMB | 27 | 4/17/2019 | Active | 28 | 7/8/2019 |
| 248 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clarks Fork Foundation, et al.* | 12-01150-SMB | 29 | 4/5/2019 | Active | 34 | 6/28/2019 |
| 249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Loquat Holdings, Inc., et al.* | 12-01152-SMB | 27 | 4/18/2019 | No defendant moved to dismiss | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hua Nan Commercial Bank, et al.* | 12-01153-SMB | 37 | 4/17/2019 | Active | 42 | 6/28/2019 |
| 251 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sofos Capital LLC, et al.* | 12-01154-SMB | 27 | 4/18/2019 | No defendant moved to dismiss | | |
| 252 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kiangsu Chekiang, et al.* | 12-01155-SMB | 34 | 4/16/2019 | Active | 38 | 6/21/2019 |
| 253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Bros. Sturdza SA, et al.* | 12-01157-SMB | 30 | 4/5/2019 | Active | 35 | 9/6/2019 |
| 254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.* | 12-01158-SMB | 37 | 4/5/2019 | Active | 42 | 6/26/2019 |
| 255 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Danobat S. Coop, et al.* | 12-01159-SMB | 27 | 4/17/2019 | Active | 28 | 6/26/2019 |
| 256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Spin City Corp., et al.* | 12-01160-SMB | 27 | 4/18/2019 | No defendant moved to dismiss | | |
| 257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. International Hedge Fund Ltd., et al.* | 12-01161-SMB | 28 | 4/17/2019 | Active | 29 | 6/25/2019 |
| 258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta, S.P.A., et al.* | 12-01162-SMB | 46 | 4/5/2019 | Active | 51 | 6/24/2019 |
| 259 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf, N.V., et al.* | 12-01163-SMB | 37 | 4/17/2019 | Active | 42 | 6/20/2019 |
| 260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Ltd., et al.* | 12-01164-SMB | 46 | 4/5/2019 | Active | 52 | 7/23/2019 |
| 261 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-01185-SMB | 40 | 4/5/2019 | Active | 45 | 7/22/2019 |
| 262 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Popolare Di Venora E Novara Lux* | 12-01187-SMB | 37 | 4/5/2019 | Active | 42 | 8/22/2019 |
| 263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Ltd./BVI, et al.* | 12-01264-SMB | 53 | 4/5/2019 | Fully Dismissed | | |
| 264 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | 12-01265-SMB | 52 | 4/5/2019 | Active | 57 | 12/5/2019 |
| 265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Albemar Participation Ltd., et al.* | 12-01266-SMB | 23 | 4/18/2019 | No defendant moved to dismiss | | |
| 266 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. TAIB Bank E.C., et al.* | 12-01267-SMB | 32 | 4/17/2019 | Active | 33 | 8/22/2019 |
| 267 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Criterium Capital Funds BV, et al.* | 12-01268-SMB | 24 | 4/18/2019 | No defendant moved to dismiss | | |

| # | Case | Docket | Defs | Date | Status | Defs2 | Date2 |
|---|---|---|---|---|---|---|---|
| 268 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/MLBS Geneva, et al.* | 12-01269-SMB | 29 | 4/17/2019 | Active | 30 | 7/16/2019 |
| 269 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. (Panama) SA, et al.* | 12-01270-SMB | 44 | 4/5/2019 | Active | 49 | 7/11/2019 |
| 270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Ins. Co. Ltd., et al.* | 12-01271-SMB | 46, 47 | 4/5/2019 | Active | 52 | 7/11/2019 |
| 271 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | 12-01272-SMB | 35 | 4/5/2019 | Active | 40 | 7/10/2019 |
| 272 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | 12-01285-SMB | 33 | 4/5/2019 | Active | 37 | 6/27/2019 |
| 273 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al.* | 12-01286-SMB | 36 | 4/5/2019 | Active | 41 | 6/24/2019 |
| 274 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Patagonia (Uruguay) S.A.I.F.E., et al.* | 12-01287-SMB | 43 | 4/17/2019 | Active | 44 | 8/22/2019 |
| 275 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cais Bank, et al.* | 12-01288-SMB | 43 | 4/18/2019 | Fully Dismissed | | |
| 276 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dreadnought Fin. OY, et al.* | 12-01289-SMB | 39 | 4/5/2019 | Active | 44 | 6/20/2019 |
| 277 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Int'l Trustee Ltd., et al.* | 12-01290-SMB | 36 | 4/5/2019 | Active | 41 | 6/24/2019 |
| 278 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Irish Life Int'l, et al.* | 12-01291-SMB | 28 | 4/17/2019 | Active | 29 | 6/19/2019 |
| 279 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Istituto Bancario Sammarinese S.P.A., et al.* | 12-01292-SMB | 29 | 4/17/2019 | Active | 30 | 6/19/2019 |
| 280 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Triumph Offshore Fund, et al.* | 12-01293-SMB | 28 | 4/18/2019 | Active | 29 | 6/18/2019 |
| 281 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama, et al.* | 12-01294-SMB | 46 | 4/5/2019 | Fully Dismissed | | |
| 282 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie, et al.* | 12-01295-SMB | 46 | 4/5/2019 | Fully Dismissed | | |
| 283 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. John E. Niederhuber IRA, et al.* | 12-01296-SMB | 30 | 4/5/2019 | Fully Dismissed | | |
| 284 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | 12-01298-SMB | 49 | 4/5/2019 | Active | 54 | 7/12/2019 |
| 285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Silverado Holdings LDC, et al.* | 12-01300-SMB | 29 | 4/18/2019 | Active | 30 | 8/21/2019 |
| 286 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Ltd., et al.* | 12-01301-SMB | 51 | 4/5/2019 | Active | 56 | 7/8/2019 |
| 287 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Winchester Fiduciary Servs. Ltd., et al.* | 12-01302-SMB | 24 | 4/18/2019 | Active | 25 | 7/1/2019 |

| # | Case | Case No. | | | | | |
|---|---|---|---|---|---|---|---|
| 288 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Atl. Sec. Bank, et al.* | 12-01550-SMB | 34 | 4/5/2019 | Fully Dismissed | | |
| 289 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-01551-SMB | 38 | 4/2/2019 | Knowledge | 43 | 1/10/2020 |
| 290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Capital Global Mgmt. Ltd., et al.* | 12-01552-SMB | 28 | 4/18/2019 | Active | 29 | 6/20/2019 |
| 291 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Secs. S.A., et al.* | 12-01555-SMB | 47 | 4/5/2019 | Active | 52 | 7/23/2019 |
| 292 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al.* | 12-01556-SMB | 41 | 4/2/2019 | Knowledge | 46 | 1/10/2020 |
| 293 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank et al* | 12-01567-SMB | 33 | 4/5/2019 | Active | 38 | 8/5/2019 |
| 294 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Servs. NV, et al.* | 12-01568-SMB | 56, 57 | 4/17/2019 | Knowledge | 62 | 8/19/2019 |
| 295 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | 12-01569-SMB | 33 | 4/3/2019 | Active | 38 | 7/18/2019 |
| 296 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited, et al.* | 12-01571-SMB | 58 | 4/18/2019 | Fully Dismissed | | |
| 297 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | 12-01599-SMB | 53 | 4/3/2019 | Active | 58 | 6/28/2019 |
| 298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hyposwiss Private Bank Geneve, et al.* | 12-01600-SMB | 50 | 4/18/2019 | Fully Dismissed | | |
| 299 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Select Absolute Strategies SICAV f/k/a ING* | 12-01601-SMB | 37 | 4/5/2019 | Fully Dismissed | | |
| 300 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Essex 21 Ltd., et al.* | 12-01716-SMB | 35 | 4/5/2019 | Fully Dismissed | | |
| 301 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Samsung Absolute Return Trust M1, et al.* | 12-01762-SMB | 32 | 4/18/2019 | No defendant moved to dismiss | | |
| 302 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Alt. Fund Ltd., et al.* | 12-01763-SMB | 39 | 4/17/2019 | Active | 48 | 12/5/2019 |
| 303 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank S.A. f/k/a RBC Dexia Investor Services Bank S.A., et al.* | 16-01214-SMB | 45 | 4/5/2019 | Fully Dismissed | | |