**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
Marek P. Krzyzowski
212-209-4800

-and-

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
David Elsberg
Lena Konanova
Ron Krock
212-390-9000

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>Debtors in Foreign Proceedings. | No. 10-13164 (SMB)<br>(Jointly Administered) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,**<br><br>Plaintiffs,<br><br>-against-<br><br>**THEODOOR GGC AMSTERDAM a/k/a THEODOOR GILISSEN GLOBAL CUSTODY N.V., et al.,**<br><br>Defendants. | Adv. Pro. No. 10-03496 (SMB)<br>(Administratively Consolidated) |
| This document applies to all Redeemer Actions Listed on Exhibit A | |

**NOTICE OF CHANGE OF STATUS OF FOREIGN REPRESENTATIVES'**
**APPOINTMENT PURSUANT TO 11 U.S.C. § 1518**

Kenneth Krys, in his capacity as Liquidator and Foreign Representative (the "Foreign Representative") of Fairfield Sentry Ltd. (in liquidation), Fairfield Sigma Ltd. (in liquidation), and Fairfield Lambda Ltd. (in liquidation) (collectively, the "Funds"), through his United States attorneys Brown Rudnick LLP, hereby submits this notice pursuant to 11 U.S.C. § 1518 to provide notice of a change of status of the appointment of the Foreign Representatives[1] as the Funds' liquidators and foreign representatives, and respectfully states as follows:

1.  On November 23, 2011, Joanna Lau resigned as joint liquidator of each of the Funds. *See* Notice of Change in Status of Foreign Representatives' Appointment Pursuant to 11 U.S.C. § 1518, *In re Fairfield Sentry Limited, et al.*, No. 10-13164 [ECF No. 509].

2.  On June 24, 2014, the Commercial Division of the Eastern Caribbean High Court of Justice, British Virgin Islands (the "BVI Court") issued an order appointing Charlotte Caulfield as joint liquidator, with Mr. Krys, of all three Funds ("Caulfield Appointment Order"). Attached hereto as Exhibit B is a copy of the Caulfield Appointment Order.

3.  On July 8, 2019, following notice of resignation of Ms. Caulfield, the BVI Court entered an order appointing Greig Mitchell as Joint Liquidator of the Funds in the place of Ms. Caulfield and Ms. Caulfield was released from her obligations and liabilities in her capacity as liquidator ("Mitchell Appointment Order"). Attached hereto as Exhibit C is a copy of the Mitchell Appointment Order.

4.  Mr. Krys and Mr. Mitchell, in their capacities as Foreign Representatives and Liquidators of the Funds, are responsible for all aspects of the Funds' businesses and are empowered to, *inter alia*, perform any acts, compromise claims, commence litigation, dispose of

---

[1] The term "Foreign Representatives" as used herein shall refer to Kenneth Krys and Greig Mitchell, in their capacities as the duly appointed liquidators and foreign representatives of the Funds following the resignation of Charlotte Caulfield as described herein.

2

property and execute any deeds, receipts or other documents in the name and on behalf of the Funds.

6. Mr. Mitchell, a resident of the British Virgin Islands, is a Licensed Insolvency Practitioner with the BVI Financial Services Commission, holds an LLB law degree and is a qualified Insolvency Practitioner in the UK. He is a member of the Recovery & Insolvency Specialists Association and INSOL International.

6. The Foreign Representatives notified the United States Bankruptcy Court for the Southern District of New York of the change of status of the appointment of the Foreign Representatives on August 5, 2019. *In re Fairfield Sentry Limited, et al.*, No. 10-13164 [ECF 940].

Dated: January 31, 2020
      New York, New York

**BROWN RUDNICK LLP**

By: */s/ David J. Molton*
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801
E-mail: dmolton@brownrudnick.com
E-mail: mkrzyzowski@brownrudnick.com

-and-

**SELENDY & GAY PLLC**
David Elsberg
Lena Konanova
Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: lkonanova@selendygay.com
E-mail: rkrock@selendygay.com

*Attorneys for the Foreign Representatives*

3