# EXHIBIT B

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO's BVIHC (COM) 74, 136 and 139 of 2009

IN THE MATTER OF THE INSOLVENCY ACT 2003

AND IN THE MATTER OF FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)

AND IN THE MATTER OF FAIRFIELD SIGMA LIMITED (IN LIQUIDATION)

AND IN THE MATTER OF FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION)

KENNETH M. KRYS

(As Liquidator of Fairfield Sentry Limited, Fairfield Sigma Limited, Fairfield Lambda Limited)

Applicant

## ORDER

**BEFORE:** The Honourable Justice Edward Bannister QC

**DATED:** 23 June 2014

**ENTERED:** 24 June 2014

**UPON READING** the Notice of Application brought by Kenneth Krys dated 20 June 2014, the Sixty Sixth Witness Statement of Kenneth Krys and the exhibit thereto, and written submissions lodged on 20 June 2014 on behalf of the Applicant

**IT IS HEREBY ORDERED THAT:**

1. Charlotte Emma Ward-Caulfield be appointed to act as a liquidator of Fairfield Sentry Limited, jointly with Mr Kenneth Krys.

2. Charlotte Emma Ward-Caulfield be appointed to act as a liquidator of Fairfield Sigma Limited, jointly with Mr Kenneth Krys.

3. Charlotte Emma Ward-Caulfield be appointed to act as a liquidator of Fairfield Lambda Limited, jointly with Mr Kenneth Krys

4. The costs of the application dated 20 June 2014 shall be costs in the liquidations of Fairfield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited, respectively.

By the Court

*[signature]*

Dep Registrar