**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
Marek P. Krzyzowski
212-209-4800

-and-

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
David Elsberg
Caitlin Halligan
Andrew Dunlap
Lena Konanova
Ron Krock
212-390-9000

*Attorneys for the Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) |
| | ) **Case No: 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | ) |
| | ) **Jointly Administered** |
| | ) |
| **FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,** | ) |
| | ) |
| Plaintiffs, | ) **Adv. Pro. No. 10-03496** |
| -against- | ) |
| | ) |
| **THEODOOR GGC AMSTERDAM, et al.,** | ) **Administratively** |
| | ) **Consolidated** |
| Defendants. | ) |
| | ) |
| This document applies to the adversary proceedings listed on Exhibit A. | ) |
| | ) |

### NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO THE FOREIGN REPRESENTATIVE'S MOTION FOR LEAVE TO FILE THE FURTHER PROPOSED AMENDED COMPLAINTS IN THE KNOWLEDGE ACTIONS

**PLEASE TAKE NOTICE** that, pursuant to the instructions of this Court on the parties' February 5, 2020 call with chambers, the hearing date with respect to the *Foreign Representative's Motion For Leave to File the Further Proposed Amended Complaints in the Knowledge Actions* [Docket No. 2873], (the "Motion"), for those actions identified in Exhibit A, which was originally scheduled for Tuesday, February 11, 2020, **has been adjourned *sine die***.[1]

Dated: New York, New York
February 6, 2020

**BROWN RUDNICK LLP**

By: */s/ David J. Molton*
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801
E-mail: dmolton@brownrudnick.com
E-mail: mkrzyzowski@brownrudnick.com

-and-

**SELENDY & GAY PLLC**
David Elsberg
Caitlin Halligan
Andrew Dunlap
Lena Konanova
Ron Krock
1290 Avenue of the Americas
New York, NY 10104

---

[1] This list excludes six BNP Paribas actions (separately described in Exhibit B) for which the relevant stipulations already provide that oral argument on the Motion be set "on a date to be fixed by the Court." *See, e.g.*, Aug. 5, 2019 Stipulated Order (Dkt. 49 at 16 (¶ IV.A)), *Fairfield Sentry Ltd. (In Liquidation) v. BGL BNP Paribas S.A.*, No. 10-ap-03626-SMB (Bankr. S.D.N.Y.).

Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: challigan@selendygay.com
E-mail: adunlap@selendygay.com
E-mail: lkonanova@selendygay.com
E-mail: rkrock@selendygay.com

*Attorneys for the Foreign Representatives*

# EXHIBIT A

**EXHIBIT A TO NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO THE FOREIGN REPRESENTATIVE'S MOTION FOR LEAVE TO FILE THE FURTHER PROPOSED AMENDED COMPLAINTS IN THE KNOWLEDGE ACTIONS**

| NO. | CASE NAME | DOCKET NO. |
| --- | --- | --- |
| 1 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | 10-03516-SMB |
| 2 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al. | 10-03622-SMB |
| 3 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al. | 10-03628-SMB |
| 4 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al. | 10-03630-SMB |
| 5 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al. | 10-03633-SMB |
| 6 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al. | 10-03634-SMB |
| 7 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635-SMB |
| 8 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636-SMB |
| 9 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switz.) AG, et al. | 10-03640-SMB |
| 10 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al. | 10-03776-SMB |
| 11 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al. | 10-03780-SMB |
| 12 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al. | 10-03788-SMB |
| 13 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al. | 10-04095-SMB |
| 14 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al. | 11-01242-SMB |
| 15 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al. | 11-01250-SMB |
| 16 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al. | 11-01258-SMB |
| 17 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al. | 11-01463-SMB |
| 18 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al. | 11-01614-SMB |

| NO. | CASE NAME | DOCKET NO. |
|---|---|---|
| 19 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al. | 11-01617-SMB |
| 20 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al. | 11-02422-SMB |
| 21 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al. | 11-02770-SMB |
| 22 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al. | 12-01556-SMB |
| 23 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Servs. NV, et al. | 12-01568-SMB |

# EXHIBIT B

**EXHIBIT B TO NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO THE FOREIGN REPRESENTATIVE'S MOTION FOR LEAVE TO FILE THE FURTHER PROPOSED AMENDED COMPLAINTS IN THE KNOWLEDGE ACTIONS**

| NO. | CASE NAME | DOCKET NO. |
| --- | --- | --- |
| 1 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al. | 10-ap-03626-SMB |
| 2 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al. | 10-ap-03627-SMB |
| 3 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al. | 10-ap-04098-SMB |
| 4 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al. | 10-ap-04099-SMB |
| 5 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al. | 11-ap-01579-SMB |
| 6 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al. | 12-ap-01551-SMB |