**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>　　　　Defendants, | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance is also being submitted in the following Adversary Proceedings:<br><br>10-03624  10-03635 10-03636 10-03752 10-03754 10-03871  11-01244 11-02787 12-01288 | |

### NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP, by the undersigned counsel, hereby appears in the above-captioned cases as counsel to: (i) Caceis Bank Luxembourg in Adv. Pro. Nos. 10-03624 (SMB), 10-03635 (SMB), and 10-03636 (SMB); Crédit Agricole (Miami), Crédit Lyonnais, and Crédit Lyonnais Miami in Adv. Pro. No. 10-03752 (SMB); Crédit Agricole (Suisse) SA in Adv. Pro. No. 11-01244 (SMB); Crédit Agricole Titres and CPR Online in Adv. Pro. No. 11-02787 (SMB); Cais Bank and Calyon Paris in Adv. Pro. No. 12-01288 (SMB); CDC Ixis in Adv. Pro. No. 10-03754 (SMB); and Caceis Bank EX IXIS

IS in Adv. Pro. No. 10-03871 (SMB) (collectively, the "Crédit Agricole Defendants"); and (ii) Brown Brothers Harriman & Co., Blush & Co., and Fox & Co. in Adv. Pro. No. 10-03752 (SMB) (collectively, the "Brown Brothers Defendants").

This Notice of Appearance shall not be deemed to be a waiver of the above-named parties' rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the above-named parties expressly reserve, or (5) to any and all defenses or objections the above-named parties may have to the claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

                        Respectfully submitted,

Dated: February 21, 2020             CLEARY GOTTLIEB STEEN & HAMILTON LLP
       New York, New York

                                       By: /s/ Benjamin S. Beller
                                             Benjamin S. Beller
                                             One Liberty Plaza
                                             New York, New York 10006
                                             T: 212-225-2000
                                             F: 212-225-3999
                                             bbeller@cgsh.com

                                             *Attorney for the Crédit Agricole Defendants and Brown Brothers Defendants*