**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, *et al.*,<br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al*.,<br>    Plaintiffs,<br>-against-<br>THEODOOR GGC AMSTERDAM, *et al*.,<br>    Defendants. | Adv. Proc. No. 10-03496<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al*.,<br>    Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al*.,<br>    Defendants. | Adv. Proc. No. 10-03635 |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al*.,<br>    Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al*.,<br>    Defendants. | Adv. Proc. No. 10-03636 |

## CORPORATE OWNERSHIP STATEMENT

  Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), by and through its undersigned counsel, hereby discloses the following:

- IHFS Holding AG, Zürich owns 100% of the shares of Privatbank IHAG Zurich AG.

  Privatbank IHAG Zurich AG submits this disclosure statement without prejudice to or waiver of any rights or defenses that it may have, including, without limitation, defenses based upon lack of personal jurisdiction or improper service of process.

Dated: March 16, 2020
      New York, New York

Respectfully submitted,

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: george.shuster@wilmerhale.com

*Attorneys for Privatbank IHAG Zurich AG*