**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | **Chapter 15 Case** |
| ) | |
| **Fairfield Sentry Limited, et al.,** ) | **Case No. 10-13164 (SMB)** |
| ) | |
| **Debtors in Foreign Proceedings.** ) | **Jointly Administered** |
| ) | |
| **Fairfield Sentry Limited (In** ) | |
| **Liquidation), et al., acting by** ) | |
| **and through the Foreign** ) | |
| **Representatives thereof,** ) | **Adv. Pro. No. 10-03496 (SMB)** |
| **Plaintiffs,** ) | |
| ) | **Administratively Consolidated** |
| -against- ) | |
| ) | |
| **Theodoor GGC Amsterdam, et al.,** ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |
| **This supplemental memorandum** ) | |
| **of law applies to the Adversary** ) | |
| **Proceedings listed on Exhibit 1** ) | |

**ATTORNEY DECLARATION OF THOMAS J. MOLONEY**
**IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS**

I, Thomas J. Moloney, hereby declare under penalty of perjury as follows:

1.    I am duly licensed and admitted to practice law in the State of New York, and I

am a partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for HSBC

Institutional Trust Services (Asia) Limited, Robinson and Company, Murdoch and Company,

Republic Nominees Limited (f/k/a HSBC Private Banking Nominee 1 (Jersey) Limited), HSBC

Securities Services (Luxembourg) S.A., HSBC Private Bank (C.I.) Limited (f/k/a HSBC Private

Bank (Guernsey) Limited), Republic Nominees Limited, HSBC Private Bank (Suisse) S.A.,

HSBC Bank USA, N.A., HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company

-1-

AG), HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities

(Panama) S.A.), HSBC International Trustee Limited, Somers Nominees (Far East) Limited, and

HSBC Bank Bermuda Limited (collectively, the "HSBC Defendants").  I respectfully submit this

declaration in support of Defendants' Consolidated Motion in the Actions.[1]

       2.       Attached hereto as <u>Exhibit 1</u> is a list of applicable adversary proceedings.

***Adv. Pro. No. 10-3619 – HSBC Institutional Trust Services (Asia) Limited.***

       3.       Attached hereto as <u>Exhibit 2</u> is a true and correct copy of certain Hong Kong

Companies Registry Electronic Search Services records, identifying that HSBC Institutional

Trust Services (Asia) Limited ("HTHK") was registered as a Hong Kong trust company on

November 19, 1974 and continues to hold such registration as of September 9, 2019.  The Hong

Kong Companies Registry Electronic Search Services records for HTHK may be accessed for a

fee at https://www.icris.cr.gov.hk/csci/mpstProducts.do (click "To enter Companies Registry

Cyber Search Centre, please click" hyperlink; then click "Unregistered User" hyperlink; then

click "(7) the particulars of the company;" check box and click "Accept, Submit and Login"

hyperlink; then from the "Product" drop-down menu, click "Other Products" hyperlink; then

click "List of companies of specific company type").

---

[1]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the
Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to
11 U.S.C. §§ 561(d), 546(e), and 546(g) and for Insufficient Service of Process Under the Hague Service
Convention, dated March 16, 2020.

*Adv. Pro. No. 10-3629 – HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee
1 (Jersey) Ltd. n/k/a Republic Nominees Limited*

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a Jersey Financial

Services Commission ("JFSC") Registration Certificate for HSBC Private Banking Nominee 1

(Jersey) Limited ("PBJ") dated June 14, 2001, identifying its authorization to carry on "Trust

Company Business."

5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a JFSC Notice in

Respect of a Merger Between Two Jersey Companies and One Overseas Body dated December

30, 2016, identifying that PBJ amalgamated with Republic Nominees Limited ("RNL") and other

entities and that RNL was the surviving company effective December 30, 2016.

6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of certain JFSC Companies

Registry records as of March 3, 2020, identifying that the authorization of PBJ was terminated

upon its dissolution on December 30, 2016.  The Jersey Financial Services Commission's

records on PBJ may be accessed at

https://www.jerseyfsc.org/registry/documentsearch/NameDetail.aspx?Id=3648.

*Adv. Pro. No. 10-3630 – HSBC Securities Services (Luxembourg) S.A.*

7.      Attached hereto as <u>Exhibit 6a</u> is a true and correct copy of a letter from the Grand-

Duchy of Luxembourg Ministry of the Treasury (*Ministère du Trésor*) numbered TR-288/88.

Attached hereto as <u>Exhibit 6b</u> is a true and correct copy of an English translation and

certification of <u>Exhibit 6a</u>, identifying that Bank of Bermuda (Luxembourg) S.A. was authorized

"to exercise in Luxembourg all the operations permitted by the law on November 27, 1984 on

banking and savings establishments."

8.      Attached hereto as <u>Exhibit 7a</u> is a true and correct copy of a letter from the Grand-

Duchy of Luxembourg Ministry of Finance (*Ministère des Finances*) dated September 15, 2004.

Attached hereto as <u>Exhibit 7b</u> is a true and correct copy of an English translation and certification of <u>Exhibit 7a</u>, identifying the Minister of the Treasury and the Budget's non-objection to Bank of Bermuda (Luxembourg) S.A.'s name change to HSBC Securities Services (Luxembourg) S.A. ("HSSL").

9.    Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a letter from the Luxembourg Commission de Surveillance du Secteur Financier dated December 4, 2014, identifying that HSSL received permission to surrender its banking license.

***Adv. Pro. No. 10-3631 – HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd., Republic Nominees Limited, HSBC Private Bank (C.I.) Limited ("HSCI")***

10.    Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the Guernsey Financial Services Commission ("GFSC") Annual Report & Financial Statements for the year ended December 31, 2003, identifying (i) HSBC Republic Bank (Guernsey) Limited ("RPG") as an institution holding a banking license as of December 31, 2003 (on page 63), and (ii) identifying RNL as an institution holding a joint fiduciary license as of December 31, 2003 (on page 68). The GFSC Annual Report & Financial Statements for the year ended December 31, 2003 may be accessed at https://www.gfsc.gg/sites/default/files/Annual-Report-2003.pdf.

11.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a Certificate of Change of Name of a Company No. 14169 dated December 19, 2003, identifying that RPG changed its name to HSBC Private Bank (Guernsey) Limited ("PBG") effective January 1, 2004.

12.    Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a Certificate of Change of Name of a Company No. 14169 dated May 31, 2008, identifying that PBG changed its name to HSBC Private Bank (C.I.) Limited ("HSCI") effective May 31, 2008.

13.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a certification of the

GFSC dated June 3, 2008, identifying that HSCI was licensed to carry on "deposit-taking

business" in the Island of Guernsey.

14.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a GFSC Regulated

Entities registry record as of March 3, 2020, identifying that the joint fiduciary license of RNL

was surrendered on June 9, 2017.  The GFSC's record regarding RNL may be accessed at

https://www.gfsc.gg/commission/regulated-entities/67885?surrendered=true.

15.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a letter from the GFSC

dated December 23, 2019, identifying that HSCI surrendered its banking license as of December

23, 2019.

***Adv. Pro. No. 10-3633 – HSBC Private Bank (Suisse) SA***

16.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of an Extract without

cancellations from the Geneva Register of Commerce certified on July 5, 2018, identifying that

HSBC Private Bank (Suisse) SA ("PBRS") was registered for "operation of a bank" on January

9, 2001.  The Geneva Register of Commerce's records regarding PBRS may be accessed in

French at https://www.ge.ch/recherche-entreprises-registre-du-commerce-geneve (click

"English" in top menu bar; then type "HSBC Private Bank (Suisse) SA" into the "Business

name" text box and click "Search;" then click the icon below "Excerpt").

17.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the Swiss Federal

Banking Commission's ("SFBC") list of authorized banks and securities dealers dated December

26, 2008, identifying PBRS as a "[b]ank."  SFBC's list of authorized banks and securities dealers

may be accessed at https://www.finma.ch/FinmaArchiv/ebk/e/institute/index.html (click on the

PDF icon adjacent to "List of authorised banks and securities dealers").

18.    Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a letter from the Swiss

Financial Market Supervisory Authority ("FINMA") dated February 28, 2020, identifying that

PBRS was "authorized to act as a bank" between January 1, 2004 and December 31, 2008.

19.    Attached hereto as <u>Exhibit 18</u> is a true and correct copy of FINMA's list of

authorized banks and securities dealers dated March 3, 2020, identifying PBRS as a "[b]ank."

FINMA's list of authorized banks and securities dealers may be accessed at

https://www.finma.ch/en/finma-public/authorised-institutions-individuals-and-products/ (click

"List of banks and securities firms authorised by FINMA" next to the PDF icon).

***Adv. Pro. No. 10-3634 – HSBC Bank USA, National Association***

20.    Attached hereto as <u>Exhibit 19</u> is a true and correct copy of certain Federal Deposit

Insurance Corporation ("FDIC") BankFind records as of February 26, 2020, identifying that

HSBC Bank USA, National Association ("HBUS") is the successor institution to HSBC Bank

USA as of July 1, 2004, and that, through its predecessor banks, HSBC Bank USA was

established on June 1, 1812, insured by the FDIC beginning January 1, 1934, and a member of

the Federal Reserve System.  The FDIC's BankFind records regarding HSBC Bank USA may be

accessed at

https://research2.fdic.gov/bankfind/detail.html?bank=589&name=HSBC%20Bank%20USA&sea

rchName=HSBC%20BANK%20USA&searchFdic=&city=&state=&zip=&address=&searchWit

hin=&activeFlag=&searchByTradename=false&tabId=2.

21.    Attached hereto as <u>Exhibit 20</u> is a true and correct copy of certain records from

the Federal Financial Institutions Examination Council ("FFIEC") National Information Center

repository as of March 3, 2020, identifying HSBC Bank & Trust Company (Delaware), National

Association was a non-deposit trust company regulated by the Office of the Comptroller of the

Currency ("OCC") and a member of the Federal Reserve System from May 21, 1998 until its

merger into HBUS on July 1, 2004.  The FFIEC National Information Center repository records

regarding HSBC Bank & Trust Company (Delaware), National Association may be accessed at

https://www.ffiec.gov/npw/Institution/Profile/2696528?dt=20000815.

22.    Attached hereto as Exhibit 21 is a true and correct copy of certain FDIC BankFind

records as of February 26, 2020, identifying that HBUS has been a chartered national bank

regulated by the OCC since July 1, 2004.  HBUS is also regulated by the Consumer Financial

Protection Bureau ("CFPB").  The FDIC BankFind records regarding HBUS may be accessed at

https://research.fdic.gov/bankfind/detail.html?bank=57890&name=HSBC%20Bank%20USA%2

C%20National%20Association&searchName=HSBC%20BANK%20USA%2C%20NATIONAL

%20ASSOCIATION&searchFdic=&city=&state=&zip=&address=&searchWithin=&activeFlag

=&searchByTradename=false&tabId=2.

### Adv. Pro. No. 11-1594 – HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG

23.    Attached hereto as Exhibit 22a is a true and correct copy of an Excerpt with

Cancellations from the Geneva Register of Commerce dated April 26, 2019 for HSBC Trust

Company SA ("Guyerzeller").  Attached hereto as Exhibit 22b is a true and correct copy of an

English translation and certification of Exhibit 22a, identifying that HSBC Trust Company SA,

which was associated with the previous "company name" of "HSBC Guyerzeller Trust Company

AG" and still associated with the "company name" "HSBC Trust Company AG," was registered

for "administration of trusts" and "provision of fiduciary services" on May 24, 2002 and

continues to hold such registration as of April 26, 2019.  The Geneva Register of Commerce's

records on Guyerzeller may be accessed in French at https://www.ge.ch/recherche-entreprises-

registre-du-commerce-geneve (click "English" in top menu bar; type "HSBC Trust Company

SA" into the "Business name" text box and click "Search;" then click the icon below "Excerpt").

***Adv. Pro. No. 12-1270 – HSBC Securities (Panama) S.A. f/k/a Banistmo Securities, Inc.***

24.    Attached hereto as Exhibit 23a is a true and correct copy of Resolución No. 031-

01 of the Republic of Panama Securities and Exchange Commission (*República de Panamá*

*Comisión Nacional de Valores*).  Attached hereto as Exhibit 23b is a true and correct copy of an

English translation and certification of Exhibit 23a, identifying that in February 2001, the

Republic of Panama Securities and Exchange Commission issued a stockbroker license to

Banistmo Securities, Inc.

25.    Attached hereto as Exhibit 24a is a true and correct copy of Resolución CNV No.

261-02 of the Republic of Panama Securities and Exchange Commission.  Attached hereto as

Exhibit 24b is a true and correct copy of an English translation and certification of Exhibit 24a,

identifying that on July 4, 2002, the Republic of Panama Securities and Exchange Commission

issued a stockbroker license to HSBC Securities (Panama) S.A.

26.    Attached hereto as Exhibit 25a is a true and correct copy of Resolución CNV No.

290-08 of the Republic of Panama Securities and Exchange Commission.  Attached hereto as

Exhibit 25b is a true and correct copy of an English translation and certification of Exhibit 25a,

identifying that on September 12, 2008, the Republic of Panama Securities and Exchange

Commission suspended the stockbroker license of HSBC Securities (Panama) S.A. pursuant to

its acquisition by Banistmo Securities, Inc.

27.    Attached hereto as Exhibit 26a is a true and correct copy of Notaria Quinta del

Circuito Escritura Pública No. 19-704.  Attached hereto as Exhibit 26b is a true and correct copy

of an English translation and certification of Exhibit 26a, a Public Deed issued by the Fifth

Notary of the Panama Circuit, identifying that on September 26, 2008, Banistmo Securities, Inc.

acquired HSBC Securities (Panama) S.A. with HSBC Securities (Panama) S.A. as the name of

the surviving entity.

28.    Attached hereto as Exhibit 27a is a true and correct copy of Notaria Primera del

Circuito de Panama Escritura Pública No. 19-506.  Attached hereto as Exhibit 27b is a true and

correct copy of an English translation and certification of Exhibit 27a, a Public Deed issued by

the First Notary of the Panama Circuit, identifying that on October 25, 2013, HSBC Securities

(Panama) S.A. changed its name to Securities Banistmo, S.A.

29.    Attached hereto as Exhibit 28a is a true and correct copy of Resolución No. SMV-

44-17 of the Republic of Panama Superintendence of Securities Market (*República de Panamá*

*Superintendencia del Mercado de Valores*).  Attached hereto as Exhibit 28b is a true and correct

copy of an English translation and certification of Exhibit 28a, identifying that on February 1,

2017 the Republic of Panama Superintendence of Securities Market canceled the stockbroker

license of Securities Banistmo, S.A. pursuant to its merger with another entity.

### *Adv. Pro. No. 12-1290 – HSBC International Trustee Limited*

30.    Attached hereto as Exhibit 29 is a true and correct copy of the British Virgin

Islands Financial Services Commission ("BVI FSC") list of companies holding General Trust

Licenses as of May 30, 2006, identifying HSBC International Trustee Limited ("HITL") as a

General Trust Licencee.  The BVI FSC list of companies holding General Trust Licences as of

May 30, 2006 may be accessed at

https://web.archive.org/web/20060530194117/http:/www.bvifsc.vg/findir_licenceholders.php.

31.    Attached hereto as Exhibit 30 is a true and correct copy of an excerpt of the BVI

FSC list of Currently Regulated Entities, identifying that HITL holds a Class II Trust Licence as

of March 3, 2020.  The BVI FSC list of Currently Regulated Entities may be accessed at

https://www.bvifsc.vg/regulated-entities-banking-

fiduciary?combine=&field_entity_status_tid%5B%5D=72 (scroll to the bottom of the page and

navigate to page 10).

**_Adv. Pro. No. 12-1556 – HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited_**

32.     Attached hereto as Exhibit 31 is a true and correct copy of the Bermuda Monetary

Authority's list of Licensed Banks as of April 17, 2004, identifying that The Bank of Bermuda

Limited was licensed for banking.  The Bermuda Monetary Authority's list of Licensed Entities

as of April 17, 2004 may be accessed at

https://web.archive.org/web/20040417175731/http://www.bma.bm/bmawww.nsf/WebPages/List

ofBanks?OpenDocument.

33.     Attached hereto as Exhibit 32 is a true and correct copy of certain search records

within the Bermuda Monetary Authority's Licenced Entities listing as of March 16, 2020,

identifying that HSBC Bank Bermuda Limited is currently licensed for banking.  The Bermuda

Monetary Authority's list of currently Licensed Entities may be accessed at

https://www.bma.bm/licensed-entities (in the text box, type "HSBC Bank Bermuda Limited;"

then, click the magnifying glass or hit the Enter / Return key).


I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 16, 2020, at New York, New York.


                                                    _/s/  Thomas J. Moloney_

                                                    THOMAS J. MOLONEY

# EXHIBIT 1

This declaration applies to the following adversary proceedings:

| | Adv. Pro. No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | 10-03619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited, et al.* | HSBC Institutional Trust Services (Asia) Limited |
| 2. | 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson & Co. |
| 3. | 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 4. | 10-03629 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Banking Nom, et al.* | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited |
| 5. | 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |
| 6. | 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited |
| 7. | 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (C.I.) Limited |
| 8. | 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | Republic Nominees Limited |
| 9. | 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 10. | 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA |
| 11. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[1] |

---

[1] The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|     | Adv. Pro. No. | Case Name | Defendant Name |
|-----|---------------|-----------|----------------|
| 12. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[2] |
| 13. | 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |
| 14. | 12-01270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities (Panama) SA, et al.* | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. |
| 15. | 12-01290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited, et al.* | HSBC International Trustee Limited |
| 16. | 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al.* | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited |
| 17. | 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al.* | Somers Nominees (Far East) Limited |

---

[2]     The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

# Exhibit 2

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
**COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES**

日期:
DATE:    10-9-2019

**CR**

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
**Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)**

頁數:
PAGE:    1

截至As At :     日期 Date (日D-月M-年Y)     9-9-2019
              時間 Time (時hr:分min)     23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 1 | ABC Trustee Limited<br>農銀信託有限公司 | 2296466 | 15-10-2015 | 15-3-2016 |
| 2 | AFH TRUSTEE LIMITED<br>亞洲金融信託有限公司 | 0088268 | 24-10-1980 | 19-8-2019 |
| 3 | AIA Company (Trustee) Limited<br>友邦(信託)有限公司 | 0192829 | 10-7-1987 | 28-9-1987 |
| 4 | ALPADIS TRUST (HK) LIMITED | 1309320 | 25-2-2009 | 26-8-2015 |
| 5 | Alpha King Trustee Limited<br>凱庫信託有限公司 | 2231326 | 29-4-2015 | 6-8-2018 |
| 6 | ARK Trust (Hong Kong) Limited<br>方舟信託(香港)有限公司 | 2144452 | 15-9-2014 | 10-12-2014 |
| 7 | ASIA INTERNATIONAL TRUST (HONGKONG) CO., LIMITED<br>亞洲國際信託(香港)有限公司 | 2421289 | 30-8-2016 | 10-10-2017 |
| 8 | Asiabest Trust Company Limited<br>卓亞信託有限公司 | 2665333 | 13-3-2018 | 20-8-2018 |
| 9 | Asiaciti Trust Asia Limited | 2122418 | 18-7-2014 | 5-8-2016 |
| 10 | Avere Trust Group Limited<br>富翔信託集團有限公司 | 1651233 | 2-8-2011 | 31-8-2011 |
| 11 | Avia Trust Limited<br>輝亞信託有限公司 | 2507072 | 23-3-2017 | 28-8-2017 |
| 12 | AXA Financial Services Trustees Limited<br>安盛理財策劃信託有限公司 | 0527286 | 10-10-1995 | 21-12-1995 |

公司註冊處電子查冊服務
**COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES**

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
**Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)**

截至As At :    日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 13 | AzureTrustees Limited<br>易道信託有限公司 | 0955587 | 14-3-2005 | 9-11-2006 |
| 14 | BANK CONSORTIUM TRUST COMPANY LIMITED<br>銀聯信託有限公司 | 0678752 | 11-6-1999 | 15-7-1999 |
| 15 | BANK OF CHINA (HONG KONG) TRUSTEES LIMITED<br>中國銀行(香港)信託有限公司 | 0202599 | 6-11-1987 | 4-1-1988 |
| 16 | BANK OF COMMUNICATIONS TRUSTEE LIMITED<br>交通銀行信託有限公司 | 0103925 | 13-10-1981 | 17-5-1982 |
| 17 | BANK OF EAST ASIA (TRUSTEES) LIMITED<br>東亞銀行(信託)有限公司 | 0044741 | 4-11-1975 | 6-7-1976 |
| 18 | BENTLEY TRUST LIMITED<br>百德利信託有限公司 | 0784533 | 30-1-2002 | 28-10-2009 |
| 19 | BMO Trustee Asia Limited | 2320934 | 17-12-2015 | 21-3-2016 |
| 20 | BNP Paribas Trust Services (Hong Kong) Limited<br>法國巴黎信託服務(香港)有限公司 | 1696696 | 5-1-2012 | 9-3-2012 |
| 21 | BNY Mellon Trustee Company (Hong Kong) Limited | 2435307 | 5-10-2016 | 28-12-2016 |
| 22 | Boardroom Trustee Limited<br>寶德隆信託有限公司 | 1669396 | 4-10-2011 | 12-12-2011 |
| 23 | BOC GROUP TRUSTEE COMPANY LIMITED<br>中銀集團信託人有限公司 | 0631210 | 1-12-1997 | 22-1-1998 |
| 24 | BOCI Trustee (Hong Kong) Limited<br>中銀國際信託(香港)有限公司 | 2335558 | 27-1-2016 | 26-9-2016 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE:    3

截至As At :    日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號 Sequence No. | 公司名稱 Company Name | 公司註冊編號 C.R. Number | 成立日期(日-月-年) Date of Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年) Date of Registration as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 25 | BOCI-PRUDENTIAL TRUSTEE LIMITED 中銀國際英國保誠信託有限公司 | 0690966 | 11-10-1999 | 21-10-1999 |
| 26 | Brown Brothers Harriman Trustee Services (Hong Kong) Limited | 2301405 | 29-10-2015 | 3-5-2016 |
| 27 | C C Trustee Co., Limited | 2590070 | 10-10-2017 | 23-4-2018 |
| 28 | CACEIS Hong Kong Trust Company Limited 東方滙理香港信託有限公司 | 1253210 | 4-7-2008 | 22-6-2011 |
| 29 | CANNON TRUSTEES LIMITED | 0036851 | 11-1-1974 | 9-4-1974 |
| 30 | CCB (Asia) Trustee Company Limited 建行亞洲信託有限公司 | 1876970 | 18-3-2013 | 25-4-2013 |
| 31 | CHEKIANG FIRST BANK (TRUSTEES) LIMITED 浙江第一銀行(信託)有限公司 | 0113885 | 6-7-1982 | 27-9-1982 |
| 32 | China International Trust Limited 中國國際信託有限公司 | 2599081 | 30-10-2017 | 30-5-2019 |
| 33 | CHINA LIFE TRUSTEES LIMITED 中國人壽信託有限公司 | 0522243 | 8-8-1995 | 15-9-1995 |
| 34 | China Overseas Trust Limited 中國海外信託有限公司 | 2786454 | 10-1-2019 | 14-6-2019 |
| 35 | CHINA TIAN YUAN TRUSTEE LIMITED 中國天元信託有限公司 | 2566452 | 14-8-2017 | 26-2-2018 |
| 36 | CITITRUST LIMITED | 0014108 | 11-4-1967 | 6-3-1989 |

報告編號:
**REPORT ID: RPS270**

公司註冊處電子查冊服務
**COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES**

日期:
**DATE:    10-9-2019**



根據《受託人條例》(第29章) 第78(1)條登記的信託公司
**Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)**

頁數:
**PAGE:    4**

截至As At :    日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 37 | CMB (HK) Trustee Company Limited<br>招行(香港)信託有限公司 | 2500016 | 15-3-2017 | 24-4-2017 |
| 38 | CMB WING LUNG (TRUSTEE) LIMITED<br>招商永隆信託有限公司 | 0029259 | 25-8-1972 | 30-9-1972 |
| 39 | Commercial Trust Limited<br>商業信託有限公司 | 1650439 | 1-8-2011 | 2-9-2011 |
| 40 | COMPUTERSHARE HONG KONG TRUSTEES LIMITED<br>香港中央證券信託有限公司 | 1383986 | 22-10-2009 | 21-4-2010 |
| 41 | CORE TRUST COMPANY LIMITED -THE-<br>匯聚信託有限公司 | 1804695 | 25-9-2012 | 29-11-2012 |
| 42 | Corpag Services (Hong Kong) Trust Limited | 2618247 | 4-12-2017 | 25-7-2018 |
| 43 | CrediTrust International Trust Corporation Limited<br>高譽國際信託有限公司 | 1749051 | 23-5-2012 | 16-8-2012 |
| 44 | CTI Capital Trust Limited<br>信惠國際信託有限公司 | 2590371 | 11-10-2017 | 21-6-2019 |
| 45 | DB TRUSTEES (HONG KONG) LIMITED<br>德意志信託(香港)有限公司 | 0129786 | 4-11-1983 | 13-2-1984 |
| 46 | DBS Trustee (Hong Kong) Limited | 0182398 | 5-2-1987 | 16-2-1987 |
| 47 | DC Trust Asia Limited<br>德萃信託亞洲有限公司 | 2488752 | 23-2-2017 | 22-12-2017 |
| 48 | East Asia Sentinel Trust Company Limited<br>衡亞信託有限公司 | 2205070 | 17-2-2015 | 10-7-2015 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
**Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)**

頁數:
PAGE:    5

截至As At :    日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 49 | Equiom Fiduciary Services (Hong Kong) Limited | 1439982 | 8-4-2010 | 21-8-2017 |
| 50 | Fidinam Hong Kong Trustee Limited | 2320420 | 16-12-2015 | 22-11-2016 |
| 51 | Finance Trustee Limited<br>金融信託有限公司 | 1727984 | 13-4-2012 | 30-7-2012 |
| 52 | FINANCIAL ONE TRUST COMPANY LIMITED<br>第一信託有限公司 | 2324312 | 28-12-2015 | 4-11-2016 |
| 53 | FINORTRUST TRUSTEES LIMITED | 1791238 | 24-8-2012 | 23-1-2013 |
| 54 | First Advisory Trust (Hong Kong) Limited | 2153419 | 8-10-2014 | 24-7-2015 |
| 55 | First Alliance (Hong Kong) Limited | 1841197 | 19-12-2012 | 8-8-2014 |
| 56 | Foreland Trust Limited<br>新財道信託有限公司 | 2662605 | 7-3-2018 | 8-10-2018 |
| 57 | Fountain TC Trust Limited<br>源創信託有限公司 | 2429941 | 21-9-2016 | 27-6-2017 |
| 58 | FTL Trustees (HK) Limited<br>富通信託(香港)有限公司 | 0571082 | 24-10-1996 | 9-1-1997 |
| 59 | FUNG YU TRUST SERVICES (HONG KONG) LIMITED<br>豐裕信託服務(香港)有限公司 | 2591390 | 13-10-2017 | 26-2-2018 |
| 60 | Futu Trustee Limited<br>富途信託有限公司 | 2571125 | 28-8-2017 | 16-10-2018 |
| 61 | GFC Trustees (Hong Kong) Limited | 0060436 | 19-5-1978 | 20-7-2006 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE: 10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE: 6

截至As At : 日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 62 | Global Intelligence Trust Company Limited<br>環球智慧信託有限公司 | 2531226 | 28-4-2017 | 18-8-2017 |
| 63 | Gold Haven Company Limited | 1755142 | 5-6-2012 | 4-12-2012 |
| 64 | Greater China Global Services Limited<br>九州環球服務有限公司 | 2419453 | 24-8-2016 | 16-12-2016 |
| 65 | Greenpro Trust Limited<br>綠專信託有限公司 | 2217739 | 30-3-2015 | 16-9-2015 |
| 66 | Guardian Trust Company (Asia) Limited | 1076957 | 27-9-2006 | 28-2-2007 |
| 67 | HANG SENG BANK (TRUSTEE) LIMITED<br>恒生銀行信託有限公司 | 0009505 | 3-12-1963 | 24-12-1963 |
| 68 | HEX Trust Limited | 2777465 | 14-12-2018 | 30-5-2019 |
| 69 | HONG KONG TRUST CAPITAL MANAGEMENT LIMITED<br>香港信託資產管理有限公司 | 2261874 | 10-7-2015 | 28-12-2015 |
| 70 | HONG KONG TRUST COMPANY LIMITED -THE-<br>香港信託有限公司 | 1353278 | 16-7-2009 | 2-9-2009 |
| 71 | HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED<br>滙豐機構信託服務(亞洲)有限公司 | 0040306 | 27-9-1974 | 19-11-1974 |
| 72 | HSBC Private Trustee (Hong Kong) Limited | 0007427 | 1-3-1962 | 16-3-1962 |
| 73 | HSBC PROVIDENT FUND TRUSTEE (HONG KONG) LIMITED | 0102266 | 28-8-1981 | 14-5-1999 |

報告編號：                                公司註冊處電子查冊服務                              日期：
REPORT ID: RPS270              COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES        DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司                 頁數：
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)    PAGE:    7

截至As At :      日期 Date (日D-月M-年Y)       9-9-2019
                時間 Time (時hr:分min)        23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 74 | HSBC TRUSTEE (HONG KONG) LIMITED | 0001926 | 12-9-1946 | 21-9-1946 |
| 75 | ICBC (Asia) Trustee Company Limited<br>(工銀亞洲信託有限公司) | 1031491 | 17-3-2006 | 26-4-2006 |
| 76 | Imperial Trust Limited<br>凱譽信託有限公司 | 2535607 | 16-5-2017 | 15-2-2018 |
| 77 | Infiniti Trust (Hong Kong) Limited | 0371927 | 30-7-1992 | 29-9-1992 |
| 78 | InterGlobal Trust Limited | 2026508 | 15-1-2014 | 23-9-2014 |
| 79 | Jefferson Trust Limited | 2142523 | 8-9-2014 | 30-12-2014 |
| 80 | KA WAH BANK (TRUSTEE) LIMITED -THE-<br>嘉華銀行(信託)有限公司 | 0115613 | 24-8-1982 | 26-1-1983 |
| 81 | Kaiser Trust Company Limited<br>嘉信信托有限公司 | 2785108 | 7-1-2019 | 22-7-2019 |
| 82 | KAISUN TRUST & TRUSTEE SERVICES COMPANY LIMITED<br>凱順信託與代理人服務有限公司 | 2619483 | 6-12-2017 | 5-3-2019 |
| 83 | KS Trustees Limited | 2332996 | 20-1-2016 | 27-6-2016 |
| 84 | KYLIN GLOBAL TRUST LIMITED<br>凱銀環球信託有限公司 | 2739086 | 28-8-2018 | 30-5-2019 |
| 85 | LAW DEBENTURE TRUST (ASIA) LIMITED<br>洛德信託(亞洲)有限公司 | 0742678 | 29-12-2000 | 12-2-2001 |
| 86 | LEGACY TRUST COMPANY LIMITED | 0365315 | 30-6-1992 | 15-6-1993 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE:    8

截至As At :    日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 87 | Liontrust (HK) Limited | 2566305 | 14-8-2017 | 1-3-2018 |
| 88 | LUTEA (HONG KONG) LIMITED | 1122762 | 12-4-2007 | 14-5-2008 |
| 89 | Madison Pacific Trust Limited<br>麥迪森信託有限公司 | 1619851 | 22-6-2011 | 28-7-2011 |
| 90 | MANULIFE PROVIDENT FUNDS TRUST COMPANY LIMITED<br>宏利公積金信託有限公司 | 0654156 | 9-9-1998 | 7-10-1998 |
| 91 | Maritime Silk Road Trust Company Limited<br>海上絲綢之路信託有限公司 | 2598451 | 27-10-2017 | 5-2-2018 |
| 92 | Marlow Trust Company Hong Kong Limited | 2041337 | 25-2-2014 | 22-5-2014 |
| 93 | Master Trust Limited<br>皇家信託有限公司 | 2784508 | 4-1-2019 | 3-6-2019 |
| 94 | Metis Global Limited<br>安智環球服務有限公司 | 1953523 | 15-8-2013 | 9-4-2014 |
| 95 | Montclair Trustees (Hong Kong) Limited<br>瑞盛信託香港有限公司 | 0057649 | 28-12-1977 | 19-2-2016 |
| 96 | NANYANG COMMERCIAL BANK TRUSTEE LIMITED<br>南洋商業銀行信託有限公司 | 0049834 | 22-10-1976 | 21-1-1977 |
| 97 | Noah Trust (Asia) Limited<br>諾亞信託(亞洲)有限公司 | 2017210 | 24-12-2013 | 16-4-2014 |
| 98 | NOBLE APEX TRUST LIMITED<br>御峰信託有限公司 | 1835929 | 7-12-2012 | 17-6-2013 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
**COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES**

日期:
DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
**Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)**

頁數:
PAGE:    9

截至As At :     日期 Date (日D-月M-年Y)    9-9-2019
          時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 99 | Notting Hill Trust (Hong Kong) Limited<br>諾山信託(香港)有限公司 | 2599863 | 1-11-2017 | 26-2-2018 |
| 100 | OCBC Wing Hang (Trustee) Limited<br>華僑永亨信託有限公司 | 0190257 | 3-6-1987 | 23-11-1987 |
| 101 | One Heritage Trust Limited<br>太一信託有限公司 | 2039506 | 20-2-2014 | 18-9-2018 |
| 102 | One Trust Limited | 2795641 | 14-2-2019 | 22-7-2019 |
| 103 | Pacific Fiduciary (Asia) Limited<br>柏域信誠有限公司 | 1826062 | 15-11-2012 | 19-1-2016 |
| 104 | PineBridge Investments Trustee Limited<br>柏瑞投資信託有限公司 | 2224293 | 15-4-2015 | 30-10-2015 |
| 105 | PRINCIPAL TRUST COMPANY (ASIA) LIMITED<br>信安信託(亞洲)有限公司 | 0610336 | 30-5-1997 | 9-12-1997 |
| 106 | Principal Trust Company (Hong Kong) Limited<br>信安信託(香港)有限公司 | 0236072 | 13-12-1988 | 30-1-1989 |
| 107 | Profound Trust Company Limited<br>厚博傳承信託有限公司 | 2354097 | 31-3-2016 | 8-2-2017 |
| 108 | Prudence Trust (Hong Kong) Limited<br>方圓信託(香港)有限公司 | 2284724 | 10-9-2015 | 18-4-2016 |
| 109 | RBC Investor Services Trust Hong Kong Limited<br>加皇信託香港有限公司 | 0198812 | 15-9-1987 | 14-10-1987 |
| 110 | Regan International Trust Limited<br>雷根國際信託有限公司 | 2585878 | 28-9-2017 | 31-8-2018 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期：
DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE:    10

截至As At :    日期 Date (日D-月M-年Y)    9-9-2019
時間 Time (時hr:分min)    23:59

| 序號 Sequence No. | 公司名稱 Company Name | 公司註冊編號 C.R. Number | 成立日期(日-月-年) Date of Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年) Date of Registration as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 111 | Rhone Trustees (Hong Kong) Limited | 2044731 | 28-2-2014 | 31-3-2014 |
| 112 | Rosemont Trustees (Asia) Limited | 2154100 | 9-10-2014 | 14-8-2015 |
| 113 | ROYAL BANK OF CANADA TRUST COMPANY (ASIA) LIMITED 加拿大皇家銀行信託(亞洲)有限公司 | 0161699 | 19-11-1985 | 17-12-1985 |
| 114 | SCOTIATRUST (ASIA) LIMITED 豐業信託(亞太區)有限公司 | 0340003 | 14-1-1992 | 9-6-1992 |
| 115 | SGSS Hong Kong Trust Company Limited 法興香港信託有限公司 | 1258322 | 21-7-2008 | 10-9-2008 |
| 116 | SHANGHAI COMMERCIAL BANK TRUSTEE LIMITED 上海商業銀行信託有限公司 | 0174213 | 2-9-1986 | 21-10-1986 |
| 117 | Silver Fountain Trust HK Limited 銀涴信託(香港)有限公司 | 2479629 | 23-1-2017 | 20-6-2018 |
| 118 | SIN HUA TRUSTEE LIMITED (新華信託有限公司) | 0064831 | 27-10-1978 | 12-12-1978 |
| 119 | SITCO Trust Limited 上信信託有限公司 | 2207241 | 2-3-2015 | 10-4-2015 |
| 120 | SMP Trustees (Hong Kong) Limited | 1870355 | 6-3-2013 | 27-12-2013 |
| 121 | Sovereign Trustees Limited | 2190107 | 9-1-2015 | 24-8-2015 |
| 122 | SPROUT TRUST (ASIA) LIMITED | 2730517 | 3-8-2018 | 30-5-2019 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE:    10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE:    11

截至As At:    日期 Date (日D-月M-年Y)    9-9-2019
            時間 Time (時hr:分min)    23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 123 | Standard Chartered Trust (Hong Kong) Limited | 1772058 | 11-7-2012 | 16-8-2012 |
| 124 | Standard Perpetual Wealth Trust (Asia) Limited<br>標準盛豐財富信託(亞太)有限公司 | 1700910 | 19-1-2012 | 16-3-2012 |
| 125 | STATE STREET TRUST (HK) LIMITED | 0346953 | 10-3-1992 | 27-9-1993 |
| 126 | STI Trust Limited | 2043862 | 28-2-2014 | 22-4-2014 |
| 127 | Summer Trust Limited<br>顒和信託有限公司 | 2656735 | 14-2-2018 | 16-11-2018 |
| 128 | SUN HUNG KAI SECURITIES (TRUSTEES) LIMITED<br>新鴻基證券(信託)有限公司 | 0160865 | 1-11-1985 | 23-11-1987 |
| 129 | Sun Life Pension Trust Limited<br>永明退休金信託有限公司 | 0678409 | 9-6-1999 | 20-8-1999 |
| 130 | SUN LIFE TRUSTEE COMPANY LIMITED<br>永明信託有限公司 | 0654158 | 9-9-1998 | 12-11-1998 |
| 131 | Sunshare International Trust Limited<br>尚信國際信託有限公司 | 2412603 | 8-8-2016 | 22-12-2016 |
| 132 | SUPER HARVEST TRUST SERVICES LIMITED<br>豐收信託服務有限公司 | 2804483 | 15-3-2019 | 12-8-2019 |
| 133 | SW Trustees (Hong Kong) Limited<br>瑞永信託香港有限公司 | 2177634 | 5-12-2014 | 9-11-2015 |
| 134 | TAIPING TRUSTEES LIMITED<br>太平信託有限公司 | 0821942 | 15-11-2002 | 19-12-2002 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE: 10-9-2019

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE: 12

截至As At :
日期 Date (日D-月M-年Y)  9-9-2019
時間 Time (時hr:分min)  23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 135 | Target International Trustee Limited | 2002806 | 26-11-2013 | 26-2-2014 |
| 136 | TMF Trust (HK) Limited<br>達盟信託服務(香港)有限公司 | 0245613 | 14-3-1989 | 15-5-1989 |
| 137 | Trident Trust Company (HK) Limited<br>恒泰信託(香港)有限公司 | 1639079 | 21-7-2011 | 17-11-2011 |
| 138 | Unity Trust Limited<br>信聯信託有限公司 | 2437913 | 14-10-2016 | 17-1-2017 |
| 139 | Universe Trust Hong Kong Limited<br>環宇信託香港有限公司 | 2738646 | 27-8-2018 | 7-5-2019 |
| 140 | Victory Global Trustee Company Limited<br>勝利環球信託人有限公司 | 2127970 | 1-8-2014 | 27-4-2015 |
| 141 | VISTRA TRUST (HONG KONG) LIMITED | 1337354 | 12-5-2009 | 17-6-2009 |
| 142 | WEALTH ASSETS TRUSTEE LIMITED<br>惠富資產信託人有限公司 | 2539660 | 26-5-2017 | 9-10-2017 |
| 143 | Webers Trust Management (Hong Kong) Limited<br>韋伯氏信託管理(香港)有限公司 | 2586103 | 29-9-2017 | 18-12-2017 |
| 144 | WeTrust International Limited<br>緯迪信託國際有限公司 | 2720084 | 10-7-2018 | 8-5-2019 |
| 145 | Win Forever Trustee Company Limited<br>長勝信託人有限公司 | 2635030 | 5-1-2018 | 14-11-2018 |
| 146 | Winterbotham Trust Company (Hong Kong) Limited -The-<br>溫特博森信託(香港)有限公司 | 1288957 | 21-11-2008 | 4-3-2009 |

報告編號:
REPORT ID: RPS270

公司註冊處電子查冊服務
COMPANIES REGISTRY ELECTRONIC SEARCH SERVICES

日期:
DATE:   10-9-2019

**CR**

根據《受託人條例》(第29章) 第78(1)條登記的信託公司
Trust Companies registered under section 78(1) of the Trustee Ordinance (Cap. 29)

頁數:
PAGE:   13

截至As At :   日期 Date (日D-月M-年Y)   9-9-2019
時間 Time (時hr:分min)   23:59

| 序號<br>Sequence No. | 公司名稱<br>Company Name | 公司註冊編號<br>C.R. Number | 成立日期(日-月-年)<br>Date of<br>Incorporation(D-M-Y) | 登記成為信託公司的日期(日-月-年)<br>Date of Registration<br>as a Trust Company(D-M-Y) |
|---|---|---|---|---|
| 147 | YF Life Trustees Limited<br>萬通信託有限公司 | 0551458 | 4-6-1996 | 25-9-1996 |
| 148 | YTT Trustees Limited<br>葉謝鄧信託有限公司 | 2482683 | 3-2-2017 | 3-7-2017 |
| 149 | ZA Trust Co., Limited<br>中安信托有限公司 | 2254637 | 23-6-2015 | 18-2-2016 |
| 150 | Zedra Asia Limited | 2438010 | 14-10-2016 | 27-7-2018 |
| 151 | Zetland Trust Limited | 1969054 | 18-9-2013 | 24-2-2014 |

紀錄總數:
**Total Number of Records:**   **151**

-完-
**-END OF REPORT-**

# Exhibit 3



# JERSEY FINANCIAL SERVICES COMMISSION

## FINANCIAL SERVICES (JERSEY) LAW 1998

### *Registration Certificate*

This is to certify that

## HSBC Private Banking Nominee 1 (Jersey) Limited

*("the registered person")*

is hereby registered by the Jersey Financial Services Commission under Article 8 of the Financial Services (Jersey) Law 1998 ("the Law").

The registered person is authorised to carry on the following class(es) of financial service as prescribed for the purposes of paragraph (2) of Article 7 of the Law by Article 2 of the Financial Services (Trust Company Business (Registration and Fees)) (Jersey) Order 2000 :-

**Class M**

Dated :14 June 2001

**Deputy Director General
For the Jersey Financial Services Commission**



# JERSEY FINANCIAL SERVICES COMMISSION

## SCHEDULE OF PARTICIPATING MEMBERS

| | Class(es) |
|---|---|
| HSBC International Trustee Limited | F,G,H,I,J,K,L,M,N |
| HSBC Private Banking Nominee 1 (Jersey) Limited | M |
| HSBC Private Banking Nominee 2 (Jersey) Limited | M |
| HSBC Private Banking Nominee 3 (Jersey) Limited | M |
| Lion International Management Limited | G,H,I,L,M |
| Lion International Corporate Services Limited | G,H,I,L,M |

The affiliation comprises HSBC Trustee (C.I.) Limited as the affiliation leader together with the above participating members, all within the meaning of Article 1(1) of the Financial Services (Trust Company Business (Registration and Fees)) (Jersey) Order 2000.

Dated: 14 June 2001

**Deputy Director General**
**For the Jersey Financial Services Commission**

# Exhibit 4



## Jersey Financial Services Commission
### Companies Registry

## COMPANIES (JERSEY) LAW 1991

NOTICE IN RESPECT OF

A MERGER

BETWEEN TWO JERSEY COMPANIES

and ONE OVERSEAS BODY

### Registered Number 4121 / 9557 / 15356

## I HEREBY CERTIFY THAT

HSBC PRIVATE BANKING NOMINEE 1 (JERSEY) LIMITED a company registered under the Companies (Jersey) Law 1991, as amended, (the "Law"), with registration number 4121, HSBC PRIVATE BANKING NOMINEE 2 (JERSEY) LIMITED a company registered under the Law with registration number 9557, REPUBLIC NOMINEES LIMITED an overseas body incorporated in GUERNSEY with registration number 15356, have merged and REPUBLIC NOMINEES LIMITED continues as the survivor merged body under the Companies (Guernsey) Law, 2008 in the jurisdiction of GUERNSEY.

The documents were registered on 30th December 2016, HSBC PRIVATE BANKING NOMINEE 1 (JERSEY) LIMITED and HSBC PRIVATE BANKING NOMINEE 2 (JERSEY) LIMITED here upon ceased to be incorporated as separate companies under the Law because they have merged with REPUBLIC NOMINEES LIMITED.

**Dated this 30th day of December 2016**



*For and on behalf of the Registrar*

DTRYPMERG

# Exhibit 5




JFSC | Home | Contact | Site Map | Help

## JFSC Companies Registry

Easy Company Registry and Search | Application Forms | Registry Notices and Fees | Policy Statements and Guidance Notes | Legislation | User Groups

**DOCUMENT CART**

0 document(s) currently in cart

## Details

| | | | |
|---|---|---|---|
| Name: | HSBC PRIVATE BANKING NOMINEE 1 (JERSEY) LIMITED | | |
| Registered Office: | NO LONGER APPLICABLE BECAUSE THE ENTITY IS DISSOLVED. | | |
| Registration number: | 4121 | Law: | Companies (Jersey) Laws, 1861 to 1968 |
| Registration date: | 29-Dec-1969 | | |
| Dissolution / Ceased date: | 30-Dec-2016 | Business Code: | RCD |
| | | Business Type: | RC - Registered Private Company |
| | | Status: | DISSOLVED |

## Statistics

| | |
|---|---|
| Share status: | Par Value |
| Merged company: | Yes |

## Previous Names

| From | To | Name |
|---|---|---|
| 29 Dec 1969 | 31 May 1984 | J.I.B. NOMINEES LIMITED |
| 31 May 1984 | 22 Sep 1999 | MONTAGU NOMINEES (JERSEY) LIMITED |

## Documents

Select All    Clear All    Add to cart

| Doc Code | Date | Name | Size | Price(£) | Select |
|---|---|---|---|---|---|
| 5430688 | 30 Dec 2016 | MERGER | 36kb | 2.00 | ☐ |
| 5430820 | 08 Dec 2016 | Public External Correspondence | 400kb | 2.00 | ☐ |
| 5430690 | 08 Dec 2016 | Special Resolution | 160kb | 2.00 | ☐ |
| 5430689 | 08 Dec 2016 | Special Resolution | 162kb | 2.00 | ☐ |
| 5430687 | 30 Nov 2016 | Gazette Notice | 130kb | 2.00 | ☐ |
| 5320351 | 24 Feb 2016 | Annual Return 2016 | 100kb | 2.00 | ☐ |
| 5176606 | 19 Feb 2015 | Annual Return 2015 | 81kb | 2.00 | ☐ |
| 5027791 | 17 Feb 2014 | Annual Return 2014 | 56kb | 2.00 | ☐ |
| 4905047 | 26 Feb 2013 | Annual Return 2013 | 55kb | 2.00 | ☐ |
| 4870627 | 08 Feb 2013 | Notice of Registered Office | 28kb | 2.00 | ☐ |
| 4766839 | 29 Feb 2012 | Annual Return 2012 | 46kb | 2.00 | ☐ |
| 4568993 | 24 Feb 2011 | Annual Return 2011 | 55kb | 2.00 | ☐ |
| 4475647 | 26 Feb 2010 | Annual Return 2010 | 56kb | 2.00 | ☐ |
| 4364432 | 04 Mar 2009 | Special Resolution | 71kb | 2.00 | ☐ |
| 4361332 | 27 Feb 2009 | Annual Return 2009 | 52kb | 2.00 | ☐ |
| 4247949 | 22 Feb 2008 | Annual Return 08 | 52kb | 2.00 | ☐ |
| 4145467 | 27 Feb 2007 | Annual Return 07 | 57kb | 2.00 | ☐ |
| 4009373 | 24 Feb 2006 | Annual Return 06 | 80kb | 2.00 | ☐ |
| 2188129 | 25 Feb 2005 | Annual Return 05 | 51kb | 2.00 | ☐ |
| 2048300 | 03 Feb 2004 | Annual Return 04 | 50kb | 2.00 | ☐ |
| 1924050 | 17 Feb 2003 | Annual Return 03 | 57kb | 2.00 | ☐ |
| 1855352 | 25 Feb 2002 | Annual Return 02 | 50kb | 2.00 | ☐ |
| 1768637 | 23 Feb 2001 | Annual Return 01 | 55kb | 2.00 | ☐ |
| 1674537 | 22 Feb 2000 | Annual Return 00 | 51kb | 2.00 | ☐ |
| 1644196 | 22 Sep 1999 | Special Resolution | 20kb | 2.00 | ☐ |
| 1644176 | 22 Sep 1999 | Change in Name | 22kb | 2.00 | ☐ |
| 1592666 | 12 Feb 1999 | Annual Return 99 | 52kb | 2.00 | ☐ |
| 1505873 | 30 Jan 1998 | Annual Return 98 | 48kb | 2.00 | ☐ |
| 1500488 | 12 Feb 1997 | Special Resolution | 981kb | 2.00 | ☐ |

| Doc Code | Date | Name | Size | Price(£) | Select |
|----------|------|------|------|----------|--------|
| 417158 | 12 Feb 1997 | Special Resolution | 1mb | 2.00 | ☐ |
| 417121 | 12 Feb 1997 | Special Resolution | 1mb | 2.00 | ☐ |
| 514377 | 27 Jan 1997 | Annual Returns pre 1998 | 49kb | 2.00 | ☐ |
| 418923 | 21 Feb 1996 | Annual Returns pre 1998 | 61kb | 2.00 | ☐ |
| 418925 | 29 Aug 1995 | Special Resolution | 25kb | 2.00 | ☐ |
| 418928 | 28 Feb 1995 | Annual Returns pre 1998 | 98kb | 2.00 | ☐ |
| 418931 | 16 Feb 1994 | Annual Returns pre 1998 | 100kb | 2.00 | ☐ |
| 418933 | 21 Dec 1993 | Notice of Registered Office | 23kb | 2.00 | ☐ |
| 5937290 | 05 Apr 1993 | Annual Returns pre 1998 | 169kb | 2.00 | ☐ |
| 418935 | 05 Feb 1993 | Annual Returns pre 1998 | 10kb | 2.00 | ☐ |
| 5936145 | 03 Feb 1992 | Annual Returns pre 1998 | 54kb | 2.00 | ☐ |
| 418937 | 03 Feb 1992 | Annual Returns pre 1998 | 10kb | 2.00 | ☐ |
| 418939 | 26 Feb 1991 | Annual Returns pre 1998 | 77kb | 2.00 | ☐ |
| 5939418 | 13 Mar 1990 | Annual Returns pre 1998 | 67kb | 2.00 | ☐ |
| 418945 | 20 Feb 1990 | Annual Returns pre 1998 | 9kb | 2.00 | ☐ |
| 418949 | 13 Nov 1989 | Special Resolution | 70kb | 2.00 | ☐ |
| 418957 | 17 Feb 1989 | Annual Returns pre 1998 | 74kb | 2.00 | ☐ |
| 418965 | 17 Jan 1989 | Special Resolution | 71kb | 2.00 | ☐ |
| 418967 | 02 Feb 1988 | Annual Returns pre 1998 | 80kb | 2.00 | ☐ |
| 418972 | 23 Nov 1987 | Notice of Registered Office | 31kb | 2.00 | ☐ |
| 418974 | 12 Jan 1987 | Annual Returns pre 1998 | 79kb | 2.00 | ☐ |
| 418978 | 28 Jan 1986 | Annual Returns pre 1998 | 76kb | 2.00 | ☐ |
| 418984 | 31 May 1984 | Change in Name | 62kb | 2.00 | ☐ |
| 418987 | 14 Dec 1983 | Notice of Registered Office | 29kb | 2.00 | ☐ |
| 418990 | 17 Nov 1971 | Notice of Registered Office | 17kb | 2.00 | ☐ |
| 418992 | 08 May 1970 | Notice of Registered Office | 14kb | 2.00 | ☐ |
| 418995 | 29 Dec 1969 | Registration Certificate | 1mb | 2.00 | ☐ |

Select All    Clear All    Add to cart

<< Return to Search Results                         New Search >>

# Exhibit 6a

GRAND-DUCHÉ DE LUXEMBOURG

MINISTÈRE DU TRÉSOR

Luxembourg, le

Références: TR-288/88

Annexes:

> **Maître Jacques ELVINGER**
> B.P. 425
> L-1450 LUXEMBOURG

Maître,

En me référant à votre demande du ler avril 1988, j'ai l'honneur de vous informer que conformément aux dispositions de la loi coordonnée du 27 novembre 1984 relative à la surveillance du secteur financier, telle qu'elle a été modifiée dans la suite, la société en formation

**BANK OF BERMUDA (LUXEMBOURG) S.A.**

qui aura son siège social à Luxembourg, est autorisée à exercer à Luxembourg toutes les opérations permises par la loi du 27 novembre 1984 aux établissements bancaires et d'épargne.

Veuillez agréer, Maître, l'assurance de ma considération distinguée.

Le Ministre du Trésor,

Copie: Institut Monétaire Luxembourgeois

# Exhibit 6b

GRAND-DUCHY OF LUXEMBOURG

MINISTRY OF THE TREASURY

Luxembourg, on [illegible]

Reference: TR-288/88

Appendices:

**Mr. Jacques ELVINGER, Esq.**

P.O. Box 425

L-14 50 LUXEMBOURG

Sir,

Referring to your request on April 1, 1988, I am honored to inform you that in accordance with the provisions of the law coordinated on November 27, 1984 relating to the supervision of the financial sector, as subsequently amended, the company in formation

**BANK OF BERMUDA (LUXEMBOURG) S.A.**

which will have its headquarters in Luxembourg, is authorized to exercise in Luxembourg all the operations permitted by the law on November 27, 1984 on banking and savings establishments.

Please accept, Sir, the assurance of my highest consideration.

The Ministry of the Treasury

Le Ministre du Trésor,

Copy: *Institut Monétaire Luxembourgeois*

Mailing Address: L-2941 Luxembourg          Offices: 3, rue de la Congrégation          Phone No.: 478-1

# TRANSLATION CERTIFICATION

Date: March 5, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French

To:

- English

The documents are designated as:
- Letter from the Grand-Duchy of Luxembourg Ministry of the Treasury, dated 1988

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Eugene Li

# Exhibit 7a

GRAND-DUCHE DE LUXEMBOURG

MINISTERE DES FINANCES

Luxembourg, le  1 5 SEP, 2004

Références:
Annexes:

> Bank of Bermuda (Luxembourg) S.A.
> Monsieur Germain BIRGEN
> Monsieur Michael MAY
> B.P. 413
> L-2014 LUXEMBOURG

Messieurs,

En me référant à votre demande du 30 août 2004, j'ai l'honneur de vous informer
que la modification de la dénomination sociale de la «Bank of Bermuda
(Luxembourg) S.A. » en « HSBC Securities Services (Luxembourg) S.A. », en
vertu de l'article 3(5) de la loi modifiée du 5 avril 1993 relative au secteur financier,
ne soulève pas d'objection de ma part.

Veuillez agréer, Messieurs,  l'assurance de ma considération distinguée.

Le Ministre du Trésor et du Budget,

Luc Frieden

---

Adresse postale: L-2931 Luxembourg          Bureaux: 3, rue de la Congrégation          Téléphone: 478-1
                                                                                          Telex: 2790 ETAFIN LU
1440003 - XI.02                                                                           Téléfax: 47 52 41

# Exhibit 7b

GRAND-DUCHY OF LUXEMBOURG
_____
MINISTRY OF FINANCE

Luxembourg, [stamp :] Sept 15, 2004

References:
Appendices:

Bank of Bermuda (Luxembourg) S.A.
Mr. Germain BIRGEN
Mr. Michael MAY
P. O. Box 413
L-2014 LUXEMBOURG

Gentlemen,

Referring to your request on August 30, 2004, I am honored to inform you that the change of the corporate name from "Bank of Bermuda (Luxembourg) S.A." to "HSBC Securities Services (Luxembourg) S.A.," under article 3(5) of the amended law on 5 April 1993 on the financial sector, does not raise any objection on my part.

Please accept, Gentlemen, the assurance of my highest consideration.

The Minister of the Treasury and the Budget,

Luc Frieden

Mailing Address: L-2931 Luxembourg

1-M0003 - XI .02

Offices : 3, rue de la Congrégation

Phone No.: 478-1
Telex: 2790 ETAFIN LU
Fax: 47 52 41

# TRANSLATION CERTIFICATION

Date: March 5, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French

To:

- English

The documents are designated as:
- Letter from the Grand-Duchy of Luxembourg Ministry of Finance, dated September 15, 2004

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


Signature of Eugene Li

# Exhibit 8

# COMMISSION de SURVEILLANCE
## du SECTEUR FINANCIER

Luxembourg, 4 December 2014

To the management of
HSBC Securities Services
(Luxembourg) S.A.
BP 413
L-2014 LUXEMBOURG

| | | | |
|---|---|---|---|
| O/Ref.: | B.14/2108-MTR/MD | Contact person : | Michèle Trierweiler |
| Y/Ref.: | CE-DT-ag-2014-25 | Direct dialling: | (+352) 26 251 – 367 |
| Dispatch: | mail | | |

## Re: Contemplated surrender of the banking license

Dear Sirs,

We refer to your letter dated 18 November 2014 and your email dated 1 December 2014 regarding the contemplated surrender of HSBC Securities Services (Luxembourg) S.A.'s (hereafter "HSSL") banking license, to the meeting dated 7 November 2014 with M. Fielding, as well as to the letters sent by the CSSF to your legal counsel Arendt & Medernach on 28 July 2014 (ref B.14/1235-MTR/MD) and 20 August 2014 (ref OPC.14/10542-FO/FO).

Pursuant to your aforementioned letter, HSSL has no remaining contractual relationships and every undertaking for collective investment still served by HSSL has been successfully transferred to HSBC Bank plc, Luxembourg Branch.

As regards the funds linked to Madoff litigations which have not been transferred to HSBC Bank plc, Luxembourg Branch, the CSSF notes that HSSL has meanwhile terminated the respective contractual relationships and does no longer provide any regulated activities for the concerned funds. The CSSF understands that for these funds, HSSL will remain involved in the ongoing litigation process after the abandoning of the banking license.

By its letter dated 11 August 2014, HSBC Holdings plc confirms that the comfort letter issued on 23 July 2009 will continue to be valid after the abandoning of the banking license of HSSL.

COMMISSION de SURVEILLANCE
du SECTEUR FINANCIER

Considering the above, HSSL can amend its articles of association in order to exclude
any banking activities from the corporate objects clause. We kindly ask you to provide
us as soon as possible with a copy of HSSL's modified articles of association. The
CSSF will remove HSSL from the official list of regulated companies published on its
website with effect from the date of the notarial deed.

Yours sincerely,

COMMISSION de SURVEILLANCE du SECTEUR FINANCIER

Michèle TRIERWEILER
Conseiller de direction 1ère classe

Claude SIMON
Directeur

# Exhibit 9



**GUERNSEY**
**FINANCIAL**
**SERVICES**
**COMMISSION**

# ANNUAL REPORT &
FINANCIAL STATEMENTS 2003

# ANNUAL REPORT

For the year ended 31 December 2003

This report, including the financial statements as required by section 18 of the Financial Services Commission (Bailiwick of Guernsey) Law, 1987, as amended ("the Commission Law"), is made in pursuance of section 6 of the Commission Law to the States Policy Council and submitted by the Chief Minister for consideration by the States of Guernsey.

*Note: Throughout this report the Guernsey Financial Services Commission is referred to as "the Commission". The Chairman and other members are referred to collectively as "the Commissioners".*



**GUERNSEY FINANCIAL SERVICES COMMISSION**

**Guernsey Financial Services Commission**

La Plaiderie Chambers, La Plaiderie

St Peter Port, Guernsey GY1 1WG

Telephone  +44 (0) 1481 712706

Facsimile  +44 (0) 1481 712010

E-mail  info@gfsc.gg

Internet  http://www.gfsc.gg

# CONTENTS

Commission Structure                                                         5

Commissioners                                                                6

Senior Executives                                                            7

Chairman's Statement                                                         9

Director General's Statement                                                 10

Banking                                                                      15

Fiduciary Services and Enforcement                                          21

Insurance                                                                    25

Investment Business                                                         29

Policy and International Affairs                                            35

Finance and Operations                                                      41

Independent Auditors' Report and Financial Statements                       43

Guernsey Training Agency Limited                                            53

Appendices                                                                   57

1   Functions and Structure of the Commission                               58

2   Committees and Working Parties                                           60

3   The Banking Supervision (Bailiwick of Guernsey) Law, 1994 – Licensees   61

4   The Regulation of Fiduciaries, Administration Businesses and Company Directors, etc.   62

    (Bailiwick of Guernsey) Law, 2000 – Licensees and Applicants

5   The Insurance Business (Bailiwick of Guernsey) Law, 2002 – Licensees    73

6   The Insurance Managers and Insurance Intermediaries (Bailiwick of Guernsey) Law, 2002 – Licensees   77

7   The Protection of Investors (Bailiwick of Guernsey) Law, 1987 – Licensees   78

8   The Protection of Investors (Bailiwick of Guernsey) Law, 1987 – Collective Investment Schemes   82

9   Balance Sheets for the Banking Sectors in the Crown Dependencies 1999 to 2003   85

10  International Regulatory and Supervisory Bodies                          86



## COMMISSION STRUCTURE

COMMISSIONERS

DIRECTOR GENERAL'S DIVISION

| Banking Division | Fiduciary Services and Enforcement Division | Insurance Division | Investment Business Division | Policy and International Affairs Division | Finance and Operations Division | Guernsey Training Agency Limited |
|---|---|---|---|---|---|---|

*The Guernsey Financial Services Commission
is the regulatory body for the finance sector
in the Bailiwick of Guernsey.*
*The Commission's primary objective is to
regulate and supervise financial services in
Guernsey, with integrity and efficiency, and
in so doing help to uphold the international
reputation of Guernsey as a finance centre.*

## COMMISSIONERS



**John Hallam** FCA
Chairman of the Commission

John Hallam has served as a Commissioner for 16 years, becoming Chairman in 2003. He has 30 years' experience in accountancy, latterly as the partner in charge of PricewaterhouseCoopers in Guernsey, specialising in the provision of audit and advisory services to financial service sector companies. He is currently a non-executive director of a number of financial institutions involved in banking, insurance and investment management. He has served as Vice-President of the Guernsey Society of Chartered and Certified Accountants, Treasurer of the Guernsey International Business Association, a member of the committee of the Guernsey Insurance Company Managers Association and on various other bodies associated with the business life of Guernsey.



**Leslie Priestley**
**TD, FCIB, FCIM, CCMI, FRSA**
Vice-Chairman of the Commission

Leslie Priestley has served as a Commissioner for five years, becoming Vice-Chairman in 2003. He has been involved in banking for 40 years, holding senior appointments in Barclays and TSB, finally as Chief Executive, TSB England and Wales plc and a director of the TSB Group. He is currently a director of Prudential Banking plc, Pinnacle Insurance plc, Egg plc and other companies. During his career he was Secretary General, Committee of London Clearing Bankers; a member of the Monopolies & Mergers Commission; a director of the Civil Aviation Authority and London Electricity plc; an adviser to Touche Ross & Co., Financial Services Adviser ICL plc; a Visiting Fellow at Bangor University and Chairman of the CAA Pension Scheme.



**Nigel Carey** LL.B

Nigel Carey has served as a Commissioner for 12 years. He has 30 years' legal experience, being admitted as a solicitor of the Supreme Court of England and Wales in 1974 and as an advocate of the Royal Court in 1975. He has been a partner in Carey Olsen (then Carey Langlois) since 1976 and was Chairman of the Guernsey Bar from 1997 to 1999. He is a non-executive director of a number of collective investment fund companies and fund management companies, including a number engaged in venture capital activities.



**Mel Carvill** FCA, ACII, MSI

Mel Carvill has served as a Commissioner for five years. He is Direttore Centrale, Head of Strategy and Corporate Finance, at Assicurazioni Generali SpA and is a director of financial services companies in North America, Europe and Asia. He has served as President of the Guernsey Society of Chartered and Certified Accountants, the Insurance Institute of Guernsey and the Guernsey Association of Pension Funds.



**David Mallett**
**BA (Dunelm) FCA**

David Mallett was appointed as a Commissioner in 2003. He has over 30 years' experience in banking and banking supervision. He joined the Bank of

SENIOR EXECUTIVES

England's Banking Supervision Division in 1975 and was closely involved in the rescue and orderly run-down of a number of failed banks, the development of regulatory practice and a number of national and international accounting and auditing standards. From 1988 to 2000 he was successively Group Head of Audit and Group Head of Finance at Standard Chartered Bank. He has been a member of the Council of the Institute of Chartered Accountants in England and Wales and is co-author of "Banking: a Regulatory Accounting and Auditing Guide". In 2003 he completed 14 years as a member of the Financial Reporting Review Panel.



**Peter Neville**
**MA (Oxon), FCA**
*Director General*

Peter Neville read law at Oxford University and is a Fellow of the Institute of Chartered Accountants in England and Wales. Following a period working in the field of insolvency, he spent 12 years as a banker and merchant banker in the United Kingdom and the Far East. He joined the Investment Management Regulatory Organisation in 1987, holding a number of senior positions over a period of seven years. In 1994 he established the investment services regulatory regime for Malta and provided advice on financial services regulation to the government. In 1997 he joined the Regulatory Division of Lloyd's of London as general manager responsible for authorisation, individual registration and conduct of business permissions. He took up the position of Director General of the Commission in April 2001.



**Alan Fleming ACII**
*Director of Insurance*

Alan Fleming started his career with British Engine Insurance Company, then moved to ICI where he gained 29 years' experience of insurance and reinsurance. In 1993 he was seconded to the Association of Insurance and Risk Managers ("AIRMIC") as Executive Director and also served on the Court of Governors of the Institute of Risk Management. He was appointed Head of Risk Management for Guinness plc in 1995 and subsequently in 1997 became Director of Global Risk Management for Diageo. He joined Railtrack in 1999 as Head of Insurance and Risk Management and also in 2000 – 2001 served as Chairman of AIRMIC. He was appointed as Strategic Account Manager at Aon in November 2001 and joined the Commission in November 2003.

SENIOR EXECUTIVES CONTINUED



**Philip Marr** MSc (Econ), CFE
*Director of Banking*

Philip Marr graduated in Economics at the University of Hull in 1968 and joined the Bank of England after a postgraduate degree. He was Economic Adviser to the government of Bermuda from 1974 to 1977 and entered Banking Supervision on his return to the Bank. He was appointed Adviser to the Bahrain Monetary Agency from 1982 to 1984. He was manager of several groups of banks in Supervision at the Bank of England. After a secondment to Hambros Bank in 1988 – 1989 he was Manager, On-Site Review Teams. He was appointed Senior Manager, Enforcement in 1995 and joined the Commission in June 1997.



**Peter Moffatt** MA (Oxon)
*Director of Investment Business*

Peter Moffatt joined the Overseas Department of the Bank of England in 1968. International work involved liaison with European Community institutions and the Bank for International Settlements. He was a supervisor during the 1970s and later became Secretary of the City Capital Markets Committee. Leaving the Bank in 1987, he became a compliance officer in investment banking with PaineWebber and JP Morgan and then in investment management with John Govett and Framlington. He has served on legal and regulatory committees of the Association of Investment Trust Companies, the Association of Unit Trusts and Investment Funds and the Financial Services Authority. He joined the Commission in June 2000.



**Talmai Morgan** MA Cantab., Barrister, TEP
*Director of Fiduciary Services and Enforcement*

Talmai Morgan read Economics and Law at Cambridge University before qualifying as a barrister in 1976. He held a number of commercial and advisory appointments in London before moving to Guernsey in 1988. He worked for Barings for six years, before moving to the Bank of Bermuda in 1994 as Managing Director of Bermuda Trust (Guernsey) Limited. In January 1999 he joined the Commission as Guernsey's first Director of Fiduciary Services and Enforcement.



**Neville Roberts** FCA
*Head of Finance and Operations*

Neville Roberts is a Fellow of the Institute of Chartered Accountants. He served articles with Thomson McLintock where, following qualification, he worked in the field of receivership. In 1976 he moved to Ford Motor Co. before transferring to Schroder Life and Unit Trusts as Group Financial Accountant. He came to Guernsey as Director of Finance and Operations for the Schroder international group of companies. For 12 years prior to joining the Commission, he was Head of Finance and Operations for NRG Distribution. In August 2003 he was appointed as the Commission's first Head of Finance and Operations.

## CHAIRMAN'S STATEMENT

I am delighted that the report of the International Monetary Fund ("IMF"), following its in-depth evaluation of the Bailiwick's financial regulation and criminal justice framework, was extremely positive. It described Guernsey as having a high standard of compliance with the standards set by the Basel Committee on Banking Supervision, the International Association of Insurance Supervisors ("IAIS"), the International Organization of Securities Commissions ("IOSCO") and the Financial Action Task Force ("FATF"). Guernsey fully satisfied the Offshore Group of Banking Supervisors ("OGBS") Statement of Best Practice for Trust and Company Service Providers. All of these standards have been adopted by Guernsey as the foundations on which to build our reputation as a finance centre.

In summary, the report also commended:-

- the Bailiwick's comprehensive regulatory framework and supervisory structure;

- the action that continues to be taken by the authorities to preserve the Bailiwick's good international reputation;

- the level of international cooperation displayed by the Bailiwick;

- the Commission as being well established and well respected, with experienced staff;

- the Commission's good range of regulatory and enforcement powers;

- the fact that Guernsey was one of the first jurisdictions to apply a comprehensive regulatory regime for trust and company service providers; and

- the developed framework for anti-money laundering and combating the financing of terrorism and the strong rapport between the Commission and licensed institutions on these issues.

Naturally, the report contains recommendations about further enhancing our legislation and policies. The action plan developed by the Guernsey authorities for dealing with those recommendations forms part of volume I of the report. We shall soon issue a policy on the standards of corporate governance we expect of all financial institutions. We shall also be strengthening our programme of reviews to ascertain compliance with those standards. In addition, the Commission will be promoting an amendment to the Protection of Investors Law to provide for the appointment of inspectors and the recovery of the costs of those inspectors. Similar powers are already contained in the other regulatory laws administered by the Commission.

The Commission continued its regulatory activities during the year. This included an investigation into the sale of investments in split capital investment trusts in Guernsey. In this context, I am mindful that Guernsey is now a significant finance centre and the regulatory issues faced by the Commission often have international or cross-border dimensions. Some of these, together with the need to appoint forensic accountants and take enforcement and legal action, have focused the attention of Commissioners and staff alike on the risks to the Commission and the value of Guernsey's reputation. Our planning processes have increasingly concentrated on establishing processes to mitigate those risks.

The year saw the retirement of Steve Butterworth as Director of Insurance. Steve made an enormous contribution to the Commission and to the local and international insurance sectors, since becoming responsible for insurance supervision in Guernsey in 1986. He was instrumental in introducing both the captive insurance and protected cell company regimes. Guernsey is now the world's fourth largest captive domicile. Steve was also one of the founders of the Offshore Group of Insurance Supervisors ("OGIS") and of the IAIS. Talmai Morgan, the Commission's first Director of Fiduciary Services and Enforcement, will also be leaving in the summer of 2004 to join the Guernsey Promotional Agency as its Chief Executive. Talmai joined the Commission in 1999 and was pivotal in the establishment of the pioneering regime for the regulation of company and trust administrators and company directors. This regime has significantly enhanced Guernsey's reputation. Both Steve and Talmai leave with our best wishes for the future.

I am delighted that Alan Fleming has joined us as Director of Insurance. Alan brings a wealth of private sector experience to the Commission, with over 30 years' experience in insurance, reinsurance and risk management. This will serve the Commission well, not least because it will ensure that we continue to appreciate fully the industry's perspective on regulatory issues.

The Commission will remain busy. The improved global outlook has led to a revitalisation of business activity. Mergers and acquisitions, together with corporate restructuring, will continue to change the local financial landscape. The international regulatory organisations will maintain their momentum on the development of new standards. These will all have an effect on the Commission's work but I am confident that, as always, we shall meet these challenges.

John Hallam
Chairman

## DIRECTOR GENERAL'S STATEMENT

The Commission continues to be strongly committed to its primary task of regulating and supervising financial services in Guernsey and upholding the reputation of Guernsey as an international finance centre. In doing this we are conscious of the interests of our stakeholders.

### Political and public accountability

2004 will see important developments in the streamlining of the political structures in Guernsey. Over the past year, the Commission has increased and formalised its liaison with the States Advisory and Finance Committee ("the Committee") and States Members. This has included introducing a programme of meetings with States Members on issues of current interest. We also meet on an annual basis with senior representatives of the Chief Pleas of Sark.

This emphasis on accountability to the democratically elected representatives will continue under the new political regime, information on which is contained in Appendix 1.

### Protecting the public

One of the Commission's main aims is the protection of the public. Parts of our regime are specifically designed with this purpose in mind. For example, our product rules and codes require licensees to ensure that customers and prospective customers are treated fairly, advised properly, and provided with information that is fair and not misleading. We regularly post on our website information warning the public about illegal activities that may affect them. Another example of the Commission's efforts to inform and advise the public is the recent publication, in conjunction with the States of Guernsey, the Financial Intelligence Service ("FIS") and the Association of Guernsey Banks, of a pamphlet entitled Fighting Crime and Terrorism. This explains to the public why banks have to undertake due diligence on customers, and contains a commitment

from the banks that they will deal with their customers fairly and with common sense.

The Commission recognises the importance and economic sense of public education on financial matters. We are therefore discussing with the States Education Department how, within the bounds of our mandate, our staff can take part in programmes of financial education at schools.

### Protecting clients

One of the most effective ways to protect clients from firms which do not meet the required standards is to refuse them licences in the first place. The Commission's authorisation processes are geared towards keeping out firms that do not make the grade. We take a similarly robust view of situations where firms which are already licensed have fallen below the standards expected of them. 2003 saw a considerable amount of investigative and enforcement activity. Some of this was reported in the press, but much was not because it was confidential.

Two cases of both local and national interest which are in the public arena continued to absorb a considerable amount of Commission time. The review of split capital investment trusts focuses on the management and corporate governance of the trusts, and on the suitability of advice and recommendations made to investors by Guernsey intermediaries. We are working with the authorities in Jersey and the UK and are obtaining advice about the possibility of legal action against the firms involved. In March 2004 the report compiled by Lord Penrose on Equitable Life was published. Although the Commission was not involved in the prudential regulation of Equitable, we are considering the information contained in the report in the context of the Guernsey branch policyholders. We are also considering whether the further enquiries and reviews initiated by the UK government as a result of the Penrose Report have any implications locally. We will keep our website updated with information that

may be helpful to Guernsey branch policyholders.

An important safeguard for clients of financial services firms in Guernsey would be the establishment of an ombudsman who could assist with the settlement of disputes. The Commission's current powers do not enable us to do this. Following discussions with the industry and the Committee it has been agreed that a consultation paper will be taken forward during 2004 proposing the establishment of an ombudsman function within the Commission. The staffing and support functions of the ombudsman would be provided by the Commission, but it would be legally and operationally independent.

An unfortunate consequence of the increasing level of investigative and enforcement action is the fact that the Commission – and through it the industry – is having to bear increasing costs. During 2004 we will, therefore, be considering what approach to recommend to government for the introduction of powers to ensure that, wherever appropriate, firms that have caused these additional costs should be held responsible and should bear them.

## Industry relations

The Commission's policy of regulating effectively to international standards, taking tough enforcement action where there has been a breach of the requirements, and applying the laws and regulations as fairly and as adaptably as possible, will continue. Evidence indicates that this approach is working. During January 2004 Robert Finch, the Lord Mayor of the City of London, visited Guernsey. He brought two messages from the UK government and the City. He stated that "Guernsey has come out of recent reports very well and [is] one of the best regulated [finance centres] in the world… It has succeeded because it has a well-regulated system. [We are] very pleased to work with well regulated centres such as Guernsey". He also emphasised that the City is supportive of Guernsey and promised to take to the UK government

and business community the message that Guernsey stands alongside the City of London in terms of integrity, innovation and standards of service, and that we look forward to continuing our successful close working relationship.

This support is very welcome. I have often stressed that what is important is that a finance centre should be well regulated and cooperative and not whether or not it is "offshore". The Lord Mayor's visit made it clear that this view is shared by the UK government and the City.

Not surprisingly, given international trends in the industry, 2003 saw further consolidation in the field of banking. However, although the number of licensees contracted, it was encouraging that the amount of business transacted here was little changed. In the three other financial services sectors supervised by the Commission there was growth – in some areas very strong growth – as the following Divisional reports explain. There is no doubt that the skilful handling of negotiations by the Guernsey government on the EU Directive on Taxation of Savings Income has helped industry sentiment.

The Commission has continued to work closely with industry to set appropriate regulatory standards and to implement them in the most effective way. Our meetings with the Guernsey International Business Association ("GIBA") are more frequent and have been placed on a more formal footing. Each Division liaises regularly with its industry sector.

The volume of new requirements which need to be issued has reduced, to everyone's satisfaction. A number of useful initiatives were, however, brought to fruition during 2003. For example, the Commission issued a statement on introduced business and a Code of Practice for Banks. We also held consultations with industry on our approach to hedge funds. This resulted in a statement on the matter being issued in February 2004. Efforts to improve the regulatory regime continue. This includes working with the fund industry

DIRECTOR GENERAL'S STATEMENT CONTINUED

to agree the implementation of rule waivers to facilitate certain hedge fund practices. In addition, the review of corporate governance standards being undertaken by the regulatory Divisions is aimed at harmonising the standards across all industry sectors.

## Industry development

The Commission's call for an effective forum in which matters concerning the development of the finance industry in Guernsey could be discussed was met during 2003 by the establishment of the Finance Industry Policy Advisory Group ("FIPAG"). This brings together the government, industry and the Commission, with the support of the Attorney General. Despite its youth, FIPAG shows every sign of being a strong and effective body.

The Guernsey Promotional Agency, soundly established by John Bridle, is now moving into a new phase of activity. Its new Chief Executive, Talmai Morgan, who is moving from his current position at the Commission, is an excellent choice and whilst we are very sorry to see him go we look forward to working closely with him as he continues the Agency's development.

The Guernsey Training Agency Limited continues to play an essential part in upgrading skill levels in the finance industry. Under its current leadership it has considerably extended its range of courses, raised the number of students using its facilities, and increased the surplus generated from its courses. The Commission is very pleased to continue to support the Agency by providing staff and a large part of its funding on behalf of the industry. Together with GIBA and the Agency we are working on the setting of standards – voluntary in most cases – for qualifications and training in the industry. Concrete examples of this work are the introduction of the Guernsey Insurance Certificate and the Certificate in Captive Management – a world first. Such training was identified in the recent Finance Sector Study as

key to Guernsey's future competitive position.

Two very important pieces of work are being undertaken during 2004. First, administration provisions are to be introduced into the current company law. This is to be achieved before the end of the year. Second, a complete review of company law is being carried out. The aim of the review is to introduce a new and updated company law as soon as possible. The Commission is working on these initiatives with the industry, government and the Attorney General's Office.

## The international arena

In order to enhance Guernsey's reputation, influence international standards and monitor developments in the international regulatory arena, I spent a considerable part of 2003 participating in international events. This included attending meetings of the Executive Committee of the IAIS, signing Memoranda of Understanding ("MoUs") with the regulators in the UK and France, meeting overseas regulators and law enforcement officials, and speaking at various conferences.

We contribute as much as possible to the international regulatory community by participating on standards-setting committees, preparing papers on new standards, commenting on proposed standards and hosting meetings. For example, the Commission celebrated its fifteenth birthday by hosting a seminar on international cooperation and the exchange of information. Over 100 international regulators, law enforcement officials, prosecutors and others with an interest in combating economic crime attended the seminar.

The year also saw further liaison with the IMF to finalise the report on its assessment in 2002 of Guernsey's regulatory and criminal justice framework. The IMF found that Guernsey has a high level of compliance with international standards. This was a very satisfactory outcome following the hard work put

in by all those involved, including the staff of the Attorney General's Office, the law enforcement authorities and the Commission. Copies of the report can be obtained from our website at www.gfsc.gg.

## Commission governance

During 2003 the Commission's Audit and Risk Committee was reconstituted and formal programmes of internal audit of non-regulatory matters and compliance monitoring of regulatory matters were introduced. The committee appointed consultants to assist in its work on internal controls and corporate governance. It is particularly important that the Commission meets local and international expectations in these areas and I am pleased to report that the required standards have been met. More information on the work of the Audit and Risk Committee can be found in Appendix 1.

## Commission staff

On the personnel front, I would like to thank all Commission staff. Their dedicated and professional work continues to stand us in good stead. In respect of the senior management team, I was very sorry to see Steve Butterworth retire during 2003. He had contributed much to the Commission, Guernsey and the international insurance community over a considerable number of years. We wish him well in his retirement. I am pleased to welcome Steve's successor, Alan Fleming, and also Neville Roberts, our new Head of Finance and Operations, who are both proving to be very effective additions to the senior management team.

## Fees

Mindful of the general state of the international economy and the pressures on licensed firms, the Commission has looked very critically at its expenditure and has limited its fee increases as far as possible. This resulted in the Commission operating at a modest deficit during 2003. Although we were equally cautious when setting the 2004 budget and the related fees, the Commission cannot continue to sustain operating losses. It is our stated and prudent intention to build up reserves equal to half a year's expenditure, and we are well short of this position. The Investment Business and Insurance Divisions are currently carrying out, with industry, extensive reviews of their fee structures. In determining the fee levels for 2005 and beyond we also need to take account of the costs of the investigation and enforcement action that we are increasingly being called upon to carry out and the as yet undetermined costs of establishing an ombudsman function.

Peter Neville

Director General



BANKING

## Sector trends

Profits in the banking sector declined by some 7% in 2003. The environment for private banking was difficult in the first half of the year and only recovered later in the year, reflecting higher stock market levels and greater securities activity. The continuing low-interest-rate environment meant that income earned on banks' capital remained muted. With profits depressed overall, banks continued to focus on reducing their cost bases. One-off restructuring costs and selective redundancy payments remained a feature of profit and loss accounts during the year but following that process many banks are positioned to be leaner and more efficient in 2004 and beyond.

Overall, deposits were down £2.2 billion, or some 3.1%, in sterling terms over the year from £71.9 billion at 31 December 2002 to £69.7 billion at the end of 2003 (table 1). Exchange rate factors, with the strengthening of sterling against the US dollar, accounted for over half of the difference. There was also some movement out of deposits in to alternatives to cash, as the prevailing low level of interest rates, particularly in Swiss francs and US dollars, meant that deposit rates were relatively unattractive. Over the year Swiss fiduciary deposits continued to decline to end the period at some £25.7 billion. Over the same period other deposits edged up to £44.0 billion. Figure 1 analyses bank deposits by currency at the end of 2003.

Bank lending at the end of the year held up at £6.2 billion and remained a reliable source of revenue for banks. Credit activity accounted for some 8.5% of total assets in Guernsey. Although important in revenue terms, lending is overshadowed on the asset side of the aggregated balance sheet by placements with banks and holdings of low-risk government securities (table 2). Figure 2 provides information on banks' assets at the year end, while figure 3 shows a breakdown of selected loans and advances.

The source of deposits held by the Bailiwick's banks at the end of 2003 was similar to that in the

Table 1. **Licences and deposits at the year end**

| End | Banks licensed | Deposits £mns | Annual % change in deposits |
|---|---|---|---|
| 1990 | 72 | 15,476 | 19.1 |
| 1991 | 72 | 16,250 | 5.0 |
| 1992 | 76 | 27,442 | 68.9 |
| 1993 | 75 | 37,482 | 36.6 |
| 1994 | 73 | 42,191 | 12.6 |
| 1995 | 73 | 46,855 | 11.1 |
| 1996 | 72 | 43,324 | -7.5 |
| 1997 | 78 | 49,357 | 13.9 |
| 1998 | 78 | 52,922 | 7.2 |
| 1999 | 79 | 57,059 | 7.8 |
| 2000 | 77 | 68,474 | 20.0 |
| 2001 | 72 | 77,211 | 12.8 |
| 2002 | 67 | 71,943 | -6.8 |
| 2003 | 61 | 69,703 | -3.1 |

Figure 1. **Analysis of deposits with Guernsey banks by currency at end 2003**
*Percentage*



| | |
|---|---|
| United States dollar | 38.04% |
| United Kingdom sterling | 34.03% |
| Euro | 22.90% |
| Swiss franc | 2.81% |
| Australian dollar | 0.75% |
| Canadian dollar | 0.73% |
| Japanese yen | 0.22% |
| Hong Kong dollar | 0.08% |
| Other | 0.44% |

Figure 2. **Assets at the year end**
*£mns*



Legend: Market loans, Certificates of deposit, Company shares/securities, Loans and advances, Government securities, Other assets

previous year, although the proportion of deposits from Switzerland was 4% down at 40% (figure 4). The disposition of assets was substantially the same as in 2002, being predominantly placements with group entities or low-risk assets in the United Kingdom and other European Union Member States (figure 5).

The total tier 1 capital of the banking sector

## BANKING CONTINUED

Figure 3. **Selected loans and advances at the year end**



Figure 4. **Source of bank deposits at end 2003**



Figure 5. **Disposition of bank assets at end 2003**



decreased to £1.6 billion in 2003, compared to £1.7 billion in 2002 (figure 6). The weighted average risk asset ratio remained healthy at 19.78% (figure 7).

The decision by a number of Guernsey banks to close their Guernsey operations during the year led to transfers of funds out of the Bailiwick. The Guernsey branches of ING Banque Bruxelles Lambert (Suisse) Limited and BSI AG, together with BNP Paribas (Guernsey) Limited, transferred funds to other jurisdictions as part of corporate streamlining actions. Two closures, Coutts (Guernsey) Limited and Saudi International Bank (Guernsey) Limited, were part of group-wide schemes to reduce the number of centres in which those banks were active. These latter closures had little impact on the level of deposits in Guernsey.

Rationalisation continued apace throughout the sector in 2003. On the face of it, the Lloyds TSB group's restructuring of its operations in the Crown Dependencies was the most extensive. This led to the surrender of the licences of the retail bank, Lloyds TSB Bank (Guernsey) Limited, and the private bank, Lloyds TSB Offshore Private Banking (Guernsey) Limited, and to the transfer of the businesses of those banks into a Jersey bank, Lloyds TSB Offshore Treasury Limited (which subsequently changed its name to Lloyds TSB Offshore Limited). The Guernsey branch of that entity now carries out the group's activities in the Bailiwick. This restructuring was driven by a major corporate

Table 2. **Assets and liabilities of licensed banks at the year end**

| | 1999 total £mns | 2000 total £mns | 2001 total £mns | 2002 total £mns | 2003 total £mns | | 1999 total £mns | 2000 total £mns | 2001 total £mns | 2002 total £mns | 2003 total £mns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities** | | | | | | **Assets** | | | | | |
| Tier 1 capital* | 1357 | 1715 | 1841 | 1686 | 1585 | Loans, advances and market loans with: | | | | | |
| Tier 2 capital** | 83 | 27 | 27 | 23 | 21 | Banks etc. | 42138 | 48599 | 51602 | 42521 | 37654 |
| | | | | | | British Isles public sector | 1 | 2 | 12 | 10 | 5 |
| Deposits by: | | | | | | Companies, persons, other | 5066 | 5242 | 5333 | 6437 | 6189 |
| Banks etc. | 11468 | 13065 | 12424 | 13040 | 13811 | | | | | | |
| British Isles public sector | 50 | 50 | 59 | 51 | 44 | Certificate of deposit | 5287 | 4638 | 5412 | 5833 | 5497 |
| Companies, persons, other | 44598 | 54626 | 64728 | 58852 | 55848 | Government securities | 3882 | 8209 | 10466 | 11257 | 13129 |
| | | | | | | Company shares/securities | 3657 | 3687 | 5401 | 6521 | 7062 |
| Other liabilities | 4064 | 3080 | 2069 | 1108 | 1541 | Other assets | 1589 | 2186 | 2922 | 2181 | 3314 |
| Total liabilities | 61620 | 72563 | 81148 | 74760 | 72850 | Total assets | 61620 | 72563 | 81148 | 74760 | 72850 |

* Paid-up share capital and disclosed reserves

** Undisclosed reserves, revaluation reserves, general provisions, debt/equity instruments and subordinated debts

governance initiative designed to reduce the number of separate legal entities operating in the Islands. Further rationalisations took place at Schroders (C.I.) Limited and Bank Sarasin (C.I.) Limited, which had the effect of refining the number of functions which they perform in Guernsey.

The Bank of Bermuda (Guernsey) Limited was the subject of an agreed acquisition by the HSBC group. The acquiring bank was attracted in part by the fund administration and private banking capabilities of the Bank of Bermuda. The Commission understands that the Guernsey subsidiary will hold discussions with the local management of HSBC Private Bank to determine what synergies can be obtained from the merger of their local activities.

Separately, some smaller banks reported during the year that they were being prepared for sale, following decisions by their parents that they were not big enough to make an impact in their chosen markets. Ansbacher (Channel Islands) Limited and Leopold Joseph & Sons Limited announced that they were seeking new owners for their operations across several jurisdictions. The latter has recently agreed to an offer from the Bank of N.T. Butterfield Group. Banca Monte dei Paschi is trimming back its international network of subsidiaries and branches and is seeking a buyer for its Guernsey business, Banca Monte dei Paschi (Channel Islands) Limited.

Overall, the number of licences declined from 66 at the start of 2003 to 61 at the end of the year (figures 8 and 9). However, the restructuring of the Lloyds TSB group took effect over the year end, reducing the number of licences to 59 at the beginning of 2004. The prospect for the next year is to see a smaller number of banks, transacting substantially the same amount of business as currently.

## Supervision and policy

The Banking Supervision (Bailiwick of Guernsey) Law, 1994 was amended in several respects in 2003. Revisions included the introduction of powers for the Commission to make prohibition orders against



Figure 6. **Total tier 1 capital at the year end**



Figure 7. **Distribution of locally incorporated banks by risk asset ratio at end 2003**

Figure 8. **Country of origin of Guernsey licensed banks – subsidiaries at end 2003**



Figure 9. **Country of origin of Guernsey licensed banks – branches at end 2003**

## BANKING CONTINUED

individuals from being employed in the banking sector; provisions to permit the formal issue under the law of Codes of Practice; and requirements for banks to carry out annual reviews of various aspects of their business. Following these amendments, the Code of Practice for Banks was formally issued under the law in November 2003 after consultation with the Committee, the Policy and Finance Committee of the States of Alderney and the General Purposes and Finance Committee of the Chief Pleas of Sark. This Code had been issued informally in September 2002.

A further consequence of the changes to the law was the issue of a consultation document entitled "Guidelines for Corporate Governance and Risk Management". This document reflects the law's requirements for a bank's annual review to include a review of the responsibilities and conduct of the bank's board of directors with respect to corporate governance principles and whether there has been effective control by the bank's board over every aspect of risk management. In order for a bank to conduct the review effectively, guidance is needed from the Commission on what corporate governance and risk management standards are expected of them. The Commission has received responses to this consultation paper and is working towards the issue of guidance to the finance sector, which will be consistent across all Divisions of the Commission.

Another policy initiative in 2003 was the circulation to the local banking community of the Basel Committee on Banking Supervision's paper entitled "Principles for the Management of Credit Risk". A statement from the Director of Banking accompanied the paper, advising that the Commission endorses the principles contained in the paper and that banks are expected to take account of them. The extent to which banks have followed the Principles is reviewed when the Division carries out on-site credit reviews to banks. In addition, the Division enhanced its existing guidance on the requirements for reporting large exposures.

The Division's annual trading book survey was undertaken to determine to what extent banks in Guernsey were engaged in proprietary trading. There is little own-account trading in banks in the Bailiwick and there was no material increase in such business compared with previous years.

With reference to know your customer/anti-money laundering standards, the Division began its second cycle of visits to banks and is continuing to feed back best practice advice to banks, using experience learnt from the first cycle. One of the Division's observations from the first cycle of visits is that the introduced business regime was not effective. In this regard, the Commission issued a Statement on Introduced Business in December 2003 (see page 36). Twenty-six anti-money laundering on-site visits were carried out in 2003 (the same number as in 2002). In addition, the Banking Division conducted know your customer/anti-money laundering on-site reviews to a bureau de change and a non-bank specialist lending firm in the Bailiwick.

As well as these anti-money laundering reviews, the Division continued with its programme of on-site credit reviews, which began in 2002. During the year, 10 credit reviews were carried out compared with five in 2002. These reviews were targeted towards those banks with significant loan books or whose loan books were a material proportion of their overall assets. The main finding from the reviews is that banks do not always explicitly record the risks associated with loan proposals to credit committees although in many cases the risks were recognised implicitly.

The programme of prudential supervisory visits to banks continued in 2003. During the year 65 formal prudential meetings were held with bank managements (68 in 2002). This included a prudential meeting with a branch of a Guernsey bank operating in Jersey and a prudential meeting held with Guernsey and head office representatives at the bank's head office outside the Bailiwick. In addition, there were 154 ad hoc meetings held with banks to discuss various matters such as strategy, changes in personnel, corporate

restructuring, bank and Commission policy, restructurings, mergers and acquisitions.

## International developments

In November 2003 the IMF issued its report on its assessment of the supervision and regulation of the financial sector for Guernsey. The Commission was assessed by the IMF against the Basel Committee's Core Principles for Effective Banking Supervision. The report stated that the Commission has a high level of compliance with the Core Principles. This assessment compares favourably with Guernsey's peers and with large established countries.

The Director and Deputy Director attended the annual meeting of the OGBS in July 2003. This was hosted by the Bank of Mauritius and, as always, proved to be a vital forum for sharing ideas and views with other banking supervisors, together with representatives from the Basel Committee, the IMF and FATF. The conference was preceded by a course for banking supervisors on the Basel II Capital Accord proposals presented by the Financial Stability Institute.

The Director of Banking continued to attend meetings of the Working Group on Cross Border Banking. One of those meetings was hosted by the Commission in Guernsey. The Group includes members selected from the G10 countries and the OGBS, along with representatives from the Basel Committee. Part of the work of the Group in 2003 was to issue a letter in December to bank supervisors clarifying some perceived potential inconsistencies between the anti-money laundering standards laid out in the Basel Committee's paper "Customer Due Diligence for Banks" and FATF's revised Forty Recommendations. In particular, there had been some uncertainty over the treatment of introduced business. The letter issued to supervisors in December clarified this, enabling the Commission to issue its statement on introduced business to Guernsey banks and other financial institutions.

The Division carried out bilateral meetings in 2003 with the Swiss Federal Banking Commission

in November and the UK Financial Services Authority ("FSA") in December. Bilateral meetings also took place with the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. In June 2003 the Director spoke on the subject of know your customer at a seminar, hosted by the Commission and held in Guernsey, on international cooperation and the exchange of information.

Finally, staff of the Division undertook training on Basel II hosted by the FSA and the British Bankers' Association in the UK and by the Financial Stability Institute in Basel, Switzerland. Basel II training will continue into 2004 to prepare staff for the introduction of the new Capital Accord.



## FIDUCIARY SERVICES AND ENFORCEMENT

### The fiduciary sector

The Bailiwick's fiduciary sector continued to perform strongly in 2003 and the Fiduciary Services and Enforcement Division received 12 applications for new fiduciary businesses (seven applications for full fiduciary licences and five applications for personal fiduciary licences).

There was further consolidation in the sector, particularly in groups represented in more than one of the Crown Dependencies. At the year end, there were 151 full and 51 personal fiduciary licences in issue.

### Regulation and supervision

During the year the Division continued to make decisions in relation to licence applications made by businesses in existence when the regulatory legislation came into force on 1 April 2001. The Division finalised this process in August 2003, referring some applications to the Enlarged Assessment Committee.

The Enlarged Assessment Committee stage of the decision-making process, representing the stage at which the Commission executive makes a decision in cases where the Division is not satisfied with an application, was completed in October 2003 (except for cases in which the applicant had asked the Commission to delay making a decision pending resolution of outstanding issues).

In tandem with this work, the Division undertook the continuing supervision of the licensed fiduciary businesses. This involved making detailed on-site visits to 52 licensees during the year, as well as attending numerous meetings and discussions over conduct of business and prudential issues.

### Guernsey Financial Services Tribunal

The Guernsey Financial Services Tribunal was established by the Commission to hear challenges to the decisions of its executive. The Tribunal is chaired by Michael Blair QC, who was formerly General Counsel to the Board of the FSA and Chairman of the Investment Management Regulatory Organisation, the Securities and Futures Authority and the Personal Investment Authority. Membership of the Tribunal also includes two lay members, selected from a panel of individuals suitably experienced in finance business, in each case. It operates independently of the Commission and hears cases in public with evidence being taken from the Commission and the applicant or licensee challenging the Commission's decision.

During the year the Tribunal heard two cases relating to applications for fiduciary licences. In April it reviewed the application of Mr T G M de Garis for a personal fiduciary licence, where the Commission executive had not been prepared to exercise its delegated powers to grant a licence. In June and July the Tribunal heard the case of Castle Company Management LLC Ltd, where the Commission executive had decided not to grant a full fiduciary licence to the applicant.

In each case, the Tribunal's opinion endorsed the decision of the Commission executive and a licence was refused by the Commission. In the second case, the decision was subject to an appeal by the licence applicant to the Seneschal's Court in Sark. This was heard in January 2004 and judgement was given in the Commission's favour. There is a further right of appeal against this decision to the Royal Court of Guernsey.

### Liaison with the sector and internationally

The Director, Deputy Director and Assistant Director have met with the Guernsey Association of Trustees on a regular basis. The Director also made presentations to the Guernsey Society of Chartered and Certified Accountants, the Guernsey International Legal Association ("GILA") and the Institute of Directors ("IOD"), as well as speaking at a number of commercial seminars in Guernsey.

On an international level, the Director gave a presentation on trusts to an Egmont Group (the international association of financial intelligence units)

FIDUCIARY SERVICES AND ENFORCEMENT
CONTINUED

two-day workshop organised in Guernsey in February 2003 and spoke at the seminar on international cooperation and the exchange of information organised by the Commission in June 2003. He also addressed the Transcontinental Trusts Conference in London in June and the International Trusts Conference in London in December. The Deputy Director took part in the International Regulators Seminar organised by the FSA in December.

These events allow the Commission to inform other regulators and opinion-formers about the nature and standard of regulation in the Bailiwick, as well as giving an opportunity to keep abreast of developments in other jurisdictions.

### Coordination with other jurisdictions

The Director and Deputy Director maintained close contact with their counterparts in the Isle of Man and Jersey and, during the year, these meetings were expanded to include a representative of the Gibraltar Financial Services Commission. Such meetings took place in March and December, with frequent bilateral contact between meetings. Their close liaison and cooperation contribute significantly to the avoidance of regulatory arbitrage between the jurisdictions and to the effective supervision of groups operating in more than one jurisdiction.

### IMF report

Guernsey's regulation and supervision of the trust and corporate services industry were commended by the IMF in its report published in November 2003. The IMF confirmed that Guernsey's standards of regulation and supervision of trust and corporate service providers are fully consistent with the Statement of Best Practice for Trust and Company Service Providers issued by the OGBS in August 2002.

### Companies

Guernsey remains one of the very few jurisdictions in the world requiring full disclosure of ultimate beneficial ownership before a company can be incorporated. This information is disclosed to the Commission in confidence and is the subject of due diligence by it. During the year 1,099 companies were formed and 16,071 were on the register at the year end.

### Intelligence

The Division's regular contact with the Attorney General's Office, Guernsey Police, Customs and Excise and the FIS continues to be an important part of the mutual effort to deter and investigate the threat of financial crime and abuse of the local financial system. Formal meetings take place through The Bailiwick Financial Crime Committee, the Financial Crime Group and the Terrorist Finance Team. The Division is represented on all three bodies.

The Commission is also represented at the Financial Fraud Information Network in London. This gives an opportunity to learn about trends in fraud and assess any likely local impact. Specific cases are also discussed and intelligence exchanged amongst the members where gateways permit.

From the point of view of local issues, one of the subjects the Division has continued to deal with throughout the year has been websites for bogus banks on the internet falsely claiming to be licensed in Guernsey. The sites follow a similar pattern to those previously identified in 2002; it is believed that the bogus banks are being run by criminal gangs based in West Africa. Whenever such sites have been identified, public warnings have been issued by the Commission to advise potential depositors of the danger. The flurry of such bogus banks purporting to be licensed in Guernsey has tailed off.

The Division has also identified various permutations of a scam which is achieved by intercepting mail between banks and their clients in southern Africa. The clients are sent bogus forms, purporting to be from tax authorities or the bank's security department. The forms ask for the client's passwords, PIN numbers and other confidential information and direct that the form should be sent to

a fax number, belonging to a criminal. Once in receipt of the confidential details, the criminal is in a position to attack the bank account. Warnings have been issued to banks and posted on the Commission's website in order to expose this type of fraud and attempt to prevent clients from falling for the scam.

The nature of some of the cases handled has meant that there has been close liaison between the Division and the Police and the FIS. The crossover of interests and skills has been of great assistance in two cases where there was a suspicion of a breach of the Regulation of Fiduciaries Law. In these cases, notices and search warrants were issued under the law in order to gather information and evidence of the suspected breaches.

The powers available under the above law have also been used to expose a local connection to an international fraudster. This helped disrupt the overtures that were being made in an attempt to defraud a client of the local company. Valuable information was gathered and, through the gateways available to the Commission, shared with overseas regulators and law enforcement agencies with an interest in the same parties.

International sanctions relating to Al-Qa'ida, Iraq and Zimbabwe have been amended during the year. The Division continues to have responsibility for notifying the finance sector and providing guidance whenever queries arise on such sanctions.



INSURANCE

## Captives and protected cell companies

In the world's general insurance markets, 2003 saw a continuation of the rate-hardening seen during 2002. With the effects of events such as the Enron and WorldCom collapses, and the large terrorism losses of 2001 still being felt by all sizes and types of insurers and reinsurers, many traditional insurances became even harder to place during the year.

Historically, a time when insurance capacity is scarce and premiums are generally increasing is a time of growth for the captive insurance sector. This proved to be the case in 2003. Thirty-two captives, including 12 protected cell companies ("PCCs"), were licensed during the year (table 3). The balance between new captives and new PCCs is skewed by those existing captives choosing to convert into PCCs. There were five such conversions in 2003 – they are represented in the Division's statistics as both surrenders of captive licences and additional PCC licences. The popularity of the PCC concept proved to be as strong as ever, with companies from locations as diverse as South Africa, Switzerland and Guernsey itself opting to set up captive insurance vehicles in a PCC form.

During 2003, 31 licences were surrendered. This can be partly attributed to merger and acquisition activity at captive parent level but also, as the Guernsey captive market is fairly mature, some captives had fulfilled their purpose by 2003 and were no longer required. The continuation of the housekeeping exercise, started in 2002, to clarify the position of those licensees that had not written business for some time, also contributed to the number of surrenders.

Many of the captives licensed during 2003 were established to write professional insurance cover for parent companies, which were being forced by the retail markets to take increased deductibles on risks that had previously been considered to be virtually loss-free. Another trend saw foreign insurers increasing their interest in using captives as a method for increasing capital efficiency, while retaining risks in a well-regulated environment respected by their home supervisors. Figure 10 shows the captive and PCC ownership by parent company business type at

Table 3.   New licenses issued by the year end

| Type | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Captive | 12 | 19 | 18 | 30 | 20 |
| PCCs | 7 | 8 | 16 | 7 | 12 |
| Cells | 59 | 43 | 41 | 43 | 60 |
| Totals | 78 | 70 | 75 | 80 | 92 |

the end of the year.

A record number of 60 cells were approved in the year. These cells were used for a number of purposes, including fronting vehicles for international non-admitted policies, access to terrorism cover offered by Pool Re, the UK government-backed provider of terrorism cover, and the funding of increased deductibles on policies written by the traditional market.

A number of cell surrenders were processed during 2003: in addition cells of life assurance companies that only held a single policy were removed from the statistics.

As table 3 shows, 2003 witnessed a record number of licences issued during the year and a 15% increase on those issued during 2002. This continued the ongoing trend of increasing volumes of new business being introduced to the Island year-on-year.

The Commission supported the introduction of the Certificate in Captive Insurance Management by Glasgow Caledonian University, the Guernsey Training Agency Limited and the Guernsey Insurance Companies and Managers Association. The qualification is a world-

Figure 10. **Captive and PCC ownership by type of business at end 2003**



INSURANCE CONTINUED

first, and provides a certificate of competence to those professionals working in the captive area.

### International life insurance

Twenty-three international life assurance companies were licensed by the Commission at the end of 2003. These companies included four branch operations and five PCCs. One branch and one company surrendered their licences during 2003. These surrenders were a consequence of the branch transferring the insured risks to the parent company and the maturity of the fixed-term policies written by the life company.

The market for these assurers is mainly expatriates, generally residing in countries outside Europe, and citizens of countries where residents are able to use their foreign exchange allowance to invest outside their home jurisdiction. Their ownership includes companies in France, Italy, Luxembourg, the Nordic countries, South Africa and the UK.

During 2003, the Commission was also involved in approving administration outsourcing arrangements for two international life companies: one within Guernsey and the other to the United Kingdom.

### Domestic insurance business

There was little movement within the domestic market during 2003, with one new domestic insurer licence being issued and one being surrendered, maintaining the total number licensed, at the end of 2003, at 31. There was no change in the number of local mutuals, which remained at three.

All insurers with a physical presence in the Bailiwick are required to be licensed by the Commission. An insurer is deemed to have a physical presence if it acts through a resident agent, i.e. an authorised insurance representative or local office.

Those insurers writing Bailiwick risks without a physical presence in the Bailiwick, either writing business through an insurance intermediary or following an approach by a Guernsey resident, are categorised as recognised insurers and are not required to be licensed. The Commission relies on the home supervisors for supervision of these insurers.

### Insurance intermediaries

As at the end of 2003 there were 53 licensed insurance intermediaries, representing a net reduction of 10 over the period. There were eight new licences issued and 18 were surrendered. These surrenders were mainly due to consolidation within the sector. In addition, some intermediaries were unable to comply with the Commission's Code of Practice, introduced in November 2002, which requires that a physical presence be maintained in the Bailiwick.

Minimum qualifications were introduced, by the Commission, at the beginning of 2003 for those advisers offering advice on long-term insurance products. Included within the required qualifications is the Guernsey Insurance Certificate. The syllabus is available on the Commission's website at www.gfsc.gg

### Supervision and policy

2003 saw a bedding-in of the new insurance laws, the Insurance Business (Bailiwick of Guernsey) Law, 2002 and the Insurance Managers and Insurance Intermediaries (Bailiwick of Guernsey) Law, 2002 which were introduced in November 2002. The new laws have settled in well and the insurance industry proved to be well prepared for their introduction.

The Commission continues to regulate insurers using a risk-based approach. As well as meeting minimum solvency requirements, each insurer must ascertain that the available funds are sufficient to meet the estimated total annual aggregate net risk retention, together with expenses, calculated on a worst-case scenario. Any risk gap must be adequately covered. In doing this, account is taken of the nature of the class of business involved, the spread of risk available to the insurer, claims experience and risk profile of the insured. Reinsurance and retrocession protection must be of sufficient quality to minimise any probability of non-recovery.

The Insurance Division has regular contact and maintains good relationships with supervisors in other jurisdictions.

During 2003 the Insurance Division explained its methods of supervision at a number of events. These

included the AIRMIC conference in Manchester, the Risk and Insurance Management Society ("RIMS") conference in Chicago and the Federation of European Risk Management Associations ("FERMA") Forum in Rome. Representatives of the Division also attended the Global Life Insurance Forum in Bermuda and the Actuarial Society of South Africa Convention in Johannesburg.

The Insurance Division continued its programme of on-site visits throughout the year. These visits allow the Division to gain a detailed understanding of each licensee's business procedures, the day-to-day running of the licensee and the associated risks and exposures, whilst enhancing the working relationship between Commission staff and licensee staff. It also gives the licensee the opportunity to understand more fully the Commission's requirements and provides clarification of the reasons behind the requirements. The on-site visit revolves around interviews with members of the licensee's staff, verification of anti-money laundering procedures and the inspection of documents and records. During 2003 the premises of 15 insurance intermediaries, eight international life companies, including two in South Africa, and six insurance managers were visited as part of the programme.

A similar level of visits is scheduled for 2004. Where a licensee has already received a visit as part of the programme for its sector, its inspection in 2004 will be "themed", that is, it will concentrate on specific issues, processes or functions in order that the Commission might gain a deeper insight into particular aspects of the licensee's operation.

## International developments

The IMF's November 2003 report, following its evaluation of Guernsey's financial regulatory and criminal justice framework, stated that the Commission had a high level of compliance with the Insurance Core Principles of the IAIS.

Since the formation of the OGIS in 1993 and the establishment of the IAIS in 1994, the Commission has played a leading role in both organisations. The Director General sits on the Executive Committee of the IAIS and, together with the Director of Insurance, is an active member of a number of subcommittees, thus ensuring that the Commission is involved with setting policy for insurance supervision and protecting the interests of the international insurance sector. The Director General is an Executive Committee member of OGIS, representing the organisation in international matters. During the year the Insurance Division was active in OGIS meetings and drafted four technical papers. The Director of Insurance attends meetings of the IAIS, thus ensuring that the Commission is up-to-date with current thinking on international regulatory issues.

In connection with these supervisory associations it is appropriate to mention the retirement at the end of October of Steve Butterworth as Director of Insurance. Steve headed insurance regulation in Guernsey for 17 years, first in the Commercial Relations Department of the Committee, and then with the Commission from its commencement in 1988. Steve contributed greatly to the development and reputation of Guernsey as an insurance centre, not least by his involvement as a founder member of the above-mentioned associations.

The Director of Insurance and the Deputy Director regularly meet with industry associations and other representative bodies to ensure that the Commission is aware of insurance market conditions. The Director of Insurance and members of the Insurance Division made presentations on several occasions on insurance regulatory topics at conferences and seminars, both in Guernsey and overseas. This included the presentation, by the Director, of a paper on insurer fraud at the seminar on international cooperation and the exchange of information, hosted by the Commission in June 2003. The Division's Actuary and Assistant Actuary met the South African Financial Services Board in Pretoria to discuss the regulation of Guernsey branches of South African life assurance companies.



## INVESTMENT BUSINESS

### Market sentiment

In last year's report, it was noted that markets remained subdued at the end of 2002 but that the apparent stability at lower levels appeared to have stimulated a flow of new fund business applications. Dull market conditions persisted throughout the first half of 2003, but sentiment improved as fears of deep recession and outright depression began to recede. Low levels of interest rates, combined with improving sentiment, supported equity markets and during the second half of the year there was a noticeable firming of equity values.

That improvement in asset values supported the increased flow of new business applications which first became apparent in the final quarter of 2002. In order to meet industry expectations on the level of service in processing these higher business flows additional staff resources were transferred to the applications team and the team's operations were restructured into two groups. One group deals with promoters/sponsors new to the Bailiwick and the other deals with firms already well known to the Commission. For those latter firms, a "fast track" process was developed allowing a significant reduction in turnaround times. In the latter part of 2003, where documentation was submitted to the Commission in good order, response times of 72 hours or less were regularly being achieved.

The extent of the pressure on the applications team may be seen in the flow of new funds authorised during the year. In the open-ended sector, 26 new open-ended funds were authorised during 2003, compared with 17 during 2002 and a total of 108 new spokes of umbrella funds and/or cells of PCCs were established compared with 75 in 2002 (table 4). The value of protected cell and umbrella structures in allowing simple extensions to fund ranges, without repeating all the complexities of setting up a new corporate vehicle, was evidenced by these very strong growth figures. This is a trend which the Division expects to continue in the foreseeable future. The total value of open-ended funds increased by nearly 40%

Table 4. **New collective investment fund business at the year end**

|  | 2002 | 2003 |
|---|---|---|
| Open-ended funds – authorised | 17 | 26 |
| Open-ended funds – new classes approved | 75 | 108 |
| Closed-ended funds – approved | 36 | 33 |

Table 5. **Open-ended funds at the year end**

|  | 2002 | 2003 | % change |
|---|---|---|---|
| Number of funds | 210 | 208 | −1 |
| Number of investment pools | 619 | 792 | +27.9 |
| Value of assets (£bns) | 15.86 | 22.19 | +39.9 |
| Net new investment over year (£mns) | 1,794 | 5,731 | +219.4 |
| Number of registered shareholders (000's) | 129.6 | 117.5 | −9.3 |
| Stock exchange listed | 59 | 57 | −3.4 |

Guernsey authorised open-ended funds are funds in which shares/units are offered for sale throughout their life and which investors are entitled to redeem on demand subject to any applicable notice period. A list of authorised schemes appears in Appendix 8.

Figure 11. **Open-ended funds: geographical distribution of investments at end 2003**
*Country*



Figure 12. **Open-ended funds: analysis by type of investment pool at end 2003**
*Number of schemes*



during the year, from £15.9 billion to £22.2 billion (table 5). In the late 1990s closed-ended funds had overtaken open-ended funds in value terms. However, the revival of interest in open-ended structures noted towards the end of 2002 was strongly evidenced in 2003, when, by 30 September, the value of open-ended structures exceeded those of closed-ended structures. Figures 11 to 13 show the geographical spread and types of investments in open-ended funds,

INVESTMENT BUSINESS CONTINUED

Figure 13. **Nationality of sponsors/joint sponsors of Guernsey open-ended funds at end 2003**

*Number*

| | |
|---|---|
| United Kingdom | 75 |
| Switzerland | 47 |
| Guernsey | 31 |
| United States | 13 |
| South Africa | 8 |
| Canada | 6 |
| France | 6 |
| Australia | 5 |
| Kuwait | 5 |
| Jordan | 2 |
| Luxembourg | 2 |
| Abu Dhabi | 1 |
| Bahamas | 1 |
| Belgium | 1 |
| Bermuda | 1 |
| British Virgin Islands | 1 |
| Denmark | 1 |
| Egypt | 1 |
| Germany | 1 |
| Hong Kong | 1 |
| India | 1 |
| Israel | 1 |
| Japan | 1 |
| Norway | 1 |
| Saudi Arabia | 1 |
| South Korea | 1 |
| Spain | 1 |
| Turkey | 1 |

Table 6. **Closed-ended funds at the year end**

| | 2002 | 2003 | % change |
|---|---|---|---|
| Number of funds | 319 | 280 | −12.2 |
| Value of assets (£bns) | 17.11 | 19.58 | +14.4 |
| Number of registered shareholders (000's) | 39,307 | 47,396 | +20.6 |
| Stock exchange listed | 75 | 66 | −12 |

Guernsey approved closed-ended funds normally have a fixed capital issued once and for all and investors have no absolute entitlement to redeem their shares/units.

Figure 14. **Closed-ended funds: geographical distribution of investments at end 2003**

*Percentage*

| | |
|---|---|
| Europe | 28% |
| United Kingdom | 27% |
| Global | 16% |
| North America | 10% |
| Asia | 7% |
| Eastern Europe | 3% |
| Latin America | 1% |
| Other | 8% |

together with the nationality of sponsors of such funds at the end of 2003.

The closed-ended sector also experienced growth. The value of closed-ended funds increased from £17.1 billion at the end of 2002 to £19.6 billion at the end of 2003, an increase of 14%. A total of 33 new funds were authorised compared with 36 in 2002 (table 4). The Commission had signalled its intention, not least in last year's annual report, to introduce consent fees and annual fees for closed-end funds, since the consent process was very much a parallel to that of the authorisation process for open-ended vehicles, and consumed similar if not identical resources. The fees regulations came into force on 1 August 2003. As a result, a number of closed-end vehicles which had received consent but had either never commenced business owing to failure to meet initial launch targets, or else had not raised sufficient funds to be economically viable, decided to close down. This was reflected in a fall in the number of closed-end funds consents in force at the end of the year: this fell from a peak of 324 at 31 March 2003 to 280 by 31 December (table 6). The removal of these dormant vehicles from the statistics appears to have had little effect on the value of funds, which showed the respectable growth noted above. Figures 14 and 15 show the geographical distribution of investments and nationality of sponsors of closed-ended funds at the end of 2003. Figures 16 and 17 indicate the trend over time in the number of open and closed-ended funds managed in Guernsey and the assets under management.

The number of open-ended non-Guernsey schemes permitted to be serviced from the Bailiwick increased very strongly over the year from 143 at the end of December 2002 to 174 at the end of December 2003. The value of funds under management administration or custody in the Bailiwick increased from £8.4 billion at the beginning of the year to £14.6 billion at the end of the year, an increase of some 74% (table 7). The net number of institutions licensed under the Protection of Investors Law remained at 428 at the end of the year (figure 18).

## Supervision and policy

During the course of 2003, the Division completed its review of the IMF assessment visit, which found a high level of compliance with IOSCO Principles. The existing legal framework provided a solid foundation for the IMF's conclusions. During the course of 2003, amendments to the Commission Law specifically permitting the obtaining of information on behalf of foreign regulators, strengthening the Protection of Investors Law by making market abuse a criminal offence and enhancing the Commission's powers to scrutinise directors and controllers of licensed investment businesses, further ensured that the regulatory regime was consistent with international expectations.

During 2004, the Division intends to follow up a number of issues raised in the IMF inspection. It will work towards the integration of the existing Designated Persons and Licensees (Financial Resources, Notifications, Conduct of Business and Compliance) Rules and strengthen solvency requirements. In consultation with the investment industry, the Commission will also consider whether it should recommend amendment of the Protection of Investors Law to provide a better framework for limiting unregulated and unsolicited approaches to Bailiwick residents; to strengthen the Commission's powers of intervention where it appears that a financial services business could fail and that investors might suffer as a consequence; and to utilise the existing exemption powers in the Protection of Investors Law to exclude purely inter-professional communication from the restrictive provisions of the Law.

As mentioned earlier, the applications process has been reorganised and streamlined. As in 2002, training sessions were organised for the main professional firms involved in fund applications in order to improve their understanding of the Commission's expectations and process.

The Commission also completed the process of



Figure 15. **Nationality of sponsors/joint sponsors of Guernsey closed-ended funds at end 2003**

*Number*

| | |
|---|---|
| United Kingdom | 157 |
| United States | 32 |
| Guernsey | 22 |
| Switzerland | 16 |
| Kuwait | 10 |
| Germany | 9 |
| France | 8 |
| Sweden | 6 |
| Italy | 5 |
| Netherlands | 5 |
| Finland | 4 |
| Greece | 4 |
| Australia | 3 |
| Austria | 3 |
| Denmark | 3 |
| Japan | 3 |
| Singapore | 3 |
| Spain | 3 |
| Luxembourg | 2 |
| South Africa | 2 |
| Belgium | 1 |
| Bermuda | 1 |
| Egypt | 1 |
| Hungary | 1 |
| Oman | 1 |
| Portugal | 1 |
| Taiwan | 1 |
| Turkey | 1 |

Note: Some funds may have more than one sponsor

Figure 16. **Total funds authorised and approved at the year end**

*Number of funds*

| Year | |
|---|---|
| 1999 | ~412 |
| 2000 | ~477 |
| 2001 | ~513 |
| 2002 | ~513 |
| 2003 | ~480 |

public consultation on disclosure guidelines for closed-end investment funds by establishing the guidelines as formal policy. The purpose of establishing the policy was to enhance the understanding of promoters/sponsors of the Commission's expectations;

INVESTMENT BUSINESS CONTINUED

Figure 17. **Total funds under management at the year end**

*Net asset value of funds (£bns)*



Table 7.  **Non-Guernsey schemes at the year end**

|  | 2002 | 2003 | % change |
|---|---|---|---|
| Number of funds | 143 | 174 | +21.7 |
| Value of assets (£mns) | 8,382 | 14,612 | +74.3 |
| Stock exchange listed | 20 | 36 | +80.0 |

These open-ended schemes incorporated/established in other jurisdictions are not Guernsey authorised/approved. However, Guernsey institutions licensed under the Protection of Investors (Bailiwick of Guernsey) Law, 1987 provide management/administration or custody services to such schemes with specific approval from the Commission.

Figure 18. **Number of institutions licensed under the Protection of Investors Law at the year end**

*Number of institutions*



in themselves the guidelines are not prescriptive, and the Commission does not expect promoters/sponsors to undertake disclosure obligations which would be irrelevant for the investment vehicle in question.

The significant growth in hedge fund business, and in particular funds of hedge funds, highlighted a number of technical issues where established rules and policy were not aligned with hedge fund market practice. The Division therefore launched a consultation process in mid-November on certain aspects of hedge fund business: the role of custodians and prime brokers; asset segregation; net asset value and price estimation; and implications for client money rules. A wide range of responses were received to that consultation, including submissions from major international investment banks. In mid-February 2004 the Commission issued a policy statement indicating that it would be prepared to make standard rule waivers available to facilitate certain aspects of current hedge fund practice, and is now working with the industry on the detailed implementation of that policy.

During 2003 a total of 27 monitoring and inspection visits were made, compared with 26 during 2002 and 21 during 2001. Of these, seven were to designated managers and three were to designated custodians (including one conducted jointly with the FSA). Twelve of the visits were to investment advisers and independent financial advisers, two were to administrators of closed-ended investment funds and two were to administrators of non-Guernsey investment schemes. These also included one follow-up visit following the imposition of formal conditions on the licensee. In addition to the inspection visit jointly conducted with the FSA, one visit was conducted jointly with the Fiduciary Services and Enforcement Division and one with the Banking Division.

As in earlier years, the central objective of inspection visits was to satisfy the Commission that licensees have an effective control environment demonstrably providing effective management of the risks inherent in the business. The use of restrictive conditions on investment business licences, where the Commission finds that a firm's arrangements are unsatisfactory, remains central to the process of ensuring that firms respond appropriately to the Commission's views. One such condition, which had been put in place at the end of 2002, remained in place during 2003. Three further firms were subject to restrictive conditions during 2003, and one of those conditions was later removed following satisfactory progress in addressing the Commission's concerns.

Finally, it was discovered in one case that the non-Guernsey director of a licensed asset management business had been concluding investment management contracts with clients without the knowledge of the board of directors as a whole, and without any of the relevant transactions appearing in the company's books and records. Although the company was able to work with its auditors to restate its accounts from 1999 onwards to ensure that this previously unrecognised activity was properly reflected, the Commission continued to have concerns over delay by the company's board of directors and its administrator in notifying the Commission of these issues. Once it was satisfied, therefore, that proper arrangements to accommodate the company's clients had been made, the Commission terminated the company's licence.

The Division's review of split capital investment trusts continued during 2003, as did similar enquiries in the UK and Jersey. Due to the extensive nature of the review it was necessary to establish a dedicated team within the Division to consider the various resulting issues. In addition a firm of UK accountants was appointed under the Protection of Investors Law to provide forensic analysis and support.

The Commission's enquiry focuses on the management and corporate governance of the trusts themselves and the suitability of advice and recommendations made to investors by Guernsey intermediaries.

This is a complex investigation, which it is hoped to complete during 2004. There is considerable overlap between this enquiry and those being conducted in the UK and Jersey. The Commission is seeking legal advice from the Attorney General's Office in respect of possible action against firms.

## International developments

Continuing development of relationships with regulators in other jurisdictions remains an important focus of the Division's work. Significant progress has been made on securing accession to the IOSCO multilateral MoU, and a bilateral MoU with the Commission des Opérations de Bourse in Paris was signed in June 2003. A formal MoU was also concluded with the FSA during the year. That MoU is to be further extended following the agreement reached with HM Treasury on Guernsey Class A funds, which culminated in those funds being formally designated by statutory instrument of the UK Parliament on 21 May 2003.

The Director of Investment Business represented the Commission at meetings of IOSCO's European Regional Committee and also at IOSCO's delayed annual meeting finally held in October. The Director also participated in a working party set up by the IOSCO European Regional Group whose paper on corporate governance issues was published in January 2004.

The Director of Investment Business spoke at the Commission's seminar on international cooperation and the exchange of information in June 2003, on the subject of the problems of information exchange and how to solve them.

In September, representatives of the Division attended the annual meeting of the Enlarged Contact Group of Collective Investment Scheme Supervisors. The Director of Investment Business once again represented Guernsey at the annual Globalisation of Mutual Funds Conference organised by the International Bar Association and the Investment Company Institute of America. The Director also represented the Commission at an international regulatory gathering hosted by the International Bank for Reconstruction and Development in Washington DC in December and at a regulatory conference on hedge funds organised by the Alternative Investment Management Association. Other senior staff attended a range of international seminars for both fund managers and regulators. In particular, they attended the regular seminars organised by the Securities and Exchange Commission in Washington DC and by the Toronto Centre in Canada.



# POLICY AND INTERNATIONAL AFFAIRS

## General

The Policy and International Affairs Division has day-to-day responsibility for the Commission's anti-money laundering and counter terrorist financing framework. It monitors international developments and has responsibility for the Guidance Notes on the Prevention of Money Laundering and Countering the Financing of Terrorism. In addition, the Division deals with major policy issues of the Commission such as changes to legislation and international affairs. Together with the Director General, it is the main link with the Attorney General's Office, the Policy Council and external bodies such as the IMF.

## *Prevention of economic crime and terrorist financing*

### IMF assessment

The IMF's November 2003 report on its evaluation of Guernsey's financial regulation and law enforcement standards found that Guernsey had a high level of compliance with FATF's Forty Recommendations and the Eight Special Recommendations on Terrorist Financing. The issuing by the Commission of a statement on introduced business dealt with the most significant recommendation raised by the IMF in connection with the Guidance Notes.

### Seminar on international cooperation and the exchange of information

The Commission marked its fifteenth anniversary in 2003 by sponsoring a seminar on international cooperation and the exchange of information. The seminar was aimed at regulators, financial intelligence officers, law enforcement officials, prosecutors and representatives of other authorities with an interest in financial services regulation and the prevention, detection, investigation and prosecution of economic crime.

The seminar was chaired by the Director General of the Commission and attended by over 100 delegates from Belgium, Canada, France, Gibraltar, Guernsey, Ireland, the Isle of Man, Jersey, Malaysia, the Netherlands, Sweden, Switzerland, the United Kingdom and the United States.

The seminar was wide-ranging and provided a variety of perspectives on the international effort to counter abuse of the financial system. The Commission was fortunate in attracting 12 pre-eminent experts from Ireland, the Isle of Man, Jersey, the United Kingdom and the United States to speak at the seminar. The speeches were wide-ranging and covered money laundering, financial regulation, knowing your customer, transnational securities activity, the regulation of trust and company service providers, insurer fraud, the freezing of assets, terrorist financing and how to solve problems of information exchange. The Deputy Director spoke at the seminar on the role of the regulator in countering money laundering and terrorist financing.

### Other international matters

In May the Deputy Director spoke at an IMF Roundtable in Washington DC on the IMF's programme of assessments of jurisdictions' financial regulation and criminal justice regimes. In addition, in August the Deputy Director was seconded to the IMF and participated as an anti-money laundering and counter terrorist financing assessor in an IMF evaluation of another jurisdiction.

### Crown Dependencies Anti-Money Laundering Group meetings

Two meetings were held in London during 2003, attended by representatives from the regulatory agencies, Police, Customs and Excise, financial intelligence units and the Attorneys General from the three Crown Dependencies. The Commission was represented by the Director General, the Director of Fiduciary Services and Enforcement and the Deputy

POLICY AND INTERNATIONAL AFFAIRS
CONTINUED

Director (Policy and International Affairs). These meetings coordinate the Crown Dependencies' anti-money laundering/anti-terrorism policies, discuss issues of common interest and provide a forum for the exchange of ideas and views.

## The Bailiwick Financial Crime Committee

This committee met once in 2003. It is a forum for closer coordination at a strategic level between the Attorney General's Office, the Commission, Police, Customs and Excise and the FIS, in the prevention, detection, investigation and prosecution of economic crime and the countering of terrorist financing. The Commission is represented by the Director General, the Director of Fiduciary Services and Enforcement, the Deputy Director (Policy and International Affairs), the Assistant Director (Enforcement) and a Senior Analyst from the Policy and International Affairs Division. The Deputy Director (Policy and International Affairs) acts as secretary to the committee.

The Financial Crime Group reports to the Bailiwick Financial Crime Committee and comprises executives of the Attorney General's Office, the Commission, Police, Customs and Excise and the FIS. Its objectives are to discuss particular cases of interest and provide practical assistance to interested parties. The group met once in 2003. The group established the Terrorist Finance Team in 2001 to coordinate action and responsibilities relating to terrorism matters. The team met five times in 2003.

## Proceeds of Crime Regulations and the Guidance Notes

Proposed amendments to the Criminal Justice (Proceeds of Crime) (Bailiwick of Guernsey) Regulations, 2002 and the Guidance Notes on the Prevention of Money Laundering and Countering the Financing of Terrorism were issued for consultation during July 2003. The majority of the proposals reflected enhancements to the Regulations and Guidance Notes recommended by the IMF.

The principal proposed changes to the Regulations included provisions on wire transfer procedures, the training of staff, the monitoring of complex and unusually large transactions and the electronic holding of records received in paper form. The proposed changes to the Guidance Notes included new sections on the risk profiling of customers, wire transfers and hold mail services.

Mindful of the undesirability of requiring financial institutions to amend their systems in both 2003 and 2004, the majority of the changes will be made in the second half of 2004, when the Regulations and Guidance Notes will be amended in order to comply with FATF's revised Forty Recommendations. However, the Commission considers it appropriate to make the revisions concerning the electronic holding of records in the near future.

In January 2004 the Commission issued a revision to Appendix C of the Guidance Notes, adding Austria and South Africa to the list of jurisdictions whose authorised financial services businesses may be treated as if they were local. At the same time the opportunity was taken to clarify that the standards on such jurisdictions specified in the Guidance Notes are minimum standards.

Following the issue by FATF of its revised Forty Recommendations, the Division began work to revise the Regulations and Guidance Notes. In this connection, representatives of the Division and the two other regulatory Commissions in the Crown Dependencies commenced a series of meetings in order to discuss compliance with the new Recommendations and to coordinate the main features of the Commissions' anti-money laundering frameworks. The Isle of Man Insurance and Pensions Authority have also been regularly consulted and updated on progress made.

## Introduced business statement

Following the issue of FATF's new Forty Recommendations, the Commission recognised that the finance sector required clarity on the implications of the various international standards applying to introduced business. Following consultation with the Joint Money Laundering Steering Group and the issue of a letter by the Basel Committee/OGBS Cross Border Working Group in December (see page 19) to banking supervisory bodies, the Commission issued a statement on introduced business, embodying the standards in FATF's Recommendations.

## Fighting crime and terrorism leaflet

An important initiative was the issue of a leaflet on fighting crime and terrorism. This leaflet was sponsored by the Association of Guernsey Banks, together with the States of Guernsey, the Commission and the FIS. The leaflet is distributed by financial institutions. The aim of the leaflet is to provide general information to the customers of banks and other financial institutions on why they are asked to provide proof of identity to those institutions and contains a commitment by banks that they will deal with their customers in a fair manner and with common sense.

## *International developments*

## Memoranda of understanding

Although the Commission does not require MoUs to be in place in order to cooperate fully with foreign regulators, increasingly such agreements are seen by the regulator as necessary evidence of commitment by a regulatory body to cooperate and exchange information. The Commission has, therefore, adopted a more active approach to signing MoUs with foreign regulatory bodies. The Division is the main contact with such bodies during the drafting process. In June 2003 the Director General, together with the Deputy Director (Policy and International Affairs), travelled to Paris to sign an MoU with the Commission des Opérations de Bourse. In July 2003 the Director General signed an MoU with the FSA in the United Kingdom and in January 2004 he signed an MoU with the Malta Financial Services Authority. The Division and the Investment Business Division have been working together to take forward the Commission's application to sign the IOSCO Multilateral MoU. The Division is also currently negotiating bilateral MoUs with a number of overseas regulatory bodies.

## International meetings

In addition to signing MoUs in Paris and London, the Director General met with regulators and law enforcement officials in a number of other jurisdictions. The purpose of these meetings was to enhance international understanding of Guernsey's standards and to share views on topical issues. Two meetings were held with the Committee of European Securities Regulators. Together with the Attorney General and the States Supervisor, the Director General visited the United States and met with representatives of the US Department of Justice, the Financial Crimes Enforcement Network ("FinCEN"), the World Bank, the IMF, the US Securities and Exchange Commission, the Law Library of Congress and the New York County District Attorney's Office. The Director General also participated in a number of meetings of the IAIS and OGIS. As usual, the Director General spoke at the Cambridge International Symposium on Economic Crime, on stability as a policy and enforcement objective.

## IMF survey

The Division provides statistics from Guernsey financial institutions to the IMF for its Coordinated Portfolio Investment Survey ("CPIS") on an annual basis. The Deputy Director is the CPIS statistician for the Bailiwick and is responsible for the compilation

POLICY AND INTERNATIONAL AFFAIRS
CONTINUED

of these statistics. In May 2003 he and a Senior Analyst from the Division attended a workshop for small economies with international finance centres, hosted by the IMF in Bermuda, where the data for 2001 were reviewed and issues arising from the collection of CPIS statistics were discussed. A follow-up workshop will be held in Guernsey in May 2004.

Each year, the Division asks institutions to provide cross-border investment statistics in respect of Guernsey banks, open-ended and closed-ended collective investment funds, insurers, insurance intermediaries/brokers and special purpose vehicles.

In 2002 information on cross-border investments was obtained from 151 institutions, representing 935 entities. Table 8 provides a summary of the results.

The total value of assets reported for Guernsey financial institutions as at 31 December 2002 was US$85.1 billion, which was an increase of US$17.6 billion over the assets reported in the 2001 survey. In addition to an increase in the quantity of reportable securities held, the weakening of the US dollar during 2002 had a significant impact on the results.

### Other developments

#### Guernsey Finance Sector Study

In the autumn of 2001 the Director General called upon the finance sector to join the Commission in discussing how the Island's limited resources can be used more effectively.

Institutions representing more than 80% of the employees in the finance sector submitted responses to the firm of consultants administering the survey carried out to inform that discussion.

The conclusions were published at a presentation made by the President of the Committee, the Director General, the Vice-Chairman of GIBA and a representative of the survey administrator in May 2003. The survey has provided a great deal of useful information. In particular, the results have made an important contribution to the Committee's consideration of tax policy and the Committee's, the Commission's and the Guernsey Training Agency Limited's policies on the coordination of training standards and courses for staff in the finance sector. The survey has also informed refinements to the Commission's investment regulatory policies and procedures. Progress on taking forward the results of the survey is routinely discussed at the monthly meetings of FIPAG.

#### Ombudsman scheme

In early 2002 the Committee issued a consultation document proposing the establishment of a financial services ombudsman scheme. The document envisaged that the scheme would cover all business regulated by the Commission, together with a range of

Table 8. **IMF Coordinated Portfolio Investment Survey 2002**
Cross-border securities* owned by institutions in the Bailiwick of Guernsey at end 2002

| Sector | Equities | Short-term debt | Long-term debt | Total |
|---|---|---|---|---|
| | US$mns | US$mns | US$mns | US$mns |
| Banks | 670 | 12,186 | 25,525 | 38,381 |
| Domestic insurers | 2 | – | 40 | 42 |
| Life insurers | 1,164 | 169 | 1,122 | 2,455 |
| Insurance managers and captives | 1,157 | 4,270 | 2,818 | 8,245 |
| Insurance intermediaries | 68 | – | – | 68 |
| Open and closed-ended collective investment funds | 26,293 | 2,238 | 6,735 | 35,266 |
| Special purpose vehicles | – | – | 14 | 14 |
| States of Guernsey | 6 | 426 | 231 | 663 |
| Total | 29,360 | 19,289 | 36,485 | 85,134 |

*The IMF Coordinated Portfolio Investment Survey includes information on cross-border holdings of equities, short-term debt and long-term debt. It does not include other assets, such as cash, derivatives, Islamic investments or property.

other financial activities, including lending and pensions business and, potentially, consumer credit.

The Committee established a Financial Services Ombudsman Development Committee to assist it in the introduction of a scheme. The most significant practical issues arising from the consultation and discussion with the committee were funding for the scheme and a bias towards complainants when binding decisions were taken by the Ombudsman. In light of these issues, it is envisaged that the Policy Council will publish a further consultation paper in the spring of 2004, which will propose that the scheme will be administered by a separate department of, and will be funded by, the Commission. The Policy Council and the Commission consider that a scheme operated by an existing body will provide cost efficiencies. The other significant changes to the original proposals are likely to be that decisions should be binding on both the complainant and the institution and that the scheme should, in more difficult cases, be able to recover its costs from the institution.

## Company law

The Director of Fiduciary Services and Enforcement is Chairman of the Company Law Reform Committee (see Appendix 2), while the Deputy Director (Policy and International Affairs) is Secretary to the committee.

Changes to company law regained momentum in 2003. Following discussion with the Attorney General's Office, it has been agreed to promote an amendment law including detailed administration provisions, provisions for the electronic settlement of shares and an increase in the maximum disqualification period for directors from five to 15 years. A consultation document containing these provisions was issued by the Commission in March 2004. In addition, a timetable has been drawn up for the consolidation and updating of company law generally. A Green Paper will be issued as soon as possible, inviting comments from all interested parties.



# FINANCE AND OPERATIONS

## General

The Operations and Human Resources Division was renamed during 2003, following the appointment of Neville Roberts to the new role of Head of Finance and Operations. The Division is responsible for key support services to the Commission and is divided into four sections: finance, information and communication systems, human resources, and premises and general administration.

## Finance

The financial statements are shown on pages 45 to 51.

Fee income increased from 2002 as a result of fee level changes in 2003 and the increase in business activity across some of the business sectors.

This increase was more than covered by the expected rise in personnel costs and the continuing need for legal and professional expenditure including that related to the split capital investment trusts.

As a consequence of these higher costs, the Commission incurred a deficit of £200,288 for the year ended December 2003. The Commission remains committed to its long-term prudent policy to increase its reserves to a sum equivalent to six months' expenditure. This will enable absorption of unexpected or exceptional costs. However, the Commission is aware of the importance to the finance sector of managing its costs in a competitive environment and took account of this when setting the fee levels for 2004.

The Commission continues its close relationship with the Guernsey Training Agency Limited. It contributed 50% of the Agency's budgeted net operating expenditure in 2003 and has committed to do so again in 2004.

## Fee legislation

Revised fee regulations came into effect on 1 January 2004. The following regulations apply to fees payable by the finance sector in Guernsey:

The Financial Services Commission (Fees) Regulations, 2003

The Protected Cell Companies (Fees for Insurers) Regulations, 2003

The Regulation of Fiduciaries (Fees) Regulations, 2003

The Migration of Companies (Fees) (Amendment) Regulations, 1999

The Amalgamation of Companies (Fees) Regulations, 2000

Copies of the fees regulations and a summary of the fees payable are available on the Commission's website at www.gfsc.gg

## Information systems

Several major information system projects have been scheduled for investigation or implementation in 2004. These include the enhancement of the Commission's central regulatory database and the automatic production of fee invoices to all licensees.

The website is currently being redesigned to make it more effective in providing information about the work of the Commission and will be relaunched before the end of 2004. The Commission will continue to make ever-greater use of the website for the provision of documents which have previously only been available in hard copy.

## Human resources

At the end of March 2004, the Commission employed 90 staff, as well as three long-term contract employees. In addition, the Guernsey Training Agency Limited had 12 staff seconded to it by the Commission. The Agency employs its Chief Executive directly.

2003 saw a number of staff changes. These included the retirement of Steve Butterworth, Director of Insurance, and the recruitment of his replacement, Alan Fleming. Other additions were the recruitment of a Head of Finance and Operations and an Assistant Director in the Investment Business Division. These additions were complemented by three staff

FINANCE AND OPERATIONS CONTINUED

promotions to Assistant Director in the Fiduciary Services and Enforcement, Insurance and Investment Business Divisions.

One of the Insurance Division's Senior Analysts has also been seconded for a year to the IAIS in Basel, Switzerland.

The Commission is keen to support its employees with their continuing professional education and it is noteworthy that 47 staff have attained relevant professional qualifications, with a further 17 currently undertaking professional studies.

In recent years the Commission has devoted increasing effort to developing and training its staff, and meeting best practice in this area.

## Commissioners

In January 2004, the States re-elected John Hallam as a Commissioner for a three-year period from 2 February 2004 and as Chairman of the Commission for one year with effect from the same date. Advocate Nigel Carey gave notice that he wished to resign as a Commissioner with effect from 1 August 2004. As a result of this, Advocate Peter Harwood was elected by the States for a term of office from 1 August 2004 until 1 February 2006.

## Premises

The premises at La Plaiderie Chambers reached full capacity at the end of 2002. The Commission has therefore acquired a limited amount of additional space in Le Marchant House, close to La Plaiderie Chambers. The Finance and Operations Division relocated to the new premises in March 2003.

## INDEPENDENT AUDITORS' REPORT TO THE COMMISSIONERS OF THE GUERNSEY FINANCIAL SERVICES COMMISSION

We have audited the financial statements, which comprise the income and expenditure account, the balance sheet, the cash flow statement and the related notes.

### Statement of Commissioners' responsibilities

The Commissioners are required by The Financial Services Commission (Bailiwick of Guernsey) Law, 1987 as amended to prepare financial statements for each accounting period which give a true and fair view of the state of affairs of the Commission and of the income and expenditure of the Commission for the period. In preparing these financial statements, the Commissioners are required to:

- Select suitable accounting policies and then apply them consistently;

- Make judgements and estimates that are reasonable and prudent;

- State whether applicable accounting standards have been followed subject to any material departures disclosed and explained in the financial statements; and

- Prepare the financial statements on the going concern basis unless it is inappropriate to presume that the Commission will continue to operate.

The Commissioners are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the Commission and to enable them to ensure that the financial statements have been prepared in accordance with The Financial Services Commission (Bailiwick of Guernsey) Law, 1987 as amended and United Kingdom accounting standards. They are also responsible for safeguarding the assets of the Commission and hence for taking reasonable steps for the prevention and detection of fraud, error and non-compliance with law or regulations.

### Respective responsibilities of the Commissioners and auditors

The Commissioners are responsible for preparing the Annual Report. This includes responsibility for preparing the financial statements in accordance with applicable Guernsey law and United Kingdom accounting standards.

Our responsibility is to audit the financial statements in accordance with relevant legal and regulatory requirements and United Kingdom Auditing Standards issued by the Auditing Practices Board. This report, including the opinion, has been prepared for, and only for, the Commissioners as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

We report to you our opinion as to whether the financial statements give a true and fair view and have been properly prepared in accordance with The Financial Services Commission (Bailiwick of Guernsey) Law, 1987 as amended. We also report to you if the Commissioners have not kept proper accounting records, or if we have not received all the information and explanations we require for our audit.

We read the other information as described in the contents section of this Annual Report and consider the implications for our report if we become aware of any apparent misstatements or material inconsistencies with the financial statements. Our responsibilities do not extend to any other information.

### Basis of audit opinion

We conducted our audit in accordance with Auditing Standards issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgements made by the Commissioners in the preparation of the financial statements, and of whether the accounting policies are

## INDEPENDENT AUDITORS' REPORT TO THE COMMISSIONERS OF THE GUERNSEY FINANCIAL SERVICES COMMISSION CONTINUED

appropriate to the Commission's circumstances, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

### Opinion

In our opinion the financial statements give a true and fair view of the state of the Commission's affairs at 31 December 2003 and of its income and expenditure and cash flows for the year then ended in accordance with United Kingdom accounting standards and have been properly prepared in accordance with The Financial Services Commission (Bailiwick of Guernsey) Law, 1987 as amended.

PricewaterhouseCoopers
Chartered Accountants
Guernsey, Channel Islands
10 May 2004

The maintenance and integrity of the Commission's website is the responsibility of the Commissioners; the work carried out by the auditors does not involve consideration of these matters and, accordingly, the auditors accept no responsibility for any changes that may have occurred to the financial statements since they were initially presented on the website. Legislation in Guernsey governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.

# INCOME AND EXPENDITURE ACCOUNT

for the year ended 31 December 2003

| | Note | 2003 | 2002 |
|---|---|---|---|
| | | £ | £ |
| **Income** | 2 | | |
| Fees receivable | | **6,191,175** | 5,385,766 |
| Income derived from the States of Guernsey: | | | |
| Interest on deposits with States Treasury | | **103,137** | 114,640 |
| Administration of Control of Borrowing legislation | | **100,000** | 100,000 |
| Development grant | | **200,000** | 200,000 |
| Other income, including bank interest | | **15,534** | 4,645 |
| | | **6,609,846** | 5,805,051 |
| **Expenses** | | | |
| Salaries, pension contributions, staff recruitment and training | | **4,402,697** | 3,366,559 |
| Legal and professional fees | | **476,243** | 526,249 |
| Premises and equipment, including depreciation | 4,9 | **727,987** | 660,027 |
| Insurance | | **15,567** | 13,326 |
| Commissioners' fees | | **73,584** | 20,000 |
| Auditors' remuneration | | **4,650** | 4,500 |
| Development expenses | | **505,985** | 396,348 |
| Other operating expenses | | **238,421** | 182,399 |
| Commission's contribution to expenses of Guernsey Training Agency Limited | 8 | **365,000** | 295,397 |
| | | **6,810,134** | 5,464,805 |
| **(Deficit)/surplus of income over expenditure** | 2 | **(200,288)** | 340,246 |
| Balance brought forward | | **1,720,702** | 1,380,456 |
| **Balance carried forward** | | **£ 1,520,414** | £ 1,720,702 |

# STATEMENT OF TOTAL RECOGNISED GAINS AND LOSSES

There were no recognised gains or losses other than the deficit of income over expenditure for the financial year.

There is no difference between the deficit for the financial year as stated above and its historical cost equivalent.

The notes on pages 48 to 51 form an integral part of these financial statements.

## BALANCE SHEET
as at 31 December 2003

|  | Note | **2003** | 2002 |
|---|---|---|---|
|  |  | **£** | £ |
| **Fixed assets** |  |  |  |
| Tangible assets | 4 | **412,350** | 323,177 |
|  |  |  |  |
| **Current assets** |  |  |  |
| Debtors | 5 | **194,551** | 60,215 |
| Balances with States Treasury |  | **1,965,123** | 2,011,986 |
| Cash at bank and in hand |  | **190,994** | 359,096 |
|  |  | **2,350,668** | 2,431,297 |
| **Creditors - amounts falling due within one year** | 6 | **(1,242,604)** | (1,033,772) |
| **Net current assets** |  | **1,108,064** | 1,397,525 |
| **Total assets less current liabilities** |  | **£ 1,520,414** | £ 1,720,702 |
| **Represented by:-** |  |  |  |
| **Income and expenditure account** |  | **£ 1,520,414** | £ 1,720,702 |

The financial statements on pages 45 to 51 were approved by the Commissioners and signed on their behalf
on 4 May 2004 by:

| J E Hallam | L W Priestley | P J Neville |
|---|---|---|
| *Chairman* | *Vice-Chairman* | *Director General* |

The notes on pages 48 to 51 form an integral part of these financial statements.

# CASH FLOW STATEMENT
for the year ended 31 December 2003

| | Note | 2003 | 2002 |
|---|---|---|---|
| | | **£** | £ |
| **Reconciliation of (deficit)/surplus of income over expenditure to net cash (outflow)/inflow from operating activities** | | | |
| (Deficit)/surplus of income over expenditure | | **(200,288)** | 340,246 |
| Depreciation on tangible fixed assets | 4 | **197,166** | 167,357 |
| Loss on disposal of fixed assets | | **–** | 26,607 |
| Interest receivable | | **(118,671)** | (119,285) |
| (Decrease)/increase in operating debtors | | **(134,336)** | 83,025 |
| Increase/(decrease) in operating creditors | | **208,832** | 363,777 |
| Net cash (outflow)/inflow from operating activities | | **£(47,297)** | £ 861,727 |
| | | | |
| **Cash flow statement** | | | |
| Net cash (outflow)/inflow from operating activities | | **(47,297)** | 861,727 |
| Returns on investments and servicing of finance | 12 | **118,671** | 119,285 |
| Capital expenditure and financial investment | 12 | **(286,339)** | 3,413 |
| (Decrease)/increase in cash in the year | | **£(214,965)** | £ 984,425 |
| | | | |
| **Reconciliation of net cash flow to movements in net cash** | | | |
| (Decrease)/increase in cash in the year | | **(214,965)** | 984,425 |
| Net cash at 1 January 2003 | 13 | **2,371,082** | 1,386,657 |
| Net cash at 31 December 2003 | 13 | **£2,156,117** | £ 2,371,082 |

The notes on pages 48 to 51 form an integral part of these financial statements.

## NOTES TO THE FINANCIAL STATEMENTS

as at 31 December 2003

### 1.  Accounting policies

#### (a)  Convention

These financial statements have been prepared in accordance with the historical cost convention and under applicable accounting standards in the United Kingdom. The principal accounting policies which the Commissioners have adopted within that convention are set out below.

#### (b)  Fees receivable

Fees receivable are recorded when they fall due to the Commission and are recognised in the income and expenditure account on an accruals basis.

#### (c)  Interest

Bank and States Treasury deposit interest is accounted for on an accruals basis.

#### (d)  Tangible fixed assets and depreciation

Depreciation on tangible fixed assets is calculated to write down their cost to their estimated residual values over the period of their estimated useful economic lives at the following annual rates:-

| | |
|---|---|
| Leasehold improvements | over the shorter of the term of the lease and the estimated useful economic life of the assets |
| Office equipment and fittings | 25% straight-line |
| Computer equipment | 33 1/3% straight-line |

#### (e)  Foreign currency translation

Assets and liabilities denominated in currencies other than sterling have been translated into sterling at the rates of exchange ruling at the balance sheet date. Transactions during the year have been translated at the rates of exchange ruling at the date of the transaction.

#### (f)  Leases

Rental payments made in relation to office accommodation are treated as operating leases and are charged to the income and expenditure account on a straight-line basis over the lease term.

#### (g)  Pension costs

Pension costs for employees in the defined benefit scheme are recognised on a systematic basis so that the costs of providing retirement benefits to employees are evenly matched, so far as possible, to the service lives of the employees.

### 2.  Income and deficit of income over expenditure

Income and deficit of income over expenditure derive wholly from continuing activities.

### 3.  Taxation

The Commission is exempt from the provisions of the Income Tax (Guernsey) Law 1975 (as amended).

**4.   Tangible assets**

| | Leasehold Improvements | Office Equipment and Fittings | Computer Equipment | Total |
|---|---|---|---|---|
| | £ | £ | £ | £ |
| **Cost** | | | | |
| At 1 January 2003 | 48,567 | 551,880 | 362,729 | 963,176 |
| Additions | – | 121,125 | 165,214 | 286,339 |
| At 31 December 2003 | 48,567 | 673,005 | 527,943 | 1,249,515 |
| **Depreciation** | | | | |
| At 1 January 2003 | 14,466 | 389,985 | 235,548 | 639,999 |
| Charge for the year | 6,279 | 75,404 | 115,483 | 197,166 |
| At 31 December 2003 | 20,745 | 465,389 | 351,031 | 837,165 |
| Net book value at 31 December 2002 | £ 34,101 | £ 161,895 | £ 127,181 | £ 323,177 |
| Net book value at 31 December 2003 | £ 27,822 | £ 207,616 | £ 176,912 | £ 412,350 |

**5.   Debtors**

| | 2003 | 2002 |
|---|---|---|
| | **£** | £ |
| Fees receivable | **27,006** | 14,246 |
| Prepayments | **123,745** | 35,957 |
| Other debtors | **14,995** | 10,012 |
| Amount due from Guernsey Training Agency Limited | **28,805** | – |
| | **£ 194,551** | £ 60,215 |

**6.   Creditors – amounts falling due within one year**

| | 2003 | 2002 |
|---|---|---|
| | **£** | £ |
| General expense creditors | **472,189** | 417,210 |
| Accruals | **95,814** | 63,955 |
| Fees received in advance | **674,601** | 539,833 |
| Amount due to Guernsey Training Agency Limited | **–** | 12,774 |
| | **£ 1,242,604** | £ 1,033,772 |

NOTES TO THE FINANCIAL
STATEMENTS CONTINUED

7.    **Superannuation**

Employees of the Commission are eligible to be members of the States of Guernsey Public Servants' Pension Scheme. This is a defined benefit pension scheme funded by contributions from both the member and the employer. The employer contributions are determined on the basis of independent actuarial advice and are calculated to spread the expected cost of benefits payable to members over the period of those members' expected service lives.

|  | **2003** | 2002 |
|---|---|---|
| Charge for the year | **£ 251,177** | £ 170,982 |

As a result of the pension scheme being a multi-employer scheme, the Commissioners of the Guernsey Financial Services Commission are unable to identify the share of the assets and liabilities of the scheme that relate to the Commission. As such, in accordance with the requirements of Financial Reporting Standard No. 17 – Retirement Benefits, the pension scheme has been accounted for as if it were a defined contribution scheme.

Full details relating to the funding of the superannuation scheme are provided in the Superannuation Fund section of the accounts for the States of Guernsey. A summary of the main features is given below:

The assets of the scheme are held separately from other States assets. The fund is under the control of the States Advisory and Finance Committee, which has arranged for it to be invested by professional advisors in a wide range of stock exchange securities. The assets and liabilities of the scheme are separated between those relating to public servants (including employees of the Commission), those relating to teachers and those relating to States Members. The most recent actuarial valuation of the scheme was carried out as at 31 December 2001. This showed that the Public Servants' Pension Scheme was 116% funded for past service accrued benefits.

The pension costs relating to the scheme are assessed in accordance with the advice of qualified actuaries using the attained-age method of valuation. The assumptions which have the most significant effect on the results of the valuation are those relating to the rate of return on investments and the rates of increase in salaries and pensions. It was assumed that the investment return would be 6.65% per annum, that inflation would increase at a rate of 3.1% per annum, that the general rate of salaries would increase at the rate of 4.5% per annum and that pensions and deferred pensions would increase at the rate of 3.1% per annum. These are assumptions which are derived from market yields on fixed-interest and index-linked gilts at the valuation date.

In conjunction with that valuation the Advisory and Finance Committee instructed that an Actuarial Account should be established within the Public Servants' Pension Scheme for the Commission's members. The purpose of the Actuarial Account is to ensure there is no cross-subsidy between the contributions paid by the Commission on behalf of its members and the other employers within the Pension Scheme and vice versa.

Accordingly an Actuarial Account is to be established for the Commission with effect from 1 January 2004. The employer contributions are to be increased, on actuarial advice, to 10.4% of salaries from 1 January 2004. The employee contribution remains unchanged at 6%. The Actuarial Account is used solely for the purpose of determining the contributions payable to the Fund by the Commission. The claims of the Commission's pensioners and employees would continue to be made against the whole Fund and in the final resort against the States of Guernsey. The States of Guernsey, with the assistance of an independent firm of actuaries, is currently identifying the assets and liabilities of this separate Actuarial Account.

8. **Guernsey Training Agency Limited**

   Guernsey Training Agency Limited arranges training for the finance industry and for other industry sectors. The company's staff, excluding its Chief Executive, are employed by the Commission and permanently seconded to the company. The Commission provided a grant of £365,000 in 2003 to the company in order to meet 50% of its budgeted net operating expenditure, the same amount being provided by the States of Guernsey via the Board of Industry.

9. **Financial commitments**

   The Commission leases office accommodation at La Plaiderie Chambers and Le Marchant House. The lease for La Plaiderie Chambers expires on 25 March 2020 and the underlease for Le Marchant House on 10 December 2011. The rentals payable in 2004 under the terms of the leases amount to £285,697 (2003: £285,697).

10. **Contingent liability**

    As a consequence of fulfilling its regulatory responsibilities the Commission enters into legal actions from time to time, the costs of which may be significant. No provision has been made in the accounts for any future costs in respect of current legal actions because the nature, complexity and duration of such actions remain uncertain.

11. **Controlling party**

    In the opinion of the Commissioners there is no controlling party of the Commission, as defined by Financial Reporting Standard No. 8 – Related Party Disclosures, as no party has the ability to direct the financial and operating policies of the Commission with a view to gaining economic benefits from their direction.

12. **Notes to the cash flow statement**

| | 2003 £ | 2002 £ |
|---|---|---|
| **Returns on investments and servicing of finance** | | |
| Interest received | **118,671** | 119,285 |
| **Capital expenditure and financial investment** | | |
| Payments to acquire tangible fixed assets | **(286,339)** | (167,029) |
| Repayment of loan from the Guernsey Training Agency Limited | **–** | 170,442 |
| Net cash (outflow)/inflow from capital expenditure and financial investment | **£(286,339)** | £3,413 |

13. **Analysis of net cash**

| | At 1 January 2003 | Cash Flow | At 31 December 2003 |
|---|---|---|---|
| Balance with States Treasury | **2,011,986** | **(46,863)** | **1,965,123** |
| Cash at bank and in hand | **359,096** | **(168,102)** | **190,994** |
| | **£ 2,371,082** | **£ (214,965)** | **£ 2,156,117** |



# GUERNSEY TRAINING AGENCY LIMITED

## Structure

The Guernsey Training Agency Limited is owned by a charitable trust with the protectors of the trust being the Commission and the Policy Council.

## The trustees as at 31 December 2003 were as follows:-

| | |
|---|---|
| Stephen Jones | Appointed by the Guernsey International Business Association |
| Peter Morgan | Appointed by the States Board of Industry |
| Peter Neville | Appointed by the Commission |
| Deputy John Roper | Appointed by the States Education Council |

## The Board of Directors of the Agency as at 31 December 2003 was as follows:-

| | |
|---|---|
| Advocate Chris Bound | Collas Day |
| Keith Corbin (Chairman) | Nerine Trust Company Limited |
| Keith Dorrian | Management International (Guernsey) Limited |
| Dudley Jehan | NP Holdings Limited |
| David Leafe | Bank of Butterfield International (Guernsey) Limited |
| Nigel Lewis | States Board of Industry |
| Martyn Mann | Polar Instruments Limited |
| Ian Morris | Bacon & Woodrow |
| Mary Perkins | Specsavers Optical Group Limited |
| Deputy Kevin Prevel | States Board of Industry |
| Trevor Wakefield | States Education Council |

Peter Marchant resigned from the Board during 2003, after seven years of service to the Agency. The directors and staff are most grateful to Peter for his important contribution to the development and work of the Agency.

## General

The Training Agency formally changed its name to Guernsey Training Agency Limited during 2003.

The long-term objective of the Agency is to engender a training and development culture within all organisations throughout the Bailiwick, and procure and facilitate high-quality training and development programmes in all business sectors. This culture is expected to generate a highly qualified, knowledge-based workforce, enabling all organisations to compete within a global marketplace and to broaden the Bailiwick's skills base whilst adding value to all Bailiwick businesses. During 2003 the Agency once again proved to be successful in facilitating high-quality training and development initiatives for the Bailiwick workforce.

The Agency is currently funded on an equal basis by the States of Guernsey and the Commission.

At the end of 2003 the Agency had 887 registered students, who made 2,341 study visits to the centre. Over 320 training events took place, attracting over 4,400 delegates. Additionally, 194 examinations took place, during which 793

Table 9.   **Comparative training event/delegate numbers**

| Key statistics | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Registered number of students | 485 | 614 | 715 | 818 | 887 |
| Recorded number of study sessions | 3113 | 2423 | 2731 | 1971 | 2341 |
| Number of training events | 227 | 270 | 254 | 295 | 322 |
| Number of delegates attending | 2674 | 2221 | 2549 | 2811 | 4463 |
| Number of examination days | 39 | 50 | 53 | 69 | 92 |
| Number of examinations | 69 | 144 | 140 | 158 | 194 |
| Number of examination candidates | 579 | 602 | 599 | 686 | 793 |

GUERNSEY TRAINING AGENCY LIMITED
CONTINUED

candidates were examined on a range of award-bearing programmes (table 9).

In addition to the Finance Sector and Commercial Sector Advisory Groups, a further two advisory groups were established during 2003, one concentrating on information technology and the other examining the training and development needs of the retail sector. These four advisory groups act as channels of communication between the commercial and financial sectors and met regularly during 2003.

In order to ensure that the strategic relationship between the College of Further Education and the Agency is developed and sustained, a Senior Management Forum has been established. The members of the Forum are the Principal and Vice-Principal of the College of Further Education and the Chief Executive and Deputy Chief Executive of the Agency. The Forum meets monthly and a statement of intent has been written to define the working relationship between the two organisations.

The Agency moved into new administrative premises at the end of 2003. The acquisition of Richmond House resolves the Agency's long-standing need for a more spacious administrative centre. The release of space at the Nelson Place study centre will facilitate the provision of additional teaching and study space.

### Award-bearing programmes

Two new postgraduate programmes were launched in September 2003 – the MSc in e-Commerce (University of Plymouth) and the Master of Business Administration (University of Southampton). This is the first time a fully taught MBA has been offered on-island. The e-Commerce programme is techno-logically and academically demanding and required the establishment of a sophisticated computer laboratory capable of supporting complex software.

A third cohort of the two-year Postgraduate Diploma in Personnel Management through the University of Portsmouth commenced in September with 11 delegates.

The fourth cohort of the two-year MSc Corporate Governance/Grad ICSA entered its final year with 14 delegates. It is planned that a fifth programme will be offered in 2004.

The prestigious IOD Company Direction Programme commenced in October with 14 delegates; this is the fourth time the programme has been offered in Guernsey.

A close working relationship exists between the Guernsey Fund Managers Association ("GFMA"), the Securities Institute and the Agency in facilitating programmes for the investment sector. A full range of programmes has taken place to support participants studying for the Investment Advice Certificate and the Financial Planning Certificate. Two modules of the Securities Institute Diploma were offered during 2003.

Central Law Training once again delivered the Foundation and Diploma Programmes in Offshore Trust Management on behalf of the Society of Trust and Estate Practitioners ("STEP"). Seventeen students completed the Foundation Programme, with a further 26 students completing the Diploma Programme. Fifty-six students completed the Company and Practice Law Module of the Diploma Programme.

The International Compliance Association was established during 2002, offering diplomas in anti-money laundering and compliance. Twenty-three students undertook the Diploma in Compliance, five the Diploma in Anti-Money Laundering Reporting and Prevention and a further 26 successfully completed the new Certificate in Anti-Money Laundering Awareness Programme.

Forty students embarked on Chartered Institute of Marketing Programmes and it is particularly pleasing to note that a second cohort for the Postgraduate Diploma was achieved.

Eight delegates successfully completed the Certificate in Training Practice programme, leading to Associate Membership of the Chartered Institute of Personnel and Development.

## Short courses and conferences

A series of half-day workshops entitled Anti-Money Laundering Awareness for Administrative Staff were held in April and November. These were offered on a sector basis and tutored by MHA Consulting and the FIS and attracted 144 delegates. In conjunction with the GFMA, five workshops were organised on subjects relevant to the collective investment fund sector, including hedge funds, emerging markets and private equity funds. These workshops attracted 160 delegates. A one-day course, Introduction to the Financial Services Sector, was held in October for new recruits to the industry. Through the Agency, the FIS offered two afternoon workshops providing an update on their work to over 130 delegates. Over 40 lunchtime seminars and short courses for managers were held during 2003, with over 300 delegates.

## Investors in People

The Agency continues to manage the Investors in People project on behalf of the Commerce and Employment Department which, following changes to the structure of government in early May 2004, succeeded the Board of Industry. Some 14% of the working population work for an organisation that is either recognised or working towards recognition.

It is pleasing to note that five new organisations (including the Agency) achieved recognition in 2003.

## e-Business and information technology

A major new initiative during 2003 for the Agency was the development of strategic and tactical plans for e-business and information technology training.

In addition to the launch of the MSc in e-Commerce in September, a number of students in addition to the degree cohort attended the degree's modules on a short-course basis.

The first Information Systems Examinations Board ("ISEB") certificated course – IT Service Management – was held in September. Following its success, an ISEB Service Management Foundation Course was run in October.

The information technology and e-commerce lunchtime seminar series held a number of workshops including Operational Excellence in IT Management, IT Law for the 21 Century and Managing Internet Security. These workshops attracted over 100 delegates.

During 2003 the Agency has consolidated its relationship with the British Computer Society ("BCS") and is represented on the committee of the newly formed Guernsey sub-branch. The Agency will jointly badge BCS seminars in the future.

The newly formed IT Advisory Group will provide the direction for future events.

## Other initiatives

The Agency formally launched its own website in July 2003. Not only does this give an up-to-date picture of current activities, but it also showcases potential new initiatives. It is also planned to show the continuing professional development activities of professional bodies in Guernsey. The website address is www.guernseytrainingagency.com

The Chief Executive and Deputy Chief Executive arranged a series of visits to senior staff within the finance and commerce sectors to hear first-hand the training needs of organisations and to discuss the results of the Guernsey Finance Sector Study. The meetings have proven most valuable.

Following an initiative suggested by the Commission, a Back Office Training Module was designed by the Agency, the GFMA Education Subcommittee and the Financial Training Company for the Guernsey market. The course provides an introduction for new entrants to the collective investment fund management sector and also for new employees in the finance sector generally. After six months' practice by individuals, the course recommences and provides more in-depth knowledge. Some 35 delegates attended the first two sittings of this programme and it is anticipated that it will become a fixed part of the Guernsey finance sector's training framework.

The Guernsey Insurance Certificate, a new

## GUERNSEY TRAINING AGENCY LIMITED
CONTINUED

qualification reflecting the regulatory requirements of the Commission, was designed, tutored and examined during 2003. Fifty-six candidates sat the first two examinations. The Agency secured formal award-bearing status of the qualification from the Chartered Insurance Institute.

The Insurance Education Forum met for the first time in February. This joint initiative between the Commission, the Insurance Institute of Guernsey and the Agency is designed to act as a catalyst in providing strategic direction for the development of insurance education and training within the Bailiwick. The forum has met three times and significant progress has been realised in addressing the education and training needs of the sector.

In 2003 the Securities Institute embarked on a formal approval process for those training providers who prepare candidates for the Institute's qualifications. The assessment criteria are designed for academic institutions. However, following discussions with the directorate of the Institute, it was keen to undertake a formal evaluation of the Agency. Following a rigorous assessment the Institute created a special category for the Agency and awarded it formal accreditation.

During 2003 the Agency secured formal accreditation for the Captive Insurance Certificate with the Chartered Insurance Institute. The training programme, offered through Glasgow Caledonian University, attracted 18 students during 2003. The Agency would like to pay tribute to John Parkinson, who died in December, for his enormous contribution to the development of this award-bearing programme. It is pleasing to note that other jurisdictions such as Gibraltar and North America are now looking to use this programme within their own industries.

It is planned that a Graduate Diploma in Law will commence in September 2004. Discussions with the Guernsey Bar Council, GILA and the Attorney General's Office demonstrate strong support for the Agency to engage with the profession in the delivery of continuing professional development courses.

60    ANNUAL REPORT 2003
APPENDIX 1

FUNCTIONS AND STRUCTURE OF THE COMMISSION

The Financial Services Commission (Bailiwick of Guernsey) Law, 1987 as amended ("the Commission Law") established the Commission with both general and statutory functions. The general functions include the taking of "such steps as the Commission considers necessary or expedient for the development and effective supervision of finance business in the Bailiwick". The statutory functions include those under the following laws:-

the Banking Supervision (Bailiwick of Guernsey) Law, 1994 as amended:

the Protection of Investors (Bailiwick of Guernsey) Law, 1987 as amended:

the Regulation of Fiduciaries, Administration Businesses and Company Directors, etc. (Bailiwick of Guernsey) Law, 2000 as amended:

the Insurance Business (Bailiwick of Guernsey) Law, 2002;

the Insurance Managers and Insurance Intermediaries (Bailiwick of Guernsey) Law, 2002;

section 3 of the Road Traffic (Compulsory Third Party Insurance) (Guernsey) Laws, 1936 to 1989;

section 1 of the Surf-Riding Long Boards (Compulsory Third-Party Insurance) Law, 1969; and

section 1 of the Vessels and Speed Boats (Compulsory Third-Party Insurance, Mooring Charges and Removal of Boats) (Guernsey) Law, 1972.

Following a review of the machinery of government, in May 2003 the States approved proposals for the establishment of a new and more streamlined government structure. These proposals took effect from the beginning of May 2004. They included the creation of a new position of Chief Minister, heading a Policy Council, and a reduction in the number of committees/departments responsible for the day-to-day functions of government. The Policy Council is responsible for international financial matters and for establishing the policy framework for financial regulation, including the government's relationship with, and reporting lines for, the Commission. As part of these changes the Commission Law was amended to state that the Commission shall issue its audited financial statements and the two reports referred to later in this appendix to the Policy Council. References to the Advisory and Finance Committee in the laws administered by the Commission have been amended in favour of the Policy Council. The Policy Council is also responsible for the administration of the Control of Borrowing Ordinances. Individual officials of the Commission act for the Policy Council in matters requiring consent under the Ordinances.

The new Commerce and Employment Department, rather than the Policy Council, is responsible for overseeing company, trust and limited partnership law. Commission officials act for the Department in matters requiring action by the Commission under certain sections of the Companies (Guernsey) Law, 1994.

The Commission Law provides that the Commission shall consist of five members (Commissioners) elected by the States of Guernsey from persons nominated by the Policy Council and appearing to it to be persons having knowledge, qualifications or experience appropriate to the development and supervision of finance business in the Bailiwick. The Chairman is appointed from amongst the Commissioners and is elected by the States following nomination by the Policy Council. The Vice-Chairman is appointed by the Commissioners.

There were 14 meetings of the Commissioners in 2003. The attendance of the individual Commissioners at these meeting was as follows:- John Hallam – 13, Leslie Priestley – 13, Nigel Carey – 14, Mel Carvill – 12, David Mallett (appointed February 2003) – 13.

The Commission Law also makes provision for the appointment of such officers and servants as are necessary for carrying out the Commission's functions and for the most senior officer to have the title Director General.

The Commissioners have delegated certain of their statutory functions to the executive staff of the Commission. These statutory functions are exercised by the executives both jointly and severally. All statutory functions of the Commission may be delegated to the executives except:-

• the power of the Commissioners to delegate functions;

• the Commissioners' duty to make an annual report on the Commission's activities during the previous year to the Policy Council:

• any statutory functions which:-

(i) require the Commissioners to consider representations concerning a decision which they propose to take: or

(ii) empower the Commission to cancel, revoke, suspend or withdraw a licence, consent, registration, permission or authorisation (except where the cancellation, revocation, suspension or withdrawal is done with the consent of the person who is, or who is acting on behalf of, the holder of the licence, consent, registration, permission or authorisation): or

(iii) empower the Commission to petition for the winding-up of a body corporate.

The Commission must, as soon as possible in each year, make a report to the Policy Council on its activities during the preceding year. The Chief Minister shall, as soon as possible, submit that report for consideration by the States.

The Commission Law also provides that the Commission shall:-

(a) keep proper accounts and proper records in relation to those accounts; and

(b) prepare in respect of each year a statement of accounts giving a true and fair view of the state of affairs of the Commission;

and that the accounts of the Commission shall be:-

(a) audited by auditors appointed by the States; and

(b) laid before the States.

The Commission includes a copy of its audited financial statements in the annual report to the Policy Council referred to above.

By virtue of a change to the Commission Law in 2002, the Commission must review in each year, by the appointment of appropriately qualified and independent professional persons or otherwise:-

(a) the adequacy and application of the Commission's systems of internal control;

(b) the selection and application of the Commission's accounting policies and accounting procedures;

(c) the effective, efficient and economical management of the Commission's assets and resources; and

(d) the Commission's compliance with such generally accepted principles of good corporate governance as it is reasonable to regard as being applicable to the Commission.

The Commissioners are required to satisfy themselves in connection with the conclusions of each review and provide the Policy Council with a separate annual report on the matters covered by it. The report for 2003 has been provided to the Policy Council.

In light of these additional responsibilities, the Commission's Audit Committee was renamed the Audit and Risk Committee and its role extended to cover oversight of the management of risk. The committee comprises Leslie Priestley (who is the committee's Chairman), Mel Carvill and David Mallett. Meetings are usually attended by the Director General, the Head of Finance and Operations and the Deputy Director (Policy and International Affairs) (who is the committee's secretary). The committee met four times in 2003.

A rolling programme of assessment against international regulatory standards has also been put in place. Under this programme the Commission's Deputy Directors annually review the self-assessments and day-to-day activities of one of the regulatory Divisions against the standards of the appropriate international body. The Deputy Director of the Division responsible for complying with the international standards does not participate in the assessment.

Two firms of specialist external consultants were appointed during the year to assist with the reviews of the Commission's non-regulatory internal audit and corporate governance standards and to ensure that the Commission is up-to-date with current expectations in these areas. The Commission is satisfied that it meets these expectations. The internal audit function will continue to be undertaken by a third party during 2004.

A Financial Industry Policy Advisory Group ("FIPAG") has been formed as part of the machinery of government changes. This Group is chaired by the Chief Executive of the States of Guernsey and includes the Director General of the Commission, the Attorney General, the Chief Officer of the Commerce and Employment Department and representatives of the Guernsey International Business Association.

FIPAG's principal responsibilities include:-

• considering and advising on policy emanating from government;

• developing and recommending high-level government policy in respect of the financial services industry;

• initiating specific proposals for consideration by government;

• considering and advising on proposed regulatory changes emerging from the Commission;

• considering the impact of all non-financial legislation on the financial services industry;

• assisting with consultations on initiatives impacting on the finance sector, including those emanating from international organisations; and

• enabling Guernsey to keep up-to-date with developments in other jurisdictions.

ANNUAL REPORT 2003
APPENDIX 2

COMMITTEES AND WORKING PARTIES

The following advisory groups, committees and working parties have assisted the Commission and the Guernsey Training Agency Limited with their work. Only current outside members are listed.

### Closed-ended Fund Working Party
*After the completion of its work, the working party was wound up in 2003*

| | |
|---|---|
| Paul Bannier | Credit Suisse Fund Administration Limited |
| Adv. Nigel Carey | Carey Olsen |
| Adv. Peter Harwood | Ozannes |
| Connie Helyar | International Private Equity Services Limited |
| Chris Hill | Guernsey International Fund Managers Limited |
| John Le Prevost | Anson Fund Managers Limited |

### Company Law Reform Committee

| | |
|---|---|
| Adv. Ian Kirk | Guernsey Branch of the Institute of Directors |
| John Loveless | SG Hambros Trust Company (Guernsey) Limited |
| Adv. William Simpson | Guernsey Bar |
| Adv. Diana Thompson | Channel Islands Stock Exchange |
| Mark Thompson | Guernsey Society of Chartered and Certified Accountants |

### Guernsey Insurance Forum

| | |
|---|---|
| Vince Bray | Association of British Insurers |
| Sean Clancy | Loss Adjusters in Guernsey |
| Mark Colton | Channel Islands Actuarial Society |
| Paul Cutter | Guernsey Association of Pension Funds and Association of Guernsey Insurers |
| Mike Johns | Insurance Institute of Guernsey (Education Secretary) |
| Alex Lindsay | Association of Guernsey Insurance Brokers |
| Kevin Rye | Guernsey Insurance Company Managers Association |
| Chris Schofield | Association of Guernsey Insurance Brokers |
| Tamlyn Stone | Life Insurance Association |
| Paul Sykes | Insurance Institute of Guernsey |
| John Wills | Guernsey Association of Mutual Insurance Societies |

### Joint Money Laundering Steering Group

| | |
|---|---|
| Keith Corbin | Guernsey Association of Trustees |
| Mark de Garis | Financial Intelligence Service |
| Robin Fuller | Guernsey Fund Managers Association |
| Adv. Simon Howitt | Guernsey Bar |
| Steve Le Page | Guernsey Society of Chartered and Certified Accountants |
| Shane Le Prevost | Association of Guernsey Resident Stock Brokers |
| Robert Moore | Guernsey International Business Association and Association of Guernsey Banks |
| Julian Parker | Guernsey Association of Compliance Officers |

| | |
|---|---|
| Ian Robinson | International Life Offices |
| Kevin Rye | Guernsey Insurance Company Managers Association |
| Chris Schofield | Association of Guernsey Insurance Brokers |
| Peter Symes | Association of Guernsey Banks |
| Sue Thornhill | MHA Consulting |

### Training Agency Finance Sector Advisory Group

| | |
|---|---|
| John Clacy | Guernsey Association of Chartered and Certified Accountants |
| Jill Despres | International Bankers' Association |
| Keith Dorrian | Guernsey Fund Managers Association |
| Anne Ewing | Institute of Chartered Secretaries and Administrators |
| Ken Gibbs | Chartered Institute of Bankers/Institute of Financial Services |
| Shaun Lacey | Society of Trust and Estate Practitioners and the Securities Institute |
| Ian Robinson | Representative of the insurance sector |
| Trevor Wakefield | College of Further Education |

### Trust Law Review Committee

| | |
|---|---|
| Adv. David Allison | Rothschild Trust Guernsey Limited |
| Adv. Ian Kirk | Collas Day |
| Professor Paul Matthews | University of London |

*The Director General of the Commission and the Chief Executive of the Guernsey Training Agency Limited and their colleagues take this opportunity of acknowledging the contribution made by the members of these groups and of thanking them for their support and assistance.*

ANNUAL REPORT 2003
APPENDIX 3

THE BANKING SUPERVISION
(BAILIWICK OF GUERNSEY) LAW, 1994 –
LICENSEES

**63**

*Please refer to the Commission's website at www.gfsc.gg or contact the Banking Division for the up-to-date list of licensees.*

**Institutions holding a banking licence at 31 December 2003**

Adam & Company International Limited
Ahli United Bank (UK) PLC – Guernsey Branch
Alliance & Leicester Commercial Bank plc
Alliance & Leicester plc
Ansbacher (Channel Islands) Limited, Guernsey Branch
Baden-Württembergische Bank AG
Banca Monte dei Paschi (Channel Islands) Limited
Banco Santander Central Hispano (Guernsey) Limited
Bank Julius Baer & Co. Ltd, Guernsey Branch
Bank of Bermuda (Guernsey) Limited
Bank of Butterfield International (Guernsey) Limited
Bank of Cyprus (Channel Islands) Limited
Bank Sarasin (C.I.) Limited
Banque Cantonale Vaudoise, Guernsey Branch
Barclays Bank PLC
Barclays Private Clients International Limited, Guernsey Branch
Barings (Guernsey) Limited
BNP Paribas (Suisse) SA
Bristol & West International Limited
BSI (Channel Islands) Limited
C & G Channel Islands Limited
Cheshire Guernsey Limited
Clariden Bank (Guernsey) Limited
Close Bank Guernsey Limited
The Co-operative Bank p.l.c.
Credit Suisse First Boston, Guernsey Branch
Credit Suisse Guernsey Branch
Credit Suisse (Guernsey) Limited
D.A.H. Hambros Bank (Channel Islands) Limited
Deutsche Bank International Limited
EFG Eurobank Ergasias International (C.I.) Limited
EFG Private Bank (Channel Islands) Limited
EFG Private Bank SA (Guernsey Branch)
First Active Bank Channel Islands Limited
HSBC Bank International Limited
HSBC Bank plc
HSBC Republic Bank (Guernsey) Limited
HSBC Republic Private Bank (Suisse) SA
HSH Nordbank (Guernsey) Limited
Investec Bank (Channel Islands) Limited
Kleinwort Benson (Channel Islands) Limited, Guernsey Branch
Kleinwort Benson (Guernsey) Limited
Leopold Joseph & Sons (Guernsey) Limited
Lloyds TSB Bank (Guernsey) Limited
Lloyds TSB Offshore Private Banking (Guernsey) Limited
Lloyds TSB Offshore Treasury Limited, Guernsey Branch
MeesPierson (C.I.) Limited
Mellon Bank (Channel Islands) Limited
National Bank of Greece SA, Guernsey Branch
N M Rothschild & Sons (C.I.) Limited
Northern Rock (Guernsey) Limited

Portman Channel Islands Limited
RBSI Custody Bank Limited, Guernsey Branch
Rothschild Bank Switzerland (C.I.) Limited
Royal Bank of Canada (Channel Islands) Limited
The Royal Bank of Scotland International Ltd, Guernsey Branch
Sabanci Bank (Guernsey) Limited
Schroders (C.I.) Limited
SG Hambros Bank & Trust (Guernsey) Limited
Skipton Guernsey Limited
Yorkshire Guernsey Limited

**64**

ANNUAL REPORT 2003
APPENDIX 4

THE REGULATION OF FIDUCIARIES, ADMINISTRATION
BUSINESSES AND COMPANY DIRECTORS, ETC.
(BAILIWICK OF GUERNSEY) LAW, 2000 –
LICENSEES AND APPLICANTS

*Please refer to the Commission's website at www.gfsc.gg or contact the
Fiduciary Services and Enforcement Division for the up-to-date list
of licensees.*

**Institutions holding a full fiduciary licence at
31 December 2003**
*Where licences were granted on a joint application, the name of the lead
licensee is shown first in bold type.*

**Abacus Financial Services Limited**
Abacus (C.I.) Limited
Abacus Corporate Services Limited
Abacus (Guernsey) Limited
Abacus (Nominees) Limited
Abacus Secretaries (Guernsey) Limited
Abacus Trustees (Guernsey) Limited
Abacus Trustees (Jersey) Limited
Whiteley Trustees Limited

**Achates Services Limited**
Achates Trust Limited
Cardinal Limited

**Adam & Company International Trustees Limited**
Adam & Company International Nominees Limited

**Albany Trustee Company Limited**
Albany Trustee Company (UK) Limited
Argonaut (Guernsey) Limited
Argonaut (Jersey) Limited
Continental Nominees Limited
Investment Services (Guernsey) Limited
Island Nominees Limited
Jersey Advisory Bureau Limited

**Alex Picot & Company Limited**

**Amex International Trust (Guernsey) Limited**
AITG Corporate Secretaries Limited
Birdsong Limited
Nominees One Limited
Nominees Two Limited
Songbird Limited

**Ansbacher Trust Company (Guernsey) Limited**
Anka Limited
Ansbacher Portfolio Nominees (Guernsey) Limited
Fiduciary Services Limited
JG Nominees (Guernsey) Limited
JG Secretaries Limited
JG Trustees Limited
Perseus Limited
Plaiderie Corporate Directors One Limited
Plaiderie Corporate Directors Two Limited
Plaiderie Corporate Secretaries Limited
Polaris Limited
Sarnia Yachts Limited
Topaz Investments Limited

**Anson Fund Managers Limited**
Anson Custody Limited

**AON Services (Guernsey) Limited**

**Appleton Trust Company (C.I.) Limited**
Appleton Nominees (C.I.) Limited

**Artemis Trustees Limited**
Artemis Corporate Services Limited
Artemis Nominees Limited
Artemis Secretaries Limited

**AUB Trustees (Guernsey) Limited**

**Bachmann Trust Company Limited**
ADL One Limited
ADL Two Limited
Allied Nominees Limited
Allied Trust Directors One Limited
Allied Trust Directors Two Limited
Bachmann Alpha Limited
Bachmann Beta Limited
Bachmann (Channel Islands) Limited
Bachmann Corporate Services Limited
Bachmann Delta Limited
Bachmann Epsilon Limited
Bachmann Gamma Limited
Bachmann Nominees Limited
Bachmann Omega Limited
Bachmann Pi Limited
Bachmann Securities Limited
Bachmann Trust Company (UK) Limited
Cantalibra Limited
Commercial Trading Limited
Fidsec Limited
Guernsey Ship Management Limited
Marine Nominees Limited
MDL Limited
NVWBC Trustees Limited
PDL Limited
Plantation Trust Limited

**Balchan Management Limited**
Anchor Trust Company (Guernsey) Limited
Balchan Directors Limited
Balchan Nominees Limited
Balchan Secretaries Limited

**Bank Hofmann Trustees Limited**
Clariden Trust (Guernsey) Limited

**Bank of Montreal Trust Company (C.I.) Limited**

**Barclays Bank PLC**
Barclays Nominees (Guernsey) Limited

**Barclays Private Clients International Limited**

**Baring Trustees (Guernsey) Limited**

**Bartholomew Trust Company Limited**
Bartholomew Nominees Limited

**BCL Trust Company (Guernsey) Limited**

**BDO Guernsey International Management Limited**
BDO Guernsey Trustees Limited

**Bermuda Trust (Guernsey) Limited**
First Somers (Guernsey) Limited
Second Somers (Guernsey) Limited

**Betty & Dickson Trustees Limited**

**BGL Reads Group Limited**
Bajan Limited
BGL Reads International Management Limited
BGL Reads Private Clients Limited
BGL Reads Trust Company Limited
BGL Trustees Limited
Channel Corporate Services Limited
Chart Trust Company Limited
C.M.S Limited
Codale Secretaries Limited
Commerce House Trustees Limited
Cosign Limited
Cosign Nominees Limited
Cosign Services Limited
Intertrust (Guernsey) Limited
JSH Services Limited
Merley Holdings Limited
Penhall Limited
Perbury Limited
Prisim Services Limited
Pritchards Nominees Limited
Pritchards Secretarial Services Limited
Pritchards Trustees Limited
Probus Reads Trust Company Limited
Relton Holdings Limited
Spread Nominees Limited
Spread Services Limited
Spread Trustee Company Limited

**BKR Lince Salisbury Limited**
Avenue Partners Limited
Avenue Trust Company Limited
Lince Muller
Lince Salisbury
Rose Garden Limited

**Blenheim Fiduciary Group Limited**
Blenheim Management Services Limited
Blenheim Trust Company Limited
Kensington Nominees Limited
Lambeth Nominees Limited
Westminster Nominees Limited

**BMPS Trustees (C.I.) Limited**
BMPS Corporate Services (C.I.) Limited
BMPS Nominees (C.I.) Limited
City Nominees Limited
Saints Trustees Limited

**BNP Paribas International Trustee (Guernsey) Limited**

**Bordeaux Services Limited**

**Bourse Trust Company Limited**
Aberthaw Trading Limited
Cowbridge Holdings Limited
Minehead Holdings Limited
Towpath Holdings Limited

**BSI Trust Corporation (Channel Islands) Limited**
BSI Administrators (Channel Islands) Limited

**Butterfield Trust (Guernsey) Limited**
Bank of Butterfield International (Guernsey) Limited
BNTB Nominees (Guernsey) Limited
Butterfield Management Services (Guernsey) Limited
Halsfield Limited
Havre Corporate Services Limited
Havre Management Services Limited
Rose Nominees Limited
Rosebank Management Limited

**BWCI Trust Company Limited**
BWCI Pension Trustees Limited

**CA Fiduciary Services Limited**
CA Nominees Limited

**Cannon Asset Management Limited**
Cannon Corporate Directors Limited
Cannon Corporate Services Limited
Cannon International Limited
Cannon Investments Limited
Cannon Nominees Limited
Cannon Secretaries Limited
Euro Finance Limited

**Carey Olsen Trust Company (Guernsey) Limited**
Carey Olsen Administration Support Services Limited
Carey Olsen Commercial Services Limited
Carey Olsen Pension Administration Services Limited
Carey Olsen Pension and Benefit Trustees Limited
C.L. Directors Limited
C.L. Nominees Limited
C.L. Secretaries Limited
M.C. Trustees Limited
Scholer Nominees Limited

**Chamberlain Heritage Services Limited**
Chamberlain Trustees Limited

**Chandler Backer Fiduciaries Limited**
CB Directors Limited
CB Nominees Limited
CB Secretaries Limited
CB Trustees Limited
CBT Management Limited

**Channel Group Management Limited**
Accounting Services Limited
Channel Investment Management Limited
Channel Nominees Limited

**Charter Trust Company Limited**
Azure Limited
Charter Management Limited
Interco Services Limited

**CIIC – Sogecore Insurance Managers Limited**
Tactilium Limited

**Close Trustees Guernsey Limited**
Admiral Directors Limited
Director Services (Guernsey) Limited
Landmark Directors Limited
Trafalgar Nominees Limited
Victory Nominees Limited
Viscount Trustees Guernsey Limited

**Cogent Limited**
Damont Limited
Forein Limited
Jolicot Limited

**Confiance Limited**
CCD Alpha Limited
CCD Beta Limited
CN Alpha Limited
CN Beta Limited
Consec Limited

**Corporate Planning Trustees (Guernsey) Limited**

**Corporate Services (Alderney) Limited**
Alderney Trustees Limited
Anchor Nominees (Alderney) Limited
Busby Nominees (Alderney) Limited
Channel Nominees (Alderney) Limited
Duncan Nominees (Alderney) Limited
Frank Nominees (Alderney) Limited
Giffoine Limited
Huret Limited
Ingot Limited

**Coutts (Guernsey) Limited**
Citron Limited
Corpshare Limited
Coutts Guernsey Nominees Limited
Rouge Limited
Vert Limited

**Credit Suisse Trust Limited**
Brock Nominees Limited
Carentan Investments Limited
Court Administration Limited
Credit Suisse Trust Limited – Isle of Man
Fundamentum Limited
Keynedon Trustees Limited
Kiloran Trust Company Limited
Leeward Nominees Limited
Primary Management Limited
Prism Management Limited
Swiss Nominee Services Limited
Tenby Nominees Limited
Touraine Trust Company Limited
Viribus Nominees Limited
Waterfront Securities Limited

**Crossways Trustees Limited**
REC Services Limited
Standfast Limited

**Deutsche Bank International Trust Co. Limited**
DBMG Trust Company Limited
Deutsche Bank (Cayman) Limited
Deutsche Bank International Trust Co. (Cayman) Limited
Deutsche Bank International Trust Co. (Jersey) Limited
Deutsche Bank Investments (Guernsey) Limited
Deutsche Bank Nominees (Guernsey) Limited
Deutsche Bank Trustee Services (Guernsey) Limited
Deutsche International Trust Corporation (C.I.) Limited
Deutsche International Trustee Services (C.I.) Limited
Deutsche Transnational Trustee Corporation Inc
Ironshore Management Limited
Regula Limited
Trevona Limited

**de Vernon Group SA**
de Vernon Holdings Limited
de Vernon Limited
de Vernon Secretaries SA
de Vernon Trustees Inc
JC Brannam Inc
LJ Willis Inc

**Dixcart Trust Corporation Limited**
Dixcart Financial Services Limited
Dixcart Management Limited
Dixcart.Net Limited
Mayfield Trustees Limited
Savannah Management Limited
Yates Management Limited

**EFG Private Bank (Channel Islands) Limited**
Castle Court Protectors Limited
Dallington Holdings Limited
PB Nominees (Guernsey) Limited
Strategic Asset Management Limited

**Equity Trust (Guernsey) Limited**
Aldgate Trust Company Limited
Amarado Limited
Barsac Company Limited
Birchtown Limited
Bishopsgate Nominees Limited
Caravel Management Limited
GCI Management Limited
Kimali Services Limited
Leadenhall Nominees Limited
Leadenhall Services Limited
Leadenhall Trust Company Limited
Moultrie Investments Limited
Oldwick Holdings Limited
Powerforce Inc
Riverdale Europe S.A.
Threadneedle Services Limited
Tower Secretaries Limited

**F Haskins & Co.**
Codirse Limited
College Chambers Administrative Services Limited
College Chambers (No. 1) Limited
College Chambers (No. 2) Limited
College Chambers Nominees (No. 1) Limited
College Chambers Nominees (No. 2) Limited
College Chambers Trustees Limited

**Fairbairn Trust Company Limited**
BoE Trust Company Limited
FRT Directors Limited
FRT Secretarial Limited
NCS Nominees Guernsey Limited
NIB International Trust Company Limited
Spectrum Nominees Limited

**Federal Trust Company Limited**
Federal Trust Corporation Limited

**FIFO Trust Limited**
FIFO Limited
OTC Limited
OTC Services Limited

**Fornells Limited**
Lizard Limited
Scar Limited

**Fort Management Services Limited**
Elton Limited
Eros Nominees Limited
Fort Investments Limited
Fort Limited
Fort Trustees Limited
Regent Nominees Limited
Sloane Nominees Limited

**Goethe Management Limited**
Agential Merchants Limited
Arden Secretaries Limited
Ardennes Holdings Limited
Barton Secretaries Limited
Broadstone Enterprises Limited
Certidor Limited
Chad Management Limited
Consultancy Services Overseas Limited
Fairport Holdings Limited
G.M. Trustees Limited
Goethe Holdings Limited
Grafton Services Limited
Parkridge Holdings Limited
Rushworth Holdings Limited
Statefare Securities Limited
Stateline Securities Limited
Technical Services (Overseas) Limited
Tredoric Limited
Whitecourt Holdings Limited
Whitestone Holdings Limited
Wingrave Limited

**Guernsey International Trustees Limited**
Crusader International Inc.
GCS Limited
Protectors Limited
Royal Fiduciary Group Limited
SMS Limited
Taurus Nominees Limited

**Guernsey Trust Company Limited**
GTC Alpha Limited
GTC Beta Limited
GTC One Limited
GTC Secretaries Limited
GTC Two Limited

**Haines Watts (CI) Limited**
HW Trust Company Limited

**Hamilton Trustees Limited**
Glenross Limited
Hamilton Management Services Limited
Hamilton Nominees Limited
Hamilton Secretarial Services Limited
Kappa Limited

**Hansard Management Services Limited**
B.L.A. Limited
Hansard Trust Company Limited
Island Directors Limited
Island Secretaries Limited

ANNUAL REPORT 2003
APPENDIX 4 CONTINUED

**Harbour Trustees Limited**
Corporate Directorate Services Limited
Corporate Secretary Services Limited
Harbour Consultancy Services Limited
Harbour Court Director Limited
Harbour Court Protector Limited
Harbour Group Director Limited
Harbour International Services Limited
Harbour Nominees Limited
KS Nominees Limited
KS Trustees Limited

**Haven Trustees Limited**
Century Limited
Century Management Limited
Century Nominees Limited

**Heath Lambert Insurance Management (Guernsey) Limited**

**Heritage Fiduciaries Limited**
Adelphi Limited
Anglo Secretaries Limited
Anglo Services Limited
Anglo Trust Limited
Barnham Limited
Cavendish Securities Limited
Delta Confirmers Limited
Elan Holdings and Investments Limited
Forest Securities Limited
Heritage Property Holdings Limited
Heritage Trust Limited
Wigmore Enterprises Limited

**Hero Nominees Limited**

**HSBC Republic Trust Company (Guernsey) Limited**
Eton Corporate Services Limited
Eton Management Limited
HSBC International Trustee Limited
HSBC Investments (Bahamas) Limited
HSBC Republic Bank (Guernsey) Limited
Midland Bank Trustee (Guernsey) Limited
Republic Nominees Limited

**ILS (Isle of Man) Limited**
The ILS Group Limited

**Indosuez Trust Services Limited**
Cherry and Neale Limited
Cloverdale Holdings Limited
Duet Services Limited
Levant Services Limited
Palermo Holdings Limited
Wynndel Limited

**International Private Equity Services Limited**
IPES Trustees Limited

**Investec Bank (Channel Islands) Nominees Limited**

**Investec Trust Guernsey Limited**
Bayeux Trustees Limited
Bengal Nominees Limited
Executive Nominees Limited
Finistere Directors Limited
Finistere Limited
Finistere Nominees Limited
Finistere Secretaries Limited
GFT Directors Limited
Quality Court Trustees (Channel Islands) Limited
Quiboy Limited
Theodores Trustees (Guernsey) Limited

**Iron Arm Limited**
Iron Arm Nominees Limited
Iron Arm Secretaries Limited

**Ironwood Trustees Limited**

**Julius Baer Trust Company (Channel Islands) Limited**
BJB Nominees (Guernsey) Limited
JB Secretaries (Guernsey) Limited
T.C. Directors (Channel Islands) Limited
Ursa Alpha Limited
Ursa Beta Limited

**Jupiter Administration Limited**
Coole Park Limited
Dinosaur Limited
Jupiter Nominees Limited
Jupiter Trustees Limited
Quarrymount Limited

**The Kensington Corporation Limited**
Dartmouth Limited
Devonport Limited
Dominion Limited
Dorchester Limited
Sarum Limited
Shaftesbury Limited

**Kingston Management (Guernsey) Limited**
Hawkshead Investments Limited
Kendal Limited
Kingston Trustees Limited
Oxford Investments Limited
Wessex Holdings Limited

**Kleinwort Benson (Channel Islands) Trustees Limited**
Borrowdale Nominees Limited
Corporate Directors (No 1) Limited
Corporate Directors (No 2) Limited
Corporate Services (Guernsey) Limited
Fenchurch Nominees (Singapore) PTE Limited
Fitrust Fiduciaire et Trustee SA
Guernsey Nominees Limited
Hilary Nominees Limited
K.B. (C.I.) Nominees Limited
Kleinwort Benson (Geneva) Trustee SA
Kleinwort Benson (Guernsey) Limited
Kleinwort Benson (Guernsey) Trustees Limited
Kleinwort Benson International Trustees Limited
Kleinwort Benson (Jersey) Trustees Limited
Knowlfa Limited
Langdale Nominees Limited
Orbis Business Services Limited
Orbis Group Limited
Orbis Management Limited
Orbis Pension Trustees Limited
Orbis Trustees Guernsey Limited
Orbis Trustees Guernsey (1997) Limited
Orbis Trustees Jersey Limited
Orbis Trustees Limited
Property Nominees (Channel Islands) Limited

**KPMG Secretaries Limited**
Lyth Nominees Limited
Winster Nominees Limited

**L & S Services Limited Partnership**
Enzian Limited
Honor Trustees Limited
Jardy Directors Limited
Lisle Secretaries Limited
Lisle Trustees Limited
Manor Directors Limited
Old Manor Trustees Limited
Phoenix Nominees Limited
Sarsura Directors Limited
Wild Plateau Limited

**Law Trust Limited**

**Legis Corporate Services Limited**
Doric Limited
Fifth Ovalap Limited
First Ovalap Limited
Fourth Ovalap Limited
Ionic Limited
Lapco Limited
Legis BVI Limited
Legis (MRL) Limited
Legis Nominees Limited
Legis Trust Limited
Nomos Trustees Limited

Ovaco Limited
Ovalap Nominees Limited
Second Ovalap Limited
Sixth Ovalap Limited
Third Ovalap Limited

**Leopold Joseph Trust Company (Guernsey) Limited**
Albert Limited
Gresham Limited
Leopold Joseph & Sons (Guernsey) Nominees Limited
Leopold Joseph Secretaries (Guernsey) Limited
Moulinet Trustees Limited

**Lloyds TSB Offshore Private Banking (Guernsey) Limited**
Hill Samuel (Guernsey) Management Limited
Hill Samuel (Guernsey) Services Limited
Hill Samuel Offshore Trust Company Limited
LBI Finanz Anstalt

**Louvre Fiduciary Group Limited**
Grenadier International Limited
Louvre Nominees One Limited
Louvre Nominees Two Limited
Louvre Secretaries Limited
Louvre Trustees Limited

**m3 Trustees Limited**
Galdana Limited

**Man Fund Management (Guernsey) Limited**

**Marlborough Trust Company Limited**
Marlborough Nominees Limited
Marlborough Secretaries Limited

**Marsh Management Services Guernsey Limited**

**Marshall Secretarial Services Limited**

**Mayfair Trustees Limited**

**MeesPierson (C.I.) Limited**
Argenta Limited
Athos Group Limited
Court Trust Company Limited
Creighton Services Limited
Holme Head Limited
Lexus Service Corporation Limited
Lexus Services Limited
Lotus Trust Company Limited
MeesPierson Management (Guernsey) Limited
MeesPierson Nominees (Guernsey) Limited
Porthos Group Limited
Stocksfield Limited

**Mentor Trust Limited**
MCO (BVI) Limited
Mentor Nominees Limited
Mentor Secretaries Limited
Mentor Trustees Limited
Spook Limited

**Mercator Trust Company Limited**
Anson Limited
Arbuthnot Trust (Guernsey) Limited
AT Nominees Limited
Cabot Limited
Chrisalis Trustees (Guernsey) Limited
Dewsbury International Limited
Exchange Services Limited
First Alliance Trust (Guernsey) Limited
Isis Fiduciary Corporation
Mercator Finance and Guarantors Limited
Mercator Management Services Limited
Mercator Nominees Limited
Mercator Secretaries Limited
Mercator Trustees Limited
MRG Services Limited
Ormond Limited
Pearson Fraser Consulting Limited
Pearson Fraser Limited
Saints Bay Trust Company Limited
Winslow Secretaries Limited

**Merlin Group Securities Limited**
Cranberry Investments Inc.
Merlin Group (Clients) Limited
Merlin Group Nominees Limited
Merlin (Protectors) Limited
Merlin Services Limited
Procard Services Inc.
Pronet Personnel Limited

**Moore Stephens**
First Island Nominees (Guernsey) Limited
First Island Properties (Guernsey) Limited
First Island Secretaries (Guernsey) Limited
First Island Trustees (Guernsey) Limited
Moore Stephens Trust Company (Guernsey) Limited

**Nerine Trust Company Limited**
Amelaine Limited
Bellhall Investments Limited
Brookland Enterprise Limited
C&D Consulting Limited
Elmlee Investments Limited
Genro Impex (UK) Limited
Kloisters Inc.
Larem Management Limited
Larem Trustees Limited
Leigh Management Limited

Oakdene Limited
Ravensport Limited
Ridgeville Investment Company Limited
S.C.S Trust Company Limited
Southbox Limited
Summerland Trading Limited
Tanelorn Investments Limited
Vestry Services Limited
Woodleigh Limited

**NMT Trustees Limited**
NMT Investments Limited

**Norcosse Bell International Trustees Limited**

**Nordben Pension Trustees Limited**

**Oak Trust (Guernsey) Limited**
Oak Nominees Limited
Oak Secretaries Limited

**Ogier Trustee (Guernsey) Limited**
Golem Limited
Melog Limited
Vincentia Limited

**Optimum Risk Research (International) Limited**

**Opus Fiduciary Services Limited**
Opus Management Limited
Opus Nominees Limited
Opus Trustees Limited

**PA Trust Limited**

**Parkway Administration (Guernsey) Limited**

**Perfitts Limited**

**Perkins Trustees Limited**
Albany Secretarial Services Limited

**PG Trustees Limited**
PG Nominees Limited

**Pont Street Trustees (Guernsey) Limited**

**Praxis Fiduciaries Limited**
PKF Trustees Limited
Praxis Directors One Limited
Praxis Directors Two Limited
Praxis Fiscal Consultants Limited
Praxis Nominees Limited
Praxis Portfolio Trustees Limited
Praxis Secretaries Limited
Praxis Trustees Limited

**Quill Trust Company Limited**
BLP Trust Limited
Hirzel Management Limited

**Rabobank Trust Company Guernsey Limited**
Boar Nominees Limited
Rabobank Secretaries Guernsey Limited

**Rawlinson & Hunter Limited**
Granary Trust Limited
International Company Management Limited
Kings House Management Limited
Kings House Trustees Limited
Portman Welbeck Limited
R & H Trust Co. (Guernsey) Limited

**RBC Trustees (Guernsey) Limited**
Guernroy Limited
RBC Corporate Services (Guernsey) Limited
RBC Directorship Services (Guernsey) Limited
RBC Trustees International Limited
Royal Bank of Canada (Asia) Limited
Royal Bank of Canada (Channel Islands) Limited
Royal Bank of Canada Offshore Fund Managers Limited
Royal Bank of Canada Trust Company (Asia) Limited
Royal Bank of Canada Trust Company (Cayman) Limited
Royal Bank of Canada Trust Corporation Limited
Royal Bank of Canada Trustees (Jersey) Limited
Roycan Protector Limited
Roycan Trust Company SA

**RBSI Trustee Services (Guernsey) Limited**
Rock Nominees Limited
Roygen Nominees Limited
Royvest Nominees Limited

**Rhine Trustees Limited**

**Rosetrust Limited**
Rosetrust Nominees Limited

**Rothschild Trust Guernsey Limited**
Casquets Limited
Ensifer Trust Company (CI) Limited
First Board Limited
First Court Limited
Guernsey Global Trust Limited
Rothschild Corporate Fiduciary Services Limited
Rothschild Switzerland (CI) Trustees Limited
Rothschild Trust (Bermuda) Limited
Rothschild Trust Canada Inc
Rothschild Trust Corporation Limited
Rothschild Trust Financial Services Limited
Rothschild Trust New Zealand Limited
Rothschild Trustee Services (Ireland) Limited
Second Board Limited
Second Court Limited
Third Board Limited

**Safehaven International Limited**
Bach and Associates Limited
Keats Limited
Safehaven Marine Holdings Limited
Safehaven Trustees Limited
Wordsworth Limited

**Saffery Champness Management International Limited**
Champness Limited
Clore/Duffield Foundations Nominees Limited
Consolidated Funds Investments Nominees Limited
Hexagon Trust Company (C.I.) Limited
J. Rothschild Nominees (Guernsey) Limited
Octavian Nominees Limited
Palmus Trust Company Limited
Proteus Nominees Limited
RHK Nominees Limited
Rysaffe International Services Limited
Rysaffe Limited
Rysaffe Nominees (C.I.) Limited
Rysaffe Trustee Company (C.I.) Limited
Saffery Champness Trust Corporation
Saffery Champness Trustees Limited
Saffery Limited
Saffery Trustee Company (C.I.) Limited

**Saltire Trustees (Overseas) Limited**
Saltire (Nominees) Limited
Turcan Connell
Turcan Connell Trustees (Guernsey) Limited

**Sarnia Management Corporation Limited**
Bordage Directors Limited
Extratime Management Limited
Fistral Directors Limited
Fistral Limited
Fistral Trustees Limited
Sarnia Directors Limited

**SBTC Limited**

**Schroder Executor & Trustee Company (C.I.) Limited**
Schroder Corporate Services (C.I.) Limited

**Seamark Trust Company (CI) Limited**
Collatine Limited
Euro-Seamark Limited
Listard Limited
Nestorian Limited
Staffport Limited
Tagus Investments Limited

**S G Hambros Trust Company (Guernsey) Limited**
CDS International Limited
HTG Limited
TNS Services Limited

ANNUAL REPORT 2003
APPENDIX 4 CONTINUED

**Sphere Management Limited**
Sphere Holdings Limited
Sphere Trustees Limited

**St Anne's Holdings Limited**
Expert Holdings Limited
Freestar Directors Limited
Freestar Nominees Limited
Freestar Trustees Limited
Mayfair Nominees Limited
Orion Nominees Limited
Orion Trust Limited
The Pensioneer Trustee Company (Guernsey) Limited
Richmond Corporate Services Limited
Richmond Nominees Limited
Scorpio International Limited
Scorpio Secretarial Services Limited
Sherama SA
St Anne's Trustees Limited

**St Peters Trust Company Limited**
Abaco Secretaries Limited
Allaire Limited
Andros Management Limited
Appendale Services Limited
Astonmain Limited
Conemara Limited
Cornet Trustees Limited
Goldenthorpe Limited
H Johns Limited
Kameroon Securities Limited
Kerryhead Limited
Lutine Services Limited
Management International Limited
Mardek Limited
Marjorie Securities Limited
Martin Securities Limited
St Peters Securities Limited

**Stellar Holdings Limited**

**Stenham Gestinor Trustees Limited**
Aldenham Investments Limited
Amalthea Limited
Brunswick Limited
Burhou Limited
Centaurus Limited
Longoak Investments Limited
Ortac Limited

**Towers Perrin Share Plan Services (Guernsey) Limited**

**Trident Trust Company (Guernsey) Limited**
The Cabinet Trust Company Limited
Hillcrest Executor & Trustee Company Limited
Island Consultants Nominees Limited
Trident Nominees (Guernsey) Limited
Western House Nominees Limited

**Trinity Trust Company Limited**
Atlantic Services Limited
Ocean Services Limited
Orient Services Limited
Pacific Services Limited
Trinity Management Limited

**Trust Corporation of the Channel Islands Limited**
Private & Corporate Trustees Limited
TCCI Nominees Limited
TCCI Secretaries Limited

**Trust Management (Alderney) Limited**

**Valora Holding Finance Limited**

**Walbrook Trustees (Guernsey) Limited**
Lindmar Trust Company Limited
SVH Services Limited
Walbrook Corporate Services (Guernsey) Limited
Walbrook Directors (No 1) Limited
Walbrook Directors (No 2) Limited
Walbrook Group Limited
Walbrook Nominees (No 5) Limited
Walbrook Nominees (No 6) Limited
Walbrook Nominees (No 7) Limited

**Weighbridge Trust Limited**
Averon Holdings Limited
Bournemead International Limited
Edgewater Estates Limited
Marble Hill Investments Limited
Merdolino Limited
Seydor Limited
Weighbridge Trust Administration Limited
WT Consultancy Limited
Zuma Holdings Inc.

**Willcox & Co. (Guernsey) Limited**
Eagle Secretaries Limited
Eagle Trustee Services Limited
Eagle Trustees Limited
Willcox & Co. (Nominees) Limited

**Willis Management (Guernsey) Limited**

**Willow Trust Limited**
Carandale Limited
Enchante S.A.
Peregrine Nominees No. 1. Limited
Peregrine Nominees No. 2. Limited
Peregrine Trustees Limited
Willow Corporate Services Limited
Willow Trustees Limited

**Zenith Secretarial Services Limited**
Zenith Trust Company Limited

**Persons holding a personal fiduciary licence at 31 December 2003**

Allen, Mrs Pauline Angela
Allez, Geoffrey William
Atkinson, Peter John Granville
Babbé, Richard Peter
Betley, Timothy John
Boerenbeker, Robert John Louis
Bound, Christopher John
Bulpitt, Wayne
Carey, Nigel Thomas
Clark, Russell
Cole, Mrs Bertha Helen
Collas, Richard John
Cormack, Robert Christopher
de Carteret, Simon Boyd
Durham, Leonard William
Eades, Michael John Seymour
Elmont, Miss Julie Louise
Evans, Rupert Arthur Rees
Evett, John Gordon Jesse
Falle, Mrs Patricia Louise Erskine
Gomoll, Stefan
Grange, Anthony Robert
Hall, Anthony Arthur
Hallam, John Edward
Harlow, Stephen John
Hayes, John Anthony
Henderson, Timothy James
Hodson, Peter Michael Charles
Kirk, Ian Michael
Kowenicki, Richard Alexander
Lainé, Stephen Andrew
Langlois, John Emile
Le Blanc, Anthony
Le Blanc, Mrs Christine Elizabeth
Leopard, Adrian John
Lloyd, Ms Jacqueline Susan
Loveridge, John Leonard
May, Andrew Colin
Misselbrook, Deryck Keith
Mollett, Charles Sylvester
Morris, William Russell
Palmer, Patrick Michael Anthony
Perfitt, Angus John
Perrot, Roger Allan
Radford, Gordon Nelson
Shepherd, Robert George
Taylor, Harry
Tostevin, Nicholas John Mann
Whitford, Richard Henry
Wilson, Michael John
Wright, Winston Thomas Patrick

*The following persons with existing businesses applied for fiduciary licences by 31 May 2001 and are deemed to be licensed fiduciaries under the transitional provisions in section 59 of the Regulation of Fiduciaries Law. They are therefore authorised to carry on regulated fiduciary activities by way of business although their licence applications have not finally been determined. If you are in any doubt over whether a person is authorised to carry on fiduciary activities by way of business, please refer to the Commission's website at www.gfsc.gg or contact the Fiduciary Services and Enforcement Division.*

**Applicants for a full fiduciary licence at 31 December 2003**
*Where applicants have applied jointly, the name of the lead applicant is shown first in bold type.*

**Castle Company Management LLC**

**Claridges Trustees Limited**
Claridges Trust Company (Guernsey) Limited
First Nominees Limited
Second Nominees Limited

**Clifton Services Limited**
Eurolink (C.I.) Limited

**Cornèr Trust (C.I.) Limited**

**Corporate Secretarial Services Limited**
Cain Nominees Limited
Centaur Financial Services Limited
City Gate Trust Company Limited
Court Directors Limited
Fermain Legal Services Limited
Livingstone Nominee Services Limited
Marchant Directors Limited
Oakdale Trustees Limited
Solent Nominees Limited
Victoria Nominee Services Limited

**Direct Holdings Limited**
Arden Investments Limited
Avondale Nominees Limited
Chancery Trust Company Limited
Direct Administration Limited
Direct Securities Limited
Direct Trustees Limited

**Globe Nominees Limited**
Goldcrest Management Services Limited
Trust Corporation (Alderney) Limited
Weald Nominees Limited

**Obelisk International Trust Company (Guernsey) Limited**
Obelisk Nominees Limited
Obelisk Secretaries Limited

ANNUAL REPORT 2003
APPENDIX 4 CONTINUED

**Old Crown Trust Limited**

Aegis Trust Limited
C.I. Administration Limited
Co. Howat
Director Limited
Old Crown Limited
Old Crown Trust Limited – Ireland
Secretary Limited
St Paul's Trust Company Limited

**Randell & Loveridge**

**Securities Group Corporation Limited**

**Trinity Court (Management) Limited**

**Applicants for a personal fiduciary licence at
31 December 2003**

Couldridge, Mrs Caragh Anntoinette
Couldridge, Simon Ashley
Donnelly, John Trevor Greer
Sandle, Martin John
Veillard, Brian Eugene
Williams, Paul Joseph

ANNUAL REPORT 2003
APPENDIX 5

THE INSURANCE BUSINESS (BAILIWICK OF GUERNSEY) LAW, 2002 – LICENSEES

*Please refer to the Commission's website at www.gfsc.gg or contact the Insurance Division for the up-to-date list of licensees.*

**Domestic insurers registered at 31 December 2003**
Ancient Order of Foresters Friendly Society
AXA General Insurance Limited
AXA Insurance UK plc
Britannic Assurance plc
Britannic Unit Linked Assurance Limited
The British United Provident Association Limited
CGNU Life Assurance Limited
CGU Insurance plc
CGU International Insurance plc
Combined Insurance Company of America
Co-operative Insurance Society Limited
DBI Insurance Company Limited
Domestic & General Insurance plc
Eagle Star Life Assurance Company Limited
The Equitable Life Assurance Society
The Guernsey Alliance Insurance Society
Guernsey Mutual Insurance Society
Independent Order of Odd Fellows Manchester Unity Friendly Society
Insurance Corporation of the Channel Islands Limited
The Islands' Insurance Company Limited
La Fraternelle Mutual Fire Insurance Society
Lloyds TSB Life Assurance Company Limited
National Farmers Union Mutual Insurance Company Limited
Police Mutual Assurance Society Limited
The Prudential Assurance Company Limited
Royal & Sun Alliance Insurance plc
Royal Liver Assurance Limited
The Royal London Mutual Insurance Society Limited
Scottish Boiler & General Insurance Company Limited
Scottish General Insurance Company Limited
Stonebridge International Insurance Limited

**International insurers registered at 31 December 2003**
A.A. Reinsurance Company (Guernsey) Limited
ABB Insurance Limited
Aberdeen International Limited
Abigroup Risk Management Services Limited
Absolut Insurance Limited
ABTA Insurance Company (Guernsey) Limited
ABTA Travel Agents Insurance Company Limited
Acacia Insurance (Guernsey) Limited
Aegis Insurance Company Limited
Affinity Partners Limited
AG Insurance Company Limited
Agrochem Insurance Company Limited
AGS Insurance Company Limited
Albemarle Insurance Company Limited
Alliance & Leicester Mortgage Insurance (Guernsey) Limited
Alsecure Insurance PCC Limited
Amadis Insurance Company Limited
Amco Insurance Company Limited
Amersham Insurance Services Limited

Amey Insurance Company PCC Limited
ANC Rental Corporation (Insurances) Limited
Arcadian Guernsey Limited
Archer Insurance Limited
Arisis Limited
Arjo Wiggins Appleton Insurance Limited
Ark Re Limited
Arla Insurance (Guernsey) Limited
Arnold Clark Insurance Limited
Arriva Insurance Limited
Ascot Underwriting Limited
Assay Insurance Services Limited
Atel Re Limited
Automotive Financial Insurances Limited
Automotive Services Insurance Limited
Aviation Baggage Claims Insurance Company Limited
Aztec Insurance Limited
Bailiwick Insurance PCC Limited
Baker Street Risk and Insurance (Guernsey) Limited
Banks's Brewery Insurance Limited
Bantam Insurance Company Limited
Barclays Insurance Guernsey PCC Limited
Batavia Insurance Limited
BBP (PCC) Insurance Limited
BDO Insurance Limited
Bee Insurance Limited
Belaire Insurance Company Limited
Belgrave Insurance PCC Limited
Belvoir Insurance Company Limited
Berkeley Berry Birch Insurance Company Limited
BH Insurance Limited
BIFA Mutual Insurance Company Limited
BLG Insurance Limited
Blue Swift Legal Insurance Services Limited
B M (Insurance) Limited
Bonaventure Insurance Company Limited
Bouverie Insurance Company Limited
Brecon Insurance Company Limited
Britsafe Insurance Services (Guernsey) Limited
Broom Insurance Company Limited
Brownstone Insurance (Guernsey) Limited
Brunel Insurance Services Limited
B S Insurance Limited
Buchanan Insurance Company Limited
Bulbourne Insurance Services Limited
Bulldog Insurance Company Limited
Burnaby Insurance (Guernsey) Limited
The Burnhill Insurance Company Limited
Butterfield Insurance (Guernsey) PCC Limited
Capita Group Insurance Company Limited
Capita Insurance Company Limited
Capstan Insurance Company Limited
Carfax Insurance Limited
Carfax Personal Lines Insurance PCC Limited
Carmelite Insurance Limited
Castle Insurance Limited
The Catholic National Mutual Limited

Caversham Insurance Limited
CBS Insurance Limited
Cellulose Insurance Limited
Censure Insurance Company Limited
Channel Life PCC Limited
Chepstow Insurance Limited
CHG Insurance Limited
City and Commercial Insurance Company Limited
City & Provincial Insurance (PCC) Limited
Clarges Insurance Limited
Clerical Medical Investment Group Limited
CMP Insurance Limited
Coborn Insurance Company Limited
Colins Limited
Colonnade Reinsurance Limited
Congressional Reinsurance Company (PCC) Limited
Connaught Insurance Company Limited
Consolidated Provident Insurance PCC Limited
Constantia Insurance Company (Guernsey) Limited
Continental Indemnity Limited
Continuum Insurance Company PCC Limited
Contrex Insurance Limited
Converium PCC Limited
Cornhill Insurance (Guernsey) Limited
Cowick Insurance Services Limited
Cronors Insurance Limited
Crystal Insurance Company Limited
Curzon Insurance Limited
The Delphic Insurance Company Limited
Delta Insurance Limited
Derwent Insurance Limited
DLG Insurance Limited
DMG Insurance Limited
Dove Insurance Company Limited
Drummonds Insurance PCC Limited
Eachairn Insurance Limited
Eakring Insurances Limited
Eastwood Insurance Company Limited
Elecrent Insurance Limited
Electricity Producers Insurance Company Limited
Environmental Insurance (Guernsey) Limited
Euclidian Insurance PCC Limited
European Credit and Guarantee Insurance PCC Limited
European Life (Channel Islands) Limited
European Reinsurance (Guernsey) Limited
Exel Insurance Limited
Fairfax Insurances Limited
Fairway Insurance Limited
Fanum Reinsurance Limited
Farmers Re Limited
Farringdon Insurance Company Limited
Felcourt Insurance Company Limited
Field Insurance Limited
Financial Insurance Guernsey Limited
Finistere Life Assurance Company Limited
First Century Insurance Limited
The First Saxon Insurance Company Limited

Flightform Insurance Limited
Fortum Insurance Limited
Franchisees Reinsurance and Insurance Enterprise Services Limited
Friars Street Insurance Limited
Friary Court Insurance PCC Limited
Friends Provident Life and Pensions Limited
Fruitcover Limited
Fulmar Finance & Insurance Limited
Fulwood Insurances Limited
Furnival Insurance Company Limited
Gamond Insurance Company Limited
Garlan Insurance Limited
GCF Insurance Limited
G E Mortgage Insurance Guernsey Limited
Geberit Reinsurance Limited
Geest (Guernsey) Limited
Generali International Limited
Generali Worldwide Insurance Company Limited
Global (Guernsey) Limited
Goitre Insurance Company Limited
Goldsmiths Insurance Limited
Grafton Limited
Grange Insurance Company Limited
Guardian Shield Insurance Limited
Haldan Indemnity Limited
Hannover Re (Guernsey) PCC Limited
Harbour Insurance PCC Limited
Harlequin Insurance PCC Limited
Hauteville Insurance Company Limited
HBOS Insurance (PCC) Guernsey Limited
Headrow Reinsurance Limited
Heritage Insurance PCC Limited
Heritage Motor Vehicle Insurance Limited
Heron Insurance Company Limited
Highland Reinsurance Limited
Hinton Insurance Limited
Hiscox Insurance Company (Guernsey) Limited
HJM Insurance Company Limited
Home Finance Guarantors (Insurance) Limited
HSBC Insurance (Guernsey) Limited
HSBC Insurance PCC Limited
HSBC Insurance SPC Limited, Guernsey Branch
HSBC Republic Reinsurance (Guernsey) Limited
Hugo Re Limited
Iberia Reinsurance PCC Limited
Ibex Reinsurance Company Limited
IM Insurance Company Limited
The Independents' Advantage Insurance Company Limited
Inno Cap Insurance PCC Limited
Inreska Limited
Inter-European Insurance Company Limited
International Insurance & Guarantee Company Limited
International Movers Mutual Insurance Company Limited
Interserve Insurance Company Limited
IPR Insurance Company Limited
Ispat International Insurance Company Limited
Jancap Insurance PCC Limited

JCB Insurance Company Limited
JLC Insurance Company Limited
JLP Insurance Limited
Jupiter Insurance Limited
K2 Insurance Limited
Kingsmill Insurance Company Limited
Kirkstone Insurance Limited
Kopinsure Limited
Korin Insurance Limited
La Coupe Insurance PCC Limited
Laing O'Rourke Insurance Limited
Lawgram Insurance Limited
Le Meridien Insurance Company Limited
Leeside Services (Guernsey) Limited
Les Minquiers Limited
Leumi Re Limited
Lignin Insurance Company Limited
Lincolnshire Insurance Company PCC Limited
LINPAC Insurance Company Limited
Lloyds TSB Bank Insurance Company Limited
Lochside Insurance Limited
Lombard International PCC Limited
London Power Insurance Limited
London Transport Insurance (Guernsey) Limited
Lothbury Insurance Company Limited
M3 Capital Assurance PCC Limited
Mainstay Insurance Limited
Mainstay Limited
Malcolm Insurance (Guernsey) Limited
Mallory Insurance Services PCC Limited
Managed Risk Insurance PCC Limited
Mannequin Insurance PCC Limited
Manzillo Insurance (PCC) Limited
Marble Insurance Limited
Marconi Insurance Limited
Markfield Insurance Company Limited
Maxfort Insurance Limited
MDDUS Insurance Limited
MDU Insurance Limited
The Meadows Indemnity Company Limited
Messenger Insurance PCC Limited
Metso Captive Insurance Limited
MHACE Insurance Company Limited
Michaelangelo Insurance Limited
Mid-Pacific Reinsurance Company Limited
Mill Stream Insurance Limited
Minories Insurance Company Limited
Misys Group Insurance Limited
Mithras Insurance Limited
MITIE Reinsurance Company Limited
Momentum Group Limited, Guernsey Branch
Momentum International Insurance PCC Limited
Moorfields Insurance Company (Guernsey) Limited
Morse Insurance Company Limited
Mountgrave Insurance Limited
M.S. Insurance Limited
M.S. Insurance L.P.

M.S. Insurance II L.P.
Mutual Indemnity (Bermuda) Limited, Guernsey Branch
National Express Guernsey Limited
N B Insurance Guernsey Limited
Network Rail Insurance Limited
Newport Re Limited
New World Insurance Company Limited
NGT Insurance Company (Guernsey) Limited
Nightingale Insurance Limited
Nisshin Insurance Guernsey PCC Limited
Nordben Life & Pension Insurance Company Limited
Northern Foods Insurance Limited
Northern Rock Mortgage Indemnity Company Limited
Northside Insurance Company Limited
Norton Waverley Insurance Company Limited
Norwich Union Life & Pensions Limited
Nova Insurance Limited
Oakdale Insurance Company Limited
O.C.S. Insurance (Guernsey) Limited
Octavian Insurance Company Limited
Old Mutual International (Guernsey) Limited
Old Mutual Life Assurance Company (South Africa) Limited,
  Guernsey Branch
Onbeach Insurance Limited
Onestop Insurance Limited
Orchid Insurance Limited
Ortac Aviation Syndicate
Osiris Marine and General Insurance Company Limited
Parallel Insurance Services Limited
The Patriot Insurance Company Limited
Peninsula Insurance Limited
Penningtons Insurance Limited
Pentagram International Insurance Company Limited
Peterborough Insurance PCC Limited
Peter Cox Insurance Company Limited
PHG Insurance Limited
Pi Underwriting Limited
Pilkington Insurance Limited
Polygon Insurance Company Limited
Pontifact Insurance Services Limited
Portland Insurance Company Limited
Porton Underwriting Limited
Portway Insurance PCC Limited
Postcap Guernsey Limited
Premium Life International Limited
Premium Securities (Bermuda) SAC Limited, Guernsey Branch
Princess Management and Insurance Limited
Prospect Underwriting Limited
Protector Insurance Limited
Provident International Credit Guarantee Company Limited
Provident Reinsurance Limited
Qinetiq Insurance PCC Limited
Queen Street Mutual Company PCC Limited
Rank Insurance Limited
R B Insurance Limited
Reigndei Limited
Remus Limited

**78**

ANNUAL REPORT 2003
APPENDIX 5 CONTINUED

Renishaw Finance and Insurance (Guernsey) Limited
RIL Insurance Limited
Risk Underwriting (Guernsey) Limited
The Rock Company Limited
Romulus Limited
Roughton Insurances Limited
Royal & Sun Alliance Life & Pensions Limited
Royal & Sun Alliance Linked Assurances Limited
Rutherford Indemnity Limited
Rutland Insurance Limited
Sabre Insurance Company Limited
Sandringham Insurance Limited
Sarnia Insurance Company Limited
Saxon Insurance Company Limited
Scanport Insurance Limited
Scarcroft Insurance Limited
SCMT Insurance Company Limited
Scor Channel Limited
Scout Insurance (Guernsey) Limited
SDH Insurance Company Limited
Selfridges Insurance (Guernsey) Limited
Senator Insurance Limited
Serco Insurance Company Limited
Servicecover (Guernsey) Limited
SG Life (Guernsey) Limited
Shield Insurance Company (Guernsey) Limited
Sixt Insurance Services PCC Limited
S L Insurance Limited
S.M. Insurance (Guernsey) Limited
SM Re Limited
Soteria Insurance Limited
Southon Insurance Company Limited
SPG Insurance Company Limited
St James's Insurance Limited
Stapleford Insurance Company Limited
Sure-ha International Limited
Talisman Guernsey Limited
Tayside Reinsurance Limited
TDG Insurance Limited
The Temple Insurance PCC Limited
Tempsford Insurance Company Limited
Tepco Reinsurance Company PCC Limited
Terrace Insurances Limited
Terrace Insurances PCC Limited
Tesco Insurance Limited
Thame Insurance Company Limited
Thomas Miller Insurance PCC Limited
Thomson Travel Insurance Services Limited
Thorn Insurance Company Limited
TI Group Insurance Limited
Topi Insurance Company Limited
Topsail Insurance Company Limited
Trans-European Insurance Limited
Travel Managers Insurance Company Limited
Unic Insurance Limited
United Insurance Company PCC Limited

United Life & Health Insurance Company Limited
Universal Insurances PCC Limited
Viceroy Insurance Company Limited
Vodafone Insurance Company Limited
Voyager Insurance Company Limited
Vulcan Insurance PCC Limited
Weightman Vizards Insurance Limited
West House Insurance Limited
White Rock Insurance Company PCC Limited
White Rock Prefic Insurance PCC Limited
White Summit Insurance Limited
Whitehall Insurance Company Limited
Wingspan Insurance (Guernsey) Limited
Winston Insurance Company Limited
Woodcroft Insurance Company Limited
Woolworths Insurance (Guernsey) Limited
World Traveller Insurance Limited
WorldWide Insurance PCC
WPD Insurance Limited
Wright Group Insurance Limited
W.S. Atkins Insurance (Guernsey) Limited
Yealme Insurance Limited
Yorksafe Insurance Company Limited

ANNUAL REPORT 2003
APPENDIX 6

THE INSURANCE MANAGERS AND INSURANCE INTERMEDIARIES (BAILIWICK OF GUERNSEY) LAW, 2002 – LICENSEES

*Please refer to the Commission's website at www.gfsc.gg or contact the Insurance Division for the up-to-date list of licensees.*

**Insurance managers authorised at 31 December 2003**

**Unrestricted**
AIG Insurance Management Services (Guernsey) Limited
Alternative Risk Management Limited
AON Insurance Managers (Guernsey) Limited
Assicurazioni Generali (Insurance Managers) Limited
BWCI Insurance Management Limited
CIIC-Sogecore Insurance Managers Limited
Griffiths & Armour Captive Management Limited
Heath Lambert Insurance Management (Guernsey) Limited
HSBC Insurance Management (Guernsey) Limited
IAS (Guernsey) Limited
Insurance Corporation Service Company Limited
Investec Bank (Channel Islands) Insurance Management Services Limited
JLT Risk Solutions (Guernsey) Limited
Le Marchant Underwriting Management Limited
Marsh Management Services Guernsey Limited
Normandie Risk Management Limited
Optimum Risk Research (Channel Islands) Limited
Polygon Management Limited
Prism Insurance Management Limited
Risk Management Limited
Sartor Resources Limited
Sinser (Guernsey) Limited
Thomas Miller Risk Management (Guernsey) Limited
Willis Management (Guernsey) Limited

**Restricted**
Anfré Underwriting Agency Limited, restricted to managing:-
Heritage Insurance PCC Limited
Channel Life Management Consultants Limited, restricted to managing:-
Channel Life PCC Limited
Orion Insurance Management Limited, restricted to managing:-
La Fraternelle Mutual Fire Insurance Society and the Ancient Order of Foresters Friendly Society
Ortac Underwriting Agency Limited, restricted to managing:-
Ortac Aviation Syndicate
Portman Welbeck Limited, restricted to managing:-
Prospect Underwriting Limited and Winston Insurance Company Limited

**Intermediaries registered at 31 December 2003**
A.J.R. Brokers
Alexander Forbes Channel Islands Limited
Anthony K Falcon Limited
Anthony Le Blanc & Partners
Argus Insurance Brokers Limited
Argyll Investment Services Limited
Association of Guernsey Travel Agents
Bank of Bermuda (Guernsey) Limited
Birch Insurance Brokers Limited
BSI (Channel Islands) Limited

Canivet Webber Financial Services Limited
Capital Solutions Limited
Channel Financial Services (Guernsey) Limited
Channel Insurance Brokers Limited
Cherry Godfrey Insurance Services Limited
Clarity Financial Limited
Clegg Gifford & Co Limited trading as CG Arrow
De Beauvoir (C.I.) Financial Consultants Limited
Doric Insurance Brokers Limited
FirstCity Insurance Company Limited
Fort Financial Services Limited
Goldridge Stone Limited
Guernsey Financial Consultants Limited
Heath Lambert Insurance Brokers (Guernsey) Limited
Hepburns Insurance Limited
HSBC Bank International Limited
HSBC Bank plc
The Islands' Insurance Brokers Limited
The Islands' Insurance Company Limited
Kensington Wealth Management S.a.r.l
Kraken Insurance Advisors Limited
Lloyds TSB Bank (Guernsey) Limited
Lloyds TSB Insurance Services Limited
Lloyds TSB Offshore Limited
Marsh Financial Services (Guernsey) Limited
Miller Insurance Services Limited
NetworkDirect Limited
Nova Financial Services Limited
Oracle Financial Services (Guernsey) Limited
Pentagon Insurance Brokers Limited
Principal Financial Limited
R A Rossborough (Guernsey) Limited
Rossborough Financial Planning Limited
Rossborough Healthcare International Limited
Ross-Gower Group Limited
The Royal Bank of Scotland International Limited
SG Hambros Bank & Trust (Guernsey) Limited
Sonecho Wealth Management Limited
SPS Wellbeing Limited
St James Global Limited
Tower Finance Limited
Trinity Court Agencies
Woodlock Financial Services

80    ANNUAL REPORT 2003
APPENDIX 7

THE PROTECTION OF INVESTORS (BAILIWICK OF
GUERNSEY) LAW, 1987 – LICENSEES

*Please refer to the Commission's website at www.gfsc.gg or contact the Investment Business Division for the up-to-date list of licensees.*

**Designated trustees/custodians at 31 December 2003**
Bank of Bermuda (Guernsey) Limited
Bank of Butterfield International (Guernsey) Limited
Barings (Guernsey) Limited
Close International Custody Services Limited
Credit Suisse (Guernsey) Limited
Credit Suisse Trustee Services Limited
HSBC Bank plc
HSBC Republic Bank (Guernsey) Limited
Kleinwort Benson (Guernsey) Limited
Kleinwort Benson (Guernsey) Trustees Limited
MeesPierson (C.I.) Limited
RBSI Trustee Services (Guernsey) Limited
Royal Bank of Canada (Channel Islands) Limited
State Street Trustees (Guernsey) Limited

**Designated managers at 31 December 2003**
Anson Fund Managers Limited
AOS Fund Services Limited
Bachmann Fund Administration Limited
BISYS Fund Services (Guernsey) Limited
Bordeaux Services Limited
Butterfield Fund Managers (Guernsey) Limited
Close Fund Services Limited
Credit Suisse Fund Administration Limited
Guernsey International Fund Managers Limited
HSBC Fund Administration (Guernsey) Limited
HSBC Republic Management (Guernsey) Limited
IFS Investments Limited
Insight Investment Management (CI) Limited
International Administration (Guernsey) Limited
Investec Asset Management Guernsey Limited
Kleinwort Benson (Guernsey) Fund Services Limited
Management International (Guernsey) Limited
Man Fund Management (Guernsey) Limited
Mourant Guernsey Limited
Old Mutual Fund Managers (Guernsey) Limited
Royal Bank of Canada Offshore Fund Managers Limited
Walbrook Fund Managers Limited

**Principal managers at 31 December 2003**
Absolute Return Investment Managers Limited
Apollo Investment Management Limited
Arab Bank Fund Managers (Guernsey) Limited
Ashcourt Asset Management Guernsey Limited
Ashmore Management Company Limited
Aval Fund Management (Guernsey) Limited
Bank Hofmann Fund Management (Guernsey) Limited
Baring Asset Management (CI) Limited
BGL Reads Fund Management Limited
Cardona Lloyd (Guernsey) Limited
Citadel Guernsey Limited
Clariden Financial Products (Guernsey) Limited
Collins Stewart Fund Management Limited

Concord Misr Investments (Guernsey) Limited
Consulta (Channel Islands) Limited
Convivo Guernsey Limited
Copernicus Asset Management Limited
Credit Suisse Asset Management (Guernsey) Limited
Cypresstree International Fund Management Company Limited
Dantrust Management (Guernsey) Limited
Delphi Asset Management (Guernsey) Limited
Elysian Investment Management Limited
Equinox Finance Management (Guernsey) Limited
European Credit Management (Guernsey) Limited
Fauchier General Partner Limited
FF & P Asset Management (Guernsey) Limited
FRM Investment Management Limited
FundInvest (Guernsey) Limited
Genesis Fund Managers Limited
GL Fund Management (Guernsey) Limited
GYS Investment Management Limited
Hanseatic Asset Management LBG
Hermitage Capital Management Limited
HRS Asset Management Limited
Intrinsic Asset Management (Guernsey) Limited
ITM Fund Managers Limited
KIC Fund Managers (Guernsey) Limited
KME Fund Managers Limited
Landsbanki Capital International Limited
L.C.F. Rothschild Asset Management (C.I.) Limited
Liontrust International (Guernsey) Limited
Long-Invest Capital Limited
M3 Capital Management (Guernsey) Limited
M & G (Guernsey) Limited
Merchbanc Management (Guernsey) Limited
Merrill Lynch International Capital Management (Guernsey) Limited
MIO Partners (Guernsey) Limited
Montier Asset Management Limited
Morley Fund Management (Channel Islands) Limited
MSG & Partners (CI) Limited
NBAD Fund Managers (Guernsey) Limited
Nemrod Management Limited
Paragon Asset Management Limited
Partners Asset Management Limited
Port Fund Managers (Guernsey) Limited
Private Fund Managers (Guernsey) Limited
PSG Fund Management (CI) Limited
Sarasin Funds Management (Guernsey) Limited
Saudi American Fund Management (Guernsey) Limited
Savoy Fund Managers (Guernsey) Limited
SC Invest Holding (Guernsey) Limited
Schroder Investment Management (Guernsey) Limited
Sigma Asset Management (Guernsey) Limited
Sogeval Management Limited
Stamford Asset Management Limited
Strategic Management Limited
T.A.L. Asset Management (Guernsey) Limited
Trident Investment Management (Guernsey) Limited
Unigestion (Guernsey) Limited
UTI International Limited

Wafra International Investment Management Limited
Warwick Asset Management (Channel Islands) Limited
WestLB Guernsey Limited

**Licensed investment exchange at 31 December 2003**
Channel Islands Stock Exchange, LBG

**Other licensees at 31 December 2003**
Abacus Financial Consulting Limited
Abacus Fund Managers (Guernsey) Limited
ABN AMRO Development Capital (Guernsey) Limited
Access Capital Partners (Guernsey) Limited
Adam & Company International Limited
ADD Management Limited
ADD Partners (Guernsey) Limited
Adelphi Management Limited
AIB Holdings Limited
Alchemy Partners G.P. (Guernsey) L.P.
Alchemy Partners (Guernsey) Limited
Alexander Forbes (C.I.) Limited
Annington Management Services (Guernsey) Limited
Ansbacher (Channel Islands) Limited - Guernsey Branch
Ansbacher Investment Management (C.I.) Limited
Anson Custody Limited
Anson Registrars Limited
Apax Europe IV GP Co. Limited
Apax Europe V GP Co. Limited
A.P. Financial Investment Services Limited
Argyll Investment Services Limited
Ascari Financial Services Limited
Asset Risk Consultants Limited
Atlantis Fund Management (Guernsey) Limited
AUB General Partner (Guernsey) Limited
Aviva Funds International Limited
Baden-Württembergische Bank AG
Balchan Management Limited
Banca Monte dei Paschi (Channel Islands) Limited
Banco Santander Central Hispano (Guernsey) Limited
Bank Julius Baer & Co Ltd - Guernsey Branch
Bank of Cyprus (Channel Islands) Limited
Bank of Montreal Trust Company (C.I.) Limited
Bank Sarasin (C.I.) Limited
Barclays Bank PLC
Barclays Global Investors Guernsey Limited
Barclays Private Bank & Trust Limited
Barclays Private Clients International Limited
Baring Asia Fund Managers II Limited
Baring Asia (GP) Limited
Baring European Fund Managers Limited
Baring Latin America Fund Managers Limited
Baring Latin America General Partner Limited
Baring Latin America Partners Limited
Baring Mexico (GP) Limited
Baring Vostok Capital Partners Limited
Baring Vostok Fund Managers Limited
Barton Management Limited
BCEA Advisers Limited

BCEE Advisers Limited
BCEF (GP) Limited
Berrington Fund Management Limited
Beta Corporate Services Limited
BFS Investments (Guernsey) Limited
BGL Reads Asset Management Limited
BNP Paribas Asset Management U.K. Limited
BNP Paribas Fauchier Partners Management Limited
BPEP Management Limited
Bracken Partners Investments Channel Islands Limited
BrainHeart General Partner Limited
Brewin Dolphin Securities Limited
BS Investments Limited
BS Investments 2 Limited
BS Partners Limited
BSI (Channel Islands) Limited
Butterfield Management Services (Guernsey) Limited
Butterfield Trust (Guernsey) Limited
Caldwell Associates Limited
Cannon Asset Management Limited
Capita IRG (CI) Limited
Capita Trust Company (CI) Limited
CapMan (Guernsey) Limited
Carey Olsen Administration Support Services Limited
Carey Olsen Trust Company Limited
Castalia Partners Limited
Castle Management (Guernsey) Limited
CBI Finance Limited
CEP Investment Administration Limited
Channel Financial Services (Guernsey) Limited
Channel Islands Fund Services Limited
CIE Management II Limited
CIS Unit Managers Limited
Citadel International Wealthcare Limited
Clariden Bank (Guernsey) Limited
Clariden Trust (Guernsey) Limited
Close Asset Management Guernsey Limited
Close Asset Management Jersey Limited – Guernsey Branch
Close Bank Guernsey Limited
CLSA Guernsey Limited
Coller Investment Management Limited
Collins Stewart Asset Management Limited
Collins Stewart (CI) Limited
Colocar International Limited
Comgest Asset Management Limited
Coutts (Guernsey) Limited
CQS International Limited
Credit Suisse First Boston Guernsey Branch
Credit Suisse Guernsey Branch
Credit Suisse International Services Limited
CSFB IGP Guernsey Branch
CSFB LP Holding Guernsey Branch
Cygnus Venture Partners (Guernsey) Limited
D.A.H. Hambros Bank (Channel Islands) Limited
Dalton Capital (Guernsey) Limited
Dawnay Day Milroy Limited
De Putron Fund Management (Guernsey) Limited

**82**    ANNUAL REPORT 2003
APPENDIX 7 CONTINUED

Deloitte & Touche Private Client Advisors International Limited
Deutsche Bank International Limited
Deutsche Bank Investments (Guernsey) Limited
Dexion Capital (Guernsey) Limited
DFD Capital Limited
Dixcart Trust Corporation Limited
Duke Street Capital Services Limited
DWS Investment Funds Limited
EarlyBirdCapital Management Limited
EEP Managers Limited
EFG Private Bank (Channel Islands) Limited
EFG Private Bank S.A. (Guernsey Branch)
Electra European Fund (GP) Limited
Emerald Management Limited
Endeavour G.P. (Guernsey) Limited
EQT Mezzanine Limited
EQT Northern Europe Limited
EQT Scandinavia Limited
ESD Management III Limited
ESD Managers Limited
EuroSmallCaps Management Services Limited
E-Vestment Capital (Guernsey) Limited
Excel Capital Partners III General Partner Limited
Excel Capital Partners IV General Partner Limited
Executive Wealth Management Limited
Exeter Investments (Guernsey) Limited
Fairway Fund Management (Guernsey) Limited
Fauchier Partners Asset Management Limited
Federal Trust Company Limited
Finch Management and Marketing Limited
First Arrow Global Fund Trustees Limited
First Arrow Managed Fund Trustees Limited
The First Cambridge Gateway General Partner Limited
Folio Investments Limited
Foord Asset Management (Guernsey) Limited
Franklin Templeton Investment Management Limited
FRM International Limited
FRM Investment Management (Americas) Limited
Frontiers Capital General Partner Limited
GCI Partners Limited
GCI II Partners Limited
Generali Portfolio Management Limited
Genesis Asset Managers Limited
GEP Fund Managers Limited
Gerrard International Limited
G K B (General Partner) Limited
Global Growth Fund Co-Manager Limited
Global Life Science Ventures (GP) Limited
GLS (GP) Limited
GLSV Special Partner Limited
Go Equity General Partner Limited
GPL Limited
Greenpark Capital Investment Management Limited
Greenpark International General Partner I Limited
HCF Guernsey Limited
Helix Management Limited
Heritage Fiduciaries Limited

Heritage Fund Managers Limited
Heritage Trust Limited
HFT (Guernsey) Limited
HL General Partner V Limited
HLSP Investment Management II Limited
HLSP Investment Management III Limited
HSBC Bank International Limited
HSBC Investment Management (International) Limited
HSBC Republic Trust Company (Guernsey) Limited
Indosuez Administration Services Limited
Industrial Development & Investment Limited
ING Real Estate (Guernsey) Limited
ING RPFI Management Limited
ING UK Property Income (General Partner) Limited
ING UK RF Management Limited
INNKAP 3 General Partner Limited
International Asset Monitor Limited
International Fund Services (Guernsey) Limited
International Private Equity Services Limited
Investec Asset Management Channel Islands Limited
Investec Bank (Channel Islands) Limited
Investec Trust Guernsey Limited
Investment Consultants and Brokers Limited
Investment Fund Services Limited
Investor Capital Management Asia Limited
I.P. Real Estate Asset Management (Guernsey) Limited
JNR Limited
Julius Baer Trust Company (Channel Islands) Limited
Jupiter Trustees Limited
KAPPA IT Ventures (GP) Limited
KAPPA IT Ventures Second (GP) Limited
KAPPA IT Ventures Special LP Limited
KBEMF II (Guernsey) Limited
Kennet II GP Limited
Kensington Wealth Management SARL
Kleinwort Benson (Channel Islands) Investment Management Limited
Kleinwort Benson (Channel Islands) Limited, Guernsey Branch
Kraken Financial Group Limited
LAF Sponsor Limited
L.C.F. Rothschild (C.I.) Limited
Legis Corporate Services Limited
Legis International Fund Management Limited
Leopold Joseph & Sons (Guernsey) Limited
Lloyds TSB Bank (Guernsey) Limited
Lloyds TSB Offshore Limitd
Lloyds TSB Offshore Private Banking (Guernsey) Limited
Longview Partners (Guernsey) Limited
Louvre Asset Management Limited
Louvre Fiduciary Group Limited
Manor Park (Guernsey) Limited
Marsh Financial Services (Guernsey) Limited
Marsh Management Services Guernsey Limited
Merban Equity Guernsey Branch
Mercator Investment Management Limited
Merlin Group Securities Limited
Merrill Lynch Investment Managers (Channel Islands) Limited
M.G. Financial Investment Services Limited

Millennium Asset Management Limited
Milroy & Associates Limited
Minerva Fund Management (Guernsey) Limited
Montrose Asset Management Limited
Morgan Stanley Investment Management Limited
MSS Fund Management Limited
MUST 4 General Partner (Guernsey) Limited
National Bank of Greece – Guernsey Branch
Newton International Investment Management Limited
Newton Investment Management (Guernsey) Limited
Nexit Infocom 2000 Limited
Next Century Partners Limited
Next Century Partners-e Limited
NM Rothschild & Sons (C.I.) Limited
Nordic Equity Management Limited
Nordic Mezzanine GP Limited
Nordic Mezzanine GP II Limited
Nordic Venture Managers Limited
Nordic Venture Partners Limited
Nova Financial Services Limited
Optimal Fund Management Limited
Orbis Management Limited
PAI Europe III General Partner Limited
Pantheon Ventures (Guernsey) Limited
Parkway Administration (Guernsey) Limited
Partners Group (Guernsey) Limited
Partners Group Management Limited
Partners Private Equity Management Limited
PCI III GP Limited
Pearl Management Limited
Pentagon Insurance Brokers Limited
Permira Europe II Managers L.P.
Permira Europe III G.P. Limited
PESD Management Limited
Phoenix International Limited
Polytechnos (GP) Limited
Polytechnos (GP) II Limited
Praxis Asset Management Limited
Princess Management and Insurance Limited
Private Equity Fund Managers Limited
Prospect Asset Management (Channel Islands) Limited
PSG Asset Management (CI) Limited
Quilter & Co Limited
R & H Fund Services (Guernsey) Limited
Rasmala Investments (Guernsey) Limited
Rawlinson & Hunter Limited
RBSI Custody Bank Limited
Rossborough Financial Planning Limited
Rothschild Bank Switzerland (C.I.) Limited
Rothschild Corporate Fiduciary Services Limited
Rothschild Private Management (C.I.) Limited
Rothschild Ventures (Guernsey) Limited
Royal Bank of Canada Investment Management (Guernsey) Limited
Royal Bank of Scotland International Limited
Royal London Asset Management C.I. Limited
Royal London Custody Services C.I. Limited
Ruffer (Channel Islands) Limited

Saffery Champness Management International Limited
SAM Equity Partners Limited
SanPaolo IMI Capital Partners Limited
Sapphire Managers (Europe) Limited
ScanEast Managing Partner Limited
Schroders (C.I.) Limited
Schroder Administrative Services (C.I.) Limited
Schroder Venture Managers (Guernsey) Limited
Select Industries Management Company Limited
Seymour Pierce Modus IBI Limited
SGH V (GP) Limited
SG Hambros Bank & Trust (Guernsey) Limited
SG Hambros Trust Company (Guernsey) Limited
Shamrock GP Limited
Sierra GP Limited
Sixela Investments Limited
The Slovenian Fund Management Company (Guernsey) Limited
Sonecho Wealth Management Limited
Special Situations Venture (GP) Limited
Special Situations Venture Managers (MLP) Limited
Standard Chartered Grindlays Management Company (Guernsey) Limited
Stenham Gestinor Asset Management Inc.
Stenham Gestinor Trustees Limited
Suala Capital Fund Limited
Techtics Capital Management Limited
Terra Firma Investments (GP) Limited
Terra Firma Investments (GP) 2 Limited
Thesis Asset Management International Limited
Thornhill Guernsey Limited
Threadneedle Portfolio Services Limited
Transmanagement Limited
Trident Trust Company (Guernsey) Limited
Trust Management (Alderney) Limited
Turk Ventures Advisory Limited
Turk Venture Partners Limited
UBK Buyout Investments (Guernsey) Limited
The UBK European Property Company Limited
Voltaire Distribution Limited
Westbury Fund Management Limited
Wilfred T. Fry (C.I.) Limited
Zenith Secretarial Services Limited

84

ANNUAL REPORT 2003
APPENDIX 8

THE PROTECTION OF INVESTORS (BAILIWICK OF GUERNSEY) LAW, 1987 – COLLECTIVE INVESTMENT SCHEMES

*Please refer to the Commission's website at www.gfsc.gg or contact the Investment Business Division for the up-to-date list of authorised schemes.*

**Authorised open-ended collective investment schemes at 31 December 2003**

**Class A schemes**

Elite Personal Portfolio Service
Insight Investment Currency Fund Limited
Insight Investment International Bond Funds Limited
Insight Investment International Reserves Limited
Investec Global Strategy Fund Limited
Investec International Accumulation Fund Limited
The Old Mutual International Portfolio
Royal Bank of Canada Global Funds
Royal Bank of Canada International Currencies Fund Limited
Sarasin CI EquiSar Dollar Global Thematic Fund
Sarasin (CI) EquiSar Sterling Global Thematic Fund
Sarasin (CI) GlobalSar Dollar Balanced Fund
Sarasin (CI) GlobalSar Sterling Balanced Fund
Sarasin CI Income Portfolio
Schroder India Fund
Schroder Offshore Cash Fund
Schroder Taiwan Fund

*The Collective Investment Schemes (Class A) Rules 2002, as amended, and the Collective Investment Schemes (Compensation of Investors) Rules 1998, as amended, apply to the above.*

**Class B schemes**

AB Alternative Strategies Fund PCC Limited
AB International Fund Limited
Absolute Alpha Fund PCC Limited
Absolute Alpha Leaders Fund
Accorn Global Fund
Acumen Guaranteed Fund PCC Limited
Admiral Fund of Funds Limited
AHL Global Investments Limited
The American Stafford Fund
Anglo Norman Investment Fund PCC Limited
Apollo Californian Fund Limited
Apollo European Fund Limited
Apollo Global Fund Limited
Apollo Hedge Fund Limited
Apollo Japan Fund Limited
Apollo Tiger Fund Limited
ARIS Fund PCC Limited
Ashcourt Select Portfolio Limited
Ashcourt Sterling Bond Fund Limited
Ashmore Emerging Markets Liquid Investment Portfolio
Ashmore Global Special Situations Fund Limited
Ashmore Local Currency Debt Portfolio
Ashmore Russian Debt Portfolio
Ashmore Russian Equity Fund
Asset Holder PCC Limited
Asset Holder PCC No. 2 Limited
Aval Funds
Bank Hofmann – Dollarrent
Bank Hofmann – Eurorent
Bank Hofmann – Swissrent
Bank Hofmann Alternative Funds
Bank Hofmann Alternative Strategies
Bank Hofmann Bond Funds
Bank Hofmann Stock Funds
Belvedere Fund Limited
CAM Global Selection Limited
Capricorn Fund PCC Limited
Cardinal Fund of Funds Limited
Cardona Lloyd Hedge Portfolio Limited
Central and Eastern European Fund Limited
CIBC Private Clients Fund Limited
Clariden Global Investments Limited
Clariden International Investments PCC Limited
Clariden Investments Limited
Collins Stewart No II Fund PCC Limited
Collins Stewart No III Fund PCC Limited
The Collins Stewart PCC Limited
Compass Offshore Hedging Strategies PCC Limited
Compass Offshore Special Situations PCC Limited
Consulta Alternative Strategy Fund Limited
Consulta Canadian Energy Fund Limited
Consulta Capital Limited
Consulta Emerging Markets Debt Fund Limited
Consulta High Yield Fund Limited
Consulta Technology Fund Limited

Convivo PCC Limited
Credit Suisse Asset Management Global Performance Funds
Cypresstree International Fund PCC Limited
Dantrust II Limited
The Dejima Fund Limited
Delphi Global Limited
Early Stage Defensive Hedge Fund Limited
Early Stage Defensive Hedge Fund PCC Limited
The Egyptian Growth Investment Company Limited
Elysian Fund Limited
The European Growth Fund Limited
The Euro Spain Fund Limited
FF & P Alternative Strategy Income PCC Limited
Financial Risk Management Diana Fund
Fitzwilliam Active Management PCC Limited
Fitzwilliam International PCC Limited
Foord Asset Management International Trust
FRM Absolute Return Fund
FRM Access Fund PCC Limited
Genesis Condor Fund Limited
GL Funds
GL Target Funds
Gulf Overseas Investment Fund Limited
Hansa Fund PCC Limited
Hemisphere Defensive HF PCC Limited
Hemisphere Defensive HF (USD) Limited
Hemisphere Equity Fund (EUR) Limited
Hemisphere Equity Fund (USD) Limited
Hemisphere Equity PCC Limited
The Hermitage Fund
HMF Funds
Horizon Fund
HRS Diversified Fund PCC Limited
HRS Holdings Limited
HSBC ISPartners Diversified Fund
HSBC Republic Alternative Investments Portfolio
HSBC Republic Alternative Portfolio
HSBC Republic Portfolio Selection Fund
HSBC Republic Strategies Fund
HSBC Republic Uni-Folio
The India I.T. Fund Limited
Insight Investment Global Opportunities Funds
Insight Investment International Funds Limited
Insight Investment International Investment Funds
Insight Investment International Managed Portfolio
Insight Investment International Portfolio
The International Mutual Fund PCC Limited
Investec International Money Market Fund Limited
Investec Premier Funds PCC Limited
Investec Professional Investment Funds PCC Limited
The ITM Selection Fund
Jaivco
KIC Global Strategy Fund Limited
KMEFIC World Real Estate Liquidity Fund
The Korea-Europe Fund Limited
Latin America Capital Partners Limited
Liontrust Guernsey Fund Limited

Long-Invest Fund PCC Limited
M & G Offshore British Opportunities Fund
M & G Offshore Corporate Bond Fund Limited
M & G Offshore European Smaller Companies Fund
M & G Offshore Global Leaders Fund
M & G Offshore Global Technology Fund
M & G Offshore High Yield Corporate Bond Fund Limited
M & G Offshore UK Growth Fund
M3 Capital Mutual Fund PCC Limited
Man Alternative Strategy Investments Limited
Man-Vector Global Investments Limited
Merchbanc International Funds
Merrill Lynch Series Trust known as "The India Fund"
Monument Growth Fund
Multi-Manager Investment Programmes PCC Limited
NBAD Global Growth Fund PCC Limited
Nemrod Euro Limited
Nemrod Leveraged Holdings Limited
Nippon Growth Fund Limited
Offshore Portfolios PCC Limited
Old Mutual Fund Managers (Guernsey) PCC Limited
Optimal Tracker Fund PCC Limited
Paragon Capital Appreciation Fund Limited
Partners Group Alternative Strategies PCC Limited
Polygon Capital Limited
The Professional Investor Fund PCC Limited
Prospero Currency Fund Limited
Prudential World Value Fund
PSG Global Portfolio
PSG International Portfolio Fund
Raintree Global Fund Limited
Royal Bank of Canada ARC Fund Limited
Russian Opportunities Fund Limited
SAM Arbitrage Holdings PCC Limited
SAM Credit Holdings PCC Limited
SAM Diversified Holdings PCC Limited
SAM Trading Holdings PCC Limited
Saudi Arabia Investment Fund Limited
Savoy Global & Balanced Fund
SC Trading Invest Limited
Schroder Eastern European Fund
Schroder Emerging Markets Fund
Schroder Institutional Developing Markets Fund
The Schroder Latin American Fund Limited
SCNTF II Limited
Select Global Strategies Limited
Sogeval Fund Limited
Speer Capital Preservation Fund
The Stafford Global Equity Fund
Stellar Funds PCC Limited
Strategic Evarich Japan Fund Limited
Strategic Investment Fund Limited
Strategic Multi Hedge Fund Limited
Strategic US Opportunities Fund Limited
Supreme Growth Fund
Swiss Capital Non-Traditional Funds PCC Limited
Taurus Emerging Fund Limited

ANNUAL REPORT 2003
APPENDIX 8 CONTINUED

The Thai-Euro Fund
Total Return Fund PCC Limited
Trans Value Fund Limited
Wafra Global Fund Limited
Wafra Small Cap Fund Limited
Walbrook PCC No. 1 Limited
Waxwing International Limited
Westbourne Growth Fund PCC Limited
Westbury Commercial Property Fund Limited
Wilen Trust
Winterthur/Sarasin EPP Equisar Dollar Fund
Winterthur/Sarasin EPP Globalsar Dollar Fund

*The Collective Investment Schemes (Class B) Rules 1990 apply to the above.*

**Class Q schemes**

The Cambridge Absolute Return Limited Partnership
CSAM UK Property Unit Trust
Elven Investments Limited
European Credit Fund
Morley Alternative Investment Strategy Fund PCC Limited
NIF Holdings Fund PCC Limited
Oxford Fauchier Limited Partnership
Special Investments PCC Limited
WIN Alternative Investments Fund
Winterthur Short Term Reserve Funds

*The Collective Investment Schemes (Qualifying Professional Investor Funds) (Class Q) Rules 1998 apply to the above.*

ANNUAL REPORT 2003
APPENDIX 9

87

BALANCE SHEETS FOR THE BANKING SECTORS IN
THE CROWN DEPENDENCIES 1999 TO 2003

| Liabilities | | 1999 £mns | 2001 £mns | 2003 £mns |
|---|---|---|---|---|
| Deposit liabilities | | | | |
| Banks/building societies registered in | United Kingdom | 3578 | 3372 | 3666 |
| | Channel Islands/Isle of Man | 17193 | 19495 | 20103 |
| Financial corporations registered in | United Kingdom | 4050 | 2964 | 2576 |
| | Channel Islands/Isle of Man | 10948 | 13574 | 13277 |
| Non-financial corporations registered in | United Kingdom | 4354 | 5089 | 4061 |
| | Channel Islands/Isle of Man | 8873 | 9012 | 9300 |
| Public sector registered in | United Kingdom | 441 | 8 | 1 |
| | Channel Islands/Isle of Man | 388 | 425 | 369 |
| Households and individual trusts registered in | United Kingdom | 21151 | 24144 | 26111 |
| | Channel Islands/Isle of Man | 13293 | 16486 | 16709 |
| Banks | Rest of world | 36579 | 20874 | 68263 |
| Other | Rest of world | 68972 | 115217 | 79407 |
| Total deposit liabilities | | 189820 | 230660 | 243843 |
| Certificates of deposit issued | | 11256 | 1745 | 33622 |
| Other liabilities | | 16787 | 39807 | 20616 |
| Total liabilities | | 217863 | 272212 | 298081 |

| Assets | | | | |
|---|---|---|---|---|
| Loans, advances and market loans | | | | |
| Banks/building societies registered in | United Kingdom | 88450 | 108701 | 106844 |
| | Channel Islands/Isle of Man | 15942 | 13872 | 19480 |
| Financial corporations registered in | United Kingdom | 2121 | 989 | 606 |
| | Channel Islands/Isle of Man | 1046 | 1769 | 2029 |
| Non-financial corporations registered in | United Kingdom | 1227 | 1132 | 1239 |
| | Channel Islands/Isle of Man | 1524 | 1567 | 1923 |
| Public sector registered in | United Kingdom | 44 | 1 | 6 |
| | Channel Islands/Isle of Man | 26 | 67 | 61 |
| Households and individual trusts registered in | United Kingdom | 1212 | 1427 | 1889 |
| | Channel Islands/Isle of Man | 2402 | 3219 | 4720 |
| Banks | Rest of world | 58733 | 80842 | 85381 |
| Other | Rest of world | 7747 | 8822 | 8867 |
| Certificates of deposit and other short-term paper issued/accepted by UK, Guernsey, Jersey or Isle of Man banks and building societies | | 9307 | 8107 | 7645 |
| Investments and securities | | 14190 | 27440 | 37911 |
| of which | United Kingdom | 1381 | 2859 | 2434 |
| | Rest of world | 12809 | 24581 | 35477 |
| Other assets | | 13892 | 14257 | 19480 |
| Total assets | | 217863 | 272212 | 298081 |

Sources: Bank of England, Guernsey Financial Services Commission, Isle of Man Treasury and Jersey Financial Services Commission.

ANNUAL REPORT 2003
APPENDIX 10

INTERNATIONAL REGULATORY AND SUPERVISORY BODIES

## Banking

### The Basel Committee on Banking Supervision

The Basel Committee on Banking Supervision is a committee of banking supervisory authorities which was established by the central bank Governors of the Group of Ten countries in 1975. It consists of senior representatives of the banking supervisory authorities and central banks of Belgium, Canada, France, Germany, Italy, Japan, Luxembourg, the Netherlands, Sweden, Switzerland, the United Kingdom and the United States of America. Its current chairman is Mr Jaime Caruana, Governor of the Bank of Spain. The Basel Committee usually meets at the Bank for International Settlements in Basel, where its permanent Secretariat is located.

The Basel Committee is responsible for issuing guidelines on standards which the international community expects from banks and bank supervisors. The best known of these were probably the Basel Concordat in 1983 and the Basel Capital Accord of 1988. The Concordat set out demarcation lines for supervisors while the Capital Accord established how supervisors should measure the amount of capital needed to support a bank's risk. The Capital Accord introduced the concept of a minimum risk asset ratio of 8%. More recently, the Basel Committee has introduced Twenty-Five Core Principles of Effective Banking Supervision and an underlying methodology. It is in the course of producing a revised Capital Accord and has already issued substantial consultation papers.

The Basel Committee's work is much more extensive than this brief list might indicate. It has produced papers on a wide variety of subjects and has contributed substantially to the improving of international standards of banking supervision.

A complete list of publications is available on the website for the Bank of International Settlements under Basel Committee, Publications. The website address is www.bis.org.

### The Offshore Group of Banking Supervisors

The Offshore Group of Banking Supervisors ("OGBS") was established in 1980 as a forum for supervisory cooperation between the banking supervisors in offshore financial centres. Current members of the Group are:- Aruba, Bahamas, Bahrain, Barbados, Bermuda, Cayman Islands, Cyprus, Gibraltar, Guernsey, Hong Kong, Isle of Man, Jersey, Labuan, Macau, Mauritius, the Netherlands Antilles, Panama, Singapore and Vanuatu.

The group meets annually. In years when the International Conference of Banking Supervisors is held, it meets at that conference's venue; in other years it meets at a location in one of the jurisdictions represented in the group.

Guernsey was a founding member of the OGBS. It is a useful forum where offshore centres can make their views known and compare experience with similar financial centres. It also enables concerns to be passed to the Basel Committee. An example of this in practice is the working group made up of Basel Committee and OGBS members, which has produced papers on the supervision of cross-border banking and on customer due diligence requirements for banks. The Director of Banking is a member of this joint working group.

The Director of Fiduciary Services and Enforcement is a member of the international working group established under the auspices of the OGBS to set international standards for the regulation of trust and corporate service providers.

## Insurance

### The International Association of Insurance Fraud Agencies

Guernsey is a member of the International Association of Insurance Fraud Agencies ("IAIFA"). The IAIFA was formed in 1986 by the directors of insurance fraud agencies from the United States of America and Canada.

The IAIFA aims to coordinate the efforts, training and education of law enforcement agencies, government bodies and the insurance industry to prevent and combat insurance fraud worldwide more effectively. By working with regulators, law enforcement agencies and companies, the IAIFA attempts to break down jurisdictional barriers. The association is also active in encouraging other enforcement agencies to share information to the mutual benefit of all who are involved in assuring a high level of integrity throughout the insurance industry.

### The International Association of Insurance Supervisors

The International Association of Insurance Supervisors ("IAIS") was formed in 1993 and comprises international regulatory officials representing over 100 countries. It is led by an Executive Committee and supported by a full-time Secretary General located at the Bank for International Settlements in Basel, Switzerland.

There are several committees within the IAIS:- Executive, Technical, Emerging Markets and Budget. There are also several subcommittees that report to the Technical Committee and/or the Emerging Markets Committee in connection with:- accounting; investments; reinsurance; solvency; insurance laws, regulations, practices and standards; supervision of financial conglomerates; insurance fraud; and education. The Executive Committee consists of supervisors from Mexico (Chairman), the United States of America (Vice-Chairman), Australia, Canada, Chile, Guernsey, India, Japan, Jordan, Luxembourg, Norway, Poland, Singapore, South Africa and Spain. There are also Task Forces on Enhancing Transparency and Disclosure in the Reinsurance Sector and on Assessment and Implementation of Insurance Core Principles.

Under the IAIS by-laws, supervisors resolve to:-

(a) cooperate to ensure improved supervision of the insurance industry on a domestic as well as an international level, in order to maintain efficient, fair, safe and stable insurance markets for the benefit and protection of policyholders; and

(b) unite their efforts to develop practical standards that members may choose to apply.

The IAIS Twenty-Eight Insurance Core Principles and Methodology are the standards which Guernsey and all reputable regulatory bodies are seeking to apply.

**The Offshore Group of Insurance Supervisors**

The Offshore Group of Insurance Supervisors ("OGIS") was formed in 1993. Currently there are 14 members and five observers. Its main objectives are:-

(a) to provide mechanisms and fora whereby insurance supervisors from jurisdictions concerned with cross-border insurance business may discuss areas of mutual interest and concern and formulate appropriate policies;

(b) to provide assistance and encouragement to appropriate non-member jurisdictions to establish regimes for the supervision of cross-border insurance business at least to standards equivalent to those of OGIS;

(c) to represent the interests of OGIS at international insurance fora; and

(d) generally, to promote the proper supervision of cross-border insurance business.

The membership criteria of OGIS are:-

(a) agreement with the objects of OGIS concerned with cross-border insurance business;

(b) having legislation in place:-

(i) which enables the regulatory authority to supervise insurance business adequately; and

(ii) which permits the exchange of information with other regulatory authorities for the purposes of the prudential regulation of insurance business;

(c) effective enforcement of its insurance legislation and other relevant legislation;

(d) adequate resources (including properly qualified supervisory personnel) to regulate its cross-border insurance business effectively; and

(e) a clear commitment to the implementation of the anti-money laundering recommendations of the Financial Action Task Force on Money Laundering.

*Investment*

**Enlarged Contact Group on the Supervision of Collective Investment Funds**

The Enlarged Contact Group on the Supervision of Collective Investment Funds ("ECG") is an informal group of collective investment fund regulators established in 1970.

Membership was originally restricted to the regulatory authorities of the European Union Member States, but has now widened significantly to include, in addition to the 15 European Union Member States, Guernsey and the other Crown Dependencies, Brazil, Canada, Hong Kong, Japan, Mexico, Norway, Switzerland, South Africa and the United States of America.

The ECG holds annual meetings, chaired and organised by the host regulatory authority. These annual meetings include discussions on current regulatory topics, international regulatory cooperation and recent developments in regulation in the member countries. During the year, members maintain contact on regulatory matters such as the exchange of information.

The ECG's annual meeting in 2003 was hosted by the Comisión Nacional Bancaria y de Valores in Mexico City. The 2004 annual meeting will be in Rome, hosted by Banca d'Italia.
.

**International Organization of Securities Commissions**

The International Organization of Securities Commissions ("IOSCO") is an association of securities regulatory organisations which was created in 1983 and now comprises more than 170 members. The Commission was originally admitted as an Associate Member in 1991 and became a Full Member in 1997.

IOSCO now embraces almost all the world's securities and derivatives regulatory bodies and plays an increasingly important rôle in assisting members to achieve and maintain high regulatory standards in the interests of investors and the prevention of crime.

The main objectives of IOSCO's members are:-

(a) to cooperate together to promote high standards of regulation in order to maintain just, efficient and sound markets;

(b) to exchange information on their respective experiences in order to promote the development of domestic markets;

(c) to unite their efforts to establish standards and an effective surveillance of international securities transactions; and

(d) to provide mutual assistance to promote the integrity of the markets by a rigorous application of the standards and by effective enforcement against offences.

IOSCO works with several other major international fora, such as the G7 Financial Stability Forum, the Basel Committee on Banking Supervision and the IAIS, to ensure, in particular, close coordination with banking and insurance regulators. The work of IOSCO is directed by an Executive Committee supported by a permanent Secretariat. In turn, the Executive Committee has established two specialised working committees, the Technical Committee and the Emerging Markets Committee, to address the following functional areas:-

(a) disclosure and accounting;

(b) regulation of secondary markets;

(c) regulation of market intermediaries;

(d) enforcement and the exchange of information; and

(e) investment management.

ANNUAL REPORT 2003
APPENDIX 10 CONTINUED

There are also four Regional Standing Committees (Africa/Middle East, Asia-Pacific, European and Inter-American) which meet to discuss specific regional problems or considerations and a self-regulatory organisation consultative committee for self-regulatory organisations which are Affiliate Members of IOSCO. The Commission is a member of the European Committee.

All Full and Associate Members comprise the Presidents' Committee, which meets during the IOSCO annual conference and has all the powers necessary or convenient to achieve the purposes of IOSCO.

### Economic crime

#### The Financial Action Task Force on Money Laundering

The Financial Action Task Force on Money Laundering ("FATF") is an inter-governmental body whose purpose is the development and promotion of policies to combat money laundering – the processing of criminal proceeds in order to disguise their illegal origin. These policies aim to prevent such proceeds from being utilised in future criminal activities and from affecting legitimate economic activities.

FATF currently consists of 31 countries and two international organisations. The 31 FATF member countries and governments are:- Argentina, Australia, Austria, Belgium, Brazil, Canada, Denmark, Finland, France, Germany, Greece, Hong Kong, Iceland, Ireland, Italy, Japan, Luxembourg, Mexico, the Netherlands, New Zealand, Norway, Portugal, the Russian Federation, Singapore, South Africa, Spain, Sweden, Switzerland, Turkey, the United Kingdom and the United States of America. The two international organisations are the European Commission and the Gulf Co-operation Council. The OGBS is one of several bodies which is affiliated to FATF.

FATF originally drew up Recommendations in 1990. Since then, the Forty Recommendations have been revised twice, in 1996 and 2003, to ensure that they remain up-to-date and relevant to the evolving threat of money laundering. From time to time, the Forty Recommendations are extended by the issue of interpretative notes.

The Forty Recommendations set out a basic framework for anti-money laundering efforts and they are designed to be of universal application. They cover the criminal justice system and law enforcement, the financial system and its regulation, and international cooperation.

In early 2000 FATF issued Twenty-Five Criteria for Defining Non-cooperative Countries or Territories. These criteria are designed to ensure that international cooperation in the fight against money laundering is not impeded by detrimental rules and practices of financial centres. In addition, in the autumn of 2001 FATF issued Eight Special Recommendations on Terrorist Financing. When combined with the revised Forty Recommendations, the Special Recommendations set out the basic framework to detect, prevent and suppress the financing of terrorism and terrorist acts.

# Exhibit 10



# Certificate of Change of Name of a Company

No. **14169**

# I hereby Certify

that ...... **HSBC REPUBLIC BANK (GUERNSEY) LIMITED** ......

having, with the sanction of a Special Resolution of the said Company, and with the

approval of the Royal Court of the Island of Guernsey, changed its name, is now

called ...... **HSBC Private Bank (Guernsey) Limited** ......
**(with effect from 1st January, 2004)**

and that such new name was entered on the Register of Companies in the said

Island on the ...... **19th** ...... day of ...... **December,** ...... 20**03**

Greffe, Guernsey, this ...... **19th** ...... day of ...... **December,** ...... 20**03**



...... ......
*Her Majesty's Deputy Greffier*

HERALD

# Exhibit 11



# Certificate of Change of Name of a Company

No. **14169**

## I hereby Certify

that **HSBC Private Bank (Guernsey) Limited**

having, with the sanction of a Special Resolution of the said Company, and with the

approval of the Royal Court of the Island of Guernsey, changed its name, is now

called **HSBC Private Bank (C.I.) Limited**

and that such new name was entered on the Register of Companies in the said

Island on the **31st** day of **May** 20**08**

Greffe, Guernsey, this **31st** day of **May** 20 **08**



*Her Majesty's Deputy Greffier*

# Exhibit 12



**GUERNSEY**
**FINANCIAL**
**SERVICES**
**COMMISSION**

# THE BANKING SUPERVISION (BAILIWICK OF GUERNSEY) LAW, 1994

I hereby certify that

## HSBC PRIVATE BANK (C.I.) LIMITED

is licensed under section 6 of the Law to carry on a deposit-taking business and that the licence is valid for the Island of Guernsey.

Director of Banking

Guernsey Financial Services Commission

3 June 2008

# Exhibit 13



Guernsey Financial
Services Commission

# Regulated Entities

Home › The Commission › Regulated Entities › Republic Nominees Limited

## Republic Nominees Limited

**GFSC Reference**    67885

## No longer regulated by

**FIDUCIARY - JOINT LICENSEE**

**The Regulation of Fiduciaries, Administration Businesses and Company Directors, etc (Bailiwick of Guernsey) Law, 2000**

Republic Nominees Limited had their licence surrendered on 9th June 2017.

**Lead Licensee**

HSBC Trustee (Guernsey) Limited

# Exhibit 14



Guernsey Financial
Services Commission

**Rosemary Stevens**
Deputy Director of Banking and
Insurance Division

Mr D Stoddart
Chief Operating Officer
HSBC Private Bank (C.I.) Limited
Arnold House
St Julian's Avenue
St Peter Port
GY1 3NF

23 December 2019

Our Ref:    HSP/RS/KPB
*Please use our reference on all correspondence*

Dear David

**The Banking Supervision (Bailiwick of Guernsey) Law, 1994 ("the Law")**
**HSBC Private Bank (C.I.) Limited**

Thank you for your response on 19 December 2019 to the Commission's letter of the same date, confirming your acceptance of the proposed conditions.

The Commission can therefore confirm the surrender of HSBC Private Bank (C.I.) Limited's banking licence with effect from 23 December 2019.

The Commission will place a notice to this effect in La Gazette Officielle of the Guernsey Press, and will also write to the Board of the Guernsey Banking Deposit Compensation Scheme, confirming the surrender of the banking licence.

I should be grateful if you would arrange for the original banking licence certificate to be returned to the Commission for cancellation of the physical licence.

Yours sincerely

Rosemary Stevens

# Exhibit 15

GENEVA REGISTER OF COMMERCE

**Extract without cancellations**

EXTRACT FROM THE REGISTER
Ref. No.   00275/2001
Fed. No.   CH-660-0074001-4
**IDE     CHE-101.727.921**

## HSBC Private Bank (Suisse) SA
Company limited by shares
registered on 09 January 2001

| Ref. | Company Name | | |
|---|---|---|---|
| 40 | HSBC Private Bank (Suisse) SA | | |
| | **Registered Office** | | |
| 1 | Geneva | | |
| | **Address** | | |
| 202 | quai des Bergues 9-17, 1201 Geneva | | |
| | **Date of Articles of Association** | | |
| 1 | 05 January 2001 | 31 | 24 February 2003 |
| 3 | 09 April 2001 | 37 | 15 October 2003 |
| 4 | 10 April 2001 | 40 | 24 November 2003 |
| 5 | 10 April 2001 | 96 | 05 September 2008 |
| | **Purpose, Remarks** | | |
| 1 | Purpose: | | |
| | operation of a bank, including the professional trade of securities. | | |
| 197 | The identification under number CH-660-0074001-4  is replaced by the Business Identification Number (IDE/UID) CHE-101.727.921. | | |
| | **Mergers (LFus)** | | |
| 103 | Merger:<br>Taking over of the assets and liabilities of the company "HSBC Guyerzeller Bank AG", in Zurich (CH-020-3910954-5), in compliance with the merger contract dated 12 March 2009 and the balance sheet as of 31 December 2008 for assets in the amount of CHF 3,433,111,000 and liabilities towards third parties in the amount of CHF 3,037,666,000, i.e. net assets in the amount of CHF 395,445,000. As the entire share-capital of the two companies is owned by the same shareholder, the merger shall take place without an increase in the share-capital or an allocation of shares. | | |
| | **Transfers of Assets (Swiss Federal Act on Mergers, Demergers, Conversions and Transfers of Assets - LFus)** | | |
| 215 | Pursuant to a contract dated 28.11.2014, the company transferred its assets representing an amount of USD 2,800,128,360 and liabilities to third parties representing an amount of USD 2,800,128,359 to LGT Bank (Schweiz) AG (CHE-109.346.830) in Basel. Consideration: USD 195,865,488. | | |
| 253 | Pursuant to a contract dated 24.11.2016, the company transferred its assets representing an amount of USD 640,770,855 and liabilities to third parties representing an amount of USD 640,770,855 to Banco Santander (Suisse) SA (CHE-105.817.871) in Geneva. Consideration: USD 38,901,919. | | |
| | **Publication Organ** | | |
| 1 | Communication to shareholders: by registered letter | | |
| 1 | SOGC *(Swiss Official Gazette of Commerce)* | | |
| | **Branch offices** | | |
| 18 | Zurich | | |

| Ref. | Share-Capital | | |
|---|---|---|---|
| | **Nominal** | **Fully paid in** | **Shares** |
| 96 | CHF 708,480,000 | CHF 708,480,000 | 708,480 registered shares of CHF 1,000 each, bound according to the Articles of Association (ordinary increase) |
| | **Contribution in kind, taking over of assets, particular adv.** | | |
| 3 | Contribution in kind:<br>net assets immediately transferable from the capital management sector of "HSBC Investment Bank plc", Singapore Branch Office, in compliance with the contract dated 09 April 2001 and balance sheet as of | | |



*[Seal of Canton of Geneva, Register of Commerce]*

| | Contribution in kind, taking over of assets, particular adv. |
|---|---|
| | 28 February 2001 for an amount of CHF 5,177,000 in exchange of which 3,421 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium. |
| 4 | Contribution in kind:<br>net assets immediately transferable from the capital management sector of "HSBC Bank USA", Singapore Branch Office, in compliance with the contract dated 10 April 2001 and balance sheet as of 28 February 2001 for an amount of CHF 89,742,000 in exchange of which 21,846 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium; net assets immediately transferable from the capital management sector of "HSBC Bank USA", Hong Kong Branch Office, in compliance with the contract dated 10 April 2001 and balance sheet as of 28 February 2001 for an amount of CHF 120,806,000 in exchange of which 15,292 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium; net assets immediately transferable from the capital management sector of the company "HSBC Investment Bank Asia Limited", in Hong Kong, in compliance with the contract dated 10 April 2001 and balance sheet as of 28 February 2001 for an amount of CHF 319,273,000 in exchange of which 159,049 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium. |
| 5 | Merger:<br>Taking over of the assets and liabilities, in the meaning of Article 748 of the Swiss Code of Obligations, of the company "HSBC Republic Bank (Suisse) SA", in Geneva, in compliance with the contract dated 10 April 2001 and balance sheet as of 31 March 2001 for assets in the amount of CHF 24,658,630.000 and liabilities towards third parties in the amount of CHF 23,575,504,000, i.e. net assets in the amount of CHF 1,083,126,000, in exchange of which 460,392 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted. |
| 31 | Merger:<br>Taking over of the assets and liabilities, in the meaning of Article 748 of the Swiss Code of Obligations, of the international financing company of "Crédit commercial from France SA", in Geneva, in compliance with the contract dated 24 February 2003 and balance sheet as of 31 December 2002 for assets in the amount of CHF 26,599,802 and liabilities towards third parties in the amount of CHF 14,316,999, i.e. net assets in the amount of CHF 12,282,803, in exchange of which 2,780 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted. |
| 96 | Contribution in kind:<br>in compliance with the contract dated 05 September 2008, all the shares of the company "HSBC Private Bank Luxembourg SA", in Luxemburg, LUX, i.e. 53,000 shares of CHF 1,000 each, for an amount of CHF 124,956,000, in exchange of which 25,700 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance in the amount of CHF 99,256,000 constituting an exchange premium. |

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 9 | | | Saillard Odile, from France, in Loisin, F | | Joint power of att. (2)* (3) |
| 11 | | | Socquet Chantal, from Conthey, in Gaillard, F | | Joint power of att. (2)* (3) |
| 11 | | | Valente Joachim, from Portugal, in Gland | | Joint power of att. (2)* (1) |
| 17 | | | Adjaoute Kpate, from Togo, in Lausanne | | Joint signature (2) * |
| 33 | | | Thorens Marie-Laure, from Collonge-Bellerive, in Geneva | | Joint power of att. (2)* (1) |
| 43 | | | Davies Alexandra, from Meiringen, in Geneva | | Joint power of att. (2)* (1) |
| 53 | | | Dard Caroline, from Meinier, in Geneva | | Joint power of att. (2)* (1) |
| 53 | | | Liardet Véronique, from Font, in Onex | | Joint power of att. (2)* (1) |
| | 54 | | Baga Claudio, from Biel, in Geneva | | Joint signature (2) * |
| | 54 | | Bernet Serge, from Gommiswald, in Gingins | | Joint signature (2) * |
| | 54 | | Dabbah Abraham, from Zurich, in Geneva | | Joint signature (2) * |
| | 54 | | Hope-Morley Andrew, from Great Britain, in Geneva | | Joint signature (2) * |
| | 55 | | Egger Thierry, from Geneva, in Vernier | | Joint signature (2) * |
| 66 | | | Marciano Henri, from Geneva, in Geneva | | Joint signature (2) * |
| 80 | | | Boccard Philippe, from Vernier, in Founex | | Joint signature (2) * |
| 80 | | | Khan Belal Mohammed, from the USA, in Geneva | | Joint signature (2) * |
| 80 | | | Ozoux Jean-Nicolas, from France, in Bursinel | | Joint signature (2) * |
| 81 | | | Ravillon Olivier, from France, in Geneva | | Joint signature (2) * |
| 81 | | | Parpagiolla Roberto, from Coppet, in Geneva | | Joint power of att. (2)* (1) |
| 86 | | | Pharao Guy, from Morges, in Gland | | Joint signature (2) * |

| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
|---|---|---|---|---|---|
| 86 | | | **Tonini** Sandro, from Geneva, in Lucens | | Joint power of att. (2)* [1] |
| 92 | | | **Hassan Hoda**, from Egypt, in Geneva | | Joint signature (2) * |
| 92 | | | **Rodriguez** Diego, from Versoix, in Nyon | | Joint power of att. (2)* [1] |
| | 94 | | **Mentha** Daniel, from Cortaillod, in Geneva | | Joint signature (2) |
| | 94 | | **Tabbara** Sobhi, from Lebanon, in Geneva | | Joint signature (2) |
| 97 | | | **Chiesa** Diego, from Geneva, in Geneva | | Joint power of att. (2)* [1] |
| 99 | | | **Jacquemin** Stéphane, from Bagnes, in Lausanne | | Joint signature (2) * |
| 99 | | | **Lazzari** Frank, from Italy, in Pully | | Joint signature (2) * |
| 104 | | | **Ogay** Natacha, from Lovatens, in Nyon | | Joint signature (2) * |
| 104 | | | **Marsens** Geoffrey, from Jouxtens-Mezery, in Lausanne | | Joint power of att. (2)* [1] |
| | 105 | | **Burgio-Chiappa** Maria-Gabriella, from Geneva, in Arzier | | Joint signature (2) * |
| 105 | | | **Duperrex** Kathryn, from Rougemont, in Geneva | | Joint power of att. (2)* [1] |
| 114 | | | **Shivacheva** Rositsa Georgieva, from Bulgaria, in Geneva | | Joint power of att. (2)* [1] |
| | 116 | | **Muir** Marianne, from France, in Jonzier-Epagny, F | | Joint power of att. (2)* [3] |
| 122 | | | **Clement-Boban** Milena, from Rüderswil, in Zurich | | Joint signature (2) |
| | 122 | | **Clibbon** James, from Batterkinden, in Geneva | | Joint signature (2) * |
| 122 | | | **Kauss** Pierre, from France, in Rolle | | Joint power of att. (2)* [1] |
| | 125 | | **Plazolles** Charles, from France, in Allonzier-la-Caille, F | | Joint signature (2) * [2] |
| | 125 | | **Rüttimann** Jérôme, from Arni (AG), in Lancy | | Joint signature (2) * |
| 125 | | | **Beauverd** Thomas, from Chêne-Bougeries, in Geneva | | Joint power of att. (2)* [1] |
| 131 | | | **Skelly** Stephen, from Great Britain, in Geneva | | Joint signature (2) |
| 131 | | | **Dinbergs** André, from Amriswil, in Givrins | | Joint signature (2) * |
| | 131 | | **Gisler** Bernhard, from Flüelen, in Geneva | | Joint signature (2) * |
| | 131 | | **Santos** Maleliel, from Geneva, in Geneva | | Joint signature (2) * |
| 131 | | | **Leontaris** Georgios, from Greece, in Geneva | | Joint power of att. (2)* [1] |
| 134 | | | **Arditsoglou** Konstantinos, from Greece, in Geneva | | Joint power of att. (2)* [1] |
| 134 | | | **Miceli-Hinderberger** Barbara, from Geneva, in Veyrier | | Joint power of att. (2)* [1] |
| | 147 | | **Mosimann** Marc, from Lausanne, in Bussigny-près-Lausanne | | Joint signature (2) * |
| | 147 | | **Poutier** Eric, from France, in Gaillard, F | | Joint signature (2) * [2] |
| 147 | | | **Zeiler** Michael Pierre, from Granges-Paccot, in Saint-Cergue | | Joint signature (2) * |
| | 148 | | **Delmas** Xavier, from France, in Sauverny, F | | Joint signature (2) * [2] |
| | 150 | | **Achard** Philippe, from Geneva, in Perroy | | Joint signature (2) |
| | 150 | | **Di Bruno** Mariella, from Monthey, in Collombey-Muraz | | Joint signature (2) |
| | 150 | | **Dufour** Isabelle, from Geneva, in Geneva | | Joint signature (2) |
| | 150 | | **Mattatia** Rachel, from Geneva, in Geneva | | Joint signature (2) |
| | 161 | | **Zurbriggen Wälchli** Julie, from Saas-Almagell, in Collonge-Bellerive | | Joint signature (2) |
| | 161 | | **Ravndal** Sven, from Germany, in Genolier | | Joint power of att. (2)* [1] |

*[Seal of Canton of Geneva, Register of Commerce]*

HSBC Private Bank (Suisse) SA

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| | 162 | | **Von Planta** Andreas, from Basel, in Geneva | Chairman | Joint signature (2) |
| 164 | | | **Borgeaud** Philippe, from Geneva, in Onex | | Joint signature (2) * |
| 164 | | | **Pombo Puente** Emilio, from Spain, in Geneva | | Joint signature (2) * |
| 164 | | | **Schiefer** René, from the Netherlands, in Geneva | | Joint signature (2) * |
| | 164 | | **Talaat** Yasser, from Neuchâtel, in Chavannes-de-Bogis | | Joint signature (2) * |
| 164 | | | **Wyss** Colin, from Guensberg, in Tannay | | Joint signature (2) * |
| 164 | | | **Martin-Rouaix** Laurent, from France, in Geneva | | Joint power of att. (2)* (1) |
| 164 | | | **Ponce** Corinne, from Lausanne, in Lancy | | Joint power of att. (2)* (1) |
| | 165 | | **Freuler** Anik, from Romanel-sur-Morges, in Gland | | Joint signature (2) |
| 165 | | | **Huber** Jean David, from Hausen am Albis, in Winterthur | | Joint signature (2) |
| 166 | | | **de Quatrebarbes** Foulques, from Great Britain, in Lausanne | | Joint power of att. (2) (1) |
| 166 | | | **Parry** Rowena, from South Africa, in Apples | | Joint signature (2) * |
| | 173 | | **Bunlon** Jean-François, from France, in Veyrier | | Joint signature (2) * |
| | 173 | | **Zahler Taouriti** Sandrine, from Versoix, in Signy | | Joint signature (2) * |
| 176 | | | **Abou-Rjeily** Carla, from Canada, in Geneva | | Joint signature (2) |
| | 176 | | **Hatzinikolis** Konstadinos, from Chêne-Bougeries, in Commugny | | Joint signature (2) |
| | 177 | | **Tanzi** Angelo, from Italy, in Adliswil | | Joint signature (2) * |
| 182 | | | **Moses** Menasey Marc, from Great Britain, in London, GB | Director | Joint signature (2) |
| | 187 | | **Venturini** Loïc, from France, in Founex | | Joint power of att. (2)* (1) |
| 192 | | | **Krage** Steen, from Denmark, in Zurich | | Joint signature (2) |
| 192 | | | **Ahouansou** Marlène, from France, in Tannay | | Joint power of att. (2) (1) |
| 192 | | | **Ammon** Etienne, from Herzogenbuchsee, in Begnins | | Joint power of att. (2) (1) |
| 192 | | | **Guédès Faivre** Françoise, from France, in Saint-Julien-en-Genevoiis, F | | Joint signature (2) * (2) |
| 192 | | | **Dias Correia Moreira** Ondina, from Geneva, in Chancy | | Joint power of att. (2)* (1) |
| | 193 | | **Chen** Paul, from Aigle, in Kloten | | Joint signature (2) |
| | 193 | | **Cherix** Hervé, from Chêne-Bourg, in Chêne-Bourg | | Joint signature (2) |
| | 193 | | **Gagliani** Giorgio, from Italy, in Geneva | | Joint signature (2) |
| | 193 | | **Karvouni** Zafeiria, from Greece, in Geneva | | Joint signature (2) |
| | 193 | | **Orlandini-Balet** Rachèle, from Grimisuat, in Geneva | | Joint signature (2) |
| | 193 | | **Grande** Patrizio, from Italy, in Founex | | Joint power of att. (2) (1) |
| | 193 | | **Smith** David S., from Great Britain, in Geneva | | Joint power of att. (2) (1) |
| | 193 | | **Wang** Weijiang, from Bellevue, in Bellevue | | Joint power of att. (2) (1) |
| | 193 | | **Zanet** Roberto, from Italy, in Geneva | | Joint power of att. (2) (1) |
| | 193 | | **Lalain** Jean-François, from Saillon, in Besançon, F | | Joint signature (2) * |
| | 193 | | **Puglia** Giuseppe Giorgio, from Onex, in Geneva | | Joint signature (2) * |
| | 193 | | **Duport** Agnès, from France, in Andilly, F | | Joint power of att. (2)* (3) |
| | 193 | | **Piguet** Thierry, from Le Chenit, in Dully | | Joint power of att. (2)* (1) |
| | 193 | | **Zongo** Brenda Lee, from Great Britain, in Gaillard, F | | Joint power of att. (2)* (3) |
| | 194 | | **Gavillet** Emilien, from France, in Geneva | | Joint power of att. (2)* (3) |

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 199 | | | **Gauthier Monestes** Isabelle, from France, in Ferney-Voltaire, F | | Joint signature (2) (2) |
| 199 | | | **Foster** Alexander, from Great Britain, in Perly-Certoux | | Joint signature (2) * |
| 199 | | | **Pike** Sean Timothy Brian, from Great Britain, in Veyrier | | Joint signature (2) * |
| 199 | | | **Callus** Clint, from Malta, in Carouge GE | | Joint power of att. (2)* (1) |
| 199 | | | **Taguchi** Miwako, from Japan, in Geneva | | Joint power of att. (2)* (1) |
| 201 | | | **Birnholz** Françoise Mireille, from Pully, in Erlenbach (ZH) | | Joint signature (2) |
| 201 | | | **Adriaansen** Jessica Martina Selma José, from Baden, in Geneva | | Joint power of att. (2)* (1) |
| | 205 | | **Larsen** Simon, from Denmark, in Founex | | Joint signature (2) |
| | 205 | | **Paridant de Cauwere Grabbe** Véronique, from Corsier (GE), in Corsier (GE) | | Joint power of att. (2) (1) |
| 207 | | | **Chappex** Pascal, from Monthey, in Lausanne | | Joint power of att. (2) (1) |
| 207 | | | **Villagran** Valentino, from France, in Geneva | | Joint power of att. (2) (1) |
| 209 | | | **Sayers** Paul William, from Great Britain, in Neerach | | Joint signature (2) |
| | 210 | | **Jeanmonod** David, from Provence, in Plan-les-Ouates | | Joint signature (2) * |
| 213 | | | **Damisch** Peter Nicolai, from Germany, in Herrliberg | | Joint signature (2) |
| | 214 | | **Berli** Florian, from Chêne-Bougeries, in Carouge | | Joint signature (2) |
| | 214 | | **Deri** Mathieu, from France, in Geneva | | Joint signature (2) |
| 214 | | | **Outeirino Fernandez** Jose Antonio, from Spain, in Geneva | | Joint power of att. (2) (1) |
| 214 | | | **Sallin** Roland Victor, from Villaz-Saint-Pierre, in Nyon | | Joint signature (2) * |
| | 216 | | **Chawla** Nikhil, from India, in Cologny | | Joint signature (2) * |
| | 216 | | **Munro** Timothy, from Great Britain, in Lausanne | | Joint signature (2) * |
| | 221 | | **Lehmann** Roger, from Zurich, in Zollikon | | Joint signature (2) |
| | 221 | | **Cazé** Stéphanie, from Founex, in Founex | | Joint power of att. (2)* (1) |
| 223 | | | **PricewaterhouseCoopers SA** (CHE-390.062.005), Geneva branch | Auditing body | |
| 225 | | | **Haenni** Diane, from Carouge GE, in Troinex | | Joint signature (2) |
| 225 | | | **Jeanmonod** Elodie, from Veyrier, in Plan-les-Ouates | | Joint signature (2) |
| | 228 | | **Guiderdoni** Jean-Louis, from France, in Geneva | | Joint signature (2) |
| | 228 | | **Valran** Serge, from France, in Cologny | | Joint signature (2) |
| | 228 | | **Simard** Mylène, from France, in Fillinges, F | | Joint power of att. (2) (3) |
| | 228 | | **Cargill** Anne, from France, in Versonnex, F | | Joint power of att. (2)* (3) |
| 230 | | | **Vaudaux** Philippe, from Geneva, in Geneva | | Joint signature (2) |
| 230 | | | **Robinson** Tanya, from Norway, in Geneva | | Joint power of att. (2) (1) |
| | 232 | | **Milne** Christopher Avison, from Great Britain, in Coppet | | Joint signature (2) |
| | 232 | | **Wann** Stephen, from Ireland, in Founex | | Joint signature (2) * |
| | 232 | | **Beecheno** Robert, from Great Britain, in Geneva | | Joint power of att. (2)* (1) |
| | 232 | | **Maye** Martine Manon Françoise, from Chamoson, in Chêne-Bougeries | | Joint power of att. (2)* (3) |

*[Seal of Canton of Geneva, Register of Commerce]*

HSBC Private Bank (Suisse) SA

| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
|---|---|---|---|---|---|
| | | | **Directors, Auditing Body and Persons qualified to sign** | | |
| | 233 | | **Festa Conti** Debora, from Brazil, in Geneva | | Joint signature (2) |
| 233 | | | **Culic** Tomislav, from France, in Prévessin-Moëns, F | | Joint power of att. (2)* [(3)] |
| 233 | | | **Round** Paul, from Ireland, in Geneva | | Joint power of att. (2)* [(1)] |
| | 234 | | **Del Don Starnini** Prisca, from Biasca, in Zurich | | Joint signature (2) |
| | 235 | | **de la Chevardière de la Grandville Ginnasi** Diane Anika Louise, from Neuchâtel, in Lancy | | Joint signature (2) |
| | 237 | | **Boivin** Laurent, from France, in Fillinges, F | | Joint power of att. (2) [(3)] |
| | 237 | | **Cerboni** Thomas, from Roggwil, in Divonne-Les-Bains, F | | Joint power of att. (2) [(3)] |
| | 237 | | **de Monceau de Longrée** Henri, from Ferlens (VD), in Collonges-sous-Salève, F | | Joint power of att. (2) [(3)] |
| | 237 | | **Cailleux** Marie-France, from France, in Bellegarde, F | | Joint power of att. (2)* [(3)] |
| | 237 | | **Fresnay** Cyril Jean-Luc, from France, in Villy Le Pelloux, F | | Joint power of att. (2)* [(3)] |
| | 237 | | **Hervet** Clément, from France, in Allonzier-La-Caille, F | | Joint power of att. (2)* [(3)] |
| | 237 | | **Moser** Marcel, from Neuchâtel, in Péron, F | | Joint power of att. (2)* [(3)] |
| | 237 | | **Paquot** Itay Yohan, from France, in Veigy-Foncenex, F | | Joint power of att. (2)* [(3)] |
| | 239 | | **Nebel** Véronique Anita, from Geneva, in Melide | | Joint signature (2) |
| | 240 | | **Malek** Amir, from Geneva, in Geneva | | Joint signature (2) |
| | 241 | | **Papios** Aris, from Pully, in Lausanne | | Joint power of att. (2)* [(1)] |
| | 242 | | **Spilsbury** Simon, from Geneva, in Coppet | | Joint signature (2) |
| | 244 | | **Calame** Alain, from Le Locle, in Geneva | | Joint signature (2) |
| 244 | | | **Schopper** Bernhard, from Austria, in Genevs | | Joint signature (2) |
| | 244 | | **Simard** Madeleine, from France, in Gaillard, F | | Joint power of att. (2) [(3)] |
| | 246 | | **Puglisi** Thierry, from France, in Annecy, F | | Joint power of att. (2)* [(3)] |
| | 248 | | **Brodard** Jean-Claude, from Geneva, in Geneva | | Joint signature (2) |
| 248 | | | **Bellaloum** Sophie, from France, in Chêne-Bougeries | | Joint power of att. (2) [(1)] |
| | 248 | | **Vaney** Philippe, from Bottens, in St. Cierges | | Joint signature (2) * |
| | 250 | | **Grillet** Anthony, from Geneva, in Plan-les-Ouates | | Joint signature (2) |
| | 250 | | **Wolf** Franziska, from Germany, in Epagny, F | | Joint power of att. (2) [(3)] |
| | 250 | | **Dos Santos Calado** Daniel, from Portugal, in Perly-Certoux | | Joint power of att. (2)* [(1)] |
| 251 | | | **Fox** Kim, from the USA, in Zurich | Director | Joint signature (2) |
| | 254 | | **Henning** Bryan, from Canada, in Founex | | Joint signature (2) |
| 255 | | | **Sabo** Alexander, from Germany, in Wollerau | | Joint signature (2) |
| | 256 | | **Memarzadeh** Yachar, from France, in Prévessin-Moëns, F | | Joint power of att. (2)* [(3)] |
| 259 | | | **Debacker** Christophe Raoul Fernand, from France, in London, GB | Director | Joint signature (2) |
| 259 | | | **Maget** Steve, from Isle, in Préverenges | | Joint signature (2)* |
| | 261 | | **Magen** Guy, from Israel, in Ramat Gan, ISR | | Joint power of att. (2) [(3)] |
| | 261 | | **Shapan** Uri, from Israel, in Ramat Gan, ISR | | Joint power of att. (2) [(3)] |
| | 263 | | **Abraham** Elsa, from Bern, in Chêne-Bougeries | | Joint signature (2) |
| | 263 | | **Davoult** Julien, from France, in Geneva | | Joint signature (2) [(2)] |
| | 263 | | **Humbert-Fluri** Daphné, from Glarus Süd, in Nyon | | Joint power of att. (2) [(1)] |
| | 263 | | **Dickinson** Peter, from Great Britain, in Arth | | Joint signature (2)* |

HSBC Private Bank (Suisse) SA

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| | 263 | | **Trisolino** Andrea, from Italy, in Lancy | | Joint signature (2) * |
| | 263 | | **Ferrer** Francisco, from Montilliez, in Geneva | | Joint power of att. (2) * (1) |
| | 263 | | **Tarrajat** Bruno, from France, in Archamps, F | | Joint power of att. (2) * (3) |
| | 266 | | **El-Debs** Céline, from Geneva, in Carouge GE | | Joint signature (2) |
| | 266 | | **May** Nicholas Alexander, from Great Britain, in Baar | | Joint signature (2) |
| | 266 | | **Scalet** Gregory, from Geneva, in Meinier | | Joint signature (2)* |
| | 266 | | **Berta** Carole, from France, in Ville-la-Grand, F | | Joint power of att. (2) * (3) |
| | 266 | | **Lemarchand** Didier, from France, in Plan-les-Ouates | | Joint power of att. (2) * (3) |
| 267 | | | **Peyronnard** Jean-François, from France, in Geneva | | Joint signature (2) |
| 267 | | | **Meneely-Holt** Victoria, from Great Britain, in Le Biot, F | | Joint power of att. (2) (3) |
| 267 | | | **Ben Chiboub** Cyrine, from Tunisia, in Geneva | | Joint signature (2)* |
| 267 | | | **Ghali** Bohli, from Le Grand-Saconnex, in Le Grand-Saconnex | | Joint signature (2)* |
| 267 | | | **Berkers** Bram, from Chêne-Bourg, in Chêne-Bourg | | Joint power of att. (2) * (1) |
| 267 | | | **Biffiger** Julie, from Geneva, in Présilly, F | | Joint power of att. (2) * (3) |
| 267 | | | **Fares** Nicolas, from Lebanon, in Geneva | | Joint power of att. (2) * (1) |
| | 268 | | **Howse** Thomas Graham, from Great Britain, in Echenevex, F | | Joint signature (2) (2) |
| 268 | | | **Thorens** Marc, from France, in Yvoire, F | | Joint power of att. (2) (3) |
| | 269 | | **Dinis** Federico, from Geneva, in Lancy | | Joint signature (2)* |
| | 269 | | **Delevaux-Héraud** Sophie, from France, in Veigy-Foncenex, F | | Joint power of att. (2) * (3) |
| | 269 | | **Miller** Thomas, from Sion, in Pully | | Joint power of att. (2) * (1) |
| | 270 | | **Yehra Membrilla** Sonia, from Spain, in Geneva | | Joint signature (2) |
| | 270 | | **Bapst** Dorothée, from France, in Thonon-les-Bains, F | | Joint power of att. (2) * (3) |
| 273 | | | **Agie de Selsaeten** David, from Belgium, in Geneva | | Joint signature (2) |
| 273 | | | **Fokiades** Achilles, from Geneva, in Geneva | | Joint signature (2) |
| 273 | | | **Lahlou spouse of Gaimes** Sofia, from France, in Valleiry, F | | Joint power of att. (2) (3) |
| 273 | | | **Stifani** Daniele, from Italy, in Geneva | | Joint power of att. (2) (1) |
| | 274 | | **Bonnet** Grégory, from France, in Thoiry, F | | Joint power of att. (2) * (3) |
| | 274 | | **Correia Miguel** Maria Rosa, from Geneva, in Chêne-Bougeries | | Joint power of att. (2) * (1) |
| | 274 | | **Mercier** Sylvie, from Vernier, in Marcellaz-Faucigny, F | | Joint power of att. (2) * (3) |
| | 275 | | **Pedelaborde** Hugues, from France, in Prévessin-Moëns, F | | Joint power of att. (2) (3) |
| 276 | | | **Butt** Kamran Gulzar, from Great Britain, in Genthod | | Joint signature (2) |
| 276 | | | **Faivre** Karl, from France, in Geneva | | Joint signature (2) |
| 276 | | | **Shipman** John, from Great Britain, in Geneva | | Joint signature (2) |
| 276 | | | **Tissot-dit-Saufin** Eva, from Tannay, in Rolle | | Joint signature (2) |
| 276 | | | **Nicolet** Stephanie, from France, in Archamps, F | | Joint power of att. (2) (3) |
| | 277 | | **Koch** Johannes Jürgen, from Germany, in Küsnacht | Deputy chairman | Joint signature (2) |



*[Seal of Canton of Geneva, Register of Commerce]*

HSBC Private Bank (Suisse) SA                                            Page 7/11

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 278 | | | Guillemot Christophe, from Chêne-Bougeries, in Chêne-Bougeries | | Joint signature (2) |
| ***of the executive committee / **of the general management | | | | | |
| *only for the head office | | | | | |
| (1) except among themselves | | | | | |
| (2) with another authorized person residing in Switzerland | | | | | |
| (3) except among themselves and with another authorized person residing in Switzerland | | | | | |

| Ref. | Journal | | SOGC Publication | | Ref. | Journal | | SOGC Publication | |
|---|---|---|---|---|---|---|---|---|---|
| | No. | Date | Date | Page/Id | | No. | Date | Date | Page/Id |
| 1 | 275 | 09.01.2001 | 15.01.2001 | 319 | 2 | 651 | 17.01.2001 | 23.01.2001 | 0528 |
| 3 | 4555 | 17.04.2001 | 23.04.2001 | 2989 | 4 | 4635 | 19.04.2001 | 25.04.2001 | 3060 |
| 5 | 4683 | 20.04.2001 | 30.04.2001 | 3189 | 6 | 6316 | 06.06.2001 | 12.06.2001 | 4400 |
| 7 | 6678 | 15.06.2001 | 21.06.2001 | 4659 | 8 | 7884 | 12.07.2001 | 18.07.2001 | 5515 |
| 9 | 8090 | 18.07.2001 | 24.07.2001 | 5689 | 10 | 10167 | 17.09.2001 | 21.09.2001 | 7356 |
| 11 | 11009 | 05.10.2001 | 11.10.2001 | 7930 | 12 | 11304 | 15.10.2001 | 19.10.2001 | 8188 |
| 13 | 12928 | 26.11.2001 | 30.11.2001 | 9430 | 14 | 13989 | 17.12.2001 | 21.12.2001 | 10098 |
| 15 | 1280 | 01.02.2002 | 07.02.2002 | 8 | 16 | 2090 | 21.02.2002 | 27.02.2002 | 5 |
| 17 | 3825 | 09.04.2002 | 15.04.2002 | 6 | 18 | 4474 | 26.04.2002 | 02.05.2002 | 8 |
| 19 | 4772 | 06.05.2002 | 13.05.2002 | 6 | 20 | 5359 | 24.05.2002 | 30.05.2002 | 8 |
| 21 | 6218 | 17.06.2002 | 21.06.2002 | 6 | 22 | 8311 | 09.08.2002 | 15.08.2002 | 7/0602266 |
| 23 | 8588 | 19.08.2002 | 23.08.2002 | 5/0613356 | 24 | 9974 | 25.09.2002 | 01.10.2002 | 5/0666274 |
| 25 | 10711 | 11.10.2002 | 17.10.2002 | 7/0690092 | 26 | 11078 | 21.10.2002 | 25.10.2002 | 6/0701558 |
| 27 | 12565 | 27.11.2002 | 03.12.2002 | 6/0754358 | 28 | 12991 | 06.12.2002 | 12.12.2002 | 8 |
| 29 | 13794 | 23.12.2002 | 06.01.2003 | 10/0798264 | 30 | 1747 | 10.02.2003 | 14.02.2003 | 8 |
| 31 | 2750 | 06.03.2003 | 12.03.2003 | 7 | 32 | 2804 | 07.03.2003 | 19.03.2003 | 6 |
| 33 | 4303 | 10.04.2003 | 16.04.2003 | 9/0954010 | 34 | 5090 | 06.05.2003 | 12.05.2003 | 7/0985574 |
| 35 | 5444 | 14.05.2003 | 20.05.2003 | 8/0998460 | 36 | 6142 | 28.05.2003 | 04.06.2003 | 8/1019550 |
| 37 | 12602 | 05.11.2003 | 11.11.2003 | 7 | 38 | 13831 | 01.12.2003 | 05.12.2003 | 7/2015864 |
| 39 | 14171 | 09.12.2003 | 15.12.2003 | 8/2027884 | 40 | 48 | 02.01.2004 | 09.01.2004 | 8 |
| 41 | 1451 | 03.02.2004 | 09.02.2004 | 7/2109076 | 42 | 2534 | 27.02.2004 | 04.03.2004 | 6/2152918 |
| 43 | 4328 | 05.04.2004 | 13.04.2004 | 7/2208590 | 44 | 5727 | 12.05.2004 | 18.05.2004 | 9/2266964 |
| 45 | 6338 | 7.05.2004 | 03.06.2004 | 8/2290760 | 46 | 7341 | 21.06.2004 | 28.06.2004 | 8/2329712 |
| 47 | 9520 | 12.08.2004 | 18.08.2004 | 6/2411196 | 48 | 10561 | 08.09.2004 | 14.09.2004 | 6/2447382 |
| 49 | 2149 | 15.10.2004 | 21.10.2004 | 5/2501668 | 50 | 14348 | 02.12.2004 | 08.12.2004 | 7/2578488 |
| 51 | 15263 | 20.12.2004 | 24.12.2004 | 9/2607660 | 52 | 139 | 04.01.2005 | 10.01.2005 | 7/2633414 |
| 53 | 9137 | 22.07.2005 | 28.07.2005 | 7/2953280 | 54 | 9189 | 25.07.2005 | 29.07.2005 | 6/2956300 |
| 55 | 12589 | 17.10.2005 | 21.10.2005 | 6/3071248 | 56 | 12794 | 20.10.2005 | 26.10.2005 | 6/3075862 |
| 57 | 13598 | 10.11.2005 | 16.11.2005 | 8/3106728 | 58 | 792 | 17.01.2006 | 23.01.2006 | 7/3206994 |
| 59 | 2455 | 21.02.2006 | 27.02.2006 | 7/3262022 | 60 | 3859 | 20.03.2006 | 24.03.2006 | 7/3303530 |
| 61 | 4590 | 04.04.2006 | 10.04.2006 | 9/3326708 | 62 | 6251 | 10.05.2006 | 16.05.2006 | 6/3377322 |
| 63 | 8370 | 29.06.2006 | 05.07.2006 | 10/3449246 | 64 | 9370 | 14.07.2006 | 20.07.2006 | 6/3474672 |
| 65 | 9693 | 21.07.2006 | 27.07.2006 | 6/3485032 | 66 | 10131 | 02.08.2006 | 08.08.2006 | 6/3499072 |
| 67 | 11876 | 14.09.2006 | 20.09.2006 | 8/3557660 | 68 | 13268 | 17.10.2006 | 23.10.2006 | 6/3603150 |
| 69 | 14335 | 09.11.2006 | 15.11.2006 | 7/3636542 | 70 | 15307 | 30.11.2006 | 06.12.2006 | 7/3667964 |
| 71 | 77 | 02.01.2007 | 08.01.2007 | 10/3711144 | 72 | 1344 | 29.01.2007 | 02.02.2007 | 7/3756874 |
| 73 | 1907 | 07.02.2007 | 13.02.2007 | 7/3772414 | 74 | 3506 | 12.03.2007 | 16.03.2007 | 8/3842996 |
| 75 | 5085 | 12.04.2007 | 18.04.2007 | 6/3889240 | 76 | 5337 | 19.04.2007 | 25.04.2007 | 8/3901848 |
| 77 | 5707 | 27.04.2007 | 03.05.2007 | 7/3913208 | 78 | 7354 | 05.06.2007 | 11.06.2007 | 10/3969050 |
| 79 | 8866 | 06.07.2007 | 12.07.2007 | 7/4022694 | 80 | 9434 | 19.07.2007 | 25.07.2007 | 9/4040854 |

| Ref. | Journal | | SOGC Publication | | Ref. | Journal | | SOGC Publication | |
|---|---|---|---|---|---|---|---|---|---|
| | No. | Date | Date | Page/Id | | No. | Date | Date | Page/Id |
| 81 | 11352 | 05.09.2007 | 11.09.2007 | 8/4105400 | 82 | 12879 | 08.10.2007 | 12.10.2007 | 7/4152590 |
| 83 | 14247 | 06.11.2007 | 12.11.2007 | 9/4194612 | 84 | 14634 | 13.11.2007 | 19.11.2007 | 7/4206860 |
| 85 | 15003 | 19.11.2007 | 23.11.2007 | 6/4214298 | 86 | 15459 | 28.11.2007 | 04.12.2007 | 6/4230574 |
| 87 | 15738 | 04.12.2007 | 10.12.2007 | 8/4239394 | 88 | 53 | 02.01.2008 | 08.01.2008 | 11/4276966 |
| 89 | 615 | 11.01.2008 | 17.01.2008 | 7/4294478 | 90 | 2277 | 14.02.2008 | 20.02.2008 | 8/4347434 |
| 91 | 4455 | 03.04.2008 | 09.04.2008 | 7/4422530 | 92 | 6515 | 19.05.2008 | 23.05.2008 | 7/4489082 |
| 93 | 6914 | 27.05.2008 | 02.06.2008 | 11/4502128 | 94 | 8814 | 03.07.2008 | 09.07.2008 | 7/4565514 |
| 95 | 9713 | 23.07.2008 | 29.07.2008 | 7/4593742 | 96 | 11650 | 10.09.2008 | 16.09.2008 | 8/4653672 |
| 97 | 15377 | 27.11.2008 | 03.12.2008 | 8/4762118 | 98 | 15775 | 05.12.2008 | 11.12.2008 | 14/4775026 |
| 99 | 16474 | 16.12.2008 | 22.12.2008 | 13/4795868 | 100 | 1873 | 06.02.2009 | 12.02.2009 | 10/4877462 |
| 101 | 2189 | 12.02.2009 | 18.02.2009 | 10/4887346 | 102 | 2784 | 23.02.2009 | 27.02.2009 | 8/4903242 |
| 103 | 4896 | 01.04.2009 | 07.04.2009 | 11/4963244 | 104 | 5189 | 07.04.2009 | 15.04.2009 | 11/4973492 |
| 105 | 7957 | 03.06.2009 | 09.06.2009 | 7/5056802 | 106 | 10223 | 06.07.2009 | 10.07.2009 | 13/5131446 |
| 107 | 10873 | 14.07.2009 | 20.07.2009 | 10/5149324 | 108 | 11615 | 24.07.2009 | 30.07.2009 | 11/5170960 |
| 109 | 12064 | 31.07.2009 | 06.08.2009 | 11/5184164 | 110 | 12982 | 19.08.2009 | 25.08.2009 | 11/5213870 |
| 111 | 13321 | 25.08.2009 | 31.08.2009 | 8/5223230 | 112 | 13671 | 01.09.2009 | 07.09.2009 | 8/5234720 |
| 113 | 15186 | 02.10.2009 | 08.10.2009 | 8/5284492 | 114 | 15718 | 09.10.2009 | 15.10.2009 | 10/5296314 |
| 115 | 17125 | 04.11.2009 | 10.11.2009 | 11/5336380 | 116 | 18781 | 02.12.2009 | 08.12.2009 | 9/5381866 |
| 117 | 19643 | 15.12.2009 | 21.12.2009 | 12/5405190 | 118 | 20213 | 22.12.2009 | 29.12.2009 | 13/5420060 |
| 119 | 1822 | 01.02.2010 | 05.02.2010 | 8/5481230 | 120 | 2487 | 10.02.2010 | 16.02.2010 | 10/5498160 |
| 121 | 4765 | 17.03.2010 | 23.03.2010 | 9/5554840 | 122 | 5189 | 23.03.2010 | 29.03.2010 | 9/5563674 |
| 123 | 7867 | 06.05.2010 | 12.05.2010 | 9/5630642 | 124 | 8334 | 17.05.2010 | 21.05.2010 | 9/5642928 |
| 125 | 8802 | 26.05.2010 | 01.06.2010 | 9/5655560 | 126 | 10810 | 30.06.2010 | 06.07.2010 | 14/5713756 |
| 127 | 11492 | 08.07.2010 | 14.07.2010 | 10/5726684 | 128 | 11949 | 15.07.2010 | 21.07.2010 | 8/5738422 |
| 129 | 12835 | 29.07.2010 | 04.08.2010 | 7/5758064 | 130 | 14637 | 31.08.2010 | 06.09.2010 | 7/5800118 |
| 131 | 15338 | 14.09.2010 | 20.09.2010 | 9/5818982 | 132 | 15686 | 21.09.2010 | 27.09.2010 | 8/5826900 |
| 133 | 17305 | 18.10.2010 | 22.10.2010 | 8/5864562 | 134 | 19014 | 16.11.2010 | 22.11.2010 | 9/5904910 |
| 135 | 19418 | 22.11.2010 | 26.11.2010 | 8/5913416 | 136 | 20885 | 14.12.2010 | 20.12.2010 | 11/5946744 |
| 137 | 638 | 11.01.2011 | 17.01.2011 | 8/5987612 | 138 | 2984 | 15.02.2011 | 21.02.2011 | 8/6041578 |
| 139 | 5808 | 31.03.2011 | 05.04.2011 | 0/6106506 | 140 | 6157 | 06.04.2011 | 11.04.2011 | 0/6115544 |
| 141 | 6243 | 07.04.2011 | 12.04.2011 | 0/6117506 | 142 | 7044 | 20.04.2011 | 27.04.2011 | 0/6136662 |
| 143 | 7377 | 28.04.2011 | 03.05.2011 | 0/6146278 | 144 | 7984 | 10.05.2011 | 13.05.2011 | 0/6161958 |
| 145 | 9327 | 06.06.2011 | 09.06.2011 | 0/6199364 | 146 | 11756 | 14.07.2011 | 19.07.2011 | 0/6261334 |
| 147 | 12227 | 25.07.2011 | 28.07.2011 | 0/6276198 | 148 | 13363 | 18.08.2011 | 25.08.2011 | 0/6309414 |
| 149 | 13685 | 26.08.2011 | 31.08.2011 | 0/6316200 | 150 | 15151 | 26.09.2011 | 29.09.2011 | 0/6355092 |
| 151 | 16762 | 21.10.2011 | 26.10.2011 | 0/6391708 | 152 | 17208 | 31.10.2011 | 03.11.2011 | 0/6402896 |
| 153 | 17692 | 08.11.2011 | 11.11.2011 | 0/6413650 | 154 | 18148 | 15.11.2011 | 18.11.2011 | 0/6422718 |
| 155 | 19220 | 02.12.2011 | 07.12.2011 | 0/6448294 | 156 | 1252 | 23.01.2012 | 26.01.2012 | 0/6522052 |
| 157 | 1804 | 01.02.2012 | 06.02.2012 | 0/6535706 | 158 | 2474 | 13.02.2012 | 16.02.2012 | 0/6554564 |
| 159 | 3071 | 22.02.2012 | 27.02.2012 | 0/6570036 | 160 | 4058 | 09.03.2012 | 14.03.2012 | 0/6593814 |
| 161 | 4819 | 21.03.2012 | 26.03.2012 | 0/6610550 | 162 | 7145 | 04.05.2012 | 09.05.2012 | 0/6671172 |
| 163 | 8120 | 23.05.2012 | 29.05.2012 | 0/6694322 | 164 | 8450 | 30.05.2012 | 04.06.2012 | 0/6701998 |
| 165 | 8792 | 05.06.2012 | 08.06.2012 | 0/6710010 | 166 | 9254 | 13.06.2012 | 18.06.2012 | 0/6722440 |
| 167 | 11998 | 12.07.2012 | 17.07.2012 | 0/6772482 | 168 | 12416 | 20.07.2012 | 25.07.2012 | 0/6784522 |
| 169 | 13371 | 09.08.2012 | 14.08.2012 | 0/6809174 | 170 | 13768 | 16.08.2012 | 21.08.2012 | 0/6816832 |
| 171 | 14195 | 24.08.2012 | 29.08.2012 | 0/6827094 | 172 | 14601 | 31.08.2012 | 05.09.2012 | 0/6836662 |
| 173 | 14986 | 07.09.2012 | 12.09.2012 | 0/6845340 | 174 | 15307 | 13.09.2012 | 18.09.2012 | 0/6852644 |
| 175 | 17059 | 12.10.2012 | 17.10.2012 | 0/6894046 | 176 | 18195 | 31.10.2012 | 05.11.2012 | 0/6916904 |
| 177 | 18460 | 05.11.2012 | 08.11.2012 | 0/6922864 | 178 | 19425 | 19.11.2012 | 22.11.2012 | 0/6943154 |
| 179 | 19969 | 27.11.2012 | 30.11.2012 | 0/6955114 | 180 | 20619 | 06.12.2012 | 11.12.2012 | 0/6969116 |
| 181 | 21751 | 20.12.2012 | 27.12.2012 | 0/6993626 | 182 | 313 | 04.01.2013 | 09.01.2013 | 0/7006696 |



*[Seal of Canton of Geneva, Register of Commerce]*

N.S

| Ref. | Journal No. | Journal Date | SOGC Publication Date | SOGC Publication Page/Id | Ref. | Journal No. | Journal Date | SOGC Publication Date | SOGC Publication Page/Id |
|---|---|---|---|---|---|---|---|---|---|
| 183 | 1824 | 29.01.2013 | 01.02.2013 | 0/7044446 | 184 | 2702 | 13.02.2013 | 18.02.2013 | 0/7068784 |
| 185 | 7801 | 07.05.2013 | 13.05.2013 | 0/7185042 | 186 | 8324 | 16.05.2013 | 22.05.2013 | 0/7195564 |
| 187 | 8499 | 21.05.2013 | 24.05.2013 | 0/7199734 | 188 | 8848 | 27.05.2013 | 30.05.2013 | 0/7208760 |
| 189 | 10726 | 24.06.2013 | 27.06.2013 | 0/942065 | 190 | 11880 | 10.07.2013 | 15.07.2013 | 0/975971 |
| 191 | 13213 | 02.08.2013 | 07.08.2013 | 0/1017403 | 192 | 14486 | 29.08.2013 | 03.09.2013 | 0/1057665 |
| 193 | 16393 | 03.10.2013 | 08.10.2013 | 0/1116645 | 194 | 17157 | 16.10.2013 | 21.10.2013 | 0/1137997 |
| 195 | 18482 | 06.11.2013 | 11.11.2013 | 0/1173173 | 196 | 20991 | 12.12.2013 | 17.12.2013 | 0/1241859 |
| 197 | | Adjunct | 19.12.2013 | 0/7225832 | 198 | 928 | 15.01.2014 | 20.01.2014 | 0/1295475 |
| 199 | 2368 | 05.02.2014 | 10.02.2014 | 0/1336647 | 200 | 3389 | 21.02.2014 | 26.02.2014 | 0/1368349 |
| 201 | 3637 | 26.02.2014 | 03.03.2014 | 0/1375809 | 202 | 4098 | 05.03.2014 | 10.03.2014 | 0/1388583 |
| 203 | 5165 | 24.03.2014 | 27.03.2014 | 0/1420517 | 204 | 6091 | 04.04.2014 | 09.04.2014 | 0/1444303 |
| 205 | 6602 | 14.04.2014 | 17.04.2014 | 0/1460219 | 206 | 8143 | 13.05.2014 | 16.05.2014 | 0/1506717 |
| 207 | 9147 | 28.05.2014 | 03.06.2014 | 0/1533615 | 208 | 12102 | 17.07.2014 | 22.07.2014 | 0/1627393 |
| 209 | 14884 | 08.09.2014 | 11.09.2014 | 0/1710035 | 210 | 16883 | 09.10.2014 | 14.10.2014 | 0/1767963 |
| 211 | 17422 | 20.10.2014 | 23.10.2014 | 0/1784645 | 212 | 18000 | 30.10.2014 | 04.11.2014 | 0/1803107 |
| 213 | 18571 | 10.11.2014 | 13.11.2014 | 0/1821163 | 214 | 19072 | 18.11.2014 | 21.11.2014 | 0/1836431 |
| 215 | 19832 | 01.12.2014 | 04.12.2014 | 0/1860629 | 216 | 20124 | 04.12.2014 | 09.12.2014 | 0/1869193 |
| 217 | 20456 | 10.12.2014 | 15.12.2014 | 0/1879903 | 218 | 21322 | 22.12.2014 | 29.12.2014 | 0/1906035 |
| 219 | 69 | 02.01.2015 | 07.01.2015 | 0/1914099 | 220 | 2869 | 19.02.2015 | 24.02.2015 | 0/2007389 |
| 221 | 3287 | 26.02.2015 | 03.03.2015 | 0/2020129 | 222 | 7411 | 06.05.2015 | 11.05.2015 | 0/2145061 |
| 223 | 7587 | 08.05.2015 | 13.05.2015 | 0/2151393 | 224 | 7684 | 11.05.2015 | 15.05.2015 | 0/2153657 |
| 225 | 7907 | 15.05.2015 | 20.05.2015 | 0/2161079 | 226 | 8139 | 20.05.2015 | 26.05.2015 | 0/2169043 |
| 227 | 11241 | 09.07.2015 | 14.07.2015 | 0/2268087 | 228 | 11491 | 14.07.2015 | 17.07.2015 | 0/2275763 |
| 229 | 12409 | 31.07.2015 | 05.08.2015 | 0/2307161 | 230 | 13525 | 25.08.2015 | 28.08.2015 | 0/2345007 |
| 231 | 16959 | 27.10.2015 | 30.10.2015 | 0/2455597 | 232 | 17377 | 03.11.2015 | 06.11.2015 | 0/2468711 |
| 233 | 18891 | 26.11.2015 | 01.12.2015 | 0/2512459 | 234 | 19900 | 10.12.2015 | 15.12.2015 | 0/2541223 |
| 235 | 20174 | 15.12.2015 | 18.12.2015 | 0/2550751 | 236 | 297 | 06.01.2016 | 11.01.2016 | 0/2587577 |
| 237 | 1328 | 21.01.2016 | 26.01.2016 | 0/2620249 | 238 | 2139 | 03.02.2016 | 08.02.2016 | 0/2653673 |
| 239 | 2461 | 09.02.2016 | 12.02.2016 | 0/2664707 | 240 | 2725 | 12.02.2016 | 17.02.2016 | 0/2673481 |
| 241 | 4996 | 18.03.2016 | 23.03.2016 | 0/2741477 | 242 | 7838 | 06.05.2016 | 11.05.2016 | 0/2827093 |
| 243 | 8119 | 11.05.2016 | 17.05.2016 | 0/2834663 | 244 | 9518 | 02.06.2016 | 07.06.2016 | 0/2875327 |
| 245 | 10630 | 20.06.2016 | 23.06.2016 | 0/2909507 | 246 | 11981 | 08.07.2016 | 13.07.2016 | 0/2951245 |
| 247 | 14491 | 26.08.2016 | 31.08.2016 | 0/3030561 | 248 | 15378 | 13.09.2016 | 16.09.2016 | 0/3059669 |
| 249 | 15815 | 21.09.2016 | 26.09.2016 | 0/3074203 | 250 | 18355 | 02.11.2016 | 07.11.2016 | 0/3148085 |
| 251 | 19229 | 16.11.2016 | 21.11.2016 | 0/3173811 | 252 | 19431 | 18.11.2016 | 23.11.2016 | 0/3179715 |
| 253 | 19908 | 25.11.2016 | 30.11.2016 | 0/3193921 | 254 | 236 | 04.01.2017 | 09.01.2017 | 0/3270733 |
| 255 | 1212 | 20.01.2016 | 25.01.2016 | 0/3305731 | 256 | 1674 | 27.01.2017 | 01.02.2017 | 0/3321211 |
| 257 | 3641 | 28.02.2017 | 03.03.2017 | 0/3383325 | 258 | 6642 | 11.04.2017 | 18.04.2017 | 0/3472213 |
| 259 | 8018 | 05.05.2017 | 10.05.2017 | 0/3514157 | 260 | 8371 | 11.05.2017 | 16.05.2017 | 0/3525187 |
| 261 | 8787 | 17.05.2017 | 22.05.2017 | 0/3536595 | 262 | 9067 | 22.05.2017 | 26.05.2017 | 0/3543975 |
| 263 | 9414 | 29.05.2017 | 01.06.2017 | 0/3556511 | 264 | 11314 | 27.06.2017 | 30.06.2017 | 0/3615345 |
| 265 | 15222 | 31.08.2017 | 05.09.2017 | 0/3734313 | 266 | 15935 | 12.09.2017 | 15.09.2017 | 0/3755581 |
| 267 | 17547 | 05.10.2017 | 10.10.2017 | 0/3801305 | 268 | 19451 | 03.11.2017 | 08.11.2017 | 0/3857869 |
| 269 | 19723 | 08.11.2017 | 13.11.2017 | 0/3865615 | 270 | 1202 | 17.01.2018 | 22.01.2018 | 0/4006145 |
| 271 | 1302 | 18.01.2018 | 23.01.2018 | 0/4009533 | 272 | 1568 | 23.01.2018 | 26.01.2018 | 0/4018617 |
| 273 | 3741 | 22.02.2018 | 27.02.2018 | 0/4081063 | 274 | 4063 | 27.02.2018 | 02.03.2018 | 0/4089449 |
| 275 | 7177 | 17.04.2018 | 20.04.2018 | 0/4185565 | 276 | 7517 | 20.04.2018 | 25.04.2018 | 0/4194219 |
| 277 | 7970 | 27.04.2018 | 02.05.2018 | 0/4208125 | 278 | 9878 | 30.05.2018 | 04.06.2018 | 0/4267561 |



I, the undersigned Vincent BERNASCONI, duly
authorized Notary Public in Geneva, hereby certify that
the present photocopy is a true copy of the original that
was shown to me and that I returned.

Geneva, on this 5th day of July 2018



# Exhibit 16

Schwanengasse 12
Postfach
CH-3001 Bern
Telefon +41 31 322 69 11
Telefax +41 31 322 69 26
info@ebk.admin.ch
www.ebk.admin.ch

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

## Authorised banks and securities dealers

| Name | Location | Bank | Securities dealer |
|------|----------|------|-------------------|
| AAM Privatbank AG | Basel | X | X |
| Aareal Bank AG, Wiesbaden, Zweigniederlassung Zürich | Zürich | X | X |
| Aargauische Kantonalbank | Aarau | X | X |
| ABN Amro Bank (Schweiz) | Zürich | X | X |
| ABN AMRO Bank N.V., Amsterdam, Zweigniederlassung Zürich | Zürich | X | X |
| ACH Securities SA | Genève 3 | | X |
| Adler & Co. Privatbank AG | Zürich | X | X |
| AEK BANK 1826 | Thun | X | X |
| AIG Privat Bank AG | Zürich | X | X |
| AKB Privatbank Zürich AG | Zürich | X | X |
| All Options Helvetia AG | Zug | | X |
| Alpha RHEINTAL Bank AG | Heerbrugg | X | X |
| Alternative Bank ABS | Olten | X | X |
| AP ANLAGE & PRIVATBANK AG | Freienbach | X | X |
| Appenzeller Kantonalbank | Appenzell | X | X |
| Aquila Investment AG | Zürich | | X |
| Arab Bank (Switzerland) Ltd. | Zürich | X | X |
| Arbinter-Omnivalor SA | Genève | | X |
| ARVEST Privatbank AG | Pfäffikon | X | X |
| ASTON BANK SA | Lugano | X | X |
| Atel Trading | Olten | | X |
| Atlantic Vermögensverwaltungsbank | Zürich | X | X |
| Atlas Capital SA | Genève | | X |
| AXA Bank Europe, Brüssel, Zweigniederlassung Winterthur | Winterthur | X | |
| Baloise Bank SoBa | Solothurn | X | X |
| Banca Aletti & C. (Suisse) SA | Lugano | X | X |
| BANCA ARNER SA | Lugano | X | X |
| Banca Commerciale Lugano | Lugano | X | X |
| BANCA CREDINVEST SA | Lugano | X | X |
| Banca del Ceresio SA | Lugano | X | X |
| Banca del Sempione | Lugano | X | X |
| Banca dello Stato del Cantone Ticino | Bellinzona | X | X |
| Banca Euromobiliare (Suisse) SA | Lugano | X | X |
| BANCA GESFID | Lugano | X | X |
| Banca Intermobiliare di Investimenti e Gestioni (Suisse) SA | Lugano | X | X |
| Banca Popolare di Sondrio (Suisse) SA | Lugano | X | X |
| Banca Privata Edmond de Rothschild Lugano SA | Lugano | X | X |
| BANCA ZARATTINI & CO. SA | Lugano | X | X |
| Banco Santander (Suisse) SA | Genève 1 | X | X |
| Bank aek Genossenschaft | Schwarzenburg | X | X |
| Bank am Bellevue | Küsnacht | X | X |
| Bank CA St. Gallen AG | St. Gallen | X | X |
| Bank CIC (Schweiz) AG | Basel | X | X |
| Bank Coop AG | Basel | X | X |
| Bank EEK AG | Bern 7 | X | X |
| Bank EKI Genossenschaft | Interlaken | X | X |
| Bank Frey & Co. AG | Zürich | X | X |
| Bank für Tirol und Vorarlberg Aktiengesellschaft, Innsbruck, Zweigniederlassung Staad | Staad | X | X |
| Bank Hapoalim (Switzerland) Ltd | Zürich | X | X |
| Bank Hugo Kahn & Co. AG | Zürich | X | X |
| Bank in Zuzwil | Zuzwil | X | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | | Location | Bank | Securities dealer |
|------|--|----------|------|-------------------|
| Bank Julius Bär & Co. AG | .. | Zürich | X | X |
| Bank Leumi (Schweiz) AG | | Zürich | X | X |
| Bank Linth LLB AG | | Uznach | X | X |
| Bank Morgan Stanley AG | .. | Zürich | X | X |
| Bank of China (Suisse) SA | | Genève | X | X |
| Bank Sal. Oppenheim jr. & Cie. (Schweiz) AG | | Zürich | X | X |
| Bank Sarasin & Cie AG | | Basel | X | X |
| Bank Sparhafen Zürich AG | | Zürich | X | X |
| Bank Thalwil | | Thalwil | X | X |
| Bank Thur | | Ebnat-Kappel | X | X |
| Bank Vontobel AG | | Zürich | X | X |
| bank zweiplus ag | | Zürich | X | X |
| Bank-now AG | | Horgen | X | |
| Bankhaus Jungholz | .. | St. Gallen | X | X |
| BankMed (Suisse) SA | | Genève 1 | X | X |
| Banque Algérienne du Commerce Extérieur SA | | Zürich | X | X |
| Banque Amas (Suisse) SA | | Genève 1 | X | X |
| Banque Audi (Suisse) SA | | Genève 12 | X | X |
| Banque Baring Brothers Sturdza SA | | Genève 3 | X | X |
| Banque Bauer (Suisse) SA | .. | Genève | X | X |
| Banque Bénédict Hentsch Fairfield Partners SA | | Genève 11 | X | X |
| Banque Bonhôte & Cie SA | .. | Neuchâtel | X | X |
| Banque Cantonale de Fribourg | | Fribourg | X | X |
| Banque Cantonale de Genève | .. | Genève 2 | X | X |
| Banque Cantonale du Jura | | Porrentruy 2 | X | X |
| Banque Cantonale du Valais | | Sion | X | X |
| Banque Cantonale Neuchâteloise | | Neuchâtel | X | X |
| Banque Cantonale Vaudoise | .. | Lausanne | X | X |
| Banque Cramer & Cie SA | | Genève 11 | X | X |
| Banque de Commerce et de Placements SA | | Genève 3 | X | X |
| Banque de Crédit et de Dépôts SA, Bankred | | Lugano | X | X |
| Banque de Dépôts et de Gestion | | Lausanne | X | X |
| Banque de Patrimoines Privés Genève BPG SA | | Genève 12 | X | X |
| Banque Du Bois AG | | Zürich | X | X |
| Banque Franck, Galland & Cie SA | | Genève 3 | X | X |
| BANQUE HERITAGE | | Genève 6 | X | X |
| Banque Internationale de Commerce - BRED, Paris, succursale de Genève | .. | Genève 3 | X | |
| Banque Jacob Safra (Suisse) SA | | Genève 11 | X | X |
| Banque Jura Laufon | | Delémont 1 | X | X |
| BANQUE MORVAL | | Genève 12 | X | X |
| Banque Pasche SA | | Genève 11 | X | X |
| Banque Piguet & Cie SA | .. | Yverdon-les-Bains | X | X |
| Banque Privée BCP (Suisse) SA | | Genève | X | X |
| Banque Privée Edmond de Rothschild SA | .. | Genève 11 | X | X |
| Banque Privée Espirito Santo SA | | Pully | X | X |
| Banque Safdié SA | | Genève 11 | X | X |
| Banque SCS Alliance SA | | Genève 8 | X | X |
| Banque Syz & Co SA | | Genève 11 | X | X |
| Banque Thaler SA | | Genève 3 | X | X |
| Banque Vontobel Genève SA | | Genève 4 | X | X |
| Bantleon Bank AG | | Zug | X | X |
| Barclays Bank (Suisse) SA | .. | Genève 3 | X | X |
| Barclays Bank PLC, Londres, Succursale de Genève | | Genève | X | X |
| Barclays Capital, Zurich Branch of Barclays Bank PLC, London | | Zürich | X | X |
| Basellandschaftliche Kantonalbank | | Liestal | X | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Basler Kantonalbank | Basel | X | X |
| Baumann & Cie. | Basel | X | X |
| Bayerische Hypo- und Vereinsbank Aktiengesellschaft, München, Zweigniederlassung Zürich | Zürich | X | X |
| BBO Bank Brienz Oberhasli AG | Brienz | X | X |
| BBVA (Suiza) SA | Zürich | X | X |
| Bearbull Degroof Banque Privée SA | Genève 28 | X | X |
| BERENBERG BANK (SCHWEIZ) AG | Zürich | X | X |
| Berner Kantonalbank AG | Bern | X | X |
| Bernerland Bank AG | Sumiswald | X | X |
| Bezirks-Sparkasse Dielsdorf | Dielsdorf | X | X |
| Bezirkssparkasse Uster | Uster | X | X |
| BGG, Banque Genevoise de Gestion | Genève 3 | X | X |
| BHF-BANK (Schweiz) AG | Zürich | X | X |
| Biene - Bank im Rheintal Genossenschaft | Altstätten | X | X |
| BIPIELLE Bank (Suisse) | Lugano | X | X |
| BKW enex AG | Bern 25 | | X |
| BLOM BANK (Switzerland) SA | Genève 3 | X | X |
| BNP Paribas (Suisse) SA | Genève | X | X |
| BNP PARIBAS SECURITIES SERVICES, Paris, Succursale de Zurich | Zürich | X | |
| Bondpartners S.A. | Lausanne | | X |
| Bordier & Cie | Genève 11 | X | X |
| Bovay & Partenaires S.A. | Lausanne | | X |
| bridport & cie sa | Genève | | X |
| BS Bank Schaffhausen | Hallau | X | X |
| BSI SA | Lugano | X | X |
| Burgergemeinde Bern, DC Bank, Deposito-Cassa der Stadt Bern | Bern 7 | X | X |
| Burgerliche Ersparniskasse Bern | Bern | X | |
| BZ Bank Aktiengesellschaft | Wilen | X | X |
| C.I.M. Banque | Genève 6 | X | X |
| Caisse d'Epargne d'Aubonne | Aubonne | X | X |
| Caisse d'Epargne de Cossonay société coopérative | Cossonay | X | X |
| Caisse d'Epargne de la Ville de Fribourg | Fribourg | X | X |
| Caisse d'Epargne de Nyon société coopérative | Nyon | X | X |
| Caisse d'Epargne de Siviriez | Siviriez | X | X |
| Caisse d'épargne de Vuisternens-devant- Romont | Vuisternens-dt-Romont | X | X |
| Caisse d'Epargne du district de Courtelary | Courtelary | X | X |
| Caisse d'Epargne et de Crédit Mutuel de Chermignon | Chermignon | X | |
| Caisse d'Epargne Riviera, société coopérative | Vevey 1 | X | X |
| Caja de Ahorros de Galicia, La Corogne, succursale de Genève | Genève 1 | X | |
| CANTOR FITZGERALD EUROPE, London, Zweigniederlassung Zürich | Zürich | | X |
| Capital International SA | Petit-Lancy 1 | | X |
| Cat Brokerage AG | Zürich | | X |
| Citation SA | Zürich 1 | | X |
| Citibank (Switzerland) | Zürich | X | X |
| Citibank, N.A., Las Vegas, Zurich Branch | Zürich | X | X |
| Citibank, NA, Las Vegas, Succursale de Genève | Genève 3 | X | X |
| CITIGROUP GLOBAL MARKETS LIMITED, London, Zweigniederlassung Zürich | Zürich | | X |
| Clariden Leu AG | Zürich | X | X |
| Clientis AG | Bern 7 | X | X |
| Clientis Bank Huttwil AG | Huttwil | X | X |
| Clientis Bank im Thal AG | Balsthal | X | X |
| Clientis Bank Küttigen-Erlinsbach AG | Küttigen | X | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Clientis Bank Leerau Genossenschaft | Kirchleerau | X | X |
| Clientis Bank Oberuzwil AG | Oberuzwil | X | X |
| Clientis Bank Toggenburg AG | Kirchberg SG | X | X |
| Clientis EB Entlebucher Bank AG | Schüpfheim | X | X |
| Clientis Triba Partner Bank AG | Triengen | X | X |
| Commerzbank (Schweiz) AG | Zürich 1 | X | X |
| Cornèr Banca SA | Lugano | X | X |
| Crédit Agricole (Suisse) SA | Genève 11 | X | X |
| Crédit Agricole Cheuvreux, Courbevoie, Zweigniederlassung Zürich | Zürich | | X |
| Crédit Agricole Financements (Suisse) SA | Genève | X | X |
| Credit Europe Bank (Suisse) SA | Genève 1 | X | X |
| CREDIT MUTUEL DE LA VALLEE SA | Le Sentier | X | X |
| Credit Suisse | Zürich | X | X |
| Credit Suisse Private Advisors | Zürich | | X |
| Credito Privato Commerciale SA | Lugano | X | X |
| Daiwa Securities SMBC Europe Limited, Londres, succursale de Genève | Genève 3 | | X |
| Decova SA | Genève | | X |
| Deka(Swiss) Privatbank AG | Zürich | X | X |
| Delen (Suisse) SA | Genève 11 | | X |
| Delta Trust (Switzerland) Ltd | Genève | | X |
| DeTraCo AG | Zug | | X |
| Deutsche Bank (Suisse) SA | Genève 1 | X | X |
| Deutsche Bank Aktiengesellschaft, Frankfurt a.M., Zweigniederlassung Zürich | Zürich | X | X |
| Dexia Privatbank (Schweiz) AG | Zürich | X | X |
| Dominick Company AG | Zürich | X | X |
| Dresdner Bank (Schweiz) AG | Zürich | X | X |
| Dresdner Bank Aktiengesellschaft, Frankfurt am Main, Zweigniederlassung Zürich | Zürich | X | X |
| Dreyfus Söhne & Cie. Aktiengesellschaft, Banquiers | Basel | X | X |
| Dynagest SA | Genève 11 | | X |
| DZ PRIVATBANK (Schweiz) AG | Zürich | X | X |
| E. Gutzwiller & Cie. Banquiers | Basel | X | X |
| EFG Bank | Zürich | X | X |
| EFG Bank European Financial Group SA | Genève 2 | X | X |
| EFG Financial Products AG | Zurich | | X |
| EGL Trading AG | Dietikon | | X |
| Entris Banking AG | Gümligen | X | |
| EOS Trading | Lausanne | | X |
| Ersparniskasse Affoltern i.E. AG | Affoltern i.E. | X | X |
| Ersparniskasse Rüeggisberg | Rüeggisberg | X | X |
| Ersparniskasse Schaffhausen AG | Schaffhausen | X | X |
| Ersparniskasse Speicher | Speicher | X | |
| Exane Derivatives, Paris, succursale de Genève | Genève | X | X |
| Exane Options, Paris, succursale de Genève | Genève | | X |
| Exane SA, Paris, succursale de Genève | Genève | | X |
| F. van Lanschot Bankiers (Schweiz) AG | Zürich | X | X |
| FAISAL PRIVATE BANK (Switzerland) SA | Genève 1 | X | X |
| FCE Bank plc, Brentwood, Zweigniederlassung Schweiz | Wallisellen | X | |
| FIBI Bank (Schweiz) AG | Zürich | X | X |
| FIDEURAM Bank (Suisse) SA | Zürich | X | X |
| Fidurhône SA | Genève 3 | | X |
| Finacor SA, Société Financière et de Participations | Basel | | X |
| Financière Mermod SA | Lausanne | | X |
| Finter Bank Zürich | Zürich | X | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Fisch Asset Management AG | Zürich | | X |
| FMCC Finance, Zweigniederlassung Wallisellen der VOLVO Auto Bank Deutschland GmbH, Köln | Wallisellen | X | |
| Fortis Banque (Suisse) SA | Genève 4 | X | X |
| Fortis Banque, SA/NV, Bruxelles, Succursale de Zurich | Zurich | X | |
| Freie Gemeinschaftsbank | Basel | X | |
| GE Money Bank AG | Zürich | X | |
| GHP Arbitrium AG | Zürich | | X |
| Glarner Kantonalbank | Glarus | X | X |
| Goldman Sachs Bank AG | Zürich | X | X |
| Gonet & Cie | Genève 11 | X | X |
| Graubündner Kantonalbank | Chur | X | X |
| GRB Glarner Regionalbank | Schwanden | X | X |
| Habib Bank AG Zurich | Zürich | X | X |
| Habibsons Bank Limited, London, Zweigniederlassung Zürich | Zürich | X | X |
| Hardcastle Trading AG | Rapperswil-Jona | | X |
| Heliting SA | Massagno | | X |
| HELVEA SA | Genève | | X |
| Hottinger & Compagnie | Zürich | X | X |
| HSBC Guyerzeller Bank AG | Zürich | X | X |
| HSBC Private Bank (Suisse) SA | Genève 3 | X | X |
| HYPOSWISS Privatbank AG | Zürich | X | X |
| Hyposwiss Private Bank Genève SA | Genève 1 | X | X |
| Hypothekarbank Lenzburg | Lenzburg 1 | X | X |
| IDB (Swiss) Bank Ltd | Genève 3 | X | X |
| InCore Bank AG | Zürich | X | X |
| ING Bank (Suisse) SA | Genève 6 | X | X |
| ING Bank N.V., Amsterdam, Zurich Branch | Zurich | X | |
| ING Belgique, Bruxelles, succursale de Genève | Genève 11 | X | X |
| Instinet Europe Limited, London, Zweigniederlassung Zürich | Zürich | | X |
| International Marketmakers Combination Trading B.V., Amsterdam, Zweigniederlassung Zug | Zug | | X |
| Investec Bank (Switzerland) AG | Zürich | X | X |
| Isbank GmbH, Frankfurt am Main (D), Zweigniederlassung Zürich | Zürich | X | |
| ITAG Vermögensverwaltung AG | Basel | | X |
| J C E Hottinger & Co. Vermögensverwaltung | Zürich | | X |
| J&T Bank Schweiz AG | Zürich | X | X |
| J.P. Morgan (Suisse) SA | Genève 11 | X | X |
| J.P. Morgan Securities Limited, London Zweigniederlassung Zürich | Zürich | | X |
| Jefferies (Schweiz) AG | Zürich | | X |
| JPMorgan Chase Bank, National Association, Columbus, Succursale de Zurich | Zürich | X | |
| Jyske Bank (Schweiz) | Zürich | X | X |
| Kaupthing Bank Luxembourg S.A., Luxembourg, succursale de Genève | Genève | X | X |
| KBL (SWITZERLAND) LTD | Genève 11 | X | X |
| Kepler Capital Markets SA | Nyon | | X |
| La Roche & Co. | Basel | X | X |
| Landolt & Cie, banquiers | Lausanne | X | X |
| Landsbanki Kepler, Paris, Zweigniederlassung Zürich | Zürich | | X |
| LB (Swiss) Privatbank AG | Zürich | X | X |
| LBBW (Schweiz) AG | Zürich | X | X |
| Lehman Brothers International (Europe), London, Zurich Branch | Zürich | | X |
| Leihkasse Stammheim | Oberstammheim | X | X |
| Lemanik SA | Lugano | | X |
| LF Finance (Suisse) SA | Genève 3 | | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| LGT Bank (Schweiz) AG | Basel | X | X |
| Liechtensteinische Landesbank (Schweiz) AG | Zürich | X | X |
| Lienhardt & Partner Privatbank Zürich AG | Zürich | X | X |
| Lloyds TSB Bank Plc, London, Zweigniederlassung Zürich | Zürich | X | X |
| Lloyds TSB Bank Plc, Londres, succursale de Genève | Genève 11 | X | X |
| Lombard, Odier, Darier, Hentsch & Cie | Genève 11 | X | X |
| Luzerner Kantonalbank AG | Luzern | X | X |
| M. M. Warburg Bank (Schweiz) AG | Zürich | X | X |
| Maerki Baumann & Co AG | Zürich | X | X |
| Man Capital Markets AG | Pfäffikon / SZ | | X |
| MediBank | Zug | X | X |
| Mercantil Bank (Schweiz) AG | Zürich | X | X |
| Merrill Lynch Bank (Suisse) SA | Genève 3 | X | X |
| Merrill Lynch Capital Markets AG | Zürich | X | X |
| Migros Bank | Zürich | X | X |
| Mirabaud & Cie | Genève 11 | X | X |
| Mirelis InvesTrust SA | Genève 11 | | X |
| Mitsubishi UFJ Securities International plc, London, Zweigniederlassung Zürich | Zürich | | X |
| Mitsubishi UFJ Wealth Management Bank (Switzerland), Ltd. | Genève 3 | X | X |
| Mizuho Bank (Schweiz) AG | Zürich | X | X |
| Mizuho International plc, London, Zweigniederlassung Zürich | Zürich | X | X |
| Mourgue d'Algue & Cie | Genève 3 | X | X |
| NBAD Private Bank (Suisse) SA | Genève  11 | X | X |
| NBF International SA | Genève | | X |
| NBK Banque Privée (Suisse) SA | Genève 1 | X | X |
| Neue Aargauer Bank | Aarau | X | X |
| Nidwaldner Kantonalbank | Stans | X | X |
| Nomura Bank (Schweiz) AG | Zürich | X | X |
| Nordea Bank S.A., Luxemburg, Zweigniederlassung Zürich | Zürich | X | X |
| Nordkap Bank AG | Zürich | X | |
| NPB Neue Privat Bank AG | Zürich | X | X |
| NZB Neue Zürcher Bank AG | Zürich | X | X |
| Obersimmentalische Volksbank | Zweisimmen | X | X |
| Obwaldner Kantonalbank | Sarnen | X | X |
| P&P Private Bank AG | Zürich | X | X |
| Petercam Private Bank (Switzerland) SA | Genève 5 | X | X |
| Picard Angst Structured Products AG | Pfäffikon | | X |
| Pictet Asset Management SA | Genève 73 | | X |
| Pictet et Cie | Genève 73 | X | X |
| PKB PRIVATBANK SA | Lugano | X | X |
| Plenum Securities AG | Zürich | | X |
| Privatbank Bellerive AG | Zürich | X | X |
| Privatbank IHAG Zürich AG | Zürich | X | X |
| Privatbank Von Graffenried AG | Bern 7 | X | X |
| Private Client Bank | Zürich | X | X |
| Private Client Partners | Zürich | X | X |
| Quantus AG | Glattzentrum bei Wallisellen | | X |
| Quilvest Switzerland Ltd. | Zürich | | X |
| Rahn & Bodmer | Zürich | X | X |
| Raiffeisen Schweiz Genossenschaft | St. Gallen | X | X |
| RAS Private Bank (Suisse) SA | Lugano | X | X |
| RBC Dexia Investor Services Bank S.A., Esch-sur-Alzette, succursale de Zurich | Zürich | X | X |
| RBS Coutts Bank AG | Zürich | X | X |
| Regiobank Männedorf AG | Männedorf | X | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | | Location | Bank | Securities dealer |
|---|---|---|---|---|
| Regiobank Solothurn AG | .. | Solothurn | X | X |
| Reichmuth & Co | .. | Luzern 7 | X | X |
| Reyl & Cie SA | | Genève | | X |
| Rosbank (Switzerland) SA | .. | Genève 11 | X | X |
| Rothschild Bank AG | | Zürich | X | X |
| Royal Bank of Canada (Suisse) | | Genève | X | X |
| Rüd, Blass & Cie AG Bankgeschäft | | Zürich | X | X |
| Russische Kommerzial Bank AG | .. | Zürich | X | X |
| SAGEFOR Société Anonyme de Gérance de Fortunes | | Genève | | X |
| Sallfort AG | .. | Basel | | X |
| SANPAOLO BANK (SUISSE) SA | | Lugano | X | X |
| Saxo Bank (Switzerland) SA | .. | Genève 6 | X | X |
| SB Saanen Bank AG | | Saanen | X | X |
| Schaffhauser Kantonalbank | .. | Schaffhausen | X | X |
| Schroder & Co Bank AG | | Zürich | X | X |
| Schwyzer Kantonalbank | .. | Schwyz | X | X |
| Scobag Privatbank AG | | Basel | X | X |
| Sella Bank AG | .. | Zürich | X | X |
| SELVI & Cie SA | | Genève 11 | | X |
| SG Private Banking (Lugano-Svizzera) SA | .. | Lugano | X | X |
| SG Private Banking (Suisse) SA | | Genève 11 | X | X |
| SIX SIS AG | | Olten | X | |
| SIX x-clear AG | | Zürich | X | |
| Skandifinanz Bank AG | .. | Zürich | X | X |
| Skandinaviska Enskilda Banken SA, Luxembourg, Geneva Branch | | Genève | X | X |
| SLB Commercial Bank | .. | Zürich | X | |
| Società Bancaria Ticinese | | Bellinzona | X | X |
| SOCIETE BANCAIRE PRIVEE SA | .. | Genève 3 | X | X |
| Société Générale, Paris, Succursale de Zurich | | Zürich | X | X |
| Source Capital AG | .. | Zug | | X |
| Spar + Leihkasse Gürbetal | | Mühlethurnen | X | X |
| Spar + Leihkasse Münsingen AG | | Münsingen | X | X |
| Spar + Leihkasse Steffisburg | | Steffisburg | X | X |
| Spar- und Leihkasse Bucheggberg AG | .. | Lüterswil | X | X |
| Spar- und Leihkasse Frutigen | | Frutigen | X | X |
| Spar- und Leihkasse Leuk und Umgebung | .. | Leuk-Stadt | X | |
| Spar- und Leihkasse Riggisberg | | Riggisberg | X | X |
| Spar- und Leihkasse Thayngen AG | .. | Thayngen | X | X |
| Spar- und Leihkasse Wynigen | | Wynigen | X | X |
| Sparcassa 1816 Gen. | .. | Wädenswil | X | X |
| Sparkasse Engelberg | | Engelberg | X | X |
| Sparkasse Horgen AG | .. | Horgen | X | X |
| Sparkasse Küsnacht ZH | | Küsnacht | X | X |
| Sparkasse Oftringen | | Oftringen | X | X |
| Sparkasse Schwyz AG | | Schwyz | X | X |
| Sparkasse Sense | .. | Tafers | X | X |
| Sparkasse Trogen | | Trogen | X | |
| Sparkasse Wiesendangen | .. | Wiesendangen | X | X |
| Sparkasse Zürcher Oberland | | Wetzikon | X | X |
| St. Galler Kantonalbank | | St. Gallen | X | X |
| Standard Chartered Bank (Switzerland) SA | | Genève 3 | X | X |
| State Street Bank GmbH, München, Zweigniederlassung Zürich | | Zürich | X | X |
| Svenska Handelsbanken SA, Luxemburg, Zweigniederlassung Zürich | | Zürich | X | X |
| Swiss Asset & Risk Management AG | | Schwyz | | X |
| Swiss Capital Alternative Investments AG | | Zürich | | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|------|----------|------|-------------------|
| swiss pb AG | Zürich | | X |
| Swissquote Bank | Gland | X | X |
| swissregiobank AG | Gossau / SG | X | X |
| Sydbank (Schweiz) AG | St. Gallen | X | X |
| TARENO AG | Basel | | X |
| Thurgauer Kantonalbank | Weinfelden | X | X |
| Timber Hill (Europe) AG | Zug | | X |
| Trafina Privatbank AG | Basel | X | X |
| Trans Fiduciaire SA | Lugano | | X |
| UBS AG | Zürich | X | X |
| UBS Limited, London, Zweigniederlassung Schweiz, Opfikon | Opfikon | X | X |
| UBS Swiss Financial Advisers AG | Zürich | | X |
| UniCredit (Suisse) Bank SA | Lugano | X | X |
| Union Bancaire Privée, UBP | Genève | X | X |
| United Bank AG (Zürich) | Zürich | X | X |
| UNITED MIZRAHI BANK (Schweiz) AG | Zürich | X | X |
| Univalor Trust SA | Genève | | X |
| Urner Kantonalbank | Altdorf | X | X |
| Vadian Bank AG | St. Gallen | X | X |
| Valartis Bank AG | Zürich | X | X |
| Valcourt SA | Genève 11 | | X |
| Valiant Bank AG | Bern | X | X |
| Valiant Privatbank AG | Bern | X | X |
| Van der Moolen Effecten Specialist B.V., Amsterdam, Swiss Branch, Zug | Zug | | X |
| Volksbank Bodensee AG | St. Margrethen | X | X |
| Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft, Bregenz, Zweigniederlassung St. Gallen | St. Gallen | X | |
| VP Bank (Schweiz) AG | Zürich | X | X |
| VZ Depotbank AG | Zürich | X | X |
| Wegelin & Co. Privatbankiers Gesellschafter Bruderer, Hummler, Tolle & Co. | St. Gallen | X | X |
| WIR Bank | Basel | X | |
| ZLB Zürcher Landbank | Elgg | X | X |
| Zuger Kantonalbank | Zug | X | X |
| Zürcher Kantonalbank | Zürich | X | X |

**Total authorised banks and securities dealers: 405**

# Exhibit 17

## finma

Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

To the US District Court
for the Southern District of New York

**Reference:**
G01290882;G01290882-000013

**Contact:**
Nina Reiser
nina.reiser@finma.ch
+41 (0)31 327 91 96

*through Lenz & Staehelin, Geneva*

Bern, 28 February 2020

**Confirmation**

In our capacity as the Swiss Financial Market Supervisory Authority FINMA
(formerly Swiss Federal Banking Commission) and responsible for banking
supervision, we hereby confirm that

**the fifty four (54) below mentioned banks ("the banks")**

were authorized to act as a bank in accordance with Article 3 of the Federal
Act on Banks and Savings Banks of 8 November 1934 from 1st January 2004
to 31 December 2008 ("relevant period").

In addition, we can confirm that the banks have been prudentially supervised
by our Authority since they were authorized.

**Entities authorized to act as a bank and supervised by our Authority
during the whole relevant period**

- **ABN AMRO Bank (Switzerland) AG**
- **BANCA ARNER SA**
- **Banca Commerciale Lugano**
- **Banco Santander International SA**
- **Bank J. Safra Sarasin AG**
- **Bank Julius Bär & Co. AG**
- **Bank Sal. Oppenheim jr. & Cie (Schweiz) AG**
- **Bank Vontobel AG**
- **Banque Cantonale Vaudoise**
- **Banque Lombard Odier & Cie SA**
- **Banque Pictet & Cie SA**
- **Banque Privée Espirito Santo SA**
- **Banque SYZ SA**

Laupenstrasse 27
3003 Bern
Phone +41 (0)31 327 91 00
Fax +41 (0)31 327 91 01
**www.finma.ch**



**finma**

Reference:
G01290882;G01290882-000013

- Barclays Bank (Suisse) SA
- BBVA SA
- BIPIELLE Bank (Suisse)
- Bordier & Cie
- BSI SA
- CA Indosuez (Switzerland) SA
- CBH Compagnie Bancaire Helvétique SA
- Citibank (Switzerland) AG
- Clariden Leu AG
- Cornèr Banca SA
- Credit Suisse AG
- Deutsche Bank (Suisse) SA
- Dresdner Bank (Schweiz) AG
- Edmond de Rothschild (Lugano) SA
- Edmond de Rothschild (Suisse) S.A.
- EFG Bank AG
- Falcon Private Bank AG
- FINTER BANK ZÜRICH AG
- HINDUJA BANQUE (SUISSE) SA
- HSBC Private Bank (Suisse) SA
- ING Bank (Suisse) SA
- Investec Bank (Switzerland) AG
- Lloyds Bank plc, Londres, succursale de Genève
- Merrill Lynch Bank (Suisse) SA
- Mirabaud & Cie SA
- Piguet Galland & Cie SA
- PKB PRIVATBANK SA
- Privatbank IHAG Zürich AG
- Rahn+Bodmer Co.
- RBS Coutts Bank AG
- Rothschild & Co Bank AG
- ROYAL BANK OF CANADA (SUISSE) SA
- Schroder & Co Bank AG
- Sella Bank SA
- SOCIETE GENERALE Private Banking (Suisse) SA
- SOCIETE GENERALE Private Banking (Lugano-Svizzera)
- UBS AG
- Wegelin & Cie.

finma

**Reference:**
G01290882;G01290882-000013

**Entities authorized to act as a bank and supervised by our Authority
during a part of the relevant period**

- **Banca del Gottardo** (from 01.01.2004 to 26.06.2008)
- **Banca Unione di Credito (BUC)** (from 01.01.2004 to 28.12.2006)
- **InCore Bank AG** (from 12.12.2006 to 31.12.2008)

Yours faithfully

**Swiss Financial Market Supervisory Authority FINMA**
Banks division

Annemarie Nussbaumer          Nina Reiser

# Exhibit 18

finma

Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

## Authorised banks and securities firms

| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|-------------------------------------|----------|
| Aargauische Kantonalbank | Aarau | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| ABANCA CORPORACION BANCARIA S.A., Betanzos, succursale de Genève | Genève 1 | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| acrevis Bank AG | St. Gallen | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| AEK BANK 1826 Genossenschaft | Thun | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| AFS Equity & Derivatives B.V., Amsterdam, Zweigniederlassung Regensdorf | Regensdorf | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Alpha RHEINTAL Bank AG | Heerbrugg | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Alternative Bank Schweiz AG | Olten | Bank | Other banks | Swiss securities firm | | | 4 |
| AP ANLAGE & PRIVATBANK AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Appenzeller Kantonalbank | Appenzell | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Aquila AG | Zürich | Bank | Other banks | Swiss securities firm | | | 5 |
| Arab Bank (Switzerland) Ltd. | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| AXION SWISS BANK SA | Lugano | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Baader Helvea AG | Zürich | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| Baloise Bank SoBa AG | Solothurn | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Banca Aletti & C. (Suisse) SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANCA CREDINVEST SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANCA DEL CERESIO SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|--------------------------------------|----------|
| BANCA DEL SEMPIONE SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banca dello Stato del Cantone Ticino | Bellinzona | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Banca Popolare di Sondrio (Suisse) SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| BANCA ZARATTINI & CO. SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banco Itaú (Suisse) SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Banco Santander International SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Bank am Bellevue AG | Küsnacht ZH | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Bank Avera Genossenschaft | Wetzikon ZH | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank BSU Genossenschaft | Uster | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank CIC (Schweiz) AG | Basel | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Bank Cler AG | Basel | Bank | Other banks | Swiss securities firm | | | 3 |
| Bank EEK AG | Bern | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank EKI Genossenschaft | Interlaken | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank für Tirol und Vorarlberg Aktiengesellschaft, Innsbruck, Zweigniederlassung Staad | Staad SG | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Bank Gantrisch Genossenschaft | Schwarzenburg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank in Zuzwil AG | Zuzwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank J. Safra Sarasin AG | Basel | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|--------------------------------------|----------|
| Bank Julius Bär & Co. AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Bank Leerau Genossenschaft | Kirchleerau | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank Linth LLB AG | Uznach | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Bank Oberaargau AG | Huttwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank of America Merrill Lynch International Designated Activity Company, Dublin, Zurich Branch | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Bank SLM AG | Münsingen | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank Sparhafen Zürich AG | Zürich | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank Thalwil Genossenschaft | Thalwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank von Roll AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Bank Vontobel AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| BANK ZIMMERBERG AG | Horgen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| bank zweiplus ag | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Bankhaus Jungholz AG | St. Gallen | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BankMed (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Bank-now AG | Horgen | Bank | Other banks | | X | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Banque Algérienne du Commerce Extérieur SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANQUE AUDI (SUISSE) SA | Genève 12 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Banque Bonhôte & Cie SA | Neuchâtel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque Cantonale de Fribourg | Fribourg | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque Cantonale de Genève | Genève 2 | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque Cantonale du Jura SA | Porrentruy 2 | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Banque Cantonale du Valais | Sion | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque cantonale neuchâteloise | Neuchâtel | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Banque Cantonale Vaudoise | Lausanne | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque Cramer & Cie SA | Genève 12 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque de Commerce et de Placements SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque Degroof Petercam (Suisse) SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque du Léman SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque Eric Sturdza SA | Genève 3 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque Havilland (Suisse) S.A. | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| BANQUE HERITAGE SA | Genève 6 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Banque Internationale à Luxembourg (Suisse) SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque Internationale de Commerce - BRED (Suisse) SA | Genève | Bank | Foreign-controlled banks | | X | | 5 |
| Banque Lombard Odier & Cie SA | Genève | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Banque Pâris Bertrand SA | Genève 1 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque Pictet & Cie SA | Genève 73 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| BANQUE PRIVEE BCP (SUISSE) SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANQUE PROFIL DE GESTION SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque SYZ SA | Genève | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Banque Thaler SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Bantleon Bank AG | Zug | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Barclays Bank (Suisse) SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Barclays Capital, Zurich Branch of Barclays Bank PLC, London | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Basellandschaftliche Kantonalbank | Liestal | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Basler Kantonalbank | Basel | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Baumann & Cie KmG | Basel | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 5 |
| BBO Bank Brienz Oberhasli AG | Brienz BE | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| BBVA SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BERGOS BERENBERG AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Berner Kantonalbank AG | Bern | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Bernerland Bank AG | Sumiswald | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bezirks-Sparkasse Dielsdorf Genossenschaft | Dielsdorf | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| BGC BROKERS L.P., à Londres (Royaume-Uni), succursale de Nyon | Nyon | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Biene Bank im Rheintal Genossenschaft | Altstätten SG | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| BLOM BANK (Switzerland) SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BNP Paribas (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| BNP PARIBAS SECURITIES SERVICES, Paris, succursale de Zurich | Zürich | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| Bondpartners S.A. | Lausanne | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Bordier & Cie | Genève 11 | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 4 |
| bridport & cie sa | Genève 3 | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| BS Bank Schaffhausen AG | Hallau | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Burgergemeinde Bern, DC Bank Deposito-Cassa der Stadt Bern | Bern | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Burgerliche Ersparniskasse Bern, Genossenschaft | Bern | Bank | Regional banks and savings banks | | X | | 5 |
| BZ Bank Aktiengesellschaft | Wilen b. Wollerau | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| CA Indosuez (Switzerland) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| CACEIS Bank, Paris, succursale de Nyon / Suisse | Nyon | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Caisse d'Epargne Courtelary SA | Courtelary | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne d'Aubonne société coopérative | Aubonne | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne de Cossonay société coopérative | Cossonay | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne de Nyon société coopérative | Nyon | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne et de Crédit Mutuel de Chermignon société coopérative | Chermignon | Bank | Regional banks and savings banks | | X | | 5 |
| Caisse d'Epargne Riviera, société coopérative | Vevey 1 | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| CBH Compagnie Bancaire Helvétique SA | Genève 3 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Cembra Money Bank AG | Zürich | Bank | Other banks | | X | | 4 |
| China Construction Bank Corporation, Beijing, Swiss Branch Zurich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| CIM BANQUE SA | Genève 6 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Cité Gestion SA | Genève | Securities firm | Securities firm | Swiss securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|---|---|---|
| Citibank (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Citibank, N.A., Sioux Falls, succursale de Genève | Genève 3 | Foreign bank branch office | Second branch office of a foreign bank | Second branch office of a foreign securities firm | | | 5 |
| Citibank, N.A., Sioux Falls, Zurich Branch | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 4 |
| CITIGROUP GLOBAL MARKETS LIMITED, London, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Clientis AG | Bern | Bank | Banks with a special field of business | Swiss securities firm | | | 4 |
| Clientis Bank Aareland AG | Küttigen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank im Thal AG | Balsthal | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank Oberuzwil AG | Oberuzwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank Thur Genossenschaft | Ebnat-Kappel | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank Toggenburg AG | Kirchberg SG | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis EB Entlebucher Bank AG | Schüpfheim | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Sparkasse Oftringen Genossenschaft | Oftringen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| COMMERZBANK Aktiengesellschaft, Frankfurt am Main, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Compass Asset Management SA | Paradiso | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Cornèr Banca SA | Lugano | Bank | Other banks | Swiss securities firm | | | 4 |
| Crédit Agricole next bank (Suisse) SA | Genève 26 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Credit Europe Bank (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| CREDIT MUTUEL DE LA VALLEE SA | Le Sentier | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Credit Suisse (Schweiz) AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| Credit Suisse AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| Daiwa Capital Markets Europe Limited, Londres, succursale de Genève | Genève 3 | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Delen (Suisse) SA | Genève | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| Deutsche Bank (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Deutsche Bank Aktiengesellschaft, Frankfurt a.M., Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Dreyfus Söhne & Cie. Aktiengesellschaft, Banquiers | Basel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Dukascopy Bank SA | Meyrin | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| DZ PRIVATBANK (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| E. Gutzwiller & Cie. Banquiers | Basel | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 5 |
| Edmond de Rothschild (Suisse) S.A. | Genève 11 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| EFG Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| EFG Bank European Financial Group SA | Genève 2 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| Entris Banking AG | Gümligen | Bank | Banks with a special field of business | Swiss securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Equatex AG | Zürich | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| Ersparniskasse Affoltern i.E. AG | Weier im Emmental | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Ersparniskasse Rüeggisberg Genossenschaft | Rüeggisberg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Ersparniskasse Schaffhausen AG | Schaffhausen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Ersparniskasse Speicher | Speicher | Bank | Regional banks and savings banks | | X | | 5 |
| EXANE DERIVATIVES, Paris, succursale de Genève | Genève | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| EXANE SA, Paris, succursale de Genève | Genève | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| F. van Lanschot Bankiers (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| FAB Private Bank (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Falcon Private Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Fidurhône SA | Genève 3 | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Fisch Asset Management AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Frankfurter Bankgesellschaft (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Freie Gemeinschaftsbank Genossenschaft | Basel | Bank | Other banks | | X | | 5 |
| Gazprombank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| GFI Securities Limited, Londres, Succursale de Nyon | Nyon | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Glarner Kantonalbank | Glarus | Bank | Cantonal banks | Swiss securities firm | | | 4 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|-------------------------------------|----------|
| Globalance Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Goldman Sachs Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Goldman Sachs International, London, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Gonet & Cie SA | Genève 11 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Grammont Finance SA | Lutry | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Graubündner Kantonalbank | Chur | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| GRB Glarner Regionalbank Genossenschaft | Schwanden | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Habib Bank AG Zürich | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Hardcastle Trading AG | Rapperswil SG | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| HBL BANK UK LIMITED, London, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Helvetische Bank AG | Zürich | Bank | Other banks | Swiss securities firm | | | 5 |
| HINDUJA BANQUE (SUISSE) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Hottinger AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| HSBC Bank plc, London, Zweigniederlassung Zürich | Genève 1 | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| HSBC Private Bank (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| Hypo Vorarlberg Bank AG, Bregenz, Zweigniederlassung St. Gallen | St. Gallen | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Hyposwiss Private Bank Genève SA | Genève 11 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Hypothekarbank Lenzburg AG | Lenzburg | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| IBKR Financial Services AG | Zug | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| IG Bank S.A. | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| IMAC Bond SA | Givisiez | Securities firm | | Swiss securities firm | | X | 5 |
| InCore Bank AG | Schlieren | Bank | Other banks | Swiss securities firm | | | 5 |
| Industrial and Commercial Bank of China Limited, Peking, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| ING Belgique, Bruxelles, succursale de Lancy/Genève | Petit-Lancy 1 | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Intesa Sanpaolo Private Bank (Suisse) Morval SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Investec Bank (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| ISP Securities AG | Zürich | Securities firm | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| J.P. Morgan (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| J.P. Morgan Securities plc, London, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Jefferies International Limited, London, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| JL Securities SA | Genève | Securities firm | Securities firm | Swiss securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|:---:|:---:|:---:|
| JPMorgan Chase Bank, National Association, Columbus, Zurich Branch | Zürich | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| Kendra Securities House SA | Genève | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Kepler Cheuvreux (Suisse) SA | Eysins | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| LANDOLT & CIE SA | Lausanne | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Leihkasse Stammheim AG | Oberstammheim | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Leonteq Securities AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| LF FINANCE (SUISSE) SA | Genève 3 | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| LGT Bank (Schweiz) AG | Basel | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Lienhardt & Partner Privatbank Zürich AG | Zürich | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Luzerner Kantonalbank AG | Luzern | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Maerki Baumann & Co. AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| MBaer Merchant Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Mercantil Bank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| MG Finance SA | Lausanne | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Migros Bank AG | Zürich | Bank | Other banks | Swiss securities firm | | | 3 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Mirabaud & Cie SA | Genève | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Morgan Stanley & Co. International plc, London, Zurich Branch | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | X | | 5 |
| NBK Private Bank (Switzerland) Ltd | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Neue Aargauer Bank AG | Aarau | Bank | Regional banks and savings banks | Swiss securities firm | | | 3 |
| Nidwaldner Kantonalbank | Stans | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Nomura Bank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| NPB Neue Privat Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Obwaldner Kantonalbank | Sarnen | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| ODDO BHF (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| One Swiss Bank SA | Genève 21 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| PATRIMONY 1873 SA | Lugano | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| Piguet Galland & Cie SA | Yverdon-les-Bains | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| PKB PRIVATBANK SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| PostFinance AG | Bern | Bank | Other banks | Swiss securities firm | | | 2 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Privatbank Bellerive AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Privatbank IHAG Zürich AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Privatbank Von Graffenried AG | Bern | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Private Client Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Private Client Partners AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| QNB (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Quantus AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Quilvest (Switzerland) Ltd. | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Rahn+Bodmer Co. | Zürich | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 4 |
| Raiffeisen Schweiz Genossenschaft | St. Gallen | Bank | Banks with a special field of business | Swiss securities firm | | | 2 |
| RBC Investor Services Bank S.A., Esch-sur-Alzette, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Regiobank Männedorf AG | Männedorf | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Regiobank Solothurn AG | Solothurn | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Reichmuth & Co. | Luzern | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 4 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Remaco Asset Management AG | Basel | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Reuss Private AG | Bremgarten AG | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| REYL & Cie SA | Genève | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Rothschild & Co Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| SAXO BANK (SCHWEIZ) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| SB Saanen Bank AG | Saanen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Sberbank (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Schaffhauser Kantonalbank | Schaffhausen | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Schroder & Co Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Schwyzer Kantonalbank | Schwyz | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Scobag Privatbank AG | Basel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| SEBA Bank AG | Zug | Bank | Other banks | Swiss securities firm | | | 5 |
| SELVI & Cie SA | Genève 11 | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Società Bancaria Ticinese SA | Bellinzona | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| SOCIETE GENERALE Private Banking (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Société Générale, Paris, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| SPAR + LEIHKASSE GÜRBETAL AG | Mühlethurnen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar- und Leihkasse Bucheggberg AG | Lüterswil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar- und Leihkasse Frutigen AG | Frutigen | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Spar- und Leihkasse Thayngen AG | Thayngen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar- und Leihkasse Wynigen AG | Wynigen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar+Leihkasse Riggisberg AG | Riggisberg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Sparcassa 1816 Genossenschaft | Wädenswil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Sparkasse Schwyz AG | Schwyz | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Sparkasse Sense | Tafers | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| St. Galler Kantonalbank AG | St. Gallen | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| State Street Bank International GmbH, München, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| STRATEO, Genève, Succursale d'Arkéa Direct Bank SA, Puteaux (Paris) | Genève | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Swiss Bankers Prepaid Services AG | Grosshöchstetten | Bank | Other banks | | X | | 5 |
| Swiss Capital Alternative Investments AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Swissquote Bank SA | Gland | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Sygnum Bank AG | Zürich | Bank | Other banks | Swiss securities firm | | | 5 |
| Tellco AG | Schwyz | Bank | Other banks | Swiss securities firm | | | 5 |
| Tensor Technologies AG | Zug | Securities firm | Securities firm | Swiss securities firm | | X | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|--------------------------------------|----------|
| Thurgauer Kantonalbank | Weinfelden | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Trafina Privatbank AG | Basel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| TULLETT PREBON (SECURITIES) LIMITED, Londres, succursale de Meyrin / Genève | Genève 15 | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| UBL (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| UBS AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| UBS Europe SE, Frankfurt am Main, Zweigniederlassung Schweiz, Opfikon | Opfikon | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| UBS Swiss Financial Advisers AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| UBS Switzerland AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| UG Europe AG | Zug | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| UniCredit Bank AG, München, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| UNION BANCAIRE PRIVEE, UBP SA | Genève 1 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Union Securities Switzerland SA | Genève | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| UNITED MIZRAHI BANK (Switzerland) Ltd. | Zürich 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Urner Kantonalbank | Altdorf UR | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Valcourt SA | Genève 11 | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Valiant Bank AG | Bern | Bank | Regional banks and savings banks | Swiss securities firm | | | 3 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|-------------------------------------|----------|
| VP Bank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| VZ Depotbank AG | Zug | Bank | Other banks | Swiss securities firm | | | 4 |
| WIR Bank Genossenschaft | Basel | Bank | Other banks | | X | | 4 |
| Zähringer Privatbank AG | Bern | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Zuger Kantonalbank | Zug | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Zürcher Kantonalbank | Zürich | Bank | Cantonal banks | Swiss securities firm | | | 2 |
| Zürcher Landbank AG | Elgg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |

**Total authorised banks and securities firms: 291**

# Exhibit 19

## HSBC Bank USA (FDIC # 589)

**Inactive as of** July 1, 2004

## Merged or acquired without government assistance

**Data as of:** February 26, 2020

**HSBC Bank USA** is no longer doing business under that name because it has been merged or acquired without government assistance. See the successor institution, HSBC Bank USA National Association (FDIC #: 57890)

**FDIC Certificate#:**    **589**

**Headquarters:**    One Hsbc Center
Buffalo, NY 14203
Erie County

**Established:**    June 1, 1812

**Insured:**    January 1, 1934

**Bank Charter Class:**    Member of the Federal Reserve System

**Contact the FDIC about:**
HSBC Bank USA or HSBC Bank USA, National Association

Locations    History    Identifications    Financials    Other Names /
Websites

**Showing 1 to 12 of 12 entries (filtered from 37 total entries)**

| Date | Event |
|---|---|
| 6/1/1812 | Institution established: Original name:Marine Midland Trust Company of Western New York (589) |
| 7/31/1970 | Changed name to **Marine Midland Bank--Western** (589) |
| 1/1/1976 | Changed name to **Marine Midland Bank** (589) |
| 2/1/1980 | Changed name to **Marine Midland Bank, N.A.** (589) |
| 3/30/1990 | Changed name to **Marine Midland Bank, National Association** (589) |
| 12/31/1993 | Changed name to **Marine Midland Bank** (589) |
| 3/29/1999 | Changed name to **HSBC Bank USA** (589) |
| 7/1/2004 | **Merged into and subsequently operated as part of HSBC Bank USA, National Association (57890) in NEW CASTLE, DE** |
| 7/1/2004 | Institution established: Original name:HSBC Bank USA, National Association (57890) |
| 8/25/2004 | Moved bank headquarters from NEW CASTLE, DE to WILMINGTON, DE |
| 12/20/2008 | Moved bank headquarters from WILMINGTON, DE to MCLEAN, VA |
| 2/9/2018 | Moved bank headquarters from MCLEAN, VA to TYSONS, VA |

**Information as of:** February 27, 2020

# Exhibit 20

FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL

# **NIC** National Information Center (/npw)

A repository of financial data and institution characteristics collected by the Federal Reserve System

# HSBC BANK & TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION

**RSSD ID:** 2696528

1201 MARKET STREET SUITE 2200, WILMINGTON, DE, UNITED STATES 19801

Institution Details ⌃

**Web Site:** N/A

**Institution Type:** Non-deposit Trust Company - Member

**Primary Federal Regulator:** OCC  ⓘ

**Primary Activity:** TRUST, FIDUCIARY, AND CUSTODY ACTIVITIES

**Primary Activity Code:** 523991  ⓘ

**Status:** Inactive (as of 2004)

**Insurance:** NOT INSURED OR NOT AVAIL.

**FDIC Certificate #:** 34867

**RTN/ABA:** 31101004

**LEI:** N/A

| Financial Data | Organization Hierarchy | History |
|---|---|---|

# History

**Download Results**

History CSV

Show 20 rows ▾ entries

| Date | Type of Event | Institution Involved | RSSD ID | Notes |
|---|---|---|---|---|

| Date | Type of Event | Institution Involved | RSSD ID | Notes |
|---|---|---|---|---|
| 7/1/2004 | Merger or Purchase & Assumption | HSBC BANK USA | 413208 | HSBC BANK & TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION transferred its assets to one or more institutions including HSBC BANK USA. HSBC BANK & TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION ceased to exist as a head office. One charter has been discontinued or will be discontinued in the near future. HSBC BANK & TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION did not fail; government assistance not involved. |
| 6/30/2004 | Institution Became Inactive | | | HSBC BANK & TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION became inactive or is no longer regulated by the FRS. |
| 8/15/2000 | Name Changed | | | REPUBLIC BANK DELAWARE NATIONAL ASSOCIATION changed to the new name HSBC BANK & TRUST COMPANY (DELAWARE), NATIONAL ASSOCIATION. |
| 5/21/1998 | Institution Established | | | REPUBLIC BANK DELAWARE NATIONAL ASSOCIATION was established as a Non-deposit Trust Company - Member at 1201 MARKET STREET SUITE 2200, WILMINGTON, DE. |

Previous    1    Next

Federal Financial Institutions Examination Council (FFIEC) ⧉ (https://www.ffiec.gov/default.htm)
Board of Governors of the Federal Reserve System ⧉ (https://www.federalreserve.gov/)
⧉ (https://www.usa.gov/)

Accessibility ⧉ (https://www.federalreserve.gov/accessibility.htm)

Disclaimer ⧉ (https://www.federalreserve.gov/disclaimer.htm)

Privacy Policy ⧉ (https://www.federalreserve.gov/privacy.htm)

Information Quality Guidelines ⧉ (https://www.federalreserve.gov/iq_guidelines.htm)

Help (/npw/Help/Help)

# Exhibit 21

## HSBC Bank USA, National Association (FDIC # 57890)

**Active** **Insured Since July 1, 2004**

**Data as of:** February 26, 2020

**HSBC Bank USA, National Association** is an active bank

| | |
|---|---|
| **FDIC Certificate#:** | 57890 |
| **Headquarters:** | 1800 Tysons Blvd<br>Tysons, VA 22102<br>Fairfax County |
| **Locations:** | **225** domestic in **10** states,<br>**0** in territories, and **19** in foreign locations |
| **Established:** | July 1, 2004 |
| **Insured:** | July 1, 2004 |
| **Bank Charter Class:** | National Bank |
| **Primary Federal Regulator:** | Office of the Comptroller of the Currency |
| **Secondary Federal Regulator:** | Consumer Financial Protection Bureau |
| **Corporate Website:**<br>https://www.us.hsbc.com/ | |
| **Consumer Assistance:**<br>http://www.helpwithmybank.gov | |
| **Contact the FDIC about:**<br>HSBC Bank USA, National Association | |

Locations | History | Identifications | Financials | Other Names / Websites

### Showing 1 to 25 of 244 entries

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 248776 | 358 | Buenos Aires Branch (Frgn) | Bartolome Mitre 343 | | Buenos Aires | | | Full Service Brick and Mortar Office | 06/29/1981 | 07/01/2004 |
| 182343 | 244 | Colon Free Zone Branch (Frgn) | 15th Street, Santa Isabel Avenue | | Colon Free Zone | | | Full Service Brick and Mortar Office | 11/01/1983 | 07/01/2004 |
| 248772 | 350 | Georgetown Branch (Frgn) | Albert Panton Street | | Georgetown | | | Full Service Brick and Mortar Office | 02/16/1978 | 07/01/2004 |
| 248773 | 351 | Hong Kong Branch (Frgn) | 601-606 Connaught Centre | | Hong Kong | | | Full Service Brick and Mortar Office | 05/14/1979 | 07/01/2004 |
| 248771 | 349 | London Branch (Frgn) | 55 Basinghall Street | | London | | | Full Service Brick and Mortar Office | 11/30/1971 | 07/01/2004 |
| 248779 | 361 | London Branch (Frgn) | 36 Monument Street | | London | | | Full Service Brick and Mortar Office | 12/24/1984 | 07/01/2004 |
| 248780 | 362 | London Branch (Frgn) | 46 Berkeley Square | | London | | | Full Service Brick and Mortar Office | 02/18/1985 | 07/01/2004 |
| 248784 | 365 | London Branch (Frgn) | 30 Monument Street | | London | | | Full Service Brick and Mortar Office | 05/11/1987 | 07/01/2004 |
| 182334 | 239 | Moorgate Branch (Frgn) | 55 Moorgate | | London | | | Full Service Brick and Mortar Office | 06/21/1976 | 07/01/2004 |

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|--------|--------|------|---------|--------|------|-------|-----|--------------|------------------|---------------|
| 182328 | 234 | London Branch (Frgn) | 34 Moorgate | | London | | | Full Service Brick and Mortar Office | 09/01/1964 | 07/01/2004 |
| 248778 | 360 | Milan Branch (Frgn) | Via Dell Orso 2 | | Milan | | | Full Service Brick and Mortar Office | 10/25/1983 | 07/01/2004 |
| 182329 | 235 | Nassau Branch (Frgn) | Shirley Street, Sassoon House | | Nassau | | | Full Service Brick and Mortar Office | 09/23/1969 | 07/01/2004 |
| 182332 | 237 | Panama City Branch (Frgn) | Avenida Balboa And Calle 43 | | Panama City | | | Full Service Brick and Mortar Office | 10/01/1973 | 07/01/2004 |
| 248777 | 359 | Santiago Branch (Frgn) | Av. 11 De Septiembre Nr. 2263 | | Santiago | | | Full Service Brick and Mortar Office | 08/11/1981 | 07/01/2004 |
| 248782 | 363 | Santiago Branch (Frgn) | Exposicion 9, Estacion Central | | Santiago | | | Full Service Brick and Mortar Office | 09/14/1986 | 07/01/2004 |
| 248774 | 352 | Santiago Branch (Frgn) | Huerfanos 1060 | | Santiago | | | Full Service Brick and Mortar Office | 05/08/1979 | 07/01/2004 |
| 182339 | 243 | Seoul Branch (Frgn) | 1-1 Chonro 9 Ka, Chongro-Ku | | Seoul | | | Full Service Brick and Mortar Office | 04/07/1981 | 07/01/2004 |
| 182331 | 236 | Singapore Branch (Frgn) | Shenton Way, Shing Kwan House | | Singapore | | | Full Service Brick and Mortar Office | 09/17/1973 | 07/01/2004 |
| 182333 | 238 | Tokyo Branch (Frgn) | Kokusai Building 1-1 Marunouchi | | Tokyo | | | Full Service Brick and Mortar Office | 07/22/1974 | 07/01/2004 |
| 461693 | 511 | Alhambra Branch | 590 West Main Street | Los Angeles | Alhambra | CA | 91801 | Full Service Brick and Mortar Office | 02/12/2007 | |
| 445895 | 475 | Arcadia Branch | 1107 South Baldwin Avenue Unit C | Los Angeles | Arcadia | CA | 91007 | Full Service Brick and Mortar Office | 10/25/2005 | |
| 494394 | 551 | Artesia Branch | 18182 Pioneer Blvd | Los Angeles | Artesia | CA | 90701 | Full Service Brick and Mortar Office | 06/15/2009 | |
| 17383 | 437 | Beverly Hills Branch | 445 North Bedford Drive | Los Angeles | Beverly Hills | CA | 90210 | Full Service Brick and Mortar Office | 05/04/1984 | 07/01/2004 |
| 618084 | 602 | Concord Branch | 2085 Diamond Boulevard | Contra Costa | Concord | CA | 94520 | Full Service Brick and Mortar Office | 11/12/2019 | |
| 619212 | 606 | Costa Mesa | 462 East 17th Street | Orange | Costa Mesa | CA | 92627 | Full Service Brick and Mortar Office | 11/25/2019 | |

# Exhibit 22a



http://rc.ge.ch

**Excerpt with cancellations**

INTERNET EXCERPT

Ref. Nr   05330/2002
Fed. Nr   CH-660.1.001.002-5
**UID       CHE-395.814.936**

## HSBC Trust Company SA
inscrite le 24 mai 2002
Succursale d'une entreprise suisse

| Ref. | Trade name or name of the branch |
|---|---|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company SA~~ |
| 28 | HSBC Trust Company SA |

| | Head office |
|---|---|
| 1 | ~~Genève~~ |
| 27 | Vernier |

| | Address |
|---|---|
| 1 | ~~rue du Rhône 92~~ |
| 3 | ~~quai Wilson 37~~ |
| 7 | ~~quai du Général-Guisan 2~~ |
| 19 | ~~quai Wilson 37~~ |
| 22 | ~~rue Dr-Alfred-Vincent 5, 1201 Genève~~ |
| 27 | route de Pré-Bois 6, 1214 Vernier |

| | Goal, Observations |
|---|---|
| 1 | But et objet particulier de la succ.: ~~soutien et marketing des produits "trusts" fondations et "offshore companies" pour la clientèle du groupe bancaire HSBC Republic Bank (Suisse) SA.~~ |
| 23 | But et objet particulier de la succ.: ~~soutien et marketing des produits "trust" fondations et "offshore companies" pour la clientèle du groupe bancaire HSBC Private Bank (Suisse) SA.~~ |
| 24 | But et objet particulier de la succ.: ~~soutien et marketing des produits "trust" fondations et "offshore companies" pour la clientèle du groupe bancaire HSBC Private Bank.~~ |
| 25 | But et objet particulier de la succ.: administration de trusts, fondations et sociétés ainsi que prestation de services fiduciaires. |
| 26 | Suite à la modification du droit du registre du commerce et en application de l'art. 110, al. 1 ORC, les informations relatives aux personnes disposant d'un pouvoir de représentation pour toute l'entreprise sont radiées. |
| 29 | L'identification sous le numéro CH-660-1001002-5 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-395.814.936. |

| | Company name of the head office |
|---|---|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company AG (HSBC Guyerzeller Trust Company SA) (HSBC Guyerzeller Trust Company Limited) (CH-020.3.923.888-1)~~ |
| 28 | HSBC Trust Company AG (HSBC Trust Company SA) (HSBC Trust Company Limited) (CH-020.3.923.888-1) |

| | Head office |
|---|---|
| 1 | Zurich |

| | Legal form |

| | | |
|---|---|---|
| 1 | Société anonyme | |

| | | |
|---|---|---|
| | **Lieu d'inscription, date d'inscription, publication** | |
| 1 | inscrite au registre du commerce de Zurich (dernière FOSC du 04-03-2002, p.19) | |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| 1 | | 4 | ~~Arthur Stephen J., de Grande-Bretagne, à Genève~~ | ~~dir. succursale~~ | ~~signature individuelle *~~ |
| 1 | | 6 | ~~Collombet Serge, de France, à Aubonne, F~~ | | ~~procuration collective à 2 * + º~~ |
| 1 | | 4 | ~~Durand Georges, de Montet (Broye), à Massongy, F~~ | | ~~procuration collective à 2 * + º~~ |
| 2 | | m 8 | ~~McGhee Robin Steve, de Grande-Bretagne, à Veyrier~~ | ~~membre de la direction~~ | ~~signature collective à 2 *~~ |
| 2 | | m 8 | ~~Hug Daniel, de Ferenbalm, à Berne~~ | | ~~signature collective à 2 *~~ |
| 2 | | 6 | ~~Salama David, de France, à Montana~~ | | ~~signature collective à 2 *~~ |
| 2 | | 7 | ~~Huwiler Mirjam, de Sins, à Muri bei Bern~~ | | ~~signature collective à 2 *~~ |
| 2 | | m 8 | ~~Lindt Filippo, de Berne, à Zurich~~ | | ~~signature collective à 2 *~~ |
| 5 | | m 8 | ~~du Plessis Robert James, de Grande-Bretagne, à Villars-sur-Ollon~~ | ~~membre de la direction~~ | ~~signature collective à 2 *~~ |
| 5 | | m 8 | ~~Guggisberg Patrick, de Zimmerwald, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 5 | | m 8 | ~~Kaspar Sandra, d'Oberkulm, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 5 | | m 9 | ~~Isler Kathrin, de Wädenswil, à Zurich~~ | | ~~procuration collective à 2 *~~ |
| 5 | | m 7 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 6 | | m 8 | ~~Smith David, de Grande-Bretagne, à Tannay~~ | | ~~signature collective à 2 *~~ |
| 7 | | m 8 | ~~Michel Pierre, de Le Glèbe, à Thônex~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| 7 | | 15 | ~~Marquis Christopher, d'Australie, à Genève~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 7 | | 11 | ~~Baumgartner Pfister Pascale, de Trub, à Wollerau~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 7 | | 15 | ~~Billeter Oliver, de Zurich, à Richterswil~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 11 | ~~Bühler Rudolf, de Schötz, à Kloten~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 10 | ~~Kahn François, de Genève, à Genève~~ | | ~~signature collective à 2 *~~ |
| 7 | 7 | 10 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 12 | ~~Lugg Andrew, de Küsnacht, à Männedorf~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 11 | ~~Römer Heller Erica, de Zurich, à Maur~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 7 | | m 12 | ~~Ehrbar Andrea, d'Urnäsch, à Niederhasli~~ | | ~~procuration collective à 2~~ |
| 7 | | m 9 | ~~Fehlmann Pascale, de Bottenwil, à Zurich~~ | | ~~procuration collective à 2 *~~ |
| 7 | | m 9 | ~~Fowler Pedotti Rachel, des USA, à Zurich~~ | | ~~procuration collective à 2 *~~ |
| 7 | | m 12 | ~~Giger Susan, du Canada, à Aubonne~~ | | ~~procuration collective à 2~~ |
| 7 | | m 13 | ~~Girardin Marc, de Versoix, à Genève~~ | | ~~procuration collective à 2~~ |
| 7 | | 10 | ~~Habenbucher Barbara, de Winterthur, à Zoug~~ | | ~~procuration collective à 2 *~~ |
| 7 | | 11 | ~~Harrison Clive Osler, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2~~ |
| 7 | | m 11 | ~~Kumar Sanjay, d'Inde, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 7 | | m 11 | ~~Martinez Maria, d'Espagne, à Troinex~~ | | ~~procuration collective à 2 *~~ |
| 7 | | 10 | ~~Stutz-Messmer Patricia, de Zurich, à Küsnacht~~ | | ~~procuration collective à 2~~ |
| 7 | | m 9 | ~~Trentaz Sylvie, de Chavannes-près-Renens, à Lausanne~~ | | ~~procuration collective à 2 *~~ |
| 8 | | m 13 | ~~McGhee Robin Steve, de Grande-Bretagne, à Veyrier~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| 8 | | 13 | ~~Hug Daniel, de Ferenbalm, à Zurich~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 8 | | 12 | ~~Lindt Filippo, de Berne, à Zurich~~ | | ~~procuration collective à 2~~ |
| 8 | | 12 | ~~du Plessis Robert James, de Grande-Bretagne, à Le Vaud~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 8 | | 11 | ~~Guggisberg Patrick, de Zimmerwald, à Genève~~ | | ~~procuration collective à 2~~ |
| 8 | | 11 | ~~Kaspar Sandra, d'Oberkulm, à Colonge-Bellerive~~ | | ~~procuration collective à 2~~ |

| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions, | Signature mode |
|---|---|---|---|---|---|
| | 8 | 18 | ~~Smith David, de Grande-Bretagne, à Tannay~~ | sous-directeur | signature collective à 2 |
| | 8 | m 15 | ~~Michel Pierre, de Le Glèbe, à Thônex~~ | adm. président directeur | signature collective à 2 |
| 8 | | 23 | ~~Streule Christoph, d'Ennetbaden, à Stallikon~~ | adm. directeur | signature collective à 2 |
| 8 | | 12 | ~~Hess Bernard, de Dürrenroth, à Eysins~~ | | procuration collective à 2 |
| 8 | | 13 | ~~Stooke James, de Grande-Bretagne, à Genève~~ | adm. directeur | signature collective à 2 |
| 8 | | 13 | ~~Delissy Eric, de Nyon, à Bellevue~~ | adm. | signature collective à 2 |
| 8 | | 13 | ~~Meier Thomas, d'Unterehrendingen, à Egg~~ | directeur | signature collective à 2 |
| 8 | | 20 | ~~Dobson Alastair, de Chigny, à Chigny~~ | sous-directeur | signature collective à 2 |
| 9 | | m 13 | ~~Maret Alexandre Gilbert André, de Conthey, à Gex, F~~ | | procuration collective à 2 |
| | 9 | 18 | ~~Fehlmann Pascale, de Bottenwil, à Zurich~~ | | procuration collective à 2 |
| | 9 | 20 | ~~Fowler Pedotti Rachel, des USA, à Zurich~~ | | procuration collective à 2 |
| | 9 | 12 | ~~Isler Kathrin, de Wädenswil, à Uetikon am See~~ | | procuration collective à 2 |
| | 9 | 16 | ~~Trentaz Sylvie, de Chavannes-près-Renens, à Zurich~~ | | procuration collective à 2 |
| | 11 | 13 | ~~Kumar Sanjay, d'Inde, à Genève~~ | | procuration collective à 2 |
| | 11 | 20 | ~~Martinez Maria, d'Espagne, à Troinex~~ | | procuration collective à 2 |
| | 12 | 20 | ~~Ehrbar Andrea, d'Urnäsch, à Niederhasli~~ | sous-directeur | signature collective à 2 |
| 12 | | 20 | ~~Atkins Lucy, de Grande-Bretagne, à Genève~~ | | procuration collective à 2 |
| 12 | | 20 | ~~Balestra Graziano, de Gerra (Gambarogno), à Genève~~ | | procuration collective à 2 |
| 12 | | 20 | ~~Palmisano Patrizia, de Genève, à Genève~~ | | procuration collective à 2 |
| 12 | | 20 | ~~Steele May, de Grande-Bretagne, à Genève~~ | | procuration collective à 2 |
| | 12 | 20 | ~~Giger Susan, du Canada, à Aubonne~~ | | procuration collective à 2 |
| | 13 | 20 | ~~Girardin Marc, de Versoix, à Genève~~ | sous-directeur | signature collective à 2 |
| | 13 | 20 | ~~McGhee Robin Steve, de Grande-Bretagne, à Veyrier~~ | directeur | signature collective à 2 |
| | 13 | 20 | ~~Maret Alexandre Gilbert André, de Conthey, à Gex, F~~ | sous-directeur | signature collective à 2 |
| 13 | | m 17 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | sous-directeur | signature collective à 2 |
| 13 | | 20 | ~~Iredale Ian, de Grande-Bretagne, à Bogis-Bossey~~ | directeur | signature collective à 2 |
| 13 | | m 15 | ~~Rohrer Silvio, de Zurich, à Arni (AG)~~ | directeur | signature collective à 2 |
| 13 | | 20 | ~~Aepli Gürdogan Nicole, de Genève, à Vandoeuvres~~ | | procuration collective à 2 |
| 13 | | m 17 | ~~Bedford Ivan, de Grande-Bretagne, à Gaillard, F~~ | | procuration collective à 2 |
| 13 | | m 17 | ~~Berger Chantal, de Waldenburg, à Herrliberg~~ | | procuration collective à 2 |
| 13 | | 20 | ~~Brosi Jacqueline, de Belp, à Männedorf~~ | | procuration collective à 2 |
| 13 | | 18 | ~~Charlton Lisette, de Cully, à Jussy~~ | | procuration collective à 2 |
| 13 | | 20 | ~~Crowley Kevin, des USA, à Mies~~ | | procuration collective à 2 |
| 13 | | 20 | ~~Esposito Jacqueline, de Zurich, à Thalwil~~ | | procuration collective à 2 |
| 13 | | 20 | ~~James Richard, de Grande-Bretagne, à Commugny~~ | | procuration collective à 2 |
| 13 | | 20 | ~~Pernot-Etzlinger Lorraine, de Genève, à Plan-les-Ouates~~ | | procuration collective à 2 |
| 13 | | 20 | ~~Sagarra Gabrielle, des USA, à Zurich~~ | | procuration collective à 2 |
| 13 | | 20 | ~~Tissot Celine, de Valangin, à Founex~~ | | procuration collective à 2 |
| 14 | | 20 | ~~Gamblin Corinne, de Genève, à Genève~~ | | procuration collective à 2 |
| | 15 | 16 | ~~Michel Pierre, de Le Glèbe, à Thônex~~ | adm. | signature collective à 2 |
| | 15 | m 20 | ~~Rohrer Silvio, de Zurich, à Arni (AG)~~ | adm. président | signature collective à 2 |
| 16 | | 20 | ~~Ferguson Steven, de Grande-Bretagne, à Thalwil~~ | directeur | signature collective à 2 |
| | 17 | 20 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | directeur | signature collective à 2 |
| | 17 | 20 | ~~Bedford Ivan, de Grande-Bretagne, à Gaillard, F~~ | sous-directeur | signature collective à 2 |
| | 17 | 20 | ~~Moosmann Chantal, de Waldenburg, à Herrliberg~~ | | procuration collective à 2 |
| 17 | | 26 | ~~Häuptli Konrad Karl, d'Aarburg, à Aarburg~~ | adm. gérant | signature collective à 2 |
| 18 | | 20 | ~~O'Donnell Hugh, de Grande-Bretagne, à Zurich~~ | sous-directeur | signature collective à 2 |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions, | Signature mode |
| 18 | | 20 | ~~Cachin Yvonne, de Reiden, à Aubonne~~ | | ~~procuration collective à 2~~ |
| 18 | | m 20 | ~~Baumann Heinrich, de Bâle, à Zollikon~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 18 | | 26 | ~~Dale Nicholas, de Güttigen, à Rüschlikon~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 18 | | 21 | ~~Meares Christopher Martin, de Grande-Bretagne, à Londres, GB~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 18 | | 26 | ~~Rayroux Georges, de Vufflens-le-Château, à Mies~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| | 20 | 21 | ~~Rohrer Silvio, de Zurich, à Arni (AG)~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| | 20 | 26 | ~~Baumann Heinrich, de Bâle, à Herrliberg~~ | ~~adm. président~~ | ~~signature collective à 2~~ |

\* limitée aux affaires de la succursale  +avec une personne domiciliée en Suisse °ne signent pas entre-eux

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 1 | 5330 | 24.05.2002 | 30.05.2002 | 8 | 2 | 8312 | 09.08.2002 | 15.08.2002 | 7 |
| 3 | 8635 | 20.08.2002 | 26.08.2002 | 6/0614626 | 4 | 8901 | 28.08.2002 | 03.09.2002 | 6/0626640 |
| 5 | 1800 | 11.02.2003 | 17.02.2003 | 7 | 6 | 9231 | 14.08.2003 | 20.08.2003 | 6/1137638 |
| 7 | 4761 | 19.04.2004 | 23.04.2004 | 6/2229854 | 8 | 8822 | 26.07.2004 | 30.07.2004 | 6/2384796 |
| 9 | 10562 | 08.09.2004 | 14.09.2004 | 6/2447384 | 10 | 11953 | 12.10.2004 | 18.10.2004 | 6/2497204 |
| 11 | 13276 | 10.11.2004 | 16.11.2004 | 6/2544648 | 12 | 780 | 18.01.2005 | 24.01.2005 | 8/2666476 |
| 13 | 10942 | 07.09.2005 | 13.09.2005 | 7 | 14 | 11768 | 28.09.2005 | 04.10.2005 | 6/3044670 |
| 15 | 14605 | 01.12.2005 | 07.12.2005 | 7/3137084 | 16 | 5992 | 04.05.2006 | 10.05.2006 | 8/3368820 |
| 17 | 8000 | 22.06.2006 | 28.06.2006 | 8/3437002 | 18 | 14901 | 22.11.2006 | 28.11.2006 | 7/3654362 |
| 19 | 676 | 15.01.2007 | 19.01.2007 | 7/3732642 | 20 | 7081 | 30.05.2007 | 05.06.2007 | 9/3959522 |
| 21 | 1450 | 30.01.2008 | 05.02.2008 | 7/4323538 | 22 | 4061 | 25.03.2008 | 31.03.2008 | 9/4406798 |
| 23 | 5625 | 28.04.2008 | 05.05.2008 | 8/4460546 | 24 | 7953 | 18.06.2008 | 24.06.2008 | 8/4540194 |
| 25 | 13376 | 26.08.2009 | 01.09.2009 | 10/5225714 | 26 | 16278 | 30.09.2010 | 06.10.2010 | 8/5841874 |
| 27 | 8085 | 13.05.2013 | 16.05.2013 | 7189992 | 28 | 12923 | 29.07.2013 | 02.08.2013 | 1009995 |
| 29 | | | Complément | 19.12.2013 | 7225832 | | | | | |

Geneva,  26 april 2019

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**

# Exhibit 22b



http://rc.ge.ch

**Excerpt with cancellations**

INTERNET EXCERPT

Ref. No.      05330/2002
Fed. No.   CH-660.1.001.002-5

**UIDCHE-395.814.936**

## HSBC Trust Company SA registered on
May 24, 2002
Branch of a Swiss company

| Ref. | Trade name or name of the branch |
|------|----------------------------------|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company SA~~ |
| 28 | HSBC Trust Company SA |
| | **Head office** |
| 1 | ~~Geneva~~ |
| 27 | Vernier |
| | **Address** |
| 1 | ~~rue du Rhône 92~~ |
| 3 | ~~quai Wilson 37~~ |
| 7 | ~~quai du Général-Guisan 2~~ |
| 19 | ~~quai Wilson 37~~ |
| 22 | ~~rue Dr Alfred-Vincent 5, 1201 Geneva~~ |
| 27 | route de Pré-Bois 6, 1214 Vernier |
| 1 | **Goal, Observations** |
| | Aim and particular purpose of the branch: ~~support and marketing of "trusts" foundations and "offshore companies" for customers of the HSBC Republic Bank (Suisse) SA. banking group~~ |
| 23 | Aim and particular purpose of the branch: ~~support and marketing of "trusts" foundations and "offshore companies" for customers of the HSBC Private Bank (Suisse) SA. banking group~~ |
| 24 | Aim and particular purpose of the branch: ~~support and marketing of "trusts" foundations and "offshore companies" for customers of the HSBC Private Bank banking group~~ |
| 25 | Aim and particular purpose of the branch: administration of trusts, foundations and companies and provision of fiduciary services. |
| 26 | Following the amendment of the law of the commercial register and in application of Art. 110, para. 1 ORC, the information relating to the persons having a power of representation for the whole company is deleted. |
| 29 | The identification under the number CH-660-1001002-5 is replaced by the company identification number (IDE/UID) CHE-395.814.936. |

| | Company name of the head office |
|---|--------------------------------|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company AG (HSBC Guyerzeller Trust Company SA) (HSBC Guyerzeller Trust Company Limited) (CH-020.3.923.888-1)~~ |
| 28 | HSBC Trust Company AG (HSBC Trust Company SA) (HSBC Trust Company Limited) (CH-020.3.923.888-1) |
| 1 | **Head Office** |
| | Zurich |
| | **Legal form** |
| 1 | Limited liability company |
| | **Place of registration, date of registration, publication** |
| 1 | Registered in the business registry of Zurich (latest FOSC of 03-04-2002, p.19) |

| | Ref. | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions, | Signature mode |
| 1 | | 4 | Arthur Stephen J., from Great Britain, in Geneva | Branch dir. | individual signature * |
| 1 | | 6 | Collombet Serge, from France, in Aubonne, F | | joint power of attorney, 2 signatories* + ° |
| 1 | | 4 | Durand Georges, from Montet (Broye), in Massongy, F | | joint power of attorney, 2 signatories* + ° |
| 2 | m | 8 | McGhee Robin Steve, from Great Britain, in Veyrier | Member of management | joint signature of two * |
| 2 | m | 8 | Hug Daniel, from Ferenbalm, in Berne | | joint signature of two * |
| 2 | | 6 | Salama David, from France, in Montana | | joint signature of two * |
| 2 | | 7 | Huwiler Mirjam, from Sins, in Muri bei Bern | | joint signature of two * |
| 2 | m | 8 | Lindt Filippo, from Berne, in Zurich | | joint signature of two * |
| 5 | m | 8 | du Plessis Robert James, from Great Britain, in Villars-sur-Ollon | Member of management | joint signature of two * |
| 5 | m | 8 | Guggisberg Patrick, from Zimmerwald, in Geneva | | joint power of attorney, 2 signatories* |
| 5 | m | 8 | Kaspar Sandra, from Oberkulm, in Geneva | | joint power of attorney, 2 signatories* |
| 5 | m | 9 | Isler Kathrin, from Wädenswil, in Zurich | | joint power of attorney, 2 signatories* |
| 5 | m | 7 | Lavelle Edward, from Great Britain, in Geneva | | joint power of attorney, 2 signatories* |
| 6 | m | 8 | Smith David, from Great Britain, in Tannay | | joint signature of two * |
| 7 | m | 8 | Michel Pierre, from Le Glèbe, in Thônex | Administrative Director | joint signature of two |
| 7 | | 15 | Marquis Christopher, from Australia, in Geneva | Director | joint signature of two |
| 7 | | 11 | Baumgartner Pfister Pascale, from Trub, in Wollerau | Assistant Director | joint signature of two |
| 7 | | 15 | Billeter Oliver, from Zurich, in Richterswil | Assistant Director | joint signature of two |
| 7 | | 11 | Bühler Rudolf, from Schötz, in Kloten | Assistant Director | joint signature of two |
| 7 | | 10 | Kahn François, from Geneva, in Geneva | | joint signature of two * |
| 7 | 7 | 10 | Lavelle Edward, from Great Britain, in Geneva | Assistant Director | joint signature of two |
| 7 | | 12 | Lugg Andrew, from Küsnacht, in Männedorf | Assistant Director | joint signature of two |
| 7 | | 11 | Römer Heller Erica, from Zurich, in Maur | Assistant Director | joint signature of two |
| 7 | m | 12 | Ehrbar Andrea, from Umäsch, in Niederhasli | | joint power of attorney, 2 signatories |
| 7 | m | 9 | Fehlmann Pascale, from Bottenwil, in Zurich | | joint power of attorney, 2 signatories* |
| 7 | m | 9 | Fowler Pedotti Rachel, from the USA, in Zurich | | joint power of attorney, 2 signatories* |
| 7 | m | 12 | Giger Susan, from Canada, in Aubonne | | joint power of attorney, 2 signatories* |
| 7 | m | 13 | Girardin Marc, from Versoix, in Geneva | | joint power of attorney, 2 signatories |
| 7 | | 10 | Habenbucher Barbara, from Winterthur, in Zoug | | joint power of attorney, 2 signatories* |
| 7 | | 11 | Harrison Clive Osler, from Great Britain, in Geneva | | joint power of attorney, 2 signatories |
| 7 | m | 11 | Kumar Sanjay, d'Inde, in Geneva | | joint power of attorney, 2 signatories* |
| 7 | m | 11 | Martinez Maria, from Spain, in Troinex | | joint power of attorney, 2 signatories* |
| 7 | | 10 | Stutz-Messmer Patricia, from Zurich, in Küsnacht | | joint power of attorney, 2 signatories |
| 7 | m | 9 | Trentaz Sylvie, from Chavannes-près-Renens, in Lausanne | | joint power of attorney, 2 signatories* |
| | 8 | m 13 | McGhee Robin Steve, from Great Britain, in Veyrier | Administrative Director | joint signature of two |
| | 8 | 13 | Hug Daniel, from Ferenbalm, in Zurich | Assistant Director | joint signature of two |
| | 8 | 12 | Lindt Filippo, from Berne, in Zurich | | joint power of attorney, 2 signatories |
| | 8 | 12 | du Plessis Robert James, from Great Britain, in Le Vaud | Director | joint signature of two |
| | 8 | 11 | Guggisberg Patrick, from Zimmerwald, in Geneva | | joint power of attorney, 2 signatories |
| | 8 | 11 | Kaspar Sandra, from Oberkulm, in Collonge-Bellerive | | joint power of attorney, 2 signatories |

| | Ref. | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions, | Signature mode |
| | 8 | 18 | ~~Smith~~ David, from Great Britain, in Tannay | ~~Assistant Director~~ | ~~joint signature of two~~ |
| | 8 | m 15 | ~~Michel~~ Pierre, from Le Glèbe, in Thônex | ~~Chairman Director~~ | ~~joint signature of two~~ |
| 8 | | 23 | ~~Streule~~ Christoph, from Ennetbaden, in Stallikon | ~~Administrative Director~~ | ~~joint signature of two~~ |
| 8 | | 12 | ~~Hess~~ Bernard, from Dürrenroth, in Eysins | | ~~joint power of attorney, 2 signatories~~ |
| 8 | | 13 | ~~Stooke~~ James, from Great Britain, in Geneva | ~~Administrative Director~~ | ~~joint signature of two~~ |
| 8 | | 13 | ~~Delissy~~ Eric, from Nyon, in Bellevue | ~~Administrator~~ | ~~joint signature of two~~ |
| 8 | | 13 | ~~Meier~~ Thomas, from Unterehrendingen, in Egg | ~~Director~~ | ~~joint signature of two~~ |
| 8 | | 20 | ~~Dobson~~ Alastair, from Chigny, in Chigny | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 9 | | m 13 | ~~Maret~~ Alexandre Gilbert André, de Conthey, in Gex, F | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 18 | ~~Fehlmann~~ Pascale, from Bottenwil, in Zurich | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 20 | ~~Fowler Pedotti~~ Rachel, from the USA, in Zurich | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 12 | ~~Isler~~ Kathrin, from Wädenswil, in Uetikon am See | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 16 | ~~Trentaz~~ Sylvie, from Chavannes près Renens, in Zurich | | ~~joint power of attorney, 2 signatories~~ |
| | 11 | 13 | ~~Kumar~~ Sanjay, from India, in Geneva | | ~~joint power of attorney, 2 signatories~~ |
| | 11 | 20 | ~~Martinez~~ Maria, from Spain in Troinex | | ~~joint power of attorney, 2 signatories~~ |
| | 12 | 20 | ~~Ehrbar~~ Andrea, from Urnäsch, in Niederhasli | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 12 | | 20 | ~~Atkins~~ Lucy, from Great Britain, in Geneva | | ~~joint power of attorney, 2 signatories~~ |
| 12 | | 20 | ~~Balestra~~ Graziano, from Gerra (Gambarogno), in Geneva | | ~~joint power of attorney, 2 signatories~~ |
| 12 | | 20 | ~~Palmisano~~ Patrizia, from Geneva, in Geneva | | ~~joint power of attorney, 2 signatories~~ |
| 12 | | 20 | ~~Steele~~ May, from Great Britain, in Geneva | | ~~joint power of attorney, 2 signatories~~ |
| | 12 | 20 | ~~Giger~~ Susan, from Canada, in Aubonne | | ~~joint power of attorney, 2 signatories~~ |
| | 13 | 20 | ~~Girardin~~ Marc, from Versoix, in Geneva | ~~Assistant Director~~ | ~~joint signature of two~~ |
| | 13 | 20 | ~~McGhee~~ Robin Steve, from Great Britain, in Veyrier | ~~Director~~ | ~~joint signature of two~~ |
| | 13 | 20 | ~~Maret~~ Alexandre Gilbert André, from Conthey, in Gex, F | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 13 | | m 17 | ~~Lavelle~~ Edward, from Great Britain, in Geneva | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 13 | | 20 | ~~Iredale~~ Ian, from Great Britain, in Bogis-Bossey | ~~Director~~ | ~~joint signature of two~~ |
| 13 | | m 15 | ~~Rohrer~~ Silvio, from Zurich, in Arni (AG) | ~~Director~~ | ~~joint signature of two~~ |
| 13 | | 20 | ~~Aepli Gürdogan~~ Nicole, from Geneva, in Vandoeuvres | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | m 17 | ~~Bedford~~ Ivan, from Great Britain, in Gaillard, F | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | m 17 | ~~Berger~~ Chantal, from Waldenburg, in Herrliberg | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Brosi~~ Jacqueline, from Belp, in Männedorf | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 18 | ~~Charlton~~ Lisette, from Cully, in Jussy | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Crowley~~ Kevin, from the USA, in Mies | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Esposito~~ Jacqueline, from Zurich, in Thalwil | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~James~~ Richard, from Great Britain, in Commugny | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Pernot-Etzlinger~~ Lorraine, from Geneva, in Planles-Ouates | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Sagarra~~ Gabrielle, from the USA, in Zurich | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Tissot~~ Celine, from Valangin, in Founex | | ~~joint power of attorney, 2 signatories~~ |
| 14 | | 20 | ~~Gamblin~~ Corinne, from Geneva, in Geneva | | ~~joint power of attorney, 2 signatories~~ |
| | 15 | 16 | ~~Michel~~ Pierre, from Le Glèbe, in Thônex | ~~Administrator~~ | ~~joint signature of two~~ |
| | 15 | m 20 | ~~Rohrer~~ Silvio, from Zurich, in Arni (AG) | ~~Chairman~~ | ~~joint signature of two~~ |
| 16 | | 20 | ~~Ferguson~~ Steven, from Great Britain, in Thalwil | ~~Director~~ | ~~joint signature of two~~ |
| | 17 | 20 | ~~Lavelle~~ Edward, from Great Britain, in Geneva | ~~Director~~ | ~~joint signature of two~~ |
| | 17 | 20 | ~~Bedford~~ Ivan, from Great Britain, in Gaillard, F | ~~Assistant Director~~ | ~~joint signature of two~~ |
| | 17 | 20 | ~~Moosmann~~ Chantal, from Waldenburg, in Herrliberg | | ~~joint power of attorney, 2 signatories~~ |
| 17 | | 26 | ~~Häuptli~~ Konrad Karl, from Aarburg, in Aarburg | ~~Managing Director~~ | ~~joint signature of two~~ |
| 18 | | 20 | ~~O'Donnell~~ Hugh, from Great Britain, in Zurich | ~~Assistant Director~~ | ~~joint signature of two~~ |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions, | Signature mode |
| 18 | | 20 | ~~Cachin Yvonne, from Reiden, in Aubonne~~ | | ~~joint power of attorney, 2 signatories~~ |
| 18 | | m 20 | ~~Baumann Heinrich, from Bâle, in Zollikon~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 18 | | 26 | ~~Dale Nicholas, from Güttigen, in Rüschlikon~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 18 | | 21 | ~~Meares Christopher Martin, from Great Britain, in Londres, GB~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 18 | | 26 | ~~Rayroux Georges, from Vufflens-le-Château, in Mies~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| | 20 | 21 | ~~Rohrer Silvio, from Zurich, in Arni (AG)~~ | ~~Administrative Director~~ | ~~joint signature of two~~ |
| | 20 | 26 | ~~Baumann Heinrich, from Bâle, in Herrliberg~~ | ~~Chairman~~ | ~~joint signature of two~~ |
| * limited to branch business  + with a person domiciled in Switzerland °not jointly signing | | | | | |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 1 | 5330 | 5/24/2002 | 5/30/2002 | 8 | 2 | 8312 | 8/9/2002 | 8/15/2002 | 7 |
| 3 | 8635 | 8/20/2002 | 8/26/2002 | 6/0614626 | 4 | 8901 | 8/28/2002 | 9/3/2002 | 6/0626640 |
| 5 | 1800 | 2/11/2003 | 2/17/2003 | 7 | 6 | 9231 | 8/14/2003 | 8/20/2003 | 6/1137638 |
| 7 | 4761 | 4/19/2004 | 4/23/2004 | 6/2229854 | 8 | 8822 | 7/26/2004 | 7/30/2004 | 6/2384796 |
| 9 | 10562 | 9/8/2004 | 9/14/2004 | 6/2447384 | 10 | 11953 | 10/12/2004 | 10/18/2004 | 6/2497204 |
| 11 | 13276 | 11/10/2004 | 11/16/2004 | 6/2544648 | 12 | 780 | 1/18/2005 | 1/24/2005 | 8/2666476 |
| 13 | 10942 | 9/7/2005 | 9/13/2005 | 7 | 14 | 11768 | 9/28/2005 | 10/4/2005 | 6/3044670 |
| 15 | 14605 | 12/1/2005 | 12/7/2005 | 7/3137084 | 16 | 5992 | 5/4/2006 | 5/10/2006 | 8/3368820 |
| 17 | 8000 | 6/22/2006 | 6/28/2006 | 8/3437002 | 18 | 14901 | 11/22/2006 | 11/28/2006 | 7/3654362 |
| 19 | 676 | 1/15/2007 | 1/19/2007 | 7/3732642 | 20 | 7081 | 5/30/2007 | 6/5/2007 | 9/3959522 |
| 21 | 1450 | 1/30/2008 | 2/5/2008 | 7/4323538 | 22 | 4061 | 3/25/2008 | 3/31/2008 | 9/4406798 |
| 23 | 5625 | 4/28/2008 | 5/5/2008 | 8/4460546 | 24 | 7953 | 6/18/2008 | 6/24/2008 | 8/4540194 |
| 25 | 13376 | 8/26/2009 | 9/1/2009 | 10/5225714 | 26 | 16278 | 9/30/2010 | 10/6/2010 | 8/5841874 |
| 27 | 8085 | 5/13/2013 | 5/16/2013 | 7189992 | 28 | 12923 | 7/29/2013 | 8/2/2013 | 1009995 |
| 29 | | Additional | 12/19/2013 | 7225832 | | | | | |

Geneva, April 26, 2019

*End of excerpt*

---

**The information above is given with no commitment and is in no way legally binding.**

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French

To:

- English

The documents are designated as:
- Excerpt with Cancellations from the Geneva Register of Commerce, dated April 26, 2019

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.

# Exhibit 23a

REPUBLICA DE PANAMA
COMISION NACIONAL DE VALORES

RESOLUCION No. 031-01
(De 14 de febrero de 2001)

La Comisión Nacional de Valores
en uso de sus facultades legales, y

## CONSIDERANDO:

1. Que el artículo No.8 del Decreto Ley No.1 de 8 de julio de 1999 faculta a la Comisión Nacional de Valores a expedir licencias de casas de valores con arreglo a lo dispuesto en dicho Decreto Ley y sus reglamentos;

2. Que en el Título III, Capítulo I de la citada exerta legal se establece claramente la obligación de toda persona que pretenda ejercer actividades propias de negocios de casa de valores a obtener la Licencia correspondiente mediante una Solicitud Formal que contenga la información y documentación que prescriba la Comisión para comprobar que dicha persona solicitante cumple con los requisitos necesarios para el otorgamiento de la licencia solicitada;

3. Que mediante el Acuerdo No.7-00 de 19 de mayo de 2000 esta Comisión adoptó "El procedimiento sobre los requisitos para el otorgamiento de licencia y procedimientos de operación de casa de valores, asesor de inversiones, corredor de valores, ejecutivos principales y analistas " el cual fue debidamente promulgado el día 24 de mayo de 2000 en la Gaceta Oficial No.24.059.

4. Que el día 21 de noviembre de 2000 la sociedad **BANISTMO SECURITIES, INC.**, mediante la firma de abogados ALEMÁN CORDERO GALINDO & LEE, abogados de la sociedad referida debidamente constituidos para tal efecto, presentó a esta Comisión Nacional de Valores una Solicitud Formal de Licencia de Casa de Valores con fundamento en las disposiciones legales aplicables del Decreto Ley No.1 de 8 de julio de 1999 y el Acuerdo No.7-00 de 19 de mayo de 2000;

5. Que una vez analizada la solicitud presentada, así como los documentos adjuntos a ella, esta Comisión Nacional de Valores estima que la sociedad **BANISTMO SECURITIES, INC.**, ha cumplido con todos los requisitos legales aplicables para obtener una Licencia de Casa de Valores;

## RESUELVE :

**PRIMERO: EXPEDIR**, como en efecto se expide, **Licencia de Casa de Valores a la sociedad BANISTMO SECURITIES, INC.**, sociedad anónima constituida de acuerdo a las leyes de la República de Panamá, de acuerdo a la Escritura Pública No. 9,880 otorgada ante la Notaría Quinta del Circuito Notarial de Panamá el día 17 de agosto de 1998, e inscrita a la Ficha 349627, Rollo 61540, Imagen 0011, de la Sección de Micropelículas (Mercantil) del Registro Público.

**SEGUNDO: ADVERTIR a BANISTMO SECURITIES, INC.**, que en su calidad de Casa de Valores registrada y autorizada a ejercer actividades propias de licencia que se le otorga, deberá cumplir con todas las normas legales existentes que le sean aplicables y aquellas que sean debidamente adoptadas por esta Comisión.

**TERCERO: ADVERTIR a BANISTMO SECURITIES, INC.**, que en un plazo no mayor de ciento veinte (120) días contados a partir de la fecha de notificación de la presente Resolución, deberá designar formalmente ante esta Comisión la persona que ejercerá funciones propias de Oficial de Cumplimiento de acuerdo a lo establecido en el artículo No.44 del Decreto Ley y el artículo No.6 del Acuerdo No.7-00.

**CUARTO: INFORMAR a BANISTMO SECURITIES, INC.**, que contra esta Resolución cabe el Recurso de Reconsideración debidamente interpuesto por un abogado idóneo, dentro de un plazo de cinco (5) días hábiles contados a partir de la fecha de notificación de la presente Resolución.

**Fundamento Legal**:  Decreto Ley No.1 de 8 de julio de 1999 y Acuerdo No.7-00 de 19 de mayo de 2000.

NOTIFIQUESE Y CUMPLASE,

CARLOS A. BARSALLO P.
Comisionado Presidente

ELLIS V. CANO P.
Comisionado Vicepresidente

ROBERTO BRENES P.
Comisionado

... los _diecisiete (17)_ dias del mes de _febrero_
de mil novecientos _dos mil uno (2001)_
a las _diez (10)_ _A._ m., notifiqué
al señor _Arturo Gerbard, de la firma_
_Akman, Cordero, Galindo & Lee, la Resolución_
que antecede.

El notificado,

_____

8 - 230 - 1826

# Exhibit 23b

REPUBLIC OF PANAMA
**SECURITIES AND EXCHANGE COMMISSION**

DECISION No. 031-01
(Dated February 17, 2001)

The Securities and Exchange Commission
being legally capable, and

**WHEREAS:**

1. Section No. 8 of Decree-Law No. 1 dated July 8, 1999 authorizes the Securities and Exchange Commission to issue stock house licenses in accordance with the provisions included in such Decree-Law and its regulations;

2. Title III, Chapter I of the aforementioned legal extract clearly sets forth that any person intending to engage in activities typical of stock house businesses must obtain the corresponding License by means of a Formal Request containing the information and documentation prescribed by the Commission to verify that such requesting party meets the necessary requirements for the requested license to be granted;

3. By means of Agreement No. 7-00 dated May 19, 2000 this Commission adopted "The proceeding about the requirements for the granting of a license and operating proceedings for stock houses, investment advisors, brokers, main executives and analysts" which was duly published on May 24, 2000 in Official Gazette No. 24059.

4. On November 21, 2000 the company **BANISTMO SECURITIES, INC.**, by means of the signature of attorneys ALEMÁN CORDERO GALINDO & LEE, the aforementioned company's attorneys duly retained for that purpose, submitted before the Securities and Exchange Commission a Formal Request for a Stock House License based on the applicable legal provisions included in Decree-Law No. 1 dated July 8, 1999 and Agreement No. 7-00 dated May 19, 2000;

5. Having analyzed the submitted request, as well as the documents attached thereto, this Securities and Exchange Commission considers that the company **BANISTMO SECURITIES, INC.**, has met all the applicable legal requirements to obtain a Stock House License;

**IT DECIDES:**

**FIRST: TO ISSUE**, as it is issued indeed, **a Stock House License for the company BANISTMO SECURITIES, INC.**, a corporation established in accordance with the laws of the Republic of Panama, in accordance with Public Deed No. 9880 executed before the Panama Notarial Circuit Fifth Notary on August 17, 1998, and recorded on File Card 349627, Roll 61540, Image 0011, in the Public Registry, Microfilm Section (Corporate).

**SECOND: TO WARN BANISTMO SECURITIES, INC.**, that in its capacity as Stock House registered and authorized to engage in activities typical of the license being granted to it, it must comply with all the current legal regulations that may be applicable to it and those that may be duly adopted by this Commission.

**THIRD: TO WARN BANISTMO SECURITIES, INC.**, that within a term of no longer than one hundred twenty (120) days as of the date of service of this Decision, it must formally appoint before this Commission the person who shall carry out the typical functions of a Compliance Officer in accordance with the provisions included in section No. 44 of the Decree-Law and section No. 6 of Agreement No. 7-00.

**FOURTH: TO INFORM BANISTMO SECURITIES, INC.**, that the Reconsideration Appeal against this Decision is applicable if duly filed by a competent attorney, within a term of five (5) working days as of the date of service of this Decision.

<u>Legal Grounds:</u> Decree-Law No. 1 dated July 8, 1999 and Agreement No. 7-00 dated May 19, 2000.

**MAY IT BE NOTIFIED AND COMPLIED WITH,**

[signature]
CARLOS A. BARSALLO P.
President Commissioner

[signature]
ELLIS V. CANO P.
VP Commissioner

[signature]
ROBERTO BRENES P.
Commissioner

[stamp:] On February 17, 2001, at ten (10) a.m., Mr. Arturo Gerbaud, from the firm Alemán, Cordero, Galindo & Lee, was served with the foregoing Decision.

Served party,

[signature]

8-230-1876

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents
received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- Resolución No. 031-01, dated February 14, 2001

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate
translation of the specified documents."

_____
Signature of Eugene Li

# Exhibit 24a

**REPUBLICA DE PANAMA**
**COMISION NACIONAL DE VALORES**

RESOLUCIÓN CNV No. 267-02

(De____4____de____julio____de 2002)

La Comisión Nacional de Valores
en uso de sus facultades legales, y

**CONSIDERANDO:**

1. Que el artículo No.8 del Decreto Ley No.1 de 8 de julio de 1999 faculta a la Comisión Nacional de Valores a expedir licencias de casas de valores con arreglo a lo dispuesto en dicho Decreto Ley y sus reglamentos;

2. Que en el Título III, Capítulo I de la citada excerta legal se establece claramente la obligación de toda persona que pretenda ejercer actividades propias de negocios de casa de valores a obtener la Licencia correspondiente mediante una Solicitud Formal que contenga la información y documentación que prescriba la Comisión para comprobar que dicha persona solicitante cumple con los requisitos necesarios para el otorgamiento de la licencia solicitada;

3. Que mediante el Acuerdo No.7-00 de 19 de mayo de 2000 esta Comisión adoptó "El procedimiento sobre los requisitos para el otorgamiento de licencia y procedimientos de operación de casa de valores, asesor de inversiones, corredor de valores, ejecutivos principales y analistas " el cual fue debidamente promulgado el día 24 de mayo de 2000 en la Gaceta Oficial No.24,059.

4. Que el día 10 de mayo de 2002 **HSBC SECURITIES (PANAMA) S.A.**, mediante la firma de abogados MORGAN & MORGAN, abogados de la sociedad referida debidamente constituidos para tal efecto, presentó a esta Comisión Nacional de Valores una Solicitud Formal de Licencia de Casa de Valores con fundamento en las disposiciones legales aplicables del Decreto Ley No. 1 de 8 de julio de 1999 y el Acuerdo No. 7-00 de 19 de mayo de 2000; como fuere modificado por el Acuerdo 17-00 de 2 de Octubre de 2000.

5. Que una vez analizada la solicitud presentada, así como los documentos adjuntos a ella, esta Comisión Nacional de Valores estima que la sociedad **HSBC SECURITIES (PANAMA) S.A.**, ha cumplido con todos los requisitos legales aplicables para obtener una Licencia de Casas de Valores;

**RESUELVE :**

**PRIMERO: EXPEDIR**, como en efecto se expide, Licencia de Casa de Valores a HSBC SECURITIES (PANAMA) S.A., sociedad anónima constituida de acuerdo a las leyes de la República de Panamá, de acuerdo a la Escritura Pública No. 2256 otorgada ante la Notaría Cuarta del Circuito Notarial de Panamá el día 4 de abril de 2002 e inscrita en la Ficha 415336 y Documento 335188 de la Sección Mercantil del Registro Público.

**SEGUNDO: ADVERTIR a HSBC SECURITIES (PANAMA) S.A.**, que en su calidad de Casa de Valores registrada y autorizada a ejercer actividades propias de licencia que se le otorga, deberá cumplir con todas las normas legales existentes que le sean aplicables y aquellas que sean debidamente adoptadas por esta Comisión.

**TERCERO: ADVERTIR a HSBC SECURITIES (PANAMA) S.A.** que deberá designar formalmente ante esta Comisión la persona que ejercerá funciones propias de Oficial de cumplimiento de acuerdo a lo establecido en el artículo No.44 del Decreto Ley y el artículo No.5 del Acuerdo No.09-01 de 6 de agosto de 2001.

**CUARTO: ADVERTIR a HSBC SECURITIES (PANAMA) S.A.**, que contra esta Resolución cabe el Recurso de Reconsideración dentro de un plazo de cinco (5) días hábiles contados a partir de la fecha de notificación de la presente Resolución.

**Fundamento Legal:** Decreto Ley No.1 de 8 de julio de 1999, Acuerdo No.7-00 de 19 de mayo de 2000, Acuerdo No.17 de 2 de octubre de 2000 y Acuerdo 09-01de 6 de agosto de 2001.

**NOTIFIQUESE Y CUMPLASE,**

CARLOS A. BARSALLO P.
Comisionado Presidente

ELLIS V. CANO P.
Comisionado Vicepresidente

ROBERTO BRENES P.
Comisionado

COMISION NACIONAL DE VALORES
REPUBLICA DE PANAMA

A los _____ 5 _____ días del mes de _____ julio _____

de dos mil _____ dis _____

a las _____ 1:14 p _____ se notificó

al señor(a) _____ Mario de Diego _____

_____

que antecede.

El notificado(a),  _____

# Exhibit 24b

**REPUBLIC OF PANAMA**
**SECURITIES AND EXCHANGE COMMISSION**

SEC DECISION No. 261-02
(Dated July 4, 2002)

The Securities and Exchange Commission
being legally capable, and

**WHEREAS:**

1.  Section No. 8 of Decree-Law No. 1 dated July 8, 1999 authorizes the Securities and Exchange Commission to issue stock house licenses in accordance with the provisions included in such Decree-Law and its regulations;

2.  Title III, Chapter I of the aforementioned legal extract clearly sets forth that any person intending to engage in activities typical of stock house businesses must obtain the corresponding License by means of a Formal Request containing the information and documentation prescribed by the Commission to verify that such requesting party meets the necessary requirements for the requested license to be granted;

3.  By means of Agreement No. 7-00 dated May 19, 2000 this Commission adopted "The proceeding about the requirements for the granting of a license and operating proceedings for stock houses, investment advisors, brokers, main executives and analysts" which was duly published on May 24, 2000 in Official Gazette No. 24059.

4.  On May 10, 2002 **HSBC SECURITIES (PANAMA) S.A.**, by means of the signature of attorneys MORGAN & MORGAN, the aforementioned company's attorneys duly retained for that purpose, submitted before the Securities and Exchange Commission a Formal Request for a Stock House License based on the applicable legal provisions included in Decree-Law No. 1 dated July 8, 1999 and Agreement No. 7-00 dated May 19, 2000; as amended by Agreement 17-00 dated October 2, 2000.

5.  Having analyzed the submitted request, as well as the documents attached thereto, this Securities and Exchange Commission considers that the company **HSBC SECURITIES (PANAMA) S.A.**, has met all the applicable legal requirements to obtain a Stock House License;

**IT DECIDES:**

**FIRST: TO ISSUE**, as it is issued indeed, **a Stock House License for HSBC SECURITIES (PANAMA) S.A.**, a corporation established in accordance with the laws of the Republic of Panama, in accordance with Public Deed No. 2256 executed before the Panama Notarial Circuit Fourth Notary on April 4, 2002 and recorded on File Card 415336 and Document 335188 in the Public Registry, Corporate Section.

**SECOND: TO WARN HSBC SECURITIES (PANAMA) S.A.**, that in its capacity as Stock House registered and authorized to engage in activities typical of the license being granted to it, it must comply with all the current legal regulations that may be applicable to it and those that may be duly adopted by this Commission.

**THIRD: TO WARN HSBC SECURITIES (PANAMA) S.A.**, that it must formally appoint before this Commission the person who shall carry out the typical functions of a Compliance Officer in accordance with the provisions included in section No. 44 of the Decree-Law and section No. 5 of Agreement No. 09-01 dated August 6, 2001.

**FOURTH: TO WARN HSBC SECURITIES (PANAMA) S.A.**, that the Reconsideration Appeal against this Decision is applicable within a term of five (5) working days as of the date of service of this Decision.

**Legal Grounds:** Decree-Law No. 1 dated July 8, 1999; Agreement No. 7-00 dated May 19, 2000; Agreement No. 17 dated October 2, 2000 and Agreement 09-01 dated August 6, 2001.

**MAY IT BE NOTIFIED AND COMPLIED WITH,**

[signature]
CARLOS A. BARSALLO P.
President Commissioner

[signature]                                    [signature]
ELLIS V. CANO P.                               ROBERTO BRENES P.
VP Commissioner                               Commissioner

[stamp:] SECURITIES AND EXCHANGE COMMISSION. REPUBLIC OF PANAMA. On July 5, 2002, at 1:14 p.m., Mr. Mario [illegible] was served with the foregoing.

Served party,
[signature]

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:

- Resolución No. 267-02, dated July 4, 2002

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.

# Exhibit 25a

REPÚBLICA DE PANAMÁ
COMISIÓN NACIONAL DE VALORES

RESOLUCIÓN CNV No. 290-08
(De  12  de septiembre de 2008)

**La Comisión Nacional de Valores**
En uso de sus facultades legales y,

**CONSIDERANDO**

Que mediante Resolución CNV No.031-01 de  14 de febrero de 2001, la Comisión Nacional de Valores concedió a **BANISTMO SECURITIES, INC.,**  Licencia  para operar como una Casa de Valores según lo que señala el Decreto Ley 1 de 8 de julio de 1999;

Que mediante Resolución CNV No.267-02 de  4 de julio de 2002, la Comisión Nacional de Valores concedió a **HSBC SECURITIES (PANAMA), S.A.,** Licencia  para operar como una Casa de Valores según lo que señala el Decreto Ley 1 de 8 de julio de 1999;

Que de acuerdo con lo que dispone el Artículo 54 del Acuerdo 2-2004, las Casas de Valores que tengan intención de celebrar un convenio de fusión deberán solicitar autorización a la Comisión previa a la realización de dicha fusión así como la cancelación de la licencia de Casa de Valores absorbida producto de la fusión;

Que según el Artículo 56 del Acuerdo No.2-2004 la solicitud de Autorización deberá estar acompañada de los siguientes documentos:

1. *"Poder y Solicitud.*
2. *Convenio de Fusión suscrito por las partes.*
3. *Resoluciones de Junta General de Accionistas u órgano competente para ello, en las que se haya aprobado el Convenio de Fusión por parte de ambas Casas de Valores.*
4. *Plan de Fusión detallado en el que se establezca el procedimiento para la transmisión global de activos y pasivos de la Casa de Valores absorbida a la Casa de Valores absorbente, los plazos y condiciones para la realización de dicha transmisión, así como el procedimiento para la transmisión o liquidación, según sea el caso, de las cuentas en valores o efectivo de los clientes de la Casa absorbida.*
5. *Formato del aviso que se remitirá a los inversionistas, el cual deberá indicar de manera expresa que los clientes tendrán la elección de mantener sus activos financieros en cuentas con la nueva Casa de Valores, trasladar dichas cuentas a otras Casas de Valores o bien liquidar sus posiciones en valores y/o efectivo que mantengan con la Casa de Valores absorbida.*
6. *Certificados expedidos por el Registro Público, expedidos dentro de los treinta (30) días anteriores a la fecha de presentación de la solicitud de autorización de fusión.*
7. *Plan de negocios de la Casa actualizado de la Casa absorbente, de acuerdo a lo establecido en el artículo 15 del presente Acuerdo.*
8. *Copia del recibo de ingresos correspondiente a la tarifa de cancelación de licencia de la Casa de Valores absorbida prevista en el Artículo 17 del Decreto Ley 1 de 8 de julio de 1999".*

Que mediante memorial presentado el 8 de agosto de 2008, los Apoderados Especiales de **BANISTMO SECURITIES, INC.,** y **HSBC SECURITIES (PANAMA), S.A.,** han solicitado formalmente  autorización de esta Comisión para la fusión de estas sociedades en la que **HSBC SECURITIES (PANAMA), S.A.,** será absorbida por **BANISTMO SECURITIES, INC.,** que será la sociedad sobreviviente y que cambiará su nombre a **HSBC SECURITIES (PANAMA), S.A.;**

Pág. No.2
Resolución CNV No. 290-08
De  12  de septiembre de 2008

Que **BANISTMO SECURITIES, INC.,** y **HSBC SECURITIES (PANAMA), S.A.,** han celebrado Convenio de Fusión por absorción, y como consecuencia de dicho convenio se extingue la Sociedad absorbida (**HSBC SECURITIES (PANAMA), S.A.**), sin que esto implique la disolución o liquidación de la Sociedad Absorbida, ni el cierre de su negocio u operaciones, los cuales continuarán en la Sociedad Absorbente (**BANISTMO SECURITIES, INC.**), a partir de su inscripción en el Registro Público, en consecuencia, todos los activos y pasivos de la Sociedad Absorbida y todos y cada uno de los demás bienes e intereses de la Sociedad Absorbida quedarán transferidos a y serán asumidos por la Sociedad Absorbente;

Que la solicitud en referencia, así como los documentos que la sustentan, fue analizada por la Dirección Nacional de Mercados de Valores e Intermediarios, según informe que reposa en el expediente de  de agosto de 2008; y la misma no merece objeciones;

Que, realizados los análisis correspondientes a lo interno de esta Institución, esta Comisión Nacional de Valores estima que se ha cumplido con los requisitos legales de obligatorio cumplimiento para el procedimiento de Fusión, por lo que,

## RESUELVE:

**PRIMERO:**   **AUTORIZAR**, como en efecto se autoriza, la celebración del convenio de fusión entre **HSBC SECURITIES (PANAMA), S.A.,** y **BANISTMO SECURITIES, INC.,** así como la suspensión de la autorización para operar de **HSBC SECURITIES (PANAMA), S.A.,** amparada bajo la Licencia Casa de Valores otorgada por la Comisión Nacional de Valores mediante Resolución CNV No.267-02 de  4 de julio de 2002.

**SEGUNDO:**   **ADVERTIR**, como en efecto se advierte, a **HSBC SECURITIES (PANAMA), S.A.,** que se suspende la autorización para operar como Casa de Valores y, en consecuencia, **HSBC SECURITIES (PANAMA), S.A.,** queda limitada a lo estrictamente necesario para llevar a cabo el Procedimiento de Fusión.

**TERCERO:**   **ADVERTIR** a **BANISTMO SECURITIES, INC.,** que la presente Resolución debe ser publicada por la Casa de Valores en un diario de Circulación Nacional por tres (3) días consecutivos, en la Sección de Información económica y financiera o de información nacional y  con suficiente relevancia.

**CUARTO:**   **ADVERTIR** a **BANISTMO SECURITIES, INC.,** que dentro de los diez (10) días hábiles siguientes a la publicación de la presente Resolución, deberá remitir a cada inversionista o acreedor un aviso de la fusión en el que se exprese que estos tendrán la elección de mantener sus activos financieros en cuentas con la Casa de Valores absorbente, trasladar dichas cuentas a otras Casas o bien liquidar sus posiciones en valores y/o efectivo que mantengan con la Casa de Valores absorbida.

**QUINTO:**   **ADVERTIR** a **BANISTMO SECURITIES, INC.,** que dicho aviso de fusión deberá ser publicado al menos por una (1) vez en un diario de Circulación Nacional.

**SEXTO:**   **ADVERTIR** a **BANISTMO SECURITIES, INC.,** que una vez termine el procedimiento de fusión, la Casa de Valores absorbida emitirá un Informe Final del estado de la fusión acompañado de un balance de cierre preparado por un Contador Público Autorizado, los cuales serán evaluados por la Comisión.

Pág. No.3
Resolución CNV No. 330-08
De  12   de septiembre de 2008

**SEPTIMO:**   **ADVERTIR**  a **BANISTMO SECURITIES, INC.,** que contra esta Resolución cabe el Recurso de Reconsideración que deberá ser interpuesto dentro de los cinco (5) días hábiles siguientes a la fecha de su notificación.

**FUNDAMENTO LEGAL:** Decreto Ley 1 de 8 de julio de 1999 y Acuerdo No.2-2004 de 30 de abril de 2004.

**NOTIFIQUESE, PUBLIQUESE Y CUMPLASE**

**Juan Manuel Martans S.**
Comisionado Presidente

**Yolanda G. Real S.**
Comisionada Vicepresidente, a.i.

**Rosaura González Marcos**
Comisionada, a.i

Vep

*Se notificaron por memorial el 15/9/08.*

**SEÑORES COMISIONADOS DE LA COMISIÓN NACIONAL DE VALORES:**

Nosotros, **MORGAN & MORGAN**, sociedad de abogados en ejercicio, de generales que

constan en el expediente, actuando en nuestra condición de Apoderados Especiales de

**BANISTMO SECURITIES, INC.**, y de **HSBC SECURITIES (PANAMA), S.A.**,

sociedades de generales que constan en el expediente, por este medio comparecemos ante

usted con el respeto acostumbrado, a fin de darnos por notificados de la  Resolución CNV

No. 290-08 de 12 de  Septiembre de 2008.


De los señores Comisionados, con toda consideración.


Panamá, a la fecha de su presentación.

*MORGAN & MORGAN*

Ramón Varela

# Exhibit 25b

[illegible]

# REPUBLIC OF PANAMA
## SECURITIES AND EXCHANGE COMMISSION

### SEC DECISION No. 290.08
(September 12, 2008)

### The Securities and Exchange Commission
Being legally capable and,

### WHEREAS

By means of SEC Decision No. 031-01 dated February 14, 2001, the Securities and Exchange Commission granted **BANISTMO SECURITIES, INC.,** License to operate as a Stock House pursuant to the provisions included in Decree-Law 1 dated July 8, 1999;

By means of SEC Decision No. 267-02 dated July 4, 2002, the Securities and Exchange Commission granted **HSBC SECURITIES (PANAMA), S.A.,** License to operate as a Stock House pursuant to the provisions included in Decree-Law 1 dated July 8, 1999;

That pursuant to the provisions included in Section 54 of Agreement 2-2004, Stock Houses trying to enter into a merger agreement must request authorization from the Commission prior to carrying out such merger as well as cancelling the license of the Stock House absorbed as a result of the merger;

Pursuant to Section 56 of Agreement No. 2-2004, the Authorization request must include the following documents:

1. *"Power of Attorney and Request.*
2. *Merger Agreement signed by the parties.*
3. *Decisions by the General Board of Shareholders or competent body therefor, whereby the Merger Agreement is approved by both Stock Houses.*
4. *Merger Plan including the details for the global asset and liability transfer proceeding from the absorbed Stock House to the absorbing Stock House, the terms and conditions for the performance of such transfer, as well as the proceeding for the transfer or liquidation, as appropriate, of the securities accounts or cash belonging to the clients of the absorbed House.*
5. *Notification format to be sent to investors, expressly indicating that the clients shall have the option to maintain their financial assets in accounts with the new Stock House, transfer such accounts to other Stock Houses or liquidate their holdings in securities and/or cash kept with the absorbed Stock House.*
6. *Certificates issued by the Public Registry, issued within thirty (30) days prior to the date of submission of the merger authorization request.*
7. *Updated House Business Plan of the absorbing House, pursuant to the provisions included in section 15 of this Agreement.*
8. *Copy of the income receipt corresponding to the cancellation fee of the absorbed Stock House's license as provided in Section 17 of Decree-Law 1 dated July 8, 1999."*

By means of the request statement submitted on August 8, 2008, the Special Representatives of **BANISTMO SECURITIES, INC.,** and **HSBC SECURITIES (PANAMA), S.A.,** have formally requested authorization from this Commission for the merger of these companies where **HSBC SECURITIES (PANAMA), S.A.** shall be absorbed by **BANISTMO SECURITIES, INC.,** which shall be the prevailing company and shall change its name to **HSBC SECURITIES (PANAMA) S.A.;**

[illegible watermark of an emblem behind the text]

[signatures]

Page No. 2
SEC Decision No. 290-08
Dated September 12, 2008

That **BANISTMO SECURITIES, INC.,** and **HSBC SECURITIES (PANAMA), S.A.,** have entered into a Merger Agreement by Absorption and, as a consequence of such agreement, the absorbed Company [**HSBC SECURITIES (PANAMA), S.A.**] is terminated, without necessarily implying the dissolution or liquidation of the Absorbed Company, nor the closure of its business or operations, which shall continue within the Absorbing Company (**BANISTMO SECURITIES, INC.**), as of the time of registration with the Public Registry; consequently, all the Absorbed Company's assets and liabilities and every and each one of the Absorbed Company's assets and interests shall be transferred to and taken over by the Absorbing Company;

That the aforementioned request, as well as the documents supporting it, were analyzed by the Panamanian Stock Exchange and Intermediary Administration, as shown by the report included in the file dated August 2008, with no objections;

That, upon the performance of the internal analyses corresponding to this Organization, this Securities and Exchange Commission considers that all the compulsory legal requirements for the Merger proceeding have been met; therefore,

**IT DECIDES:**

**FIRST:**  **TO AUTHORIZE**, as it is authorized indeed, the execution of the merger agreement between **HSBC SECURITIES (PANAMA), S.A.** and **BANISTMO SECURITIES, INC.,** as well as the suspension of the authorization to operate granted to **HSBC SECURITIES (PANAMA), S.A.**, authorized under Stock House License granted by the Securities and Exchange Commission by means of SEC Decision No. 267-02 dated July 4, 2002.

**SECOND:**  **TO WARN**, as it is warned indeed, **HSBC SECURITIES (PANAMA), S.A.,** that the authorization to operate as a Stock House is suspended and, consequently, **HSBC SECURITIES (PANAMA) S.A.** is limited to what is strictly necessary to carry out the Merger Proceeding.

**THIRD:**  **TO WARN BANISTMO SECURITIES, INC.** that this Decision must be published by the Stock House in a Nationwide Circulation newspaper for three (3) consecutive days in the Economic and Financial Information Section or in the National Information Section and with enough relevance.

**FOURTH:**  **TO WARN BANISTMO SECURITIES, INC.** that, within ten (10) calendar days after the publication of this Decision, it shall send each investor or creditor a notification of the merger whereby it expresses that they shall have the option to maintain their financial assets in accounts with the absorbing Stock House, transfer such accounts to other Houses or liquidate their holding in securities and/or cash kept with the absorbed Stock House.

**FIFTH:**  **TO WARN BANISTMO SECURITIES, INC.** that such merger notification shall be published at least once (1) in a Nationwide Circulation newspaper.

**SIXTH:**  **TO WARN BANISTMO SECURITIES, INC.** that, once the merger proceeding is completed, the absorbed Stock House shall issue a Final Report of the state of the merger together with a balance sheet prepared by a Certified Public Accountant, which shall be assessed by the Commission.

[illegible watermark of an emblem behind the text]

[signatures]

Page No. 3
SEC Decision No. 290-08
Dated September 12, 2008

**SEVENTH:**      **TO WARN BANISTMO SECURITIES, INC.** that, against this Decision, a Reconsideration
Appeal could be filed within five (5) working days after the date of notification.

**LEGAL GROUNDS:** Decree-Law 1 dated July 8, 1999 and Agreement No. 2-2004 dated April 30, 2004.

**MAY IT BE NOTIFIED, PUBLISHED AND COMPLIED WITH**

[signature]
**Juan Manuel Martans S.**
President Commissioner

[signature]                                        [signature]
**Yolanda G. Real S.**                         **Rosaura González Marcos**
Temporary VP Commissioner                     Temporary Commissioner

Vep

[illegible watermark of an emblem behind the text]

Notified by request statement on 9/15/08.

| REPUBLIC OF PANAMA | | |
|---|---|---|
| **9.15.08** | [emblem: FISCAL STAMPS] | **B/0000400** |
| | | P 32 14 13 |

**DEAR COMMISSIONERS OF THE SECURITIES AND EXCHANGE COMMISSION:**

We, **MORGAN & MORGAN**, practicing law firm, whose particulars are included in the file, acting in our capacity as Special Representatives of **BANISTMO SECURITIES, INC.** and of **HSBC SECURITIES (PANAMA), S.A.**, companies whose particulars are included in the file, hereby appear before you with the due respect in order to acknowledge receipt of service of SEC Decision No. 290-08 dated September 12, 2008.

Sincerely,

Panama, on the date of submission.

*MORGAN & MORGAN*

[signature]
Ramón Varela

| SECURITIES AND EXCHANGE COMMISION |
|---|
| Received today: 9/15/08 |
| Time: 3:55 pm |

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- Resolución CNV No. 290-08, dated September 12, 2008

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.

# Exhibit 26a



# REPUBLICA DE PANAMA
## PROVINCIA DE PANAMA

## NOTARIA QUINTA DEL CIRCUITO

# *Lic. Diomedes Edgardo Cerrud*
### N O T A R I O

TELEFONOS: 223-2974
223-2979
TELEFAX: 223-2982

E-mail: deca_ge@cwpanama.net

COPIA

ESCRITURA No. _____ 19,704 _____ de _____ 26 _____ Septiembre _____ de _____ 2008 _____

POR LA CUAL: **Se protocoliza Convenio de Fusión por Absorción entre las sociedades HSBC SECURITIES (PANAMA), S.A., y BANISTMO SECURITIES, INC., suscrito el día 7 de Agosto de 2008.**

Juan O. Rangel
8-246-559
MORGAN & MORGAN

ESCRITURA PÚBLICA NÚMERO DIECINUEVE MIL SETECIENTOS CUATRO------------------

----------------------------(19,704)----------------------------

-Por la cual se protocoliza Convenio de Fusión por Absorción entre las sociedades HSBC SECURITIES (PANAMA), S.A., y BANISTMO SECURITIES, INC., suscrito el día 7 de Agosto de 2008.----------------------------------------------------------------

----------------------Panamá, 26 de Septiembre de 2008.----------------------

En la ciudad de Panamá, Capital de la República de Panamá y Cabecera del Circuito Notarial del mismo nombre, a los veintiséis (26) días del mes de Septiembre de dos mil ocho (2008), ante mí, Licenciado DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto, del Circuito de Panamá, con cédula de identidad personal número ocho - ciento setenta y uno - trescientos uno  (8-171-301), compareció personalmente, RAMÓN VARELA GARCÍA DE PAREDES, varón, panameño, mayor de edad, casado, abogado, vecino de esta ciudad, con cédula de identidad personal número ocho – cuatrocientos cuarenta y cuatro – quinientos dieciséis (8-444-516), persona a quien conozco y que actuando en nombre de la firma forense MORGAN Y MORGAN, con domicilio en Calle cincuenta y tres (53) Este, Urbanización Marbella, Edificio MMG Tower, Piso dieciséis (16), Panamá, República de Panamá, debidamente autorizado según Convenio de Fusión, el cual se transcribe más adelante en esta escritura, me presentó para su protocolización, y en efecto protocolizo CONVENIO DE FUSIÓN POR ABSORCIÓN entre las sociedades HSBC SECURITIES (PANAMA), S.A., y BANISTMO SECURITIES, INC., suscrito el día 7 de Agosto de 2008, mediante el cual está última absorberá a HSBC SECURITIES (PANAMA), S.A., siendo BANISTMO SECURITIES, INC., la sociedad sobreviviente, sin embargo, el nombre de la Sociedad Absorbente (y sobreviviente) cambiará a HSBC SECURITIES (PANAMA), S.A.,---------------------------------

Queda hecha la protocolización solicitado y se expedirán las copias que soliciten los interesados.----------------------------------------------------------------

-El Notario advierte que una copia de este instrumento debe registrarse y leído como le fue a la compareciente en presencia de los testigos instrumentales MAYLA CASTRELLÓN DE BOCANEGRA, mujer, panameña, mayor de edad, con cédula de identidad personal número cinco – doce – mil cuatrocientos sesenta y seis ----(5-12-1466), y LUIS MORALES, varón, panameño, mayor de edad, portador de la cédula de identidad personal número

cuatro – ciento cuarenta y cuatro-ochocientos-veintidós-(4-144-822), ambos-vecinos-de-esta

ciudad a quienes conozco y son hábiles para ejercer el cargo lo encontraron conforme, le

impartieron su aprobación y firman todos para constancia ante mí, el Notario que doy fe.----

Esta escritura ha sido preparada y refrendada por el abogado en ejercicio, Doctor Ramón

Varela García de Paredes, socio de la firma forense MORGAN Y MORGAN.-----------------

**ESCRITURA PÚBLICA NÚMERO DIECINUEVE MIL SETECIENTOS CUATRO**

----------------------------------------(19,704)-------------------------------------------

(Fdo. Ilegible) RAMÓN VARELA GARCÍA DE PAREDES----------------------------------

MAYLA CASTRELLÓN DE BOCANEGRA --------------------------LUIS MORALES------------

**DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá.**

-------------------------------------CONVENIO DE FUSIÓN------------------------------

Convenio de Fusión (en adelante el "Convenio") fechado 7 de agosto de 2008, suscrito entre

BANISTMO SECURITIES, INC. (en adelante, la "Sociedad Absorbente"), una sociedad

anónima debidamente organizada y existente bajo las leyes de la República de Panamá,

inscrita en la Sección de Micropelícula (Mercantil) del Registro Público, a la Ficha 349627,

Rollo 61540, Imagen 0011, poseedora de licencia de casa de valores otorgada por la Comisión

Nacional de Valores de la República de Panamá, por una parte, y, por la otra, HSBC

SECURITIES (PANAMA), S.A. (en adelante, la "Sociedad Absorbida"), una sociedad anónima

debidamente organizada y existente bajo las leyes de la República de Panamá, inscrita en la

Sección de Micropelícula (Mercantil) del Registro Público, a la Ficha 415336, Documento

335188, poseedora de licencia de casa de valores otorgada por la Comisión Nacional de

Valores de la República de Panamá. La Sociedad Absorbente y la Sociedad Absorbida se

conocerán en adelante conjuntamente como las "Partes".--------------------------------------

---------------------------------------CONSIDERANDO:-------------------------------------

----1. Que HSBC Asia Holdings B.V. ("HSBC Asia"), una sociedad holandesa miembro del

conglomerado financiero mundial conocido como "Grupo HSBC", adquirió Treinta y Tres

Millones Seiscientos Veintinueve Mil Setecientas Treinta (33,629,730) acciones comunes de

Grupo Banistmo, S.A., que representan el cien por ciento (100%) de las acciones comunes

emitidas y en circulación de dicha sociedad;-----------------------------------------------

----2. Que en atención a lo anterior, mediante convenio de fusión por absorción fechado 30 de

abril de 2007 y debidamente inscrito el 6 de julio de 2007 a la Ficha 456744, Documento

Redi No. 1164672, de la Sección de Mercantil del Registro Público, Grupo Banistmo, S.A., se

fusionó con HSBC BANK (PANAMA) S.A., quedando esta última como sociedad sobreviviente

y quedando además con el control accionario de PRIMER BANCO DEL ISTMO, S.A., quien a

su vez tiene el control accionario de la Sociedad Absorvente;------------------------------------

---3. Que HSBC Asia es la propietaria del cien por ciento (100%) de las acciones comunes

emitidas y en circulación de HSBC BANK (PANAMA) S.A., la cual, a su vez, es tenedora del

cien por ciento (100%) de las acciones comunes emitidas y en circulación de la Sociedad

Absorbida;---------------------------------------------------------------------------------------------------

---4. Que, como parte de los planes para optimizar las operaciones del Grupo HSBC en

Panamá, HSBC Asia tiene la intención de fusionar a la Sociedad Absorbente con la Sociedad

Absorbida, lo cual se concreta a través de este Convenio; ----------------------------------------

---5. Que los directores de cada una de las Partes de este Convenio resolvieron en respectivas

reuniones de Junta Directiva aprobar la fusión de las Partes en el mejor interés de ambas

sociedades.--------------------------------------------------------------------------------------------------

---6. Que este Convenio fue aprobado por los accionistas de cada una de las Partes en

reuniones celebradas el 7 de Agosto de 2008 (Sociedad Absorbida) y 7 de Agosto de 2008

(Sociedad Absorbente).-----------------------------------------------------------------------------------

Por lo anterior, y en consideración de las declaraciones y convenios mutuos aquí contenidos,

las Partes por este medio acuerdan lo siguiente:-----------------------------------------------------

**PRIMERO:** Que la Sociedad Absorbente y la Sociedad Absorbida sean y por este medio son

fusionadas en una sola sociedad, a saber la Sociedad Absorbente (BANISTMO SECURITIES,

INC.), entendiéndose que ésta será la sociedad sobreviviente. Como parte de esta fusión el

nombre de la Sociedad Absorbente (y sobreviviente) cambiará a HSBC SECURITIES

(PANAMA), S.A., efectivo a partir del momento en que quede perfeccionado el presente

Convenio de Fusión.---------------------------------------------------------------------------------------

**SEGUNDO:** Que la consecuencia jurídica de esta fusión será la extinción de la Sociedad

Absorbida (HSBC SECURITIES (PANAMA), S.A.) sin que esto implique la disolución o

liquidación de la Sociedad Absorbida, ni el cierre de su negocio u operaciones, los cuales

continuarán en la Sociedad Absorbente desde el momento en que se inscriba este Convenio

en el Registro Público de la República de Panamá (en adelante, el "Registro Público"). De esta forma, la identidad, fines, poderes, objetos y derechos de la Sociedad Absorbente continuarán en dicha sociedad sin ser afectados por la fusión, al igual que continuarán en la Sociedad Absorbente los derechos y obligaciones de la Sociedad Absorbida sin ser afectados por la fusión. En la fecha efectiva de la fusión (al momento de inscribirse este Convenio en el Registro Público), y por efecto de la misma, todos los activos y pasivos de la Sociedad Absorbida y todos y cada uno de los demás bienes e intereses de la Sociedad Absorbida quedarán transferidos a y serán asumidos por la Sociedad Absorbente y los directores y dignatarios de la Sociedad Absorbida ejecutarán todos y cualesquiera documentos necesarios y requeridos para consumar lo anterior. Además, los directores y dignatarios de la Sociedad Absorbente y la Sociedad Absorbida acuerdan realizar todos aquellos actos, o todos aquellos cambios a este Convenio, que sean necesarios o aconsejables para lograr su inscripción en el Registro Público de la República de Panamá, o para salvaguardar los derechos de las empresas. ------------------------------------------------------------------------------------------

--**TERCERO:** Como parte de la fusión, los patrimonios de la Sociedad Absorbente y la Sociedad Absorbida se integrarán. El accionista único de la Sociedad Absorbida, HSBC BANK (PANAMA), S.A., recibirá de parte del accionista único de la Sociedad Absorbente, PRIMER BANCO DEL ISTMO, S.A., en concepto de única y total compensación por las acciones de aquélla en la Sociedad Absorbida, un pago consistente en DIECINUEVE (19) acciones comunes de la Sociedad Absorbente. Al inscribirse este Convenio en el Registro Público las acciones comunes de HSBC BANK (PANAMA), S.A., en la Sociedad Absorbida desaparecerán y este continuará como propietario del control accionario de la Sociedad Absorbente, quedando PRIMER BANCO DEL ISTMO, S.A. con el remanente de 981 acciones de la Sociedad Absorbida. -----------------------------------------------------------------------------------

**CUARTO:** El Artículo 1 del Pacto Social (Certificado de Constitución) de la Sociedad Absorbente se modificará a fin de que tenga efecto una vez perfeccionada la fusión objeto del presente Convenio y leerá de la siguiente manera: ------------------------------------------------

--"1. El nombre de la sociedad es: HSBC SECURITIES (PANAMA), S.A." --------------------------

--**QUINTO:** Las Partes por este medio acuerdan que, una vez perfeccionada la fusión objeto del presente Convenio, los Directores y Dignatarios de la Sociedad Absorbente serán las

siguientes personas:---------------------------------------------------------------

-------Ernesto Fernández------------------Director y Presidente------------------

-------Alan Grieve--------------------------Director y Vicepresidente---------------

-------Christopher Levy---------------------Director y Secretario------------------

-------Alastair Bryce-----------------------Director y Sub-Secretario--------------

-------Fernando Barría Mock------------------Director y Tesorero------------------

**SEXTO**: Todos los gastos incidentales de la fusión deberán ser pagados por la Sociedad

Absorbente, incluyendo los gastos notariales y de registro.--------------------------

**SEPTIMO**: Las Partes acuerdan obtener todas las aprobaciones requeridas, corporativas y de

entes gubernamentales, antes de la inscripción de este Convenio en el Registro Público.------

**OCTAVO**: De tiempo en tiempo, cuando y según lo solicite la Sociedad Absorbente, o sus

sucesores o cesionarios, la Sociedad Absorbida deberá ejecutar y entregar o hacer que se

ejecuten y entreguen, todas las escrituras y demás instrumentos y deberá realizar o hacer

que se realicen todas las acciones adicionales que la Sociedad Absorbente considere

necesarias o deseables con el fin de conferir y confirmar más plenamente a la Sociedad

Absorbente el título y posesión de todas las propiedades, derechos y otros intereses a que se

hace referencia en la Cláusula Segunda de este Convenio.--------------------------------

**NOVENO**: Este Convenio se protocolizará e inscribirá en el Registro Público junto con las

resoluciones de los accionistas de cada una de la Sociedad Absorbente y Sociedad Absorbida

y las demás certificaciones y documentos que sean del caso conforme a la ley corporativa.------

**DÉCIMO**: Se otorga Poder Especial a la firma Morgan & Morgan para realizar todas las

notificaciones ante las autoridades administrativas y/o jurisdiccionales que sean necesarias,

para protocolizar e inscribir este Convenio, y para realizar todas las otras gestiones

necesarias para la consecución de los fines establecidos en el presente Convenio.-------------

- En testimonio de lo cual, cada una de las partes de este acuerdo han suscrito sus

respectivos nombres a este Convenio el siete (7) de agosto de dos mil ocho (2008).------------

-SOCIEDAD ABSORBENTE:-------------------------------------------------------------

-BANISTMO SECURITIES, INC.----------------------------------------------------------

-Por: (Fdo. Ilegible)-----------------------------------------------------------------

-Nombre: ALAN BLAIR GRIEVE-----------------------------------------------------------

-Posición: VICEPRESIDENTE-

-SOCIEDAD ABSORBIDA:-

-HSBC SECURITIES (PANAMA), S.A.-

-Por: (Fdo. ilegible)-

-Nombre: ERNESTO FERNANDES-

-Posición: PRESIDENTE-

-ACTA DE ASAMBLEA EXTRAORDINARIA DE ACCIONISTAS DE HSBC SECURITIES (PANAMA), S.A. (la "Sociedad")-

--En la Ciudad de Panamá, República de Panamá, a las seis de la tarde (6:00 p.m.) del día siete (7) de agosto de 2008, tuvo lugar una reunión extraordinaria de la Asamblea de Accionistas de la Sociedad HSBC SECURITIES (PANAMA), S.A. en las oficinas principales de esta Sociedad.-

Actuó como Presidente de la reunión el señor ERNESTO FERNANDES y actuó como Secretario el señor ALAN GRIEVE, ambos titulares del cargo.-

--El presidente de la reunión, verificó y declaró que la sociedad HSBC BANK (PANAMA), S.A., tenedor del cien por ciento (100%) de las acciones emitidas y en circulación de la Sociedad, estuvo representado en la reunión por el Sr. ALAN GRIEVE, Apoderado del accionista único, el cual renunció al requisito de convocatoria.-

--Luego de haber verificado que existía el quórum necesario para sostener la reunión, el Presidente anunció que el objeto de la misma era aprobar el Convenio de Fusión negociado por el Presidente de la Sociedad con los representantes de BANISTMO SECURITIES, INC.-

A moción hecha y secundada, se aprobó por el único accionista de la Sociedad lo siguiente:-

------------------SE RESUELVE:------------------

-PRIMERO: Aprobar, como en efecto se aprueba, la fusión de la Sociedad con BANISTMO SECURITIES, INC., conforme a los términos del Convenio de Fusión negociado por el Presidente de la Sociedad con los representantes de BANISTMO SECURITIES, INC., mediante el cual la Sociedad será absorbida por BANISTMO SECURITIES, INC.-

---SEGUNDO: Autorizar al Presidente de la Sociedad a realizar todos los actos y gestiones

necesarias o convenientes para obtener la aprobación del Convenio de Fusión y de la fusión por parte de cualesquiera entidades gubernamentales y a realizar cualesquiera otros actos que sean necesarios o convenientes para el perfeccionamiento de la mencionada fusión.-----

--TERCERO: Se resolvió además, facultar a MORGAN & MORGAN, para que protocolice e inscriba ante el Registro Público una copia del Acta de reunión de Asamblea de Accionistas de la Sociedad.------

---No habiendo otro asunto que tratar, se clausuró la sesión a las seis y treinta de la tarde (6:30 p.m.) del mismo día.-------

-----(Fdo. ilegible) ERNESTO FERNANDES, Presidente.-----

------(Fdo. ilegible) ALAN GRIEVE, Secretario.-----

------Hay un sello que dice: Yo, DIOMEDES EDGARDO CERRUD, Notario Público Quinto del Circuito de Panamá, con Cédula Número 8-171-301---CERTIFICO:------Que dada la certeza de la identidad de (los) sujetos que firmó (firmaron) el presente documento, su (s) firma (s) es (son) auténtica (s).----Panamá, 8 de Agosto de 2008.-----(Fdo. ilegible) Lcdo. Diomedes Edgardo Cerrud, Notario Público Quinto.-----

---**ACTA DE REUNIÓN DE JUNTA DIRECTIVA DE HSBC SECURITIES (PANAMA), S.A. (la "Sociedad")**-------

-----En la Ciudad de Panamá, República de Panamá, a los siete (7) días de agosto de 2008, se celebró una reunión de la Junta Directiva de HSBC SECURITIES (PANAMA) S.A., en las oficinas de la Sociedad.-------

----Se encontraban presentes o debidamente representados todos los Directores de la Sociedad: ERNESTO FERNANDES, ALASTAIR BRYCE, FERNANDO BARRIA y ALAN GRIEVE.------

---Actuó como Presidente de la reunión el señor ERNESTO FERNANDES y actuó como Secretario el señor ALAN GRIEVE, ambos titulares del cargo.-------

---El Presidente manifestó que el propósito de la reunión era someter a consideración de la Junta Directiva el Convenio de Fusión por absorción con BANISTMO SECURITIES, INC.-----

----A moción debidamente realizada, secundada y unánimemente aprobada:------

----------------------SE RESOLVIÓ:----------

----PRIMERO: Aprobar, como en efecto se aprueba, el Convenio de Fusión por absorción con

BANISTMO SECURITIES, INC.------------------------------------------------------------------------

---SEGUNDO: Autorizar, como en efecto se autoriza, al Presidente de la Sociedad a que

convoque a una Asamblea General Extraordinaria de Accionistas de la Sociedad a fin de

someter a la consideración de la misma el antes referido Convenio de Fusión.--------------

---No habiendo otro asunto que tratar, se procedió a clausurar la reunión.------------------

----(Fdo. Ilegible) ERNESTO FERNANDES, Presidente.------------------------------------------

----(Fdo. Ilegible) ALAN GRIEVE, Secretario.------------------------------------------------

----Hay un sello que dice: Yo, DIOMEDES EDGARDO CERRUD, Notario Público Quinto del

Circuito de Panamá, con Cédula Número 8-171-301----CERTIFICO:-------Que dada la certeza

de la identidad de (los) sujetos que firmó (firmaron) el presente documento, su (s) firma (s) es

(son) auténtica (s).----Panamá, 8 de Agosto de 2008.-----(Fdo. Ilegible) Lcdo. Diomedes

Edgardo Cerrud, Notario Público Quinto.---------------------------------------------------

-----**ACTA DE ASAMBLEA EXTRAORDINARIA DE ACCIONISTAS DE BANISTMO
SECURITIES INC. (la "Sociedad")**------------------------------------------------------------

----En la Cuidad de Panamá, Republica de Panamá, a las cinco de la tarde (5:00 p.m.) del

día siete (7) de agosto de 2008, tuvo lugar una reunión extraordinaria de la Asamblea de

Accionistas de la Sociedad BANISTMO SECURITIES, INC., en las oficinas principales de esta

Sociedad.-------------------------------------------------------------------------------------

----Actuó como Presidente de la reunión el señor ERNESTO FERNANDES y actuó como

Secretario el señor JAIME ALEMAN, ambos titulares del cargo.-------------------------------

----El Presidente de la reunión, verificó y declaró que PRIMER BANCO DEL ISTMO, S.A.,

tenedor del cien por ciento (100%) de las acciones emitidas y en circulación de la Sociedad,

se encontraba presente y debidamente representado en la reunión por el Sr. ALAN GRIEVE,

Apoderado del accionista único, el cual renunció al requisito de convocatoria.--------------

----Luego de haber verificado que existía el quórum necesario para sostener la reunión, el

Presidente anunció que el objeto de la misma era aprobar el Convenio de Fusión por

absorción negociado por el Vice-Presidente de la Sociedad con los representantes de HSBC

SECURITIES (PANAMA), S.A.------------------------------------------------------------------



--A moción hecha y secundada, se aprobó por el único accionista de la Sociedad lo siguiente:-------------------------------SE RESUELVE:-------------------

PRIMERO: Aprobar, como en efecto se aprueba, la fusión de la Sociedad con HSBC SECURITIES (PANAMA), S.A., conforme a los términos del Convenio de Fusión negociado por el Vice-Presidente de la Sociedad con los representantes de HSBC SECURITIES (PANAMA), S.A., mediante el cual la Sociedad absorberá a HSBC SECURITIES (PANAMA), S.A.----------------------------------------------------

-SEGUNDO: Autorizar al Vice-Presidente de la Sociedad, ALAN GRIEVE, a realizar todos los actos y gestiones necesarias o convenientes para obtener la aprobación del Convenio de Fusión y de la fusión por parte de cualesquiera entidades gubernamentales competentes en la República de Panamá, y a realizar cualesquiera otros actos que sean necesarios o convenientes para el perfeccionamiento de la mencionada fusión.---------------------

---TERCERO: Aprobar, como en efecto se aprueba, que a partir del momento en que se perfeccione la fusión a la que hace referencia el punto Primero anterior, se modifique el Artículo Uno (1) del Certificado de Constitución de la Sociedad, el cual en adelante leerá así:-----------"1. El nombre de la sociedad es: HSBC SECURITIES (PANAMA), S.A."-----------

--CUARTO: Aprobar, como en efecto se aprueba, que a partir del momento en que se perfeccione la fusión a la que hace referencia el punto Primero anterior, se designe y ratifique a las siguientes personas como los Directores y Dignatarios de la Sociedad:---------

-------Ernesto Fernandes-------------------------Director y Presidente---------------------

----Alan Grieve-------------------------------Director y Vicepresidente--------------------

----Christopher Levy-------------------------Director y Secretario------------------------

----Alastair Bryce---------------------------Director y Sub-Secretario------------------

------Fernando Barría Mock--------------------Director y Tesorero-----------------------

---QUINTO: Se resolvió además, facultar a MORGAN & MORGAN, para que protocolice e inscriba ante el Registro Público una copia del Acta de reunión de Asamblea de Accionistas de la Sociedad.-------------------------------------------------------

--No habiendo otro asunto que tratar, se clausuró la sesión a las seis de la tarde (6:00 p.m.) del mismo día.----------------------------

------Fdo. Ilegible) ERNESTO FERNANDES, Presidente.------

------(Fdo. Ilegible) JAIME ALEMÁN HEALY, Secretario.------

------Hay un sello que dice: Yo, DIOMEDES EDGARDO CERRUD, Notario Público Quinto del Circuito de Panamá, con Cédula Número 8-171-301----CERTIFICO:------Que dada la certeza de la identidad de (los) sujetos que firmó (firmaron) el presente documento, su (s) firma (s) es (son) auténtica (s).----Panamá, 8 de Agosto de 2008.-----(Fdo. Ilegible) Lcdo. Diomedes Edgardo Cerrud, Notario Público Quinto.------

**ACTA DE REUNIÓN DE JUNTA DIRECTIVA DEBANISTMO SECURITIES, INC. (la "Sociedad")**------

En la Ciudad de Panamá, República de Panamá, a los siete (7) días de agosto de 2008, se celebró una reunión de la Junta Directiva de BANISTMO SECURITIES, INC., en las oficinas de la Sociedad.------

---Se encontraban presentes o debidamente representados todos los Directores de la Sociedad: ERNESTO FERNANDES, ALAN GRIEVE, CHRISTOPHER LEVY, JAIME ALEMAN y ALASTAIR BRYCE.------

--Actuó como Presidente de la reunión el señor ERNESTO FERNANDES y actuó como Secretario el señor JAIME ALEMAN, ambos titulares del cargo.------

---El Presidente manifestó que el propósito de la reunión era someter a consideración de la Junta Directiva el Convenio de Fusión por absorción con HSBC SECURITIES (PANAMA), S.A., así como revocar un Poder General.------

---A moción debidamente realizada, secundada y unánimemente aprobada:------

------SE RESOLVIÓ:------

---PRIMERO: Aprobar, como en efecto se aprueba, el Convenio de Fusión por absorción con HSBC SECURITIES (PANAMA), S.A.------

--SEGUNDO: Autorizar, como en efecto se autoriza, al Presidente de la Sociedad a que convoque a una Asamblea General Extraordinaria de Accionistas de la Sociedad a fin de someter a la consideración de la misma el antes referido Convenio de Fusión.------

-TERCERO: Revocar, como en efecto se revoca, el Poder General otorgado a JOSEPH SALTERIO IBAÑEZ mediante Reunión de Junta Directiva de 1 de noviembre de 2007, de

cuya acta se protocolizó un extracto mediante Escritura Pública No. 29,389 de 27 de noviembre de 2007, de la Notaría Primera del Circuito de Panamá, debidamente inscrita a la Ficha No. 349627, Documento REDI No. 1255257 de la Sección de Mercantil del Registro Público desde el 5 de diciembre de 2007.--------------------------------------------------

----No habiendo otro asunto que tratar, se procedió a clausurar la reunión.-----------

----(Fdo. Ilegible) ERNESTO FERNANDES, Presidente.------------------------------------

----(Fdo. Ilegible) JAIME ALEMÁN HEALY, Secretario.------------------------------------

---Hay un sello que dice: Yo, DIOMEDES EDGARDO CERRUD, Notario Público Quinto del Circuito de Panamá, con Cédula Número 8-171-301----CERTIFICO:--------Que dada la certeza de la identidad de (los) sujetos que firmó (firmaron) el presente documento, su (s) firma (s) es (son) auténtica (s).----Panamá, 8 de Agosto de 2008.----(Fdo. Ilegible) Lcdo. Diomedes Edgardo Cerrud, Notario Público Quinto.-----------------------------------------------------------

-----------------------------REPÚBLICA DE PANAMÁ---------------------------------------

--------------------------COMISIÓN NACIONAL DE VALORES----------------------------------

----------------------------RESOLUCIÓN CNV No. 290-08-----------------------------------

------------------------------(De 12 de Septiembre de 2008)-----------------------------

-------------------------------La Comisión Nacional de Valores-------------------------------

-------------------------------En uso de sus facultades legales y,-----------------------------

--------------------------------------CONSIDERANDO-------------------------------------

--Que mediante Resolución CNV No. 031-01 de 14 de febrero de 2001, la Comisión Nacional de Valores concedió a BANISTMO SECURITIES, INC., Licencia para operar como una Casa de Valores según lo que señala el Decreto Ley 1 de 8 de Julio de 1999;---------------------

--Que mediante Resolución CNV No.267-02 de 4 de julio de 2002, la Comisión Nacional de Valores concedió a HSBC SECURITIES (PANAMA), S.A., Licencia para operar como una Casa de Valores según lo que señala el Decreto Ley 1 de 8 de julio de 1999;-------------------------

--Que de acuerdo con lo que dispone el Artículo 54 del Acuerdo 2-2004, las Casas de Valores que tengan intención de celebrar un convenio de fusión deberán solicitar autorización a la Comisión previa a la realización de dicha fusión así como la cancelación de la licencia de Casa de Valores absorbida producto de la fusión;---------------------------

--Que según el Artículo 56 del Acuerdo No.2-2004 la solicitud de Autorización deberá estar

Doc 464 Entered 03/19/20 Entered 03/19/20 15:56:10 Declaration
Thomas H. Maloney Pg 254 of ...

acompañada de los siguientes documentos:------------------------------

------- 1. "*Poder y Solicitud*.------------------------------

------- 2. *Convenio de Fusión suscrito por las partes*.------------------------

-------3. *Resoluciones de Junta General de Accionistas u órgano competente para ello, en las que se haya aprobado el Convenio de Fusión por parte de ambas Casas de Valores*.----------

-------4. *Plan de Fusión detallado en el que se establezca el procedimiento para la transmisión global de activos y pasivos de la Casa de Valores absorbida a la Casa de Valores absorbente, así como el procedimiento para la transmisión o liquidación, según sea el caso, de las cuentas en valores o efectivo de los clientes de la Casa absorbida*.------------------------

-------5. *Formato del aviso que se remitirá a los inversionistas, el cual deberá indicar de manera expresa que los clientes tendrán la elección de mantener sus activos financieros en cuentas con la nueva Casa de Valores, trasladar dichas cuentas a otras Casas de Valores, o bien liquidar sus posiciones en valores y/o efectivo que mantengan con la Casa de Valores absorbida.* ------------------------

-------6. *Certificados expedidos por el Registro Público, expedidos dentro de los treinta (30) días anteriores a la fecha de presentación de la solicitud de autorización de fusión*.------------

-------7. *Plan de negocios de la Casa actualizado de la Casa absorbente, de acuerdo a lo establecido en el artículo 15 del presente Acuerdo*.------------------------

-------8. *Copia del recibo de ingresos correspondiente a la tarifa de cancelación de licencia de la Casa de Valores absorbida prevista en el Artículo 17 del Decreto Ley 1 de 8 de julio de 1999*."-

----Que mediante memorial presentado el 8 de agosto de 2008, los Apoderados Especiales de BANISTMO SECURITIES, INC., y HSBC SECURITIES (PANAMA), S.A., han solicitado formalmente autorización de esta Comisión para la fusión de estas sociedades en la que HSBC SECURITIES (PANAMA), S.A., será absorbida por BANISTMO SECURITIES, INC., que será la sociedad sobreviviente y que cambiará su nombre a HSBC SECURITIES (PANAMA), S.A.;------------------------

----Que BANISTMO SECURITIES, INC., y HSBC SECURITIES (PANAMA), S.A., han celebrado Convenio de Fusión por absorción, y como consecuencia de dicho convenio se extingue la Sociedad absorbida (HSBC SECURITIES (PANAMA), S.A.), sin que esto implique la disolución o liquidación de la Sociedad Absorbida, ni el cierre de su negocio u operaciones,

**NOTARÍA QUINTA DEL CIRCUITO DE PANAMÁ**

los cuales continuarán en la Sociedad Absorbente (BANISTMO SECURITIES, INC.), a partir de su inscripción en el Registro Público, en consecuencia, todos los activos y pasivos de la Sociedad Absorbida y todos y cada uno de los demás bienes e intereses de la Sociedad Absorbida quedarán transferidos a y serán asumidos por la Sociedad Absorbente;----Que la solicitud en referencia, así como los documentos que la sustentan, fue analizada por la Dirección Nacional de Mercados de Valores e Intermediarios, según informe que reposa en el expediente de  de agosto de 2008; y la misma no merece objeciones;------------------------------ Que, realizados los análisis correspondientes al interno de esta Institución, esta Comisión Nacional de Valores estima que se ha cumplido con los requisitos legales de obligatorio cumplimiento para el procedimiento de Fusión, por lo que ----------------------------------------

--------------------------------RESUELVE:-----------------------

---**PRIMERO:** AUTORIZAR, como en efecto se autoriza, la celebración del convenio de fusión entre HSBC SECURITIES (PANAMA), S.A., y BANISTMO SECURITIES, INC., así como la suspensión de la autorización  para operar de HSBC SECURITIES (PANAMA), S.A., amparada bajo la Licencia Casa de Valores otorgada por la Comisión Nacional de Valores mediante la Resolución CNV No. 267-02 de 4 de julio de 2002.---------------------

---**SEGUNDO:** ADVERTIR, como en efecto se advierte, a HSBC SECURITIES (PANAMA), S.A., que se suspende la autorización para operar como Casa de Valores y, en consecuencia, HSBC SECURITIES (PANAMA), S.A., queda limitada a lo estrictamente necesario para llevar a cabo el Procedimiento de Fusión.---------------------------------------------------

---**TERCERO:** ADVERTIR a BANISTMO SECURITIES, INC., que la presente Resolución debe ser publicada por la Casa de Valores en un diario de Circulación Nacional por tres (3) días consecutivos, en la Sección de Información económica y financiera o de información nacional con suficiente relevancia.----------------------------------------

---**CUARTO:** ADVERTIR a BANISTMO SECURITIES, INC., que dentro de los diez (10) días hábiles siguientes a la publicación de la presente Resolución, deberá remitir a cada inversionista o acreedor un aviso de la fusión en el que se exprese que estos tendrán la elección de mantener sus activos financieros en cuentas con la Casa de Valores absorbente, trasladar dichas cuentas a otras Casas o bien liquidar sus posiciones en valores y/o efectivo que mantengan con la Casa de Valores absorbida.----------------------------

Case 1:08-cv-... Document ... Filed 03/19/20 ... Entered 03/19/20 ...56:40 ... Declaration of Thomas J. Moloney ... Pg 256 of 313

---**QUINTO**: ADVERTIR a BANISTMO SECURITIES, INC., que dicho aviso de fusión deberá ser publicado al menos por una (1) vez en un diario de Circulación Nacional.-----------------

---**SEXTO**: ADVERTIR a BANISTMO SECURITIES, INC., que una vez termine el procedimiento de fusión, la Casa de Valores absorbida emitirá un Informe Final del estado de la fusión acompañado de un balance de cierre preparado por un Contador Público Autorizado, los cuales serán evaluados por la Comisión.-----------------

---**SÉPTIMO**: ADVERTIR a BANISTMO SECURITIES, INC., que contra esta Resolución cabe el Recurso de Reconsideración que deberá ser interpuesto dentro de los cinco (5) días hábiles siguientes a la fecha de su notificación.-----------------

---**FUNDAMENTO LEGAL**: Decreto Ley 1 de 8 de julio de 1999 y Acuerdo No.2-2004 de 30 de abril de 2004-----------------

-------------------------**NOTIFIQUESE, PUBLIQUESE Y CUMPLASE**-------------------

---(Fdo. Ilegible) Juan Manuel Martans S., Comisionado Presidente.-----------------

(Fdo. Ilegible) Yolanda G. Real S., Comisionada Vicepresidente, a.i.-----------------

(Fdo. Ilegible) Rosaura González Marcos, Comisionada, a.i.-----------------

Hay una nota que dice:-------NOTIFICACIÓN POR MEMORIAL EL 15/9/08-------------

Hay un sello que dice:------REPUBLICA DE PANAMA------COMISIÓN NACIONAL DE VALORES-----------ES COPIA AUTÉNTICA DE SU ORIGINAL-----------------

PANAMÁ, 17 DE SEPTIEMBRE DE 2008-------------FIRMADO ILEGIBLE-------------

*Concuerda* con su original esta copia que expido, firmo y sello en la Ciudad de Panamá, República de Panamá, a los veintiséis (26) días del mes de Septiembre de dos mil ocho (2008).-----------------

Ledo. Diomedes Edgardo Cerrud
Notario Público Quinto

# Exhibit 26b

195008/2098                                                                                    Merc

[emblem]

## REPUBLIC OF PANAMA
### PROVINCE OF PANAMA

## FIFTH CIRCUIT NOTARY

### *Mr. Diomedes Edgardo Cerrud*
NOTARY

PHONE NUMBERS: 223-2974                                         E-mail: deca_gc@cwpanama.net
223-2979
FAX NUMBER:    223-2982

COPY

DEED No.    19704         dated         September    26,    2008

WHEREBY:        **The Merger Agreement by Absorption between the companies HSBC
SECURITIES (PANAMA), S.A. and BANISTMO SECURITIES,
INC., signed on August 7, 2008, is recorded.**

[illegible stamp and signature]

**Juan O. Rangel**       [watermark expression behind the text:] **Copy for informative purposes only**
8-248-559
MORGAN & MORGAN

V

[illegible background text]

**REPUBLIC OF PANAMA**
NOTARIAL DOCUMENT

[illegible seal]

[emblem]

**5TH NOTARY PANAMA**

| REPUBLIC OF PANAMA | | |
|---|---|---|
| **9.29.08** | [emblem] | **B/0000400** |
| | | P 302 133 |

## PANAMA CIRCUIT FIFTH NOTARY

**PUBLIC DEED NUMBER NINETEEN THOUSAND SEVEN HUNDRED FOUR--------**
**-------------------------------------------------------(19704)-----------------------------------------------------**
Whereby the Merger Agreement by Absorption between the companies HSBC SECURITIES (PANAMA), S.A. and BANISTMO SECURITIES, INC., signed on August 7, 2008, is recorded.-------------------------------------------------------------------------------------------------------
----------------------------------------Panama, September 26, 2008-------------------------------------
In the City of Panama, Capital City of the Republic of Panama and Head of the Notarial Circuit named in the same way, on September 26, 2008, before me, Mr. DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public, of the Panama Circuit, holder of ID card No. eight – one hundred seventy-one – three hundred one (8-171-301), personally appeared, RAMÓN VARELA GARCÍA DE PAREDES, male, Panamanian, of legal age, married, attorney, resident in this city, holder of ID card No. eight – four hundred forty-four – five hundred sixteen (8-444-516), who I know and who, acting on behalf of law firm MORGAN AND MORGAN, domiciled at fifty-third (53rd) Street East, Marbella Residential Area, MMG Tower Building, sixteenth (16th) Floor, Panama, Republic of Panama, duly authorized under Merger Agreement, which is herein transcribed below, submitted to me for its recording, which is recorded indeed, the MERGER AGREEMENT BY ABSORPTION between the companies HSBC SECURITIES (PANAMA), S.A. and BANISTMO SECURITIES, INC., signed on August 7, 2008, whereby the latter shall absorb HSBC SECURITIES (PANAMA), S.A., being BANISTMO SECURITIES, INC. the prevailing company; however, the name of the Absorbing Company (and prevailing one) shall change into HSBC SECURITIES (PANAMA), S.A.---------------------------------------------------------------------------------------------------
The requested recording is hereby made, and the copies requested by the parties involved shall be issued.-------------------------------------------------------------------------------------------------------
-The Notary warns that a copy hereof must be recorded and read as it has been done to the appearing party in the presence of attesting witness MAYLA CASTRELLÓN DE BOCANEGRA, female, Panamanian, of legal age, holder of ID card No. five – twelve – one thousand four hundred sixty-six --- (5-12-1466), and LUIS MORALES, male, Panamanian, of
[watermark expression behind the text:] **Copy for informative purposes only**

[illegible stamp]

[illegible background text]

legal age, holder of ID card No. four – one hundred forty-four – eight hundred twenty-two (4-144-822), both residents in this city, who I know, who are legally capable for this act, and who have seen, approved and signed this document before me, the Notary, who attests.--------------

This deed has been prepared and amended by the practicing attorney, Mr. Ramón Varela García de Paredes, a partner at law firm MORGAN AND MORGAN.------------------------------------

**PUBLIC DEED NUMBER NINETEEN THOUSAND SEVEN HUNDRED FOUR--------**
**--------------------------------------------------------(19704)-----------------------------------------------------**

(Illegible Signature) RAMÓN VARELA GARCÍA DE PAREDES--------------------------------

MAYLA CASTRELLÓN DE BOCANEGRA------------------------------LUIS MORALES-----

**DIOMEDES EDGARDO CERRUD AYALA, Panama Circuit Fifth Notary Public.--------**
**----------------------------------------------MERGER AGREEMENT-------------------------------------**

Merger Agreement (hereinafter, the "Agreement") dated August 7, 2008, entered into by BANISTMO SECURITIES, INC. (hereinafter, the "Absorbing Company"), a duly organized corporation existing under the laws of the Republic of Panama, recorded in the Public Registry, Microfilm Section (Corporate), on File Card 349627, Roll 61540, Image 0011, holder of stock house license granted by the Securities and Exchange Commission of the Republic of Panama, and HSBC SECURITIES (PANAMA), S.A. (hereinafter, the "Absorbed Company"), a duly organized corporation existing under the laws of the Republic of Panama, recorded in the Public Registry, Microfilm Section (Corporate), on File Card 415336, Document 335188, holder of stock house license granted by the Securities and Exchange Commission of the Republic of Panama. The Absorbing Company and the Absorbed Company shall hereinafter be jointly known as the "Parties."-------------------------------------------------------------------------
-------------------------------------------------------**WHEREAS:---------------------------------------**
**----**1. HSBC Asia Holdings B.V. ("HSBC Asia"), a Dutch company member of the global financial conglomerate known as "HSBC Group", acquired Thirty-Three Million Six Hundred Twenty-Nine Thousand Seven Hundred Thirty (33629730) ordinary shares from Grupo Banistmo, S.A., representing one hundred per cent (100%) of such company's issued and outstanding ordinary shares;-------------------------------------------------------------------------------
---2. In view of the foregoing, by means of the merger agreement by absorption dated April 30,

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

**REPUBLIC OF PANAMA**
**NOTARIAL DOCUMENT**

[illegible seal]                    [emblem]

**5TH NOTARY**
**PANAMA**

| REPUBLIC OF PANAMA | | |
| --- | --- | --- |
| **9.29.08** | [emblem] | **B/0000400** |
| | | P 302 133 |

### PANAMA CIRCUIT FIFTH NOTARY

2007 and duly recorded on July 6, 2007 on File Card 456744, Digital Registry Document 1164672, in the Public Registry, Corporate Section, Grupo Banistmo, S.a. merged with HSBC BANK (PANAMA) S.A., the latter being the prevailing company and also having the shareholding control of PRIMER BANCO DEL ISTMO, S.A., who in turn has the shareholding control of the Absorbing Company;----------------------------------------------------
---3. HSBC Asia is the owner of one hundred per cent (100%) of the issued and outstanding ordinary shares of HSBC BANK (PANAMA) S.A., who, in turn, holds one hundred per cent (100%) of the Absorbed Company's issued and outstanding ordinary shares;--------------------
---4. As part of the plans to optimize HSBC Group's operations in Panama, HSBC Asia intends to merge the Absorbing Company with the Absorbed Company, which is hereby achieved;----
---5. The directors of each one of the Parties to this Agreement have decided, in respective Board meetings, to approve the merger of the Parties to the best interest of both companies.---
---6. This Agreement was approved by the shareholders of each one of the Parties in meetings held on August 7, 2008 (Absorbed Company) and August 7, 2008 (Absorbing Company).-----
In view of the foregoing, and in consideration of the mutual representations and agreements included herein, the Parties hereby agree as follows:----------------------------------------------------
**FIRST:** That the Absorbing Company and the Absorbed Company be and hereby are merged into one company, namely the Absorbing Company (BANISTMO SECURITIES, INC.), the latter being the prevailing company. As part of this merger, the name of the Absorbing Company (and prevailing one) shall change into HSBC SECURITIES (PANAMA), S.A., to become effective as of the moment when this Merger Agreement is finalized.--------------------
**SECOND:** That the legal consequence of this merger shall be the termination of the Absorbed Company (HSBC SECURITIES (PANAMA), S.A.), without implying the dissolution or liquidation of the Absorbed Company, nor the closure of its business or operations, which shall continue in the Absorbing Company as of the moment when this Merger Agreement is recorded

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

in the Public Registry of the Republic of Panama (hereinafter, the "Public Registry"). In this way, the Absorbing Company' identity, aims, powers, purposes and rights shall continue in such company without being affected by the merger, as well as the Absorbed Company's rights and obligations, which shall continue in the Absorbing Company without being affected by the merger. On the effective date of the merger (upon recording this Agreement in the Public Registry), and as a consequence thereof, all the Absorbing Company's assets and liabilities and all and each one of the Absorbed Company's other assets and interests shall be transferred to and be taken over by the Absorbing Company, and the Absorbed Company's directors and dignitaries shall execute all and any necessary and required documents to achieve the foregoing. Besides, the Absorbing Company and the Absorbed Company's directors and dignitaries agree to perform all the actions, or all the changes to this Agreement, which may be necessary or advisable to achieve the recording in the Public Registry of the Republic of Panama, or to safeguard the companies' rights.--------------------------------------------------------

--**THIRD:** As part of the merger, the Absorbing Company and the Absorbed Company's patrimonies shall become one. The Absorbed Company's only shareholder, HSBC BANK (PANAMA), S.A., shall receive from the Absorbing Company's only shareholder, PRIMER BANCO DEL ISTMO, S.A., as sole and complete compensation for its shares in the Absorbed Company, a consistent payment in NINETEEN (19) ordinary shares from the Absorbing Company. Upon recording this Agreement in the Public Registry, the ordinary shares from HSBC BANK (PANAMA), S.A. in the Absorbed Company shall disappear, and the latter shall continue as owner of the shareholding control of the Absorbing Company. Consequently, PRIMER BANCO DEL ISTMO, S.A. shall keep the remaining 981 shares from the Absorbed Company.------------------------------------------------------------------------------------------------

**FOURTH:** Section 1 of the Corporate Agreement (Articles of Incorporation) of the Absorbing Company shall be modified in order to become effective once the merger, purpose hereof, is finalized and shall include the following information:------------------------------------------------

--"1. The name of the company is: HSBC SECURITIES (PANAMA), S.A."--------------------

---**FIFTH:** The Parties hereby agree that, once the merger, purpose hereof, is finalized, the

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

**REPUBLIC OF PANAMA**
**NOTARIAL DOCUMENT**

[illegible seal]                    [emblem]        **5TH NOTARY**
                                                   **PANAMA**

| REPUBLIC OF PANAMA | | |
|---|---|---|
| **9.29.08** | [emblem] | **B/0000400** |
| | | P 302 133 |

**PANAMA CIRCUIT FIFTH NOTARY**

Absorbing Company's Directors and Dignitaries shall be as follows:------------------------------

--------------Ernesto Fernández---------------------------------Director and President----------------

--------------Alan Grieve-----------------------------------------Director and Vice-president---------

--------------Christopher Levy------------------------------------Director and Secretary---------------

--------------Alastair Bryce--------------------------------------Director and Deputy Secretary-----

--------------Fernando Barria Mock------------------------------Director and Treasurer--------------

**SIXTH:** All incidental expenses as a result of the merger shall be paid by the Absorbing Company, including notarial and recording fees.--------------------------------------------------------

-**SEVENTH:** The Parties agree to obtain all the required, corporate and governmental approvals before the recording of this Agreement in the Public Registry.--------------------------

-**EIGHTH:** From time to time, when and as requested by the Absorbing Company, or its successors or assignees, the Absorbed Company shall execute and deliver or have executed and delivered, all the deeds and other documents and shall carry out or have carried out all the additional actions that the Absorbing Company may deem necessary or advisable in order to confer and confirm more fully to the Absorbing Company the ownership and possession of all the properties, rights and interests detailed in the Second Clause hereof.---------------------------

-**NINTH:** This Agreement shall be recorded in the Public Registry together with the decisions by the Absorbing Company and Absorbed Company's shareholders and other applicable certificates and documents pursuant to corporate law.-------------------------------------------------

**TENTH:** A Special Power of Attorney is granted to the firm Morgan & Morgan to serve all the notifications before the necessary administrative and/or territorial authorities, to record this Agreement, and to take all the other necessary steps to achieve the purposes set forth herein.--

- In witness whereof, each one of the parties to this agreement has hereunto set their hands on August 7, 2008.--------------------------------------------------------------------------------------------

-ABSORBING COMPANY:----------------------------------------------------------------------------------

-BANISTMO SECURITIES, INC.---------------------------------------------------------------------------

-By: (Illegible Signature)------------------------------------------------------------------------------------

-Name: ALAN BLAIR GRIEVE------------------------------------------------------------------------------

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

-Position: VICE-PRESIDENT-------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------

-ABSORBED COMPANY:-----------------------------------------------------------------------------

-HSBC SECURITIES (PANAMA), S.A.---------------------------------------------------------------

-By: (Illegible Signature)-----------------------------------------------------------------------------

-Name: ERNESTO FERNANDES---------------------------------------------------------------------

-Position: PRESIDENT-----------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------

-**MINUTES OF THE EXTRAORDINARY MEETING OF SHAREHOLDERS FROM HSBC SECURITIES (PANAMA), S.A.** (the "Company")------------------------------------------

--In the City of Panama, Republic of Panama, at six p.m. (6:00 p.m.), on August 7, 2008, there was an extraordinary Meeting of Shareholders from the Company HSBC SECURITIES (PANAMA), S.A. at the Company's headquarters.------------------------------------------------------

-Mr. ERNESTO FERNANDES was Chairman of the meeting, and Mr. ALAN GRIEVE was Secretary, both being holders of the position.------------------------------------------------------

--The chairman of the meeting checked and stated that the company HSBC BANK (PANAMA), S.A., holder of one hundred per cent (100%) of the Company's issued and outstanding shares, was represented at the meeting by Mr. ALAN GRIEVE, Representative of the only shareholder, who waived the prior notice of meeting requirement.----------------------

--After having checked that there was the necessary quorum to hold the meeting, the Chairman announced that its purpose was to approve the Merger Agreement negotiated by the Company's President with the representatives of BANISTMO SECURITIES, INC.--------------------------

Upon a proposed and supported motion, the Company's only shareholder approved as follows:-

-----------------------------------------------IT IS DECIDED:-----------------------------------------------

-FIRST: To approve, as it is approved indeed, the Company's merger with BANISTMO SECURITIES, INC., pursuant to the terms of the Merger Agreement negotiated by the Company's President with the representatives of BANISTMO SECURITIES, INC., whereby the Company shall be absorbed by BANISTMO SECURITIES, INC.------------------------------

---SECOND: To authorize the Company's President to take all the necessary or convenient

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

**REPUBLIC OF PANAMA**
NOTARIAL DOCUMENT

[illegible seal]                [emblem]        **5TH NOTARY
PANAMA**

| REPUBLIC OF PANAMA |
|---|
| **9.29.08**    [emblem]  **B/0000400** |
| P 302 133 |

### PANAMA CIRCUIT FIFTH NOTARY

actions and steps to obtain the approval of the Merger Agreement and of the merger by any governmental entities, and to carry out any other actions that may be necessary or convenient to finalize the aforementioned merger.--------------------------------------------------------------

--THIRD: It has also been decided to authorize MORGAN & MORGAN to record before the Public Registry a copy of the Minutes of the Company's Meeting of Shareholders.--------------

--There being no further business to transact, the meeting was adjourned at six thirty p.m. (6:30 p.m.) on the same day.--------------------------------------------------------------------------

-----(Illegible Signature) ERNESTO FERNANDES, Chairman.-------------------------------------

------(Illegible Signature) ALAN GRIEVE, Secretary.------------------------------------------------

------There is a stamp that reads: I, DIOMEDES EDGARDO CERRUD. Panama Circuit Fifth Notary Public, holder of ID card No. 8-171-301---CERTIFY:-------That given the certainty of the identity of the individual(s) who signed this document, their signatures are authentic.---- Panama, August 8, 2008.-----(Illegible Signature) Mr. Diomedes Edgardo Cerrud, Fifth Notary Public.----------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

---**MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS FROM HSBC SECURITIES (PANAMA), S.A. (the "Company")**--------------------------------------------------

-----In the City of Panama, Republic of Panama, on August 7, 2008, there was a meeting of the Board of Directors from HSBC SECURITIES (PANAMA) S.A. at the Company's headquarters.----------------------------------------------------------------------------------------------

----All the Company's Directors were in attendance or duly represented: ERNESTO FERNANDES, ALASTAIR BRYCE, FERNANDO BARRIA and ALAN GRIEVE.-----------

---Mr. ERNESTO FERNANDES was Chairman of the meeting, and Mr. ALAN GRIEVE was Secretary, both being holders of the position.-------------------------------------------------------

---The Chairman announced that the purpose of the meeting was to submit the Merger Agreement by absorption with BANISTMO SECURITIES, INC. for the Board of Directors' consideration.------------------------------------------------------------------------------------------

----Upon a duly proposed, supported and *unanimously approved* motion:------------------------

-------------------------------------------IT WAS DECIDED:-------------------------------------------

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

--FIRST: To approve, as it is approved indeed, the Merger Agreement by absorption with BANISTMO SECURITIES, INC.------------------------------------------------------------------------

---SECOND: To authorize, as it is authorized indeed, the Company's President to call an Extraordinary General Meeting of Shareholders from the Company in order to submit the aforementioned Merger Agreement for their consideration.-------------------------------------------

---There being no further business to transact, the meeting was adjourned.-----------------------

------(Illegible Signature) ERNESTO FERNANDES, Chairman.-------------------------------------

------(Illegible Signature) ALAN GRIEVE, Secretary.--------------------------------------------

------There is a stamp that reads: I, DIOMEDES EDGARDO CERRUD. Panama Circuit Fifth Notary Public, holder of ID card No. 8-171-301---CERTIFY:-------That given the certainty of the identity of the individual(s) who signed this document, their signatures are authentic.----Panama, August 8, 2008.-----(Illegible Signature) Mr. Diomedes Edgardo Cerrud, Fifth Notary Public.---------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------

-----**MINUTES OF THE EXTRAORDINARY MEETING OF SHAREHOLDERS FROM BANISTMO SECURITIES, INC. (the "Company")**--------------------------------------

----In the City of Panama, Republic of Panama, at five p.m. (5:00 p.m.), on August 7, 2008, there was an extraordinary Meeting of Shareholders from the Company BANISTMO SECURITIES, INC. at the Company's headquarters.-------------------------------------------------

----Mr. ERNESTO FERNANDES was Chairman of the meeting, and Mr. JAIME ALEMAN was Secretary, both being holders of the position.---------------------------------------------------

----The Chairman of the meeting checked and stated that the PRIMER BANCO DEL ISTMO, S.A., holder of one hundred per cent (100%) of the Company's issued and outstanding shares, was in attendance or duly represented at the meeting by Mr. ALAN GRIEVE, Representative of the only shareholder, who waived the prior notice of meeting requirement.--------------------

----After having checked that there was the necessary quorum to hold the meeting, the Chairman announced that its purpose was to approve the Merger Agreement by absorption negotiated by the Company's Vice-President with the representatives of HSBC SECURITIES (PANAMA), S.A.-----------------------------------------------------------------------------------------

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

**REPUBLIC OF PANAMA**
NOTARIAL DOCUMENT

[illegible seal]                    [emblem]        **5TH NOTARY PANAMA**

| REPUBLIC OF PANAMA | | |
|---|---|---|
| **9.29.08** | [emblem] | **B/0000400** |
| | | P 302 133 |

## PANAMA CIRCUIT FIFTH NOTARY

Upon a proposed and supported motion, the Company's only shareholder approved as follows:-
---------------------------------------------IT IS DECIDED:---------------------------------------------
FIRST: To approve, as it is approved indeed, the Company's merger with HSBC SECURITIES (PANAMA), S.A., pursuant to the terms of the Merger Agreement negotiated by the Company's Vice-President with the representatives of HSBC SECURITIES (PANAMA), S.A., whereby the Company shall absorb HSBC SECURITIES (PANAMA), S.A.--------------
-SECOND: To authorize the Company's Vice-President, ALAN GRIEVE, to take all the necessary or convenient actions and steps to obtain the approval of the Merger Agreement and of the merger by any governmental entities competent in the Republic of Panama, and to carry out any other actions that may be necessary or convenient to finalize the aforementioned merger.------------------------------------------------------------------------------------------------------
---THIRD: To approve, as it is approved indeed, that, as of the moment when the merger mentioned in the previous point First is finalized, Article One (1) of the Company's Articles of Incorporation be modified, which hereinafter shall read as follows:------------"1. The name of the company is: HSBC SECURITIES (PANAMA), S.A."---------------------------------------
--FOURTH: To approve, as it is approved indeed, that, as of the moment when the merger mentioned in the previous point First is finalized, the following persons be appointed and ratified as the Company's Directors and Dignitaries:----------------------------------------------
------------------------------------------------------------------------------------------------------------
--------Ernesto Fernandes--------------------------------Director and President-----------------------
--------Alan Grieve---------------------------------------Director and Vice-president----------------
--------Christopher Levy---------------------------------Director and Secretary-----------------------
--------Alastair Bryce-------------------------------------Director and Deputy Secretary-------------
--------Fernando Barría Mock---------------------------Director and Treasurer----------------------
--FIFTH: It has also been decided to authorize MORGAN & MORGAN to record before the Public Registry a copy of the Minutes of the Company's Meeting of Shareholders.--------------
--There being no further business to transact, the meeting was adjourned at six p.m. (6:00 p.m.) on the same day.--------------------------------------------------------------------------------------

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

-----(Illegible Signature) ERNESTO FERNANDES, Chairman.--------------------------------------

-------(Illegible Signature) JAIME ALEMÁN HEALY, Secretary.-----------------------------------

------There is a stamp that reads: I, DIOMEDES EDGARDO CERRUD. Panama Circuit Fifth Notary Public, holder of ID card No. 8-171-301---CERTIFY:-------That given the certainty of the identity of the individual(s) who signed this document, their signatures are authentic.---- Panama, August 8, 2008.-----(Illegible Signature) Mr. Diomedes Edgardo Cerrud, Fifth Notary Public.---------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------------------

## MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS FROM BANISTMO SECURITIES, INC. (the "Company")-------------------------------------------------

In the City of Panama, Republic of Panama, on August 7, 2008, there was a meeting of the Board of Directors from BANISTMOSECURITIES, INC. at the Company's headquarters.----

---All the Company's Directors were in attendance or duly represented: ERNESTO FERNANDES, ALAN GRIEVE, CHRISTOPHER LEVY, JAIME ALEMAN and ALASTAIR BRYCE.----------------------------------------------------------------------------------

--Mr. ERNESTO FERNANDES was Chairman of the meeting, and Mr. JAIME ALEMAN was Secretary, both being holders of the position.-----------------------------------------------

---The Chairman announced that the purpose of the meeting was to submit the Merger Agreement by absorption with HSBC SECURITIES (PANAMA), S.A. for the Board of Directors' consideration, as well as to revoke a General Power of Attorney.---------------------

---Upon a duly proposed, supported and unanimously approved motion:-------------------------

-------------------------------------------IT WAS DECIDED:--------------------------------------------

---FIRST: To approve, as it is approved indeed, the Merger Agreement by absorption with HSBC SECURITIES (PANAMA), S.A.-----------------------------------------------------------

--SECOND: To authorize, as it is authorized indeed, the Company's President to call an Extraordinary General Meeting of Shareholders from the Company in order to submit the aforementioned Merger Agreement for their consideration.-------------------------------------------

-THIRD: To revoke, as it is revoked indeed, the General Power of Attorney granted to JOSEPH SALTERIO IBAÑEZ by means of a Meeting of the Board of Directors on November 1, 2007,

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

**REPUBLIC OF PANAMA**
NOTARIAL DOCUMENT

[illegible seal]                    [emblem]        **5ᵀᴴ NOTARY PANAMA**

| | | |
|---|---|---|
| REPUBLIC OF PANAMA | | |
| **9.29.08** | [emblem] | **B/0000400** |
| | | P 302 133 |

## PANAMA CIRCUIT FIFTH NOTARY

from the minutes of which, an extract was recorded by means of Public Deed No. 29389 dated November 27, 2007, by the Panama Circuit First Notary, duly recorded on File Card No. 349627, Digital Registry Document No. 1255257 of the Public Registry, Corporate Section, as of December 5, 2007.------------------------------------------------------------------------------------
----There being no further business to transact, the meeting was adjourned.----------------------
----(Illegible Signature) ERNESTO FERNANDES, Chairman.-------------------------------------
----(Illegible Signature) JAIME ALEMÁN HEALY, Secretary.-------------------------------------
---There is a stamp that reads: I, DIOMEDES EDGARDO CERRUD. Panama Circuit Fifth Notary Public, holder of ID card No. 8-171-301---CERTIFY:-------That given the certainty of the identity of the individual(s) who signed this document, their signatures are authentic.----Panama, August 8, 2008.-----(Illegible Signature) Mr. Diomedes Edgardo Cerrud, Fifth Notary Public.-----------------------------------------------------------------------------------------------------------
-----------------------------------------REPUBLIC OF PANAMA-------------------------------------
--------------------------SECURITIES AND EXCHANGE COMMISSION----------------------
-------------------------------------SEC DECISION No. 290-08---------------------------------------
--------------------------------------(Dated September 12, 2008)------------------------------------
-----------------------------The Securities and Exchange Commission--------------------------------
---------------------------------------Being legally capable and,---------------------------------------
--------------------------------------------WHEREAS--------------------------------------------------
--By means of SEC Decision No. 031-01 dated February 14, 2001, the Securities and Exchange Commission granted BANISTMO SECURITIES, INC., a License to operate as a Stock House pursuant to the provisions included in Decree-Law 1 dated July 8, 1999;-------------------------
--By means of SEC Decision No. 267-02 dated July 4, 2002, the Securities and Exchange Commission granted HSBC SECURITIES (PANAMA), S.A., a License to operate as a Stock House pursuant to the provisions included in Decree-Law 1 dated July 8, 1999;-----------------
--Pursuant to the provisions included in Section 54 of Agreement 2-2004, Stock Houses intending to enter into a merger agreement must request authorization from the Commission prior to carrying out such merger, as well as the cancellation of the license of the Stock House absorbed as a result of the merger;-------------------------------------------------------------------
--Under Section 56 of Agreement No. 2-2004, the Authorization request must include the
[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

following documents:------------------------------------------------------------------------------------

--------*1. "Power of Attorney and Request.*--------------------------------------------------------------

--------*2. Merger Agreement signed by the parties.*----------------------------------------------------

--------*3. Decisions by the General Board of Shareholders or competent body therefor, whereby the Merger Agreement is approved by both Stock Houses.*------------------------------------------------------

--------*4. Merger Plan including the details for the global asset and liability transfer proceeding from the absorbed Stock House to the absorbing Stock House, the terms and conditions for the performance of such transfer, as well as the proceeding for the transfer or liquidation, as appropriate, of the securities accounts or cash belonging to the clients of the absorbed House.*------------------------------------------------

--------*5. Notification format to be sent to investors, expressly indicating that the clients shall have the option to maintain their financial assets in accounts with the new Stock House, transfer such accounts to other Stock Houses or liquidate their holdings in securities and/or cash kept with the absorbed Stock House.*------------------------------------------------------------------------------------------------------

--------*6. Certificates issued by the Public Registry, issued within thirty (30) days prior to the date of submission of the merger authorization request.*------------------------------------------------------

--------*7. Updated House Business Plan of the absorbing House, pursuant to the provisions included in section 15 of this Agreement.*--------------------------------------------------------------------

--------*8. Copy of the income receipt corresponding to the cancellation fee of the absorbed Stock House's license as provided in Section 17 of Decree-Law 1 dated July 8, 1999."*------------------------------------------

---By means of the request statement submitted on August 8, 2008, the Special Representatives of BANISTMO SECURITIES, INC., and HSBC SECURITIES (PANAMA), S.A., have formally requested authorization from this Commission for the merger of these companies where HSBC SECURITIES (PANAMA), S.A. shall be absorbed by BANISTMO SECURITIES, INC., which shall be the prevailing company and shall change its name to HSBC SECURITIES (PANAMA) S.A.;--------------------------------

---BANISTMO SECURITIES, INC., and HSBC SECURITIES (PANAMA), S.A., have entered into a Merger Agreement by Absorption and, as a consequence of such agreement, the absorbed Company (HSBC SECURITIES (PANAMA), S.A.) is terminated, without necessarily implying the dissolution or liquidation of the Absorbed Company, nor the closure of its business or operations, which shall continue within the

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

**REPUBLIC OF PANAMA**
NOTARIAL DOCUMENT

[illegible seal]                    [emblem]

**5TH NOTARY PANAMA**

| REPUBLIC OF PANAMA | | |
|---|---|---|
| **9.29.08** | [emblem] | **B/0000400** |
| | | P 302 133 |

### PANAMA CIRCUIT FIFTH NOTARY

Absorbing Company (BANISTMO SECURITIES, INC.), as of the time of registration with the Public Registry; consequently, all the Absorbed Company's assets and liabilities and every and each one of the Absorbed Company's assets and interests shall be transferred to and taken over by the Absorbing Company;----The aforementioned request, as well as the documents supporting it, were analyzed by the Panamanian Stock Exchange and Intermediary Administration, as shown by the report included in the file dated August 2008, with no objections;-------------------------------------------------------------------- Upon the performance of the internal analyses corresponding to this Organization, this Securities and Exchange Commission considers that all the compulsory legal requirements for the Merger proceeding have been met; therefore,------------------------------------------------------------------------------------------- -----------------------------------------------------IT  DECIDES:-------------------------------------------------- ---**FIRST:** TO AUTHORIZE, as it is authorized indeed, the execution of the merger agreement between HSBC SECURITIES (PANAMA), S.A. and BANISTMO SECURITIES, INC., as well as the suspension of the authorization to operate granted to HSBC SECURITIES (PANAMA), S.A., authorized under Stock House License granted by the Securities and Exchange Commission by means of SEC Decision No. 267-02 dated July 4, 2002.------------------------------------------------------------------------------------------------- ---**SECOND:** TO WARN, as it is warned indeed, HSBC SECURITIES (PANAMA), S.A., that the authorization to operate as a Stock House is suspended and, consequently, HSBC SECURITIES (PANAMA) S.A. is limited to what is strictly necessary to carry out the Merger Proceeding.----------------- ---**THIRD:** TO WARN BANISTMO SECURITIES, INC. that this Decision must be published by the Stock House in a Nationwide Circulation newspaper for three (3) consecutive days in the Economic and Financial Information Section or in the National Information Section and with enough relevance.----------------------- ---**FOURTH:** TO WARN BANISTMO SECURITIES, INC. that, within ten (10) calendar days after the publication of this Decision, it shall send each investor or creditor a notification of the merger whereby it expresses that they shall have the option to maintain their financial assets in accounts with the absorbing Stock House, transfer such accounts to other Houses or liquidate their holding in securities and/or cash kept with the absorbed Stock House.-------------------------------------------------------------------------------

[watermark expression behind the text:] **Copy for informative purposes only**

[illegible background text]

---**FIFTH:** TO WARN BANISTMO SECURITIES, INC. that such merger notification shall be published at least once (1) in a Nationwide Circulation newspaper.--------------------------------------------------------

---**SIXTH:** TO WARN BANISTMO SECURITIES, INC. that, once the merger proceeding is completed, the absorbed Stock House shall issue a Final Report of the state of the merger together with a balance sheet prepared by an Certified Public Accountant, which shall be assessed by the Commission.---------------------

---**SEVENTH:** TO WARN BANISTMO SECURITIES, INC. that, against this Decision, a Reconsideration Appeal could be filed within five (5) working days after the date of notification.-------------------------------

---**LEGAL GROUNDS:** Decree-Law 1 dated July 8, 1999 and Agreement No. 2-2004 dated April 30, 2004---------------------------------------------------------------------------------------------------------------------

---------------------**MAY IT BE NOTIFIED, PUBLISHED AND COMPLIED WITH**--------------------

---(Illegible Signature) Juan Manuel Martans S., President Commissioner.----------------------------------------

(Illegible Signature) Yolanda G. Real S., Temporary VP Commissioner.---------------------------------------

-(Illegible Signature) Rosaura González Marcos, Temporary Commissioner.-------------------------------------

-There is a note that reads:--------NOTIFIED BY REQUEST STATEMENT ON 9/15/08---------------------

-There is a stamp that reads:-----REPUBLIC OF PANAMA------SECURITIES AND EXCHANGE COMMISSION-----------IT IS AN AUTHENTIC COPY OF ITS ORIGINAL--------------------------------

PANAMA, SEPTEMBER 17, 2008--------------ILLEGIBLE SIGNATURE------------------------------------

This copy I issue and set my hand and seal on in the City of Panama, Republic of Panama, on September 26, 2008, *matches* its original.-------------------------------------------------------------------------------------

[illegible stamp]                                        [signature]

**Mr. Diomedes Edgardo Cerrud**

Fifth Notary Public

[watermark expression behind the text:] **Copy for informative purposes only**

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- Notaria Quinta del Circuito Escritura Pública No. 19-704, dated September 26, 2008

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li

# Exhibit 27a

Ficha      349627                                    Lic. David Polo
Rollo      61540                                                        2232-1024
Imagen     11
20 Agosto 1998                                              REGISTRAR

## REPÚBLICA DE PANAMÁ
### PROVINCIA DE PANAMA

## NOTARIA PRIMERA DEL CIRCUITO DE PANAMA

### Licdo. Luis Fraiz Docabo

Teléfonos:  264-3585                OBARRIO                  Apartado: 0819-12727
            264-8927          AVE. SAMUEL LEWIS          El Dorado, Panamá, Rep. de Panamá
Fax:        264-8047           EDIF. OLIVELLA
                               PLANTA ALTA

**COPIA**

**ESCRITURA** No. 19,506 DE 25 DE oct. DE 20 13

POR LA CUAL

SE PROTOCOLIZA UN CERTIFICADO DE REFORMA DE LA
SOCIEDAD ANÓNIMA DENOMINADA HSBC SECURITIES
(PANAMA), S.A., DONDE CONSTA LA REFORMA AL PUNTO UNO
(1) DEL PACTO SOCIAL.

Registro Público de Panamá
Departamento del Diario
Sección de Ingreso de Documentos
Cantidad de Papel Habilitado:
Paz y Salvo de Inmueble:  Original    Copia
Paz y Salvo de IDAAN:     Original    Copia
Tasa Única:               Original    Copia
Plano de Lote:            Original    Copia
Fecha y Nombre: 25/10/13

130018472-8

ARIAS, FABREGA & FABREGA
Raúl Rumbo
8-382-61

REPÚBLICA DE PANAMÁ
PAPEL NOTARIAL
REPÚBLICA DE PANAMÁ



NOTARIA PRIMERA DEL CIRCUITO DE PANAMÁ

ESCRITURA PÚBLICA NÚMERO DIECINUEVE MIL QUINIENTOS SEIS------------

----------------------------(19,506)-----------------------------

POR LA CUAL SE PROTOCOLIZA UN CERTIFICADO DE REFORMA DE LA SOCIEDAD

ANÓNIMA DENOMINADA HSBC SECURITIES (PANAMA), S.A., DONDE CONSTA LA

REFORMA AL PUNTO UNO (1) DEL PACTO SOCIAL.------------------------

-------------------------Panamá, 25 de octubre de 2013.----------

-----------------------------------------------------------------

En la ciudad de Panamá, Capital de la República y Cabecera del

Circuito Notarial del mismo nombre, a los veinticinco (25) días del

mes de octubre del año dos mil trece (2013), ante mí, Licenciado

LUIS FRAIZ DOCABO, Notario Público Primero del Circuito de Panamá,

con cédula de identidad personal número Ocho-Trescientos once-

Setecientos treinta y cuatro (8-311-734), compareció personalmente

el Doctor FERNANDO ANTONIO ARIAS, varón, mayor de edad, soltero,

abogado, panameño, vecino de esta ciudad, portador de la cédula de

identidad personal número Ocho-Doscientos ocho-Cuatrocientos tres

(8-208-403), a quien conozco, en su carácter de Representante Legal

de la sociedad de abogados ARIAS, FABREGA & FABREGA, la cual es

Agente Residente de la sociedad anónima denominada HSBC SECURITIES

(PANAMA), S.A., inscrita en el Registro Público, Sección de

Mercantil, a Ficha trescientos cuarenta y nueve mil seiscientos

veintisiete (349627), Rollo sesenta y un mil quinientos cuarenta

(61540), Imagen once (11) el veinte (20) de agosto de mil

novecientos noventa y ocho (1998), y me entregó para su

protocolización, como en efecto protocolizo, un documento que

contiene un Certificado de Reforma de la sociedad anónima denominada

HSBC SECURITIES (PANAMA), S.A., donde consta la reforma al Punto Uno

(1) del Pacto Social. ---- El contenido del mencionado documento se

transcribe en copia de este Instrumento. ---- Esta Acta ha sido

refrendada por el Licenciado Ricardo Manuel Arango, abogado en

Nº 205465

ejercicio. ---- El Notario hace constar que el Certificado de

Reforma lleva estampado el sello de la Superintendencia del Mercado

de Valores que lee así: REPÚBLICA DE PANAMÁ - SUPERINTENDENCIA DEL

MERCADO DE VALORES - Se autoriza la autorización y posterior

inscripción del presente documento en el Registro Público de Panamá,

con fundamento en los numerales doce (12) y veintisiete (27) del

Artículo veintisiete (27) de la Ley número sesenta y siete (No.67)

de primero (1ero) de septiembre de dos mil once (2011) que modifica

el Decreto Ley número (No.1) de mil novecientos noventa y nueve

(1999), así como en el Artículo veintiséis (26) del mencionado

Decreto ley tal y como fuera adicionado. - Fecha: veinticuatro (24)

de octubre de dos mil trece (2013) - (Fdo.) Alejandro Abood Alfaro--

Habiéndosele leído a) compareciente esta Escritura en presencia de

los testigos instrumentales, señores DAVID ALVEO con cédula de

identidad    personal    número    Ocho-Setecientos    diecinueve-Mil

cuatrocientos diez (8-719-1410) y CLAUDIA GARCÍA con cédula de

identidad personal número Ocho-Cuatrocientos noventa y uno-Setenta y

cinco (8-491-75), mayores de edad, vecinos de esta ciudad, a quienes

conozco y son hábiles para el cargo, la encontraron todos conforme,

le impartieron su aprobación y la firman todos ante mí para

constancia, el Notario que doy fe. ---- ESTA ESCRITURA LLEVA EL

NÚMERO DIECINUEVE MIL QUINIENTOS SEIS-------------------------------

----------------------------------(19,506)--------------------------

(Fdos.) FERNANDO ANTONIO ARIAS -- DAVID ALVEO -- CLAUDIA GARCÍA --

Licenciado LUIS FRAIZ DOCABO, Notario Público Primero del Circuito

de Panamá.---------------------------------------------------------

----------------------Certificado de Reforma-----------------------

--------------------HSBC SECURITIES (PANAMA), S.A.-----------------

Los suscritos, Rafael Moscarella y Andrew Prosser, Presidente y

Secretario, respectivamente, de HSBC SECURITIES (PANAMA) S.A. (la



REPUBLICA DE PANAMA
PAPEL NOTARIAL





800

NOTARIA PRIMERA DEL CIRCUITO DE PANAMA

"Sociedad") una sociedad anónima organizada de conformidad con las leyes de la República de Panamá, por este medio certificamos:-------

1.    Que el día 21 de octubre de 2013 se celebró una reunión extraordinaria de la Junta de Accionistas de la Sociedad en la ciudad de Panamá en la cual estuvieron representados los tenedores de la totalidad de las acciones emitidas y en circulación de la Sociedad, quienes renunciaron a la convocatoria, habiendo el quórum reglamentario;------------------------------------------------

2.    Que Rafael Moscarella, Presidente de la Sociedad, actuó como Presidente de la reunión y Andrew Prosser, Secretario de la Sociedad, actuó como Secretario de la reunión; ------------------

3.    Que en dicha reunión, a moción debidamente propuesta, secundada y aprobada por unanimidad, se resolvió lo siguiente:----------------

RESUÉLVASE; reformar, como en efecto se reforma, el pacto social de la Sociedad de manera que a partir de la inscripción del correspondiente Certificado de Reforma en el Registro Público, el punto uno de dicho pacto social lea así:--------------------------

1.    El nombre de la sociedad es Securities Banistmo S.A.-----------

RESUÉLVASE ADEMÁS; autorizar, como en efecto se autoriza e instruye, al Presidente y al Secretario para otorgar un Certificado de Reforma respecto de la reforma al pacto social de la Sociedad de que trata la resolución que antecede y hacerlo inscribir en el Registro Público de Panamá.-------------------------------------------------

RESUÉLVASE ADEMÁS; Autorizar, como en efecto se autoriza, a la Licenciada ADRIANA IVONNE HERRERA NOVEY, mujer, panameña, mayor de edad, soltera, abogada en ejercicio, vecina de esta ciudad, con cédula de identidad personal número ocho - setecientos doce - novecientos treinta y cinco (8-712-935), y/o a la firma forense ARIAS, FÁBREGA & FÁBREGA para que comparezca ante la Superintendencia de Mercado de Valores, a fin de solicitar

Nº 205466

autorización para protocolizar el Certificado de Reforma, al igual que para comparecer ante Notario para efectos de protocolizar el Certificado de Reforma y posteriormente inscribirlo en el Registro Público de Panamá. -------------------------------------------------

4.    Que por este medio se reforma el punto uno del pacto social de la Sociedad de manera que a partir de la inscripción del presente instrumento en el Registro Público lea así: ------------------------

1.    El nombre de la sociedad es Securities Banistmo S.A.-----------

5.    Que hemos sido autorizados para otorgar el presente certificado de reforma al pacto social, por medio de resolución adoptada por los tenedores de todas las acciones emitidas y en circulación de la Sociedad.------------------------------------------------------------

Fecha: 21 de octubre de 2013 ---------------------------------------

(Fdo.) **Rafael Moscarella - Presidente** --- (Fdo.) **Andrew Prosser - Secretario**-----------------------------------------------------------

A continuación sello estampado que lee así: REPÚBLICA DE PANAMÁ - SUPERINTENDENCIA DEL MERCADO DE VALORES – Se autoriza la autorización y posterior inscripción del presente documento en el Registro Público de Panamá, con fundamento en los numerales doce (12) y veintisiete (27) del Artículo veintisiete (27) de la Ley número sesenta y siete (No.67) de primero (1ero) de septiembre de dos mil once (2011) que modifica el Decreto Ley número (No.1) de mil novecientos noventa y nueve (1999), así como en el Artículo veintiséis (26) del mencionado Decreto ley tal y como fuera adicionado. - Fecha: veinticuatro (24) de octubre de dos mil trece (2013) - (Fdo.) Alejandro Abood Alfaro-----------------------------------

Concuerda con su original esta copia que expido, sello y firmo en la ciudad de Panamá, República de Panamá, a los veinticinco (25) días del mes de octubre de dos mil trece (2013).------------------------



REPUBLICA DE PANAMA
PAPEL NOTARIAL

11.10.13     8.00

NOTARIA PRIMERA DEL CIRCUITO DE PANAMA

INGRESADO EN EL REGISTRO PÚBLICO DE PANAMÁ

Provincia: Panamá        Fecha y Hora: 2013/Oct/25   16:27:16:5

Tomo: 2013               Asiento: 212681

Presentante: RAUL RUMBO      Cedula: 8-382-61

Liquidación No.: 00001300186752    Total Derechos:    65.00

Ingresado Por: IRMEFA03         Sello Por: LUAR

*Esmeralda Peñaloza*

Jefe de Ingreso de Documentos
y Control de Calidad



# Exhibit 27b

File Card  349627

Roll        61540

Image      11

August 20, 1998

2013OCT25 [illegible]

Mr. David Polo

2232-1024

[emblem]

RECORD

**REPUBLIC OF PANAMA**

**PROVINCE OF PANAMA**

**PANAMA CIRCUIT FIRST NOTARY**

212681/2013

*Mr. Luís Fraíz Docabo*

[illegible]

Phone No.:  264-3585

264-8927

Fax:        264-8047

OBARRIO
AVE. SAMUEL LEWIS
EDIF. OLIVELLA
PLANTA ALTA

P.O.B.: 0819-12727
El Dorado, Panamá, Rep. de Panamá

[illegible stamp
and signature]

**DEED
COPY**    No.    19506    DATED    OCTOBER    25,    2013

WHEREBY

A CERTIFICATE OF THE AMENDMENT TO THE CORPORATION CALLED HSBC
SECURITIES (PANAMA), S.A., INCLUDING THE AMENDMENT TO ITEM ONE
(1) OF THE ARTICLES OF INCORPORATION, IS RECORDED.

**[illegible]
Official Record
Reception Desk**

| | |
|---|---|
| Amount of Authorized Paper: | 1 |
| Tax Payment Certificate of the Property: | Original _____ Copy _____ |
| Tax Payment Certificate of the IDAAN: | Original _____ Copy _____ |
| Flat Rate: | Original _____ Copy _____ |
| Plot Plan: | Original _____ Copy _____ |
| Date and Name: | 10/25/13    [illegible] |
| | 1300184752-2 |

**ARIAS, FÁBREGA & FÁBREGA**

**Raúl Rumbo
B-382-61**

*Paid*

*amendment*

**ARIAS, FÁBREGA & FÁBREGA**

65
300

[stamp:] **PANAMA CIRCUIT FIRST NOTARY. PANAMA, REPUBLIC OF PANAMA** [emblem]

[illegible background text]

**REPUBLIC OF PANAMA**
**NOTARIAL DOCUMENT**

[emblem]

| |
|---|
| **REPUBLIC OF PANAMA** |
| **10.11.13**  [emblem]  **800** |
| [illegible] |

## PANAMA CIRCUIT FIRST NOTARY

PUBLIC DEED NO. NINETEEN THOUSAND FIVE HUNDRED SIX----------------------------------------------------------------------(19506)-----------------------------------------------------

**WHEREBY A CERTIFICATE OF THE AMENDMENT TO THE CORPORATION CALLED HSBC SECURITIES (PANAMA), S.A., INCLUDING THE AMENDMENT TO ITEM ONE (1) OF THE ARTICLES OF INCORPORATION, IS RECORDED.------------------------------------------------**Panama, October 25, 2013.--------------------------------------------------------------------------------------------------------------------------------------------

In the City of Panama, Capital City of the Republic of Panama and Head of the Notarial Circuit named in the same way, on October 25, 2013, before me, Mr. LUIS FRAIZ DOCABO, First Notary Public of the Panama Circuit, holder of ID card No. eight - three hundred eleven - seven hundred thirty-four (8-311-734), personally appeared Mr. **FERNANDO ANTONIO ARIAS**, male, of legal age, single, attorney, Panamanian, resident in this city, holder of ID card No. eight – two hundred eight – four hundred three (8-208-403), who I know, in his capacity as Legal Representative of law firm **ARIAS, FABREGA & FABREGA**, which is the Registered Agent of the corporation called **HSBC SECURITIES (PANAMA), S.A.**, registered in the Public Registry, Corporate Section, on File Card three hundred forty-nine thousand six hundred twenty-seven (349627), Roll sixty-one thousand five hundred forty (61540), Image eleven (11), on August 20, 1998, and delivered to me, for its recording, as it is recorded indeed, a document containing the Certificate of Amendment to the corporation called **HSBC SECURITIES (PANAMA), S.A.**, including the amendment to Item One (1) of the Articles of Incorporation. ---- The contents of the aforementioned document are transcribed in a copy hereof. ---- This Certificate has been endorsed by Mr. Ricardo Manuel Arango, practicing attorney. ---- The

**No. 205465**

[illegible background text]

Notary states that the Certificate of Amendment is sealed with the stamp of the Superintendence of Securities Market that reads as follows: REPUBLIC OF PANAMA – SUPERINTENDENCE OF SECURITIES MARKET – The authorization and subsequent recording of this document in the Public Registry of Panama is authorized based on items twelve (12) and twenty-seven (27) of Section twenty-seven (27) of Act No. sixty-seven (67) dated September 1, 2011 amending Decree-Law No. 1 from 1999, as well as Section twenty-six (26) of the aforementioned Decree-Law, as supplemented. - Date: October twenty-four (24) of two thousand thirteen (2013) – (Signature) Alejandro Abood Alfaro -- Having read to the appearing parties the contents of this Deed in the presence of attesting witnesses, Mr. DAVID ALVEO, holder of ID card No. eight - seven hundred nineteen - one thousand four hundred ten (8-719-1410) and Ms. CLAUDIA GARCÍA, holder of ID card No. eight - four hundred ninety-one - seventy-five (8-491-75), both of legal age, residents in this city, who I know and who are legally capable for this act, and who have seen, approved and signed this document before me, the Notary, who attests. ---- THIS DEED IS RECORDED UNDER NO. NINETEEN THOUSAND FIVE HUNDRED SIX-------------------------------------------
--------------------------------------------------------------------------------------------------------
-----------------------(19506)-------------------------------------------------        (Signatures)
FERNANDO ANTONIO ARIAS -- DAVID ALVEO -- CLAUDIA GARCÍA -- Mr. LUIS FRAIZ DOCABO, First Notary Public of the Panama Circuit.------------------------------------
---------------------------Certificate of Amendment---------------------------------------------------
------------------HSBC    SECURITIES    (PANAMA),    S.A.----------------------------The undersigned, Rafael Moscarella and Andrew Prosser, President and Secretary, respectively, of HSBC SECURITIES (PANAMA) S.A. (the "Company"), a corporation

[stamp:] **PANAMA CIRCUIT FIRST NOTARY.
PANAMA, REPUBLIC OF PANAMA** [emblem]

[illegible background text]

**REPUBLIC OF PANAMA**
**NOTARIAL DOCUMENT**

[emblem]

| REPUBLIC OF PANAMA |
|---|
| **10.11.13**  [emblem]  **800** |
| [illegible] |

# PANAMA CIRCUIT FIRST NOTARY

organized in accordance with the laws of the Republic of Panama, hereby certify:------------

1. That, on October 21, 2013, an extraordinary Meeting of Shareholders from the Company was held in the City of Panama, where the shareholders of 100% of the Company's issued and outstanding shares were represented, who waived the prior notice of meeting requirement, there being the statutory quorum;-------------------------------------------------------

2. That Rafael Moscarella, President of the Company, was the Chairman of the meeting and Andrew Prosser, Secretary of the Company, was the Secretary of the meeting;----------------

3. That, in such meeting, by means of a duly proposed and unanimously supported and approved motion, the following was decided:--------------------------------------------------------

IT IS DECIDED: to amend, as it is amended indeed, the Articles of Incorporation of the Company so that, as of the recording of the corresponding Certificate of Amendment in the Public Registry, item one of such Articles of Incorporation reads as follows:------------------

1. The name of the company is Securities Banistmo S.A.-------------------------------------------

IT IS FURTHER DECIDED: to authorize, as it is authorized and instructed indeed, the President and the Secretary to execute a Certificate of Amendment regarding the amendment to the Articles of Incorporation of the Company subject matter of the foregoing decision and to have it recorded in the Public Registry of Panama.-------------------------------------------------

IT IS FUERTHER DECIDED: to authorize, as it is authorized indeed, Ms. ADRIANA IVONNE HERRERA NOVEY, female, Panamanian, of legal age, single, practicing attorney, resident in this city, holder of ID card No. eight – seven hundred twelve – nine hundred thirty-five (8-712-935), and/or law firm ARIAS, FÁBREGA & FÁBREGA to appear before the Superintendence of Securities Market, in order to request the authorization to record the

**No. 205466**

[illegible background text]

Certificate of Amendment, as well as to appear before a Notary for the purposes of recording the Certificate of Amendment and, subsequently, registering it in the Public Registry of Panama.-------------------------------------------------------------------------------------------------

4. That item one of the Articles of Incorporation of the Company is hereby amended so that, as of the recording of this document in the Public Registry, it reads as follows:----------------

1. The name of the company is Securities Banistmo S.A.-------------------------------------------

5. That we have been authorized to execute this certificate of amendment to the Articles of Incorporation, by means of a decision reached by the shareholders of 100% of the Company's issued and outstanding shares.---------------------------------------------------------------------

Date: October 21, 2013----------------------------------------------------------------------------------

(Signature) Rafael Moscarella – President --- (Signature) Andrew Prosser – Secretary--------

There appears below a sealed stamp that reads as follows: REPUBLIC OF PANAMA – SUPERINTENDENCE OF SECURITIES MARKET – The authorization and subsequent recording of this document in the Public Registry of Panama is authorized based on items twelve (12) and twenty-seven (27) of Section twenty-seven (27) of Act No. sixty-seven (67) dated September 1, 2011 amending Decree-Law No. 1 from 1999, as well as Section twenty-six (26) of the aforementioned Decree-Law, as supplemented. - Date: October twenty-four (24) of two thousand thirteen (2013) – (Signature) Alejandro Abood Alfaro-------------- This copy I issue and set my hand and seal on in the City of Panama, Republic of Panama, on October twenty-five (25) of two thousand thirteen (2013) *matches* its original.----------------

[stamp:] FIRST NOTARY OF THE PANAMA CIRCUIT [emblem] PANAMA, REPUBLIC OF PANAMA

[signature] Mr. Luis Fraiz Docabo. FIRST NOTARY PUBLIC

[stamp:] **PANAMA CIRCUIT FIRST NOTARY.**
**PANAMA, REPUBLIC OF PANAMA** [emblem]

[illegible background text]

**REPUBLIC OF PANAMA**
**NOTARIAL DOCUMENT**

[emblem]

---

**REPUBLIC OF PANAMA**

**10.11.13**   [emblem]  **800**

[illegible]

---

**PANAMA CIRCUIT FIRST NOTARY**

RECORDED IN THE PUBLIC REGISTRY OF PANAMA

| | | | |
|---|---|---|---|
| Province:  Panama | | Date and Time: | 2013/Oct/25    16:27:16:5 |
| Volume No.:2013 | | Entry No.: 212681 | |
| Submitting Party:    RAUL RUMBO | | ID card No.: | 8-382-61 |
| Liquidation No.: 00001300186752 | | Fees Total: | 65.00 |
| Recorded by:    IRMEPA03 | | Sealed by: LOAR | |

*Esmeralda Peñaloza*

Head of Recording of Documents
and Quality Control

[stamp:] REPUBLIC OF PANAMA [emblem] [illegible]

**No. 205468**

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- Notaria Primera del Circuito de Panama Escritura Pública No. 19-506, dated October 25, 2013

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li

# Exhibit 28a

REPÚBLICA DE PANAMÁ
**SUPERINTENDENCIA DEL MERCADO DE VALORES**

RESOLUCIÓN No  SMV- *44-17*

De  *01*  de *Febrero*  de 2017.

La Superintendencia del Mercado de Valores
en uso de sus facultades legales, y

**CONSIDERANDO:**

Que el Artículo 14 del Texto Único del Decreto Ley No. 1 de 1999 y sus modificaciones, atribuye al Superintendente del Mercado de Valores la facultad de cancelar licencias cuyo otorgamiento está a cargo de la Superintendencia del Mercado de Valores, con arreglo a lo dispuesto en la Ley del Mercado de Valores;

Que el Capítulo Cuarto del Acuerdo No.2-2011, establece el procedimiento que una Casa de Valores debe seguir cuando se celebra un Convenio de Fusión;

Que mediante Resolución No. CNV-031-01 de 14 de febrero de 2001, la Superintendencia del Mercado de Valores resolvió expedir Licencia de Casa de Valores a **Securities Banistmo, S.A.**, sociedad anónima organizada y existente de conformidad con las leyes de la República de Panamá, debidamente inscrita en el Folio No.349627 de la Sección Mercantil del Registro Público;

Que posterior a la aprobación del cambio de control accionario, se autorizó mediante Resolución No. SMV-639-16 de 13 de septiembre de 2016, la celebración del convenio de fusión entre **Securities Banistmo, S.A., y Valores Bancolombia Panamá, S.A.;**

Que el artículo 38 del Acuerdo No.2-2011 indica que, una vez terminado el procedimiento de fusión la Casa de Valores absorbida emitirá un informe final del estado de la fusión acompañado de un balance de cierre preparado por un contador público autorizado los cuales deberán ser presentados a la Comisión hoy Superintendencia de Mercado de Valores dentro de un período máximo de tres (3) meses después de concluido el procedimiento de fusión;

Que mediante nota fechada 13 de diciembre de 2016, los abogados de la sociedad, remiten a la Superintendencia del Mercado de Valores, Informe final del Estado de la fusión y el Balance General Consolidado de **Valores Banistmo, S.A.** y subsidiarias;

Que luego de revisada la documentación presentada conforme con todos los requisitos contenidos en la Ley del Mercado de Valores, esta Superintendencia del Mercado de Valores procede a Cancelar de Licencia de Casa de Valores a Securities Banistmo, S.A., otorgada mediante Resolución CNV No.031-01 de 14 de febrero de 2001, tal como lo indica el artículo 38 del Acuerdo No.2-2011;

Que la Dirección de Administración y Finanzas, informó que Securities Banistmo, S.A., titular de la Licencia de Casa de Valores otorgada por la Resolución CNV No.031-01 de 14 de febrero de 2001, se encuentra paz y salvo con esta entidad;

Que una vez ponderados los considerandos anteriores, la Superintendencia del Mercado de Valores estima procedente resolver de conformidad;

Por lo anteriormente expuesto, esta Superintendencia del Mercado de Valores,

**RESUELVE:**

**Primero: CANCELAR** la Licencia de Casa de Valores otorgada a **Securities Banistmo, S.A.**, mediante Resolución CNV No. 031-01 de 14 de febrero de 2001, sociedad anónima constituida bajo las leyes de la República de Panamá, inscrita a Folio No.349627 de la Sección Mercantil del Registro Público.

Pág.No.2
Resolución No. SMV-*44-17*
De *01* de *Febrero* de 2017.

**Segundo: ADVERTIR** a la sociedad **Securities Banistmo, S.A.** que desde la fecha de notificación de esta Resolución no pueden desarrollar las actividades propias de una Casa de Valores.

**Tercero: ADVERTIR** a la parte interesada que contra la presente Resolución cabe el Recurso de Reconsideración el cual deberá ser interpuesto dentro de los cinco (5) días hábiles siguientes a la fecha de la notificación de la presente Resolución y/o Apelación, ante la Junta Directiva de la Superintendencia del Mercado de Valores, el cual deberá ser interpuesto dentro de los cinco (5) días hábiles siguientes a la fecha de notificación de la Resolución correspondiente.

**Fundamento de Derecho:** Texto Único del Decreto Ley No. 1 de 1999 y sus Modificaciones, y Acuerdo No.2-2011 de 1 de abril de 2011 y sus modificaciones.

## NOTIFÍQUESE, PUBLÍQUESE  Y CÚMPLASE

**Marelissa Quintero de Stanziola**
Superintendente

/Ggm

REPUBLICA DE PANAMA

A los _____ días del mes de _____

de dos mil _____

a las _____ m, notifiqué

al señor(a) _____

_____

que antecede

El notificado(a),

_____

Notificado mediante memorial fechado 3 febrero de 2017, hoy 7 de febrero de 2017, a las 10:05 AM.

**SEÑORES DE LA SUPERINTENDENCIA DE MERCADO DE VALORES:**

Nosotros, ARIAS, FÁBREGA & FÁBREGA, sociedad de abogados, con oficinas ubicadas en PH ARIFA, Piso 9 y 10, Boulevard Oeste, Santa María Business District, de esta ciudad, concurrimos ante su despacho, en nombre y representación de Securities Banistmo S.A., con el fin de notificarnos de la Resolución SMV.44-17 de 01 de febrero de 2017, y a la vez, darle autorización a Moisés Arauz, con cédula No. 8-893-1171, para tales efectos y retirar dicha resolución.

Panamá, 3 de febrero de 2017.

ARIAS, FÁBREGA & FÁBREGA

Nombre: Estif Aparicio
Cédula: 8-343-871

Yo, Licdo. ROBERTO R. ROJAS C., Notario Público Primero del Circuito de
Panamá, con Cédula No 4-100-1144.

CERTIFICO:

Que dada la certeza de la identidad del (los) sujeto (s) que firmó (firmaron)
el presente documento, su (s) firma (s) es (son) auténtica (s).

Panamá, _____ 07 FEB 2017

TESTIGO                    TESTIGO

Licdo. ROBERTO R. ROJAS C.
Notario Público Primero del Circuito de Panamá

SUPERINTENDENCIA DEL MERCADO DE VALORES

Recibido hoy 7 febrero d 2017

Hora: 10:05 (am)       pm

# Exhibit 28b

REPUBLIC OF PANAMA
**SUPERINTENDENCE OF SECURITIES MARKET**

**DECISION No. SMV-44-17**
**Dated February 1, 2017.**

The Superintendence of Securities Market
being legally capable, and

**WHEREAS:**

Section 14 of the Consolidated Text of Decree-Law No. 1 from 1999 and its amendments give the Superintendent of Securities Market the power to cancel licenses, the granting of which is in charge of the Superintendence of Securities Market, in accordance with the provisions included in the Securities Market Act;

Chapter Four of Agreement No. 2-2011, sets forth the proceeding that a Stock House must follow when entering into a Merger Agreement;

By means of Decision No. CNV-031-01 dated February 14, 2001, the Superintendence of Securities Market decided to issue a Stock House License for **Securities Banistmo, S.A.**, a corporation organized and operating in accordance with the laws of the Republic of Panama, duly registered in Folio No. 349627 of the Public Registry, Corporate Section;

Upon the approval of the change of shareholding control, the execution of the merger agreement between **Securities Banistmo, S.A.** and **Valores Bancolombia Panamá, S.A.** was authorized by means of Decision No. SMV-639-16 dated September 13, 2016;

Section 38 of Agreement No. 2-2011 states that, once the merger proceeding is over, the absorbed Stock House shall issue a final report of the merger status together with a closing balance sheet prepared by a Certified Public Accountant, which shall be submitted to the Commission, currently the Superintendence of Securities Market, within a term of no longer than three (3) months as of the conclusion of the merger proceeding;

By means of a note dated December 13, 2016, the company's attorneys, send the Superintendence of Securities Market, the final report of the merger status and the Consolidated Balance Sheet belonging to **Valores Banistmo, S.A.** and subsidiaries;

Upon the revision of the documentation submitted pursuant to all the requirements included in the Securities Market Act, this Superintendence of Securities Market proceeds to cancel the Stock House License held by Securities Banistmo, S.A., granted by means of SEC Decision No. 031-01 dated February 14, 2001, as stated in section 38 of Agreement No. 2-2011;

The Administration and Finance Department informed that Securities Banistmo, S.A., holder of the Stock House License granted by SEC Decision No. 031-01 dated February 14, 2001, is in good standing with this entity;

In witness whereof, the Superintendence of Securities Market deems it appropriate to decide;

In view of the foregoing, this Superintendence of Securities Market

**DECIDES:**

**First: TO CANCEL** the Stock House License granted to **Securities Banistmo, S.A.** by means of SEC Decision No. 031-01 dated February 14, 2001, a corporation established under the laws of the Republic of Panama, registered in Folio No. 349627 of the Public Registry, Corporate Section.

[signature]

Page No. 2
Decision No. SMV-44-17
Dated February 1, 2017.

**Second: TO WARN** the company **Securities Banistmo, S.A.** that, as of the date of service of this Decision, they can no longer develop the activities typical of a Stock House.

**Third: TO WARN** the interested party that there is a Reconsideration Appeal against this Decision, which shall be filed within five (5) working days as of the date of service of this Decision and/or Appeal, before the Board of Directors of the Superintendence of Securities Market, which shall be filed within five (5) working days as of the date of service of the corresponding Decision.

**Legal Grounds:** Consolidated Text of Decree-Law No. 1 from 1999 and its Amendments, and Agreement No. 2-2011 dated April 1, 2011 and its amendments.

### MAY IT BE SERVED, PUBLISHED AND COMPLIED WITH

[signature]
**Marelissa Quintero de Stanziola**
Superintendent

/Ggm

[illegible watermark of an emblem]

[crossed-out stamp:] REPUBLIC OF PANAMA
On _____
_____
at _____ m, I served
Mr./Ms. _____
_____
above
        The served party,
                    _____

Served by means of request statement dated February 3, 2017, today, February 7, 2017, at 10:05 AM.

**MEMBERS OF THE SUPERINTENDENCE OF SECURITIES MARKET:**

We, ARIAS, FÁBREGA & FÁBREGA, a law firm, domiciled at PH ARIFA, Floors 9 and 10, Boulevard Oeste, Santa María Business District, in this city, appear at your office, in the name and on behalf of Securities Banistmo S.A., in order to be served with Decision SMV-44-17 dated February 1, 2017, and at the same time, authorize Moisés Arauz, holder of ID card No. 8-893-1171, for the purposes thereof and collect such decision.

Panama, February 3, 2017.

ARIAS, FÁBREGA & FÁBREGA

[illegible stamp] [signature]
Name: Estif Aparicio
ID card No.: 8-343-871

[stamp:] PANAMA CIRCUIT
FIRST NOTARY

[stamp:] I, Mr. ROBERTO R. ROJAS C., First Notary Public of the Panama Circuit, holder of ID card No. 4-100-1144.

**CERTIFY:**

That, given the certainty of the identity of the individuals who signed this document, their signatures are authentic.

Panama, February 7, 2017

_____          _____
WITNESS                                        WITNESS
[signature]
Mr. ROBERTO R. ROJAS C.
First Notary Public of the Panama Circuit

[stamp:] SUPERINTENDENCE OF SECURITIES MARKET
Received today, February 7, 2017
Time: 10:05 am
Gisela González M

**Morningside**
**Translations**

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- Resolución No. SMV-44-17, dated February 1, 2017

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

# Exhibit 29



http://www.bvifsc.vg/findir_licenceholders.php

45 captures
4 Apr 2004 - 7 Aug 2007

APR **MAY** JUL
◄ **30** ►
2005 **2006** 2007

About this capture

# BRITISH VIRGIN ISLANDS
# FINANCIAL SERVICES COMMISSION

*Vigilance, Integrity and Accountability*

About the Commission
FSC Divisions
Legislation Library

News
Publications
▼ Financial Directories

Banking & Fiduciary
Services Directory
General Trust

Restricted Trust

Restricted Class 1
Banking
Company Management

General Banking

Authorised Custodian

Mutual Funds Directory

Registered Agents
Directory

Practitioner Directories

Banks Directory

Insurance Directory

Facts and Figures

Application Forms

Financial Directories ➧ Banking & Fiduciary Services Directory ➧ General Trust

## GENERAL TRUST LICENCES AND SUBSIDIARIES

*The following companies hereunder in bold hold valid general trust licences under the Banks and Trust Companies Act, 1990 ("the Act"). In addition, the companies in italics are authorized under section 10(2) of the Act to engage in trust business on the schedule of subsidiaries listed on the respective general trust licence noted immediately above. The asterisk (\*) denotes those companies that are authorized to provide registered agent/registered office services.*

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Abacus Trust and Management Services Limited\***
Abacus Corporate Services Limited
Abacus Management Limited
Abacus Nominee Limited
Abacus Managers Limited

**AIA Pension and Trustee Co. Ltd.**

**Aleman, Cordero, Galindo & Lee Trust (BVI) Limited.\***

**Alfaro, Ferrer & Ramirez (BVI) Limited\***

**Amerlink Management & Trust Corporation Limited\***
Amerlink Services Inc. (ASI)

**Amicorp BVI Limited\***
Amicorp (BVI) Trustees Ltd.

**AMS Trustees Limited\***
Alliance Trust Company Limited
AMS Financial Services Limited\*
Asian Corporate Advisers (BVI) Limited
Arawak Trust Company Limited\*
Corporate Registrations Limited\*

**ARAMO Trust Company Limited\***

**Arias Fabrega & Fabrega Trust Co. BVI. Limited\***
Arifa Trustees Limited

**ATC Trustees (BVI) Limited\***

**ATU General Trust (BVI) Limited\***
ATU Corporate Secretaries Ltd.
Merco Trustees (BVI) Limited
Serco Management Limited
Verity Management Limited

**Banque Paribas International Trustee Limited**

**Beausoleil Trust Company Limited**

**Belmont Trust Limited\***
Services Fiduciare S.A.
Fides Trustees Limited
Klynveld Limited
Goerdeler Limited

**Bonhôte Trust (Corporation) Limited**

The establishment of the Commission also ensures a commitment by the BVI to play its part in the fight against cross border white-collar crime while safeguarding the privacy and confidentiality of legitimate business



http://www.bvifsc.vg/findir_licenceholders.php    Go

45 captures
4 Apr 2004 - 7 Aug 2007

APR    MAY    JUL
◀    30    ▶
2005    2006    2007

About this capture

Cantrust (Far East) Limited
Mount Moon Trust Limited
Astbury Holdings Limited
Ardgowan Holdings Limited
INB Holdings Limited
Locherben Company Ltd.
Intertrustees (B.V.I) Limited

**Caribbean Corporate Services Limited***
Caribbean Trust Company Limited
Main Street Management Limited
Main Street Services Limited
Main Street Nominees Limited
Main Street Holdings Limited

**CCS Management Limited***

**Celtic Trust Company Limited***
Détente Limited

**CITCO Trust Corporation Limited***
BVI. Corporation Company Limited
BVI. Liquidators Limited
Caribbean Corporation Company Limited
Citco BVI. Limited*
Citco Trustees (BVI) Limited.
Inter Caribbean Services Limited
Tortola Corporation Company Limited
Tortrust Corporation Company Limited
Trans Caribbean Management N.V.
InterAtlantic Services Limited

**Clermont Corporate Services Limited**
Clermont Trust Company Limited

**Codan Trustees (BVI.) Ltd.***
Codan Services (BVI.) Ltd.
Codan Management (BVI.) Limited
Codan Trust Company (BVI.) Ltd.*
Orient Services Limited

**Commence Overseas Limited***

**Commonwealth Trust Limited***
Imperial Trust Limited
Sealight Trust Limited

**Corona Holding Ltd.**
ARX Services Ltd.
Leo Services Limited
Pollux Trustee Services Ltd.
LGT Trustees Ltd.

**Corporate Agents (BVI) Ltd.***

**Coverdale Trust Services Limited***
Coverdale Directors Limited
Coverdale Shareholders Limited
Coverdale Secretaries Limited
Coverdale Trustees Limited
Coverdale Asset Management Limited

**DW Trustees (B.V.I.) Limited**

**East Asia Corporate Services (BVI) Limited***
Tricor Services (BVI) Limited

**East Asia International Trustees Limited**

**EFG Trust Company (BVI) Limited**

**Equity Trust (BVI) Limited***
Anguilla Nominees Limited
CMS Limited*
EQ Directors Limited
EQ Incorp Directors Limited
FMC Limited
Fort Trust Company Limited
Sage Trust Company Limited
Guardian Trust & Securities Co. Ltd.*



http://www.bvifsc.vg/findir_licenceholders.php    Go

APR   **MAY** 30 **2006**   JUL
2005                          2007

45 captures
4 Apr 2004 - 7 Aug 2007

Insiger Trust (BVI) Limited*
Insiger Corporate Secretaries (BVI) Limited*

**Havelet Trust Company (BVI) Limited***
JAI Services Limited*
MN Limited
Optimal Corporate Services (BVI) Limited*
PAS Limited
Quorum Corporate Services (BVI) Limited*
SCS Limited
Shellbourne Trust Corporation*
Shellbourne Trust Company (BVI) Limited*
Shellbourne Trustees (BVI) Limited*
SPC Directors Limited
Tiepin Services Limited

**Equity Trust Corporation (BVI) Limited**
Equity Trust Corporation (Asia) Limited

**Euro-American Trust Company Limited***
Corpman Inc.
Dircorp Inc.
Euro-American Trustees Limited

**GTS Corporate Services Limited***

**G.Z. Trust Corporation**


**Guardian International Management Limited**
Guardian Trustee Limited

**Guardian Trust Company Limited**
Paladin Trust Company Limited

**Hamilton Trust and Management Company Ltd.***

**Harbour International Trust Company (BVI) Limited**

**Hill Samuel Offshore Trust Company (BVI) Ltd.**

**HSBC International Trustee Limited**
Casnam Limited
Lion International Corporate Services Limited
Lion International Management Limited

**HSBC International Trustee (BVI) Limited***

**HSBC Institutional Trust Services (BVI) Limited***
Unicorp Limited

**HSBC Trust Company (BVI) Limited**

**HWR Services Limited***
H.W.R. Trustees Limited
Lawrie Limited
Torman Limited
Westlaw Limited
Harlaw Limited

**Icaza, Gonzalez-Ruiz & Aleman (BVI) Trust Ltd.***

**IFG (BVI) Inc.**
Binom Ltd.

**IMT Trustees Limited**
IMT Trust Company Limited
Trellis Trust Corporation Limited

**Intermutual Services Limited**
Fidius Services Limited

**I.L.S. Fiduciary (B.V.I.) Limited***

**J. S. Archibald Trust Services Limited***
Portcullis Trust (BVI) Ltd.*
GenPro (BVI) Limited*

**Jordans (Caribbean) Limited***
Jordans Management Services Limited
Saavedra Registrars Limited*



http://www.bvifsc.vg/findir_licenceholders.php

45 captures
4 Apr 2004 - 7 Aug 2007

APR    MAY    JUL
◄    30    ►
2005  2006  2007

About this capture

**JTC (BVI) Limited\***
JTC Trustees (BVI) Limited

**Lex Trust Company (BVI) Limited**

**Maitland Trustees Limited**
Binscarth Limited
Inkaza Property Company Limited
Theseus Limited

**Maples Finance BVI Limited**

**Midocean Management and Trust Services (BVI) Ltd.\***

**Moore Stephens International Services (BVI) Limited\***
First Island (BVI) Limited

**Morgan & Morgan Trust Corporation Ltd.\***
Morgan & Morgan Trust Services Limited

**Mossack Fonseca & Co. (BVI) Ltd.\***

**NCB Investment Services Company Limited**
NCB Real Estate Services Limited

**Nemours Trustees (BVI) Limited\***

**Nerine Trust Company (BVI) Limited\***

**Offshore Incorporations Limited\***

**Osiris International Trustees Limited\***
Osiris Secretarial Services Ltd.
Osiris Management Services Ltd.

**Overseas Management Company Trust (BVI.) Ltd.\***
Overseas Trustees Company Limited

**Pacor Secoma Trustees S.A.**

**Paicolex Trust Company (BVI) Limited**

**Patton, Moreno & Asvat (BVI) Limited\***

**Portcullis TrustNet (BVI) Limited\***
Managecorp Limited

**Port of Hercules Trustees Limited**

**ProServices Limited\***

**Quijano & Associates (BVI) Limited\***

**Rathbone Trust Company (BVI) Limited\***
Rabreq Trust Company Limited
Rathbone Secretaries Limited
Rathbone Management Services Limited
Rathbone Trustees Limited

**Rawlinson & Hunter Limited\***
Main Street Corporate Services Limited
Main Street Trustees Limited
Prospect Nominees (BVI) Ltd.
R&H Secretaries (BVI) Ltd.
R&H Trust Co. (BVI) Ltd.
Woodbourne Corporation (BVI) Limited

**RG Asset Management Holdings Limited**

**Rosebank Limited**

**Rothschild Trust (BVI) Limited**
RTB Protectors Ltd.
RTB Trustees Ltd.

**Sable Trust Limited\***



http://www.bvifsc.vg/findir_licenceholders.php

45 captures
4 Apr 2004 - 7 Aug 2007

Sable Secretaries Limited

Safeguard Trustees Limited

**Shirley Trust Company Limited***

**SHRM Trustess (BVI) Limited***

**Silex Trust Company Limited**

**SP Trustees (BVI) Limited**

**STC International Limited**
Alto Trust Limited
Hague Holdings Limited
Hermes (Secretarial) Limited
Montblanc (Directors) Limited

**Sucre & Sucre Trust Limited***

**TMF (BVI.) Ltd.***
TMF Management (BVI) Limited
TMF Company Limited
Financial Trustees Limited
Rossan Corporate Management Ltd.
Elara Group Limited
Bison Financial Services Limited*
Universal Corporate Services (BVI) Limited
TMF Management Services Ltd.
Bicourt Ltd.
Anglo Nominees Ltd.
Business Administration Services Ltd.
Alstonia Investments Ltd.
Prosec Limited

**Tricor Services (BVI) Limited***

**Totalserve Trust Company Limited***

**Traditional Services Ltd.**
Forum Trustee Services Limited
Olympia Services Ltd.

**Tricor International Trustee Limited**
Equity Trustee Limited

**Trident Corporate Services (B.V.I.) Limited***
I.T.G. Directors (T&C) Limited
International Trustee Company Limited
Vulcan Limited
Trident Nominees (BVI) Limited

**Trident Trust Company (BVI) Limited***
BVI. Company Formations Limited
Dunstable Holdings Limited
Glastonbury Holdings Limited
Trident Liquidators (BVI.) Limited

**UBS Trustees (BVI.) Limited**
UBS Financial Services (BVI.) Limited

**VALUEworks Trustees Limited**
VALUEworks Charity Services Ltd.
ICAT Services Ltd.

**Veritas Trust Company**

**Whitten Trust Company Limited**

**WSmiths Finance Limited**

Dated this 17th day of May 2006
Financial Services Commission



# Exhibit 30



# Banking & Fiduciary

CSV (/banking-fiduciary-data.csv?field_entity_status_tid%5B0%5D=72&combine=)

**Filters:** Currently Regulated Entities ⊗

---

## HARLAW LIMITED

*Category:* Restricted Class III Licences

---

## Harneys Corporate Services Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

## Harneys Trustees Limited

*Category:* Class II Trust Licences

---

### Hatstone Trust Company (BVI) Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

### Hauteville Trust (BVI) Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

### Helicon (Directors) Limited

*Category:* Restricted Class III Licences

---

### Hesperange Services Limited

*Category:* Restricted Class III Licences

---

### HSBC International Trustee (BVI) Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

### HSBC International Trustee Limited

*Category:* Class II Trust Licences

---

### Hudsun Management Services Limited

*Category:* Restricted Class III Licences

---

### Hudsun Trust Company Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

## ICAT Services Ltd.

*Category:* Restricted Class II Trust Licences

---

## Icaza, Gonzalez-Ruiz & Aleman (BVI) Trust Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

## ILS Fiduciary (BVI) Limited*

*Category:* Class I Trust Licences - Registered Agent Status

---

## Imimark Trust Corporation

*Category:* Restricted Class II Trust Licences

---

# Exhibit 31

http://www.bma.bm/bmawww.nsf/WebPages/ListofBanks?OpenDo    Go

**23 captures**
22 Apr 1998 - 5 Mar 2005

FEB **APR** JUN
◀ **17** ▶
2003 **2004** 2005



▼ About this capture

# BERMUDA  MONETARY  AUTHORITY

## Licensed Banks

**The Bank of Bermuda Limited**
6 Front Street
Hamilton HM 11
PO Box HM 1020
Hamilton HM DX
Telephone No: (441) 295-4000
Telex No: (029) 3212 BANCO BA
Facsimile No: (441) 295-7093
SWIFT: BBDA BM HM

**The Bank of N T Butterfield & Son Limited**
65 Front Street
Hamilton HM 12
PO Box HM 195
Hamilton HM AX
Telephone No: (441) 295-1111
Telex No: (029) 3211 FIELD BA
Facsimile No: (441) 292-4365
SWIFT: BNTB BM HM

**Bermuda Commercial Bank Limited**
Bermuda Commercial Bank Building
43 Victoria Street
Hamilton HM 12
PO Box HM 1748

http://www.bma.bm/bmawww.nsf/WebPages/ListofBanks?OpenDoc | Go |

23 captures

22 Apr 1998 - 5 Mar 2005

FEB **APR** JUN
◀ **17** ▶
2003 **2004** 2005

About this capture

SWIFT: BPBK BM HM

**Capital G Bank Limited**
21 Reid Street
Hamilton HM 11
PO Box HM 1194
Hamilton HM EX
Telephone No: (441) 296-6969
Facsimile No: (441) 292-1277

*Copyright 2003* *Bermuda Monetary Authority*. *Disclaimer* *Feedback*

# Exhibit 32

# LICENCED ENTITIES

Search here for entities (entitlements) that are currently licenced or registered by the Bermuda Monetary Authority.

**How To Search**

In the textbox, type the full name, or part of the name, of the entity you wish to find. Choose the appropriate sector from the drop-down box, or choose "All" to search for the entity in all sectors. **Click the magnifying glass or hit the Enter / Return key on your keyboard**.

HSBC Bank Bermuda Limited

All ▾

🔍

| COMPANY NAME | SECTOR | ADDRESS | CONTACT INFORMATION | CONDITIONS | LICENCE INFORMATION | DATE |
|---|---|---|---|---|---|---|
| HSBC Bank Bermuda Limited | Banking | **Principal Address** PO Box HM 1020 Hamilton HM DX **Mailing Address** 37 Front Street Hamilton, Pembroke HM 11 Bermuda | **Phone:** 441 295-4000 **Fax:** 441 295-7093 **Website:** www.hsbc.bm | --- | **Telex:** (029) 3212 BANCO BA **Swift:** BBDA BM HM | --- ≫ |
| HSBC BANK BERMUDA LIMITED | Investment Business | **Mailing Address** 6 Front Street Hamilton HM 11 Bermuda **Registered Address** 6 Front Street Hamilton HM 11 Bermuda | --- | 1. The Company is permitted to deal in investments, either as principal or agent, arrange deals in investments, manage investments, give or offer investment advice and safeguard and administer investments. 2. The Company may hold client assets. | --- | 1/30/2004 |
| HSBC Bank Bermuda Limited (Agent) | Insurance | **Principal Address** HSBC Bank Bermuda Limited 37 Front Street Hamilton HM 11 | --- | --- | **Class:** Agent | --- |
| HSBC Bank Bermuda Limited (Salesman) | Insurance | **Principal Address** HSBC Bank Bermuda Limited 37 Front Street Hamilton HM 11 | --- | --- | **Class:** Salesman | --- |