**FMA**
Financial Market Authority
Liechtenstein

## Licensed credit institutions in Liechtenstein

The following credit institutions are in possession of a license according to Art. 15 Law of 21 October 1992 on Banks and Investment Firms (Banking Act, LGBl. 1992 Nr. 108) and are subject to the prudential supervision of the Financial Market Authority Liechtenstein (FMA).

**Last update: 28.02.2020**

| No. | Licensed credit institutions | | |
|---|---|---|---|
| 1 | Bank Alpinum AG | Phone: | +423 239 62 11 |
|   | Austrasse 59 | Fax: | +423 239 62 21 |
|   | Postfach 1528 | Mail: | info@bankalpinum.com |
|   | 9490 Vaduz | Internet: | http://www.bankalpinum.com |
|   |   | National ID: | 107365 |
| 2 | Bank Frick & Co. AG | Phone: | +423 388 21 21 |
|   | Landstrasse 14 | Fax: | +423 388 21 22 |
|   | Postfach 43 | Mail: | bank@bankfrick.li |
|   | 9496 Balzers | Internet: | http://www.bankfrick.li |
|   |   | National ID: | 109940 |
| 3 | Banque Havilland (Liechtenstein) AG | Phone: | +423 239 33 33 |
|   | Austrasse 61 | Fax: | +423 239 33 00 |
|   | Postfach 832 | Mail: | info.lie@banquehavilland.li |
|   | 9490 Vaduz | Internet: | http://www.banquehavilland.li |
|   |   | National ID: | 107343 |
| 4 | BENDURA BANK AG | Phone: | +423 265 56 56 |
|   | Schaaner Strasse 27 | Fax: | +423 265 56 99 |
|   | 9487 Gamprin-Bendern | Mail: | info@bendura.li |
|   |   | Internet: | http://www.bendura.li |
|   |   | National ID: | 107349 |
| 5 | EFG Bank von Ernst AG | Phone: | +423 265 53 53 |
|   | Egertastrasse 10 | Fax: | +423 265 53 63 |
|   | Postfach 112 | Mail: | info@efgbankvonernst.com |
|   | 9490 Vaduz | Internet: | http://www.efgbankvonernst.com |
|   |   | National ID: | 107328 |
| 6 | Kaiser Partner Privatbank AG | Phone: | +423 237 80 00 |
|   | Herrengasse 23 | Fax: | +423 237 80 01 |
|   | Postfach 725 | Mail: | bank@kaiserpartner.com |
|   | 9490 Vaduz | Internet: | https://www.kaiserpartner.bank |
|   |   | National ID: | 107369 |
| 7 | LGT Bank AG | Phone: | +423 235 11 22 |
|   | Herrengasse 12 | Fax: | +423 235 15 22 |
|   | Postfach 85 | Mail: | info@lgt.com |
|   | 9490 Vaduz | Internet: | http://www.lgt.com |
|   |   | National ID: | 107358 |

**FMA**
Financial Market Authority
Liechtenstein

| No. | Licensed credit institutions | | |
|---|---|---|---|
| 8 | Liechtensteinische Landesbank Aktiengesellschaft | Phone: | +423 236 88 11 |
| | Städtle 44 | Fax: | +423 236 88 22 |
| | Postfach 384 | Mail: | llb@llb.li |
| | 9490 Vaduz | Internet: | http://www.llb.li |
| | | National ID: | 107359 |
| 9 | Neue Bank AG | Phone: | +423 236 08 08 |
| | Marktgass 20 | Fax: | +423 232 92 60 |
| | Postfach 1533 | Mail: | info@neuebankag.li |
| | 9490 Vaduz | Internet: | http://www.neuebankag.li |
| | | National ID: | 107356 |
| 10 | Mason Privatbank Liechtenstein AG | Phone: | +423 237 07 07 |
| | Austrasse 51 | Fax: | +423 237 07 77 |
| | Postfach 1621 | Mail: | info@mason-privatbank.li |
| | 9490 Vaduz | Internet: | http://www.mason-privatbank.li |
| | | National ID: | 107362 |
| 11 | SIGMA Bank AG | Phone: | +423 239 04 04 |
| | Feldkircher Strasse 2 | Fax: | +423 239 04 05 |
| | 9494 Schaan | Mail: | info@sigmabank.com |
| | | Internet: | https://www.sigmabank.com |
| | | National ID: | 107376 |
| 12 | SIGMA KREDITBANK AG | Phone: | +423 239 03 39 |
| | Landstrasse 156 | Fax: | +423 239 03 38 |
| | Postfach 609 | Mail: | info@sigma.li |
| | 9495 Triesen<br>(License for credit business according to article 3 paragraph 3 subparagraph b BA) | Internet:<br>National ID: | http://www.sigmakreditbank.li<br>110363 |
| 13 | Union Bank AG | Phone: | +423 239 35 35 |
| | Austrasse 46 | Fax: | +423 239 35 37 |
| | Postfach 1535 | Mail: | info@unionbankag.com |
| | 9490 Vaduz | Internet: | http://www.unionbankag.com |
| | | National ID: | 109944 |
| 14 | VP Bank AG | Phone: | +423 235 66 55 |
| | Aeulestrasse 6 | Fax: | +423 235 65 00 |
| | 9490 Vaduz | Mail: | info@vpbank.com |
| | | Internet: | http://www.vpbank.com |
| | | National ID: | 107370 |