# CERTIFICATE OF ACCURACY

This is to certify that the attached

- **EXCERPT FROM THE COMMERCIAL REGISTER, Register No.: FL-0001.122.356---7, registration issued on December 7th, 1990**

has been translated from German into English by staff members of TRANSLINGUA who are proficient in the German and English languages, and is to the best of our knowledge, ability and belief a true and accurate translation.

I, Michelle Tsai, hereby certify that I have performed quality control on this document and that I am competent enough to ascertain that this translation is accurate to the best of my knowledge.

For TRANSLINGUA
Sworn to and subscribed before me
the 6th day of February, 2020

NOTARY: _____

BRANKO SEKSAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6384310
Qualified in Kings County
My Commission Expires: December 10, 2022

New York
530 Ninth Avenue
Suite 708
New York, NY 10036

212.697.2020
212.697.2891
nyc@translingua.com

Boulder
1445 Pearl Street
Suite 215
Boulder, CO 80302

303.442.3471
303.442.5805
boulder@translingua.com

www.translingua.com



[TRANSLATION]

DEPARTMENT OF JUSTICE
PRINCIPALITY OF LIECHTENSTEIN

# Excerpt from the commercial register

| Register number | Legal status | Registration | Deletion | Transfer 0842097 | |
|---|---|---|---|---|---|
| FL-0001.122.356---7 | | 12/07/1990 | | From: FL-0001.122.356-7/a<br>To: | 1 |

Current registrations

| Re | De | Company | Ref | Headquarters |
|---|---|---|---|---|
| 1 | 24 | ~~LGT Bank in Liechtenstein AG~~ | 1 | Vaduz |
| 1 | 24 | ~~LGT Bank in Liechtenstein Ltd.. LGT Banque de Liechtenstein S.A. / LGT Banca di Liechtenstein S.A~~ | | |
| 24 | | **LGT Bank AG** | | |
| 24 | | LGT Bank Lid. / LGT Bank SA | | |

| Re | De | Share capital | Payment | Division of shares | Re | De | Representation / delivery address |
|---|---|---|---|---|---|---|---|
| 1 | 31 | CHF 291,200,800.00 | CHF 291,200,800.00 | ~~2,912,008 bearer shares at CHF 100.00~~ | 10 | | Herrengasse 12 |
| 31 | | | | 2,912,008 registered shares at CHF 100.00 | | | 9490 Vaduz |

| Re | De | Purpose | Re | De | Additional addresses |
|---|---|---|---|---|---|
| 1 | 42 | ~~The object of the company is to conduct all types of banking transactions for its own account and for the account of third parties domestically and abroad.~~<br>~~The activities of the company include, among others, the following lines of business:~~<br>~~a) Acceptance of funds in current accounts, on a fixed date or against the issuance of bonds, cash notes, savings and deposit books;~~<br>~~b) Investment and lending of funds, in particular granting of credits, fixed advances and loans of all kinds, with and without coverage;~~<br>~~c) carrying out discount and exchange transactions;~~<br>~~d) Assumption of sureties and guarantees;~~<br>~~e) Processing of payment transactions and letters of credit, bills of exchange, checks and documentary collections;~~<br>~~f) Investment consulting and asset management, execution of wills and liquidation of estates;~~<br>~~g) Purchase and sale of book-entry securities, foreign exchange, foreign banknotes and precious metals and all kinds of financial instruments traded on the market;~~<br>~~h) safekeeping and management of securities and valuables and rental of safe-deposit boxes~~<br>~~i) Execution of the function of subscription agent and custodian bank of investment funds;~~<br>~~k) Acquisition and brokerage of emissions of value rights;~~<br>~~l) Founding of companies, Acquisition and management of investments;~~<br>~~m) management consultancy, representation and management of financial and holding companies and other undertakings~~<br>~~The Company is entitled to acquire, encumber and sell real estate domestically and abroad.~~ | | | |
| | 42 | The object of the company is to conduct all types of banking transactions for its own account and for the account of third parties domestically and abroad.<br>The activities of the company include, among others, the following lines of business:<br>a) Acceptance of funds in current accounts, on a fixed date or against the issuance of bonds, cash notes, savings and deposit books;<br>b) Investment and lending of funds, in particular granting of credits, fixed advances and loans of all kinds, with and without coverage;<br>c) carrying out discount and exchange transactions;<br>d) Assumption of sureties and guarantees;<br>e) Processing of payment transactions and letters of credit, bills of exchange, checks and documentary collections;<br>f) Investment consulting and asset management, execution of wills and liquidation of estates;<br>g) Purchase and sale of book-entry securities, foreign exchange, foreign banknotes and precious metals and all kinds of financial instruments traded on the market; | | | |

DEPARTMENT OF JUSTICE

# Excerpt from the commercial register

| 1 | FL-0001.122.356-7 1 LGT Bank AG | Vaduz | 2 |

**Current registrations**

| Re | De | Purpose | Re | De | Additional addresses |
|---|---|---|---|---|---|
|  |  | h) safekeeping and management of securities and valuables and rental of safe-deposit boxes |  |  |  |
|  |  | i) Execution of the function of subscription agent and custodian bank of investment funds; |  |  |  |
|  |  | k) Acquisition and brokerage of emissions of value rights; |  |  |  |
|  |  | l) Acquisition and management of investments; |  |  |  |
|  |  | m) management consultancy, representation and management of financial and holding companies and other undertakings |  |  |  |
|  |  | The Company is entitled to acquire, encumber and sell real estate domestically and abroad. |  |  |  |

| Re | De | Remarks | Ref | Date of the statutes |
|---|---|---|---|---|
| 1 |  | General rules on representation: The company is bound by the collective signature of two authorized signatories. Authorized representatives may not sign among themselves. | 1 | 7/04/2002 |
|  |  |  | 24 | 1/03/2013 |
| 1 | 42 | ~~Notifications to the shareholders are made by publication in the publication organ of the company~~ | 31 | 2/20/2014 |
|  |  |  | 42 | 11/07/2016 |
| 3 |  | New regulation of the function designations according to the resolution of the General Directorate of 1/13/2005, according to which the previous functions of director, deputy director, vice director, chief authorized signatory, authorized signatory and authorized agents are no longer entered in the Public Register, but only the right to sign - with the exception of the authorized agents, who are completely deleted from the Public Register.<br> As a result, only the President, the members of the Board of Administration and the General Directors are now entered with their function designations. |  |  |
| 24 |  | New version of the statutes according to the resolution of the Annual General Meeting of 1/03/2013. |  |  |
| 31 |  | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of 2/20/2014. |  |  |
| 42 |  | Notifications to the shareholders are made via the company's website. |  |  |
| 42 |  | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of 11/07/2016. |  |  |

| Re | De | Specific circumstancess | Ref | Publication outlet |
|---|---|---|---|---|
| 1 |  | Contributions in kind: On the occasion of its founding, the original Bank in Liechtenstein Aktiengesellschaft, Vaduz (later BIL GT Gruppe Aktiengesellschaft, Vaduz) made the following contributions in kind in accordance with the agreement dated 11/22/1990: | 1 | ~~Regional newspapers~~ |
|  |  |  | 42 | www.lgt.li |
|  |  | Assets and liabilities as well as contingent liabilities including open and hidden reserves according to the spin-off balance sheet as of June 30, 1990 at a price of CHF 500,865,376 in exchange for 2,912,008 fully paid bearer shares with a nominal value of CHF 100 each of the Company at an issue price of CHF 172 each to the original Bank in Liechtenstein Aktiengesellschaft, Vaduz (later BIL GT Gruppe Aktiengesellschaft, Vaduz) |  |  |
| 22 |  | Based on the merger plan of 05/30/2012, the relevant company will acquire "LGT Bank (Österreich) AG" with registered office in Vienna (FN 279769a) as the transferring company by way of a merger as of 1/01/2012. All assets and liabilities were transferred to the acquiring company by universal succession according to the closing balance sheet as of December 31, 2011. The shares of the transferring company have been cancelled and the share capital of the acquiring company remains unchanged. The surviving company has ceased to exist. |  |  |

.DEPARTMENT OF JUSTICE

# Excerpt from the commercial register

1 **FL-0001.122.356-7 1 L GT Bank AG**                                                                 **Vaduz**                    3

Current registrations

| Re | De | Branch office(s) | Re | De | Branch office(s) |
|---|---|---|---|---|---|
| 17 | 27 | ~~LGT Bank in Liechtenstein AG~~<br>~~Suite 4203~~<br>~~Two Exchange Square 8 Connaught Place Central G.P.O. Box 13398 Hong Kong~~ | 41 | | LGT BANK AG<br>3rd Floor<br>30 Herberl Street,<br>Dublin 2<br>Ireland |
| 22 | 27 | ~~LGT Bank in Liechtenstein AG~~<br>~~Kantgasse 1~~<br>~~1010 Wien~~ | 47 | | LGT Bank AG<br>Bankgasse 9<br>1010 Wien |
| | 27 | LGT Bank AG<br>Suite 4203<br>Two Exchange Square 8 Connaught Place Central G.P.O. Box 13398 Hong Kong | | | |
| 27 | 47 | ~~LGT Bank AG~~<br>~~Kantgasse 1~~<br>~~1010 Wien~~ | | | |

| Zei | Ref | TR no. | TR date | Re | Ref | **TR no.** | TR date |
|---|---|---|---|---|---|---|---|
| | 1 | 0 | 6/26/2004 | | 27 | 9768 | 7/08/2013 |
| | 2 | 11393 | 11/29/2004 | | 28 | 14787 | 10/02/2013 |
| | 3 | 4086 | 2/28/2005 | | 29 | 16169 | 10/28/2013 |
| | 4 | 16563 | 8/24/2006 | | 30 | 2229 | 2/05/2014 |
| | 5 | 22980 | 11/06/2006 | | 31 | 4084 | 2/21/2014 |
| | 6 | 7882 | 4/17/2007 | | 32 | 9836 | 5/08/2008 |
| | 7 | 10485 | 6/02/2008 | | 33 | 13014 | 7/10/2014 |
| | 8 | 17315 | 9/17/2008 | | 34 | 20613 | 12/01/2014 |
| | 9 | 21526 | 11/12/2008 | | 35 | 5213 | 3/24/2015 |
| | 10 | 205 | 1/07/2009 | | 36 | 18474 | 6/12/2015 |
| | 11 | 12365 | 4/29/2009 | | 37 | 21595 | 8/28/2015 |
| | 12 | 24522 | 8/25/2009 | | 38 | 1628 | 2/04/2016 |
| | 13 | 16264 | 6/02/2010 | | 39 | 5833 | 5/30/2016 |
| | 14 | 29209 | 9/28/2010 | | 40 | 10346 | 9/27/2016 |
| | 15 | 37435 | 12/09/2010 | | 41 | 11855 | 10/28/2016 |
| | 16 | 10075 | 4/06/2011 | | **42** | 1 2534 | 11/15/2016 |
| | 1 7 | 15626 | 7/05/2011 | | 43 | 1720 | 2/20/2017 |
| | 18 | 16313 | 7/14/2011 | | **44** | 4707 | 5/30/2017 |
| | 19 | 20659 | 9/16/2011 | | 45 | 8587 | 9/27/2017 |
| | 20 | 1479 | 1/26/2012 | | 46 | 9841 | 11/03/2017 |
| | 21 | 6718 | 4/24/2012 | | 47 | 894 | 2/01/2018 |
| | **22** | 13425 | 9/05/2012 | | 48 | 4692 | 6/07/2018 |
| | 23 | 13894 | 9/17/2012 | | 49 | 8830 | 10/26/2018 |
| | **24** | 2 | 1/03/2013 | | 50 | 1405 | 2/08/2019 |
| | 25 | 697 | 1/15/2013 | | 51 | 5601 | 6/14/2019 |
| | 26 | 4552 | 3/26/2013 | | 52 | 9829 | 10/23/2019 |

Pages 4- 63 have intentionally been left out

Top of this page has been intentionally left blank

Vaduz, 1/22/2020 22:19

A manual or electronic excerpt from the Commercial Register of the Principality of Liechtenstein is only valid if it is accompanied by an original certification or an electronic official signature of the Department of Justice. Electronic documents printed out on paper by public authorities with an official signature and a signature endorsement are presumed to be authentic (Art. 5b SigG).

|   | The document was signed | |
|---|---|---|
|   | by | the Liechtenstein National Administration |
|   | on | 1/22/2020 at 22:19:42+01:00 |

Verification information: www,llv.li/signaturpruefung

# Handelsregister-Auszug

| Registernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 0842097 von: FL-0001.122.356-7/a auf: | 1 |
|---|---|---|---|---|---|
| **FL-0001.122.356-7** | | 07.12.1990 | | | |

Aktuelle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | 24 | ~~LGT Bank in Liechtenstein AG~~ | 1 | Vaduz |
| 1 | 24 | ~~LGT Bank in Liechtenstein Ltd. / LGT Banque de Liechtenstein S.A. / LGT Banca di Liechtenstein S.A.~~ | | |
| 24 | | **LGT Bank AG** | | |
| 24 | | LGT Bank Ltd. / LGT Bank SA | | |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 1 | 31 | CHF 291'200'800.00 | CHF 291'200'800.00 | ~~2'912'008 Inhaberaktien zu CHF 100.00~~ | 10 | | Herrengasse 12 |
| | 31 | | | 2'912'008 Namenaktien zu CHF 100.00 | | | 9490 Vaduz |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | 42 | ~~Zweck der Gesellschaft ist der Betrieb aller Arten von Bankgeschäften für eigene und fremde Rechnung im In- und Ausland.~~ ~~Die Tätigkeit der Gesellschaft erstreckt sich unter anderem auf folgende Geschäftszweige:~~ ~~a) Annahme von Geldern in Kontokorrent, auf festen Termin oder gegen die Ausgabe von Obligationen, Kassenscheinen, Spar- und Depositenheften;~~ ~~b) Anlage und Ausleihung von Geldern, insbesondere Gewährung von Krediten, festen Vorschüssen und Darlehen aller Art mit und ohne Deckung;~~ ~~c) Durchführung von Diskont- und Wechselgeschäften;~~ ~~d) Übernahme von Bürgschaften und Garantien;~~ ~~e) Abwicklung des Zahlungsverkehrs und von Akkreditiven, Wechsel-, Scheck- und Dokumentarinkassi;~~ ~~f) Anlageberatung und Vermögensverwaltung, Testamentsvollstreckung und Erbschaftsliquidation;~~ ~~g) An- und Verkauf von Wertrechten, Devisen, ausländischen Banknoten und Edelmetallen und der jeweils am Markt gehandelten Finanzierungsinstrumente jeglicher Art;~~ ~~h) Aufbewahrung und Verwaltung von Wertschriften und Wertgegenständen sowie Vermietung von Schrankfächern;~~ ~~i) Ausübung der Funktion als Zeichnungsstelle und als Depotbank von Anlagefonds;~~ ~~k) Übernahme und Vermittlung von Emissionen von Wertrechten;~~ ~~l) Gründung von Gesellschaften, Übernahme und Verwaltung von Beteiligungen;~~ ~~m) Unternehmensberatung, Vertretung und Geschäfsführung von Finanz- und Holdinggesellschaften sowie anderen Unternehmungen.~~ ~~Die Gesellschaft ist berechtigt, Liegenschaften im In- und Ausland zu erwerben, zu belasten und zu verkaufen.~~ | | | |
| | 42 | Zweck der Gesellschaft ist der Betrieb aller Arten von Bankgeschäften für eigene und fremde Rechnung im In- und Ausland. Die Tätigkeit der Gesellschaft erstreckt sich unter anderem auf folgende Geschäftszweige: a) Annahme von Geldern in Kontokorrent, auf festen Termin oder gegen die Ausgabe von Obligationen, Kassenscheinen, Spar- und Depositenheften; b) Anlage und Ausleihung von Geldern, insbesondere Gewährung von Krediten, festen Vorschüssen und Darlehen aller Art mit und ohne Deckung; c) Durchführung von Diskont- und Wechselgeschäften; d) Übernahme von Bürgschaften und Garantien; e) Abwicklung des Zahlungsverkehrs und von Akkreditiven, Wechsel-, Scheck- und Dokumentarinkassi; f) Anlageberatung und Vermögensverwaltung, Testamentsvollstreckung und Erbschaftsliquidation; g) An- und Verkauf von Wertrechten, Devisen, ausländischen Banknoten und Edelmetallen und der jeweils am Markt gehandelten Finanzierungsinstrumente jeglicher Art; | | | |

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | | Vaduz | 2 |

Aktuelle Eintragungen

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| | | h) Aufbewahrung und Verwaltung von Wertschriften und Wertgegenständen sowie Vermietung von Schrankfächern; | | | |
| | | i) Ausübung der Funktion als Zeichnungsstelle und als Depotbank von Anlagefonds; | | | |
| | | k) Übernahme und Vermittlung von Emissionen von Wertrechten; | | | |
| | | l) Übernahme und Verwaltung von Beteiligungen; | | | |
| | | m) Unternehmensberatung, Vertretung und Geschäfsführung von Finanz- und Holdinggesellschaften sowie anderen Unternehmungen. | | | |
| | | Die Gesellschaft ist berechtigt, Liegenschaften im In- und Ausland zu erwerben, zu belasten und zu verkaufen. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Allgemeine Vertretungsregelung: Die Gesellschaft wird durch die Kollektivunterschrift von zwei zeichnungsberechtigten Personen verpflichtet. Handlungsbevollmächtigte können untereinander nicht zeichnen. | 1 | 04.07.2002 |
| | | | 24 | 03.01.2013 |
| | | | 31 | 20.02.2014 |
| 1 | 42 | ~~Mitteilungen an die Aktionäre erfolgen durch Veröffentlichung im Publikationsorgan der Gesellschaft.~~ | 42 | 07.11.2016 |
| 3 | | Neuregelung der Funktionsbezeichnungen lt. Beschluss der Generaldirektion vom 13.01.2005, wonach die bisherigen Funktionen Direktor, stellvertretender Direktor, Vizedirektor, Chefprokurist, Prokurist und Handlungsbevollmächtigte nicht mehr ins Öffentlichkeitsregister eingetragen werden, sondern nur noch das Zeichnungsrecht - mit Ausnahme der Handlungsbevollmächtigten, welche gänzlich im Öffentlichkeitsregister gelöscht werden. Neu werden somit nur noch der Präsident, die Mitglieder des Verwaltungsrates und die Generaldirektoren mit ihren Funktionsbezeichnungen eingetragen. | | |
| 24 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 03.01.2013. | | |
| 31 | | Statutenänderung lt. Beschluss der Generalversammlung vom 20.02.2014. | | |
| 42 | | Mitteilungen an die Aktionäre erfolgen über die Internetseite der Gesellschaft. | | |
| 42 | | Statutenänderung lt. Beschluss der Generalversammlung vom 07.11.2016. | | |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Sacheinlagen: Anlässlich der Gründung wurden von der ursprünglichen Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz) nachstehende Sacheinlagen gemäss Vertrag vom 22.11.1990 übernommen: | 1 | ~~Landeszeitungen~~ |
| | | Aktiven und Passiven sowie Eventualverbindlichkeiten inkl. offene und stille Reserven gemäss Spaltungsbilanz per 30. Juni 1990 zum Preis von CHF 500'865'376.-- gegen Übergabe von 2'912'008 voll liberierte Inhaberaktien im Nominalwert von je CHF 100.-- der Gesellschaft zum Ausgabekurs von je CHF 172.-- an die ursprüngliche Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz). | 42 | www.lgt.li |
| 22 | | Die gegenständliche Gesellschaft übernimmt per 01.01.2012 auf Grundlage des Verschmelzungsplans (Fusionsplans) vom 30.05.2012 auf dem Wege der Fusion die "LGT Bank (Österreich) AG" mit Sitz in Wien (FN 279769a) als übertragende Gesellschaft. Sämtliche Aktiven und Passiven sind gemäss Schlussbilanz zum 31.12.2011 durch Universalsukzession auf die übernehmende Gesellschaft übergegangen. Die Aktien der übertragenden Gesellschaft sind erloschen, das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. Die übertragende Gesellschaft ist erloschen. | | |

10-03635-jpm    Doc 483-2    Filed 03/20/20    Entered 03/20/20 13:38:36    Exhibit B1
Pg 9 of 11

AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | Vaduz | 3 |

Aktuelle Eintragungen

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| 17 | 27 | ~~LGT Bank in Liechtenstein AG~~<br>~~Suite 4203~~<br>~~Two Exchange Square 8 Connaught Place Central G.P.O.~~<br>~~Box~~<br>~~13398 Hong Kong~~ | 41 |  | LGT BANK AG<br>3rd Floor<br>30 Herbert Street,<br>Dublin 2<br>Irland |
| 22 | 27 | ~~LGT Bank in Liechtenstein AG~~<br>~~Kantgasse 1~~<br>~~1010 Wien~~ | 47 |  | LGT Bank AG<br>Bankgasse 9<br>1010 Wien |
| 27 |  | LGT Bank AG<br>Suite 4203<br>Two Exchange Square 8 Connaught Place Central G.P.O.<br>Box<br>13398 Hong Kong |  |  |  |
| 27 | 47 | ~~LGT Bank AG~~<br>~~Kantgasse 1~~<br>~~1010 Wien~~ |  |  |  |

| Zei | Ref | TR-Nr | TR-Datum | Zei | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|---|---|
| 1 |  | 0 | 26.06.2004 | 27 |  | 9768 | 08.07.2013 |
| 2 |  | 11393 | 29.11.2004 | 28 |  | 14787 | 02.10.2013 |
| 3 |  | 4086 | 28.02.2005 | 29 |  | 16169 | 28.10.2013 |
| 4 |  | 16563 | 24.08.2006 | 30 |  | 2229 | 05.02.2014 |
| 5 |  | 22980 | 06.11.2006 | 31 |  | 4084 | 21.02.2014 |
| 6 |  | 7882 | 17.04.2007 | 32 |  | 9836 | 08.05.2014 |
| 7 |  | 10485 | 02.06.2008 | 33 |  | 13014 | 10.07.2014 |
| 8 |  | 17315 | 17.09.2008 | 34 |  | 20613 | 01.12.2014 |
| 9 |  | 21526 | 12.11.2008 | 35 |  | 5213 | 24.03.2015 |
| 10 |  | 205 | 07.01.2009 | 36 |  | 18474 | 12.06.2015 |
| 11 |  | 12365 | 29.04.2009 | 37 |  | 21595 | 28.08.2015 |
| 12 |  | 24522 | 25.08.2009 | 38 |  | 1628 | 04.02.2016 |
| 13 |  | 16264 | 02.06.2010 | 39 |  | 5833 | 30.05.2016 |
| 14 |  | 29209 | 28.09.2010 | 40 |  | 10346 | 27.09.2016 |
| 15 |  | 37435 | 09.12.2010 | 41 |  | 11855 | 28.10.2016 |
| 16 |  | 10075 | 06.04.2011 | 42 |  | 12534 | 15.11.2016 |
| 17 |  | 15626 | 05.07.2011 | 43 |  | 1720 | 20.02.2017 |
| 18 |  | 16313 | 14.07.2011 | 44 |  | 4707 | 30.05.2017 |
| 19 |  | 20659 | 16.09.2011 | 45 |  | 8587 | 27.09.2017 |
| 20 |  | 1479 | 26.01.2012 | 46 |  | 9841 | 03.11.2017 |
| 21 |  | 6718 | 24.04.2012 | 47 |  | 894 | 01.02.2018 |
| 22 |  | 13425 | 05.09.2012 | 48 |  | 4692 | 07.06.2018 |
| 23 |  | 13894 | 17.09.2012 | 49 |  | 8830 | 26.10.2018 |
| 24 |  | 2 | 03.01.2013 | 50 |  | 1405 | 08.02.2019 |
| 25 |  | 697 | 15.01.2013 | 51 |  | 5601 | 14.06.2019 |
| 26 |  | 4552 | 26.03.2013 | 52 |  | 9829 | 23.10.2019 |

Pages 4-63 have been intentionally left out

Top of this page has been intentionally left blank

Vaduz, 22.01.2020 22:19

Ein manueller oder elektronischer Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist. Auf Papier ausgedruckte elektronische Dokumente von Behörden mit einer Amtssignatur und einem Signaturvermerk haben die Vermutung der Echtheit für sich (Art. 5b SigG).

