**FMA**

Financial Market Authority
Liechtenstein

Zustellnachweis
LGT Bank AG
Herrengasse 12
Postfach 85
9490 Vaduz

| | |
|---|---|
| Unit | Banking Division |
| Contact | Constantin Marxer |
| Phone | +423 236 68 97 |
| E-Mail | constantin.marxer@fma-li.li |
| Reference | 1722/20/09 |
| Vaduz | 13 February 2020 |

**LGT Bank AG, Vaduz**
**Letter of confirmation**

Dear Madam / Dear Sir

The Liechtenstein Financial Market Authority (FMA) is the independent, integrated financial market supervisory authority of the Principality of Liechtenstein and the competent supervisory authority with respect to LGT Bank AG (formerly known as LGT Bank in Liechtenstein AG), Vaduz, in the Principality of Liechtenstein.

In this context we hereby confirm as per date of this letter that:

- LGT Bank AG, authorized on 20 June 1990, is a bank incorporated under the laws of the Principality of Liechtenstein to conduct the general business of banking;

  LGT Bank AG is authorized to provide all banking services as set out in art. 3 para. 3 Banking Act and its articles of association. This authorization includes, amongst other services, in particular the acceptance of deposits and other repayable funds, the execution of transactions and the provision of investment services and ancillary services;

- LGT Bank AG has been continuously licensed as a bank since the date of its authorisation. In particular LGT Bank AG was licensed to operate as a bank at all times between 1 January 2004 and 31 December 2009.

- LGT Bank AG was registered in the Liechtenstein commercial register on 7 December 1990 under register no. FL-0001.122.356-7;

- LGT Bank AG is registered under LEI code 7KDSOB6Z0X4S67TMX170;

- LGT Bank AG is subject to our prudential supervision;

- LGT Bank AG meets all license requirements as stipulated in the Banking Act and Banking Ordinance of the Principality of Liechtenstein. These include amongst others, provisions and the integrity and competence of the bank's management, its internal organization and financial soundness.

This certificate is issued to be presented to whom it may concern.

Yours faithfully

FMA — Financial Market Authority Liechtenstein

Dr. Elena Seiser

Deputy Head Legal Section
Banking Division

Constantin Marxer

Legal Officer
Banking Division

Landstrasse 109 · P. O. Box 279 · 9490 Vaduz · Liechtenstein
Phone +423 236 73 73 · Fax +423 236 73 74 · www.fma-li.li · info@fma-li.li