# TransLingua
## YOUR MESSAGE IN TRANSLATION

## CERTIFICATE OF ACCURACY

This is to certify that the attached

- **EXCERPT FROM THE COMMERCIAL REGISTER, Register No.: FL-0001.000.289-1, registration issued on August 3rd, 1926**

has been translated from German into English by staff members of TRANSLINGUA who are proficient in the German and English languages, and is to the best of our knowledge, ability and belief a true and accurate translation.

I, Michelle Tsai, hereby certify that I have performed quality control on this document and that I am competent enough to ascertain that this translation is accurate to the best of my knowledge.

For TRANSLINGUA
Sworn to and subscribed before me
the 6th day of February, 2020

NOTARY: _____

BRANKO SEKSAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6384310
Qualified in Kings County
My Commission Expires: December 10, 2022

New York
530 Ninth Avenue
Suite 708
New York, NY 10036

212.697.2020
212.697.2891
nyc@translingua.com

Boulder
445 Pearl Street
Suite 215
Boulder, CO 80302

303.442.3471
303.442.5805
boulder@translingua.com

www.translingua.com



[TRANSLATION]



DEPARTMENT OF JUSTICE
PRINCIPALITY OF LIECHTENSTEIN
COMMERCIAL REGISTER

# Excerpt from the commercial register

| Register number | Legal status | Registration | Deletion | Transfer 0002076 from: FL-0001.000.289-1/c to: | 1 |
|---|---|---|---|---|---|
| FL-0001.000.289-1 | Aktiengesellschaft (Limited Stock Company) | 8/3/1926 | | | |

All registrations

| Re | De | Company | | | | Ref | Headquarters |
|---|---|---|---|---|---|---|---|
| 1 | | **Liechtensteinische Landesbank Aktiengesellschaft** | | | | 1 | Vaduz |

| Re | De | Share capital | Payment | Division of shares | Re | De | Representation / delivery address |
|---|---|---|---|---|---|---|---|
| 1 | | CHF 154,000,000.00 | CHF 154,000,000.00 | 30,800,000 registered shares at CHF 5.00 | 1 | | Städtle 44 9490 Vaduz |

| Re | De | Purpose | Re | De | Additional addresses |
|---|---|---|---|---|---|
| 1 | | 1) In the sense of a universal bank, the Landesbank conducts banking transactions of all kinds for its own account and for the account of third parties domestically and abroad. 2) The object of the Landesbank is in particular: a) to promote the economic development of the Principality of Liechtenstein while following sound banking and commercial principles b) to strive for reasonable profits with consideration of the economic responsibility c) to adequately meet public and private credit needs d) to enable domestic and foreign clients to invest and manage their funds safely and profitably 3) The Landesbank may carry out all activities related to this purpose. | | | |

| Re | De | Remarks | Ref | Date of the Statutes |
|---|---|---|---|---|
| 1 | | Notifications to the shareholders are made by publication in the company's publication outlet. | 1 | 5/09/2003 |
| | | | 1 | 5/04/2007 |
| 1 | | The excerpt transferred from the previous register card does not contain any facts that were crossed out before the transfer and therefore does not contain any previous statute data or diary quotations. This information can be viewed on the commercial register card designated in the "Transfer" field. | 1 | 5/07/2010 |
| | | | 1 | 5/08/2015 |
| | | | 1 | 5/12/2017 |
| 1 | | Share split and amendment of the Articles of Association in Art. 5 and 18 according to the resolution of the Annual General Meeting on 5/04/2007. | | |
| 1 | | Reduction of the share capital from CHF 164,000,000 by CHF 10,000,000 to CHF 154,000,000 and amendment of Art. 5 para. 1 of the Articles of Association in accordance with the resolution of the Annual General Meeting of 5/04/2007. | | |
| 1 | | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of 5/07/2010. General rules on representation: The members of the Board of Administration, the Management and the authorized signatories of the Landesbank sign collectively in pairs. Authorized representatives may not sign among each other. | | |
| 1 | | Branches in: 9492 Eschen, 9496 Balzers | | |
| 1 | | New version of the Articles of Association according to the decision of the Annual General Meeting of 5/08/2015. | | |
| 1 | | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of 5/12/2017. | | |

| Re | De | Special facts | Ref | Publication outlet |
|---|---|---|---|---|
| | | | 1 | Regional newspapers |

| Zei | Ref | TR no | TR date | Zei | Ref | TR no | TR date |
|---|---|---|---|---|---|---|---|
| 0 | | | (Omission) | 7 | | 2809 | 3/27/2019 |
| 1 | | 1393 | 2/19/2018 | 8 | | 4555 | 5/23/2019 |
| 2 | | 4811 | 6/12/2018 | 9 | | 5794 | 6/24/2019 |
| 3 | | 5715 | 7/11/2018 | 10 | | 6804 | 7/19/2019 |
| 4 | | 8757 | 10/24/2018 | 11 | | 7803 | 8/26/2019 |
| 5 | | 9297 | 11/12/2018 | 12 | | 9675 | 10/17/2019 |
| 6 | | 348 | 1/11/2019 | | | | |

Pages 2-12 have been intentionally left out

10-03635-jpm    Doc 483-4    Filed 03/20/20    Entered 03/20/20 13:38:36    Exhibit C1
Pg 3 of 9

Top of Page 13 has been intentionally left blank

Vaduz, 10/17/2019 18:29 EP



| A manual or electronic excerpt from the Commercial Register of the Principality of Liechtenstein is only valid if it is accompanied by an original certification or an electronic official signature of the Department of Justice. Electronic documents printed out on paper by public authorities with an official signature and a signature endorsement are presumed to be authentic (Art. 5b SigG). |



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| Registernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 0002076 von: FL-0001.000.289-1/c auf: | 1 |
|---|---|---|---|---|---|
| **FL-0001.000.289-1** | Aktiengesellschaft | 03.08.1926 | | | |

Alle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | | **Liechtensteinische Landesbank Aktiengesellschaft** | 1 | Vaduz |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 1 | | CHF 154'000'000.00 | CHF 154'000'000.00 | 30'800'000 Namenaktien zu CHF 5.00 | 1 | | Städtle 44<br>9490 Vaduz |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | | 1) Die Landesbank betreibt im Sinne einer Universalbank Bankgeschäfte aller Art für eigene und für fremde Rechnung im In- und Ausland.<br>2) Die Landesbank bezweckt insbesondere:<br>a) die volkswirtschaftliche Entwicklung des Fürstentums Liechtenstein unter Beachtung gesunder bankbetrieblicher und kaufmännischer Grundsätze zu fördern<br>b) mit Rücksicht auf die volkswirtschaftliche Verantwortung angemessene Gewinne anzustreben<br>c) die öffentlichen und privaten Kreditbedürfnisse angemessen zu befriedigen<br>d) der in- und ausländischen Kundschaft eine sichere und ertragsbringende Anlage und Betreuung der Gelder zu ermöglichen<br>3) Die Landesbank kann alle mit diesem Zweck in Zusammenhang stehenden Tätigkeiten ausüben. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre erfolgen durch Veröffentlichung im Publikationsorgan der Gesellschaft. | 1 | 09.05.2003 |
| 1 | | Der von der bisherigen Registerkarte übertragene Auszug enthält keine vor dem Übertrag gestrichenen Tatsachen und somit auch keine allfälligen früheren Statutendaten oder Tagebuch-Zitate. Diese Informationen können auf der im Feld "Übertrag" bezeichneten Handelsregisterkarte eingesehen werden. | 1 | 04.05.2007 |
| | | | 1 | 07.05.2010 |
| 1 | | Aktiensplit und Änderung der Statuten im Art. 5 und 18 lt. Beschluss der Generalversammlung vom 04.05.2007. | 1 | 08.05.2015 |
| 1 | | Herabsetzung des Aktienkapitals von CHF 164'000'000.-- um CHF 10'000'000.-- auf CHF 154'000'000.-- und Anpassung des Art. 5 Abs. 1 der Statuten lt. Beschluss der Generalversammlung vom 04.05.2007. | 1 | 12.05.2017 |
| 1 | | Statutenänderung lt. Beschluss der Generalversammlung vom 07.05.2010. | | |
| | | Allgemeine Vertretungsregelung: Die Mitglieder des Verwaltungsrates sowie der Geschäftsleitung und die Zeichnungsberechtigten der Landesbank zeichnen unter sich kollektiv zu zweien. Handlungsbevollmächtigte können untereinander nicht zeichnen. | | |
| 1 | | Filialen in: 9492 Eschen, 9496 Balzers | | |
| 1 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 08.05.2015. | | |
| 1 | | Statutenänderung lt. Beschluss der Generalversammlung vom 12.05.2017. | | |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| | | | 1 | Landeszeitungen |

| Zei | Ref | TR-Nr | TR-Datum | Zei | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|---|---|
| 0 | | | (Auslassung) | 7 | | 2809 | 27.03.2019 |
| 1 | | 1393 | 19.02.2018 | 8 | | 4555 | 23.05.2019 |
| 2 | | 4811 | 12.06.2018 | 9 | | 5794 | 24.06.2019 |
| 3 | | 5715 | 11.07.2018 | 10 | | 6804 | 19.07.2019 |
| 4 | | 8757 | 24.10.2018 | 11 | | 7803 | 26.08.2019 |
| 5 | | 9297 | 12.11.2018 | 12 | | 9675 | 17.10.2019 |
| 6 | | 348 | 11.01.2019 | | | | |

Pages 2-12 have been intentionally left out

Top of Page 13 has been intentionally left blank

Vaduz, 17.10.2019 18:29 EP



Ein manueller oder elektronischer Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist. Auf Papier ausgedruckte elektronische Dokumente von Behörden mit einer Amtssignatur und einem Signaturvermerk haben die Vermutung der Echtheit für sich (Art. 5b SigG).