**FMA**
Financial Market Authority
Liechtenstein

**Zustellnachweis**
Liechtensteinische Landesbank Aktiengesellschaft
Städtle 44
Postfach 384
9490 Vaduz

| | |
|---|---|
| Unit | Banking Division |
| Contact | Patricia Daxböck |
| Phone | +423 236 61 77 |
| E-Mail | patricia.daxboeck@fma-li.li |
| Reference | 1722/20/06 |
| Vaduz | 13 February 2020 |

**Liechtensteinische Landesbank Aktiengesellschaft, Vaduz**
**Letter of confirmation**

Dear Madam / Dear Sir

The Liechtenstein Financial Market Authority (FMA) is the independent, integrated financial market supervisory authority of the Principality of Liechtenstein and the competent supervisory authority with respect to Liechtensteinische Landesbank Aktiengesellschaft, Vaduz, in the Principality of Liechtenstein.

In this context we hereby confirm as per date of this letter that:

- Liechtensteinische Landesbank Aktiengesellschaft, authorized on 5 December 1900, is a bank incorporated under the laws of the Principality of Liechtenstein to conduct the general business of banking;

  Liechtensteinische Landesbank Aktiengesellschaft is authorized to provide all banking services as set out in art. 3 para. 3 Banking Act and its articles of association. This authorization includes, amongst other services, in particular the acceptance of deposits and other repayable funds, the execution of transactions and the provision of investment services and ancillary services;

- Liechtensteinische Landesbank Aktiengesellschaft has been continuously licensed as a bank since the date of its authorisation. In particular Liechtensteinische Landesbank Aktiengesellschaft was licensed to operate as a bank at all times between 1 January 2004 and 31 December 2009.

- Liechtensteinische Landesbank Aktiengesellschaft was registered in the Liechtenstein commercial register on 3 August 1926 under register no. FL-0001.000.289-1;

- Liechtensteinische Landesbank Aktiengesellschaft is registered under LEI code 529900OE1FOAM50XLP72;

- Liechtensteinische Landesbank Aktiengesellschaft is subject to our prudential supervision;

- Liechtensteinische Landesbank Aktiengesellschaft meets all license requirements as stipulated in the Banking Act and Banking Ordinance of the Principality of Liechtenstein. These include amongst others, provisions and the integrity and competence of the bank's management, its internal organization and financial soundness.

This certificate is issued to be presented to whom it may concern.

Yours faithfully

FMA — Financial Market Authority Liechtenstein

Dr. Claudia Blasy
Head Legal Section
Banking Division

Dr. Elena Seiser
Deputy Head Legal Section
Banking Division