**TransLingua**
YOUR MESSAGE IN TRANSLATION

# CERTIFICATE OF ACCURACY

This is to certify that the attached

- **EXCERPT FROM THE COMMERCIAL REGISTER, Register No.: FL-0001.502.960-6, registration issued on April 2nd, 1992**

has been translated from German into English by staff members of TRANSLINGUA who are proficient in the German and English languages, and is to the best of our knowledge, ability and belief a true and accurate translation.

I, Michelle Tsai, hereby certify that I have performed quality control on this document and that I am competent enough to ascertain that this translation is accurate to the best of my knowledge.

For TRANSLINGUA

Sworn to and subscribed before me
the 6th day of February, 2020

NOTARY: _____

BRANKO SEKSAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6384310
Qualified in Kings County
My Commission Expires: December 10, 2022
New York
630 Ninth Avenue
Suite 708
New York, NY 10036
212.697.2020
212.697.2891
nyc@translingua.com

Boulder
1445 Pearl Street
Suite 215
Boulder, CO 80302
303.442.3471
303.442.5805
boulder@translingua.com

www.translingua.com



[TRANSLATION]


AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGIS TER

# Excerpt from the commercial register

| Register number | Legal status | Registration | Deletion | Transfer 0878021 from: | |
|---|---|---|---|---|---|
| FL-0001.502.960-6 | | 4/02/1992 | | to: | 1 |

Current registrations

| Re | De | Company | | | | Ref | Headquarters |
|---|---|---|---|---|---|---|---|
| 1 | | **NEUE BANK AG** | | | | 1 | Vaduz |

| Re | De | Share capital | Payment | Division of shares | Re | De | Representation / delivery address |
|---|---|---|---|---|---|---|---|
| 1 | | CHF 40,000'000.00 | CHF 40,000'000.00 | 400,000 registered shares at CHF 100.00 | 16 | | Marktgass 20<br>9490 Vaduz |

| Re | De | Purpose | Re | De | Additional addresses |
|---|---|---|---|---|---|
| 1 | | The purpose of the company is the operation of all types of banking transactions domestically and abroad. The business activities include in particular:<br>1. Acceptance of funds with the exception of the acceptance of funds against a savings account.<br>2. investment and lending of funds, in particular granting and brokering of credits, fixed advances and loans<br>3. Assuming sureties and guarantees and processing letters of credit and documentary collections.<br>4. Discounting of bills of exchange, collection of bills of exchange and checks, and collection of bonds and coupons.<br>5. Payment transactions at home and abroad as well as issuing checks.<br>6. Purchase and sale of securities for own and third-party account as well as of options, futures and other financial instruments of any kind.<br>7. Investment consulting and asset management.<br>8. Safekeeping and administration of securities and valuables as well as rental of safe-deposit boxes.<br>9. Assumption and mediation of the emission of shares, co-ownership certificates and bonds.<br>10. Purchase and sale of foreign exchange, goods, precious metals in ingots and coins as well as foreign notes and coins for own and third-party account.<br>11. Assumption and exercise of the function of custodian bank and subscription agent for investment companies and investment funds as well as the purchase and sale of fund shares for own and third-party account.<br>The Company may acquire and dispose of real estate domestically and abroad as well as invest in domestic and foreign companies, broker such investments and enter into partnerships on a contractual basis. | | | |

| Re | De | Remarks | Ref | Date of the statutes |
|---|---|---|---|---|
| 1 | | Notifications to shareholders are made by registered letter or, if undeliverable, by publication in the publication organ of the company. | 1 | 5/14/2004 |
| 3 | | The excerpt transferred from the previous register card does not contain any facts that were deleted before the transfer, and therefore no previous statute data or diary quotations. This information can be viewed on the commercial register card designated in the "Transfer" field. | 17 | 3/28/2008 |
| 17 | | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of 3/28/2008. | | |

| Special circumstances | Ref | Publication outlet |
|---|---|---|
| | 1 | regional newspapers |

| Zei | Ref | TR no. | TR date | Zei | Ref | TR no. | TR date |
|---|---|---|---|---|---|---|---|
| 1 | | O | 6/26/2004 | 28 | | 19644 | 12/20/2012 |
| 2 | | 4661 | 9/01/2004 | 29 | | 6630 | 5/14/2013 |
| 3 | | 179 | 1/04/2005 | 30 | | 13602 | 9/11/2013 |
| 4 | | 3287 | 2/18/2005 | 31 | | 21422 | 12/18/2013 |
| 5 | | 6342 | 3/29/2005 | 32 | | 8562 | 4/10/2014 |
| 6 | | 76 | 1/04/2006 | 33 | | 17197 | 9/30/2014 |
| 7 | | 5822 | 3/31/2006 | 34 | | 21840 | 12/16/2014 |
| 8 | | 27898 | 12/28/2006 | 35 | | 623 | 1/16/2015 |

Vaduz, 1/28/2020 16:37                                                                                         Continued on the following page



DEPARTMENT OF JUSTICE

## Excerpt from the commercial register

Current registrations

| Zei | Ref | TR no. | TR date | Zei | Ref | TR no. | TR date |
|---|---|---|---|---|---|---|---|
| | 9 | 5495 | 3/15/2007 | | 36 | 21154 | 8/17/2015 |
| | 10 | 8247 | 4/23/2015 | | 37 | 23723 | 10/20/2015 |
| | 11 | 8938 | 5/03/2007 | | 38 | 27519 | 12/22/2015 |
| | 12 | 10794 | 6/01/2007 | | 39 | 384 | 1/13/2016 |
| | 13 | 16865 | 8/22/2007 | | 40 | 1831 | 2/10/2016 |
| | 14 | 20279 | 10/16/2007 | | 41 | 6266 | 6/06/2016 |
| | 15 | 1536 | 1/23/2008 | | 42 | 15130 | 12/23/2016 |
| | 16 | 2592 | 2/06/2008 | | 43 | 96 | 1/05/2017 |
| | 17 | 9318 | 5/16/2008 | | 44 | 4221 | 5/11/2017 |
| | 18 | 10937 | 9/06/2008 | | 45 | 11645 | 12/15/2017 |
| | 19 | 14988 | 8/06/2008 | | 46 | 9204 | 11/08/2018 |
| | 20 | 207 | 1/07/2009 | | 47 | 180 | 1/08/2019 |
| | 21 | 13468 | 5/12/2009 | | 48 | 2699 | 3/25/2019 |
| | 22 | 39789 | 12/23/2009 | | 49 | 2812 | 03/27/2019 |
| | 23 | 14454 | 5/17/2010 | | 50 | 5694 | 6/18/2019 |
| | 24 | 32892 | 11/03/2010 | | 51 | 8242 | 9/11/2019 |
| | 25 | 2256 | 1/20/2011 | | 52 | 9414 | 10/10/2019 |
| | 26 | 15600 | 7/04/2011 | | 53 | 11754 | 12/03/2019 |
| | 27 | 14381 | 9/24/2012 | | 54 | 12536 | 12/17/2019 |

The bottom of this page has been intentionally omitted

Pages 3-5 have been intentionally omitted

The top of this page has been intentionally omitted.

Vaduz, 1/28/2020 16:37

A manual or electronic excerpt from the Commercial Register of the Principality of Liechtenstein is only valid if it is provided with an original certification or with an electronic official signature of the Department of Justice. Electronic documents printed out on paper by authorities with an official signature and a signature endorsement have the presumption of authenticity for themselves (Art. 5b SigG).

| | | |
|---|---|---|
| | The document was signed | |
| | by | the Liechtenstein National Administration |
| | on | 1/28/2020 16:37:13+01:00 |
| Verification information: www.llv.li/signaturprüfung | | |

# Handelsregister-Auszug

| Registernummer | Rechtsnatur | | Eintragung | Löschung | Übertrag 0878021 von: auf: | 1 |
|---|---|---|---|---|---|---|
| FL-0001.502.960-6 | | | 02.04.1992 | | | |

Aktuelle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | | **NEUE BANK AG** | 1 | Vaduz |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 1 | | CHF 40'000'000.00 | CHF 40'000'000.00 | 400'000 Namenaktien zu CHF 100.00 | 16 | | Marktgass 20<br>9490 Vaduz |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | | Zweck der Gesellschaft ist der Betrieb aller Arten von Bankgeschäften im In- und Ausland. Die Geschäftstätigkeit umfasst insbesondere:<br>1. Entgegennahme von Geldern mit Ausnahme der Entgegennahme von Geldern gegen Sparbuch.<br>2. Anlage und Ausleihung von Geldern, insbesondere Gewährung und Vermittlung von Krediten, Festen Vorschüssen und Darlehen.<br>3. Übernahme von Bürgschaften und Garantien sowie Abwicklung von Akkreditiven und Dokumentarinkassi.<br>4. Diskontierung von Wechseln, Inkasso von Wechseln und Checks sowie Einzug von Obligationen und Coupons.<br>5. Zahlungsverkehr im In- und Ausland sowie Ausgabe von Checks.<br>6. An- und Verkauf von Wertpapieren für eigene und fremde Rechnung sowie von Optionen, Futures und anderen Finanzinstrumenten jeglicher Art.<br>7. Anlageberatung und Vermögensverwaltung.<br>8. Verwahrung und Verwaltung von Wertpapieren und Wertgegenständen sowie Vermietung von Schrankfächern.<br>9. Übernahme und Vermittlung der Emission von Aktien, Miteigentumszertifikaten und Obligationen.<br>10. An- und Verkauf von Devisen, Waren, Edelmetallen in Barren und Münzen sowie fremden Noten und Münzen für eigen und fremde Rechnung.<br>11. Übernahme und Ausübung der Funktion als Depotbank und Zeichnungsstelle von Investmentunternehmen und Anlagefonds sowie An- und Verkauf von Fondsanteilen für eigene und fremde Rechnung.<br>Die Gesellschaft kann im In- und Ausland Liegenschaften erwerben und veräussern sowie sich an in- und ausländischen Unternehmen beteiligen, derartige Beteiligungen vermitteln und auf vertraglicher Basis Partnerschaften eingehen. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre erfolgen mittels eingeschriebenem Brief, bei Nichtzustellbarkeit durch Veröffentlichung im Publikationsorgan der Gesellschaft. | 1 | 14.05.2004 |
| 3 | | Der von der bisherigen Registerkarte übertragene Auszug enthält keine vor dem Übertrag gestrichenen Tatsachen und somit auch keine allfälligen früheren Statutendaten oder Tagebuch-Zitate. Diese Informationen können auf der im Feld "Übertrag" bezeichneten Handelsregisterkarte eingesehen werden. | 17 | 28.03.2008 |
| 17 | | Statutenänderung lt. Beschluss der Generalversammlung vom 28.03.2008. | | |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| | | | 1 | Landeszeitungen |

| Zei | Ref | TR-Nr | TR-Datum | Zei | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|---|---|
| | 1 | 0 | 26.06.2004 | 28 | | 19644 | 20.12.2012 |
| | 2 | 4661 | 01.09.2004 | 29 | | 6630 | 14.05.2013 |
| | 3 | 179 | 04.01.2005 | 30 | | 13602 | 11.09.2013 |
| | 4 | 3287 | 18.02.2005 | 31 | | 21422 | 18.12.2013 |
| | 5 | 6342 | 29.03.2005 | 32 | | 8562 | 10.04.2014 |
| | 6 | 76 | 04.01.2006 | 33 | | 17197 | 30.09.2014 |
| | 7 | 5822 | 31.03.2006 | 34 | | 21840 | 16.12.2014 |
| | 8 | 27898 | 28.12.2006 | 35 | | 623 | 16.01.2015 |

AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.502.960-6 | NEUE BANK AG | Vaduz | 2 |
|---|---|---|---|

Aktuelle Eintragungen

| Zei | Ref | TR-Nr | TR-Datum | Zei | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|---|---|
| | 9 | 5495 | 15.03.2007 | | 36 | 21154 | 17.08.2015 |
| | 10 | 8247 | 23.04.2007 | | 37 | 23723 | 20.10.2015 |
| | 11 | 8938 | 03.05.2007 | | 38 | 27519 | 22.12.2015 |
| | 12 | 10794 | 01.06.2007 | | 39 | 384 | 13.01.2016 |
| | 13 | 16865 | 22.08.2007 | | 40 | 1831 | 10.02.2016 |
| | 14 | 20279 | 16.10.2007 | | 41 | 6266 | 06.06.2016 |
| | 15 | 1536 | 23.01.2008 | | 42 | 15130 | 23.12.2016 |
| | 16 | 2592 | 06.02.2008 | | 43 | 96 | 05.01.2017 |
| | 17 | 9318 | 16.05.2008 | | 44 | 4221 | 11.05.2017 |
| | 18 | 10937 | 09.06.2008 | | 45 | 11645 | 15.12.2017 |
| | 19 | 14988 | 06.08.2008 | | 46 | 9204 | 08.11.2018 |
| | 20 | 207 | 07.01.2009 | | 47 | 180 | 08.01.2019 |
| | 21 | 13468 | 12.05.2009 | | 48 | 2699 | 25.03.2019 |
| | 22 | 39789 | 23.12.2009 | | 49 | 2812 | 27.03.2019 |
| | 23 | 14454 | 17.05.2010 | | 50 | 5694 | 18.06.2019 |
| | 24 | 32892 | 03.11.2010 | | 51 | 8242 | 11.09.2019 |
| | 25 | 2256 | 20.01.2011 | | 52 | 9414 | 10.10.2019 |
| | 26 | 15600 | 04.07.2011 | | 53 | 11754 | 03.12.2019 |
| | 27 | 14381 | 24.09.2012 | | 54 | 12536 | 17.12.2019 |

The bottom of this page has been intentionally omitted

Pages 3-5 have been intentionally omitted

The top of this page has been intentionally omitted.

Vaduz, 28.01.2020 16:37

Ein manueller oder elektronischer Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist. Auf Papier ausgedruckte elektronische Dokumente von Behörden mit einer Amtssignatur und einem Signaturvermerk haben die Vermutung der Echtheit für sich (Art. 5b SigG).

| | | |
|---|---|---|
| LANDESVERWALTUNG FÜRSTENTUM LIECHTENSTEIN | Das Dokument wurde signiert | |
| | von | Liechtensteinische Landesverwaltung |
| | am | 2020-01-28T16:37:13+01:00 |
| Prüfinformation: www.llv.li/signaturpruefung | | |