# FMA

Financial Market Authority
Liechtenstein

**Zustellnachweis**
Neue Bank AG
Marktgass 20
Postfach 1533
9490 Vaduz

| | |
|---|---|
| Unit | Banking Division |
| Contact | Patricia Daxböck |
| Phone | +423 236 61 77 |
| E-Mail | patricia.daxboeck@fma-li.li |
| Reference | 1722/20/04 |
| Vaduz | 13 February 2020 |

**Neue Bank AG, Vaduz**
**Letter of confirmation**

Dear Madam / Dear Sir

The Liechtenstein Financial Market Authority (FMA) is the independent, integrated financial market supervisory authority of the Principality of Liechtenstein and the competent supervisory authority with respect to Neue Bank AG, Vaduz, in the Principality of Liechtenstein.

In this context we hereby confirm as per date of this letter that:

- Neue Bank AG, authorized on 15 October 1991, is a bank incorporated under the laws of the Principality of Liechtenstein to conduct the general business of banking;

  Neue Bank AG is authorized to provide all banking services as set out in art. 3 para. 3 Banking Act and its articles of association. This authorization includes, amongst other services, in particular the acceptance of deposits and other repayable funds, the execution of transactions and the provision of investment services and ancillary services;

- Neue Bank AG has been continuously licensed as a bank since the date of its authorization. In particular Neue Bank AG was licensed to operate as a bank at all times between 1 January 2004 and 31 December 2009.

- Neue Bank AG was registered in the Liechtenstein commercial register on 2 April 1992 under register no. FL-0001.502.960-6;

- Neue Bank AG is registered under LEI code 529900OLW8QPFMTBDC23;

- Neue Bank AG is subject to our prudential supervision;

- Neue Bank AG meets all license requirements as stipulated in the Banking Act and Banking Ordinance of the Principality of Liechtenstein. These include amongst others, provisions and the integrity and competence of the bank's management, its internal organization and financial soundness.

This certificate is issued to be presented to whom it may concern.

Yours faithfully

FMA — Financial Market Authority Liechtenstein

Dr. Claudia Blasy
Head Legal Section
Banking Division

Dr. Elena Seiser
Deputy Head Legal Section
Banking Division