# TransLingua
## YOUR MESSAGE IN TRANSLATION

## CERTIFICATE OF ACCURACY

This is to certify that the attached

- **EXCERPT FROM THE COMMERCIAL REGISTER, Register No.: FL-0001.007.080-0, registration issued on April 10th, 1956**

has been translated from German into English by staff members of TRANSLINGUA who are proficient in the German and English languages, and is to the best of our knowledge, ability and belief a true and accurate translation.

I, Michelle Tsai, hereby certify that I have performed quality control on this document and that I am competent enough to ascertain that this translation is accurate to the best of my knowledge.

For TRANSLINGUA
Sworn to and subscribed before me
the 6th day of February, 2020

NOTARY: _____

BRANKO SEKSAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6384310
Qualified in Kings County
My Commission Expires: December 10, 2022

New York
530 Ninth Avenue
Suite 708
New York, NY 10036

t 212.697.2020
f 212.697.2891
e nyc@translingua.com

Boulder
445 Pearl Street
Suite 215
Boulder, CO 80302

t 303.442.3471
f 303.442.5805
e boulder@translingua.com

www.translingua.com



[TRANSLATION]

# Excerpt from the commercial register

| Legal status | Registration | Deletion | Transfer 0044073 | |
|---|---|---|---|---|
| Aktiengesellschaft (Limited Stock Company) | 4/10/1956 | | From: FL-0001.007 .080-0/a<br>To: | 1 |

Stamp: FL-0001.007.080-0

All Registrations

| Re | De | Company | Re | Headquarters |
|---|---|---|---|---|
| 1 | 49 | ~~Verwaltungs- und Privat-Bank-Aktiengesellschaft~~ | 1 | Vaduz |
| 1 | 49 | ~~Banque Privée de Gérance Sonciété Anonyme / Private Trust Bank Corporation~~ | | |
| 49 | | **VP Bank AG** | | |
| 49 | | VP Bank SA / VP Bank Ltd | | |

| Re | De | Share capital | Payment | Division of shares | Re | De | Representation / delivery address |
|---|---|---|---|---|---|---|---|
| 1 | 55 | ~~CHF 59,147,637.00~~ | ~~CHF 59,147,637.00~~ | ~~6,004,167 registered shares at CHF 1.00~~<br>~~5,314,347 bearer shares at CHF 10.00~~ | 1 | | Äulestrasse 6<br>9490 Vaduz |
| 55 | 63 | CHF 66,154,167.00 | CHF 66,154,167.00 | ~~6,004,167 registered shares at CHF 1.00~~<br>~~6,015,000 bearer shares at CHF 10.00~~ | | | |
| 63 | | | | 6,015,000 registered shares A at CHF 10.00<br>6,004,167 registered shares B at CHF 1.00 | | | |

| Re | De | Purpose | Re | De | Additional addresses |
|---|---|---|---|---|---|
| 1 | | The object of the company is to operate a bank. It may conduct all types of banking, financial, commercial and real estate transactions and services associated with a universal bank domestically and abroad, in particular:<br>a) Acceptance of savings and deposit accounts as well as bank and customer funds on demand and on time, issuance of medium-term notes and bonds,<br>b) Granting of (secured and unsecured) loans in all standard forms of financing transactions (including leasing and factoring),<br>c) conducting discount and exchange transactions, buying and selling of money market paper,<br>d) Purchase and sale of securities, foreign exchange, derivative financial instruments, foreign banknotes, precious metals and coins for own and third-party account,<br>e) Acquisition and brokerage of investments, sub-participations and participation in syndicates,<br>f) Investment advice and asset management, execution of wills and liquidation of estates as well as assumption of fiduciary functions,<br>g) Issuance of sureties and guarantees,<br>h) Safekeeping of securities and valuables in open or closed custody accounts and rental of safe-deposit boxes,<br>i) Acquisition and placement of bond and share issues, execution of financial operations for own and third-party account,<br>j) Establishment and operation of investment funds domestically and abroad as well as exercising the function of subscription agent and custodian bank of investment funds,<br>k) Execution of futures transactions for own and third-party account,<br>l) Check and documentary collections and processing of letters of credit,<br>m) Transfer of payments at home and abroad as well as the issuance of checks,<br>n) Implementation of company foundations, assumption of administration and representative offices, administration of companies and finance companies as well as business and tax consulting of all kinds,<br>o) Purchase and sale of real estate domestically and abroad. | | | |

| Re | De | Remarks | Re | Date of the statutes |
|---|---|---|---|---|
| 1 | 20 | ~~Signature regulations: the company signature is made collectively in pairs by:~~<br>~~a) two members of the Board of Administration~~<br>~~b) one member of the Board of Administration and one Director or one Vice Director or one authorized signatory~~<br>~~c) two Directors and one Vice Director or one authorized signatory or two Directors, two Vice Directors or two authorized signatories~~ | 1<br>9<br>49<br>55<br>63 | 5/15/2003<br>4/27/2007<br>4/25/2014<br>4/10/2015<br>4/29/2016 |

Vaduz, 1/20/2020 12:59    Continued on the following page



**DEPARTMENT OF JUSTICE**
**PRINCIPA**

**Excerpt from the commercial register**

2

1 FL-0001.007.080-0    . VP Bank AG    .Vaduz

All registrations

| Re | De | Remarks | Ref | Date of the statutes |
|---|---|---|---|---|
|  | 1 | The excerpt transferred from the previous register card does not contain any facts that were deleted before the transfer and therefore does not contain any previous statute data or diary quotations. This information can be viewed on the commercial register card designated in the "Transfer" field. |  |  |
|  | 9 | Amendment of Articles 7, 8, 9, 12, 16, 17, 22 and 23 of the Articles of Association according to the resolution of the Annual General Meeting of April 27, 2007. |  |  |
|  | 20 | Signature regulations: the company signature is made collectively in pairs. |  |  |
|  | 1 | Notices to the shareholders shall be made in writing to the addresses provided to the Company for this purpose. |  |  |
|  | 49 | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of April 25, 2014. |  |  |
|  | 55 | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of April 10, 2015. |  |  |
|  | 63 | Amendment to the Articles of Association according to the resolution of the Annual General Meeting of April 29, 2016. |  |  |

| Re | De | Specific circumstances | Ref | Publication outlet |
|---|---|---|---|---|
|  | 56 | Based on the merger plan of 03/03/2015, the relevant company assumes "Centrum Bank AG", FL-1,509,712 as the transferring company by way of merger as of 05/01/2015. All assets and liabilities of the transferring company were transferred to the acquiring company by universal succession in accordance with the balance sheet as per 12/31/ 2014. The transferring company has ceased to exist. | 1 | regional newspapers |

| Re | De | Branch office(s) | Re | De | Branch office(s) |
|---|---|---|---|---|---|
|  | 81 | 8 Marina View #27-03 Asia Square Tower 1<br>018960 Singapore |  |  |  |

| Zei | Ref | TR no. | TR date | Zei | Ref | TR no. | TR date |
|---|---|---|---|---|---|---|---|
| 1 |  | O | 6/26/2004 | 48 |  | 8276 | 4/08/2014 |
| 2 |  | 756 | 7/09/2004 | 49 |  | 9288 | 4/28/2014 |
| 3 |  | 372 | 1/07/2005 | 50 |  | 13091 | 7/11/2014 |
| 4 |  | 12111 | 6/15/2005 | 51 |  | 16754 | 9/19/2014 |
| 5 |  | 14150 | 7/07/2005 | 52 |  | 1 | 1/05/2015 |
| 6 |  | 5560 | 3/29/2006 | 53 |  | 4117 | 2/27/2015 |
| 7 |  | 22172 | 10/26/2006 | 54 |  | 5788 | 4/02/2015 |
| 8 |  | 3952 | 2/23/2007 | 55 |  | 6108 | 4/10/2015 |
| 9 |  | 12874 | 6/27/2007 | 56 |  | 16782 | 5/04/2015 |
| 10 |  | 17020 | 9/11/2008 | 57 |  | 17472 | 5/21/2015 |
| 11 |  | 17401 | 9/18/2008 | 58 |  | 21104 | 8/14/2015 |
| 12 |  | 19673 | 10/17/2008 | 59 |  | 23251 | 10/07/2015 |
| 13 |  | 21020 | 4/11/2008 | 60 |  | 27924 | 12/29/2015 |
| 14 |  | 4161 | 3/04/2009 | 61 |  | 4485 | 4/20/2016 |
| 15 |  | 11257 | 4/20/2009 | 62 |  | 4779 | 4/27/2016 |
| 16 |  | 21614 | 7/23/2009 | 63 |  | 4979 | 5/3/2016 |
| 17 |  | 25051 | 8/27/2009 | 64 |  | 6861 | 6/22/2016 |
| 18 |  | 31506 | 10/23/2009 | 65 |  | 9609 | 9/06/2016 |
| 19 |  | 33917 | 11/12/2009 | 66 |  | 12530 | 11/15/2016 |
| 20 |  | 34816 | 11/20/2009 | 67 |  | 54 | 1/04/2017 |
| 21 |  | 5240 | 2/18/2010 | 68 |  | 848 | 1/25/2017 |
| 22 |  | 7648 | 3/10/2010 | 69 |  | 1880 | 2/23/2017 |
| 23 |  | 14179 | 5/11/2010 | 70 |  | 3454 | 4/11/2017 |
| 24 |  | 14615 | 5/18/2010 | 71 |  | 4071 | 5/05/2017 |
| 25 |  | 14787 | 5/19/2010 | 72 |  | 5163 | 06/13/2017 |
| 26 |  | 20482 | 7/09/2010 | 73 |  | 7454 | 8/29/2017 |
| 27 |  | 25437 | 8/24/2010 | 74 |  | 10215 | 11/16/2017 |

Vaduz, 1/20/2020 12:59    Continued on the following page

**LIECHTENSTEIN COMMERCIAL REGISTER**    **Excerpt from the commercial register**

FL-0001.007.080-0    VP Bank AG                                                                 Vaduz                3

.All registrations

| Re | Ref | TR no. | TR date | Zei | Ref | TR no. | TR date |
|---|---|---|---|---|---|---|---|
|  | 28 | 32707 | 11/02/2010 |  | 75 | 1046 | 2/07/2018 |
|  | **29** | 469 | 1/7/2011 |  | 76 | 2200 | 3/14/2018 |
|  | 30 | 6109 | 2/16/2011 |  | 77 | 3393 | 4/20/2018 |
|  | 31 | 10000 | 4/05/2011 |  | 78 | 3456 | 4/23/2018 |
|  | 32 | 14077 | 6/6/2011 |  | 79 | 4134 | 5/18/2018 |
|  | 33 | 16977 | 7/22/2011 |  | 80 | 5148 | 6/21/2018 |
|  | **34** | 20342 | 9/13/2011 |  | 81 | 5792 | 7/13/2018 |
|  | 35 | 26295 | 11/30/2011 |  | 82 | 6403 | 8/3/2018 |
|  | 36 | 1527 | 1/27/2012 |  | 83 | 7595 | 9/17/2018 |
|  | 37 | 5872 | 4/10/2012 |  | 84 | 9866 | 11/28/2018 |
|  | 38 | 11000 | 7/16/2012 |  | 85 | 1620 | 2/15/2019 |
|  | 39 | 13033 | 8/28/2012 |  | 86 | 2144 | 3/01/2019 |
|  | 40 | 17218 | 11/19/2012 |  | 87 | 3783 | 4/29/2019 |
|  | 41 | 3840 | 3/12/2013 |  | 88 | 3978 | 5/06/2019 |
|  | 42 | 5790 | 4/24/2013 |  | 89 | 5008 | 6/04/2019 |
|  | 43 | 7598 | 6/03/2013 |  | 90 | 7579 | 8/19/2019 |
|  | 44 | 9420 | 7/03/2013 |  | 91 | 8251 | 9/11/2019 |
|  | 45 | 15558 | 10/17/2013 |  | 92 | 8992 | 10/02/2019 |
|  | 46 | 359 | 1/10/2014 |  | 93 | 10298 | 11/06/2019 |
|  | 47 | 4692 | 2/26/2014 |  | 94 | 12015 | 12/06/2019 |

Bottom of this page has intentionally been left blank

Pages 4- 32 have intentionally been left out

Top of this page has been intentionally left blank

Vaduz, 1/20/2020 12:59 EA



A manual or electronic excerpt from the Commercial Register of the Principality of Liechtenstein is only valid if it is accompanied by an original certification or an electronic official signature of the Department of Justice. Electronic documents printed out on paper by public authorities with an official signature and a signature endorsement are presumed to be authentic (Art. 5b SigG).



# Handelsregister-Auszug

| Registernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 0044073 von: FL-0001.007.080-0/a auf: | 1 |
|---|---|---|---|---|---|
| FL-0001.007.080-0 | Aktiengesellschaft | 10.04.1956 | | | |

Alle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | 49 | ~~Verwaltungs- und Privat-Bank Aktiengesellschaft~~ | 1 | Vaduz |
| 1 | 49 | ~~Banque Privée de Gérance Sonciété Anonyme / Private Trust Bank Corporation~~ | | |
| 49 | | **VP Bank AG** | | |
| 49 | | VP Bank SA / VP Bank Ltd | | |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 1 | 55 | ~~CHF 59'147'637.00~~ | ~~CHF 59'147'637.00~~ | ~~6'004'167 Namenaktien zu CHF 1.00~~ | 1 | | Äulestrasse 6 |
| | | | | ~~5'314'347 Inhaberaktien zu CHF 10.00~~ | | | 9490 Vaduz |
| 55 | 63 | CHF 66'154'167.00 | CHF 66'154'167.00 | ~~6'004'167 Namenaktien zu CHF 1.00~~ | | | |
| | | | | ~~6'015'000 Inhaberaktien zu CHF 10.00~~ | | | |
| 63 | | | | 6'015'000 Namenaktien A zu CHF 10.00 | | | |
| | | | | 6'004'167 Namenaktien B zu CHF 1.00 | | | |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | | Die Gesellschaft bezweckt den Betrieb einer Bank. Sie kann alle einer Universalbank zugehörigen Arten von Bank-, Finanz-, Handels- und Immobilien-Geschäften und von Dienstleistungen im In- und Ausland betreiben, insbesondere: | | | |

a) Annahme von Spar- und Depositeneinlagen sowie von Banken- und Kunden-Geldern auf Sicht und auf Zeit, Ausgabe von Kassenobligationen und Obligationenanleihen,

b) Gewährung von (gesicherten und ungesicherten) Krediten in allen üblichen Formen von Finanzierungsgeschäften (inklusive Leasing und Factoring),

c) Durchführung von Diskont- und Wechselgeschäften, An- und Verkauf von Geldmarktpapieren,

d) An- und Verkauf von Wertpapieren, Devisen, derivativen Finanzinstrumenten, ausländischen Banknoten, Edelmetallen und Münzen für eigene und fremde Rechnung,

e) Übernahme und Vermittlung von Beteiligungen, Unterbeteiligungen sowie Beteiligung an Syndikaten,

f) Anlageberatung und Vermögensverwaltung, Testamentsvollstreckungen und Erbschaftsliquidationen sowie Übernahme von Treuhandfunktionen,

g) Ausstellung von Bürgschaften und Garantien,

h) Aufbewahrung von Wertpapieren und Wertgegenständen in offenen oder verschlossenen Depots sowie Vermietung von Schrankfächern,

i) Übernahme und Plazierung von Obligationen- und Aktienemissionen, Durchführung von Finanz-Operationen für eigene und fremde Rechnung,

j) Errichtung und Betrieb von Anlagefonds im In- und Ausland sowie Ausübung der Funktion der Zeichnungsstelle und der Depotbank von Anlagefonds,

k) Durchführung von Termingeschäften für eigene und fremde Rechnung,

l) Check- und Dokumentarinkassi und Abwicklung von Akkreditiven,

m) Überweisung von Zahlungen im In- und Auslande sowie die Abgabe von Checks,

n) Durchführung von Gesellschaftsgründungen, Übernahme von Verwaltungen und Repräsentanzen, Verwaltung von Unternehmen und Finanzgesellschaften sowie Unternehmungs- und Steuerberatungen aller Art,

o) Erwerb und Verkauf von Liegenschaften im In- und Auslande.

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | 20 | ~~Unterschriftenregelung: die Firmazeichnung erfolgt kollektiv zu zweien durch:~~ | 1 | 15.05.2003 |
| | | ~~a) zwei Mitglieder des Verwaltungsrates;~~ | 9 | 27.04.2007 |
| | | ~~b) ein Mitglied des Verwaltungsrates und einen Direktor oder einen Vize-Direktor oder einen Prokuristen;~~ | 49 | 25.04.2014 |
| | | ~~c) einen Direktor und einen Vize-Direktor oder einen Prokuristen oder zwei Direktoren, zwei Vize-Direktoren oder zwei Prokuristen.~~ | 55 | 10.04.2015 |
| | | | 63 | 29.04.2016 |

Vaduz, 20.01.2020 12:59                                                                                          Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.007.080-0 | VP Bank AG | Vaduz | 2 |

Alle Eintragungen

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Der von der bisherigen Registerkarte übertragene Auszug enthält keine vor dem Übertrag gestrichenen Tatsachen und somit auch keine allfälligen früheren Statutendaten oder Tagebuch-Zitate. Diese Informationen können auf der im Feld "Übertrag" bezeichneten Handelsregisterkarte eingesehen werden. | | |
| 9 | | Statutenänderung in den Artikeln 7, 8, 9, 12, 16, 17, 22 und 23 lt. Beschluss der Generalversammlung vom 27.04.2007. | | |
| 20 | | Unterschriftenregelung: die Firmazeichnung erfolgt kollektiv zu zweien. | | |
| 1 | | Mitteilungen an die Aktionäre erfolgen in schriftlicher Form an die der Gesellschaft hierfür bekanntgegebenen Adressen. | | |
| 49 | | Statutenänderung lt. Beschluss der Generalversammlung vom 25.04.2014. | | |
| 55 | | Statutenänderung lt. Beschluss der Generalversammlung vom 10.04.2015. | | |
| 63 | | Statutenänderung lt. Beschluss der Generalversammlung vom 29.04.2016. | | |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 56 | | Die gegenständliche Gesellschaft übernimmt per 01.05.2015 auf Grundlage des Fusionsplanes vom 03.03.2015 auf dem Wege der Fusion die "Centrum Bank AG", FL-1.509.712 als übertragende Gesellschaft. Sämtliche Aktiven und Passiven der übertragenden Gesellschaft sind gemäss Bilanz zum 31.12.2014 durch Universalsukzession auf die übernehmende Gesellschaft übergegangen. Die übertragende Gesellschaft ist erloschen. | 1 | Landeszeitungen |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| 81 | | 8 Marina View #27-03 Asia Square Tower 1<br>018960 Singapur | | | |

| Zei | Ref | TR-Nr | TR-Datum | Zei | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|---|---|
| | 1 | 0 | 26.06.2004 | | 48 | 8276 | 08.04.2014 |
| | 2 | 756 | 09.07.2004 | | 49 | 9288 | 28.04.2014 |
| | 3 | 372 | 07.01.2005 | | 50 | 13091 | 11.07.2014 |
| | 4 | 12111 | 15.06.2005 | | 51 | 16754 | 19.09.2014 |
| | 5 | 14150 | 07.07.2005 | | 52 | 1 | 05.01.2015 |
| | 6 | 5560 | 29.03.2006 | | 53 | 4117 | 27.02.2015 |
| | 7 | 22172 | 26.10.2006 | | 54 | 5788 | 02.04.2015 |
| | 8 | 3952 | 23.02.2007 | | 55 | 6108 | 10.04.2015 |
| | 9 | 12874 | 27.06.2007 | | 56 | 16782 | 04.05.2015 |
| | 10 | 17020 | 11.09.2008 | | 57 | 17472 | 21.05.2015 |
| | 11 | 17401 | 18.09.2008 | | 58 | 21104 | 14.08.2015 |
| | 12 | 19673 | 17.10.2008 | | 59 | 23251 | 07.10.2015 |
| | 13 | 21020 | 04.11.2008 | | 60 | 27924 | 29.12.2015 |
| | 14 | 4161 | 04.03.2009 | | 61 | 4485 | 20.04.2016 |
| | 15 | 11257 | 20.04.2009 | | 62 | 4779 | 27.04.2016 |
| | 16 | 21614 | 23.07.2009 | | 63 | 4979 | 03.05.2016 |
| | 17 | 25051 | 27.08.2009 | | 64 | 6861 | 22.06.2016 |
| | 18 | 31506 | 23.10.2009 | | 65 | 9609 | 06.09.2016 |
| | 19 | 33917 | 12.11.2009 | | 66 | 12530 | 15.11.2016 |
| | 20 | 34816 | 20.11.2009 | | 67 | 54 | 04.01.2017 |
| | 21 | 5240 | 18.02.2010 | | 68 | 848 | 25.01.2017 |
| | 22 | 7648 | 10.03.2010 | | 69 | 1880 | 23.02.2017 |
| | 23 | 14179 | 11.05.2010 | | 70 | 3454 | 11.04.2017 |
| | 24 | 14615 | 18.05.2010 | | 71 | 4071 | 05.05.2017 |
| | 25 | 14787 | 19.05.2010 | | 72 | 5163 | 13.06.2017 |
| | 26 | 20482 | 09.07.2010 | | 73 | 7454 | 29.08.2017 |
| | 27 | 25437 | 24.08.2010 | | 74 | 10215 | 16.11.2017 |

Vaduz, 20.01.2020 12:59

Fortsetzung auf der folgenden Seite



# Handelsregister-Auszug

| FL-0001.007.080-0 | VP Bank AG | | Vaduz | 3 |
|---|---|---|---|---|

Alle Eintragungen

| Zei | Ref | TR-Nr | TR-Datum | Zei | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|---|---|
| | 28 | 32707 | 02.11.2010 | | 75 | 1046 | 07.02.2018 |
| | 29 | 469 | 07.01.2011 | | 76 | 2200 | 14.03.2018 |
| | 30 | 6109 | 16.02.2011 | | 77 | 3393 | 20.04.2018 |
| | 31 | 10000 | 05.04.2011 | | 78 | 3456 | 23.04.2018 |
| | 32 | 14077 | 06.06.2011 | | 79 | 4134 | 18.05.2018 |
| | 33 | 16977 | 22.07.2011 | | 80 | 5148 | 21.06.2018 |
| | 34 | 20342 | 13.09.2011 | | 81 | 5792 | 13.07.2018 |
| | 35 | 26295 | 30.11.2011 | | 82 | 6403 | 03.08.2018 |
| | 36 | 1527 | 27.01.2012 | | 83 | 7595 | 17.09.2018 |
| | 37 | 5872 | 10.04.2012 | | 84 | 9866 | 28.11.2018 |
| | 38 | 11000 | 16.07.2012 | | 85 | 1620 | 15.02.2019 |
| | 39 | 13033 | 28.08.2012 | | 86 | 2144 | 01.03.2019 |
| | 40 | 17218 | 19.11.2012 | | 87 | 3783 | 29.04.2019 |
| | 41 | 3840 | 12.03.2013 | | 88 | 3978 | 06.05.2019 |
| | 42 | 5790 | 24.04.2013 | | 89 | 5008 | 04.06.2019 |
| | 43 | 7598 | 03.06.2013 | | 90 | 7579 | 19.08.2019 |
| | 44 | 9420 | 03.07.2013 | | 91 | 8251 | 11.09.2019 |
| | 45 | 15558 | 17.10.2013 | | 92 | 8992 | 02.10.2019 |
| | 46 | 359 | 10.01.2014 | | 93 | 10298 | 06.11.2019 |
| | 47 | 4692 | 26.02.2014 | | 94 | 12015 | 06.12.2019 |

Bottom of this page has intentionally been left blank

Pages 4-32 have been intentionally left out

Top of this page has been intentionally left blank

Vaduz, 20.01.2020 12:59 EA



Beglaubigter Auszug:

Ang.. EGGENBERGER-STEINER

Ein manueller oder elektronischer Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist. Auf Papier ausgedruckte elektronische Dokumente von Behörden mit einer Amtssignatur und einem Signaturvermerk haben die Vermutung der Echtheit für sich (Art. 5b SigG).

