**TransLingua**

**YOUR MESSAGE IN TRANSLATION**

## CERTIFICATE OF ACCURACY

This is to certify that the attached

- **EXCERPT FROM THE COMMERCIAL REGISTER, Register No.: FI-0001.509. 712-6, registration issued on March 1st, 1993**

has been translated from German into English by staff members of TRANSLINGUA who are proficient in the German and English languages, and is to the best of our knowledge, ability and belief a true and accurate translation.

I, Michelle Tsai, hereby certify that I have performed quality control on this document and that I am competent enough to ascertain that this translation is accurate to the best of my knowledge.

For TRANSLINGUA
Sworn to and subscribed before me
the 6th day of February, 2020

NOTARY:_____

BRANKO SEKSAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6384310
Qualified in Kings County
My Commission Expires: December 10, 2022

**New York**
530 Ninth Avenue
Suite 708
New York, NY 10036

212.697.2020
212.697.2891
nyc@translingua.com

**Boulder**
1445 Pearl Street
Suite 215
Boulder, CO 80302

303.442.3471
303.442.5805
boulder@translingua.com

**www.translingua.com**



DEPARTMENT OF JUSTICE
PRINCIPALITY OF LIECHTENSTEIN
COMMERCIAL REGISTER

# Excerpt from the commercial register

| Register number | Legal status | Registration | Deletion | Transfer 0902007 From: FL-0001.509.712-6/a To: | 1 |
|---|---|---|---|---|---|
| FI-0001.509. 712-6 | Aktiengesellschaft (Limited Stock Company) | 3/1/1993 | 5/4/2015 | | |

All registrations

## Legal entity deleted

| Re | De | Company | Ref | Headquarters |
|---|---|---|---|---|
| 1 | | **Centrum Bank AG** | 1 | Vaduz |
| 1 | | Centrum Bank Ltd. / Centrum Bank SA | | |

| Re | De | Share capital | Payment | Division of shares | Re | De | Representation / delivery address |
|---|---|---|---|---|---|---|---|
| 1 | | CHF 20,000,000.00 | CHF 20,000,000.00 | 2,000 registered shares at CHF 10,000.00 | 1 | | Kirchstrasse 3 9490 Vaduz |

| Re | De | Purpose | Re | De | Additional addresses |
|---|---|---|---|---|---|
| 1 | | The object of the company is the commercial operation of the banking operations listed below: a) Acceptance of external funds, including the acceptance of savings; b) Granting of secured and unsecured loans in all standard forms of financing transactions, including sub-participations, including the granting of mortgage loans; c) Conducting discount and exchange transactions, buying and selling money market instruments; d) Investment consultation and asset management; e) Purchase and sale of securities, foreign exchange, foreign banknotes, precious metals and coins for own and third-party account; f) Safekeeping of securities and valuables in open or closed custody accounts and rental of safe deposit boxes; g) Purchase and sale as well as brokerage of investments; h) Issuance of sureties and guarantees; i) Acceptance and mediation of bond and share emissions, execution of financial operations for own and third party account, participation in syndicates of all kinds; j) Performing the functions of administration, subscription agent and custodian bank of investment funds; k) Execution of financial futures and options transactions for own and third-party account; l) Check and documentary collection and processing of letters of credit; m) Fiduciary deposits and trust loans; n) Transfer of payments domestically and abroad as well as issuing of checks and credit cards. | | | |

| Re | De | Remarks | Ref | Date of the statutes |
|---|---|---|---|---|
| 1 | | The excerpt transferred from the previous register card does not contain any facts that were crossed out before the transfer and therefore does not contain any previous statute data or diary quotations. This information can be viewed on the commercial register card designated in the "Transfer" field. | 1 | 4/21/2004 |
| 1 | | Revision of the Articles of Association according to the resolution of the Annual General Meeting of 1/10/2008. | 1 | 1/10/2008 |
| 1 | | Revision of the Articles of Association according to the resolution of the Annual General Meeting of 11/4/2010. | 1 | 11/4/2010 |
| 1 | | Signature regulations: Members of the Board of Administration, of the Management and of the Executive Board as well as authorized signatories (Prokurists) sign collectively with and among each other or together with an authorized signatory (without function) in pairs. Authorized signatories (without function) do not sign among each other. | 1 | 3/1/2013 |
| 1 | | Revision of the Articles of Association according to the resolution of the Annual General Meeting of 3/1/2013. | | |
| 10 | | Deletion of the company as a result of the transfer of the assets with all rights and obligations by universal succession as of May 1, 2015 by way of merger with "VP Bank AG", FL-1.007.080 as the acquiring company based on the merger plan of March 3, 2015, as well as the balance sheet as of December 31, 2014. | | |

Pages 2-3 have been intentionally left out

Top of this page has been intentionally left blank

Vaduz, | 01/20/2020  12:59 EA



A manual or electronic excerpt from the Commercial Register of the Principality of Liechtenstein is only valid if it is accompanied by an original certification or an electronic official signature of the Department of Justice. Electronic documents printed out on paper by public authorities with an official signature and a signature endorsement are presumed to be authentic (Art. 5b SigG).



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN

HANDELSREGISTER

# Handelsregister-Auszug

| Registernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 0902007 von: FL-0001.509.712-6/a auf: | 1 |
|---|---|---|---|---|---|
| **FL-0001.509.712-6** | **Aktiengesellschaft** | 01.03.1993 | 04.05.2015 | | |

Alle Eintragungen

# Rechtseinheit gelöscht

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | | **Centrum Bank AG** | 1 | Vaduz |
| 1 | | Centrum Bank Ltd. / Centrum Bank SA | | |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 1 | | CHF 20'000'000.00 | CHF 20'000'000.00 | 2'000 Namensaktien zu CHF 10'000.00 | 1 | | Kirchstrasse 3 9490 Vaduz |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | | Der Zweck der Gesellschaft ist der gewerbsmässige Betrieb der nachstehend aufgeführten Bankgeschäfte: a) Annahme fremder Gelder unter Einschluss der Entgegennahme von Spargeldern; b) Gewährung von gesicherten und ungesicherten Krediten in allen üblichen Formen von Finanzierungsgeschäften, inklusive Unterbeteiligungen unter Einschluss der Gewährung von Hypothekarkrediten; c) Durchführung von Diskont- und Wechselgeschäften, An- und Verkauf von Geldmarktpapieren; d) Anlageberatung und Vermögensverwaltung; e) An- und Verkauf von Wertpapieren, Devisen, ausländischen Banknoten, Edelmetallen und Münzen für eigene und fremde Rechnung; f) Aufbewahrung von Wertpapieren und Wertgegenständen in offenen oder verschlossenen Depots sowie Vermietung von Schrankfächern; g) An- und Verkauf sowie Vermittlung von Beteiligungen; h) Ausstellung von Bürgschaften und Garantien; i) Uebernahme und Vermittlung von Obligationen- und Aktienemissionen, Durchführung von Finanzoperationen für eigene und fremde Rechnung, Beteiligung an Syndikaten aller Art; j) Ausübung der Funktion der Verwaltung, der Zeichnungsstelle und der Depotbank von Anlagefonds; k) Durchführung von Finanztermin- und Optionsgeschäften für eigene und fremde Rechnung;l) Check- und Dokumentarinkassi und Abwicklung von Akkreditiven; m) Treuhandanlagen und Treuhandkredite; n) Ueberweisung von Zahlungen im In- und Ausland sowie die Abgabe von Checks und Kreditkarten. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Der von der bisherigen Registerkarte übertragene Auszug enthält keine vor dem Übertrag gestrichenen Tatsachen und somit auch keine allfälligen früheren Statutendaten oder Tagebuch-Zitate. Diese Informationen können auf der im Feld "Übertrag" bezeichneten Handelsregisterkarte eingesehen werden. | 1 | 21.04.2004 |
| | | | 1 | 10.01.2008 |
| | | | 1 | 04.11.2010 |
| 1 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 10.01.2008. | 1 | 01.03.2013 |
| 1 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 04.11.2010. | | |
| 1 | | Unterschriftenregelung: Mitglieder des Verwaltungsrats, der Geschäftsleitung und der Direktion sowie Prokuristen zeichnen mit- und untereinander oder zusammen mit einem Zeichnungsberechtigten (ohne Funktion) kollektiv zu zweien. Zeichnungsberechtigte (ohne Funktion) zeichnen untereinander nicht. | | |
| 1 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 01.03.2013. | | |
| 10 | | Löschung der Gesellschaft infolge Übertragung des Vermögens mit sämtlichen Rechten und Pflichten im Wege der Universalsukzession per 01.05.2015 durch Fusion mit der "VP Bank AG", FL-1.007.080 als übernehmende Gesellschaft auf Grundlage des Fusionsplanes vom 03.03.2015 sowie der Bilanz zum 31.12.2014. | | |

Pages 2-3 have been intentionally left out

Top of this page has been intentionally left blank

Vaduz, 20.01.2020 12:59 EA



Ein manueller oder elektronischer Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist. Auf Papier ausgedruckte elektronische Dokumente von Behörden mit einer Amtssignatur und einem Signaturvermerk haben die Vermutung der Echtheit für sich (Art. 5b SigG).