# EXHIBIT A-1



**LANDESGERICHT FELDKIRCH**

FN 145586 y
47 Fr 2718/17 a - 2
(Bitte in allen Eingaben anführen)

Schillerstraße 1
6800 Feldkirch
Tel.: +43 (0)5 76014 343-053

Dr. Richard FORSTER
Öffentlicher Notar
Gymnasiumgasse 7
6800 Feldkirch

# BESCHLUSS

**FIRMENBUCHSACHE:**
Hypo Vorarlberg Bank AG
Hypo-Passage 1
6900 Bregenz
Sitz in politischer Gemeinde Bregenz

**Wegen:**
Antrag auf Änderung, eingelangt am 22. September 2017

In der Firmenbuchsache mit der Firmenbuchnummer FN 145586 y wird die nachstehende Eintragung mit der Eintragungsnummer 75 bewilligt (Löschungen sind seitlich mit dem Zeichen # gekennzeichnet):

```
FIRMA
   # Vorarlberger Landes- und
   # Hypothekenbank Aktiengesellschaft
     Hypo Vorarlberg Bank AG

Hauptversammlungsbeschluss vom 20.07.2017                          017
   Änderung der Satzung in den §§ 1,2,3,16,25 und 20 sowie
   jeweils Ersetzung des Wortes "Aufsichtsrates" durch
   "Aufsichtsrats"
```

(eingetragen am 30. September 2017)

**Landesgericht Feldkirch, Gerichtsabteilung 23**
**Feldkirch, 29. September 2017**
**Dr. Sieglinde Stolz, Richterin**

Elektronische Ausfertigung
gemäß § 79 GOG

DVR: 0550787
B Z001 V075

Seite 1 von 2

Internes Aktenzeichen: 17337/2017 | Aktgegenstand: Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | Aktbezeichnung: Änderung der Satzung | Sachbearbeiter: Ines Schacherl |
Bereitstellungszeitpunkt: 30.09.2017, 00:45 Uhr

FN 145586 y
47 Fr 2718/17 a - 2

**HINWEIS**

Die Gebührenvorschreibung für die Firmenbucheintragung erfolgt durch das Gericht. Wenn eine Bekanntmachung in der Wiener Zeitung vorgesehen ist, dann wird Ihnen die Rechnung von der Wiener Zeitung vorgeschrieben. Für die Bekanntmachung in der Ediktsdatei fallen keine zusätzlichen Gebühren an.

Diese Fotokopie stimmt mit der mir vorliegenden
Urschrift vollkommen überein.
Feldkirch, am 12.03.2020



öffentl. Notar

DVR: 0550787
B 2001 V075
Seite 2 von 2

Internes Aktenzeichen: 17337/2017 | Aktgegenstand: Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft | Aktbezeichnung: Änderung der Satzung | Sachbearbeiter: Ines Schacherl |
Bereitstellungszeitpunkt: 30.09.2017, 00:45 Uhr

# Apostille

(Convention de La Haye du 5 octobre 1961)

1. Land: **REPUBLIK ÖSTERREICH**
   Country:

Diese öffentliche Urkunde / This public document

2. ist unterzeichnet von Dr. Richard Forster
   has been signed by

3. in seiner Eigenschaft als ...... Beglaubigungsbefugter
   acting in the capacity of

4. Ist versehen mit dem Siegel/Stempel des (der) Notars
   bears the seal / stamp of
   Bestätigt / Certified

5. in Feldkirch
   at

6. am 13.03.2020
   the

7. durch / by
   Präsident des Landesgerichtes

8. unter ZI. 929 001 Jv 887-25/20h

9. Siegel/Stempel
   Seal/stamp

10. Unterschrift: Dr. Heinz Bildstein
    Signature
    im Auftrag: Fabienne Raich

Gerichtsgebühr in Höhe von
EUR 14,40 wurde entrichtet.

# EXHIBIT A-2

|  |  |
|---|---|
| [SEAL] | **FN 145586 y**<br>47 Fr 2718/17 a - 2 |
| **REGIONAL COURT FELDKIRCH** | (Please cite in all entries)<br><br>Schillerstraße 1<br>6800 Feldkirch<br>Tel.: +43 (0)5 76014 343-053 |

Dr. Richard FORSTER
Notary Public
Gymnasiumsgasse 7
6800 Feldkirch

# O R D E R

**COMMERCIAL REGISTER MATTER**
Hypo Vorarlberg Bank AG
Hypo-Passage
6900 Bregenz
Principal place of business at
Political municipality Bregenz

**Concerning:**
Application for Amendment, received on September 22, 2017

In the commercial register matter with commercial registration number FN 145586, the following entry with entry number 75 is granted (deletions are marked with the symbol #):

```
BUSINESS NAME
    # Vorarlberger Landes- und
    # Hypothekenbank Aktiengesellschaft
    Hypo Vorarlberg Bank AG


General Meeting Resolution dated July 20, 2017               017
    Amendment of §§ 1,2,3,16,25 and 20 of the bylaws
    as well as respective replacements of the word
    "Aufsichtsrates" by "Aufsichtsrats" [both: supervisory board]
```

(entered on September 30, 2017)

**Regional Court Feldkirch, Judicial Department 23**
**Feldkirch, September 29, 2017**
**Dr. Sieglinde Stolz, Judge**

Electronic Copy
Pursuant to § 79 GOG [*Gerichtsorganisationsgesetz* - Austrian Court Organization Act]

DVR: 0550787

BZ001 V075                                                                                                         Page 1 of 2

Internal File Number: 17337/2017  I  Subject matter: Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft  I  Designation: Change of Bylaws  I  Clerk: Ines Schached  I
Time Issued: September 30, 2017, 00:45 o'clock

FN 145586 y
47 Fr 2718/17 a - 2

**NOTICE**

Fees for the commercial register entry will be set by the Court. If a publication in the *Wiener Zeitung* [Viennese Newspaper] is intended, you will be provided with an invoice by the *Wiener Zeitung*. No additional fees are charged for publication in the edicts archive.

This copy corresponds entirely to the
original document available to me.
Feldkirch, on March 12, 2020

Dr. Richard Forster MBL
Notary Public
Feldkirch - Vorarlberg
Republic of Austria

[Signature]
Notary Public

DVR: 0550787
BZ001 V075                                                                                                      Page 2 of 2

Internal File Number: 17337/2017  I  Subject matter: Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft  I  Designation: Change of Bylaws  I  Clerk: Ines Schached  I
Time Issued: September 30, 2017, 00:45 o'clock

[APOSTILLE]

State of New York    )
                     ) ss.
County of New York   )

## AFFIDAVIT OF ACCURACY

Armin Kaiser, being duly sworn deposes and states:

I am a native German speaker and I prepared the attached translation from the German language into the English language.

I am a member of the bar of the State of New York, duly admitted to practice before all the courts of the State of New York.

I am a graduate of University of Kent Law School (United Kingdom) and I have LL.M. degrees from Universiteit van Amsterdam (2011) and New York University School of Law (2013).

I reside at 45 Maujer Street, Apt. 7, Brooklyn, NY 11206.

I hereby declare that the said translation of the Order by the Regional Court ("*Landesgericht*") Feldkirch, entered on September 30, 2017, is a true and correct rendering of the said original document to the best of my knowledge and belief.

_____
Armin Kaiser, Esq.

Sworn to before me this
17th day of March 2020.

_____
Notary Public

SARAH C. CLARIDAD
Notary Public, State of New York
No. 01CL6033635
Qualified in New York County
Commission Expires November 22, 20 21