# EXHIBIT  B-1



**JUSTIZ**   REPUBLIK ÖSTERREICH
FIRMENBUCH



---

| **Stichtag 12.2.2020** | **Auszug mit aktuellen Daten** | **FN 145586 y** |

---

Grundlage dieses Auszuges ist das Hauptbuch ergänzt um Daten aus der Urkunden-
sammlung.
Letzte Eintragung am 03.12.2019 mit der Eintragungsnummer  81
zuständiges Gericht Landesgericht Feldkirch

|    | FIRMA |
|----|-------|
| 75 | Hypo Vorarlberg Bank AG |

|   | RECHTSFORM |
|---|-----------|
| 1 | Aktiengesellschaft |

|   | SITZ in |
|---|---------|
| 1 | politischer Gemeinde Bregenz |

|   | GESCHÄFTSANSCHRIFT |
|---|-------------------|
| 1 | Hypo-Passage 1 |
|   | 6900 Bregenz |

|   | GESCHÄFTSZWEIG |
|---|---------------|
| 1 | Bank |

|    | KAPITAL |
|----|---------|
| 77 | EUR 162.151.596,03 |

|    | ART der AKTIEN |
|----|---------------|
| 77 | 316.736 Stückaktien |

|   | STICHTAG für JAHRESABSCHLUSS |
|---|------------------------------|
| 1 | 31. Dezember |

|    | JAHRESABSCHLUSS (zuletzt eingetragen; weitere siehe Historie) |
|----|---------------------------------------------------------------|
| 80 | zum 31.12.2018 eingereicht am 26.08.2019 |

|    | KONZERNABSCHLUSS (zuletzt eingetragen; weitere siehe Historie) |
|----|----------------------------------------------------------------|
| 80 | zum 31.12.2018 eingereicht am 26.08.2019 |

|   | VERTRETUNGSBEFUGNIS |
|---|---------------------|
| 1 | Die Gesellschaft wird, wenn mehrere Vorstandsmitglieder bestellt sind, durch zwei Vorstandsmitglieder gemeinsam oder durch eines von ihnen gemeinsam mit einem Prokuristen vertreten. |

|   | SONSTIGE BESTIMMUNGEN |
|---|-----------------------|
| 1 | Der Vorstand besteht aus zwei bis drei Mitgliedern. Der Aufsichtsrat besteht aus dem Vorsitzenden, dem Vorsitzenden-Stellvertreter und vier bis acht weiteren Mitgliedern. |

|   | ART DER BEKANNTMACHUNG |
|---|-----------------------|
| 1 | Die Bekanntmachungen der Gesellschaft erfolgen im Amtsblatt zur "Wiener Zeitung" sowie im "Amtsblatt für das Land Vorarlberg". |

| 1  | Satzung  vom 01.07.1996 | 001 |

| 2  | Sacheinlagevertrag vom 01.07.1996<br>Einbringung des gesamten Unternehmens der<br>"Vorarlberger Landes- und Hypothekenbank" mit dem Sitz in<br>Bregenz (FN 71200 g) im Wege der Gesamtrechtsnachfolge<br>gemäß § 92 Bankwesengesetz. | 002 |

| 8  | Hauptversammlungsbeschluss  vom 18.05.1998<br>Änderung der Satzung in § 6 Abs. 3, § 12 Abs. 4,<br>§ 14 und § 20 Abs 8.<br>Ermächtigung des Vorstandes gemäß § 169 AktG, das Grund-<br>kapital bis zum 31.12.1998 um bis zu ATS 43,000.000,--<br>auf bis zu ATS 293.000.000,-- zu erhöhen.<br>Ergänzung der Satzung im § 6 durch Abs. 7 und 8. | 003 |

| 10 | Vorstandsbeschluss  vom 06.07.1998<br>Durchführung der Erhöhung des Grundkapitals aufgrund der<br>Ermächtigung vom 18.05.1998  um ATS 43,000.000,--<br>mit Zustimmung des Aufsichtsrates vom 30.07.1998.<br>Änderung der Satzung in den §§ 6 und 20. | 004 |

| 16 | Satzung mit Hauptversammlungsbeschluss  vom 05.07.2001<br>gemäß 1. Euro-JuBeG angepasst.<br>Kapitalerhöhung aus Gesellschaftsmitteln um<br>EUR 707.690,-- beschlossen und durchgeführt.<br>Änderung der Satzung in den §§ 6, 7, 9 und 20. | 005 |

| 18 | Verschmelzungsvertrag  vom 27.02.2003 | 006 |

| 18 | Generalversammlungsbeschluss  vom 27.02.2003<br>Diese Gesellschaft wurde als<br>übernehmende Gesellschaft mit der<br>Bauträger für Vorarlberger<br>Kommunalbauten Gesellschaft mbH<br>(FN 73489 y)<br>als übertragende Gesellschaft verschmolzen.<br>Sitz der übertragenden Gesellschaft in Bregenz. | 007 |

| 21 | Hauptversammlungsbeschluss  vom 02.06.2004<br>Änderung der Satzung in § 17. | 008 |

| 29 | Hauptversammlungsbeschluss  vom 20.06.2007<br>Änderung der Satzung in den §§ 2, 3, 6, 11, 12, 14, 15, 16,<br>17, 18, 19, 20, 21, 24 und 33. | 009 |

| 31 | Hauptversammlungsbeschluss  vom 18.06.2008<br>Kapitalerhöhung um EUR 128.000.000,-- auf EUR 150.000.000,--<br>Änderung der Satzung im § 6. | 010 |

| 36 | Hauptversammlungsbeschluss  vom 17.06.2009<br>Änderung der Satzung in § 3. | 011 |

| 48 | Hauptversammlungsbeschluss  vom 28.06.2012<br>und vom 23.07.2012<br>Änderung der Satzung in den §§ 6, 8, 17, 20, 21, 26, 27 und<br>31. | 012 |

| 49 | Hauptversammlungsbeschluss  vom 23.07.2012<br>Änderung der Satzung in den §§ 6 und 31. | 013 |

| 48 | Hauptversammlungsbeschluss  vom 28.06.2012<br>Beabsichtigte Erhöhung des Grundkapitals von bisher | 014 |

EUR 150.000.000,00 um bis zu EUR 37.000.000,00 auf
bis zu EUR 187.000.000,00 gegen Bareinzahlung und
Ausgabe von neuen auf Namen lautende Stückaktien.

50  Vorstandsbeschluss  vom 28.06.2012                        015
    Durchführung der Erhöhung des Grundkapitals aufgrund
    der Ermächtigung vom 28.06.2012 um EUR 6.453.129,75
    auf EUR 156.453.129,75 sowie Erhöhung der Aktienzahl
    von bisher 293.000 Stückaktien auf nunmehr 305.605
    Stückaktien.
    Änderung der Satzung im § 6

58  Hauptversammlungsbeschluss  vom 21.05.2014               016
    Änderung der Satzung in den §§ 8, 9, 20, 21 und 32.

75  Hauptversammlungsbeschluss  vom 20.07.2017               017
    Änderung der Satzung in den §§ 1,2,3,16,25 und 20 sowie
    jeweils Ersetzung des Wortes "Aufsichtsrates" durch
    "Aufsichtsrats"

76  Hauptversammlungsbeschluss  vom 30.05.2018               018
    Änderung der Satzung in den §§ 6 und 8.

77  Vorstandsbeschluss  vom 10.09.2018                       019
    Durchführung der Erhöhung des Grundkapitals aufgrund der
    Ermächtigung vom 30.05.2018 mit Zustimmung des
    Aufsichtsrates vom 27.09.2018 von EUR 156.453.129,75 um
    EUR 7.494.883,33 auf EUR 162.151.596,03.

77  Aufsichtsratsbeschluss  vom 20.12.2018                   020
    Änderung der Satzung in den §§ 5, 6, 8 bis 33.


    VORSTAND
      U   Mag Dr Johannes Hefel, geb. 22.10.1957
5         vertritt seit 01.10.1997 gemeinsam mit
          einem weiteren Vorstandsmitglied oder einem Prokuristen
     CF   Mag Michel Haller, geb. 01.08.1971
69        Vorsitzende/r
          vertritt seit 01.05.2012 gemeinsam mit
          einem weiteren Vorstandsmitglied oder einem Prokuristen
     CW   Dr Wilfried Amann, geb. 19.01.1963
68        vertritt seit 01.01.2017 gemeinsam mit
          einem weiteren Vorstandsmitglied oder einem Prokuristen

    PROKURIST/IN
      W   Karl-Heinz Rossmann, geb. 06.07.1956
6         vertritt seit 26.11.1997 gemeinsam mit
          einem Vorstandsmitglied oder einem weiteren Prokuristen
     AE   Dr Egon Helbok, geb. 29.09.1961
12        vertritt seit 12.01.2000 gemeinsam mit
          einem Vorstandsmitglied oder einem weiteren Prokuristen
     AL   Dieter Wildauer, geb. 04.04.1960
12        vertritt seit 12.01.2000 gemeinsam mit
          einem Vorstandsmitglied oder einem weiteren Prokuristen
     AN   Mag Stefan Germann, geb. 09.10.1960
15        vertritt seit 05.01.2001 gemeinsam mit
          einem Vorstandsmitglied oder einem weiteren Prokuristen
     AP   Mag Johann Berchtold, geb. 26.02.1961
17        vertritt seit 06.09.2002 gemeinsam mit
          einem Vorstandsmitglied oder einem weiteren Prokuristen
     AQ   Christian Brun, geb. 12.07.1958
17        vertritt seit 06.09.2002 gemeinsam mit
          einem Vorstandsmitglied oder einem weiteren Prokuristen
     AW   Mag Reinhard Kaindl, geb. 19.06.1967

```
20           vertritt seit 19.02.2004 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     AX      Reinhard Zangerl, geb. 01.05.1959
21           vertritt seit 24.07.2004 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     BH      Mag Martin Heinzle, geb. 01.01.1964
24           vertritt seit 05.07.2005 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     BK      Mag Florian Gorbach, geb. 18.09.1967
25           vertritt seit 26.04.2006 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     BL      Friedrich Hörtenhuber, geb. 26.11.1959
25           vertritt seit 26.04.2006 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     BN      Dr Stephan Sausgruber, geb. 22.02.1974
25           vertritt seit 26.04.2006 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     BR      Dr Klaus Diem, geb. 15.11.1968
31           vertritt seit 22.07.2008 gemeinsam mit
             einem Vorstandsmitglied oder weiteren Prokuristen
     BS      Artur Klauser, geb. 11.06.1960
31           vertritt seit 22.07.2008 gemeinsam mit
             einem Vorstandsmitglied oder weiteren Prokuristen
     BT      German Kohler, geb. 30.07.1960
31           vertritt seit 22.07.2008 gemeinsam mit
             einem Vorstandsmitglied oder weiteren Prokuristen
     BV      Mag Emmerich Schneider, geb. 23.11.1961
31           vertritt seit 22.07.2008 gemeinsam mit
             einem Vorstandsmitglied oder weiteren Prokuristen
     CA      Mag (FH) Richard Karlinger, geb. 03.08.1971
39           vertritt seit 23.06.2010 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     CD      Mag Roswitha Klein, geb. 13.07.1966
43           vertritt seit 22.09.2011 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     CM      Mag Christian Vonach, geb. 30.06.1976
55           vertritt seit 24.04.2014 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     CN      Dipl-BW (BA) Stefan Schmitt, geb. 23.10.1972
55           vertritt seit 24.04.2014 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen
     CQ      Mag Nora Frischherz, geb. 17.05.1971
59           vertritt seit 05.02.2015 gemeinsam mit
             einem Vorstandsmitglied oder einem weiteren Prokuristen.
     CU      Dipl Kfm Thomas Reich, geb. 29.08.1969
66           vertritt seit 22.09.2016 gemeinsam mit
             einem Vorstandsmitglied oder einer/einem weiteren
             Prokuristin/Prokuristen
     CY      Markus Felder, geb. 08.08.1976
72           vertritt seit 27.04.2017 gemeinsam mit
             einem Vorstandsmitglied oder einer/einem weiteren
             Prokuristin/Prokuristen
     DA      Dr. Ernst Albegger, geb. 14.05.1981
80           vertritt seit 24.06.2019 gemeinsam mit
             einem Vorstandsmitglied oder einer/einem weiteren
             Prokuristin/Prokuristen


     AUFSICHTSRATSMITGLIED
     AZ      Michael Horn, geb. 04.11.1955
23           Mitglied
     BE      Elmar Köck, geb. 07.10.1963
23           Mitglied
     BF      Veronika Moosbrugger, geb. 07.04.1965
23           Mitglied
     BQ      Mag Nicolas Stieger, geb. 26.02.1968
```

l4:menbuch » Auszug                                                                                    12.02.20, 14:29

```
31          Mitglied
     CG     MMag Dr Alfred Geismayr, geb. 15.07.1965
54          Stellvertreter/in des/der Vorsitzenden
     CH     Dr Jodok Simma, geb. 25.08.1946
54          Vorsitzende/r
     CI     Mag Karlheinz Rüdisser, geb. 25.02.1955
51          Mitglied
     CJ     Mag Karl Fenkart, geb. 02.11.1966
51          Mitglied
     CO     Dr Ulrich Theileis, geb. 18.03.1969
56          Mitglied
     CR     MMag Dr Gerhard Köhle, geb. 13.12.1975
62          Mitglied
     CS     Astrid Bischof, geb. 08.06.1968
63          Mitglied
     CT     Peter Niksic, geb. 07.05.1967
64          Mitglied
     CV     Andreas Hinterauer, geb. 22.01.1971
70          Mitglied
     CX     Ing Eduard Fischer, geb. 19.03.1958
71          Mitglied
     CZ     Mag. Birgit Sonnbichler, geb. 14.01.1963
76          Mitglied



--- PERSONEN --------------------------------------------------------

 5    U     Mag Dr Johannes Hefel, geb. 22.10.1957
14          Binzaweg 4
            6858 Schwarzach
 6    W     Karl-Heinz Rossmann, geb. 06.07.1956
12    AE    Dr Egon Helbok, geb. 29.09.1961
12    AL    Dieter Wildauer, geb. 04.04.1960
15    AN    Mag Stefan Germann, geb. 09.10.1960
17    AP    Mag Johann Berchtold, geb. 26.02.1961
17    AQ    Christian Brun, geb. 12.07.1958
20    AW    Mag Reinhard Kaindl, geb. 19.06.1967
28          Funkenbühel 11a
            6900 Bregenz
21    AX    Reinhard Zangerl, geb. 01.05.1959
23    AZ    Michael Horn, geb. 04.11.1955
23    BE    Elmar Köck, geb. 07.10.1963
23    BF    Veronika Moosbrugger, geb. 07.04.1965
24    BH    Mag Martin Heinzle, geb. 01.01.1964
25    BK    Mag Florian Gorbach, geb. 18.09.1967
25    BL    Friedrich Hörtenhuber, geb. 26.11.1959
25    BN    Dr Stephan Sausgruber, geb. 22.02.1974
31    BQ    Mag Nicolas Stieger, geb. 26.02.1968
31          Babenwohlweg 15
            6900 Bregenz
31    BR    Dr Klaus Diem, geb. 15.11.1968
31          Staudachgasse 12
            6900 Bregenz
31    BS    Artur Klauser, geb. 11.06.1960
31          Eggstraße 29 A
            6991 Riezlern im Kleinwalsertal
31    BT    German Kohler, geb. 30.07.1960
31          Scheidbuchen 580
            6866 Andelsbuch
31    BV    Mag Emmerich Schneider, geb. 23.11.1961
31          Linzenberg 26
            6858 Schwarzach (Vbg.)
39    CA    Mag (FH) Richard Karlinger, geb. 03.08.1971
```

| 39 |    | Wieden 31 |
|    |    | 6850 Dornbirn |
| 43 | CD | Mag Roswitha Klein, geb. 13.07.1966 |
| 43 |    | Nusswaldgasse 17a/16 |
|    |    | 1190 Wien |
| 45 | CF | Mag Michel Haller, geb. 01.08.1971 |
| 45 |    | Arnold-Ulitz-Weg 11 |
|    |    | DEU-88069 Tettnang |
| 51 | CG | MMag Dr Alfred Geismayr, geb. 15.07.1965 |
| 51 |    | Nachbauerstraße 25 |
|    |    | 6850 Dornbirn |
| 51 | CH | Dr Jodok Simma, geb. 25.08.1946 |
| 51 |    | Riedergasse 42 |
|    |    | 6900 Bregenz |
| 51 | CI | Mag Karlheinz Rüdisser, geb. 25.02.1955 |
| 51 |    | Riedstraße 13e |
|    |    | 6923 Lauterach |
| 51 | CJ | Mag Karl Fenkart, geb. 02.11.1966 |
| 51 |    | Martin-Kink-Straße 2 |
|    |    | 6890 Lustenau |
| 55 | CM | Mag Christian Vonach, geb. 30.06.1976 |
| 55 |    | Im Weingarten 26/4 |
|    |    | 6858 Schwarzach (Vbg.) |
| 55 | CN | Dipl-BW (BA) Stefan Schmitt, geb. 23.10.1972 |
| 55 |    | Bergstraße 3 A |
|    |    | DEU-88138 Weißensberg |
| 56 | CO | Dr Ulrich Theileis, geb. 18.03.1969 |
| 56 |    | Waldstraße 8 |
|    |    | DEU-76275 Ettlingen |
| 59 | CQ | Mag Nora Frischherz, geb. 17.05.1971 |
| 59 |    | Ingenuin-Fischler-Straße 12/3 |
|    |    | 6020 Innsbruck |
| 62 | CR | MMag Dr Gerhard Köhle, geb. 13.12.1975 |
| 62 |    | Ardetzenbergstraße 59 |
|    |    | 6800 Feldkirch |
| 63 | CS | Astrid Bischof, geb. 08.06.1968 |
| 63 |    | Rappenholzweg 7 |
|    |    | 6811 Göfis |
| 64 | CT | Peter Niksic, geb. 07.05.1967 |
| 66 | CU | Dipl Kfm Thomas Reich, geb. 29.08.1969 |
| 66 |    | Mittelfeldstraße 8 |
|    |    | CHE-9444 Diepoldsau |
| 70 | CV | Andreas Hinterauer, geb. 22.01.1971 |
| 70 |    | Heimried 8 |
|    |    | 6850 Dornbirn |
| 68 | CW | Dr Wilfried Amann, geb. 19.01.1963 |
| 68 |    | Am Bühel 9 |
|    |    | 6719 Bludesch |
| 71 | CX | Ing Eduard Fischer, geb. 19.03.1958 |
| 71 |    | Bahnhofstraße 21 |
|    |    | 6850 Dornbirn |
| 72 | CY | Markus Felder, geb. 08.08.1976 |
| 72 |    | Hainweg 6/Top 5 |
|    |    | 6890 Lustenau |
| 76 | CZ | Mag. Birgit Sonnbichler, geb. 14.01.1963 |
| 76 |    | Forachstraße 28 |
|    |    | 6850 Dornbirn |
| 80 | DA | Dr. Ernst Albegger, geb. 14.05.1981 |
| 80 |    | Pfeifferhofweg 31 |
|    |    | 8045 Graz-Andritz |

--------------------- VOLLZUGSÜBERSICHT ------------------------------------------

Landesgericht Feldkirch

```
 1 eingetragen am 24.08.1996              Geschäftsfall  15 Fr  2028/96 y
     Antrag auf Neueintragung einer Firma  eingelangt am 03.06.1996
 2 eingetragen am 28.08.1996              Geschäftsfall  15 Fr  3146/96 t
     amtswegige Berichtigung
 5 eingetragen am 22.10.1997              Geschäftsfall  15 Fr  4174/97 m
     Antrag auf Änderung  eingelangt am 21.10.1997
 6 eingetragen am 26.11.1997              Geschäftsfall  15 Fr  4634/97 p
     Antrag auf Änderung  eingelangt am 24.11.1997
 8 eingetragen am 28.05.1998              Geschäftsfall  15 Fr  1332/98 t
     Antrag auf Änderung  eingelangt am 27.05.1998
10 eingetragen am 03.12.1998              Geschäftsfall  15 Fr  4153/98 s
     Antrag auf Änderung  eingelangt am 23.10.1998
12 eingetragen am 12.01.2000              Geschäftsfall  15 Fr  8941/99 s
     Antrag auf Änderung  eingelangt am 29.11.1999
14 eingetragen am 25.07.2000              Geschäftsfall  15 Fr  4905/00 g
     amtswegige Nachbearbeitung
15 eingetragen am 05.01.2001              Geschäftsfall  15 Fr  7600/00 w
     Antrag auf Änderung  eingelangt am 27.12.2000
16 eingetragen am 02.03.2002              Geschäftsfall  15 Fr  3861/01 f
     Antrag auf Änderung  eingelangt am 25.09.2001
17 eingetragen am 06.09.2002              Geschäftsfall  15 Fr  2900/02 a
     Antrag auf Änderung  eingelangt am 29.07.2002
18 eingetragen am 08.03.2003              Geschäftsfall  15 Fr   599/03 a
     Antrag auf Änderung  eingelangt am 03.03.2003
20 eingetragen am 19.02.2004              Geschäftsfall  15 Fr   466/04 p
     Antrag auf Änderung  eingelangt am 10.02.2004
21 eingetragen am 24.07.2004              Geschäftsfall  15 Fr  3238/04 s
     Antrag auf Änderung  eingelangt am 16.07.2004
23 eingetragen am 06.04.2005              Geschäftsfall  46 Fr   946/05 g
     Antrag auf Änderung  eingelangt am 18.03.2005
24 eingetragen am 05.07.2005              Geschäftsfall  47 Fr   405/05 v
     Antrag auf Änderung  eingelangt am 30.06.2005
25 eingetragen am 07.06.2006              Geschäftsfall  47 Fr  1758/06 t
     Antrag auf Änderung  eingelangt am 31.05.2006
28 eingetragen am 20.01.2007              Geschäftsfall  47 Fr   167/07 k
     amtswegige Nachbearbeitung
29 eingetragen am 10.07.2007              Geschäftsfall  47 Fr  1759/07 b
     Antrag auf Änderung  eingelangt am 27.06.2007
31 eingetragen am 22.07.2008              Geschäftsfall  47 Fr  2106/08 x
     Antrag auf Änderung  eingelangt am 17.07.2008
36 eingetragen am 25.08.2009              Geschäftsfall  47 Fr  2475/09 y
     Antrag auf Änderung  eingelangt am 19.08.2009
39 eingetragen am 23.06.2010              Geschäftsfall  47 Fr  2141/10 s
     Antrag auf Änderung  eingelangt am 21.05.2010
43 eingetragen am 02.12.2011              Geschäftsfall  47 Fr  7032/11 t
     Antrag auf Änderung  eingelangt am 09.11.2011
45 eingetragen am 07.06.2012              Geschäftsfall  47 Fr  1407/12 d
     Antrag auf Änderung  eingelangt am 14.05.2012
48 eingetragen am 25.07.2012              Geschäftsfall  47 Fr  2094/12 p
     Antrag auf Änderung  eingelangt am 12.07.2012
49 eingetragen am 25.07.2012              Geschäftsfall  47 Fr  2228/12 k
     Antrag auf Änderung  eingelangt am 24.07.2012
50 eingetragen am 09.01.2013              Geschäftsfall  47 Fr    45/13 i
     Antrag auf Änderung  eingelangt am 28.12.2012
51 eingetragen am 11.05.2013              Geschäftsfall  47 Fr  1428/13 v
     Antrag auf Änderung  eingelangt am 07.05.2013
54 eingetragen am 15.05.2014              Geschäftsfall  47 Fr  1085/14 y
     Antrag auf Änderung  eingelangt am 02.05.2014
55 eingetragen am 04.06.2014              Geschäftsfall  47 Fr  1221/14 y
     Antrag auf Änderung  eingelangt am 20.05.2014
56 eingetragen am 13.06.2014              Geschäftsfall  47 Fr  1307/14 z
     Antrag auf Änderung  eingelangt am 28.05.2014
58 eingetragen am 03.10.2014              Geschäftsfall  47 Fr  2395/14 z
```

```
          Antrag auf Änderung  eingelangt am 29.08.2014
59 eingetragen am 15.04.2015          Geschäftsfall  47 Fr   740/15 z
          Antrag auf Änderung  eingelangt am 01.04.2015
62 eingetragen am 20.08.2015          Geschäftsfall  47 Fr  1805/15 s
          Antrag auf Änderung  eingelangt am 20.07.2015
63 eingetragen am 05.11.2015          Geschäftsfall  47 Fr  3796/15 v
          Antrag auf Änderung  eingelangt am 23.10.2015
64 eingetragen am 25.02.2016          Geschäftsfall  47 Fr   288/16 v
          Antrag auf Änderung  eingelangt am 11.02.2016
66 eingetragen am 24.11.2016          Geschäftsfall  47 Fr  4155/16 f
          Antrag auf Änderung  eingelangt am 11.11.2016
68 eingetragen am 20.01.2017          Geschäftsfall  47 Fr  4699/16 f
          Antrag auf Änderung (Vorstandsmitglied) eingelangt am 30.12.2016
69 eingetragen am 24.01.2017          Geschäftsfall  47 Fr   126/17 p
          amtswegige Berichtigung
70 eingetragen am 07.03.2017          Geschäftsfall  47 Fr  4571/16 t
          Antrag auf Änderung  eingelangt am 20.12.2016
71 eingetragen am 24.03.2017          Geschäftsfall  47 Fr   461/17 g
          Antrag auf Änderung eines AM eingelangt am 16.03.2017
72 eingetragen am 08.06.2017          Geschäftsfall  47 Fr  1081/17 v
          Antrag auf Änderung  eingelangt am 31.05.2017
75 eingetragen am 30.09.2017          Geschäftsfall  47 Fr  2718/17 a
          Antrag auf Änderung des Firmenwortlautes, Satzung
          eingelangt am 22.09.2017
76 eingetragen am 11.08.2018          Geschäftsfall  47 Fr  2010/18 v
          Antrag auf Änderung  eingelangt am 02.08.2018
77 eingetragen am 28.12.2018          Geschäftsfall  47 Fr  4745/18 s
          Antrag auf Änderung  eingelangt am 21.12.2018
80 eingetragen am 12.09.2019          Geschäftsfall  47 Fr  2268/19 g
          Antrag auf Änderung samt Einreichung JAB+KAB 31.12.2017
          eingelangt am 26.08.2019
```

```
-------------- INFORMATION DER ÖSTERREICHISCHEN NATIONALBANK ----------------

zum 12.02.2020 gültige Identnummer: 3369056

erstellt über Verrechnungsstelle ÖGIZIN ******************************* HA021
Gerichtsgebühr: EUR 3.53 ***** 12.02.2020 14:28:54,656 75600000 ** ZEILEN: 331
```

**Firmenbuch**                      **Abgefragt am 12.2.2020, um 14:28:54 MEZ**



Der Notar
als Gerichtskommissär

# Apostille

(Convention de La Haye du 5 octobre 1961)

1. Land:      **REPUBLIK ÖSTERREICH**
   Country:

Diese öffentliche Urkunde . This public document

2. ist unterzeichnet von Dr. Ivo Fussenegger
   has been signed by

3. in seiner Eigenschaft als .. . Beglaubigungsbefugter
   acting in the capacity of

4. Ist versehen mit dem Siegel/Stempel des (der) Notars
   bears the seal / stamp of
   Bestätigt / Certified

5. in Feldkirch        6. am 17.02.2020
   at                 the

7. durch / by         8. unter Zl. 929 001 Jv 561-25/20t
   Präsident des Landesgerichtes

9. Siegel/Stempel      10. Unterschrift: Dr. Heinz Bildstein
   Seal / stamp          Signature
                      im Auftrag: Fabienne Raich

Gerichtsgebühr in Höhe von
EUR 14,40 wurde entrichtet.

# EXHIBIT  B-2

[SEAL]   **REPUBLIC OF AUSTRIA**
COMMERCIAL REGISTER                          **FB [Short for Firmenbuch]**

**As of February 12, 2020**          **Excerpt with Current Data**          **FN 145586 y**

---

The basis of this excerpt is the principal registry amended by archival data.
Most recent entry dated December 3,2019 with registration number 81
Competent Court[:] Regional Court Feldkirch

|  | BUSINESS NAME |
|--|--|
| 75 | Hypo Vorarlberg Bank AG |

|  | LEGAL FORM |
|--|--|
| 1 | Corporation |

|  | PRINCIPAL PLACE OF BUSINESS at |
|--|--|
| 1 | political municipality Bregenz |

|  | BUSINESS ADDRESS |
|--|--|
| 1 | Hypo-Passage 1<br>6900 Bregenz |

|  | LINE OF BUSINESS |
|--|--|
| 1 | Bank |

|  | SHARE CAPITAL |
|--|--|
| 77 | EUR 162.151.596,03 |

|  | TYPE OF SHARES |
|--|--|
| 77 | 316.736 no-par-value shares |

|  | END OF FISCAL YEAR |
|--|--|
| 1 | December 31 |

|  | ANNUAL STATEMENT OF ACCOUNTS (most recent entry; for additional entries see historical data) |
|--|--|
| 80 | as of December 31, 2018 filed on August 26, 2019 |

|  | CONSOLIDATED ACCOUNTS (most recent entry; for additional entries see historical data) |
|--|--|
| 80 | as of December 31, 2018 filed on August 26, 2019 |

|  | REPRESENTATIVE AUTHORITY |
|--|--|
| 1 | If two management board members are appointed, the company is represented by two board members jointly, or by one board member jointly with an authorized officer. |

|  | OTHER PROVISIONS |
|--|--|
| 1 | The management board consists of two to three members. The supervisory board consists of the chairman, the deputy chairman and four to eight additional members. |

|  | FORM OF PUBLICATIION |
|--|--|
| 1 | Publications by the company are published in the official gazette of the "Wiener Zeitung" [Viennese Newspaper] as well as in the "Amtsblatt für das Land Vorarlberg" [Gazette for the State of Vorarlberg]. |

1  Bylaws dated July 1, 1996                                                    001

2  Contribution in kind agreement dated July 1 1996                            002
   Contribution of the entire business of "Vorarlberger Landes-
   und Hypothekenbank" with a principal place of business at
   Bregenz (FN 71200 g) by way of universal succession pursuant
   to § 92 *Bankwesengesetz* [Austrian Banking Act].

8  General Meeting Resolution dated May 18, 1998                               003
   Amendment of § 6 para. 3, § 12 para. 4,
   § 14 and § 20 para. 8 of the bylaws.
   Authorization of management board pursuant to § 169 AktG
   [*Aktiengesetz* - Austrian Companies Act] to increase share
   capital by up to ATS 43,000,000 to up to ATS 293,000,000 by
   December 31, 1998.
   Addition to bylaws of § 6 paras. 7 und 8.

10 Board Resolution dated July 6, 1998                                        004
   Implementation of share capital increase pursuant to
   Authorization of May 18, 1998 to ATS 43,000,000
   with approval of supervisory board dated July 30, 1998.
   Amendment §§ 6 and 20 of the bylaws.

16 Amendment of bylaws by resolution at general meeting of                    005
   July 05, 2001 pursuant to the first Euro Judicial Introduction Law.
   Resolution and implementation of share capital increase
   of EUR 707,690 through use of corporate funds
   Amendment of §§ 6, 7, 9 and 20 of the bylaws.

18 Merger Agreement dated February 27, 2003                                   006

18 General Meeting Resolution dated February 27, 2003                         007
   This company, as the acquiring company,
   merged with Bauträger für Vorarlberger
   Kommunalbauten Gesellschaft mbH
   (FN 73489 y), as the acquired company.
   The acquired company's principal
   place of business is located in Bregenz.

21 General Meeting Resolution dated June 2, 2004                              008
   Amendment of § 17 of the bylaws.

29 General Meeting Resolution dated June 20, 2007                             009
   Amendment of §§ 2, 3, 6, 11, 12, 14, 15, 16, 17,
   18, 19, 20, 21, 24 and 33 of the bylaws.

31 General Meeting Resolution dated June 18, 2008                             010
   Share capital increase of EUR 128,000,000 to EUR 150,000,000
   Amendment of § 6 of the bylaws.

36 General Meeting Resolution dated June 17, 2009                             011
   Amendment of § 3 of the bylaws.

48 General Meeting Resolution dated June 28, 2012                             012
   and dated July 23, 2012
   Amendment of §§ 6, 8, 17, 20, 21, 26, 27 and
   31 of the bylaws.

49 General Meeting Resolution dated July 23, 2012                             013
   Amendment of §§ 6 and 31 of the bylaws.

48 General Meeting Resolution dated June 28, 2012                             014
   Intended increase of share capital of heretofore

       EUR 150,000,000.00 by up to EUR 37,000,000.00 to
       up to EUR 187,000,000.00 against cash contributions and
       issuance of no-par-value bearer shares.

50  Board Resolution dated June 28, 2012                                    015
       Implementation of share capital increase pursuant to
       authorization dated June 28, 2012 by EUR 6,453,129.75
       up to EUR 156,453,129.75 as well as number of shares
       from heretofore 293,000 no-par-value shares to now 305,605
       no-par-value shares.
       Amendment of § 6 of the bylaws.

58  General Meeting Resolution dated May 21, 2014                           016
       Amendment of §§ 8, 9, 20, 21 and 32 of the bylaws.

75  General Meeting Resolution dated July 20, 2017                          017
       Amendment of §§ 1,2,3,16,25 and 20 of the bylaws
       as well as respective replacements of the word
       "Aufsichtsrates" by "Aufsichtsrats" [both: supervisory board]

76  General Meeting Resolution dated May 30, 2018                           018
       Amendment of §§ 6 and 8 of the bylaws.

77  Board Resolution dated September 10, 2018                               019
       Implementation of share capital increase pursuant to
       authorization dated May 30, 2018 with approval of
       the supervisory board dated September 27, 2018
       from EUR 156,453,129.75 by EUR 7,494,883.33
       up to EUR 162,151,596.03.

77  Supervisory Board Resolution dated December 20, 2018                    020
       Amendment of §§ 5, 6, 8 through 33 of the bylaws.


    MANAGEMENT BOARD MEMBERS
     U   Mag Dr Johannes Hefel, born November 22, 1957
 5       competent to act jointly with another board member or
         with an authorized officer since October 1, 1997
    CF   Mag Michel Haller, born August 1, 1971
69       Chair
         competent to act jointly with another board member or
         with an authorized officer since May 1, 2012
    CW   Dr Wilfried Amann, born January 19, 1963
68       competent to act jointly with another board member or
         with an authorized officer since January 1, 2017


    AUTHORIZED OFFICERS
     W   Karl-Heinz Rossmann, born July 6, 1956
 6       competent to act jointly with a board member or
         another authorized officer since November 26, 1997
    AE   Dr Egon Helbok, born September 29, 1961
12       competent to act jointly with a board member or
         another authorized officer since January 12, 2000
    AL   Dieter Wildauer, born April 4, 1960
12       competent to act jointly with a board member or
         another authorized officer since January 12, 2000
    AN   Mag Stefan Germann, born October 09, 1960
15       competent to act jointly with a board member or
         another authorized officer since January 5, 2001
    AP   Mag Johann Berchtold, born February 26, 1961
17       competent to act with a board member or
         another authorized officer since September 6, 2002
    AQ   Christian Brun, born July 12, 1958
17       competent to act jointly with a board member or
         another authorized officer since September 6, 2002
    AW   Mag Reinhard Kaindl, born June 19, 1967

```
20          competent to act jointly with a board member or
            another authorized officer since February 19, 2004
    AX      Reinhard Zangerl, born May 1, 1959
21          competent to act jointly with a board member or
            another authorized officer since July 24, 2004
    BH      Mag Martin Heinzle, born January 1, 1964
24          competent to act jointly with a board member or
            another authorized officer since July 5, 2005
    BK      Mag Florian Gorbach, born September 18, 1967
25          competent to act jointly with a board member or
            another authorized officer since April 26, 2006
    BL      Friedrich Hörtenhuber, born November 26, 1959
25          competent to act jointly with a board member or
            another authorized officer since April 26, 2006
    BN      Dr Stephan Sausgruber, born February 22, 1974
25          competent to act jointly with a board member or
            another authorized officer since April 26, 2006
    BR      Dr Klaus Diem, born November 15, 1968
31          competent to act jointly with a board member or
            another authorized officer since July 22, 2008
    BS      Artur Klauser, born June 11, 1960
31          competent to act jointly with a board member or
            another authorized officer since July 22, 2008
    BT      German Kohler, born July 30, 1960
31          competent to act jointly with a board member or
            another authorized officer since July 22, 2008
    BV      Mag Emmerich Schneider, born November 23, 1961
31          competent to act jointly with a board member or
            another authorized officer since July 22, 2008
    CA      Mag (FH Richard Karlinger, born August 3, 1971
39          competent to act jointly with a board member or
            another authorized officer since June 23, 2010
    CD      Mag Roswitha Klein, born July 13, 1966
43          competent to act jointly with a board member or
            another authorized officer since September 22, 2011
    CM      Mag Christian Vonach, born June 30, 1976
55          competent to act jointly with a board member or
            another authorized officer since April 24, 2014
    CN      Dipl-BW (BA) Stefan Schmitt, born October 23, 1972
55          competent to act jointly with a board member or
            another authorized officer since April 24, 2014
    CQ      Mag Nora Frischherz, born May 17, 1971
59          competent to act jointly with a board member or
            another authorized officer since February 5, 2015
    CU      Dipl Kfm Thomas Reich, born August 29, 1969
66          competent to act jointly with a board member or
            another authorized officer since September 22, 2016
    CY      Markus Felder, born August 8, 1976
72          competent to act jointly with a board member or
            another authorized officer since April 27, 2017
    DA      Dr. Ernst Albegger, born May 14, 1981
80          competent to act jointly with a board member or
            another authorized officer since June 24, 2019


            SUPERVISORY BOARD MEMBERS
    AZ      Michael Horn, born November 4, 1955
23          Member
    BE      Elmar Köck, born October 7, 1963
23          Member
    BF      Veronika Moosbrugger, born April 7, 1965
23          Member
    BQ      Mag Nicolas Stieger, born February 26, 1968
```

```
31        Member
   CG     Mmag Dr Alfred Geismayr, born July 15, 1965
54        Deputy Chairman
   CH     Dr. Jodok Simma, born August 25, 1946
54        Chairman
   CI     Mag Karlheinx Rüdisser, born February 25, 1955
51        Member
   CJ     Mag Karl Fenkart, born November 2, 1966
51        Member
   CO     Dr Ulrich Theileis, born March 18, 1969
56        Member
   CR     Mmag Gerhard Köhle, born December 13, 1975
65        Member
   CS     Astrid Bischof, born June 8, 1968
63        Member
   CT     Peter Niksic, born May 7, 1967
64        Member
   CV     Andreas Hinterauer, born January 22, 1971
70        Member
   CX     Ing Eduard Fischer, born March 19, 1958
71        Member
   CZ     Mag. Birgit Sonnbichler, born January 14, 1963
76        Member



--- PERSONS ------------------------------------------------------------

5   U     Mag Dr Johannes Hefel, born October 22, 1957
14        Binzaweg 4
                6858 Schwarzach
6   W     Karl-Heinz Rossmann, born July 6, 1956
12  AE    Dr Egon Helbok, born September 29, 1961
12  AL    Dieter Wildauer, born April 4, 1960
15  AN    Mag Stefan Germann, born October 9, 1960
17  AP    Mag Johann Berchtold, born February 26, 1961
17  AQ    Christian Brun, born July 12, 1958
20  AW    Mag Reinhard Kaindl, born June 19, 1967
28        Funkenbühel 11a
          6900 Bregenz
21  AX    Reinhard Zangerl, born May 1, 1959
23  AZ    Michael Horn, born November 4, 1955
23  BE    Elmar Köck, born October 7, 1963
23  BF    Veronika Moosbrugger, born April 7, 1965
24  BH    Mag Martin Heinzle, born January 1, 1964
25  BK    Mag Florian Gorbach, born September 18, 1967
25  BL    Friedrich Hörtenhuber, born November 26, 1959
25  BN    Dr Stephan Sausgruber, born February 22, 1974
31  BQ    Mag Nicolas Stieger, born February 26, 1968
31        Babenwohlweg 15
          6900 Bregenz
31  BR    Dr Klaus Diem, born November 15, 1968
31        Staudachgasse 12
          6900 Bregenz
31  BS    Artur Klauser, born June 11, 1960
31        Eggstraße 29 A
          6991 Riezlern im Kleinwalsertal
31  BT    German Kohler, geb. 30.07.1960
31        Scheidbuchen 580
          6866 Andelsbuch
31  BV    Mag Emmerich Schneider, born November 23, 1961
31        Linzenberg 26
          6858 Schwarzach (Vbg.)
39  CA    Mag (FH) Richard Karlinger, born August 3, 1971
```

```
39         Wieden 31
           6850 Dornbirn
43  CD     Mag Roswitha Klein, born July 13, 1966
43         Nusswaldgasse 17a/16
           1190 Wien
45  CF     Mag Michel Haller, born August 1, 1971
45         Arnold-Ulitz-Weg 11
           DEU-88069 Tettnang
51  CG     MMag Dr Alfred Geismayr, born July 15, 1965
51         Nachbauerstraße 25
           6850 Dornbirn
51  CH     Dr Jodok Simma, born August 25, 1946
51         Riedergasse 42
           6900 Bregenz
51  CI     Mag Karlheinz Rüdisser, born February 25, 1955
51         Riedstraße 13e
           6923 Lauterach
51  CJ     Mag Karl Fenkart, born November 2, 1966
51         Martin-Kink-Straße 2
           6890 Lustenau
55  CM     Mag Christian Vonach, born June 30, 1976
55         Im Weingarten 26/4
           6858 Schwarzach (Vbg.)
55  CN     Dipl-BW (BA) Stefan Schmitt, born October 23, 1972
55         Bergstraße 3 A
           DEU-88138 Weißensberg
56  CO     Dr Ulrich Theileis, born March 18, 1969
56         Waldstraße 8
           DEU-76275 Ettlingen
59  CQ     Mag Nora Frischherz, born May 17, 1971
59         Ingenuin-Fischler-Straße 12/3
           6020 Innsbruck
62  CR     MMag Dr Gerhard Köhle, born December 13, 1975
62         Ardetzenbergstraße 59
           6800 Feldkirch
63  CS     Astrid Bischof, born June 8, 1968
63         Rappenholzweg 7
           6811 Göfis
64  CT     Peter Niksic, born May 7, 1967
66  CU     Dipl Kfm Thomas Reich, born August 29, 1969
66         Mittelfeldstraße 8
           CHE-9444 Diepoldsau
70  CV     Andreas Hinterauer, born January 22, 1971
70         Heimried 8
           6850 Dornbirn
68  CW     Dr Wilfried Amann, born January 19, 1963
68         Am Bühel 9
           6719 Bludesch
71  CX     Ing Eduard Fischer, born March 19, 1958
71         Bahnhofstraße 21
           6850 Dornbirn
72  CY     Markus Felder, born August 8, 1976
72         Hainweg 6/Top 5
           6890 Lustenau
76  CZ     Mag. Birgit Sonnbichler, born January 14, 1963
76         Forachstraße 28
           6850 Dornbirn
80  DA     Dr. Ernst Albegger, born May 14, 1981
80         Pfeifferhofweg 31
           8045 Graz-Andritz



---------------------- SUMMARY OF ENTRIES ------------------------------------
```

Regional Court Feldkirch

1   entered on August 24, 1996              Business Case 15 Fr 2028/96 y
      Application for registration of company received on June 3,1996
2   entered on August 28, 1996              Business Case 15 Fr 3146/96 t
      Official correction
5   entered on October 22,1997              Business Case 15 Fr 4174/97 m
      Application for amendment received on October 21, 1997
6   entered on November 26, 1997            Business Case 15 Fr 4634/97 p
      Application for amendment received on November 24, 1997
8   entered on May 28, 1998                 Business Case 15 Fr 1332/98 t
      Application for amendment received on May 27, 1998
10  entered on December 3, 1998             Business Case 15 Fr 4153/98 s
      Application for amendment received on October 23, 1998
12  entered on January 12, 2000             Business Case 15 Fr 8941/99 s
      Application for amendment received on November 29, 1999
14  entered on July 25, 2000                Business Case 15 Fr 4905/00 g
      Official correction
15  entered on January 5, 2001              Business Case 15 Fr 7600/00 w
      Application for amendment received on December 27, 2000
16  entered on March 2, 2002                Business Case 15 Fr 3861/01 f
      Application for amendment received on September 25, 2001
17  entered on September 6, 2002            Business Case 15 Fr 2900/02 a
      Application for amendment received on July 29, 2002
18  entered on March 8, 2003                Business Case 15 Fr 599/03 a
      Application for amendment received on March 3, 2003
20  entered on February 19, 2004            Business Case 15 Fr 466/04 p
      Application for amendment received on February 10, 2004
21  entered on July 24, 2004                Business Case 15 Fr 3238/04 s
      Application for amendment received on July 16, 2004
23  entered on April 6, 2004                Business Case 46 Fr 946/05 g
      Application for amendment received on March 18, 2005
24  entered on July 5, 2005                 Business Case 47 Fr 405/05 v
      Application for amendment received on June 6, 2005
25  entered on June 7, 2006                 Business Case 47 Fr 1758/06 t
      Application for amendment received on May 31. 2006
28  entered on January 20, 2007             Business Case 47 Fr 167/07 k
      Official correction
29  entered on July 10, 2007                Business Case 47 Fr 1759/07 b
      Application for amendment received on June 27, 2007
31  entered on July 22, 2008                Business Case 47 Fr 2106/08 x
      Application for amendment received on July 17, 2008
36  entered on August 25, 2009             Business Case 47 Fr 2475/09 y
      Application for amendment received on August 19, 2009
39  entered on June 23, 2010                Business Case 47 Fr 2141/10 s
      Application for amendment received on May 21, 2010
43  entered on December 2, 2011             Business Case 47 Fr 7032/11 t
      Application for amendment received on November 9, 2011
45  entered on June 7, 2012                 Business Case 47 Fr 1407/12 d
      Application for amendment received on May 14, 2012
48  entered on July 25, 2012                Business Case 47 FR 2094/12 p
      Application for amendment received on July 12, 2012
49  entered on July 25, 2012                Business Case 47 Fr 2228/12 k
      Application for amendment received on July 24, 2012
50  entered on January 9, 2013              Business Case 47 Fr 45/13 i
      Application for amendment received on December 28, 2012
51  entered on May 11, 2013                 Business Case 47 Fr 1428/13 v
      Application for amendment received on May 7, 2013
54  entered on May 15, 2014                 Business Case 47 Fr 1085/14 y
      Application for amendment received on May 2, 2014
55  entered on June 4, 2014                 Business Case 47 Fr 1221/14 y
      Application for amendment received on May 20, 2014
56  entered on June 13, 2016                Business Case 47 Fr 1307/14 z
      Application for amendment received on May 28, 2014
58  entered on October 3, 2014              Business Case 47 Fr 2395/14 z

Commercial Register / Extract                                                February 12, 2020, 14:29

```
                  Application for amendment received on August 29, 2014
       59 entered on April 15, 2015              Business Case 47 Fr 740/15 z
                  Application for amendment received on April 4, 2015
       62 entered on August 8, 2015              Business Case 47 Fr 1805/15 s
                  Application for amendment received on July 20, 2015
       63 entered on November 5, 2015            Business Case 47 Fr 3796/15 v
                  Application for amendment received on October 23, 2015
       64 entered on February 25, 2016           Business Case 47 Fr 288/16 v
                  Application for amendment received on February 11, 2016
       66 entered on November 24, 2016           Business Case 47 Fr 4155/16 f
                  Application for amendment received on November 11, 2016
       68 entered on January 20, 2017            Business Case 47 Fr 4699/16 f
                  Application for amendment (supervisory board member received
                  on December 30, 2016
       69 entered on January 24, 2017            Business Case 47 Fr 126/17 p
                  Official correction
       70 entered on March 7, 2017               Business Case 47 Fr 4571/16 t
                  Application for amendment received on December 20, 2016
       71 entered on March 24, 2017              Business Case 47 Fr 461/17 g
                  Application for amendment received on March 16, 2017
       72 entered on June 8, 2017                Business Case 47 Fr 1081/17 v
                  Application for amendment received on May 31, 2017
       75 entered on September 30, 2017          Business Case 47 Fr 2718/17 a
                  Application change of company name, bylaws
                  Received on September 22, 2017
       76 entered on August 11, 2018             Business Case 47 Fr 2010/18 v
                  Application for amendment received on August 2, 2018
       77 entered on December 28, 2018           Business Case 47 Fr 4745/18 s
                  Application for amendment received on December 21, 2018
       80 entered on September 12, 2018          Business Case 47 Fr 2268/19 g
                  Application for amendment together with filing JAB+KAB December 31, 2017
                  Received on August 26, 2019




     ----------------- INFORMATION OF THE AUSTRIAN NATIONAL BANK ----------------------
      on February 12, 2020 valid identification number: 3369056


     generated via clearing office ÖGIZIN ************************************* HA021
     Court fee: EUR 3.53 ***** February 12, 2020 14:28:54,656 75600000 ** LINES: 331
```

**Commercial Register**               **retrieved on February 12, 2020, at 14:28:54 CET**

Notary Seal

Signature

Notary
Acting as Court Commissioner

Notary Seal

[APOSTILLE]

State of New York        )
                         ) ss.
County of New York   )

## AFFIDAVIT OF ACCURACY

Armin Kaiser, being duly sworn deposes and states:

I am a native German speaker and I prepared the attached translation from the German language into the English language.

I am a member of the bar of the State of New York, duly admitted to practice before all the courts of the State of New York.

I am a graduate of University of Kent Law School (United Kingdom) and I have LL.M. degrees from Universiteit van Amsterdam (2011) and New York University School of Law (2013).

I reside at 45 Maujer Street, Apt. 7, Brooklyn, NY 11206.

I hereby declare that the said translation of the Excerpt from the Austrian Commercial Register ("*Firmenbuch*"), File No. FN 145586y, as of February 12, 2020, is a true and correct rendering of the said original document to the best of my knowledge and belief.

_____
Armin Kaiser, Esq.

Sworn to before me this
17th day of March 2020.

_____
Notary Public

SARAH C. CLARIDAD
Notary Public, State of New York
No. 01CL6033635
Qualified in New York County
Commission Expires November 22, 20 21