**AUSTRIAN FMA · FINANCIAL MARKET AUTHORITY**



Hypo Vorarlberg Bank AG

Hypo-Passage 1
6900 Bregenz

DEPARTMENT Banking Supervision
GZ FMA-KI27 0809/0006-SGB/2020
(To be quoted in further correspondence)

EXPERT Jasmin Galostian Fard
PHONE (+43-1) 249 59 -1512
FAX (+43-1) 249 59 -1599
E-MAIL jasmin.galostian@fma.gv.at

VIENNA, 19.02.2020

**Hypo Vorarlberg Bank AG**

Dear Madam or Sir,

The Financial Market Authority (FMA) as the competent authority for supervision of Austrian credit institutions hereby confirms that Hypo Vorarlberg Bank AG having its registered office in Austria (registered under the court's register number FN 145586y), has a license to conduct banking business and performed such business in the years 2005, 2006, 2007, 2008 as well as until now.

Hypo Vorarlberg Bank AG is subject to permanent supervision by the FMA and is currently performing banking business as well. Such supervision by the FMA is effected in accordance with the Austrian Banking Act, which fully complies with the applicable EU directives, and since 2014 also with the Regulation (EU) No 575/2013 of the European Parliament and of the Council of 26 June 2013 on prudential requirements for credit institutions and investment firms and amending Regulation (EU) No 648/2012.

Financial Market Authority
On behalf of the Executive Board

Bernhard Wolf                                  Jasmin Galostian Fard

signed electronically

| | |
|---|---|
| Signaturwert | f+G3guk3CZwNEfPJODdWwRJ0YiabsEfrmve86senZPejY8EaCZLmtCUO8Q53kPYqTSSd2uiuRJDXTRcWmHmm fB5RAQveljkCbmYnTysaEVw33+eIfBeo6QF7ALsVB5vvj632o2RDqR/uWglqhivbpSqX27Hx1ShKzIcBq9q7 R1fngLecuzC71HiCrkOpLt+5/g5TeW3hg97Zr0hCZP8idLwRB1NDRf+QpkGCZ1Fb+0Yn56jnODyZVWKmhcQn e7pCHQ9fyT/eMTtbKcibuH5VGw809ea1eUYKQ+I0cl4ROikrqoEQwNZcxL9V4X448Z/jfygI1FCebBhjcc6O G9IvMQ== |
| Unterzeichner | Österreichische Finanzmarktaufsichtsbehörde |
| Datum/Zeit-UTC | 2020-02-19T12:48:01Z |
| Aussteller-Zertifikat | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH,C=AT |
| Serien-Nr. | 532114608 |
| Methode | urn:pdfsigfilter:bka.gv.at:binaer:v1.1.0 |
| Prüfinformation | Informationen zur Prüfung des elektronischen Siegels bzw. der elektronischen Signatur finden Sie unter: http://www.signaturpruefung.gv.at |
| Hinweis | Dieses Dokument wurde amtssigniert. Auch ein Ausdruck dieses Dokuments hat gemäß § 20 E-Government-Gesetz die Beweiskraft einer öffentlichen Urkunde. |