# EXHIBIT  D-1

# Hypo Vorarlberg Bank AG

Banks - Banks licensed in Austria
Banks - Austrian Banks in the EEA (freedom to provide services)

- Address: Hypo-Passage 1, 6900 Bregenz, Austria
- Phone: +43 0504141000
- E-Mail: info@hypovbg.at
- Website: www.hypovbg.at
- Bank Identifier Number: 58000
- Commercial Register Number: 145586y

### § 1 Abs. 1 Z 1 BWG
Die Entgegennahme fremder Gelder zur Verwaltung oder als Einlage (Einlagengeschäft)

### § 1 Abs. 1 Z 2 BWG
Die Durchführung des bargeldlosen Zahlungsverkehrs und des Abrechnungsverkehrs in laufender Rechnung für andere (Girogeschäft)

### § 1 Abs. 1 Z 3 BWG
Der Abschluss von Geldkreditverträgen und die Gewährung von Gelddarlehen (Kreditgeschäft)

### § 1 Abs. 1 Z 4 BWG
Der Kauf von Schecks und Wechseln, insbesondere die Diskontierung von Wechseln (Diskontgeschäft)

### § 1 Abs. 1 Z 5 BWG
Die Verwahrung und Verwaltung von Wertpapieren für andere (Depotgeschäft)

### § 1 Abs. 1 Z 6 BWG
Die Ausgabe und Verwaltung von Zahlungsmitteln wie Kreditkarten und Reiseschecks

### § 1 Abs. 1 Z 7 BWG
Der Handel auf eigene oder fremde Rechnung mit
a) ausländischen Zahlungsmitteln (Devisen- und Valutengeschäft);
b) Geldmarktinstrumenten;
c) Finanzterminkontrakten (Futures) einschließlich gleichwertigen Instrumenten mit Barzahlung und Kauf- und Verkaufsoptionen auf die in lit. a und d bis f genannten Instrumente einschließlich gleichwertigen Instrumenten mit Barzahlung (Termin - und Optionsgeschäft);
d) Zinsterminkontrakten, Zinsausgleichsvereinbarungen (Forward Rate Agreements, FRA), Zins- und Devisenswaps sowie Swaps auf Substanzwerte oder auf Aktienindices ("equity swaps");
e) Wertpapieren (Effektengeschäft);
f) von lit. b bis e abgeleiteten Instrumenten;

### § 1 Abs. 1 Z 7a BWG
Der Handel auf eigene oder fremde Rechnung mit Finanzinstrumenten gemäß § 1 Abs. 1 Z 6 lit. e bis g und j WAG 2007, ausgenommen der Handel durch Personen gemäß § 2 Abs. 1 Z 11 und 13 WAG 2007

### § 1 Abs. 1 Z 8 BWG
Die Übernahme von Bürgschaften, Garantien und sonstigen Haftungen für andere, sofern die übernommene Verpflichtung auf Geldleistungen lautet (Garantiegeschäft)

### § 1 Abs. 1 Z 9 BWG
Die Ausgabe von Pfandbriefen, Kommunalschuldverschreibungen und fundierten Bankschuldverschreibungen und die Veranlagung des Erlöses nach den hiefür geltenden besonderen Rechtsvorschriften (Wertpapieremissionsgeschäft) - ausgenommen die Ausgabe von fundierten Bankschuldverschreibungen;

### § 1 Abs. 1 Z 10 BWG
Die Ausgabe anderer festverzinslicher Wertpapiere zur Veranlagung des Erlöses in anderen Bankgeschäften (sonstiges Wertpapieremissionsgeschäft)

### § 1 Abs. 1 Z 11 BWG
Die Teilnahme an der Emission Dritter eines oder mehrerer der in Z 7 lit. b bis f genannten Instrumente und die diesbezüglichen Dienstleistungen (Loroemissionsgeschäft)

### § 1 Abs. 1 Z 15 BWG
Das Finanzierungsgeschäft durch Erwerb von Anteilsrechten und deren Weiterveräußerung (Kapitalfinanzierungsgeschäft)

### § 1 Abs. 1 Z 16 BWG
Der Ankauf von Forderungen aus Warenlieferungen oder Dienstleistungen, die Übernahme des Risikos der Einbringlichkeit solcher Forderungen ¿ ausgenommen die Kreditversicherung - und im Zusammenhang damit der Einzug solcher Forderungen (Factoringgeschäft)

### § 1 Abs. 1 Z 17 BWG
Der Betrieb von Geldmaklergeschäften im Interbankenmarkt

### § 1 Abs. 1 Z 18 BWG
Die Vermittlung von Geschäften nach
a) Z 1, ausgenommen durch Unternehmen der Vertragsversicherung;
b) Z 3, ausgenommen die im Rahmen der Gewerbe der Immobilienmakler und der Vermittlung von Personalkrediten, Hypothekarkrediten und Vermögensberatung vorgenommene Vermittlung von Hypothekar- und Personalkrediten;
c) Z 7 lit. a, soweit diese das Devisengeschäft betrifft;
d) Z 8;

# EXHIBIT  D-2

# Hypo Vorarlberg Bank AG

Banks - Banks licensed in Austria
Banks - Austrian Banks in the EEA (freedom to provide services)

- Address: Hypo-Passage 1, 6900 Bregenz, Austria
- Phone: +43 0504141000
- E-Mail: info@hypovbg.at
- Website: www.hypovbg.at
- Bank Identification Number: 58000
- Commercial Register Number: 145586y

## § 1 Para. 1 Line 1 BWG [*Bankwesengesetz* - Austrian Banking Law]
The acceptance of funds from third parties for administration or as deposit (deposit business)

## § 1 Para. 1 Line 2 BWG
The provision of non-cash payment transactions, clearing services and checking account services for third parties (checking account business)

## § 1 Para. 1 Line 3 BWG
The conclusion of money-lending agreements and the extension of monetary loans (lending business)

## § 1 Para. 1 Line 4 BWG
The purchase of checks and bills of exchange, particularly the discounting of bills of exchange (discounting business)

## § 1 Para. 1 Line 5 BWG
The safekeeping and administration of securities for third parties (custody business)

## § 1 Para. 1 Line 6 BWG
The issuance and administration of payment instruments such as credit cards and traveler's checks

## § 1 Para. 1 Line 7 BWG
Own- or third-party account trading of
a)  Foreign payment instruments (foreign exchange and foreign currency business);
b)  Money market instruments;
c)  Financial futures contracts, including equivalent instruments settled with cash payments as well as call and put options on the instruments listed in subparas. a and d through f, including equivalent instruments settled with cash payments (futures and options business);
d)  Interest rate futures contracts, forward rate agreements (FRA), interest rate and currency swaps as well as equity swaps;
e)  securities (securities business);
f)  derivative instruments based on subparagraphs b through e;

## § 1 Para. 1 Line 7a BWG
Own- or third-party account trading of financial instruments pursuant to § 1 Para. 1 Line 6 subpara. e through g and j WAG 2007 [*Wertpapieraufsichtsgesetz* - Austrian Securities Supervision Act 2007], but excluding personal trade pursuant to § 2 Para. 1 Line 11 and 13 WAG 2007

## § 1 Para. 1 Line 8 BWG
The assumption of suretyships, guarantees and other forms of obligations on behalf of third parties, provided the assumption of obligations is monetary in nature (guarantee business)

## § 1 Para. 1 Line 9 BWG
The issuance of mortgage bonds, municipal bonds and covered bank bonds as well as the investment of proceeds from such instruments in accordance with applicable regulations (securities underwriting business) - with the exception of covered bank bonds;

## § 1 Para. 1 Line 10 BWG
The issuance of other fixed-income securities for purposes of investing the proceeds in other banking transactions (miscellaneous securities underwriting business)

## § 1 Para. 1 Line 11 BWG
Participation in underwriting third-party issue of one or more of the instruments listed under Line 7 subpara. b through f and services related therewith (third-party securities underwriting business)

## § 1 Para. 1 Line 15 BWG
The business of financing through the acquisition and resale of equity shares (capital financing business)

## § 1 Para. 1 Line 16 BWG
The purchase of receivables from the delivery of goods or services, assumption of the risk of non-payment associated with such receivables – with the exception of credit insurance – and the related collection of such receivables (factoring business)

## § 1 Para. 1 Line 17 BWG
Conducting money brokering transactions on the interbank market

## § 1 Para. 1 Line 18 BWG
Brokering transactions as specified in
g)  Line 1, with the exception of transactions conducted by contract insurance undertakings;
h)  Line 3, with the exception of mortgage loans and personal loans brokered by real estate agents, personal and mortgage loan brokers and investment advisors
i)  Line 7 subpara. a, insofar as concerning foreign exchange transactions;
j)  Line 8;

State of New York     )
                      ) ss.
County of New York  )

### AFFIDAVIT OF ACCURACY

Armin Kaiser, being duly sworn deposes and states:

I am a native German speaker and I prepared the attached translation from the German language into the English language.

I am a member of the bar of the State of New York, duly admitted to practice before all the courts of the State of New York.

I am a graduate of University of Kent Law School (United Kingdom) and I have LL.M. degrees from Universiteit van Amsterdam (2011) and New York University School of Law (2013).

I reside at 45 Maujer Street, Apt. 7, Brooklyn, NY 11206.

I hereby declare that the said translation of the Banking License for Hypo Vorarlberg Bank AG, issued by the Austrian Financial Market Authority ("FMA"), is a true and correct rendering of the said original document to the best of my knowledge and belief.

_____
Armin Kaiser, Esq.

Sworn to before me this
17th day of March 2020.

_____
Notary Public

SARAH C. CLARIDAD
Notary Public, State of New York
No. 01CL6033635
Qualified in New York County
Commission Expires November 22, 20 21