# Appendix A
## SWISS FINANCIAL INSTITUTION DEFENDANTS

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Banca Arner S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Banca Arner S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Banca Commerciale Lugano | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-01185 | X | X | X |
| Banca Unione di Credito | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03635 | X | | X |
| Banca Unione di Credito | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03636 | X | | X |
| Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) | *Fairfield Sentry Ltd. (In Liquidation) et al v. Banco Santander (Suisse) S.A* | 10-03509 | X | X | X |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | 11-01243 | X | X | X |
| Bank Vontobel AG | *Fairfield Sentry Ltd. (In Liquidation), et al. Bank Vontobel AG* | 11-01760 | X | X | X |
| BankMed (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. f/k/a Banque de la Mediterra, et al.* | 11-02772 | X[1] | X | |
| Banque Baring Brothers Sturdza SA (now known as Banque Eric Sturdza SA) | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Banque Baring Brothers Sturdza SA et al.* | 12-01157 | X | X | X |
| Banque Cantonale Vaudoise | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | X |
| Banque Cantonale Vaudoise | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| Banque Internationale à Luxembourg (Suisse) SA f/k/a Dexia Private Bank (Switzerland) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland), et al.* | 10-04091 | X[2] | X | |
| Banque Pictet & Cie SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Banque Pictet & Cie SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |

---

[1] Extract to be submitted via supplemental declaration.
[2] Extract to be submitted via supplemental declaration.

2

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Banque Pictet & Cie SA | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Pictet & Cie* | 10-03764 | X | X | X |
| Banque Piguet & Cie S.A. n/k/a Piguet Galland & Cie SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | 10-03514 | X | X | X |
| Banque SCS Alliance SA n/k/a Compagnie Bancaire Helvetique SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | 11-01256 | X | X | X |
| Banque SYZ SA (as successor to Royal Bank of Canada (Suisse)) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | 10-04087 | X | X | X |
| Banque SYZ SA (f/k/a Banque Syz & Co. S.A.) | *Fairfield Sentry Ltd. (In Liquidation) et al v. Banque Syz & Co. S.A. et al.* | 10-03513 | X | X | X |
| Barclays Bank (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation) et al v. Barclays Bank (Suisse) SA et al.* | 11-01259 | X | X | X |
| BBVA SA (f/k/a BBVA (Suiza) SA, a/k/a BBVA (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| BBVA SA (f/k/a BBVA (Suiza) SA, a/k/a BBVA (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |

3

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| BBVA SA (f/k/a BBVA (Suiza) SA, a/k/a BBVA (Suisse) SA) (sued as "BBVA Zurich/Shares") | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BBVA Zurich/Shares, et al.* | 11-01600 | X | X | X |
| Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse) et al.* | 11-01568 | x | x | x |
| BNP Paribas (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | |
| BNP Paribas (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | |
| BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | | |
| BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | | |
| BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | | |
| BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | | |
| Bordier & Cie | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al. | 10-03873 | X | X | X |

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| BSI AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03635 | X | X | X |
| BSI AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03636 | X | X | X |
| BSI Ex Banca del Gottardo | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03635 | X | | X |
| BSI Ex Banca del Gottardo | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03636 | X | | X |
| CA Indosuez (Switzerland) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | 11-01244 | X | X | X |
| CBH Compagnie Bancaire Helvetique | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | X |
| CBH Compagnie Bancaire Helvetique | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| Citibank (Switzerland) AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | 10-03634 | X | X | X |
| Citibank (Switzerland) AG | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | 10-03640 | X | X | X |
| Clariden Leu Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Clariden Leu Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |

5

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Compagnie Bancaire Espirito Santo SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | 10-03634 | X | X | X |
| Corner Banca SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Corner Banca SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Credit Suisse AG Zurich | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Credit Suisse AG Zurich | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Deutsche Bank (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | 10-03745 | X | X | X |
| Deutsche Bank (Suisse) SA, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | 11-02440 | X | X | X |
| Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | X |

| **Defendant Name** | **Case Name** | **Adv. Pro. No.** | **Commercial Register Extract** | **FBC List** | **FINMA Letter** |
|---|---|---|---|---|---|
| Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG BANK a/k/a EFG BANK AG and/or EFG BANK SA., et al.* | 10-03625 | X | X | X |
| EFG Bank S.A. Switzerland (n/k/a EFG Bank) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03635 | X | X | X |
| EFG Bank S.A. Switzerland (n/k/a EFG Bank) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03636 | X | X | X |
| EFG Private Bank S.A. (n/k/a EFG Bank) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | 10-03634 | X | X | X |
| Falcon Private Bank f/k/a AIG Privat Bank AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03635 | X | X | X |
| Falcon Private Bank f/k/a AIG Privat Bank AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03636 | X | X | X |
| Finter Bank Zurich (n/k/a Bank Vontobel AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Finter Bank Zurich (n/k/a Bank Vontobel AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| FS/CBESSA a/k/a Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al. | 10-03756 | X | X | X |
| FS/SG Private Banking (Lugano-Svizzera) SA a/k/a SG Private Banking (Lugano-Svizzera) SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al. | 11-01566 | X | X | X |
| Hapoalim (Switzerland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Bank Hapoalim (Suisse) Ltd. et al* | 10-03510 | X | X | |
| Hapoalim (Switzerland) Ltd. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | |
| Hapoalim (Switzerland) Ltd. | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | |
| Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-01185 | X | X | X |
| HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG | *Fairfield Sentry Ltd. (In Liquidation), et al.v. HSBC Guyerzeller Zurich, et al.* | 11-01594 | X | X | |
| HSBC Private Bank Suisse SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | 10-03633 | X | X | X |

8

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| InCore Bank AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03635 | X | X | X |
| InCore Bank AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | 10-03636 | X | X | X |
| ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd., et al.* | 10-03801 | X | X | X |
| Investec Bank (Switzerland) AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | 12-01125 | X | X | X |
| Lloyds TSB Bank plc (named as Lloyds TSB Bank Geneva); Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Lloyds TSB Bank plc (named as Lloyds TSB Bank Geneva); Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Lombard Odier Darier Hentsch & Cie n/k/a Banque Lombard Odier & Cie S.A | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |

9

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Lombard Odier Darier Hentsch & Cie n/k/a Banque Lombard Odier & Cie S.A | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| Lombard Odier Darier Hentsch & Cie n/k/a Banque Lombard Odier & Cie S.A | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al. | 10-03795 | X | X | X |
| Merrill Lynch Bank (Suisse) SA | *Fairfield Sentry Limited (In Liquidation), et al., v. Merrill Lynch Bank (Suisse) SA, et al.* | 10-03788 | X | X | X |
| Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) | Fairfield Sentry Ltd. (In Liquidation) et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives | 11-01257 | X | X | X |
| PKB Privatbank SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | | X | X |
| PKB Privatbank SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | | X | X |
| Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | | X | X |
| Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | | X | X |

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Rahn & Bodmer Banquiers (n/k/a Rahn+Bodmer Co.) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | 11-01581 | X | X | X |
| Rothchild Bank Geneve (Dublin) a/k/a Banque Privee Edmond de Rothschild SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | X |
| Rothchild Bank Geneve (Dublin) a/k/a Banque Privee Edmond de Rothschild SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | X |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03635 | X | X | X |
| Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | 10-03636 | X | X | X |
| Schroder & Co. Bank AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | 11-01249 | X | X | X |

| **Defendant Name** | **Case Name** | **Adv. Pro. No.** | **Commercial Register Extract** | **FBC List** | **FINMA Letter** |
|---|---|---|---|---|---|
| SG Private Banking (Suisse) SA n/k/a Société Générale Private Banking (Suisse) SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. | 10-03595 | X | X | X |
| SG Private Banking (Suisse) SA n/k/a Société Générale Private Banking (Suisse) SA | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. | 10-03786 | X | X | X |
| SIX SIS AG, f/k/a Sis SegaInterSettle AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | 10-03869 | X | X | X |
| Six Sis Ltd. & SIS SEEGANINTERSETTLE | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 |  | X | X |
| Six Sis Ltd. & SIS SEEGANINTERSETTLE | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| UBS AG (sued as UBS AG New York) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | 10-03780 | X | X | X |
| UBS AG (sued as UBS AG Zurich and UBS AG New York) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| UBS AG (sued as UBS AG Zurich and UBS AG New York) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| UBS AG (sued as UBS Zurich) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | 11-01258 | X | X | X |

| Defendant Name | Case Name | Adv. Pro. No. | Commercial Register Extract | FBC List | FINMA Letter |
|---|---|---|---|---|---|
| Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635 | X | X | X |
| Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636 | X | X | X |
| Wegelin & Co. | *Fairfield Sentry Ltd. (In Liquidation) et al. v. HSH Nordbank Securities S.A. et al.* | 12-01555 | X | X | X |