**Appendix B**
**ADDITIONAL COUNSEL**

ALLEGAERT BERGER & VOGEL LLP

John F. Zulack
jzulack@abv.com
Lauren J. Pincus
lpincus@abv.com

111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550

ARNOLD & PORTER KAYE SCHOLER LLP

Kent A. Yalowitz
Daniel R. Bernstein
250 West 55th Street
New York, New York 10019
Tel.: 212.836.8000
Fax: 212.836.8689
Kent.Yalowitz@arnoldporter.com
Daniel.Bernstein@arnoldporter.com

BAKER & McKENZIE LLP

Charles Cummings
charles.cummings@bakermckenzie.com
L Andrew S. Riccio
andrew.riccio@bakermckenzie.com

452 Fifth Avenue
New York, New York 10018
(212) 626-4100

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Carmine D. Boccuzzi, Jr.
E. Pascale Bibi
Ariel M. Fox
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
cboccuzzi@cgsh.com
pbibi@cgsh.com
arfox@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Elizabeth Vicens
Benjamin S. Beller
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
evicens@cgsh.com
bbeller@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Breon S. Peace
Ari D. MacKinnon
Thomas S. Kessler
One Liberty Plaza
New York, NY 10006
T: 212-225-2000
F: 212-225-3999
bpeace@cgsh.com
amackinnon@cgsh.com
tkessler@cgsh.com

CHAFFETZ LINDSEY LLP

Andreas A. Frischeknecht
Erin E. Valentine
1700 Broadway, 33rd Floor
New York, NY 10019
212.257.6960
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com

CLIFFORD CHANCE US LLP

Jeff E. Butler
jeff.butler@cliffordchance.com

31 West 52nd Street
New York, NY 10019
(212) 878-8000

DLA PIPER LLP (US)

Rachel Ehrlich Albanese
Rachel.Albanese@us.dlapiper.com
Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

GIBSON, DUNN & CRUTCHER LLP

Marshall R. King
mking@gibsondunn.com
Gabriel Herrmann
gherrmann@gibsondunn.com

200 Park Avenue,
New York, NY 10166
(212) 351-4000

GOODWIN PROCTER LLP

Anne E. Railton
Valerie A. Haggans
Gregory W. Fox
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
F: 646-558-4174
arailton@goodwinlaw.com
vhaggans@goodwinlaw.com
gfox@goodwinlaw.com

HERBERT SMITH FREEHILLS NEW YORK LLP

Scott Balber
Jonathan Cross
450 Lexington Avenue
New York, NY 10017
Telephone: (917) 542-7824
Scott.Balber@hsf.com
Jonathan.cross@hsf.com

HOGAN LOVELLS US LLP

Marc J. Gottridge
marc.gottridge@hoganlovells.com
Andrew M. Harris
andrew.harris@hoganlovells.com

390 Madison Avenue
New York, NY 10017
(212) 918-3000

JENNER & BLOCK LLP

Richard Levin
Richard Levin
Carl Wedoff
919 Third Avenue
New York, NY 10022-3908
(212) 891-1600
rlevin@jenner.com
cwedoff@jenner.com
KATTEN MUCHIN ROSENMAN LLP

Anthony K. Paccione
Mark T. Ciani
575 Madison Ave.
New York, NY 10022
212.940.8800
anthony.paccione@katten.com

KOBRE & KIM LLP

D. Farrington Yates
Adam M. Lavine
Donna Xu

800 Third Avenue
New York, New York 10022
(212) 488-1200
farrington.yates@kobrekim.com
adam.lavine@kobrekim.com
donna.xu@kobrekim.com

LATHAM & WATKINS LLP

Christopher R. Harris
christopher.harris@lw.com
Thomas J. Giblin
thomas.giblin@lw.com

885 Third Avenue
New York, NY 10022
212.906.1200

MCKOOL SMITH, PC

Eric B. Halper
ehalper@mckoolsmith.com
Virginia I. Weber
vweber@mckoolsmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
212.402.9413

LINKLATERS LLP

James R. Warnot
james.warnot@linklaters.com
Brenda D. DiLuigi
brenda.diluigi@linklaters.com

1345 Avenue of the Americas
(212) 903-9000

MILBANK LLP

Alexander B. Lees
55 Hudson Yards
New York, NY 10001
T: (212) 530-5430
alees@milbank.com

MOSES & SINGER LLP

Mark N. Parry
mparry@mosessinger.com
Jessica K. Bonteque
jbonteque@mosessinger.com

405 Lexington Avenue
New York, NY 10174
(212) 554-7876

O'MELVENY & MYERS LLP

William J. Sushon
Daniel S. Shamah
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
wsushon@omm.com
dshamah@omm.com

O'MELVENY & MYERS LLP

Pamela A. Miller
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
pmiller@omm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP

Eric Fishman
eric.fishman@pillsburylaw.com
Andrew Troop
andrew.troop@pillsburylaw.com

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000

ROPES & GRAY LLP

Martin J. Crisp
martin.crisp@ropesgray.com
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

SULLIVAN & CROMWELL LLP

Jeffrey T. Scott
Andrew J. Finn
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: scottj@sullcrom.com
E-mail: finna@sullcrom.com

THOMPSON HINE LLP

Barry M. Kazan
Emily J. Mathieu
335 Madison Avenue, 12th Floor
New York, New York  10017
Telephone:  (212) 344-5680
Facsimile:  (212) 344-6101
barry.kazan@thompsonhine.com
emily.mathieu@thompsonhine.com

WILMER CUTLER PICKERING HALE AND DORR LLP

George W. Shuster, Jr.
george.shuster@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7518

WINSTON & STRAWN LLP

Heather Lamberg
hlamberg@winston.com
Keith Palfin
kpalfin@winston.com

1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

WUERSCH & GERING LLP

Gregory F. Hauser
gregory.hauser@wg-law.com
100 Wall Street, 10th Floor
New York, NY 10005
(212) 509-5050