# Exhibit A

Schwanengasse 12  
Postfach  
CH-3001 Bern  
Telefon +41 31 322 69 11  
Telefax +41 31 322 69 26  
info@ebk.admin.ch  
www.ebk.admin.ch

EBK CFB

Eidgenössische Bankenkommission  
Commission fédérale des banques  
Commissione federale delle banche  
Swiss Federal Banking Commission

## Authorised banks and securities dealers

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| AAM Privatbank AG | Basel | X | X |
| Aareal Bank AG, Wiesbaden, Zweigniederlassung Zürich | Zürich | X | X |
| Aargauische Kantonalbank | Aarau | X | X |
| ABN Amro Bank (Schweiz) | Zürich | X | X |
| ABN AMRO Bank N.V., Amsterdam, Zweigniederlassung Zürich | Zürich | X | X |
| ACH Securities SA | Genève 3 | | X |
| Adler & Co. Privatbank AG | Zürich | X | X |
| AEK BANK 1826 | Thun | X | X |
| AIG Privat Bank AG | Zürich | X | X |
| AKB Privatbank Zürich AG | Zürich | X | X |
| All Options Helvetia AG | Zug | | X |
| Alpha RHEINTAL Bank AG | Heerbrugg | X | X |
| Alternative Bank ABS | Olten | X | X |
| AP ANLAGE & PRIVATBANK AG | Freienbach | X | X |
| Appenzeller Kantonalbank | Appenzell | X | X |
| Aquila Investment AG | Zürich | | X |
| Arab Bank (Switzerland) Ltd. | Zürich | X | X |
| Arbinter-Omnivalor SA | Genève | | X |
| ARVEST Privatbank AG | Pfäffikon | X | X |
| ASTON BANK SA | Lugano | X | X |
| Atel Trading | Olten | | X |
| Atlantic Vermögensverwaltungsbank | Zürich | X | X |
| Atlas Capital SA | Genève | | X |
| AXA Bank Europe, Brüssel, Zweigniederlassung Winterthur | Winterthur | X | |
| Baloise Bank SoBa | Solothurn | X | X |
| Banca Aletti & C. (Suisse) SA | Lugano | X | X |
| BANCA ARNER SA | Lugano | X | X |
| Banca Commerciale Lugano | Lugano | X | X |
| BANCA CREDINVEST SA | Lugano | X | X |
| Banca del Ceresio SA | Lugano | X | X |
| Banca del Sempione | Lugano | X | X |
| Banca dello Stato del Cantone Ticino | Bellinzona | X | X |
| Banca Euromobiliare (Suisse) SA | Lugano | X | X |
| BANCA GESFID | Lugano | X | X |
| Banca Intermobiliare di Investimenti e Gestioni (Suisse) SA | Lugano | X | X |
| Banca Popolare di Sondrio (Suisse) SA | Lugano | X | X |
| Banca Privata Edmond de Rothschild Lugano SA | Lugano | X | X |
| BANCA ZARATTINI & CO. SA | Lugano | X | X |
| Banco Santander (Suisse) SA | Genève 1 | X | X |
| Bank aek Genossenschaft | Schwarzenburg | X | X |
| Bank am Bellevue | Küsnacht | X | X |
| Bank CA St. Gallen AG | St. Gallen | X | X |
| Bank CIC (Schweiz) AG | Basel | X | X |
| Bank Coop AG | Basel | X | X |
| Bank EEK AG | Bern 7 | X | X |
| Bank EKI Genossenschaft | Interlaken | X | X |
| Bank Frey & Co. AG | Zürich | X | X |
| Bank für Tirol und Vorarlberg Aktiengesellschaft, Innsbruck, Zweigniederlassung Staad | Staad | X | X |
| Bank Hapoalim (Switzerland) Ltd | Zürich | X | X |
| Bank Hugo Kahn & Co. AG | Zürich | X | X |
| Bank in Zuzwil | Zuzwil | X | X |

**EBK CFB**
Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Bank Julius Bär & Co. AG | Zürich | X | X |
| Bank Leumi (Schweiz) AG | Zürich | X | X |
| Bank Linth LLB AG | Uznach | X | X |
| Bank Morgan Stanley AG | Zürich | X | X |
| Bank of China (Suisse) SA | Genève | X | X |
| Bank Sal. Oppenheim jr. & Cie. (Schweiz) AG | Zürich | X | X |
| Bank Sarasin & Cie AG | Basel | X | X |
| Bank Sparhafen Zürich AG | Zürich | X | X |
| Bank Thalwil | Thalwil | X | X |
| Bank Thur | Ebnat-Kappel | X | X |
| Bank Vontobel AG | Zürich | X | X |
| bank zweiplus ag | Zürich | X | X |
| Bank-now AG | Horgen | X | |
| Bankhaus Jungholz | St. Gallen | X | X |
| BankMed (Suisse) SA | Genève 1 | X | X |
| Banque Algérienne du Commerce Extérieur SA | Zürich | X | X |
| Banque Amas (Suisse) SA | Genève 1 | X | X |
| Banque Audi (Suisse) SA | Genève 12 | X | X |
| Banque Baring Brothers Sturdza SA | Genève 3 | X | X |
| Banque Bauer (Suisse) SA | Genève | X | X |
| Banque Bénédict Hentsch Fairfield Partners SA | Genève 11 | X | X |
| Banque Bonhôte & Cie SA | Neuchâtel | X | X |
| Banque Cantonale de Fribourg | Fribourg | X | X |
| Banque Cantonale de Genève | Genève 2 | X | X |
| Banque Cantonale du Jura | Porrentruy 2 | X | X |
| Banque Cantonale du Valais | Sion | X | X |
| Banque Cantonale Neuchâteloise | Neuchâtel | X | X |
| Banque Cantonale Vaudoise | Lausanne | X | X |
| Banque Cramer & Cie SA | Genève 11 | X | X |
| Banque de Commerce et de Placements SA | Genève 3 | X | X |
| Banque de Crédit et de Dépôts SA, Bankred | Lugano | X | X |
| Banque de Dépôts et de Gestion | Lausanne | X | X |
| Banque de Patrimoines Privés Genève BPG SA | Genève 12 | X | X |
| Banque Du Bois AG | Zürich | X | X |
| Banque Franck, Galland & Cie SA | Genève 3 | X | X |
| BANQUE HERITAGE | Genève 6 | X | X |
| Banque Internationale de Commerce - BRED, Paris, succursale de Genève | Genève 3 | X | |
| Banque Jacob Safra (Suisse) SA | Genève 11 | X | X |
| Banque Jura Laufon | Delémont 1 | X | X |
| BANQUE MORVAL | Genève 12 | X | X |
| Banque Pasche SA | Genève 11 | X | X |
| Banque Piguet & Cie SA | Yverdon-les-Bains | X | X |
| Banque Privée BCP (Suisse) SA | Genève | X | X |
| Banque Privée Edmond de Rothschild SA | Genève 11 | X | X |
| Banque Privée Espirito Santo SA | Pully | X | X |
| Banque Safdié SA | Genève 11 | X | X |
| Banque SCS Alliance SA | Genève 8 | X | X |
| Banque Syz & Co SA | Genève 11 | X | X |
| Banque Thaler SA | Genève 3 | X | X |
| Banque Vontobel Genève SA | Genève 4 | X | X |
| Bantleon Bank AG | Zug | X | X |
| Barclays Bank (Suisse) SA | Genève 3 | X | X |
| Barclays Bank PLC, Londres, Succursale de Genève | Genève | X | X |
| Barclays Capital, Zurich Branch of Barclays Bank PLC, London | Zürich | X | X |
| Basellandschaftliche Kantonalbank | Liestal | X | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Basler Kantonalbank | Basel | X | X |
| Baumann & Cie. | Basel | X | X |
| Bayerische Hypo- und Vereinsbank Aktiengesellschaft, München, Zweigniederlassung Zürich | Zürich | X | X |
| BBO Bank Brienz Oberhasli AG | Brienz | X | X |
| BBVA (Suiza) SA | Zürich | X | X |
| Bearbull Degroof Banque Privée SA | Genève 28 | X | X |
| BERENBERG BANK (SCHWEIZ) AG | Zürich | X | X |
| Berner Kantonalbank AG | Bern | X | X |
| Bernerland Bank AG | Sumiswald | X | X |
| Bezirks-Sparkasse Dielsdorf | Dielsdorf | X | X |
| Bezirkssparkasse Uster | Uster | X | X |
| BGG, Banque Genevoise de Gestion | Genève 3 | X | X |
| BHF-BANK (Schweiz) AG | Zürich | X | X |
| Biene - Bank im Rheintal Genossenschaft | Altstätten | X | X |
| BIPIELLE Bank (Suisse) | Lugano | X | X |
| BKW enex AG | Bern 25 | | X |
| BLOM BANK (Switzerland) SA | Genève 3 | X | X |
| BNP Paribas (Suisse) SA | Genève | X | X |
| BNP PARIBAS SECURITIES SERVICES, Paris, Succursale de Zurich | Zürich | X | |
| Bondpartners S.A. | Lausanne | | X |
| Bordier & Cie | Genève 11 | X | X |
| Bovay & Partenaires S.A. | Lausanne | | X |
| bridport & cie sa | Genève | | X |
| BS Bank Schaffhausen | Hallau | X | X |
| BSI SA | Lugano | X | X |
| Burgergemeinde Bern, DC Bank, Deposito-Cassa der Stadt Bern | Bern 7 | X | X |
| Burgerliche Ersparniskasse Bern | Bern | X | |
| BZ Bank Aktiengesellschaft | Wilen | X | X |
| C.I.M. Banque | Genève 6 | X | X |
| Caisse d'Epargne d'Aubonne | Aubonne | X | X |
| Caisse d'Epargne de Cossonay société coopérative | Cossonay | X | X |
| Caisse d'Epargne de la Ville de Fribourg | Fribourg | X | X |
| Caisse d'Epargne de Nyon société coopérative | Nyon | X | X |
| Caisse d'Epargne de Siviriez | Siviriez | X | X |
| Caisse d'épargne de Vuisternens-devant- Romont | Vuisternens-dt-Romont | X | X |
| Caisse d'Epargne du district de Courtelary | Courtelary | X | X |
| Caisse d'Epargne et de Crédit Mutuel de Chermignon | Chermignon | X | |
| Caisse d'Epargne Riviera, société coopérative | Vevey 1 | X | X |
| Caja de Ahorros de Galicia, La Corogne, succursale de Genève | Genève 1 | X | |
| CANTOR FITZGERALD EUROPE, London, Zweigniederlassung Zürich | Zürich | | X |
| Capital International SA | Petit-Lancy 1 | | X |
| Cat Brokerage AG | Zürich | | X |
| Citation SA | Zürich 1 | | X |
| Citibank (Switzerland) | Zürich | X | X |
| Citibank, N.A., Las Vegas, Zurich Branch | Zürich | X | X |
| Citibank, NA, Las Vegas, Succursale de Genève | Genève 3 | X | X |
| CITIGROUP GLOBAL MARKETS LIMITED, London, Zweigniederlassung Zürich | Zürich | | X |
| Clariden Leu AG | Zürich | X | X |
| Clientis AG | Bern 7 | X | X |
| Clientis Bank Huttwil AG | Huttwil | X | X |
| Clientis Bank im Thal AG | Balsthal | X | X |
| Clientis Bank Küttigen-Erlinsbach AG | Küttigen | X | X |

EBK
CFB
Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Clientis Bank Leerau Genossenschaft | Kirchleerau | X | X |
| Clientis Bank Oberuzwil AG | Oberuzwil | X | X |
| Clientis Bank Toggenburg AG | Kirchberg SG | X | X |
| Clientis EB Entlebucher Bank AG | Schüpfheim | X | X |
| Clientis Triba Partner Bank AG | Triengen | X | X |
| Commerzbank (Schweiz) AG | Zürich 1 | X | X |
| Cornèr Banca SA | Lugano | X | X |
| Crédit Agricole (Suisse) SA | Genève 11 | X | X |
| Crédit Agricole Cheuvreux, Courbevoie, Zweigniederlassung Zürich | Zürich | | X |
| Crédit Agricole Financements (Suisse) SA | Genève | X | X |
| Credit Europe Bank (Suisse) SA | Genève 1 | X | X |
| CREDIT MUTUEL DE LA VALLEE SA | Le Sentier | X | X |
| Credit Suisse | Zürich | X | X |
| Credit Suisse Private Advisors | Zürich | | X |
| Credito Privato Commerciale SA | Lugano | X | X |
| Daiwa Securities SMBC Europe Limited, Londres, succursale de Genève | Genève 3 | | X |
| Decova SA | Genève | | X |
| Deka(Swiss) Privatbank AG | Zürich | X | X |
| Delen (Suisse) SA | Genève 11 | | X |
| Delta Trust (Switzerland) Ltd | Genève | | X |
| DeTraCo AG | Zug | | X |
| Deutsche Bank (Suisse) SA | Genève 1 | X | X |
| Deutsche Bank Aktiengesellschaft, Frankfurt a.M., Zweigniederlassung Zürich | Zürich | X | X |
| Dexia Privatbank (Schweiz) AG | Zürich | X | X |
| Dominick Company AG | Zürich | X | X |
| Dresdner Bank (Schweiz) AG | Zürich | X | X |
| Dresdner Bank Aktiengesellschaft, Frankfurt am Main, Zweigniederlassung Zürich | Zürich | X | X |
| Dreyfus Söhne & Cie. Aktiengesellschaft, Banquiers | Basel | X | X |
| Dynagest SA | Genève 11 | | X |
| DZ PRIVATBANK (Schweiz) AG | Zürich | X | X |
| E. Gutzwiller & Cie. Banquiers | Basel | X | X |
| EFG Bank | Zürich | X | X |
| EFG Bank European Financial Group SA | Genève 2 | X | X |
| EFG Financial Products AG | Zurich | | X |
| EGL Trading AG | Dietikon | | X |
| Entris Banking AG | Gümligen | X | X |
| EOS Trading | Lausanne | | X |
| Ersparniskasse Affoltern i.E. AG | Affoltern i.E. | X | X |
| Ersparniskasse Rüeggisberg | Rüeggisberg | X | X |
| Ersparniskasse Schaffhausen AG | Schaffhausen | X | X |
| Ersparniskasse Speicher | Speicher | X | |
| Exane Derivatives, Paris, succursale de Genève | Genève | X | X |
| Exane Options, Paris, succursale de Genève | Genève | | X |
| Exane SA, Paris, succursale de Genève | Genève | | X |
| F. van Lanschot Bankiers (Schweiz) AG | Zürich | X | X |
| FAISAL PRIVATE BANK (Switzerland) SA | Genève 1 | X | X |
| FCE Bank plc, Brentwood, Zweigniederlassung Schweiz | Wallisellen | X | |
| FIBI Bank (Schweiz) AG | Zürich | X | X |
| FIDEURAM Bank (Suisse) SA | Zürich | X | X |
| Fidurhône SA | Genève 3 | | X |
| Finacor SA, Société Financière et de Participations | Basel | | X |
| Financière Mermod SA | Lausanne | | X |
| Finter Bank Zürich | Zürich | X | X |

EBK CFB

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Fisch Asset Management AG | Zürich | | X |
| FMCC Finance, Zweigniederlassung Wallisellen der VOLVO Auto Bank Deutschland GmbH, Köln | Wallisellen | X | |
| Fortis Banque (Suisse) SA | Genève 4 | X | X |
| Fortis Banque, SA/NV, Bruxelles, Succursale de Zurich | Zurich | X | |
| Freie Gemeinschaftsbank | Basel | X | |
| GE Money Bank AG | Zürich | X | |
| GHP Arbitrium AG | Zürich | | X |
| Glarner Kantonalbank | Glarus | X | X |
| Goldman Sachs Bank AG | Zürich | X | X |
| Gonet & Cie | Genève 11 | X | X |
| Graubündner Kantonalbank | Chur | X | X |
| GRB Glarner Regionalbank | Schwanden | X | X |
| Habib Bank AG Zurich | Zürich | X | X |
| Habibsons Bank Limited, London, Zweigniederlassung Zürich | Zürich | X | X |
| Hardcastle Trading AG | Rapperswil-Jona | | X |
| Heliting SA | Massagno | | X |
| HELVEA SA | Genève | | X |
| Hottinger & Compagnie | Zürich | X | X |
| HSBC Guyerzeller Bank AG | Zürich | X | X |
| HSBC Private Bank (Suisse) SA | Genève 3 | X | X |
| HYPOSWISS Privatbank AG | Zürich | X | X |
| Hyposwiss Private Bank Genève SA | Genève 1 | X | X |
| Hypothekarbank Lenzburg | Lenzburg 1 | X | X |
| IDB (Swiss) Bank Ltd | Genève 3 | X | X |
| InCore Bank AG | Zürich | X | X |
| ING Bank (Suisse) SA | Genève 6 | X | X |
| ING Bank N.V., Amsterdam, Zurich Branch | Zurich | X | |
| ING Belgique, Bruxelles, succursale de Genève | Genève 11 | X | X |
| Instinet Europe Limited, London, Zweigniederlassung Zürich | Zürich | | X |
| International Marketmakers Combination Trading B.V., Amsterdam, Zweigniederlassung Zug | Zug | | X |
| Investec Bank (Switzerland) AG | Zürich | X | X |
| Isbank GmbH, Frankfurt am Main (D), Zweigniederlassung Zürich | Zürich | X | |
| ITAG Vermögensverwaltung AG | Basel | | X |
| J C E Hottinger & Co. Vermögensverwaltung | Zürich | | X |
| J&T Bank Schweiz AG | Zürich | X | X |
| J.P. Morgan (Suisse) SA | Genève 11 | X | X |
| J.P. Morgan Securities Limited, London Zweigniederlassung Zürich | Zürich | | X |
| Jefferies (Schweiz) AG | Zürich | | X |
| JPMorgan Chase Bank, National Association, Columbus, Succursale de Zurich | Zürich | X | |
| Jyske Bank (Schweiz) | Zürich | X | X |
| Kaupthing Bank Luxembourg S.A., Luxembourg, succursale de Genève | Genève | X | X |
| KBL (SWITZERLAND) LTD | Genève 11 | X | X |
| Kepler Capital Markets SA | Nyon | | X |
| La Roche & Co. | Basel | X | X |
| Landolt & Cie, banquiers | Lausanne | X | X |
| Landsbanki Kepler, Paris, Zweigniederlassung Zürich | Zürich | | X |
| LB (Swiss) Privatbank AG | Zürich | X | X |
| LBBW (Schweiz) AG | Zürich | X | X |
| Lehman Brothers International (Europe), London, Zurich Branch | Zürich | | X |
| Leihkasse Stammheim | Oberstammheim | X | X |
| Lemanik SA | Lugano | | X |
| LF Finance (Suisse) SA | Genève 3 | | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| LGT Bank (Schweiz) AG | Basel | X | X |
| Liechtensteinische Landesbank (Schweiz) AG | Zürich | X | X |
| Lienhardt & Partner Privatbank Zürich AG | Zürich | X | X |
| Lloyds TSB Bank Plc, London, Zweigniederlassung Zürich | Zürich | X | X |
| Lloyds TSB Bank Plc, Londres, succursale de Genève | Genève 11 | X | X |
| Lombard, Odier, Darier, Hentsch & Cie | Genève 11 | X | X |
| Luzerner Kantonalbank AG | Luzern | X | X |
| M. M. Warburg Bank (Schweiz) AG | Zürich | X | X |
| Maerki Baumann & Co AG | Zürich | X | X |
| Man Capital Markets AG | Pfäffikon / SZ | | X |
| MediBank | Zug | X | X |
| Mercantil Bank (Schweiz) AG | Zürich | X | X |
| Merrill Lynch Bank (Suisse) SA | Genève 3 | X | X |
| Merrill Lynch Capital Markets AG | Zürich | X | X |
| Migros Bank | Zürich | X | X |
| Mirabaud & Cie | Genève 11 | X | X |
| Mirelis InvesTrust SA | Genève 11 | | X |
| Mitsubishi UFJ Securities International plc, London, Zweigniederlassung Zürich | Zürich | | X |
| Mitsubishi UFJ Wealth Management Bank (Switzerland), Ltd. | Genève 3 | X | X |
| Mizuho Bank (Schweiz) AG | Zürich | X | X |
| Mizuho International plc, London, Zweigniederlassung Zürich | Zürich | X | X |
| Mourgue d'Algue & Cie | Genève 3 | X | X |
| NBAD Private Bank (Suisse) SA | Genève 11 | X | X |
| NBF International SA | Genève | | X |
| NBK Banque Privée (Suisse) SA | Genève 1 | X | X |
| Neue Aargauer Bank | Aarau | X | X |
| Nidwaldner Kantonalbank | Stans | X | X |
| Nomura Bank (Schweiz) AG | Zürich | X | X |
| Nordea Bank S.A., Luxemburg, Zweigniederlassung Zürich | Zürich | X | X |
| Nordkap Bank AG | Zürich | X | |
| NPB Neue Privat Bank AG | Zürich | X | X |
| NZB Neue Zürcher Bank AG | Zürich | X | X |
| Obersimmentalische Volksbank | Zweisimmen | X | X |
| Obwaldner Kantonalbank | Sarnen | X | X |
| P&P Private Bank AG | Zürich | X | X |
| Petercam Private Bank (Switzerland) SA | Genève 5 | X | X |
| Picard Angst Structured Products AG | Pfäffikon | | X |
| Pictet Asset Management SA | Genève 73 | | X |
| Pictet et Cie | Genève 73 | X | X |
| PKB PRIVATBANK SA | Lugano | X | X |
| Plenum Securities AG | Zürich | | X |
| Privatbank Bellerive AG | Zürich | X | X |
| Privatbank IHAG Zürich AG | Zürich | X | X |
| Privatbank Von Graffenried AG | Bern 7 | X | X |
| Private Client Bank | Zürich | X | X |
| Private Client Partners | Zürich | X | X |
| Quantus AG | Glattzentrum bei Wallisellen | | X |
| Quilvest Switzerland Ltd. | Zürich | | X |
| Rahn & Bodmer | Zürich | X | X |
| Raiffeisen Schweiz Genossenschaft | St. Gallen | X | X |
| RAS Private Bank (Suisse) SA | Lugano | X | X |
| RBC Dexia Investor Services Bank S.A., Esch-sur-Alzette, succursale de Zurich | Zürich | X | X |
| RBS Coutts Bank AG | Zürich | X | X |
| Regiobank Männedorf AG | Männedorf | X | X |

EBK CFB
Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| Regiobank Solothurn AG | Solothurn | X | X |
| Reichmuth & Co | Luzern 7 | X | X |
| Reyl & Cie SA | Genève | | X |
| Rosbank (Switzerland) SA | Genève 11 | X | X |
| Rothschild Bank AG | Zürich | X | X |
| Royal Bank of Canada (Suisse) | Genève | X | X |
| Rüd, Blass & Cie AG Bankgeschäft | Zürich | X | X |
| Russische Kommerzial Bank AG | Zürich | X | X |
| SAGEFOR Société Anonyme de Gérance de Fortunes | Genève | | X |
| Sallfort AG | Basel | | X |
| SANPAOLO BANK (SUISSE) SA | Lugano | X | X |
| Saxo Bank (Switzerland) SA | Genève 6 | X | X |
| SB Saanen Bank AG | Saanen | X | X |
| Schaffhauser Kantonalbank | Schaffhausen | X | X |
| Schroder & Co Bank AG | Zürich | X | X |
| Schwyzer Kantonalbank | Schwyz | X | X |
| Scobag Privatbank AG | Basel | X | X |
| Sella Bank AG | Zürich | X | X |
| SELVI & Cie SA | Genève 11 | | X |
| SG Private Banking (Lugano-Svizzera) SA | Lugano | X | X |
| SG Private Banking (Suisse) SA | Genève 11 | X | X |
| SIX SIS AG | Olten | X | |
| SIX x-clear AG | Zürich | X | |
| Skandifinanz Bank AG | Zürich | X | X |
| Skandinaviska Enskilda Banken SA, Luxembourg, Geneva Branch | Genève | X | X |
| SLB Commercial Bank | Zürich | X | |
| Società Bancaria Ticinese | Bellinzona | X | X |
| SOCIETE BANCAIRE PRIVEE SA | Genève 3 | X | X |
| Société Générale, Paris, Succursale de Zurich | Zürich | X | X |
| Source Capital AG | Zug | | X |
| Spar + Leihkasse Gürbetal | Mühlethurnen | X | X |
| Spar + Leihkasse Münsingen AG | Münsingen | X | X |
| Spar + Leihkasse Steffisburg | Steffisburg | X | X |
| Spar- und Leihkasse Bucheggberg AG | Lüterswil | X | X |
| Spar- und Leihkasse Frutigen | Frutigen | X | X |
| Spar- und Leihkasse Leuk und Umgebung | Leuk-Stadt | X | |
| Spar- und Leihkasse Riggisberg | Riggisberg | X | X |
| Spar- und Leihkasse Thayngen AG | Thayngen | X | X |
| Spar- und Leihkasse Wynigen | Wynigen | X | X |
| Sparcassa 1816 Gen. | Wädenswil | X | X |
| Sparkasse Engelberg | Engelberg | X | X |
| Sparkasse Horgen AG | Horgen | X | X |
| Sparkasse Küsnacht ZH | Küsnacht | X | X |
| Sparkasse Oftringen | Oftringen | X | X |
| Sparkasse Schwyz AG | Schwyz | X | X |
| Sparkasse Sense | Tafers | X | X |
| Sparkasse Trogen | Trogen | X | |
| Sparkasse Wiesendangen | Wiesendangen | X | X |
| Sparkasse Zürcher Oberland | Wetzikon | X | X |
| St. Galler Kantonalbank | St. Gallen | X | X |
| Standard Chartered Bank (Switzerland) SA | Genève 3 | X | X |
| State Street Bank GmbH, München, Zweigniederlassung Zürich | Zürich | X | X |
| Svenska Handelsbanken SA, Luxemburg, Zweigniederlassung Zürich | Zürich | X | X |
| Swiss Asset & Risk Management AG | Schwyz | | X |
| Swiss Capital Alternative Investments AG | Zürich | | X |

Eidgenössische Bankenkommission
Commission fédérale des banques
Commissione federale delle banche
Swiss Federal Banking Commission

| Name | Location | Bank | Securities dealer |
|---|---|---|---|
| swiss pb AG | Zürich | | X |
| Swissquote Bank | Gland | X | X |
| swissregiobank AG | Gossau / SG | X | X |
| Sydbank (Schweiz) AG | St. Gallen | X | X |
| TARENO AG | Basel | | X |
| Thurgauer Kantonalbank | Weinfelden | X | X |
| Timber Hill (Europe) AG | Zug | | X |
| Trafina Privatbank AG | Basel | X | X |
| Trans Fiduciaire SA | Lugano | | X |
| UBS AG | Zürich | X | X |
| UBS Limited, London, Zweigniederlassung Schweiz, Opfikon | Opfikon | X | X |
| UBS Swiss Financial Advisers AG | Zürich | | X |
| UniCredit (Suisse) Bank SA | Lugano | X | X |
| Union Bancaire Privée, UBP | Genève | X | X |
| United Bank AG (Zürich) | Zürich | X | X |
| UNITED MIZRAHI BANK (Schweiz) AG | Zürich | X | X |
| Univalor Trust SA | Genève | | X |
| Urner Kantonalbank | Altdorf | X | X |
| Vadian Bank AG | St. Gallen | X | X |
| Valartis Bank AG | Zürich | X | X |
| Valcourt SA | Genève 11 | | X |
| Valiant Bank AG | Bern | X | X |
| Valiant Privatbank AG | Bern | X | X |
| Van der Moolen Effecten Specialist B.V., Amsterdam, Swiss Branch, Zug | Zug | | X |
| Volksbank Bodensee AG | St. Margrethen | X | X |
| Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft, Bregenz, Zweigniederlassung St. Gallen | St. Gallen | X | |
| VP Bank (Schweiz) AG | Zürich | X | X |
| VZ Depotbank AG | Zürich | X | X |
| Wegelin & Co. Privatbankiers Gesellschafter Bruderer, Hummler, Tolle & Co. | St. Gallen | X | X |
| WIR Bank | Basel | X | |
| ZLB Zürcher Landbank | Elgg | X | X |
| Zuger Kantonalbank | Zug | X | X |
| Zürcher Kantonalbank | Zürich | X | X |

**Total authorised banks and securities dealers: 405**