# Exhibit C

**finma**

Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

To the Bankruptcy Court of New York

*through Banque Eric Sturdza SA, Geneva*

**Reference:**
G01288266;G01288266-000005

**Contact:**
André Kowalski
andre.kowalski@finma.ch
+41 (0)31 327 93 17

**Copy to:**
KPMG SA
Esplanade de Pont-Rouge 6
Case postale 1571
1211 Genève 26

Bern, 31 January 2020

**Confirmation**

We confirm that

**Banque Eric Sturdza SA, Geneva,**

[previously Banque Baring Brothers (Suisse) SA, Banque Baring Brothers SA, Banque Baring Brothers Sturdza SA] is authorized since 1991 as a bank in accordance with Article 3 of the Federal Act on Banks and Savings Banks of 8 November 1934 and is supervised by the Swiss Financial Market Supervisory Authority FINMA.

**Swiss Financial Market Supervisory Authority FINMA**
Banks division

Xavier Deschenaux          André Kowalski






REÇU le
- 3 FEV. 2020

**Courrier A**
Banque Eric Sturdza SA
Rue du Rhône 112
Case postale 3024
1211 Genève 3

Messieurs Raphaël Jaquet et David Dupont

Référence :
G01288266;G01288266-000004

Contact :
André Kowalski
andre.kowalski@finma.ch
+41 (0)31 327 93 17

Copie à :
KPMG SA
Esplanade de Pont-Rouge 6
Case postale 1571
1211 Genève 26

Annexe :
Attestation

Berne, le 31 janvier 2020

**Attestation - Licence bancaire**

Messieurs,

Nous référant à votre courrier du 27 janvier 2020, nous vous prions de trouver ci-jointe l'attestation requise.

L'émolument, prélevé en application de l'art. 5 de l'ordonnance du 15 octobre 2008 réglant la perception d'émoluments et de taxes par l'Autorité fédérale de surveillance des marchés financiers (Oém-FINMA), s'élève à **CHF 500,00**. Il est facturé séparément par courrier postal et doit être payé dans un délai de 30 jours.

Vous souhaitant bonne réception de la présente, nous vous prions de recevoir, Messieurs, nos salutations distinguées.

**Autorité fédérale de surveillance des marchés financiers FINMA**
Division Banques

Xavier Deschenaux        André Kowalski

Laupenstrasse 27
3003 Berne
Tél. +41 (0)31 327 91 00
Fax +41 (0)31 327 91 01
www.finma.ch

