# Exhibit D

**finma**

Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

To
SIX SIS AG
Baslerstrasse 100
4600 Olten

**Reference:**
G01292988;G01292988-000018

**Contact:**
Hans-Claas Bernhardt
hansclaas.bernhardt@finma.ch
+41 (0)31 327 92 94

Bern, 5 March 2020

**Confirmation**

In our capacity as the Swiss Financial Market Supervisory Authority FINMA (formerly Swiss Federal Banking Commission), we hereby confirm that SIX SIS AG was granted a banking license by the banking license order of Swiss Federal Banking Commission dated 22 September 1999. This license lasted until FINMA repealed it when granting a central securities depository license by the order dated 26 September 2017. Accordingly, SIX SIS AG was registered in Switzerland as a bank under the supervision of the Swiss Federal Banking Commission from 1 January 2004 to 31 December 2008.

Yours faithfully

**Swiss Financial Market Supervisory Authority FINMA**
Markets division

Andreas Bail                    Dr. Hans-Claas Bernhardt

Laupenstrasse 27
3003 Bern
Phone +41 (0)31 327 91 00
Fax +41 (0)31 327 91 01
www.finma.ch

