# Exhibit 2a



---

# CACEIS Bank Luxembourg
# en abrégé: CACEIS BL

**société anonyme**
**5, allée Scheffer**

**L-2520 LUXEMBOURG**

**R.C.S. Luxembourg section B numéro 91.985**

---

Statuts coordonnés, suite à une assemblée générale extraordinaire reçue par Maître Francis KESSELER, notaire de résidence à Esch/Alzette, en date du **24 avril 2008,**

déposés au Registre de Commerce et des Sociétés à Luxembourg, aux fins de publication au Mémorial, Recueil Spécial des Sociétés et Associations.

Esch/Alzette, le 07 mai 2008.



Document émis électroniquement



## CACEIS Bank Luxembourg
## en abrégé: CACEIS BL

**société anonyme**
**5, allée Scheffer**

**L-2520 LUXEMBOURG**

**R.C.S. Luxembourg section B numéro 91.985**

**B91985**

26/05/2008    L080074571.02
CDO : 219

R

### constitution

|            | Acte de scission reçu par                                              |                       |
|------------|-----------------------------------------------------------------------|-----------------------|
| 28.02.2003 | Maître Francis KESSELER, notaire<br>de résidence à Esch/Alzette        | C 340 du 28.03.2003   |

### modifications

| 23.05.2003 | Maître Francis KESSELER | C 653 du 16.06.2003   |
|------------|-------------------------|-----------------------|
| 18.06.2004 | Maître Francis KESSELER | C 847 du 18.08.2004   |
| 03.10.2005 | Maître Francis KESSELER | C 192 du 27.01.2006   |
| 24.04.2008 | Maître Francis KESSELER | non encore publié     |

## STATUTS COORDONNES

**Dénomination, siège, objet et durée de la société**

**Article 1.**

La société est constituée sous la forme d'une société anonyme et régie par la loi du dix août mil neuf cent quinze sur les sociétés commerciales ainsi que par les présents statuts.

**Article 2.**

Il existe une société anonyme sous la dénomination de "CACEIS Bank Luxembourg", en abrégé CACEIS BL.

**Article 3.**

Le siège social est établi à Luxembourg. Il peut être transféré dans toute autre localité du Grand-Duché du Luxembourg par décision de l'assemblée générale des actionnaires.

La société peut, par décision du conseil d'administration, établir des sièges administratifs, des succursales, filiales, agences ou bureaux, tant dans le Grand-Duché du Luxembourg qu'à l'étranger.

Si des événements extraordinaires d'ordre politique, économique ou social de nature à compromettre l'activité normale au siège social ou la communication aisée avec ce siège ou de ce siège avec l'étranger se produisaient ou étaient imminents, le siège social pourrait être transféré provisoirement à l'étranger, jusqu'à la cessation complète de ces circonstances anormales, sans que toutefois cette mesure puisse avoir d'effet sur la nationalité de la société laquelle, nonobstant ce transfert de siège social, reste luxembourgeoise. Pareille déclaration de transfert du siège social est faite et portée à la connaissance des tiers par l'un des organes sociaux pouvant engager la société.

### Article 4.

La société peut effectuer tant pour elle-même que pour le compte de tiers ou en concours avec des tiers tant dans le Grand-Duché du Luxembourg qu'à l'étranger toutes opérations de banque et de finance et de commissions et notamment toutes opérations sur valeurs mobilières et immobilières cotées ou non cotées.

Elle peut prester tous services d'administration d'organismes de placement collectif luxembourgeois et étrangers.

Elle peut prendre des participations dans toutes sociétés ou entreprises, promouvoir, gérer ou conseiller toutes entreprises financières et organismes de placement collectif.

Elle peut recevoir du public des dépôts ou d'autres fonds remboursables et octroyer des crédits pour son propre compte.

Elle peut accomplir toutes opérations commerciales

ou autres, tant mobilières qu'immobilières, qui peuvent contribuer directement ou indirectement à la réalisation de cet objet ou qui sont susceptibles de le favoriser; elle peut ainsi participer à des opérations de crédit-bail, assurer la domiciliation de sociétés et rendre tous autres services y relatifs.

La société peut réaliser cet objet soit directement, soit par la création de filiales.

Les dispositions qui précèdent s'entendent sans limitation, dans le sens le plus large.

**Article 5.**

La société est constituée pour une **durée illimitée**. Elle peut être dissoute par décision de l'assemblée générale délibérant comme en matière de modification des statuts.

### Capital social, actions, versements, cession des parts sociales

**Article 6.**

Le capital social est fixé à **QUATRE-VINGT-SIX MILLIONS D'EUROS (€ 86.000.000,-)**, représenté par DIX-HUIT MILLE (18.000) actions, sans désignation de valeur nominale.

Le capital autorisé, y non inclus le capital souscrit, est fixé à QUATRE-VINGT-QUINZE MILLIONS D'EUROS (€ 95.000.000,-).

Dans la limite de ce capital autorisé, le Conseil d'Administration est autorisé à augmenter le capital en une ou plusieurs fois et à déterminer les modalités de souscription et de libération en numéraire ou par apport en nature. L'augmentation de capital peut également s'opérer par incorporation de réserves, de primes d'émission ou de bénéfices reportés, avec ou sans émissions d'actions nouvelles.

Le Conseil d'Administration est autorisé à fixer le prix de souscription, avec ou sans prime d'émission, la date d'entrée en jouissance ainsi que toutes les autres conditions et modalités d'émission, de souscription et de libération. Cette autorisation est valable, sauf renouvellement, pour une période expirant le 24 avril 2013.

Sauf renonciation expresse préalable, il est réservé aux actionnaires existants un droit préférentiel de souscription en cas de souscription d'actions en numéraire ou en nature proportionnellement à la partie du capital que représentent leurs actions.

Toutes les fois que le conseil d'administration aura procédé en tout ou en partie à une augmentation de capital telle qu'autorisée par les dispositions ci-dessus, l'article 6 des statuts devra être modifié afin de refléter cette augmentation.

Le conseil d'administration est expressément autorisé à déléguer toute personne physique ou morale pour accepter les souscriptions, faire constater par acte authentique les augmentations de capital réalisées ainsi que les modifications correspondantes à l'article 6 des statuts et faire inscrire au dit article 6 des statuts le montants à concurrence duquel l'autorisation d'augmenter le capital n'est pas encore utilisée.

### Article 7.

Les actions sont nominatives. Leur propriété est établie par une inscription sur le registre des actions nominatives de la société.

### Article 8.

Les héritiers, créanciers et autres ayants-cause d'un actionnaire ne peuvent, sous quelque prétexte que ce soit, requérir l'apposition des scellés sur les biens et papiers de la société, ni s'immiscer

**Document émis électroniquement**

d'aucune manière dans son administration. Ils doivent
pour l'exercice de leurs droits s'en rapporter aux
inventaires et bilans sociaux et aux délibérations de
l'assemblée générale.

### Article 9.

La société peut acquérir ses propres actions dans
les limites et aux conditions fixées par la loi.

### Article 10.

Le capital social peut être augmenté ou réduit par
décision de l'assemblée générale aux conditions
requises pour la modification des statuts. En cas
d'augmentation de capital, les anciens actionnaires
auront, dans la mesure prévue par la loi, un droit de
préférence pour la souscription des nouvelles
actions, au prorata du nombre des actions qu'ils
détiennent

### Organes d'administration, de direction et de surveillance

### Article 11.

La société est administrée par un conseil composé
d'au moins trois membres, nommés pour un terme ne
pouvant dépasser six ans par l'assemblée générale et
toujours révocables par elle. Ils sont rééligibles.
Les mandats des administrateurs non réélus cessent
immédiatement après l'assemblée générale à laquelle
prend fin leur mandat.

Une personne morale peut faire partie du conseil
d'administration. Elle sera représentée aux séances
du conseil par ses organes ou par la personne
physique désignée à cet effet par l'organe compétent.

### Article 12.

Si par suite de démission, décès ou toute autre
cause, un poste d'administrateur devient vacant, les
administrateurs restants pourront provisoirement
pourvoir à son remplacement, même si le minimum n'est
plus atteint. Dans ce cas, l'assemblée générale, lors
de sa prochaine réunion, procédera à l'élection

27-05-2008

définitive.

Dans le cas où il n'a pas été pourvu provisoirement
à la vacance, mais uniquement si le minimum n'est
plus atteint, le ou les administrateurs restants
convoquent dans le mois de la vacance une assemblée
générale, qui nommera le ou les remplaçants.

L'administrateur ainsi désigné n'est nommé que pour
le temps nécessaire à l'achèvement du terme de
l'administrateur qu'il remplace.

### Article 13.

Le conseil d'administration élit parmi ses membres
un président et un vice-président. Il désigne
également un secrétaire qui n'a pas besoin de faire
partie du conseil d'administration.

Le conseil d'administration se réunit chaque fois
que l'intérêt de la société l'exige et au moins trois
fois par an, sur convocation du président, ou du
vice-président, ou de l'administrateur-délégué, ou à
la demande de trois membres du conseil
d'administration.

Les réunions se tiennent au siège social ou au lieu
indiqué dans les convocations.

Les réunions du conseil d'administration sont
présidées par le président ou à défaut le
vice-président du conseil d'administration. Si
ceux-ci sont absents, le conseil d'administration
désignera le président de la réunion.

L'assemblée peut désigner parmi les membres du
conseil d'administration à titre dérogatoire et pour
autant que de besoin le président et le
vice-président.

### Article 14.

Sauf les cas de force majeure résultant de guerres,
troubles ou autres calamités publiques, le conseil
d'administration ne peut délibérer valablement que si
la moitié au moins de ses membres sont présents ou
représentés.

Tout administrateur empêché ou absent peut, par simple lettre, télégramme, télex, téléfax ou tout autre moyen de communication assurant l'authenticité du document ainsi que l'identification de la personne auteur du document, donner pouvoir à un autre membre du conseil pour le représenter à une réunion déterminée du conseil et y voter en son nom.

Les décisions du conseil sont prises à la majorité des administrateurs présents ou représentés. En cas de partage des voix, la voix du président de la réunion n'est pas prépondérante.

Un administrateur peut prendre part à une réunion du conseil d'administration et être considéré comme y étant présent par conférence téléphonique ou par tout autre moyen de télécommunication permettant à toutes les personnes participant à la réunion de s'entendre et de se parler.

Si tous les administrateurs sont d'accord avec les décisions à prendre, les décisions en question peuvent également être prises par écrit, sans que les administrateurs n'aient à se réunir. A cette fin, les administrateurs peuvent exprimer leur accord par écrit y compris par télécopie, télégramme, télex ou téléfax ainsi que par tout autre moyen de communication assurant l'authenticité du document ainsi que l'identification de l'administrateur auteur du document, cet accord pouvant être donné sur des instruments distincts, qui ensemble, constituent le procès-verbal de ces décisions.

### Article 15.

Les décisions du conseil d'administration sont consignées dans des procès-verbaux signés par le président de la réunion ou par deux administrateurs présents. Les procès-verbaux sont conservés dans un registre spécial tenu au siège social. L'authentification de copies ou d'extraits est donnée par le président du conseil d'administration ou le

secrétaire ou par deux administrateurs conjointement.

### Article 16.

Le conseil d'administration a le pouvoir d'accomplir tous les actes nécessaires ou utiles à la réalisation de l'objet social, à l'exception de ceux que la loi ou les statuts réservent à l'assemblée générale.

Il peut notamment prêter et emprunter sous toutes formes, y compris par voie d'émission d'obligations hypothécaires ou autres, de bons de caisse ou tout autre instrument similaire. Il peut compromettre, transiger, consentir tous désistements et mainlevées, même hypothécaires, avec ou sans paiement, cette énumération étant énonciative et non limitative.

### Article 17.

Le conseil d'administration pourra créer un comité de direction auquel il pourra déléguer la gestion journalière des affaires de la société ainsi que la représentation de la société en ce qui concerne cette gestion. Ce comité de direction sera composé soit exclusivement de membres choisis en son sein, soit en tout ou en partie de personnes étrangères au conseil d'administration. Le conseil d'administration détermine les pouvoirs et les règles de fonctionnement du comité de direction. Toute délégation de la gestion journalière au comité de direction est subordonnée à l'autorisation de l'assemblée générale. Le conseil d'administration désigne le président du comité de direction choisi obligatoirement parmi ses membres administrateurs s'il y en a et pourra révoquer à tout moment un ou plusieurs ou tous les membres du comité de direction.

Le conseil d'administration peut, en outre, déléguer la gestion journalière des affaires de la société, ainsi que la représentation de la société en ce qui concerne cette gestion, à un ou plusieurs administrateurs, directeurs ou autres agents,

**Document émis électroniquement**

associés ou non, agissant seuls ou conjointement, le
tout sans préjudice de l'exercice par lui-même de ces
attributions.

La délégation de la gestion journalière à un membre
du conseil d'administration est subordonnée à
l'autorisation préalable de l'assemblée générale.

Le conseil d'administration détermine les
conditions de nomination, de révocation, les pouvoirs
et attributions des personnes mentionnées aux alinéas
précédents, ainsi que leurs indemnités ou
appointements.

### Article 18.

Sauf délégation spéciale du conseil
d'administration, tous actes engageant la société,
autres que ceux de la gestion journalière, doivent
être signés par deux administrateurs; ces derniers
n'auront pas à justifier à l'égard des tiers d'une
décision préalable du conseil d'administration. Il en
est ainsi notamment des actes auxquels un
fonctionnaire public ou un officier ministériel prête
son concours. La signature d'un administrateur peut
être remplacée par celle d'un membre de la direction
générale ou par celle de toute autre personne
détenant une signature égale à celle de celui-ci,
hormis la signature des procès-verbaux des réunions
du conseil d'administration et de l'assemblée
générale telle que prévue par les statuts.

La société peut encore être engagée de toute autre
manière arrêtée par le conseil d'administration.

### Article 19.

La société est représentée en justice ou dans les
procédures arbitrales, tant en demandant qu'en
défendant, par son conseil d'administration. Celui-ci
peut déléguer ce pouvoir de représentation à toutes
personnes qu'il choisit, soit en son sein soit en
dehors de celui-ci.

### Article 20.

27-05-2008

La surveillance des opérations de la société et le
contrôle des documents comptables annuels sont
confiés à un ou plusieurs réviseurs d'entreprises,
nommés et révocables par le conseil d'administration
qui fixe leur nombre et la durée de leurs mandats,
ainsi que leurs émoluments.

### Article 21.

Indépendamment du remboursement de leurs frais et
dépenses, l'assemblée générale peut allouer aux
administrateurs une indemnité fixe à prélever sur les
frais généraux ou des jetons de présence dont le
montant restera maintenu jusqu'à décision nouvelle.

Le conseil d'administration peut également accorder
aux administrateurs chargés de fonctions spéciales,
permanentes ou temporaires, des indemnités fixes ou
variables. Le conseil d'administration en rend
annuellement compte à l'assemblée générale.

### Assemblée générale

### Article 22.

L'assemblée générale régulièrement constituée
représente l'universalité des actionnaires. Ses
décisions sont obligatoires, même pour les absents et
les dissidents. Elle a les pouvoirs les plus étendus
pour faire ou ratifier tous actes qui intéressent la
société.

### Article 23.

L'assemblée générale annuelle se réunit le dernier
jeudi du mois d'avril à quatorze heures, au siège
social ou à l'endroit indiqué dans les convocations.
Si ce jour est férié, l'assemblée se tient le premier
jour ouvrable qui précède.

### Article 24.

Des assemblées générales peuvent être convoquées
par le conseil d'administration chaque fois qu'il le
juge utile. Elles doivent être convoquées par le
conseil d'administration de façon à être tenues dans
le délai d'un mois chaque fois que les actionnaires

**Document émis électroniquement**

représentant le cinquième du capital social le
requièrent par écrit avec indication de l'ordre du
jour.

**Article 25.**

L'assemblée générale se tient à Luxembourg, au
siège social, à moins que les convocations
n'indiquent un autre endroit.

Les convocations pour toute assemblée générale sont
faites par lettre recommandée envoyée huit jours au
moins avant la date de l'assemblée. Elles contiennent
l'ordre du jour. Toute proposition, transmise par
écrit au conseil d'administration avant la fixation
de l'ordre du jour, doit figurer dans celui-ci,
pourvu que ladite proposition soit signée par un ou
plusieurs actionnaires détenteurs d'au moins 1/5e des
actions.

Si le capital est représenté intégralement, une
assemblée générale peut délibérer valablement sans
convocation préalable.

**Article 26.**

Chaque actionnaire peut se faire représenter à
l'assemblée par un mandataire actionnaire ou non. Les
personnes morales peuvent se faire représenter par
leurs organes ou par un mandataire non-actionnaire.
Le conseil d'administration peut arrêter la formule
des procurations. Elles seront déposées sur le bureau
de l'assemblée pour rester annexées au procès-verbal
de la séance.

**Article 27.**

Tout actionnaire a droit de vote à l'assemblée
générale. Chaque action donne droit à une voix, sauf
les restrictions prévues par la loi.

**Article 28.**

L'assemblée générale est présidée par le président
ou à défaut le vice-président du conseil
d'administration. Si ceux-ci sont absents,
l'assemblée choisira le président. Le président de la

réunion désigne un secrétaire et l'assemblée désigne deux scrutateurs. Les personnes susmentionnées forment le bureau de l'assemblée.

### Article 29.

L'assemblée ne peut délibérer que sur les points portés à l'ordre du jour.

### Article 30.

Sauf les cas prévus par la loi, l'assemblée statue valablement quelque soit le nombre des actions représentées; les décisions sont prises à la majorité des voix, par mainlevée ou par appel nominal.

### Article 31.

Les procès-verbaux de l'assemblée générale sont signés par les membres du bureau et les actionnaires qui le demandent.

L'authentification de copies ou d'extraits est faite par le président du conseil d'administration ou le secrétaire ou par deux administrateurs conjointement.

### Bilan, répartition des bénéfices, réserves

### Article 32.

L'année sociale commence le premier janvier et finit le trente et un décembre de chaque année. Les livres de la société sont clôturés le dernier jour de l'exercice social.

Le conseil d'administration établit l'inventaire et les comptes annuels en se conformant à la législation et à la réglementation en vigueur. Ces documents, ainsi qu'un rapport sur les opérations de la société, sont remis au(x) réviseur(s) d'entreprises au moins un mois avant l'assemblée générale. Les réviseurs d'entreprises doivent faire un rapport contenant leurs constatations et propositions. Ce rapport sera remis par les réviseurs d'entreprises au conseil d'administration.

Le conseil d'administration communique ce rapport aux actionnaires.

Document émis électroniquement

Quinze jours avant l'assemblée générale, les
actionnaires peuvent prendre au siège social
connaissance du bilan, du compte des profits et
pertes, de la liste des fonds publics, des actions,
obligations et autres titres de sociétés qui
composent le portefeuille, de la liste des
actionnaires qui n'ont pas libéré leurs actions, avec
indication du nombre de leurs actions et celle de
leur domicile et du rapport des réviseurs
d'entreprises.

**Article 33.**

Les bénéfices nets seront répartis comme suit:

un vingtième au moins alloué à la réserve légale,
ce prélèvement cessant d'être obligatoire lorsque la
réserve a atteint le dixième du capital social, mais
reprenant du moment que ce dixième est entamé;

l'assemblée, sur proposition du conseil
d'administration, décide de l'affectation à donner au
solde du bénéfice net.

**Article 34.**

Le paiement des dividendes se fait aux époques et
endroits désignés par le conseil d'administration.

Le conseil d'administration peut procéder à un
versement d'acomptes sur dividendes dans les
conditions prévues par la loi.

**Dissolution et liquidation de la société**

**Article 35.**

En cas de dissolution de la société, pour quelque
cause que ce soit, la liquidation se fera par les
soins de liquidateurs, personnes physiques ou
morales, actionnaires ou non, désignés par
l'assemblée générale; à défaut de pareille
désignation, la liquidation s'opérera par les soins
du conseil d'administration en fonction à cette
époque, agissant comme comité de liquidation avec les
pouvoirs les plus étendus conférés par la loi.
L'assemblée générale détermine les émoluments des

liquidateurs.

### Article 36.

Les administrateurs et liquidateurs domiciliés à l'étranger sont censés, pendant toute la durée de leurs fonctions, élire domicile au siège social, où toutes assignations et notifications peuvent leur être données relativement aux affaires de la société et à la responsabilité de leur gestion et de leur contrôle.

### Dispositions générales

### Article 37.

Pour tous les points non expressément réglés aux présents statuts, la loi luxembourgeoise du dix août mil neuf cent quinze sur les sociétés commerciales sera d'application.

POUR STATUTS CONFORMES
Esch/Alzette, le 07 mai 2008.



# Exhibit 2b

Document issued electronically

L080074571.01

R

B91985
26/05/2008
CDO : 219

M

# CACEIS Bank Luxembourg
# Abbreviated as: CACEIS BL
**Private corporation**
**5, allée Scheffer**

**L-2520 LUXEMBOURG**

**C.C.R. Luxembourg section B number 91.985**

Coordinated articles of incorporation according
to an extraordinary general shareholders' meeting,
received by the Hon. Francis KESSLER, notary
domiciled at Esch/Alzette, on **April 24 2008,**

submitted to the Corporate and Commercial
Registry at Luxembourg, for the purposes of
publication in the Mémorial Special Collection of
Companies and Associations.

Esch/Alzette, May 7, 2008.



[Seal:
    Francis KESSELER
  NOTARY, ESCHE/ALZETTE]

27-05-2008

Document issued electronically

<div style="border:1px solid">

# CACEIS Bank Luxembourg
# Abbreviated as: CACEIS BL

**Private corporation**
**5, allée Scheffer**

**L-2520 LUXEMBOURG**

**Luxembourg section B number 91.985**

</div>



**B91985**

26/05/2008    L080074571.02
CDO :  219                R

---

CONSTITUTION

| | | |
|---|---|---|
| 02.28.2003 | Spin-off Document received by The Hon. Francis KESSELER, notary domiciled at Esch/Alzette | C 340 on 03.28.2008 |

Amendments

| | | |
|---|---|---|
| 05.23.2003 | The Hon. Francis KESSELER | C 653 on 06.16.2003 |
| 06.18.2004 | The Hon. Francis KESSELER | C 847 on 08.18.2004 |
| 10.03.2005 | The Hon. Francis KESSELER | C 192 on 01.27.2006 |
| 04.24.2008 | The Hon. Francis KESSELER | not yet published |

<div style="border:1px solid">

# COORDINATED ARTICLES OF ASSOCIATION

</div>

**Corporate name, registered offices, purpose and duration of the company**

**Article 1.**

The company is constituted in the form of a private Corporation and governed by the law of August tenth nineteen hundred fifteen regarding commercial companies, as well as by these articles.

**Article 2.**

There is a private corporation in existence under the name of "**CACEIS Bank Luxembourg**," abbreviated as **CACEIS BL**.

**Article 3.**

Registered offices have been established in Luxembourg. These offices may be transferred to another location in the Grand Duchy of Luxembourg by decision of the general shareholders' meeting.

27-05-2008

The company may, by decision of the board
of directors, establish administrative
offices, branches, affiliates, agencies or
offices, both within the Grand Duchy and
abroad.

If extraordinary political, economic or
social events of a nature to compromise the
normal activity of the registered offices or
easy communication with this registered
office, or from this registered office with
foreign offices, were to occur or become
imminent, the registered offices could be
provisionally transferred abroad, until the
complete cessation of these abnormal
circumstances, without, however, this
measure being able to have any effect on the
nationality of the company which will,
notwithstanding this transfer of registered
offices, remain Luxembourgian. Such
declaration of transfer of registered
offices is made and relates to the
acknowledgment of third parties by one of
the corporate entities with the power to
commit the company.

**Article 4.**

The company can conduct, both for itself
and on behalf of third parties, or in
cooperation with third parties, both in the
Grand Duchy of Luxembourg and abroad, all
banking, finance and commissions
transactions and, specifically, all
transactions related to securities and real
assets, listed or not listed.

It can provide all administrative services
for Luxembourgian and foreign collective
investment undertakings.

It can invest in any company or
undertaking, promote, manage or advise any
financial undertaking and collective
investment undertaking.

It can receive deposits and other repayable
funds from the public and grant credits on
its own behalf.

It can close all commercial or other
transactions,

Document issued electronically

both for fixed and movable assets, which can
contribute, directly or indirectly, to the
achievement of this objective or which are likely
to support it; it can thus participate in
financial lease transactions, ensure the
domiciliation of companies and render all other
related services.

The company may achieve this objective either
directly, or indirectly through the creation of
affiliates.

The preceding provisions are understood to be
without limitation, in their broadest sense.

**Article 5.**

The company is constituted for an unlimited
duration.

It can be dissolved by decision of the general
shareholders' meeting, deliberating as in
amendment of the articles.

**Share capital, shares, disbursements, transfer
of shares**

**Article 6.**

Share capital is set at **EIGHTY-SIX MILLION EUROS
(€ 86,000,000 -),** represented by EIGHTEEN THOUSAND
SHARES (18,000), without face value designation.

Authorized capital, and not included in
underwritten capital, is set at NINETY-FIVE
MILLION EUROS (€ 95,000,000,-)  000, 000-).

Up to the limit of this authorized capital, the
Board of Directors is authorized to increase share
capital one or more times and to determine the
means for subscription and payment in cash or in
kind. The increase in capital can also occur by
the incorporation of reserves, share premiums or
profits carried forward, with or without the
issuing of new shares.

27-05-2008

The Board of Directors is authorized to set the subscription price, with or without a share premium, the date of entry into enjoyment, as well as all other conditions and means for issuing, subscription and payment in full. This authorization is valid, unless renewed, for a period ending on Wednesday, April 24, 2013.

Except for the case of express, prior waiver, the existing shareholders have a preferred right of subscription in the case of shares in cash or in kind, proportional to the part of share capital represented by their shares.

Each time that the board of directors proceeds, all or in part, with an increase in share capital as authorized by the provisions above, Article 6 of the articles of association must be amended to reflect this increase.

The board of directors is expressly authorized to delegate to any physical or moral person to accept the subscriptions, record the increases realized by authentic act, as well as the corresponding amendments to Article 6 of the articles of association and to have recorded in said Article 6 of the articles of association the amounts for which the authorization for the increase in share capital has not yet been used.

### Article 7.

The shares are registered. Their ownership is set by inscription in the registry of registered shares of the company.

### Article 8.

The heirs, creditors and other successors of a shareholder cannot, for any reason whatsoever, require the affixing of seals on the assets and papers of the company, nor interfere

Document issued electronically

in any way in its administration. They must, in
order to exercise their rights, refer to the
corporate records and balance sheets and to the
deliberations of the general shareholders'
meeting.

### Article 9.

The company can acquire its own shares under the
limits and conditions set by law.

### Article 10.

Share capital can be increased or reduced by
decision of the general shareholders' meeting
under the conditions required for amendment of the
articles of association. In the case of an
increase in share capital, the senior shareholders
will have, to the degree specified by law, a right
of preference for the subscription of new shares
prorated to the number of shares that they hold.

### Administrative, directive and monitoring bodies

### Article 11.

The company is administered by a board composed
of at least three members, named for a term that
may not exceed six years, by the general
shareholders' meeting and always capable of being
rescinded by said shareholders' meeting. They can
be re-elected. The mandates of directors who are
not re-elected cease immediately after the general
shareholders' meeting at which their mandates are
terminated.

A moral person can be a part of the board of
directors. It shall be represented at all meetings
of the board by its entities or by the physical
person designated for this purpose by the competent
entity.

### Article 12.

If, due to resignation, death or any other
reason, a director's seat becomes vacant, the
remaining directors will be able to provisionally
appoint the replacement, even if the minimum is not
achieved. In this case, the general shareholders'
meeting, during its next meeting, will conduct the
definitive election.

27-05-2008

Document issued electronically

In the case that the vacancy has not been provisionally filled, but only if the minimum is no longer achieved, the remaining administrator(s) shall call a general shareholders' meeting within one month of the vacancy, which shall designate the replacement(s).

The director thus designated is named only for the time necessary to finish the term of the director that s/he replaces.

### Article 13.

The board of directors shall choose a chairman and a vice-chairman from among its members. It shall also designate a secretary, who is not required to be a member of the board of directors.

The board of directors shall meet each time that the interests of the company require this, and at least three times per year, at the convocation of the chairman, or of the vice-chairman, or of the director-delegate, or at the request of three members of the board of directors.

Meetings shall be held at the registered offices or at the place stated on the convocations.

Meetings of the board of directors are presided over by the chairman or, in his absence, by the Vice-chairman of the board of directors. If both of the latter are absent, the board of directors shall designate the chairman for the meeting.

The general shareholders' meeting can, exceptionally, designate from among the members of the board of directors, and for as long as needed, the chairman and the vice-chairman.

### Article 14.

Except in the case of force majeure arising from wars, disturbances or other public crises, the board of directors can only validly deliberate if at least half of all of its members are present or represented.

Document issued electronically

Any director who is unable to attend can, by simple letter, telegram, telex or fax, or any other means of communication guaranteeing the authenticity of the document as well as the identification of the person concerned by the document, give powers to another member of the board to represent him at a determined meeting of the board and to vote in his name.

Decisions are made by a majority of the directors who are present or represented. In the case of a tie vote, the vote of the chairman of the meeting does not have a tie-breaking vote.

A director can take part in a meeting of the board of directors and be considered as being present there by teleconferencing or by any other means of telecommunication making it possible for all persons participating in the meeting to hear each other and speak with each other.

If all of the directors agree with the decisions to be taken, the decisions in question can also be taken in writing, without the directors having to meet. For this purpose, the directors can express their agreement in writing or by fax, telegram or telex, as well as by any other means of communication guaranteeing the authenticity of the document as well as the identification of the director concerned by the document, with this agreement being given on different instruments which together constitute the minutes for these decisions.

**Article 15.**

The decisions of the board of directors are recorded in the minutes, signed by the chairman of the meeting or by two present directors. The minutes are stored in a special record maintained at the registered offices.

The authentication of copies or extracts is given by the chairman of the board of directors or the

27-05-2008

Document issued electronically

secretary, or by two directors, jointly.

### Article 16.

The board of directors has the power to accomplish all actions necessary or useful for the achievement of the corporate purpose, with the exception of those that the law or the articles of association reserve to the general shareholders' meeting.

It may specifically lend and borrow in any form, including by means of issuing mortgage bonds or other bonds, certificates of deposit or any other similar instrument. It can commit, negotiate agreements, consent to all compromises and withdrawals, even mortgages, with or without payment, with this list being given by way of example and not as a limitation.

### Article 17.

The board of directors can create a management committee to which it can delegate the daily management of the company's business, as well as the representation of the company in relation to this management. This management committee shall be composed exclusively of members chosen from within the company, whether these may be, all or in part, persons who do not serve on the board of directors. The board of directors shall determine the operating powers and rules of the management committee. Any delegation of daily management to the management committee is subject to the authorization of the general shareholders' meeting. The board of directors shall designate the chairman of the management committee, who must be chosen from among its director members, if any, and can, at any time, revoke the membership of one or more or all of the members of the management committee.

Furthermore, the board of directors can delegate the daily management of the business of the company, as well as the representation of the company with regard to this management, to one or more administrators, directors or other agents,

Document issued electronically

associated or not, acting alone or jointly,
without prejudice toward its own exercise of these
powers.

The delegation of daily management to a member
of the board of directors is subject to the prior
authorization of the general shareholders'
meeting.

The board of directors shall determine the
conditions for nomination, removal and powers of
the persons cited in the preceding sections, as
well as their allowances or salaries.

### Article 18.

Except for special delegation of the board of
directors, all acts committing the company, other
than those of daily management, must be signed by
two directors; the latter will not have to
document, in relation to third parties, any prior
decision of the board of directors. Thus, it is
specifically acts to which a public official or a
ministerial officer gives his support. The
signature of a director can be replaced by that of
a member of general management or by that of any
other person holding signature power equal to that
of the latter, except for signature of the minutes
of meetings of the board of directors and of the
general shareholders' meeting as specified by the
articles of association.

The company can also be committed by any other
means decreed by the board of directors.

### Article 19.

The company shall be represented in court or in
arbitration proceedings, both as plaintiff and as
defendant, by its board of directors. The latter
can delegate this power of representation to any
person or persons it chooses, whether inside the
company or outside of it.

### Article 20.

27-05-2008

Document issued electronically

Monitoring of the company's transactions and auditing of the annual financial statements are entrusted to one or more corporate auditors, which are named by and can be dismissed by the board of directors which sets their number and the duration of their mandates, as well as their remunerations.

### Article 21.

Independent of the repayment of their costs and expenses, the general shareholders' meeting can allocate a fixed indemnity to the directors, to be accounted as general expenses or attendance fees, the amount of which shall be maintained until a new decision.

The board of directors can also grant those directors charged with special duties, permanent or temporary, fixed or variable indemnities. The board of directors shall provide an annual statement of these to the general shareholders' meeting.

### General Shareholders' Meeting

### Article 22.

The regularly constituted general shareholders' meeting shall represent all of the shareholders. Its decisions are obligatory, even for those who are absent or in dissent. It has the broadest powers to take or ratify all actions in the interest of the company.

### Article 23.

The annual general shareholders' meeting shall meet on the last Thursday of the month of April at 2:00 p.m., at the registered offices or at the place stated on the convocations. If this date is a holiday, the general shareholders' meeting shall be held on the first working day that precedes it.

### Article 24.

General shareholders' meetings can be convoked by the board of directors each time this is deemed useful. They must be convoked by the board of directors such that they can be held within a period of one month each time that shareholders

Document issued electronically

representing one fifth of the share capital require this in writing, along with communication of the agenda.

### Article 25.

The general shareholders' meeting shall be held in Luxembourg, unless the convocations state another place.

The convocations for all general shareholders' meetings are completed by registered letter sent at least eight days before the meeting. They contain the agenda. Any proposal, sent in writing to the board of directors before the formalization of the agenda, must be included in the agenda, provided that said proposal is signed by one or more shareholders holding at least one fifth of shares.

If all of the share capital is represented, a general shareholders' meeting can validly deliberate without prior convocation.

### Article 26.

Each shareholder can have himself represented at the meeting by a representative, whether or not the latter is a shareholder. Moral persons can have themselves represented by their entities or by a non-shareholder representative.
The board of directors can decree the form for powers of attorney. These will be available at the office of the meeting in order to be annexed to the session's minutes.

### Article 27.

All shareholders have the right to vote at the general shareholders' meeting. Each share carries the right to one vote, except in the case of restrictions required under the law.

### Article 28.

The general shareholders' meeting is presided over by the chairman or, in his absence, the vice-chairman of the board of directors. If these latter are absent, the meeting will choose its chairman. The chairman of the

27-05-2008

meeting shall designate a secretary and the
meeting shall designate two scrutineers. The
above-cited persons shall form the officers
of the meeting.

### Article 29.

The meeting can only deliberate on the
points of the agenda.

### Article 30.

Except in cases specified by law, the
meeting shall rule validly regardless of the
number of shares represented; decisions are
made by majority vote, by a show of hands or
by roll call.

### Article 31.

The minutes of the general shareholders
meeting are signed by the officers and all
shareholders who request to sign.

The authentication of copies or extracts
is given by the chairman of the board of
directors or the secretary, or by two
directors, jointly.

### Balance sheets, distribution of profits, reserves

### Article 32

The corporate year shall begin on January
first and end on December thirty-first each
year. The company's books shall be closed on
the last day of the corporate financial
year.

The board of directors prepares the
records and annual financial statements in
compliance with current legislation and
regulations. These documents, as well as a
report on the company's transactions, are
submitted to the corporate auditor(s) at
least one month before the general
shareholders' meeting. The corporate
auditors must provide a report containing
their findings and proposals. This report
shall be submitted by the corporate auditors
to the board of directors.

The board of directors communicates this
report to the shareholders.

Document issued electronically

Fifteen days before the general shareholders'
meeting, the shareholders can consult the balance
sheet at the registered offices, along with the
profit and loss statement, the list of public
funds, of shares, of bonds and other corporate
securities which comprise the portfolio, the list
of shareholders who have not paid up their shares,
with a statement of the number of their shares and
of their domicile and of the corporate auditors'
report.

**Article 33.**

Net profits shall be distributed as follows: at
least one twentieth allocated to the legal reserve,
with this amount ceasing to be obligatory once the
reserve reaches one tenth of share capital, but re-
instated whenever this tenth increases;

the general shareholders' meeting, at the
proposal of the board of directors, shall decide on
the allocation to give to the net profit balance.

**Article 34.**

The payment of dividends is done at the times and
places designated by the board of directors.

The board of directors can proceed with an
interim dividend payment under the conditions
specified by law.

**Dissolution and liquidation of the company**

**Article 35.**

In the case of dissolution of the company, for
any reason whatsoever, the liquidation shall be
executed by liquidators, physical or moral persons,
whether or not they are shareholders, designated by
the general shareholders' meeting; in the absence
of such a designation, the liquidation shall be
accomplished by the board of directors operating at
that time, acting as a liquidation committee, with
the broadest powers conferred by the law.

The general shareholders' meeting shall determine
the compensation of the

27-05-2008

Document issued electronically

liquidators.

### Article 36.

Those directors and liquidators domiciled abroad must elect domicile at the registered offices for the duration of their duties, where all summonses and notifications can be given to them in relation to the business of the company and to the liability of their management and auditing.

### General provisions

### Article 37.

For all issues not expressly governed by these statutes, Luxembourg law of the tenth of August of nineteen fifteen on commercial companies shall be applied.

ARTICLES OF ASSOCIATION IN COMPLIANCE.
Esch/Alzette, May 7, 2008.



```
[Seal:
        Francis KESSELER
     NOTARY, ESCHE/ALZETTE]
```

# Morningside
## Translations

# TRANSLATION CERTIFICATION

Date: February 11, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French

To:

- English

The documents are designated as:

- 2008 articles of association

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li