# Exhibit 3



# EUROPEAN CENTRAL BANK
## EUROSYSTEM

# LIST OF MONETARY FINANCIAL INSTITUTIONS AND INSTITUTIONS SUBJECT TO MINIMUM RESERVES AND LIST OF MONETARY FINANCIAL INSTITUTIONS IN THE ACCEDING COUNTRIES

## FEBRUARY 2007





**EUROPEAN CENTRAL BANK**

EUROSYSTEM











In 2007 all ECB
publications
feature a motif
taken from the
€20 banknote.





# LIST OF MONETARY FINANCIAL INSTITUTIONS AND INSTITUTIONS SUBJECT TO MINIMUM RESERVES AND LIST OF MONETARY FINANCIAL INSTITUTIONS IN THE ACCEDING COUNTRIES

## FEBRUARY 2007

**© European Central Bank, 2007**

**Address**
Kaiserstrasse 29
60311 Frankfurt am Main
Germany

**Postal address**
Postfach 16 03 19
60066 Frankfurt am Main
Germany

**Telephone**
+49 69 1344 0

**Website**
http://www.ecb.int

**Fax**
+49 69 1344 6000

**Telex**
411 144 ecb d

*All rights reserved Reproduction for
educational and non-commercial purposes
is permitted provided that the source is
acknowledged.*
*As at 31 December 2006.*

ISSN 1830-6748 (online)

# Contents I

**Section 1    Overview**

Foreword ............................................................................................................... vi

Definition of terms .............................................................................................. viii

MFI sector analyses: as at the end of December 2006

    Chart 1: The EU MFI sector by country and by category ...................................... ix

    Chart 2: Percentage share of the EU MFI sector by country.................................. x

    Chart 3: Percentage share of the EU MFI sector by category................................. x

    Chart 4: Foreign branches in the EU by country of residence and head office location .......... xi

MFI sector analyses: 1 January 1999 to end-December 2006

    Chart 5: Development of the EU MFI sector.......................................................... xii

    Chart 6: Total net change in the MFI sector by country......................................... xii

**Section 2    List of MFIs and institutions subject to minimum reserves**

*Euro area Member States*

    ECB ......................................................................................................................1
    Belgium ...............................................................................................................2
    Germany................................................................................................................5
    Greece…................................................................ ...............................................44
    Spain ..................................................................................................................46
    France .................................................................................................................54
    Ireland ................................................................................................................88
    Italy ....................................................................................................................99
    Luxembourg ......................................................................................................116
    Netherlands .......................................................................................................128
    Austria ..............................................................................................................135
    Portugal ............................................................................................................152
    Finland..............................................................................................................157

*Non-euro area Member States*
    Czech Republic .................................................................................................164
    Denmark............................................................................................................166
    Estonia .............................................................................................................170
    Cyprus ..............................................................................................................171
    Latvia…..............................................................................................................178
    Lithuania...........................................................................................................180
    Hungary ............................................................................................................182
    Malta.................................................................................................................186
    Poland ..............................................................................................................187
    Slovenia............................................................................................................200
    Slovakia............................................................................................................201
    Sweden ............................................................................................................202
    United Kingdom.................................................................................................206

| MFI ID | NAME | ADDRESS | POSTAL | CITY | | HEAD OFFICE | RES* |
|--------|------|---------|--------|------|---|-------------|------|
| **LUXEMBOURG** | | | | | | | |
| **Central Banks** | | | | | | | |
| LUB00000 | Banque centrale du Luxembourg | 2, boulevard Royal | 2983 | Luxembourg | | | No |
| | Total number of Central Banks : 1 | | | | | | |
| **Credit Institutions** | | | | | | | |
| LUB00162 | ABN Amro Bank (Luxembourg) S.A. | 46, avenue J.F. Kennedy | 1855 | LUXEMBOURG | | | Yes |
| LUB00340 | ABN AMRO Mellon Global Securities Services, Luxembourg Branch | 46A, avenue John F. Kennedy | 1855 | Luxembourg | | | Yes |
| LUB00344 | Advanzia Bank S.A. | 9, Parc d'activités Syrdall | 5365 | Munsbach | | | Yes |
| LUB00213 | Argentabank Luxembourg S.A. | 27, boulevard Prince Henri | 1724 | LUXEMBOURG | | | Yes |
| LUB00280 | Banca Antoniana - Popolare Veneta, succursale de Luxembourg | 62, avenue Guillaume | 1650 | LUXEMBOURG | IT | Banca Antoniana Popolare Veneta Spa | Yes |
| LUB00301 | Banca Lombarda International S.A. | 47, boulevard Prince Henri | 1724 | LUXEMBOURG | | | Yes |
| LUB00091 | Banca Nazionale del Lavoro International S.A. | 51, rue des Glacis | 1628 | LUXEMBOURG | | | Yes |
| LUB00298 | Banca Popolare dell'Emilia Romagna (Europe) International S.A. | 30, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00133 | Banco Bradesco Luxembourg S.A. | 3b, boulevard du Prince Henri | 1724 | LUXEMBOURG | | | Yes |
| LUB00260 | Banco di Brescia S.p.A., succursale de Luxembourg | 47, boulevard du Prince Henri | 1724 | LUXEMBOURG | IT | Banco di Brescia San Paolo Cab Spa | Yes |
| LUB00291 | Banco Itaú Europa Luxembourg S.A. | 29, avenue de la Porte-Neuve | 2227 | LUXEMBOURG | | | Yes |
| LUB00284 | Banco Popolare di Verona e Novara (Luxembourg) S.A. | 26, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00237 | Banco Santander Totta S.A., succursale de Luxembourg | 27, avenue de la Liberté | 1931 | LUXEMBOURG | PT | Banco Santander Totta, SA | Yes |
| LUB00288 | Bank Leumi (Luxembourg) S.A. | 6D, route de Trèves | 2633 | SENNINGERBERG | | | Yes |
| LUB00222 | Bank of China (Luxembourg) S.A. | 37-39, boulevard Prince Henri | 1724 | LUXEMBOURG | | | Yes |
| LUB00116 | Bank of China Limited Luxembourg Branch | 37-39, boulevard Prince Henri | 1724 | LUXEMBOURG | | | Yes |
| LUB00077 | Bank of Tokyo - Mitsubishi UFJ (Luxembourg) S.A. | Centre DESCARTES 287-289, route d'Arlon | 1150 | LUXEMBOURG | | | Yes |
| LUB00267 | Bank Sal. Oppenheim jr. & Cie. (Luxembourg) S.A. | 4, rue Jean Monnet | 2180 | LUXEMBOURG | | | Yes |
| LUB00174 | Bank Sarasin Europe S.A. | 287-289, route d'Arlon | 1150 | LUXEMBOURG | | | Yes |
| LUB00025 | Banque BCP S.A. | 5, Z.A.I. Bourmicht | 8070 | BERTRANGE | | | Yes |
| LUB00182 | Banque BI&A S.A. | 34, avenue de la Liberté | 1930 | LUXEMBOURG | | | Yes |
| LUB00264 | Banque Carnegie Luxembourg S.A. | Centre Europe - 5, place de la Gare | 1616 | LUXEMBOURG | | | Yes |
| LUB00134 | Banque de Commerce et de Placements S.A., succursale de Luxembourg | 140, boulevard de la Pétrusse | 2330 | LUXEMBOURG | | | Yes |
| LUB00140 | Banque de l'Europe Méridionale, succursale de Luxembourg | 16, boulevard Royal | 2449 | LUXEMBOURG | FR | Banque de l'europe meridionale - bemo | Yes |
| LUB00008 | Banque de Luxembourg S.A. | 14, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00155 | Banque Degroof Luxembourg S.A. | 12, rue Eugène Ruppert | 2453 | LUXEMBOURG | | | Yes |
| LUB00305 | Banque Delen Luxembourg | 287, route d'Arlon | 1150 | LUXEMBOURG | | | Yes |
| LUB00320 | Banque du Gothard (Luxembourg) S.A. | 76-78, Grand Rue | 1660 | LUXEMBOURG | | | Yes |
| LUB00127 | Banque du Gothard S.A., succursale de Luxembourg | 6, avenue Marie-Thérèse | 2132 | LUXEMBOURG | | | Yes |
| LUB00001 | Banque et Caisse d'Epargne de l'Etat, Luxembourg | 1, place de Metz | 1930 | LUXEMBOURG | | | Yes |
| LUB00226 | Banque Hapoalim (Luxembourg) S.A. | 18, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00117 | Banque Hapoalim (Suisse) S.A., succursale de Luxembourg | 18, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00194 | Banque Invik S.A. | 7, avenue Pescatore | 2324 | LUXEMBOURG | | | Yes |
| LUB00068 | Banque LBLux S.A. | 3, rue Jean Monnet | 2180 | LUXEMBOURG | | | Yes |
| LUB00172 | Banque Privée Edmond de Rothschild Europe | 20, boulevard Emmanuel Servais | 2535 | LUXEMBOURG | | | Yes |
| LUB00323 | Banque Puilaetco Dewaay Luxembourg S.A. | 2, blvd Emmanuel Servais | 2535 | LUXEMBOURG | | | Yes |
| LUB00009 | Banque Raiffeisen | 48-50 rue Charles Martel | 2134 | LUXEMBOURG | | | Yes |
| LUB00148 | Banque Safra-Luxembourg S.A. | 10A, boulevard Joseph II | 1840 | LUXEMBOURG | | | Yes |
| LUB00220 | Bausparkasse Schwäbisch Hall A.G., succursale de Luxembourg | 4, rue Thomas Edison | 1445 | Strassen | DE | Bausparkasse Schwäbisch Hall AG, Bausparkasse der Volksbanken und Raiffeisenbanken | Yes |
| LUB00286 | Bayerische Landesbank, Niederlassung Luxemburg | 3, rue Jean Monnet | 2180 | LUXEMBOURG | DE | Bayerische Landesbank | Yes |
| LUB00330 | BHF-BANK Aktiengesellschaft, Niederlassung Luxemburg-BHF | 283, route d'Arlon | 1150 | LUXEMBOURG | DE | BHF-BANK AG | Yes |
| LUB00049 | BHF-BANK International | 283, route d'Arlon | 1150 | LUXEMBOURG | | | Yes |
| LUB00095 | BHW Bausparkasse Aktiengesellschaft, succursale de Luxembourg | 16, rue Erasme | 1468 | LUXEMBOURG | DE | BHW Bausparkasse AG | Yes |
| LUB00022 | BNP Paribas Luxembourg | 10A, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00328 | BNP Paribas Securities Services, succursale de Luxembourg | 33, rue de Gasperich | 5826 | HOWALD-HESPERANGE | FR | Bnp Paribas Securities Services | Yes |
| LUB00149 | BNP Paribas, succursale de Luxembourg | 23-25, avenue de la Porte-Neuve | 2087 | LUXEMBOURG | FR | Bnp paribas | Yes |
| LUB00306 | BPU Banca International S.A. | 13, rue Beaumont | 1219 | LUXEMBOURG | | | Yes |

Exhibit 3

| MFI ID | NAME | ADDRESS | POSTAL | CITY | | HEAD OFFICE | RES* |
|---|---|---|---|---|---|---|---|
| LUB00178 | Brown Brothers Harriman (Luxembourg) S.C.A. | 2-8 Avenue Charles de Gaulle | 1653 | LUXEMBOURG | | | Yes |
| LUB00007 | CACEIS Bank Luxembourg | 5, allée Scheffer | 2520 | LUXEMBOURG | | | Yes |
| LUB00302 | Caixa Geral de Depositós SA, succursale de Luxembourg | 7, rue Goethe | 1637 | LUXEMBOURG | PT | Caixa Geral de Depósitos, SA | Yes |
| LUB00215 | CALYON, succursale de Luxembourg | 39, allée Scheffer | 2520 | LUXEMBOURG | FR | Calyon | Yes |
| LUB00105 | Capitalia Luxembourg S.A. | 26, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00349 | Citco Bank Nederland N.V., Luxembourg Branch | 20, rue de la Poste | 2346 | Luxembourg | | | Yes |
| LUB00034 | Citibank International Plc (Luxembourg Branch) | 31, Z.A. Bourmicht | 8070 | Bertrange | GB | Citibank International plc | Yes |
| LUB00289 | Clearstream Banking S.A. | 42, avenue JF Kennedy | 1855 | LUXEMBOURG | | | Yes |
| LUB00347 | Commerzbank AG, Zweigniederlassung Luxemburg | 25, rue Edward Steichen | 2540 | Luxembourg | DE | Commerzbank AG | Yes |
| LUB00032 | Commerzbank International S.A. | 25 rue Edward Steichen | 2540 | LUXEMBOURG | | | Yes |
| LUB00189 | Cornèr Banque (Luxembourg) S.A. | 10, rue Dicks | 1417 | LUXEMBOURG | | | Yes |
| LUB00076 | Credem International (Lux) | 10-12, avenue Pasteur | 2310 | LUXEMBOURG | | | Yes |
| LUB00331 | Crédit Agricole Luxembourg | 39, allée Scheffer | 2520 | LUXEMBOURG | | | Yes |
| LUB00006 | Crédit Industriel d'Alsace et de Lorraine S.A., succursale de Luxembourg | 103, Grand-Rue | 1661 | LUXEMBOURG | FR | Crédit Industriel d'Alsace et de Lorraine - C.I.A.L. | Yes |
| LUB00078 | Crédit Suisse (Luxembourg) S.A. | 56, Grand-Rue | 1660 | LUXEMBOURG | | | Yes |
| LUB00338 | CREDIT SUISSE LUXEMBOURG BRANCH | 56, Grand-Rue | 1660 | Luxembourg | | | Yes |
| LUB00093 | Danske Bank International S.A. | 2, rue du Fossé | 1536 | LUXEMBOURG | | | Yes |
| LUB00040 | DekaBank Deutsche Girozentrale Luxembourg S.A. | 38, avenue J.-F. Kennedy | 1855 | LUXEMBOURG | | | Yes |
| LUB00135 | DekaBank Deutsche Girozentrale, succursale de de Luxembourg | 38, avenue John F. Kennedy | 1855 | LUXEMBOURG | DE | DekaBank Deutsche Girozentrale | Yes |
| LUB00259 | Deutsche Bank A.G., succursale de Luxembourg | 2, boulevard Konrad Adenauer | 1115 | LUXEMBOURG | DE | Deutsche Bank AG | Yes |
| LUB00036 | Deutsche Bank Luxembourg S.A. | 2, boulevard Konrad Adenauer | 1115 | LUXEMBOURG | | | Yes |
| LUB00265 | Deutsche Postbank International S.A. | 18-20, Parc d'Activités Syrdall | 5365 | Munsbach | | | Yes |
| LUB00002 | Dexia Banque Internationale à Luxembourg | 69, route d'Esch | 1470 | LUXEMBOURG | | | Yes |
| LUB00143 | DnB NOR Luxembourg S.A. | 22, rue J.P. Brasseur | 1258 | LUXEMBOURG | | | Yes |
| LUB00233 | Dresdner Bank Aktiengesellschaft, succursale de Luxembourg | Europ Bank & Bus Centre 6A rte de Trèves | 2633 | Senningerberg | DE | Dresdner Bank AG | Yes |
| LUB00016 | Dresdner Bank Luxembourg S.A. | 26, rue du Marché-aux-Herbes | 1728 | LUXEMBOURG | | | Yes |
| LUB00107 | DZ Bank International S.A. | 4, rue Thomas Edison | 1445 | LUXEMBOURG | | | Yes |
| LUB00082 | East West United Bank S.A. | 10, boulevard Joseph II | 1840 | LUXEMBOURG | | | Yes |
| LUB00343 | EFG Bank (Luxembourg) S.A. | 14, Allée Marconi | 2120 | Luxembourg | | | Yes |
| LUB00151 | EFG Private Bank (Luxembourg) S.A. | 5, rue Jean Monnet | 2180 | LUXEMBOURG | | | Yes |
| LUB00315 | Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | 25, rue Edward Steichen | 2540 | LUXEMBOURG | | | Yes |
| LUB00184 | EUROHYPO Europäische Hypothekenbank S.A. | 5, rue Höhenhof | 1736 | SENNINGERBERG | | | Yes |
| LUB00287 | Europäische Genossenschaftsbank S.A. | 4, rue Thomas Edison | 1445 | LUXEMBOURG | | | Yes |
| LUB00326 | Evli Bank Plc, succursale de Luxembourg | 60, Grand-Rue | 1660 | LUXEMBOURG | FI | Evli Pankki Oyj | Yes |
| LUB00177 | F. van Lanschot Bankiers (Luxembourg) S.A. | 106, route d'Arlon | 8210 | MAMER | | | Yes |
| LUB00308 | Fideuram Bank (Luxembourg) S.A. | 17A, rue des Bains | 1212 | LUXEMBOURG | | | Yes |
| LUB00003 | FORTIS BANQUE LUXEMBOURG | 50, avenue J.F. Kennedy | 1855 | LUXEMBOURG | | | Yes |
| LUB00010 | Fortuna Banque s.c. | 128-132, boulevard de la Pétrusse | 2330 | LUXEMBOURG | | | Yes |
| LUB00329 | Frankfurter Volksbank International S.A. | 36, boulevard Joseph II | 1840 | LUXEMBOURG | | | Yes |
| LUB00281 | Freie Internationale Sparkasse S.A. | 13, avenue de la Porte-Neuve | 2227 | LUXEMBOURG | | | Yes |
| LUB00271 | Garanti Bank (Luxembourg Branch) | 8, place Winston Churchill | 1340 | LUXEMBOURG | | | Yes |
| LUB00339 | GLITNIR BANK LUXEMBOURG S.A. | 534, rue de Neudorf | 2220 | Luxembourg | | | Yes |
| LUB00062 | Hauck & Aufhäuser Banquiers Luxembourg S.A. | 23, avenue de la Liberté | 1931 | LUXEMBOURG | | | Yes |
| LUB00147 | HSBC Private Bank (Luxembourg) S.A. | 32, boulevard Royal | 2449 | LUXEMBOURG | | | Yes |
| LUB00167 | HSBC Securities Services (Luxembourg) S.A. | 40, avenue Monterey | 2163 | LUXEMBOURG | | | Yes |
| LUB00094 | HSBC Trinkaus & Burkhardt (International) S.A. | 1-7, rue Nina et Julien Lefèvre | 1952 | LUXEMBOURG | | | Yes |
| LUB00164 | HSH Nordbank A.G. Luxembourg Branch | 2, rue Jean Monnet | 2180 | LUXEMBOURG | DE | HSH Nordbank AG | Yes |
| LUB00156 | HSH Nordbank Private Banking S.A. | 2, rue Jean Monnet | 2180 | LUXEMBOURG-KIRCHBERG | | | Yes |
| LUB00097 | HSH Nordbank Securities S.A. | 2, rue Jean Monnet | 2180 | LUXEMBOURG | | | Yes |
| LUB00047 | HVB Banque Luxembourg S.A. | 4, rue Alphonse Weicker | 2721 | LUXEMBOURG | | | RES* |
| LUB00314 | Hypo Pfandbrief Bank International S.A. | 4, rue Alphonse Weicker | 2721 | LUXEMBOURG | | | Yes |
| LUB00144 | IKB Deutsche Industriebank A.G., Filiale Luxemburg | 12, rue Erasme | 1468 | LUXEMBOURG | DE | IKB Deutsche Industriebank AG | Yes |
| LUB00125 | IKB International | 12, rue Erasme | 1468 | LUXEMBOURG | | | Yes |
| LUB00316 | Industrial and Commercial Bank of China Ltd., Luxembourg Branch | 8-10, Avenue Marie-Thérèse | 2132 | LUXEMBOURG | | | Yes |
| LUB00348 | Industrial and Commercial Bank of China Luxembourg S.A. | 8-10, avenue Marie-Thérèse | 2132 | Luxembourg | | | Yes |