# Exhibit 4a

Copie certifiée conforme

*[signature]*

Secrétaire

**IXIS INVESTOR SERVICES**
Société Anonyme au capital de 110 040 000 euros
Siège social 16-18 rue Berthollet 94113 Arcueil Cedex
438 992 406 RCS Créteil

## ASSEMBLEE GENERALE EXTRA ORDINAIRE
## DU 29 septembre 2006

Le vendredi 29 septembre 2006, à 18 heures, l'actionnaire unique de la société s'est réuni en assemblée générale extraordinaire dans les locaux de CACEIS sis 1-3 Place Valhubert, 75013 Paris, sur convocation du conseil d'administration faite par lettre en date du 13 septembre 2006.

Il a été établi une feuille de présence qui a été émargée, à son entrée, par l'actionnaire unique.

L'assemblée procède à la composition de son bureau.

• En l'absence de Monsieur Michel BOIS, président du conseil d'administration, et conformément à l'article 29 des statuts, Monsieur François MARION, représentant de l'actionnaire unique de la société, préside l'assemblée.
• Madame Sandrine GAURY est désignée comme Secrétaire.

La feuille de présence, certifiée exacte par les membres du bureau ainsi constitué, permet de constater que l'actionnaire possédant la totalité des actions ayant le droit de vote est présent, et qu'en conséquence l'assemblée réunissant le quorum requis par la Loi est légalement constituée et peut valablement délibérer.

Le Commissaire aux Comptes, PRICE WATERHOUSECOOPERS AUDIT, régulièrement convoqué, est présent.

Le Président déclare que le Commissaire aux Comptes MAZARS & GUERARD, régulièrement convoqué, est absent et excusé.

Madame Jacqueline DUMESNIL et Monsieur Jean-Pierre FAUCHER, représentants du Comité d'Entreprise, régulièrement convoqués, sont présents.

Messieurs Philippe HABEL et Mathieu FAUCHER, représentants du Comité d'Entreprise, régulièrement convoqués sont absents.

<u>Puis, le président dépose sur le bureau :</u>

. la feuille de présence à l'assemblée
. la copie et les récépissés postaux d'envois recommandés des lettres de convocation aux commissaires aux comptes
. la copie de la lettre de convocation adressée à l'actionnaire unique
. les statuts en vigueur
. le projet de traité de fusion avec ses annexes
. le récépissé du dépôt au Greffe du projet de fusion
. un exemplaire du journal d'annonces légales contenant la publication du projet de fusion
. l'avis du comité d'entreprise sur l'opération de fusion absorption
. le rapport du conseil d'administration à l'assemblée
. les rapports des commissaires à la fusion
. le projet des résolutions soumises à l'assemblée

Le président fait en outre observer que tous les documents qui, en application des dispositions législatives ou réglementaires, doivent être tenus à la disposition des actionnaires et du comité d'entreprise l'ont été conformément à ces dispositions.

L'assemblée lui donne acte de cette déclaration.

Le président rappelle ensuite que l'assemblée est appelée à statuer sur l'ordre du jour suivant :

- rapport du conseil d'administration à l'assemblée générale,
- avis du comité d'entreprise sur l'opération de fusion absorption
- rapports des commissaires à la fusion,
- approbation du projet de fusion par absorption de la société IXIS Investor Services par la société CACEIS Bank ; en conséquence, approbation de l'apport et de son évaluation, et de la dissolution sans liquidation,
- approbation des dispositions du projet de fusion sur la prime de fusion et son affectation,
- pouvoirs.

Le président donne lecture du projet de traité de fusion, de l'avis du comité d'entreprise sur l'opération de fusion absorption, du rapport du conseil d'administration et des rapports des commissaires à la fusion.

Le président ouvre la discussion. Après débat et personne ne demandant plus la parole, le président met successivement aux voix les résolutions suivantes figurant à l'ordre du jour :

PREMIERE RESOLUTION

L'assemblée générale, après avoir pris connaissance :
- du projet de traité de fusion signé le 28 juillet 2006 avec la société CACEIS Bank, Société Anonyme au capital de 56 929 935 euros, dont le siège social est 1-3 Place Valhubert - 75013 PARIS, immatriculée au Registre du Commerce et des Sociétés de Paris sous le n°692 024 722, aux termes duquel la société CACEIS Bank reçoit à titre de fusion l'apport par la société IXIS Investor Services de la totalité de son patrimoine,
- de l'avis du comité d'entreprise sur l'opération de fusion-absorption,
- du rapport du conseil d'administration et,
- des rapports des commissaires à la fusion désignés par le Tribunal de Commerce de Paris,

· approuve le projet de fusion, décide la fusion par absorption de IXIS Investor Services par CACEIS Bank et en conséquence la dissolution anticipée, sans liquidation, de la société IXIS Investor Services, sous réserve de l'approbation de la présente fusion par l'Assemblée Générale Extraordinaire de CACEIS Bank constatant la réalisation définitive de la fusion, avec effet juridique à la date du 1er octobre 2006 et effet rétroactif sur les plans comptable et fiscal au 1er janvier 2006,

· approuve en conséquence le montant de la prime de fusion s'élevant à 49.113.105,64 euros et l'affectation qui en est envisagée, à un compte de prime de fusion,

· confère en tant que de besoin, au Président du Conseil d'Administration et/ou au Directeur Général et/ou au Directeur Général Adjoint tous pouvoirs pour :
- poursuivre la réalisation définitive des opérations de fusion, et par la suite établir, si besoin était tous actes confirmatifs, complémentaires ou rectificatifs qui s'avéreraient nécessaires,
- effectuer toutes formalités, avec faculté de délégation de ces pouvoirs,
- signer la déclaration de régularité et de conformité relative à cette opération.

Cette résolution mise aux voix est adoptée à l'unanimité.

DEUXIEME RESOLUTION

L'assemblée générale extraordinaire confère tous pouvoirs au porteur d'un original, d'une copie ou d'un extrait du procès-verbal de la présente assemblée générale à l'effet d'accomplir tous dépôts, formalités et publications nécessaires.

Cette résolution mise aux voix est adoptée à l'unanimité.

L'ordre du jour étant épuisé et personne ne demandant plus la parole, le président déclare la séance levée à 18 heures 30.

De tout ce que dessus, il a été dressé le présent procès-verbal qui, après lecture, a été signé par les membres du bureau.

Le Président

François MARION

La Secrétaire

Sandrine GAURY

Enregistré à : SIE DE VILLEJUIF OUEST
Le 04/10/2006 Bordereau n°2006/333 Case n°13
Enregistrement       : 500 €          Pénalités :
Total liquidé        : cinq cents euros
Montant reçu         : cinq cents euros
L'Agent

Ext 441

Stéphane JARRY
Agent des impôts

# Exhibit 4b

|  |  |
|---|---|
| IXIS INVESTOR SERVICES<br>Limited Company with €110,040,000 in share capital<br>Registered office 16-18 rue Berthollet, 94113 Arceuil Cedex<br>438 992 406 of the Trades and Companies Register of Créteil | **Certified true copy**<br><br>[Signature]<br><br>*Secretary* |

### *EXTRA*ORDINARY GENERAL MEETING
### OF September 29, 2006
_____

On Friday September 29, 2006, at 06:00 PM, the sole shareholder of the company met for an extraordinary general meeting in the premises of CACEIS, located at 1-3 Place Valhubert, 75013 Paris, upon the calling of the Board of Directors, made by means of a letter sent out on September 13, 2006.

An attendance sheet was established which was duly signed by the sole shareholder upon their arrival.

The meeting proceeds with the naming of its panel.

- In the absence of Mr. Michel BOIS, President of the Board of Directors, and in conformity with Article 29 of the Articles of Association, Mr. François MARION, representative of the sole shareholder of the company, chairs the meeting.
- Mrs. Sandrine GAURY is appointed Secretary.

The attendance sheet, certified to be correct by the members of its panel thus formed, allows for it to be noted that the shareholder possessing the entirety of the shares with voting rights is present, and that as a consequence the meeting, which counts upon a legally required quorum, is duly constituted and can officially deliberate.

The statutory auditor, PRICE WATERHOUSECOOPERS AUDIT, duly called, is present.

The Chairperson declares that the statutory auditor, MAZARS & GUERARD, duly called, is absent and excused.

Mrs. Jacqueline DUMESNIL and Mr. Jean-Pierre FAUCHER, representatives of the Works Council, duly called, are present.

Mr. Philippe HABEL AND Mr. Mathieu FAUCHER, representatives of the Works Council, duly called, are absent.

Then, the Chairperson lays out on the desk:
– The attendance sheet for the meeting
– The copy and the postal receipts for the registered mailings of the convening letters sent to the statutory auditors
– The copy of the convening letter addressed to the sole shareholder
– The current Articles of Association
– The draft merger agreement with all of its appendices
– The receipt for filing of the draft merger agreement with the Court Clerk
– A copy of the legal adverts journal containing the publication of the draft merger agreement
– The opinion of the Works Council regarding the merger takeover
– The report of the Board of Directors to the meeting
– The reports of the merger auditors
– The draft resolution submitted to the meeting

The Chairperson further points out that all documents that, in application of the legislative or regulatory provisions, must remain available to shareholders and to the Works Council have indeed been available in compliance with said provisions.

The meeting acknowledges this declaration.

The Chairperson then recalls that the meeting has been called to rule upon the following agenda:

- The report of the Board of Directors to the general meeting,
- The opinion of the Works Council regarding the merger takeover,
- The reports of the merger auditors,
- Approval of the agreement for merger by takeover of the company IXIS Investor Services by the company CACEIS Bank; consequently, approval of the contribution and its assessment, and of dissolution without liquidation,
- Approval of the provisions of the draft merger agreement regarding the merger premium and its allocation,
- Powers.

The Chairperson has the draft merger agreement read, as well as the opinion of the Works Council regarding the merger transaction by takeover and the report of the Board of Directors and the reports of the merger auditors.

The Chairperson opens the floor to discussion. Following debate and no longer having anybody asking for the floor, the Chairperson subsequently puts the following resolutions appearing on the agenda to a vote:

FIRST RESOLUTION

The general meeting, after having been made aware:
- of the draft merger agreement signed on July 28, 2006 with the company CACEIS Bank, Limited Company with a share capital of €56,929,935, whose registered offices are at 1-3 Place Valhubert – 75013 PARIS, registered in the Trades and Companies Register of Paris under No. 692 024 722, according to the terms of which the company CACEIS Bank receives on the basis of the merger the contribution by the company IXIS Investor Services of the entirety of its assets,
- of the opinion of the Works Council regarding the merger transaction by takeover,
- of the report of the Board of Directors, and,
- of the reports of the merger auditors appointed by the commercial court of Paris,

- approves the draft merger, decides the merger by takeover of IXIS Investor Services by CACEIS Bank and as a consequence the early dissolution, without liquidation, of the company IXIS Investor Services, subject to the approval of this merger by the extraordinary general meeting of CACEIS Bank verifying the definitive realization of the merger, with legal effect as of October 1, 2006 and retroactive effect upon the accounting and tax levels as of January 1, 2006.

- consequently, approves the value of the merger premium that amounts to €49,113,105.64 and the allotment that is foreseen for the same, to a merger premium account.

- confers, as needed, to the Chairperson of the Board of Directors and/or to the Managing Director and/or to the Deputy Managing Director of all powers to:
- pursue the definitive realization of the merger transactions, and to subsequently establish, if there were to be the need, all confirming, supplementary or rectifying deeds which are deemed to be necessary,
- carry out all formalities, with the option to delegate said powers,
- sign the declaration of regularity and conformity relating to said transaction.

This resolution having been put to the vote is unanimously accepted.

SECOND RESOLUTION

The extraordinary general meeting confers all powers to the bearer of an original, of a copy or of an abstract of the minutes of this general meeting for the purpose of carrying out all necessary filings, formalities and publications.

This resolution having been put to a vote is unanimously accepted.

With the agenda having been dealt with and without anybody asking for the floor, the Chairperson declares the session to be closed at 6:30 PM.

These minutes have been drawn up of all that has preceded, which upon reading, has been signed by the officers.

The Chairperson
[Signature]
François MARION

The Secretary
[Signature]
Sandrine GAURY

[stamp]
Recorded at: CENTER OF PUBLIC FINANCE OF VILLEJUIF OUEST
On 10/04/2006 Docket No. 2006/333, Box No. 13           Ext 441
Registration: €500          Penalties:
Amount paid: five hundred euros
Amount received: five hundred euros
The Agent                                                Stéphane JARRY
                                                         Tax Agent
                                                         [Signature]

# TRANSLATION CERTIFICATION

Date: January 21, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French (France)

To:

- English (USA)

The documents are designated as:

- IXIS INVESTOR SERVICES - extraordinary general meeting - 29-09-2006_English

Jay Bragg, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Jay Bragg

Global Solutions. Local Expertise.