# Exhibit 5a

## DECLARATION DE REGULARITE ET DE CONFORMITE

JE SOUSSIGNÉ

Monsieur Michel BOIS agissant :

Tant en qualité de Président du Conseil d'Administration de la société IXIS Investor Services dûment habilité à signer la présente déclaration aux termes d'un mandat en date du 29 septembre 2006,

Qu'en qualité de Président du Conseil d'Administration de la société CACEIS Bank dûment habilité à signer la présente déclaration aux termes d'un mandat en date du 29 septembre 2006.

Préalablement à la déclaration de régularité et de conformité prévue par l'article L.236-6 du Code de commerce, relative à la fusion des sociétés IXIS Investor Services et CACEIS Bank, la société CACEIS Bank absorbant la société IXIS Investor Services, a fait l'exposé ci-après :

### EXPOSÉ

1°) Le conseil d'administration de la société CACEIS Bank s'est réuni le 26 juillet 2006 et a arrêté le projet de traité de fusion des sociétés IXIS Investor Services et CACEIS Bank. Ce conseil a également prévu et préparé les principales formalités à accomplir ultérieurement et donné à Monsieur Jean-Marc EYSSAUTIER les pouvoirs nécessaires à la réalisation de ces formalités au nom de la société CACEIS Bank.

Le conseil d'administration de la société IXIS Investor Services s'est réuni le 26 juillet 2006 et a arrêté le projet de traité de fusion des sociétés IXIS Investor Services et CACEIS Bank. Ce conseil a également prévu et préparé les principales formalités à accomplir ultérieurement et donné à Monsieur Jean-Marc EYSSAUTIER les pouvoirs nécessaires à la réalisation de ces formalités au nom de la société IXIS Investor Services.

2°) Le projet de traité de fusion des sociétés IXIS Investor Services et CACEIS Bank a été signé par Monsieur Jean-Marc EYSSAUTIER, Directeur Général des sociétés IXIS Investor Services et CACEIS Bank, agissant en vertu de chacun des deux mandats susvisés, suivant acte en date du 28 juillet 2006.

Ce projet de traité, conformément à la réglementation indiquait, notamment :
- la forme, la dénomination et le siège social des sociétés participantes,
- les motifs, buts et conditions de la fusion,
- la date à laquelle ont été arrêtés les comptes des deux sociétés en vue d'établir les conditions de la fusion,
- la composition détaillée et l'évaluation de l'actif et du passif de la société IXIS Investor Services, apportés à la société CACEIS Bank étant précisé que, conformément à la réglementation en vigueur, les apports de la société IXIS Investor Services ont été effectués à leur valeur nette comptable,
- les modalités de rémunération de ces apports par l'émission d'actions CACEIS Bank au profit de l'actionnaire d'IXIS Investor Services (rapport d'échange des droits sociaux, et la méthode retenue pour sa détermination) et l'assimilation de ces actions nouvelles aux actions anciennes en terme de date de jouissance,
- la date à partir de laquelle les opérations de la société absorbée seront du point de vue comptable considérées comme accomplies par la société bénéficiaire des apports.
- le montant de la prime de fusion.
- Il disposait également que la société IXIS Investor Services se trouverait dissoute du seul fait et au jour de la réalisation de la fusion décidée par l'assemblée générale extraordinaire des actionnaires de la société CACEIS Bank.

1



3°) A la requête de Monsieur Jean-Marc EYSSAUTIER agissant en sa double qualité de Directeur Général des sociétés IXIS Investor Services et CACEIS Bank et en vertu de chacun des deux mandats sus-visés, Madame le président du tribunal de commerce de PARIS a, par ordonnance en date du 24 mai 2006, désigné Messieurs Didier KLING et Guy STIEVENART en qualité de commissaires à la fusion chargés de faire un rapport sur les modalités de la fusion et un rapport sur la valeur des apports faits par la société IXIS Investor Services à la société CACEIS Bank. Ce dernier rapport était déposé le 11 septembre 2006 au siège de la société CACEIS Bank ainsi qu'au greffe du tribunal de commerce.

4°) Deux exemplaires du projet de fusion ont été déposés aux greffes des tribunaux de commerce de CRETEIL le 25 août 2006 pour la société IXIS Investor Services, de PARIS le 25 août 2006 pour la société CACEIS Bank.

5°) L'avis relatif au projet de fusion a été inséré dans les journaux d'annonces légales ci après :
- Journal Spécial des Sociétés des vendredi 25 à mardi 29 août 2006 pour la société IXIS Investor Services
- Journal Spécial des Sociétés des vendredi 25 à mardi 29 août 2006 pour la société CACEIS Bank
La publication de ces avis n'a été suivie d'aucune opposition à la fusion émanant de créanciers sociaux, dans le délai de trente jours prévu par la réglementation.

6°) L'ensemble des documents devant être mis à la disposition des actionnaires au siège social de chacune des deux sociétés IXIS Investor Services et CACEIS Bank l'ont été le 29 août 2006. Le rapport des commissaires à la fusion sur la valeur des apports a été déposé le 14 septembre 2006 au greffe du tribunal de commerce pour la société absorbante.

7°) L'assemblée générale extraordinaire des actionnaires de la société IXIS Investor Services réunie le 29 septembre 2006 a :
- approuvé le projet de fusion, décidé la fusion par absorption de la société IXIS Investor Services par la société CACEIS Bank, décidé en conséquence la dissolution, sans liquidation, de la société IXIS Investor Services, avec effet juridique à la date du 1er octobre 2006 (ou « date de réalisation de la fusion »), jour de la réalisation définitive de la fusion décidée par la société CACEIS Bank et de l'augmentation corrélative du capital de cette dernière, et avec effet rétroactif sur les plans comptable et fiscal au 1er janvier 2006,
- approuvé le montant de la prime de fusion et son affectation,
- conféré en tant que de besoin, au Président du Conseil d'Administration et/ou au Directeur Général et/ou au Directeur Général Adjoint tous pouvoirs pour poursuivre la réalisation définitive des opérations de fusion, et par la suite établir, si besoin était tous actes confirmatifs, complémentaires ou rectificatifs qui s'avéreraient nécessaires, effectuer toutes formalités, avec faculté de délégation de ces pouvoirs, signer la déclaration de régularité et de conformité relative à cette opération,
- conféré tous pouvoirs au porteur d'un original, d'une copie ou d'un extrait du procès-verbal de l'assemblée générale à l'effet d'accomplir tous dépôts, formalités et publications nécessaires.

8°) L'assemblée générale extraordinaire des actionnaires de la société CACEIS Bank réunie le 29 septembre 2006 a :
- décidé de modifier l'objet social et l'article correspondant des statuts,
- approuvé le projet de fusion, décidé la fusion par absorption de la société IXIS Investor Services par la société CACEIS Bank avec effet juridique à la date du 1er octobre 2006 (ou « date de réalisation de la fusion ») et avec effet rétroactif sur les plans comptable et fiscal au 1er janvier 2006,
- approuvé en conséquence l'augmentation de capital destinée à rémunérer l'apport ainsi que le montant de la prime de fusion et son affectation,
- approuvé la dissolution sans liquidation de la société IXIS Investor Services,
- conféré, en tant que de besoin, au Président du Conseil d'Administration et/ou au Directeur Général et/ou au Directeur Général Adjoint tous pouvoirs pour effectuer toutes formalités avec faculté de délégation de ces pouvoirs, signer la déclaration de régularité et de conformité relative à cette opération,

2



- décidé, avec effet à la date de réalisation de la fusion, d'augmenter le capital pour le porter à 200.000.000 euros par incorporation de l'intégralité de la prime de fusion et pour le solde, par prélèvement sur les comptes de prime d'apport et de fusion et de supprimer la mention de la valeur nominale des actions dans les statuts et de modifier en conséquence l'article 6 « Capital social » des statuts,
- conféré tous pouvoirs au porteur d'un original, d'une copie ou d'un extrait du procès-verbal de l'assemblée générale à l'effet d'accomplir tous dépôts, formalités et publications nécessaires.

9°) Les avis concernant :
- la réalisation de la fusion, l'augmentation du capital de la société CACEIS Bank et les autres modifications statutaires de cette société,
- la dissolution de la société IXIS Investor Services

ont été respectivement publiés dans les journaux d'annonces légales ci-après :
- Journal spécial des sociétés du 5/10/06 pour la société IXIS Investor Services
- Journal Spécial des sociétés du 5/10/06 pour la société CACEIS Bank

Cet exposé étant fait, il est passé à la déclaration ci-après :

DECLARATION

Le soussigné, ès-qualités, déclare, sous sa responsabilité, tant au nom et pour le compte de la société IXIS Investor Services qu'au nom et pour le compte de la société CACEIS Bank, et les peines édictées par la loi, que :

- l'objet social de la société CACEIS Bank a été étendu pour répondre aux besoins de l'entité issue de la fusion, préalable nécessaire à la réalisation de cette dernière,
- la fusion des sociétés IXIS Investor Services et CACEIS Bank par absorption de la société IXIS Investor Services par la société CACEIS Bank a été régulièrement réalisée, conformément à la loi et aux règlements,
- la société IXIS Investor Services est définitivement dissoute,
- la société CACEIS Bank a régulièrement augmenté son capital dans les conditions stipulées au contrat de fusion en rémunération des apports faits par la société IXIS Investor Services,
- la société CACEIS Bank a régulièrement augmenté son capital pour le porter à 200.000.000 euros et supprimé la mention de la valeur nominale des actions dans les statuts.

Les modifications corrélatives des statuts de la société CACEIS Bank ont été réalisées en conformité de la loi et des règlements.

Un exemplaire du traité de fusion, un original des rapports des commissaires à la fusion, une copie certifiée conforme du procès-verbal de l'assemblée générale extraordinaire des actionnaires de la société IXIS Investor Services approuvant la fusion et prononçant la dissolution de cette société, une copie certifiée conforme du procès-verbal de l'assemblée générale extraordinaire des actionnaires de la société CACEIS Bank décidant la modification de l'objet social, approuvant la fusion, l'augmentation du capital qui en résulte, ainsi que les autres modifications statutaires seront déposés, en double exemplaire avec deux originaux de la présente déclaration, au greffe du tribunal de commerce de chacune des sociétés IXIS Investor Services et CACEIS Bank.

En ce qui concerne le dépôt fait au greffe du tribunal de commerce du siège de la société CACEIS Bank, il y sera joint, en double exemplaire :
- un original du rapport des commissaires à la fusion sur la valeur des apports,
- une copie certifiée conforme des statuts mis à jour de la société CACEIS Bank.

3



La présente déclaration est faite conformément aux prescriptions de l'article L.236-6 du Code de commerce.

Fait à Paris, le 2 octobre 2006

Pour la société absorbée  
IXIS Investor Services

*Michel BOIS*

Pour la société absorbante  
CACEIS Bank

*Michel BOIS*

4

# Exhibit 5b

| DECLARATION OF REGULARITY AND CONFORMITY |
|---|

I, THE UNDERSIGNED,

    Mr. Michel BOIS, acting:

    In the role of Chairperson of the Board of Directors of the company IXIS Investor Services duly entitled to sign this declaration based upon a power of attorney dated September 29, 2006.

    That in the role of Chairperson of the Board of Directors of the company CACEIS Bank, duly entitled to sign this declaration based upon a power of attorney dated September 29, 2006.

Prior to the declaration of regularity and conformity provided by Article 236-6 of the Commercial Code, regarding the merger of the companies IXIS Investor Services and CACEIS Bank, the company CACEIS Bank taking over the company IXIS Investor Services, has made the following briefing:

BRIEFING

1) The Board of Directors of the company CACEIS Bank met on July 26, 2006 and decreed the draft merger agreement of the companies IXIS Investor Services and CACEIS Bank. The Board has likewise provided and prepared the main formalities still to be accomplished and has given the powers to Mr. Jean-Marc EYSSAUTIER that are required for the realization of said formalities in the name of the company CACEIS Bank.

The Board of Directors of the company IXIS Investor Services met on July 26, 2006 and decreed the draft merger agreement of the companies IXIS Investor Services and CACEIS Bank. The Board has likewise provided and prepared the main formalities still to be accomplished and has given the powers that are required for the realization of said formalities in the name of the company IXIS Investor Services to Mr. Jean-Marc EYSSAUTIER.

2) The draft merger agreement between the companies IXIS Investor Services and CACEIS Bank was signed by Mr. Jean-Marc EYSSAUTIER, General Director of the companies IXIS Investor Services and CACEIS Bank, acting by virtue of each of the aforementioned powers of attorney, following a deed dated July 28, 2006.

This draft agreement, in conformity with regulations, has indicated, in particular:
- the form, the name and the registered offices of the participating companies,
- the reasons, objectives and conditions of the merger,
- the date in which the accounts of the two companies were approved, in view of setting forth the conditions of the merger,
- the detailed make-up and the assessment of the assets and liabilities of the company IXIS Investor Services, contributed to the company CACEIS Bank with it being specified that in compliance with the current regulation, the contributions of the company IXIS Investor Services were undertaken at their net book value.
- the modality of remuneration of these contributions through the issuance of CACEIS Bank shares to the shareholder of IXIS Investor Services (exchange ratio of the company rights, and the method retained for its determination) and the assimilation of these new shares to the old shares as regards the dividend eligibility date.
- the date from which the transactions of the company taken over will be considered accomplished by the company that benefits from the contributions from an accounting point of view.
- the amount of the merger premium.
- It likewise decreed that the company IXIS Investor Services would be dissolved due to the sole fact and as of the date of realization of the merger decided upon by the extraordinary general meeting of the shareholders of the company CACEIS Bank.

[Initials]

3) Upon request of Mr. Jean-Marc EYSSAUTIER, acting in his double role of General Director of the companies IXIS Investor Services and CACEIS Bank and by virtue of each of the two aforementioned powers of attorney, the President of the commercial court of PARIS, has, by order dated May 24, 2006, appointed Mr. Didier KLING and Mr. Guy STIEVENART in their role as merger auditors entrusted with preparing a report regarding the modalities of the merger and a report on the value of the contributions made by the company IXIS Investor Services to the company CACEIS Bank. The latter report being filed on September 11, 2006 in the registered offices of the company CACEIS Bank as well as with the court clerk of the commercial court.

4) Two copies of the draft merger agreement have been filed with the court clerk of the commercial courts of CRETEIL on August 25, 2006 for the company IXIS Investor Services, and of PARIS on August 25, 2006 for the company CACEIS Bank.

5) The opinion relating to the draft merger agreement has been inserted in the following legal adverts journals:
− Journal Spécial des Sociétés from Friday August 25 to Tuesday August 29, 2006 for the company IXIS Investor Services
− Journal Spécial des Sociétés from Friday August 25 to Tuesday August 29, 2006 for the company CACEIS Bank

The publishing of these opinions was not followed up by any opposition to the merger emanating from company creditors, within a term of thirty days provided by regulations.

6) The set of documents required to be made available to the shareholders in the registered offices of each of the two companies IXIS Investor Services and CACEIS Bank were made available on August 29, 2006. The report of the merger auditors regarding the value of the contributions was filed on September 14, 2006 with the court clerk of the commercial court for the company taking over.

7) The extraordinary general meeting of the shareholders of the company IXIS Investor Services that met on September 29, 2006:
− approved the draft merger agreement, decided upon the merger by takeover of the company IXIS Investor Services by the company CACEIS Bank, deciding as a consequence on the dissolution, without liquidation, of the company IXIS Investor Services, with legal effect as of October 1, 2006 (or "date of realization of the merger"), date of the effective realization of the merger decided upon by the company CACEIS Bank and the correlated increase in the capital of the latter, and with retroactive effect on accounting and tax levels back to January 1, 2006,
− approved the amount of the merger premium and its allotment,
− conferred, where there is a need, to the Chairperson of the Board of Directors and/or to the General Director and/or Deputy Managing Director, all powers to pursue the definitive realization of the merger transactions, and subsequently to establish, if there was such a need, all confirming, complementary and rectifying deeds which were to become necessary, to carry out all formalities, with the option of delegating said powers, to sign the declaration of regularity and conformity as regards this transaction,
− conferred all powers to the bearer of an original, of a copy or of an abstract of the minutes of the general meeting for the purpose of carrying out all necessary filings, formalities and publications.

8) The extraordinary general meeting of the shareholders of the company CACEIS Bank meeting on September 29, 2006:
− decided to modify the company objective and the corresponding article of the Articles of Association,
− approved the draft merger agreement, decided upon the merger by takeover of the company IXIS Investor Services by the company CACEIS Bank, with legal effect as of October 1, 2006 (or "date of realization of the merger"), and with retroactive effect on accounting and tax levels back to January 1, 2006,
− approved, consequently, the capital increase intended to remunerate the contribution as well as the amount of the merger premium and its allotment,
− approved the dissolution without liquidation of the company IXIS Investor Services,
− conferred, where there is a need, to the Chairperson of the Board of Directors and/or to the General Director and/or Deputy Managing Director, all powers to carry out all formalities, with the option of delegating said powers, to sign the declaration of regularity and conformity as regards this transaction,

[Initials]

- decided, with effect on the date of realization of the merger, to increase the capital bringing it to €200,000,000 by incorporation of the entirety of the merger premium and for the balance, by withdrawal from the contribution premium and merger premium accounts and to suppress the mention of the nominal value of the shares in the Articles of Association and to modify as a consequence Article 6 "Share capital" of the Articles of Association,
- conferred all powers to the bearer of an original, of a copy or of an abstract of the minutes of the general meeting for the purpose of carrying out all necessary filings, formalities and publications.

9) The opinions relating to:
- The realization of the merger, the increase of the capital of the company CACEIS Bank and the other statutory modifications of said company,
- The dissolution of the company IXIS Investor Services

have respectively been disclosed in the following legal adverts journals:
- *Journal Spécial des Sociétés* of *10/05/06* for the company IXIS Investor Services
- *Journal Spécial des Sociétés* of *10/05/06* for the company CACEIS Bank

This briefing having been made, the following declaration was passed:

DECLARATION

The undersigned, *ex-officio*, declares, under their responsibility, both in the name and for the account of the company IXIS Investor Services, as well as in the name and for the account of the company CACEIS Bank, and the penalties imposed by law, that:

- the company objective of CACEIS Bank has been expanded to answer the needs of the entity resulting from the merger, a necessary preliminary to the realization of the merger,
- the merger of the companies IXIS Investor Services and CACEIS Bank by takeover of the company IXIS Investor Services by the company CACEIS Bank has been duly realized, in conformity with the law and regulations,
- the company IXIS Investor Services is definitively dissolved,
- the company CACEIS bank has duly increased its capital according to the conditions specified in the merger contract in remuneration of the contributions made by the company IXIS Investor Services,
- the company CACEIS Bank has duly increased its capital, bringing it to €200,000,000 and suppressed the mention of the nominal value of the shares in the Articles of Association.

The correlated modifications of the Articles of Association of the company CACEIS Bank have been realized in conformity with the law and with the regulations.

A copy of the merger agreement, an original of the reports of the merger auditors, a certified true copy of the minutes of the extraordinary general meeting of the shareholders of the company IXIS Investor Services approving the merger and pronouncing the dissolution of said company, a certified true copy of the minutes of the extraordinary general meeting of the shareholders of the company CACEIS Bank deciding the modification of the company objective, approving the merger, the resulting capital increase, as well as the other modifications to the Articles of Association will be filed, in two copies with two original copies of this declaration, with the court clerk of the commercial court of each of the companies IXIS Investor Services and CACEIS Bank.

As regards the filing undertaken with the court clerk of the commercial court of the registered office of the company CACEIS Bank, it will be accompanied in two copies by:
- an original copy of the report of the merger auditors relating to the values of the contributions,
- a certified true copy of the updated Articles of Association of the company CACEIS Bank.

[Initials]

[Initials]

This declaration is made in conformity with the provisions of Article L. 236-6 of the Commercial Code.

Prepared in Paris, October 2, 2006

| For the company taken over | For the company taking over |
| --- | --- |
| IXIS Investor Services | CACEIS Bank |
| | |
| [Signature] | [Signature] |
| Michel BOIS | Michel BOIS |

4

[Initials]

# TRANSLATION CERTIFICATION

Date: January 21, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French (France)

To:

- English (USA)

The documents are designated as:

- CACEIS Bank - Declaration of conformity - 02-10-2006_English

Jay Bragg, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Jay Bragg