# Exhibit 9

STATE OF FLORIDA
OFFICE OF FINANCIAL REGULATION


4/3/07
mh

In Re: Application by Calyon for Authority
to Open an International Bank Agency to
be Located in Miami, Miami-Dade County,
Florida

Admin. File No. 0394-B-2/07

_____/

## FINAL ORDER OF APPROVAL

On March 8, 2007, pursuant to Sections 663.05 and 663.055, Florida Statutes, the Commissioner for the Office of Financial Regulation ("OFR") issued the attached Notice of Intent to Approve the above-referenced application. The Applicant submitted a written waiver of its right to hearing concerning the proposed OFR action on March 9, 2007. On March 20, 2007, the OFR received the Applicant's signed acknowledgment of the acceptance of the conditions set forth in the attached Notice of Intent.

Accordingly, it is ORDERED:

1. The application by Calyon, Paris, France ("Applicant"), for Authority to Open an International Bank Agency in Miami, Miami-Dade County, Florida, is APPROVED, subject to satisfaction of the conditions contained in the Notice of Intent.

2. The Applicant must satisfy the conditions of approval specified in the attached Notice of Intent. Until these conditions have been met, or if any interim development is deemed to warrant further action by the OFR, the Commissioner reserves the right to alter, suspend, or withdraw approval.

Done and Ordered this 3RD day of April, 2007, at Tallahassee, Florida.

_____
Don Saxon, Commissioner
Office of Financial Regulation

## NOTICE OF RIGHT TO APPELLATE REVIEW

ANY PARTY WHO IS ADVERSELY AFFECTED BY THIS FINAL ORDER IS ENTITLED TO JUDICIAL REVIEW PURSUANT TO SECTION 120.68, FLORIDA STATUTES. REVIEW PROCEEDINGS ARE GOVERNED BY THE FLORIDA RULES OF APPELLATE PROCEDURE. SUCH PROCEEDINGS ARE COMMENCED BY FILING ONE COPY OF A NOTICE OF APPEAL WITH THE AGENCY CLERK, OFFICE OF FINANCIAL REGULATION, LEGAL SERVICES OFFICE, THE FLETCHER BUILDING, SUITE 526, 200 EAST GAINES STREET, TALLAHASSEE, FLORIDA 32399-0379; AND A SECOND COPY, ACCOMPANIED BY THE FILING FEES PRESCRIBED BY SECTION 35.22(3), FLORIDA STATUTES, WITH THE DISTRICT COURT OF APPEAL, FIRST DISTRICT, 300 MARTIN LUTHER KING, JR. BLVD., TALLAHASSEE, FLORIDA 32399-1850, OR IN THE APPELLATE DISTRICT IN WHICH THE PARTY RESIDES. THE NOTICE OF APPEAL MUST BE FILED WITHIN THIRTY (30) DAYS OF RENDITION OF THE FINAL ORDER TO BE REVIEWED.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Final Order of Approval has been furnished by U.S. Mail this 3d day of APRIL, 2007 to William G. McCullough, Esquire, Shutts & Bowen LLP, Suite 1600, 201 South Biscayne Boulevard, Miami, Florida, 33131.

_____
Bruce Kuhse
Florida Bar #0308470
Assistant General Counsel
Division of Financial Institutions
Office of Financial Regulation
200 East Gaines St.
The Fletcher Building, Suite 526
Tallahassee, FL 32399-0379