# Exhibit 10

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G16000004920

**Fictitious Name to be Registered:** CA INDOSUEZ WEALTH (MIAMI)

**Mailing Address of Business:** 600 BRICKELL AVENUE 37TH FLOOR
MIAMI, FL  33131

**Florida County of Principal Place of Business:** MIAMI-DADE

**FEI Number:** 36-2813095

**FILED
Jan 12, 2016
Secretary of State**

**Owner(s) of Fictitious Name:**

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
600 BRICKELL AVENUE 37TH FLOOR
MIAMI, FL  33131
Florida Document Number: F07000000625
FEI Number: 36-2813095

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| /OLIVIER LIVENAIS/ | 01/12/2016 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested (X)**     **Certified Copy Requested (X)**