# Exhibit 11

FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL

# NIC National Information Center (/npw)

A repository of financial data and institution characteristics collected by the Federal Reserve System

# CALYON

**RSSD ID:** 1242357

9 QUAI DU PRESIDENT PAUL DOUMER , PARIS LA DEFENSE CEDEX, FRANCE (OTHER) 75015

Institution Details ⌃
**Web Site:** WWW.CREDIT-AGRICOLE.COM (http://WWW.CREDIT-AGRICOLE.COM)
**Institution Type:** Financial Holding Company - Foreign
**Primary Federal Regulator:** N/A  ⓘ
**Primary Activity:** COMMERCIAL BANKING
**Primary Activity Code:** 52211  ⓘ

**Status:** Inactive (as of 2010)
**Insurance:** NOT INSURED OR NOT AVAIL.
**FDIC Certificate #:** 25982
**RTN/ABA:** N/A
**LEI:** N/A

Financial Data    Organization Hierarchy    History

Currently, there is no financial data available for this institution on this site.

However, data may be available on FFIEC's Public Data Distribution site. (https://cdr.ffiec.gov/public/)

Federal Financial Institutions Examination Council (FFIEC) (https://www.ffiec.gov/default.htm)
Board of Governors of the Federal Reserve System (https://www.federalreserve.gov/)
 (https://www.usa.gov/)

Accessibility (https://www.federalreserve.gov/accessibility.htm)
Disclaimer (https://www.federalreserve.gov/disclaimer.htm)
Privacy Policy (https://www.federalreserve.gov/privacy.htm)
Information Quality Guidelines (https://www.federalreserve.gov/iq_guidelines.htm)

Help (/npw/Help/Help)