# Exhibit 12

FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL

# NIC National Information Center (/npw)

A repository of financial data and institution characteristics collected by the Federal Reserve System

## CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK

**RSSD ID:** 1242357

12, PLACE DES ETATS-UNIS CS 70052 , MONTROUGE, FRANCE (OTHER) 92547

Institution Details ⌃
**Web Site:** WWW.CREDIT-AGRICOLE.COM (http://WWW.CREDIT-AGRICOLE.COM)
**Institution Type:** Financial Holding Company - Foreign
**Primary Federal Regulator:** N/A  ⓘ
**Primary Activity:** COMMERCIAL BANKING
**Primary Activity Code:** 52211  ⓘ

**Status:** Active
**Insurance:** NOT INSURED OR NOT AVAIL.
**FDIC Certificate #:** 25982
**RTN/ABA:** N/A
**LEI:** 1VUV7VQFKUOQSJ21A208

Financial Data     Organization Hierarchy     History     Branches

Currently, there is no financial data available for this institution on this site.

However, data may be available on FFIEC's Public Data Distribution site. (https://cdr.ffiec.gov/public/)

Federal Financial Institutions Examination Council (FFIEC) ⌕
(https://www.ffiec.gov/default.htm)
Board of Governors of the Federal Reserve System ⌕
(https://www.federalreserve.gov/)
⌕ (https://www.usa.gov/)

Accessibility ⌕ (https://www.federalreserve.gov/accessibility.htm)
Disclaimer ⌕ (https://www.federalreserve.gov/disclaimer.htm)
Privacy Policy ⌕ (https://www.federalreserve.gov/privacy.htm)
Information Quality Guidelines ⌕ (https://www.federalreserve.gov/iq_guidelines.htm)

Help (/npw/Help/Help)