# Exhibit 14

20    Entered 03/22/20 13:01:31    Exhibit 14
of 7



# LIST OF MONETARY FINANCIAL INSTITUTIONS AND INSTITUTIONS SUBJECT TO MINIMUM RESERVES AND LIST OF MONETARY FINANCIAL INSTITUTIONS IN THE ACCEDING COUNTRIES

**FEBRUARY 2007**





# EUROPEAN CENTRAL BANK
## EUROSYSTEM







In 2007 all ECB publications feature a motif taken from the €20 banknote.

# LIST OF MONETARY FINANCIAL INSTITUTIONS AND INSTITUTIONS SUBJECT TO MINIMUM RESERVES AND LIST OF MONETARY FINANCIAL INSTITUTIONS IN THE ACCEDING COUNTRIES

### FEBRUARY 2007




© European Central Bank, 2007

**Address**
Kaiserstrasse 29
60311 Frankfurt am Main
Germany

**Postal address**
Postfach 16 03 19
60066 Frankfurt am Main
Germany

**Telephone**
+49 69 1344 0

**Website**
http://www.ecb.int

**Fax**
+49 69 1344 6000

**Telex**
411 144 ecb d

*All rights reserved Reproduction for educational and non-commercial purposes is permitted provided that the source is acknowledged.*
*As at 31 December 2006.*

ISSN 1830-6748 (online)

# Contents I

### Section 1   Overview

Foreword .................................................................................................................................. vi
Definition of terms .................................................................................................................viii

MFI sector analyses: as at the end of December 2006

    Chart 1: The EU MFI sector by country and by category ....................................................... ix
    Chart 2: Percentage share of the EU MFI sector by country..................................................... x
    Chart 3: Percentage share of the EU MFI sector by category................................................... x
    Chart 4: Foreign branches in the EU by country of residence and head office location .......... xi

MFI sector analyses: 1 January 1999 to end-December 2006

    Chart 5: Development of the EU MFI sector........................................................................... xii
    Chart 6: Total net change in the MFI sector by country.......................................................... xii

### Section 2   List of MFIs and institutions subject to minimum reserves

*Euro area Member States*

    ECB ............................................................................................................................................1
    Belgium ......................................................................................................................................2
    Germany.....................................................................................................................................5
    Greece......................................................................................................................................44
    Spain ........................................................................................................................................46
    France ......................................................................................................................................54
    Ireland .....................................................................................................................................88
    Italy..........................................................................................................................................99
    Luxembourg ..........................................................................................................................116
    Netherlands ...........................................................................................................................128
    Austria ...................................................................................................................................135
    Portugal .................................................................................................................................152
    Finland...................................................................................................................................157

*Non-euro area Member States*

    Czech Republic .....................................................................................................................164
    Denmark................................................................................................................................166
    Estonia ...................................................................................................................................170
    Cyprus ...................................................................................................................................171
    Latvia.....................................................................................................................................178
    Lithuania ...............................................................................................................................180
    Hungary ................................................................................................................................182
    Malta .....................................................................................................................................186
    Poland ...................................................................................................................................187
    Slovenia.................................................................................................................................200
    Slovakia.................................................................................................................................201
    Sweden ..................................................................................................................................202
    United Kingdom....................................................................................................................206

| MFI ID | NAME | ADDRESS | POSTAL | CITY | HEAD OFFICE | | RES* |
|---|---|---|---|---|---|---|---|

**FRANCE**

**Central Banks**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FR30001 | Banque de France | 39, Rue Croix-des-Petits-Champs | 75049 | Paris Cedex 01 | | | No |

Total number of Central Banks : 1

**Credit Institutions**

| MFI ID | NAME | ADDRESS | POSTAL | CITY | | HEAD OFFICE | RES* |
|---|---|---|---|---|---|---|---|
| FR18989 | Aareal Bank France | 5 Rue Scribe | 75009 | Paris | | | Yes |
| FR18979 | Abc international bank plc | 4 rue Auber | 75009 | Paris | GB | ABC International Bank | Yes |
| FR18739 | Abn amro bank n.v. | 40 rue de courcelles | 75378 | Paris cedex 08 | NL | ABN AMRO Bank N.V. | Yes |
| FR13668 | Abn Amro France | 40 Rue De Courcelles | 75008 | Paris | | | Yes |
| FR13628 | ABN-Amro Corporate Finance France | 40, Rue de Courcelles | 75008 | Paris | | | Yes |
| FR13279 | Affine | 4 Square Edouard VII | 75009 | Paris | | | Yes |
| FR45129 | Agence Française de Développement | 5, Rue Roland Barthes | 75598 | Paris cedex 12 | | | Yes |
| FR11938 | Agri finance snc | Avenue blaise-pascal | 60007 | Beauvais cedex | | | Yes |
| FR13959 | Agrifigest-alma - societe financiere et agricole de gestion | 23 avenue de Neuilly | 75116 | Paris | | | Yes |
| FR14029 | AIPAL CREDIT Société Anonyme de Crédit Immobilier - S.A.C.I.A.C. | 14-16 Rue Montalivet | 75008 | Paris | | | Yes |
| FR12489 | Alfabanque | 17 boulevard Haussmann | 75009 | Paris | | | Yes |
| FR15318 | Allied irish banks plc (AIB) - AIB Corporate banking France | 39 avenue Pierre 1er de Serbie | 75008 | PARIS | IE | Allied Irish Banks plc | Yes |
| FR16160 | Alsabail - Alsacienne de Crédit Bail Immobilier | 5, Allée de la Robertsau | 67001 | Strasbourg cedex | | | Yes |
| FR14578 | Alsolia | 4 Boulevard De Mons | 59650 | Villeneuve D'ascq | | | Yes |
| FR43030 | Altra Banque | 7 Rue Lamennais | 75008 | Paris | | | Yes |
| FR14358 | American Express Bank (Switzerland) S.A.("AEBS") | 5 bis avenue princesse alice | 98000 | Monaco | | | Yes |
| FR16820 | American express carte france | 4 rue louis bleriot | 92506 | Rueil-malmaison cedex | | | Yes |
| FR19399 | Antin-Bail | 41, Avenue de l'Opéra | 75002 | Paris | | | Yes |
| FR17979 | Arab Bank Plc | 26, Avenue Des Champs-elysées | 75008 | Paris | JO | Arab Bank plc | Yes |
| FR12898 | Arca, Banque du Pays Basque S.A. | 16, Rue Albert 1er | 64100 | Bayonne | | | Yes |
| FR17809 | Assurbail | 4, Place Raoul Dautry | 75015 | Paris | | | Yes |
| FR23890 | Attijariwafa bank | 170 boulevard haussmann | 75008 | Paris | | | Yes |
| FR15650 | Australia And New Zealand Banking Group Limited | 44 Rue François 1er | 75008 | Paris | AU | Australia And New Zealand Banking Group Limited | Yes |
| FR13558 | Auxifip | 1-3 rue du Passeur de Boulogne | 92861 | ISSY-LES-MOULINEAUX CEDEX9 | | | Yes |
| FR10810 | Auxiliaire du Crédit Foncier de France | 19, Rue des Capucines | 75001 | Paris | | | Yes |
| FR12548 | Axa banque | 137 rue Victor Hugo | 92687 | LEVALLOIS CEDEX | | | Yes |
| FR25080 | Axa banque financement | 137 rue victor hugo | 92687 | Levallois cedex | | | Yes |
| FR18839 | B.F.T. - Banque de Financement et de Trésorerie | 11, Avenue d'Iéna | 75116 | Paris | | | Yes |
| FR19119 | B.M.A. Banque de Marchés et d'Arbitrage | 7, Rue Meyerbeer | 75009 | Paris | | | Yes |
| FR11078 | Bail immo nord | 60 bd de Turin Tour de Lille | 59777 | EURALILLE | | | Yes |
| FR15970 | Bail-Actea | 33, Rue Jeanne d'Arc | 62000 | Arras | | | Yes |
| FR15980 | Bail-Entreprises | 30, Boulevard de la Tour D'Auvergne | 35100 | Rennes | | | Yes |
| FR12088 | Banca carige s.p.a - cassa di risparmio di genova e imperia | 8 rue maccarani | 6005 | NICE CEDEX 1 | IT | Banca Carige Spa | Yes |
| FR14458 | Banca di roma international - succursale de monaco | 47-49 boulevard d'Italie r{sidence "les Villas del Sole" | 98007 | Monaco | LU | MEDIOBANCA INTERNATIONAL (LUXEMBOURG) S.A. | Yes |
| FR12208 | Banca di Roma S.p.A. | 21 avenue george v | 75008 | Paris | IT | Banca per Lo Sviluppo della Cooperazione di Credito Spa | Yes |
| FR10128 | Banca Intesa (France) | 23 rue Linois | 75015 | Paris | | | Yes |
| FR14908 | Banca popolare di Sondrio (Suisse) | 3 rue Princesse Florestine | 98011 | MONACO CEDEX | | | Yes |
| FR14818 | Banca regionale Europea S.p.A. | 5 avenue de Suède | 6000 | NICE | IT | Banca Regionale Europea Spa | Yes |
| FR41189 | Banco bilbao vizcaya argentaria (bbva) | 29 avenue de l'opera | 75001 | Paris | ES | Banco Industrial de Bilbao, S.A. | Yes |
| FR12589 | Banco bpi | 31 avenue de l'opera | 75001 | Paris | PT | Banco BPI, SA | Yes |
| FR19229 | Banco de sabadell | 77 avenue des Champs Elys{es | 75008 | PARIS | ES | Banco de Sabadell, S.A. | Yes |
| FR41139 | Banco do brasil | 10 avenue de la Grande-Armée | 75017 | Paris | | | Yes |
| FR12508 | Banco Guipuzcoano S.A. | 25 bd du general de gaulle | 64260 | Hendaye | ES | Banco Guipuzcoano, S.A. | Yes |
| FR41199 | Banco Popular France | 8 Rue D'anjou | 75008 | Paris | | | Yes |

| MFI ID | NAME | ADDRESS | POSTAL | CITY | HEAD OFFICE | | RES* |
|---|---|---|---|---|---|---|---|
| FR30002 | Crédit Lyonnais | 19 Boulevard Des Italiens | 75060 | Paris | | | Yes |
| FR14328 | Crédit lyonnais asset management finance | 90 boulevard Pasteur | 75015 | PARIS | | | Yes |
| FR10160 | Crédit Mobilier de Monaco | 15, Avenue de Grande-Bretagne | 98002 | Monaco Cedex | | | Yes |
| FR19020 | Credit moderne antilles | Rue ferdinand forest prolonge Immeuble Houele, Z.I. Jarry | 97122 | Baie-mahault | | | Yes |
| FR16929 | Crédit Moderne Guyane | Héliconias | 97334 | Cayenne cedex | | | Yes |
| FR12050 | Credit moderne ocean indien | 22 rue pierre aubert | 97491 | SAINTE-CLOTILDE CEDEX | | | Yes |
| FR15208 | Crédit municipal de Paris | 55 rue des Francs-Bourgeois | 75181 | PARIS CEDEX 04 | | | Yes |
| FR16179 | Crédit Mutuel Agricole et Rural de Loire-Atlantique et du Centre-Ouest | 46, Rue du Port Boyer | 44076 | Nantes cedex 03 | | | Yes |
| FR15549 | Crédit Mutuel Agricole et Rural Océan "C.M.A.R. Océan" | 34, Rue Léandre Merlet | 85001 | La Roche-sur-Yon cedex 27 | | | Yes |
| FR14229 | Crédit Saint-Pierrais | 20, Place du Général de Gaulle | 97500 | Saint-Pierre-et-Miquelon | | | Yes |
| FR13428 | Crédit suisse | 25 avenue Kléber | 75016 | PARIS | | | Yes |
| FR18169 | Crédit suisse (France) | 25 avenue Kléber | 75784 | PARIS CEDEX 16 | | | Yes |
| FR14048 | Crédit Suisse (Monaco) | 27, Avenue de la Costa | 98003 | Monaco cedex | | | Yes |
| FR14758 | Creelia | 90 boulevard Pasteur | 75015 | Paris | | | Yes |
| FR14988 | Créfidis | 61 avenue Halley | 59667 | VILLENEUVE D'ASCQ CEDEX | | | Yes |
| FR00007 | Cumul des Banques Populaires (Hors Agrément Collectif SCM) | Le Ponant de Paris 5, Rue Leblanc | 75511 | Paris cedex 15 | | | Yes |
| FR10550 | Daimlerchrysler services france s.a. | | 78590 | Noisy le roi | | | Yes |
| FR11678 | De lage landen leasing s.a.s. | 5-6 Place de l'Iris Tour Manhattan | 92095 | PARIS LA DEFENSE CEDEX | | | Yes |
| FR12879 | Delubac et Cie | 16 place saleon terras | 7160 | Le cheylard cedex | | | Yes |
| FR14918 | DePfa bank plc | 1 rue Saint Georges | 75009 | PARIS | IE | DePfa-Bank Europe plc | Yes |
| FR17789 | Deutsche bank ag | 3-5 avenue de friedland | 75378 | Paris cedex 08 | DE | Deutsche WertpapierService Bank AG | Yes |
| FR14148 | Deutsche hyp deutsche hypothekenbank frankfurt-hamburg ag | 30 avenue George V | 75008 | Paris | DE | Eurohypo AG | Yes |
| FR15648 | Deutsche leasing France | 1 rue Jules Lefebvre | 75009 | PARIS | | | Yes |
| FR19419 | Dexia Assureco | 7-11, Quai André Citroën | 75015 | Paris | | | Yes |
| FR14178 | Dexia Bail | 7/11 Quai André Citroën | 75015 | Paris | | | Yes |
| FR40458 | Dexia Banque Privée France | 37 Rue d'Anjou | 75008 | Paris | | | Yes |
| FR23380 | Dexia C.L.F. Regions-Bail | 7-11, Quai André Citroën | 75901 | Paris cedex 15 | | | Yes |
| FR13148 | Dexia clf banque | 7-11 quai andre citroen Tour Cristal | 75015 | Paris | | | Yes |
| FR29450 | Dexia clf immo | 7-11 quai André Citro«n | 75901 | PARIS CEDEX 15 | | | Yes |
| FR17290 | Dexia credit local | 7-11 quai andre citroen | 75015 | Paris | | | Yes |
| FR14410 | Dexia flobail | 11 quai andre citroen | 75015 | Paris | | | Yes |
| FR14388 | Dexia Municipal Agency | 7-11 Quai André Citröen | 75015 | Paris | | | Yes |
| FR16000 | Diac | 14, Avenue du Pavé Neuf | 93168 | Noisy-le-Grand cedex | | | Yes |
| FR10900 | Diffuco | 102, Avenue des Champs Elysées | 75008 | Paris | | | Yes |
| FR15338 | Disponis | 69 avenue de Flandre | 59700 | MARCQ EN BAROEUL | | | Yes |
| FR14480 | Domimur | 45, Rue Saint-Dominique | 75007 | Paris | | | Yes |
| FR14998 | Domofinance | 5 avenue Kléber | 75116 | PARIS | | | Yes |
| FR11263 | Dresdner bank ag | 5 boulevard de la Madeleine | 75001 | Paris | DE | Dresdner-Cetelem Kreditbank GmbH | Yes |
| FR18179 | Dresdner bank gestions france | 5 boulevard de la Madeleine | 75001 | Paris | | | Yes |
| FR15508 | Dresdner bank Monaco | 24 boulevard des Moulins Immeuble Le Lotus | 98001 | MONACO CEDEX | | | Yes |
| FR11318 | Dresdner gestion privee | 20 rue Le Peletier AGF Finance - CP T201 | 75009 | Paris | | | Yes |
| FR10018 | EFG Eurofinancière d'Investissements S.A.M. | 15, Avenue d'Ostende | 98000 | Monaco | | | Yes |
| FR42959 | Electro-Banque | 12, Rue de la Baume | 75008 | Paris | | | Yes |
| FR13888 | Elysées Factor | 103 Avenue des Champs-Elysées | 75008 | Paris | | | Yes |
| FR19940 | Energeco | 115 Rue Montmartre | 75002 | Paris | | | Yes |
| FR15238 | Eole finance | 32 rue Mirabeau | 29480 | LE RELECQ-KERHUON | | | Yes |
| FR22970 | Epargne Crédit des Militaires (E.C.M.) | 6, Rue Las Cases | 75007 | Paris | | | Yes |
| FR13698 | Ester finance titrisation | 9 quai du Pr{sident Paul Doumer | 92400 | COURBEVOIE | | | Yes |
| FR25170 | Etica bail s.n.c. | 1-3 rue du Passeur de Boulogne | 92861 | ISSY-LES-MOULINEAUX CEDEX9 | | | Yes |