# Exhibit 15

FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL

# NIC National Information Center (/npw)

A repository of financial data and institution characteristics collected by the Federal Reserve System

# CREDIT LYONNAIS

**RSSD ID:** 1242366

20, AVENUE DE PARIS , VILLEJUIF, FRANCE (OTHER) 94811

Institution Details ⌃

**Web Site:** N/A
**Institution Type:** Foreign Bank
**Primary Federal Regulator:** N/A
**Primary Activity:** COMMERCIAL BANKING
**Primary Activity Code:** 52211

**Status:** Active
**Insurance:** NOT INSURED OR NOT AVAIL.
**FDIC Certificate #:** N/A
**RTN/ABA:** N/A
**LEI:** N/A

| Financial Data | Organization Hierarchy | History | Branches |

Currently, there is no financial data available for this institution on this site.

However, data may be available on FFIEC's Public Data Distribution site. (https://cdr.ffiec.gov/public/)

Federal Financial Institutions Examination Council (FFIEC) ⌕
(https://www.ffiec.gov/default.htm)
Board of Governors of the Federal Reserve System ⌕
(https://www.federalreserve.gov/)
⌕ (https://www.usa.gov/)

Accessibility ⌕ (https://www.federalreserve.gov/accessibility.htm)
Disclaimer ⌕ (https://www.federalreserve.gov/disclaimer.htm)
Privacy Policy ⌕ (https://www.federalreserve.gov/privacy.htm)
Information Quality Guidelines ⌕ (https://www.federalreserve.gov/iq_guidelines.htm)

Help (/npw/Help/Help)