**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Fairfield Sentry Limited, et al.,**<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof,**<br>                      Plaintiffs,<br><br>-against-<br><br>**Theodoor GGC Amsterdam, et al.,**<br>                      Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This notice applies to the adversary proceedings listed in Appendix A. | |

## NOTICE OF FILING OF EXHIBITS TO THE SUPPLEMENTAL MEMORANDUM OF SWISS FINANCIAL INSTITUTION DEFENDANTS IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS

PLEASE TAKE NOTICE that on March 16, 2019, Defendants filed the *Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to 11 U.S.C. §§ 561(d), 546(e), and 546(g) and for Insufficient Service of Process Under the Hague Service Convention* (the "Consolidated Memorandum") [Dkt. No. 2903 in Adv. Pro. No. 10-3496].[1]

PLEASE TAKE FURTHER NOTICE that on March 19, 2020, certain Defendants (the "Swiss Financial Institution Defendants") filed a Supplemental Memorandum of Swiss Financial

---

[1] Capitalized terms not defined have the same meanings as in the Consolidated Memorandum.

-1-

Institution Defendants in Support of Defendants' Renewed Motion to Dismiss (the "Supplemental Memorandum").

PLEASE TAKE FURTHER NOTICE that Appendix A includes a list of certain Swiss Financial Institution Defendants submitting extracts from the "Commercial Registers" of various Swiss cantons, as detailed in the Supplemental Memorandum.

PLEASE TAKE FURTHER NOTICE that Appendix B includes a list of counsel for the Swiss Financial Institution Defendants submitting extracts from the "Commercial Registers" of various Swiss cantons, as detailed in the Supplemental Memorandum.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibits 1-63, for the Court's convenience, are true and correct copies of extracts for certain Swiss Financial Institution Defendants, as detailed in the Supplemental Memorandum, where Part a of the Exhibit, where applicable, is a true and correct copy of the extract and Part b of the Exhibit, where applicable, is a true and correct copy of an English translation and certification of Part a of the Exhibit:

| Ex. | Swiss Financial Institution Defendant | Adv. Pro. No. |
| --- | --- | --- |
| 1. | Banca Arner S.A. | 10-03635; 10-03636 |
| 2. | Banca Commerciale Lugano | 12-01185 |
| 3. | Edmond de Rothschild (Lugano) SA sued as Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | 10-03635; 10-03636 |
| 4. | Banca Unione di Credito | 10-03635; 10-03636 |
| 5. | Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) | 10-03509 |
| 6. | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | 10-03635; 10-03636 |
| 7. | Bank Julius Baer & Co. Ltd. | 10-03635; 10-03636; 11-01243 |

| 8.  | Bank Vontobel | 11-01760 |
|-----|---------------|----------|
| 9.  | Banque Baring Brothers Sturdza SA (now known as Banque Eric Sturdza SA) | 12-01157 |
| 10. | Banque Cantonale Vaudoise | 10-03635; 10-03636 |
| 11. | Banque Pictet & Cie SA | 10-03635; 10-03636; 10-03764 |
| 12. | Banque Piguet & Cie SA n/k/a Piguet Galland & Cie SA | 10-03514 |
| 13. | Banque SYZ SA (f/k/a Banque Syz & Co. SA) | 10-03513 |
| 14. | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. | 10-04087 |
| 15. | Barclays Bank (Suisse) SA | 11-1259 |
| 16. | BBVA SA (f/k/a BBVA (Suiza) SA, a/k/a BBVA (Suisse) SA) (also sued as "BBVA Zurich/Shares") | 10-03535; 10-03636; 11-01600 |
| 17. | Bipielle Bank (Suisse) in Liquidation | 11-01568 |
| 18. | BNP Paribas (Suisse) SA | 10-03635; 10-03636 |
| 19. | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | 10-03635; 10-03636 |
| 20. | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | 10-03635; 10-03636 |
| 21. | Bordier & Cie | 10-03873 |
| 22. | BSI AG | 10-03635; 10-03636 |
| 23. | BSI Ex Banca Del Gottardo | 10-03635; 10-03636 |
| 24. | CBH Compagnie Bancaire Helvetique SA | 10-03635; 10-03636; 11-01256 |
| 25. | Citibank (Switzerland) AG | 10-03640; 10-03634 |
| 26. | Clariden Leu Ltd. | 10-03635; 10-03636 |
| 27. | Compagnie Bancaire Espirito Bancaire SA, a/k/a Banque Privée Espírito Santo S.A (in liquidation) | 10-03634; 10-03756 |
| 28. | Corner Banca SA | 10-03635; 10-03636 |

| 29. | Coutts & Co AG (f/k/a RBS Coutts Bank, Ltd.) | 10-03635; 10-03636 |
|---|---|---|
| 30. | CA Indosuez (Switzerland) S.A. | 11-01244 |
| 31. | Credit Suisse AG Zurich | 10-03635; 10-03636 |
| 32. | Deutsche Bank (Suisse) SA | 10-03745 |
| 33. | Deutsche Bank (Suisse) SA, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG | 11-02440 |
| 34. | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | 10-03635; 10-03636 |
| 35. | Edmond de Rothschild (Suisse) S.A. f/k/a Banque Privée Edmond de Rothschild SA, sued as Rothschild Bank Geneva (Dublin) | 10-03635; 10-03636 |
| 36. | Edmond de Rothschild (Suisse) S.A. sued as Sella Bank | 10-03635; 10-03636 |
| 37. | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | 10-03625 |
| 38. | EFG Bank S.A. Switzerland (n/k/a EFG Bank) | 10-03635; 10-03636 |
| 39. | EFG Private Bank S.A. (n/k/a EFG Bank) | 10-03634 |
| 40. | Falcon Private Bank | 10-03635; 10-03636 |
| 41. | Finter Bank Zurich (n/k/a Bank Vontobel AG) | 10-03635; 10-03636 |
| 42. | Société Générale Private Banking (Lugano-Svizzera) a/k/a FS/SG Private Banking Suisse SA | 11-01566 |
| 43. | Hapoalim (Switzerland) Ltd. | 10-03510; 10-03635; 10-03636 |
| 44. | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd. | 12-01185 |
| 45. | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG | 11-01594 |
| 46. | HSBC Private Bank Suisse SA | 10-03633 |
| 47. | InCore Bank AG | 10-03635; 10-03636 |
| 48. | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | 10-03801 |
| 49. | Investec Bank (Switzerland) AG | 12-01125 |
| 50. | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) | 10-03635; 10-03636 |

| 51. | Lombard Odier Darier Hentsch & Cie n/k/a Banque Lombard Odier & Cie S.A. | 10-03635; 10-03636; 10-03795 |
|---|---|---|
| 52. | Merrill Lynch Bank (Suisse) SA | 10-03788 |
| 53. | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) | 11-01257 |
| 54. | Rahn & Bodmer Banquiers (n/k/a Rahn+Bodmer Co.) | 11-01581 |
| 55. | Rothschild & Co Bank AG. a/k/a Rothschild Bank AG Zurich (Dublin) | 10-03635; 10-03636 |
| 56. | Schroder & Co. Bank AG | 11-01249 |
| 57. | Société Générale Private Banking (Suisse) SA | 10-03595; 10-03786 |
| 58. | SIS SEEGANINTERSETTLE | 10-03635; 10-03636 |
| 59. | SIX SIS AG | 10-03869 |
| 60. | SIX SIS Ltd. | 10-03635; 10-03636 |
| 61. | UBS AG (sued as UBS AG Zurich, UBS AG New York and UBS Zurich) | 10-03635; 10-03636; 10-03780; 11-01258 |
| 62. | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | 10-03635; 10-03636 |
| 63. | Wegelin & Co. | 12-01555 |

Dated: March 19, 2020
New York, New York

    Respectfully submitted,

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    */s/ Thomas J. Moloney*
    Thomas J. Moloney
    Joseph M. Kay
    Christine M. Jordan
    One Liberty Plaza
    New York, New York  10006
    T: 212-225-2000
    F: 212-225-3999
    tmoloney@cgsh.com
    jkay@cgsh.com
    cjordan@cgsh.com

    *Counsel for HSBC Private Bank (Suisse) S.A. and HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company AG)*