## APPENDIX A
## SWISS FINANCIAL INSTITUTION DEFENDANTS SUBMITTING EXTRACTS

| Ex. | Defendant Name | Case Name | Adv. Pro. No. |
|---|---|---|---|
| 1. | Banca Arner S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 2. | Banca Commerciale Lugano | *Fairfield Sentry Limited (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-01185 |
| 3. | Edmond de Rothschild (Lugano) SA sued as Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 4. | Banca Unione di Credito | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 5. | Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) | *Fairfield Sentry Ltd. (In Liquidation) et al v. Banco Santander (Suisse) S.A* | 10-03509 |
| 6. | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | *Fairfield Sentry Ltd. (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* | 10-03635; 10-03636 |
| 7. | Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| | | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Bank Julius Baer and Co. Ltd., Zurich, a/k/a Bank Julius Baer and Co. SA* | 11-01243 |
| 8. | Bank Vontobel | *Fairfield Sentry Ltd. ( In Liquidation) et al. v. Bank Vontobel AG et al.* | 11-01760 |
| 9. | Banque Baring Brothers Sturdza SA (now known as Banque Eric Sturdza SA) | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Banque Baring Brothers Sturdza SA et al.* | 12-01157 |
| 10. | Banque Cantonale Vaudoise | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 11. | Banque Pictet & Cie SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| | | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | 10-03764 |

| Ex. | Defendant Name | Case Name | Adv. Pro. No. |
|---|---|---|---|
| 12. | Banque Piguet & Cie SA n/k/a Piguet Galland & Cie SA | *Fairfield Sentry Ltd. (In Liquidation) et al v. Banque Piguet & Cie S.A. et al.* | 10-03514 |
| 13. | Banque SYZ SA (f/k/a Banque Syz & Co. S.A.) | *Fairfield Sentry Ltd. (In Liquidation) et al v. Banque Syz & Co. S.A. et al.* | 10-03513 |
| 14. | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. | *Fairfield Sentry Ltd. (In Liquidation) et al v. Royal Bank of Canada (Suisse) et al.* | 10-04087 |
| 15. | Barclays Bank (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation) et al v. Barclays Bank (Suisse) SA et al.* | 11-1259 |
| 16. | BBVA SA (f/k/a BBVA (Suiza) SA, a/k/a BBVA (Suisse) SA) (also sued as "BBVA Zurich/Shares") | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| | | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares et al.* | 11-01600 |
| 17. | Bipielle Bank (Suisse) in Liquidation | *Fairfield Sentry Ltd. (In Liquidation) et al v. Bipielle Banke (Suisse) et al.* | 11-01568 |
| 18. | BNP Paribas (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 19. | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 20. | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 21. | Bordier & Cie | *Fairfield Sentry Ltd. (In Liquidation) et al v. Bordier & Cie et al.* | 10-03873 |
| 22. | BSI AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 23. | BSI Ex Banca Del Gottardo | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 24. | CBH Compagnie Bancaire Helvetique SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| | | *Fairfield Sentry Ltd. (In Liquidation), acting v. Banque SCS Alliance SA n/k/a Compagnie Bancaire Helvetique SA* | 11-01256 |
| 25. | Citibank (Switzerland) AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | 10-03640 |

| Ex. | Defendant Name | Case Name | Adv. Pro. No. |
|---|---|---|---|
| | | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | 10-03634 |
| 26. | Clariden Leu Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 27. | Compagnie Bancaire Espirito Bancaire SA, a/k/a Banque Privée Espírito Santo S.A (in liquidation) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | 10-03634 |
| | | *Fairfield Sentry Ltd. ( In Liquidation) et al. v. FS/CBESSA et al.* | 10-03756 |
| 28. | Corner Banca SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 29. | Coutts & Co AG (f/k/a RBS Coutts Bank, Ltd.) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 30. | CA Indosuez (Switzerland) S.A. | *Fairfield Sentry Ltd. (In Liquidation) et al. v. CA Indosuez (Switzerland) SA et al.* | 11-01244 |
| 31. | Credit Suisse AG Zurich | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 32. | Deutsche Bank (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Deutsche bank (Suisse) SA Geneve et al.* | 10-03745 |
| 33. | Deutsche Bank (Suisse) SA, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie* | 11-02440 |
| 34. | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 35. | Edmond de Rothschild (Suisse) S.A. f/k/a Banque Privée Edmond de Rothschild SA, sued as Rothschild Bank Geneva (Dublin) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 36. | Edmond de Rothschild (Suisse) S.A. sued as Sella Bank | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 37. | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | *Fairfield Sentry Ltd. (In Liquidation) et al. v. EFG Bank et al.* | 10-03625 |
| 38. | EFG Bank S.A. Switzerland (n/k/a EFG Bank) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |

| Ex. | Defendant Name | Case Name | Adv. Pro. No. |
|---|---|---|---|
| 39. | EFG Private Bank S.A. (n/k/a EFG Bank) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | 10-03634 |
| 40. | Falcon Private Bank | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 41. | Finter Bank Zurich (n/k/a Bank Vontobel AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 42. | Société Générale Private Banking (Lugano-Svizzera) a/k/a FS/SG Private Banking Suisse SA | *Fairfield Sentry Ltd. (In Liquidation) et al. v. FS/SG Private Banking (Lugano-Svizzera) SA et al.* | 11-01566 |
| 43. | Hapoalim (Switzerland) Ltd. | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Bank Hapoalim (Suisse) Ltd. et al* | 10-03510 |
| | | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 44. | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd. | *Fairfield Sentry Limited (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-01185 |
| 45. | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | 11-01594 |
| 46. | HSBC Private Bank Suisse SA | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | 10-03633 |
| 47. | InCore Bank AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 48. | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | *Fairfield Sentry Ltd. ( In Liquidation) et al v. ING Bank (Suisse) SA et al.* | 10-03801 |
| 49. | Investec Bank (Switzerland) AG | *Fairfield Sentry Ltd. (In Liquidation), acting v. Investec Bank (Switzerland) AG et al.* | 12-01125 |
| 50. | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 51. | Lombard Odier Darier Hentsch & Cie n/k/a | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |

| Ex. | Defendant Name | Case Name | Adv. Pro. No. |
|---|---|---|---|
|  | Banque Lombard Odier & Cie S.A. | *Fairfield Sentry Ltd. ( In Liquidation) et al. v. Lombard Odier Darier Hentsch & Cie et al.* | 10-03795 |
| 52. | Merrill Lynch Bank (Suisse) SA | *Fairfield Sentry Ltd. ( In Liquidation) et al. v. Merrill Lynch Bank (Suisse) SA et al.* | 10-03788 |
| 53. | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives* | 11-01257 |
| 54. | Rahn & Bodmer Banquiers (n/k/a Rahn+Bodmer Co.) | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Rahn & Bodmer Banquiers et al.* | 11-01581 |
| 55. | Rothschild & Co Bank AG. a/k/a Rothschild Bank AG AG Zurich (Dublin) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 56. | Schroder & Co. Bank AG | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Schroder & Co. Bank AG et al.* | 11-01249 |
| 57. | Société Générale Private Banking (Suisse) SA | *Fairfield Sentry Ltd. (In Liquidation) et al. v. SG Private Banking (Suisse) SA et al.* | 10-03595 |
|  |  | *Fairfield Sentry Ltd. ( In Liquidation) et al. v. SG Private Banking (Suisse) SA et al.* | 10-03786 |
| 58. | SIS SEEGANINTERSETTLE | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 59. | SIX SIS AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026 et al.* | 10-03869 |
| 60. | SIX SIS Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
| 61. | UBS AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |
|  |  | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | 10-03780 |
|  |  | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | 11-01258 |
| 62. | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635; 10-03636 |

| Ex. | Defendant Name | Case Name | Adv. Pro. No. |
|---|---|---|---|
| 63. | Wegelin & Co. | *Fairfield Sentry Ltd. (In Liquidation) et al. v. HSH Nordbank Securities S.A. et al.* | 12-01555 |