# Exhibit 1a



# Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-514.3.004.789-8 dal: CH-514.3.004.789-8/a a: | 1 |
|---|---|---|---|---|---|
| CHE-103.630.014 | Società anonima | 31.10.1988 | 27.02.2019 | | |

Tutte le iscrizioni

## Ditta cancellata

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 1 | 24 | ~~Banca Arner SA~~ | 1 | Lugano |
| 24 | | **BANCA ARNER SA** | | |
| 24 | | (ARNER BANK AG)(BANQUE ARNER SA)(ARNER BANK Ltd) | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | | 7'500'000.00 | 7'500'000.00 | 75'000 azioni nominative da CHF 100.00 | 1 | 7 | ~~Via Landriani 2a~~ ~~6900 Lugano~~ |
| | | | | | 7 | | Piazza Manzoni 8 6900 Lugano |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | | L'esercizio di una banca di gestioni patrimoniali. In modo particolare: l'amministrazione dei depositi di clienti; le gestioni patrimoniali per conto dei clienti, con tutti i servizi a tali gestioni; la concessione di crediti principalmente sotto forma di lombard; l'acquisto e la vendita di titoli e altri strumenti finanziari sia a contanti che a termine, anche sotto forma di contratti ed opzioni, per conto di terzi; la costituzione e la gestione di fondi d'investimento; l'acquisto e la vendita a contanti ed a termine sotto forma di contratti ed opzioni, di divise e metalli preziosi, nei limiti delle disposizioni delle autorità competenti; l'esecuzione di operazioni a titolo fiduciario, compresa la costituzione e l'amministrazione di società per conto di terzi; la partecipazione a sindacati d'emissione; l'accettazione di depositi in tutte le forme proprie alle banche, escluse quelle di risparmio; l'esecuzione di ogni tipo di pagamento; l'emissione, il pagamento e l'incasso di assegni; la custodia di titoli e altri valori e la locazione di cassette di sicurezza; la costituzione di fideiussioni, cauzioni, avalli o garanzie; la costituzione di rappresentanze, succursali ed affiliate. Può acquistare titoli azionari ed obbligazioni per proprio conto, immobili per proprio uso nonché partecipazioni in altre società. Il territorio geografico di attività della società per operazioni fuori bilancio comprende le piazze borsistiche e finanziarie più importanti. Per le operazioni creditizie (ad esclusione delle anticipazioni su titoli) il campo di attività è generalmente limitato alla Svizzera. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 82 | | Gli attivi e i passivi verso terzi sono ripresi da GS Banque SA, in Genève (CHE-112.045.116). La società è cancellata in seguito alla fusione. | 1 | 11.10.1988 |
| | | | 1 | omissis |
| | | | 1 | 15.01.1996 |
| | | | 24 | 28.04.2005 |
| | | | 51 | 07.07.2008 |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | Apporto del pacchetto azionario pari a 1'200 azioni al portatore da CHF 1'000.-- della "Arner SA", in Lugano, per il valore di CHF 1'400'000 accettato per CHF 1'300.000.-- computati sul capitale azionario. | 1 | FUSC |
| 1 | 24 | ~~Fusione: La società ha assunto, sulla base del contratto di fusione del 09.05.1994, la Arner SA, in Lugano, giusta l'art. 748 CO. Bilancio di fusione: 31.12.1993.~~ ~~Il capitale azionario rimane invariato in quanto la società è già detentrice dell'intero pacchetto azionario della Arner SA, in Lugano..~~ | | |
| 46 | | Fusione: ripresa di attivi e passivi di Arner Real Estate SA, in Lugano (CH-514.3.021.135-6), secondo il contratto di fusione del 09.11.2010 e bilancio al 31.10.2010 , che presenta attivi per CHF 15'289'165.00 e passivi verso terzi per CHF 2'226'443.00. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |

| Is | Ra | Succursali | Is | Ra | Succursali |
|---|---|---|---|---|---|
| 62 | | Zurigo | | | |



Biasca, 02.03.2020 10:17

Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | | | Lugano | 2 |

Tutte le iscrizioni

| Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | (Omissione) | | (Omissione) | | 42 | 20 | 04.01.2010 | 5 | 08.01.2010 | 19 / 5432074 |
| 1 | 4067 | 10.10.1996 | 205 | 22.10.1996 | 6436 | 43 | 7071 | 07.06.2010 | 111 | 11.06.2010 | 17 / 5671898 |
| 2 | 1561 | 17.03.1998 | 60 | 27.03.1998 | 2121 | 44 | 11111 | 22.09.2010 | 188 | 28.09.2010 | 15 / 5828812 |
| 3 | 1880 | 01.04.1998 | 72 | 16.04.1998 | 2569 | 45 | 13283 | 12.11.2010 | 225 | 18.11.2010 | 15 / 5900292 |
| 4 | 1308 | 23.03.1999 | 61 | 29.03.1999 | 2052 | 46 | 15191 | 21.12.2010 | 252 | 27.12.2010 | 25 / 5961504 |
| 5 | R 3817 | 09.08.1999 | R 156 | 13.08.1999 | 5553 | 47 | 182 | 11.01.2011 | 11 | 17.01.2011 | 16 / 5987510 |
| 6 | 4661 | 01.10.1999 | 195 | 07.10.1999 | 6882 | 48 | 1464 | 10.02.2011 | 33 | 16.02.2011 | 15 / 6035558 |
| 7 | 4619 | 07.09.2000 | 178 | 13.09.2000 | 6266 | 49 | 3587 | 01.04.2011 | 68 | 06.04.2011 | 6109162 |
| 8 | 2813 | 17.05.2001 | 99 | 23.05.2001 | 3894 | 50 | R 3765 | 06.04.2011 | R 71 | 11.04.2011 | 6115258 |
| 9 | 3138 | 01.06.2001 | 109 | 08.06.2001 | 4323 | 51 | 4040 | 13.04.2011 | 76 | 18.04.2011 | 6125536 |
| 10 | 4685 | 10.09.2001 | 178 | 14.09.2001 | 7184 | 52 | 9155 | 21.07.2011 | 143 | 26.07.2011 | 6272078 |
| 11 | 4016 | 03.07.2002 | 130 | 09.07.2002 | 15 / 550312 | 53 | 948 | 26.01.2012 | 21 | 31.01.2012 | 6527360 |
| 12 | 5726 | 03.10.2002 | 195 | 09.10.2002 | 13 / 678030 | 54 | 5146 | 17.04.2012 | 77 | 20.04.2012 | 6645660 |
| 13 | 669 | 05.02.2003 | 27 | 11.02.2003 | 14 / 856584 | 55 | 5298 | 20.04.2012 | 80 | 25.04.2012 | 6651870 |
| 14 | 4920 | 09.09.2003 | 176 | 15.09.2003 | 13 / 1170868 | 56 | 7100 | 01.06.2012 | 108 | 06.06.2012 | 6706174 |
| 15 | R 5337 | 01.10.2003 | R 192 | 07.10.2003 | 14 / 1203796 | 57 | 12299 | 12.10.2012 | 202 | 17.10.2012 | 6892828 |
| 16 | 5973 | 31.10.2003 | 214 | 06.11.2003 | 14 / 1248082 | 58 | 4359 | 12.04.2013 | 73 | 17.04.2013 | 7151358 |
| 17 | 6880 | 16.12.2003 | 246 | 22.12.2003 | 15 / 2043182 | 59 | 5673 | 02.05.2013 | 87 | 07.05.2013 | 7179036 |
| 18 | 1931 | 07.04.2004 | 72 | 15.04.2004 | 17 / 2212716 | 60 | 13756 | 13.11.2013 | 223 | 18.11.2013 | 1185559 |
| 19 | 3854 | 29.04.2004 | 86 | 05.05.2004 | 13 / 2247506 | 61 | 9963 | 16.07.2014 | 138 | 21.07.2014 | 1625043 |
| 20 | C 3991 | 05.05.2004 | C 90 | 11.05.2004 | 12 / 2255612 | 62 | 11282 | 20.08.2014 | 162 | 25.08.2014 | 1678583 |
| 21 | R 4368 | 24.05.2004 | R 102 | 28.05.2004 | 14 / 2283538 | 63 | 16307 | 03.12.2014 | 237 | 08.12.2014 | 1865977 |
| 22 | 6299 | 06.09.2004 | 176 | 10.09.2004 | 13 / 2443482 | 64 | 55 | 05.01.2015 | 4 | 08.01.2015 | 1917599 |
| 23 | 2616 | 29.04.2005 | 87 | 06.05.2005 | 16 / 2824824 | 65 | 1284 | 29.01.2015 | 22 | 03.02.2015 | 1968049 |
| 24 | 3006 | 19.05.2005 | 99 | 25.05.2005 | 13 / 2851628 | 66 | 9406 | 07.07.2015 | 131 | 10.07.2015 | 2262631 |
| 25 | 5031 | 09.09.2005 | 179 | 15.09.2005 | 12 / 3018864 | 67 | R 9777 | 14.07.2015 | R 136 | 17.07.2015 | 2276341 |
| 26 | R 5120 | 15.09.2005 | R 183 | 21.09.2005 | 12 / 3027220 | 68 | 15727 | 24.11.2015 | 231 | 27.11.2015 | 2507019 |
| 27 | 2960 | 24.03.2006 | 63 | 30.03.2006 | 12 / 3310644 | 69 | 17357 | 22.12.2015 | 251 | 28.12.2015 | 2568389 |
| 28 | 4019 | 18.04.2006 | 78 | 24.04.2006 | 14 / 3344074 | 70 | 10522 | 26.07.2016 | 146 | 29.07.2016 | 2981451 |
| 29 | 6878 | 25.07.2006 | 146 | 31.07.2006 | 11 / 3490050 | 71 | 14072 | 14.10.2016 | 203 | 19.10.2016 | 3116815 |
| 30 | 10258 | 20.11.2006 | 229 | 24.11.2006 | 13 / 3649562 | 72 | 17789 | 22.12.2016 | 252 | 28.12.2016 | 3252171 |
| 31 | 10802 | 04.12.2006 | 239 | 08.12.2006 | 17 / 3672670 | 73 | 3707 | 14.03.2017 | 54 | 17.03.2017 | 3410905 |
| 32 | 1864 | 19.02.2007 | 38 | 23.02.2007 | 17 / 3794396 | 74 | 3912 | 17.03.2017 | 57 | 22.03.2017 | 3418991 |
| 33 | 5357 | 04.06.2007 | 109 | 08.06.2007 | 16 / 3967756 | 75 | 7696 | 03.05.2017 | 88 | 08.05.2017 | 3507915 |
| 34 | 9267 | 11.10.2007 | 201 | 17.10.2007 | 14 / 4158774 | 76 | 18935 | 14.12.2017 | 246 | 19.12.2017 | 3940307 |
| 35 | 785 | 24.01.2008 | 20 | 30.01.2008 | 14 / 4314088 | 77 | 7495 | 29.05.2018 | 104 | 01.06.2018 | 4264427 |
| 36 | 2121 | 29.02.2008 | 46 | 06.03.2008 | 16 / 4375200 | 78 | 9820 | 10.07.2018 | 134 | 13.07.2018 | 4358221 |
| 37 | 5210 | 23.05.2008 | 102 | 29.05.2008 | 16 / 4496354 | 79 | 10814 | 02.08.2018 | 150 | 07.08.2018 | 4401401 |
| 38 | 10667 | 16.10.2008 | 205 | 22.10.2008 | 16 / 4701488 | 80 | 17402 | 18.12.2018 | 248 | 21.12.2018 | 1004528211 |
| 39 | 1215 | 04.02.2009 | 27 | 10.02.2009 | 18 / 4870630 | 81 | 2116 | 08.02.2019 | 30 | 13.02.2019 | 1004565697 |
| 40 | 4456 | 16.04.2009 | 76 | 22.04.2009 | 19 / 4984866 | 82 | 3395 | 27.02.2019 | 43 | 04.03.2019 | 1004579625 |
| 41 | 13791 | 29.10.2009 | 214 | 04.11.2009 | 19 / 5326126 | | | | | | |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 23 | Velo, Lucio, da Bellinzona, in Bissone | presidente | firma collettiva a due |
| 1 | | 6m | Sciorilli Borelli, Ivo, cittadino italiano, in Breganzona | vice-presidente | firma collettiva a due |
| 1 | | 23m | Stolba, Johannes, da Zurigo, in Zurigo | membro | firma collettiva a due |
| 1 | | 8m | Bravetti, Nicola, da Castel San Pietro, in Lugano | direttore | firma collettiva a due |
| 1 | | 8m | Del Bue, Paolo, cittadino italiano, in Muzzano | direttore | firma collettiva a due |
| 1 | | 38m | Schraemli, Giovanni Giacomo, da Wiesendangen, in Muzzano | direttore | firma collettiva a due |

Biasca, 02.03.2020 10:17

Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | | Lugano | 3 |

Tutte le iscrizioni

| In | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 2m | Russo, Antonio, da Mezzovico-Vira, in Mezzovico-Vira | vice-direttore | firma collettiva a due con un direttore |
| 1 | | 8 | Trucco, Gian Luigi, cittadino italiano, in Paradiso | vice-direttore | firma collettiva a due con un direttore |
| 1 | | 5m | Weber, Paul, da Sulz, in Como (I) | | procura collettiva a due con un direttore |
| 1 | | 31 | Società di Revisione Bancaria SRB, in Basilea | ufficio di revisione | |
| | 2 | 8m | Russo, Antonio, da Mezzovico-Vira, in Mezzovico-Vira | direttore sostituto | firma collettiva a due con un direttore |
| | 2 | 8m | Colonna di Paliano, Piero, cittadino italiano, in Breganzona | direttore | firma collettiva a due con un direttore |
| | 2 | 8m | Ghezzi, Gianni, da Sigirino, in Pregassona | | procura collettiva a due con un direttore |
| | 2 | 5m | Mascolo, Flavio, cittadino italiano, in Maccagno (I) | | procura collettiva a due con un direttore |
| | 3 | 5m | Romani, Giulio, da Novaggio, in Novaggio | | procura collettiva a due con un direttore |
| | 4 | 5m | Weber, Paul, da Sulz AG, in Bedano | vice-direttore | firma collettiva a due con un direttore |
| | 4 | 5m | Romani, Giulio, da Novaggio, in Paradiso | vice-direttore | firma collettiva a due con un direttore |
| | 4 | 5m | Mascolo, Flavio, cittadino italiano, in Maccagno (I) | vice-direttore | firma collettiva a due con un direttore |
| | 5 | 8 | Weber, Paul, da Sulz AG, in Bedano | vice-direttore | firma collettiva a due con un direttore |
| | 5 | 8m | Romani, Giulio, da Novaggio, in Paradiso | vice-direttore | firma collettiva a due con un direttore |
| | 5 | 8m | Mascolo, Flavio, cittadino italiano, in Maccagno (I) | vice-direttore | firma collettiva a due con un direttore |
| | 6 | 23m | Sciorilli Borelli, Ivo, da Langnau im Emmental, in Breganzona | vice-presidente | firma collettiva a due |
| | 8 | 25 | Del Bue, Paolo, cittadino italiano e svizzero, da Muzzano, in Muzzano | direttore | firma collettiva a due |
| | 8 | 37 | Bravetti, Nicola, da Castel San Pietro, in Sorengo | direttore | firma collettiva a due |
| | 8 | 38m | Colonna di Paliano, Piero, cittadino italiano, in Breganzona | direttore | firma collettiva a due |
| | 8 | 9m | Russo, Antonio, da Mezzovico-Vira, in Mezzovico-Vira | direttore sostituto | firma collettiva a due |
| | 8 | 11m | Romani, Giulio, da Novaggio, in Paradiso | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 8 | 11m | Mascolo, Flavio, cittadino italiano, in Maccagno (I) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 8 | 18 | Ghezzi, Gianni, da Sigirino, in Pregassona | | procura collettiva a due con un direttore o un direttore sostituto |
| 8 | | 13 | Cornu, Daniel, da Chamblon, in Bosco Luganese | direttore | firma collettiva a due |
| 8 | | 17 | Hvaring, Frode, cittadino norvegese, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 8 | | 20m | Indelicato, Aldo, da Ligornetto, in Coldrerio | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 8 | | 11 | Toft, Warren William, cittadino australiano, in Morcote | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 8 | | 10 | Kuster, John Massimo, da Diepoldsau, in Sonvico | | procura collettiva a due con un direttore o un direttore sostituto |
| 8 | | 32m | Ronchetti, Marco, da Morbio Inferiore, in Mendrisio | | procura collettiva a due con un direttore o un direttore sostituto |
| 8 | | 12 | Scalena, Marco, da Lugano, in Lopagno | | procura collettiva a due con un direttore o un direttore sostituto |



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | Lugano | 4 |

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 8 | | 11m | Bollati-Schmitz, Selene, da Loco, in Davesco-Soragno | | procura collettiva a due con un direttore o un direttore sostituto |
| 8 | | 38 | Senni, Nicola, da Viganello, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| | 9 | 11m | Russo, Antonio, da Mezzovico-Vira, in Sorengo | direttore sostituto | firma collettiva a due |
| | 11 | 53 | Russo, Antonio, da Mezzovico-Vira, in Sorengo | direttore | firma collettiva a due |
| | 11 | 18m | Mascolo, Flavio, cittadino italiano, in Maccagno (IT) | direttore sostituto | firma collettiva a due |
| | 11 | 30m | Romani, Giulio, da Novaggio, in Paradiso | direttore sostituto | firma collettiva a due |
| | 11 | 30 | Schmitz Benkovics, Selene, da Loco, in Davesco-Soragno | vice-direttrice | firma collettiva a due con un direttore o un direttore sostituto |
| 11 | | 33 | Accorroni, Marco, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 11 | | 18m | Bertolini, Paolo, cittadino italiano, in Varese (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 11 | | 18m | Lecci, Ivan, da Osogna, in Verdabbio | | procura collettiva a due con un direttore o un direttore sostituto |
| 11 | | 25m | Mondani, Gianmarco, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 13 | | 25 | Baratti, Stefano, cittadino italiano, in Villasanta (MI) (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 13 | | 25m | Bertocchi, Alessandro, cittadino italiano, in Brusimpiano (VA) (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 13 | | 22 | Colombo, Angelo, da Chiasso, in Chiasso | | procura collettiva a due con un direttore o un direttore sostituto |
| 13 | | 32m | Cresta, Angelo, da Agno, in Agno | | procura collettiva a due con un direttore o un direttore sostituto |
| 13 | | 18m | Dedola, Stefano Luca, da Wünnewil-Flamatt, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 14 | | 15m | Migani, Dott. Daniele, cittadino italiano, in Massagno | vice-direttore | firma collettiva a due |
| 14 | | 25 | Consiglio, Dott. Francesco, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| | 15 | 25m | Migani, Dott. Daniele, cittadino italiano, in Massagno | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 16 | | 32m | Brenner, Tristan Mark, da Zollikon e Basilea, in Comano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 18 | 32m | Mascolo, Flavio, cittadino italiano, in Fino Mornasco (IT) | direttore sostituto | firma collettiva a due |
| | 18 | 32m | Bertolini, Paolo, cittadino italiano, in Varese (IT) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 18 | 32m | Dedola, Stefano Luca, da Wünnewil-Flamatt, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 18 | 32m | Lecci, Ivan, da Osogna, in Verdabbio | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 18 | | 30 | Borgioli, Andrea, cittadino italiano, in Tremezzo (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 18 | | 36m | Rocco, Olivier, cittadino francese, in Pregassona | | procura collettiva a due con un direttore o un direttore sostituto |
| 19 | | 21m | Vosti, Renato, da Gerra (Verzasca), in Lugano | | firma collettiva a due con un direttore o un direttore sostituto |
| | 20 | 25m | Indelicato, Aldo, da Ligornetto, in Coldrerio | direttore sostituto | firma collettiva a due |
| | 21 | 36m | Vosti, Renato, da Gerra (Verzasca), in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 22 | | 25m | Lualdi, Matteo, da Lugano, in Sant'Antonino | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 23 | 26m | Sciorilli Borelli, Ivo, da Langnau im Emmental, in Breganzona | presidente | firma collettiva a due |
| | 23 | 32m | Stolba, Johannes, da Zurigo, in Zurigo | vice-presidente | firma collettiva a due |

Biasca, 02.03.2020 10:17

Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | | Lugano | 5 |

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 23 | | 41m | Gandolfi, Gabriele, da Faido, in Lugano | membro | firma collettiva a due |
| 25 | | 32m | Guerra, Mauro, da Brione (Verzasca), in Montagnola (Collina d'Oro) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 25 | | 42m | Moreggio, Andrea, cittadino italiano, in Ruvigliana (Lugano) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 25 | | 36m | Demarchi, Mario, da Sessa, in Camignolo | | procura collettiva a due con un direttore o un direttore sostituto |
| 25 | | 32m | Censi, Alessandro, cittadino italiano, in Massagno | | procura collettiva a due con un direttore o un direttore sostituto |
| 25 | | 32m | Romani, Riccardo, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 25 | | 27m | Borghi, Mirko, cittadino italiano, in Rovio | | procura collettiva a due con un direttore o un direttore sostituto |
| 25 | | 27m | Cattaneo, Marta, da Balerna, in Mendrisio | | procura collettiva a due con un direttore o un direttore sostituto |
| | 25 | 32m | Indelicato, Aldo, da Ligornetto, in Mendrisio | direttore sostituto | firma collettiva a due |
| | 25 | 32m | Mondani, Gianmarco, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 25 | 32m | Bertocchi, Alessandro, cittadino italiano, in Fino Mornasco (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| | 25 | 32m | Lualdi, Matteo, da Lugano, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 25 | 38 | Migani, Dott. Daniele, cittadino italiano, in Verbania (IT) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 26 | 32m | Sciorilli-Borrelli, Ivo, da Langnau im Emmental, in Breganzona (Lugano) | presidente | firma collettiva a due |
| | 27 | 42m | Borghi, Mirko, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| | 27 | 36m | Cattaneo Zingarello, Marta, da Balerna e Coldrerio, in Mendrisio | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 36m | Caponigro, Armando, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 33 | Howard, Christina, cittadina britannica, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 40m | De Paulis, Flavio, cittadino italiano, in Paradiso | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 44 | Devittori, Fabio, da Cademario, in Bosco Luganese (Bioggio) | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 36m | Stefanini, Daniele, da Lugano, in Davesco-Soragno (Lugano) | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 32m | Olivieri, Daniele, cittadino italiano, in Massagno | | procura collettiva a due con un direttore o un direttore sostituto |
| 27 | | 42m | Tornese, Michael, da Morbio Inferiore, in Morbio Inferiore | | procura collettiva a due con un direttore o un direttore sostituto |
| 28 | | 30m | Crameri, Oscar, da Poschiavo, in Monte Carasso | direttore sostituto | firma collettiva a due |
| 29 | | 32m | Vassalli, Adriano P., da Riva San Vitale, in Agra (Collina d'Oro) | membro | firma collettiva a due |
| | 30 | 32m | Romani, Giulio, da Novaggio, in Lugano | direttore | firma collettiva a due |
| | 30 | 38m | Crameri, Oscar, da Poschiavo, in Monte Carasso | direttore | firma collettiva a due |
| 30 | | 42 | Mancini, Fabrizio, cittadino italiano, in Barbengo | | procura collettiva a due con un direttore o un direttore sostituto |
| 31 | | 61 | Ernst & Young AG, in Lugano | ufficio di revisione | |
| | 32 | 41 | Vassalli, Adriano P., da Riva San Vitale, in Agra (Collina d'Oro) | presidente | firma collettiva a due |
| | 32 | 41 | Sciorilli Borrelli, Ivo, da Langnau im Emmental, in Breganzona (Lugano) | vice-presidente | firma collettiva a due |
| | 32 | 33 | Stolba, Johannes, da Zurigo, in Zurigo | membro | firma collettiva a due |

Biasca, 02.03.2020 10:17

Vedi pagina seguente



## Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | Lugano | 6 |
|---|---|---|---|---|

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 32 | 42 | ~~Indelicato, Aldo, da Ligornetto, in Mendrisio~~ | direttore | ~~firma collettiva a due~~ |
| | 32 | 44 | ~~Mascolo, Flavio, cittadino italiano, in Fino Mornasco (IT)~~ | direttore | ~~firma collettiva a due~~ |
| | 32 | 42 | ~~Dedola, Stefano Luca, da Wünnewil-Flamatt, in Lugano~~ | direttore sostituto | ~~firma collettiva a due~~ |
| | 32 | 43 | ~~Bertolini, Paolo, cittadino italiano, in Varese (IT)~~ | direttore sostituto | ~~firma collettiva a due~~ |
| | 32 | 40m | ~~Brenner, Tristan Mark, da Zollikon e Basilea, in Comano~~ | direttore sostituto | ~~firma collettiva a due~~ |
| | 32 | 42 | ~~Lecci, Ivan, da Osogna, in Verdabbio~~ | direttore sostituto | ~~firma collettiva a due~~ |
| | 32 | 40 | ~~Guerra, Mauro, da Brione (Verzasca), in Montagnola (Collina d'Oro)~~ | direttore sostituto | ~~firma collettiva a due~~ |
| | 32 | 48m | ~~Cresta, Angelo, da Agno, in Agno~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 58 | ~~Censi, Alessandro, cittadino italiano, in Massagno~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 42m | ~~Bertocchi, Alessandro, cittadino italiano, in Fino Mornasco (IT)~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 42m | ~~Romani, Riccardo, cittadino italiano, in Lugano~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 48 | ~~Ronchetti, Marco, da Morbio Inferiore, in Mendrisio~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 38m | ~~Romani, Giulio, da Novaggio, in Paradiso~~ | direttore | ~~firma collettiva a due~~ |
| | 32 | 42m | ~~Olivieri, Daniele, da Cureglia, in Massagno~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 43 | ~~Lualdi, Matteo, da Lugano, in Cavallasca (IT)~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 32 | 33 | ~~Mondani, Gianmarco, cittadino italiano, in Montagnola (Collina d'Oro)~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 40m | ~~Widmer Rizzi, Isabelle, da Mosnang, in S. Pietro (Stabio)~~ | vice-direttrice | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 36m | ~~Frattini, Scilla, da Stabio, in Bidogno~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 48 | ~~Markesch, Lorenza, da Riva San Vitale, in Riva San Vitale~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 40m | ~~Bortoletto, Richard, da Massagno, in Torricella (Torricella-Taverne)~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 33 | ~~Cugno, Salvatore, da Balerna, in Lugano~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 34 | ~~Stucki, Demis, da Oberurnen, in Lugano~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| 32 | | 42 | ~~Tadiello, Gianluca, cittadino italiano, in Sorengo~~ | | ~~procura collettiva a due con un direttore o un direttore sostituto~~ |
| 33 | | 47 | ~~Sampietro, Stefano, cittadino italiano, in Lugano~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| 33 | | 47 | ~~Talleri-Cucchi, Valeria, cittadina italiana, in Montagnola (Collina d'Oro)~~ | vice-direttrice | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| 34 | | 43m | ~~Fazio, Domenico, cittadino italiano, in Lugano~~ | | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| 35 | | 38 | ~~Frey, Jean-Marc, da Basilea, in Locarno~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 36 | 48m | ~~Caponigro, Armando, cittadino italiano, in Lugano~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 36 | 47 | ~~Cattaneo, Marta, da Balerna, in Mendrisio~~ | vice-direttrice | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 36 | 43 | ~~Demarchi, Mario, da Sessa, in Camignolo~~ | vice-direttore | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |
| | 36 | 43m | ~~Frattini, Scilla, da Stabio, in Lugano~~ | vice-direttrice | ~~firma collettiva a due con un direttore o un direttore sostituto~~ |

Biasca, 02.03.2020 10:17   Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | Lugano | 7 |

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 36 | 42 | Rocco, Olivier, cittadino francese, in Pregassona | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 36 | | Stefanini, Daniele, da Lugano, in Davesco-Soragno (Lugano) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 36 | 43 | Vosti, Renato, da Gerra (Verzasca), in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 36 | | 44 | Carrara, Stefano, cittadino italiano, in Abbadia Lariana (IT) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 36 | | 38m | Fischietti, Benedetto Alessandro, cittadino italiano, in Abbadia Lariana (IT) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 36 | | 48m | Casarella, Paolo, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 36 | | 63 | Bascelli, Marco, da Sirnach, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 36 | | 42m | Malinconico, Tommaso, da Beinwil (Freiamt), in Carona | | procura collettiva a due con un direttore o un direttore sostituto |
| 36 | | 42 | Tettamanti, Valeria, cittadina italiana, in Lurate Caccivio (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 36 | | 44 | Vago, Simone, cittadino italiano, in Blevio (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| | 38 | 44 | Fischietti, Benedetto Alessandro, cittadino italiano, in Abbadia Lariana (IT) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 38 | 40m | Colonna di Paliano, Piero, cittadino italiano, in Breganzona | membro della direzione generale | firma collettiva a due |
| | 38 | 44 | Crameri, Oscar, da Poschiavo, in Monte Carasso | membro della direzione generale | firma collettiva a due |
| | 38 | 49 | Romani, Giulio, da Novaggio, in Paradiso | direttore generale | firma collettiva a due |
| | 38 | 54m | Schraemli, Giovanni Giacomo, da Wiesendangen, in Lugano | membro | firma collettiva a due |
| 39 | | 44 | Tufano, Antonio, da Orsières, in Astano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 39 | | 43m | Fierli, Francesco, cittadino italiano, in Dino (Sonvico) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 40 | 49 | Bortoletto, Richard, da Massagno, in Torricella (Torricella-Taverne) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 40 | 43 | Brenner, Tristan Mark, da Zollikon e Basilea, in Ponte Capriasca | direttore sostituto | firma collettiva a due |
| | 40 | 42m | Colonna di Paliano, Piero, da Lugano, in Breganzona (Lugano) | membro della direzione generale | firma collettiva a due |
| | 40 | 49 | De-Paulis, Flavio, cittadino italiano, in Gentilino (Collina d'Oro) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 40 | 42m | Widmer Rizzi, Isabelle, da Mosnang, in S. Pietro (Stabio) | direttrice sostituta | firma collettiva a due con un direttore o un direttore sostituto |
| 40 | | 42 | Zorzi, Michele, da Chironico, in Riva San Vitale | direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 40 | | 48 | Palombella, Luciano, cittadino italiano, in Como (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 40 | | 55m | Busti, Guido, cittadino italiano, in Cadro | | procura collettiva a due con un direttore o un direttore sostituto |
| 40 | | 44 | Malagutti, Nando Gianluca, da Losone, in Minusio | | procura collettiva a due con un direttore o un direttore sostituto |
| | 41 | | Gandolfi, Gabriele, da Faido, in Lugano | vice-presidente | firma collettiva a due |
| 41 | | 64 | Schiltknecht, Kurt, da Dübendorf, in Zurigo | presidente | firma collettiva a due con un membro |
| 41 | | 53 | Roth, Heinz, da Welschenrohr, in Uitikon | membro | firma collettiva a due con un membro |
| 41 | | | Müller-Ineichen, Roland, da Gersau, in Rain | membro | firma collettiva a due con un membro |

Biasca, 02.03.2020 10:17                                                                                                    Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | Lugano | 8 |

Tutte le iscrizioni

| Ie | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 42 | 43m | Bertocchi, Alessandro, cittadino italiano, in Agno | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 42 | 44 | Borghi, Mirko, cittadino italiano, in Canobbio | | procura collettiva a due con un direttore o un direttore sostituto |
| | 42 | 43m | Colonna, Piero, da Lugano, in Breganzona (Lugano) | membro della direzione generale | firma collettiva a due |
| | 42 | 55 | Malinconico, Tommaso, da Beinwil (Freiamt), in Aranno | | procura collettiva a due con un direttore o un direttore sostituto |
| | 42 | 48m | Moreggio, Andrea, cittadino italiano, in Brè sopra Lugano (Lugano) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 42 | | Olivieri, Daniele, da Cureglia, in Comano | | procura collettiva a due con un direttore o un direttore sostituto |
| | 42 | 48m | Romani, Riccardo, cittadino italiano, in Massagno | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 42 | 44 | Tornese, Michael, da Morbio Inferiore, in Massagno | | procura collettiva a due con un direttore o un direttore sostituto |
| | 42 | 59 | Widmer Rizzi, Isabelle, da Mosnang, in S. Pietro (Stabio) | direttrice sostituta | firma collettiva a due |
| 42 | | 44 | Zanotto, Esterino, cittadino italiano, in Altavilla Vicentina (IT) | direttore | firma collettiva a due |
| 42 | | 53 | Elbouri, Naaman, cittadino libico, in Morcote | direttore sostituto | firma collettiva a due |
| 42 | | 70m | Coggi, Patrick, da Blenio, in Lugano | direttore sostituto | firma collettiva a due |
| | 43 | 44 | Fazio, Domenico, cittadino italiano, in Varese (IT) | | firma collettiva a due con un direttore o un direttore sostituto |
| | 43 | 47 | Colonna, Piero, da Lugano, in Breganzona (Lugano) | direttore | firma collettiva a due |
| | 43 | 60m | Fierli, Francesco, cittadino italiano, in Dino (Sonvico) | direttore sostituto | firma collettiva a due |
| | 43 | 69 | Frattini, Scilla, da Stabio, in Lugano | direttrice sostituta | firma collettiva a due |
| | 43 | 55 | Bertocchi, Alessandro, cittadino italiano, in Chiasso | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 43 | | 44 | Erzaim, Abdurrahman, da Winterthur, in Herrliberg | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 43 | | 49 | Hegazy, Samar, cittadina egiziana, in Cham | vice-direttrice | firma collettiva a due con un direttore o un direttore sostituto |
| 43 | | 49 | Lippross, Peter, cittadino germanico, in Ginevra | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 43 | | 44 | El Meligi, Mouna, da Ginevra, in Le Grand-Saconnex | | procura collettiva a due con un direttore o un direttore sostituto |
| 43 | | 49 | Manzotti, Marco, cittadino italiano, in Cabiate (IT) | | procura collettiva a due con un direttore o un direttore sostituto |
| 43 | | 47 | Piloni, Daniela, cittadina italiana, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 43 | | 55 | Ricci, Michelle, da Lugano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 45 | | 52 | Valente, Stefano, cittadino italiano, in Melide | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 48 | 59 | Cresta, Angelo, da Agno, in Agno | direttore sostituto | firma collettiva a due |
| | 48 | 53 | Moreggio, Andrea, cittadino italiano, in Brè sopra Lugano (Lugano) | direttore sostituto | firma collettiva a due |
| | 48 | 49 | Caponigro, Armando, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due |
| | 48 | 50 | Romani, Riccardo, cittadino italiano, in Massagno | direttore sostituto | firma collettiva a due |
| | 48 | 55 | Casarella, Paolo, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 48 | | 74m | Fracchetta, Roberto, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 48 | | 55 | Scandola, Marco, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 50 | | 70 | Romani, Giulio, da Novaggio, in Paradiso | direttore generale | firma collettiva a due |

Biasca, 02.03.2020 10:17                                                                                       Vedi pagina seguente



## Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | Lugano | 9 |
|---|---|---|---|---|

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 52 | | 75 | Ronchetti, Marco, da Morbio Inferiore, in Mendrisio | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 54 | | Schrämli, Giovanni Giacomo, da Wiesendangen, in Monaco (MC) | membro | firma collettiva a due |
| | 55 | 67 | Busti, Guido, cittadino italiano, in Cadro | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 56 | | 81 | Casati, Lorena Elena, da Lugano, in Montagnola (Collina d'Oro) | | procura collettiva a due con un direttore o un direttore sostituto |
| 56 | | 57 | Ferraro, Maurizio, cittadino italiano, in Bedano | | procura collettiva a due con un direttore o un direttore sostituto |
| | 60 | 65m | Fierli, Francesco, cittadino italiano, in Dino (Sonvico) | direttore generale | firma collettiva a due |
| 61 | | | Deloitte SA (CHE-193.020.143), in Lugano | ufficio di revisione | |
| 64 | | 70 | Bär, Michael Philipp, da Zurigo, in Zollikon | presidente | firma collettiva a due con un membro |
| | 65 | 78 | Fierli, Francesco, da Lugano, in Dino (Lugano) | direttore generale | firma collettiva a due |
| 66 | | 70 | Hasler, Niklaus, da Lommis, in Oerlikon (Zürich) | direttore | firma collettiva a due |
| 66 | | 77 | Bottinelli, Marina, da Canobbio, in Lugano | direttrice sostituta | firma collettiva a due |
| 66 | | | Novacco, Davide, da Hedingen, in Vico Morcote | direttore sostituto | firma collettiva a due |
| 66 | | 70 | Wild, Patrick, da Zurigo, in Zurigo | direttore | firma collettiva a due |
| 68 | | 71 | Grundler, Frank, da Braunau, in Aarau | direttore sostituto | firma collettiva a due |
| | 70 | 78 | Coggi, Patrick, da Blenio, in Bellinzona | direttore generale | firma collettiva a due |
| 71 | | 79m | Fenini, Fabrizio, da Lugano, in Mendrisio | vice-direttore | firma collettiva a due |
| 71 | | 80 | Lubreglia, Vito, cittadino italiano, in Feldmeilen (Meilen) | direttore | firma collettiva a due |
| 72 | | 77m | Leonelli, Stefano, da Lugano, in Pregassona (Lugano) | direttore sostituto | firma collettiva a due |
| 73 | | | Benelli, Giuseppe, da Chiasso, in Wettswil am Albis | presidente | firma collettiva a due |
| 73 | | | Sturzenegger, Jürg Werner, da Davos, in Vaduz (LI) | membro | firma collettiva a due |
| 74 | | 79 | Sammarone, Incoronato, da Lugano, in Dino (Lugano) | direttore | firma collettiva a due |
| 74 | | 79m | Biffi, Marco, da Losone, in Neggio | | procura collettiva a due |
| 74 | | 79m | Monti, Stella Maris, da Cademario, in Ginevra | | procura collettiva a due |
| 74 | | 75m | Rampa, Sandro, da Brione, in Carona (Lugano) | | procura collettiva a due |
| | 74 | 79m | Fracchetta, Roberto, cittadino italiano, in Magliaso | vice-direttore | firma collettiva a due |
| 75 | | 79m | Malinconico, Tommaso, da Beinwil, in Aranno | direttore sostituto | firma collettiva a due con un direttore o un direttore sostituto |
| 75 | | 76 | Dalmasso, Walter, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 75 | | 80 | Ucini, Esmeralda, cittadina italiana, in Maschwanden | | procura collettiva a due con un direttore o un direttore sostituto |
| 75 | | 80 | Altmann, Nathalie Tabita, da Dättlikon, in Wettswil am Albis | | procura collettiva a due con un direttore o un direttore sostituto |
| | 75 | | Rampa, Sandro, da Brusio, in Carona (Lugano) | | procura collettiva a due con un direttore o un direttore sostituto |
| 76 | | 79m | Peneva, Rositsa, cittadina bulgara, in Viganello (Lugano) | direttrice sostituta | firma collettiva a due con un direttore o un direttore sostituto |
| 76 | | 79 | Potoukian, Edgardo, da Lugano, in Castagnola (Lugano) | direttore sostituto | firma collettiva a due con un direttore o un direttore sostituto |
| 76 | | 81 | Violini, Luca, cittadino italiano, in Pregassona (Lugano) | | procura collettiva a due con un direttore o un direttore sostituto |
| | 77 | | Leonelli, Stefano, da Lugano, in Pregassona (Lugano) | direttore generale | firma collettiva a due |
| 77 | | | Schrämli, Jean-Jacques, da Wiesendangen, in Lugano | direttore generale | firma collettiva a due |
| 77 | | 80 | Petrini, Patrizio, cittadino italiano, in Lugano | | procura collettiva a due con un direttore o un direttore sostituto |
| 78 | | 79m | Brunati, Luca, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due |
| 78 | | 79m | Rezzonico, Nicola, da Chiasso, in Savosa | vice-direttore | firma collettiva a due |
| 78 | | | Corti, Massimo, da Chiasso, in Pregassona (Lugano) | | procura collettiva a due con un direttore o un direttore sostituto |

Biasca, 02.03.2020 10:17                                                                                                   Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-103.630.014 | BANCA ARNER SA | | Lugano | 10 |
|---|---|---|---|---|

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 79 | | | Bertini, Alberto, da Genève, in Sorengo | direttore generale | firma collettiva a due |
| | 79 | 81 | Fracchetta, Roberto, cittadino italiano, in Magliaso | direttore generale | firma collettiva a due |
| | 79 | 80 | Malinconico, Tommaso, da Beinwil (SO), in Aranno | direttore sostituto | firma collettiva a due |
| | 79 | | Peneva, Rositsa, cittadina bulgara, in Viganello (Lugano) | direttrice sostituta | firma collettiva a due |
| | 79 | 80 | Brunati, Luca, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 79 | | Fenini, Fabrizio, da Lugano, in Mendrisio | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| 79 | | | Pasquali, Mario, da Chiasso, in Breganzona (Lugano) | vice-direttore | firma collettiva a due con un direttore o un direttore sostituto |
| | 79 | 81 | Rezzonico, Nicola, da Chiasso, in Savosa | vice-direttore | firma collettiva a due con un direttore o con un direttore sostituto |
| | 79 | | Biffi, Marco, da Losone, in Neggio | | procura collettiva a due con un direttore o un direttore sostituto |
| | 79 | 80 | Monti, Stella Maris, da Cademario, in Genève | | procura collettiva a due con un direttore o con un direttore sostituto |
| 80 | | | Platis, Serena, da Muzzano, in Lugano | direttrice | firma collettiva a due |

Biasca, 02.03.2020 10:17 CF

Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 10.10.1996 . Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

# Exhibit 1b



# Commercial register of Canton Ticino

| Identification number<br>CHE-103.630.014 | Legal status<br>**Limited or Corporation** | Entry<br>10/31/1988 | Cancelled<br>02/27/2019 | Carried CH-514.3.004.789-8<br>from: CH-514.3.004.789-8/a<br>on: | 1 |
|---|---|---|---|---|---|

All data                                                    **Cancelled company**

| In | Ca | Business name | | | Ref | Legal seat |
|---|---|---|---|---|---|---|
| 1 | 24 | ~~Banca Arner SA~~ | | | 1 | Lugano |
| | 24 | **BANCA ARNER SA** | | | | |
| | 24 | (ARNER BANK AG)(BANQUE ARNER SA)(ARNER BANK Ltd) | | | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 7,500,000.00 | 7,500,000.00 | 75,000 registered shares of CHF 100.00 | 1 | | ~~Via Landriani 2a~~<br>~~6900 Lugano~~ |
| | | | | | 7 | | Piazza Manzoni 8<br>6900 Lugano |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | The running of an asset management bank. In particular: the administration of customer deposits; asset management on behalf of customers, with all the services for this management; the granting of credits mainly in the form of Lombard credits; the purchase and sale of securities and other spot and forward financial instruments, including in the form of contracts and options, on behalf of third parties; the establishment and management of investment funds; spot and forward purchases and sales in the form of contracts and options, of currency and precious metals, within the limitations of the provisions of the competent authorities; the execution of fiduciary transactions, including the establishment and administration of companies on behalf of third parties; the participation in issuing syndicates: the acceptance of deposits in all forms pertaining to banks, with the exclusion of savings banks; the execution of all types of payment; the issuance, payment and collection of checks; the custody of securities and other instruments and the rental of safety deposit boxes; the establishment of sureties, deposits, endorsements or guarantees; the establishment of representative offices, branches and affiliates. Can purchase equity securities and bonds on its own behalf, real estate for its own use as well as holdings in other companies. The geographical area of business of the company for off-balance sheet transactions comprises the most important financial and stock markets. For credit transactions (with the exclusion of advances on securities) the business field is generally limited to Switzerland. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 82 | | The assets and liabilities towards third parties are taken over by GS Banque SA, in Geneva (CHE-112.045.116). The company is cancelled after the merger. | 1 | 10/11/1988 |
| | | | 1 | *omissis* |
| | | | 1 | 01/15/1996 |
| | | | 24 | 04/28/2005 |
| | | | 51 | 07/07/2008 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Contribution of the share package, amounting to 1,200 bearer shares of CHF 1,000.— of "Arner SA", in Lugano, for the value of CHF 1,400,000 accepted for CHF 1,300,000.—calculated on the share capital. | 1 | FUSC |
| 1 | 24 | ~~Merger: On the basis of the merger contract of 05/09/1994, the company has taken on Arner SA, in Lugano, under Article 748 CO. Merger balance sheet: 12/31/1993. The share capital remains unchanged given the company already holds the entire share package of Arner SA, in Lugano.~~ | | |
| | 46 | Merger: Take-over of assets and liabilities of Arner Real Estate SA, in Lugano (CH-514.3.021.135-6), pursuant to the merger contract of 11/09/2010 and the balance sheet of 10/31/2010, which shows assets of CHF 15,289,165.00 and liabilities towards third parties of CHF 2,226,443.00. The acquiring company holds all the shares of the transferring company, and therefore the merger occurs without increase in capital and without the allocation of shares. | | |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | 62 | Zurich | | | |

Biasca, 10/25/2019 7:42 PM                                                         Continuation on the following page

# TRANSLATION CERTIFICATION

Date: February 26, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Italian

To:

- English

The documents are designated as:
- CHE-103.630.014 - Banca Arner SA

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li