# Exhibit 2a



Ufficio del registro di commercio
**6710 Biasca**

Spettabile
Hinduja Banque (Suisse) SA
a.c.a. Rubina Brogle
Via Serafino Balestra 5
6900 Lugano



# Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | | Iscrizione | Radiazione | Riporto CH-514.3.001.781-6 dal: a: | 1 |
|---|---|---|---|---|---|---|
| CHE-102.273.905 | Società anonima | | 23.04.1963 | 20.05.2010 | | |

 Tutte le iscrizioni

# Ditta cancellata

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 1 | | **Banca Commerciale Lugano** | 1 | Lugano |
| 1 | | (Banque Commerciale Lugano) | | |
| | | (Handelsbank Lugano) | | |
| | | (Commercial Bank Lugano) | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | 3 | 25'000'000.00 | 25'000'000.00 | 25'000 azioni al portatore da CHF 1'000.00 | 1 | | Viale Carlo Cattaneo 9<br>6900 Lugano |
| 3 | 9 | 30'000'000.00 | 30'000'000.00 | 30'000 azioni al portatore da CHF 1'000.00 | | | |
| 9 | | 40'000'000.00 | 40'000'000.00 | 40'000 azioni al portatore da CHF 1'000.00 | | | |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | 5 | l'esercizio di una banca commerciale e di gestione patrimoniale con attività principale in Svizzera nonché nell'Europa Occidentale e negli Stati Uniti d'America. | | | |
| 5 | | L'esercizio di una banca di gestione patrimoniale e banca commerciale sul mercato nazionale ed internazionale. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 5 | | Statuti adattati al nuovo diritto azionario | 1 | 19.01.1963 |
| 30 | | Statuti modificati su punti non soggetti a pubblicazione. | 1 | omissis |
| 51 | | Statuti modificati su punti non soggetti a pubblicazione. | 1 | 24.07.1996 |
| 59 | | Gli attivi e i passivi verso terzi sono ripresi da HINDUJA BANQUE (SUISSE) SA, in Ginevra (CH-660.0.293.978-8). La società è cancellata in seguito alla fusione. | 3 | 13.11.1996 |
| | | | 5 | 24.03.1997 |
| | | | 9 | 17.12.1998 |
| | | | 30 | 13.03.2003 |
| | | | 51 | 20.04.2007 |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| | | | 1 | FUSC |

| Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | (Omissione) | | | (Omissione) | | 30 | 1841 | 28.03.2003 | 64 | 03.04.2003 | 15 / 933522 |
| 1 | 3327 | 08.08.1996 | 159 | 19.08.1996 | 4984 | 31 | 2313 | 22.04.2003 | 79 | 28.04.2003 | 16 / 966192 |
| 2 | 4272 | 23.10.1996 | 214 | 04.11.1996 | 6741 | 32 | 5160 | 22.09.2003 | 185 | 26.09.2003 | 10 / 1188846 |
| 3 | 4664 | 19.11.1996 | 234 | 02.12.1996 | 7428 | 33 | 1039 | 24.02.2004 | 41 | 01.03.2004 | 12 / 2146418 |
| 4 | 579 | 12.02.1997 | 37 | 25.02.1997 | 1266 | 34 | 4170 | 13.05.2004 | 96 | 19.05.2004 | 12 / 2269354 |
| 5 | 1360 | 04.04.1997 | 73 | 18.04.1997 | 2607 | 35 | 5249 | 07.07.2004 | 133 | 13.07.2004 | 15 / 2356682 |
| 6 | 8319 | 30.12.1997 | 9 | 15.01.1998 | 289 | 36 | 6651 | 23.09.2004 | 189 | 29.09.2004 | 14 / 2470048 |
| 7 | 4015 | 17.07.1998 | 140 | 23.07.1998 | 5117 | 37 | 296 | 19.01.2005 | 17 | 25.01.2005 | 15 / 2668862 |
| 8 | 4891 | 18.09.1998 | 185 | 24.09.1998 | 6593 | 38 | 1951 | 30.03.2005 | 65 | 05.04.2005 | 16 / 2776872 |
| 9 | 6615 | 18.12.1998 | 250 | 24.12.1998 | 8815 | 39 | 3883 | 01.07.2005 | 130 | 07.07.2005 | 15 / 2922096 |
| 10 | 339 | 24.01.2000 | 20 | 28.01.2000 | 633 | 40 | 6022 | 28.10.2005 | 214 | 03.11.2005 | 11 / 3086894 |
| 11 | 3041 | 31.05.2000 | 110 | 07.06.2000 | 3863 | 41 | 3547 | 05.04.2006 | 71 | 11.04.2006 | 14 / 3329320 |
| 12 | 3698 | 06.07.2000 | 134 | 12.07.2000 | 4762 | 42 | 6155 | 30.06.2006 | 129 | 06.07.2006 | 21 / 3450450 |
| 13 | 3803 | 13.07.2000 | 139 | 19.07.2000 | 4937 | 43 | 10303 | 21.11.2006 | 230 | 27.11.2006 | 13 / 3652852 |
| 14 | 5467 | 27.10.2000 | 214 | 02.11.2000 | 7467 | 44 | 11721 | 28.12.2006 | 3 | 05.01.2007 | 10 / 3709714 |
| 15 | 6233 | 05.12.2000 | 241 | 11.12.2000 | 8426 | 45 | 1261 | 02.02.2007 | 27 | 08.02.2007 | 14 / 3765944 |
| 16 | 6357 | 12.12.2000 | 246 | 18.12.2000 | 8611 | 46 | 1470 | 08.02.2007 | 31 | 14.02.2007 | 14 / 3774670 |
| 17 | 6537 | 19.12.2000 | 251 | 27.12.2000 | 8841 | 47 | 1691 | 14.02.2007 | 35 | 20.02.2007 | 17 / 3787398 |

Biasca, 05.03.2020 10:34

Vedi pagina seguente



Tutte le iscrizioni

| Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | R 6843 | 28.12.2000 | R 3 | 05.01.2001 | 99 | 48 | 2137 | 23.02.2007 | 42 | 01.03.2007 | 16 / 3802644 |
| 19 | 709 | 02.02.2001 | 27 | 08.02.2001 | 975 | 49 | 2560 | 08.03.2007 | 51 | 14.03.2007 | 15 / 3837496 |
| 20 | 4634 | 05.09.2001 | 175 | 11.09.2001 | 7079 | 50 | 7512 | 16.08.2007 | 161 | 22.08.2007 | 14 / 4074994 |
| 21 | 4772 | 13.09.2001 | 181 | 19.09.2001 | 7296 | 51 | 8769 | 27.09.2007 | 191 | 03.10.2007 | 13 / 4137916 |
| 22 | 2309 | 16.04.2002 | 76 | 22.04.2002 | 12 / 438128 | 52 | 11820 | 18.12.2007 | 249 | 27.12.2007 | 24 / 4263126 |
| 23 | 3596 | 14.06.2002 | 117 | 20.06.2002 | 13 / 519372 | 53 | 2760 | 20.03.2008 | 60 | 28.03.2008 | 15 / 4404590 |
| 24 | 6237 | 25.10.2002 | 211 | 31.10.2002 | 13 / 708590 | 54 | 5485 | 02.06.2008 | 108 | 06.06.2008 | 17 / 4511202 |
| 25 | 6405 | 31.10.2002 | 215 | 06.11.2002 | 14 / 717088 | 55 | 6445 | 25.06.2008 | 125 | 01.07.2008 | 23 / 4551856 |
| 26 | 6522 | 07.11.2002 | 220 | 13.11.2002 | 12 / 725806 | 56 | 2064 | 24.02.2009 | 41 | 02.03.2009 | 16 / 4904456 |
| 27 | 519 | 29.01.2003 | 22 | 04.02.2003 | 15 / 845686 | 57 | 2226 | 17.02.2010 | 37 | 23.02.2010 | 18 / 5509650 |
| 28 | 927 | 18.02.2003 | 36 | 24.02.2003 | 13 / 876242 | 58 | 2776 | 03.03.2010 | 47 | 09.03.2010 | 20 / 5530418 |
| 29 | 1378 | 07.03.2003 | 49 | 13.03.2003 | 12 / 903106 | 59 | 6470 | 20.05.2010 | 100 | 27.05.2010 | 18 / 5649376 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 23 | Mensch, Rubino, da Cureggia, in Lugano | presidente | firma collettiva a due |
| 1 | | 23 | Achermann, Werner, da Buochs e Lucerna, in Cadro | vice-presidente | firma collettiva a due |
| 1 | | 57 | Bianchi, Gerardo, cittadino italiano, in Milano (I) | membro | firma collettiva a due |
| 1 | | 15m | Basta, dott. Gianfranco, da Baden e Laufenburg, in Manno | direttore | firma collettiva a due |
| 1 | | 24m | Bonzi, Roberto, cittadino italiano, in Montagnola | direttore | firma collettiva a due |
| 1 | | 19m | Lardi, Pierino, da Poschiavo, in Sonvico | direttore | firma collettiva a due |
| 1 | | 24 | Cataldi-Spinola, Enrico, cittadino italiano, in Origlio | direttore sostituto | firma collettiva a due |
| 1 | | 17m | Brugnoli, Enzo, da Cadempino, in Pregassona | vice-direttore | firma collettiva a due |
| 1 | | 17m | Gauchat, Samuele, da Prêles, in Sala Capriasca | vice-direttore | firma collettiva a due |
| 1 | | 21m | Gianini, Giancarlo Francesco, da Lugano, in Muzzano | vice-direttore | firma collettiva a due |
| 1 | | 7m | Rickenbacher, Richard, da Muotathal, in Lugano | vice-direttore | firma collettiva a due |
| 1 | | 6m | De Carlo, Paolo, cittadino italiano, in Bioggio | | procura collettiva a due |
| 1 | | 19 | Molinari, Alberto, da Lugano, in Pregassona | | procura collettiva a due |
| 1 | | 21 | Società di Revisione Bancaria SRB, in Zurigo | ufficio di revisione | |
| 2 | | 10 | Ortelli, Sergio, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due |
| 4 | | 17m | Peduzzi, Michele, da Novazzano, in Melide | | procura collettiva a due |
| 4 | | 22m | Rigotti, Luigi, cittadino italiano, in Manno | | procura collettiva a due |
| | 6 | 12m | De Carlo, Paolo, cittadino italiano, in Cimo | | procura collettiva a due |
| 6 | | 33 | Pedrazzani, Fabio, da Savosa, in Pregassona | vice-direttore | firma collettiva a due |
| 6 | | 14 | Todoroff, Boris, cittadino italiano, in Lugano | | procura collettiva a due |
| | 7 | 24 | Rickenbacher, Richard, da Muotathal, in Lugano | direttore sostituto | firma collettiva a due |
| 8 | | 24 | Gandolfi, Gabriele, da Faido, in Lugano | direttore | firma collettiva a due |
| 11 | | 23m | Minotti, Ivano, da Bellinzona, in Montagnola | membro | firma collettiva a due |
| 12 | | 24m | Balascio, Claudia, cittadina italiana, in Viganello | | procura collettiva a due |
| 12 | | 17m | Balzarini, Bruno, da Bellinzona, in Manno | | procura collettiva a due |
| 12 | | 27m | Bignasca, Davide, da Sonvico, in Sonvico | | procura collettiva a due |
| 12 | | 22m | Gadda Conti, Marco, da Svitto, in Breganzona | | procura collettiva a due |
| 12 | | 14 | Perego, Guido, da Chiasso, in Chiasso | | procura collettiva a due |
| 12 | | 27m | Ricciardi, Giuseppe, da Ardez, in Davesco-Soragno | | procura collettiva a due |
| 12 | | 41 | Schneider, Willy, da Altstätten, in Aranno | direttore | firma collettiva a due |
| 12 | | 33m | Zarri, Angelo, da Curio, in Ponte Capriasca | | procura collettiva a due |
| | 12 | 27m | De Carlo, Paolo, cittadino italiano, in Cimo | vice-direttore | firma collettiva a due |
| 13 | | 18m | Rovelli, Oscar, da Sierre, in Lugano | membro | firma collettiva a due |
| 13 | | 38m | Cortesi, Donato, da Poschiavo, in Vezia | membro | firma collettiva a due |
| | 15 | 24 | Basta, dott. Gianfranco, da Baden e Laufenburg, in Porza | direttore | firma collettiva a due |
| 16 | | 23m | Wicki, André, da Lucerna, in Küsnacht ZH | membro | firma collettiva a due |
| | 17 | 32m | Brugnoli, Enzo, da Cadempino, in Pregassona | direttore sostituto | firma collettiva a due |



| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 17 | 33 | Gauchat, Samuele, da Prêles, in Bigorio (Sala Capriasca) | direttore sostituto | firma collettiva a due |
| | 17 | 27m | Peduzzi, Michele, da Novazzano, in Melide | vice-direttore | firma collettiva a due |
| | 17 | 41 | Balzarini, Bruno, da Bellinzona, in Manno | vice-direttore | firma collettiva a due |
| 17 | | 22m | Guatta, Fabio, da Maggia, in Viganello | | procura collettiva a due |
| | 18 | 24m | Rovelli, Oscar, cittadino italiano, in Lugano | membro | firma collettiva a due |
| | 19 | 24 | Lardi, Pierino, da Poschiavo, in Porza | direttore | firma collettiva a due |
| 20 | | 24m | Trobbiani, Marco, da Gland, in Viganello | | procura collettiva a due |
| | 21 | 41 | Gianini, Giancarlo Francesco, da Lugano, in Muzzano | direttore sostituto | firma collettiva a due |
| 21 | | 31 | Ernst & Young AG, in Lugano | ufficio di revisione | |
| 22 | | 24 | Parmeggiani, Luca, da Ginevra, in Montagnola | direttore | firma collettiva a due |
| | 22 | 55 | Rigotti, Luigi, cittadino italiano, in Manno | vice-direttore | firma collettiva a due |
| | 22 | 41 | Gadda Conti, Marco, da Steinen, in Breganzona | vice-direttore | firma collettiva a due |
| | 22 | 24m | Guatta, Fabio, da Maggia, in Viganello | vice-direttore | firma collettiva a due |
| 22 | | 36m | Muscionico, Edy, da Besazio, in Balerna | | procura collettiva a due |
| 22 | | 27m | Thurler, Philippe, da Ginevra, in Bellinzona | | procura collettiva a due |
| | 23 | 37 | Wicki, André, da Lucerna, in Küsnacht ZH | presidente | firma collettiva a due |
| | 23 | 38m | Minotti, Ivano, da Bellinzona, in Montagnola | vice-presidente | firma collettiva a due |
| 23 | | 57 | Herrmann, Kurt, da Signau, in Birmensdorf ZH | membro | firma collettiva a due |
| 23 | | 35 | Sassi, Ivan, da Bissone, in Bissone | vice-direttore | firma collettiva a due |
| | 24 | 29m | Balascio, Claudia, da Viganello, in Viganello | | procura collettiva a due |
| | 24 | 40 | Bonzi, Roberto, cittadino italiano, in Gentilino | direttore | firma collettiva a due |
| | 24 | 27m | Guatta, Fabio, da Maggia, in Novazzano | vice-direttore | firma collettiva a due |
| | 24 | 40m | Rovelli, Oscar, da Lugano, in Lugano | membro | firma collettiva a due |
| | 24 | 39m | Trobbiani, Marco, da Gland, in Cadro | | procura collettiva a due |
| 25 | | 37 | Wobmann, Heinz, da Malters, in Lugano | direttore | firma collettiva a due |
| 26 | | 36 | Banfi, Fabiola, cittadina italiana, in Capolago | vice-direttrice | firma collettiva a due |
| | 27 | 43 | De Carlo, Paolo, cittadino italiano, in Cimo | direttore sostituto | firma collettiva a due |
| | 27 | 43 | Bignasca, Davide, da Sonvico, in Sonvico | vice-direttore | firma collettiva a due |
| | 27 | 58m | Guatta, Fabio, da Maggia, in Novazzano | direttore sostituto | firma collettiva a due |
| | 27 | 36 | Peduzzi, Michele, da Novazzano, in Melide | direttore sostituto | firma collettiva a due |
| | 27 | 41m | Ricciardi, Giuseppe, da Ardez, in Davesco-Soragno | vice-direttore | firma collettiva a due |
| | 27 | 43 | Thurler, Philippe, da Ginevra, in Bellinzona | vice-direttore | firma collettiva a due |
| 28 | | 32 | Sargenti, Luciano, da Magadino, in Vandoeuvres | direttore | firma collettiva a due |
| 28 | | 40 | Lodigiani, Tiziano, da Lugano, in Pregassona | | procura collettiva a due |
| | 29 | 36 | Appiani, Claudia, da Viganello, in Viganello | | procura collettiva a due |
| 31 | | 34 | KPMG Fides Peat, in Zurigo | ufficio di revisione | |
| | 32 | | Brugnoli, Enzo, da Cadempino, in Dino (Sonvico) | direttore sostituto | firma collettiva a due |
| 33 | | | Celso, Franco, da Pregassona, in Pregassona | direttore sostituto | firma collettiva a due |
| | 33 | 50 | Zarri, Angelo, da Curio, in Ponte Capriasca | vice-direttore | firma collettiva a due |
| 33 | | 43 | Guidicelli, Alberto, da Ponto Valentino, in Rivera | | procura collettiva a due |
| 33 | | 43 | Quirici, Marco, da Bidogno, in Ruvigliana (Lugano) | | procura collettiva a due |
| 33 | | | Zatta, Ettore, da Gravesano, in Gravesano | | procura collettiva a due |
| 33 | | 39 | Monti, Stella, da Cademario, in Lugano | | procura collettiva a due |
| 34 | | 48m | KPMG Fides Peat, in Ginevra | ufficio di revisione | |
| 35 | | 41m | Tartini, Stefano, da Iragna, in Lugano | | procura collettiva a due |
| | 36 | 52 | Muscionico, Edy, da Besazio, in Balerna | vice-direttore | firma collettiva a due |
| 36 | | 50 | Bortoli, Fabio, da Mendrisio, in Breganzona (Lugano) | direttore sostituto | firma collettiva a due |
| 36 | | 52 | Ugolotti, Roberto, cittadino italiano, in Campione d'Italia (IT) | | procura collettiva a due |
| 36 | | 50 | Gatti, Gianluigi, da Morbio Inferiore, Corteglia (Castel San Pietro) | direttore | firma collettiva a due |
| 37 | | 58m | Sestan, Alessandro, cittadino italiano, in Cimo (Bioggio) | direttore sostituto | firma collettiva a due |
| | 38 | 57 | Minotti, Ivano, da Bellinzona, in Montagnola (Collina d'Oro) | presidente | firma collettiva a due |
| | 38 | 57 | Cortesi, Donato, da Poschiavo, in Vezia | vice-presidente | firma collettiva a due |


Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 39 | 43 | ~~Trobbiani, Marco, da Gland, in Cadro~~ | vice-direttore | firma collettiva a due |
| 39 | | | Eboli, Pietro, da Le Peuchapatte, in Cadro | | procura collettiva a due |
| 39 | | 49 | ~~Pedroni, Daniele, da Bellinzona, in Gravesano~~ | | ~~procura collettiva a due~~ |
| 39 | | 42 | ~~Marti, André, da Basilea, in Zugo~~ | | ~~procura collettiva a due~~ |
| | 40 | 47 | ~~Novelli, Oscar, da Lugano, in Biassono (IT)~~ | membro | ~~firma collettiva a due~~ |
| | 41 | 43 | ~~Ricciardi, Giuseppe, da Ardez, in Davesco-Soragno~~ | direttore sostituto | ~~firma collettiva a due~~ |
| | 41 | 54 | ~~Tartini, Stefano, da Iragna, in Lugano~~ | vice-direttore | ~~firma collettiva a due~~ |
| 41 | | | Spinelli, Mauro, da Rivera, in Rivera | | procura collettiva a due |
| 41 | | | Pellegrini, Fabio, da Isorno, in Ascona | direttore sostituto | firma collettiva a due |
| 41 | | 56m | ~~Anzalone, Cataldo, da Caslano, in Sorengo~~ | | ~~procura collettiva a due~~ |
| 44 | | 50 | ~~Marti, André, da Basilea, in Zugo~~ | | ~~procura collettiva a due~~ |
| 45 | | 53 | ~~Jaumin, Jean-Louis, cittadino belga, in Sonvico~~ | direttore generale | ~~firma collettiva a due~~ |
| 45 | | | Pastore Pacia, Isabella-Maria, da Wangen an der Aare, in Breganzona (Lugano) | vice-direttrice | firma collettiva a due |
| 45 | | 56m | ~~Metelerkamp, Giorgio, cittadino olandese, in Varese (IT)~~ | | ~~procura collettiva a due~~ |
| 45 | | 56 | ~~Brugnoli, Martino, da Cadempino, in Lamone~~ | | ~~procura collettiva a due~~ |
| 45 | | | Galli, Rita Marisa, da Capriasca, in Tesserete (Capriasca) | | procura collettiva a due |
| 46 | | 53m | ~~Pedrazzetti, Mauro, da Arbedo-Castione, in Cadro~~ | vice-direttore generale | ~~firma collettiva a due~~ |
| 46 | | | Montagna, Maurizio, cittadino italiano, in Rovio | vice-direttore | firma collettiva a due |
| 46 | | | Dentice di Accadia Capozzi, Domenico, cittadino italiano, in Milano (IT) | vice-direttore | firma collettiva a due |
| | 48 | | KPMG SA, in Ginevra | ufficio di revisione | |
| 50 | | 53m | ~~Dagli, Umit Murat, da Ginevra, in Chêne-Bourg~~ | | ~~procura collettiva a due~~ |
| | 53 | | Dagli, Umit Murat, da Ginevra, in Chêne-Bourg | vice-direttore | firma collettiva a due |
| | 53 | 58 | ~~Pedrazzetti, Mauro, da Arbedo-Castione, in Cadro~~ | ~~direttore generale~~ | ~~firma collettiva a due~~ |
| 53 | | | Agostinetti, Mattia, da Gerra (Gambarogno), in Rancate | vice-direttore | firma collettiva a due |
| 53 | | | Barberis, Francesc, cittadina italiana, in Magliaso | vice-direttrice | firma collettiva a due |
| 53 | | | Chambaz, Claude, da Lugano e Bremblens, in Sessa | | procura collettiva a due |
| | 56 | | Anzalone, Cataldo, da Caslano, in Sorengo | vice-direttore | firma collettiva a due |
| | 56 | | Metelerkamp, Giorgio, cittadino olandese, in Varese (IT) | vice-direttore | firma collettiva a due |
| 57 | | | Lilla, Raphaël, da Ascona, in Reconvilier | presidente | firma collettiva a due |
| 57 | | | Schouker, Ivan, cittadino francese, in Tannay | vice-presidente | firma collettiva a due |
| 57 | | | Satnarine, Gregory, cittadino britannico, in Ginevra | membro | firma collettiva a due |
| | 58 | | Guatta, Fabio, da Maggia, in Novazzano | direttore sostituto e membro della direzione generale | firma collettiva a due |
| | 58 | | Sestan, Alessandro, cittadino italiano, in Cimo (Bioggio) | direttore sostituto e membro della direzione generale | firma collettiva a due |

Biasca, 05.03.2020 10:34 CF



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate. si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

| CHE-102.273.905 | Banca Commerciale Lugano | | Lugano | 4 |

Tutte le iscrizioni

| I | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 39 | 43 | ~~Trobbiani, Marco, da Gland, in Cadro~~ | ~~vice-direttore~~ | ~~firma collettiva a due~~ |
| 39 | | | Eboli, Pietro, da Le Peuchapatte, in Cadro | | procura collettiva a due |
| 39 | | 49 | ~~Pedroni, Daniele, da Bellinzona, in Gravesano~~ | | ~~procura collettiva a due~~ |
| 39 | | 42 | ~~Marti, André, da Basilea, in Zugo~~ | | ~~procura collettiva a due~~ |
| | 40 | 47 | ~~Rovelli, Oscar, da Lugano, in Biassono (IT)~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| | 41 | 43 | ~~Ricciardi, Giuseppe, da Ardez, in Davesco-Soragno~~ | ~~direttore sostituto~~ | ~~firma collettiva a due~~ |
| | 41 | 54 | ~~Tartini, Stefano, da Iragna, in Lugano~~ | ~~vice-direttore~~ | ~~firma collettiva a due~~ |
| 41 | | | Spinelli, Mauro, da Rivera, in Rivera | | procura collettiva a due |
| 41 | | | Pellegrini, Fabio, da Isorno, in Ascona | direttore sostituto | firma collettiva a due |
| 41 | | 56m | ~~Anzalone, Cataldo, da Caslano, in Sorengo~~ | | ~~procura collettiva a due~~ |
| 44 | | 50 | ~~Marti, André, da Basilea, in Zugo~~ | | ~~procura collettiva a due~~ |
| 45 | | 53 | ~~Jaumin, Jean-Louis, cittadino belga, in Sonvico~~ | ~~direttore generale~~ | ~~firma collettiva a due~~ |
| 45 | | | Pastore Pacia, Isabella-Maria, da Wangen an der Aare, in Breganzona (Lugano) | vice-direttrice | firma collettiva a due |
| 45 | | 56m | ~~Metelerkamp, Giorgio, cittadino olandese, in Varese (IT)~~ | | ~~procura collettiva a due~~ |
| 45 | | 56 | ~~Brugnoli, Martino, da Cadempino, in Lamone~~ | | ~~procura collettiva a due~~ |
| 45 | | | Galli, Rita Marisa, da Capriasca, in Tesserete (Capriasca) | | procura collettiva a due |
| 46 | | 53m | ~~Pedrazzetti, Mauro, da Arbedo-Castione, in Cadro~~ | ~~vice-direttore generale~~ | ~~firma collettiva a due~~ |
| 46 | | | Montagna, Maurizio, cittadino italiano, in Rovio | vice-direttore | firma collettiva a due |
| 46 | | | Dentice di Accadia Capozzi, Domenico, cittadino italiano, in Milano (IT) | vice-direttore | firma collettiva a due |
| | 48 | | KPMG SA, in Ginevra | ufficio di revisione | |
| 50 | | 53m | ~~Dagli, Umit Murat, da Ginevra, in Chêne-Bourg~~ | | ~~procura collettiva a due~~ |
| | 53 | | Dagli, Umit Murat, da Ginevra, in Chêne-Bourg | vice-direttore | firma collettiva a due |
| | 53 | 58 | ~~Pedrazzetti, Mauro, da Arbedo-Castione, in Cadro~~ | ~~direttore generale~~ | ~~firma collettiva a due~~ |
| 53 | | | Agostinetti, Mattia, da Gerra (Gambarogno), in Rancate | vice-direttore | firma collettiva a due |
| 53 | | | Barberis, Francesc, cittadina italiana, in Magliaso | vice-direttrice | firma collettiva a due |
| 53 | | | Chambaz, Claude, da Lugano e Bremblens, in Sessa | | procura collettiva a due |
| | 56 | | Anzalone, Cataldo, da Caslano, in Sorengo | vice-direttore | firma collettiva a due |
| | 56 | | Metelerkamp, Giorgio, cittadino olandese, in Varese (IT) | vice-direttore | firma collettiva a due |
| 57 | | | Lilla, Raphaël, da Ascona, in Reconvilier | presidente | firma collettiva a due |
| 57 | | | Schouker, Ivan, cittadino francese, in Tannay | vice-presidente | firma collettiva a due |
| 57 | | | Satnarine, Gregory, cittadino britannico, in Ginevra | membro | firma collettiva a due |
| | 58 | | Guatta, Fabio, da Maggia, in Novazzano | direttore sostituto e membro della direzione generale | firma collettiva a due |
| | 58 | | Sestan, Alessandro, cittadino italiano, in Cimo (Bioggio) | direttore sostituto e membro della direzione generale | firma collettiva a due |

Biasca, 05.03.2020 10:34 CF



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate. si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

---

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Stato: Repubblica e Cantone Ticino (Svizzera)
   Il presente atto pubblico
2. è stato firmato da ............... **Ludovica Monighetti**...........
3. operante in qualità di ..**Collaboratrice amministrativa**....
4. è munito del sigillo/bollo di .................................................
   **Ufficio del Registro di commercio del Cantone Ticino**..
   Attestato
5. in Bellinzona     6.     il …**9 marzo 2020**
7. da Cancelleria dello Stato

8. col numero ................... 3626
9. Sigillo/bollo      10. firma



CARLO VANINA
Segretario

Tassa Fr. 30.-

# Exhibit 2b



Commercial Register
6710 Biasca

Hinduja Banque (Suisse SA)
Attn: Rubina Brogle
Via Serafino Balestra 5
6900 Lugano

10-03635-jpm    Doc 487-4    Filed 03/22/20    Entered 03/22/20 18:56:02    Exhibit 2
Pg 11 of 17



# Commercial register of Canton Ticino

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-514.3.001.781-6 | 1 |
|---|---|---|---|---|---|---|
| CHE-102.273.905 | Limited or Corporation | 04/23/1963 | 05/20/2010 | | | |

All data

## Cancelled company

| In | Ca | Business name | | | | Ref | Legal seat |
|---|---|---|---|---|---|---|---|
| 1 | 1 | **Banca Commerciale Lugano**<br>(Banque Commerciale Lugano)<br>(Handelsbank Lugano)<br>(Commercial Bank Lugano) | | | | 1 | Lugano |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 3 | 25,000,000.00 | 25,000,000.00 | 25,000 bearer shares of CHF 1,000.00 | 1 | | Viale Carlo Cattaneo 9 |
| 3 | 9 | 30,000,000.00 | 30,000,000.00 | 30,000 bearer shares of CHF 1,000.00 | | | 6900 Lugano |
| 9 | | 40,000,000.00 | 40,000,000.00 | 40,000 bearer shares of CHF 1,000.00 | | | |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | 5 | The running of a commercial and asset management bank with its main business in Switzerland as well as in Western Europe and the United States of America. | | | |
| 5 | | The running of an asset management and commercial bank on the national and international markets. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 5 | | Articles of Association adapted to the new law governing shares. | 1 | 01/19/1963 |
| 30 | | Articles of Association amended on points not subject to publication. | 1 | *Omissis* |
| 51 | | Articles of Association amended on points not subject to publication. | 1 | 07/24/1996 |
| 59 | | The assets and liabilities towards third parties are taken over by HINDUJA BANQUE (SUISSE) SA, in Geneva (CHE-660.0.293.978-8). The company is cancelled after the merger. | 3 | 11/13/1996 |
| | | | 5 | 03/24/1997 |
| | | | 9 | 12/17/1998 |
| | | | 30 | 03/13/2003 |
| | | | 51 | 04/20/2007 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SOGC |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | (Omission) | | (Omission) | | 30 | 1841 | 03/28/2003 | 64 | 04/03/2003 | 15 / 933522 |
| 1 | 3327 | 08/08/1996 | 159 | 08/19/1996 | 4984 | 31 | 2313 | 04/22/2003 | 79 | 04/28/2003 | 16 / 966192 |
| 2 | 4272 | 10/23/1996 | 214 | 11/04/1996 | 6741 | 32 | 5160 | 09/22/2003 | 185 | 09/26/2003 | 10 / 1188846 |
| 3 | 4664 | 11/19/1996 | 234 | 12/02/1996 | 7428 | 33 | 1039 | 02/24/2004 | 41 | 03/01/2004 | 12 / 2146418 |
| 4 | 579 | 02/12/1997 | 37 | 02/25/1997 | 1266 | 34 | 4170 | 05/13/2004 | 96 | 05/19/2004 | 12 / 2269354 |
| 5 | 1360 | 04/04/1997 | 73 | 04/18/1997 | 2607 | 35 | 5249 | 07/07/2004 | 133 | 07/13/2004 | 15 / 2356682 |
| 6 | 8319 | 12/30/1997 | 9 | 01/15/1998 | 289 | 36 | 6651 | 09/23/2004 | 189 | 09/29/2004 | 14 / 2470048 |
| 7 | 4015 | 07/17/1998 | 140 | 07/23/1998 | 5117 | 37 | 296 | 01/19/2005 | 17 | 01/25/2005 | 15 / 2668862 |
| 8 | 4891 | 09/18/1998 | 185 | 09/24/1998 | 6593 | 38 | 1951 | 03/30/2005 | 65 | 04/05/2005 | 16 / 2776872 |
| 9 | 6615 | 12/18/1998 | 250 | 12/24/1998 | 8815 | 39 | 3883 | 07/01/2005 | 130 | 07/07/2005 | 15 / 2922096 |
| 10 | 339 | 01/24/2000 | 20 | 01/28/2000 | 633 | 40 | 6022 | 10/28/2005 | 214 | 11/03/2005 | 11 / 3086894 |
| 11 | 3041 | 05/31/2000 | 110 | 06/07/2000 | 3863 | 41 | 3547 | 04/05/2006 | 71 | 04/11/2006 | 14 / 3329320 |
| 12 | 3698 | 07/06/2000 | 134 | 07/12/2000 | 4762 | 42 | 6155 | 06/30/2006 | 129 | 07/06/2006 | 21 / 3450450 |
| 13 | 3803 | 07/13/2000 | 139 | 07/19/2000 | 4937 | 43 | 10303 | 11/21/2006 | 230 | 11/27/2006 | 13 / 3652852 |
| 14 | 5467 | 10/27/2000 | 214 | 11/02/2000 | 7467 | 44 | 11721 | 12/28/2006 | 3 | 01/05/2007 | 10 / 3709714 |
| 15 | 6233 | 12/05/2000 | 241 | 12/11/2000 | 8426 | 45 | 1261 | 02/02/2007 | 27 | 02/08/2007 | 14 / 3765944 |
| 16 | 6357 | 12/12/2000 | 246 | 12/18/2000 | 8611 | 46 | 1470 | 02/08/2007 | 31 | 02/14/2007 | 14 / 3774670 |
| 17 | 6537 | 12/19/2000 | 251 | 12/27/2000 | 8841 | 47 | 1691 | 02/14/2007 | 35 | 02/20/2007 | 17 / 3787398 |

[stamp] COMMERCIAL REGISTER ---CANTON TICINO
[signature]



# Commercial register of Canton Ticino

| CHE-102.273.905 | Banca Commerciale Lugano | Lugano | 2 |

All data

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | R 6843 | 12/28/2000 | R 3 | 01/05/2001 | 99 | 48 | 2137 | 02/23/2007 | 42 | 03/01/2007 | 16 / 3802644 |
| 19 | 709 | 02/02/2001 | 27 | 02/08/2001 | 975 | 49 | 2560 | 03/08/2007 | 51 | 03/14/2007 | 15 / 3837496 |
| 20 | 4634 | 09/05/2001 | 175 | 09/11/2001 | 7079 | 50 | 7512 | 08/16/2007 | 161 | 08/22/2007 | 14 / 4074994 |
| 21 | 4772 | 09/13/2001 | 181 | 09/19/2001 | 7296 | 51 | 8769 | 09/27/2007 | 191 | 10/03/2007 | 13 / 4137916 |
| 22 | 2309 | 04/16/2002 | 76 | 04/22/2002 | 12 / 438128 | 52 | 11820 | 12/18/2007 | 249 | 12/27/2007 | 24 / 4263126 |
| 23 | 3596 | 06/14/2002 | 117 | 06/20/2002 | 13 / 519372 | 53 | 2760 | 03/20/2008 | 60 | 03/28/2008 | 15 / 4404590 |
| 24 | 6237 | 10/25/2002 | 211 | 10/31/2002 | 13 / 708590 | 54 | 5485 | 06/02/2008 | 108 | 06/06/2008 | 17 / 4511202 |
| 25 | 6405 | 10/31/2002 | 215 | 11/06/2002 | 14 / 717088 | 55 | 6445 | 06/25/2008 | 125 | 07/01/2008 | 23 / 4551856 |
| 26 | 6522 | 11/07/2002 | 220 | 11/13/2002 | 12 / 725806 | 56 | 2064 | 02/24/2009 | 41 | 03/02/2009 | 16 / 4904456 |
| 27 | 519 | 01/29/2003 | 22 | 02/04/2003 | 15 / 845686 | 57 | 2226 | 02/17/2010 | 37 | 02/23/2010 | 18 / 5509650 |
| 28 | 927 | 02/18/2003 | 36 | 02/24/2003 | 13 / 876242 | 58 | 2776 | 03/03/2010 | 47 | 03/09/2010 | 20 / 5530418 |
| 29 | 1378 | 03/07/2003 | 49 | 03/13/2003 | 12 / 903106 | 59 | 6470 | 05/20/2010 | 100 | 05/27/2010 | 18 / 5649376 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 |  | 23 | Mensch, Rubino, from Cureggia, in Lugano | president | joint signature at two |
| 1 |  | 23 | Achermann, Werner, from Buochs and Lucerne, in Cadro | vice-president | joint signature at two |
| 1 |  | 57 | Bianchi, Gerardo, Italian citizen, in Milan (I) | member | joint signature at two |
| 1 |  | 15m | Basta, Gianfranco, from Baden and Laufenburg, in Manno | director | joint signature at two |
| 1 |  | 24m | Bonzi, Roberto, Italian citizen, in Montagnola | director | joint signature at two |
| 1 |  | 19m | Lardi, Pierino, from Poschiavo, in Sonvico | director | joint signature at two |
| 1 |  | 24 | Cataldi-Spinola, Enrico, Italian citizen, in Origlio | Deputy Director | joint signature at two |
| 1 |  | 17m | Brugnoli, Enzo, from Cadempino, in Pregassona | vice-director | joint signature at two |
| 1 |  | 17m | Gauchat, Samuele, from Prêles, in Sala Capriasca | vice-director | joint signature at two |
| 1 |  | 21m | Gianini, Giancarlo Francesco, from Lugano, in Muzzano | vice-director | joint signature at two |
| 1 |  | 7m | Rickenbacher, Richard, from Muotathal, in Lugano | vice-director | joint signature at two |
| 1 |  | 6m | De Carlo, Paolo, Italian citizen, in Bioggio |  | joint agent signature at two |
| 1 |  | 19 | Molinari, Alberto, from Lugano, in Pregassona |  | joint agent signature at two |
| 1 |  | 21 | Società di Revisione Bancaria SRB, in Zurich | auditor |  |
| 2 |  | 10 | Ortelli, Sergio, Italian citizen, in Lugano | Deputy Director | joint signature at two |
| 4 |  | 17m | Peduzzi, Michele, from Novazzano, in Melide |  | joint agent signature at two |
| 4 |  | 22m | Rigotti, Luigi, Italian citizen, in Manno |  | joint agent signature at two |
|  | 6 | 12m | De Carlo, Paolo, Italian citizen, in Cimo |  | joint agent signature at two |
| 6 |  | 33 | Pedrazzani, Fabio, from Savosa, in Pregassona | vice-director | joint signature at two |
| 6 |  | 14 | Todoroff, Boris, Italian citizen, in Lugano |  | joint agent signature at two |
|  | 7 | 24 | Rickenbacher, Richard, from Muotathal, in Lugano | Deputy Director | joint signature at two |
| 8 |  | 24 | Gandolfi, Gabriele, from Faido, in Lugano | director | joint signature at two |
| 11 |  | 23m | Minotti, Ivano, from Bellinzona, in Montagnola | member | joint signature at two |
| 12 |  | 24m | Balascio, Claudia, Italian citizen, in Viganello |  | joint agent signature at two |
| 12 |  | 17m | Balzarini, Bruno, from Bellinzona, in Manno |  | joint agent signature at two |
| 12 |  | 27m | Bignasca, Davide, from Sonvico, in Sonvico |  | joint agent signature at two |
| 12 |  | 22m | Gadda Conti, Marco, from Svitto, in Breganzona |  | joint agent signature at two |
| 12 |  | 14 | Perego, Guido, from Chiasso, in Chiasso |  | joint agent signature at two |
| 12 |  | 27m | Ricciardi, Giuseppe, from Ardez, in Davesco-Soragno |  | joint agent signature at two |
| 12 |  | 41 | Schneider, Willy, from Altstätten, in Aranno | director | joint signature at two |
| 12 |  | 33m | Zarri, Angelo, from Curio, in Ponte Capriasca |  | joint agent signature at two |
|  | 12 | 27m | De Carlo, Paolo, Italian citizen, in Cimo | vice-director | joint signature at two |
| 13 |  | 18m | Rovelli, Oscar, from Sierre, in Lugano | member | joint signature at two |
| 13 |  | 38m | Cortesi, Donato, from Poschiavo, in Vezia | member | joint signature at two |
|  | 15 | 24 | Basta, Gianfranco, from Baden and Laufenburg, in Porza | director | joint signature at two |
| 16 |  | 23m | Wicki, André, from Lucerne, in Küsnacht ZH | member | joint signature at two |
|  | 17 | 32m | Brugnoli, Enzo, from Cadempino, in Pregassona | vice-director | joint signature at two |

[stamp] COMMERCIAL REGISTER -–CANTON TICINO
[signature]

Biasca. 03/05/2020 10:34 AM                                Continuation on the following page



# Commercial register of Canton Ticino

| CHE-102.273.905 | Banca Commerciale Lugano | Lugano | 3 |

All data

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 17 | 33 | Gauchat, Samuele, from Prêles, in Bigorio (Sala Capriasca) | vice-director | joint signature at two |
|  | 17 | 27m | Peduzzi, Michele, from Novazzano, in Melide | vice-director | joint signature at two |
|  | 17 | 41 | Balzarini, Bruno, from Bellinzona, in Manno | vice-director | joint signature at two |
| 17 |  | 22m | Guatta, Fabio, from Maggia, in Viganello |  | joint agent signature at two |
|  | 18 | 24m | Rovelli, Oscar, Italian citizen, in Lugano | member | joint signature at two |
|  | 19 | 24 | Lardi, Pierino, from Poschiavo, in Porza | director | joint signature at two |
| 20 |  | 24m | Trobbiani, Marco, from Gland, in Viganello |  | joint agent signature at two |
|  | 21 | 41 | Gianini, Giancarlo Francesco, from Lugano, in Muzzano | vice-director | joint signature at two |
| 21 |  | 31 | Ernst & Young AG, in Lugano | auditor |  |
| 22 |  | 24 | Parmeggiani, Luca, from Geneva, in Montagnola | director | joint signature at two |
|  | 22 | 55 | Rigotti, Luigi, Italian citizen, in Manno | vice-director | joint signature at two |
|  | 22 | 41 | Gadda Conti, Marco, from Steinen, in Breganzona | vice-director | joint signature at two |
|  | 22 | 24m | Guatta, Fabio, from Maggia, in Viganello | vice-director | joint signature at two |
| 22 |  | 36m | Muscionico, Edy, from Besazio, in Balerna |  | joint agent signature at two |
| 22 |  | 27m | Thurler, Philippe, from Geneva, in Bellinzona |  | joint agent signature at two |
|  | 23 | 37 | Wicki, André, from Lucerne, in Küsnacht ZH | president | joint signature at two |
|  | 23 | 38m | Minotti, Ivano, from Bellinzona, in Montagnola | vice-president | joint signature at two |
| 23 |  | 57 | Herrmann, Kurt, from Signau, in Birmensdorf ZH | member | joint signature at two |
| 23 |  | 35 | Sassi, Ivan, from Bissone, in Bissone | vice-director | joint signature at two |
|  | 24 | 29m | Balascio, Claudia, from Viganello, in Viganello |  | joint agent signature at two |
|  | 24 | 40 | Bonzi, Roberto, Italian citizen, in Gentilino | director | joint signature at two |
|  | 24 | 27m | Guatta, Fabio, from Maggia, in Novazzano | vice-director | joint signature at two |
|  | 24 | 40m | Rovelli, Oscar, from Lugano, in Lugano | member | joint signature at two |
|  | 24 | 39m | Trobbiani, Marco, from Gland, in Cadro |  | joint agent signature at two |
| 25 |  | 37 | Wobmann, Heinz, from Malters, in Lugano | director | joint signature at two |
| 26 |  | 36 | Banfi, Fabiola, Italian citizen, in Capolago | vice-director | joint signature at two |
|  | 27 | 43 | De Carlo, Paolo, Italian citizen, in Cimo | vice-director | joint signature at two |
|  | 27 | 43 | Bignasca, Davide, from Sonvico, in Sonvico | vice-director | joint signature at two |
|  | 27 | 58m | Guatta, Fabio, from Maggia, in Novazzano | vice-director | joint signature at two |
|  | 27 | 36 | Peduzzi, Michele, from Novazzano, in Melide | vice-director | joint signature at two |
|  | 27 | 41m | Ricciardi, Giuseppe, from Ardez, in Davesco-Soragno | vice-director | joint signature at two |
|  | 27 | 43 | Thurler, Philippe, from Geneva, in Bellinzona | vice-director | joint signature at two |
| 28 |  | 32 | Sargenti, Luciano, from Magadino, in Vandoeuvres | director | joint signature at two |
| 28 |  | 40 | Lodigiani, Tiziano, from Lugano, in Pregassona |  | joint agent signature at two |
|  | 29 | 36 | Appiani, Claudia, from Viganello, in Viganello |  | joint agent signature at two |
| 31 |  | 34 | KPMG Fides Peat, in Zurich | auditor |  |
|  | 32 |  | Brugnoli, Enzo, from Cadempino, in Dino (Sonvico) | vice-director | joint signature at two |
| 33 |  |  | Celso, Franco, from Pregassona, in Pregassona | vice-director | joint signature at two |
|  | 33 | 50 | Zarri, Angelo, from Curio, in Ponte Capriasca | vice-director | joint signature at two |
| 33 |  | 43 | Guidicelli, Alberto, from Ponto Valentino, in Rivera |  | joint agent signature at two |
| 33 |  | 43 | Quirici, Marco, from Bidogno, in Ruvigliana (Lugano) |  | joint agent signature at two |
| 33 |  |  | Zatta, Ettore, from Gravesano, in Gravesano |  | joint agent signature at two |
| 33 |  | 39 | Monti, Stella, from Cademario, in Lugano |  | joint agent signature at two |
| 34 |  | 48m | KPMG Fides Peat, in Geneva | auditor |  |
| 35 |  | 41m | Tartini, Stefano, from Iragna, in Lugano |  | joint agent signature at two |
|  | 36 | 52 | Muscionico, Edy, from Besazio, in Balerna | vice-director | joint signature at two |
| 36 |  | 50 | Bortoli, Fabio, from Mendrisio, in Breganzona (Lugano) | vice-director | joint signature at two |
| 36 |  | 52 | Ugolotti, Roberto, Italian citizen, in Campione d'Italia (IT) |  | joint agent signature at two |
| 36 |  | 50 | Gatti, Gianluigi, from Morbio Inferiore, Corteglia (Castel San Pietro) | director | joint signature at two |
| 37 |  | 58m | Sestan, Alessandro, Italian citizen, in Cimo (Bioggio) | vice-director | joint signature at two |
|  | 38 | 57 | Minotti, Ivano, from Bellinzona, in Montagnola (Collina d'Oro) | president | joint signature at two |
|  | 38 | 57 | Cortesi, Donato, from Poschiavo, in Vezia | vice-president | joint signature at two |

[stamp] COMMERCIAL REGISTER -–CANTON TICINO
[signature]

Biasca. 03/05/2020 10:34 AM                    Continuation on the following page



# Commercial register of Canton Ticino

| CHE-102.273.905 | Banca Commerciale Lugano | Lugano | 4 |

All data

| In | Mo | Ca | Personal Data | Function | Signature |
|----|----|----|---------------|----------|-----------|
|    | 39 | 43 | ~~Trobbiani, Marco, from Gland, in Cadro~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 39 |    |    | Eboli, Pietro, from Le Peuchapatte, in Cadro |  | joint agent signature at two |
| 39 |    | 49 | ~~Pedroni, Daniele, from Bellinzona, in Gravesano~~ |  | ~~joint agent signature at two~~ |
| 39 |    | 42 | ~~Marti, André, from Basel, in Zugo~~ |  | ~~joint agent signature at two~~ |
|    | 40 | 47 | ~~Rovelli, Oscar, from Lugano, in Biassono (IT)~~ | ~~member~~ | ~~joint signature at two~~ |
|    | 41 | 43 | ~~Ricciardi, Giuseppe, from Ardez, in Davesco-Soragno~~ | ~~vice-director~~ | ~~joint signature at two~~ |
|    | 41 | 54 | ~~Tartini, Stefano, from Iragna, in Lugano~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 41 |    |    | Spinelli, Mauro, from Rivera, in Rivera |  | joint agent signature at two |
| 41 |    |    | Pellegrini, Fabio, from Isorno, in Ascona | vice-director | joint signature at two |
| 41 |    | 56m | ~~Anzalone, Cataldo, from Caslano, in Sorengo~~ |  | ~~joint agent signature at two~~ |
| 44 |    | 50 | ~~Marti, André, from Basel, in Zugo~~ |  | ~~joint agent signature at two~~ |
| 45 |    | 53 | ~~Jaumin, Jean-Louis, Belgian citizen, in Sonvico~~ | ~~general director~~ | ~~joint signature at two~~ |
| 45 |    |    | Pastore Pacia, Isabella-Maria, from Wangen an der Aare, in Breganzona (Lugano) | vice-director | joint signature at two |
| 45 |    | 56m | ~~Metelerkamp, Giorgio, Dutch citizen, in Varese (IT)~~ |  | ~~joint agent signature at two~~ |
| 45 |    | 56 | ~~Brugnoli, Martino, from Cadempino, in Lamone~~ |  | ~~joint agent signature at two~~ |
| 45 |    |    | Galli, Rita Marisa, from Capriasca, in Tesserete (Capriasca) |  | joint agent signature at two |
| 46 |    | 53m | ~~Pedrazzetti, Mauro, from Arbedo-Castione, in Cadro~~ | ~~vice-general director~~ | ~~joint signature at two~~ |
| 46 |    |    | Montagna, Maurizio, Italian citizen, in Rovio | vice-director | joint signature at two |
| 46 |    |    | Dentice di Accadia Capozzi, Domenico, Italian citizen, in Milano (IT) | vice-director | joint signature at two |
|    | 48 |    | KPMG SA, in Geneva | auditor |  |
| 50 |    | 53m | ~~Dagli, Umit Murat, from Geneva, in Chêne-Bourg~~ |  | ~~joint agent signature at two~~ |
|    | 53 |    | Dagli, Umit Murat, from Geneva, in Chêne-Bourg | vice-director | joint signature at two |
|    | 53 | 58 | ~~Pedrazzetti, Mauro, from Arbedo-Castione, in Cadro~~ | ~~general director~~ | ~~joint signature at two~~ |
| 53 |    |    | Agostinetti, Mattia, from Gerra (Gambarogno), in Rancate | vice-director | joint signature at two |
| 53 |    |    | Barberis, Francesc, Italian citizen, in Magliaso | vice-director | joint signature at two |
| 53 |    |    | Chambaz, Claude, from Lugano and Bremblens, in Sessa |  | joint agent signature at two |
|    | 56 |    | Anzalone, Cataldo, from Caslano, in Sorengo | vice-director | joint signature at two |
|    | 56 |    | Metelerkamp, Giorgio, Dutch citizen, in Varese (IT) | vice-director | joint signature at two |
| 57 |    |    | Lilla, Raphaël, from Ascona, in Reconvilier | president | joint signature at two |
| 57 |    |    | Schouker, Ivan, French citizen, in Tannay | vice-president | joint signature at two |
| 57 |    |    | Satnarine, Gregory, British citizen, in Geneva | member | joint signature at two |
|    | 58 |    | Guatta, Fabio, from Maggia, in Novazzano | substitute director and member of the general management | joint signature at two |
|    | 58 |    | Sestan, Alessandro, Italian citizen, in Cimo (Bioggio) | substitute director and member of the general management | joint signature at two |

Biasca, 03/05/2020 10:34 AM CF

[stamp] COMMERCIAL REGISTER --CANTON TICINO
[signature]

This extract is valid only if it has the authentication of the commercial register. It contains all the registrations for this company that are currently valid as well as all the registrations that have now been cancelled, a company record (extract) containing only the currently valid registrations may be requested.

APOSTILLE [stamp] STATE CHANCELLOR'S OFFICE – CANTON TICINO

*(Convention De la Haye du 5 octobre 1961)*

1. Country: Republic and Canton of Ticino (Switzerland)

   This public document

2. has been signed by ……………………… **Ludovica Monighetti** ……………………………………….

3. acting in the capacity of … **Administrative Assistant** ……………………………………………..

4. bears the seal/stamp of ………………………………………………………………………………………..

   **Commercial Register of Canton Ticino**

   Certified

5. at Bellinzona          6. the … **March 9, 2020**

7. by State Chancellor's Office

   ………………………………………………………………………………………………………………………………….

8. No. …………. 3626

9. Seal/stamp          10. Signature

……………………………………………….          …………………………………………… [Initials]

[stamp] STATE CHANCELLOR'S          CARLO VANINA
OFFICE – CANTON TICINO          Secretary

# TRANSLATION CERTIFICATION

Date: March 13, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Italian

To:

- English

The documents are designated as:
- Commercial register of Canton Ticino for Banca Commerciale Lugano

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.