# Exhibit 3a



# Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-514.3.000.773-1 dal: CH-514.3.000.773-1/a a: | 1 |
|---|---|---|---|---|---|
| **CHE-101.790.865** | **Società anonima** | 22.06.1926 | 28.06.2016 | | |

Tutte le iscrizioni                                                                                          **Ditta cancellata**

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 1 | 6 | Banca Privata Solari & Blum SA (Gruppo Benjamin e Edmond de Rothschild) | 1 | Lugano |
| 1 | 6 | (Banque Privée Solari & Blum SA (Groupe Benjamin et Edmond de Rotschild) | | |
| 6 | 7 | Banca privata Edmond de Rothschild Lugano SA | | |
| 7 | 56 | Banca Privata Edmond de Rothschild Lugano SA | | |
| 56 | | **Edmond de Rothschild (Lugano) SA** | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | 54 | 5'000'000.00 | 5'000'000.00 | 4'500 azioni al portatore di categoria A da CHF 1'000.00 | 1 | 4 | Via Bossi 9 6900 Lugano |
| | | | | 5'000 azioni nominative privilegiate di categoria B da CHF 100.00 | | 4 | Via Ginevra 2 6900 Lugano |
| 54 | | | | 50'000 azioni nominative da CHF 100.00 | | | |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | | L'esercizio di una banca, specialmente la prestazione di servizi operativi e amministrativi nel campo della consulenza finanziaria e della gestione patrimoniale. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 1 | 54 | Le azioni nominative di categoria B da CHF 100.-- sono privilegiate quanto al diritto di voto. | 1 | 14.06.1926 |
| 1 | | Statuti adattati al nuovo diritto azionario. | 1 | omissis |
| 2 | | La trasferibilità delle azioni nominative è limitata dallo statuto. | 1 | 21.04.1994 |
| 23 | | Statuto modificato su unpunto non soggetto a pubblicazione. | 2 | 24.04.1997 |
| 54 | | Le comunicazioni della società agli azionisti avvengono per lettera raccomandata. | 6 | 20.10.1998 |
| 63 | | Gli attivi e i passivi verso terzi sono ripresi da Edmond de Rothschild (Suisse) S.A., in Ginevra (CHE-105.978.847). La società è cancellata in seguito alla fusione. | 23 | 26.04.2005 |
| | | | 30 | 24.04.2007 |
| | | | 54 | 15.11.2013 |
| | | | 56 | 28.04.2014 |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | La società ha assunto, sulla base del contratto di fusione del 17.04.1991 la Banca Privata Edmond de Rothschild SA, in Lugano, giusta l'art. 748 CO. Bilancio di fusione: 31.12.1990. Attivo: CHF 63'229'356.38. Passivo: CHF 33'719'937.99. Attivo netto: 29'509'418.39, da cui va dedotto il dividendo straordinario distribuito dopo il 31.12.1990 di CHF 15'800'000.--. La cessione ha luogo mediante rimessa agli azionisti di 1'800 nuove azioni al portatore di categoria A da CHF 1'000.-- e 2'000 nuove azioni nominative privilegiate di categoria B da CHF 100.--. | 1 | FUSC |
| 50 | | Fusione: ripresa di attivi e passivi di Sella Bank AG, in Lugano (CH-020.3.912.532-2), secondo il contratto di fusione del 28.02.2013 e bilancio al 31.12.2012 , che presenta attivi per CHF 221'171'062.00 e passivi verso terzi per CHF 169'673'869.00. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | (Omissione) | | (Omissione) | | 32 | | 742 | 23.01.2008 | 19 | 29.01.2008 | 14 / 4311534 |
| | 1 | 1888 | 07.05.1996 | 97 | 21.05.1996 | 2921 | 33 | | 2829 | 25.03.2008 | 61 | 31.03.2008 | 17 / 4406622 |
| | 2 | 1833 | 05.05.1997 | 96 | 23.05.1997 | 3457 | 34 | | 3637 | 17.04.2008 | 78 | 23.04.2008 | 14 / 4444090 |
| | 3 | 4836 | 21.07.1997 | 155 | 15.08.1997 | 5883 | 35 | | 5074 | 19.05.2008 | 98 | 23.05.2008 | 16 / 4487892 |
| | 4 | 7909 | 10.12.1997 | 247 | 23.12.1997 | 9233 | 36 | | 2201 | 27.02.2009 | 44 | 05.03.2009 | 19 / 4910956 |
| | 5 | 3122 | 29.05.1998 | 112 | 15.06.1998 | 4060 | 37 | | 7443 | 22.06.2009 | 121 | 26.06.2009 | 29 / 5094812 |
| | 6 | 5672 | 02.11.1998 | 216 | 06.11.1998 | 7600 | 38 | | 1303 | 28.01.2010 | 23 | 03.02.2010 | 20 / 5475382 |
| | 7 | R 5988 | 12.11.1998 | R 224 | 18.11.1998 | 7887 | 39 | | 8569 | 12.07.2010 | 136 | 16.07.2010 | 20 / 5730500 |
| | 8 | 1407 | 29.03.1999 | 65 | 06.04.1999 | 2200 | 40 | | 1760 | 17.02.2011 | 38 | 23.02.2011 | 15 / 6006532 |

Biasca, 10.02.2020 11:32                                                                                    Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 2 |

Tutte le iscrizioni

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|----|-----|----------|---------------|------|-----------|-------------|----|-----|----------|---------------|------|-----------|-------------|
| | 9 | 2320 | 20.05.1999 | 100 | 27.05.1999 | 3524 | 41 | 5013 | 04.05.2011 | 89 | 09.05.2011 | 6152622 |
| | 10 | 1845 | 03.04.2000 | 70 | 07.04.2000 | 2361 | 42 | 8638 | 11.07.2011 | 135 | 14.07.2011 | 6254952 |
| | 11 | 4242 | 10.08.2000 | 158 | 16.08.2000 | 5579 | 43 | 1449 | 06.02.2012 | 28 | 09.02.2012 | 6543308 |
| | 12 | 6675 | 21.12.2000 | 253 | 29.12.2000 | 8934 | 44 | 5588 | 26.04.2012 | 84 | 01.05.2012 | 6660126 |
| | 13 | 2908 | 22.05.2001 | 102 | 29.05.2001 | 4028 | 45 | R 5769 | 25.05.2012 | R 88 | 07.05.2012 | 6666326 |
| | 14 | 5387 | 15.10.2001 | 203 | 19.10.2001 | 8193 | 46 | 6819 | 25.05.2012 | 104 | 31.05.2012 | 6697990 |
| | 15 | 5528 | 22.10.2001 | 208 | 26.10.2001 | 8388 | 47 | 9473 | 25.07.2012 | 146 | 30.07.2012 | 6790092 |
| | 16 | 1342 | 26.02.2002 | 43 | 04.03.2002 | 13 / 367486 | 48 | 12587 | 19.10.2012 | 207 | 24.10.2012 | 6902260 |
| | 17 | 2822 | 08.05.2002 | 93 | 16.05.2002 | 13 / 472538 | 49 | 1166 | 25.01.2013 | 20 | 30.01.2013 | 7040260 |
| | 18 | 456 | 27.01.2003 | 20 | 31.01.2003 | 12 / 841230 | 50 | 2713 | 01.03.2013 | 45 | 06.03.2013 | 7092476 |
| | 19 | 1557 | 17.03.2003 | 55 | 21.03.2003 | 13 / 915180 | 51 | 8023 | 26.06.2013 | 124 | 01.07.2013 | 947977 |
| | 20 | 4671 | 27.08.2003 | 167 | 02.09.2003 | 13 / 1153668 | 52 | R 8204 | 02.07.2013 | R 128 | 05.07.2013 | 960215 |
| | 21 | 4340 | 21.05.2004 | 101 | 27.05.2004 | 9 / 2279142 | 53 | 12235 | 11.10.2013 | 200 | 16.10.2013 | 1131053 |
| | 22 | 498 | 31.01.2005 | 25 | 04.02.2005 | 14 / 2686732 | 54 | 14723 | 03.12.2013 | 237 | 06.12.2013 | 1221843 |
| | 23 | 2696 | 03.05.2005 | 89 | 10.05.2005 | 15 / 2830552 | 55 | 6127 | 05.05.2014 | 88 | 08.05.2014 | 1490805 |
| | 24 | 5916 | 24.10.2005 | 210 | 28.10.2005 | 11 / 3080754 | 56 | 6411 | 09.05.2014 | 92 | 14.05.2014 | 1500015 |
| | 25 | 557 | 18.01.2006 | 16 | 24.01.2006 | 13 / 3209198 | 57 | 12853 | 26.09.2014 | 189 | 01.10.2014 | 1743605 |
| | 26 | 3914 | 12.04.2006 | 76 | 20.04.2006 | 14 / 3340812 | 58 | 7090 | 21.05.2015 | 99 | 27.05.2015 | 2170599 |
| | 27 | 7925 | 06.09.2006 | 176 | 12.09.2006 | 12 / 3545368 | 59 | 7682 | 03.06.2015 | 107 | 08.06.2015 | 2193491 |
| | 28 | 1471 | 08.02.2007 | 31 | 14.02.2007 | 14 / 3774676 | 60 | 9014 | 30.06.2015 | 126 | 03.07.2015 | 2247917 |
| | 29 | 3677 | 12.04.2007 | 74 | 18.04.2007 | 12 / 3889358 | 61 | 10982 | 10.08.2015 | 155 | 13.08.2015 | 2320057 |
| | 30 | 4445 | 04.05.2007 | 90 | 10.05.2007 | 14 / 3924758 | 62 | 16907 | 15.12.2015 | 246 | 18.12.2015 | 2549861 |
| | 31 | 5588 | 12.06.2007 | 115 | 18.06.2007 | 16 / 3960372 | 63 | 9242 | 28.06.2016 | 126 | 01.07.2016 | 2926753 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|----|----|----|----------------|----------|-------------------|
| 1 | | 44 | De Rothschild, Benjamin, cittadino francese, in Pregny | presidente | firma collettiva a due |
| 1 | | 17 | Ryan-Blum-Gentilomo, Giustina, da Muzzano, in Londra (GB) | vice-presidente | firma collettiva a due |
| 1 | | 51 | Baatard, Luc, da Lutry, in Vesenaz | membro | firma collettiva a due |
| 1 | | 17 | Blum Gentilomo, Silvia, da Muzzano, in Comano | membro | firma collettiva a due |
| 1 | | | Foppa, Giorgio, da Lugano, in Lugano | membro | firma collettiva a due |
| 1 | | 44 | Messulam, Claude, da Ginevra, in Ginevra | membro | firma collettiva a due |
| 1 | | 13 | Pagani, Enrico, da Massagno, in Lugano | membro | firma collettiva a due |
| 1 | | 43m | Poggi, Leonardo, cittadino italiano, in Lugano | membro | firma collettiva a due |
| 1 | | 3 | Sciclounoff, Pierre, da Ginevra, in Ginevra | membro | firma collettiva a due |
| 1 | | 14 | Solari, Gianmaria, da Lugano, in Lugano | membro | firma collettiva a due |
| 1 | | 15m | Trévor Salathé, Edward, da Basilea, in Givrins | membro | firma collettiva a due |
| 1 | | 16m | Blum Gentilomo, Walter, da Muzzano, in Comano | direttore | firma collettiva a due |
| 1 | | 14 | Duffey, Jean-Marie, da Hauteville, in Cureglia | direttore | firma collettiva a due |
| 1 | | 16 | Moor, Silvio, da Uster, in Cureglia | direttore | firma collettiva a due |
| 1 | | 16 | Solari, Guelfo, da Lugano, in Lugano | direttore | firma collettiva a due |
| 1 | | 11 | Tamburini, Armando, da Barbengo, in Lugano | direttore | firma collettiva a due |
| 1 | | 8m | Fabbri, Jean-Marie, da Travers, in Massagno | vice-direttore | firma collettiva a due |
| 1 | | 10m | Jozzelli, Antonietta, da Muggio, in Lugano | vice-direttrice | firma collettiva a due |
| 1 | | 10m | Marthaler, Rolf, da Frauenkappelen, in Carabbia | vice-direttore | firma collettiva a due |
| 1 | | 10m | Merazzi, Roberto, cittadino italiano, in Vezia | vice-direttore | firma collettiva a due |
| 1 | | 16m | Bianchi, Alberto, da Coldrerio, in Roveredo TI | | procura collettiva a due |
| 1 | | 16 | Brunner, Marino, da Basilea, in Carabbia | | procura collettiva a due |
| 1 | | 12m | Cimasoni, Gualtiero, da Lugano, in Breganzona | | procura collettiva a due |
| 1 | | 8m | Castiglioni, Roberto, cittadino italiano, in Vacallo | | procura collettiva a due |
| 1 | | 10 | Dongo, Carlo, cittadino italiano, in Pregassona | | procura collettiva a due |
| 1 | | 3m | Franzi, Filomena, cittadina portoghese, in Carabbia | | procura collettiva a due |



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 3 |
|---|---|---|---|---|

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 5 | Masotti, Pi etro, da Arbedo-Castione, in Arbedo-Castione | | procura collettiva a due |
| 1 | | 25m | Rezzonico, Giorgio, da Pregassona, in Cureglia | | procura collettiva a due |
| 1 | | 8m | Soldati, Sandro, da Coldrerio, in Bissone | | procura collettiva a due |
| 1 | | 11 | Tocchetti, Flavio, da Viganello, in Viganello | | procura collettiva a due |
| 1 | | 20 | Rosio, Corrado, da Poschiavo, in Lugano | | procura ollettiva a due |
| 1 | | 11 | Vivante, Giacomo, da Lugano, in Lugano | | procura collettiva a due |
| 1 | | 10m | Zullino, Rocco, cittadino italiano, in Agno | | procura collettiva a due |
| 1 | | 9 | STG-Coopers & LybrandRévision Bancaire SA, in Ginevra | ufficio di revisione | |
| | 3 | 36m | Franzi, Filomena, da Caslano, in Carabbia | | procura collettiva a due |
| | 8 | 10m | Fabbri, Jean-Marie, da Travers, in Cureglia | vice-direttore | firma collettiva a due |
| | 8 | 24 | Soldati, Sandro, da Coldrerio, in Novazzano | | procura collettiva a due |
| | 8 | 13m | Castiglioni, Roberto, da Vacallo, in Vacallo | | procura collettiva a due |
| 8 | | 10m | Inauen, Diego, da Appenzello, in Losone | vice-direttore | firma collettiva a due |
| 8 | | 25m | Bobbià, Gianmaria, da Stabio, in Lamone | | procura collettiva a due |
| 8 | | 10m | Moresi, Massimo, da Certara, in Massagno | | procura collettiva a due |
| 8 | | 10m | Morniroli, Stefano, da Novazzano, in Minusio | | procura collettiva a due |
| 8 | | 13m | Ricci, Renzo, da Lugano, in Massagno | | procura collettiva a due |
| 9 | | | PricewaterhouseCoopers SA, in Ginevra | ufficio di revisione | |
| | 10 | 13 | Fabbri, Jean-Marie, da Travers, in Cureglia | membro della direzione | firma collettiva a due |
| | 10 | 11m | Inauen, Diego, da Appenzello, in Losone | membro della direzione | firma collettiva a due |
| | 10 | 11 | Jozzelli, Antonietta, da Muggio, in Lugano | membro della direzione | firma collettiva a due |
| | 10 | 12m | Marthaler, Rolf, da Frauenkappelen, in Carabbia | membro della direzione | firma collettiva a due |
| | 10 | 13m | Merazzi, Roberto, cittadino italiano, in Vezia | membro della direzione | firma collettiva a due |
| | 10 | 21m | Moresi, Massimo, da Certara, in Massagno | membro della direzione | firma collettiva a due |
| | 10 | 13 | Morniroli, Stefano, da Novazzano, in Minusio | membro della direzione | firma collettiva a due |
| | 10 | 22 | Zullino, Rocco, cittadino italiano, in Agno | membro della direzione | firma collettiva a due |
| 10 | | 25m | Jelmini, Marco, da Quinto, in Bellinzona | membro della direzione | firma collettiva a due |
| | 11 | 25m | Inauen, Diego, da Appenzello, in Losone | direttore | firma collettiva a due |
| | 12 | 38m | Marthaler, Rolf, da Frauenkappelen, in Carabbia | direttore sostituto | firma collettiva a due |
| | 12 | 22m | Cimasoni, Gualtiero, da Lugano, in Breganzona | membro della direzione | firma collettiva a due |
| | 13 | 18m | Ricci, Renzo, da Lugano, in Tesserete | | procura collettiva a due |
| | 13 | 38m | Merazzi, Roberto, cittadino italiano, in Vezia | direttore sostituto | firma collettiva a due |
| | 13 | 28m | Castiglioni, Roberto, da Vacallo, in Vacallo | membro della direzione | firma collettiva a due |
| 13 | | 22m | Poggi, Daniele, da Ginevra, in Lugano | membro della direzione | firma collettiva a due |
| 13 | | 18m | Biffi, Sacha, da Caneggio, in Arosio | | procura collettiva a due |
| 13 | | 18m | Masa, Alberto, da Caviano, in Pregassona | | procura colletti va a due |
| 14 | | 44 | Bloch-Saloz, Stéphane, da Ginevra, in Bibiana (I) | membro | firma colletti va a due |
| 14 | | 44m | Dami, Ma nuel, da Ginevra, in Confignon | membro | firma collettiva a due |
| 14 | | 22 | Genazzini, Stefano, da Gandria, in Gandria | membro della direzione | firma collettiva a due |
| 14 | | 19 | Moccetti, Ettore, da Bioggio, in Comano | membro della direzione | firma collettiva a due |

Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 4 |

Tutte le iscrizioni

| n | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 14 | | 18 | Mozzetti, Giuliano, da Vogorno, in Sala Capriasca | membro della direzione | firma collettiva a due |
| | 15 | 17m | Trévor Salathé, Edward, da Basilea, in Monaco (MC) | membro | firma collettiva a due |
| | 16 | 25m | Blum Gentilomo, Walter, da Muzzano, in Comano | membro | firma collettiva a due |
| | 16 | 18m | Bianchi, Alberto, da Coldrerio, in Roveredo TI | membro della direzione | firma collettiva a due |
| 16 | | 22m | Misrahi, Robert, da Chêne-Bougeries, in Montagnola | direttore | firma collettiva a due |
| 16 | | 21m | Collenberg, Reto, da Cumbel, in Massagno | membro della direzione | firma collettiva a due |
| 16 | | 25m | Paris, Nicola, da Croglio, in Dino (Sonvico) | membro della direzione | firma collettiva a due |
| 16 | | 36m | Ghirlanda, Stefano, da Sonvico, in Savosa | | procura collettiva a due |
| 16 | | 18m | Renna, Leonardo, cittadino italiano, in Massagno | | procura collettiva a due |
| | 17 | 44m | Trévor Salathé, Edward, da Basilea, in Monaco (MC) | vice-presidente | firma collettiva a due |
| | 18 | 35 | Ricci, Renzo, da Lugano, in Tesserete (Capriasca) | membro della direzione | firma collettiva a due |
| 18 | | 22m | Colombini, Fabrizio, da Isone, in Giubiasco | | procura collettiva a due |
| 18 | | 25 | Ghirlanda, Aline, da Sonvico e Usnach, in Savosa | | procura collettiva a due |
| 18 | | 31 | Pedroli Guadagnini, Michela, da Locarno e Losone, in Tegna | | procura collettiva a due |
| | 18 | | Bianchi, Alberto, da Coldrerio, in Roveredo TI (Capriasca) | membro della direzione | firma collettiva a due |
| | 18 | 24m | Biffi, Sacha, da Caneggio, in Bedano | | procura collettiva a due |
| | 18 | 21m | Masa, Alberto, da Caviano, in Massagno | | procura collettiva a due |
| | 18 | 24m | Renna, Leonardo, cittadino italiano, in Pregassona | | procura collettiva a due |
| 20 | | 24m | Valsangiacomo, Corrado, da Castel San Pietro, in Pregassona | direttore sostituto | firma collettiva a due |
| 21 | | 28m | Collenberg, Reto, da Cumbel, in Bioggio | membro della direzione | firma collettiva a due |
| 21 | | 28m | Masa, Alberto, da Caviano, in Gordola | | procura collettiva a due |
| 21 | | 27 | Moresi, Massimo, da Certara, in Origlio | membro della direzione | firma collettiva a due |
| 21 | | 42 | Misrahi, Roger, da Chêne-Bougeries, in Lugano | direttore | firma collettiva a due |
| | 22 | | Cimasoni, Gualtiero, da Lugano, in Breganzona (Lugano) | direttore sostituto | firma collettiva a due |
| 22 | | 41 | Passavini, Mauro, cittadino italiano, in Montagnola (Collina d'Oro) | membro della direzione | firma collettiva a due |
| | 22 | 38m | Colombini, Fabrizio, da Isone, in Carasso (Bellinzona) | | procura collettiva a due |
| | 22 | 38m | Misrahi, Robert, da Chêne-Bougeries, in Montagnola (Collina d'Oro) | direttore | firma collettiva a due |
| | 22 | 25m | Poggi, Daniele, da Ginevra, in Vernate | membro della direzione | firma collettiva a due |
| | 24 | 26 | Biffi, Sacha, da Caneggio, in Mezzovico-Vira | | procura collettiva a due |
| | 24 | 43m | Renna, Leonardo, cittadino italiano, in Pregassona (Lugano) | | procura collettiva a due |
| | 24 | 46m | Valsangiacomo, Corrado, da Castel San Pietro, in Pregassona (Lugano) | direttore sostituto | firma collettiva a due |
| 24 | | 32m | Ubertini, Pasquale, cittadino italiano, in Viganello (Lugano) | direttore | firma collettiva a due |
| | 25 | | Blum Gentilomo, Walter, da Muzzano, in Shrewsbury (UK) | membro | firma collettiva a due |
| | 25 | | Jelmini, Marco, da Quinto, in Bellinzona | direttore sostituto | firma collettiva a due |
| | 25 | 46m | Paris, Nicola, da Croglio, in Dino (Sonvico) | direttore sostituto | firma collettiva a due |
| | 25 | | Poggi, Daniele, da Ginevra, in Vernate | direttore sostituto | firma collettiva a due |
| | 25 | | Bobbià, Gianmaria, da Stabio, in Lamone | membro della direzione | firma collettiva a due |
| | 25 | 57 | Rezzonico, Giorgio, da Lugano, in Cureglia | membro della direzione | firma collettiva a due |
| | 25 | 34 | Inauen, Diego, da Appenzello, in Ascona | direttore | firma collettiva a due |
| 25 | | | Bocchi, Roberto, da Lugano, in Davesco-Soragno (Lugano) | | procura collettiva a due |

 **ti** 🛡

# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 5 |

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|----|----|----|----------------|----------|-------------------|
| 25 | | 33 | Giudicetti, Raffaella, da Lostallo, in Bregazona (Lugano) | | procura collettiva a due |
| 25 | | 32m | Scacchi, Matteo, da Arzo, in Arzo | | procura collettiva a due |
| | 28 | | Castiglioni, Roberto, da Vacallo, in Vacallo | direttore sostituto | firma collettiva a due |
| | 28 | | Collenberg, Reto, da Cumbel, in Bioggio | direttore sostituto | firma collettiva a due |
| | 28 | | Masa, Alberto, da Caviano, in Gordola | membro della direzione | firma collettiva a due |
| 28 | | | Bazzani, Stefano, da Seftigen, in Lugano | membro della direzione | firma collettiva a due |
| 28 | | | Ferrari, Angelo, da Riva San Vitale, in Riva San Vitale | | procura collettiva a due |
| 28 | | 43m | Longhi, Angelo, da Torricella-Taverne, in Davesco-Soragno (Lugano) | | procura collettiva a due |
| 28 | | 29 | Rossi, Mariano, da Lugano, in Ponte Capriasca | | procura collettiva a due |
| 31 | | 62 | Mosconi, Claudio, da Arzo, in Lugano | direttore sostituto | firma collettiva a due |
| | 32 | 48m | Ubertini, Pasquale, da Lugano, in Viganello (Lugano) | direttore | firma collettiva a due |
| 32 | | 33m | Calamai, Mario, da Ginevra e Jenins, in Viganello | membro della direzione | firma collettiva a due |
| 32 | | | Antoine, Corinne, da Vex, in Breganzona (Lugano) | | procura collettiva a due |
| 32 | | | De Maria, Giovanni, da Riva San Vitale, in Seseglio (Chiasso) | | procura collettiva a due |
| | 32 | 38m | Scacchi, Matteo, da Arzo, in Arzo | membro della direzione | firma collettiva a due |
| | 33 | 37 | Calamai, Mario, da Ginevra e Jenins, in Viganello (Lugano) | membro della direzione | firma collettiva a due |
| 34 | | 46 | Costa, Franco, da Poschiavo, in Roveredo GR | direttore sostituto | firma collettiva a due |
| | 36 | 49 | Franzi, Filomena, da Caslano, in Carabbia (Lugano) | membro della direzione | firma collettiva a due |
| | 36 | 38m | Ghirlanda, Stefano, da Sonvico, in Savosa | membro della direzione | firma collettiva a due |
| 36 | | | Belotti, Beatrice, da Capriasca, in Tesserete (Capriasca) | | procura collettiva a due |
| 36 | | | Brugnadelli Nucera, Patrizia, da Morbio Inferiore, in Cantello (IT) | | procura collettiva a due |
| 36 | | | Casoli, Heidi, da Sumiswald, in Cadempino | | procura collettiva a due |
| 36 | | 51 | Conti, Isabella, cittadina italiana, in Giubiasco | | procura collettiva a due |
| 36 | | | Mombelli, Flavio, da Stabio, in Capolago | | procura collettiva a due |
| 38 | | | Pincardini, Marcello, da Muzzano, in Sonvico | membro della direzione | firma collettiva a due |
| | 38 | | Colombini, Fabrizio, da Isone, in Carasso (Bellinzona) | membro della direzione | firma collettiva a due |
| | 38 | | Ghirlanda, Stefano, da Sonvico, in Dino (Sonvico) | membro della direzione | firma collettiva a due |
| | 38 | 39 | Misrahi, Robert, da Chêne-Bougeries, in St. Moritz | direttore | firma collettiva a due |
| | 38 | 47 | Marthaler, Rolf, da Frauenkappelen, in Carabbia (Lugano) | direttore sostituto | firma collettiva a due |
| | 38 | 49m | Scacchi, Matteo, da Mendrisio, in Arzo (Mendrisio) | membro della direzione | firma collettiva a due |
| | 38 | 42 | Merazzi, Roberto, da Isone, in Vezia | direttore sostituto | firma collettiva a due |
| 40 | | 49m | Codazzi, Ronnie, da Muralto, in Savosa | | procura collettiva a due |
| 41 | | 57 | Venturini, Luca, cittadino italiano, in Lugano | direttore | firma collettiva a due |
| | 43 | | Longhi, Angelo, da Torricella-Taverne, in Pregassona (Lugano) | | procura collettiva a due |
| | 43 | | Poggi, Leonardo, cittadino italiano, in Montecarlo (MC) | membro | firma collettiva a due |
| | 43 | 47m | Renna, Leonardo, cittadino italiano, i nPregassona (Lugano) | membro della direzione | firma collettiva a due |
| 43 | | | Togni, Stefano, cittadino italiano, in Mendrisio | membro della direzione | firma collettiva a due |
| 43 | | | Bigoni, Marco, da Eggiwil, in Ponte Tresa | direttore sostituto | firma collettiva a due |
| 43 | | | Norsa, Franca, da Caslano, in Paradiso | | procura collettiva a due |
| 44 | | 45m | Leuthold, Manuel Philipp, da Ginevra, in Confignon | presidente | firma collettiva a due |

Biasca, 10.02.2020 11:32

Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 6 |
|---|---|---|---|---|

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 44 | | 51 | Dami, Manuel, da Ginevra, in Confignon | vice-presidente | firma collettiva a due |
| | 44 | 51m | Trévor Salathé, Edward, da Basilea, in Monaco (MC) | membro | firma collettiva a due |
| | 45 | 61 | Leuthold, Manuel Philippe, da Ginevra, in Confignon | presidente | firma collettiva a due |
| | 46 | | Paris, Nicola, da Croglio, in Dino (Sonvico) | direttore | firma collettiva a due |
| | 46 | | Valsangiacomo, Corrado, da Castel San Pietro, in Pregassona (Lugano) | direttore | firma collettiva a due |
| | 47 | | Renna, Leonardo, da Lugano, in Pregassona (Lugano) | membro della direzione | firma collettiva a due |
| | 48 | | Ubertini, Pasquale, da Lugano, in Pregassona (Lugano) | direttore | firma collettiva a due |
| 48 | | 62m | Matrone, Massimiliano, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due |
| 49 | | | Aragona, Fabio, da Bolligen, in Dino (Sonvico) | direttore sostituto | firma collettiva a due |
| 49 | | | Tunesi, Tiziano, da Cugnasco-Gerra, in Riva San Vitale | direttore sostituto | firma collettiva a due |
| 49 | | 58m | Castro, Alejandro, cittadino italiano, in Lugano | membro della direzione | firma collettiva a due |
| 49 | | 53m | Piccioni, Fabio, cittadino italiano, in Vacallo | | procura collettiva a due |
| | 49 | 58 | Scacchi, Matteo, da Mendrisio, in Arzo (Mendrisio) | direttore sostituto | firma collettiva a due |
| | 49 | | Perregrini, Ronnie, da Muralto, in Savosa | | procura collettiva a due |
| | 51 | 52m | Salathe, Edward Trevor, da Basilea, in Monaco (MC) | vice-presidente | firma collettiva a due |
| | 52 | | Salathé, Edward Trévor, da Basilea, in Monaco (MC) | vice-presidente | firma collettiva a due |
| 53 | | | Brändli, Ueli, da Lindau, in Melide | membro di direzione | firma collettiva a due |
| 53 | | | Filippi, Davide, cittadino italiano, in Lugano | membro di direzione | firma collettiva a due |
| 53 | | | Averone, Massimiliano, cittadino italiano, in Lugano | | procura collettiva a due |
| 53 | | | Frigerio, Paolo, cittadino italiano, in Milano | | procura collettiva a due |
| 53 | | | Lopes Bento Pozzi, Felismina, cittadina portoghese, in Vico Morcote | | procura collettiva a due |
| | 53 | 58m | Piccioni, Fabio, cittadino italiano, in Melano | | procura collettiva a due |
| 55 | | | Canepa, Piera, da Mezzovico-Vira, in Sigirino (Montecenari) | | procura collettiva a due |
| 55 | | 56m | Magoni, Carlomaria, cittadino italiano, in Viganello (Lugano) | | firma collettiva a due |
| 55 | | 56m | Ubertini, Francesco, da Lugano, in Origlio | | firma collettiva a due |
| | 56 | | Magoni, Carlomaria, cittadino italiano, in Viganello (Lugano) | | procura collettiva a due |
| | 56 | | Ubertini, Francesco, da Lugano, in Origlio | | procura collettiva a due |
| | 58 | | Piccioni, Fabio, cittadino italiano, in Melano | membro della direzione | firma collettiva a due |
| | 58 | | Castro, Alejandro, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due |
| 58 | | | Jarmorini, Daniele, da Mezzovico-Vira, in Sorengo | | procura collettiva a due |
| 58 | | | Ottolenghi, David, cittadino italiano, in Lugano | | procura collettiva a due |
| 58 | | | Pantoni, Alessandra, cittadina italiana, in Breganzona (Lugano) | | procura collettiva a due |
| 58 | | | Veglia, Monica, da Lugano, in Davesco-Soragno (Lugano) | | procura collettiva a due |
| 59 | | 61m | Venturini, Luca, cittadino italiano, in Lugano | membro | firma collettiva a due |
| 59 | | | Rabald, Sabine, da Schmitten, in Champfromier (FR) | membro | firma collettiva a due |
| 60 | | | Porazzi, Andrea, cittadino italiano, in Paradiso | membro della direzione | firma collettiva a due |
| 60 | | | Tonelli, Michele Giorgio, da Lugano, in Cadempino | membro della direzione | firma collettiva a due |
| | 61 | | Venturini, Luca, cittadino italiano, in Lugano | presidente | firma collettiva a due |
| | 62 | | Matrone, Massimiliano, cittadino italiano, in Lugano | direttore | firma collettiva a due |

Biasca, 10.02.2020 11:32 CF



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 07.05.1996 . Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

# Exhibit 3b

**ti** BUSINESS REGISTRY OF CANTON OF TICINO

| | Legal status<br>Corporation | Registration<br>06/22/1926 | Cancellation<br>06/28/2016 | Carried CH-514.3.000.773-1<br>from: CH-514.3.000.773-1/a<br>to: | 1 |
|---|---|---|---|---|---|

| All registrations | | Cancelled company | |
|---|---|---|---|

| Reg | Can | Company | Ref | Registered office |
|---|---|---|---|---|
| 1 | 6 | Banca Privata Solari & Blum SA (Benjamin and Edmond de Rothschild Group) | 1 | Lugano |
| 1 | 6 | (Banque Privée Solari & Blum SA (Benjamin and Edmond de Rothschild Group) | | |
| 6 | 7 | Banca Privata Edmond de Rothschild Lugano SA | | |
| 7 | 56 | Banca Privata Edmond de Rothschild Lugano SA | | |
| 56 | | Edmond de Rothschild (Lugano) SA | | |

| Reg | Can | Share Capital (CHF) | Paid-in (CHF) | Divided into shares | Reg | Can | Address |
|---|---|---|---|---|---|---|---|
| 1 | 54 | 5,000,000.00 | 5,000,000.00 | 4,500 Class A bearer shares of CHF 1,000.00 | 1 | 4 | Via Bossi 9<br>6900 Lugano |
| | | | | 5000 Class B preferred registered shares of CHF 100.00 | 4 | | Via Ginevra 2<br>6900 Lugano |
| 54 | | | | 50,000 registered shares of CHF 100.00 | | | |

| Reg | Can | Purpose | Reg | Can | Other addresses |
|---|---|---|---|---|---|
| 1 | | The operation of a bank, specifically the provision of administrative and operational services in the field of financial consulting and asset management. | | | |

| Reg | Can | Notes | Ref | Articles of Incorporation date |
|---|---|---|---|---|
| 1 | 54 | Class B registered shares of CHF 100.- are preferred shares as regards voting rights. | 1 | 06.14.1926 |
| | | | 1 | omitted |
| 1 | | Articles of Incorporation adapted to new shareholder right. | 1 | 04.21.1994 |
| 2 | | Transferability of registered shares is limited by the Articles of Incorporation. | 2 | 04.24.1997 |
| 23 | | Articles of incorporation amended on one point not subject to publication. | 6 | 10.20.1998 |
| 54 | | Notifications to the shareholders from the company are made through registered letter. | 23 | 04.26.2005 |
| 63 | | The assets and liabilities toward third-parties are taken over from Edmond de Rothschild (Switzerland) S.A., in Geneva (CHE-105.978.847). The company is cancelled following the merger. | 30 | 04.24.2007 |
| | | | 54 | 11.15.2013 |
| | | | 56 | 04.28.2014 |

| Reg | Can | Special facts | Ref | Publication Media |
|---|---|---|---|---|
| 1 | | Based on the merger agreement of 4.17.1991, the company has taken over the Private Bank Edmond de Rothschild SA, in Lugano, in accordance with Art. 748 of the Swiss Code of Obligations. Merger balance sheet as of: 12.31.1990. Assets: CHF 63,229,356.38. Liabilities: CHF 33,719,937.99. Net assets: 29,509,418.39, from which the special dividend of CHF 15,800,000 distributed after 12.31.1990 is deducted. The transfer took place through remittance to the shareholders of 1,800 new Class A bearer shares of CHF 1,000 and 2,000 new Class B preferred registered shares of CHF 100. | 1 | SOGC |
| 50 | | Merger: Takeover of assets and liabilities of Sella Bank AG, in Lugano (CH-020.3.912.532-2), according to the merger agreement of 02.28.2013 and the balance sheet as of 12.31.2012, which showed assets of CHF 221,171,062.00 and liabilities toward third parties of CHF 159,673,869.00. The transferee company holds all the shares of the transferor company, so the merger occurs without any capital increase and without any allocation of shares. | | |

| Se | Ref | Journal No. | Journal date | SOGC | SOGC date | Page/ID | Se | Ref | Journal No. | Journal date | SOGC | SOGC date | Page/ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | (Omission) | | (Omission) | | | 32 | 742 | 01.23.2008 | 19 | 01.29.2008 | 14/4311534 |
| | 1 | 1888 | 05.07.1996 | 97 | 05.21.1996 | 2921 | | 33 | 2829 | 03.25.2008 | 61 | 03.31.2008 | 17/4406622 |
| | 2 | 1833 | 05.05.1997 | 96 | 05.23.1997 | 3457 | | 34 | 3637 | 04.17.2008 | 78 | 04.23.2008 | 14/4444090 |
| | 3 | 4836 | 07.21.1997 | 155 | 08.15.1997 | 5883 | | 35 | 5074 | 05.19.2008 | 98 | 05.23.2008 | 16/4487892 |
| | 4 | 7909 | 12.10.1997 | 247 | 12.23.1997 | 9233 | | 36 | 2201 | 02.27.2009 | 44 | 03.05.2009 | 19/4910956 |
| | 5 | 3122 | 05.29.1998 | 112 | 06.15.1998 | 4060 | | 37 | 7443 | 06.22.2009 | 121 | 06.26.2009 | 29/5094812 |
| | 6 | 5672 | 11.02.1998 | 216 | 11.06.1998 | 7600 | | 38 | 1303 | 01.28.2010 | 23 | 02.03.2010 | 20/5475382 |
| | 7 | R 5988 | 11.12.1998 | R 224 | 11.18.1998 | 7887 | | 39 | 8569 | 07.12.2010 | 136 | 07.16.2010 | 20/5730500 |
| | 8 | 1407 | 03.29.1999 | 65 | 04.06.1998 | 2200 | | 40 | 1760 | 02.17.2011 | 38 | 02.23.2011 | 15/6046532 |

Biasca 02.10.2020 11:32 [Stamp:] Business Registry of Canton of Ticino

See next page

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52      360 Valverde Lane
Wantagh, NY 11793-4024     St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

### CERTIFICATE OF ACCURACY

Romtranslation, Inc., an agency specializing in the provision of translation and interpretation services from/to Romance Languages (French, Italian, Spanish, Portuguese, Romanian), DOES HEREBY CERTIFY THAT:

1. We work with translation professionals certified by the American Translators Association [ATA] or expertly qualified and entirely competent to translate from _Italian_ to _English_.

2. We have translated the annexed document(s):
   - _Business Registration (pages)_

   From the _Italian_ into the _English_ language.

3. This is a true and accurate translation of the document(s) presented to us, done to the best of our knowledge, ability, and belief.

_Roxana Dinu_
Roxana Dinu
Linguistic Services Manager
ATA-Certified Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this _27th_ day of _February_, 20_20_

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_20_
No. 01ST6343368