# Exhibit 4a

ti | Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-514.3.000.778-3 dal: CH-514.3.000.778-3/a a: | 1 |
|---|---|---|---|---|---|
| CHE-105.962.467 | Società anonima | 03.11.1919 | 28.12.2006 | | |

Tutte le iscrizioni                                    **Ditta cancellata**

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 1 | | **Banca Unione di Credito (BUC)** | 1 | Lugano |
| 1 | | [Banque Union de Crédit (BUC)] | | |
| | | [Kredit Union Bank (BUC)] | | |
| | | [Credit Union Bank (BUC)] | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | 9 | ~~64'516'000.00~~ | ~~64'516'000.00~~ | ~~129'032 azioni nominative da CHF 500.00~~ | 1 | 52 | 6900 ~~Lugano~~ |
| 9 | | 100'000'000.00 | 100'000'000.00 | 200'000 azioni nominative da CHF 500.00 | 52 | | Piazza Dante 7 |
| | | | | | | | 6900 Lugano |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | | ogni genere di attività bancaria | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 9 | | Statuto modificato anche su punti non soggetti a pubblicazione. | 1 | 22.09.1919 |
| 49 | | Statuti modificati su punti non soggetti a pubblicazione. | 1 | omissis |
| 54 | | Statuti modificati su punti non soggetti a pubblicazione. | 1 | 13.10.1993 |
| 75 | | Gli attivi e i passivi verso terzi sono ripresi dalla società BSI SA, in Lugano (CH-514.3.012.351-6). La società è radiata in seguito alla fusione. | 9 | 28.04.1998 |
| | | | 9 | 02.06.1998 |
| | | | 49 | 19.04.2004 |
| | | | 54 | 09.03.2005 |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | Assunzione del bilancio parziale al 31.12.1992 della Overland Banca, Lugano, che presenta un attivo di CHF 590'831'000.-- ed un passivo di CHF 560'831'000.-- cioè un attivo netto di CHF 30'000'000.-- accettato dalla società per tale importo, contro rimessa agli apportatori di 29'032 azioni nominative da CHF 500.-- cadauna | 1 | FUSC |

| Is | Ra | Succursali | Is | Ra | Succursali |
|---|---|---|---|---|---|
| 1 | | Zurigo | | | |
| 1 | | Ginevra | | | |

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Omissione) | | | (Omissione) | | 38 | | 791 | 11.02.2003 | 31 | 17.02.2003 | 13 / 865660 |
| | 1 | 2742 | 02.07.1996 | 135 | 15.07.1996 | 4234 | 39 | | 1437 | 11.03.2003 | 51 | 17.03.2003 | 12 / 907152 |
| | 2 | 4556 | 12.11.1996 | 228 | 22.11.1996 | 7210 | 40 | | 2766 | 14.05.2003 | 95 | 20.05.2003 | 14 / 997844 |
| | 3 | 4927 | 04.12.1996 | 246 | 18.12.1996 | 7861 | 41 | | 3150 | 03.06.2003 | 108 | 10.06.2003 | 11 / 1026686 |
| | 4 | 128 | 14.01.1997 | 16 | 27.01.1997 | 570 | 42 | | 3831 | 08.07.2003 | 132 | 14.07.2003 | 14 / 1080666 |
| | 5 | 939 | 06.03.1997 | 52 | 18.03.1997 | 1841 | 43 | | 4408 | 06.08.2003 | 152 | 12.08.2003 | 12 / 1125810 |
| | 6 | 1834 | 05.05.1997 | 96 | 23.05.1997 | 3457 | 44 | | 94 | 12.01.2004 | 10 | 16.01.2004 | 14 / 2074910 |
| | 7 | 6173 | 16.09.1997 | 187 | 30.09.1997 | 7168 | 45 | R | 223 | 19.01.2004 | R 15 | 23.01.2004 | 12 / 2085024 |
| | 8 | 190 | 15.01.1998 | 18 | 28.01.1998 | 653 | 46 | | 1262 | 05.03.2004 | 49 | 11.03.2004 | 14 / 2163704 |
| | 9 | 3194 | 03.06.1998 | 113 | 16.06.1998 | 4095 | 47 | | 1400 | 12.03.2004 | 54 | 18.03.2004 | 14 / 2174020 |
| | 10 | 4401 | 14.08.1998 | 160 | 20.08.1998 | 5767 | 48 | | 4152 | 12.05.2004 | 95 | 18.05.2004 | 15 / 2267776 |
| | 11 | 614 | 09.02.1999 | 31 | 15.02.1999 | 1052 | 49 | | 5458 | 16.07.2004 | 140 | 22.07.2004 | 14 / 2372020 |
| | 12 | 1073 | 08.03.1999 | 50 | 12.03.1999 | 1657 | 50 | | 5986 | 18.08.2004 | 163 | 24.08.2004 | 14 / 2417776 |
| | 13 | 2464 | 28.05.1999 | 105 | 03.06.1999 | 3714 | 51 | | 7907 | 19.11.2004 | 230 | 25.11.2004 | 14 / 2558152 |
| | 14 | 2815 | 15.06.1999 | 117 | 21.06.1999 | 4138 | 52 | | 8358 | 10.12.2004 | 245 | 16.12.2004 | 17 / 2591972 |
| | 15 | 3239 | 12.07.1999 | 136 | 16.07.1999 | 4871 | 53 | | 426 | 26.01.2005 | 22 | 01.02.2005 | 11 / 2681028 |
| | 16 | 3450 | 21.07.1999 | 143 | 27.07.1999 | 5117 | 54 | | 1822 | 23.03.2005 | 62 | 31.03.2005 | 14 / 2769608 |
| | 17 | 4133 | 01.09.1999 | 173 | 07.09.1999 | 6158 | 55 | | 2527 | 26.04.2005 | 84 | 02.05.2005 | 14 / 2819728 |

Tutte le iscrizioni

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 5895 | 14.12.1999 | 247 | 20.12.1999 | 8612 | 56 | 2917 | 13.05.2005 | 96 | 20.05.2005 | 18 / 2845562 |
| 19 | 152 | 12.01.2000 | 12 | 18.01.2000 | 370 | 57 | 3572 | 16.06.2005 | 119 | 22.06.2005 | 13 / 2894130 |
| 20 | 659 | 07.02.2000 | 30 | 11.02.2000 | 965 | 58 | 3683 | 22.06.2005 | 123 | 28.06.2005 | 16 / 2905088 |
| 21 | 1337 | 09.03.2000 | 53 | 15.03.2000 | 1747 | 59 | 4339 | 26.07.2005 | 147 | 02.08.2005 | 11 / 2957314 |
| 22 | 2572 | 10.05.2000 | 95 | 16.05.2000 | 3299 | 60 | 4626 | 12.08.2005 | 159 | 18.08.2005 | 15 / 2979670 |
| 23 | 3344 | 16.06.2000 | 120 | 22.06.2000 | 4228 | 61 | 4842 | 30.08.2005 | 171 | 05.09.2005 | 16 / 3002892 |
| 24 | 4122 | 02.08.2000 | 152 | 08.08.2000 | 5393 | 62 | 5667 | 12.10.2005 | 202 | 18.10.2005 | 13 / 3065114 |
| 25 | 5153 | 09.10.2000 | 200 | 13.10.2000 | 7017 | 63 | 6486 | 22.11.2005 | 231 | 28.11.2005 | 13 / 3123864 |
| 26 | 5647 | 08.11.2000 | 222 | 14.11.2000 | 7734 | 64 | 709 | 23.01.2006 | 19 | 27.01.2006 | 14 / 3216848 |
| 27 | 59 | 05.01.2001 | 7 | 11.01.2001 | 241 | 65 | 2298 | 07.03.2006 | 50 | 13.03.2006 | 14 / 3283884 |
| 28 | 2092 | 05.04.2001 | 71 | 11.04.2001 | 2725 | 66 | 4512 | 04.05.2006 | 90 | 10.05.2006 | 14 / 3368278 |
| 29 | 2691 | 11.05.2001 | 95 | 17.05.2001 | 3730 | 67 | 5756 | 19.06.2006 | 120 | 23.06.2006 | 14 / 3431662 |
| 30 | 3762 | 10.07.2001 | 135 | 16.07.2001 | 5449 | 68 | 6217 | 03.07.2006 | 130 | 07.07.2006 | 14 / 3453192 |
| 31 | 5212 | 05.10.2001 | 197 | 11.10.2001 | 7937 | 69 | 6684 | 18.07.2006 | 141 | 24.07.2006 | 14 / 3478848 |
| 32 | 6659 | 07.12.2001 | 242 | 13.12.2001 | 9824 | 70 | 7407 | 17.08.2006 | 162 | 23.08.2006 | 11 / 3518244 |
| 33 | 188 | 10.01.2002 | 10 | 16.01.2002 | 14 / 297802 | 71 | 7885 | 05.09.2006 | 175 | 11.09.2006 | 15 / 3544148 |
| 34 | 2823 | 08.05.2002 | 93 | 16.05.2002 | 13 / 472540 | 72 | 9647 | 30.10.2006 | 214 | 03.11.2006 | 15 / 3621622 |
| 35 | 4361 | 18.07.2002 | 141 | 24.07.2002 | 13 / 575708 | 73 | 9791 | 06.11.2006 | 219 | 10.11.2006 | 13 / 3629986 |
| 36 | 6815 | 21.11.2002 | 230 | 27.11.2002 | 13 / 746228 | 74 | 11435 | 20.12.2006 | 251 | 28.12.2006 | 20 / 3700234 |
| 37 | 296 | 20.01.2003 | 15 | 24.01.2003 | 13 / 829680 | 75 | 11754 | 28.12.2006 | 3 | 05.01.2007 | 11 / 3709632 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 14 | Sganzini, Dott. Carlo, da Vira (Gambarogno), in Porza | presidente del consiglio | firma collettiva a due |
| 1 | | 24 | Boffi, Fausto, da Genestrerio, in Maroggia | vice-presidente del consiglio | firma collettiva a due |
| 1 | | 14m | Merlani, Dott. Giulio C., da Breganzona, in Breganzona | vice-presidente del consiglio | firma collettiva a due |
| 1 | | 71 | Camponovo, Dott. Geo, da Chiasso, in Chiasso | membro | firma collettiva a due |
| 1 | | 9 | Cappon, Ing. Giorgio, cittadino italiano, in Roma (I) | membro | firma collettiva a due |
| 1 | | 54 | Corradini, Daniele, da Sent, in Zurigo | membro | firma collettiva a due |
| 1 | | 71 | Gherzi, Ing. Marcos, cittadino italiano, in Zollikon | membro | firma collettiva a due |
| 1 | | 50m | Pozzoli, Ernesto, da Lugano, in Ponte Capriasca | condirettore generale | firma collettiva a due |
| 1 | | 7 | Vellano, Dott. Vittorio, cittadino italiano, in Paradiso | condirettore generale | firma collettiva a due |
| 1 | | 44 | Raimondo, Dott. Piero, cittadino italiano, in Lugano | direttore generale | firma collettiva a due |
| 1 | | 10m | Bernasconi, Fiorenzo, da Castel San Pietro, in Origlio | direttore | firma collettiva a due |
| 1 | | 2 | Botta, Giorgio, da Lugano, in Lugano | direttore | firma collettiva a due |
| 1 | | 10m | John, Giovanni, da Cadempino, in Manno | direttore | firma collettiva a due |
| 1 | | 10m | Leber, Roberto, da Zofingen e Wil AG, in Manno | direttore | firma collettiva a due |
| 1 | | 2 | Soldati, Aldino, da Sonvico, in Pregassona | direttore | firma collettiva a due |
| 1 | | 8 | Bottani, Renzo, da Agra, in Gentilino | direttore | firma collettiva a due solo per la sede principale |
| 1 | | 21 | Cattaneo, Edgardo, da Cureggia, in Viganello | direttore | firma collettiva a due solo per la sede principale |
| 1 | | 25 | Corte, Federico, cittadino italiano, in Maroggia | direttore | firma collettiva a due solo per la sede principale |
| 1 | | 4m | Maiga, Dott. Gianfilippo, cittadino italiano, in Lugano | direttore | firma collettiva a due solo per la sede principale |
| 1 | | | Pozzoli, Giampiero, cittadino italiano, in Breganzona | direttore | firma collettiva a due solo per la sede principale |
| 1 | | 35 | Prandi, Domenico, da Berzona, in Canobbio | direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:56

Vedi pagina seguente

Tutte le iscrizioni

| I | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 66 | Rezzonico, Piergiorgio, da Lugano, in Cureglia | ~~direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 10m | ~~Marcoli, Valerio, da Croglio, in Agno~~ | direttore sostituto | ~~firma collettiva a due~~ |
| 1 | | 9m | ~~Zappa-Molteni, Daniela, da Mosogno, in Magliaso~~ | direttrice sostituta | ~~firma collettiva a due~~ |
| 1 | | 56 | ~~Lanfranconi, Angelo, da Lugano, in Lugano~~ | direttore sostituto | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 10m | ~~Varisco, Paolo, da Paradiso, in Bedano~~ | vice-direttore | ~~firma collettiva a due~~ |
| 1 | | | Alberti, Servio, da Davesco-Soragno, in Davesco-Soragno | vice-direttore | firma collettiva a due solo per la sede principale |
| 1 | | 7m | ~~Bettosini, Alfonso, da Vezia, in Vezia~~ | vice-direttore | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 20 | ~~Devittori, Aurelio, da Cademario, in Bosco Luganese~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 22m | ~~Gatti, Gianluigi, da Morbio Inferiore, in Castel San Pietro~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 63 | ~~Guggiari, Osvaldo, da Savosa, in Bosco Luganese~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 52m | ~~Pedretti, Roberto, da Anzonico, in Viganello~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 9m | ~~Poroli, Guido, da Ronco sopra Ascona, in Capolago~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 64 | ~~Ringier, Jean-Jacques, da Zofingen, in Cadempino~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 9m | ~~Tonella, Marco, cittadino italiano, in Porza~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 1 | | 10m | ~~Bentoglio, Pier Luigi, da Onsernone, in Gentilino~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Bizzozero, Luciano, da Vezia, in Viganello~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Brioschi, Marco, da Paradiso, in Giubiasco~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Cortese, Fernando, cittadino italiano, in Morbio Inferiore~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Delmenico, Moreno, da Novaggio, in Ponte Tresa~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Fontana, Maria Rita, cittadina italiana, in Lanzo d'Intelvi (I)~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Lubini, Geo, da Manno, in Mezzovico~~ | | ~~procura collettiva a due~~ |
| 1 | | 9m | ~~Mosconi, Claudio, da Arzo, in Lugano~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~Osojnak, Aleksandar, da Lugano, in Lugano~~ | | ~~procura collettiva a due~~ |
| 1 | | 10m | ~~de Vivo, Giancarlo, da Lugano, in Muzzano~~ | | ~~procura collettiva a due~~ |
| 1 | | 21 | ~~Balzarini, Bruno, da Cama, in Ponte Capriasca~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | 30 | ~~Bianchi, Giuliano, cittadino italiano, in Cureglia~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | 3 | ~~Boscani, Fabrizio, da Cadro, in Riva San Vitale~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | 11 | ~~Celso, Franco, da Pregassona, in Pregassona~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | 38 | ~~Della Pietra, Rinaldo, da Bosco/Gurin, in Lugano~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | 59 | ~~Delmenico, Fabrizio, da Sant'Antonio, in Coldrerio~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | | Fraschina, Dario, da Bedano, in Bedano | | procura collettiva a due solo per la sede principale |
| 1 | | 48m | ~~Mercolli, Sandro, da Vezio, in Massagno~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | 35 | ~~Santeramo, Maria Grazia, da Balerna, in Viganello~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 1 | | | Sauty Moscatelli, Claire-Lise, da Denens, in Rivera | | procura collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:56

Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 67m | Savio, Edi, da Maroggia, in Melide | | procura collettiva a due solo per la sede principale |
| 1 | | 12 | Zuncheller, Giorgio, da Savosa, in Origlio | | procura collettiva a due solo per la sede principale |
| 1 | | 13m | Revisuisse Price Waterhouse SA, succursale di Paradiso | ufficio di revisione | |
| | 4 | 50m | Maiga, Dott. Gianfilippo, cittadino italiano, in Lugano | vice-direttore generale | firma collettiva a due |
| 5 | | 19 | Scopazzini, Sergio, da Lugano, in Lugano | direttore | firma collettiva a due solo per la sede principale |
| 6 | | | Della Giovanna, Alessandro, da Croglio, in Massagno | | procura collettiva a due solo per la sede principale |
| | 7 | 16m | Bettosini, Alfonso, da Vezia, in Davesco-Soragno | vice-direttore | firma collettiva a due solo per la sede principale |
| 9 | | 71 | Barucci, Prof. Piero, cittadino italiano, in Firenze (I) | membro | firma collettiva a due |
| | 9 | 10m | Zappa-Molteni, Daniela, da Mosogno, in Magliaso | direttrice | firma collettiva a due |
| | 9 | 40 | Poroli, Guido, da Ronco sopra Ascona, in Capolago | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 9 | | Tonella, Marco, cittadino italiano, in Porza | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 9 | 10m | Mosconi, Claudio, da Arzo, in Lugano | vice-direttore | firma collettiva a due |
| 9 | | 10m | Gronchi, Cesare Alessandro, cittadino italiano, in Lugano | | procura collettiva a due |
| 9 | | 10m | Leonelli, Stefano, da Lugano, in Pregassona | | procura collettiva a due |
| 9 | | 10m | Raimondo, Dott. Valeria, cittadina italiana, in Lugano | | procura collettiva a due |
| 9 | | 10m | Tapiletti, Paolo, da Arbedo-Castione, in Pregassona | | procura collettiva a due |
| | 10 | 50m | Bernasconi, Fiorenzo, da Castel San Pietro, in Origlio | direttore | firma collettiva a due solo per la sede principale |
| | 10 | 31 | John, Giovanni, da Cadempino, in Manno | direttore | firma collettiva a due solo per la sede principale |
| | 10 | 59 | Leber, Roberto, da Zofingen e Wil AG, in Manno | direttore | firma collettiva a due solo per la sede principale |
| | 10 | | Marcoli, Valerio, da Croglio, in Agno | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 10 | | Varisco, Paolo, da Paradiso, in Bedano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 10 | 19 | Bentoglio, Pier Luigi, da Onsernone, in Gentilino | | procura collettiva a due solo per la sede principale |
| | 10 | | Bizzozero, Luciano, da Vezia, in Viganello | | procura collettiva a due solo per la sede principale |
| | 10 | 29m | Brioschi, Marco, da Paradiso, in Giubiasco | | procura collettiva a due solo per la sede principale |
| | 10 | 24 | Cortese, Fernando, cittadino italiano, in Morbio Inferiore | | procura collettiva a due solo per la sede principale |
| | 10 | | Delmenico, Moreno, da Novaggio, in Ponte Tresa | | procura collettiva a due solo per la sede principale |
| | 10 | 42 | Fontana, Maria Rita, cittadina italiana, in Lanzo d'Intelvi (I) | | procura collettiva a due solo per la sede principale |
| | 10 | 19 | Lubini, Geo, da Manno, in Mezzovico | | procura collettiva a due solo per la sede principale |
| | 10 | | Osojnak, Aleksandar, da Lugano, in Lugano | | procura collettiva a due solo per la sede principale |
| | 10 | 18 | De Vivo, Giancarlo, da Lugano, in Muzzano | | procura collettiva a due solo per la sede principale |
| | 10 | 37 | Zappa-Molteni, Daniela, da Mosogno, in Magliaso | direttrice | firma collettiva a due solo per la sede principale |
| | 10 | | Mosconi, Claudio, da Arzo, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:56

Vedi pagina seguente

Tutte le iscrizioni

| In | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 10 | 34m | Gronchi, Cesare Alessandro, cittadino italiano, in Lugano | | procura collettiva a due solo per la sede principale |
| | 10 | 12 | Leonelli, Stefano, da Lugano, in Pregassona | | procura collettiva a due solo per la sede principale |
| | 10 | 34m | Raimondo, Dott. Valeria, cittadina italiana, in Lugano | | procura collettiva a due solo per la sede principale |
| | 10 | 15 | Tapiletti, Paolo, da Arbedo-Castione, in Pregassona | | procura collettiva a due solo per la sede principale |
| | 13 | 41 | PricewaterhouseCoopers SA, in Paradiso | ufficio di revisione | |
| | 14 | 54 | Merlani, Dott. Giulio C., da Breganzona, in Breganzona | presidente del consiglio | firma collettiva a due |
| 14 | | 71 | Ferrari Soragni, Dott. Patrizia, da Chiasso e Tremona, in Besazio | membro | firma collettiva a due |
| 14 | | 71 | Mazzotto, Dott. Paolo, cittadino italiano, in Roma (I) | membro | firma collettiva a due |
| | 16 | 34 | Bettosini, Alfonso, da Vezia, in Davesco-Soragno | direttore sostituto | firma collettiva a due solo per la sede principale |
| 16 | | 23 | Busi, Marco, da Maroggia, in Maroggia | | procura collettiva a due solo per la sede principale |
| 16 | | | Calori, Elena, da Maroggia, in Maroggia | | procura collettiva a due solo per la sede principale |
| 16 | | 24 | Cupolo, Edoardo, cittadino italiano, in Paradiso | | procura collettiva a due solo per la sede principale |
| 16 | | 58m | Candeloro, Fabrizio, da Pregassona, in Montagnola | | procura collettiva a due solo per la sede principale |
| 16 | | 47 | Ferraroni, Corrado, da Maroggia, in Caslano | | procura collettiva a due solo per la sede principale |
| 16 | | 26 | Heyden, Christian, da Zurigo, in Pregassona | | procura collettiva a due solo per la sede principale |
| 17 | | 22m | Pedrazzini, Guido, da Vezia, in Neggio | | procura collettiva a due solo per la sede principale |
| 20 | | | Rinaldi, Peter, da Maroggia, in Medeglia | vice-direttore | firma collettiva a due solo per la sede principale |
| 20 | | | Travaglini, Sergio, da Camignolo, in Camignolo | | procura collettiva a due solo per la sede principale |
| | 22 | 28 | Gatti, Gianluigi, da Morbio Inferiore, in Castel San Pietro | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 22 | | Pedrazzini, Guido, da Vezia, in Neggio | vice-direttore | firma collettiva a due solo per la sede principale |
| 22 | | 52m | Albisetti, Doriano, da Balerna, in Stabio | | procura collettiva a due solo per la sede principale |
| 22 | | 36 | Bosia, Emilio, da Origlio, in Savosa | | procura collettiva a due solo per la sede principale |
| 22 | | 48m | Crescini, Andrea, cittadino italiano, in Gravesano | | procura collettiva a due solo per la sede principale |
| 22 | | 48m | Martinetti, Sergio, da Zurigo, in Arbedo-Castione | | procura collettiva a due solo per la sede principale |
| 22 | | 29m | Olivieri, Gian Luca, da Morbio Inferiore, in Morbio Inferiore | | procura collettiva a due solo per la sede principale |
| 27 | | 33 | Bongiorno, Carlo, da Berna, in Lugano | | procura collettiva a due solo per la sede principale |
| | 29 | 64m | Brioschi, Marco, da Paradiso, in Giubiasco | vice-direttore | firma collettiva a due solo per la sede principale |
| | 29 | 52m | Olivieri, Gian Luca, da Morbio Inferiore, in Morbio Inferiore | vice-direttore | firma collettiva a due solo per la sede principale |
| 29 | | 32 | Camplani, Paolo, da Onsernone, in Massagno | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:56

Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
| --- | --- | --- | --- | --- | --- |
| 29 | | | Bassi, Attilio, da Sonvico, in Arogno | | procura collettiva a due solo per la sede principale |
| 29 | | | Tomaselli, Domenico, cittadino italiano, in Lugano | | procura collettiva a due solo per la sede principale |
| 29 | | 48m | Viganò, Roberto, cittadino italiano, in Lugano | | procura collettiva a due solo per la sede principale |
| | 34 | 52m | Gronchi, Cesare Alessandro, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 34 | 52m | Raimondo, Dott. Valeria, cittadina italiana, in Lugano | vice-direttrice | firma collettiva a due solo per la sede principale |
| 34 | | 39 | Küng, Mira, da Baden e Gebenstorf, in Lugano | | procura collettiva a due solo per la sede principale |
| 34 | | 52m | Osojnak Sabol, Milica, da Coldrerio, in Chiasso | | procura collettiva a due solo per la sede principale |
| 34 | | | Righitto, Ileana, da Roviò, in Bissone | | procura collettiva a due solo per la sede principale |
| 34 | | | Roncoroni, Moira, da Novazzano, in Riva San Vitale | | procura collettiva a due solo per la sede principale |
| 34 | | 55 | Spozio, Mariangela, cittadina italiana, in Luino (I) | | procura collettiva a due solo per la sede principale |
| 34 | | | Sartori, Lorena, da Arogno, in Massagno | | procura collettiva a due solo per la sede principale |
| 37 | | 48 | Zorzi, Michele, da Chironico, in Zugo | direttore | firma collettiva a due solo per la sede principale |
| 41 | | 65m | DELOITTE & TOUCHE AG, in Lugano | ufficio di revisione | |
| 43 | | 57 | Millacci, Dott. Andrea, cittadino italiano, in Lugano | | procura collettiva a due solo per la sede principale |
| 44 | | 50m | Vellano, Dott. Vittorio, cittadino italiano, in Paradiso | direttore generale | firma collettiva a due |
| 44 | | 45m | Longo, Giovanni, cittadino italiano, in Porza | direttore | firma collettiva a due |
| | 45 | 50 | Longo, Giovanni, cittadino italiano, in Porza | direttore | firma collettiva a due solo per la sede principale |
| 46 | | 50m | Codoni, Dott. Marika, da Cabbio e Castel San Pietro, in Castel San Pietro | direttrice | firma collettiva a due solo per la sede principale |
| 46 | | 52m | Guerra, Dott. Mauro, da Brione (Verzasca), in Milano (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 48 | | Crescini, Andrea, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 48 | 74 | Martinetti, Sergio, da Zurigo, in Arbedo-Castione | vice-direttore | firma collettiva a due solo per la sede principale |
| | 48 | | Mercolli, Sandro, da Vezio, in Massagno | vice-direttore | firma collettiva a due solo per la sede principale |
| | 48 | | Viganò, Roberto, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| 48 | | | Bianchi, Michele, da Barbengo, in Bissone | | procura collettiva a due solo per la sede principale |
| 48 | | 62m | Marzini, Walter, da Lugano, in Gordola | | procura collettiva a due solo per la sede principale |
| 48 | | 63 | Olivieri, Daniele, cittadino italiano, in Massagno | | procura collettiva a due solo per la sede principale |
| 50 | | 72 | Gaggini, Fabio, da Collina d'Oro, in Lugano | membro | firma collettiva a due |
| | 50 | 71 | Vellano, Dott. Vittorio, cittadino italiano, in Paradiso | direttore generale e membro del comitato di direzione generale | firma collettiva a due |
| | 50 | 52m | Bernasconi, Fiorenzo, da Castel San Pietro, in Origlio | direttore e membro del comitato di direzione generale | firma collettiva a due |

Biasca, 21.02.2020 08:56

Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 50 | | Maiga, Dott. Gianfilippo, cittadino italiano, in Lugano | direttore e membro del comitato di direzione generale | firma collettiva a due |
| | 50 | 71 | ~~Pozzoli, Ernesto, da Lugano, in Ponte Capriasca~~ | ~~direttore e membro del comitato di direzione generale~~ | ~~firma collettiva a due~~ |
| | 50 | | Coduri, Dott. Marika, da Cabbio e Castel San Pietro, in Castel San Pietro | direttrice e membro del comitato di direzione generale | firma collettiva a due |
| 50 | | | Lacca, Gaetano, cittadino italiano, in Lugano | direttore e membro del comitato di direzione generale | firma collettiva a due |
| 50 | | | Antoniotti, Alessandro, cittadino italiano, in Lugano | direttore e membro del comitato di direzione generale | firma collettiva a due |
| 50 | | | Bettosini, Alfonso, da Vezia, in Davesco-Soragno (Lugano) | direttore | firma collettiva a due solo per la sede principale |
| 50 | | | Bernal, Francisco, da Castel San Pietro, in Melano | direttore | firma collettiva a due solo per la sede principale |
| 50 | | 60 | ~~Ragazzini, Gino, cittadino italiano, in Paradiso~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 51 | | 62m | ~~Costa, Franco, da Poschiavo, in Roveredo GR~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| | 52 | 59 | ~~Albisetti, Doriano, da Balerna, in Brè sopra Lugano (Lugano)~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| | 52 | 59 | ~~Bernasconi, Fiorenzo, da Castel San Pietro, in Lugano~~ | ~~direttore e membro del comitato di direzione generale~~ | ~~firma collettiva a due~~ |
| | 52 | | Gronchi, Cesare Alessandro, da Lugano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 52 | 53 | ~~Guerra, Dott. Mauro, da Brione (Verzasca), in Gentilino (Collina d'Oro)~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 52 | | Olivieri, Gian Luca, da Morbio Inferiore, in Sagno | vice-direttore | firma collettiva a due solo per la sede principale |
| | 52 | | Osojnak Sabol, Milica, da Coldrerio, in Lugano | | procura collettiva a due solo per la sede principale |
| | 52 | 55m | ~~Pedretti, Roberto, da Anzonico, in Pregassona (Lugano)~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 52 | 64m | ~~Raimondo, Dott. Valeria, cittadina italiana, in Giubiasco~~ | ~~vice-direttrice~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 53 | | 73 | ~~Schmid, Marco, da Lugano, in Brè sopra Lugano (Lugano)~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 54 | | 71 | ~~Marchionne, Dott. Sergio, cittadino italiano e canadese, in Cham~~ | ~~presidente del consiglio~~ | ~~firma collettiva a due~~ |
| 54 | | 71 | ~~Bottini, Paolo, da Collina d'Oro, in Collina d'Oro~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| | 55 | | Pedretti, Roberto, da Anzonico, in Davesco-Soragno (Lugano) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 58 | | Candeloro, Fabrizio, da Lugano, in Collina d'Oro | vice-direttore | firma collettiva a due solo per la sede principale |
| 58 | | 74 | ~~Ferraris, Carlo, cittadino italiano, in Lugano~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 58 | | | Longo, Marcelle, da Hundwil, in Breganzona (Lugano) | | procura collettiva a due solo per la sede principale |
| 61 | | 64m | ~~Ponti, Jacqueline, da Arvigo, in Figino (Barbengo)~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |

Biasca, 21.02.2020 08:56                                                                                                            Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 61 | | 64m | ~~Longhi, Angelo, da Torricella-Taverne, in Dino (Sonvico)~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| | 62 | | Costa, Franco, da Poschiavo, in Roveredo GR | vice-direttore | firma collettiva a due solo per la sede principale |
| | 62 | | Marzini, Walter, da Lugano, in Gordola | vice-direttore | firma collettiva a due solo per la sede principale |
| 62 | | | Binda, Katja, da Savosa, in Chiasso | | procura collettiva a due solo per la sede principale |
| 62 | | | De Carolis Villars, Luca, cittadino italiano, in Lugano | | procura collettiva a due solo per la sede principale |
| | 64 | | Longhi, Angelo, da Torricella-Taverne, in Paradiso | | procura collettiva a due solo per la sede principale |
| | 64 | 74 | ~~Ponti, Jacqueline, da Arvigo, in Pregassona (Lugano)~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 64 | | Brioschi, Marco, da Paradiso, in Bellinzona | vice-direttore | firma collettiva a due solo per la sede principale |
| | 64 | | Raimondo, Dott. Valeria, cittadina italiana, in Bellinzona | vice-direttrice | firma collettiva a due solo per la sede principale |
| | 65 | | Deloitte AG, in Lugano | ufficio di revisione | |
| | 67 | | Savio, Edi, da Maroggia, in Melide | vice-direttore | firma collettiva a due solo per la sede principale |
| 67 | | 69 | ~~Bulani, dott. Marco, da Villa Luganese, in Villa Luganese~~ | ~~direttore e membro del comitato di direzione generale~~ | ~~firma collettiva a due~~ |
| 67 | | 73 | ~~Favalli, Donatella, cittadina italiana, in Lugano~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 67 | | | Pizzolotto, Valeria, cittadina italiana, in Ligornetto | | procura collettiva a due solo per la sede principale |
| 68 | | | Ghisleni-Forni, Linda, da Lugano, in Morbio Inferiore | | procura collettiva a due solo per la sede principale |
| 70 | | | Cerea, Gianfranco, da Zurigo, in Massagno | direttore e membro del comitato di direzione generale | firma collettiva a due |
| 71 | | | Gysi, Dott. Alfredo, da Suhr, in Comano | presidente del consiglio | firma collettiva a due |
| 71 | | | Aprile, Dott. Gianni, da Lugano, in Aldesago (Lugano) | membro | firma collettiva a due |
| 71 | | | Noverraz, François, da Cully e Savigny, in Savosa | membro | firma collettiva a due |
| 71 | | | Coduri, Stefano, da Iseo, in Mendrisio | membro | firma collettiva a due |
| 71 | | | Loffredi, Stefano, cittadino italiano, in Lugano | membro | firma collettiva a due |
| 71 | | | Ferry, Dott. Christian, cittadino francese, in Lugano | membro | firma collettiva a due |
| 71 | | | Pellanda, Dott. Sanzio, da Osogna, in Ruvigliana (Lugano) | direttore generale e membro del comitato di direzione generale | firma collettiva a due |
| 72 | | | Martino, Dott. Vincenzo, cittadino italiano, in Lugano | membro | firma collettiva a due |
| 73 | | | Budel, Massimo, da Sorengo, in Pedrinate (Chiasso) | | procura collettiva a due solo per la sede principale |
| 73 | | | Colonna, Gianluca, cittadino italiano, in Massagno | | procura collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:56 MPO



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 02.07.1996. Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

# Exhibit 4b

[logo:] ti

# Office of the Ticino Commercial Register

| POrder number | Legal nature | | Registration | Cancellation | Report CH-514.3.000.778-3 from: CH-514.3.000.778-3/a to: | 1 |
|---|---|---|---|---|---|---|
| **CHE-105.962.467** | **Corporation** | | 03/11/1919 | 12/28/2006 | | |

[barcode]  All entries                                                         **Company cancelled**

| Entry | Cncl. | Company | | | Ref | Site |
|---|---|---|---|---|---|---|
| 1 | | **Banca Unione di Credito (BUC)** | | | 1 | Lugano |
| 1 | | [Banque Union de Crédit (BUC)] | | | | |
| | | [Kredit Union Bank (BUC)] | | | | |
| | | [Credit Union Bank (BUC)] | | | | |

| Entry | Cncl. | Nominal share capital (CHF) | Issued share capital (CHF) | Divided into shares | Entry | Cncl. | Address |
|---|---|---|---|---|---|---|---|
| 1 | 9 | ~~64,516,000.00~~ | ~~64,516,000.00~~ | ~~129,032 registered shares of CHF 500.00~~ | 1 | 52 | ~~6900 Lugano~~ |
| 9 | | 100,000,000.00 | 100,000,000.00 | 200,000 registered shares of CHF 500.00 | 52 | | Piazza Dante 7 |
| | | | | | | | 6900 Lugano |

| Entry | Cncl. | Purpose | Entry | Cncl. | Other addresses |
|---|---|---|---|---|---|
| 1 | | every type of banking business | | | |

| Entry | Cncl. | Comments | Ref | Date of statutes |
|---|---|---|---|---|
| 9 | | Statute modified also on points not subject to publication. | 1 | 09/22/1919 |
| 49 | | Statute modified on points not subject to publication. | 1 | omitted |
| 54 | | Statute modified on points not subject to publication. | 1 | 10/13/1993 |
| | 75 | Third-party assets and liabilities are acquired by BSI SA, in Lugano (CH-514.3.012.351-6). The company is cancelled as a result of the merger. | 9 | 04/28/1998 |
| | | | 9 | 06/02/1998 |
| | | | 49 | 04/19/2004 |
| | | | 54 | 03/09/2005 |

| Entry | Cncl. | Particular facts | Ref | Advertising bodies |
|---|---|---|---|---|
| 1 | | Acquisition of the partial balance sheet as of 12/31/1992 of Overland Banca, Lugano, with assets of CHF 590,831,000.-- and liabilities of CHF 560,831,000.-- that is, net assets of CHF 30,000,000.-- accepted by the company for that amount, against remittance to bearers of 29,032 registered shares of CHF 500.-- each | 1 | FUSC |

| Entry | Cncl. | Branches | Entry | Cncl. | Branches |
|---|---|---|---|---|---|
| 1 | | Zurich | | | |
| 1 | | Geneva | | | |

| Sec | Ref | Ledger | Ledger date | FUSC | FUSC Date | Page/ID | Sec | Ref | Top | Ledger date | FUSC | FUSC Date | Page/ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Omitted) | | | (Omitted) | | | 38 | 791 | 02/11/2003 | 31 | 02/17/2003 | 13/865660 |
| | 1 | 2742 | 07/02/1996 | 135 | 07/15/1996 | 4234 | | 39 | 1437 | 03/11/2003 | 51 | 03/17/2003 | 12/907152 |
| | 2 | 4556 | 11/12/1996 | 228 | 11/22/1996 | 7210 | | 40 | 2766 | 05/14/2003 | 95 | 05/20/2003 | 14/997844 |
| | 3 | 4927 | 12/04/1996 | 246 | 12/18/1996 | 7861 | | 41 | 3150 | 06/03/2003 | 108 | 06/10/2003 | 11/1026686 |
| | 4 | 128 | 01/14/1997 | 16 | 01/27/1997 | 570 | | 42 | 3831 | 07/08/2003 | 132 | 07/14/2003 | 14/1080666 |
| | 5 | 939 | 03/06/1997 | 52 | 03/18/1997 | 1841 | | 43 | 4408 | 08/06/2003 | 152 | 08/12/2003 | 12/1125810 |
| | 6 | 1834 | 05/05/1997 | 96 | 05/23/1997 | 3457 | | 44 | 94 | 01/12/2004 | 10 | 01/16/2004 | 14/2074910 |
| | 7 | 6173 | 09/16/1997 | 187 | 09/30/1997 | 7168 | R | 45 | 223 | 01/19/2004 | R 15 | 01/23/2004 | 12/2085024 |
| | 8 | 190 | 01/15/1998 | 18 | 01/28/1998 | 653 | | 46 | 1262 | 03/05/2004 | 49 | 03/11/2004 | 14/2163704 |
| | 9 | 3194 | 06/03/1998 | 113 | 06/16/1998 | 4095 | | 47 | 1400 | 03/12/2004 | 54 | 03/18/2004 | 14/2174020 |
| | 10 | 4401 | 08/14/1998 | 160 | 08/20/1998 | 5767 | | 48 | 4152 | 05/12/2004 | 95 | 05/18/2004 | 15/2267776 |
| | 11 | 614 | 02/09/1999 | 31 | 02/15/1999 | 1052 | | 49 | 5458 | 07/16/2004 | 140 | 07/22/2004 | 14/2372020 |
| | 12 | 1073 | 03/08/1999 | 50 | 03/12/1999 | 1657 | | 50 | 5986 | 08/18/2004 | 163 | 08/24/2004 | 14/2417776 |
| | 13 | 2464 | 05/28/1999 | 105 | 06/03/1999 | 3714 | | 51 | 7907 | 11/19/2004 | 230 | 11/25/2004 | 14/2558152 |
| | 14 | 2815 | 06/15/1999 | 117 | 06/21/1999 | 4138 | | 52 | 8358 | 12/10/2004 | 245 | 12/16/2004 | 17/2591972 |
| | 15 | 3239 | 07/12/1999 | 136 | 07/16/1999 | 4871 | | 53 | 426 | 01/26/2005 | 22 | 01.02.2005 | 14/2681028 |
| | 16 | 3450 | 07/21/1999 | 143 | 07/27/1999 | 5117 | | 54 | 1822 | 03/23/2005 | 62 | 03/31/2005 | 14/2769608 |
| | 17 | 4133 | 09/01/1999 | 173 | 09/07/1999 | 4138 | | 55 | 2527 | 04/26/2005 | 84 | 05/02/2005 | 14/2819728 |

[signature]        [stamp:] OFFICE OF THE COMMERCIAL REGISTER



City of New York, State of New York, County of New York

I, Yanelle Strich, hereby certify that the document "BUC" is to the best of my knowledge and belief, a true and accurate translation from Italian into English.

_____
Yanelle Strich

Sworn to before me this
March 6, 2020

_____
Signature, Notary Public

AURORA ROSE LANDMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6380858
Qualified in New York County
My Commission Expires 09-17-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE