# Exhibit 5a



http://rc.ge.ch

**Extrait sans radiations**

EXTRAIT INTERNET
Report    01 septembre 1994
No réf.    02060/1988
N° féd.    CH-660.0.186.988-2
**IDE    CHE-105.817.871**

## Banco Santander International SA
inscrite le 01 mars 1988
Société anonyme

| Réf. | | Raison Sociale |
|---|---|---|
| 107 | | Banco Santander International SA |
| | | (Banco Santander International AG) |
| | | (Banco Santander International Ltd) |
| | | **Siège** |
| 1 | | Genève (précédemment à Zurich) |
| | | **Adresse** |
| 32 | | rue Ami-Lévrier 5-7 |
| | | **Dates des Statuts** |
| 107 | | 27.02.2019 (nouv. stat.) |
| | | **But, Observations** |
| 1 | | Administration: |
| | | 3 membres au moins |
| 99 | | L'identification sous le numéro CH-660-0186988-2 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-105.817.871. |
| 107 | | But: |
| | | exploitation d'une banque et exercice d'une activité de négociant en valeur mobilière (cf. statuts pour but complet). |
| | | **Fusions** |
| 105 | | Fusion: |
| | | reprise des actifs et passifs, au sens de l'art. 163a LDIP, de Banco Santander Bahamas International Limited (40592), à Nassau, BHS, société de droit des Bahamas, selon contrat de fusion du 30.05.2018 et bilan au 31.12.2017, présentant des actifs de USD 1'196'716'000, des passifs envers les tiers de USD 624'733'000, soit un actif net de USD 571'983'000, contre attribution à l'actionnaire de la société transférante de 39'854 actions de CHF 1'000, nominatives, liées selon statuts. |
| | | **Organe de publication** |
| 1 | | FOSC |
| 18 | | Communication aux actionnaires: lettre recommandée |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 105 | CHF 114'854'000 | CHF 114'854'000 | 114'854 actions de CHF 1'000, nominatives, liées selon statuts (augmentation par suite de fusion) |
| | **Apports en nature, reprises de biens, avantages particuliers** | | |
| 84 | Reprise de biens envisagée: bons de participation de la société Santander International Preferred S.A.U à Boadilla del Monte (Madrid), ESP,(en voie d'être constituée) pour les montants maximum de USD 387'919'500 et EUR 3'739'000. | | |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| | 108 | | **Tracewski** Bernard, de Genève, à Genève | adm. président | signature collective à 2 |
| | 46 | | **Jäggi** Franz J., d'Etziken, à Uitikon | adm. vice-président | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 108 | | | **Baquero Ponte** Armando, d'Espagne, à Madrid, E | adm. | signature collective à 2 |
| 101 | | | **Chapuis** Cédric, de Romanel-sur-Lausanne, à Crans-près-Céligny | adm. | signature collective à 2 |
| 108 | | | **Venturi-Zen-Ruffinen** Marie-Noëlle, de Fully, à Montana | adm. | signature collective à 2 |
| 104 | | | **PricewaterhouseCoopers SA** (CHE-390.062.005), succursale à Genève | organe de révision | |
| | 86 | | **Costa** Antonio, d'Espagne, à Genève | directeur général | signature collective à 2 |
| | 92 | | **Docampo** Antonio, d'Espagne, à Prangins | directeur général adjoint | signature collective à 2 |
| | 101 | | **Gonzalez San Jose** Johanna, de Genève, à Genève | directrice adjointe | signature collective à 2 |
| 108 | | | **Mordasini** Riccardo, d'Onsernone, à Genève | directeur adjoint | signature collective à 2 |
| | 101 | | **Tritten** Stéphane, de Lenk, à Genève | directeur adjoint | signature collective à 2 |
| | 87 | | **Benito** Eva, de Genève, à Genève | sous-directrice | signature collective à 2 |
| | 77 | | **Carrasco** Anibal, d'Espagne, à Genève | sous-directeur | signature collective à 2 |
| | 106 | | **Garcia** Micael, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 |
| 106 | | | **Gutierrez Flores** Ruben, d'Espagne, à Genève | sous-directeur | signature collective à 2 |
| 104 | | | **Macho Jimenez** Natalia, d'Espagne, à Genève | sous-directrice | signature collective à 2 |
| 103 | | | **Mateo Uriarte** Inigo, d'Espagne, à Anières | sous-directeur | signature collective à 2 |
| 101 | | | **Pfeiffer** Stefan, d'Autriche, à Founex | sous-directeur | signature collective à 2 |
| | 106 | | **Pardo** Marta, d'Espagne, à Bellevue | | procuration collective à 2 |
| | 106 | | **Sanchez** Ricardo, de Satigny, à Satigny | | procuration collective à 2 |
| | 106 | | **Solvez** Valérie, de Lancy, à Chancy | | procuration collective à 2 |
| | 106 | | **Gallwey** Lydia, de France, à Soral | | procuration collective à 2 * |
| | 106 | | **Helmbrecht** Gerardo, de Genève, à Carouge GE | | procuration collective à 2 * |
| | 106 | | **Taillens** Philippe, de Lausanne, à La Chaux-de-Fonds | | procuration collective à 2 * |
| * | limitée à l'établissement principal | | | | |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | report | | | 1 | 1822 | 15.02.1994 | 25.02.1994 | 1099 |
| 2 | 9059 | 27.09.1994 | 10.10.1994 | 5595 | 3 | 10583 | 10.11.1994 | 23.11.1994 | 6413 |
| 4 | 2357 | 24.02.1995 | 08.03.1995 | 1318 | 5 | 4559 | 08.05.1995 | 18.05.1995 | 2789 |
| 6 | 6021 | 26.06.1995 | 06.07.1995 | 3807 | 7 | | Rectification | 30.05.1995 | 3670 |
| 8 | | Rectification | 29.08.1995 | 4830 | 9 | 4022 | 26.04.1996 | 07.05.1996 | 2616 |
| 10 | 5701 | 14.06.1996 | 27.06.1996 | 3835 | 11 | 9327 | 04.10.1996 | 16.10.1996 | 6310 |
| 12 | 10415 | 07.11.1996 | 18.11.1996 | 7088 | 13 | 385 | 13.01.1997 | 27.01.1997 | 572 |
| 14 | 10010 | 22.09.1997 | 07.10.1997 | 7331 | 15 | 10475 | 02.10.1997 | 16.10.1997 | 7568 |
| 16 | 12872 | 02.12.1997 | 15.12.1997 | 9019 | 17 | 2831 | 11.03.1998 | 17.03.1998 | 1857 |
| 18 | 3612 | 31.03.1998 | 06.04.1998 | 2356 | 19 | 4588 | 23.04.1998 | 29.04.1998 | 2890 |
| 20 | 11145 | 09.10.1998 | 15.10.1998 | 7078 | 21 | 12021 | 30.10.1998 | 05.11.1998 | 7568 |
| 22 | 13693 | 09.12.1998 | 15.12.1998 | 8550 | 23 | 1939 | 18.02.1999 | 24.02.1999 | 1265 |
| 24 | 5274 | 19.05.1999 | 26.05.1999 | 3484 | 25 | 8429 | 09.08.1999 | 25.08.1999 | 5808 |
| 26 | 9590 | 15.09.1999 | 21.09.1999 | 6460 | 27 | 13931 | 23.12.1999 | 29.12.1999 | 8846 |
| 28 | 3984 | 05.04.2000 | 11.04.2000 | 2439 | 29 | 5496 | 17.05.2000 | 23.05.2000 | 3490 |
| 30 | 10446 | 03.10.2000 | 09.10.2000 | 6892 | 31 | 1723 | 09.02.2001 | 15.02.2001 | 1171 |
| 32 | 3158 | 13.03.2001 | 20.03.2001 | 2059 | 33 | 6013 | 29.05.2001 | 05.06.2001 | 4203 |
| 34 | 8257 | 24.07.2001 | 30.07.2001 | 5843 | 35 | 12044 | 05.11.2001 | 09.11.2001 | 8807 |
| 36 | 3026 | 18.03.2002 | 22.03.2002 | 7 | 37 | 6456 | 24.06.2002 | 28.06.2002 | 7 |
| 38 | 8107 | 05.08.2002 | 09.08.2002 | 6/0595446 | 39 | 8891 | 28.08.2002 | 03.09.2002 | 6/0626628 |
| 40 | 9830 | 23.09.2002 | 27.09.2002 | 7/0661170 | 41 | 12106 | 15.11.2002 | 21.11.2002 | 6/0738622 |
| 42 | 811 | 20.01.2003 | 24.01.2003 | 6/0829218 | 43 | 2738 | 06.03.2003 | 12.03.2003 | 6 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 44 | 5058 | 06.05.2003 | 12.05.2003 | 6/0986038 | 45 | 10883 | 29.09.2003 | 03.10.2003 | 6/1199326 |
| 46 | 14637 | 18.12.2003 | 24.12.2003 | 9 | 47 | 2985 | 08.03.2004 | 12.03.2004 | 6/2165600 |
| 48 | 4302 | 05.04.2004 | 13.04.2004 | 6/2208486 | 49 | 4791 | 20.04.2004 | 26.04.2004 | 6/2232046 |
| 50 | 5058 | 27.04.2004 | 04.05.2004 | 7 | 51 | 5901 | 17.05.2004 | 24.05.2004 | 8/2273636 |
| 52 | 6263 | 26.05.2004 | 03.06.2004 | 7/2290612 | 53 | 6693 | 07.06.2004 | 11.06.2004 | 8/2304322 |
| 54 | 7184 | 16.06.2004 | 22.06.2004 | 7/2321644 | 55 | 7619 | 28.06.2004 | 02.07.2004 | 10/2339976 |
| 56 | 7986 | 06.07.2004 | 12.07.2004 | 8/2354386 | 57 | 9254 | 05.08.2004 | 11.08.2004 | 6/2399426 |
| 58 | 10426 | 06.09.2004 | 10.09.2004 | 6/2443958 | 59 | 12234 | 19.10.2004 | 25.10.2004 | 6/2512706 |
| 60 | 2674 | 01.03.2005 | 07.03.2005 | 7/2731244 | 61 | 4000 | 31.03.2005 | 08.04.2005 | 8 |
| 62 | 6246 | 24.05.2005 | 30.05.2005 | 7 | 63 | 7879 | 27.06.2005 | 01.07.2005 | 9/2910870 |
| 64 | 9947 | 15.08.2005 | 19.08.2005 | 5/2981158 | 65 | 10252 | 23.08.2005 | 29.08.2005 | 7/2993674 |
| 66 | 15530 | 21.12.2005 | 28.12.2005 | 9/3168934 | 67 | 4657 | 05.04.2006 | 11.04.2006 | 7/3329874 |
| 68 | 5097 | 12.04.2006 | 20.04.2006 | 8/3341210 | 69 | 7370 | 08.06.2006 | 14.06.2006 | 7/3416682 |
| 70 | 8976 | 10.07.2006 | 14.07.2006 | 7/3466818 | 71 | 13247 | 17.10.2006 | 23.10.2006 | 6/3603108 |
| 72 | 16249 | 19.12.2006 | 27.12.2006 | 10/3697918 | 73 | 2390 | 19.02.2007 | 23.02.2007 | 7/3794326 |
| 74 | 5283 | 18.04.2007 | 24.04.2007 | 6/3899932 | 75 | 8976 | 10.07.2007 | 16.07.2007 | 8/4026438 |
| 76 | 10202 | 08.08.2007 | 14.08.2007 | 6/4065590 | 77 | 14172 | 05.11.2007 | 09.11.2007 | 7/4192570 |
| 78 | 859 | 17.01.2008 | 23.01.2008 | 7/4303810 | 79 | 6888 | 27.05.2008 | 02.06.2008 | 10/4502094 |
| 80 | 12183 | 24.09.2008 | 30.09.2008 | 8/4671368 | 81 | 14833 | 19.11.2008 | 25.11.2008 | 9/4748478 |
| 82 | 697 | 15.01.2009 | 21.01.2009 | 10/4838430 | 83 | 1936 | 09.02.2009 | 13.02.2009 | 9/4879968 |
| 84 | 3937 | 13.03.2009 | 19.03.2009 | 8/4934458 | 85 | 15406 | 06.10.2009 | 12.10.2009 | 7/5289046 |
| 86 | 20186 | 22.12.2009 | 29.12.2009 | 13/5420012 | 87 | 7946 | 07.05.2010 | 14.05.2010 | 9/5631484 |
| 88 | 10463 | 25.06.2010 | 01.07.2010 | 11/5705086 | 89 | 18385 | 04.11.2010 | 10.11.2010 | 8/5889648 |
| 90 | 795 | 13.01.2011 | 19.01.2011 | 7/5993178 | 91 | 4083 | 03.03.2011 | 08.03.2011 | 6067332 |
| 92 | 9388 | 07.06.2011 | 10.06.2011 | 6201542 | 93 | 11806 | 15.07.2011 | 20.07.2011 | 6263830 |
| 94 | 18950 | 29.11.2011 | 02.12.2011 | 6442544 | 95 | 19754 | 12.12.2011 | 15.12.2011 | 6461196 |
| 96 | 2226 | 08.02.2012 | 13.02.2012 | 6546854 | 97 | 19684 | 22.11.2012 | 27.11.2012 | 6949204 |
| 98 | 10121 | 13.06.2013 | 18.06.2013 | 923029 | 99 | | Complément | 19.12.2013 | 7225832 |
| 100 | 21735 | 23.12.2013 | 03.01.2014 | 1265427 | 101 | 5243 | 30.03.2015 | 02.04.2015 | 2079171 |
| 102 | 5060 | 21.03.2016 | 24.03.2016 | 2743637 | 103 | 6117 | 08.04.2016 | 13.04.2016 | 2777007 |
| 104 | 4160 | 07.03.2017 | 10.03.2017 | 3397139 | 105 | 12006 | 29.06.2018 | 04.07.2018 | 4336221 |
| 106 | 14694 | 10.08.2018 | 15.08.2018 | 4417029 | 107 | 5333 | 15.03.2019 | 20.03.2019 | 1004592387 |
| 108 | 11407 | 17.06.2019 | 20.06.2019 | 1004656371 | | | | | |

Genève, le 23 octobre 2019

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 5b



http://rc.ge.ch

**Extract without deletions**

INTERNET EXTRACT
Report         September 1, 1994
Ref. No.       02060/1988
Fed. No.       CH-660.0.186.988-2
UID            CHE-105.817.871

## Banco Santander International SA

Registered on March 1, 1988
Corporation (*Société anonyme*)

| Ref. | Corporate Name |
|---|---|
| 107 | Banco Santander International SA<br>(Banco Santander International AG)<br>(Banco Santander International Ltd) |
| | **Registered Office** |
| 1 | Geneva (previously in Zurich) |
| | **Address** |
| 32 | rue Ami-Lévrier 5-7 |
| | **Dates of the Articles of Association** |
| 107 | 02/27/2019 (New Articles of Association) |
| | **Purpose, Comments** |
| 1 | Management:<br>At least 3 members |
| 99 | The identification under number CH-660-0186988-2 is replaced by Company Identification Number (IDE/UID) CHE-105.817.871. |
| 107 | Purpose:<br>Operate a bank and securities trading business (see the Articles of Association for the full purpose). |
| | **Mergers** |
| 105 | Merger:<br>Take-over, under the terms of Article 163a of the Swiss Federal Act on Private International Law (LDIP), of the assets and liabilities of Banco Santander Bahamas International Limited (40592), in Nassau, Bahamas, a Bahamian company, according to the merger agreement of 05/30/2018 and the balance sheet of December 31 2017, showing assets in the amount of USD 1,196,716,000, liabilities towards third parties in the amount of USD 624,733,000, i.e. net assets of USD 571,983,000, against allocation to the shareholder of the transferor company of 39,854 registered shares of CHF 1,000 [each], with restricted transferability according to the Articles of Association. |
| | **Publication Medium** |
| 1 | SOGC [Swiss Official Gazette of Commerce] |
| 18 | Communication to shareholders: registered letter |

| Ref. | Capital - Shares | | |
|---|---|---|---|
| | Nominal | Paid-up | Shares |
| 105 | CHF 114,854,000 | CHF 114,854,000 | 114,854 registered shares of CHF 1,000 [each], with restricted transferability according to the Articles of Association (increase as a result of the merger) |
| | **Contributions in Kind, Take-over of Property, Special Benefits** | | |
| 84 | Take-over of property considered:<br>Equity investment certificates from Santander International Preferred S.A.U in Boadilla del Monte (Madrid), Spain, (in the process of being incorporated) for the maximum amounts of USD 387,919,500 and EUR 3,739,000. | | |

| Ref. | | | Administration, Board of Auditors and Authorized Signatories | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Del. | First Name(s) and Last Name, Origin, Domicile | Positions | Method of signing |
| | 108 | | Bernard **Tracewski**, from Geneva, in Geneva | Director, Chairperson | Joint signature by two |
| | 46 | | Franz J. **Jäggi**, from Etziken, in Uitikon | Director, Vice-Chairperson | Joint signature by two |

**CERTIFIED TRANSLATION
ROMTRANSLATION, INC.**

| Réf. Inscr | Mod | Rad. | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| | | | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 108 | | | **Baquero Ponte** Armando, d'Espagne, à Madrid, E | adm. | signature collective à 2 |
| 101 | | | **Chapuis** Cédric, de Romanel-sur-Lausanne, à Crans-près-Céligny | adm. | signature collective à 2 |
| 108 | | | **Venturi-Zen-Ruffinen** Marie-Noëlle, de Fully, à Montana | adm. | signature collective à 2 |
| 104 | | | **PricewaterhouseCoopers SA** (CHE-390.062.005), succursale à Genève | organe de révision | |
| | 86 | | **Costa** Antonio, d'Espagne, à Genève | directeur général | signature collective à 2 |
| | 92 | | **Docampo** Antonio, d'Espagne, à Prangins | directeur général adjoint | signature collective à 2 |
| | 101 | | **Gonzalez San Jose** Johanna, de Genève, à Genève | directrice adjointe | signature collective à 2 |
| 108 | | | **Mordasini** Riccardo, d'Onsernone, à Genève | directeur adjoint | signature collective à 2 |
| | 101 | | **Tritten** Stéphane, de Lenk, à Genève | directeur adjoint | signature collective à 2 |
| | 87 | | **Benito** Eva, de Genève, à Genève | sous-directrice | signature collective à 2 |
| | 77 | | **Carrasco** Anibal, d'Espagne, à Genève | sous-directeur | signature collective à 2 |
| | 106 | | **Garcia** Micael, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 |
| 106 | | | **Gutierrez Flores** Ruben, d'Espagne, à Genève | sous-directeur | signature collective à 2 |
| 104 | | | **Macho Jimenez** Natalia, d'Espagne, à Genève | sous-directrice | signature collective à 2 |
| 103 | | | **Mateo Uriarte** Inigo, d'Espagne, à Anières | sous-directeur | signature collective à 2 |
| 101 | | | **Pfeiffer** Stefan, d'Autriche, à Founex | sous-directeur | signature collective à 2 |
| | 106 | | **Pardo** Marta, d'Espagne, à Bellevue | | procuration collective à 2 |
| | 106 | | **Sanchez** Ricardo, de Satigny, à Satigny | | procuration collective à 2 |
| | 106 | | **Solvez** Valérie, de Lancy, à Chancy | | procuration collective à 2 |
| | 106 | | **Gallwey** Lydia, de France, à Soral | | procuration collective à 2 * |
| | 106 | | **Helmbrecht** Gerardo, de Genève, à Carouge GE | | procuration collective à 2 * |
| | 106 | | **Taillens** Philippe, de Lausanne, à La Chaux-de-Fonds | | procuration collective à 2 * |
| * | limitée à l'établissement principal | | | | |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 0 | | report | | | 1 | 1822 | 15.02.1994 | 25.02.1994 | 1099 |
| 2 | 9059 | 27.09.1994 | 10.10.1994 | 5595 | 3 | 10583 | 10.11.1994 | 23.11.1994 | 6413 |
| 4 | 2357 | 24.02.1995 | 08.03.1995 | 1318 | 5 | 4559 | 08.05.1995 | 18.05.1995 | 2789 |
| 6 | 6021 | 26.06.1995 | 06.07.1995 | 3807 | 7 | | Rectification | 30.05.1995 | 3670 |
| 8 | | Rectification | 29.08.1995 | 4830 | 9 | 4022 | 26.04.1996 | 07.05.1996 | 2616 |
| 10 | 5701 | 14.06.1996 | 27.06.1996 | 3835 | 11 | 9327 | 04.10.1996 | 16.10.1996 | 6310 |
| 12 | 10415 | 07.11.1996 | 18.11.1996 | 7088 | 13 | 385 | 13.01.1997 | 27.01.1997 | 572 |
| 14 | 10010 | 22.09.1997 | 07.10.1997 | 7331 | 15 | 10475 | 02.10.1997 | 16.10.1997 | 7568 |
| 16 | 12872 | 02.12.1997 | 15.12.1997 | 9019 | 17 | 2831 | 11.03.1998 | 17.03.1998 | 1857 |
| 18 | 3612 | 31.03.1998 | 06.04.1998 | 2356 | 19 | 4588 | 23.04.1998 | 29.04.1998 | 2890 |
| 20 | 11145 | 09.10.1998 | 15.10.1998 | 7078 | 21 | 12021 | 30.10.1998 | 05.11.1998 | 7568 |
| 22 | 13693 | 09.12.1998 | 15.12.1998 | 8550 | 23 | 1939 | 18.02.1999 | 24.02.1999 | 1265 |
| 24 | 5274 | 19.05.1999 | 26.05.1999 | 3484 | 25 | 8429 | 09.08.1999 | 25.08.1999 | 5808 |
| 26 | 9590 | 15.09.1999 | 21.09.1999 | 6460 | 27 | 13931 | 23.12.1999 | 29.12.1999 | 8846 |
| 28 | 3984 | 05.04.2000 | 11.04.2000 | 2439 | 29 | 5496 | 17.05.2000 | 23.05.2000 | 3490 |
| 30 | 10446 | 03.10.2000 | 09.10.2000 | 6892 | 31 | 1723 | 09.02.2001 | 15.02.2001 | 1171 |
| 32 | 3158 | 13.03.2001 | 20.03.2001 | 2059 | 33 | 6013 | 29.05.2001 | 05.06.2001 | 4203 |
| 34 | 8257 | 24.07.2001 | 30.07.2001 | 5843 | 35 | 12044 | 05.11.2001 | 09.11.2001 | 8807 |
| 36 | 3026 | 18.03.2002 | 22.03.2002 | 7 | 37 | 6456 | 24.06.2002 | 28.06.2002 | 7 |
| 38 | 8107 | 05.08.2002 | 09.08.2002 | 6/0595446 | 39 | 8891 | 28.08.2002 | 03.09.2002 | 6/0626628 |
| 40 | 9830 | 23.09.2002 | 27.09.2002 | 7/0661170 | 41 | 12106 | 15.11.2002 | 21.11.2002 | 6/0738622 |
| 42 | 811 | 20.01.2003 | 24.01.2003 | 6/0829218 | 43 | 2738 | 06.03.2003 | 12.03.2003 | 6 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 44 | 5058 | 06.05.2003 | 12.05.2003 | 6/0986038 | 45 | 10883 | 29.09.2003 | 03.10.2003 | 6/1199326 |
| 46 | 14637 | 18.12.2003 | 24.12.2003 | 9 | 47 | 2985 | 08.03.2004 | 12.03.2004 | 6/2165600 |
| 48 | 4302 | 05.04.2004 | 13.04.2004 | 6/2208486 | 49 | 4791 | 20.04.2004 | 26.04.2004 | 6/2232046 |
| 50 | 5058 | 27.04.2004 | 04.05.2004 | 7 | 51 | 5901 | 17.05.2004 | 24.05.2004 | 8/2273636 |
| 52 | 6263 | 26.05.2004 | 03.06.2004 | 7/2290612 | 53 | 6693 | 07.06.2004 | 11.06.2004 | 8/2304322 |
| 54 | 7184 | 16.06.2004 | 22.06.2004 | 7/2321644 | 55 | 7619 | 28.06.2004 | 02.07.2004 | 10/2339976 |
| 56 | 7986 | 06.07.2004 | 12.07.2004 | 8/2354386 | 57 | 9254 | 05.08.2004 | 11.08.2004 | 6/2399426 |
| 58 | 10426 | 06.09.2004 | 10.09.2004 | 6/2443958 | 59 | 12234 | 19.10.2004 | 25.10.2004 | 6/2512706 |
| 60 | 2674 | 01.03.2005 | 07.03.2005 | 7/2731244 | 61 | 4000 | 31.03.2005 | 08.04.2005 | 8 |
| 62 | 6246 | 24.05.2005 | 30.05.2005 | 7 | 63 | 7879 | 27.06.2005 | 01.07.2005 | 9/2910870 |
| 64 | 9947 | 15.08.2005 | 19.08.2005 | 5/2981158 | 65 | 10252 | 23.08.2005 | 29.08.2005 | 7/2993674 |
| 66 | 15530 | 21.12.2005 | 28.12.2005 | 9/3168934 | 67 | 4657 | 05.04.2006 | 11.04.2006 | 7/3329874 |
| 68 | 5097 | 12.04.2006 | 20.04.2006 | 8/3341210 | 69 | 7370 | 08.06.2006 | 14.06.2006 | 7/3416682 |
| 70 | 8976 | 10.07.2006 | 14.07.2006 | 7/3466818 | 71 | 13247 | 17.10.2006 | 23.10.2006 | 6/3603108 |
| 72 | 16249 | 19.12.2006 | 27.12.2006 | 10/3697918 | 73 | 2390 | 19.02.2007 | 23.02.2007 | 7/3794326 |
| 74 | 5283 | 18.04.2007 | 24.04.2007 | 6/3899932 | 75 | 8976 | 10.07.2007 | 16.07.2007 | 8/4026438 |
| 76 | 10202 | 08.08.2007 | 14.08.2007 | 6/4065590 | 77 | 14172 | 05.11.2007 | 09.11.2007 | 7/4192570 |
| 78 | 859 | 17.01.2008 | 23.01.2008 | 7/4303810 | 79 | 6888 | 27.05.2008 | 02.06.2008 | 10/4502094 |
| 80 | 12183 | 24.09.2008 | 30.09.2008 | 8/4671368 | 81 | 14833 | 19.11.2008 | 25.11.2008 | 9/4748478 |
| 82 | 697 | 15.01.2009 | 21.01.2009 | 10/4838430 | 83 | 1936 | 09.02.2009 | 13.02.2009 | 9/4879968 |
| 84 | 3937 | 13.03.2009 | 19.03.2009 | 8/4934458 | 85 | 15406 | 06.10.2009 | 12.10.2009 | 7/5289046 |
| 86 | 20186 | 22.12.2009 | 29.12.2009 | 13/5420012 | 87 | 7946 | 07.05.2010 | 14.05.2010 | 9/5631484 |
| 88 | 10463 | 25.06.2010 | 01.07.2010 | 11/5705086 | 89 | 18385 | 04.11.2010 | 10.11.2010 | 8/5889648 |
| 90 | 795 | 13.01.2011 | 19.01.2011 | 7/5993178 | 91 | 4083 | 03.03.2011 | 08.03.2011 | 6067332 |
| 92 | 9388 | 07.06.2011 | 10.06.2011 | 6201542 | 93 | 11806 | 15.07.2011 | 20.07.2011 | 6263830 |
| 94 | 18950 | 29.11.2011 | 02.12.2011 | 6442544 | 95 | 19754 | 12.12.2011 | 15.12.2011 | 6461196 |
| 96 | 2226 | 08.02.2012 | 13.02.2012 | 6546854 | 97 | 19684 | 22.11.2012 | 27.11.2012 | 6949204 |
| 98 | 10121 | 13.06.2013 | 18.06.2013 | 923029 | 99 | | Complément | 19.12.2013 | 7225832 |
| 100 | 21735 | 23.12.2013 | 03.01.2014 | 1265427 | 101 | 5243 | 30.03.2015 | 02.04.2015 | 2079171 |
| 102 | 5060 | 21.03.2016 | 24.03.2016 | 2743637 | 103 | 6117 | 08.04.2016 | 13.04.2016 | 2777007 |
| 104 | 4160 | 07.03.2017 | 10.03.2017 | 3397139 | 105 | 12006 | 29.06.2018 | 04.07.2018 | 4336221 |
| 106 | 14694 | 10.08.2018 | 15.08.2018 | 4417029 | 107 | 5333 | 15.03.2019 | 20.03.2019 | 1004592387 |
| 108 | 11407 | 17.06.2019 | 20.06.2019 | 1004656371 | | | | | |

Genève, le 23 octobre 2019

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52          360 Valverde Lane
Wantagh, NY 11793-4024         St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By: ROXANA DINU
Translator

State of New York
County of Suffolk

Sworn and subscribed before me this 4th day of February, 2020

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368