# Exhibit 6


# Commercial register of canton Basel-Stadt

| Identification number | Legal status | Entry | Cancelled | Carried from: CH-270.8.000.003-8/c on: | Carried CH-270.8.000.003-8 | 1 |
|---|---|---|---|---|---|---|
| CHE-105.933.773 | Limited or Corporation | 20.03.1987 | | | | |

[Barcode]   Valid inscriptions only

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Bank J. Safra Sarasin AG** | 1 | Basel |
| 1 | | (Banque J. Safra Sarasin SA) (Banca J. Safra Sarasin SA) (Bank J. Safra Sarasin Ltd) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 22,014,783.91 | 22,014,783.91 | 56,571,428 registered shares of CHF 0.07 (voting shares) (A)<br><br>51,585,097 registered shares of CHF 0.35 (B) | 1 | | Elisabethenstr. 62<br>4051 Basel |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | The bank is mainly active in the field of securities business and related services, as well as in the field of the commercial banking business; in particular it operates for its own account and for the account of third parties: a) investment advice and portfolio management, including the management of collective investment schemes; b) buying and selling of securities, as well as stock exchange transactions; c) underwriting and placement of new issues, of shares, bonds and other book-entry securities, as well as management of and participation in syndicates at home and abroad; d) custody and administration of assets, book-entry securities and other articles of value; e) acceptance of money in all tradeable forms, including savings deposits; f) collaboration in the establishing and administration of collective investment schemes and acceptance of functions related to investments in collective investment schemes; g) issuance of medium-term notes and of bonds; h) granting of secured and unsecured credits and execution of other credit transactions; i) buying and selling of foreign currency, Swiss and foreign banknotes, sorts of money, precious metals and execution of related transactions; j) processing of payment transactions, as well as of letters of credit and documentary collections; k) granting of sureties and guarantee obligations; l) trust business and transactions; m) money market transactions; n) securities lending & borrowing; o) buying and selling of derivatives in the sectors book-entry securities, foreign currency, precious metals, interests and indices; p) option dealings, financial futures, swaps and transactions with other derivative, as well as structured financial products that are customary on the market; q) trust services; r) economic analysis; s) corporate finance; t) hiring out of safe deposit boxes; and u) all further acts that are related to or useful for the above-mentioned purposes. For the realization of its purpose, the company may perform all types of bank and financial transactions, as well as services relevant for the operation of a bank, set up subsidiaries, branches and representative offices at home and abroad, take shareholdings in other undertakings at home or abroad and buy, hold, administer, mortgage and sell real estate at home and abroad. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | The extract transferred from a tab to date contains no facts cancelled before the transfer and no possible earlier data of the articles of association or journal and SOGC [Swiss Official Gazette of Commerce] citations. These can be viewed in the commercial register tab to date. | 1 | 20.03.1987 |
| | | | 1 | ......... |
| | | | 1 | 28.06.1994 |
| 1 | | The company is running another place of business in 6901 Lugano, Via Canonica 4. | 1 | 23.04.1996 |
| 1 | | The other place of business in Rue du Rhone 30, 1204 Geneva, has ceased to exist. | 1 | 28.04.1998 |
| 1 | | Notices to shareholders: in writing or SOGC | 1 | 27.04.1999 |
| 1 | | Conversion: The administration decided on 23.05.2002 and the General Assembly on 04.06.2002 to convert the limited partnership (Kommanditgesellschaft) into a stock corporation (Aktiengesellschaft). The undertaking is continued with assets of CHF 2,777,127,512.00 and liabilities, without equity capital, of CHF 2,297,545,473.00 – according to the reorganisation balance sheet as of 31.12.2001. | 1 | 27.04.2000 |
| | | | 1 | 25.04.2001 |
| | | | 1 | 04.06.2002 |
| | | | 1 | 04.06.2002 |
| | | | 1 | 27.06.2002 |

[Stamp: TRANSPOSE SA · Traduction Translation Übersetzung · avenue Calas CH-1206 Genève]

JFR


# Commercial register of canton Basel-Stadt

| CHE-105.933.773 | Bank J. Safra Sarasín AG | Basel | 2 |

Valid inscriptions only

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 |  | The General Assembly decided an approved increase of capital by the resolution of 23.04.2008 pursuant to the more detailed description in the Articles of Association. | 1 | 26.04.2004 |
| 1 |  | Upon the capital reduction of 22.04.2009 the par value of the 55,000,000 registered shares at CHF 0.20 is reduced to CHF 0.07 and the par value of the 50,155,300 registered shares at CHF 1.00 is reduced to CHF 0.35 and each CHF 0.13 and CHF 0.65, respectively, per share is paid back. The compliance with the legal regulations of art. 734 OR is determined by the official document of 01.07.2009. | 1 | 26.04.2006 |
|  |  |  | 1 | 23.04.2008 |
|  |  |  | 1 | 22.04.2009 |
|  |  |  | 1 | 17.12.2009 |
| 1 |  | Increase of capital from a contingent share capital. Cancellation of the clause of the articles of association regarding the contingent capital increase established by the award resolution of 22.04.2009. | 1 | 05.04.2011 |
|  |  |  | 1 | 26.03.2012 |
| 1 |  | Increase of capital from a contingent share capital. Cancellation of the clause of the articles of association regarding the contingent capital increase established by the award resolution of 22.04.2009 in consequence of the exercise and the partial cessation of the option rights. | 1 | 31.05.2013 |
| 1 |  | The transferability of the registered shares is limited according to the Articles of Association. |  |  |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 |  | Merger: The company acquires assets of CHF 4,138,611.85 and liabilities of CHF 22,076.20 of "SGM Group Holdings SA", in Collonge-Bellerive, according to art. 750 in conjunction with art. 748 OR. Since the acquiring company is the owner of all the shares of the company to be acquired, no capital increase is carried out. | 1 | SOGC |
| 1 |  | Merger: The company acquires assets of CHF 9,615,584.26 and liabilities of CHF 5,584,592.05 of "Sarasin Genève SA", in Geneva, according to art. 750 in conjunction with art. 748 OR. Since the acquiring company is the owner of all the shares of the company to be acquired, no capital increase is carried out. |  |  |
| 1 |  | Merger: The company acquires assets of CHF 272,899,209.00 and liabilities (without equity capital) of CHF 241,875,665.00 of "Rabo Robeco Bank (Schweiz) AG", in Zurich, as referred to in the merger balance sheet as of 01.01.2002 according to art. 748 OR. Since the acquiring company is the owner of all the shares of the company to be acquired, no capital increase is carried out. |  |  |
| 1 |  | Merger: The company acquires assets of CHF 47,215,356.08 and liabilities (without equity capital) of CHF 37,559,303.71 of "Direkt Anlage Bank (Schweiz) AG", in Freienbach, as referred to in the merger balance sheet as of 31.12.2002 according to art. 748 OR. Since the acquiring company is the owner of all the shares of the company to be acquired, no capital increase is carried out. |  |  |
| 1 |  | Merger: Acquisition of the assets and liabilities of "Abre AG", in Zurich (CH-020.3.9088.026-7), pursuant to the merger agreement of 15.12.2005 and the balance sheet as of 30.06.2005. Assets of CHF 31,381,918.41 and liabilities (debt capital) of CHF 1,182,725.-- are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, neither a capital increase nor an allocation of shares is carried out. |  |  |
| 1 |  | Merger: Acquisition of the assets and liabilities of Sarasin Non Traditional AG, in Zurich (CH-270.3.012.315-6), pursuant to the merger agreement of 04.06.2007 and the balance sheet as of 31.12.2006. Assets of CHF 27,405,367.48 and liabilities (debt capital) of CHF 993,067.76 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, neither a capital increase nor an allocation of shares is carried out. |  |  |
| 1 |  | Merger: Acquisition of the assets and liabilities of Banque J. Safra (Suisse) SA, in Geneva (CH-020.3.927.492-0), pursuant to the merger agreement of 07.06.2013 and the balance sheet as of 31.12.2012. Assets of CHF 2,721,438,000.00 and liabilities (debt capital) of CHF 2,455,342,000.00 are transferred to the acquiring company. Since the same shareholder holds all the shares of the companies involved in the merger, neither a capital increase nor an allocation of shares is carried out. |  |  |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 9 |  | Geneva (CHE-229.605.596) | 9 |  | Lucerne (CHE-270.058.827) |
| 9 |  | Lugano (CHE-259.650.319) | 9 |  | Zurich (CHE-290.211.629) |
| 9 |  | Bern (CHE-497.811.949) |  |  |  |



Basel, 11.12.2018 13:37    Continuation on the following page



# Commercial register of canton Basel-Stadt

| CHE-105.933.773 | Bank J. Safra Sarasin AG | | | | | Basel | | | | | | 3 |

Valid inscriptions only

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | (Transfer) | | (Transfer) | | | 8 | 3480 | 22.06.2017 | 122 | 27.06.2017 | 3604971 |
| | 1 | 1211 | 24.02.2016 | 41 | 29.02.2016 | 2693107 | | 9 | 5120 | 14.09.2017 | 181 | 19.09.2017 | 3759587 |
| | 2 | 3757 | 29.06.2016 | 127 | 04.07.2016 | 2929223 | | 10 | 611 | 26.01.2018 | 21 | 31.01.2018 | 4026311 |
| | 3 | 4176 | 18.07.2016 | 140 | 21.07.2016 | 2966259 | | 11 | 3092 | 04.06.2018 | 108 | 07.06.2018 | 4275435 |
| | 4 | 5586 | 04.10.2016 | 195 | 07.10.2016 | 3096723 | | 12 | 4207 | 25.07.2018 | 145 | 30.07.2018 | 4388305 |
| | 5 | 5988 | 26.10.2016 | 211 | 31.10.2016 | 3135411 | | 13 | 5064 | 06.09.2018 | 175 | 11.09.2018 | 1004453214 |
| | 6 | 6879 | 09.12.2016 | 243 | 14.12.2016 | 3221563 | | 14 | 5342 | 21.09.2018 | 186 | 26.09.2018 | 1004463176 |
| | 7 | 3362 | 16.06.2017 | 118 | 21.06.2017 | 3593251 | | 15 | 6800 | 03.12.2018 | 237 | 06.12.2018 | 1004514044 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Hayim, Ilan, from Geneva, in Geneva | president of the of the | joint signature at two |
| 1 | | | Bracher, Pierre-Alain, from Lausanne, in Nyon | vicepresident of the board of directors | joint signature at two |
| 1 | | | Dupont, Philippe, Luxembourg citizen, in Luxemburg (LU) | member of the board of directors | joint signature at two |
| 1 | | | Safra, Jacob, Brazilian citizen, in Geneva | member of the board of directors | joint signature at two |
| 1 | | | Deloitte AG (CHE-101.377.666), in Zurich | auditor | |
| 1 | | | Abergel, Haim, from Geneva, in Thônex | | joint signature at two |
| 1 | | | Affolter, Markus, from Gerlafingen, in Ettingen | | joint signature at two |
| 1 | | | Agnetti, Renato, from Basel, in Rodersdorf | | joint signature at two |
| 1 | | | Ameslon, Leslie, French citizen, in Argonay (FR) | | joint signature at two |
| 1 | | | Amram, Youssef, Israeli citizen, in Lancy | | joint signature at two |
| 1 | | | Anderko, Gérald, from Gunzgen, in Zurich | | joint signature at two |
| 1 | | | Andriot, François, French citizen, in Bäch SZ | | joint signature at two |
| 1 | | | Arena, Antonino, Italian citizen, in Eysins | | joint signature at two |
| 1 | | | Astruc, Stéphane, French citizen, in Veyrier | | joint signature at two |
| 1 | | | Augustin, Christian, German citizen, in Basel | | joint signature at two |
| 1 | | | Bakx, Mireille, French citizen, in Basel | | joint signature at two |
| 1 | | | Bandini, Stephan, from Basel, in Basel | | joint signature at two |
| 1 | | | Bär, Christoph, German citizen, in Teningen (DE) | | joint signature at two |
| 1 | | | Barrow, Jean-Jacques, British citizen, in Vésenaz | | joint signature at two |
| 1 | | | Bärtschi, Philipp, from Adelboden, in Zurich | | joint signature at two |
| 1 | | | Bascoul, Pierre-Antoine, from Basel, in Pfäffikon | | joint signature at two |
| 1 | | | Bauer, Marc, from Basel, in Basel | | joint signature at two |
| 1 | | | Baumgartner, Martin, from Altstätten, in Muttenz | | joint signature at two |
| 1 | | | Beasley, Mark, British citizen, in Zumikon | | joint signature at two |
| 1 | | | Belfer, Daniel, Brazilian citizen, in Geneva | | joint signature at two |

Basel, 11.12.2018 13:37

Continuation on the following page

| In | Mo | Ca | Person | Signature | Type |
|---|---|---|---|---|---|
| 1 | | | Benz, Raphael, from Winterthur, in Binningen | | joint signature at two |
| 1 | | | Berner, Samuel, from Unterkulm, in Pfäffikon | | joint signature at two |
| 1 | | | Bider, Eva, from Langenbruck, in Liestal | | joint signature at two |
| 1 | | | Blommers, Andries, Dutch citizen, in Zurich | | joint signature at two |
| 1 | | | Bollag, Thierry, from Endingen, in Zurich | | joint signature at two |
| 1 | | | Bont, Stefan, from Basel, in Basel | | joint signature at two |
| 1 | | | Bossong, Michel, from Winterthur, in Basel | | joint signature at two |
| 1 | | | Bourbon, Laurence, French citizen, in Reignier (FR) | | joint signature at two |
| 1 | | | Bourguignon, Sophie, French citizen, in Les Acacias | | joint signature at two |
| 1 | | | Brander, Alice, from Plan-les-Ouates, in Chêne-Bourg | | joint signature at two |
| 1 | | | Buchert, Niklaus, from Basel, in Basel | | joint signature at two |
| 1 | | | Buneta, Miroslav, from Pfeffingen, in Aesch BL | | joint signature at two |
| 1 | | | Burckhardt, Jean-Louis, from Basel, in Geneva | | joint signature at two |
| 1 | | | Büsser, Roger, from Amden, in Niederurnen | | joint signature at two |
| 1 | | | Caiata, Claudio, from Massagno, in Torricella-Taverne | | joint signature at two |
| 1 | | | Casado Goncalves Monteiro, Paulo, from Saint-Sulpice VD, in Saint-Sulpice VD | | joint signature at two |
| 1 | | | Castello Branco Cordeiro, Luiz Fernando, Brazilian citizen, in Reinach BL | | joint signature at two |
| 1 | | | Clemann, Olivier, from Uster, in Zurich | | joint signature at two |
| 1 | | | Corsetti, Gian Paolo, Italian citizen, in Chêne-Bougeries | | joint signature at two |
| 1 | | | Dalcher, Urs, from Liestal and Arisdorf, in Niederdorf | | joint signature at two |
| 1 | | | Dambach, Jacqueline, from Densbüren, in Therwil | | joint signature at two |
| 1 | | | Datta, Ashim, from Basel, in Binningen | | joint signature at two |
| 1 | | | Decurtins, Marianna, from Sumvitg, in Untervaz | | joint signature at two |
| 1 | | | Des Arts, Philippe, from Geneva, in Langnau am Albis | | joint signature at two |
| 1 | | | Dinolfo, Massimo, from Herznach, in Herznach | | joint signature at two |
| 1 | | | Döring, Marco, German citizen, in Frenkendorf | | joint signature at two |
| 1 | | | Eberhart, Daniel, from Uster, in Uster | | joint signature at two |
| 1 | | | Ehrler, Werner, from Küssnacht SZ, in Birmenstorf AG | | joint signature at two |
| 1 | | | Erne, Daria, Liechtenstein citizen, in Winterthur | | joint signature at two |
| 1 | | | Esterer, Florian, from Grenchen, in Schaffhausen | | joint signature at two |
| 1 | | | Färber, Michael, German citizen, in Basel | | joint signature at two |

[Stamp: TRANSPOSE SA, Traduction Translation Übersetzung, 9 avenue Calas CH-1206 Genève]

| In | Mo | Ca | Particulars | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Felber, Yvette, from Gams, in Zurich | | joint signature at two |
| 1 | | | Fenner, Martin, from Zurich, in Zurich | | joint signature at two |
| 1 | | | Ferré-Jenny, Belinda, from Lucerne, in Collonge-Bellerive | | joint signature at two |
| 1 | | | Flück, Adrian, from Basel, in Riehen | | joint signature at two |
| 1 | | | Flückiger, Hans, from Basel, in Binningen | | joint signature at two |
| 1 | | | Förster, Kay, German citizen, in Kirchdorf AG | | joint signature at two |
| 1 | | | Fryer, Rupert, British citizen, in Meinier | | joint signature at two |
| 1 | | | Fuchs, Paul, from Kriens and Basel, in Reinach BL | | joint signature at two |
| 1 | | | Gamboni, Arno Dario, from Rossa, in Allschwil | | joint signature at two |
| 1 | | | Gautheron, Jean Yves, from Veysonnaz, in Chavannes-des-Bois | | joint signature at two |
| 1 | | | Gebhard, Ralph, from Möriken-Wildegg, in Zurich | | joint signature at two |
| 1 | | | Geissler, Martin, from Uster, in Uster | | joint signature at two |
| 1 | | | Georges, Vincent, Belgian citizen, in Veyrier | | joint signature at two |
| 1 | | | Giacometti, Flavien, from Onex, in Bernex | | joint signature at two |
| 1 | | | Gionis, Tania, from Regensdorf, in Zurich | | joint signature at two |
| 1 | | | Gisiger Roth, Helena, from Selzach, in Seltisberg | | joint signature at two |
| 1 | | | Glauser, Jean Pierre, from Krauchthal, in Delémont | | joint signature at two |
| 1 | | | Glaw, Johann, German citizen, in Rümmingen (DE) | | joint signature at two |
| 1 | | | Gottschewski, Robert, German citizen, in Zurich | | joint signature at two |
| 1 | | | Graf, Daniel, from Küsnacht ZH, in Zurich | | joint signature at two |
| 1 | | | Gribi, Patrick, from Muttenz, in Basel | | joint signature at two |
| 1 | | | Grüninger, Philipp, from Basel, in Basel | | joint signature at two |
| 1 | | | Hanna, Anthony Edmond, from Veyrier, in Satigny | | joint signature at two |
| 1 | | | Härtel, Frank, from Amden, in Horgen | | joint signature at two |
| 1 | | | Hauser, Tobias, from Riehen, in Winterthur | | joint signature at two |
| 1 | | | Hechel, Jean-Philippe, from Zurich, in Zurich | | joint signature at two |
| 1 | | | Helfenstein, Patrick, from Sempach, in Sachseln | | joint signature at two |
| 1 | | | Hiltpold, Hans Jörg, from Schinznach Dorf, in Hausen bei Brugg | | joint signature at two |
| 1 | | | Hohl, Peter, from Reinach BL and Heiden, in Muttenz | | joint signature at two |
| 1 | | | Homann, Niclas, Sweedish citizen, in Küsnacht ZH | | joint signature at two |
| 1 | | | Hommel, Annick, Belgian citizen, in Basel | | joint signature at two |
| 1 | | | Hösli, Michael, from Haslen, in Kilchberg ZH | | joint signature at two |
| 1 | | | Isler, Martin, from Würenlos, in Ennetbaden | | joint signature at two |
| 1 | | | Jaeggi, Marcel, from Mümliswil-Ramiswil, in Küsnacht ZH | | joint signature at two |
| 1 | | | Johannes, Oliver, German citizen, in Rheinfelden | | joint signature at two |
| 1 | | | Jost, Andreas, from Wynigen, in Immensee | | joint signature at two |

[Stamp: TRANSPOSE SA, Traduction Translation Übersetzung, avenue Calas CH-1206 Genève]

| In | Mo | Ca | Production | Signature |
|---|---|---|---|---|
| 1 | | | Junius, Karsten, German citizen, in Frankfurt (DE) | joint signature at two |
| 1 | | | Kämpf, Hanspeter, from Sursee, in Therwil | joint signature at two |
| 1 | | | Kegele, Patrik, from Muttenz, in Reinach BL | joint signature at two |
| 1 | | | Keiser, Othmar, from Zug, in Oberwil bei Zug | joint signature at two |
| 1 | | | Keist, Urs, from Reiden, in Altendorf | joint signature at two |
| 1 | | | Kellermann, Dennis, German citizen, in Dietikon | joint signature at two |
| 1 | | | Kelp, Klaus-Dieter, German citizen, in Basel | joint signature at two |
| 1 | | | Kibble, Philip, British citizen, in Brüttisellen | joint signature at two |
| 1 | | | Kindler, Martin, from Binningen, in Oberwil BL | joint signature at two |
| 1 | | | Knopp, Claudia, from Münsterlingen, in Riehen | joint signature at two |
| 1 | | | Köhne, Martina, from Binningen, in Magden | joint signature at two |
| 1 | | | Lagnado, Victor, French citizen, in Geneva | joint signature at two |
| 1 | | | Le Metayer, Ian, French citizen, in Thônex | joint signature at two |
| 1 | | | Lehmann, Eric, from Langnau im Emmental, in Onex | joint signature at two |
| 1 | | | Lehmann, Thierry, from Worb, in Thonon-les-Bains (FR) | joint signature at two |
| 1 | | | Lejeune, Thomas, from Zurich, in Duggingen | joint signature at two |
| 1 | | | Link, Frank, from Arlesheim, in Arlesheim | joint signature at two |
| 1 | | | Lombriser, Silvan, from Trun, in Breitenbach | joint signature at two |
| 1 | | | Lüthi, Andreas, from Signau, in Rapperswil-Jona | joint signature at two |
| 1 | | | Maggetti, Danilo, from Losone and Intragna, in Basel | joint signature at two |
| 1 | | | Makzume, Arel, from Geneva, in Cologny | joint signature at two |
| 1 | | | Maraachli Charaf, Rina, from Geneva, in Carouge GE | joint signature at two |
| 1 | | | Marquis, Raphaël, from Liddes, in Petit-Lancy | joint signature at two |
| 1 | | | Mathieu, Patrick, from Albinen, in Binningen | joint signature at two |
| 1 | | | Mele, Angelo, Italian citizen, in Rodersdorf | joint signature at two |
| 1 | | | Menzli, Pierin, from Chur, in Zurich | joint signature at two |
| 1 | | | Mettler, Philipp, from Wattwil, in Bassersdorf | joint signature at two |
| 1 | | | Metzger-Otthoffer, Nicolas Charles, French citizen, in Hésingue (FR) | joint signature at two |
| 1 | | | Michaan, Edmond, Brazilian citizen, in Geneva | joint signature at two |
| 1 | | | Moseinco, Hugo Marcelo, Belgian citizen, in Luxemburg (LU) | joint signature at two |
| 1 | | | Nobili, Francesca, German citizen, in Zurich | joint signature at two |
| 1 | | | Nützi, Erich, from Wolfwil, in Küttigen | joint signature at two |
| 1 | | | Oberer, Urs, from Basel, in Biel-Benken | joint signature at two |
| 1 | | | Oberhänsli, Thomas, from Zurich and Herisau, in Basel | joint signature at two |

| In | Mo | Ca | Particulars | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Seinet, Marcel, from Neuchâtel, in Horgen | | joint signature at two |
| 1 | | | Siber, Timur, from Affoltern am Albis, in Thalwil | | joint signature at two |
| 1 | | | Siegenthaler, Alexander, from Langnau im Emmental, in Aarau | | joint signature at two |
| 1 | | | Siegrist, Thomas, from Basel and Murgenthal, in Basel | | joint signature at two |
| 1 | | | Signer, Andreas, from Appenzell, in Wollerau | | joint signature at two |
| 1 | | | Simons, Emmanuel, from Puplinge, in Chêne-Bougeries | | joint signature at two |
| 1 | | | Singarella Porter, Maria, from Geneva, in Collonge-Bellerive | | joint signature at two |
| 1 | | | Somalvico, Reto, from Münchwilen TG, in Therwil | | joint signature at two |
| 1 | | | Spahn, Thomas, from Dachsen, in Rüschlikon | | joint signature at two |
| 5 | | | Spaniol, Thierry, from Rothenfluh, in Schlieren | | joint signature at two |
| 1 | | | Stähelin, Luzius, from Basel, in Basel | | joint signature at two |
| 1 | | | Stauber, Michel, from Basel, in Zurich | | joint signature at two |
| 1 | | | Steiner, René, from Ebnat-Kappel, in Zurich | | joint signature at two |
| 1 | | | Stückelberger, Lukas, from Basel and Winterthur, in Arlesheim | | joint signature at two |
| 1 | | | Sutter, Christoph, from Hemmiken, in Tenniken | | joint signature at two |
| 1 | | | Szerman, Marcelo, Brazilian citizen, in Geneva | | joint signature at two |
| 1 | | | Taschini, Isabella, Italian citizen, in Allschwil | | joint signature at two |
| 1 | | | Theine, Alexander, from Köniz, in Hedingen | | joint signature at two |
| 1 | | | Thomi, Ankica, from Landiswil, in Dübendorf | | joint signature at two |
| 1 | | | Thommen, Markus, from Arboldswil, in Liestal | | joint signature at two |
| 1 | | | Todres, Vladimir, Italian citizen, in Geneva | | joint signature at two |
| 1 | | | Traichel, Willi, German citizen, in Kandern (DE) | | joint signature at two |
| 1 | | | Uehlinger, Christoph, from Neunkirch, in Olten | | joint signature at two |
| 1 | | | Utz, Oliver, from Affoltern am Albis, in Jonen | | joint signature at two |
| 1 | | | Virgilio, Carmine, Italian citizen, in Allschwil | | joint signature at two |
| 1 | | | Volkova, Sofya, Russian citizen, in Corsier GE | | joint signature at two |
| 1 | | | von Fellenberg, Michael, from Geneva, in Geneva | | joint signature at two |
| 1 | | | Von Helmersen, Alexander, from Corseaux, in La Conversion | | joint signature at two |
| 1 | | | Wagner, Harald, from Walliswil bei Wangen, in Wallbach | | joint signature at two |
| 1 | | | Wahl, Nicole, from Wimmis, in Basel | | joint signature at two |

[Stamp: TRANSPOSE SA · Traduction Translation Übersetzung · 8, avenue Calas CH-1206 Genève]

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | from Orelli, Debora, from Basel, in Kaiseraugst | | joint signature at two |
| 1 | | | Paltenghi, Pasquale genannt Pascal, from Ponte Tresa, in Lugano | | joint signature at two |
| 1 | | | Pangia, Vincenzo, Italian citizen, in Muttenz | | joint signature at two |
| 1 | | | Pfäffli, Markus, from Bowil, in Uster | | joint signature at two |
| 1 | | | Pfeiffer, Michael, German citizen, in Russikon | | joint signature at two |
| 1 | | | Poser, Dr. Jan Amrit, German citizen, in Zurich | | joint signature at two |
| 1 | | | Raccah, Nadine, from Cologny, in Collonge-Bellerive | | joint signature at two |
| 1 | | | Racordon, Hervé, from Alle, in Geneva | | joint signature at two |
| 1 | | | Rey, Dr. David, from Geltwil, in Rheinfelden | | joint signature at two |
| 1 | | | Ribeira, Gilbert, French citizen, in Basel | | joint signature at two |
| 1 | | | Ricciardi, Romeo, from Basel, in Basel | | joint signature at two |
| 1 | | | Rieger, Daniel, from Oberhelfenschwil, in Uerikon | | joint signature at two |
| 1 | | | Rijke, Willem Bastiaan, Dutch citizen, in Founex | | joint signature at two |
| 1 | | | Rion, François, from Ayer, in Riehen | | joint signature at two |
| 1 | | | Ritz, Rolf, from Gommiswald, in Wollerau | | joint signature at two |
| 1 | | | Rosch, Adrian, from Bonfol, in Birsfelden | | joint signature at two |
| 1 | | | Rüegg, Claudia, from Fischenthal, in Riehen | | joint signature at two |
| 1 | | | Rüttner, Claus, from Vilters-Wangs, in Basel | | joint signature at two |
| 1 | | | Saner, Fabiana, Italian citizen, in Männedorf | | joint signature at two |
| 1 | | | Sarasin, Yves Alexander, from Basel, in Riehen | | joint signature at two |
| 1 | | | Sassoon, Elie Vivien, Brazilian citizen, in Geneva | | joint signature at two |
| 1 | | | Schiffmann, Pascal, from Geneva, in Thalwil | | joint signature at two |
| 1 | | | Schneebeli, Jean-Marc, from Lausanne, in Geneva | | joint signature at two |
| 1 | | | Schneeberger, Reto, from Gelterkinden, in Gelterkinden | | joint signature at two |
| 1 | | | Schreiber, Jacqueline, from Langenbruck, in Therwil | | joint signature at two |
| 1 | | | Schulz, Paul, German citizen, in Zurich | | joint signature at two |
| 1 | | | Schüpbach, Adrian, from Hasle bei Burgdorf, in Uster | | joint signature at two |
| 1 | | | Schyns, Laurent, Belgian citizen, in Conches | | joint signature at two |
| 1 | | | Sebban, Salomon, French citizen, in Vésenaz | | joint signature at two |
| 1 | | | Seiler, Marc, from Lachen, in Otelfingen | | joint signature at two |

| In | Mo | Ca | Individuals | Signatures |
|---|---|---|---|---|
| 1 | | | Wainberg, Daniel, Polish citizen, in Chêne-Bougeries | joint signature at two |
| 1 | | | Walon, Nicolas, French citizen, in Basel | joint signature at two |
| 1 | | | Wampfler, Michaël, from Diemtigen, in Zurich | joint signature at two |
| 1 | | | Wenzel Berchtold, Marlies from Vilters-Wangs, in Erlenbach ZH | joint signature at two |
| 1 | | | Wildhaber, Robert, from Walenstadt, in Vufflens-le-Château | joint signature at two |
| 1 | | | Wilhelm, Franck, from Maur, in Maur | joint signature at two |
| 1 | | | Würmli, Paul Georg, from Bichelsee-Balterswil, in Zurich | joint signature at two |
| 1 | | | Yilmaz, Erdem, from Vouvry, in Chêne-Bougeries | joint signature at two |
| 1 | | | Zimmermann, Franz, from Widen, in Riehen | joint signature at two |
| 2 | | | Alarcon, Sergio, from Vernier, in Geneva | joint signature at two |
| 2 | | | Burstin, Avy, French citizen, in Zurich | joint signature at two |
| 2 | | | Gärtner, Caroline, from Basel, in Plan-les-Ouates | joint signature at two |
| 2 | | | Kohler, Reto, from Liesberg, in Basel | joint signature at two |
| 2 | | | Passardi, Alessandro, from Torricella-Taverne, in Bernex | joint signature at two |
| 2 | | | Pierlot, Victoria, from Bätterkinden, in Thoiry (FR) | joint signature at two |
| 2 | | | Tourette, Stéphane, from Geneva, in Thônex | joint signature at two |
| 2 | | | Vidoni, Sandra, from Arbaz, in Le Grand-Saconnex | joint signature at two |
| | | 3 | Treveza, Alexandre, Greek citizen, in Geneva | joint signature at two |
| | 4 | | Rossel, Philippe, from Tramelan, in Solothurn | joint signature at two |
| | 4 | | Decrauzat, Stéphane, from Plateau de Diesse, in Nyon | joint signature at two |
| | 4 | | Linder, Andreas, from Walenstadt, in Wermatswil | joint signature at two |
| | 4 | | Rodenbach, Maximilian-Alexander, German citizen, in Adliswil | joint signature at two |
| | 4 | | Schütz, Christoph, Austrian citizen, in Bottmingen | joint signature at two |
| | 5 | | Albania, Jeffrey, Australian citizen, in Zurich | joint signature at two |
| | 5 | | Hayim, Thierry Marc, from Geneva, in Conches | joint signature at two |
| | 5 | | Roisin, Jean-Luc, Belgian citizen, in Geneva | joint signature at two |
| | 5 | | Villanueva Rosa, Maria Virginia, Uruguayan citizen, in Geneva | joint signature at two |
| | 6 | | Hamel, Jean Jacques, from Muttenz, in Geneva | joint signature at two |
| | 6 | | Vitali, Emiliano, from Brusio, in Zurich | joint signature at two |
| | 8 | | Greneche, Olivier, French citizen, in Collonge-Bellerive | joint signature at two |

[Stamp: TRANSPOSE SA — Traduction / Translation / Übersetzung — Avenue Calas, CH-1206 Genève]

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 8 | | | Tarone, Valentina, from Dietikon, in Dietikon | | joint signature at two |
| 10 | | | Apafi, Lukas, from Zurich, in Zurich | | joint signature at two |
| 10 | | | Mc Menamin, Mark, Irish citizen, in Stäfa | | joint signature at two |
| | 11 | | Hofstetter, Robert, from Basel, in Rheinfelden | | joint signature at two |
| 12 | | | Alvarez-Santuliano Wedholm, Waldo Erik, Spanish citizen, in Lugano | | joint signature at two |
| 12 | | | Aubenas, Olivier, French citizen, in Geneva | | joint signature at two |
| 12 | | | Bortoli, Fabio, from Mendrisio, in Lugano | | joint signature at two |
| 12 | | | Botta, Roberto Mario, from Lugano, in Lugano | | joint signature at two |
| 12 | | | Cohen, Erik Jacques, Brazilian citizen, in Thônex | | joint signature at two |
| 12 | | | Hubleur, Yvan, from Alle, in Courroux | | joint signature at two |
| 12 | | | Hörning, Rainer, from Cham, in Cham | | joint signature at two |
| 12 | | | Ley, Michael, from Meyrin, in Nyon | | joint signature at two |
| 12 | | | Magro, Thomas, Italian citizen, in Lugano | | joint signature at two |
| 12 | | | Nunes De Souza Cedismondi, Gabriel, Brazilian citizen, in Geneva | | joint signature at two |
| 12 | | | Quartenoud, Yvan, from Lausanne, in Pully | | joint signature at two |
| 12 | | | Ruch, Christoph, from Dürrenroth, in Biel-Benken | | joint signature at two |
| 12 | | | Schäfer, Wilhelm, Austrian citizen, in Arlesheim | | joint signature at two |
| 12 | | | Speiser, Bernhard, from Basel, in Küsnacht (ZH) | | joint signature at two |
| 12 | | | Thüring, Suleika, from Ettingen, in Basel | | joint signature at two |
| | 13 | | Kininsberg, Jorge Alberto, Brazilian citizen, in Panama (PA) | member of the board of directors | joint signature at two |
| 14 | | | Boonzaier, Robert Andrew, South African citizen, in Puplinge | | joint signature at two |
| 14 | | | Cremoni, Damien, from Geneva, in Avusy | | joint signature at two |
| 14 | | | Cunha Barbieri, Rodrigo, Italian citizen, in Geneva | | joint signature at two |
| 14 | | | Isaac, Rebecca, from Vernier, in Bassins | | joint signature at two |
| 14 | | | Kuti, Miroslav, Croatian citizen, in Rheinfelden (DE) | | joint signature at two |
| 14 | | | Maestre, Frank, French citizen, in Lausanne | | joint signature at two |
| 14 | | | Müller, Roland Emile, from Waldkirch, in Prangins | | joint signature at two |
| 14 | | | Soulier, Stéphane Jacques Gérard, from Chêne-Bougeries, in Geneva | | joint signature at two |
| 14 | | | Williams, Katalin, Hungarian citizen, in Münchenstein | | joint signature at two |
| 15 | | | Allouche, Moché Moise, French citizen, in Wollerau | | joint signature at two |

[Stamp: TRANSPOSE SA, Traduction Translation Übersetzung, 8, avenue Calas CH-1206 Genève]

Basel, 11.12.2018 13:37 AM

This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the company in question. On special request it is also possible to provide an extract containing all entries.

Commercial Register of canton Basel-Stadt
[Illegible signature]
[Stamp]

---

*True and faithful translation of the German original.*

Jean-François Roch
Director
Transpose SA



I, Richard RODRIGUEZ, notary public in Geneva/Switzerland, hereby certify the signature affixed hereover by Mr. Jean-François ROCH. Geneva, December 14th, 2018.

BRECHBUHL & RODRIGUEZ
NOTAIRES
38, route de Malagnou - Case postale 401
1211 GENEVE 12
Tél. +41 22 707 15 00 - Fax +41 22 735 05 56
E-mail   notaires@brnotaires.com

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Pays: Suisse
   Le présent acte public
2. a été signé par M^e R. Rodriguez
3. agissant en qualité de notaire
4. est revêtu du sceau/timbre de ...........

Attesté

5. à Genève           6. le 14 DEC 2018
7. République et Canton de Genève
   sous N° 0180652
9. sceau / timbre                    10. Signature

Claire-Lise Vaucher