# Exhibit 9a

# REGISTRE DU COMMERCE DE GENÈVE

**Extrait avec éventuelles radiations**

EXTRAIT DU REGISTRE
Report du 25 août 1993
No réf. 02414/1969
N° féd. CH-660-0121969-5
**IDE** **CHE-103.161.203**

## Banque Eric Sturdza SA

inscrite le 21 mai 1969
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 1 | ~~Banque Baring-Brothers (Suisse) SA~~ |
| 33 | ~~Banque Baring Brothers (Suisse) SA~~ |
| 42 | ~~Banque Baring Brothers SA~~ |
| 43 | ~~Banque Baring Brothers Sturdza SA~~ |
| 77 | Banque Eric Sturdza SA |
| | **Siège** |
| 1 | Genève |
| | **Adresse** |
| 1 | rue du Rhône 112 |

| Réf. | Dates des Statuts | Réf. | |
|---|---|---|---|
| 1 | 19.11.1991 (dern. mod.) | 42 | 07.10.2005 |
| 9 | 15.02.1996 (nouv. stat.) | 43 | 08.12.2005 |
| 10 | 04.10.1996 | 47 | 08.12.2006 (nouv. stat.) |
| 33 | 24.03.2003 | 77 | 07.12.2015 |

| Réf. | But, Observations |
|---|---|
| 1 | But:<br>exploitation d'une banque. |
| 1 | Administration:<br>3 membres au moins. |
| 67 | L'identification sous le numéro CH-660-0121969-5 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-103.161.203. |
| | **Organe de publication** |
| 1 | FOSC |
| 9 | Communication aux actionnaires: lettre recommandée |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 1 | ~~CHF 20'000'000~~ | ~~CHF 20'000'000~~ | ~~20'000 actions de CHF 1'000, nominatives~~ |
| 9 | CHF 20'000'000 | CHF 20'000'000 | 20'000 actions de CHF 1'000, nominatives, liées selon statuts |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 1 | | 6 | ~~**Dare** John A., des USA, à Londres, GB~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| 1 | | 49 | ~~**Secrétan** Hubert, de Lausanne, à Genève~~ | ~~adm. secrétaire~~ | ~~signature collective à 2~~ |
| 1 | | 9 | ~~**Chamberlayne** Michael, de Grande-Bretagne, à Headley, GB~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 14 | ~~**Dunant** Olivier, de Genève, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 9 | ~~**Fischer** Marc, de Genève, à Rolle~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 9 | ~~**Terracina** Jeanne, de Genève, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 8 | ~~**"Deloitte & Touche SA"**, succursale à Meyrin~~ | ~~organe de révision~~ | |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 1 | | m 28 | **Sturdza** Eric, de France, à Genève | directeur général | signature collective à 2 |
| 1 | | 13 | **Bolliger** Victor, de Schmiedrued, à Gilly | directeur général adjoint | signature collective à 2 |
| 1 | | m 60 | **Kramer** Marcel, de Galmiz, à Genthod | directeur général adjoint | signature collective à 2 |
| 1 | | 2 | **Cartier** Michel, de Versoix, à Vandoeuvres | directeur adjoint | signature collective à 2 |
| 1 | | 71 | **Krebs** Ralph, de Pfäffikon, à Prangins | directeur adjoint | signature collective à 2 |
| 1 | | 12 | **Badel** François, de Genève, à Arzier | sous-directeur | signature collective à 2 |
| 1 | | 19 | **Semadeni** André, de Guarda, à Givrins | sous-directeur | signature collective à 2 |
| 1 | | m 28 | **Galler** Gérard, de Belgique, à Satigny | | signature collective à 2 |
| 1 | | m 24 | **Haas** Rolf, de Bâle, à Genève | | signature collective à 2 + |
| 1 | | m 28 | **Woernle** Günter, d'Apples, à Morges | | signature collective à 2 |
| 1 | | 15 | **Berthier** Yves, de Versoix, à Genève | | procuration collective à 2 |
| 1 | | 20 | **Fargeaud** Philippe, d'Onex, à Vernier | | procuration collective à 2 |
| 1 | | m 24 | **Gubler** Anton Félix, de Kienberg, à Genève | | procuration collective à 2 + |
| 2 | | m 5 | **Reinhardt** Claudia, de Bâle, à Coppet | | signature collective à 2 |
| 2 | | 24 | **Roulin** Michel-Antoine, de Pailly, à Meyrin | | signature collective à 2 |
| 3 | | 19 | **Ho** Mai, de Dombresson, à Genève | | signature collective à 2 |
| 4 | | 9 | **Walsh** Peter P., de Grande-Bretagne, à Guernesey | adm. | signature collective à 2 |
| | 5 | m 28 | **Nater** Claudia, de Bâle, à Coppet | | signature collective à 2 |
| 6 | | 9 | **Bolsover** John D., de Grande-Bretagne, à Londres, GB | adm. président | signature collective à 2 |
| 7 | | 9 | **Gasser** Elisabeth, de Lausanne, à Genolier | | signature collective à 2 |
| 8 | | 56 | **KPMG Klynveld Peat Marwick Goerdeler SA**, à Genève | organe de révision | |
| 9 | | m 30 | **Yntema** Johannes M. A., des Pays-Bas, à Kortenhoef, NL | adm. président | signature collective à 2 |
| 9 | | 30 | **Beunderman** Jan H. W., des Pays-Bas, à Chêne-Bougeries | adm. | signature collective à 2 |
| 9 | | 17 | **Widmer** Peter, de Dübendorf, à Zumikon | adm. | signature collective à 2 |
| 11 | | 23 | **Pereira** Josette, de Genève, à Confignon | | signature collective à 2 |
| 14 | | 41 | **Fischer** Marc, de Genève, à Rolle | adm. | signature collective à 2 |
| 14 | | 93 | **Boryszewski** Marek, de Charmey, à Lutry | | signature collective à 2 |
| 14 | | 28 | **Genthon** Rita, de Perly-Certoux, à Confignon | | signature collective à 2 |
| 15 | | m 16 | **Al-Kalouti-Bseisu** Dina, de Bahrein, à Chêne-Bougeries | directrice adjointe | signature collective à 2 |
| 15 | | m 28 | **Bodmer** Anick, de Maur, à Versoix | | procuration collective à 2 |
| 15 | | 24 | **Castillo** Carlos, d'Espagne, à Carouge | | procuration collective à 2 |
| 15 | | m 57 | **Messmer** Tania, de Susch, à Grandvaux | | procuration collective à 2 |
| | 16 | m 28 | **Al-Kalouti-Bseisu** Dina, de Bahrein, à Chêne-Bougeries | | signature collective à 2 |
| 17 | | 38 | **de Montmollin** Didier, d'Auvernier, à Genève | adm. | signature collective à 2 |
| 17 | | m 28 | **Burri** Uma, de Rapperswil (BE), à Genève | | procuration collective à 2 |
| 18 | | m 72 | **Anabtawi** Karim, de Vernier, à Cologny | | signature collective à 2 |
| 18 | | m 24 | **Ortola** Luis, de Chêne-Bourg, à Thônex | | signature collective à 2 |
| 18 | | m 23 | **Sturdza** Georges-Alexandre, de France, à Chêne-Bougeries | | procuration collective à 2 |
| 20 | | m 60 | **Keegstra** Renze G., de Zurich, à Nyon | | signature collective à 2 |
| 20 | | m 21 | **Constantini** Paola, d'Italie, à Genève | | procuration collective à 2 |
| 21 | | 30 | **Costantini** Paola, d'Italie, à Genève | | procuration collective à 2 |
| 22 | | m 28 | **Bolliger** Victor, de Schmiedrued, à Cologny | directeur général adjoint | signature collective à 2 |
| 23 | | 78 | **Graf** Fritz, de Heiden, à Gland | | signature collective à 2 |
| | 23 | m 64 | **Sturdza** Georges-Alexandre, de France, à Cologny | | signature collective à 2 |
| 23 | | m 64 | **Bentz** Samuel, de Genève, à Genève | | procuration collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 23 | | m 28 | ~~**Gugger** Geneviève, de Utzenstorf, à Genève~~ | | ~~procuration collective à 2~~ |
| | 24 | m 25 | ~~**Ortola** Luis, de Chêne-Bourg, à Thônex~~ | ~~membre de la direction~~ | ~~signature collective à 2~~ |
| | 24 | m 28 | ~~**Haas** Rolf, de Bâle, à Genève~~ | | ~~signature collective à 2~~ |
| | 24 | 44 | ~~**Gubler** Anton Félix, de Kienberg, à Genève~~ | | ~~procuration collective à 2~~ |
| | 25 | 29 | ~~**Ortola** Luis, de Chêne-Bourg, à Thônex~~ | | ~~signature collective à 2~~ |
| 26 | | m 64 | ~~**Desgardins** Bruno, de France, à Genève~~ | ~~directeur général adjoint~~ | ~~signature collective à 2~~ |
| 27 | | 44 | ~~**Gutmans** Georges-L., de Bâle, à Corsier (GE)~~ | | ~~signature collective à 2~~ |
| 27 | | 65 | ~~**Honegger** Philippe, de Rüti (ZH), à Crissier~~ | | ~~procuration collective à 2~~ |
| 27 | | 66 | ~~**Orth** Dominique, de Genève, à Perly-Certoux~~ | | ~~procuration collective à 2~~ |
| 27 | | 28 | ~~**Pazmandy** Yves, de Genève, à Chêne-Bourg~~ | | ~~procuration collective à 2~~ |
| | 28 | m 64 | ~~**Sturdza** Eric, de France, à Cologny~~ | ~~directeur général~~ | ~~signature collective à 2~~ |
| | 28 | m 60 | ~~**Bolliger** Victor, de Schmiedrued, à Zermatt~~ | ~~directeur général adjoint~~ | ~~signature collective à 2~~ |
| | 28 | 30 | ~~**Al-Kalouti-Bseisu** Dina, de Bahrein, à Collonge-Bellerive~~ | | ~~signature collective à 2~~ |
| | 28 | | **Galler** Gérard, de Belgique, à Chêne-Bougeries | | signature collective à 2 |
| | 28 | 68 | ~~**Haas** Rolf, de Genève, à Genève~~ | | ~~signature collective à 2~~ |
| | 28 | 29 | ~~**Nater** Claudia, de Bâle, à Founex~~ | | ~~signature collective à 2~~ |
| | 28 | 66 | ~~**Woernle** Günter, d'Apples, à Genève~~ | | ~~signature collective à 2~~ |
| | 28 | | **Bodmer** Anick, de Maur, à Meyrin | | procuration collective à 2 |
| | 28 | m 37 | ~~**Burri** Uma, de Rapperswil (BE), à Corsier~~ | | ~~procuration collective à 2~~ |
| | 28 | 71 | ~~**Gugger** Geneviève, de Utzenstorf, à Lancy~~ | | ~~procuration collective à 2~~ |
| 30 | | 41 | ~~**Damas** Philippe G., de Belgique, à Bruxelles, B~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| | 30 | m 71 | ~~**Yntema** Johannes M. A., des Pays-Bas, à Kortenhoef, NL~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 30 | | m 32 | ~~**Bürki** Jean-Pierre, de Niederhünigen, à Crans-près-Céligny~~ | ~~membre de la direction~~ | ~~signature collective à 2~~ |
| 30 | | m 32 | ~~**Marteau** Marie Elvire, de Belgique, à La Rippe~~ | ~~membre de la direction~~ | ~~signature collective à 2~~ |
| 30 | | m 32 | ~~**Nelissen** Marcus, des Pays-Bas, à Nyon~~ | ~~membre de la direction~~ | ~~signature collective à 2~~ |
| 30 | | | **Oddin** Antonia, de Mézières (FR), à Meinier | | procuration collective à 2 |
| 31 | | m 32 | ~~**Fierro-Galler** Irina, de Meyrin, à Chêne-Bougeries~~ | ~~membre de la direction~~ | ~~signature collective à 2~~ |
| | 32 | 66 | ~~**Bürki** Jean-Pierre, de Niederhünigen, à Crans-près-Céligny~~ | | ~~signature collective à 2~~ |
| | 32 | | **Fierro-Galler** Irina, de Meyrin, à Chêne-Bougeries | | signature collective à 2 |
| | 32 | m 64 | ~~**Marteau** Marie Elvire, de Belgique, à La Rippe~~ | | ~~signature collective à 2~~ |
| | 32 | 89 | ~~**Nelissen** Marcus, des Pays-Bas, à Nyon~~ | | ~~signature collective à 2~~ |
| 34 | | 41 | ~~**Caron** Paul, de Genève, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 34 | | 41 | ~~**Coucke** Bernard, de Belgique, à Bruges, B~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 34 | | 36 | ~~**Mirza** Jalil, de Vernier, à Genève~~ | | ~~signature collective à 2~~ |
| 34 | | m 40 | ~~**Pesci** Françoise, de Fully, à Veyrier~~ | | ~~signature collective à 2~~ |
| 34 | | | **Grospierre** Gilles, de La Sagne, à La Rippe | | procuration collective à 2 |
| 35 | | 39 | ~~**Esreb** Abdul, de France, à Genève~~ | | ~~signature collective à 2~~ |
| 35 | | 49 | ~~**Hernandez** Santiago, de Meyrin, à Genève~~ | | ~~signature collective à 2~~ |
| | 37 | m 40 | ~~**Burri** Uma, de Rapperswil (BE), à Corsier~~ | | ~~signature collective à 2~~ |
| 37 | | 71 | ~~**Jegge** Rudolf Josef, de Sisseln, à Crans~~ | | ~~signature collective à 2~~ |
| 37 | | m 40 | ~~**Riazi** Artemis, des USA, à Genève~~ | | ~~signature collective à 2~~ |
| 38 | | m 49 | ~~**Killen** Nicolas, de Genève, à Puplinge~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| | 40 | 52 | ~~**Haymoz** Uma, de Rapperswil (BE), à Corsier~~ | | ~~signature collective à 2~~ |
| 40 | | m 64 | ~~**Kopitz** Patrick, d'Allemagne, à Genève~~ | | ~~signature collective à 2~~ |
| | 40 | 76 | ~~**Pesci** Françoise, de Fully, à Carouge (GE)~~ | | ~~signature collective à 2~~ |
| | 40 | 44 | ~~**Riazi Ardigo** Artemis, des USA, à Genève~~ | | ~~signature collective à 2~~ |
| 41 | | | **Dare** John A., de Grande-Bretagne, à Londres, | adm. président | signature collective à 2 |

Canton de Genève Registre du Commerce

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | GB | | |
| 41 | | m 44 | ~~**De Blonay** Pierre, de Blonay, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| | 44 | 71 | ~~**De Blonay** Pierre, de Blonay, à Genève~~ | ~~adm. vice-président~~ | ~~signature collective à 2~~ |
| 45 | | | **Jaquet** Raphaël, de Bas-Intyamon, à Presinge | directeur général | signature collective à 2 |
| 46 | | m 82 | ~~**Dupont** David, de Vernier, à Genève~~ | | ~~signature collective à 2~~ |
| 48 | | 62 | ~~**Arioni** Patrice, d'Onex, à Bardonnex~~ | | ~~signature collective à 2~~ |
| 48 | | m 64 | ~~**Fatini del Grande** Antonio, d'Italie, à Cologny~~ | | ~~signature collective à 2~~ |
| | 49 | 98 | ~~**Killen** Nicolas, de Genève, à Puplinge~~ | ~~adm. secrétaire~~ | ~~signature collective à 2~~ |
| 49 | | 59 | ~~**Barilla** Riccardo, d'Italie, à Vandoeuvres~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 50 | | 88 | ~~**Burrus** Yves, de Boncourt, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 51 | | m 99 | ~~**Altmann** Kurt, d'Ennenda, à Carouge~~ | | ~~signature collective à 2~~ |
| 51 | | m 79 | ~~**Lansink** Hendrik Jan, des Pays-Bas, à Coppet~~ | | ~~signature collective à 2~~ |
| 51 | | 62 | ~~**Schnegg** Jean-Pierre, d'Onex, à Crans-près-Céligny~~ | | ~~signature collective à 2~~ |
| 53 | | 55 | ~~**Furnari** Michelle, des USA, à Veyrier~~ | | ~~procuration collective à 2~~ |
| 54 | | 85 | ~~**Butikofer** Nadia, d'Onex, à Carouge (GE)~~ | | ~~signature collective à 2~~ |
| 54 | | | **Vanraes** Eric, de France, à Collonge-Bellerive | | signature collective à 2 |
| 54 | | 62 | ~~**Aquarone** Léonard, de France, à Genève~~ | | ~~procuration collective à 2~~ |
| 54 | | m 64 | ~~**Papailhau** Jérôme, de France, à Genève~~ | | ~~procuration collective à 2~~ |
| 56 | | | **KPMG SA** (CH-660-0466992-4), succursale à Genève | organe de révision | |
| | 57 | m 66 | ~~**Messmer** Tania, de Susch, à Belmont (VD)~~ | | ~~signature collective à 2~~ |
| 57 | | 66 | ~~**Woolley** Ariane, de Bernex, à Bernex~~ | | ~~signature collective à 2~~ |
| 58 | | 66 | ~~**Gale** Jonathan, de Genève, à Prangins~~ | | ~~signature collective à 2~~ |
| 58 | | 72 | ~~**Wadhwa** Amit, d'Inde, à Ferney-Voltaire, F~~ | | ~~procuration collective à 2~~ |
| | 60 | | **Keegstra** Renze G., de Zurich, à Nyon | directeur général adjoint | signature collective à 2 |
| | 60 | 86 | ~~**Bolliger** Victor, de Schmiedrued, à Zermatt~~ | | ~~signature collective à 2~~ |
| 60 | | 66 | ~~**Gotsch** Gian-Reto, de Samnaun, à Bassins~~ | | ~~signature collective à 2~~ |
| | 60 | 62 | ~~**Kramer** Marcel, de Galmiz, à Genthod~~ | | ~~signature collective à 2~~ |
| 60 | | 65 | ~~**Morel** Georges, de Fribourg, à Lancy~~ | | ~~procuration collective à 2~~ |
| 61 | | | **Wolf** Siegfried, d'Autriche, à Weikersdorf, A | adm. | signature collective à 2 |
| 63 | | 83 | ~~**Ferrari** Piero, d'Italie, à Modène, I~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| | 64 | m 82 | ~~**Sturdza** Eric, de France, à Genève~~ | ~~directeur général~~ | ~~signature collective à 2~~ |
| | 64 | 99 | ~~**Desgardins** Bruno, de France, à Jussy~~ | ~~directeur général adjoint~~ | ~~signature collective à 2~~ |
| | 64 | m 82 | ~~**Fatini del Grande** Antonio, d'Italie, à Thônex~~ | | ~~signature collective à 2~~ |
| | 64 | 66 | ~~**Kopitz** Patrick, d'Allemagne, à Genthod~~ | | ~~signature collective à 2~~ |
| | 64 | 89 | ~~**Marteau** Marie Elvire, de Belgique, à Crans-près-Céligny~~ | | ~~signature collective à 2~~ |
| | 64 | m 80 | ~~**Sturdza** Georges-Alexandre, de France, à Jussy~~ | | ~~signature collective à 2~~ |
| | 64 | | **Bentz** Samuel, de Genève, à Avusy | | procuration collective à 2 |
| | 64 | m 79 | ~~**Papailhau** Jérôme, de France, à Annemasse, F~~ | | ~~procuration collective à 2~~ |
| 65 | | | **Duboil** Christophe, de Meyrin, à Dardagny | | signature collective à 2 |
| 65 | | | **Gianferrari** Denis, de Onsernone, à Saint-Oyens | | signature collective à 2 |
| 65 | | 68 | ~~**Jubin** Laure, de Basse-Allaine, à Chêne-Bourg~~ | | ~~signature collective à 2~~ |
| 65 | | 75 | ~~**Chavaz** Fabrice, de Onex, à Vétraz-Monthoux, F~~ | | ~~procuration collective à 2~~ |
| 66 | | 68 | ~~**Cabian** Marc, de Morges, à Mont-sur-Rolle~~ | | ~~signature collective à 2~~ |
| 66 | | 80 | ~~**Hunsbedt** Jens, de Norvège, à Genève~~ | | ~~signature collective à 2~~ |
| | 66 | | **Messmer** Tania, de Susch, à Bagnes | | signature collective à 2 |
| 66 | | m 82 | ~~**te Kaath** Albertus, des Pays-Bas, à Genève~~ | | ~~signature collective à 2~~ |
| 66 | | 86 | ~~**Cathiard** Adrien, de France, à Genève~~ | | ~~procuration collective à 2~~ |
| 66 | | | **Ellam** Kanchan, de Plan-les-Ouates, à Genève | | procuration collective à 2 |
| 66 | | 80 | ~~**Studer** Alain, de Chêne-Bourg, à Genève~~ | | ~~procuration collective à 2~~ |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 69 | | 79 | ~~**Esposito Garcia Valdivia** Stéphanie, de Chêne-Bougeries, à Collex-Bossy~~ | | ~~signature collective à 2~~ |
| 69 | | | **Perrone** Pascal, de Daillens, à Lausanne | | signature collective à 2 |
| 70 | | 80 | ~~**Calame** Philippe R., du Locle, à Rolle~~ | | ~~signature collective à 2~~ |
| 70 | | 85 | ~~**Diserens** Natacha, de Savigny, à Coppet~~ | | ~~signature collective à 2~~ |
| 70 | | 91 | ~~**Knopf** Marcel, de Ulmiz, à Bussigny-près-Lausanne~~ | | ~~signature collective à 2~~ |
| 70 | | m 99 | ~~**Micheli** Luca, de Miécourt, à Aubonne~~ | | ~~signature collective à 2~~ |
| 70 | | | **Boukas** Christiane, de Genève, à Le Vaud | | procuration collective à 2 |
| 70 | | 74 | ~~**Hermanjat** Christophe, de Crassier, à Founex~~ | | ~~procuration collective à 2~~ |
| | 71 | | **Yntema** Johannes M. A., des Pays-Bas, à Kortenhoef, NL | adm. vice-président | signature collective à 2 |
| 71 | | | **Langlois-Meurinne** Aimery, de France, à Genève | adm. | signature collective à 2 |
| 71 | | | **Baumgartner** Lorenz, de Langnau im Emmental, à Genève | | signature collective à 2 |
| 71 | | 74 | ~~**Rouiller** Fabrice, de Martigny-Combe, à Cheyres~~ | | ~~procuration collective à 2~~ |
| | 72 | | **Anabtawi** Karim, de Vernier, à Choulex | | signature collective à 2 |
| 73 | | | **de Labouchère** Pierre, de Chêne-Bougeries, à Küsnacht ZH | adm. | signature collective à 2 |
| 74 | | | **Gonet** Claude, de Vuarrens, à Genève | | signature collective à 2 |
| 76 | | 96 | ~~**Ergas** Yannick, de France, à Coppet~~ | | ~~signature collective à 2~~ |
| 78 | | | **Berrut** Pascal, de Troistorrents, à Collombey-Muraz | | signature collective à 2 |
| 78 | | | **Payne** Peter, de Zürich, à Genolier | | signature collective à 2 |
| 78 | | 80 | ~~**Haynal** David, de Genève, à Cologny~~ | | ~~procuration collective à 2~~ |
| 78 | | m 99 | ~~**Sturdza** Constantin, de France, à Cologny~~ | | ~~procuration collective à 2~~ |
| 78 | | | **Sydler** Yves, de Genève, à Collonge-Bellerive | | procuration collective à 2 |
| | 79 | 92 | ~~**Lansink** Hendrik Jan, des Pays-Bas, à Wilen~~ | | ~~signature collective à 2~~ |
| 79 | | | **Marzoa Edreira** Maria Teresa, d'Espagne, à Lancy | | procuration collective à 2 |
| | 79 | m 82 | ~~**Papailhau** Jérôme, de France, à Chêne-Bougeries~~ | | ~~procuration collective à 2~~ |
| 80 | | 99 | ~~**De Labouchère** Valentin, de France, à Genève~~ | | ~~signature collective à 2~~ |
| | 80 | m 82 | ~~**Sturdza** Georges-Alexandre, de France, à Vandoeuvres~~ | | ~~signature collective à 2~~ |
| 80 | | 88 | ~~**Pazmandy** Yves, de Genève, à Genève~~ | | ~~procuration collective à 2~~ |
| 81 | | m 84 | ~~**Rey** Gérard, de Montana, à Puplinge~~ | ~~membre de la direction~~ | ~~signature collective à 2~~ |
| 81 | | | **Burgy** Anne-Marie, de Genève, à Genève | | procuration collective à 2 |
| | 82 | | **Sturdza** Eric, de Genève , à Genève | directeur général | signature collective à 2 |
| | 82 | | **Dupont** David, de Vernier, à Cologny | | signature collective à 2 |
| | 82 | | **Fatini del Grande** Antonio, d'Italie, à Cologny | | signature collective à 2 |
| | 82 | m 99 | ~~**Papailhau** Jérôme, de France, à Chêne-Bougeries~~ | | ~~signature collective à 2~~ |
| | 82 | | **Sturdza** Georges-Alexandre, de Jussy, à Vandoeuvres | | signature collective à 2 |
| | 82 | | **te Kaath** Albertus, des Pays-Bas, à Gland | | signature collective à 2 |
| | 84 | | **Rey** Gérard, de Montana, à Puplinge | | signature collective à 2 |
| 85 | | 91 | ~~**Trigo Trindade** Vera, de Genève, à Genève~~ | | ~~procuration collective à 2~~ |
| 86 | | | **Jacot-Guillarmod** Laurent, de La Sagne, à Cologny | | procuration collective à 2 |
| 86 | | m 99 | ~~**Vermorel** Bertrand, de Thônex, à Vandoeuvres~~ | | ~~procuration collective à 2~~ |
| 87 | | | **de Mestral** Jean-Christophe, d'Aubonne, à Aubonne | adm. | signature collective à 2 |
| 88 | | 94 | ~~**Zuchuat** Christophe, de Sion, à Sion~~ | | ~~signature collective à 2~~ |
| 88 | | m 95 | ~~**Sturdza ép. Zanello** Michaela, de France, à~~ | | ~~procuration collective à 2~~ |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | ~~Collonge-Bellerive~~ | | |
| 90 | | | **Sturdza** Christine Alice, de Genève, à Genève | | procuration collective à 2 |
| 91 | | | **Bruger** Eric, des Pays-Bas, à Genève | | signature collective à 2 |
| 91 | | | **Stolitza** Marina, de Genolier, à Genolier | | procuration collective à 2 |
| 93 | | | **Pokhyl Ebadi** Iryna, de Genève, à Genève | | signature collective à 2 |
| 93 | | | **Haynal** David, de Genève, à Cologny | | procuration collective à 2 |
| 94 | | | **Derungs** Wolfgang, de Lumnezia, à Genève | | procuration collective à 2 |
| | 95 | m 99 | ~~**Sturdza ép. Zanello** Michaela, de France, à Collonge-Bellerive~~ | ~~directrice générale adjointe~~ | ~~signature collective à 2~~ |
| 97 | | | **Sajonia-Coburgo-Gotha** Konstantin, d'Espagne, à Madrid, E | adm. | signature collective à 2 |
| | 99 | | **Sturdza ép. Zanello** Michaela, de Genève, à Collonge-Bellerive | directrice générale adjointe | signature collective à 2 |
| | 99 | | **Altmann** Kurt, d'Ennenda, à Veyrier | | signature collective à 2 |
| | 99 | | **Micheli** Luca, de La Baroche, à Aubonne | | signature collective à 2 |
| | 99 | | **Papailhau** Jérôme, de France, à Annemasse, F | | signature collective à 2 |
| | 99 | | **Sturdza** Constantin, de Cologny, à Cologny | | procuration collective à 2 |
| | 99 | | **Vermorel** Bertrand, de Thônex, à Douvaine, F | | procuration collective à 2 |
| 100 | | | **Bastiaans** Henricus, des Pays-Bas, à Genève | | signature collective à 2 |

+ avec un administrateur, le directeur général ou un directeur.

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | report | | | 1 | 2413 | 09.03.1993 | 22.03.1993 | 1380 |
| 2 | 8302 | 20.08.1993 | 06.09.1993 | 4684 | 3 | 618 | 14.01.1994 | 27.01.1994 | 537 |
| 4 | 1968 | 17.02.1994 | 01.03.1994 | 1160 | 5 | 9878 | 21.10.1994 | 03.11.1994 | 6038 |
| 6 | 11745 | 15.12.1994 | 29.12.1994 | 7129 | 7 | 1276 | 30.01.1995 | 09.02.1995 | 782 |
| 8 | 6183 | 29.06.1995 | 11.07.1995 | 3902 | 9 | 2474 | 06.03.1996 | 15.03.1996 | 1507 |
| 10 | 9793 | 18.10.1996 | 31.10.1996 | 6671 | 11 | 10088 | 29.10.1996 | 07.11.1996 | 6843 |
| 12 | 11645 | 10.12.1996 | 24.12.1996 | 8013 | 13 | 56 | 03.01.1997 | 20.01.1997 | 382 |
| 14 | 2459 | 05.03.1997 | 18.03.1997 | 1844 | 15 | 5308 | 29.05.1997 | 12.06.1997 | 4056 |
| 16 | | Rectification | 28.07.1997 | 5379 | 17 | 1965 | 17.02.1998 | 23.02.1998 | 1327 |
| 18 | 6732 | 15.06.1998 | 19.06.1998 | 4202 | 19 | 10658 | 28.09.1998 | 02.10.1998 | 6776 |
| 20 | 2663 | 08.03.1999 | 12.03.1999 | 1659 | 21 | 3472 | 29.03.1999 | 06.04.1999 | 2202 |
| 22 | 10474 | 05.10.1999 | 13.10.1999 | 7015 | 23 | 2424 | 28.02.2000 | 03.03.2000 | 1489 |
| 24 | 6122 | 05.06.2000 | 09.06.2000 | 3942 | 25 | 6610 | 20.06.2000 | 26.06.2000 | 4310 |
| 26 | 10171 | 27.09.2000 | 03.10.2000 | 6750 | 27 | 2474 | 28.02.2001 | 06.03.2001 | 1675 |
| 28 | 5906 | 25.05.2001 | 31.05.2001 | 4116 | 29 | 10529 | 26.09.2001 | 02.10.2001 | 7651 |
| 30 | 2654 | 07.03.2002 | 13.03.2002 | 6 | 31 | 13114 | 10.12.2002 | 16.12.2002 | 6/0774060 |
| 32 | 315 | 08.01.2003 | 14.01.2003 | 6/0811204 | 33 | 4286 | 10.04.2003 | 16.04.2003 | 8 |
| 34 | 6430 | 06.06.2003 | 16.06.2003 | 9/1035514 | 35 | 10569 | 19.09.2003 | 25.09.2003 | 8/1187574 |
| 36 | 13992 | 04.12.2003 | 10.12.2003 | 8/2022512 | 37 | 2711 | 02.03.2004 | 09.03.2004 | 5 |
| 38 | 6319 | 27.05.2004 | 03.06.2004 | 7/2290722 | 39 | 6694 | 07.06.2004 | 11.06.2004 | 8/2304324 |
| 40 | 1562 | 04.02.2005 | 10.02.2005 | 8/2695232 | 41 | 12574 | 17.10.2005 | 21.10.2005 | 5/3071220 |
| 42 | 12980 | 26.10.2005 | 01.11.2005 | 6/3083902 | 43 | 15451 | 20.12.2005 | 27.12.2005 | 7/3165318 |
| 44 | 2438 | 21.02.2006 | 27.02.2006 | 6/3261974 | 45 | 5350 | 20.04.2006 | 26.04.2006 | 7/3349206 |
| 46 | 10579 | 14.08.2006 | 18.08.2006 | 7/3513128 | 47 | 16250 | 19.12.2006 | 27.12.2006 | 10/3697920 |
| 48 | 2720 | 26.02.2007 | 02.03.2007 | 7/3805214 | 49 | 6585 | 16.05.2007 | 23.05.2007 | 8/3943248 |
| 50 | 9621 | 24.07.2007 | 30.07.2007 | 7/4047198 | 51 | 14601 | 13.11.2007 | 19.11.2007 | 7/4206794 |
| 52 | 4042 | 25.03.2008 | 31.03.2008 | 9/4406770 | 53 | 10340 | 11.08.2008 | 15.08.2008 | 6/4614080 |
| 54 | 15828 | 08.12.2008 | 12.12.2008 | 9/4778736 | 55 | 16989 | 23.12.2008 | 31.12.2008 | 12/4810438 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 56 | 7843 | 02.06.2009 | 08.06.2009 | 9/5055222 | 57 | 14016 | 08.09.2009 | 14.09.2009 | 9/5245604 |
| 58 | 14255 | 15.09.2009 | 21.09.2009 | 7/5255574 | 59 | 16144 | 19.10.2009 | 23.10.2009 | 8/5309102 |
| 60 | 18318 | 26.11.2009 | 02.12.2009 | 7/5371094 | 61 | 7947 | 07.05.2010 | 14.05.2010 | 9/5631486 |
| 62 | 9304 | 06.06.2011 | 09.06.2011 | 6199318 | 63 | 10898 | 04.07.2011 | 08.07.2011 | 6246222 |
| 64 | 11577 | 12.07.2011 | 15.07.2011 | 6257960 | 65 | 35 | 02.01.2013 | 07.01.2013 | 7002768 |
| 66 | 6266 | 11.04.2013 | 16.04.2013 | 7149466 | 67 | | Complément | 19.12.2013 | 7225832 |
| 68 | 158 | 03.01.2014 | 08.01.2014 | 1271729 | 69 | 781 | 14.01.2014 | 17.01.2014 | 1292175 |
| 70 | 1171 | 20.01.2014 | 23.01.2014 | 1303857 | 71 | 11629 | 09.07.2014 | 14.07.2014 | 1612479 |
| 72 | 16785 | 08.10.2014 | 13.10.2014 | 1765295 | 73 | 3820 | 06.03.2015 | 11.03.2015 | 2035975 |
| 74 | 5995 | 14.04.2015 | 17.04.2015 | 2103449 | 75 | 10797 | 02.07.2015 | 07.07.2015 | 2255233 |
| 76 | 16224 | 12.10.2015 | 15.10.2015 | 2428231 | 77 | 2797 | 15.02.2016 | 18.02.2016 | 2675609 |
| 78 | 6183 | 11.04.2016 | 14.04.2016 | 2779681 | 79 | 11086 | 27.06.2016 | 30.06.2016 | 2924323 |
| 80 | 18567 | 07.11.2016 | 10.11.2016 | 3155657 | 81 | 21608 | 19.12.2016 | 22.12.2016 | 3241755 |
| 82 | 1363 | 24.01.2017 | 27.01.2017 | 3311469 | 83 | 3219 | 21.02.2017 | 24.02.2017 | 3369881 |
| 84 | 6352 | 06.04.2017 | 11.04.2017 | 3462967 | 85 | 6620 | 11.04.2017 | 18.04.2017 | 3472165 |
| 86 | 11393 | 28.06.2017 | 03.07.2017 | 3618565 | 87 | 15986 | 13.09.2017 | 18.09.2017 | 3757979 |
| 88 | 18265 | 17.10.2017 | 20.10.2017 | 3823139 | 89 | 21333 | 01.12.2017 | 06.12.2017 | 3914705 |
| 90 | 1365 | 19.01.2018 | 24.01.2018 | 4012755 | 91 | 7155 | 17.04.2018 | 20.04.2018 | 4185517 |
| 92 | 10359 | 06.06.2018 | 11.06.2018 | 4282307 | 93 | 15881 | 03.09.2018 | 06.09.2018 | 1004450783 |
| 94 | 18539 | 10.10.2018 | 15.10.2018 | 1004477066 | 95 | 575 | 08.01.2019 | 11.01.2019 | 1004539735 |
| 96 | 6369 | 29.03.2019 | 03.04.2019 | 1004602520 | 97 | 9007 | 10.05.2019 | 15.05.2019 | 1004630938 |
| 98 | 9296 | 15.05.2019 | 20.05.2019 | 1004634145 | 99 | 19401 | 16.10.2019 | 21.10.2019 | 1004742020 |
| 100 | 20474 | 01.11.2019 | 06.11.2019 | 1004753790 | | | | | |

Genève, le 10 mars 2020




***Fin de l'extrait***

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 9b

TRADE REGISTRY OF GENEVA



**Extract with possible deletions**

EXTRACT FROM REGISTRY
Report of August 25 1993
Ref. No 02414/1969
Fed. No CH-660-0121969-5
**IDE CHE-103.161.203**

**Eric Sturdza Bank SA**
Registered on May 21 1969
Limited Liability Company

| Ref. | Company Name | | |
|---|---|---|---|
| 1 | ~~Banque Baring Brothers (Switzerland) SA (*limited liability company)*~~ | | |
| 33 | ~~Banque Baring Brothers (Switzerland) SA (*limited liability company)*~~ | | |
| 42 | ~~Banque Baring Brothers SA (*limited liability company)*~~ | | |
| 43 | ~~Banque Baring Brothers Sturdza SA (*limited liability company)*~~ | | |
| 77 | Banque Eric Sturdza SA (*limited liability company)* | | |
| 1 | **Headquarters** | | |
| | Geneva | | |
| 1 | **Address** | | |
| | rue du Rhône 112 | | |
| 1 | **Dates of the Regulations** | | |
| 9 | 11.19.1991 (last form) | 42 | 10.07.2005 |
| 10 | 02.15.1996 (new stat.) | 43 | 12.08.2005 |
| 33 | 10.4.1996 | 47 | 12.08.2006 (new stat.) |
| | 03.24.1996 | 77 | 12.07.2015 |
| | **Purpose, Observations** | | |
| 1 | Purpose:<br>Operation of a bank. | | |
| 1 | Administration:<br>3 members at least. | | |
| 67 | The identification under the number CH-660-0121969-5 is replaced by the identification number of companies (IDE/UID) CHE-103.161.203. | | |
| | **Publishing Entity** | | |
| 1 | FOSC (*Swiss Official Gazette of Commerce)* | | |
| 9 | Communication to stock-holders: certified letter | | |

| Ref. | Capital Stock | | |
|---|---|---|---|
| | **Nominal** | **Liberated** | **Shares** |
| 1 | ~~CHF 20,000,000~~ | ~~CHF 20,000,000~~ | ~~20,000 shares of CHF 1,000 registered shares~~ |
| 9 | CHF 20,000,000 | CHF 20,000,000 | 20,000 shares of CHF 1,000 registered shares with restricted transferability |

| Ref. | | | Administration, Review body and people qualified to sign | | |
|---|---|---|---|---|---|
| Regist. | Form. | Rad. | **First & Last Names, Origin, Home** | **Functions** | **Signature Mode** |
| 1 | | 6 | ~~**Dare** John A., USA, London, GB~~ | President adm. | ~~collective signature of 2~~ |
| 1 | | 49 | ~~**Secretary** Hubert, Lausanne, Geneva~~ | Secretary adm. | ~~collective signature of 2~~ |
| 1 | | 9 | ~~**Chamberlayne** Michael, Great Britain, Headley, GB~~ | adm: | ~~collective signature of 2~~ |
| 1 | | 14 | ~~**Dunant** Olivier, from Geneva, in Geneva~~ | adm: | ~~collective signature of 2~~ |
| 1 | | 9 | ~~**Fischer** Marc, from Geneva, in Rolle~~ | adm: | ~~collective signature of 2~~ |
| 1 | | 9 | ~~**Terracina** Jeanne, from Geneva, in Geneva~~ | adm: | ~~collective signature of 2~~ |
| 1 | | 8 | ~~"**Deloitte & Touche SA**", branch in Meyrin~~ | Review Body | |

Morningside
Translations

# TRANSLATION CERTIFICATION

Date: March 16, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French (France)

To:

- English (USA)

The documents are designated as:

- Extrait du RC avec radiations certifié conforme-Banque Eric Sturdza SA-10.03.2020.PDF

Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Leslie Yale
Signature of Leslie Yale