# Exhibit 11a



## REGISTRE DU COMMERCE DE GENÈVE

**Données historiques du 05.03.1993 au 08.01.2014**

EXTRAIT DU REGISTRE
Report du  30 avril 1993
No réf.     00764/A909
N° féd.     CH-660-0021909-1
**IDE**     **CHE-101.358.083**

### Pictet et Cie
inscrite le  11 septembre 1909
Société en commandite

| Réf. | Raison Sociale |
|---|---|
| 1 | Pictet et Cie |

| | Siège |
|---|---|
| 90 | Carouge (GE) |

| | Adresse |
|---|---|
| 90 | route des Acacias 60 |

| | Objet de l'entreprise, observations |
|---|---|
| 1 | But: Banque et toutes opérations s'y rattachant. Affaires immobilière et commerce de transit. |

| | Transformations (LFus) / Continuation des affaires (art. 579 CO) |
|---|---|
| 169 | La société en commandite a été transformée en société anonyme sous la raison sociale "Banque Pictet & Cie SA" conformément au projet de transformation du 11.11.2013 et bilan au 30.09.2013, présentant des actifs de CHF 35'139'436'346 et des passifs envers les tiers de CHF 34'139'436'346, contre attribution aux associés de 90'000 actions de CHF 1'000, nominatives, liées selon statuts. |

| | Transferts de patrimoine (LFus) |
|---|---|
| 136 | Selon contrat du 22.12.2010, la société a transféré des actifs pour CHF 1, à l'exclusion de tout passif, à Rhone Trust and Fiduciary Services SA, à Carouge (GE) (CH-660-0187982-1). Contre-prestation: CHF 1. |

| | Succursales |
|---|---|
| 41 | Zurich |

\* en vertu des articles 563 et 603 CO.

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | report | | | 1 | 1814 | 19.02.1993 | 05.03.1993 | 1102 |
| 2 | 4031 | 29.04.1993 | 18.05.1993 | 2536 | 3 | 6010 | 23.06.1994 | 08.07.1994 | 3832 |
| 4 | 6959 | 21.07.1994 | 04.08.1994 | 4374 | 5 | 9280 | 04.10.1994 | 17.10.1994 | 5707 |
| 6 | 9281 | 04.10.1994 | 17.10.1994 | 5707 | 7 | 2777 | 10.03.1995 | 22.03.1995 | 1600 |
| 8 | 4236 | 25.04.1995 | 05.05.1995 | 2500 | 9 | 7958 | 24.08.1995 | 05.09.1995 | 4946 |
| 10 | 9752 | 20.10.1995 | 30.10.1995 | 5957 | 11 | 1892 | 19.02.1996 | 28.02.1996 | 1163 |
| 12 | 10919 | 20.11.1996 | 04.12.1996 | 7504 | 13 | 1691 | 11.02.1997 | 25.02.1997 | 1268 |
| 14 | 2770 | 14.03.1997 | 27.03.1997 | 2108 | 15 | 9294 | 01.09.1997 | 15.09.1997 | 6790 |
| 16 | 10617 | 07.10.1997 | 21.10.1997 | 7671 | 17 | 4255 | 16.04.1998 | 22.04.1998 | 2710 |
| 18 | 8277 | 17.07.1998 | 23.07.1998 | 5121 | 19 | 9361 | 17.08.1998 | 21.08.1998 | 5795 |
| 20 | 12532 | 12.11.1998 | 18.11.1998 | 7888 | 21 | 12888 | 20.11.1998 | 26.11.1998 | 8096 |
| 22 | 13128 | 26.11.1998 | 02.12.1998 | 8244 | 23 | 3594 | 31.03.1999 | 08.04.1999 | 2277 |
| 24 | 7526 | 15.07.1999 | 21.07.1999 | 4977 | 25 | 7844 | 23.07.1999 | 29.07.1999 | 5191 |
| 26 | 11646 | 02.11.1999 | 08.11.1999 | 7594 | 27 | 1221 | 28.01.2000 | 03.02.2000 | 768 |
| 28 | 5374 | 15.05.2000 | 19.05.2000 | 3405 | 29 | 7358 | 10.07.2000 | 14.07.2000 | 4831 |
| 30 | 4656 | 20.04.2001 | 26.04.2001 | 3108 | 31 | 4961 | 30.04.2001 | 04.05.2001 | 3341 |
| 32 | 6243 | 05.06.2001 | 11.06.2001 | 4371 | 33 | 6887 | 21.06.2001 | 27.06.2001 | 4832 |
| 34 | 7738 | 10.07.2001 | 16.07.2001 | 5443 | 35 | 10138 | 17.09.2001 | 21.09.2001 | 7356 |
| 36 | 13976 | 17.12.2001 | 21.12.2001 | 10098 | 37 | 27 | 02.01.2002 | 11.01.2002 | 10 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 38 | 2078 | 21.02.2002 | 27.02.2002 | 6 | 39 | 3318 | 25.03.2002 | 02.04.2002 | 10 |
| 40 | 4010 | 15.04.2002 | 19.04.2002 | 7 | 41 | 6226 | 17.06.2002 | 21.06.2002 | 6 |
| 42 | 7259 | 10.07.2002 | 16.07.2002 | 6 | 43 | 8013 | 30.07.2002 | 08.08.2002 | 5/0593974 |
| 44 | 8933 | 29.08.2002 | 04.09.2002 | 6/0627666 | 45 | 10040 | 26.09.2002 | 02.10.2002 | 5/0667650 |
| 46 | 12410 | 22.11.2002 | 28.11.2002 | 8/0748034 | 47 | 43 | 02.01.2003 | 09.01.2003 | 11/0805056 |
| 48 | 832 | 20.01.2003 | 24.01.2003 | 7/0829866 | 49 | 1210 | 29.01.2003 | 04.02.2003 | 8/0845992 |
| 50 | 6571 | 11.06.2003 | 17.06.2003 | 5/1037040 | 51 | 6969 | 19.06.2003 | 25.06.2003 | 7/1051738 |
| 52 | 10861 | 26.09.2003 | 02.10.2003 | 6/1197498 | 53 | 11755 | 17.10.2003 | 23.10.2003 | 5/1228090 |
| 54 | 14012 | 04.12.2003 | 10.12.2003 | 9/2022534 | 55 | 1461 | 03.02.2004 | 09.02.2004 | 7/2109136 |
| 56 | 2651 | 01.03.2004 | 05.03.2004 | 7/2155136 | 57 | 3919 | 26.03.2004 | 01.04.2004 | 7 |
| 58 | 8221 | 09.07.2004 | 15.07.2004 | 7/2360164 | 59 | 10742 | 14.09.2004 | 20.09.2004 | 8/2456736 |
| 60 | 12453 | 22.10.2004 | 28.10.2004 | 6/2517856 | 61 | 15401 | 21.12.2004 | 27.12.2004 | 12/2610238 |
| 62 | 904 | 20.01.2005 | 26.01.2005 | 7/2670474 | 63 | 1437 | 02.02.2005 | 08.02.2005 | 7/2691140 |
| 64 | 1882 | 10.02.2005 | 16.02.2005 | 6/2704952 | 65 | 2202 | 18.02.2005 | 24.02.2005 | 5/2716990 |
| 66 | 3810 | 23.03.2005 | 31.03.2005 | 8/2770598 | 67 | 6342 | 25.05.2005 | 31.05.2005 | 7/2861224 |
| 68 | 8106 | 30.06.2005 | 06.07.2005 | 11/2919040 | 69 | 8518 | 08.07.2005 | 14.07.2005 | 8/2932742 |
| 70 | 10636 | 31.08.2005 | 06.09.2005 | 7 | 71 | 11416 | 19.09.2005 | 23.09.2005 | 6/3030820 |
| 72 | 11913 | 30.09.2005 | 06.10.2005 | 8/3048046 | 73 | 13168 | 31.10.2005 | 04.11.2005 | 7/3090072 |
| 74 | 13505 | 08.11.2005 | 14.11.2005 | 7/3102398 | 75 | 14249 | 23.11.2005 | 29.11.2005 | 7/3125058 |
| 76 | 14617 | 01.12.2005 | 07.12.2005 | 7/3137118 | 77 | 15482 | 20.12.2005 | 27.12.2005 | 8/3165696 |
| 78 | 318 | 05.01.2006 | 11.01.2006 | 9/3188578 | 79 | 799 | 17.01.2006 | 23.01.2006 | 7/3207008 |
| 80 | 1687 | 03.02.2006 | 09.02.2006 | 7/3235814 | 81 | 2283 | 16.02.2006 | 22.02.2006 | 6/3254838 |
| 82 | 2679 | 24.02.2006 | 02.03.2006 | 9/3268044 | 83 | 4326 | 29.03.2006 | 04.04.2006 | 8/3317740 |
| 84 | 7086 | 31.05.2006 | 07.06.2006 | 8/3405286 | 85 | 10084 | 31.07.2006 | 07.08.2006 | 6/3497926 |
| 86 | 11103 | 28.08.2006 | 01.09.2006 | 8/3530432 | 87 | 11611 | 08.09.2006 | 14.09.2006 | 7/3549934 |
| 88 | 11959 | 15.09.2006 | 21.09.2006 | 6/3559516 | 89 | 12773 | 05.10.2006 | 11.10.2006 | 7/3587230 |
| 90 | 14205 | 07.11.2006 | 13.11.2006 | 7/3632866 | 91 | 15239 | 29.11.2006 | 05.12.2006 | 9/3666764 |
| 92 | 935 | 19.01.2007 | 25.01.2007 | 9/3741238 | 93 | 1822 | 06.02.2007 | 12.02.2007 | 9/3770766 |
| 94 | 2664 | 23.02.2007 | 01.03.2007 | 8/3803788 | 95 | 3981 | 20.03.2007 | 26.03.2007 | 7/3856466 |
| 96 | 4955 | 10.04.2007 | 16.04.2007 | 9/3885876 | 97 | 6729 | 21.05.2007 | 25.05.2007 | 9/3948502 |
| 98 | 7101 | 30.05.2007 | 05.06.2007 | 10/3959680 | 99 | 8698 | 04.07.2007 | 10.07.2007 | 7/4018340 |
| 100 | 10555 | 16.08.2007 | 22.08.2007 | 7/4075948 | 101 | 12158 | 21.09.2007 | 27.09.2007 | 7/4129246 |
| 102 | 13866 | 29.10.2007 | 02.11.2007 | 7/4182490 | 103 | 16023 | 07.12.2007 | 13.12.2007 | 9/4245638 |
| 104 | 1138 | 23.01.2008 | 29.01.2008 | 8/4312990 | 105 | 2211 | 13.02.2008 | 19.02.2008 | 7/4346048 |
| 106 | 3767 | 17.03.2008 | 25.03.2008 | 6/4399188 | 107 | 6851 | 26.05.2008 | 30.05.2008 | 9/4500050 |
| 108 | 7181 | 02.06.2008 | 06.06.2008 | 9/4511476 | 109 | 7961 | 18.06.2008 | 24.06.2008 | 8/4540208 |
| 110 | 8430 | 27.06.2008 | 03.07.2008 | 11/4556762 | 111 | 9203 | 10.07.2008 | 16.07.2008 | 9/4576990 |
| 112 | 11509 | 05.09.2008 | 11.09.2008 | 10/4648192 | 113 | 14057 | 03.11.2008 | 07.11.2008 | 6/4724242 |
| 114 | 14986 | 20.11.2008 | 26.11.2008 | 9/4750660 | 115 | 16590 | 17.12.2008 | 23.12.2008 | 12/4798394 |
| 116 | 17052 | 23.12.2008 | 31.12.2008 | 13/4810870 | 117 | 1964 | 09.02.2009 | 13.02.2009 | 9/4880020 |
| 118 | 4104 | 17.03.2009 | 23.03.2009 | 10/4938602 | 119 | 5114 | 06.04.2009 | 14.04.2009 | 9/4970978 |
| 120 | 7888 | 02.06.2009 | 08.06.2009 | 10/5053884 | 121 | 8564 | 12.06.2009 | 18.06.2009 | 14/5076630 |
| 122 | 11452 | 22.07.2009 | 28.07.2009 | 10/5165602 | 123 | 15335 | 05.10.2009 | 09.10.2009 | 10/5286806 |
| 124 | 16541 | 26.10.2009 | 30.10.2009 | 8/5320028 | 125 | 19508 | 14.12.2009 | 18.12.2009 | 10/5402168 |
| 126 | 20129 | 21.12.2009 | 28.12.2009 | 12/5416858 | 127 | 3442 | 25.02.2010 | 03.03.2010 | 9/5521926 |
| 128 | 5534 | 26.03.2010 | 01.04.2010 | 12/5570970 | 129 | 8976 | 28.05.2010 | 03.06.2010 | 11/5660074 |
| 130 | 9331 | 04.06.2010 | 10.06.2010 | 11/5670088 | 131 | 10723 | 29.06.2010 | 05.07.2010 | 12/5710332 |
| 132 | 12597 | 26.07.2010 | 30.07.2010 | 8/5752654 | 133 | 16843 | 08.10.2010 | 14.10.2010 | 7/5853982 |
| 134 | 18346 | 03.11.2010 | 09.11.2010 | 9/5886926 | 135 | 19698 | 25.11.2010 | 01.12.2010 | 8/5919606 |
| 136 | 101 | 03.01.2011 | 07.01.2011 | 15/5976526 | 137 | 741 | 12.01.2011 | 18.01.2011 | 9/5990238 |
| 138 | 1840 | 27.01.2011 | 02.02.2011 | 9/6015182 | 139 | 2911 | 14.02.2011 | 18.02.2011 | 8/6040780 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 140 | 3739 | 25.02.2011 | 02.03.2011 | 6058958 | 141 | 5826 | 31.03.2011 | 05.04.2011 | 6106536 |
| 142 | 8704 | 24.05.2011 | 27.05.2011 | 6181938 | 143 | 10728 | 30.06.2011 | 05.07.2011 | 6239034 |
| 144 | 12803 | 05.08.2011 | 10.08.2011 | 6290730 | 145 | 14391 | 09.09.2011 | 14.09.2011 | 6334854 |
| 146 | 14879 | 20.09.2011 | 23.09.2011 | 6347630 | 147 | 19716 | 09.12.2011 | 14.12.2011 | 6458426 |
| 148 | 20634 | 21.12.2011 | 27.12.2011 | 6479404 | 149 | 887 | 16.01.2012 | 19.01.2012 | 6512418 |
| 150 | 2409 | 10.02.2012 | 15.02.2012 | 6551544 | 151 | 3550 | 01.03.2012 | 06.03.2012 | 6582192 |
| 152 | 5566 | 02.04.2012 | 05.04.2012 | 6627866 | 153 | 7967 | 21.05.2012 | 24.05.2012 | 6691160 |
| 154 | 8721 | 04.06.2012 | 07.06.2012 | 6707866 | 155 | 9267 | 13.06.2012 | 18.06.2012 | 6722462 |
| 156 | 15693 | 19.09.2012 | 24.09.2012 | 6861028 | 157 | 17406 | 17.10.2012 | 22.10.2012 | 6899288 |
| 158 | 17753 | 23.10.2012 | 26.10.2012 | 6906252 | 159 | 19377 | 16.11.2012 | 21.11.2012 | 6941998 |
| 160 | 109 | 02.01.2013 | 07.01.2013 | 7003160 | 161 | 2725 | 13.02.2013 | 18.02.2013 | 7068692 |
| 162 | 5698 | 02.04.2013 | 05.04.2013 | 7135066 | 163 | 10045 | 12.06.2013 | 17.06.2013 | 921349 |
| 164 | 10899 | 26.06.2013 | 01.07.2013 | 948161 | 165 | 14667 | 02.09.2013 | 05.09.2013 | 1062581 |
| 166 | 16023 | 26.09.2013 | 01.10.2013 | 1104023 | 167 | 17308 | 18.10.2013 | 23.10.2013 | 1142127 |
| 168 | 20176 | 29.11.2013 | 04.12.2013 | 1216033 | 169 | 99 | 02.01.2014 | 08.01.2014 | 1272305 |

Genève, le 20 janvier 2020



*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**
Il est possible d'obtenir un extrait complet avec mention des éventuelles radiations sur demande auprès du registre.

# Exhibit 11b



TRADE REGISTER OF GENEVA

**Historical data from 03/05/1993 to 01/08/2014**

[Stamp]
Canton of Geneva
Trade Register

EXTRACT FROM THE REGISTER
Report as of: April 30, 1993
Ref. No. 00764/A909
Fed. No. CH-660-0021909-1
**UID** **CHE-101.358.083**

## Pictet et Cie
Registered on September 11, 1909
Limited Partnership (*Société en commandite*)

| Ref. | Corporate Name |
|---|---|
| 1 | Pictet et Cie |
| | **Registered Office** |
| 90 | Carouge (GE) |
| | **Address** |
| 90 | rue des Acacias 60 |
| | **Corporate Purpose, Comments** |
| 1 | Purpose:<br>Bank and all related operations. Real estate business and transit trade. |
| | **Conversions (Merger Law) / Business Continuity (Article 579 of the Swiss Code of Obligations)** |
| 169 | The Limited Partnership was converted into a corporation (société anonyme) under the corporate name of "Banque Pictet & Cie SA", according to the conversion project of 11/11/2013 and the balance sheet as of 09/30/2013, showing assets in amount of CHF 35,139,436,346 and liabilities towards third parties in amount of CHF 34,139,436,346, against allocation to shareholders of 90,000 registered shares of CHF 1,000, with restricted transferability under the Articles of Association. |
| | **Asset Transfers (Merger Law)** |
| 136 | According to the contract of 12/22/2010, the company transferred assets of CHF 1, excluding any liabilities, to Rhone Trust and Fiduciary Services SA, in Carouge (GE) (CH-660-0187982-1). Consideration: CHF 1. |
| | **Branches** |
| 41 | Zurich |

* Pursuant to Articles 563 and 603 of the Swiss Code of Obligations.

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/ID | | Number | Date | Date | Page/ID |
| 0 | | report | | | 1 | 1814 | 02/19/1993 | 03/05/1993 | 1102 |
| 2 | 4031 | 04/29/1993 | 05/18/1993 | 2536 | 3 | 6010 | 06/23/1994 | 07/08/1994 | 3832 |
| 4 | 6959 | 07/21/1994 | 08/04/1994 | 4374 | 5 | 9280 | 10/04/1994 | 10/17/1994 | 5707 |
| 6 | 9281 | 10/04/1994 | 10/17/1994 | 5707 | 7 | 2777 | 03/10/1995 | 03/221995 | 1600 |
| 8 | 4236 | 04/25/1995 | 05/05/1995 | 2500 | 9 | 7958 | 08/24/1995 | 09/05/1995 | 4946 |
| 10 | 9752 | 10/20/1995 | 10/30/1995 | 5957 | 11 | 1892 | 02/19/1996 | 02/28/1996 | 1163 |
| 12 | 10919 | 11/20/1996 | 12/04/1996 | 7504 | 13 | 1691 | 02/11/1997 | 02/25/1997 | 1268 |
| 14 | 2770 | 03/14/1997 | 03/27/1997 | 2108 | 15 | 9294 | 09/01/1997 | 09/15/1997 | 6790 |
| 16 | 10617 | 10/07/1997 | 10/21/1997 | 7671 | 17 | 4255 | 04/16/1998 | 04/22/1998 | 2710 |
| 18 | 8277 | 07/17/1998 | 07/23/1998 | 5121 | 19 | 9361 | 08/17/1998 | 08/21/1998 | 5795 |
| 20 | 12532 | 11/12/1998 | 11/18/1998 | 7888 | 21 | 12888 | 11/20/1998 | 11/26/1998 | 8096 |
| 22 | 13128 | 11/26/1998 | 12/02/1998 | 8244 | 23 | 3594 | 03/31/1999 | 04/08/1999 | 2277 |
| 24 | 7526 | 07/15/1999 | 07/21/1999 | 4977 | 25 | 7844 | 07/23/1999 | 07/29/1999 | 5191 |
| 26 | 11646 | 11/02/1999 | 11/08/1999 | 7594 | 27 | 1221 | 01/28/2000 | 02/03/2000 | 768 |
| 28 | 5374 | 05/15/2000 | 05/19/2000 | 3405 | 29 | 7358 | 07/10/2000 | 07/14/2000 | 4831 |
| 30 | 4656 | 04/20/2001 | 04/26/2001 | 3108 | 31 | 4961 | 04/30/2001 | 05/04/2001 | 3341 |
| 32 | 6243 | 06/05/2001 | 06/11/2001 | 4371 | 33 | 6887 | 06/21/2001 | 06/27/2001 | 4832 |
| 34 | 7738 | 07/10/2001 | 07/16/2001 | 5443 | 35 | 10138 | 09/17/2001 | 09/21/2001 | 7356 |
| 36 | 13976 | 12/17/2001 | 12/21/2001 | 10098 | 37 | 27 | 01/02/2002 | 01/11/2002 | 10 |

[watermark diagonally on each page :] Historical Data

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/ID | | Number | Date | Date | Page/ID |
| 38 | 2078 | 02/21/2002 | 02/27/2002 | 6 | 39 | 3318 | 03/25/2002 | 04/02/2002 | 10 |
| 40 | 4010 | 04/15/2002 | 04/19/2002 | 7 | 41 | 6226 | 06/17/2002 | 06/21/2002 | 6 |
| 42 | 7259 | 07/10/2002 | 07/16/2002 | 6 | 43 | 8013 | 07/30/2002 | 08/08/2002 | 5/0593974 |
| 44 | 8933 | 08/29/2002 | 09/04/2002 | 6/0627666 | 45 | 10040 | 09/26/2002 | 10/02/2002 | 5/0667650 |
| 46 | 12410 | 11/22/2002 | 11/28/2002 | 8/0748034 | 47 | 43 | 01/02/2003 | 01/09/2003 | 11/0805056 |
| 48 | 832 | 01/20/2003 | 01/24/2003 | 7/0829866 | 49 | 1210 | 01/29/2003 | 02/04/2003 | 8/0845992 |
| 50 | 6571 | 06/11/2003 | 06/17/2003 | 5/1037040 | 51 | 6969 | 06/19/2003 | 06/25/2003 | 7/1051738 |
| 52 | 10861 | 09/26/2003 | 10/02/2003 | 6/1197498 | 53 | 11755 | 10/17/2003 | 10/23/2003 | 5/1228090 |
| 54 | 14012 | 12/04/2003 | 12/10/2003 | 9/2022534 | 55 | 1461 | 02/03/2004 | 02/09/2004 | 7/2109136 |
| 56 | 2651 | 03/01/2004 | 03/05/2004 | 7/2155136 | 57 | 3919 | 03/26/2004 | 04/01/2004 | 7 |
| 58 | 8221 | 07/09/2004 | 07/15/2004 | 7/2360164 | 59 | 10742 | 09/14/2004 | 09/20/2004 | 8/2456736 |
| 60 | 12453 | 10/22/2004 | 10/28/2004 | 6/2517856 | 61 | 15401 | 12/21/2004 | 12/27/2004 | 12/2610238 |
| 62 | 904 | 01/20/2005 | 01/26/2005 | 7/2670474 | 63 | 1437 | 02/02/2005 | 02/08/2005 | 7/2691140 |
| 64 | 1882 | 02/10/2005 | 02/16/2005 | 6/2704952 | 65 | 2202 | 02/18/2005 | 02/24/2005 | 5/2716990 |
| 66 | 3810 | 03/23/2005 | 03/31/2005 | 8/2770598 | 67 | 6342 | 05/25/2005 | 05/31/2005 | 7/2861224 |
| 68 | 8106 | 06/30/2005 | 07/06/2005 | 11/2919040 | 69 | 8518 | 07/08/2005 | 07/14/2005 | 8/2932742 |
| 70 | 10636 | 08/31/2005 | 09/06/2005 | 7 | 71 | 11416 | 09/19/2005 | 09/23/2005 | 6/3030820 |
| 72 | 11913 | 09/30/2005 | 10/06/2005 | 8/3048046 | 73 | 13168 | 10/31/2005 | 11/04/2005 | 7/3090072 |
| 74 | 13505 | 11/08/2005 | 11/14/2005 | 7/3102398 | 75 | 14249 | 11/23/2005 | 11/29/2005 | 7/3125058 |
| 76 | 14617 | 12/01/2005 | 12/07/2005 | 7/3137118 | 77 | 15482 | 12/20/2005 | 12/27/2005 | 8/3165696 |
| 78 | 318 | 01/05/2006 | 01/11/2006 | 9/3188578 | 79 | 799 | 01/17/2006 | 01/23/2006 | 7/3207008 |
| 80 | 1687 | 02/03/2006 | 02/09/2006 | 7/3235814 | 81 | 2283 | 02/16/2006 | 02/22/2006 | 6/3254838 |
| 82 | 2679 | 02/24/2006 | 03/02/2006 | 9/3268044 | 83 | 4326 | 03/29/2006 | 04/04/2006 | 8/3317740 |
| 84 | 7086 | 05/31/2006 | 06/07/2006 | 8/3405286 | 85 | 10084 | 07/31/2006 | 08/07/2006 | 6/3497926 |
| 86 | 11103 | 08/28/2006 | 09/01/2006 | 8/3530432 | 87 | 11611 | 09/08/2006 | 09/14/2006 | 7/3549934 |
| 88 | 11959 | 09/15/2006 | 09/21/2006 | 6/3559516 | 89 | 12773 | 10/05/2006 | 10/11/2006 | 7/3587230 |
| 90 | 14205 | 11/07/2006 | 11/13/2006 | 7/3632866 | 91 | 15239 | 11/29/2006 | 12/05/2006 | 9/3666764 |
| 92 | 935 | 01/19/2007 | 01/25/2007 | 9/3741238 | 93 | 1822 | 02/06/2007 | 02/12/2007 | 9/3770766 |
| 94 | 2664 | 02/23/2007 | 03/01/2007 | 8/3803788 | 95 | 3981 | 03/20/2007 | 03/26/2007 | 7/3856466 |
| 96 | 4955 | 04/10/2007 | 04/16/2007 | 9/3885876 | 97 | 6729 | 05/21/2007 | 05/25/2007 | 9/3948502 |
| 98 | 7101 | 05/30/2007 | 06/05/2007 | 10/3959680 | 99 | 8698 | 07/04/2007 | 07/10/2007 | 7/4018340 |
| 100 | 10555 | 08/16/2007 | 08/22/2007 | 7/4075948 | 101 | 12158 | 09/21/2007 | 09/27/2007 | 7/4129246 |
| 102 | 13866 | 10/29/2007 | 11/02/2007 | 7/4182490 | 103 | 16023 | 12/07/2007 | 12/13/2007 | 9/4245638 |
| 104 | 1138 | 01/23/2008 | 01/29/2008 | 8/4312990 | 105 | 2211 | 02/13/2008 | 02/19/2008 | 7/4346048 |
| 106 | 3767 | 03/17/2008 | 03/25/2008 | 6/4399188 | 107 | 6851 | 05/26/2008 | 05/30/2008 | 9/4500050 |
| 108 | 7181 | 06/02/2008 | 06/06/2008 | 9/4511476 | 109 | 7961 | 06/18/2008 | 06/24/2008 | 8/4540208 |
| 110 | 8430 | 06/27/2008 | 07/03/2008 | 11/4556762 | 111 | 9203 | 07/10/2008 | 07/16/2008 | 9/4576990 |
| 112 | 11509 | 09/05/2008 | 09/11/2008 | 10/4648192 | 113 | 14057 | 11/03/2008 | 11/07/2008 | 6/4724242 |
| 114 | 14986 | 11/20/2008 | 11/26/2008 | 9/4750660 | 115 | 16590 | 12/17/2008 | 12/23/2008 | 12/4798394 |
| 116 | 17052 | 12/23/2008 | 12/31/2008 | 13/4810870 | 117 | 1964 | 02/09/2009 | 02/13/2009 | 9/4880020 |
| 118 | 4104 | 03/17/2009 | 03/23/2009 | 10/4938602 | 119 | 5114 | 04/06/2009 | 04/14/2009 | 9/4970978 |
| 120 | 7888 | 06/02/2009 | 06/08/2009 | 10/5053884 | 121 | 8564 | 06/12/2009 | 06/18/2009 | 14/5076630 |
| 122 | 11452 | 07/22/2009 | 07/28/2009 | 10/5165602 | 123 | 15335 | 10/05/2009 | 10/09/2009 | 10/5286806 |
| 124 | 16541 | 10/26/2009 | 10/30/2009 | 8/5320028 | 125 | 19508 | 12/14/2009 | 12/18/2009 | 10/5402168 |
| 126 | 20129 | 12/21/2009 | 12/28/2009 | 12/5416858 | 127 | 3442 | 02/25/2010 | 03/03/2010 | 9/5521926 |
| 128 | 5534 | 03/26/2010 | 04/01/2010 | 12/5570970 | 129 | 8976 | 05/28/2010 | 06/03/2010 | 11/5660074 |
| 130 | 9331 | 06/04/2010 | 06/10/2010 | 11/5670088 | 131 | 10723 | 06/29/2010 | 07/05/2010 | 12/5710332 |
| 132 | 12597 | 07/26/2010 | 07/30/2010 | 8/5752654 | 133 | 16843 | 10/08/2010 | 10/14/2010 | 7/5853982 |
| 134 | 18346 | 11/03/2010 | 11/09/2010 | 9/5886926 | 135 | 19698 | 11/25/2010 | 12/01/2010 | 8/5919606 |
| 136 | 101 | 01/03/2011 | 01/07/2011 | 15/5976526 | 137 | 741 | 01/12/2011 | 01/18/2011 | 9/5990238 |
| 138 | 1840 | 01/27/2011 | 02/02/2011 | 9/6015182 | 139 | 2911 | 02/14/2011 | 02/18/2011 | 8/6040780 |

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/ID | | Number | Date | Date | Page/ID |
| 140 | 3739 | 02/25/2011 | 03/02/2011 | 6058958 | 141 | 5826 | 03/31/2011 | 04/05/2011 | 6106536 |
| 142 | 8704 | 05/24/2011 | 05/27/2011 | 6181938 | 143 | 10728 | 06/30/2011 | 07/05/2011 | 6239034 |
| 144 | 12803 | 08/05/2011 | 08/10/2011 | 6290730 | 145 | 14391 | 09/09/2011 | 09/14/2011 | 6334854 |
| 146 | 14879 | 09/20/2011 | 09/23/2011 | 6347630 | 147 | 19716 | 12/09/2011 | 12/14/2011 | 6458426 |
| 148 | 20634 | 12/21/2011 | 12/27/2011 | 6479404 | 149 | 887 | 01/16/2012 | 01/19/2012 | 6512418 |
| 150 | 2409 | 02/10/2012 | 02/15/2012 | 6551544 | 151 | 3550 | 03/01/2012 | 03/06/2012 | 6582192 |
| 152 | 5566 | 04/02/2012 | 04/05/2012 | 6627866 | 153 | 7967 | 05/21/2012 | 05/24/2012 | 6691160 |
| 154 | 8721 | 06/04/2012 | 06/07/2012 | 6707866 | 155 | 9267 | 06/13/2012 | 06/18/2012 | 6722462 |
| 156 | 15693 | 09/19/2012 | 09/24/2012 | 6861028 | 157 | 17406 | 10/17/2012 | 10/22/2012 | 6899288 |
| 158 | 17753 | 10/23/2012 | 10/26/2012 | 6906252 | 159 | 19377 | 11/16/2012 | 11/21/2012 | 6941998 |
| 160 | 109 | 01/02/2013 | 01/07/2013 | 7003160 | 161 | 2725 | 02/13/2013 | 02/18/2013 | 7068692 |
| 162 | 5698 | 04/02/2013 | 04/05/2013 | 7135066 | 163 | 10045 | 06/12/2013 | 06/17/2013 | 921349 |
| 164 | 10899 | 06/26/2013 | 07/01/2013 | 948161 | 165 | 14667 | 09/02/2013 | 09/05/2013 | 1062581 |
| 166 | 16023 | 09/26/2013 | 10/01/2013 | 1104023 | 167 | 17308 | 10/18/2013 | 10/23/2013 | 1142127 |
| 168 | 20176 | 11/29/2013 | 12/04/2013 | 1216033 | 169 | 99 | 01/02/2014 | 01/08/2014 | 1272305 |

Geneva, January 20, 2020

[Stamp]
Canton of Geneva
Trade Register

**End of extract**

**Only a true certified extract, signed and bearing the stamp of the register, has legal value.**
A full extract including any deletions can be obtained, upon request, from the register.

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52         360 Valverde Lane
Wantagh, NY 11793-4024      St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a __BUSINESS REGISTRATION__ bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

*[signature]*
By: ROXANA DINU
Translator

State of New York
County of SUFFOLK

Sworn and subscribed before me this
6th day of MARCH, 2020

*[signature]*
NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368