# Exhibit 13a


**Extrait sans radiations**                                         EXTRAIT INTERNET

No réf.     00135/1996
N° féd.     CH-660.0.026.996-5
**IDE        CHE-106.825.034**

# Banque SYZ SA
inscrite le 04 janvier 1996
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 113 | Banque SYZ SA<br>(Bank SYZ AG)<br>(Bank SYZ Ltd)<br>(Banca SYZ SA) |
| | **Siège** |
| 1 | Genève |
| | **Adresse** |
| 152 | quai des Bergues 1, 1201 Genève |
| | **Dates des Statuts** |
| 113 | 10.12.2014 |
| | **But, Observations** |
| 54 | But:<br>exploitation d'une banque principalement axée sur la gestion de fortune, ainsi que l'exercice d'une activité de négociant en valeur mobilières. et s'adressant à une clientèle suisse et étrangère, en particulier européenne, Nord et Sud-américaine ainsi qu'orientale (cf. statuts pour but complet). |
| 104 | L'identification sous le numéro CH-660-0026996-5 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-106.825.034. |
| | **Fusions** |
| 128 | Fusion:<br>reprise des actifs et passifs de Banque SYZ Suisse SA, à Genève (CHE-107.743.858), selon contrat de fusion du 24.11.2015 et bilan au 30.09.2015, présentant des actifs de CHF 1'860'577'275, des passifs envers les tiers de CHF 1'757'585'103, soit un actif net de CHF 102'992'172. La société reprenante détenant l'ensemble des actions de la société transférante, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. |
| | **Organe de publication** |
| 1 | FOSC |
| 110 | Communication aux actionnaires: lettre recommandée pour les convocations, Feuille Officielle Suisse du Commerce ou lettre, télécopieur ou email pour les communications |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 8 | CHF 30'000'000 | CHF 30'000'000 | 30'000 actions de CHF 1'000, nominatives, liées selon statuts |
| | **Capital-participation** | | |
| | **Nominal** | **Libéré** | **Bons de participation** |
| 38 | CHF 1'000'000 | CHF 1'000'000 | 40'000 bons de CHF 25, nominatifs, liés selon statuts, privilégiés quant au dividende et au produit de liquidation |
| | **Apports en nature, reprises de biens, avantages particuliers** | | |
| 38 | Reprise de biens envisagée:<br>actions de la société Syz & Co Finance Limited à Jersey, GB, pour le prix maximum de CHF 64'000'000. | | |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 28 | | | **Argand** Luc, de Corsier, à Genève | adm. président | signature collective à 2 |
| 123 | | | **Conne** Jean-Blaise, de Chexbres, à Paudex | adm. | signature collective à 2 |
| 123 | | | **Johansen** Casper Kirk, du Danemark, à Vejle, DNK | adm. | signature collective à 2 |
| 7 | | | **Reiser** Philippe, de Genève, à Genève | adm. | signature collective à 2 |
| 147 | | | **Troyanov-Buresch** Michaela Marie Therese, de Lausanne, à Chêne-Bougeries | adm. | signature collective à 2 |
| 41 | | | **PricewaterhouseCoopers AG** , à Zurich | organe de révision | |
| | 100 | | **Syz** Eric Max Charles, de Zurich, à Wollerau | directeur général | signature collective à 2 |
| 101 | | | **Benaim** Marc, de Genève, à Genève | directeur | signature collective à 2 |
| | 148 | | **Boitel** Etienne P., de Neuchâtel, à Freienbach Meilen | directeur | signature collective à 2 |
| | 148 | | **Crivelli** Simone, de Novazzano, à Ascona | directeur | signature collective à 2 |
| 135 | | | **Gaillard** Yvan, de Sion, à Crans-près-Céligny | directeur | signature collective à 2 |
| 76 | | | **Hannemann** Daniel, de Böttstein, à Oberwil-Lieli | directeur | signature collective à 2 |
| | 141 | | **Lacerda Soares** Rodrigo, de France, à Cologny | directeur | signature collective à 2 |
| 146 | | | **Lovisa** Jean-Louis, d'Orsières, à Volketswil | directeur | signature collective à 2 |
| 149 | | | **Matthey-Junod** Sylvain, de Le Locle, à Thônex | directeur | signature collective à 2 |
| | 74 | | **Noetzlin** Lionel, de Zurich, à Genève | directeur | signature collective à 2 |
| | 154 | | **Poulin** Stéphane, d'Arzier-le-Muids, à Arzier-Le Muids | directeur | signature collective à 2 |
| | 98 | | **Röper** Walter, d'Allemagne, à Männedorf | directeur | signature collective à 2 |
| | 148 | | **Servan** Vincent, de France, à Villeneuve (VD) | directeur | signature collective à 2 |
| | 153 | | **Vallet** Jean-Marc, de Montricher, à Vufflens-le-Château | directeur | signature collective à 2 |
| 131 | | | **Woodhead** Michael, de Grande-Bretagne, à Londres, GB | directeur | signature collective à 2 |
| 114 | | | **Aegerter** François, de Röthenbach im Emmental, à Founex | directeur adjoint | signature collective à 2 |
| 153 | | | **Aepli Gürdogan** Nicole, de Vandoeuvres, à Genève | directrice adjointe | signature collective à 2 |
| 157 | | | **Astengo** Pablo, d'Yverdon-les-Bains, à Lonay | directeur adjoint | signature collective à 2 |
| | 156 | | **Barin** Yasmina, de Genève, à Genève | directrice adjointe | signature collective à 2 |
| 127 | | | **Bouchet** Sébastien, de France, à Mont-sur-Rolle | directeur adjoint | signature collective à 2 |
| | 146 | | **Bowen-Jones** James , de Grande-Bretagne, à Troinex | directeur adjoint | signature collective à 2 |
| | 156 | | **Brenot** Raymond, de Genève, à Collonge-Bellerive | directeur adjoint | signature collective à 2 |
| 156 | | | **Brunner** Roman, de Zurich, à Le Vaud | directeur adjoint | signature collective à 2 |
| 159 | | | **Creak** Nicholas, de Fribourg, à Marly | directeur adjoint | signature collective à 2 |
| | 148 | | **Dauvan** Marc Thanh-Duc, de Genève, à Genève | directeur adjoint | signature collective à 2 |
| | 154 | | **De Lapeyrière** Guillaume, de Collex-Bossy, à Collex-Bossy | directeur adjoint | signature collective à 2 |
| | 148 | | **Filip** Luc, de Meyrin, à Lausanne | directeur adjoint | signature collective à 2 |
| | 28 | | **Ghilardi** Barbara, de Minusio, à Minusio | directrice adjointe | signature collective à 2 |
| | 68 | | **Luna** José-Manuel, de Lancy, à Veyrier | directeur adjoint | signature collective à 2 |
| | 108 | | **Manzoni** Martino, de Cureggia, à Canobbio | directeur adjoint | signature collective à 2 |
| 121 | | | **Nahmany** Alain, de France, à Chêne-Bougeries | directeur adjoint | signature collective à 2 |
| | 153 | | **Noël** Valérie, de Vuissens, à Collonge-Bellerive | directrice adjointe | signature collective à 2 |
| 76 | | | **Oetiker** Martin Jacob, d'Oetwil am See, à Hombrechtikon | directeur adjoint | signature collective à 2 |
| | 146 | | **Panizzolo** Claudia, de Braggio, à Minusio | directrice adjointe | signature collective à 2 |
| | 156 | | **Paolillo Ruhlmann** Erika, de Bâle, à Genève | directrice adjointe | signature collective à 2 |
| | 98 | | **Pellaton** Christophe, de Lausanne, à Vandoeuvres | directeur adjoint | signature collective à 2 |
| 144 | | | **Rico Slotkus** Lilia Danute, de Lituanie, à Avully | directrice adjointe | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| | 146 | | **Riondel Angebault** Véronique, de Genève, à Nyon | directrice adjointe | signature collective à 2 |
| | 135 | | **Roessli** Pascal, de Sion, à Founex | directeur adjoint | signature collective à 2 |
| | 148 | | **Rollero** Marco, d'Italie, à Zurich | directeur adjoint | signature collective à 2 |
| 153 | | | **Romano** Lorenzo, de Genève, à Chêne-Bougeries | directeur adjoint | signature collective à 2 |
| | 156 | | **Roux** Jean-Marc, d'Oulens-sur-Lucens, à Lausanne | directeur adjoint | signature collective à 2 |
| 75 | | | **Sigg** Andreas, de Bâle, à Hirzel | directeur adjoint | signature collective à 2 |
| 130 | | | **Steiger** Alain, de Bâle, à Altendorf | directeur adjoint | signature collective à 2 |
| 85 | | | **Tautu** Serban, de Genève, à Genève | directeur adjoint | signature collective à 2 |
| | 135 | | **Volpi** Moreno, d'Italie, à Chavannes-des-Bois | directeur adjoint | signature collective à 2 |
| | 160 | | **Aldenkortt** Christian, de Thônex, à Puplinge | sous-directeur | signature collective à 2 |
| | 156 | | **Allaouidine** Hannes Landry, de Gland, à Genève | sous-directeur | signature collective à 2 |
| 131 | | | **Andrade** David, de Bitsch, à Genève | sous-directeur | signature collective à 2 |
| 154 | | | **Baldacchino** Christine, de France, à Puplinge | sous-directrice | signature collective à 2 |
| 135 | | | **Barcellini Vésy** Anne, de Genève, à Perly-Certoux | sous-directrice | signature collective à 2 |
| | 94 | | **Biancaniello** Ugo, d'Italie, à Rolle | sous-directeur | signature collective à 2 |
| 65 | | | **Bonelli** Pier-Luigi, d'Onex, à Genève | sous-directeur | signature collective à 2 |
| 132 | | | **Bores Bermejo** Ana, d'Espagne, à Chêne-Bougeries | sous-directrice | signature collective à 2 |
| | 156 | | **Brossette** François-Maurice, de Delémont, à Nyon | sous-directeur | signature collective à 2 |
| 131 | | | **Cangucu de Mesquita Sa** Bruno, de Berne, à Genève | sous-directeur | signature collective à 2 |
| 65 | | | **Ceccarelli Baradez** Matilde, d'Italie, à Chêne-Bougeries | sous-directrice | signature collective à 2 |
| | 34 | | **Chiarello** Vincenzo, d'Italie, à Bernex | sous-directeur | signature collective à 2 |
| 156 | | | **Coulleit** Philippe-Emmanuel, de France, à Zurich | sous-directeur | signature collective à 2 |
| 132 | | | **Da Silva** Marilia, de Chêne-Bourg, à Chêne-Bourg | sous-directrice | signature collective à 2 |
| | 98 | | **Di Giuseppe** Domenico, d'Italie, à Genève | sous-directeur | signature collective à 2 |
| | 86 | | **Faraut** Romain, de France, à Nyon | sous-directeur | signature collective à 2 |
| 156 | | | **Ferrand** Benjamin, de France, à Genève | sous-directeur | signature collective à 2 |
| 154 | | | **Fonti Biasi** Sabine, de Chêne-Bougeries, à Chêne-Bourg | sous-directrice | signature collective à 2 |
| | 78 | | **Gorin** Fabrice, de Genève, à Onex | sous-directeur | signature collective à 2 |
| 142 | | | **Graf** Iwan, de Bäretswil, à Wangen (SZ) | sous-directeur | signature collective à 2 |
| 131 | | | **Gualzata Aeby** Muriel, de Giffers, à Meyrin | sous-directrice | signature collective à 2 |
| | 94 | | **Harrouach** Khadija, de Lancy, à Genève | sous-directrice | signature collective à 2 |
| 131 | | | **Kilbey** Jonathan, de Grande-Bretagne, à Plan-les-Ouates | sous-directeur | signature collective à 2 |
| 95 | | | **Klossner** Florian, de Diemtigen, à Genève | sous-directeur | signature collective à 2 |
| 76 | | | **Kuster** Luzius, de Zurich, à Horgen | sous-directeur | signature collective à 2 |
| 136 | | | **Mabiala** Eldo Pierre-Alfred, de Saint-Prex, à Saint-Prex | sous-directeur | signature collective à 2 |
| | 154 | | **Manfredi** Elena, d'Affoltern am Albis, à Genève | sous-directrice | signature collective à 2 |
| 144 | | | **Millet** Carole, de France, à Valleiry, F | sous-directrice | signature exlictive à 2 |
| | 135 | | **Monoscalco** Barbara, de Vernier, à Lancy | sous-directrice | signature collective à 2 |
| 108 | | | **Noth** Yolande, de Pont-la-Ville, à Commugny | sous-directrice | signature collective à 2 |
| 62 | | | **Oederlin** Simon, de Baden, à Thônex | sous-directeur | signature collective à 2 |
| | 153 | | **Ouafi** Billel, de France, à Lausanne | sous-directeur | signature collective à 2 |
| 156 | | | **Özcan** Osman Nuri, de Turquie, à Genève | sous-directeur | signature collective à 2 |
| | 148 | | **Parman Germiyanoglu** Idil, de Genève, à Cologny | sous-directrice | signature collective à 2 |
| 131 | | | **Patino** Vicky, de Genève, à Genève | sous-directrice | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| | 120 | | **Piller** Sedar, de Plaffeien, à Wädenswil | sous-directeur | signature collective à 2 |
| | 108 | | **Pozzi** Vincent, de Lamone, à Lancy | sous-directeur | signature collective à 2 |
| | 148 | | **Pratt** Michael, de Grande-Bretegne, à Nyon | sous-directeur | signature collective à 2 |
| 131 | | | **Radicchi** Mirco, d'Italie, à Genève | sous-directeur | signature collective à 2 |
| 157 | | | **Raymond** Julien, de Lausanne, à Lausanne | sous-directeur | signature collective à 2 |
| | 68 | | **Rey Lopez** Maria del Pilar, d'Espagne, à Genève | sous-directrice | signature collective à 2 |
| 131 | | | **Reymond** Alain, de Genève, à Carouge GE | sous-directeur | signature collective à 2 |
| | 159 | | **Sarbach** Tania, de Genève, à Genève | sous-directrice | signature collective à 2 |
| 146 | | | **Syz** Nicolas, de Zurich, à Küsnacht | sous-directeur | signature collective à 2 |
| 149 | | | **Tazi Garcia-Gill** Said Mohamed, de Genève, à Genève | sous-directeur | signature collective à 2 |
| | 108 | | **Terreault** Manuel, du Canada, à Plan-les-Ouates | sous-directeur | signature collective à 2 |
| | 135 | | **Vandercapellen** Virginie, de Belgique, à Nyon | sous-directrice | signature collective à 2 |
| 156 | | | **Vazquez** Encarnacion, de Lancy, à Genève | sous-directrice | signature collective à 2 |
| 132 | | | **von Ahnen** Tanja, de Crans-près-Céligny, à Crans-près-Céligny | sous-directrice | signature collective à 2 |
| 130 | | | **Xavier** Pedro, de Interlaken, à Saint-Julien-en-Genevois, F | sous-directeur | signature collective à 2 |
| 160 | | | **Ben Abdallah** Néjib, de Lausanne, à Pully | | procuration collective à 2 |
| | 154 | | **Benz Martin** Marjorie, de Saint-Gall, à Borex | | procuration collective à 2 |
| 122 | | | **Bernasconi Zgheib** Leila, de Castel San Pietro, à Genève | | procuration collective à 2 |
| 160 | | | **Bescon** Pierre-Yves, de France, à Gaillard, F | | procuration collective à 2 |
| 127 | | | **Bontempo** Nathalie, de France, à Genève | | procuration collective à 2 |
| 146 | | | **Bossy** Edgar Hughes Boris, d'Avry, à Genève | | procuration collective à 2 |
| 127 | | | **Bruyère** Sarah, de Soral, à Chenex, F | | procuration collective à 2 |
| 86 | | | **Capone** Carlo, d'Italie, à Genève | | procuration collective à 2 |
| 157 | | | **Conilleau** Laure, de France, à Genève | | procuration collective à 2 |
| 131 | | | **Cuzin** Sylvie, de France, à Péron, F | | procuration collective à 2 |
| 154 | | | **Emery** Philippe, d'Etagnières, à Genève | | procuration collective à 2 |
| 26 | | | **Fernandez Iglesias** Maria del Pilar, de Meyrin, à Saint-Genis-Pouilly, F. | | procuration collective à 2 |
| 156 | | | **Gafner** Damien, de Beatenberg, à Genève | | procuration collective à 2 |
| 142 | | | **Garcia** Jean-Luc, de Corcelles-près-Concise, à Nyon | | procuration collective à 2 |
| 154 | | | **Gillmann** Nicolas, de France, à Ambilly, F | | procuration collective à 2 |
| 120 | | | **Gisclon** Olivier, de La Neuveville, à Genève | | procuration collective à 2 |
| | 35 | | **Guenin** Marianne, de Courtedoux, à Genève | | procuration collective à 2 |
| 131 | | | **Hentsch** Sébastien, de Genève, à Meyrin | | procuration collective à 2 |
| 156 | | | **Hussein** Walead, de Grande-Bretagne, à Genève | | procuration collective à 2 |
| 156 | | | **Keo Kosal** Morgane, de France, à Genève | | procuration collective à 2 |
| 159 | | | **Klassen** Jonathon, de France, à Gland | | procuration collective à 2 |
| 135 | | | **Kong** Catherine, de France, à Nyon | | procuration collective à 2 |
| | 148 | | **Lemettre** Jean, de France, à Genève | | procuration collective à 2 |
| 131 | | | **Lopez** Maria-José, de Genève, à Thônex | | procuration collective à 2 |
| 156 | | | **Louzao** Antonella, de Genève, à Plan-les-Ouates | | procuration collective à 2 |
| 132 | | | **Manji** Zameer, de Grande-Bretagne, à Genève | | procuration collective à 2 |
| 98 | | | **Martinez** Gabriel, de Genève, à Troinex | | procuration collective à 2 |
| 156 | | | **Mimran** Emmanuel, de Genève, à Genève | | procuration collective à 2 |
| | 160 | | **Montero Moscatelli** Melissa, d'Espagne, à Veyrier | | procuration collective à 2 |
| 146 | | | **Murphy** Paul Mary, d'Irlande, à Onex | | procuration collective à 2 |
| 156 | | | **Murrieri** Axelle, de Belgique, à Carouge GE | | procuration collective à 2 |
| 131 | | | **Nguyen** Nicole, d'Ecublens (VD), à Rolle | | procuration collective à 2 |
| 131 | | | **Nkusi Gashugi** Sandrine, de Meyrin, à Genève | | procuration collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 131 | | | **Norrick** Juan, d'Italie, à Genève | | procuration collective à 2 |
| 135 | | | **Padin** Isabel, de Carouge, à Genève | | procuration collective à 2 |
| 149 | | | **Patel-Gervex** Trupti, de France, à Ayse, F | | procuration collective à 2 |
| 156 | | | **Perrod** Vincent, de Montreux, à Pully | | procuration collective à 2 |
| 156 | | | **Pignot** Laurent, de Genève, à Veigy-Foncenex, F | | procuration collective à 2 |
| 160 | | | **Sanchez** José, de Genève, à Veyrier | | procuration collective à 2 |
| 131 | | | **Thébault-Métral** Suzanne, de Martigny-Combe, à Lucinges, F | | procuration collective à 2 |
| 86 | | | **Tissot** Carole, du Locle, à Romanel-sur-Lausanne | | procuration collective à 2 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 1 | 135 | 04.01.1996 | 17.01.1996 | 335 | 2 | 11147 | 26.11.1996 | 09.12.1996 | 7611 |
| 3 | 5889 | 13.06.1997 | 30.06.1997 | 4540 | 4 | 11790 | 23.10.1998 | 29.10.1998 | 7390 |
| 5 | 4585 | 28.04.1999 | 04.05.1999 | 2930 | 6 | 7612 | 16.07.1999 | 22.07.1999 | 5014 |
| 7 | 8069 | 29.07.1999 | 04.08.1999 | 5318 | 8 | 5608 | 18.05.2000 | 24.05.2000 | 3525 |
| 9 | 5980 | 30.05.2000 | 06.06.2000 | 3836 | 10 | 13751 | 21.12.2000 | 29.12.2000 | 8938 |
| 11 | 6402 | 08.06.2001 | 14.06.2001 | 4476 | 12 | 12556 | 15.11.2001 | 21.11.2001 | 9160 |
| 13 | 12876 | 23.11.2001 | 29.11.2001 | 9399 | 14 | 3235 | 22.03.2002 | 28.03.2002 | 7 |
| 15 | 5111 | 16.05.2002 | 23.05.2002 | 6 | 16 | 6457 | 24.06.2002 | 28.06.2002 | 7 |
| 17 | 9958 | 25.09.2002 | 01.10.2002 | 5/0666262 | 18 | 12898 | 05.12.2002 | 11.12.2002 | 6/0767208 |
| 19 | 1895 | 13.02.2003 | 19.02.2003 | 6 | 20 | 2467 | 27.02.2003 | 05.03.2003 | 6 |
| 21 | 5430 | 14.05.2003 | 20.05.2003 | 7 | 22 | 6072 | 27.05.2003 | 03.06.2003 | 7/1017102 |
| 23 | 8423 | 23.07.2003 | 29.07.2003 | 6/1107280 | 24 | 3107 | 10.03.2004 | 16.03.2004 | 7 |
| 25 | 12555 | 26.10.2004 | 01.11.2004 | 8/2522098 | 26 | 4302 | 08.04.2005 | 14.04.2005 | 6/2791028 |
| 27 | 6550 | 31.05.2005 | 06.06.2005 | 7/2868134 | 28 | 6763 | 03.06.2005 | 09.06.2005 | 8 |
| 29 | 9050 | 21.07.2005 | 27.07.2005 | 7/2951606 | 30 | 14455 | 29.11.2005 | 05.12.2005 | 8/3132668 |
| 31 | 14722 | 05.12.2005 | 09.12.2005 | 7/3141982 | 32 | 2717 | 27.02.2006 | 03.03.2006 | 7/3270808 |
| 33 | 4357 | 30.03.2006 | 05.04.2006 | 7/3320152 | 34 | 4728 | 06.04.2006 | 12.04.2006 | 8/3331658 |
| 35 | 6039 | 05.05.2006 | 11.05.2006 | 6/3370336 | 36 | 9794 | 25.07.2006 | 31.07.2006 | 6/3489578 |
| 37 | 10726 | 17.08.2006 | 23.08.2006 | 5/3518142 | 38 | 14005 | 02.11.2006 | 08.11.2006 | 8/3626594 |
| 39 | 14312 | 09.11.2006 | 15.11.2006 | 7/3636474 | 40 | 16060 | 15.12.2006 | 21.12.2006 | 9/3693212 |
| 41 | 16537 | 22.12.2006 | 03.01.2007 | 9/3706116 | 42 | 6274 | 10.05.2007 | 16.05.2007 | 7/3934084 |
| 43 | 6645 | 18.05.2007 | 24.05.2007 | 4/3945586 | 44 | 8506 | 02.07.2007 | 06.07.2007 | 8/4013900 |
| 45 | 8909 | 09.07.2007 | 13.07.2007 | 7/4024500 | 46 | 9236 | 16.07.2007 | 20.07.2007 | 8/4035460 |
| 47 | 10307 | 10.08.2007 | 16.08.2007 | 6/4069136 | 48 | 11393 | 07.09.2007 | 13.09.2007 | 6/4108548 |
| 49 | 12317 | 26.09.2007 | 02.10.2007 | 7/4135940 | 50 | 13275 | 16.10.2007 | 22.10.2007 | 7/4164794 |
| 51 | 14173 | 05.11.2007 | 09.11.2007 | 7/4192572 | 52 | 16810 | 21.12.2007 | 04.01.2008 | 10/4270736 |
| 53 | 1572 | 01.02.2008 | 07.02.2008 | 9/4327356 | 54 | 5942 | 06.05.2008 | 13.05.2008 | 8/4472368 |
| 55 | 6233 | 13.05.2008 | 19.05.2008 | 8/4480840 | 56 | 7274 | 04.06.2008 | 10.06.2008 | 7/4515892 |
| 57 | 8616 | 01.07.2008 | 07.07.2008 | 8/4561700 | 58 | 10925 | 26.08.2008 | 01.09.2008 | 8/4632356 |
| 59 | 12116 | 23.09.2008 | 29.09.2008 | 10/4669514 | 60 | 12444 | 30.09.2008 | 06.10.2008 | 8/4678208 |
| 61 | 12790 | 07.10.2008 | 14.10.2008 | 7/4690610 | 62 | 14749 | 18.11.2008 | 24.11.2008 | 10/4746192 |
| 63 | 15475 | 01.12.2008 | 05.12.2008 | 10/4766308 | 64 | 100 | 05.01.2009 | 09.01.2009 | 7/4818496 |
| 65 | 4158 | 18.03.2009 | 24.03.2009 | 8/4940754 | 66 | 6663 | 07.05.2009 | 13.05.2009 | 10/5017780 |
| 67 | 8189 | 08.06.2009 | 12.06.2009 | 9/5065378 | 68 | 9177 | 23.06.2009 | 29.06.2009 | 13/5098692 |
| 69 | 9731 | 30.06.2009 | 06.07.2009 | 16/5116660 | 70 | 14546 | 21.09.2009 | 25.09.2009 | 7/5264752 |
| 71 | 16953 | 02.11.2009 | 06.11.2009 | 10/5330696 | 72 | 1283 | 22.01.2010 | 28.01.2010 | 9/5465692 |
| 73 | 2283 | 08.02.2010 | 12.02.2010 | 9/5493070 | 74 | 8555 | 20.05.2010 | 27.05.2010 | 8/5649258 |
| 75 | 8631 | 21.05.2010 | 28.05.2010 | 9/5651206 | 76 | 17382 | 19.10.2010 | 25.10.2010 | 7/5866336 |
| 77 | 19214 | 18.11.2010 | 24.11.2010 | 8/5908270 | 78 | 19750 | 26.11.2010 | 02.12.2010 | 8/5920736 |
| 79 | 489 | 07.01.2011 | 13.01.2011 | 8/5983724 | 80 | 2095 | 01.02.2011 | 07.02.2011 | 8/6021878 |
| 81 | 2561 | 08.02.2011 | 14.02.2011 | 8/6032484 | 82 | 2961 | 15.02.2011 | 21.02.2011 | 8/6041548 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 83 | 3701 | 25.02.2011 | 02.03.2011 | 6058900 | 84 | 8439 | 19.05.2011 | 24.05.2011 | 6175490 |
| 85 | 8514 | 20.05.2011 | 25.05.2011 | 6177590 | 86 | 8824 | 26.05.2011 | 31.05.2011 | 6186040 |
| 87 | 9157 | 01.06.2011 | 07.06.2011 | 6195594 | 88 | 11388 | 08.07.2011 | 13.07.2011 | 6253202 |
| 89 | 12209 | 25.07.2011 | 28.07.2011 | 6276162 | 90 | 17050 | 27.10.2011 | 01.11.2011 | 6398360 |
| 91 | 19032 | 30.11.2011 | 05.12.2011 | 6444518 | 92 | 1393 | 25.01.2012 | 30.01.2012 | 6526148 |
| 93 | 7608 | 14.05.2012 | 18.05.2012 | 6683786 | 94 | 7867 | 18.05.2012 | 23.05.2012 | 6688454 |
| 95 | 10277 | 27.06.2012 | 02.07.2012 | 6746028 | 96 | 17970 | 26.10.2012 | 31.10.2012 | 6912786 |
| 97 | 6863 | 22.04.2013 | 25.04.2013 | 7163824 | 98 | 7977 | 10.05.2013 | 15.05.2013 | 7188212 |
| 99 | 8228 | 15.05.2013 | 21.05.2013 | 7194534 | 100 | 8656 | 23.05.2013 | 28.05.2013 | 7203822 |
| 101 | 10454 | 19.06.2013 | 24.06.2013 | 933763 | 102 | 16898 | 11.10.2013 | 16.10.2013 | 1130761 |
| 103 | 21265 | 17.12.2013 | 20.12.2013 | 1251105 | 104 | | Complément | 19.12.2013 | 7225832 |
| 105 | 3517 | 25.02.2014 | 28.02.2014 | 1373389 | 106 | 4273 | 07.03.2014 | 12.03.2014 | 1393577 |
| 107 | 5248 | 25.03.2014 | 28.03.2014 | 1422447 | 108 | 7227 | 28.04.2014 | 01.05.2014 | 1478985 |
| 109 | 7851 | 08.05.2014 | 13.05.2014 | 1499049 | 110 | 8293 | 15.05.2014 | 20.05.2014 | 1511983 |
| 111 | 9980 | 13.06.2014 | 18.06.2014 | 1560871 | 112 | 17475 | 21.10.2014 | 24.10.2014 | 1786631 |
| 113 | 20853 | 16.12.2014 | 19.12.2014 | 1890711 | 114 | 1518 | 27.01.2015 | 30.01.2015 | 1962993 |
| 115 | 2026 | 04.02.2015 | 09.02.2015 | 1978851 | 116 | 2532 | 13.02.2015 | 18.02.2015 | 1996915 |
| 117 | 4589 | 18.03.2015 | 23.03.2015 | 2057059 | 118 | 5521 | 02.04.2015 | 09.04.2015 | 2087561 |
| 119 | 8690 | 01.06.2015 | 04.06.2015 | 2188219 | 120 | 9746 | 17.06.2015 | 22.06.2015 | 2221183 |
| 121 | 11472 | 14.07.2015 | 17.07.2015 | 2275729 | 122 | 11779 | 20.07.2015 | 23.07.2015 | 2285717 |
| 123 | 12182 | 28.07.2015 | 31.07.2015 | 2300367 | 124 | 13578 | 26.08.2015 | 31.08.2015 | 2347261 |
| 125 | 13874 | 01.09.2015 | 04.09.2015 | 2357593 | 126 | 16937 | 27.10.2015 | 30.10.2015 | 2455569 |
| 127 | 17184 | 30.10.2015 | 04.11.2015 | 2462613 | 128 | 19967 | 11.12.2015 | 16.12.2015 | 2544131 |
| 129 | 20350 | 17.12.2015 | 22.12.2015 | 2557195 | 130 | 1433 | 22.01.2016 | 27.01.2016 | 2622593 |
| 131 | 2360 | 08.02.2016 | 11.02.2016 | 2661817 | 132 | 3166 | 22.02.2016 | 25.02.2016 | 2689049 |
| 133 | 4046 | 07.03.2016 | 10.03.2016 | 2716387 | 134 | 7071 | 25.04.2016 | 28.04.2016 | 2806181 |
| 135 | 8093 | 11.05.2016 | 17.05.2016 | 2834605 | 136 | 8280 | 13.05.2016 | 19.05.2016 | 2840509 |
| 137 | 9501 | 02.06.2016 | 07.06.2016 | 2875289 | 138 | 11506 | 01.07.2016 | 06.07.2016 | 2937243 |
| 139 | 11877 | 07.07.2016 | 12.07.2016 | 2948451 | 140 | 15180 | 09.09.2016 | 14.09.2016 | 3054617 |
| 141 | 16558 | 04.10.2016 | 07.10.2016 | 3097549 | 142 | 17600 | 20.10.2016 | 25.10.2016 | 3126497 |
| 143 | 18489 | 04.11.2016 | 09.11.2016 | 3153101 | 144 | 36 | 03.01.2017 | 06.01.2017 | 3267393 |
| 145 | 2972 | 16.02.2017 | 21.02.2017 | 3361769 | 146 | 8644 | 16.05.2017 | 19.05.2017 | 3533855 |
| 147 | 8955 | 19.05.2017 | 24.05.2017 | 3542245 | 148 | 12869 | 19.07.2017 | 24.07.2017 | 3662635 |
| 149 | 14672 | 22.08.2017 | 25.08.2017 | 3716119 | 150 | 15040 | 29.08.2017 | 01.09.2017 | 3729049 |
| 151 | 16475 | 21.09.2017 | 26.09.2017 | 3773305 | 152 | 18446 | 19.10.2017 | 24.10.2017 | 3827019 |
| 153 | 19886 | 10.11.2017 | 15.11.2017 | 3871659 | 154 | 1287 | 18.01.2018 | 23.01.2018 | 4009501 |
| 155 | 9939 | 31.05.2018 | 05.06.2018 | 4269927 | 156 | 12009 | 29.06.2018 | 04.07.2018 | 4336227 |
| 157 | 17800 | 02.10.2018 | 05.10.2018 | 1004470915 | 158 | 18911 | 15.10.2018 | 18.10.2018 | 1004479826 |
| 159 | 20441 | 05.11.2018 | 08.11.2018 | 1004493893 | 160 | 22997 | 10.12.2018 | 13.12.2018 | 1004520568 |
| 161 | 3674 | 20.02.2019 | 25.02.2019 | 1004574469 | | | | | |

Genève, le 14 mai 2019

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 13b



http://rc.ge.ch

**Extract without deletions**

INTERNET EXTRACT
Ref. No.     00135/1996
Fed. No.     CH-660.0.026.996-5
UID          CHE-106.825.034

## Banque SYZ SA
Registered on January 4, 1996
Corporation (*Société anonyme*)

| Ref. | Corporate Name |
|---|---|
| 113 | Banque SYZ SA<br>(Bank SYZ AG)<br>(Bank SYZ Ltd)<br>(Banca SYZ SA) |

| | Registered Office |
|---|---|
| 1 | Geneva |

| | Address |
|---|---|
| 152 | quai des Bergues 1, 1201 Geneva |

| | Dates of the Articles of Association |
|---|---|
| 113 | 12/10/2014 |

| | Purpose, Comments |
|---|---|
| 54 | Purpose:<br>Operate a bank focused mainly on asset management and securities trading business and targeting Swiss and foreign customers, especially European, North and South American, and Asian customers (see the Articles of Association for the full purpose). |
| 104 | The identification under number CH-660-0026996-5 is replaced by Company Identification Number (IDE/UID) CHE-106.825.034. |

| | Mergers |
|---|---|
| 128 | Merger:<br>Take-over of the assets and liabilities of Banque SYZ Suisse SA, in Geneva (CHE-107.743.858), according to the merger agreement of 11/24/2015 and the balance sheet of September 30, 2015, showing assets in the amount of CHF 1,860,577,275, liabilities towards third parties in the amount of CHF 1,757,585,103, i.e. net assets of CHF 102,992,172. As the transferee company holds all the shares of the transferor company, the merger does not give rise to a capital increase or to an allocation of shares. |

| | Publication Medium |
|---|---|
| 1 | SOGC [Swiss Official Gazette of Commerce] |
| 110 | Communication to shareholders: registered letter for convocations, Swiss Official Gazette of Commerce or letter, fax or email for communications |

| Ref. | Capital - Shares | | |
|---|---|---|---|
| | Nominal | Paid-up | Shares |
| 8 | CHF 30,000,000 | CHF 30,000,000 | 30,000 registered shares of CHF 1,000 [each], with restricted transferability according to the Articles of Association. |

| | Capital - Equity Investment | | |
|---|---|---|---|
| | Nominal | Paid-up | Equity Investment Certificates |
| 38 | CHF 1,000,000 | CHF 1,000,000 | 40,000 registered certificates of CHF 25, with restricted transferability according to the Articles of Association, preferential as to dividends and liquidation proceeds |

| | Contributions in Kind, Take-over of Property, Special Benefits |
|---|---|
| 38 | Take-over of property considered:<br>Shares of Syz & Co Finance Limited in Jersey, GB, for a maximum price of CHF 64,000,000. |

**CERTIFIED TRANSLATION
ROMTRANSLATION, INC.**



# ROMTRANSLATION, INC.

3280 Sunrise Hwy, #52          360 Valverde Lane
Wantagh, NY 11793-4024     St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By: ROXANA DINU
Translator

State of New York
County of Suffolk

Sworn and subscribed before me this 4th day of February, 2020

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368