# Exhibit 14a



**Excerpt with cancellations**

INTERNET EXCERPT
Transfer   07 novembre 1995
Ref. Nr    05489/1981
Fed. Nr    CH-660.0.372.981-3
**UID       CHE-109.782.266**

# Fondation de prévoyance du personnel de la Banque SYZ Suisse SA, en liquidation
inscrite le 28 août 1981
Fondation

| Ref. | Name |
|---|---|
| 1 | ~~Fondation de prévoyance du personnel de Royal Bank of Canada (Suisse)~~ |
| 10 | ~~Fondation de prévoyance du personnel de la Banque SYZ Suisse SA~~ |
| 12 | Fondation de prévoyance du personnel de la Banque SYZ Suisse SA, en liquidation |
| | **Head office** |
| 1 | Genève |
| | **Address** |
| 1 | rue Diday 6, c/Royal Bank of Canada (Suisse) |

| | **Bylaws date** | | |
|---|---|---|---|
| 1 | 19.12.1990 (dern.mod.) | 10 | 16.10.2015 (nouv.stat.) |

| Ref. | **Administration:** |
|---|---|
| 1 | conseil paritaire de 6 à 8 membres |
| | **Goal, Observations** |
| 1 | But: ~~venir en aide aux membres du personnel de l'entreprise en cas de vieillesse, maladie, invalidité, accidents et chômage, et à leur famille s'ils venaient à décéder.~~ |
| 8 | L'identification sous le numéro CH-660-0372981-3 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-109.782.266. |
| 10 | But: prémunir les collaborateurs de l'entreprise et des éventuelles sociétés affiliées ainsi que leurs survivants contre les conséquences économiques résultant de la vieillesse, de l'invalidité et du décès, en assurant des prestations fixes par voie réglementaire. (cf. statuts pour but complet). |
| 12 | Selon décision de l'Autorité cantonale de surveillance des fondations et des institutions de prévoyance du 01.07.2016, la fondation est dissoute. |
| | **Authority of Monitoring** |
| 1 | ~~Service de surveillance des fondations et des institutions de prévoyance~~ |
| 7 | Autorité cantonale de surveillance des fondations et des institutions de prévoyance |

| Ref. | | | **Members and People having signing capability** | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Mode of Signature** |
| 1 | | 4 | ~~Emch Thomas, de Lüterswil, à Genève~~ | ~~membre* président (a)~~ | ~~signature collective à 2 ++~~ |
| 1 | m | 4 | ~~Blanc Jean-Claude, de Corbières, à Lausanne~~ | ~~membre* vice-président (a)~~ | ~~signature collective à 2 ++~~ |
| 1 | | 2 | ~~Sigrist Pierre, de Rafz, à Gingins~~ | ~~membre* secrétaire (b)~~ | ~~signature collective à 2 +~~ |
| 1 | | 5 | ~~Marin Schroeter Monique, de Barberêche, à Bernex~~ | ~~membre* (a)~~ | ~~signature collective à 2 (2)~~ |
| 1 | m | 4 | ~~Burkhardt Beat, de Riehen, à Luins~~ | ~~membre* (b)~~ | ~~signature collective à 2 +~~ |
| 1 | | 3 | ~~Degabriel Claire-Lise, de Genève, à Arzier~~ | ~~membre* (b)~~ | ~~signature collective à 2 +~~ |
| 2 | | 4 | ~~Berra Jacques, de Genève, à Gingins~~ | ~~membre* secrétaire (b)~~ | ~~signature collective à 2 +~~ |
| 3 | | 5 | ~~Di Dario Giovanni, d'Italie, à Yverdon-les-Bains~~ | ~~membre* (b)~~ | ~~signature collective à 2 +~~ |
| | 4 | 5 | ~~Blanc Jean-Claude, de Corbières, à Lausanne~~ | ~~membre* président (a)~~ | ~~signature collective à 2 (2)~~ |

| Ref. | | | Members and People having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Mode of Signature |
|  | 4 | 5 | ~~Burkhardt Beat, de Riehen, à Luins~~ | ~~membre* vice-président (a)~~ | ~~signature collective à 2 ++~~ |
| 4 |  | 5 | ~~Pavillard Jane-Marie, de Céligny, à Genève~~ | ~~membre* (b)~~ | ~~signature collective à 2 +~~ |
| 4 |  | 5 | ~~Knupfer Philippe, de Genève, à Genève~~ | ~~membre* secrétaire (b)~~ | ~~signature collective à 2 +~~ |
| 5 |  | 9 | ~~Fornasari Eric, de Lancy, au Grand-Saconnex~~ | ~~membre* (b)~~ | ~~signature collective à 2 (1)~~ |
| 5 |  | m 12 | ~~Hamm Isabelle, de Vuibroye, à Onex~~ | ~~membre* secrétaire (b)~~ | ~~signature collective à 2 (1)~~ |
| 5 |  | m 12 | ~~Hanselmann Markus, de Seenwald, à Pregny-Chambésy~~ | ~~membre* vice-président (a)~~ | ~~signature collective à 2 (2)~~ |
| 5 |  | m 12 | ~~Francescato Antonello, de Nyon, à Chéserex~~ | ~~membre* président (a)~~ | ~~signature collective à 2 (2)~~ |
| 5 |  | m 6 | ~~Claude Jean-Christophe, de Genève, à Chêne-Bourg~~ | ~~membre*~~ | ~~sans signature~~ |
| 5 |  | 6 | ~~Imhof France, de Corcelles-Cormondrèche, à Versoix~~ | ~~membre* (b)~~ | ~~signature collective à 2 (1)~~ |
|  | 6 | 11 | ~~Claude Jean-Christophe, de Genève, à Chêne-Bourg~~ | ~~membre* (a)~~ | ~~signature collective à 2 (2)~~ |
| 6 |  | 9 | ~~Juvet Daniel, de Buttes, à Genève~~ | ~~membre* (b)~~ | ~~signature collective à 2 (1)~~ |
| 6 |  |  | Deloitte SA (CH-660-0778984-7), succursale à Meyrin | organe de révision |  |
| 9 |  | m 12 | ~~Andrade David, de Bitsch, à Genève~~ | ~~membre* (b)~~ | ~~signature collective à 2 (1)~~ |
| 9 |  | m 12 | ~~Dugerdil Alexandre, de Genève, à Confignon~~ | ~~membre* (b)~~ | ~~signature collective à 2 (1)~~ |
| 11 |  | m 12 | ~~Bédat Patrick, de Fontenais, à Zurich~~ | ~~membre* (a)~~ | ~~signature collective à 2 (2)~~ |
|  |  | 12 | Hamm Isabelle, de Vuibroye, à Onex | membre* liquidatrice (b) SEC | signature collective à 2 (1) |
|  |  | 12 | Hanselmann Markus, de Seenwald, à Pregny-Chambésy | membre* liquidateur (a) VPR | signature collective à 2 (2) |
|  |  | 12 | Francescato Antonello, de Nyon, à Chéserex | membre* liquidateur (a) PRE | signature collective à 2 (2) |
|  |  | 12 | Andrade David, de Bitsch, à Genève | membre* liquidateur (b) | signature collective à 2 (1) |
|  |  | 12 | Dugerdil Alexandre, de Genève, à Confignon | membre* liquidateur (b) | signature collective à 2 (1) |
|  |  | 12 | Bédat Patrick, de Fontenais, à Zurich | membre* liquidateur (a) | signature collective à 2 (2) |

* du conseil

(1) avec (a)
(2) avec (b)

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
|  | Number | Date | Date | Page/Id |  | Number | Date | Date | Page/Id |
| 0 |  | report |  |  | 1 | 955 | 20.01.1995 | 06.02.1995 | 704 |
| 2 | 4107 | 29.04.1996 | 13.05.1996 | 2752 | 3 | 5551 | 04.06.1997 | 18.06.1997 | 4232 |
| 4 | 13681 | 20.12.1999 | 24.12.1999 | 8753 | 5 | 10762 | 02.09.2005 | 08.09.2005 | 7 |
| 6 | 6343 | 15.05.2008 | 21.05.2008 | 7/4485406 | 7 | 9749 | 20.06.2012 | 25.06.2012 | 6733026 |
| 8 |  | Complément | 19.12.2013 | 7225832 | 9 | 7828 | 13.05.2015 | 18.05.2015 | 2157327 |
| 10 | 17534 | 05.11.2015 | 10.11.2015 | 2472661 | 11 | 12748 | 21.07.2016 | 26.07.2016 | 2974675 |
| 12 | 14574 | 29.08.2016 | 01.09.2016 | 3033231 |  |  |  |  |  |

Geneva, 04 march 2020

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**

# Exhibit 14b



http://rc.ge.ch

**Excerpt with cancellations**

INTERNET EXCERPT
Transfer   November 07, 1995
Ref. No.   05489/1981
Fed. No.   CH-660.0.372.981-3
UID         CHE-109.782.266

# Fondation de prévoyance du personnel de la Banque SYZ Suisse SA, in liquidation
Registered August 28, 1981
Foundation

| Ref. | Name |
|---|---|
| 1 | ~~Fondation de prévoyance du personnel de Royal Bank of Canada (Suisse)~~ |
| 10 | ~~Fondation de prévoyance du personnel de la Banque SYZ Suisse SA~~ |
| 12 | Fondation de prévoyance du personnel de la Banque SYZ Suisse SA, in liquidation |
| | **Head office** |
| 1 | Geneva |
| | **Address** |
| 1 | rue Diday 6, c/Royal Bank of Canada (Suisse) |
| | **Bylaws date** |
| 1 | 12/19/1990 (last mod.) |
| 10 | 10/16/2015 (new Articles of Association) |
| | **Administration:** |
| 1 | Joint Board made up of 6 to 8 members |
| | **Goal, Observations** |
| 1 | Purpose:<br>~~Come to the assistance of the members of personnel of the company in the event of old age, infirmity, disability, accidents and unemployment, and to their families, if they were to pass on.~~ |
| 8 | The identification under number CH-660-0372981-3 is replaced by the company identification number (IDE/UID) CHE-109.782.266. |
| 10 | Purpose:<br>Protect the workers of the company and possible affiliated companies, as well as their successors, against the financial consequences resulting from old age, disability and death, by ensuring benefits set forth by regulatory means (*cf.* Articles of Association for complete purpose.) |
| 12 | In accordance with the decision of the Cantonal Authority for oversight of foundations and pension institutions of 07/01/2016, the foundation is dissolved. |
| | **Oversight authority** |
| 1 | ~~Office for the oversight of foundations and pension institutions~~ |
| 7 | Cantonal oversight authority of foundations and pension institutions |

| Ref. | | | Holder, partners, board members and people having signing authority | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Last and first names, origin, residence | Functions | Signature mode |
| 1 | | 4 | ~~Emch Thomas, from Lüterswil, in Geneva~~ | ~~member* chairman (a)~~ | ~~joint signature of 2 ++~~ |
| 1 | m 4 | | ~~Blanc Jean-Claude, from Corbières, in Lausanne~~ | ~~member* vice-chairman (a)~~ | ~~joint signature of 2 ++~~ |
| 1 | | 2 | ~~Sigrist Pierre, from Rafz, in Gingins~~ | ~~member* secretary (b)~~ | ~~joint signature of 2 +~~ |
| 1 | | 5 | ~~Marin Schroeter Monique, from Barberêche, in Bernex~~ | ~~member* (a)~~ | ~~joint signature of 2 (2)~~ |
| 1 | m 4 | | ~~Burkhardt Beat, from Riehen, in Luins~~ | ~~member* (b)~~ | ~~joint signature of 2 +~~ |
| 1 | | 3 | ~~Degabriel Claire-Lise, from Geneva, in Arzier~~ | ~~member* (b)~~ | ~~joint signature of 2 +~~ |
| 2 | | 4 | ~~Berra Jacques, from Geneva, in Gingins~~ | ~~member* secretary (b)~~ | ~~joint signature of 2 +~~ |
| 3 | | 5 | ~~Di Dario Giovanni, from Italy, in Yverdon-les-Bains~~ | ~~member* (b)~~ | ~~joint signature of 2 +~~ |
| 4 | | 5 | ~~Blanc Jean-Claude, from Corbières, in Lausanne~~ | ~~member* chairman (a)~~ | ~~joint signature of 2 (2)~~ |

| Ref. | | | Holder, partners, board members and people having signing authority | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Last and first names, origin, residence | Functions | Signature mode |
|  | 4 | 5 | ~~Burkhardt Beat, from Riehen, in Luins~~ | ~~member* vice-chairman (a)~~ | ~~joint signature of 2 ++~~ |
| 4 |  | 5 | ~~Pavillard Jane-Marie, from Céligny, in Geneva~~ | ~~member* (b)~~ | ~~joint signature of 2 +~~ |
| 4 |  | 5 | ~~Knupfer Philippe, from Geneva, in Geneva~~ | ~~member* secretary (b)~~ | ~~joint t signature of 2 +~~ |
| 5 |  | 9 | ~~Fornasari Eric, from Lancy, in Le Grand-Saconnex~~ | ~~member* (b)~~ | ~~joint signature of 2 (1)~~ |
| 5 |  | m 12 | ~~Hamm Isabelle, from Vuibroye, in Onex~~ | ~~member* secretary (b)~~ | ~~joint signature of 2 (1)~~ |
| 5 |  | m 12 | ~~Hanselmann Markus, from Seenwald, in Pregny-Chambésy~~ | ~~member* vice-chairman (a)~~ | ~~joint signature of 2 (2)~~ |
| 5 |  | m 12 | ~~Francescato Antonello, from Nyon, in Chéserex~~ | ~~member* chairman (a)~~ | ~~joint signature of 2 (2)~~ |
| 5 |  | m 6 | ~~Claude Jean-Christophe, from Geneva, in Chêne-Bourg~~ | ~~member*~~ | ~~without signature~~ |
| 5 |  | 6 | ~~Imhof France, from Corcelles-Cormondrèche, in Versoix~~ | ~~member* (b)~~ | ~~joint signature of 2 (1)~~ |
|  | 6 | 11 | ~~Clau from Jean-Christophe, from Geneva, in Chêne-Bourg~~ | ~~member* (a)~~ | ~~joint signature of 2 (2)~~ |
| 6 |  | 9 | ~~Juvet Daniel, from Purposetes, in Geneva~~ | ~~member* (b)~~ | ~~joint signature of 2 (1)~~ |
| 6 |  |  | Deloitte SA (CH-660-0778984-7), Meyrin branch | audit board |  |
| 9 |  | m 12 | ~~Andrade David, from Bitsch, in Geneva~~ | ~~member* (b)~~ | ~~joint signature of 2 (1)~~ |
| 9 |  | m 12 | ~~Dugerdil Alexandre, from Geneva, in Confignon~~ | ~~member* (b)~~ | ~~joint signature of 2 (1)~~ |
| 11 |  | m 12 | ~~Bédat Patrick, from Fontenais, in Zurich~~ | ~~member* (a)~~ | ~~joint signature of 2 (2)~~ |
|  | 12 |  | Hamm Isabelle, from Vuibroye, in Onex | member* liquidator (b) SEC | joint signature of 2 (1) |
|  | 12 |  | Hanselmann Markus, from Seenwald, in Pregny-Chambésy | member* liquidator (a) VPR | joint signature of 2 (2) |
|  | 12 |  | Francescato Antonello, from Nyon, in Chéserex | member* liquidator (a) PRE | joint signature of 2 (2) |
|  | 12 |  | Andrade David, from Bitsch, in Geneva | member* liquidator (b) | joint signature of 2 (1) |
|  | 12 |  | Dugerdil Alexandre, from Geneva, in Confignon | member* liquidator (b) | joint signature of 2 (1) |
|  | 12 |  | Bédat Patrick, from Fontenais, in Zurich | member* liquidator (a) | joint signature of 2 (2) |

\* of the board
(1) with (a)
(2) with (b)

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
|  | Number | Date | Date | Page/Id |  | Number | Date | Date | Page/Id |
| 0 |  | report |  |  | 1 | 955 | 01/20/1995 | 02/06/1995 | 704 |
| 2 | 4107 | 04/29/1996 | 05/13/1996 | 2752 | 3 | 5551 | 06/04/1997 | 06/18/1997 | 4232 |
| 4 | 13681 | 12/20/1999 | 12/24/1999 | 8753 | 5 | 10762 | 09/02/2005 | 09/08/2005 | 7 |
| 6 | 6343 | 05/15/2008 | 05/21/2008 | 7/4485406 | 7 | 9749 | 06/20/2012 | 06/25/2012 | 6733026 |
| 8 |  | Addendum | 12/19/2013 | 7225832 | 9 | 7828 | 05/13/2015 | 05/18/2015 | 2157327 |
| 10 | 17534 | 11/05/2015 | 11/10/2015 | 2472661 | 11 | 12748 | 07/21/2016 | 07/21/2016 | 2974675 |
| 12 | 14574 | 08/29/2016 | 09/01/2016 | 3033231 |  |  |  |  |  |

Geneva, March 04, 2020

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**

# TRANSLATION CERTIFICATION

Date: March 19, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French
- German
- Spanish

To:

- English

The documents are designated as:

- Coutts Extract
- Lloyds Extract
- RBC Dexia Investor Services España, S.A. Registration Bank of Spain
- RBC Suisse Extract

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li