# Exhibit 15a



http://rc.ge.ch

**Excerpt without cancellations**

INTERNET EXCERPT
Transfer   07 octobre 1993
Ref. Nr   01381/1986
Fed. Nr   CH-660.0.118.986-6
**UID   CHE-106.002.386**

## Barclays Bank (Suisse) SA
inscrite le 20 février 1986
Société anonyme

| Ref. | Company name |
|---|---|
| 1 | Barclays Bank (Suisse) SA<br>(Barclays Bank (Schweiz) AG)<br>(Barclays Bank (Switzerland) Ltd)<br>(Barclays Bank (Svizzera) SA) |
| | **Head office** |
| 180 | Chêne-Bougeries |
| | **Address** |
| 180 | chemin de Grange-Canal 18-20, 1224 Chêne-Bougeries |
| | **Bylaws date** |
| 274 | 12.12.2019 |
| | **Goal, Observations** |
| 1 | Administration:<br>5 membres au moins. |
| 224 | L'identification sous le numéro CH-660-0118986-6 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-106.002.386. |
| 247 | But:<br>exploitation d'une banque principalement en Suisse (cf. statuts pour but complet). |
| | **Publication board** |
| 1 | FOSC |
| 180 | Communication aux actionnaires: lettre, fax ou email |
| | **Branches** |
| 210 | Zurich (CH-020-9003791-3) |

| Ref. | Capital shares | | |
|---|---|---|---|
| | **Nominal** | **Released** | **Shares** |
| 274 | CHF 90'000'000 | CHF 90'000'000 | 90'000 actions de CHF 1'000, nominatives liées selon statuts (augmentation ordinaire) |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| | 218 | | **Oullin** William, de France, à Buchillon | adm. président | signature collective à 2 |
| 271 | | | **Ciriani** Christine Deborah, de Neuchâtel, à Duillier | adm. | signature collective à 2 |
| 271 | | | **Deplazes de Andrade Delgado** Luisa, de Sumvitg, à Celerina/Schlarigna | adm. | signature collective à 2 |
| 245 | | | **Dickinson** Lawrence, de Grande-Bretagne, à Londres, GB | adm. | signature collective à 2 |
| 271 | | | **Gérard** Jean-Christophe, de France, à Genève | adm. | signature collective à 2 |
| 271 | | | **Hoejsgaard** Hans Kristian Plauborg, du Danemark, à Wollerau | adm. | signature collective à 2 |
| 271 | | | **Kroon** Johan Bernard Alexander, des Pays-Bas, à Collonge-Bellerive | adm. | signature collective à 2 |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| 248 | | | **KPMG SA** (CHE-269.292.664), succursale à Genève | organe de révision | |
| 227 | | | **Allotriadis** Konstantinos, de Grèce, à Genève | | signature collective à 2 * |
| 246 | | | **Altaev** Alexei, de Russie, à Nyon | | signature collective à 2 * |
| 243 | | | **Audoli** Pascale, de France, à Annecy, F | | signature collective à 2 * |
| 275 | | | **Ben Sira** Amit, des USA, à Zürich | | signature collective 2 * |
| 163 | | | **Benyon** Andrew, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 276 | | | **Besson** Nathalie, de Lausanne, à Morges | | signature collective à 2 * |
| 168 | | | **Bianchi** Matthew, de Grande-Bretagne, à Genthod | | signature collective à 2 * |
| 257 | | | **Bower** Daniel, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 221 | | | **Branston** Mark, de Grande-Bretagne, à Troinex | | signature collective à 2 * |
| 276 | | | **Brayek** Wissam, d'Italie, à Genève | | signature collective à 2 * |
| 94 | | | **Brunner** Roland, de Degersheim, à Gingins | | signature collective à 2 * |
| 182 | | | **Butler** Stuart, de Grande-Bretagne, à Veyrier | | signature collective à 2 * |
| 239 | | | **Callegari** Aurélien, de France, à Archamps, F | | signature collective à 2 * |
| 235 | | | **Castagno** Patrizia, d'Italie, à Russin | | signature collective à 2 * |
| 268 | | | **Cazé** Stephanie, de Grande-Bretagne, à Founex | | signature collective à 2 * |
| 275 | | | **Chasson** Moshe Mor, d'Israël, à Zürich | | signature collective à 2 * |
| | 60 | | **Couzens** Christopher, de Lausanne, à Chavannes-des-Bois | | signature collective à 2 * |
| 175 | | | **Cush** Sarah, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 267 | | | **Cutile-Nikolova** Ubavka, de Penthalaz, à Genève | | signature collective à 2 * |
| 156 | | | **Daschle** Mark, des USA, à Veyrier | | signature collective à 2 * |
| 265 | | | **Davis** Harriet, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 153 | | | **Ducarouge** Eric, de France, à Genève | | signature collective à 2 * |
| | 203 | | **Dulac** Agathe, de France, à Genève | | signature collective à 2 * |
| 257 | | | **Eftekhari** Hossein, de Genève, à Genève | | signature collective à 2 * |
| 244 | | | **Esteves** Sylvie, de France, à Vétraz Monthoux, F | | signature collective à 2 * |
| 237 | | | **France** Michelle, d'Irlande, à Prevessin-Moëns, F | | signature collective à 2 * |
| 246 | | | **Gahraman-Zada** Toghrul, d'Azerbaïdjan, à Genève | | signature collective à 2 * |
| 97 | | | **Genini Shrestha** Gabriella, de Cresciano, à Genève | | signature collective à 2 * |
| 275 | | | **Goren** Ehud, d'Israël, à Zürich | | signature collective à 2 * |
| 276 | | | **Gotonoaga** Tatiana , de Genève, à Genève | | signature collective à 2 * |
| 257 | | | **Griffiths** Stephen, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 163 | | | **Grin** Olivier, de Belmont-sur-Lausanne, à Mézières (VD) | | signature collective à 2 * |
| 242 | | | **Hamouni** Nordine, de France, à Viry, F | | signature collective à 2 * |
| 269 | | | **Hohl** Antoine, de Grub, à Genève | | signature collective à 2 * |
| 243 | | | **Hora**  Yuvendra, d'Inde, à Genève | | signature collective à 2 * |
| 246 | | | **Jackson** Christopher, de Grande-Bretagne, à Lucinges, F | | signature collective à 2 * |
| 246 | | | **Kordeuter** Thomas, de Zurich, à Zurich | | signature collective à 2 * |
| 257 | | | **Le Gall** Sophie, de Maienfeld, à Premanon, F | | signature collective à 2 * |
| 276 | | | **Lindblom** Jonas, de Weggis, à Zürich | | signature collective à 2 * |
| 127 | | | **Love** Mark, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 216 | | | **Magri** Loredana, d'Italie, à Eysins | | signature collective à 2 * |
| 257 | | | **Malik** Nikhil, d'Inde, à Genève | | signature collective à 2 * |
| 265 | | | **Marie** Jean-Damien, de Chêne-Bougeries, à Chêne-Bougeries | | signature collective à 2 * |
| 127 | | | **Masters** Benjamin, de Grande-Bretagne, à Satigny | | signature collective à 2 * |
| 259 | | | **Mathieu** Gérald, de France, à Chêne-Bougeries | | signature collective à 2 * |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| 250 | | | **Mazloum** Marc-Antoine, de Genève, à Genève | | signature collective à 2 * |
| 164 | | | **McRae** Warren, d'Australie, à Genthod | | signature collective à 2 * |
| | | 105 | **Muller** Marcel, de Boswil, à Etoy | | signature collective à 2 * |
| 265 | | | **Nagel** Pascal, de Neerach, à Genève | | signature collective à 2 * |
| 275 | | | **Orbach** Shahar, d'Israël, à Zürich | | signature collective à 2 * |
| 226 | | | **Perez Olaizola** Ander, d'Espagne, à Douvaine, F | | signature collective à 2 * |
| 126 | | | **Persse** James, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| | | 254 | **Pietersma** Bryan, de Grande-Bretagne, à Mieussy, F | | signature collective à 2 * |
| 231 | | | **Polati** Lara, d'Italie, à Chêne-Bougeries | | signature collective à 2 * |
| 214 | | | **Ramirez** Guadalupe, de Vernier, à Mies | | signature collective à 2 * |
| 163 | | | **Reichmuth** Xavier, d'Oberiberg, à Lucinges, F | | signature collective à 2 * |
| | | 253 | **Rickli** Daniel, de Thunstetten, à Grens | | signature collective à 2 * |
| 265 | | | **Rieder** Caroline, de Lausanne, à Coppet | | signature collective à 2 * |
| 170 | | | **Rodricks** Daniel, d'Inde, à Genève | | signature collective à 2 * |
| 195 | | | **Sala** Philippe, de Genève, à Veyrier | | signature collective à 2 * |
| 268 | | | **Saliba** Ferda Nuray Yesim, de Turquie, à Genève | | signature collective à 2 * |
| 97 | | | **Sampaoli** Sergio, de Genève, à Genève | | signature collective à 2 * |
| | | 253 | **Semeelen** Serge, de Belgique, à Nendaz | | signature collective à 2 * |
| | | 238 | **Sequeira** Sarah, de Meyrin, à Genève | | signature collective à 2 * |
| 276 | | | **Simmons** George, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 221 | | | **Taylor** James, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 259 | | | **Teminian** Philippe, de Lancy, à Lancy | | signature collective à 2 * |
| | | 252 | **Theodas** Dimitri, de Linden, à Vovray-en-Bornes, F | | signature collective à 2 * |
| 232 | | | **Vekaria** Chetan, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| | | 105 | **Venturini** Luciano, d'Italie, à Douvaine, F | | signature collective à 2 * |
| 244 | | | **Wavre** Vincent, de Neuchâtel, à Genève | | signature collective à 2 * |
| 232 | | | **Wespi Gaillard** Sabina, de Hohenrain, à Prangins | | signature collective à 2 * |
| 165 | | | **Wood** Hannah, de Grande-Bretagne, à Morges | | signature collective à 2 * |

*   limitée à l'établissement principal

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 0 | | report | | | 1 | 8696 | 02.09.1993 | 20.09.1993 | 4926 |
| 2 | 9527 | 28.09.1993 | 15.10.1993 | 5409 | 3 | 9674 | 01.10.1993 | 19.10.1993 | 5467 |
| 4 | 11589 | 19.11.1993 | 06.12.1993 | 6427 | 5 | 3742 | 15.04.1994 | 28.04.1994 | 2323 |
| 6 | 3933 | 21.04.1994 | 04.05.1994 | 2460 | 7 | 4291 | 03.05.1994 | 16.05.1994 | 2706 |
| 8 | 4901 | 24.05.1994 | 08.06.1994 | 3215 | 9 | 6980 | 22.07.1994 | 05.08.1994 | 4394 |
| 10 | 7384 | 08.08.1994 | 18.08.1994 | 4638 | 11 | 7789 | 19.08.1994 | 31.08.1994 | 4856 |
| 12 | 7939 | 24.08.1994 | 05.09.1994 | 4637 | 13 | 9406 | 06.10.1994 | 19.10.1994 | 5754 |
| 14 | 10426 | 07.11.1994 | 18.11.1994 | 6326 | 15 | 2198 | 20.02.1995 | 02.03.1995 | 1204 |
| 16 | 3933 | 12.04.1995 | 26.04.1995 | 2282 | 17 | 5507 | 08.06.1995 | 22.06.1995 | 3497 |
| 18 | 7391 | 04.08.1995 | 16.08.1995 | 4605 | 21 | 8760 | 22.09.1995 | 04.10.1995 | 5478 |
| 22 | 9705 | 18.10.1995 | 26.10.1995 | 5903 | 23 | 10817 | 23.11.1995 | 01.12.1995 | 6565 |
| 24 | 11038 | 29.11.1995 | 08.12.1995 | 6701 | 25 | 2670 | 13.03.1996 | 22.03.1996 | 1661 |
| 26 | 2956 | 21.03.1996 | 01.04.1996 | 1853 | 27 | | Rectification | 18.04.1996 | 2208 |
| 28 | 3851 | 22.04.1996 | 02.05.1996 | 2520 | 29 | | Complément | 06.05.1996 | 2588 |
| 30 | 5061 | 29.05.1996 | 10.06.1996 | 3413 | 31 | 5658 | 13.06.1996 | 26.06.1996 | 3807 |
| 32 | 6454 | 03.07.1996 | 16.07.1996 | 4269 | 33 | 7063 | 22.07.1996 | 08.08.1996 | 4735 |
| 34 | 721 | 22.01.1997 | 04.02.1997 | 771 | 35 | 781 | 23.01.1997 | 06.02.1997 | 819 |
| 36 | 4688 | 14.05.1997 | 02.06.1997 | 3720 | 37 | 4731 | 15.05.1997 | 02.06.1997 | 3720 |
| 38 | 5881 | 13.06.1997 | 30.06.1997 | 4540 | 39 | 6879 | 03.07.1997 | 24.07.1997 | 5290 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 40 | 8323 | 30.07.1997 | 21.08.1997 | 6094 | 41 | 8677 | 11.08.1997 | 26.08.1997 | 6246 |
| 42 | 10059 | 23.09.1997 | 08.10.1997 | 7355 | 43 | 11120 | 17.10.1997 | 29.10.1997 | 7873 |
| 44 | 880 | 22.01.1998 | 04.02.1998 | 851 | 45 | 1072 | 27.01.1998 | 06.02.1998 | 929 |
| 46 | 1829 | 13.02.1998 | 19.02.1998 | 1253 | 47 | 2669 | 06.03.1998 | 12.03.1998 | 1759 |
| 48 | 4049 | 09.04.1998 | 17.04.1998 | 2601 | 49 | 5520 | 13.05.1998 | 19.05.1998 | 3408 |
| 50 | 9277 | 13.08.1998 | 19.08.1998 | 5739 | 51 | 10866 | 02.10.1998 | 08.10.1998 | 6925 |
| 52 | 12348 | 09.11.1998 | 13.11.1998 | 7771 | 53 | 12784 | 18.11.1998 | 24.11.1998 | 8024 |
| 54 | 13090 | 25.11.1998 | 01.12.1998 | 8209 | 55 | 13482 | 03.12.1998 | 10.12.1998 | 8449 |
| 56 | 13636 | 08.12.1998 | 14.12.1998 | 8518 | 57 | 701 | 20.01.1999 | 26.01.1999 | 571 |
| 58 | 1203 | 02.02.1999 | 08.02.1999 | 887 | 59 | 2616 | 05.03.1999 | 11.03.1999 | 1624 |
| 60 | 2662 | 08.03.1999 | 12.03.1999 | 1659 | 61 | 2787 | 10.03.1999 | 16.03.1999 | 1731 |
| 62 | 3033 | 17.03.1999 | 23.03.1999 | 1894 | 63 | 3471 | 29.03.1999 | 06.04.1999 | 2202 |
| 64 | 3597 | 31.03.1999 | 08.04.1999 | 2277 | 65 | 3722 | 06.04.1999 | 12.04.1999 | 2348 |
| 66 | 4466 | 26.04.1999 | 30.04.1999 | 2845 | 67 | 4671 | 30.04.1999 | 06.05.1999 | 2999 |
| 68 | 4783 | 04.05.1999 | 10.05.1999 | 3094 | 69 | 5669 | 01.06.1999 | 10.06.1999 | 3895 |
| 70 | 5760 | 03.06.1999 | 10.06.1999 | 3897 | 71 | 6486 | 23.06.1999 | 29.06.1999 | 4358 |
| 72 | 6779 | 30.06.1999 | 06.07.1999 | 4580 | 73 | 6874 | 01.07.1999 | 07.07.1999 | 4619 |
| 74 | 7368 | 12.07.1999 | 16.07.1999 | 4872 | 75 | 7738 | 21.07.1999 | 27.07.1999 | 5120 |
| 76 | 8158 | 03.08.1999 | 09.08.1999 | 5433 | 77 | 8439 | 10.08.1999 | 18.08.1999 | 5650 |
| 78 | 8475 | 11.08.1999 | 18.08.1999 | 5650 | 79 | 9765 | 20.09.1999 | 24.09.1999 | 6557 |
| 80 | 11295 | 22.10.1999 | 02.11.1999 | 7462 | 81 | 11752 | 04.11.1999 | 10.11.1999 | 7652 |
| 82 | 12225 | 16.11.1999 | 26.11.1999 | 8045 | 83 | 12769 | 30.11.1999 | 06.12.1999 | 8250 |
| 84 | 50 | 03.01.2000 | 07.01.2000 | 122 | 85 | 445 | 11.01.2000 | 17.01.2000 | 337 |
| 86 | 1689 | 09.02.2000 | 15.02.2000 | 1046 | 87 | 2088 | 17.02.2000 | 23.02.2000 | 1248 |
| 88 | 2477 | 29.02.2000 | 06.03.2000 | 1532 | 89 | 5563 | 18.05.2000 | 24.05.2000 | 3525 |
| 90 | 6021 | 31.05.2000 | 07.06.2000 | 3864 | 91 | 6716 | 22.06.2000 | 28.06.2000 | 4368 |
| 92 | 10120 | 26.09.2000 | 02.10.2000 | 6721 | 93 | 10650 | 06.10.2000 | 12.10.2000 | 6990 |
| 94 | 11001 | 16.10.2000 | 26.10.2000 | 7320 | 95 | 11352 | 24.10.2000 | 31.10.2000 | 7410 |
| 96 | 2271 | 23.02.2001 | 01.03.2001 | 1554 | 97 | 3416 | 16.03.2001 | 22.03.2001 | 2136 |
| 98 | 4659 | 20.04.2001 | 26.04.2001 | 3108 | 99 | 5053 | 02.05.2001 | 08.05.2001 | 3441 |
| 100 | 6046 | 30.05.2001 | 07.06.2001 | 4280 | 101 | 6672 | 15.06.2001 | 21.06.2001 | 4658 |
| 102 | 9800 | 05.09.2001 | 11.09.2001 | 7071 | 103 | 11464 | 18.10.2001 | 24.10.2001 | 8313 |
| 104 | 13293 | 05.12.2001 | 11.12.2001 | 9734 | 105 | 13369 | 06.12.2001 | 12.12.2001 | 9772 |
| 106 | 1335 | 04.02.2002 | 08.02.2002 | 7 | 107 | 2877 | 13.03.2002 | 19.03.2002 | 6 |
| 108 | 3180 | 21.03.2002 | 27.03.2002 | 5 | 109 | 5739 | 04.06.2002 | 10.06.2002 | 6 |
| 110 | 7357 | 12.07.2002 | 18.07.2002 | 8 | 111 | 8760 | 23.08.2002 | 29.08.2002 | 6/0619660 |
| 112 | 12899 | 05.12.2002 | 11.12.2002 | 6/0767210 | 113 | 13304 | 13.12.2002 | 19.12.2002 | 8/0781394 |
| 114 | 446 | 10.01.2003 | 16.01.2003 | 6/0815726 | 115 | 812 | 20.01.2003 | 24.01.2003 | 6/0829220 |
| 116 | 8158 | 17.07.2003 | 23.07.2003 | 6/1097520 | 117 | 8539 | 25.07.2003 | 31.07.2003 | 5/1110594 |
| 118 | 9817 | 01.09.2003 | 05.09.2003 | 7/1159940 | 119 | 10225 | 10.09.2003 | 16.09.2003 | 6/1173234 |
| 120 | 11447 | 10.10.2003 | 16.10.2003 | 7/1217022 | 121 | 12763 | 07.11.2003 | 14.11.2003 | 7/1261038 |
| 122 | 13227 | 18.11.2003 | 24.11.2003 | 6/1274346 | 123 | 4794 | 20.04.2004 | 26.04.2004 | 6/2232064 |
| 124 | 7858 | 02.07.2004 | 08.07.2004 | 7/2349906 | 125 | 8250 | 12.07.2004 | 16.07.2004 | 6/2362582 |
| 126 | 10154 | 30.08.2004 | 03.09.2004 | 6/2434406 | 127 | 13197 | 09.11.2004 | 15.11.2004 | 5/2542938 |
| 128 | 14757 | 10.12.2004 | 16.12.2004 | 8/2592618 | 129 | 15243 | 20.12.2004 | 24.12.2004 | 8/2607540 |
| 130 | 1190 | 27.01.2005 | 02.02.2005 | 7/2681948 | 131 | 2832 | 03.03.2005 | 09.03.2005 | 8/2737148 |
| 132 | 3529 | 17.03.2005 | 23.03.2005 | 6/2761122 | 133 | 3886 | 29.03.2005 | 04.04.2005 | 6/2773522 |
| 134 | 8439 | 07.07.2005 | 13.07.2005 | 7/2930974 | 135 | 11489 | 21.09.2005 | 27.09.2005 | 6 |
| 136 | 14765 | 06.12.2005 | 12.12.2005 | 7/3143156 | 137 | 1097 | 24.01.2006 | 30.01.2006 | 8/3218444 |
| 138 | 5643 | 27.04.2006 | 03.05.2006 | 7/3359024 | 139 | 6342 | 12.05.2006 | 18.05.2006 | 6/3380724 |
| 140 | 9733 | 24.07.2006 | 28.07.2006 | 6/3488258 | 141 | 10580 | 14.08.2006 | 18.08.2006 | 7/3513130 |
| 142 | 12315 | 26.09.2006 | 02.10.2006 | 7/3572940 | 143 | 14497 | 14.11.2006 | 20.11.2006 | 7/3643020 |
| 144 | 903 | 19.01.2007 | 25.01.2007 | 8/3741052 | 145 | 2782 | 27.02.2007 | 05.03.2007 | 6/3807512 |
| 146 | 5503 | 24.04.2007 | 30.04.2007 | 6/3908814 | 147 | 6275 | 10.05.2007 | 16.05.2007 | 7/3934090 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 148 | 8193 | 25.06.2007 | 29.06.2007 | 8/3999472 | 149 | 11746 | 14.09.2007 | 20.09.2007 | 6/4118910 |
| 150 | 13897 | 30.10.2007 | 06.11.2007 | 7/4187454 | 151 | 14299 | 07.11.2007 | 13.11.2007 | 7/4198112 |
| 152 | 14603 | 13.11.2007 | 19.11.2007 | 7/4206798 | 153 | 14988 | 19.11.2007 | 23.11.2007 | 6/4214268 |
| 154 | 16211 | 12.12.2007 | 18.12.2007 | 8/4252528 | 155 | 1117 | 23.01.2008 | 29.01.2008 | 7/4312948 |
| 156 | 1979 | 08.02.2008 | 14.02.2008 | 7/4338990 | 157 | 2994 | 29.02.2008 | 06.03.2008 | 7/4375508 |
| 158 | 4363 | 02.04.2008 | 08.04.2008 | 7/4420546 | 159 | 7275 | 04.06.2008 | 10.06.2008 | 7/4515894 |
| 160 | 1241 | 27.01.2009 | 02.02.2009 | 10/4856482 | 161 | 1775 | 05.02.2009 | 11.02.2009 | 9/4874698 |
| 162 | 2244 | 13.02.2009 | 19.02.2009 | 10/4889638 | 163 | 2553 | 19.02.2009 | 25.02.2009 | 10/4898752 |
| 164 | 2931 | 25.02.2009 | 03.03.2009 | 7/4907066 | 165 | 4227 | 19.03.2009 | 25.03.2009 | 9/4942042 |
| 166 | 5405 | 14.04.2009 | 20.04.2009 | 8/4980356 | 167 | 17041 | 03.11.2009 | 09.11.2009 | 8/5334022 |
| 168 | 3726 | 02.03.2010 | 08.03.2010 | 9/5529534 | 169 | 11266 | 06.07.2010 | 12.07.2010 | 11/5721386 |
| 170 | 11622 | 12.07.2010 | 16.07.2010 | 9/5731746 | 171 | 13842 | 13.08.2010 | 19.08.2010 | 8/5777806 |
| 172 | 16089 | 28.09.2010 | 04.10.2010 | 8/5836506 | 173 | 16418 | 04.10.2010 | 08.10.2010 | 7/5845876 |
| 174 | 18138 | 01.11.2010 | 05.11.2010 | 9/5883276 | 175 | 19216 | 18.11.2010 | 24.11.2010 | 8/5908274 |
| 176 | 20739 | 13.12.2010 | 17.12.2010 | 11/5945172 | 177 | 316 | 05.01.2011 | 11.01.2011 | 9/5981114 |
| 178 | 1884 | 28.01.2011 | 03.02.2011 | 8/6017298 | 179 | 4084 | 03.03.2011 | 08.03.2011 | 6067334 |
| 180 | 4177 | 04.03.2011 | 09.03.2011 | 6069358 | 181 | 6299 | 08.04.2011 | 13.04.2011 | 6119382 |
| 182 | 8241 | 16.05.2011 | 19.05.2011 | 6170026 | 183 | 9870 | 16.06.2011 | 21.06.2011 | 6213722 |
| 184 | 10415 | 27.06.2011 | 30.06.2011 | 6230264 | 185 | 10775 | 01.07.2011 | 06.07.2011 | 6239750 |
| 186 | 10899 | 04.07.2011 | 08.07.2011 | 6246224 | 187 | 12154 | 22.07.2011 | 27.07.2011 | 6274992 |
| 188 | 12422 | 28.07.2011 | 03.08.2011 | 6282254 | 189 | 12773 | 05.08.2011 | 10.08.2011 | 6290670 |
| 190 | 13529 | 23.08.2011 | 26.08.2011 | 6310296 | 191 | 13932 | 01.09.2011 | 06.09.2011 | 6323644 |
| 192 | 14909 | 21.09.2011 | 26.09.2011 | 6348508 | 193 | 17192 | 31.10.2011 | 03.11.2011 | 6402742 |
| 194 | 17503 | 04.11.2011 | 09.11.2011 | 6408520 | 195 | 931 | 17.01.2012 | 20.01.2012 | 6513702 |
| 196 | 2382 | 10.02.2012 | 15.02.2012 | 6551496 | 197 | 3518 | 01.03.2012 | 06.03.2012 | 6581984 |
| 198 | 6894 | 02.05.2012 | 07.05.2012 | 6666174 | 199 | 7540 | 11.05.2012 | 16.05.2012 | 6681556 |
| 200 | 8605 | 01.06.2012 | 06.06.2012 | 6705942 | 201 | 10079 | 25.06.2012 | 28.06.2012 | 6740498 |
| 202 | 10985 | 04.07.2012 | 09.07.2012 | 6757834 | 203 | 12191 | 17.07.2012 | 20.07.2012 | 6778688 |
| 204 | 12546 | 24.07.2012 | 27.07.2012 | 6788686 | 205 | 12934 | 31.07.2012 | 06.08.2012 | 6799506 |
| 206 | 14257 | 27.08.2012 | 30.08.2012 | 6828648 | 207 | 14478 | 30.08.2012 | 04.09.2012 | 6833722 |
| 208 | 15727 | 20.09.2012 | 25.09.2012 | 6862954 | 209 | 16305 | 01.10.2012 | 04.10.2012 | 6877002 |
| 210 | 16975 | 11.10.2012 | 16.10.2012 | 6892184 | 211 | 17539 | 19.10.2012 | 24.10.2012 | 6902316 |
| 212 | 18262 | 01.11.2012 | 06.11.2012 | 6918886 | 213 | 2147 | 04.02.2013 | 07.02.2013 | 7054944 |
| 214 | 3817 | 01.03.2013 | 06.03.2013 | 7092158 | 215 | 6961 | 23.04.2013 | 26.04.2013 | 7165776 |
| 216 | 8383 | 17.05.2013 | 23.05.2013 | 7197656 | 217 | 9291 | 03.06.2013 | 06.06.2013 | 7216936 |
| 218 | 10711 | 24.06.2013 | 27.06.2013 | 942041 | 219 | 11187 | 01.07.2013 | 04.07.2013 | 957595 |
| 220 | 12219 | 16.07.2013 | 19.07.2013 | 986829 | 221 | 15044 | 10.09.2013 | 13.09.2013 | 1076429 |
| 222 | 17553 | 23.10.2013 | 28.10.2013 | 1149545 | 223 | 19164 | 15.11.2013 | 20.11.2013 | 1190435 |
| 224 | | Complément | 19.12.2013 | 7225832 | 225 | 2125 | 03.02.2014 | 06.02.2014 | 1331995 |
| 226 | 7454 | 02.05.2014 | 07.05.2014 | 1488949 | 227 | 9290 | 02.06.2014 | 05.06.2014 | 1540043 |
| 228 | 11875 | 14.07.2014 | 17.07.2014 | 1620031 | 229 | 17338 | 17.10.2014 | 22.10.2014 | 1782253 |
| 230 | 17606 | 23.10.2014 | 28.10.2014 | 1791249 | 231 | 17838 | 28.10.2014 | 31.10.2014 | 1798251 |
| 232 | 18226 | 04.11.2014 | 07.11.2014 | 1811003 | 233 | 6738 | 24.04.2015 | 29.04.2015 | 2125289 |
| 234 | 6908 | 28.04.2015 | 01.05.2015 | 2130565 | 235 | 8929 | 04.06.2015 | 09.06.2015 | 2196193 |
| 236 | 11384 | 13.07.2015 | 16.07.2015 | 2273613 | 237 | 14041 | 03.09.2015 | 08.09.2015 | 2362301 |
| 238 | 16777 | 22.10.2015 | 27.10.2015 | 2447893 | 239 | 18039 | 13.11.2015 | 18.11.2015 | 2489129 |
| 240 | 19176 | 01.12.2015 | 04.12.2015 | 2520981 | 241 | 7232 | 27.04.2016 | 02.05.2016 | 2811607 |
| 242 | 7725 | 04.05.2016 | 10.05.2016 | 2823739 | 243 | 19495 | 21.11.2016 | 24.11.2016 | 3182569 |
| 244 | 3073 | 17.02.2017 | 22.02.2017 | 3364553 | 245 | 3736 | 01.03.2017 | 06.03.2017 | 3386101 |
| 246 | 8181 | 09.05.2017 | 12.05.2017 | 3519667 | 247 | 11055 | 23.06.2017 | 28.06.2017 | 3608909 |
| 248 | 13090 | 24.07.2017 | 27.07.2017 | 3670023 | 249 | 13473 | 31.07.2017 | 04.08.2017 | 3680713 |
| 250 | 15187 | 31.08.2017 | 05.09.2017 | 3734353 | 251 | 15403 | 04.09.2017 | 07.09.2017 | 3739971 |
| 252 | 15711 | 08.09.2017 | 13.09.2017 | 3750785 | 253 | 15987 | 13.09.2017 | 18.09.2017 | 3757981 |
| 254 | 16311 | 19.09.2017 | 22.09.2017 | 3768097 | 255 | 20970 | 27.11.2017 | 30.11.2017 | 3902511 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 256 | 21334 | 01.12.2017 | 06.12.2017 | 3914707 | 257 | 21516 | 05.12.2017 | 08.12.2017 | 3920799 |
| 258 | 3160 | 14.02.2018 | 19.02.2018 | 4064681 | 259 | 4237 | 01.03.2018 | 06.03.2018 | 4094657 |
| 260 | 7485 | 20.04.2018 | 25.04.2018 | 4194147 | 261 | 7738 | 25.04.2018 | 30.04.2018 | 4202723 |
| 262 | 8040 | 30.04.2018 | 03.05.2018 | 4210889 | 263 | 12528 | 06.07.2018 | 11.07.2018 | 4352275 |
| 264 | 21000 | 13.11.2018 | 16.11.2018 | 1004500066 | 265 | 44 | 02.01.2019 | 07.01.2019 | 1004534893 |
| 266 | 3194 | 13.02.2019 | 18.02.2019 | 1004569236 | 267 | 8227 | 29.04.2019 | 02.05.2019 | 1004622098 |
| 268 | 12665 | 03.07.2019 | 08.07.2019 | 1004670677 | 269 | 14740 | 02.08.2019 | 07.08.2019 | 1004691662 |
| 270 | 16540 | 03.09.2019 | 06.09.2019 | 1004711453 | 271 | 22512 | 02.12.2019 | 05.12.2019 | 1004776339 |
| 272 | 22941 | 06.12.2019 | 11.12.2019 | 1004781060 | 273 | 23740 | 17.12.2019 | 20.12.2019 | 1004790147 |
| 274 | 24115 | 20.12.2019 | 27.12.2019 | 1004794470 | 275 | 3590 | 19.02.2020 | 24.02.2020 | 1004837696 |
| 276 | 4260 | 28.02.2020 | 04.03.2020 | 1004845023 | | | | | |

Geneva, 09 march 2020

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**

# Exhibit 15b



http://rc.ge.ch

**Excerpt without cancellations**

INTERNET EXCERPT
Transfer October 7, 1993
Ref. no.   01381/1986
Fed. no.   CH-660.0.118.986-6
**UID CHE-106.002.386**

## Barclays Bank (Suisse) SA
registered on February 20, 1986
Corporation (Société anonyme)

| Ref. | Company name |
|---|---|
| 1 | Barclays Bank (Suisse) SA <br> (Barclays Bank (Schweiz) AG) <br> (Barclays Bank (Switzerland) Ltd) <br> (Barclays Bank (Svizzera) SA) |
| | **Head office** |
| 180 | Chêne-Bougeries |
| | **Address** |
| 180 | chemin de Grange-Canal 18-20, 1224 Chêne-Bougeries |
| | **Bylawsdate** |
| 274 | 12/12/2019 |
| | **Goal, Observations** |
| 1 | Administration: |
| | 5 members at least. |
| 224 | The identification under the number CH-660-0118986-6 is replaced by the company identification number (IDE/UID) CHE-106.002.386. |
| 247 | Goal: <br> operation of a bank mainly in Switzerland (see Bylaws for the full description of the goal). |
| | **Publication board** |
| 1 <br> 180 | Swiss Official Gazette of Commerce (SOGC) <br> Communication to shareholders: letter, fax or email |
| | **Branches** |
| 210 | Zurich (CH-020-9003791-3) |

| Ref. | Capital shares | | |
|---|---|---|---|
| | **Nominal** | **Released** | **Shares** |
| 274 | CHF 90,000,000 | CHF 90,000,000 | 90,000 shares of CHF 1,000, registered and restricted according to the Bylaws (ordinary increase of share capital) |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| | | 218 | **Oullin** William, of France, in Buchillon | director, chairman | joint signature by two |
| 271 | | | **Ciriani** Christine Deborah, of Neuchâtel, in Duillier | director | joint signature by two |
| 271 | | | **Deplazes de Andrade Delgado** Luisa, of Sumvitg, in Celerina/Schlarigna | director | joint signature by two |
| 245 | | | **Dickinson** Lawrence, of the United Kingdom, in London, UK | director | joint signature by two |
| 271 | | | **Gérard** Jean-Christophe, of France, in Geneva | director | joint signature by two |
| 271 | | | **Hoejsgaard** Hans Kristian Plauborg, of Denmark, in Wollerau | director | joint signature by two |
| 271 | | | **Kroon** Johan Bernard Alexander, of The Netherlands, in Collonge-Bellerive | director | joint signature by two |

CERTIFIED TRANSLATION ROMTRANSLATION, INC.

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 248 | | | **KPMG SA** (CHE-269.292.664), succursale à Genève | organe de révision | |
| 227 | | | **Allotriadis** Konstantinos, de Grèce, à Genève | | signature collective à 2 * |
| 246 | | | **Altaev** Alexei, de Russie, à Nyon | | signature collective à 2 * |
| 243 | | | **Audoli** Pascale, de France, à Annecy, F | | signature collective à 2 * |
| 275 | | | **Ben Sira** Amit, des USA, à Zürich | | signature collective à 2 * |
| 163 | | | **Benyon** Andrew, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 276 | | | **Besson** Nathalie, de Lausanne, à Morges | | signature collective à 2 * |
| 168 | | | **Bianchi** Matthew, de Grande-Bretagne, à Genthod | | signature collective à 2 * |
| 257 | | | **Bower** Daniel, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 221 | | | **Branston** Mark, de Grande-Bretagne, à Troinex | | signature collective à 2 * |
| 276 | | | **Brayek** Wissam, d'Italie, à Genève | | signature collective à 2 * |
| 94 | | | **Brunner** Roland, de Degersheim, à Gingins | | signature collective à 2 * |
| 182 | | | **Butler** Stuart, de Grande-Bretagne, à Veyrier | | signature collective à 2 * |
| 239 | | | **Callegari** Aurélien, de France, à Archamps, F | | signature collective à 2 * |
| 235 | | | **Castagno** Patrizia, d'Italie, à Russin | | signature collective à 2 * |
| 268 | | | **Cazé** Stephanie, de Grande-Bretagne, à Founex | | signature collective à 2 * |
| 275 | | | **Chasson** Moshe Mor, d'Israël, à Zürich | | signature collective à 2 * |
| | 60 | | **Couzens** Christopher, de Lausanne, à Chavannes-des-Bois | | signature collective à 2 * |
| 175 | | | **Cush** Sarah, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 267 | | | **Cutile-Nikolova** Ubavka, de Penthalaz, à Genève | | signature collective à 2 * |
| 156 | | | **Daschle** Mark, des USA, à Veyrier | | signature collective à 2 * |
| 265 | | | **Davis** Harriet, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 153 | | | **Ducarouge** Eric, de France, à Genève | | signature collective à 2 * |
| | 203 | | **Dulac** Agathe, de France, à Genève | | signature collective à 2 * |
| 257 | | | **Eftekhari** Hossein, de Genève, à Genève | | signature collective à 2 * |
| 244 | | | **Esteves** Sylvie, de France, à Vétraz Monthoux, F | | signature collective à 2 * |
| 237 | | | **France** Michelle, d'Irlande, à Prevessin-Moëns, F | | signature collective à 2 * |
| 246 | | | **Gahraman-Zada** Toghrul, d'Azerbaïdjan, à Genève | | signature collective à 2 * |
| 97 | | | **Genini Shrestha** Gabriella, de Cresciano, à Genève | | signature collective à 2 * |
| 275 | | | **Goren** Ehud, d'Israël, à Zürich | | signature collective à 2 * |
| 276 | | | **Gotonoaga** Tatiana , de Genève, à Genève | | signature collective à 2 * |
| 257 | | | **Griffiths** Stephen, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 163 | | | **Grin** Olivier, de Belmont-sur-Lausanne, à Mézières (VD) | | signature collective à 2 * |
| 242 | | | **Hamouni** Nordine, de France, à Viry, F | | signature collective à 2 * |
| 269 | | | **Hohl** Antoine, de Grub, à Genève | | signature collective à 2 * |
| 243 | | | **Hora** Yuvendra, d'Inde, à Genève | | signature collective à 2 * |
| 246 | | | **Jackson** Christopher, de Grande-Bretagne, à Lucinges, F | | signature collective à 2 * |
| 246 | | | **Kordeuter** Thomas, de Zurich, à Zurich | | signature collective à 2 * |
| 257 | | | **Le Gall** Sophie, de Maienfeld, à Premanon, F | | signature collective à 2 * |
| 276 | | | **Lindblom** Jonas, de Weggis, à Zürich | | signature collective à 2 * |
| 127 | | | **Love** Mark, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 216 | | | **Magri** Loredana, d'Italie, à Eysins | | signature collective à 2 * |
| 257 | | | **Malik** Nikhil, d'Inde, à Genève | | signature collective à 2 * |
| 265 | | | **Marie** Jean-Damien, de Chêne-Bougeries, à Chêne-Bougeries | | signature collective à 2 * |
| 127 | | | **Masters** Benjamin, de Grande-Bretagne, à Satigny | | signature collective à 2 * |
| 259 | | | **Mathieu** Gérald, de France, à Chêne-Bougeries | | signature collective à 2 * |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 250 | | | **Mazloum** Marc-Antoine, de Genève, à Genève | | signature collective à 2 * |
| 164 | | | **McRae** Warren, d'Australie, à Genthod | | signature collective à 2 * |
| | | 105 | **Muller** Marcel, de Boswil, à Etoy | | signature collective à 2 * |
| 265 | | | **Nagel** Pascal, de Neerach, à Genève | | signature collective à 2 * |
| 275 | | | **Orbach** Shahar, d'Israël, à Zürich | | signature collective à 2 * |
| 226 | | | **Perez Olaizola** Ander, d'Espagne, à Douvaine, F | | signature collective à 2 * |
| 126 | | | **Persse** James, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| | 254 | | **Pietersma** Bryan, de Grande-Bretagne, à Mieussy, F | | signature collective à 2 * |
| 231 | | | **Polati** Lara, d'Italie, à Chêne-Bougeries | | signature collective à 2 * |
| 214 | | | **Ramirez** Guadalupe, de Vernier, à Mies | | signature collective à 2 * |
| 163 | | | **Reichmuth** Xavier, d'Oberiberg, à Lucinges, F | | signature collective à 2 * |
| | 253 | | **Rickli** Daniel, de Thunstetten, à Grens | | signature collective à 2 * |
| 265 | | | **Rieder** Caroline, de Lausanne, à Coppet | | signature collective à 2 * |
| 170 | | | **Rodricks** Daniel, d'Inde, à Genève | | signature collective à 2 * |
| 195 | | | **Sala** Philippe, de Genève, à Veyrier | | signature collective à 2 * |
| 268 | | | **Saliba** Ferda Nuray Yesim, de Turquie, à Genève | | signature collective à 2 * |
| 97 | | | **Sampaoli** Sergio, de Genève, à Genève | | signature collective à 2 * |
| | 253 | | **Semeelen** Serge, de Belgique, à Nendaz | | signature collective à 2 * |
| | 238 | | **Sequeira** Sarah, de Meyrin, à Genève | | signature collective à 2 * |
| 276 | | | **Simmons** George, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 221 | | | **Taylor** James, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| 259 | | | **Teminian** Philippe, de Lancy, à Lancy | | signature collective à 2 * |
| | 252 | | **Theodas** Dimitri, de Linden, à Vovray-en-Bornes, F | | signature collective à 2 * |
| 232 | | | **Vekaria** Chetan, de Grande-Bretagne, à Genève | | signature collective à 2 * |
| | | 105 | **Venturini** Luciano, d'Italie, à Douvaine, F | | signature collective à 2 * |
| 244 | | | **Wavre** Vincent, de Neuchâtel, à Genève | | signature collective à 2 * |
| 232 | | | **Wespi Gaillard** Sabina, de Hohenrain, à Prangins | | signature collective à 2 * |
| 165 | | | **Wood** Hannah, de Grande-Bretagne, à Morges | | signature collective à 2 * |

\*   limitée à l'établissement principal

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page/Id** | | **Number** | **Date** | **Date** | **Page/Id** |
| 0 | | report | | | 1 | 8696 | 02.09.1993 | 20.09.1993 | 4926 |
| 2 | 9527 | 28.09.1993 | 15.10.1993 | 5409 | 3 | 9674 | 01.10.1993 | 19.10.1993 | 5467 |
| 4 | 11589 | 19.11.1993 | 06.12.1993 | 6427 | 5 | 3742 | 15.04.1994 | 28.04.1994 | 2323 |
| 6 | 3933 | 21.04.1994 | 04.05.1994 | 2460 | 7 | 4291 | 03.05.1994 | 16.05.1994 | 2706 |
| 8 | 4901 | 24.05.1994 | 08.06.1994 | 3215 | 9 | 6980 | 22.07.1994 | 05.08.1994 | 4394 |
| 10 | 7384 | 08.08.1994 | 18.08.1994 | 4638 | 11 | 7789 | 19.08.1994 | 31.08.1994 | 4856 |
| 12 | 7939 | 24.08.1994 | 05.09.1994 | 4637 | 13 | 9406 | 06.10.1994 | 19.10.1994 | 5754 |
| 14 | 10426 | 07.11.1994 | 18.11.1994 | 6326 | 15 | 2198 | 20.02.1995 | 02.03.1995 | 1204 |
| 16 | 3933 | 12.04.1995 | 26.04.1995 | 2282 | 17 | 5507 | 08.06.1995 | 22.06.1995 | 3497 |
| 18 | 7391 | 04.08.1995 | 16.08.1995 | 4605 | 21 | 8760 | 22.09.1995 | 04.10.1995 | 5478 |
| 22 | 9705 | 18.10.1995 | 26.10.1995 | 5903 | 23 | 10817 | 23.11.1995 | 01.12.1995 | 6565 |
| 24 | 11038 | 29.11.1995 | 08.12.1995 | 6701 | 25 | 2670 | 13.03.1996 | 22.03.1996 | 1661 |
| 26 | 2956 | 21.03.1996 | 01.04.1996 | 1853 | 27 | | Rectification | 18.04.1996 | 2208 |
| 28 | 3851 | 22.04.1996 | 02.05.1996 | 2520 | 29 | | Complément | 06.05.1996 | 2588 |
| 30 | 5061 | 29.05.1996 | 10.06.1996 | 3413 | 31 | 5658 | 13.06.1996 | 26.06.1996 | 3807 |
| 32 | 6454 | 03.07.1996 | 16.07.1996 | 4269 | 33 | 7063 | 22.07.1996 | 08.08.1996 | 4735 |
| 34 | 721 | 22.01.1997 | 04.02.1997 | 771 | 35 | 781 | 23.01.1997 | 06.02.1997 | 819 |
| 36 | 4688 | 14.05.1997 | 02.06.1997 | 3720 | 37 | 4731 | 15.05.1997 | 02.06.1997 | 3720 |
| 38 | 5881 | 13.06.1997 | 30.06.1997 | 4540 | 39 | 6879 | 03.07.1997 | 24.07.1997 | 5290 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 40 | 8323 | 30.07.1997 | 21.08.1997 | 6094 | 41 | 8677 | 11.08.1997 | 26.08.1997 | 6246 |
| 42 | 10059 | 23.09.1997 | 08.10.1997 | 7355 | 43 | 11120 | 17.10.1997 | 29.10.1997 | 7873 |
| 44 | 880 | 22.01.1998 | 04.02.1998 | 851 | 45 | 1072 | 27.01.1998 | 06.02.1998 | 929 |
| 46 | 1829 | 13.02.1998 | 19.02.1998 | 1253 | 47 | 2669 | 06.03.1998 | 12.03.1998 | 1759 |
| 48 | 4049 | 09.04.1998 | 17.04.1998 | 2601 | 49 | 5520 | 13.05.1998 | 19.05.1998 | 3408 |
| 50 | 9277 | 13.08.1998 | 19.08.1998 | 5739 | 51 | 10866 | 02.10.1998 | 08.10.1998 | 6925 |
| 52 | 12348 | 09.11.1998 | 13.11.1998 | 7771 | 53 | 12784 | 18.11.1998 | 24.11.1998 | 8024 |
| 54 | 13090 | 25.11.1998 | 01.12.1998 | 8209 | 55 | 13482 | 03.12.1998 | 10.12.1998 | 8449 |
| 56 | 13636 | 08.12.1998 | 14.12.1998 | 8518 | 57 | 701 | 20.01.1999 | 26.01.1999 | 571 |
| 58 | 1203 | 02.02.1999 | 08.02.1999 | 887 | 59 | 2616 | 05.03.1999 | 11.03.1999 | 1624 |
| 60 | 2662 | 08.03.1999 | 12.03.1999 | 1659 | 61 | 2787 | 10.03.1999 | 16.03.1999 | 1731 |
| 62 | 3033 | 17.03.1999 | 23.03.1999 | 1894 | 63 | 3471 | 29.03.1999 | 06.04.1999 | 2202 |
| 64 | 3597 | 31.03.1999 | 08.04.1999 | 2277 | 65 | 3722 | 06.04.1999 | 12.04.1999 | 2348 |
| 66 | 4466 | 26.04.1999 | 30.04.1999 | 2845 | 67 | 4671 | 30.04.1999 | 06.05.1999 | 2999 |
| 68 | 4783 | 04.05.1999 | 10.05.1999 | 3094 | 69 | 5669 | 01.06.1999 | 10.06.1999 | 3895 |
| 70 | 5760 | 03.06.1999 | 10.06.1999 | 3897 | 71 | 6486 | 23.06.1999 | 29.06.1999 | 4358 |
| 72 | 6779 | 30.06.1999 | 06.07.1999 | 4580 | 73 | 6874 | 01.07.1999 | 07.07.1999 | 4619 |
| 74 | 7368 | 12.07.1999 | 16.07.1999 | 4872 | 75 | 7738 | 21.07.1999 | 27.07.1999 | 5120 |
| 76 | 8158 | 03.08.1999 | 09.08.1999 | 5433 | 77 | 8439 | 10.08.1999 | 18.08.1999 | 5650 |
| 78 | 8475 | 11.08.1999 | 18.08.1999 | 5650 | 79 | 9765 | 20.09.1999 | 24.09.1999 | 6557 |
| 80 | 11295 | 22.10.1999 | 02.11.1999 | 7462 | 81 | 11752 | 04.11.1999 | 10.11.1999 | 7652 |
| 82 | 12225 | 16.11.1999 | 26.11.1999 | 8045 | 83 | 12769 | 30.11.1999 | 06.12.1999 | 8250 |
| 84 | 50 | 03.01.2000 | 07.01.2000 | 122 | 85 | 445 | 11.01.2000 | 17.01.2000 | 337 |
| 86 | 1689 | 09.02.2000 | 15.02.2000 | 1046 | 87 | 2088 | 17.02.2000 | 23.02.2000 | 1248 |
| 88 | 2477 | 29.02.2000 | 06.03.2000 | 1532 | 89 | 5563 | 18.05.2000 | 24.05.2000 | 3525 |
| 90 | 6021 | 31.05.2000 | 07.06.2000 | 3864 | 91 | 6716 | 22.06.2000 | 28.06.2000 | 4368 |
| 92 | 10120 | 26.09.2000 | 02.10.2000 | 6721 | 93 | 10650 | 06.10.2000 | 12.10.2000 | 6990 |
| 94 | 11001 | 16.10.2000 | 26.10.2000 | 7320 | 95 | 11352 | 24.10.2000 | 31.10.2000 | 7410 |
| 96 | 2271 | 23.02.2001 | 01.03.2001 | 1554 | 97 | 3416 | 16.03.2001 | 22.03.2001 | 2136 |
| 98 | 4659 | 20.04.2001 | 26.04.2001 | 3108 | 99 | 5053 | 02.05.2001 | 08.05.2001 | 3441 |
| 100 | 6046 | 30.05.2001 | 07.06.2001 | 4280 | 101 | 6672 | 15.06.2001 | 21.06.2001 | 4658 |
| 102 | 9800 | 05.09.2001 | 11.09.2001 | 7071 | 103 | 11464 | 18.10.2001 | 24.10.2001 | 8313 |
| 104 | 13293 | 05.12.2001 | 11.12.2001 | 9734 | 105 | 13369 | 06.12.2001 | 12.12.2001 | 9772 |
| 106 | 1335 | 04.02.2002 | 08.02.2002 | 7 | 107 | 2877 | 13.03.2002 | 19.03.2002 | 6 |
| 108 | 3180 | 21.03.2002 | 27.03.2002 | 5 | 109 | 5739 | 04.06.2002 | 10.06.2002 | 6 |
| 110 | 7357 | 12.07.2002 | 18.07.2002 | 8 | 111 | 8760 | 23.08.2002 | 29.08.2002 | 6/0619660 |
| 112 | 12899 | 05.12.2002 | 11.12.2002 | 6/0767210 | 113 | 13304 | 13.12.2002 | 19.12.2002 | 8/0781394 |
| 114 | 446 | 10.01.2003 | 16.01.2003 | 6/0815726 | 115 | 812 | 20.01.2003 | 24.01.2003 | 6/0829220 |
| 116 | 8158 | 17.07.2003 | 23.07.2003 | 6/1097520 | 117 | 8539 | 25.07.2003 | 31.07.2003 | 5/1110594 |
| 118 | 9817 | 01.09.2003 | 05.09.2003 | 7/1159940 | 119 | 10225 | 10.09.2003 | 16.09.2003 | 6/1173234 |
| 120 | 11447 | 10.10.2003 | 16.10.2003 | 7/1217022 | 121 | 12763 | 07.11.2003 | 14.11.2003 | 7/1261038 |
| 122 | 13227 | 18.11.2003 | 24.11.2003 | 6/1274346 | 123 | 4794 | 20.04.2004 | 26.04.2004 | 6/2232064 |
| 124 | 7858 | 02.07.2004 | 08.07.2004 | 7/2349906 | 125 | 8250 | 12.07.2004 | 16.07.2004 | 6/2362582 |
| 126 | 10154 | 30.08.2004 | 03.09.2004 | 6/2434406 | 127 | 13197 | 09.11.2004 | 15.11.2004 | 5/2542938 |
| 128 | 14757 | 10.12.2004 | 16.12.2004 | 8/2592618 | 129 | 15243 | 20.12.2004 | 24.12.2004 | 8/2607540 |
| 130 | 1190 | 27.01.2005 | 02.02.2005 | 7/2681948 | 131 | 2832 | 03.03.2005 | 09.03.2005 | 8/2737148 |
| 132 | 3529 | 17.03.2005 | 23.03.2005 | 6/2761122 | 133 | 3886 | 29.03.2005 | 04.04.2005 | 6/2773522 |
| 134 | 8439 | 07.07.2005 | 13.07.2005 | 7/2930974 | 135 | 11489 | 21.09.2005 | 27.09.2005 | 6 |
| 136 | 14765 | 06.12.2005 | 12.12.2005 | 7/3143156 | 137 | 1097 | 24.01.2006 | 30.01.2006 | 8/3218444 |
| 138 | 5643 | 27.04.2006 | 03.05.2006 | 7/3359024 | 139 | 6342 | 12.05.2006 | 18.05.2006 | 6/3380724 |
| 140 | 9733 | 24.07.2006 | 28.07.2006 | 6/3488258 | 141 | 10580 | 14.08.2006 | 18.08.2006 | 7/3513130 |
| 142 | 12315 | 26.09.2006 | 02.10.2006 | 7/3572940 | 143 | 14497 | 14.11.2006 | 20.11.2006 | 7/3643020 |
| 144 | 903 | 19.01.2007 | 25.01.2007 | 8/3741052 | 145 | 2782 | 27.02.2007 | 05.03.2007 | 6/3807512 |
| 146 | 5503 | 24.04.2007 | 30.04.2007 | 6/3908814 | 147 | 6275 | 10.05.2007 | 16.05.2007 | 7/3934090 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 148 | 8193 | 25.06.2007 | 29.06.2007 | 8/3999472 | 149 | 11746 | 14.09.2007 | 20.09.2007 | 6/4118910 |
| 150 | 13897 | 30.10.2007 | 06.11.2007 | 7/4187454 | 151 | 14299 | 07.11.2007 | 13.11.2007 | 7/4198112 |
| 152 | 14603 | 13.11.2007 | 19.11.2007 | 7/4206798 | 153 | 14988 | 19.11.2007 | 23.11.2007 | 6/4214268 |
| 154 | 16211 | 12.12.2007 | 18.12.2007 | 8/4252528 | 155 | 1117 | 23.01.2008 | 29.01.2008 | 7/4312948 |
| 156 | 1979 | 08.02.2008 | 14.02.2008 | 7/4338990 | 157 | 2994 | 29.02.2008 | 06.03.2008 | 7/4375508 |
| 158 | 4363 | 02.04.2008 | 08.04.2008 | 7/4420546 | 159 | 7275 | 04.06.2008 | 10.06.2008 | 7/4515894 |
| 160 | 1241 | 27.01.2009 | 02.02.2009 | 10/4856482 | 161 | 1775 | 05.02.2009 | 11.02.2009 | 9/4874698 |
| 162 | 2244 | 13.02.2009 | 19.02.2009 | 10/4889638 | 163 | 2553 | 19.02.2009 | 25.02.2009 | 10/4898752 |
| 164 | 2931 | 25.02.2009 | 03.03.2009 | 7/4907066 | 165 | 4227 | 19.03.2009 | 25.03.2009 | 9/4942042 |
| 166 | 5405 | 14.04.2009 | 20.04.2009 | 8/4980356 | 167 | 17041 | 03.11.2009 | 09.11.2009 | 8/5334022 |
| 168 | 3726 | 02.03.2010 | 08.03.2010 | 9/5529534 | 169 | 11266 | 06.07.2010 | 12.07.2010 | 11/5721386 |
| 170 | 11622 | 12.07.2010 | 16.07.2010 | 9/5731746 | 171 | 13842 | 13.08.2010 | 19.08.2010 | 8/5777806 |
| 172 | 16089 | 28.09.2010 | 04.10.2010 | 8/5836506 | 173 | 16418 | 04.10.2010 | 08.10.2010 | 7/5845876 |
| 174 | 18138 | 01.11.2010 | 05.11.2010 | 9/5883276 | 175 | 19216 | 18.11.2010 | 24.11.2010 | 8/5908274 |
| 176 | 20739 | 13.12.2010 | 17.12.2010 | 11/5945172 | 177 | 316 | 05.01.2011 | 11.01.2011 | 9/5981114 |
| 178 | 1884 | 28.01.2011 | 03.02.2011 | 8/6017298 | 179 | 4084 | 03.03.2011 | 08.03.2011 | 6067334 |
| 180 | 4177 | 04.03.2011 | 09.03.2011 | 6069358 | 181 | 6299 | 08.04.2011 | 13.04.2011 | 6119382 |
| 182 | 8241 | 16.05.2011 | 19.05.2011 | 6170026 | 183 | 9870 | 16.06.2011 | 21.06.2011 | 6213722 |
| 184 | 10415 | 27.06.2011 | 30.06.2011 | 6230264 | 185 | 10775 | 01.07.2011 | 06.07.2011 | 6239750 |
| 186 | 10899 | 04.07.2011 | 08.07.2011 | 6246224 | 187 | 12154 | 22.07.2011 | 27.07.2011 | 6274992 |
| 188 | 12422 | 28.07.2011 | 03.08.2011 | 6282254 | 189 | 12773 | 05.08.2011 | 10.08.2011 | 6290670 |
| 190 | 13529 | 23.08.2011 | 26.08.2011 | 6310296 | 191 | 13932 | 01.09.2011 | 06.09.2011 | 6323644 |
| 192 | 14909 | 21.09.2011 | 26.09.2011 | 6348508 | 193 | 17192 | 31.10.2011 | 03.11.2011 | 6402742 |
| 194 | 17503 | 04.11.2011 | 09.11.2011 | 6408520 | 195 | 931 | 17.01.2012 | 20.01.2012 | 6513702 |
| 196 | 2382 | 10.02.2012 | 15.02.2012 | 6551496 | 197 | 3518 | 01.03.2012 | 06.03.2012 | 6581984 |
| 198 | 6894 | 02.05.2012 | 07.05.2012 | 6666174 | 199 | 7540 | 11.05.2012 | 16.05.2012 | 6681556 |
| 200 | 8605 | 01.06.2012 | 06.06.2012 | 6705942 | 201 | 10079 | 25.06.2012 | 28.06.2012 | 6740498 |
| 202 | 10985 | 04.07.2012 | 09.07.2012 | 6757834 | 203 | 12191 | 17.07.2012 | 20.07.2012 | 6778688 |
| 204 | 12546 | 24.07.2012 | 27.07.2012 | 6788686 | 205 | 12934 | 31.07.2012 | 06.08.2012 | 6799506 |
| 206 | 14257 | 27.08.2012 | 30.08.2012 | 6828648 | 207 | 14478 | 30.08.2012 | 04.09.2012 | 6833722 |
| 208 | 15727 | 20.09.2012 | 25.09.2012 | 6862954 | 209 | 16305 | 01.10.2012 | 04.10.2012 | 6877002 |
| 210 | 16975 | 11.10.2012 | 16.10.2012 | 6892184 | 211 | 17539 | 19.10.2012 | 24.10.2012 | 6902316 |
| 212 | 18262 | 01.11.2012 | 06.11.2012 | 6918886 | 213 | 2147 | 04.02.2013 | 07.02.2013 | 7054944 |
| 214 | 3817 | 01.03.2013 | 06.03.2013 | 7092158 | 215 | 6961 | 23.04.2013 | 26.04.2013 | 7165776 |
| 216 | 8383 | 17.05.2013 | 23.05.2013 | 7197656 | 217 | 9291 | 03.06.2013 | 06.06.2013 | 7216936 |
| 218 | 10711 | 24.06.2013 | 27.06.2013 | 942041 | 219 | 11187 | 01.07.2013 | 04.07.2013 | 957595 |
| 220 | 12219 | 16.07.2013 | 19.07.2013 | 986829 | 221 | 15044 | 10.09.2013 | 13.09.2013 | 1076429 |
| 222 | 17553 | 23.10.2013 | 28.10.2013 | 1149545 | 223 | 19164 | 15.11.2013 | 20.11.2013 | 1190435 |
| 224 | | Complément | 19.12.2013 | 7225832 | 225 | 2125 | 03.02.2014 | 06.02.2014 | 1331995 |
| 226 | 7454 | 02.05.2014 | 07.05.2014 | 1488949 | 227 | 9290 | 02.06.2014 | 05.06.2014 | 1540043 |
| 228 | 11875 | 14.07.2014 | 17.07.2014 | 1620031 | 229 | 17338 | 17.10.2014 | 22.10.2014 | 1782253 |
| 230 | 17606 | 23.10.2014 | 28.10.2014 | 1791249 | 231 | 17838 | 28.10.2014 | 31.10.2014 | 1798251 |
| 232 | 18226 | 04.11.2014 | 07.11.2014 | 1811003 | 233 | 6738 | 24.04.2015 | 29.04.2015 | 2125289 |
| 234 | 6908 | 28.04.2015 | 01.05.2015 | 2130565 | 235 | 8929 | 04.06.2015 | 09.06.2015 | 2196193 |
| 236 | 11384 | 13.07.2015 | 16.07.2015 | 2273613 | 237 | 14041 | 03.09.2015 | 08.09.2015 | 2362301 |
| 238 | 16777 | 22.10.2015 | 27.10.2015 | 2447893 | 239 | 18039 | 13.11.2015 | 18.11.2015 | 2489129 |
| 240 | 19176 | 01.12.2015 | 04.12.2015 | 2520981 | 241 | 7232 | 27.04.2016 | 02.05.2016 | 2811607 |
| 242 | 7725 | 04.05.2016 | 10.05.2016 | 2823739 | 243 | 19495 | 21.11.2016 | 24.11.2016 | 3182569 |
| 244 | 3073 | 17.02.2017 | 22.02.2017 | 3364553 | 245 | 3736 | 01.03.2017 | 06.03.2017 | 3386101 |
| 246 | 8181 | 09.05.2017 | 12.05.2017 | 3519667 | 247 | 11055 | 23.06.2017 | 28.06.2017 | 3608909 |
| 248 | 13090 | 24.07.2017 | 27.07.2017 | 3670023 | 249 | 13473 | 31.07.2017 | 04.08.2017 | 3680713 |
| 250 | 15187 | 31.08.2017 | 05.09.2017 | 3734353 | 251 | 15403 | 04.09.2017 | 07.09.2017 | 3739971 |
| 252 | 15711 | 08.09.2017 | 13.09.2017 | 3750785 | 253 | 15987 | 13.09.2017 | 18.09.2017 | 3757981 |
| 254 | 16311 | 19.09.2017 | 22.09.2017 | 3768097 | 255 | 20970 | 27.11.2017 | 30.11.2017 | 3902511 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 256 | 21334 | 01.12.2017 | 06.12.2017 | 3914707 | 257 | 21516 | 05.12.2017 | 08.12.2017 | 3920799 |
| 258 | 3160 | 14.02.2018 | 19.02.2018 | 4064681 | 259 | 4237 | 01.03.2018 | 06.03.2018 | 4094657 |
| 260 | 7485 | 20.04.2018 | 25.04.2018 | 4194147 | 261 | 7738 | 25.04.2018 | 30.04.2018 | 4202723 |
| 262 | 8040 | 30.04.2018 | 03.05.2018 | 4210889 | 263 | 12528 | 06.07.2018 | 11.07.2018 | 4352275 |
| 264 | 21000 | 13.11.2018 | 16.11.2018 | 1004500066 | 265 | 44 | 02.01.2019 | 07.01.2019 | 1004534893 |
| 266 | 3194 | 13.02.2019 | 18.02.2019 | 1004569236 | 267 | 8227 | 29.04.2019 | 02.05.2019 | 1004622098 |
| 268 | 12665 | 03.07.2019 | 08.07.2019 | 1004670677 | 269 | 14740 | 02.08.2019 | 07.08.2019 | 1004691662 |
| 270 | 16540 | 03.09.2019 | 06.09.2019 | 1004711453 | 271 | 22512 | 02.12.2019 | 05.12.2019 | 1004776339 |
| 272 | 22941 | 06.12.2019 | 11.12.2019 | 1004781060 | 273 | 23740 | 17.12.2019 | 20.12.2019 | 1004790147 |
| 274 | 24115 | 20.12.2019 | 27.12.2019 | 1004794470 | 275 | 3590 | 19.02.2020 | 24.02.2020 | 1004837696 |
| 276 | 4260 | 28.02.2020 | 04.03.2020 | 1004845023 | | | | | |

Geneva, 09 march 2020

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**



# ROMTRANSLATION, INC.

| 3280 Sunrise Hwy, #52 | 360 Valverde Lane |
|---|---|
| Wantagh, NY 11793-4024 | St. Augustine, FL 32086 |

Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a __Business Registration (page 1)__ bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By: ROXANA DINU
Translator

State of New York
County of Suffolk

Sworn and subscribed before me this 10th day of March, 2020

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368