# Exhibit 16a



# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: CH-020.3.902.729-4/a on: | CH-020.3.902.729-4 | 1 |
|---|---|---|---|---|---|---|
| CHE-103.151.630 | Limited or Corporation | 20.05.1974 | | | | |

All datas

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 15 | ~~Banco Bilbao Vizcaya (Schweiz) AG~~ | 1 | Zürich |
| 1 | 15 | ~~(Banco Bilbao Vizcaya (Suisse) SA) (Banco Bilbao Vizcaya (Suiza) SA) (Banco Bilbao Vizcaya (Switzerland) Ltd)~~ | | |
| 15 | 21 | ~~BBV Privanza Bank (Switzerland) Ltd~~ | | |
| 21 | 30 | ~~BBVA Privanza Bank (Suiza) SA~~ | | |
| 21 | 30 | ~~(BBVA Privanza Bank (Switzerland) Ltd.) (BBVA Privanza Bank (Schweiz) AG) (BBVA Privanza Bank (Suisse) SA)~~ | | |
| 30 | 81 | ~~BBVA (Suiza) SA~~ | | |
| 30 | 81 | ~~(BBVA (Switzerland) Ltd) (BBVA (Schweiz) AG) (BBVA (Suisse) SA)~~ | | |
| 81 | | **BBVA SA** | | |
| 81 | | (BBVA Ltd.) (BBVA AG) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 4 | ~~40'000'000.00~~ | ~~40'000'000.00~~ | ~~40'000 Namenaktien zu CHF 1'000.00~~ | 1 | 11 | ~~Tödistrasse 60~~ |
| 4 | 21 | ~~40'500'000.00~~ | ~~40'500'000.00~~ | ~~40'500 Namenaktien zu CHF 1'000~~ | | | ~~8002 Zürich~~ |
| 21 | | 72'500'000.00 | 72'500'000.00 | 72'500 Namenaktien zu CHF 1'000.00 | 11 | 22 | ~~Neumühlequai 6~~ |
| | | | | | | | ~~8001 Zürich~~ |
| | | | | | 22 | 57 | ~~Zeltweg 63~~ |
| | | | | | | | ~~8032 Zürich~~ |
| | | | | | 57 | | Selnaustrasse 32/36 |
| | | | | | | | 8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | 15 | ~~Betrieb einer Handelsbank mit in den Statuten näher umschriebenen Geschäftszweigen; kann auch Liegenschaften erwerben und sich an Immobiliengesellschaften beteiligen. Der Tätigkeitsbereich erstreckt sich auf die Schweiz und das Ausland.~~ | | | |
| 15 | 21 | ~~Betrieb einer Handels- und Vermögensverwaltungsbank, zur Hauptsache: Entgegennahme von Geldern in allen banküblichen Formen einschliesslich Spareinlagen; Ausleihung von Geldern, insbesondere Gewährung von Krediten aller Art mit und ohne Deckung; Abgabe von Bürgschaften und Garantien für eigene und fremde Rechnung; An- und Verkauf von Wertpapieren, Derivaten, anderen Effekten, Devisen und Edelmetallen für eigene und fremde Rechnung; Übernahme und/oder Plazierung von Aktien, Obligationen und anderen Wertpapieren in- und ausländischer Emittenten für eigene und fremde Rechnung; Errichten und Verwalten von bankinternen Sondervermögen; Anlageberatung, Vermögensverwaltung und Treuhandgeschäfte aller Art sowie damit zusammenhängende Dienstleistungen; Verwahrung und Verwaltung von Wertpapieren und Wertgegenständen, Vermietung von Tresorfächern; Abwicklung des Zahlungsverkehrs, Vermittlung von Akkreditiven sowie Erledigung von Inkassogeschäften aller Art; Changegeschäft; andere banküblische Dienstleistungsgeschäfte; Abwicklung von Geschäften für eigene Rechnung, die im Zusammenhang mit der Haupttätigkeit stehen, wie Geldanlagen und Geldaufnahmen; kann Liegenschaften erwerben sowie sich an Gesellschaften beteiligen.~~ | | | |
| 21 | | Betrieb einer Handels- und Vermögensverwaltungsbank; zur Hauptsache: Entgegennahme von Geldern in allen banküblichen Formen einschliesslich Spareinlagen; Ausleihung von Geldern, insbesondere Gewährung von Krediten aller Art mit und ohne Deckung; Abgabe von Bürgschaften und Garantien für eigene und fremde Rechnung; An- und Verkauf von Wertpapieren, Derivaten, anderen Effekten, Devisen und Edelmetallen für eigene und fremde Rechnung; Übernahme und/oder Plazierung von Aktien, Obligationen und anderen Wertpapieren in- und ausländischer Emittenten für eigene und fremde Rechnung; Errichten und Verwalten von bankinternen Sondervermögen; Zeichnungsstelle und Depotbank von Anlagefonds; Anlageberatung, Vermögensverwaltung und Treuhandgeschäfte aller Art sowie damit zusammenhängende Dienstleistungen; treuhänderische | | | |


# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 2 |
|---|---|---|---|

All datas

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
|  |  | Durchführung jeder Art von Finanzgeschäften; Verwahrung und Verwaltung von Wertpapieren und Wertgegenständen, Vermietung von Tresorfächern; Abwicklung des Zahlungsverkehrs, Vermittlung von Akkreditiven sowie Erledigung von Inkassogeschäften aller Art; Ausstellung von Checks und Kreditbriefen; Changegeschäft; andere banktübliche Dienstleistungsgeschäfte; Abwicklung von Geschäften für eigene Rechnung, die im Zusammenhang mit der Haupttätigkeit stehen, wie Geldanlagen und Geldaufnahmen; kann Liegenschaften erwerben sowie sich an Gesellschaften beteiligen. |  |  |  |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 15 |  | Mitteilungen an die Aktionäre erfolgen durch schriftliche Mitteilung oder, soweit das Gesetz nicht zwingend etwas anderes bestimmt, durch Veröffentlichung im Publikationsorgan. | 1 | 22.12.1988 |
|  |  |  | 4 | 18.12.1991 |
| 15 |  | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 15 | 12.09.1997 |
|  |  |  | 21 | 14.04.2000 |
|  |  |  | 30 | 09.07.2003 |
|  |  |  | 81 | 18.06.2019 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 4 |  | Übernimmt bei der Kapitalerhöhung vom 18.12.1991 alle 7'500 Aktien zu CHF 1'000.-- der Bilbao Vizcaya Finanz AG, in Zürich, deren Aktienkapital von CHF 7'500'000.-- mit CHF 5'500'000.-- liberiert ist, zum Preise von CHF 5'507'839.--. Die Gesellschaft übernimmt anschliessend auf dem Wege der Fusion die Bilbao Vizcaya Finanz AG, in Zürich. Aktiven und Passiven der übernommenen Gesellschaft gehen gemäss Fusionsvertrag vom 17.12.1991 und Fusionsbilanz per 01.01.1991 im Sinne von Art. 748 OR auf die übernehmende Gesellschaft über, die bereits alle Aktien der übernommenen Gesellschaft besitzt. Dabei erlöschen diese Aktien, und das Aktienkapital der Gesellschaft bleibt ohne weitere Änderung. | 1 | SHAB |
| 21 |  | Fusion: Die Gesellschaft übernimmt bei der Kapitalerhöhung vom 14.04.2000 die Banco Exterior (Suiza) SA, in Zürich, durch Fusion. Aktiven von CHF 606'521'902.-- und Passiven von CHF 540'275'970.-- gehen gemäss Fusionsbilanz per 31.10.1999 durch Universalsukzession auf die Gesellschaft über; der Erhöhungsbetrag wurde entsprechend dem Fusionsvertrag liberiert. Die Aktionäre der übernommenen Gesellschaft erhalten dafür 32'000 vollliberierte Namenaktien zu CHF 1'000.-- der übernehmenden Gesellschaft. |  |  |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | | Zürich | 3 |
|---|---|---|---|---|

All datas

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | (Transfer) | | (Transfer) | | | 42 | 16024 | 13.06.2006 | 116 | 19.06.2006 | 20 / 3423006 |
| | 1 | | | 182 | 19.09.1990 | 3750 | | 43 | 20953 | 28.07.2006 | 149 | 04.08.2006 | 17 / 3494736 |
| | 2 | 7986 | 23.04.1991 | 85 | 03.05.1991 | 1883 | | 44 | 21770 | 09.08.2006 | 156 | 15.08.2006 | 16 / 3507682 |
| | 3 | 14923 | 30.07.1991 | 153 | 12.08.1991 | 3495 | | 45 | 31893 | 27.11.2006 | 234 | 01.12.2006 | 22 / 3661154 |
| | 4 | 23834 | 19.12.1991 | 3 | 08.01.1992 | 44 | | 46 | 20145 | 16.07.2007 | 139 | 20.07.2007 | 23 / 4035112 |
| | 5 | 22150 | 23.12.1992 | 6 | 11.01.1993 | 113 | | 47 | 3719 | 06.02.2008 | 29 | 12.02.2008 | 20 / 4335224 |
| | 6 | 5910 | 02.04.1993 | 74 | 19.04.1993 | 1853 | | 48 | 16125 | 11.06.2008 | 115 | 17.06.2008 | 22 / 4524904 |
| | 7 | 13679 | 20.07.1993 | 148 | 03.08.1993 | 4056 | | 49 | 22164 | 06.08.2008 | 154 | 12.08.2008 | 21 / 4608374 |
| | 8 | 7755 | 19.04.1994 | 80 | 26.04.1994 | 2255 | | 50 | N 31216 | 04.11.2008 | N 218 | 10.11.2008 | 24 / 4725060 |
| | 9 | 25718 | 12.12.1994 | 246 | 19.12.1994 | 6897 | | 51 | 33406 | 24.11.2008 | 232 | 28.11.2008 | 24 / 4754750 |
| | 10 | 1019 | 17.01.1995 | 15 | 23.01.1995 | 403 | | 52 | 5773 | 10.02.2009 | 31 | 16.02.2009 | 30 / 4881892 |
| | 11 | 10512 | 23.05.1995 | 103 | 30.05.1995 | 3009 | | 53 | 48747 | 14.12.2009 | 246 | 18.12.2009 | 31 / 5400536 |
| | 12 | 14642 | 14.07.1995 | 139 | 20.07.1995 | 4087 | | 54 | 9082 | 02.03.2010 | 46 | 08.03.2010 | 26 / 5528780 |
| | 13 | 13357 | 23.06.1997 | 121 | 27.06.1997 | 4472 | | 55 | 25350 | 12.07.2011 | 136 | 15.07.2011 | 6256356 |
| | 14 | 20187 | 05.09.1997 | 174 | 11.09.1997 | 6699 | | 56 | 41589 | 18.11.2011 | 228 | 23.11.2011 | 6429534 |
| | 15 | 21866 | 24.09.1997 | 187 | 30.09.1997 | 7151 | | 57 | 42655 | 29.11.2011 | 235 | 02.12.2011 | 6441254 |
| | 16 | 25246 | 05.11.1997 | 217 | 11.11.1997 | 8189 | | 58 | 10373 | 22.03.2012 | 61 | 27.03.2012 | 6611370 |
| | 17 | 3394 | 09.02.1998 | 30 | 13.02.1998 | 1100 | | 59 | 13515 | 20.04.2012 | 80 | 25.04.2012 | 6652916 |
| | 18 | 19089 | 31.08.1998 | 171 | 04.09.1998 | 6119 | | 60 | 42685 | 13.12.2012 | 246 | 18.12.2012 | 6980842 |
| | 19 | 27599 | 14.12.1999 | 247 | 20.12.1999 | 8598 | | 61 | 14407 | 02.05.2013 | 87 | 07.05.2013 | 7178736 |
| | 20 | 7799 | 30.03.2000 | 68 | 05.04.2000 | 2268 | | 62 | 23572 | 24.07.2013 | 144 | 29.07.2013 | 1002573 |
| | 21 | 10049 | 26.04.2000 | 85 | 02.05.2000 | 2920 | | 63 | 27429 | 20.08.2014 | 162 | 25.08.2014 | 1677947 |
| | 22 | 9869 | 12.04.2001 | 76 | 20.04.2001 | 2926 | | 64 | 35806 | 29.10.2014 | 212 | 03.11.2014 | 1799555 |
| | 23 | 25277 | 25.09.2001 | 189 | 01.10.2001 | 7615 | | 65 | 8334 | 04.03.2015 | 46 | 09.03.2015 | 2029515 |
| | 24 | 6312 | 11.03.2002 | 52 | 15.03.2002 | 20 / 386142 | | 66 | 21670 | 19.06.2015 | 119 | 24.06.2015 | 2225749 |
| | 25 | 16305 | 02.07.2002 | 129 | 08.07.2002 | 19 / 547250 | | 67 | 27695 | 04.08.2015 | 151 | 07.08.2015 | 2310819 |
| | 26 | 18800 | 26.07.2002 | 147 | 02.08.2002 | 16 / 586472 | | 68 | B 29771 | 25.08.2015 | B 166 | 28.08.2015 | 2343745 |
| | 27 | 23250 | 19.09.2002 | 185 | 25.09.2002 | 16 / 655876 | | 69 | 43492 | 11.12.2015 | 244 | 16.12.2015 | 2542201 |
| | 28 | 6687 | 10.03.2003 | 50 | 14.03.2003 | 16 / 903684 | | 70 | N 44751 | 18.12.2015 | N 249 | 23.12.2015 | 2559343 |
| | 29 | 12679 | 14.05.2003 | 95 | 20.05.2003 | 20 / 997198 | | 71 | 8473 | 03.03.2016 | 47 | 08.03.2016 | 2709273 |
| | 30 | 23459 | 18.08.2003 | 160 | 22.08.2003 | 17 / 1139832 | | 72 | 9494 | 11.03.2016 | 53 | 16.03.2016 | 2725783 |
| | 31 | 26432 | 17.09.2003 | 182 | 23.09.2003 | 20 / 1182594 | | 73 | 31387 | 08.09.2016 | 177 | 13.09.2016 | 3051149 |
| | 32 | 35950 | 18.12.2003 | 248 | 24.12.2003 | 27 / 2048944 | | 74 | 16534 | 10.05.2017 | 93 | 15.05.2017 | 3520975 |
| | 33 | 14082 | 21.05.2004 | 101 | 27.05.2004 | 15 / 2279744 | | 75 | 34121 | 02.10.2017 | 193 | 05.10.2017 | 3790867 |
| | 34 | 26850 | 21.09.2004 | 187 | 27.09.2004 | 17 / 2466176 | | 76 | 6690 | 15.02.2018 | 35 | 20.02.2018 | 4065513 |
| | 35 | 33332 | 23.11.2004 | 232 | 29.11.2004 | 21 / 2563726 | | 77 | 22728 | 26.06.2018 | 124 | 29.06.2018 | 4323967 |
| | 36 | 5776 | 24.02.2005 | 43 | 02.03.2005 | 21 / 2724396 | | 78 | 35160 | 02.10.2018 | 193 | 05.10.2018 | 1004469991 |
| | 37 | 8621 | 23.03.2005 | 62 | 31.03.2005 | 20 / 2769908 | | 79 | 4411 | 28.01.2019 | 21 | 31.01.2019 | 1004554953 |
| | 38 | 15538 | 03.06.2005 | 110 | 09.06.2005 | 23 / 2873948 | | 80 | 20004 | 23.05.2019 | 102 | 28.05.2019 | 1004639323 |
| | 39 | 22982 | 16.08.2005 | 161 | 22.08.2005 | 17 / 2982060 | | 81 | 25646 | 02.07.2019 | 128 | 05.07.2019 | 1004668459 |
| | 40 | 32369 | 29.11.2005 | 236 | 05.12.2005 | 24 / 3133246 | | 82 | 41082 | 23.10.2019 | 208 | 28.10.2019 | 1004745728 |
| | 41 | 5419 | 21.02.2006 | 40 | 27.02.2006 | 22 / 3261916 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 5 | ~~de Ybarra y Churruca, Emilio, spanischer Staatsangehöriger, in Bilbao~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 5 | ~~Mas Montanés, Enrique, spanischer Staatsangehöriger, in Madrid~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 15 | ~~Prodolliet, René, von Yens und Zürich, in Basel~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 5 | ~~Frey, Dr. Hans R., von Zürich und Meilen, in Zollikon~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 4 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 |  | 20 | Füglistaller, Dieter B., von Basel, in Binningen | member of the board of directors | joint signature at two |
| 1 |  | 2 | Gil del Pino, Antonio, spanischer Staatsangehöriger, in Madrid | member of the board of directors | joint signature at two |
| 1 |  | 9 | Huser, Eberhard, von Wettingen, in Rüschlikon | member of the board of directors | joint signature at two |
| 1 |  | 9 | Magro Mas, Alejandro, spanischer Staatsangehöriger, in Madrid | member of the board of directors | joint signature at two |
| 1 |  | 15m | Wiederkehr, Dr. Georg, von Zürich und Spreitenbach, in Freienbach | member of the board of directors | joint signature at two |
| 1 |  | 23 | Rosello, Alfredo, spanischer Staatsangehöriger, in Kilchberg ZH | general director | joint signature at two |
| 1 |  | 25 | Magermans, Richard, belgischer Staatsangehöriger, in Zürich | assistant general director | joint signature at two |
| 1 |  | 17 | Cornes Diaz, José-Luis, spanischer Staatsangehöriger, in Oberrieden | Deputy Director | joint signature at two |
| 1 |  | 5 | Gonzalez Moya, Rafael, spanischer Staatsangehöriger, in Rüschlikon | Deputy Director | joint signature at two |
| 1 |  | 5 | Gross, Bernhard, von Riniken, in Spreitenbach | vice-director | joint signature at two |
| 1 |  | 7 | Vögeli, Jürg, von Kilchberg ZH, in Stäfa | vice-director | joint signature at two |
| 1 |  | 5 | Ascariz Frei, Amaya, von Rietheim, in Oberehrendingen |  | joint agent signature at two |
| 1 |  | 6 | Fischer, Erika, von Winterthur, in Uitikon |  | joint agent signature at two |
| 2 |  | 55 | Keller, Edwin, von Roggwil TG, in Volketswil | vice-director | joint signature at two |
| 2 |  | 5 | Fedier, Anton, von Silenen, in Thalwil |  | joint agent signature at two |
| 3 |  | 22 | Honegger, Romolo D., von Zürich, in Regensberg | vice-director | joint signature at two |
| 5 |  | 9 | Abril, Luis, spanischer Staatsangehöriger, in Madrid (Spanien) | president of the board of directors | joint signature at two |
| 5 |  | 9m | Caro, Alonso, spanischer Staatsangehöriger, in Madrid (Spanien) | vicepresident of the board of directors | joint signature at two |
| 5 |  | 53 | Niederer, Dr. Hans, von Trogen, in Ottenbach | member of the board of directors | joint signature at two |
| 5 |  | 23 | Martinez Alava, José Angel, spanischer Staatsangehöriger, in Wädenswil | Deputy Director | joint signature at two |
| 5 |  | 10m | Schirinzi, José Manuel, italienischer Staatsangehöriger, in Wettingen |  | joint agent signature at two |
| 5 |  | 22 | KPMG Fides Peat, in Zürich | auditor |  |
| 8 |  | 12m | Ibanez, Rodolfo H., von Basel und Nusshof, in Herrliberg | vice-director | joint signature at two |
|  | 9 | 15 | Caro, Alonso, spanischer Staatsangehöriger, in Madrid (Spanien) | president of the board of directors | joint signature at two |
| 9 |  | 20 | Madina Loidi, José, spanischer Staatsangehöriger, in Vizcaya (E) | member of the board of directors | joint signature at two |
|  | 10 | 40 | Schirinzi, José Manuel, italienischer Staatsangehöriger, in Zürich | vice-director | joint signature at two |
|  | 12 | 33 | Ibanez, Rodolfo H., von Basel und Nusshof, in Herrliberg | Deputy Director | joint signature at two |
| 13 |  | 15m | Delclaux Zulueta, Carlos, spanischer Staatsangehöriger, in Las Arenas (Spanien) | member of the board of directors | joint signature at two |
| 13 |  | 52 | Redondo Grande, José Antonio, spanischer Staatsangehöriger, in Adliswil | director | joint signature at two |
| 14 |  | 23 | Jimenez Llubera, Enrique, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 14 |  | 22 | Rohner, Laura-Maria, von Herisau, in Hedingen |  | joint agent signature at two |
| 14 |  | 18 | Schmid, Daniel, von Basel, in Dürnten |  | joint agent signature at two |
|  | 15 | 25 | Delclaux Zulueta, Carlos, spanischer Staatsangehöriger, in Las Arenas (Spanien) | president of the board of directors | joint signature at two |
|  | 15 | 46m | Wiederkehr, Dr. Georg, von Zürich und Spreitenbach, in Freienbach | vicepresident of the board of directors | joint signature at two |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 5 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|----|----|----|---------------|----------|-----------|
| 15 |    | 20 | Zubiría, Manuel, spanischer Staatsangehöriger, in Key Biscayne (USA) | member of the board of directors | joint signature at two |
| 16 |    | 20 | Hirter, Wilhelm, von Basel, in Hofstetten SO | member of the board of directors | joint signature at two |
| 18 |    | 25 | Escobar Dominguez, Manuel, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 18 |    | 25m | Straumann, Martin, von Feuerthalen, in Feuerthalen |  | joint agent signature at two |
| 19 |    | 25 | Alemann, Andrea, von Farnern, in Zürich |  | joint agent signature at two |
| 19 |    | 22 | Zuazua, Marta, von Oberengstringen, in Zürich |  | joint agent signature at two |
| 20 |    | 53m | Altorfer, Dr. Peter, von Uster und Zürich, in Küsnacht ZH | member of the board of directors | joint signature at two |
| 20 |    | 73m | Huber, Dr. Michael, von Zürich und Krauchthal, in Erlenbach ZH | member of the board of directors | joint signature at two |
| 20 |    | 22 | Parias, Cristina, spanische Staatsangehörige, in Madrid (E) | member of the board of directors | joint signature at two |
| 20 |    | 26 | Rodero, Vicente, spanischer Staatsangehöriger, in Bilbao (E) | member of the board of directors | joint signature at two |
| 21 |    | 33 | Sanchez Alvarez, Manuel, spanischer Staatsangehöriger, in Meilen | assistant general director | joint signature at two |
| 21 |    | 22 | Duran Del Cerro, Pedro, spanischer Staatsangehöriger, in Fehraltorf | vice-director | joint signature at two |
| 21 |    | 60m | Fernan Caminas, Vicente José, spanischer Staatsangehöriger, in Zürich | vice-director | joint signature at two |
| 21 |    | 54 | Franco Rojas, Jose Luis, spanischer Staatsangehöriger, in Zürich | vice-director | joint signature at two |
| 21 |    | 76 | Ginés Torres, Fidel, spanischer Staatsangehöriger, in Felben-Wellhausen | vice-director | joint signature at two |
| 21 |    | 23 | Rutschmann, Rosmarie, von Wasterkingen, in Urdorf |  | joint agent signature at two |
| 21 |    | 22 | Sala, Ramon Antonio, von Dietikon, in Jonen |  | joint agent signature at two |
| 21 |    | 22 | Ugarte, Isabel Margarita, von Zürich und Schaffhausen, in Zürich |  | joint agent signature at two |
| 21 |    | 33 | Diez Torres-Bayona, Isabel, spanische Staatsangehörige, in Winterthur |  | joint agent signature at two limited to the main office |
| 22 |    | 26 | Fontana, Pedro, spanischer Staatsangehöriger, in Mont-Ras (E) | member of the board of directors | joint signature at two |
| 22 |    | 40 | Gerber, Hanspeter, von Aarwangen, in Waldshut (D) |  | joint agent signature at two |
| 22 |    | 28 | Arthur Andersen AG, in Zürich | auditor |  |
| 23 |    | 32 | Tobal de Alaiz, Carlos, spanischer Staatsangehöriger, in Zürich | general director | joint signature at two |
| 23 |    | 37 | Perez Alvarez, Mariano, spanischer Staatsangehöriger, in Oberrieden | director | joint signature at two |
| 23 |    | 46 | Durán, Antonio, spanischer Staatsangehöriger, in Zürich | vice-director | joint signature at two |
| 23 |    | 48m | Berasaluce Elejabarrieta, Iñigo, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 23 |    | 30m | Maeso-Wolf, Hannelore, deutsche Staatsangehörige, in Küsnacht ZH |  | joint agent signature at two |
| 23 |    | 33 | Perez Sanjuan, Alicia, spanische Staatsangehörige, in Zürich |  | joint agent signature at two |
| 23 |    | 25m | Trüb, Nicolas, von Kloten, in Zürich |  | joint agent signature at two |
| 24 |    | 45 | Escobar, Manuel, spanischer Staatsangehöriger, in Zürich | vice-director | joint signature at two |
| 24 |    | 31m | Paul, Alan, von Männedorf, in Männedorf |  | joint agent signature at two |
| 24 |    | 37 | San Martin, Juan Carlos, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 25 |    | 29 | Senent, Carlos, spanischer Staatsangehöriger, in Madrid (Spanien) | president of the board of directors | joint signature at two |
| 25 |    | 29 | Gomez Bravo, Luisa, spanische Staatsangehörige, in Madrid (Spanien) | member of the board of directors | joint signature at two |
| 25 |    | 44 | Suardiaz, Guillermo, spanischer Staatsangehöriger, in Madrid (Spanien) | member of the board of directors | joint signature at two |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 6 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 25 |  | 60m | Sanz de Andino, Luis Maria, spanischer Staatsangehöriger, in Zürich | director | joint signature at two |
|  | 25 | 30 | Straumann, Martin, von Feuerthalen, in Erlenbach ZH |  | joint agent signature at two |
|  | 25 | 37 | Trüb, Nicolas, von Kloten, in Erlenbach ZH |  | joint agent signature at two |
| 27 |  | 30 | Dos Santos Chora, António, portugiesischer Staatsangehöriger, in Lausanne | vice-director | joint signature at two |
| 27 |  | 47 | Guntern, Irene, von Grafschaft, in Meilen |  | joint agent signature at two |
| 28 |  | 44 | Ernst & Young AG, in Zürich | auditor |  |
| 29 |  | 44 | Galatas Sanchez-Harguindey, Manuel, spanischer Staatsangehöriger, in Madrid (E) | president of the board of directors | joint signature at two |
| 29 |  | 44m | Perez Barrio, Miguel, spanischer Staatsangehöriger, in Madrid (E) | member of the board of directors | joint signature at two |
| 30 |  | 40 | Valls Roca, Miquel, andorranischer Staatsangehöriger, in Kilchberg ZH | assistant general director | joint signature at two |
|  | 30 | 31m | Maeso-Wolf, Hannelore, von Gansingen, in Küsnacht ZH |  | joint agent signature at two |
| 31 |  | 76 | Moreiras Menor, Fernando, spanischer Staatsangehöriger, in Zürich | director | joint signature at two |
| 31 |  | 40 | Anania, Gloria Analia, italienische Staatsangehörige, in Zürich | vice-director | joint signature at two |
|  | 31 | 38m | Maeso-Wolf, Hannelore, von Gansingen, in Küsnacht ZH | vice-director | joint signature at two |
| 31 |  | 55 | Martin Marzo, Jose, spanischer Staatsangehöriger, in Thalwil | vice-director | joint signature at two |
|  | 31 | 38m | Paul, Alan, von Männedorf, in Männedorf | vice-director | joint signature at two |
| 31 |  | 40 | Torrell Clavero, Francisco Javier, spanischer Staatsangehöriger, in Zumikon | vice-director | joint signature at two |
| 31 |  | 45 | Alemann, Andrea, von Farnern, in Regensdorf |  | joint agent signature at two |
| 31 |  | 46 | Domenech Roca, Jaume, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 31 |  | 53 | Krstic, Oliver, serbisch-montenegrinischer Staatsangehöriger, in Luzern |  | joint agent signature at two |
| 31 |  | 37 | Lüssi, Rainer, von Affoltern am Albis, in Fehraltorf |  | joint agent signature at two |
| 31 |  | 42m | Pedrosa, Sergio, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 31 |  | 40 | Perez Gandarias, Diego Ricardo, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 31 |  | 40 | Puig Fabregas, Javier, spanischer Staatsangehöriger, in Zollikon |  | joint agent signature at two |
| 32 |  | 45 | Ferrer, José Luis, spanischer Staatsangehöriger, in Küsnacht ZH | general director | joint signature at two |
| 32 |  | 38m | Arranz Perez, Francisco Javier, spanischer Staatsangehöriger, in Zollikon |  | joint agent signature at two |
| 32 |  | 47 | Moreno Cabrales, Jaime, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 32 |  | 38m | Jimenez Cano, Luis, spanischer Staatsangehöriger, in Küsnacht ZH |  | joint agent signature at two |
| 33 |  | 46 | Lutch, Simon, britischer Staatsangehöriger, in Zollikon | director | joint signature at two |
| 33 |  | 49m | Cadalbert, Marco, von Rueun, in Zürich |  | joint agent signature at two |
| 33 |  | 38m | Huertas Romero, Juan Salvador, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 33 |  | 64m | Menzi, Martin, von Filzbach, in Zürich |  | joint agent signature at two |
| 34 |  | 45 | Azpitarte Raez, Ainhoa Begona, von Entlebuch, in Wollerau |  | joint agent signature at two |
| 34 |  | 48m | Garcia Garcia, Alejandro, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 34 |  | 45 | Rodriguez Alvarez, Angel, spanischer Staatsangehöriger, in Regensdorf |  | joint agent signature at two |
| 34 |  | 40 | Vargas Hurtado de Amezaga, José, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
| 35 |  | 40 | Forne Angrill, Olga, andorranische Staatsangehörige, in Kilchberg ZH |  | joint agent signature at two |
| 36 |  | 40 | Fernandez de Cordoba Martos, Carlos, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 7 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 38 | 60m | ~~Arranz Perez, Francisco Javier, spanischer Staatsangehöriger, in Zollikon~~ | director | ~~joint signature at two~~ |
| 38 |  | 40 | ~~Fernandez Ponsati, Montserrat, spanische Staatsangehörige, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 38 |  | 55 | ~~Fuertes Marraco, Pablo, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
|  | 38 | 53 | ~~Huertas Romero, Juan Salvador, spanischer Staatsangehöriger, in Zürich~~ | director | ~~joint signature at two~~ |
|  | 38 | 51 | ~~Jimenez Cano, Luis, spanischer Staatsangehöriger, in Küsnacht ZH~~ | director | ~~joint signature at two~~ |
|  | 38 | 60m | ~~Maeso-Wolf, Hannelore, von Gansingen, in Küsnacht ZH~~ | director | ~~joint signature at two~~ |
|  | 38 | 50 | ~~Paul, Alan, von Männedorf, in Männedorf~~ | director | ~~joint signature at two~~ |
| 39 |  | 66 | ~~Vergarajauregui Heiniger, Fernando Javier, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 39 |  | 53m | ~~Yagüez Juarez, José Luis, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 40 |  | 47 | ~~Solis Cano, Felipe José, spanischer Staatsangehöriger, in Zürich~~ | director | ~~joint signature at two~~ |
| 40 |  | 47 | ~~Herrlinger, Uwe Peter, deutscher Staatsangehöriger, in Zürich~~ | vice-director | ~~joint signature at two~~ |
| 40 |  | 46 | ~~Oliver Payarols, Pedro Luis, spanischer Staatsangehöriger, in Erlenbach ZH~~ | vice-director | ~~joint signature at two~~ |
| 40 |  | 52 | ~~Piqueras Bouillon, Orlando, spanischer Staatsangehöriger, in Dübendorf~~ | vice-director | ~~joint signature at two~~ |
| 40 |  | 68m | ~~Caballero Navarro, Roque, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 40 |  | 51 | ~~Judd, Victoria, britische Staatsangehörige, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 40 |  | 48m | ~~Munoz Montes, Beatriz, spanische Staatsangehörige, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 40 |  | 47 | ~~Rodriguez Garcia, Antoni, andorranischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 40 |  | 64 | ~~Rub, Friedrich Heinz, von Böttstein, in Zofingen~~ |  | ~~joint agent signature at two~~ |
| 40 |  |  | Tapia, Bonifacio, spanischer Staatsangehöriger, in Herrliberg |  | joint agent signature at two |
| 40 |  | 53 | ~~Wilson, Daniel, von Porrentruy, in Winterthur~~ |  | ~~joint agent signature at two~~ |
| 41 |  | 52m | ~~Apalategui Lamelas, Diego Jose, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 41 |  |  | Moreno Gracia, Rocio, spanische Staatsangehörige, in Zürich |  | joint agent signature at two |
|  | 42 | 60m | ~~Pedrosa, Sergio, spanischer Staatsangehöriger, in Zürich~~ | vice-director | ~~joint signature at two~~ |
| 42 |  | 49m | ~~Burgaleta Lopez de Haro, Santiago, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 43 |  | 46 | ~~De Arriba Torres, Manuel, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 43 |  | 55 | ~~Fuchs, Michael Paul, von Basel, in Zürich~~ |  | ~~joint agent signature at two~~ |
|  | 44 | 46 | Perez Barrio, Miguel, spanischer Staatsangehöriger, in Madrid (E) | president of the board of directors | joint signature at two |
| 44 |  | 48 | Fernandez-Pacheco Ruiz-Villar, Sergio, spanischer Staatsangehöriger, in Madrid (E) | member of the board of directors | joint signature at two |
| 44 |  | 47m | ~~Vicario Montoya, Roberto, spanischer Staatsangehöriger, in Madrid (E)~~ | member of the board of directors | joint signature at two |
| 44 |  | 60m | ~~Deloitte AG, in Zürich~~ | auditor |  |
| 45 |  | 64 | ~~Estevez, Marin, spanischer Staatsangehöriger, in Zürich~~ | general director | ~~joint signature at two~~ |
|  | 46 | 53 | ~~Wiederkehr, Dr. Georg, von Zürich und Spreitenbach, in Freienbach~~ | president of the board of directors | ~~joint signature at two~~ |
| 46 |  | 47 | ~~Muriel Morillo, Maria Cristina, spanische Staatsangehörige, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 46 |  | 48 | ~~Palma Laorden, Jose Luis, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 46 |  |  | Sanchez Albarran, Martha Racio, mexikanische Staatsangehörige, in Zürich |  | joint agent signature at two |
| 46 |  | 48 | ~~Steiner, Jacobo, von Wildhaus, in Wädenswil~~ |  | ~~joint agent signature at two~~ |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 8 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 47 | 55 | ~~Vicario Montoya, Roberto, spanischer Staatsangehöriger, in Madrid (ES)~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |
| 48 |  | 64 | ~~De la Parra Gómez, Vicente, spanischer Staatsangehöriger, in Pozuelo de Alarcón (ES)~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 48 |  | 73 | ~~Pérez Calot, Juan Enrique, spanischer Staatsangehöriger, in Pozuelo de Alarcón (ES)~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
|  | 48 | 55 | ~~Berasaluce Elejabarrieta, Iñigo, spanischer Staatsangehöriger, in Zürich~~ | ~~director~~ | ~~joint signature at two~~ |
|  | 48 | 52 | ~~Garcia Garcia, Alejandro, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
|  | 48 | 77 | ~~Munoz Montes, Beatriz, spanische Staatsangehörige, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 48 |  | 62 | ~~Fernandez Castrillon, Javier, spanischer Staatsangehöriger, in Adliswil~~ |  | ~~joint agent signature at two~~ |
| 48 |  | 63 | ~~Raga Sierra, Jaime, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
|  | 49 | 59 | ~~Burgaleta Lopez de Haro, Santiago, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
|  | 49 |  | Cadalbert, Marco, von Rueun, in Zürich | vice-director | joint signature at two |
| 49 |  | 53 | ~~Chapa Guzman, Roberto, mexikanischer Staatsangehöriger, in Zumikon~~ |  | ~~joint agent signature at two~~ |
| 49 |  | 54 | ~~Cuesta, Eloy, spanischer Staatsangehöriger, in Volketswil~~ |  | ~~joint agent signature at two~~ |
| 49 |  | 55 | ~~Nussbaumer, Olivia, von Glattfelden, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 49 |  | 65 | ~~Ober, Vanessa, von Mellingen, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 51 |  | 60m | ~~Torres Ruiz, Hernan, peruanischer Staatsangehöriger, in Küsnacht ZH~~ | ~~director~~ | ~~joint signature at two~~ |
| 51 |  | 65 | ~~Urquiola Hidalgo, Juan, spanischer Staatsangehöriger, in Zürich~~ | ~~director~~ | ~~joint signature at two~~ |
| 51 |  | 58 | ~~Wenhammar, Marc, französischer Staatsangehöriger, in Zürich~~ | ~~director~~ | ~~joint signature at two~~ |
| 51 |  | 63 | ~~Merendino, Roberto, von Zürich, in Urdorf~~ |  | ~~joint agent signature at two~~ |
| 51 |  |  | Rodriguez, Juan, spanischer Staatsangehöriger, in Zürich |  | joint agent signature at two |
|  | 52 | 63 | ~~Apalategui Lamelas, Diego Jose, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 52 |  | 55 | ~~Fournier Rodriguez, Adriana, uruguayische Staatsangehörige, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 52 |  | 60 | ~~Del Valle Sanz, David, spanischer Staatsangehöriger, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 52 |  | 60 | ~~Ferro Garzon, Violeta, von Zürich, in Zürich~~ |  | ~~joint agent signature at two~~ |
|  | 53 | 73 | ~~Altorfer, Dr. Peter, von Uster und Zürich, in Küsnacht ZH~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
|  | 53 | 60m | ~~Yagüez Juarez, José Luis, spanischer Staatsangehöriger, in Volketswil~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 53 |  | 67 | ~~Anselmi Tejerias, Francisca, uruguayische Staatsangehörige, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 53 |  | 54 | ~~Grossenbacher, Thierry, von Colombier NE, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 53 |  | 60m | ~~Guruceaga Esturo, Sabin, spanischer Staatsangehöriger, in Horgen~~ |  | ~~joint agent signature at two~~ |
| 53 |  | 65m | ~~Munoz Galindo, Juan Carlos, peruanischer Staatsangehöriger, in Erlenbach ZH~~ |  | ~~joint agent signature at two~~ |
| 53 |  | 55 | ~~Peroni Pye, Renzo, italienischer Staatsangehöriger, in Erlenbach ZH~~ |  | ~~joint agent signature at two~~ |
| 53 |  | 69m | ~~Ruiz Marti, Ignacio, spanischer Staatsangehöriger, in Zumikon~~ |  | ~~joint agent signature at two~~ |
| 54 |  | 55 | ~~Zimmermann, Simone, von Eggerberg, in Zürich~~ |  | ~~joint agent signature at two~~ |
| 55 |  | 64 | ~~Armas De Leon, Moneyba del Pino, spanische Staatsangehörige, in Obfelden~~ |  | ~~joint agent signature at two~~ |
| 55 |  | 66m | ~~Gomez Benalcazar Rosero, Carmen, von Luzern, in Luzern~~ |  | ~~joint agent signature at two~~ |
| 55 |  | 69m | ~~Ruiz Amores, Esteban, spanischer Staatsangehöriger, in Uetikon am See~~ |  | ~~joint agent signature at two~~ |

Zürich, 19.02.2020

Continuation on the following page



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | | Zürich | 9 |
|---|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 56 | | | Fernandez Gonzalez, Daniel, spanischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| 58 | | 70 | ~~Arrazola Carballo, Gemma, spanische Staatsangehörige, in Zürich~~ | ~~director~~ | ~~joint signature at two~~ |
| 58 | | | Villasan Gomez, Alberto, spanischer Staatsangehöriger, in Zürich | director | joint signature at two |
| 59 | | 73 | ~~De Las Heras Muela, Emilio, spanischer Staatsangehöriger, in Madrid (ES)~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |
| 59 | | 68 | ~~Caballero Navarro, Roque, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 60 | | Arranz Perez, Francisco Javier, spanischer Staatsangehöriger, in Egg | director | joint signature at two |
| | 60 | | Maeso-Wolf, Hannelore, von Gansingen, in Herrliberg | director | joint signature at two |
| | 60 | 65m | ~~Sanz de Andino, Luis Maria, spanischer Staatsangehöriger, in Thalwil~~ | ~~director~~ | ~~joint signature at two~~ |
| | 60 | 63 | ~~Torres Ruiz, Hernan, peruanischer Staatsangehöriger, in Uetikon am See~~ | ~~director~~ | ~~joint signature at two~~ |
| | 60 | | Fernan Caminas, Vicente José, spanischer Staatsangehöriger, in Adliswil | vice-director | joint signature at two |
| | 60 | 64m | ~~Pedrosa, Sergio, spanischer Staatsangehöriger, in Zug~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 60 | 69m | ~~Yagüez Juarez, José Luis, spanischer Staatsangehöriger, in Fällanden~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 60 | 63m | ~~Deloitte AG (CH-020.3.908.370-9), in Zürich~~ | ~~auditor~~ | |
| | 60 | | Guruceaga Esturo, Sabin, spanischer Staatsangehöriger, in Adliswil | | joint agent signature at two |
| 60 | | 61 | ~~Parrizas Pagan, Rafael, spanischer Staatsangehöriger, in Aarau~~ | | ~~joint agent signature at two~~ |
| 60 | | 75 | ~~Rojas Villafane, Jorge Gabriel, italienischer Staatsangehöriger, in Zürich~~ | | ~~joint agent signature at two~~ |
| 61 | | 69 | ~~Amberg, Peter, von Zürich, in Adliswil~~ | | ~~joint agent signature at two~~ |
| 62 | | 82 | ~~Cubero Abad, Daniel, spanischer Staatsangehöriger, in Kilchberg ZH~~ | ~~director~~ | ~~joint signature at two~~ |
| 62 | | 72 | ~~Borja Cotoli, Jordi, spanischer Staatsangehöriger, in Küsnacht ZH~~ | | ~~joint agent signature at two~~ |
| 63 | | 73 | ~~Fernandez Manrique, Ana, spanische Staatsangehörige, in Madrid (ES)~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| | 63 | 76 | ~~Deloitte AG (CHE-101.377.666), in Zürich~~ | ~~auditor~~ | |
| 63 | | 74 | ~~Toscani, Silvana, italienische Staatsangehörige, in Zürich~~ | | ~~joint agent signature at two~~ |
| 64 | | | Gomez Garcimartin, Alfonso, spanischer Staatsangehöriger, in Kilchberg ZH | president of the management | joint signature at two |
| | 64 | 73m | ~~Menzi, Martin, von Glarus Nord, in Zürich~~ | ~~director~~ | ~~joint signature at two~~ |
| | 64 | | Pedrosa, Sergio, spanischer Staatsangehöriger, in Zug | director | joint signature at two |
| 64 | | | Pitan Gonzalez, Janet, spanische Staatsangehörige, in Zollikon | director | joint signature at two |
| 64 | | | Botas González-Villamil, Marta, von Berikon, in Berikon | | joint agent signature at two |
| 64 | | 75m | ~~Winteler, Sandra, von Glarus Nord, in Zürich~~ | | ~~joint agent signature at two~~ |
| | 65 | 79m | ~~Munoz Galindo, Juan Carlos, peruanischer Staatsangehöriger, in Erlenbach ZH~~ | ~~director~~ | ~~joint signature at two~~ |
| | 65 | | Sanz de Andino, Luis Maria, spanischer Staatsangehöriger, in Thalwil | | joint agent signature at two |
| | 66 | 75 | ~~Gomez Guardiola, Carmen, von Luzern, in Luzern~~ | | ~~joint agent signature at two~~ |
| 67 | | | Sanz de la Vega, Ana, spanische Staatsangehörige, in Zürich | | joint agent signature at two |
| 67 | | 76 | ~~Mounier, Caroline, französische Staatsangehörige, in Zürich~~ | | ~~joint agent signature at two~~ |
| | 68 | 78 | ~~Caballero Navarro, Roque, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 69 | | Ruiz Marti, Ignacio, spanischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| | 69 | 73 | ~~Ruiz Amores, Esteban, spanischer Staatsangehöriger, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| | 69 | 75 | ~~Yagüez Juarez, José Luis, spanischer Staatsangehöriger, in Zug~~ | ~~vice-director~~ | ~~joint signature at two~~ |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | Zürich | 10 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 69 | | | Berasaluce Elejabarrieta, Inigo, spanischer Staatsangehöriger, in Adliswil | director | joint signature at two |
| 71 | | 79m | ~~Parrizas Pagan, Rafael, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 71 | | | Caballero Fontes, Miguel, spanischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| 71 | | | Ortiz Lopez, Carlos, spanischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| | 73 | 81m | ~~Huber, Dr. Michael, von Zürich und Krauchthal, in Erlenbach ZH~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 73 | | | De Fuentes Corripio, Eduardo, spanischer Staatsangehöriger, in Madrid (ES) | member of the board of directors | joint signature at two |
| 73 | | | Garcia de Alba Carrillo, Humberto, mexikanischer Staatsangehöriger, in Madrid (ES) | member of the board of directors | joint signature at two |
| 73 | | | Hayer, Robert, von Basel, in Winterthur | member of the board of directors | joint signature at two |
| 73 | | | Perez de Muniain Marzana, Maria del Carmen, spanische Staatsangehörige, in Madrid (ES) | member of the board of directors | joint signature at two |
| | 73 | | Menzi, Martin, von Glarus Nord, in Zürich | secretary (out of the board) + director | joint signature at two |
| 73 | | 75m | ~~Mesonero Manzano, Andrés, spanischer Staatsangehöriger, in Zürich~~ | | ~~joint agent signature at two~~ |
| 74 | | | Blaya Piera, Eva, spanische Staatsangehörige, in Zürich | | joint agent signature at two |
| 75 | | 82m | ~~Rubio Rodríguez-Viña, Javier, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 75 | 78 | ~~Christensen, Sandra, von Glarus Nord, in Zürich~~ | | ~~joint agent signature at two~~ |
| | 75 | | Mesonero Manzano, Andrés, spanischer Staatsangehöriger, in Zug | | joint agent signature at two |
| 76 | | | Coppola, Yago Ruy Amarú, argentinischer Staatsangehöriger, in Kilchberg (ZH) | vice-director | joint signature at two |
| 76 | | | Lizarraga, Rodolfo Ernesto, französischer Staatsangehöriger, in Küsnacht (ZH) | vice-director | joint signature at two |
| 76 | | | Ramirez-Montesinos Krogulsky, Ricardo, spanischer Staatsangehöriger, in Thalwil | vice-director | joint signature at two |
| 76 | | 79 | ~~Romanos Betrán, Rafael, spanischer Staatsangehöriger, in Kilchberg (ZH)~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 76 | | | Sermet, Pamus Demet, türkische Staatsangehörige, in Zürich | vice-director | joint signature at two |
| 76 | | | KPMG AG (CHE-106.084.881), in Zürich | auditor | |
| 76 | | | Balsa Pardo, Diego, spanischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| 77 | | | Arcocha Torres, Iñaki, spanischer Staatsangehöriger, in Zürich | vice-director | joint signature at two |
| 77 | | | Garcia Fernandez, Sergio, spanischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| | 79 | | Munoz Galindo, Juan Carlos, peruanischer Staatsangehöriger, in Hombrechtikon | director | joint signature at two |
| | 79 | | Parrizas Pagan, Rafael, spanischer Staatsangehöriger, in Zürich | director | joint signature at two |
| 79 | | 82 | ~~Atienza de Mendizabal, Alvaro, spanischer Staatsangehöriger, in Wollerau~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 79 | | | Gascueña Lago, Sara, spanische Staatsangehörige, in Meilen | | joint agent signature at two |
| 80 | | | Haller, Olga, von Reinach (AG), in Ehrendingen | | joint agent signature at two |
| | 81 | | Huber, Dr. Michael, von Zürich und Krauchthal, in Herrliberg | president of the board of directors | joint signature at two |
| 82 | | | Alamo Primo, Fernando, spanischer Staatsangehöriger, in Zürich | director | joint signature at two |
| | 82 | | Rubio Rodríguez-Viña, Javier, spanischer Staatsangehöriger, in Zürich | director | joint signature at two |



# Commercial register of canton Zurich

| CHE-103.151.630 | BBVA SA | **Zürich** | 11 |

All datas

Zürich, 19.02.2020

The above information is given without commitment and has not legal effect. Only the official company record (extract) issued and certified by the commercial register of Zurich and published in the Swiss Commercial Gazette is legally binding.

# Exhibit 16b


# Commercial Register of Canton of Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: CH-020.3.902.729-4/a on: | CH-020.3.902.729-4 | 1 |
|---|---|---|---|---|---|---|
| CHE-103.151.630 | Limited or Corporation | 05/20/1974 | | | | |

[barcode]    All datas

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 15 | ~~Banco Bilbao Vizcaya (Switzerland) AG~~ | 1 | Zurich |
| 1 | 15 | ~~(Banco Bilbao Vizcaya (Suisse) SA) (Banco Bilbao Vizcaya (Suiza) SA) (Banco Bilbao Vizcaya (Switzerland) Ltd)~~ | | |
| 15 | 21 | ~~BBV Privanza Bank (Switzerland) Ltd~~ | | |
| 21 | 30 | ~~BBVA Privanza Bank (Suiza) SA~~ | | |
| 21 | 30 | ~~(BBVA Privanza Bank (Switzerland) Ltd.) (BBVA Privanza Bank (Schweiz) AG) (BBVA Privanza Bank (Suisse) SA)~~ | | |
| 30 | 81 | ~~BBVA (Suiza) SA~~ | | |
| 30 | 81 | ~~(BBVA (Switzerland) Ltd) (BBVA (Schweiz) AG) (BBVA (Suisse) SA)~~ | | |
| 81 | | **BBVA SA** | | |
| 81 | | (BBVA Ltd.) (BBVA AG) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 4 | ~~40,000,000.00~~ | ~~40,000,000.00~~ | ~~40,000 registered shares at CHF 1,000.00~~ | 1 | 11 | ~~Tödistrasse 60~~ ~~8002 Zurich~~ |
| 4 | 21 | ~~40,500,000.00~~ | ~~40,500,000.00~~ | ~~40,500 registered shares at CHF 1,000.00~~ | 11 | 22 | ~~Neumühlequai 6~~ ~~8001 Zurich~~ |
| 21 | | 72,500,000.00 | 72,500,000.00 | 72,500 registered shares at CHF 1,000.00 | 22 | 57 | ~~Zeltweg 63~~ ~~8032 Zurich~~ |
| | | | | | 57 | | Selnaustrasse 32/36 8001 Zurich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | 15 | ~~Operation of a commercial bank with branch operations as defined in the articles of association; the company is also entitled to acquire real estate and to participate in real estate companies. The scope of activities extends to Switzerland and abroad.~~ | | | |
| 15 | 21 | ~~Operation of a commercial and asset management bank with the following principal activities: receiving funds in all forms that are considered standard banking practice, including savings deposits; lending funds, in particular granting loans of all kinds with and without collateral; issuing of sureties and guarantees on own and third party behalf; purchase and sale of securities, derivatives, other instruments, foreign exchange, and precious metals for own and third party account; acquisition and/or placement of shares, bonds, and other securities of domestic and foreign issuers for own and third party account; establishment and management of bank internal special funds; investment advice, asset management, and fiduciary transactions of all kinds as well as related services; custody and administration of securities and valuables and lease of safe deposit boxes; handling of payment transactions, brokerage of letters of credit, and handling of collection transactions of all kinds; change transactions; other standard banking services; handling of transactions for own account that are associated with the Bank's principal activity, such as investment and borrowing; the company is entitled to acquire real estate and to participate in companies.~~ | | | |
| 21 | | Operation of a commercial and asset management bank; principal activity of the company: receiving funds in all forms customary in banking, including savings deposits; lending funds, in particular issuing loans of all kinds with and without collateral; issuing sureties and guarantees on own and third-party behalf; purchase and sale of securities, derivatives, other securities, foreign exchange, and precious metals on own and third-party behalf; acquisition and/or placement of shares, bonds, and other securities of domestic and foreign issuers on own and third-party behalf; establishment and management of internal bank funds; subscription agent and custodian bank of investment funds; investment consulting, asset management, and fiduciary transactions of all types and associated services; | | | |

Zurich, 02/19/2020                                                                                                 Continued on the following page



# Commercial Register of Canton of Zurich

| CHE-103.151.630 | BBVA SA | Zurich | 2 |
|---|---|---|---|
| All data | | | |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| | | fiduciary execution of all types of financial transactions; safekeeping and administration of securities and valuables and leasing of safe deposit boxes; handling of payment transactions, brokerage of letters of credit, and all types of debt collection operations; issuing checks and letters of credit; exchange transactions; other standard banking service transactions; processing of transactions on own behalf that are associated with the principal activity, such as investing and borrowing money; the company is authorized to acquire real estate and to acquire participations in other companies. | | | |

| In | Ca | Remarks | Ref | Date of the facts |
|---|---|---|---|---|
| 15 | | Notices to shareholders shall be given in writing or, unless | 1 | 12/22/1988 |
| 15 | | required otherwise by law, by announcement through an official publication. | 4 | 12/18/1991 |
| | | The transferability of the registered shares is limited in accordance with the articles of association. | 15 | 09/12/1997 |
| | | | | 04/14/2000 |
| | | | 30 | 07/09/2003 |
| | | | 81 | 06/18/2019 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 4 | | Acquisition through the capital increase of 12/18/1991 of the entire amount of 7,500 shares at CHF 1,000 of Bilbao Vizcaya Finanz AG, in Zurich, with its share capital of CHF 7,500,000 paid up with CHF 5,500,000, at a price of CHF 5,507,839. The company shall proceed to acquire Bilbao Vizcaya Finanz AG, in Zurich, by way of merger. According to the merger agreement of 12/17/1991 and the merger balance sheet as of 01/01/1991, the assets and liabilities of the acquired company shall be transferred to the acquiring company within the meaning of Art. 748 of the Swiss Code of Obligations, with the acquiring company already holding all the shares of the acquired company. These shares shall thereby expire and the share capital of the acquiring company shall remain unchanged. | 1 | SHAB |
| 21 | | Merger: the company acquires Banco Exterior (Suiza) SA, in Zurich, by merger by means of a capital increase dated 04/14/2000. Assets in the amount of CHF 606,521,902 and liabilities in the amount of CHF 540,275,970 shall be transferred to the Company by universal succession in accordance with the merger balance sheet as of 10/31/1999; the amount of the increase was paid in accordance with the merger agreement. In consideration, the shareholders of the acquired company will receive 32,000 fully paid-up registered shares of the acquiring company at CHF 1,000. | | |

Zurich, 02/19/2020                                                                                              Continued on the following page

# TRANSLATION CERTIFICATION

Date: March 17, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:

- Commercial Register of Canton of Zurich - Banco Bilbao Vizcaya (Switzerland) AG

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li