# Exhibit 19a



## REGISTRE DU COMMERCE DE GENÈVE

Extrait avec éventuelles radiations

EXTRAIT DU REGISTRE
No réf.     15508/2005
N° féd.    CH-550-0082896-6
**IDE       CHE-105.966.465**

### Fortis Banque (Suisse) SA
inscrite le  04 novembre 1958
Société anonyme
radiée le  21 mai 2010

| Réf. | **Raison Sociale** | | |
|---|---|---|---|
| 0 | ~~Banque MeesPierson BGL SA~~ | | |
| 1 | Fortis Banque (Suisse) SA<br>(Fortis Bank (Schweiz) AG)<br>(Fortis Banca (Svizzera) SA)<br>(Fortis Bank (Switzerland) Ltd) | | |
| | **Siège** | | |
| 0 | ~~(précédemment à : Nyon)~~ | | |
| 1 | Genève | | |
| | **Adresse** | | |
| 1 | boulevard des Philosophes 20 | | |
| | **Dates des Statuts** | | |
| 0 | 27.10.1958 (stat. origin.) | 6 | 23.03.2006 |
| 1 | 22.09.2005 (dern. mod.) | | |
| | **But, Observations** | | |
| 0 | But:<br>exploitation d'une banque et toutes opérations bancaires, pour son compte ou pour le compte de tiers, tant en Suisse qu'à l'étranger | | |
| | **Fusions (LFus)** | | |
| 0 | Fusion:<br>reprise des actifs et passifs de la société MeesPierson (Schweiz) AG, à Zoug, selon contrat de fusion des 12 et 31.08.1999 et bilan au 31.12.1998, présentant des actifs de CHF 161'994'556, des passifs envers les tiers de CHF 108'548'314, soit un actif net de CHF 53'446'242, contre attribution aux actionnaires de la société transférante de 11'000 actions de CHF 1'000, au porteur, le solde de CHF 42'446'242 constituant un agio. Reprise des actifs et passifs de la société Banque Générale du Luxembourg (Suisse) SA, à Zurich, selon contrat de fusion des 07 et 13.09 2001 et bilan au 30.06.2001, présentant des actifs de CHF 724'528'628, des passifs envers les tiers de CHF 645'685'609, soit un actif net de CHF 78'843'019, contre attribution aux actionnaires de la société transférante de 15'000 actions de CHF 1'000, au porteur, le solde de CHF 63'843'019 constituant un agio. | | |
| 6 | Fusion:<br>reprise des actifs et passifs de DRYDEN BANK SA, à Genève (660-0633002-2), selon contrat de fusion du 23.03.2006 et bilan au 31.12.2005, présentant des actifs de CHF 358'910'867, des passifs envers les tiers de CHF 320'094'940, soit un actif net de CHF 38'815'927, contre attribution aux actionnaires de la société transférante de 4'607 actions de CHF 1'000, au porteur. Conformément à l'attestation d'un réviseur particulièrement qualifié, la société reprenante dispose de fonds propres librement disponibles du montant de la perte de capital de la société transférante. | | |
| 33 | Fusion:<br>reprise des actifs et passifs de PBI Holding AG, à Zoug (170.3.024.565-8), selon contrat de fusion des 2 et 8.04.2008 et bilan au 31.12.2007, présentant des actifs de CHF 252'582'525, des passifs envers les tiers de CHF 254'120, soit un actif net de CHF 252'328'405. La totalité du capital-actions des deux sociétés (à l'exception 18.15% des actions de la société reprenante détenues par la société transférante) étant détenue par le même actionnaire, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. | | |
| 48 | Radiation par suite de fusion:<br>Les actifs et les passifs envers les tiers sont repris par la société BNP Paribas (Suisse) SA, à Genève (CH-270-3000542-1). La société est radiée par suite de fusion. | | |
| | **Organe de publication** | | |

| | Organe de publication | | |
|---|---|---|---|
| 0 | Feuille Officielle Suisse du Commerce | | |
| | Succursales | | |
| 0 | ~~Genève (rad. réf. 4)~~ | 0 | Zurich |
| 0 | Sion | 4 | ~~Nyon (rad. réf. 35)~~ |
| 0 | Lugano | | |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | Nominal | Libéré | Actions |
| 0 | ~~CHF 56'000'000~~ | ~~CHF 56'000'000~~ | ~~56'000 actions de CHF 1'000, au porteur~~ |
| 6 | CHF 94'000'000 | CHF 94'000'000 | 94'000 actions de CHF 1'000, au porteur |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 0 | | 18 | ~~Blanpain Marc Yves, de Belgique, à Lasne, B~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| 0 | | 9 | ~~Devrient Jean Nicolas, de Bussy-Chardonney, à Pully~~ | ~~adm. vice-président~~ | ~~signature collective à 2~~ |
| 0 | | | Barbier-Mueller Stéphane, de Genève, à Veyrier | adm. | signature collective à 2 |
| 0 | | 7 | ~~Dal Molin Fabio, de Zurich, à Würenlos~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 0 | m | 13 | ~~Fischer Marc, de Genève, à Rolle~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 0 | | | Looser Heinrich, de Krummenau, à Schöfflisdorf | adm. | signature collective à 2 |
| 0 | | 9 | ~~Ten Heggeler Rob, des Pays-Bas, à Brada, NLD~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 0 | m | 18 | ~~Thill Carlo, du Luxembourg, à Leudelange, LUX~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 0 | | 7 | ~~Wolff Paul, du Luxembourg, à Luxembourg, LUX~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 0 | m | 19 | ~~KPMG Fides Peat, à Genève~~ | ~~organe de révision~~ | |
| 0 | | 5 | ~~Assigal Herbert, de Dietikon, à Oetwil an der Limmat~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 0 | | | Bernasconi Michel, d'Italie, à la Tour-de-Peilz | directeur | signature collective à 2 |
| 0 | | | Gerber Arthur, de Langnau im Emmental, à Gimel | directeur | signature collective à 2 |
| 0 | | 9 | ~~Girod Maurice, de Pontenet, à Pougny, F~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 0 | | 30 | ~~Hoffmann Joseph, du Luxembourg, à Zurich~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 0 | | | Hutter Markus, de Diepoldsau, à Founex | directeur | signature collective à 2 |
| 0 | | 18 | ~~Ingenhoest Martijn, des Pays-Bas, à Uerikon (ZH)~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 0 | | | Rahm Hans Peter, de Schaffhouse, à Schaffhouse | directeur | signature collective à 2 |
| 0 | m | 5 | ~~Rijke Willem Bastiaan, des Pays-Bas, à Commugny~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 0 | m | 27 | ~~Stein Yves, du Luxembourg, à Genève~~ | ~~directeur général~~ | ~~signature collective à 2~~ |
| 0 | | | Bellivier Patrick, de Genève, à Genève | directeur adjoint | signature collective à 2 |
| 0 | | 42 | ~~Bercin Thierry, de Versoix, à Versoix~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 0 | | 5 | ~~Bodenmann Michel, d'Urnäsch, à Genève~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 0 | | 24 | ~~Bonotis Konstantinos Sokrates, de Grèce, à Genève~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 0 | | | Bräm Jürg, de Höri, à Männedorf | directeur adjoint | signature collective à 2 |
| 0 | | | Curtelod Yves, d'Ollon, à Genève | directeur adjoint | signature collective à 2 |
| 0 | | | De Harlez Dominique, de Lausanne, à Chavannes-de-Bogis | directrice adjointe | signature collective à 2 |
| 0 | | | Eichenberger Marco, de Beinwil am See, à Herrliberg | directeur adjoint | signature collective à 2 |
| 0 | | 20 | ~~Everard Jean, du Luxembourg, à Genève~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 0 | | 18 | ~~Geven Antoine Pieter, des Pays-Bas, à Küssnacht (SZ)~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 0 | m | 36 | ~~Herzog Heinz, de Zurich, à Arni (BE)~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 0 | | | Huber Bernhard J., de Besenbüren, à Cham | directeur adjoint | signature collective à 2 |
| 0 | | | Inaebnit Claude, de Grindelwald, à Lancy | directeur adjoint | signature collective à 2 |
| 0 | | 28 | Keller Walter, de Niederhelfenschwil, à Uetikon am See | directeur adjoint | signature collective à 2 |
| 0 | | 39 | Knecht Andreas, de Döttingen, à Feusisberg | directeur adjoint | signature collective à 2 |
| 0 | m 18 | | Malacari Vincent, d'Italie, à Aïre-la-Ville | directeur adjoint | signature collective à 2 |
| 0 | m 38 | | Perrin Laurent, de Genève, à Feigères, F | directeur adjoint | signature collective à 2 |
| 0 | m 5 | | Scheurer Eric, de Bargen (BE), à Nyon | directeur adjoint | signature collective à 2 |
| 0 | | 44 | Sheikh Mubashir, des USA, à Genève | directeur adjoint | signature collective à 2 |
| 0 | | | Simons Emmanuel, de Puplinge, à Vandoeuvres | directeur adjoint | signature collective à 2 |
| 0 | | 45 | Stephani Roland, d'Aarau, à Chêne-Bougeries | directeur adjoint | signature collective à 2 |
| 0 | | | Thalmann Guy, de Genève, à Habère Lullin, F | directeur adjoint | signature collective à 2 |
| 0 | m 10 | | Tosalli Olivier, de Sainte-Croix, à Bogis-Bossey | directeur adjoint | signature collective à 2 |
| 0 | m 5 | | Van Geyt Stefan, de Belgique, à Genolier | directeur adjoint | signature collective à 2 |
| 0 | | | Archinard Jean-Louis, de Genève, à Chêne-Bougeries | vice-directeur | signature collective à 2 |
| 0 | | | Balestra Alberto, de Gerra (Gambarogno), à Nyon | vice-directeur | signature collective à 2 |
| 0 | | | Bandi Peter, de Oberwil bei Büren, à Weisslingen | vice-directeur | signature collective à 2 |
| 0 | m 7 | | Benamor Chantal Félix, de Belgique, à Chêne-Bourg | vice-directeur | signature collective à 2 |
| 0 | m 5 | | Bezençon Pierre-Alain, d'Eclagnens, à Cossonay | vice-directeur | signature collective à 2 |
| 0 | | | Bischof Bruno, d'Eggersriet, à Dietikon | vice-directeur | signature collective à 2 |
| 0 | | 7 | Bogaerts Paul, de Belgique, à Menzingen | vice-directeur | signature collective à 2 |
| 0 | | | Bohnet Christophe, d'Oberwald, à Bremblens | vice-directeur | signature collective à 2 |
| 0 | m 38 | | Boïko Tatiana, d'Ukraine, à Genève | sous-directrice | signature collective à 2 |
| 0 | | | Bovet Jean-Claude, de Fleurier, à Le Vaud | vice-directeur | signature collective à 2 |
| 0 | | 9 | Bucher Markus, de Marbach, à Unterägeri | vice-directeur | signature collective à 2 |
| 0 | | 12 | Carrel Florian, de Siviriez, à Genève | vice-directeur | signature collective à 2 |
| 0 | | 5 | Chauvy Jacques, de Yens, à Yens | vice-directeur | signature collective à 2 |
| 0 | | 36 | Deelen-Bosch Theodora, des Pays-Bas, à Feusisberg | sous-directrice | signature collective à 2 |
| 0 | | 12 | Fogal Laurence, de Genève, à Chavannes-de-Bogis | sous-directrice | signature collective à 2 |
| 0 | m 14 | | Fournier Philippe, de Nendaz, à Nendaz | vice-directeur | signature collective à 2 |
| 0 | | 36 | Gast Georges, de Genève, à Chêne-Bougeries | vice-directeur | signature collective à 2 |
| 0 | m 34 | | Grekas Dimitrios, de Grèce, à Genève | vice-directeur | signature collective à 2 |
| 0 | | 42 | Guhl Ricardo, de Steckborn, à Wädenswil | vice-directeur | signature collective à 2 |
| 0 | m 11 | | Heuss Alexander, de Bâle, à Chéserex | vice-directeur | signature collective à 2 |
| 0 | | 39 | Huboux Bernard, de Genève, à Genève | vice-directeur | signature collective à 2 |
| 0 | | | Huguet Jean-Luc, de Leytron, à Thônex | vice-directeur | signature collective à 2 |
| 0 | m 5 | | Kälin Kurt, d'Einsiedeln, à Wollerau | vice-directeur | signature collective à 2 |
| 0 | | | Kälin Léo, d'Einsiedeln, à Richterswil | vice-directeur | signature collective à 2 |
| 0 | | | Kobelt Johannes W., de Marbach (SG), à Stäfa | vice-directeur | signature collective à 2 |
| 0 | | 12 | Meilland Pascal, de Liddes, à Genolier | vice-directeur | signature collective à 2 |
| 0 | m 14 | | Patania Sebastiano, d'Italie, à Lugano | vice-directeur | signature collective à 2 |
| 0 | | 12 | Pauly Pascale, du Luxembourg, à Genève | sous-directrice | signature collective à 2 |
| 0 | | | Pinero Antonio, d'Onex, à Onex | vice-directeur | signature collective à 2 |
| 0 | | | Portier Jean-Marc, de Meyrin, à Meyrin | vice-directeur | signature collective à 2 |
| 0 | m 34 | | Schade Wolfgang, d'Allemagne, à Volketswil | vice-directeur | signature collective à 2 |
| 0 | | | Schenk Christian, de Guntershausen bei Birwinken, à Freienbach | vice-directeur | signature collective à 2 |
| 0 | | | Staudinger Sandra, de Schaffhouse, à | sous-directrice | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | Schaffhouse | | |
| 0 | | 12 | ~~Vaartjes Alidanus, des Pays-Bas, à Rolle~~ | vice-directeur | ~~signature collective à 2~~ |
| 0 | | m 24 | ~~Vandrepol Jean-Pierre, de Belgique, à Genève~~ | vice-directeur | ~~signature collective à 2~~ |
| 0 | | 36 | ~~Vurlod Daniel, d'Ormont-Dessus, à Genève~~ | vice-directeur | ~~signature collective à 2~~ |
| 0 | | 9 | ~~Wortelboer Robert, des Pays-Bas, à Genève~~ | vice-directeur | ~~signature collective à 2~~ |
| 0 | | 20 | ~~Arnold Martin, de Bürglen (UR), à Steinhausen~~ | | ~~procuration collective à 2~~ |
| 0 | | | Augustin René, de Hausen bei Brugg, à Hirzel | | procuration collective à 2 |
| 0 | | 28 | ~~Bapst Michel, de Genève, à Genève~~ | | ~~procuration collective à 2~~ |
| 0 | | 28 | ~~Brunner Nicole, de Kloten, à Bülach~~ | | ~~procuration collective à 2~~ |
| 0 | | | Cornaz Olivier, de Faoug, à Lancy | | procuration collective à 2 |
| 0 | | | De Keghel Philippe, de Belgique, à Gilly | | procuration collective à 2 |
| 0 | | | Durgniat Nicole, d'Ormont-Dessous, à Rolle | | procuration collective à 2 |
| 0 | | m 5 | ~~Fehr Ernest, de Wagenhausen, à Genève~~ | | ~~procuration collective à 2~~ |
| 0 | | m 38 | ~~Frauenfelder Corinna, de Henggart, à Erlenbach (ZH)~~ | | ~~procuration collective à 2~~ |
| 0 | | m 17 | ~~Frei Jörg, de Hemberg, à Truttikon~~ | | ~~procuration collective à 2~~ |
| 0 | | | Gaehler Philippe, de Genève, à Vich | | procuration collective à 2 |
| 0 | | m 17 | ~~Grandjean Serge, de Vernier, à Vernier~~ | | ~~procuration collective à 2~~ |
| 0 | | | Hausammann Charles, de Langrickenbach, à Chêne-Bougeries | | procuration collective à 2 |
| 0 | | | Koch Patric, de Schwarzenberg, à Oetwil am See | | procuration collective à 2 |
| 0 | | 18 | ~~Künzi Simone, d'Ostermundigen, à Zoug~~ | | ~~procuration collective à 2~~ |
| 0 | | m 7 | ~~Lecoultre Yves-Alain, du Chenit, à Aire-la-Ville~~ | | ~~procuration collective à 2~~ |
| 0 | | m 5 | ~~Leresche Véronique, de Vallorbe, à Arzier~~ | | ~~procuration collective à 2~~ |
| 0 | | | Limacher Christoph, de Schüpfheim, à Baar | | procuration collective à 2 |
| 0 | | m 38 | ~~Mathieu Marie Agnès, d'Albinen, à Genève~~ | | ~~procuration collective à 2~~ |
| 0 | | 39 | ~~Peutet Anne-Marie, de Massongex, à Genève~~ | | ~~procuration collective à 2~~ |
| 0 | | | Rodriguez Beltran, d'Espagne, à Genève | | procuration collective à 2 |
| 0 | | m 38 | ~~Sampaio Brandao e Castro Vanda, de Chêne-Bourg, à Chêne-Bourg~~ | | ~~procuration collective à 2~~ |
| 0 | | | Spahr Christian, d'Herzogenbuchsee, à Adliswil | | procuration collective à 2 |
| 0 | | m 40 | ~~Spreitzer Karin, d'Autriche, à Zurich~~ | | ~~procuration collective à 2~~ |
| 0 | | 20 | ~~Venchiarutti Dario, d'Italie, à Eysins~~ | | ~~procuration collective à 2~~ |
| 0 | | 20 | ~~Volpert Didier, de Genève, à Thônex~~ | | ~~procuration collective à 2~~ |
| 5 | | 12 | ~~Eren Ahmet, des USA, à Ravoire~~ | membre du comité de direction directeur | ~~signature collective à 2~~ |
| | 5 | m 9 | ~~Rijke Willem Bastiaan, des Pays-Bas, à Commugny~~ | directeur général adjoint | ~~signature collective à 2~~ |
| | 5 | | Scheurer Eric, de Bargen (BE), à Nyon | directeur | signature collective à 2 |
| | 5 | 28 | ~~Van Geyt Stefan, de Belgique, à Genolier~~ | directeur | ~~signature collective à 2~~ |
| 5 | | 18 | ~~Bassi Marco, de Fällanden, à Pfaffhausen~~ | directeur adjoint | ~~signature collective à 2~~ |
| | 5 | 36 | ~~Bezençon Pierre-Alain, d'Eclagnens, à Cossonay~~ | directeur adjoint | ~~signature collective à 2~~ |
| | 5 | | Kälin Kurt, d'Einsiedeln, à Wollerau | directeur adjoint | signature collective à 2 |
| 5 | | 36 | ~~Kaufmann Jürg, de Gränichen, à Gränichen~~ | sous-directeur | ~~signature collective à 2~~ |
| 5 | | m 20 | ~~Ludig-Dridi Birgit, d'Allemagne, à Montagnola~~ | sous-directrice | ~~signature collective à 2~~ |
| | 5 | | Fehr Ernest, de Wagenhausen, à Gingins | | procuration collective à 2 |
| | 5 | 24 | ~~Leresche Véronique, de Vallorbe, à Genolier~~ | | ~~procuration collective à 2~~ |
| | 7 | | Felix Benamor Chantal, de Belgique, à Chêne-Bourg | vice-directeur | signature collective à 2 |
| | 7 | | Lecoultre Yves-Alain, du Chenit, à Vernier | | procuration collective à 2 |
| 8 | | | Patry Jean, de Genève, à Veyrier | adm. | signature collective à 2 |
| | 9 | m 26 | ~~Rijke Willem Bastiaan, des Pays-Bas, à Founex~~ | directeur général adjoint | ~~signature collective à 2~~ |
| 10 | | m 18 | ~~Gugger Stefan Robert, de Ins, à Horgen~~ | membre du comité de | ~~signature collective à 2~~ |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | | direction directeur | |
| | 10 | 39 | ~~Tosalli Olivier, de Sainte-Croix, à Bogis-Bossey~~ | directeur | ~~signature collective à 2~~ |
| 10 | | | Bieri Peter, de Schangnau, à Winterthour | | procuration collective à 2 |
| 10 | m 34 | | ~~Catzeflis Thierry, de Lausanne, à Epalinges~~ | | ~~procuration collective à 2~~ |
| 10 | | 28 | ~~Wyss Remo, de Wynigen, à Kilchberg (ZH)~~ | | ~~procuration collective à 2~~ |
| | 11 | | Heuss Alexander, de Bâle, à Chéserex | directeur adjoint | signature collective à 2 |
| 11 | m 38 | | ~~Nanni Andréas, de Meyrin, à Meyrin~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 11 | | | Rame Jean-Paul, de France, à Annemasse, F | directeur adjoint | signature collective à 2 |
| 11 | | 34 | ~~Sanli Genco, de Belgique, à Genève~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 11 | | 30 | ~~De la Rochefoucauld Rana, de Cologny, à Cologny~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 11 | | | Hattenberger Frank, de Starrkirch-Wil, à Genève | sous-directeur | signature collective à 2 |
| 11 | | | Oswald Marcel, de Sommeri, à Allschwil | sous-directeur | signature collective à 2 |
| 11 | | | Petris Paola, d'Italie, à Genève | sous-directrice | signature collective à 2 |
| 11 | m 12 | | ~~Respinger Cédric, de Genève, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 11 | | 28 | ~~Alder Jürg, de Schönengrund, à Coire~~ | | ~~procuration collective à 2~~ |
| 11 | | 28 | ~~Curry Winifred Elaine, des USA, au Grand-Saconnex~~ | | ~~procuration collective à 2~~ |
| 11 | m 17 | | ~~Felix Alexandre, de La Rogivue, à Gland~~ | | ~~procuration collective à 2~~ |
| 11 | m 34 | | ~~Geiser Alexandre, de Roggwil (BE), à Trélex~~ | | ~~procuration collective à 2~~ |
| 11 | | | Masilamani Sharmila, de Genève, à Genève | | procuration collective à 2 |
| 11 | | 28 | ~~Mezzanotte Sandrine, de France, à Nyon~~ | | ~~procuration collective à 2~~ |
| 11 | m 34 | | ~~Mordasini Thierry, de Onsernone, à Arthaz-Pont-Notre-Dame, F~~ | | ~~procuration collective à 2~~ |
| 11 | | | Mursaloglu Ayse Gül, de Oberbuchsiten, à Genève | | procuration collective à 2 |
| 11 | | 24 | ~~Poplawski Anna Maria, de Le Pâquier (FR), à Nyon~~ | | ~~procuration collective à 2~~ |
| 11 | | 18 | ~~Rudolph Teodora, de Kölliken, à Zurich~~ | | ~~procuration collective à 2~~ |
| 11 | | 12 | ~~Taillard Elham, de Grande-Bretagne, à Carouge~~ | | ~~procuration collective à 2~~ |
| 11 | | 39 | ~~Timbal Marco Antonio, de Lugano, à Lugano~~ | | ~~procuration collective à 2~~ |
| 11 | | 24 | ~~Tremeaud Olivier, de France, à Genève~~ | | ~~procuration collective à 2~~ |
| 11 | | 28 | ~~Vassen Romain, de France, à Genève~~ | | ~~procuration collective à 2~~ |
| | 12 | 32 | ~~Respinger Cédric, de Genève, à Divonne, F~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 13 | | Fischer Marc, de Genève, à Rolle | adm. vice-président | signature collective à 2 |
| 14 | | | Bürgi Rolf, de Zeihen, à Brugg | directeur adjoint | signature collective à 2 |
| | 14 | | Fournier Philippe, de Nendaz, à Nendaz | directeur adjoint | signature collective à 2 |
| | 14 | 36 | ~~Patania Sebastiano, d'Italie, à Massagno~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| 14 | | 28 | ~~Avgoustiniatos Kleon, de Grèce, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 14 | m 18 | | ~~Carette Marie-Antoinette, de France, à Annemasse, F~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 14 | m 32 | | ~~Fauche Adrien, de Neuchâtel, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 14 | | | Massie Adam, de Grande-Bretagne, à Collex-Bossy | sous-directeur | signature collective à 2 |
| 14 | m 32 | | ~~Michel Philippe, de Villarsel-le-Gibloux, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 14 | m 18 | | ~~Porlier-Pagnon Patrick, de France, à Annemasse, F~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 14 | | 39 | ~~Dessiex Erik, de Begnins, à Begnins~~ | | ~~procuration collective à 2~~ |
| 14 | | | Fischer-Syromakha Natalja, de Gossau (ZH), à Volketswil | | procuration collective à 2 |
| 14 | m 38 | | ~~Landerer Fernando, de Bâle, à Prévessin-Moëns, F~~ | | ~~procuration collective à 2~~ |
| 14 | | 20 | ~~Staub Gierow Christopher, de Zurich, à~~ | | ~~procuration collective à 2~~ |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | Allschwil | | |
| 14 | | 30 | Szachowicz Sebastian, du Canada, à Winterthur | | procuration collective à 2 |
| 16 | | m 18 | Rombaldi Guy Olivier, de Sion, à Chêne-Bougeries | membre du comité de direction directeur | signature collective à 2 |
| 17 | | | de Jonge René, des Pays-Bas, à Zürich | directeur adjoint | signature collective à 2 |
| 17 | | | Thole Alexander, des Pays-Bas, à Genolier | directeur adjoint | signature collective à 2 |
| 17 | | | Alimkulova Assyl, du Kazakhstan, à Saint-Gall | sous-directrice | signature collective à 2 |
| 17 | | 36 | Brechbühl Felix Max, de Illnau-Effretikon, à Zürich | sous-directeur | signature collective à 2 |
| 17 | | | de Lafonteyne Philip, de Belgique, à Anières | sous-directeur | signature collective à 2 |
| | 17 | 44 | Felix Alexandre, de Maracon, à Gland | sous-directeur | signature collective à 2 |
| | 17 | | Frei Jörg, de Hemberg, à Truttikon | sous-directeur | signature collective à 2 |
| | 17 | | Grandjean Serge, de Vernier, à Vernier | sous-directeur | signature collective à 2 |
| 17 | | 30 | Braunschweig Patrice-Monique, de Lengnau (AG), à Zollikon | | procuration collective à 2 |
| 17 | | | Caligiuir Gouriane Daniela, de Genève, à Lancy | | procuration collective à 2 |
| 17 | | m 38 | Criniti Sophie, de Bardonnex, à Plan-les-Ouates | | procuration collective à 2 |
| 17 | | m 24 | Iannotta Candida, d'Italie, à Oberrieden | | procuration collective à 2 |
| 17 | | m 38 | Privet Laurent, de Genève, à Genève | | procuration collective à 2 |
| 17 | | 30 | Reindorf Sheila, du Ghana, à Avusy | | procuration collective à 2 |
| 17 | | | Salzmann Michel, de Genève, à Genève | | procuration collective à 2 |
| 17 | | | Schiefelbusch Marie, de Genève, à Vandoeuvres | | procuration collective à 2 |
| 17 | | | Zürcher Patrik, de Bâle, à Chêne-Bourg | | procuration collective à 2 |
| | 18 | m 27 | Thill Carlo, du Luxembourg, à Leudelange, LUX | adm. président | signature collective à 2 |
| | 18 | | Gugger Stefan Robert, de Ins, à Horgen | directeur | signature collective à 2 |
| | 18 | 46 | Rombaldi Guy Olivier, de Sion, à Chêne-Bougeries | directeur | signature collective à 2 |
| | 18 | | Malacari Vincent, d'Italie, à Vernier | directeur adjoint | signature collective à 2 |
| | 18 | | Carette Marie-Antoinette, de France, à Ambilly, F | sous-directrice | signature collective à 2 |
| | 18 | | Porlier-Pagnon Patrick, de France, à Divonne, F | sous-directeur | signature collective à 2 |
| | 19 | 43 | KPMG SA, succursale à Genève | organe de révision | |
| | 20 | m 34 | Ludig Dridi Birgit, de Lugano, à Montagnola | sous-directrice | signature collective à 2 |
| 21 | | | Bertier Eric, de France, à Genève | directeur adjoint | signature collective à 2 |
| 21 | | | Back Robert Jan, des Pays-Bas, à Zumikon | sous-directeur | signature collective à 2 |
| 21 | | 28 | Kristen Michael, de Provence, à Montana | sous-directeur | signature collective à 2 |
| 21 | | | van den Hurk Ralph, de Gland, à Gland | sous-directeur | signature collective à 2 |
| 21 | | 36 | Zeno Giuseppe, d'Italie, à Lugano | sous-directeur | signature collective à 2 |
| 21 | | | Lüthi Gérard, de Lauperswil, à Saint-Cergue | | procuration collective à 2 |
| 21 | | m 30 | Seurat Emeline, de France, à Genève | | procuration collective à 2 |
| 22 | | 32 | George Jibu, d'Inde, à Dubaï, ARE | | procuration collective à 2 |
| 23 | | 45 | Cakir-Usin Kadriye, de Saint-Gall, à Wallisellen | | procuration collective à 2 |
| | 24 | m 26 | Vandrepol Jean-Pierre, de Belgique, à Vandoeuvres | vice-directeur | signature collective à 2 |
| | 24 | 42 | Iannotta Candida, d'Italie, à Zurich | | procuration collective à 2 |
| 25 | | | Bertacchi Maurizio, d'Italie, à Zurich | sous-directeur | signature collective à 2 |
| 25 | | | Monteferrario Serge, de Genève, à Genève | sous-directeur | signature collective à 2 |
| 25 | | | Thijs Armand, des Pays-Bas, à Stallikon | sous-directeur | signature collective à 2 |
| 25 | | m 38 | de Cesare Claudio, de Sorens, à Gland | | procuration collective à 2 |
| 25 | | | Tineev Iouri, de Russie, à Binz | | procuration collective à 2 |
| | 26 | m 37 | Rijke Willem Bastiaan, des Pays-Bas, à Founex | directeur général | signature collective à 2 |
| | 26 | | Vandrepol Jean-Pierre, de Belgique, à Vandoeuvres | directeur adjoint | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | 27 | m 37 | ~~Stein Yves, du Luxembourg, à Genève~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| | 27 | m 37 | ~~Thill Carlo, du Luxembourg, à Leudelange, LUX~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 29 | | | Guggiari Ghyslaine, de Savosa, à Bernex | | procuration collective à 2 |
| 29 | | | Heri Daniel, de Biberist, à Rheinfelden | | procuration collective à 2 |
| 29 | | m 36 | ~~Van Noort Marianne, de Saint-Jean, à Versoix~~ | | ~~procuration collective à 2~~ |
| 30 | | | Kroep Bram, des Pays-Bas, à Versoix | directeur adjoint | signature collective à 2 |
| 30 | | | Baumgartner Peter, de Stettfurt, à Aadorf | sous-directeur | signature collective à 2 |
| | 30 | m 38 | ~~Gosset Emeline, de France, à Genève~~ | | ~~procuration collective à 2~~ |
| 30 | | 34 | ~~Selcraig Mark, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2~~ |
| 31 | | 36 | ~~Cruzado Jules, de Genève, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 31 | | 39 | ~~Richner Martin, de Rupperswil, à Widen~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 32 | | Fauche Adrien, de Neuchâtel, à Chêne-Bougeries | sous-directeur | signature collective à 2 |
| | 32 | | Michel Philippe, de Villarsel-le-Gibloux, à Chêne-Bougeries | sous-directeur | signature collective à 2 |
| | 34 | | Grekas Dimitrios, de Grèce, à Genève | directeur adjoint | signature collective à 2 |
| | 34 | 39 | ~~Ludig Dridi Birgit, de Lugano, à Montagnola~~ | ~~directrice adjointe~~ | ~~signature collective à 2~~ |
| | 34 | | Schade Wolfgang, d'Allemagne, à Volketswil | directeur adjoint | signature collective à 2 |
| | 34 | | Catzeflis Thierry, de Lausanne, à Epalinges | vice-directeur | signature collective à 2 |
| | 34 | 39 | ~~Geiser Alexandre, de Genève, à Trélex~~ | ~~vice-directeur~~ | ~~signature collective à 2~~ |
| 34 | | 45 | ~~Karatas Eralp, de Turquie, à Bachenbülach~~ | ~~vice-directeur~~ | ~~signature collective à 2~~ |
| | 34 | | Mordasini Thierry, de Onsernone, à Arthaz-Pont-Notre-Dame, F | vice-directeur | signature collective à 2 |
| 34 | | 39 | ~~Niezabitowska Katarzyna, de Pologne, à Zurich~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 34 | | 45 | ~~Pelitci Ümit, de Turquie, à Bachenbülach~~ | ~~vice-directeur~~ | ~~signature collective à 2~~ |
| 34 | | | Bühlmann Cindy, de Guggisberg, à Perly-Certoux | | procuration collective à 2 |
| 34 | | 39 | ~~Bürki Jeannine, de Worb, à Adliswil~~ | | ~~procuration collective à 2~~ |
| 34 | | | Grand Derek, de Genève, à Genthod | | procuration collective à 2 |
| 34 | | | Jeanneret Laurent, de Le Locle, à Morges | | procuration collective à 2 |
| 34 | | | Kabeya Christophe, de France, à Genève | | procuration collective à 2 |
| 34 | | | Leboeuf Mélanie, de Le Noirmont, à Chêne-Bourg | | procuration collective à 2 |
| 34 | | | Salamon Jörg, de Lancy, à Genève | | procuration collective à 2 |
| | 36 | | Herzog Heinz, de Zurich, à Zufikon | directeur adjoint | signature collective à 2 |
| | 36 | | Van Noort Marianne, de Saint-Jean, à Prangins | | procuration collective à 2 |
| | 37 | m 47 | ~~Thill Carlo, du Luxembourg, à Leudelange, LUX~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| 37 | | | Lessel Charles, du Luxembourg, à Kopstal, LUX | adm. | signature collective à 2 |
| | 37 | 41 | ~~Stein Yves, du Luxembourg, à Genève~~ | ~~directeur général~~ | ~~signature collective à 2~~ |
| | 37 | m 41 | ~~Rijke Willem Bastiaan, des Pays-Bas, à Founex~~ | ~~directeur général adjoint~~ | ~~signature collective à 2~~ |
| 37 | | | van der Sanden Marcel, des Pays-Bas, à Winterthur | sous-directeur | signature collective à 2 |
| 37 | | 39 | ~~Cavelti Reto, de Sagogn, à Wallisellen~~ | | ~~procuration collective à 2~~ |
| 37 | | | Clerc Christine, de Genève, à Genève | | procuration collective à 2 |
| 37 | | | Stojkic-Andrzejewski Ewa, de Wettingen, à Obersiggenthal | | procuration collective à 2 |
| 37 | | m 38 | ~~Toron Georg, de Jona, à Freienbach~~ | | ~~procuration collective à 2~~ |
| | 38 | | Nanni Andréas, de Meyrin, à Meyrin | directeur | signature collective à 2 |
| | 38 | | Perrin Laurent, de Genève, à Feigères, F | directeur | signature collective à 2 |
| | 38 | | Boïko Tatiana, d'Ukraine, à Genève | directrice adjointe | signature collective à 2 |
| | 38 | | Criniti Sophie, de Bardonnex, à Plan-les-Ouates | sous-directrice | signature collective à 2 |
| | 38 | 45 | ~~de Cesare Claudio, de Sorens, à Gland~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 38 | | Frauenfelder Corinna, de Henggart, à Zurich | sous-directrice | signature collective à 2 |
| | 38 | | Gosset Emeline, de France, à Genève | sous-directrice | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | 38 | | **Landerer** Fernando, de Bâle, à Prévessin-Moëns, F | sous-directeur | signature collective à 2 |
| | 38 | | **Mathieu** Marie Agnès, d'Albinen, à Genève | sous-directeur | signature collective à 2 |
| | 38 | | **Privet** Laurent, de Genève, à Genève | sous-directeur | signature collective à 2 |
| | 38 | | **Sampaio Brandao e Castro** Vanda, de Chêne-Bourg, à Genève | sous-directrice | signature collective à 2 |
| | 38 | | **Toron** Georg, de Jona, à Wollerau | sous-directeur | signature collective à 2 |
| 38 | | | **Aldin** Sylvie, de France, à Divonne-les-Bains, F | | procuration collective à 2 |
| 38 | | | **Bourguignon** Sophie, de France, à Genève | | procuration collective à 2 |
| 38 | | | **Carnevale** Gregory, de Lancy, à Lancy | | procuration collective à 2 |
| 38 | | | **Dussex** Yves, d'Ayent, à Onex | | procuration collective à 2 |
| 38 | | | **Herrmann** Béatrice, de Langnau im Emmental, à Dietikon | | procuration collective à 2 |
| 38 | | | **Keller** Sonia, d'Onex, à Confignon | | procuration collective à 2 |
| 38 | | | **Negro** David, de Genève, à Genève | | procuration collective à 2 |
| 38 | | | **Passador** Jean-Pierre, de Chavannes-de-Bogis, à Mies | | procuration collective à 2 |
| 38 | | | **Schauer** Agnieska, de Pologne, à Zurich | | procuration collective à 2 |
| 38 | | | **Trottet** Elodie, de Genthod, à Genthod | | procuration collective à 2 |
| 38 | | | **Villella** Fabrizio, d'Italie, à Montana | | procuration collective à 2 |
| 40 | | 45 | ~~**Knupfer** Philippe, de Genève, à Sion~~ | ~~directeur adjoint~~ | ~~signature collective à 2~~ |
| | 40 | | **Spreitzer** Karin, d'Autriche, à Zurich | sous-directrice | signature collective à 2 |
| 40 | | | **Honhon** Philippe, de Plan-les-Ouates, à Collonge-Bellerive | | procuration collective à 2 |
| 41 | | m 47 | ~~**Boris** Pascal, de France, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 41 | | | **Gaillard** Marcel, de Chamoson, à Nyon | adm. | signature collective à 2 |
| 41 | | | **Longhini** Michel, de France, à Rueil Malmaison, F | adm. | signature collective à 2 |
| | 41 | | **Rijke** Willem Bastiaan, des Pays-Bas, à Founex | directeur général | signature collective à 2 |
| 43 | | | **PricewaterhouseCoopers SA** (CH-660-1784998-4), succursale à Genève | organe de révision | |
| | 47 | | **Boris** Pascal, de France, à Genève | adm. président | signature collective à 2 |
| | 47 | | **Thill** Carlo, du Luxembourg, à Leudelange, LUX | adm. | signature collective à 2 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | | 18.11.2005 | 15 | 1 | 15508 | 21.12.2005 | 28.12.2005 | 9/3170050 |
| 2 | 847 | 18.01.2006 | 24.01.2006 | 7/3209266 | 3 | 1382 | 30.01.2006 | 03.02.2006 | 8/3227684 |
| 4 | 2273 | 16.02.2006 | 22.02.2006 | 6/3254816 | 5 | 2665 | 24.02.2006 | 02.03.2006 | 9/3268016 |
| 6 | 4376 | 30.03.2006 | 05.04.2006 | 7/3319898 | 7 | 5753 | 28.04.2006 | 04.05.2006 | 7/3361180 |
| 8 | 6525 | 17.05.2006 | 29.05.2006 | 8/3394200 | 9 | 7996 | 22.06.2006 | 28.06.2006 | 8/3436986 |
| 10 | 9644 | 20.07.2006 | 26.07.2006 | 7/3483616 | 11 | 9689 | 21.07.2006 | 27.07.2006 | 6/3485020 |
| 12 | 12508 | 29.09.2006 | 05.10.2006 | 7/3578348 | 13 | 13191 | 16.10.2006 | 20.10.2006 | 6/3601682 |
| 14 | 13681 | 26.10.2006 | 01.11.2006 | 7/3616252 | 15 | 15555 | 06.12.2006 | 12.12.2006 | 9/3677796 |
| 16 | 16162 | 18.12.2006 | 22.12.2006 | 9/3695822 | 17 | 1213 | 25.01.2007 | 31.01.2007 | 9/3751372 |
| 18 | 3416 | 09.03.2007 | 15.03.2007 | 9/3839546 | 19 | 3481 | 12.03.2007 | 16.03.2007 | 8/3842650 |
| 20 | 4946 | 10.04.2007 | 16.04.2007 | 9/3885824 | 21 | 5907 | 03.05.2007 | 09.05.2007 | 7/3922122 |
| 22 | 6773 | 22.05.2007 | 29.05.2007 | 7/3950760 | 23 | 8516 | 02.07.2007 | 06.07.2007 | 8/4013920 |
| 24 | 8926 | 09.07.2007 | 13.07.2007 | 7/4024534 | 25 | 9489 | 20.07.2007 | 26.07.2007 | 8/4042920 |
| 26 | 10157 | 07.08.2007 | 13.08.2007 | 6/4063802 | 27 | 10651 | 20.08.2007 | 24.08.2007 | 6/4079252 |
| 28 | 13011 | 10.10.2007 | 16.10.2007 | 6/4157366 | 29 | 14244 | 06.11.2007 | 12.11.2007 | 9/4194606 |
| 30 | 1187 | 24.01.2008 | 30.01.2008 | 7/4314760 | 31 | 4179 | 27.03.2008 | 02.04.2008 | 7/4411502 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 32 | 5103 | 16.04.2008 | 22.04.2008 | 7/4441090 | 33 | 5685 | 29.04.2008 | 09.05.2008 | 7/4468902 |
| 34 | 8532 | 30.06.2008 | 04.07.2008 | 14/4559194 | 35 | 12194 | 24.09.2008 | 30.09.2008 | 8/4671384 |
| 36 | 974 | 21.01.2009 | 27.01.2009 | 9/4847738 | 37 | 1315 | 28.01.2009 | 03.02.2009 | 9/4858972 |
| 38 | 5961 | 23.04.2009 | 29.04.2009 | 9/4995922 | 39 | 9206 | 23.06.2009 | 29.06.2009 | 14/5096430 |
| 40 | 9759 | 30.06.2009 | 06.07.2009 | 16/5116698 | 41 | 11070 | 16.07.2009 | 22.07.2009 | 12/5155096 |
| 42 | 15967 | 14.10.2009 | 20.10.2009 | 8/5303000 | 43 | 16973 | 02.11.2009 | 06.11.2009 | 10/5330734 |
| 44 | 605 | 12.01.2010 | 18.01.2010 | 9/5445574 | 45 | 2856 | 17.02.2010 | 23.02.2010 | 10/5510100 |
| 46 | 6569 | 14.04.2010 | 20.04.2010 | 9/5594202 | 47 | 7400 | 28.04.2010 | 04.05.2010 | 9/5617550 |
| 48 | 8685 | 21.05.2010 | 28.05.2010 | 10 | | | | | |

Genève, le 06 mars 2020

Extrait certifié conforme
- 6 MAR. 2020
Le préposé
par délégation

Canton de Genève
Registre du Commerce

*Fin de l'extrait*

Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Pays : **Suisse**
   Le présent acte public
2. a été signé par **M. Pascal JUILLERAT** .--
3. agissant en qualité de **fonctionnaire** .--
4. est revêtu du sceau/timbre de / **du registre du commerce - Genève** .--

Attesté

5. à **Genève**
6. le  1 0 MARS 2020
7. **République et Canton de Genève**
8. sous N°  **900608**
9. Sceau/timbre :
10. Signature :



P.-A. Leya

# Exhibit 19b



**Excerpt without cancellations**

INTERNET EXCERPT

Ref. No.   15508/2005
Fed. No.   CH-550.0.082.896-6
UID        CHE-105.966.465

# Fortis Banque (Suisse) SA

registered November 4, 1958
Société anonyme [public limited company]]
canceled May 21, 2010

| Ref. | Company name |
|---|---|
| 1 | Fortis Banque (Suisse) SA<br>(Fortis Bank (Schweiz) AG)<br>(Fortis Banca (Svizzera) SA)<br>(Fortis Bank (Switzerland) Ltd) |
| | **Head office** |
| 1 | Geneva |
| | **Address** |
| 1 | Boulevard des Philosophes 20 |
| | **Bylaws date** |
| 6 | 3/23/2006 |
| | **Goal, Observations** |
| 0 | Goal:<br>Operation of a bank and all banking operations, on its own behalf or on behalf of third parties, both in Switzerland and internationally |

# TRANSLATION CERTIFICATION

Date: March 16, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Dutch
- French
- German
- Spanish

To:

- English

The documents are designated as:
- List of credit institutions approved in Belgium – 2/16/2006
- List of credit institutions approved in Belgium – 3/12/2007
- List of credit institutions approved in Belgium – 6/24/2008
- Excerpt from Commercial Register – BGL BNP Paribas
- Excerpt from Commercial Register – Luxembourg branch(es) of BNP Paribas
- FSMA publishing - BNP PARIBAS ARBITRAGE SNC
- FSMA publishing - BNP PARIBAS FORTIS
- Official Registry by the Bank of Spain – B.N.P.- ESPAÑA, S.A.
- Bank of Spain's Record of Institutions 2007
- Bank of Spain's Record of Institutions 2008
- List of credit institutions approved in Belgium – 7/8/2009
- Excerpt from Swiss Central Business Name Index BNP Paribas (Suisse) SA
- Excerpt from Swiss Central Business Name Index BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA
- Excerpt from Swiss Central Business Name Index Fortis Banque (Suisse) SA

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.