# Exhibit 20a



# REGISTRE DU COMMERCE DE GENÈVE

**Extrait avec éventuelles radiations**

EXTRAIT DU REGISTRE
No réf.    10726/2001
N° féd.    CH-270-3012359-5
**IDE**     **CHE-105.930.711**

## BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA

inscrite le  28 septembre 2001
Société anonyme
radiée le  01 mai 2006

| Réf. | Raison Sociale |
|---|---|
| 1 | BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA |

| | Siège |
|---|---|
| 1 | Genève |

| | Adresse |
|---|---|
| 1 | place de Hollande 2 |

| | Dates des Statuts |
|---|---|
| 1 | 28.09.1999   20.09.2001 (nouv. stat.) |

| | But, Observations |
|---|---|
| 1 | But:<br>exploitation d'une banque. |
| 1 | Précédemment à Bâle, sous la raison sociale Banque Nationale de Paris (Suisse) SA. |

| | Fusions (LFus) |
|---|---|
| 21 | Fusion:<br>reprise des actifs et passifs de la société CaixaBank Banque Privée (Suisse) SA, à Genève (CH-660-1784002-9), selon contrat de fusion du 16.02.2005 et bilan au 31.12.2004, présentant des actifs de CHF 26'469'701, des passifs envers les tiers de CHF 15'523'098, soit un actif net de CHF 10'946'603. La société reprenante détenant l'ensemble des actions de la société transférante, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. Conformément à l'attestation d'un réviseur particulièrement qualifié, la société reprenante dispose de fonds propres librement disponibles équivalant au moins au montant du découvert de la société reprise. |
| 28 | Radiation par suite de fusion:<br>Les actifs et les passifs envers les tiers sont repris par la société BNP Paribas (Suisse) SA, à Genève (CH-270-3000542-1). La société est radiée par suite de fusion. |

| | Organe de publication |
|---|---|
| 1 | Communication aux actionnaires: lettre recommandée |
| 1 | FOSC |

| | Succursales | | |
|---|---|---|---|
| 1 | Zurich | 3 | Bâle |
| 1 | Lugano | | |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 1 | CHF 185'000'000 | CHF 185'000'000 | 185'000 actions de CHF 1'000, nominatives, liées selon statuts |

| | Apports en nature, reprises de biens, avantages particuliers |
|---|---|
| 1 | Apport en nature et reprise de biens:<br>selon contrat du 20.09.2001 et bilan au 30.06.2001, des actifs pour CHF 1'114'567'784 et des passifs pour CHF 737'195'412 et des opérations hors bilan pour CHF 8'102'953'174, de "BNP Paribas (Suisse) SA", à Genève, alloués à l'activité "private banking", à l'exception de certains actifs immobilisés, pour CHF 377'372'372, en contrepartie duquel sont remises 100'000 actions de CHF 1'000, nominatives, liées selon statuts; le solde étant porté au crédit de l'apporteur. |

| | **Apports en nature, reprises de biens, avantages particuliers** |
|---|---|
| 1 | Apport en nature lors de l'augmentation du capital-actions à CHF 85'000'000: selon contrat du 23.11.1999 et inventaire du 31.10.1999, des actifs pour CHF 23'985'478 et des passifs pour CHF 22'901'346 de la succursale "UEB United European Bank, succursale di Lugano", à Lugano, pour CHF 1'084'132, en contrepartie duquel sont remises 1'000 actions de CHF 1'000, nominatives. |
| 1 | Apport en nature à la constitution: des actifs pour CHF 5'916'754'000 et des passifs pour CHF 5'624'640'000 de la "Banque Nationale de Paris (Suisse) SA, à Bâle, nouvellement nommée "BNP (Suisse) Holding SA", avec comme nouveau siège Genève, en contrepartie duquel ont été remises 84'000 actions de CHF 1'000, nominatives. |

| Réf. | | | **Administration, organe de révision et personnes ayant qualité pour signer** | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 1 | | | Debiesse François, de France, à Paris, F | adm. président | signature collective à 2 |
| 1 | | 17 | Lohier Gérard, de France, à Vandoeuvres | adm. vice-président | signature collective à 2 |
| 1 | | 8 | Wyss Hans B., de Berne, à Zurich | adm. vice-président | signature collective à 2 |
| 1 | | 24 | Levy-Garboua Vivien, de France, à Paris, F | adm. | signature collective à 2 |
| 1 | | 24 | Noyelle Pierre-Edouard, de France, à Paris, F | adm. | signature collective à 2 |
| 1 | | | Gaillard Marcel, de Chamoson, à Nyon | adm. | sans signature |
| 1 | | 8 | Le Vernoy Eric, de France, à Londres, GB | adm. | sans signature |
| 1 | | | Lenz Peter, de Bâle, à Binningen | adm. | sans signature |
| 1 | | | Levy Laurent, de Bâle, à Genève | adm. | sans signature |
| 1 | | | Piaz Hans T., de Zurich, à Weisslingen | adm. | sans signature |
| 1 | | m 26 | Sulzer Peter, de Winterthur, à Zurich | adm. | sans signature |
| 1 | | m 18 | Schaub Hans-Rudolf, de Bâle, à Genève | membre* président | signature collective à 2 |
| 1 | | 8 | Moederle Max, de Lugano, à Lugano | membre* vice-président | signature collective à 2 |
| 1 | | m 14 | Mauguin Lucien, de France, à Vufflens-le-Château | membre* sec. hors cons. | signature collective à 2 |
| 1 | | 8 | Achard Aimé, de France, à Versoix | membre* | signature collective à 2 |
| 1 | | 11 | Knoepfel Stefan, de Hundwil, à Binningen | membre* | signature collective à 2 |
| 1 | | 7 | Steven Jean-Christophe, de France, à Collonge-Bellerive | membre* | signature collective à 2 |
| 1 | | | Zuercher Giovanni, de Horgen, à Vico Morcote | membre* | signature collective à 2 |
| 1 | | 19 | Adé Nicolas, de Vevey, à Bâle | membre** | signature collective à 2 + |
| 1 | | 18 | Antonietti Ruedin Silvana, de Cressier (NE), à Grandevent | membre** | signature collective à 2 + |
| 1 | | | Aubelle Philippe, de France, à Cologny | membre** | signature collective à 2 + |
| 1 | | 7 | Aubert François, de Genève, à Veyrier | membre** | signature collective à 2 + |
| 1 | | 22 | Barel Alain, de Cheiry, à Genève | membre** | signature collective à 2 + |
| 1 | | 11 | Benzakein Hervé, de Chêne-Bougeries, à Troinex | membre** | signature collective à 2 + |
| 1 | | 11 | Bertoli Alfredo, de Genève, à Saint-Cergue | membre** | signature collective à 2 + |
| 1 | | | Binder Urs, de St-Gall, à Presinge | membre** | signature collective à 2 + |
| 1 | | 15 | Brimaud Bernard, de France, à Genève | membre** | signature collective à 2 + |
| 1 | | 13 | Bruelhart Jean-Marie, de Ueberstorf, à La Rippe | membre** | signature collective à 2 + |
| 1 | | 4 | Cattaneo Daisy, de France, à Genève | membre** | signature collective à 2 + |
| 1 | | 4 | Christiaens Nathalie, de Zurich, à Genève | membre** | signature collective à 2 + |
| 1 | | | Dana Thierry, de Genève, à Chêne-Bougeries | membre** | signature collective à 2 + |
| 1 | | 12 | de Schietere de Lophem Philippe, de Belgique, à Genève | membre** | signature collective à 2 + |
| 1 | | 20 | Despland Pierre Yves, de Grandson, à Chêne-Bougeries | membre** | signature collective à 2 |
| 1 | | | Diogo Manuel, de Meyrin, à Genève | membre** | signature collective à 2 + |
| 1 | | 15 | Dumont Laurent, de France, à Genève | membre** | signature collective à 2 + |
| 1 | | 19 | Ehrenström Marc, de Genève, à Coppet | membre** | signature collective à 2 + |
| 1 | | 26 | Eijgendaal Bernadette, de Belgique, à Carouge (GE) | membre** | signature collective à 2 + |
| 1 | | 26 | Espinas Bernard, de France, à Genève | membre** | signature collective à 2 + |
| 1 | | 11 | Favre-Bulle Jean Philippe, des Ponts-de-Martel, | membre** | signature collective à 2 + |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | à Nyon | | |
| 1 | | 16 | ~~Fitaire Nicolas, de France, à Les Ollières, F~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 17 | ~~Fondacaro Frossard de Saugy Josiane, de France, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 17 | ~~Forsgren Björn, de Suède, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Gaillard Jean-Pierre, d'Ardon, à Chêne-Bourg | membre** | signature collective à 2 + |
| 1 | | 15 | ~~Gerbier Imanov Danielle, de France, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Guignard Fabienne, de L'Abbaye, à Nyon | membre** | signature collective à 2 + |
| 1 | | 11 | ~~Hancock Philippe, de Genève, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Hogga Abdelbaki, du Maroc, à Avully | membre** | signature collective à 2 + |
| 1 | | 23 | ~~Huboux Bernard, de Genève, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 10 | ~~Incerti Patrice, de Bonfol, à Vicques~~ | ~~membre**~~ | ~~signature collective à 2~~ |
| 1 | | | Innocenti Licia, de Steinhaus, à Genève | membre** | signature collective à 2 + |
| 1 | | | Jacquiéroz Cecilia, de Martigny, à Collonge-Bellerive | membre** | signature collective à 2 + |
| 1 | | 17 | ~~Juan Doriane, de Vallorbe, à Daillens~~ | ~~membre**~~ | ~~signature collective à 2~~ |
| 1 | | | Junod Alain, de Sainte-Croix, à Genève | membre** | signature collective à 2 + |
| 1 | | | King Peter, de Sattel, à Collonge-Bellerive | membre** | signature collective à 2 + |
| 1 | | 4 | ~~Lestienne Didier, de Belgique, à Avully~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Malfoy Jean-Louis, de Salvan, à Carouge (GE) | membre** | signature collective à 2 + |
| 1 | | 22 | ~~Marcou Georges, de Genève, à Anières~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 24 | ~~Marty Mireille, de Carouge (GE), à Carouge (GE)~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 13 | ~~Massot Robert, de Lenk, à Mies~~ | ~~membre**~~ | ~~signature collective à 2~~ |
| 1 | | | Merle Jean-Pierre, de Bottens, à Versoix | membre** | signature collective à 2 + |
| 1 | | | Morin Eric, de France, à Satigny | membre** | signature collective à 2 + |
| 1 | | | Mosimann Peter, de Berne, à Hölstein | membre** | signature collective à 2 |
| 1 | | 15 | ~~Moussli al Siamji Mansour, de Lancy, à Anières~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 10 | ~~Naef Marcel, de Hemberg, à Coppet~~ | ~~membre**~~ | ~~signature collective à 2~~ |
| 1 | | | Noguier Laurent, de Bonfol, à Genève | membre** | signature collective à 2 + |
| 1 | | | Ohnemus Jens, de Bâle, à Genève | membre** | signature collective à 2 + |
| 1 | | | Pinel Pierre, de Chavannes-des-Bois, à Nyon | membre** | signature collective à 2 + |
| 1 | | 10 | ~~Pochelon Guy, de Genève, à Vich~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 4 | ~~Pochon Patrick, de Collonges, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Pont Alain, de Sierre, à Genève | membre** | signature collective à 2 + |
| 1 | | | ~~Rihet Valérie, de France, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 7 | ~~Riondel Philippe, de Genève, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Rongen Philippe, de Lucens, à Collonge-Bellerive | membre** | signature collective à 2 + |
| 1 | | | Sabty Pilsworth Desirée, de France, à Crans-près-Céligny | membre** | signature collective à 2 + |
| 1 | | 20 | ~~Schäublin Angnès, de Giebenach, à Genève~~ | ~~membre**~~ | ~~signature collective à 2~~ |
| 1 | | 17 | ~~Serra Pegada Guertchakoff Ana Isabel, de Genève, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 26 | ~~Thomas Frédéric, de France, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | | Thomine-Desmazures Fiacre, de France, à Collonge-Bellerive | membre** | signature collective à 2 + |
| 1 | | | Tolis Antonios, de Moutier, à Onex | membre** | signature collective à 2 + |
| 1 | | | Viatte Joëlle, de Genève, à Genève | membre** | signature collective à 2 + |
| 1 | | 22 | ~~von Gunten Christine, de Versoix, à Prangins~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 19 | ~~von Oelreich Helena, de Suède, à Signy-Avenex~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | m 20 | | ~~Weber Zulet Claudine, de Neuchâtel, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 1 | | 4 | ~~Wolf John, de Lotzwil, à Bogis-Bossey~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|------|------|------|-------------------------------------------------|-------------------|------------------|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 1 | | 17 | Arthur Andersen SA , succursale à Meyrin | organe de révision | |
| 5 | | 10 | Girault Philippe, de France, à Annecy, F | membre** | signature collective à 2 + |
| 5 | | | Lanci Marco, de Lancy, à Genève | membre** | signature collective à 2 + |
| 5 | | 16 | Leclere Luc, de Belgique, à Plan-les-Ouates | membre** | signature collective à 2 + |
| 5 | | | Ley Michael, de Founex, à Meyrin | membre** | signature collective à 2 + |
| 5 | | 11 | Sierro Christophe, d'Evolène, à Evolène | membre** | signature collective à 2 + |
| 5 | | | Truffer Patrice, de Randa, à Champéry | membre** | signature collective à 2 + |
| 6 | | 15 | Berta Philippe, de Lancy, à Genève | membre** | signature collective à 2 |
| 6 | | 12 | Botta Roberto, de Lugano, à Jussy | membre** | signature collective à 2 |
| 6 | | 11 | Dutu Stéphane, de France, à Genève | membre** | signature collective à 2 |
| 6 | | 26 | Garrisson Jean-François, de France, à Genève | membre** | signature collective à 2 |
| 6 | | | Schnepf André, de France, à Kembs, F | membre** | signature collective à 2 |
| 9 | m 18 | | Barthel Jean-Michel, de France, à Genève | membre** | signature collective à 2 |
| 9 | | 17 | El-Hage Helene, du Liban, à Genève | membre** | signature collective à 2 |
| 9 | | | Guntz Isabelle, de France, à Ferney-Voltaire, F | membre** | signature collective à 2 |
| 11 | | 26 | Hamery Pierre-Michel, de France, à Cologny | membre** | signature collective à 2 + |
| 11 | | 18 | Hamiyeh Fouad, du Liban, à Pregny-Chambésy | membre** | signature collective à 2 + |
| 11 | | 15 | Konstas Nausikaa, de Montreux, à Genève | membre** | signature collective à 2 + |
| 11 | | 24 | Burnand Claude-Alain, de Genève, à Troinex | membre** | signature collective à 2 |
| 12 | m 18 | | Ackermann Roland, de France, à Genève | membre** | signature collective à 2 |
| 12 | | | El Masri Serene, d'Italie, à Genève | membre** | signature collective à 2 + |
| 12 | m 18 | | Guillon Jean-Benoît, de France, à Genève | membre** | signature collective à 2 |
| 12 | | 23 | Schneider Pierre, de Felben-Wellhausen, à Genève | membre** | signature collective à 2 |
| 12 | | | Van Meenen Pierre, de France, à Veigy-Foncenex, F | membre** | signature collective à 2 |
| 12 | | | Fichter Luc, de France, à Genève | membre de la direction générale | signature collective à 2 |
| 12 | m 18 | | Le Vernoy Eric, de France, à Genève | membre de la direction générale | signature collective à 2 |
| 13 | | | Heyden Christian, de Zurich, à Gentilino | membre** | signature collective à 2 + |
| 13 | m 14 | | Mouttet Patrick, de Vermes, à Borex | membre** | signature collective à 2 + |
| | 14 | 20 | Mauguin Lucien, de Vufflens-le-Château, à Vufflens-le-Château | membre* sec. hors cons. | signature collective à 2 |
| | 14 | | Mouttet Patrick, de Vermes, à Borex | membre** | signature collective à 2 |
| 15 | | | Kokkodis Geroge, de Grèce, à Genève | membre** | signature collective à 2 + |
| 15 | | 24 | McNeill Deborah, des USA, à Genève | membre** | signature collective à 2 + |
| 16 | | | Bäckdahl Anders, de Suède, à Cologny | membre** | signature collective à 2 + |
| 16 | | 27 | Clavadetscher Silvio, de Küblis, à Chêne-Bourg | membre** | signature collective à 2 + |
| 16 | | 23 | Stucker Isabelle, de France, à Mies | membre** | signature collective à 2 + |
| 17 | m 26 | | Bazire Louis, de France, à Genève | adm. vice-président | signature collective à 2 |
| 17 | | | David Ariane, de Rueyres-Treyfayes, à Genève | membre** | signature collective à 2 + |
| 17 | | | Delporte Emeric, de France, à Genève | membre** | signature collective à 2 + |
| 17 | | | Garbani Sandra, de Genève, à Lancy | membre** | signature collective à 2 + |
| 17 | | | Lésueur-Pene Nadège, de France, à Meyrin | membre** | signature collective à 2 + |
| 17 | | 26 | Morel Thierry, de Marnand, à Gland | membre** | signature collective à 2 + |
| 17 | | | Polidura Felipe, de Vallorbe, au Grand-Saconnex | membre** | signature collective à 2 + |
| 17 | | 26 | Rodriguez-Spaethe Alexandra, de Genève, à Carouge | membre** | signature collective à 2 + |
| 17 | | 24 | Sonvico Alessandro, de Lugano, à Manno | membre** | signature collective à 2 + |
| 17 | | | Van Cauter Stéphane, de Versoix, à Collonge-Bellerive | membre** | signature collective à 2 + |
| 17 | | | Ernst & Young SA , succursale à Lancy | organe de révision | |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 18 | | | **Marti** Philippe, de Genève, à Thônex | membre** | signature collective à 2 + |
| 18 | | 24 | ~~**Reithaar** Patrick, de Wallisellen, à Arzier~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| | 18 | 26 | ~~**Le Vernoy** Eric, de France, à Genève~~ | ~~membre de la direction générale président~~ | ~~signature collective à 2~~ |
| 18 | | | **Dacquin** François, de France, à Genève | membre de la direction générale | signature collective à 2 |
| | 18 | | **Schaub** Hans-Rudolf, de Bâle, à Genève | membre de la direction générale | signature collective à 2 |
| | 18 | m 19 | ~~**Ackermann** Roland, de France, à Genève~~ | | ~~signature collective à 2~~ |
| | 18 | | **Barthel** Jean-Michel, de France, à Genève | | signature collective à 2 |
| | 18 | 23 | ~~**Guillon** Jean-Benoît, de France, à Genève~~ | | ~~signature collective à 2~~ |
| 19 | | | **Bonnard** Alexandre, de Nyon, à Morges | membre** | signature collective à 2 + |
| 19 | | 27 | ~~**Deswarte** François, de France, à Carouge~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 19 | | 22 | ~~**Nada** Elie James, de Genève, à Genève~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| 19 | | 27 | ~~**Truyol** Miguel, de Fällanden, à Schwerzenbach~~ | ~~membre**~~ | ~~signature collective à 2 +~~ |
| | 19 | | **Ackermann** Roland, de France, à Zillisheim, F | | signature collective à 2 |
| | 20 | m 23 | ~~**Weber Zulet** Claudine, de Neuchâtel, à Genève~~ | ~~membre** sec. hors cons.~~ | ~~signature collective à 2 +~~ |
| 20 | | | **Al Arabi** Fatima, d'Arabie Saoudite, à Genève | | signature collective à 2 + |
| 20 | | | **Léger** Philippe, de France, à Nyon | | signature collective à 2 + |
| 20 | | | **Lodén** Roger, de Suède, à Genève | | signature collective à 2 + |
| 20 | | | **Sabaner** Suzan, de Turquie, à Genève | | signature collective à 2 + |
| 22 | | | **Papiasse** Alain, de France, au Vésinet, F | adm. | signature collective à 2 |
| 22 | | 26 | ~~**Ferenczy** Emil, de France, à Collonge-Bellerive~~ | ~~membre de la direction~~ | ~~signature collective à 2 +~~ |
| 22 | | | **Riccardi** Gérard, de Vernier, à Eysins | membre de la direction | signature collective à 2 + |
| 22 | | | **Ruiz Fuster** Jordi, d'Espagne, à Commugny | membre de la direction | signature collective à 2 + |
| | 23 | | **Weber Zulet** Claudine, de Neuchâtel, à Genève | membre** sec. hors cons. | signature collective à 2 |
| 23 | | | **Berdat** Dimitri, de Courroux, à Arzier | membre de la direction | signature collective à 2 + |
| 23 | | | **Kosemen** Cem, de Turquie, à Collonge-Bellerive | membre de la direction | signature collective à 2 + |
| 23 | | | **Mazza** Claude, de Lucerne, à Bernex | membre de la direction | signature collective à 2 + |
| 23 | | | **Nagelmackers** James, de Lancy, à Genève | membre de la direction | signature collective à 2 + |
| 23 | | | **Schuster** Bernard, de France, à Veyrier-du-Lac, F | membre de la direction | signature collective à 2 + |
| 23 | | | **Wuersch** Patrick, de Killwangen, à Tannay | membre de la direction | signature collective à 2 + |
| 23 | | | **Mathais** Jean-Claude, de France, à Genève | | signature collective à 2 + |
| 23 | | m 27 | ~~**Daelemans** Pierre, de Belgique, à Crans-près-Céligny~~ | | ~~procuration collective à 2 +~~ |
| 23 | | | **Giroud** Jean-Philippe, de Grandevent, à Chexbres | | procuration collective à 2 + |
| 24 | | | **Sztajnkrycer** Christian, de France, à Paris, F | adm. | signature collective à 2 |
| 24 | | | **Berta** Philippe, de Lancy, à Chêne-Bougeries | | signature collective à 2 |
| 24 | | m 25 | ~~**Bleile** Peter, de Bâle, à Founex~~ | | ~~signature collective à 2 +~~ |
| 24 | | m 25 | ~~**Botta** Roberto, de Lugano, à Jussy~~ | | ~~signature collective à 2 +~~ |
| 24 | | m 25 | ~~**Chatelain** Gérard, de France, à Genève~~ | | ~~signature collective à 2 +~~ |
| 24 | | m 25 | ~~**Juan** Doriane, de Dombresson, à Daillens~~ | | ~~signature collective à 2 +~~ |
| 24 | | m 25 | ~~**Lacaze Souviron** Emmanuel, de France, à Genève~~ | | ~~signature collective à 2 +~~ |
| 24 | | m 25 | ~~**Severoni** Fabrizio, de Viganello, à Viganello~~ | | ~~signature collective à 2 +~~ |
| | 25 | | **Bleile** Peter, de Bâle, à Founex | membre de la direction | signature collective à 2 + |
| | 25 | | **Botta** Roberto, de Lugano, à Jussy | membre de la direction | signature collective à 2 + |
| | 25 | | **Chatelain** Gérard, de France, à Genève | membre de la direction | signature collective à 2 + |
| | 25 | | **Juan** Doriane, de Dombresson, à Daillens | membre de la direction | signature collective à 2 + |
| | 25 | | **Lacaze Souviron** Emmanuel, de France, à Genève | membre de la direction | signature collective à 2 + |
| | 25 | | **Severoni** Fabrizio, de Viganello, à Viganello | membre de la direction | signature collective à 2 + |
| | 26 | | **Sulzer** Peter, de Winterthur, à Zurich | adm. vice-président | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | 26 | | **Bazire** Louis, de France, à Genève | membre de la direction générale président | signature collective à 2 |
| 26 | | | **Anderegg** Daniel, de Meiringen, à Chêne-Bougeries | membre de la direction | signature collective à 2 + |
| 26 | | | **Chebly** Michel, du Liban, à Genève | membre de la direction | signature collective à 2 + |
| 26 | | | **Ciriani** Marc, de Neuchâtel, à Dully | membre de la direction | signature collective à 2 + |
| 26 | | | **de Mestral** Stéphanie, de Vaulion, à Duillier | membre de la direction | signature collective à 2 + |
| 26 | | | **Eckermann** Tom, d'Allemagne, à Anières | membre de la direction | signature collective à 2 + |
| 26 | | | **Lyginos** Fanis, de Grèce, à Collonge-Bellerive | membre de la direction | signature collective à 2 + |
| 26 | | | **Oswald** Jean-Claude, de France, à Genève | membre de la direction | signature collective à 2 + |
| 26 | | | **Sardo** Jose, du Portugal, à Cologny | membre de la direction | signature collective à 2 + |
| 26 | | | **Ulrich** Philippe, de Veytaux, à Saint-Cergues, F | membre de la direction | signature collective à 2 + |
| 27 | | | **Abraham** Johannan, d'Inde, à Bahrain | membre de la direction | signature collective à 2 + |
| | 27 | | **Daelemans** Pierre, du Pérou, à Crans-près-Céligny | membre de la direction | signature collective à 2 + |
| 27 | | | **du Saint** Patrick, de France, à Genève | membre de la direction générale | signature collective à 2 |
| 27 | | | **Gillaux** Vera, du Brésil, à Ornex, F | membre de la direction | signature collective à 2 + |
| 27 | | | **Gogny-Goubert** Thibaud, de France, à Morzine, F | membre de la direction | signature collective à 2 + |
| 27 | | | **Laurent** Andrea, de Breganzona, à Genève | membre de la direction | signature collective à 2 + |
| 27 | | | **Mahdavi** Ali, d'Iran, à Dubai, ARE | membre de la direction | signature collective à 2 + |
| 27 | | | **Pretre** Raphaël, de Boncourt, à Plan-les-Ouates | membre de la direction | signature collective à 2 + |
| 27 | | | **Salmina** Marco, d'Intragna, à Hermance | membre de la direction | signature collective à 2 + |
| 27 | | | **Tahiri-Alaoui** Mourad, de France, à Vétraz-Monthoux, F | membre de la direction | signature collective à 2 + |
| 27 | | | **Janowski** Serge, de France, à Dubai, ARE | | signature collective à 2 |
| 27 | | | **Fahrner** Corinne, de Genève, à Genève | | procuration collective à 2 + |
| 27 | | | **Neri** Jérôme, de Genève, à Genève | | procuration collective à 2 + |

\* du comité de direction générale / \*\* de la direction / + limitée au siège principal

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 1 | 10726 | 28.09.2001 | 04.10.2001 | 7723 | 2 | 11127 | 10.10.2001 | 16.10.2001 | 8066 |
| 3 | 12307 | 09.11.2001 | 15.11.2001 | 9002 | 4 | 12813 | 22.11.2001 | 28.11.2001 | 9359 |
| 5 | 2603 | 06.03.2002 | 12.03.2002 | 7 | 6 | 5891 | 07.06.2002 | 13.06.2002 | 5 |
| 7 | 6206 | 17.06.2002 | 21.06.2002 | 5 | 8 | 7153 | 09.07.2002 | 19.07.2002 | 10 |
| 9 | 10073 | 27.09.2002 | 03.10.2002 | 8/0669876 | 10 | 10437 | 07.10.2002 | 11.10.2002 | 5/0681700 |
| 11 | 13441 | 17.12.2002 | 23.12.2002 | 8/0788318 | 12 | 1484 | 04.02.2003 | 10.02.2003 | 7/0854394 |
| 13 | 4643 | 23.04.2003 | 29.04.2003 | 7/0968246 | 14 | 5877 | 22.05.2003 | 28.05.2003 | 8/1011478 |
| 15 | 9819 | 01.09.2003 | 05.09.2003 | 7/1159944 | 16 | 12672 | 06.11.2003 | 14.11.2003 | 7/1260458 |
| 17 | 1440 | 03.02.2004 | 09.02.2004 | 7 | 18 | 5060 | 27.04.2004 | 04.05.2004 | 7 |
| 19 | 8860 | 27.07.2004 | 02.08.2004 | 7/2386188 | 20 | 14271 | 01.12.2004 | 07.12.2004 | 8/2576704 |
| 21 | 2610 | 28.02.2005 | 04.03.2005 | 8/2729966 | 22 | 5128 | 27.04.2005 | 03.05.2005 | 6/2821228 |
| 23 | 5450 | 04.05.2005 | 11.05.2005 | 8/2831762 | 24 | 8854 | 18.07.2005 | 22.07.2005 | 6/2945472 |
| 25 | 9663 | 09.08.2005 | 15.08.2005 | 6/2975034 | 26 | 12840 | 21.10.2005 | 27.10.2005 | 6/3078418 |
| 27 | 1723 | 06.02.2006 | 10.02.2006 | 6/3238644 | 28 | 5794 | 01.05.2006 | 08.05.2006 | 8 |

Genève, le  06 mars 2020

Extrait certifié conforme

– 6 MAR. 2020

Le préposé
par délégation

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Pays : **Suisse**
   Le présent acte public
2. a été signé par **M. Pascal JUILLERAT .--**
3. agissant en qualité de **fonctionnaire .--**
4. est revêtu du sceau/timbre de **/ du registre
   du commerce - Genève .--**
   Attesté
5. à **Genève**          6. le    1 0 MARS 2020
7. **République et Canton de Genève**
8. sous N°    9 0 0 6 0 9
9. Sceau/timbre :          10. Signature :

P.-A. Leya

# Exhibit 20b



http://rc.ge.ch

**Excerpt without cancellations**

INTERNET EXCERPT

Ref. No.    10726/2001
Fed. No.    CH-270.3.012.359-5
**UID        CHE-105.930.711**

# BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA

registered September 28, 2001
Société anonyme [public limited company]
canceled May 1, 2006

| Ref. | Company name |
|---|---|
| 1 | BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA |
| | **Head office** |
| 1 | Geneva |
| | **Address** |
| 1 | Place de Hollande 2 |
| | **Bylaws date** |
| 1 | 9/28/1999    9/20/2001 (new bylaws) |
| | **Goal, Observations** |
| 1 | Goal:<br>Operation of a bank. |
| 1 | Previously in Bâle, under the company name Banque Nationale de Paris (Suisse) SA. |

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 16, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Dutch
- French
- German
- Spanish

To:

- English

The documents are designated as:

- List of credit institutions approved in Belgium – 2/16/2006
- List of credit institutions approved in Belgium – 3/12/2007
- List of credit institutions approved in Belgium – 6/24/2008
- Excerpt from Commercial Register – BGL BNP Paribas
- Excerpt from Commercial Register – Luxembourg branch(es) of BNP Paribas
- FSMA publishing - BNP PARIBAS ARBITRAGE SNC
- FSMA publishing - BNP PARIBAS FORTIS
- Official Registry by the Bank of Spain – B.N.P.- ESPAÑA, S.A.
- Bank of Spain's Record of Institutions 2007
- Bank of Spain's Record of Institutions 2008
- List of credit institutions approved in Belgium – 7/8/2009
- Excerpt from Swiss Central Business Name Index BNP Paribas (Suisse) SA
- Excerpt from Swiss Central Business Name Index BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA
- Excerpt from Swiss Central Business Name Index Fortis Banque (Suisse) SA

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

**Global Solutions.** Local Expertise.