# Exhibit 21a

# REGISTRE DU COMMERCE DE GENÈVE

**Extrait sans radiations**

EXTRAIT DU REGISTRE
Report du  16 février 1996
No réf.   00581/1898
N° féd.   CH-660-0006898-7
IDE      CHE-102.616.388

## Bordier & Cie
inscrite le  19 septembre 1898
Société en commandite qui a commencé le 01 septembre 1898

| Réf. | Raison Sociale |
|---|---|
| 1 | Bordier & Cie |

| | Siège |
|---|---|
| 1 | Genève |

| | Adresse |
|---|---|
| 1 | rue de Hollande 16 |

| | Objet de l'entreprise, observations |
|---|---|
| 1 | **But:** banque. |
| 106 | L'identification sous le numéro CH-660-0006898-7 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-102.616.388. |

| | Reprise de l'actif et du passif, apports en nature, transformation |
|---|---|
| 1 | La société s'est transformée en société en commandite dès le 12 décembre 1980. |

| Réf. | | | Associés, personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénoms, Origine, Domicile | Fonctions | Mode de signature |
| 83 | | | Bordier Evrard, de Genève, à Singapour, SGP | associé indéf. resp. | signature individuelle * |
| | 155 | | Bordier Grégoire, de Genève, à Cologny | associé indéf. resp. | signature individuelle * |
| | 156 | | Juvet Michel, de Buttes, à Genève | associé indéf. resp. | signature individuelle * |
| 147 | | | Bordier VB et Associés SCM (CHE-399.849.359), à Genève | associée commanditaire commandite: CHF 500'000 | |
| | 155 | | Bordier VA et Associés (CHE-239.753.548), à Genève | associée commanditaire commandite: CHF 7'000'000 | |
| 160 | | | GBordier SA (CHE-161.476.119), à Genève | associée commanditaire commandite: CHF 40'000'000 | |
| 160 | | | GCap SA (CHE-301.494.623), à Genève | associée commanditaire commandite: CHF 40'000'000 | |
| | 110 | | Terrier Nicolas, de Basse-Allaine, à Vandoeuvres | membre du comité de direction | procuration collective à 2 |
| | 151 | | Feigenwinter Daia, de Bâle, à Chêne-Bougeries | membre du comité de direction | procuration collective à 2 |
| | 151 | | Potelle Frédéric, de France, à Annecy le Vieux, F | membre du comité de direction | procuration collective à 2 |
| | 154 | | Devillard Frédéric, de Goillond, à Begnins | membre du comité de direction | procuration collective à 2 |
| | 46 | | Holzer David, de Genève, à Corsier | membre du comité de direction | procuration collective à 2 |
| | 75 | | Lagnaux Patrice, de Thalwil, à Zurich | membre du comité de direction | procuration collective à 2 |
| 160 | | | Anker Cédric, de Genève, à Genève | membre du comité de direction | procuration collective à 2 |
| 154 | | | Sommer Alois, de Sumiswald, à Steinhausen | directeur | procuration collective à 2 |

| Réf. | | | Associés, personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénoms, Origine, Domicile | Fonctions | Mode de signature |
| | 157 | | Porchet Nicolas, de Vucherens, à Eysins | directeur | procuration collective à 2 |
| | 16 | | Calero Juan-Luis, de Beinwil am See, à Gingins | directeur adjoint | procuration collective à 2 |
| | 36 | | Perret Thierry, des Ponts-de-Martel, à Meinier | directeur adjoint | procuration collective à 2 |
| | 62 | | Grandjean Didier, de Genève, à Genève | directeur adjoint | procuration collective à 2 |
| | 83 | | Grekas Dimitrios, de Grèce, à Genève | directeur adjoint | procuration collective à 2 |
| | 83 | | Isoz Frank, de Château-d'Oex, à Lonay | directeur adjoint | procuration collective à 2 |
| | 94 | | Grossen Véronique, de Kandersteg, à Versoix | directrice adjointe | procuration collective à 2 |
| | 94 | | Jacobi Kemal François, de Genève, à Genève | directeur adjoint | procuration collective à 2 |
| | 94 | | Verdial Veronica, de Nyon, à Begnins | directrice adjointe | procuration collective à 2 |
| | 105 | | Joyau Eric, de France, à Vétraz-Monthoux, F | directeur adjoint | procuration collective à 2 |
| | 108 | | Nabaa Philippe, de Bâle, à Genève | directeur adjoint | procuration collective à 2 |
| | 108 | | Tsunooka Masaki, du Japon, à Satigny | directeur adjoint | procuration collective à 2 |
| | 110 | | Natalini Lisa, de St-Cergue, à Arzier | directrice adjointe | procuration collective à 2 |
| | 116 | | Statkow Radan, de Genève, à Carouge | directeur adjoint | procuration collective à 2 |
| | 117 | | Chardier Pierre-Louis, de Genève, à Genève | directeur adjoint | procuration collective à 2 |
| | 117 | | Leu Christophe, de Chêne-Bougeries, à Anières | directeur adjoint | procuration collective à 2 |
| 126 | | | Guérin Gilles, de Genève, à Lancy | directeur adjoint | procuration collective à 2 |
| | 126 | | Schnyder Stephan, de Kriens, à Oberbipp | directeur adjoint | procuration collective à 2 |
| | 135 | | Ayzac Aurélie, de France, à Genève | directrice adjointe | procuration collective à 2 |
| | 135 | | Karoubi Philippe, de Fällanden, à Jouxtens-Mézery | directeur adjoint | procuration collective à 2 |
| | 142 | | Lanzilli Patrick, de Genève, à Versoix | directeur adjoint | procuration collective à 2 |
| | 142 | | Llorente Crespo Miguel, d'Espagne, à Cheseaux-Noréaz | directeur adjoint | procuration collective à 2 |
| | 142 | | Salama Daniel, de Genève, à Corsier GE | directeur adjoint | procuration collective à 2 |
| | 142 | | Tarolli Gianluca, de Confignon, à Genève | directeur adjoint | procuration collective à 2 |
| | 148 | | Vassiltchikov Leila, de Trubschachen, à Genève | directrice adjointe | procuration collective à 2 |
| 150 | | | Reithaar Patrick, de Wallisellen, à Arzier-Le Muids | directeur adjoint | procuration collective à 2 |
| | 154 | | Bhend Loïc, d'Unterseen, à Trélex | directeur adjoint | procuration collective à 2 |
| | 154 | | de Raemy Lionel, de Fribourg, à Luins | directeur adjoint | procuration collective à 2 |
| | 154 | | Sherwood Russell, d'Irlande, à Zurich | directeur adjoint | procuration collective à 2 |
| | 154 | | Sudan Stéphane, de Siviriez, à Genève | directeur adjoint | procuration collective à 2 |
| | 157 | | Dinberu Rebecca, de Chalais, à Veyrier | directrice adjointe | procuration collective à 2 |
| | 157 | | Höfle Hans Ulrich, de Zollikon, à Zollikon | directeur adjoint | procuration collective à 2 |
| | 157 | | Lang Stephan, de Cazis, à Pfäffikon | directeur adjoint | procuration collective à 2 |
| | 157 | | Mozer René, de Genève, à Anières | directeur adjoint | procuration collective à 2 |
| 59 | | | Eghtedar Niloufar, de Lausanne, à Cologny | sous-directrice | procuration collective à 2 |
| | 62 | | Laborde Christophe, de France, à Douvaine, F | sous-directeur | procuration collective à 2 |
| | 62 | | Mora Manuel, d'Espagne, à Collonge-Bellerive | sous-directeur | procuration collective à 2 |
| 64 | | | Pellet Daniel, de Plan-les-Ouates, à Genève | sous-directeur | procuration collective à 2 |
| | 71 | | Fournet Yves, de France, à Veigy-Foncenex, F | sous-directeur | procuration collective à 2 |
| | 75 | | Oeggerli Ariane, de Chêne-Bourg, à Chêne-Bourg | sous-directrice | procuration collective à 2 |
| | 83 | | Bonvin Claude, de Lens, à Perly-Certoux | sous-directeur | procuration collective à 2 |
| | 83 | | Provini Eric, de Vauderens, à Vandoeuvres | sous-directeur | procuration collective à 2 |
| 87 | | | Vallade Jérôme, de Chancy, à Genève | sous-directeur | procuration collective à 2 |
| | 94 | | Deschenaux Serge, de Genève, à Genève | sous-directeur | procuration collective à 2 |
| | 94 | | Gomez Joseph, de Genève, à Lancy | sous-directeur | procuration collective à 2 |
| | 105 | | Clavien Bertrand, de Miège (VS), à Genève | sous-directeur | procuration collective à 2 |
| | 108 | | Koessler Romain, de Genève, à Genève | sous-directeur | procuration collective à 2 |
| | 110 | | Bouché Agathe, de France, à Corsier | sous-directrice | procuration collective à 2 |

| Réf. | | | Associés, personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénoms, Origine, Domicile | Fonctions | Mode de signature |
| | 110 | | Dietrich Eric, de Genève, à Onex | sous-directeur | procuration collective à 2 |
| 115 | | | Marcos Khalil, de France, à Onex | sous-directeur | procuration collective à 2 |
| | 117 | | Loacker Tobias, de Dübendorf, à Fehraltorf | sous-directeur | procuration collective à 2 |
| 126 | | | Bäumler Peter, de Zurich, à Zurich | sous-directeur | procuration collective à 2 |
| 134 | | | Vaglio Philippe, de Genève, à Lancy | sous-directeur | procuration collective à 2 |
| | 135 | | Molliet Acar Leila, de Misery-Courtion, à La Tour, F | sous-directrice | procuration collective à 2 |
| 137 | | | Vinokourov Anna, de Genève, à Genève | sous-directrice | procuration collective à 2 |
| 141 | | | Drevillon Matthieu, de France, à Zurich | sous-directeur | procuration collective à 2 |
| | 142 | | Denis Antoine, de Moudon, à Genève | sous-directeur | procuration collective à 2 |
| | 142 | | Petit Antoine, de France, à Chens-sur-Léman, F | sous-directeur | procuration collective à 2 |
| | 142 | | Tomasino Yvan, d'Italie, à Chêne-Bougeries | sous-directeur | procuration collective à 2 |
| 149 | | | Burkhalter Lorenz, de Hasle bei Burgdorf, à Muri (AG) | sous-directeur | procuration collective à 2 |
| 152 | | | Baumeler François, d'Entlebuch, à Greng | sous-directeur | procuration collective à 2 |
| | 154 | | Diem Laure, de Chêne-Bougeries, à Russin | sous-directrice | procuration collective à 2 |
| | 154 | | Tzvetkova Chassot Katia, de Siviriez, à Vullierens | sous-directrice | procuration collective à 2 |
| | 154 | | Voinier Arnaud, du Lieu, à Lancy | sous-directeur | procuration collective à 2 |
| | 157 | | Anchisi Rafaël, de Genève, à Carouge GE | sous-directeur | procuration collective à 2 |
| | 157 | | Arnold Marco, de Bürglen, à Gland | sous-directeur | procuration collective à 2 |
| | 157 | | Bäriswyl Laurent, de Fribourg, à Birrwil | sous-directeur | procuration collective à 2 |
| | 157 | | Donets Doubrovkine Iuliia, de Genève, à Veyrier | sous-directrice | procuration collective à 2 |
| | 157 | | Ernst Christophe, d'Aarwangen, à Zurich | sous-directeur | procuration collective à 2 |
| | 157 | | Hearn Nicholas, de Grande-Bretagne, à Suffolk, GB | sous-directeur | procuration collective à 2 |
| | 157 | | Maroofi Yama, de Chêne-Bourg, à Tannay | sous-directeur | procuration collective à 2 |
| 159 | | | Roig Jonathan, de Lancy, à Coppet | sous-directeur | procuration collective à 2 |
| 161 | | | Gaio Sandra, de Thônex, à Thônex | sous-directeur | procuration collective à 2 |
| 1 | | | Conus Patricia, de Carouge (GE), à Meyrin | | procuration collective à 2 |
| 40 | | | Stockhammer Patrick, de Lausanne, à Chêne-Bougeries | | procuration collective à 2 |
| 61 | | | Joliat Vincent, de Courtételle, à Plan-les-Ouates | | procuration collective à 2 |
| 75 | | | Herren Bertrand, de Genève, à Plan-les-Ouates | | procuration collective à 2 |
| 75 | | | Scaramuzza Myriam, de Genève, à Genève | | procuration collective à 2 |
| 85 | | | Bocquet Philippe, de France, à Cruseilles, F | | procuration collective à 2 |
| 105 | | | Santangelo-Tonon Angela Corinne, de Genève, à Genthod | | procuration collective à 2 |
| 105 | | | Vuerchoz Didier, de Bussigny-près-Lausanne, à Ballaison, F | | procuration collective à 2 |
| | 110 | | Saurat Benjamin, de France, à Archamps, F | | procuration collective à 2 |
| 116 | | | Bonnet Amandine, de France, à Zurich | | procuration collective à 2 |
| 126 | | | Feurly Xavier, de Lancy, à Bernex | | procuration collective à 2 |
| 126 | | | Reymond Olivier, de Le Chenit, à Lausanne | | procuration collective à 2 |
| 132 | | | Sandborg Sonia, de Thônex, à Corsier | | procuration collective à 2 |
| 142 | | | Farron Jérémie, de Tavannes, à Lausanne | | procuration collective à 2 |
| 143 | | | Magnin Nicolas, de Riaz, à Bougy-Villars | | procuration collective à 2 |
| 153 | | | Dubler Eric, de Port, à Lausanne | | procuration collective à 2 |
| 153 | | | Greco Fanny, de France, à Chêne-Bougeries | | procuration collective à 2 |
| 154 | | | Dupont David, de Saint-Maurice, à Plan-les-Ouates | | procuration collective à 2 |
| 154 | | | Fluhr Anthony, de Carouge GE, à Genève | | procuration collective à 2 |
| | 157 | | Bauco David, de Disentis/Muster, à Confignon | | procuration collective à 2 |

| Réf. | | | Associés, personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénoms, Origine, Domicile | Fonctions | Mode de signature |
| | 157 | | **Bordier** Camille, de Genève, à Corsier | | procuration collective à 2 |
| | 157 | | **Costantino** Marc, de Genève, à Carouge GE | | procuration collective à 2 |
| | 157 | | **Decurtins** Fabrice, de Genève, à Perly-Certoux | | procuration collective à 2 |
| | 157 | | **Fontaine** Christophe, de Lancy, à Bossey, F | | procuration collective à 2 |
| | 157 | | **Genet** Alexandre, de France, à Echenevex, F | | procuration collective à 2 |
| | 157 | | **Grall** Féliciana, de Massagno, à Carouge GE | | procuration collective à 2 |
| | 157 | | **Likhotal Altmann** Ekaterina, de Genève, à Veyrier | | procuration collective à 2 |
| | 157 | | **Mazzonetto** Gabriele, d'Italie, à Chavannes-de-Bogis | | procuration collective à 2 |
| | 157 | | **Trigo da Silva** Diego, de Genève, à Belmont-sur-Lausanne | | procuration collective à 2 |
| 159 | | | **Andermatt** Fabian, de Cham, à Cham | | procuration collective à 2 |

\* en vertu des art. 563 et 603 CO

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | report | | | 1 | 1325 | 02.02.1996 | 13.02.1996 | 865 |
| 2 | 4333 | 06.05.1996 | 20.05.1996 | 2892 | 3 | 4280 | 02.05.1997 | 22.05.1997 | 3427 |
| 4 | 4388 | 05.05.1997 | 26.05.1997 | 3513 | 5 | 4522 | 07.05.1997 | 27.05.1997 | 3549 |
| 6 | 5218 | 06.05.1998 | 12.05.1998 | 3210 | 7 | 5629 | 14.05.1998 | 20.05.1998 | 3444 |
| 8 | 8585 | 27.07.1998 | 31.07.1998 | 5315 | 9 | 14161 | 18.12.1998 | 24.12.1998 | 8818 |
| 10 | 2388 | 01.03.1999 | 05.03.1999 | 1481 | 11 | 2818 | 11.03.1999 | 17.03.1999 | 1758 |
| 12 | 3630 | 31.03.1999 | 08.04.1999 | 2278 | 13 | 5191 | 17.05.1999 | 21.05.1999 | 3390 |
| 14 | 8555 | 13.08.1999 | 19.08.1999 | 5684 | 15 | 10304 | 01.10.1999 | 13.10.1999 | 7013 |
| 16 | 1219 | 28.01.2000 | 03.02.2000 | 768 | 17 | 2534 | 01.03.2000 | 07.03.2000 | 1561 |
| 18 | 6306 | 08.06.2000 | 15.06.2000 | 4054 | 19 | 9602 | 14.09.2000 | 20.09.2000 | 6440 |
| 20 | 1873 | 14.02.2001 | 20.02.2001 | 1289 | 21 | 3632 | 22.03.2001 | 28.03.2001 | 2295 |
| 22 | 4960 | 30.04.2001 | 04.05.2001 | 3341 | 23 | 9008 | 15.08.2001 | 21.08.2001 | 6405 |
| 24 | 955 | 24.01.2002 | 30.01.2002 | 6 | 25 | 4755 | 06.05.2002 | 13.05.2002 | 6 |
| 26 | 9346 | 11.09.2002 | 17.09.2002 | 6/0645236 | 27 | 12016 | 13.11.2002 | 19.11.2002 | 6/0734478 |
| 28 | 629 | 15.01.2003 | 21.01.2003 | 7/0822180 | 29 | 1241 | 30.01.2003 | 05.02.2003 | 8/0847914 |
| 30 | 4689 | 24.04.2003 | 30.04.2003 | 6 | 31 | 4745 | 25.04.2003 | Annulée | |
| 32 | 4993 | 05.05.2003 | 09.05.2003 | 11/0982656 | 33 | 6073 | 27.05.2003 | 03.06.2003 | 7/1017104 |
| 34 | 7606 | 04.07.2003 | 10.07.2003 | 5/1074916 | 35 | 7987 | 14.07.2003 | 18.07.2003 | 7/1090226 |
| 36 | 4464 | 07.04.2004 | 15.04.2004 | 9/2213760 | 37 | 5310 | 03.05.2004 | 07.05.2004 | 8/2250944 |
| 38 | 9857 | 20.08.2004 | 26.08.2004 | 7/2422452 | 39 | 10785 | 15.09.2004 | 21.09.2004 | 6/2459370 |
| 40 | 634 | 14.01.2005 | 20.01.2005 | 7/2649318 | 41 | 5387 | 03.05.2005 | 10.05.2005 | 8/2830286 |
| 42 | 5972 | 18.05.2005 | 24.05.2005 | 8/2850014 | 43 | 6389 | 26.05.2005 | 01.06.2005 | 6 |
| 44 | 10464 | 26.08.2005 | 01.09.2005 | 6 | 45 | 13744 | 15.11.2005 | 21.11.2005 | 6/3111514 |
| 46 | 728 | 16.01.2006 | 20.01.2006 | 7/3204950 | 47 | 2800 | 28.02.2006 | 06.03.2006 | 7/3273130 |
| 48 | 3653 | 15.03.2006 | 21.03.2006 | 7/3296652 | 49 | 5812 | 02.05.2006 | 08.05.2006 | 7/3365014 |
| 50 | 11390 | 04.09.2006 | 08.09.2006 | 6/3541020 | 51 | 11591 | 08.09.2006 | 14.09.2006 | 7/3549888 |
| 52 | 12898 | 10.10.2006 | 16.10.2006 | 7/3593062 | 53 | 14547 | 15.11.2006 | 21.11.2006 | 7/3643866 |
| 54 | 1573 | 01.02.2007 | 07.02.2007 | 8/3763726 | 55 | 2785 | 27.02.2007 | 06.03.2007 | 8/3812088 |
| 56 | 3195 | 07.03.2007 | 13.03.2007 | 7/3835128 | 57 | 5891 | 03.05.2007 | 09.05.2007 | 6/3922026 |
| 58 | 7785 | 15.06.2007 | 21.06.2007 | 7/3986156 | 59 | 13620 | 23.10.2007 | 29.10.2007 | 6/4174466 |
| 60 | 14103 | 02.11.2007 | 08.11.2007 | 6/4190660 | 61 | 15121 | 21.11.2007 | 27.11.2007 | 9/4219476 |
| 62 | 2997 | 29.02.2008 | 06.03.2008 | 7/4375514 | 63 | 4583 | 07.04.2008 | 11.04.2008 | 6/4426092 |
| 64 | 6755 | 23.05.2008 | 29.05.2008 | 8/4497282 | 65 | 7728 | 13.06.2008 | 19.06.2008 | 9/4530450 |
| 66 | 7999 | 19.06.2008 | 25.06.2008 | 8/4542124 | 67 | 11424 | 04.09.2008 | 10.09.2008 | 8/4645406 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 68 | 12447 | 30.09.2008 | 06.10.2008 | 8/4678862 | 69 | 12937 | 09.10.2008 | 15.10.2008 | 7/4692728 |
| 70 | 14751 | 18.11.2008 | 24.11.2008 | 10/4746196 | 71 | 2556 | 19.02.2009 | 25.02.2009 | 10/4898758 |
| 72 | 3315 | 03.03.2009 | 09.03.2009 | 9/4916846 | 73 | 6159 | 28.04.2009 | 04.05.2009 | 9/5002284 |
| 74 | 8732 | 16.06.2009 | 22.06.2009 | 12/5082856 | 75 | 3478 | 26.02.2010 | 04.03.2010 | 9/5523256 |
| 76 | 4019 | 05.03.2010 | 11.03.2010 | 9/5537010 | 77 | 4648 | 16.03.2010 | 22.03.2010 | 9/5552502 |
| 78 | 13409 | 09.08.2010 | 13.08.2010 | 7/5769278 | 79 | 19556 | 24.11.2010 | 30.11.2010 | 8/5916978 |
| 80 | 21581 | 22.12.2010 | 28.12.2010 | 14/5964864 | 81 | 870 | 14.01.2011 | 20.01.2011 | 8/5995500 |
| 82 | 3220 | 18.02.2011 | 24.02.2011 | 9/6048856 | 83 | 3702 | 25.02.2011 | 02.03.2011 | 6058902 |
| 84 | 7123 | 21.04.2011 | 28.04.2011 | 6138936 | 85 | 9066 | 31.05.2011 | 06.06.2011 | 6193234 |
| 86 | 9603 | 10.06.2011 | 16.06.2011 | 6207172 | 87 | 10013 | 20.06.2011 | 23.06.2011 | 6218680 |
| 88 | 12157 | 22.07.2011 | 27.07.2011 | 6274996 | 89 | 14497 | 13.09.2011 | 16.09.2011 | 6337798 |
| 90 | 14843 | 20.09.2011 | 23.09.2011 | 6347876 | 91 | 15127 | 26.09.2011 | 29.09.2011 | 6355050 |
| 92 | 19758 | 12.12.2011 | 15.12.2011 | 6461202 | 93 | 1161 | 20.01.2012 | 25.01.2012 | 6519008 |
| 94 | 3447 | 29.02.2012 | 05.03.2012 | 6578748 | 95 | 8609 | 01.06.2012 | 06.06.2012 | 6706178 |
| 96 | 10986 | 04.07.2012 | 09.07.2012 | 6757836 | 97 | 18774 | 08.11.2012 | 13.11.2012 | 6929930 |
| 98 | 19165 | 14.11.2012 | 19.11.2012 | 6937582 | 99 | 19590 | 21.11.2012 | 26.11.2012 | 6947076 |
| 100 | 20119 | 29.11.2012 | 04.12.2012 | 6958116 | 101 | 786 | 14.01.2013 | 17.01.2013 | 7019716 |
| 102 | 2402 | 07.02.2013 | 12.02.2013 | 7060074 | 103 | 2779 | 14.02.2013 | 19.02.2013 | 7070270 |
| 104 | 4028 | 05.03.2013 | 08.03.2013 | 7096430 | 105 | 4280 | 08.03.2013 | 13.03.2013 | 7103450 |
| 106 | | Complément | 19.12.2013 | 7225832 | 107 | 2250 | 04.02.2014 | 07.02.2014 | 1333403 |
| 108 | 4919 | 19.03.2014 | 24.03.2014 | 1413177 | 109 | 8561 | 20.05.2014 | 23.05.2014 | 1519295 |
| 110 | 12468 | 24.07.2014 | 29.07.2014 | 1639041 | 111 | 15290 | 16.09.2014 | 19.09.2014 | 1724499 |
| 112 | 16677 | 07.10.2014 | 10.10.2014 | 1762989 | 113 | 341 | 07.01.2015 | 12.01.2015 | 1923579 |
| 114 | 2605 | 16.02.2015 | 19.02.2015 | 1999125 | 115 | 7157 | 04.05.2015 | 07.05.2015 | 2139717 |
| 116 | 7562 | 08.05.2015 | 13.05.2015 | 2151645 | 117 | 8849 | 03.06.2015 | 08.06.2015 | 2192943 |
| 118 | 10421 | 26.06.2015 | 01.07.2015 | 2241249 | 119 | 10695 | 01.07.2015 | 06.07.2015 | 2251195 |
| 120 | 13790 | 31.08.2015 | 03.09.2015 | 2354765 | 121 | 17359 | 03.11.2015 | 06.11.2015 | 2468679 |
| 122 | 19369 | 03.12.2015 | 08.12.2015 | 2526481 | 123 | 32 | 04.01.2016 | 07.01.2016 | 2582135 |
| 124 | 2800 | 15.02.2016 | 18.02.2016 | 2675617 | 125 | 7540 | 02.05.2016 | 06.05.2016 | 2819947 |
| 126 | 8468 | 18.05.2016 | 23.05.2016 | 2845577 | 127 | 11091 | 27.06.2016 | 30.06.2016 | 2924333 |
| 128 | 11408 | 30.06.2016 | 05.07.2016 | 2933855 | 129 | 11693 | 05.07.2016 | 08.07.2016 | 2942877 |
| 130 | 11952 | 08.07.2016 | 13.07.2016 | 2951181 | 131 | 15361 | 13.09.2016 | 16.09.2016 | 3059631 |
| 132 | 19204 | 16.11.2016 | 21.11.2016 | 3173757 | 133 | 22136 | 23.12.2016 | 29.12.2016 | 3255515 |
| 134 | 1830 | 31.01.2017 | 03.02.2017 | 3326703 | 135 | 9158 | 23.05.2017 | 29.05.2017 | 3548167 |
| 136 | 9652 | 01.06.2017 | 07.06.2017 | 3565019 | 137 | 10284 | 13.06.2017 | 16.06.2017 | 3585569 |
| 138 | 11986 | 05.07.2017 | 10.07.2017 | 3635089 | 139 | 21747 | 07.12.2017 | 12.12.2017 | 3926479 |
| 140 | 22971 | 21.12.2017 | 28.12.2017 | 3960223 | 141 | 3464 | 19.02.2018 | 22.02.2018 | 4072725 |
| 142 | 6889 | 12.04.2018 | 17.04.2018 | 4176311 | 143 | 7829 | 26.04.2018 | 01.05.2018 | 4205369 |
| 144 | 11308 | 20.06.2018 | 25.06.2018 | 4312329 | 145 | 11611 | 25.06.2018 | 28.06.2018 | 4322737 |
| 146 | 12643 | 09.07.2018 | Annulée | | 147 | 13139 | 16.07.2018 | 19.07.2018 | 4370187 |
| 148 | 15799 | 31.08.2018 | 05.09.2018 | 4449788 | 149 | 16889 | 19.09.2018 | 24.09.2018 | 1004461653 |
| 150 | 17458 | 27.09.2018 | 02.10.2018 | 1004467594 | 151 | 23344 | 13.12.2018 | 18.12.2018 | 1004524265 |
| 152 | 23677 | 18.12.2018 | 21.12.2018 | 1004528532 | 153 | 4114 | 27.02.2019 | 04.03.2019 | 1004579775 |
| 154 | 4683 | 07.03.2019 | 12.03.2019 | 1004586038 | 155 | 6864 | 05.04.2019 | 10.04.2019 | 1004608013 |
| 156 | 7242 | 11.04.2019 | 16.04.2019 | 1004612208 | 157 | 10341 | 29.05.2019 | 04.06.2019 | 1004644165 |
| 158 | 14135 | 23.07.2019 | 26.07.2019 | 1004685574 | 159 | 21935 | 22.11.2019 | 27.11.2019 | 1004769517 |
| 160 | 23189 | 10.12.2019 | 13.12.2019 | 1004783402 | 161 | 32 | 02.01.2020 | 08.01.2020 | 1004799115 |

Genève, le 04 février 2020



Extrait certifié conforme
- 4 FEV. 2020
Le préposé
par délégation

Canton de Genève * Registre du Commerce

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**
Il est possible d'obtenir un extrait complet avec mention des éventuelles radiations sur demande auprès du registre.

# Exhibit 21b



| TRADE REGISTER OF GENEVA | EXTRACT FROM THE REGISTER | |
|---|---|---|
| Extract without deletions | Report of | February 16, 1996 |
| [Stamp] Canton of Geneva Trade Register | Ref. No. | 00581/1898 |
| | Fed. No. | CH-660-0006898-7 |
| | UID | CHE-102.616.388 |

## Bordier & Cie
registered on September 19, 1898
Limited Partnership (*Société en commandite*) which started operating on September 1, 1898

| Ref. | Corporate Name |
|---|---|
| 1 | Bordier & Cie |
| | **Registered Office** |
| 1 | Geneva |
| | **Address** |
| 1 | rue de Hollande 16 |
| | **Corporate Purpose, Comments** |
| 1 | Purpose: bank |
| 106 | The identification under number CH-660-0006898-7 is replaced by Company Identification Number (IDE/UID) CHE-102.616.388. |
| | **Take-over of Assets and Liabilities, Contributions in Kind, Conversion** |
| 1 | The company was converted into a Limited Partnership as of December 12, 1980. |

| Ref. | | | Partners, Authorized signatories | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Del. | Last and first names, Origin, Domicile | Function | Signing method |
| 83 | | | **Bordier** Evrard, from Geneva, in Singapore, SGP | partner with unlimited liability | individual signature* |
| | 155 | | **Bordier** Grégoire, from Geneva, in Cologny | partner with unlimited liability | individual signature* |
| | 156 | | **Juvet** Michel, from Buttes, in Geneva | partner with unlimited liability | individual signature* |
| 147 | | | **Bordier VB et Associés SCM** (CHE-399.849.359), in Geneva | limited partner partnership [share]: CHF500,000 | |
| | 155 | | **Bordier VA et Associés SCM** (CHE-239.753.548), in Geneva | limited partner partner. [sh.]: CHF7,000,000 | |
| 160 | | | **GBordier SA** (CHE-161.476.119), in Geneva | limited partner partner. [sh.]: CHF40,000,000 | |
| 160 | | | **GCAP SA** (CHE-301.494.623), in Geneva | limited partner partner. [sh.]: CHF40,000,000 | |
| | 110 | | **Terrier** Nicolas, from Basse-Allaine, in Vandoeuvres | member of the executive committee | general power of attorney for 2 |
| | 151 | | **Feigenwinter** Daia, from Basel, in Chêne-Bougeries | member of the executive committee | general power of attorney for 2 |
| | 151 | | **Potelle** Frédéric, from France, in Annecy le Vieux, F | member of the executive committee | general power of attorney for 2 |
| | 154 | | **Devillard** Frédéric, from Goillond, in Begnins | member of the executive committee | general power of attorney for 2 |
| | 46 | | **Holzer** David, from Geneva, in Corsier | member of the executive committee | general power of attorney for 2 |
| | 75 | | **Lagnaux** Patrice, from Thalwil, in Zurich | member of the executive committee | general power of attorney for 2 |
| 160 | | | **Anker** Cédric, from Geneva, in Geneva | member of the executive committee | general power of attorney for 2 |
| 154 | | | **Sommer** Alois, from Sumiswald, in Steinhausen | manager | general power of attorney for 2 |

**CERTIFIED TRANSLATION ROMTRANSLATION, INC.**



**ROMTRANSLATION, INC.**
3280 Sunrise Hwy. #52          360 Valverde Lane
Wantagh, NY 11793-4024      St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration / Page 1_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By: ROXANA DINU
Translator

State of New York
County of Suffolk

Sworn and subscribed before me this 15th day of February, 2020

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368