# Exhibit 22a



# Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-514.3.012.351-6 dal: CH-514.3.012.351-6/b a: | 1 |
|---|---|---|---|---|---|
| CHE-105.736.244 | Società anonima | 11.03.1992 | | | |

Tutte le iscrizioni

| Is | Ra | Ditta | | Ref | Sede |
|---|---|---|---|---|---|
| 1 | | **BSI SA** | | 1 | Lugano |
| 1 | | (BSI AG) (BSI LTD) | | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | 69 | 1'840'000'000.00 | 1'840'000'000.00 | 18'400'000 azioni nominative da CHF 100.00 | 1 | 69 | Via Magatti 2 |
| 69 | | 10'000'000.00 | 10'000'000.00 | 100'000 azioni nominative da CHF 100.00 | | | 6900 Lugano |
| | | | | | 69 | | Viale Franscini 8 |
| | | | | | | | 6900 Lugano |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | 69 | L'esercizio di qualunque genere di affari e l'assunzione di operazioni che entrano nell'attività di una banca, in Svizzera ed all'estero. | | | |
| 69 | | La società ha per scopo quello di intraprendere tutte le attività richieste al fine di procedere alla regolare progressiva cessazione di tutte le attività sottoposte a vigilanza da parte dell'Autorità federale di vigilanza sui mercati finanziari FINMA e di altre autorità di vigilanza; nello specifico l'amministrazione e gestione dei diritti e degli obblighi connessi con le proprie pregresse attività in qualità di istituzione finanziaria, incluse quelle tese a gestire tutti i procedimenti di carattere amministrativo e regolamentare, nonché le investigazioni in Svizzera come all'estero. In aggiunta, la società ha per scopo quello di amministrare e gestire gli attivi e i passivi restanti al termine delle attività assoggettate a vigilanza destinate a progressiva cessazione ai sensi della frase precedente, come anche gli attivi e i passivi che non sono soggetti ad attività destinate a progressiva cessazione. La Società può anche intraprendere ogni attività commerciale, finanziaria o di altro genere che è correlata allo scopo della Società. Nell'ambito dell'esecuzione delle proprie attività la Società può mantenere affiliate in Svizzera ed all'estero, fino alla loro liquidazione o al relativo trasferimento. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 1 | | Fusione: la società ha assunto, sulla base del contratto di fusione del 07.05.1999, la BSI PARTECIPAZIONI SA, in Lugano (FUSC no. 238 dell'8.12.1998 p.8390), giusta l'art. 748 CO. Bilancio di fusione: 31.12.1998. Attivo: CHF 1'416'819.30. Passivo: CHF 1'304'230.20. Attivo netto: CHF 112'589.10. La fusione avviene senza alcuna controprestazione inquanto la società è già detentrice dell'intero pacchetto azionario della società assorbita. | 1 | 10.03.1992 |
| | | | 1 | 05.03.1993 |
| | | | 1 | 06.04.1993 |
| | | | 1 | 26.11.1998 |
| 1 | | Fusione: la società ha assunto, sulla base del contratto di fusione del 24.07.2003, la "BSI Holding di Partecipazioni SA", in Lugano (FUSC no. 37 del 22.02.2001 p. 1363), giusta l'art. 748 CO. Bilancio di fusione: 31.03.2003. Attivo: CHF 291'212'943.--. Passivo: CHF 15'661'212.--. Attivo netto: CHF 275'551'731.--. Non si procede ad aumento di capitale. Agli azionisti di BSI Holding di Partecipazioni SA verranno rimesse tutte le azioni della società assorbente, finora interamente detenute da BSI Holding di Partecipazioni SA in cambio dell'intero pacchetto azionario di BSI Holding di Partecipazioni SA ora sciolta giusta l'art. 748 CO. | 1 | 21.08.2006 |
| | | | 1 | 25.02.2008 |
| | | | 1 | 19.04.2012 |
| | | | 69 | 16.12.2016 |
| | | | 69 | 05.04.2017 |
| | 69 | Le comunicazioni della società agli azionisti avvengono per lettera o email agli indirizzi iscritti nel libro delle azioni. | | |
| | 69 | Riduzione del capitale azionario ai sensi degli artt. 732 e 735 CO da CHF 1'840'000'000.00 a CHF 10'000'000.00 mediante l'annullamento di 18'300'000 azioni nominative di nominali CHF 100.00 cadauna. La riduzione del capitale azionario di CHF 1'830'000'000.00 avviene per CHF 470'707'595.00 mediante eliminazione della perdita risultante a bilancio ai sensi dell'art. 735 CO, per CHF 1'195'000'000.00 mediante rimborso agli azionisti e per CHF 164'292'405.00 mediante attribuzione alle riserve. Le formalità previste dall'art. 734 CO sono state constatate con atto pubblico del 05.04.2017. | | |

Tutte le iscrizioni

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | Fusione: ripresa di attivi e passivi di Banca Unione di Credito (BUC), in Lugano (CH-514.3.000.778-3), secondo il contratto di fusione del 29.11.2006 e bilancio al 30.09.2006, che presenta attivi per CHF 1'546'982'000.-- e passivi verso terzi per CHF 1'370'395'000.--. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | 1 | ~~FUCT e FUSC~~ |
| | | | 69 | FUSC |
| 1 | | Fusione: ripresa di attivi e passivi di Banca del Gottardo, in Lugano (CH-514.3.000.003-8 ), secondo il contratto di fusione del 29.05.2008 e bilancio al 31.12.2007, che presenta attivi per CHF 12'636'205'094.-- e passivi verso terzi per CHF 11'740'733'994.--. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |
| 1 | | Fusione: ripresa di attivi e passivi di Iavipe SA, in Lugano (CH-514.3.005.600-9), secondo il contratto di fusione del 10.12.2008 e bilancio al 31.07.2008, che presenta attivi per CHF 10'016'143.70 e passivi verso terzi per CHF 8'085'763.35. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |
| 1 | | Trasferimento di patrimonio transfrontaliero: secondo contratto del 20.04.2009 la società ha trasferito attivi per CHF 3'400'076'598.01 e passivi verso terzi per CHF 3'385'076'598.01 alla società anonima di diritto lussemburghese BSI Luxembourg SA, in Lussemburgo (B74425). Controprestazione: 150'000 azioni senza valore nominale di BSI Luxembourg SA, in Lussemburgo (B74425). | | |
| 69 | | Trasferimento di patrimonio: secondo contratto del 05.04.2017 la società ha trasferito alla EFG Bank AG, in Zurigo (CHE-105.956.745), attivi per CHF 10'836'179'158.00 e passivi verso terzi per CHF 10'836'179'157.00. Controprestazione: CHF 1.00 | | |
| 78 | | Fusione: ripresa di attivi e passivi di BSI Holdings AG, in Zurigo (CHE-406.483.952), secondo il contratto di fusione del 27.06.2019 e bilancio al 31.12.2018, che presenta attivi per CHF 52'813'700.00, nei quali sono comprese tutte le azioni della società assuntrice, e passivi verso terzi per CHF 89'463.23. La fusione avviene senza aumento di capitale visto che gli azionisti della società trasferente a seguito della fusione ricevono le azioni proprie della società assuntrice. | | |

| Is | Ra | Succursali | Is | Ra | Succursali |
|---|---|---|---|---|---|
| 1 | 70 | ~~Bellinzona~~ | 1 | 72 | ~~Ginevra~~ |
| 1 | 70 | ~~Chiasso~~ | 1 | 71 | ~~Losanna (CHE-350.950.230)~~ |
| 1 | 70 | ~~Locarno~~ | 1 | 18 | ~~St. Moritz (CHE-105.736.244)~~ |
| 1 | 71 | ~~Zurigo~~ | | | |

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | (Omissione) | | (Omissione) | | 40 | | 16722 | 11.12.2015 | 244 | 16.12.2015 | 2543121 |
| 1 | | 9136 | 30.06.2014 | 126 | 03.07.2014 | 1592289 | 41 | | 16975 | 16.12.2015 | 247 | 21.12.2015 | 2553757 |
| 2 | | 9657 | 09.07.2014 | 133 | 14.07.2014 | 1612123 | 42 | | 487 | 15.01.2016 | 13 | 20.01.2016 | 2608515 |
| 3 | | 10390 | 24.07.2014 | 144 | 29.07.2014 | 1638709 | 43 | | 889 | 22.01.2016 | 18 | 27.01.2016 | 2623121 |
| 4 | | 11507 | 26.08.2014 | 166 | 29.08.2014 | 1687233 | 44 | | 2101 | 12.02.2016 | 33 | 17.02.2016 | 2673039 |
| 5 | | 11732 | 01.09.2014 | 170 | 04.09.2014 | 1697557 | 45 | R | 2232 | 16.02.2016 | R 35 | 19.02.2016 | 2678299 |
| 6 | | 11857 | 03.09.2014 | 172 | 08.09.2014 | 1702517 | 46 | | 2555 | 22.02.2016 | 39 | 25.02.2016 | 2688611 |
| 7 | | 12332 | 16.09.2014 | 181 | 19.09.2014 | 1723515 | 47 | | 4121 | 21.03.2016 | 59 | 24.03.2016 | 2743305 |
| 8 | R | 12467 | 18.09.2014 | R 183 | 23.09.2014 | 1728517 | 48 | | 4966 | 07.04.2016 | 70 | 12.04.2016 | 2774021 |
| 9 | | 13197 | 03.10.2014 | 194 | 08.10.2014 | 1757577 | 49 | | 5545 | 19.04.2016 | 78 | 22.04.2016 | 2795403 |
| 10 | | 13339 | 07.10.2014 | 196 | 10.10.2014 | 1762519 | 50 | | 5838 | 25.04.2016 | 82 | 28.04.2016 | 2805867 |
| 11 | | 14653 | 31.10.2014 | 214 | 05.11.2014 | 1805261 | 51 | | 6433 | 06.05.2016 | 90 | 11.05.2016 | 2826711 |
| 12 | | 16312 | 03.12.2014 | 237 | 08.12.2014 | 1865987 | 52 | R | 7127 | 20.05.2016 | R 99 | 25.05.2016 | 2850957 |
| 13 | | 16558 | 09.12.2014 | 241 | 12.12.2014 | 1875963 | 53 | | 7859 | 06.06.2016 | 110 | 09.06.2016 | 2880517 |
| 14 | | 17397 | 22.12.2014 | 250 | 29.12.2014 | 1905151 | 54 | | 8023 | 08.06.2016 | 112 | 13.06.2016 | 2886061 |
| 15 | | 57 | 05.01.2015 | 4 | 08.01.2015 | 1917603 | 55 | | 8281 | 13.06.2016 | 115 | 16.06.2016 | 2894727 |
| 16 | | 192 | 09.01.2015 | 8 | 14.01.2015 | 1928925 | 56 | | 9875 | 12.07.2016 | 136 | 15.07.2016 | 2956351 |
| 17 | | 1669 | 04.02.2015 | 26 | 09.02.2015 | 1978617 | 57 | C | 10099 | 15.07.2016 | C 139 | 20.07.2016 | 2964105 |

Biasca, 21.02.2020 08:47

Vedi pagina seguente

Tutte le iscrizioni

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | 1899 | 09.02.2015 | 29 | 12.02.2015 | 1986623 | | 58 | R 11178 | 10.08.2016 | R 156 | 15.08.2016 | 3004123 |
| | 19 | 3426 | 09.03.2015 | 49 | 12.03.2015 | 2038937 | | 59 | 11336 | 16.08.2016 | 160 | 19.08.2016 | 3011929 |
| | 20 | 5173 | 13.04.2015 | 72 | 16.04.2015 | 2100565 | | 60 | 12524 | 15.09.2016 | 182 | 20.09.2016 | 3063801 |
| | 21 | 6238 | 05.05.2015 | 88 | 08.05.2015 | 2142947 | | 61 | 13832 | 11.10.2016 | 200 | 14.10.2016 | 3109215 |
| | 22 | 6551 | 11.05.2015 | 92 | 15.05.2015 | 2153789 | | 62 | 14280 | 19.10.2016 | 206 | 24.10.2016 | 3123951 |
| | 23 | 8129 | 12.06.2015 | 114 | 17.06.2015 | 2211361 | | 63 | 15139 | 07.11.2016 | 219 | 10.11.2016 | 3155267 |
| | 24 | 8316 | 16.06.2015 | 116 | 19.06.2015 | 2216749 | | 64 | 15363 | 10.11.2016 | 222 | 15.11.2016 | 3162879 |
| | 25 | C 9131 | 01.07.2015 | C 127 | 06.07.2015 | 2251689 | | 65 | 15852 | 21.11.2016 | 229 | 24.11.2016 | 3182185 |
| | 26 | 9341 | 06.07.2015 | 130 | 09.07.2015 | 2260549 | | 66 | 16518 | 01.12.2016 | 237 | 06.12.2016 | 3204499 |
| | 27 | 11477 | 25.08.2015 | 166 | 28.08.2015 | 2344867 | | 67 | 16909 | 09.12.2016 | 243 | 14.12.2016 | 3222003 |
| | 28 | 11639 | 28.08.2015 | 169 | 02.09.2015 | 2351821 | | 68 | 471 | 16.01.2017 | 13 | 19.01.2017 | 3294093 |
| | 29 | 11828 | 03.09.2015 | 173 | 08.09.2015 | 2362131 | | 69 | 6506 | 07.04.2017 | 72 | 12.04.2017 | 3465451 |
| | 30 | 12030 | 08.09.2015 | 176 | 11.09.2015 | 2369249 | | 70 | 6820 | 12.04.2017 | 75 | 19.04.2017 | 3474283 |
| | 31 | 12849 | 25.09.2015 | 189 | 30.09.2015 | 2400349 | | 71 | 7120 | 19.04.2017 | 78 | 24.04.2017 | 3482441 |
| | 32 | 13215 | 02.10.2015 | 194 | 07.10.2015 | 2413013 | | 72 | 7353 | 26.04.2017 | 83 | 01.05.2017 | 3495661 |
| | 33 | 13468 | 08.10.2015 | 198 | 13.10.2015 | 2422977 | | 73 | 7596 | 02.05.2017 | 87 | 05.05.2017 | 3505423 |
| | 34 | 13601 | 12.10.2015 | 200 | 15.10.2015 | 2427263 | | 74 | 4494 | 27.03.2018 | 63 | 03.04.2018 | 4146345 |
| | 35 | 13869 | 16.10.2015 | 204 | 21.10.2015 | 2438029 | | 75 | 616 | 16.01.2019 | 13 | 21.01.2019 | 1004546804 |
| | 36 | 14504 | 30.10.2015 | 214 | 04.11.2015 | 2462507 | | 76 | 3263 | 26.02.2019 | 42 | 01.03.2019 | 1004578451 |
| | 37 | 15072 | 11.11.2015 | 222 | 16.11.2015 | 2484027 | | 77 | 6346 | 25.04.2019 | 82 | 30.04.2019 | 1004620139 |
| | 38 | 16152 | 01.12.2015 | 236 | 04.12.2015 | 2520465 | | 78 | 9500 | 28.06.2019 | 126 | 03.07.2019 | 1004666770 |
| | 39 | 16388 | 04.12.2015 | 239 | 09.12.2015 | 2529685 | | 79 | 16752 | 06.12.2019 | 240 | 11.12.2019 | 1004780811 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 6m | Carlin, Luca, cittadino italiano, in Bovisio Masciago (IT) | | firma collettiva a due solo per la sede principale |
| 1 | | 69 | Malingamba, Michele, da Blenio, in Motto (Blenio) | | firma collettiva a due solo per la sede principale |
| 1 | | 69 | Rinaldi, Marco, cittadino italiano, in Sorengo | | firma collettiva a due solo per la sede principale |
| 1 | | 69 | Trobbiani, Marco, da Gland, in Cadro | | firma collettiva a due solo per la sede principale |
| 1 | | 69 | Antonini, Massimo, da Capriasca, in Sonvico | | firma collettiva a due |
| 1 | | 69 | Antonini, Mario, da Capriasca, in Lugano | | firma collettiva a due |
| 1 | | 39m | Auguadri, Luca, da Castel San Pietro, in Arzo | | firma collettiva a due |
| 1 | | 69 | Balmelli, Roberto, da Onsernone, in Porza | | firma collettiva a due |
| 1 | | 69 | Bedolla, Adriano, da Vogorno, in Sonvico | | firma collettiva a due |
| 1 | | 69 | Belli, Sergio, cittadino italiano, in Lugano | | firma collettiva a due |
| 1 | | 69 | Bruschi, Luca, da Acquarossa, in Gravesano | | firma collettiva a due |
| 1 | | 20 | Del Boca, Sonia, cittadina italiana, in Lugano | | firma collettiva a due |
| 1 | | 68 | Dudler, Rudolf, da Thal, in Breganzona (Lugano) | | firma collettiva a due |
| 1 | | 69 | Engelberger, Franco, da Stansstad, in Bellinzona | | firma collettiva a due |
| 1 | | 69 | Fassora, Elena, da Sonvico, in Sonvico | | firma collettiva a due |
| 1 | | 69 | Flükiger, Marco, da Huttwil e Basilea, in Stabio | | firma collettiva a due |
| 1 | | 39m | Franzetti, Paola, cittadina italiana, in Lugano | | firma collettiva a due |
| 1 | | 69 | Fritschi, Angela, da Gommiswald, in Muzzano | | firma collettiva a due |
| 1 | | 69 | Gaist, Olivier, da Chamoson, in Verscio | | firma collettiva a due |
| 1 | | 69 | Gatti, Claudio, da Chiasso, in Tremona | | firma collettiva a due |
| 1 | | 69 | Ghirlanda, Francesca, da Sonvico, in Collina d'Oro | | firma collettiva a due |
| 1 | | 46m | Lella, Elena Nicole, cittadina italiana, in Cernobbio (IT) | | firma collettiva a due |
| 1 | | 34 | Leupi, Roland, da Emmen, in Cureglia | | firma collettiva a due |
| 1 | | 2 | Maestrini, Anna, da Lugano, in Porza | | firma collettiva a due |

Biasca, 21.02.2020 08:47                                                                                            Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|----|----|----|----------------|----------|-------------------|
|    | 54 | 62 | ~~Stauffer, Joël, da Losone, in Schaffhausen~~ | | ~~firma collettiva a due solo per la sede principale~~ |
|    | 55 | 63 | ~~Isolani, Roberto, cittadino italiano, in Londra (UK)~~ | ~~presidente della direzione generale~~ | ~~firma collettiva a due~~ |
|    | 56 | 69 | ~~Coppini, Pierfrancesco, cittadino italiano, in Paradiso~~ | | ~~firma collettiva a due solo per la sede principale~~ |
|    | 56 | 59m | ~~Flemming, Christian, cittadino germanico, in Vico Morcote~~ | | ~~firma collettiva a due solo per la sede principale~~ |
|    | 57 | 69 | ~~Barrile, Sabrina, cittadina italiana, in Massagno~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 58 |    | 69 | ~~Faraldi, Davide, cittadino italiano, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
|    | 59 | 69 | ~~Flemming, Christian, cittadino germanico, in Vico Morcote~~ | ~~direttore generale~~ | ~~firma collettiva a due~~ |
| 63 |    | 69 | ~~Strähle, Joachim Helmut, da Zurigo, in Oberägeri~~ | ~~presidente~~ | ~~firma collettiva a due~~ |
| 63 |    | 74 | ~~Pradelli, Giorgio, cittadino italiano, in Wollerau~~ | ~~vice-presidente~~ | ~~firma collettiva a due~~ |
| 63 |    | 75 | ~~Fischer, Peter, da Coira, in Steinhausen~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 63 |    | 69m | ~~van den Steen, Rudy, cittadino belga, in Küsnacht ZH~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 63 |    | 74m | ~~Müller, Thomas, da Hettlingen, in Steinhausen~~ | ~~presidente della direzione generale~~ | ~~firma collettiva a due~~ |
| 63 |    | 69 | ~~Ferrario, Vittorio, da Ried-Brig, in Ginevra (Genève)~~ | ~~direttore generale~~ | ~~firma collettiva a due~~ |
| 63 |    |    | PricewaterhouseCoopers SA (CHE-390.062.005), in Ginevra | ufficio di revisione | |
| 64 |    | 69 | ~~Fontana, Roberto, da Bioggio, in Giubiasco~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 64 |    | 69 | ~~Keller, Stefan, da Schongau, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 64 |    | 69 | ~~Striano, Valerio, cittadino italiano, in Lugano~~ | | ~~procura collettiva a due solo per la sede principale~~ |
| 66 |    | 69 | ~~Ponti, Christian, da Lugano, in Origlio~~ | | ~~firma collettiva a due solo per la sede principale~~ |
|    | 67 | 69 | ~~Milani, Claudia, da Lugano, in Ponte Capriasca~~ | | ~~procura collettiva a due solo per la sede principale~~ |
|    | 69 | 74m | ~~van den Steen, Rudy, cittadino belga, in Allenwinden (Baar)~~ | ~~presidente~~ | ~~firma collettiva a due~~ |
| 73 |    |    | Flemmer, Ian John, cittadino britannico, in Chamonix-Mont-Blanc (FR) | | firma collettiva a due |
| 73 |    |    | Rodel, Michael, cittadino britannico, in Gland | | firma collettiva a due |
|    | 74 |    | van den Steen, Rudy, cittadino belga, in Schindellegi (Feusisberg) | presidente | firma collettiva a due |
|    | 74 | 75m | ~~Müller, Thomas, da Hettlingen, in Steinhausen~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 74 |    | 75 | ~~Joksimovic, Tomislav, cittadino germanico, in Zürich~~ | | ~~firma collettiva a due~~ |
|    | 75 | 77 | ~~Müller, Thomas, da Hettlingen, in Cham~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 76 |    |    | Stone, Andrew Howard, cittadino britannico, in Londra (GB) | membro | firma collettiva a due |
| 76 |    |    | Antonini, Massimo , da Capriasca, in Lugano | | firma collettiva a due |
| 77 |    |    | Aeschlimann, Yves, da Genève, in Grand-Lancy (Lancy) | membro | firma collettiva a due |
| 79 |    |    | Clara, Luca, cittadino italiano, in Savosa | | firma collettiva a due |

Biasca, 21.02.2020 08:47 MPO



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 30.06.2014 . Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

# Exhibit 22b

[logo:] ti

# Office of the Ticino Commercial Register

| Order number | Legal nature | | | Registration | Cancellation | Report CH-514.3.012.351-6 from: CH-514.3.012.351-6/b to: | 1 |
|---|---|---|---|---|---|---|---|
| CHE-105.736.244 | Corporation | | | 03/11/1992 | | | |

[barcode]  All entries

| Entry | Cncl. | Company | | | Ref | Site | |
|---|---|---|---|---|---|---|---|
| 1 | | **BSI SA** | | | 1 | Lugano | |
| 1 | | (BSI AG) (BSI LTD) | | | | | |

| Entry | Cncl. | Nominal share capital (CHF) | Issued share capital (CHF) | Divided into shares | Entry | Cncl. | Address |
|---|---|---|---|---|---|---|---|
| 1 | 69 | ~~1,840,000,000.00~~ | ~~1,840,000,000.00~~ | ~~18,400,000 registered shares of CHF 100.00~~ | 1 | 69 | ~~Via Magatti 2~~ ~~6900 Lugano~~ |
| 69 | | 10,000,000.00 | 10,000,000.00 | 100,000 registered shares of GHF 100.00 | 69 | | Viale Franscini 8 6900 Lugano |

| Entry | Cncl. | Purpose | | | Entry | Cncl. | Other addresses |
|---|---|---|---|---|---|---|---|
| 1 | 69 | ~~The exercise of any kind of business and the assumption of transactions that fall under the business of a bank, in Switzerland and abroad.~~ | | | | | |
| 69 | | The company purpose is to undertake all activities required to proceed with the regular progressive termination of all activities supervised by the Federal Financial Market Supervisory Authority FINMA and other supervisory authorities; specifically the administration and management of the rights and obligations associated with its previous activities as a financial institution, including the management of all administrative and regulatory proceedings, as well as investigations in Switzerland and abroad. In addition, the company's purpose is to administer and manage the assets and liabilities remaining at the end of the supervisory activities intended for the progressive termination mentioned in the previous sentence, as well as assets and liabilities that are not subject to activities intended for progressive termination. The Company may also undertake any commercial, financial or other business that is related to the Company purpose. As part of the conduct of its business, the Company may maintain affiliates in Switzerland and abroad, until they are liquidated or transferred. | | | | | |

| Entry | Cncl. | Comments | | | Ref | Date of statutes | |
|---|---|---|---|---|---|---|---|
| 1 | | Merger: the company acquired, based on the merger agreement of 05/07/1999, BSI PARTECIPAZIONI SA in Lugano (FUSC (Foglio ufficiale svizzero di commercio [Swiss Official Commerce Gazette]) No. 238 of 12/8/1998, pg. 8390), under Art. 748 CO (Code des obligations [Code of Obligations]). Merger balance sheet: 12/31/1998. Assets: CHF 1,416,819.30. Liabilities: CHF 1,304,230.20. Net assets: CHF 112,589.10. The merger takes place without any consideration as the company is already the holder of the entire shareholding of the absorbed company. | | | 1 | 03/10/1992 | |
| | | | | | 1 | 03/05/1993 | |
| | | | | | 1 | 04/06/1993 | |
| | | | | | 1 | 11/26/1998 | |
| | | | | | 1 | 08/21/2006 | |
| 1 | | Merger: the company acquired, based on the merger agreement of 07/24/2003, "BSI Holding di Partecipazioni SA", in Lugano (FUSC No. 37 of 02/22/2001, pg. 1363), under Art. 748 CO. Merger balance sheet: 03/31/2003 Assets: CHF 291,212,943.--. Liabilities: CHF 15,661,212.--. Net assets: CHF 275,551,731.--. There is no capital increase. Shareholders of BSI Holding di Partecipazioni SA will be remitted all shares of the absorbing company, up to now entirely held by BSI Holding di Partecipazioni SA, in exchange for the entire shareholding of BSI Partecipazioni SA, now dissolved under Art. 748 CO. | | | 1 | 02/25/2008 | |
| | | | | | 1 | 04/19/2012 | |
| | | | | | 69 | 12/16/2016 | |
| | | | | | 69 | 04/05/2017 | |
| 69 | | The company's communications to shareholders are made by letter or email to the addresses entered in the share book. | | | | | |
| 69 | | Reduction in share capital under Arts. 732 and 735 CO from CHF 1,840,000,000 to CHF 10,000,000.00 by cancelling 18,300,000 nominal shares of nominal CHF 100.00 each. Share capital of CHF 1,830,000,000.00 reduced by CHF 470,707,595.00 by eliminating the resulting loss on balance sheet under Art. 735 CO, for CHF 1,195,000,000.00 by repayment to shareholders and for CHF 164,292,405.00 by allocation to reserves. The formalities set out by Art. 734 CO were certified with the public act of 04/05/2017. | | | | | |

[signature]    [stamp:] OFFICE OF THE COMMERCIAL REGISTER



City of New York, State of New York, County of New York

I, Yanelle Strich, hereby certify that the document "BSI SA" is to the best of my knowledge and belief, a true and accurate translation from Italian into English.

_____
Yanelle Strich

Sworn to before me this
March 6, 2020

_____
Signature, Notary Public

AURORA ROSE LANDMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6380858
Qualified in New York County
My Commission Expires 09-17-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE