# Exhibit 24a

# REGISTRE DU COMMERCE DE GENÈVE

**Extrait avec éventuelles radiations**

EXTRAIT DU REGISTRE
Report du  23 août 1993
No réf.    01121/1981
N° féd.    CH-660-0073981-9
IDE        CHE-107.993.131

## CBH Compagnie Bancaire Helvétique SA
inscrite le  12 février 1981
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 1 | ~~Banque SCS Alliance SA~~ |
| 63 | ~~CBH - Compagnie Bancaire Helvétique SA~~ |
| 74 | CBH Compagnie Bancaire Helvétique SA |

| | Siège |
|---|---|
| 1 | ~~Genève~~ |
| 36 | ~~Lancy~~ |
| 66 | Genève |

| | Adresse |
|---|---|
| 1 | ~~rue de Contamines 18~~ |
| 6 | ~~route de Florissant 11~~ |
| 36 | ~~route de Chancy 6 B~~ |
| 66 | boulevard Emile-Jaques-Dalcroze 7, 1204 Genève |

| | Dates des Statuts | | |
|---|---|---|---|
| 1 | 07.01.1991 (nouv. stat.) | 39 | 15.12.2004 |
| 7 | 14.04.1994 | 63 | 15.10.2009 (nouv. stat.) |
| 10 | 27.02.1996 (nouv. stat.) | 66 | 15.10.2009 (nouv. stat.) |
| 17 | 05.06.1998 (nouv. stat.) | 74 | 14.12.2010 |
| 28 | 11.10.2002 | 77 | 29.09.2011 |
| 36 | 08.07.2004 | 111 | 13.12.2018 |

| | But, Observations |
|---|---|
| 1 | ~~But: (rad. réf. 10)~~ |
| | ~~exploitation d'une banque de gestion de patrimoine et d'ingénierie financière.~~ |
| 1 | ~~Administration: (rad. réf. 7)~~ |
| | ~~1 ou plusieurs membres.~~ |
| 7 | ~~Administration: (rad. réf. 17)~~ |
| | ~~5 membres au moins (rad. réf. 17)~~ |
| 10 | ~~But: (rad. réf. 17)~~ |
| | ~~exploitation d'une banque de gestion de patrimoine et d'ingénierie financière; placement de contrats d'assurance sur la vie et de rentes viagères.~~ |
| 17 | ~~But: (rad. réf. 74)~~ |
| | ~~exploitation d'une banque de gestion de patrimoine et d'ingénierie financière; activité de négociant en valeurs mobilières.~~ |
| 74 | But: |
| | exploitation d'une banque de gestion de patrimoine et d'ingénierie financière; activité de négociant en valeurs mobilières (cf. statuts pour but complet). |
| 88 | L'identification sous le numéro CH-660-0073981-9 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-107.993.131. |

| | Organe de publication |
|---|---|
| 1 | FOSC |
| 10 | Communication aux actionnaires: lettre recommandée |

| | Succursales |
|---|---|
| 32 | Zurich |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | Nominal | Libéré | Actions |
| 1 | ~~CHF 5'000'000~~ | ~~CHF 5'000'000~~ | ~~50'000 actions de CHF 100, nominatives.~~ |
| 10 | ~~CHF 21'250'000~~ | ~~CHF 21'250'000~~ | ~~8'750 actions de CHF 1'000, privilégiées quant aux dividendes et 125'000 actions de 100, privilégiées quant au droit de vote, toutes nominatives liées selon statuts~~ |
| 28 | ~~CHF 22'828'500~~ | ~~CHF 22'828'500~~ | ~~8'750 actions de CHF 1'000, privilégiées quant aux dividendes et 140'785 actions de 100, privilégiées quant au droit de vote, toutes nominatives liées selon statuts~~ |
| 39 | ~~CHF 26'000'000~~ | ~~CHF 26'000'000~~ | ~~9'966 actions de CHF 1'000, privilégiées quant aux dividendes et 160'340 actions de 100, privilégiées quant au droit de vote, toutes nominatives liées selon statuts~~ |
| 74 | ~~CHF 29'000'000~~ | ~~CHF 29'000'000~~ | ~~11'116 actions de CHF 1'000, privilégiées quant aux dividendes et 178'840 actions de 100, privilégiées quant au droit de vote, toutes nominatives liées selon statuts (augmentation ordinaire)~~ |
| 77 | ~~CHF 32'000'000~~ | ~~CHF 32'000'000~~ | ~~12'266 actions de CHF 1'000, privilégiées quant aux dividendes et 197'340 actions de 100, privilégiées quant au droit de vote, toutes nominatives liées selon statuts (augmentation ordinaire)~~ |
| 111 | CHF 33'000'000 | CHF 33'000'000 | 12'649 actions de CHF 1'000, privilégiées quant aux dividendes et 203'510 actions de 100, privilégiées quant au droit de vote, toutes nominatives liées selon statuts (augmentation ordinaire) |

| | Apports en nature, reprises de biens, avantages particuliers |
|---|---|
| 1 | Reprise de l'actif et du passif, au sens de l'article 748 CO, de la société "SCS Compagnie Financière SA", à Genève, dont elle est propriétaire de toutes les actions. |
| 12 | Reprise de l'actif et du passif, au sens de l'art. 748 CO, de la société "Banque Hunziker SA", à Genève, selon bilan au 31-08-1996 et contrat de fusion du 24-09-1996, comportant un actif de CHF 11'638'911 et un passif envers les tiers de CHF 7'112'060, soit un actif net de CHF 4'526'851. La fusion a lieu sans augmentation du capital-actions, dans la mesure où la société est propriétaire de toutes les actions de la société dissoute. |
| 28 | Fusion:<br>Reprise de l'actif et du passif, au sens de l'article 748 CO, de la société "PG Partner Bank AG", à Zurich, selon contrat du 07-10-2002 et bilan au 31-08-2002, comportant un actif de CHF 24'301'629 et un passif envers les tiers de CHF 15'519'156, soit un actif net de CHF 8'782'473; en contrepartie duquel sont remises 15'785 actions de CHF 100, privilégiées quant au droit de vote, nominatives, liées selon statuts. |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 1 | | m 22 | ~~Woodtli Jean-Franklin, de Rothrist, à Genève~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| 1 | | 22 | ~~Fischer Victor, de Lucerne, à Thônex~~ | ~~adm. vice-président~~ | ~~signature collective à 2~~ |
| 1 | | 11 | ~~Severis Nicolas, de Grande-Bretagne, à Genève~~ | ~~adm. secrétaire~~ | ~~signature collective à 2~~ |
| 1 | | 14 | ~~Francken Jean, de Vich, à Lausanne~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 34 | ~~Giscard d'Estaing François, de France, à Paris, F~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | m 3 | ~~Manzounis Demetrios P., de Grèce, à Athènes, GR~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 7 | ~~Roditi Sylvain, de Genève, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | 11 | ~~Thalmann Claude, de Fribourg, à Genève~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 1 | | m 22 | ~~Nodé-Langlois Pascal, de France, à Genève~~ | directeur général | ~~signature collective à 2~~ |
| 1 | | m 27 | ~~Gardis François, de Lausanne, à Jouxtens-Mézery~~ | directeur | ~~signature collective à 2~~ |
| 1 | | 25 | ~~Krug G.Guyon, des USA, à Genève~~ | directeur | ~~signature collective à 2~~ |
| 1 | | m 21 | ~~Lanier Michel, de Choulex, à Puplinge~~ | directeur | ~~signature collective à 2~~ |
| 1 | | 8 | ~~Beltzung Philippe, de France, à Divonnes-les-Bains, F~~ | sous-directeur | ~~signature collective à 2 (1)~~ |
| 1 | | 2 | ~~Brugger Henri C., de Bâle, à Lancy~~ | sous-directeur | ~~signature collective à 2~~ |
| 1 | | m 4 | ~~Barda Hana, de Genève, à Genève~~ | | ~~procuration collective à 2 (1)~~ |

CBH Compagnie Bancaire Helvétique SA    Page 2 / 11

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 1 | | m 9 | Bonzon Pierre-André, d'Arnex-sur-Orbe, à Genève | | procuration collective à 2 (1) |
| 2 | | 11 | Francisco Celso, de Genève, à Thônex | adm. | signature collective à 2 |
| 2 | | m 24 | "ATAG Ernst & Young SA", succursale de Genève | organe de révision | |
| 2 | | 11 | Karavassilis Jason N., de Grèce, à Genève | directeur | signature collective à 2 |
| 2 | | 34 | Wery Jean-Marie, de Belgique, à Genève | directeur | signature collective à 2 |
| | 3 | 11 | Mantzounis Demetrios P., de Grèce, à Athènes, GR | adm. | signature collective à 2 |
| 4 | | 43 | Saba Michel, de France, à Genève | directeur | signature collective à 2 |
| | 4 | m 21 | Barda Ilana, de Genève, à Genève | sous-directrice | signature collective à 2 (1) |
| 4 | | m 8 | Gramolini Glenn, des USA, à Genève | sous-directeur | signature collective à 2 (1) |
| 4 | | m 25 | Rüegg Andreas, de St.Gallenkappel, à Genève | | procuration collective à 2 (1) |
| 5 | | m 25 | Weber Thierry, de Bâle, à Genève | directeur | signature collective à 2 |
| 7 | | m 9 | Podniesinski Krysztof, de Pologne, à Veyrier | | procuration collective à 2 (1) |
| | 8 | m 21 | Gramolini Glenn, des USA, à Genève | directeur adjoint | signature collective à 2 (1) |
| 8 | | m 15 | Hassan Khaleel, du Koweit, à Genève | | signature collective à 2 (1) |
| | 9 | m 22 | Bonzon Pierre-André, d'Arnex-sur-Orbe, à Genève | sous-directeur | signature collective à 2 (1) |
| 9 | | m 25 | Maréchal Christian, de Genève, à Genève | sous-directeur | signature collective à 2 (1) |
| | 9 | m 20 | Podniesinski Krysztof, de Pologne, à Veyrier | sous-directeur | signature collective à 2 (1) |
| 10 | | m 11 | Bory Gérald M., de Givrins, à Pully | adm. | signature collective à 2 |
| 10 | | m 19 | de Planta Rodolphe, de Susch, à Paris, F | adm. | signature collective à 2 |
| 10 | | 19 | Pennone Robert, de Lausanne, à Versoix | adm. | signature collective à 2 |
| | 11 | m 20 | Bory Gérald M., de Givrins, à Pully | adm. | signature collective à 2 |
| 13 | | 22 | Dexeus Juan, d'Espagne, à Barcelone, E | adm. | signature collective à 2 |
| | 15 | m 25 | Hassan Khaleel, du Koweit, à Genève | sous-directeur | signature collective à 2 (1) |
| 15 | | 34 | Froidevaux Claude, du Bémont, à Commugny | | procuration collective à 2 (1) |
| 15 | | 44 | Jordi Willy, de Wyssachen, à Morges | | procuration collective à 2 (1) |
| 15 | | 25 | Kortmoller Matthias, de Crans-près-Céligny, à Genève | | procuration collective à 2 (1) |
| 15 | | m 20 | Peuker Yves, de Montreux, à Veyrier | | procuration collective à 2 (1) |
| 16 | | m 34 | Coutaz Philippe Charles, de France, à Boëge, F | sous-directeur | signature collective à 2 (1) |
| 16 | | m 22 | Ballestero Jaime, d'Espagne, à Genève | | procuration collective à 2 (1) |
| 16 | | m 22 | Cailaud Jean-Philippe, de France, à Vétraz-Monthoux, F | | procuration collective à 2 (1) |
| 16 | | m 21 | Hunziker Andrew, d'Olten, à Crans-près-Céligny | | procuration collective à 2 (1) |
| 16 | | 19 | Lepinoy Stéphane, de France, à Genève | | procuration collective à 2 (1) |
| 16 | | m 22 | Muraydem Willem, des Pays-Bas, à Genève | | procuration collective à 2 (1) |
| 18 | | m 25 | Janody Alain, de France, à Genève | sous-directeur | signature collective à 2 (1) |
| 18 | | 25 | Kelly Sean, de Sion, à Genève | | procuration collective à 2 (1) |
| | 19 | 27 | de Planta Rodolphe, de Susch, à Jussy | adm. | signature collective à 2 |
| | 20 | 27 | Bory Gérald M., de Givrins, à Ordino, AND | adm. | signature collective à 2 |
| 20 | | m 44 | Mottu Jean-Pierre, de Genève, à Lutry | adm. | signature collective à 2 |
| 20 | | 27 | de Naurois Yves, de France, à Genève | directeur général | signature collective à 2 |
| | 20 | m 22 | Podniesinski Krysztof, de Veyrier, à Veyrier | sous-directeur | signature collective à 2 (1) |
| | 20 | m 22 | Peuker Yves, de Montreux, à Gland | | procuration collective à 2 (1) |
| | 21 | 35 | Lanier Michel, de Choulex, à Puplinge | directeur général adjoint | signature collective à 2 |
| | 21 | 27 | Barda Ilana, de Genève, à Genève | directrice | signature collective à 2 |
| | 21 | 23 | Gramolini Glenn, des USA, à Genève | directeur | signature collective à 2 |
| | 21 | 25 | Hunziker Andrew, d'Olten, à Crans-près-Céligny | sous-directeur | signature collective à 2 (1) |
| 21 | | m 35 | Damond Guy, de Genève, à Bernex | | procuration collective à 2 (1) |
| | 22 | m 27 | Nodé-Langlois Pascal, de France, à Genève | adm. président | signature collective à 2 |

CBH Compagnie Bancaire Helvétique SA    Page 3 / 11

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | 22 | 27 | Woodtli Jean-Franklin, de Rothrist, à Genève | adm. vice-président | signature collective à 2 |
| 22 | | 42 | Steinmann Erwin J., d'Ebersecken, à Meggen | adm. | signature collective à 2 |
| | 22 | 71 | Bonzon Pierre-André, d'Arnex-sur-Orbe, à Genève | directeur adjoint | signature collective à 2 (1) |
| | 22 | 27 | Podniesinski Krysztof, de Veyrier, à Veyrier | directeur adjoint | signature collective à 2 (1) |
| | 22 | m 26 | Caillaud Jean-Philippe, de France, à Vétraz-Monthoux, F | sous-directeur | signature individuelle (1) |
| | 22 | 29 | Ballestero Jaime, d'Espagne, à Genève | sous-directeur | signature collective à 2 (1) |
| | 22 | m 45 | Meyerdam Willem, des Pays-Bas, à Genève | sous-directeur | signature collective à 2 (1) |
| | 22 | 37 | Peuker Yves, de Montreux, à Gland | sous-directeur | signature collective à 2 (1) |
| 22 | | 29 | Léon Stéphane, de Boncourt, à Genève | | procuration collective à 2 (1) |
| 22 | | 37 | Lyonnet Sophie, de France, à Genève | | procuration collective à 2 (1) |
| 22 | | m 25 | Nadjafi Mohammad, d'Iran, à Genève | | procuration collective à 2 (1) |
| 22 | | 23 | Pinget Jean-Dominique, de Carouge, à Genève | | procuration collective à 2 (1) |
| 22 | | m 25 | Rey Gérard, de Montana, à Thônex | | procuration collective à 2 (1) |
| 22 | | m 25 | Rossi Katia, d'Italie, à Thônex | | procuration collective à 2 (1) |
| 22 | | m 35 | Vögtle Ismaël, de Genève, à Chêne-Bougeries | | procuration collective à 2 (1) |
| | 24 | 41 | "Ernst & Young SA", succursale à Lancy | organe de révision | |
| | 25 | m 48 | Weber Thierry, de Bâle, à Genève | directeur général adjoint | signature collective à 2 |
| | 25 | 29 | Janody Alain, de France, à Genève | directeur | signature collective à 2 |
| | 25 | m 70 | Maréchal Christian, de Genève, à Genève | directeur | signature collective à 2 |
| | 25 | 27 | Hassan Khaleel, du Koweit, à Genève | directeur adjoint | signature collective à 2 (1) |
| 25 | | 29 | Lehnis Bruno, de Bâle, à Gland | sous-directeur | signature collective à 2 (1) |
| | 25 | 29 | Nadjafi Mohammad, d'Iran, à Genève | sous-directeur | signature collective à 2 (1) |
| | 25 | 55 | Rey Gérard, de Montana, à Thônex | sous-directeur | signature collective à 2 (1) |
| | 25 | 27 | Ruckstuhl Franck, de Simach, à Lausanne | sous-directeur | signature collective à 2 (1) |
| | 25 | m 34 | Rüegg Andreas, de St.Gallenkappel, à Genève | sous-directeur | signature collective à 2 (1) |
| | 25 | 34 | Vulliet Jean-Marc, de Mies, à Archamps, F | sous-directeur | signature collective à 2 (1) |
| 25 | | m 47 | de Montenach Thibaud, de Fribourg, à Genève | | procuration collective à 2 (1) |
| 25 | | m 47 | Halveck Geneviève, de France, à Ambilly, F | | procuration collective à 2 (1) |
| 25 | | m 84 | Lozat Joëlle, de France, à Bonne, F | | procuration collective à 2 (1) |
| 25 | | 34 | Mermoud Marie-Rose, de Grande-Bretagne, à Genève | | procuration collective à 2 (1) |
| 25 | | 27 | Panczuk Valérie, de France, à Genève | | procuration collective à 2 (1) |
| 25 | | 68 | Prejbeanu Nicolae, de Lancy, à Genève | | procuration collective à 2 (1) |
| | 25 | 56 | Rey Katia, d'Italie, à Thônex | | procuration collective à 2 (1) |
| 25 | | m 26 | Schonbachler Jérôme, de France, à Londres, GB | | procuration collective à 2 (1) |
| 25 | | 50 | Vinickis Elisabeth, de France, à Divonne-les-Bains, F | | procuration collective à 2 (1) |
| 25 | | 34 | Zurkinden Anita, d'Arménie, à Carouge | | procuration collective à 2 (1) |
| 26 | | 27 | Mehm Robert, des USA, à Genève | directeur | signature collective à 2 |
| 26 | | 27 | Salem Bassam, de Genève, à Collonge-Bellerive | directeur | signature collective à 2 |
| | 26 | 34 | Caillaud Jean-Philippe, de France, à Vétraz-Monthoux, F | sous-directeur | signature collective à 2 (1) |
| | 26 | 29 | Schonbachler Jérôme, de France, à Londres, GB | sous-directeur | signature collective à 2 (1) |
| 27 | | 37 | Pennone Robert, de Lausanne, à Genève | adm. président | signature collective à 2 |
| | 27 | m 48 | Gardis François, de Lausanne, à Jouxtens-Mézery | adm. vice-président | signature collective à 2 |
| | 27 | m 37 | Nadé-Langlois Pascal, de France, à Genève | directeur général | signature collective à 2 |
| 30 | | m 37 | Benhamou Joseph, de Genève, à Genève | adm. | signature collective à 2 |
| 30 | | 37 | Han Derek, d'Irlande, à Crans-sur-Sierre | adm. | signature collective à 2 |
| 31 | | 44 | Jacobz de Naurois Gilles Charles Marie, dit Gilles de Naurois, de France, à Rio de Janeiro, | adm. | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| | | | BRA | | |
| 33 | | m 34 | Bohnet Christophe, d'Oberwald, à Bremblens | sous-directeur | signature collective à 2 (1) |
| 33 | | m 35 | Tokgöz Sevki, de Gland, à Gland | sous-directeur | signature collective à 2 (1) |
| 33 | | m 43 | Maeder Gregory, de Mühleberg, à Genève | | procuration collective à 2 (1) |
| 33 | | 37 | Monnet Bernard, de Grimentz, à Annecy, F | | procuration collective à 2 (1) |
| 33 | | m 45 | Rambosson Thierry, de Rüderswil, à Bonne-sur-Menoge, F | | procuration collective à 2 (1) |
| 33 | | 34 | Rinaldi Ariane, de Vouvry, à Genève | | procuration collective à 2 (1) |
| 33 | | 34 | Solomatine Nicolai, de Genève, à Genève | | procuration collective à 2 (1) |
| 33 | | 34 | Zora Lidia, de Genève, à Genève | | procuration collective à 2 (1) |
| | 34 | 37 | Bohnet Christophe, d'Oberwald, à Bremblens | directeur adjoint | signature collective à 2 (1) |
| | 34 | 40 | Coutaz Philippe Charles, de France, à Boëge, F | directeur adjoint | signature collective à 2 (1) |
| 34 | | 49 | Pittier Christian, de Bex, à Genève | directeur adjoint | signature collective à 2 (1) |
| | 34 | 38 | Rüegg Andreas, de St.Gallenkappel, à Genève | directeur adjoint | signature collective à 2 (1) |
| 34 | | 37 | Brirmi Elena, du Grand-Saconnex, à Cranves-Sales, F | | procuration collective à 2 (1) |
| | 35 | 37 | Tokgöz Sevki, de Gland, à Gland | directeur adjoint | signature collective à 2 (1) |
| | 35 | m 84 | Damond Guy, de Genève, à Bernex | sous-directeur | signature collective à 2 (1) |
| 35 | | 37 | Pieffort Mathieu, de France, à Veigy-Foncenex, F | sous-directeur | signature collective à 2 (1) |
| 35 | | 44 | Serey Fabrice, de France, à Lausanne | sous-directeur | signature collective à 2 (1) |
| | 35 | m 45 | Vögtle Ismaël, de Genève, à Chêne-Bougeries | sous-directeur | signature collective à 2 (1) |
| 35 | | 37 | Boetsch Arnaud, de France, à Vandoeuvres | | procuration collective à 2 (1) |
| 35 | | 37 | Hofer Nadiejda Marie, de Bâle, à Genève | | procuration collective à 2 (1) |
| 35 | | 40 | Mogoutine Castiglioni Iana, de Genève, à Genève | | procuration collective à 2 (1) |
| | 37 | 44 | Nodé-Langlois Pascal, de France, à Genève | adm. président | signature collective à 2 |
| 37 | | m 44 | Woodtli Jean-Franklin, de Rothrist, au Grand-Saconnex | adm. secrétaire | signature collective à 2 |
| 37 | | 46 | Pearman Richard P.A., de Grande-Bretagne, à Oberägeri | adm. | signature collective à 2 |
| | 37 | m 90 | Benhamou Joseph, de Genève, à Genève | directeur général | signature collective à 2 |
| 37 | | 68 | Leuenberger Peter Christian, de Dürrenroth, à Genève | directeur | signature collective à 2 |
| 37 | | 46 | Masilamani Peter Louis, de Genève, à Genève | directeur adjoint | signature collective à 2 (1) |
| 37 | | m 84 | de Castro Antonio, d'Espagne, à Genève | | procuration collective à 2 (1) |
| 41 | | 48 | De Wilde Louk, des Pays-Bas, à Founex | adm. | signature collective à 2 |
| 41 | | m 52 | KPMG Fides Peat, succursale à Genève | organe de révision | |
| | 43 | m 84 | Maeder Gregory, de Mühleberg, à Genève | sous-directeur | signature collective à 2 (1) |
| 43 | | m 53 | Arieh Carine, de Genève, à Genève | | procuration collective à 2 (1) |
| 43 | | 54 | Pasquali Ursula, de Wädenswil, à Genève | | procuration collective à 2 (1) |
| 43 | | m 47 | Schaefer Guenter, de Thônex, à Genève | | procuration collective à 2 (1) |
| | 44 | 48 | Woodtli Jean-Franklin, de Rothrist, au Grand-Saconnex | adm. président | signature collective à 2 |
| | 44 | 48 | Mottu Jean-Pierre, de Genève, à Lutry | adm. secrétaire | signature collective à 2 |
| | 45 | 56 | Muraydem Willem, de Genève, à Genève | directeur adjoint | signature collective à 2 (1) |
| | 45 | 55 | Vögtle Ismaël, de Genève, à Chêne-Bougeries | directeur adjoint | signature collective à 2 (1) |
| | 45 | 54 | Rambosson Thierry, de Rüderswil, à Bonne-sur-Menoge, F | sous-directeur | signature collective à 2 (1) |
| 45 | | 56 | Salvador Claude, de France, à Plan-les-Ouates | | procuration collective à 2 (1) |
| | 47 | 78 | de Montenach Thibaud, de Fribourg, à Genève | sous-directeur | signature collective à 2 (1) |
| | 47 | 56 | Holveck Geneviève, de France, à Ambilly, F | sous-directrice | signature collective à 2 (1) |
| | 47 | 62 | Schaefer Guenter, de Thônex, à Genève | sous-directeur | signature collective à 2 (1) |

CBH Compagnie Bancaire Helvétique SA                                                                                         Page 5 / 11

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 47 | | 83 | Sanchez Francisco, d'Espagne, à Genève | | procuration collective à 2 (1) |
| 47 | | 56 | Willi Emmanuelle, de Genève, à Ambilly, F | | procuration collective à 2 (1) |
| 48 | | m 51 | Zimmer Heinz, de Kilchberg, à Küsnacht | adm. président | signature collective à 2 |
| 48 | | | Martel Léonard, de Apples, à Pampigny | adm. vice-président | signature collective à 2 |
| | 48 | 90 | Cardis François, de Lausanne, à Jouxtens-Mézery | adm. secrétaire | signature collective à 2 |
| 48 | | m 91 | de Montmollin Didier, d'Auvernier, à Cologny | adm. | signature collective à 2 |
| | 48 | m 61 | Weber Thierry, de Bâle, à Genève | adm. | signature collective à 2 |
| | 51 | 61 | Zimmer Heinz, de Kilchberg, à Londres, GB | adm. président | signature collective à 2 |
| | 52 | | KPMG SA, succursale à Genève | organe de révision | |
| | 53 | 57 | Arieh Carine, de Genève, à Genève | sous-directrice | signature collective à 2 (1) |
| 53 | | m 84 | Adria Peris Nathalie, de Vuisternens-devant-Romont, à Bernex | | procuration collective à 2 (1) |
| 53 | | m 56 | Hrabal Laurent, de Genève, au Grand-Saconnex | | procuration collective à 2 (1) |
| 53 | | m 84 | Ramet Jacques, de Bardonnex, à Viry, F | | procuration collective à 2 (1) |
| 53 | | m 71 | Simoes Sandra, de Genève, à Genève | | procuration collective à 2 (1) |
| 53 | | 56 | Théraulaz Ziblim Annelyse, de La Roche, à Genève | | procuration collective à 2 (1) |
| 54 | | 80 | Coutaz Philippe, de France, à Reignier, F | directeur adjoint | signature collective à 2 (1) |
| 56 | | 80 | Bazzichi Roberto, d'Italie, à Bernex | sous-directeur | signature collective à 2 (1) |
| 56 | | m 84 | Egetemeyer Sonja, de Meyrin, à Genève | sous-directrice | signature collective à 2 (1) |
| | 56 | 59 | Hrabal Laurent, de Genève, au Grand-Saconnex | sous-directeur | signature collective à 2 (1) |
| 56 | | 76 | Blättler Michael, de Lucerne, à Corsier | | procuration collective à 2 (1) |
| 56 | | 71 | Camerlo Victoria, de Plan-les-Ouates, à Genève | | procuration collective à 2 (1) |
| 58 | | 64 | Geslin Laurent, de La Neuveville, à Gland | | procuration collective à 2 (1) |
| 60 | | m 84 | Borozdin Anton, de Grande-Bretagne, à Genève | | procuration collective à 2 (1) |
| 60 | | 76 | Frigerio Fabrice, de Grône, à Satigny | | procuration collective à 2 (1) |
| | 61 | | Weber Thierry, de Bâle, à Genève | adm. président | signature collective à 2 |
| 61 | | | Maguin Dominique, de France, à Limay, F | adm. | signature collective à 2 |
| 64 | | 80 | Adda Joseph, de Genève, à Troistorrents | | procuration collective à 2 (1) |
| 64 | | m 84 | Baudet Corine, de Genève, à Eysins | | procuration collective à 2 (1) |
| 64 | | m 71 | Benhamou Simon, de Genève, à Genève | | procuration collective à 2 (1) |
| 64 | | m 84 | Desbiez-Piat Laurence, de Rolle, à Savigny, F | | procuration collective à 2 (1) |
| | | 76 | Barakat Raoul, de Lancy, à Genève | | procuration collective à 2 (1) |
| | | 71 | Crouzet Sébastien, de France, à Carouge | | procuration collective à 2 (1) |
| | | 71 | Folino Francesco, de Meyrin, à Genève | | procuration collective à 2 (1) |
| | 70 | 83 | Maréchal Christian, de Genève, à Genève | directeur général adjoint | signature collective à 2 |
| 70 | | 83 | Rousset Daniel, de France, à Châtillon-en-Michaille, F | directeur | signature collective à 2 |
| 70 | | m 83 | Grassin Frédéric, de France, à Gaillard, F | | procuration collective à 2 (1) |
| | 71 | m 80 | Benhamou Simon, de Genève, à Genève | sous-directeur | signature collective à 2 (1) |
| | 71 | m 84 | Simoes Sandra, de Genève, à Genève | sous-directrice | signature collective à 2 (1) |
| 72 | | 78 | Arena Antonino, d'Italie, à Cheseaux-sur-Lausanne | sous-directeur | signature collective à 2 (1) |
| 73 | | m 84 | Marabian Voirol Margarita, des Genevez, à La Tour-de-Peilz | | procuration collective à 2 (1) |
| 75 | | 76 | Ramos Baron Daniel, de Genève, à Thônex | sous-directeur | signature collective à 2 (1) |
| 76 | | 84 | du Boscq de Beaumont Charles-Henry, de France, à Genève | directeur | signature collective à 2 (2) |
| 76 | | | Massie Adam Stewart, de Grande-Bretagne, à Collex-Bossy | sous-directeur | signature collective à 2 (2) |
| 78 | | m 81 | Poncini Amos, de Sorengo, à Genève | directeur | signature collective à 2 (2) |
| 78 | | 115 | Bieri Christian, de Genève, à Carouge (GE) | sous-directeur | signature collective à 2 (2) |

CBH Compagnie Bancaire Helvétique SA

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 78 | | 89 | ~~Vidal Fabien, de Genève, à Sergy, F~~ | sous-directeur | ~~signature collective à 2 (2)~~ |
| 78 | | 86 | ~~Challand Martine, de Genève, à Genève~~ | | ~~procuration collective à 2 (2)~~ |
| 78 | | | Jacquemard Martine, de France, à Renens | | procuration collective à 2 (2) |
| 78 | | m 92 | ~~Le Jollec Erwan, de France, à Genève~~ | | ~~procuration collective à 2 (2)~~ |
| 78 | | 89 | ~~Rodriguez Roberto, d'Espagne, à Carouge (GE)~~ | | ~~procuration collective à 2 (2)~~ |
| 79 | | 86 | ~~Souto Santiago, de Vernier, à Lancy~~ | directeur | ~~signature collective à 2~~ |
| 79 | | 89 | ~~Rousta Khorassani Shahriar, de Genève, à Genève~~ | | ~~procuration collective à 2 (2)~~ |
| 80 | | m 89 | ~~Cordonier Philippe, de Lens, à Le Vaud~~ | directeur général adjoint | ~~signature collective à 2~~ |
| | 80 | m 89 | ~~Benhamou Simon, de Genève, à Genève~~ | directeur adjoint | ~~signature collective à 2 (2)~~ |
| 80 | | m106 | ~~Varisco Corrado, de Paradiso, à Genève~~ | | ~~procuration collective à 2 (2)~~ |
| | 81 | m 92 | ~~Poncini Amos, de Curio, à Genève~~ | directeur | ~~signature collective à 2 (2)~~ |
| 82 | | m 89 | ~~Harless Russell, de Collonge-Bellerive, à Collonge-Bellerive~~ | sous-directeur | ~~signature collective à 2 (2)~~ |
| 82 | | m 85 | ~~Strub Stéphane, de Genève, à Puplinge~~ | sous-directeur | ~~signature collective à 2 (2)~~ |
| | 83 | | Grassin Frédéric, de France, à Gaillard, F | sous-directeur | signature collective à 2 (2) |
| 83 | | 89 | ~~Agosta Maurizio, de Meyrin, à Machilly, F~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | | Damond Guy, de Genève, à Bernex | sous-directeur | signature collective à 2 (2) |
| | 84 | | Egetemeyer Sonja, de Meyrin, à Genève | sous-directrice | signature collective à 2 (2) |
| | 84 | 101 | ~~Maeder Gregory, de Mühleberg, à Genève~~ | sous-directeur | ~~signature collective à 2 (2)~~ |
| | 84 | m116 | ~~Simoes Sandra, de Genève, à Genève~~ | sous-directrice | ~~signature collective à 2 (2)~~ |
| | 84 | m116 | ~~Adria Peris Nathalie, de Vuisternens-devant-Romont, à Bernex~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | m 89 | ~~Baudet Corine, de Genève, à Eysins~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | 91 | ~~Borozdin Anton, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | | de Castro Antonio, d'Espagne, à Genève | | procuration collective à 2 (2) |
| | 84 | 103 | ~~Desbiez-Piat Laurence, de Rolle, à Savigny, F~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | 95 | ~~Lozat Joëlle, de France, à Bonne, F~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | 110 | ~~Marabian Voirol Margarita, des Geneveys, à La Tour-de-Peilz~~ | | ~~procuration collective à 2 (2)~~ |
| | 84 | m 89 | ~~Ramet Jacques, de Bardonnex, à Viry, F~~ | | ~~procuration collective à 2 (2)~~ |
| | 85 | m 89 | ~~Strub Stéphane, de Genève, à Puplinge~~ | directeur adjoint | ~~signature collective à 2~~ |
| 85 | | 95 | ~~Zimmermann Cédric, de Ennetbürgen, à Avusy~~ | sous-directeur | ~~signature collective à 2 (2)~~ |
| 87 | | 104 | ~~Valero Gabriel, d'Anières, à Anières~~ | directeur | ~~signature collective à 2~~ |
| | 89 | | Cordonier Philippe, de Lens, à Le Vaud | directeur général | signature collective à 2 |
| | 89 | m110 | ~~Benhamou Simon, de Genève, à Genève~~ | directeur général adjoint | ~~signature collective à 2~~ |
| | 89 | 104 | ~~Strub Stéphane, de Genève, à Puplinge~~ | directeur | ~~signature collective à 2~~ |
| | 89 | 104 | ~~Harless Russell, de Collonge-Bellerive, à Collonge-Bellerive~~ | directeur adjoint | ~~signature collective à 2 (2)~~ |
| | 89 | | Baudet Corine, de Genève, à Nyon | | procuration collective à 2 (2) |
| 89 | | | Doelker Alexis, de Genève, à Genève | | procuration collective à 2 (2) |
| | 89 | m106 | ~~Ramet Jacques, de Bardonnex, à Bernex~~ | | ~~procuration collective à 2 (2)~~ |
| 89 | | m105 | ~~Sappino Léandre, de Genève, à Cologny~~ | | ~~procuration collective à 2 (2)~~ |
| | 90 | | Benhamou Joseph, de Genève, à Londres, GB | adm. | signature collective à 2 |
| 90 | | 91 | ~~Bacharach Philippe, de Bremgarten bei Bern, à Genève~~ | directeur | ~~signature collective à 2 (2)~~ |
| 90 | | 100 | ~~Demiéville Thierry, de Genève, à Genève~~ | sous-directeur | ~~signature collective à 2 (2)~~ |
| | 91 | | de Montmollin Didier, d'Auvernier, à Cologny | adm. secrétaire | signature collective à 2 |
| 91 | | m 92 | ~~Borcard Guy, de Vaulruz, à Chêne-Bourg~~ | directeur adjoint | ~~signature collective à 2~~ |
| 91 | | m 92 | ~~Ratcovici Ruxandra, de Fribourg, à Fribourg~~ | sous-directrice | ~~signature collective à 2~~ |
| 91 | | m 92 | ~~Diengani Kamona, de Vernier, à Genève~~ | | ~~procuration collective à 2~~ |
| | 92 | m110 | ~~Poncini Amos, de Curio, à Genève~~ | directeur | ~~signature collective à 2~~ |
| 92 | | m 96 | ~~Alves de Caravalho Pedro, de Lugano, à Pully~~ | directeur | ~~signature collective à 2 (2)~~ |

CBH Compagnie Bancaire Helvétique SA               Page 7 / 11

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 92 | | 115 | Häfliger Stéphane, de Rothenburg, à Saxon | directeur | signature collective à 2 (2) |
| 92 | | m100 | Nauer Jean-Marc, de Puidoux, à Chalet-Saint-Denis | directeur | signature collective à 2 (2) |
| 92 | | 95 | Tito de Morais Caiano João Carlos, du Portugal, à Genève | directeur | signature collective à 2 (2) |
| 92 | | | Torello Brugarolas Carlos, d'Espagne, à Pully | directeur | signature collective à 2 (2) |
| | 92 | | Borcard Guy, de Vaulruz, à Chêne-Bourg | directeur adjoint | signature collective à 2 (2) |
| 92 | | 101 | de Beires Sarmento Carlos Manuel, du Portugal, à Genève | directeur adjoint | signature collective à 2 (2) |
| 92 | | | Perruchoud Vincent, de Chalais, à St-Prex | directeur adjoint | signature collective à 2 (2) |
| 92 | | | Valterio Nicolas, de Genève, à Lausanne | directeur adjoint | signature collective à 2 (2) |
| 92 | | | La Torre Anna, d'Italie, à Epalinges | sous-directrice | signature collective à 2 (2) |
| | 92 | | Le Jollec Erwan, de France, à Genève | sous-directeur | signature collective à 2 (2) |
| 92 | | m100 | Ramos Baron Daniel, de Genève, à Thônex | sous-directeur | signature collective à 2 (2) |
| | 92 | m109 | Ratcovici Ruxandra, de Fribourg, à Fribourg | sous-directrice | signature collective à 2 (2) |
| 92 | | 95 | Bender Thomas, de Fully, à Morges | | procuration collective à 2 (2) |
| | 92 | | Diengani Kamona, de Vernier, à Genève | | procuration collective à 2 (2) |
| 92 | | m106 | Garzac Geoffrey, de France, à Brens, F | | procuration collective à 2 (2) |
| 92 | | m105 | Marmy Justine, de Vernay, à Genève | | procuration collective à 2 (2) |
| 92 | | m106 | Muret Nicolas, de France, à Annemasse, F | | procuration collective à 2 (2) |
| 92 | | m105 | Pablos Rodrigues Ricardo, du Brésil, à Zurich | | procuration collective à 2 (2) |
| 92 | | m104 | Schmid Marc, de St. Antoni, à Genève | | procuration collective à 2 (2) |
| 92 | | | Vicente Da Palma Teresa, du Portugal, à Lausanne | | procuration collective à 2 (2) |
| 93 | | | Martins Pereira Dos Penedos Fernando José, du Portugal, à Genève | directeur | signature collective à 2 (2) |
| 93 | | m106 | Baraldi Maria Manuel, de Nesslau, à Pully | sous-directrice | signature collective à 2 (2) |
| 93 | | 107 | Randin Michel Pascal, de Rances, à Echandens | | procuration collective à 2 (2) |
| 94 | | m116 | Bordier David, de Genève, à Collonge-Bellerive | | procuration collective à 2 (2) |
| 95 | | 106 | Péclard Didier, de Genève, à Genève | directeur | signature collective à 2 |
| 95 | | | Kadosh Raphaël, de France, à Genève | directeur adjoint | signature collective à 2 (2) |
| 95 | | 115 | Rodriguez Boquete Roberto, de Carouge GE, à Carouge GE | sous-directeur | signature collective à 2 (2) |
| 95 | | 101 | Roshchina Ekaterina, de Thônex, à Genève | | procuration collective à 2 (2) |
| 95 | | | Sardanovitch Dragan, de Genève, à Genève | | procuration collective à 2 (2) |
| | 96 | | Alves de Carvalho Pedro, de Lugano, à Pully | directeur | signature collective à 2 (2) |
| 97 | | m 98 | Favre Claude, d'Ormont-Dessus, à Commugny | directeur général | signature collective à 2 (2) |
| | 98 | m103 | Favre Claude, d'Ormont-Dessus, à Commugny | directeur | signature collective à 2 (2) |
| 99 | | m114 | Cohen Ted, de France, à Collonge-Bellerive | | procuration collective à 2 (2) |
| | 100 | m108 | Nauer Jean-Marc, de Puidoux, à Chalet-Saint-Denis | directeur | signature collective à 2 |
| | 100 | 101 | Ramos Baron Daniel, de Genève, à Satigny | directeur | signature collective à 2 (2) |
| 101 | | m105 | Claude Jean-Christophe, de Genève, à Chêne-Bougeries | directeur adjoint | signature collective à 2 (2) |
| 102 | | | Thomas Iryna, de Bex, à Carouge GE | directrice adjointe | signature collective à 2 (2) |
| 102 | | | Camargos Wullenweber Claudia, du Brésil, à Genève | sous-directrice | signature collective à 2 (2) |
| 102 | | | Wasilewski Andrzej Edmund, de Pologne, à Genève | | procuration collective à 2 (2) |
| | 103 | | Favre Claude, d'Ormont-Dessus, à Commugny | directeur | signature collective à 2 |
| | 104 | m105 | Schmid Marc, de St. Antoni, à Genève | sous-directeur | signature collective à 2 (2) |
| 104 | | | Varisco Natallia, de Biélurussie, à Lutry | | procuration collective à 2 (2) |
| | 105 | | Claude Jean-Christophe, de Genève, à Chêne-Bougeries | directeur | signature collective à 2 |

| Réf. Inscr. | Réf. Mod. | Réf. Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
|---|---|---|---|---|---|
| | 105 | 107 | ~~Pablos Rodrigues Ricardo, du Brésil, à Zurich~~ | ~~sous-directeur~~ | ~~signature collective à 2 (2)~~ |
| | 105 | m114 | ~~Sappino Léandre, de Genève, à Cologny~~ | ~~sous-directeur~~ | ~~signature collective à 2 (2)~~ |
| | 105 | | Schmid Marc, de St. Antoni, à Thônex | sous-directeur | signature collective à 2 (2) |
| 105 | | m116 | ~~Lapustins Mihails, de Lettonie, à Cologny~~ | | ~~procuration collective à 2 (2)~~ |
| 105 | | | Lebedeva Leyla V., de Russie, à Genève | | procuration collective à 2 (2) |
| | 105 | m114 | ~~Vaillant de Guelis Justine, d'Estavayer, à Genève~~ | | ~~procuration collective à 2 (2)~~ |
| 106 | | | Robinson Christopher, de Genève, à Genève | directeur | signature collective à 2 |
| | 106 | | Baraldi Maria Manuel, de Nesslau, à Carouge GE | sous-directrice | signature collective à 2 (2) |
| | 106 | m113 | ~~Muret Nicolas, de France, à Annemasse, F~~ | ~~sous-directeur~~ | ~~signature collective à 2 (2)~~ |
| 106 | | 110 | ~~Nejar Yvan, de Genève, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2 (2)~~ |
| | 106 | m116 | ~~Garzac Geoffrey, de France, à Carouge GE~~ | | ~~procuration collective à 2 (2)~~ |
| | 106 | | Ramet Jacques, de Bardonnex, à Genève | | procuration collective à 2 (2) |
| | 106 | | Varisco Corrado, de Paradiso, à Lutry | | procuration collective à 2 (2) |
| | 108 | | Nauer Jean-Marc, de Puidoux, à Châtel-Saint-Denis | directeur | signature collective à 2 |
| | 109 | | Heyberger Ruxandra, de Fribourg, à Fribourg | sous-directrice | signature collective à 2 (2) |
| | 110 | | Benhamou Simon, de Genève, à Genève | directeur général | signature collective à 2 |
| | 110 | | Poncini Amos, de Curio, à Genève | directeur général adjoint | signature collective à 2 |
| 110 | | | Hatam Ken, de Genève, à Genève | | procuration collective à 2 (2) |
| 112 | | | Poffet Juan Riccardo, de Fribourg, à Borex | directeur | signature collective à 2 (2) |
| 112 | | | Lavanchy Serge, de Lutry, à Vuarrens | sous-directeur | signature collective à 2 (2) |
| 112 | | | Ratchinski Anton, de Lausanne, à Yens | sous-directeur | signature collective à 2 (2) |
| 112 | | | Rodrigues da Costa Sonia, du Portugal, à Genève | sous-directrice | signature collective à 2 (2) |
| | 113 | | Muret Nicolas, de France, à Cranves-Sales, F | sous-directeur | signature collective à 2 (2) |
| 114 | | | Lemoisson Jacques, de France, à Corsier GE | directeur | signature collective à 2 (2) |
| | 114 | | Sappino Léandre, de Genève, à Collonge-Bellerive | directeur adjoint | signature collective à 2 (2) |
| | 114 | | Cohen Ted, de France, à Collonge-Bellerive | sous-directeur | signature collective à 2 (2) |
| | 114 | | Vaillant de Guelis Justine, d'Estavayer, à Collonges-sous-Salèves, F | sous-directrice | signature collective à 2 (2) |
| 114 | | | Conti Graziella, de Genève, à Genève | | procuration collective à 2 (2) |
| 114 | | | Gazzola Marco, de Mezzovico-Vira, à Belmont-sur-Lausanne | | procuration collective à 2 (2) |
| 114 | | | Hübscher Frank, d'Allemagne, à Paudex | | procuration collective à 2 (2) |
| 114 | | | Martone Massimiliano, de Commugny, à Commugny | | procuration collective à 2 (2) |
| 115 | | | Boissière Alexandre, de France, à Bossey, F | sous-directeur | signature collective à 2 (2) |
| | 116 | | Bordier David, de Genève, à Collonge-Bellerive | sous-directeur | signature collective à 2 (2) |
| | 116 | | Garzac Geoffray, de France, à Carouge GE | sous-directeur | signature collective à 2 (2) |
| | 116 | | Lapustins Mihails, de Lettonie, à Cologny | sous-directeur | signature collective à 2 (2) |
| | 116 | | Simoes Sandra, de Genève, à Saint-Genis-Pouilly, F | sous-directrice | signature collective à 2 (2) |
| | 116 | | Marx Nathalie, de Vuisternens-devant-Romont, à Bernex | | procuration collective à 2 (2) |

(1) avec un adm., le directeur gén. ou un directeur
(2) avec un adm., le directeur général, le directeur général adjoint ou un directeur

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | report | | | 1 | 10541 | 07.12.1992 | 21.12.1992 | 5937 |

CBH Compagnie Bancaire Helvétique SA                                         Page 9 / 11

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 2 | 7723 | 04.08.1993 | 20.08.1993 | 4407 | 3 | | Rectification | 23.09.1993 | 5002 |
| 4 | 12056 | 01.12.1993 | 21.12.1993 | 6651 | 5 | 2534 | 03.03.1994 | 16.03.1994 | 1443 |
| 6 | 2848 | 11.03.1994 | 24.03.1994 | 1611 | 7 | 5550 | 09.06.1994 | 23.06.1994 | 3527 |
| 8 | 8992 | 26.09.1994 | 10.10.1994 | 5594 | 9 | 9570 | 13.10.1995 | 24.10.1995 | 5849 |
| 10 | 2354 | 01.03.1996 | 12.03.1996 | 1430 | 11 | 5703 | 14.06.1996 | 27.06.1996 | 3835 |
| 12 | 9039 | 27.09.1996 | 09.10.1996 | 6153 | 13 | 10921 | 20.11.1996 | 04.12.1996 | 7504 |
| 14 | 12171 | 20.12.1996 | 13.01.1997 | 194 | 15 | 12263 | 17.11.1997 | 26.11.1997 | 8565 |
| 16 | 6010 | 25.05.1998 | 29.05.1998 | 3664 | 17 | 7150 | 24.06.1998 | 30.06.1998 | 4486 |
| 18 | 758 | 21.01.1999 | 27.01.1999 | 601 | 19 | 2786 | 10.03.1999 | 16.03.1999 | 1731 |
| 20 | 7873 | 23.07.1999 | 29.07.1999 | 5191 | 21 | 1033 | 25.01.2000 | 31.01.2000 | 676 |
| 22 | 5785 | 24.05.2000 | 30.05.2000 | 3682 | 23 | 9410 | 08.09.2000 | 14.09.2000 | 6305 |
| 24 | 2771 | 07.03.2001 | 13.03.2001 | 1873 | 25 | 3915 | 28.03.2001 | 03.04.2001 | 2475 |
| 26 | 9278 | 22.08.2001 | 28.08.2001 | 6611 | 27 | 438 | 10.01.2002 | 16.01.2002 | 7 |
| 28 | 11235 | 24.10.2002 | 30.10.2002 | 6 | 29 | 12546 | 27.11.2002 | 03.12.2002 | 5/0754336 |
| 30 | 12984 | 06.12.2002 | 12.12.2002 | 7 | 31 | 21 | 02.01.2003 | 09.01.2003 | 10 |
| 32 | 6071 | 27.05.2003 | 03.06.2003 | 7/1016738 | 33 | 14737 | 19.12.2003 | 29.12.2003 | 10 |
| 34 | 1904 | 13.02.2004 | 19.02.2004 | 7 | 35 | 6475 | 02.06.2004 | 08.06.2004 | 7/2298116 |
| 36 | 8305 | 13.07.2004 | 19.07.2004 | 7/2367418 | 37 | 12554 | 26.10.2004 | 01.11.2004 | 8/2522096 |
| 38 | 14886 | 14.12.2004 | 20.12.2004 | 8/2598730 | 39 | 15467 | 22.12.2004 | 28.12.2004 | 8/2614100 |
| 40 | 696 | 17.01.2005 | 21.01.2005 | 7/2651612 | 41 | 2749 | 02.03.2005 | 08.03.2005 | 8/2733746 |
| 42 | 10253 | 23.08.2005 | 29.08.2005 | 7/2993676 | 43 | 11346 | 16.09.2005 | 22.09.2005 | 7/3029090 |
| 44 | 12837 | 21.10.2005 | 27.10.2005 | 6/3078412 | 45 | 14454 | 29.11.2005 | 05.12.2005 | 8/3132666 |
| 46 | 1535 | 01.02.2006 | 07.02.2006 | 8/3232608 | 47 | 6990 | 30.05.2006 | 06.06.2006 | 6/3404018 |
| 48 | 11739 | 12.09.2006 | 18.09.2006 | 7/3553376 | 49 | 12076 | 20.09.2006 | 26.09.2006 | 8/3565176 |
| 50 | 13927 | 01.11.2006 | 07.11.2006 | 6/3625246 | 51 | 16144 | 18.12.2006 | 22.12.2006 | 9/3695968 |
| 52 | 3270 | 08.03.2007 | 14.03.2007 | 8/3837656 | 53 | 5578 | 25.04.2007 | 01.05.2007 | 8/3911004 |
| 54 | 6762 | 22.05.2007 | 29.05.2007 | 6/3950696 | 55 | 11905 | 17.09.2007 | 21.09.2007 | 10/4121668 |
| 56 | 1501 | 31.01.2008 | 06.02.2008 | 8/4326092 | 57 | 7091 | 30.05.2008 | 05.06.2008 | 8/4507722 |
| 58 | 13595 | 23.10.2008 | 29.10.2008 | 7/4711106 | 59 | 3880 | 12.03.2009 | 18.03.2009 | 8/4932388 |
| 60 | 8312 | 09.06.2009 | 15.06.2009 | 12/5067188 | 61 | 8729 | 16.06.2009 | 22.06.2009 | 12/5082850 |
| 62 | 9730 | 30.06.2009 | 06.07.2009 | 15/5116658 | 63 | 18179 | 24.11.2009 | 30.11.2009 | 9/5366084 |
| 64 | 1462 | 26.01.2010 | 01.02.2010 | 10/5471206 | 65 | 2143 | 04.02.2010 | 10.02.2010 | 8/5488624 |
| 66 | 5960 | 06.04.2010 | 12.04.2010 | 9/5581342 | 67 | 7684 | 04.05.2010 | Annulée | |
| 68 | 7854 | 06.05.2010 | 12.05.2010 | 8/5630616 | 69 | 9009 | 31.05.2010 | 04.06.2010 | 9/5661900 |
| 70 | 10478 | 25.06.2010 | 01.07.2010 | 11/5705098 | 71 | 15325 | 14.09.2010 | 20.09.2010 | 9/5818974 |
| 72 | 16093 | 28.09.2010 | 04.10.2010 | 8/5836510 | 73 | 20743 | 13.12.2010 | 17.12.2010 | 11/5945534 |
| 74 | 21743 | 23.12.2010 | 29.12.2010 | 13/5966608 | 75 | 3535 | 23.02.2011 | 01.03.2011 | 6055382 |
| 76 | 10167 | 22.06.2011 | 27.06.2011 | 6223198 | 77 | 15616 | 04.10.2011 | 07.10.2011 | 6368180 |
| 78 | 16743 | 21.10.2011 | 26.10.2011 | 6391176 | 79 | 1017 | 18.01.2012 | 23.01.2012 | 6515806 |
| 80 | 6430 | 23.04.2012 | 26.04.2012 | 6654664 | 81 | 6550 | 25.04.2012 | 30.04.2012 | 6658136 |
| 82 | 12273 | 18.07.2012 | 23.07.2012 | 6780940 | 83 | 2537 | 11.02.2013 | 14.02.2013 | 7064028 |
| 84 | 4283 | 08.03.2013 | 13.03.2013 | 7102662 | 85 | 6612 | 17.04.2013 | 22.04.2013 | 7158038 |
| 86 | 9125 | 30.05.2013 | 05.06.2013 | 7215908 | 87 | 10612 | 21.06.2013 | 26.06.2013 | 940507 |
| 88 | | Complément | 19.12.2013 | 7225832 | 89 | 6760 | 16.04.2014 | 23.04.2014 | 1465565 |
| 90 | 9988 | 13.06.2014 | 18.06.2014 | 1560887 | 91 | 19059 | 18.11.2014 | 21.11.2014 | 1836493 |
| 92 | 5248 | 30.03.2015 | 02.04.2015 | 2079183 | 93 | 10611 | 30.06.2015 | 03.07.2015 | 2248351 |
| 94 | 15201 | 24.09.2015 | 29.09.2015 | 2398117 | 95 | 20449 | 18.12.2015 | 23.12.2015 | 2561021 |
| 96 | 4435 | 11.03.2016 | 16.03.2016 | 2727341 | 97 | 4533 | 14.03.2016 | 17.03.2016 | 2730241 |
| 98 | 4965 | 18.03.2016 | 23.03.2016 | 2741409 | 99 | 7643 | 03.05.2016 | 09.05.2016 | 2822501 |
| 100 | 14473 | 26.08.2016 | 31.08.2016 | 3030521 | 101 | 17898 | 26.10.2016 | 31.10.2016 | 3136177 |
| 102 | 5920 | 31.03.2017 | 05.04.2017 | 3448031 | 103 | 8076 | 08.05.2017 | 11.05.2017 | 3516759 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 104 | 15043 | 29.08.2017 | 01.09.2017 | 3729057 | 105 | 23111 | 22.12.2017 | 29.12.2017 | 3963423 |
| 106 | 1176 | 17.01.2018 | 22.01.2018 | 4006087 | 107 | 4037 | 27.02.2018 | 02.03.2018 | 4089391 |
| 108 | 4339 | 02.03.2018 | 07.03.2018 | 4097717 | 109 | 4660 | 07.03.2018 | 12.03.2018 | 4106367 |
| 110 | 16277 | 10.09.2018 | 13.09.2018 | 1004455226 | 111 | 23680 | 18.12.2018 | 21.12.2018 | 1004528536 |
| 112 | 2809 | 07.02.2019 | 12.02.2019 | 1004564891 | 113 | 3572 | 19.02.2019 | 22.02.2019 | 1004573327 |
| 114 | 3753 | 21.02.2019 | 26.02.2019 | 1004575544 | 115 | 10748 | 05.06.2019 | 11.06.2019 | 1004648505 |
| 116 | 20580 | 04.11.2019 | 07.11.2019 | 1004754874 | | | | | |

Genève, le 04 février 2020

Extrait certifié conforme
- 4 FEV. 2020
Le préposé
par délégation



*Fin de l'extrait*

Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Pays : **Suisse**
   Le présent acte public
2. a été signé par M. Lorin COSBUC .--
3. agissant en qualité de fonctionnaire .--
4. est revêtu du sceau/timbre de / du registre
   du commerce - Genève .--
   Attesté
5. à Genève      6. le   0 5 FEV. 2020
7. République et Canton de Genève
8. sous N°  030370
9. Sceau/timbre :      10. Signature :

P.-A. Leya

CBH Compagnie Bancaire Helvétique SA                    Page 11 / 11

# Exhibit 24b

TRANSLATION FROM FRENCH



## TRADE REGISTER OF GENEVA

**Extract with deletions, if any**

[Stamp]
Canton of Geneva
Trade Register

| | |
|---|---|
| EXTRACT FROM THE REGISTER | |
| Report of | August 23, 1993 |
| Ref. No. | 01121/1981 |
| Fed. No. | CH-660-0073981-9 |
| UID | CHE-107.993.131 |

### CBH Compagnie Bancaire Helvétique SA
Registered on February 12, 1981
Corporation (*Société anonyme*)

| Ref. | Corporate Name |
|---|---|
| 1 | ~~Banque SCS Alliance SA~~ |
| 63 | ~~CBH – Compagnie Bancaire Helvétique SA~~ |
| 74 | CBH Compagnie Bancaire Helvétique SA |

| Ref. | Registered Office |
|---|---|
| 1 | ~~Geneva~~ |
| 36 | ~~Lancy~~ |
| 66 | Geneva |

| Ref. | Address |
|---|---|
| 1 | ~~rue de Contamines 18~~ |
| 6 | ~~route de Florissant 11~~ |
| 36 | ~~route de Chancy 6 B~~ |
| 66 | boulevard Emile-Jaques-Dalcroze 7, 1204 Geneva |

| Ref. | Dates of the Articles of Association | Ref. | |
|---|---|---|---|
| 1 | 01/07/1991 (New Articles of Association) | 39 | 12/15/2004 |
| 7 | 04/14/1994 | 63 | 10/15/2009 (New Articles of Association) |
| 10 | 02/27/1996 (New Articles of Association) | 66 | 10/15/2009 (New Articles of Association) |
| 17 | 06/05/1998 (New Articles of Association) | 74 | 12/14/2010 |
| 28 | 10/11/2002 | 77 | 09/29/2011 |
| 36 | 07/08/2004 | 111 | 12/13/2018 |

| Ref. | Purpose, Comments |
|---|---|
| 1 | Purpose: (del. ref. 10) |
| | ~~Operate an asset management and financial engineering bank.~~ |
| 1 | Management: (del. ref. 7) |
| | ~~One or more members.~~ |
| 7 | Management: (del. ref. 17) |
| | ~~At least 5 members (del. ref. 17)~~ |
| 10 | Purpose: (del. ref. 17) |
| | ~~Operate an asset management and financial engineering bank; sale of life insurance and life annuities contracts.~~ |
| 17 | Purpose: (del. ref. 74) |
| | ~~Operate an asset management and financial engineering bank; securities trading business~~ |
| 74 | Purpose: |
| | Operate an asset management and financial engineering bank; securities trading business (see the Articles of Association for the full purpose). |
| 88 | The identification under number CH-660-0073981-9 is replaced by Company Identification Number (IDE/UID) CHE-107.993.131. |

| Ref. | Publication Medium |
|---|---|
| 1 | SOGC [Swiss Official Gazette of Commerce] |
| 10 | Communication to shareholders: registered letter |

| Ref. | Branch Offices |
|---|---|
| 32 | Zurich |

**CERTIFIED TRANSLATION
ROMTRANSLATION, INC.**



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52     360 Valverde Lane
Wantagh, NY 11793-4024     St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration (page 1)_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

*(signature)*
By: ROXANA DINU
Translator

State of New York
County of Suffolk

Sworn and subscribed before me this 8th day of February, 2020

*(signature)*
NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368