# Exhibit 27a

# REGISTRE DU COMMERCE DU CANTON DE VAUD

Extrait avec éventuelles radiations

EXTRAIT DU REGISTRE
Report du  17 mai 2000
N° doss   H 985/00573
N° réf.   CH-550-0052623-0
IDE\UID   CHE-107.880.998

## Banque Privée Espírito Santo SA en liquidation
inscrite le  13 janvier 1977
Société anonyme

| Réf. | Raison de commerce |
|---|---|
| 1 | ~~Compagnie Bancaire Espírito Santo SA~~ |
| 18 | ~~Banque Privée Espírito Santo SA~~ |
| 43 | ~~Banque Privée Espírito Santo SA~~ |
| 44 | Banque Privée Espírito Santo SA en liquidation |

| | Siège |
|---|---|
| 1 | ~~Lausanne~~ |
| 23 | Pully |

| | Domicile |
|---|---|
| 1 | ~~Avenue de Montchoisi 15~~ |
| 23 | ~~Avenue Général-Guisan 70, 1009 Pully~~ |
| 24 | ~~Avenue Général-Guisan 70 A, 1009 Pully~~ |
| 52 | ~~Rue Pépinet 3, c/o Carrard Consulting SA, 1003 Lausanne~~ |
| 59 | Place Saint-François 7, c/o Carrard Consulting SA, Case Postale 5671, 1002 Lausanne |

| | Dates des statuts | | |
|---|---|---|---|
| 1 | 21.12.1984  16.09.1999 | 25 | 11.12.2009 |
| 4 | 22.05.2000 | 38 | 20.09.2013 |
| 17 | 01.12.2006 | 43 | 06.06.2014 |
| 23 | 09.12.2008 | | |

| | But, observations |
|---|---|
| 1 | But: (rad. réf. 23) |
| | ~~exploitation d'une banque principalement axée sur la gestion de fortune et s'adressant à une clientèle privée et institutionnelle essentiellement étrangère, en particulier européenne et sud-américaine, et également à une clientèle suisse.~~ |
| 23 | But: (rad. réf. 25) |
| | ~~l'exploitation d'une banque principalement axée sur la gestion de fortune et s'adressant à une clientèle privée et institutionnelle essentiellement étrangère, en particulier européenne et sud-américaine, et également à une clientèle suisse. La société déploie son activité sur les marchés financiers européens, nord et sud-américains et asiatiques; elle est active dans les domaines suivants: l'acceptation de fonds en dépôt sous toutes formes bancaires usuelles, excepté sous forme de comptes d'épargne, en monnaie suisse ou étrangère; le commerce de valeurs mobilières, devises, métaux précieux et autres instruments semblables suisses et étrangers, pour compte propre ou compte de tiers en bourse ou hors bourse; la garde et l'administration de valeurs mobilières, de métaux précieux et autres instruments semblables suisses et étrangers; le conseil en placement et la gestion de fortune pour le compte de tiers, ainsi que la gestion de portefeuille pour compte propre; l'octroi de crédits bancaires sous diverses formes, notamment de crédits lombards; l'acceptation et l'émission de garanties et autres sûretés bancaires usuelles; la participation à certaines opérations d'émissions publiques et privées; la constitution, la gestion ou le conseil (advisory), la représentation et/ou la distribution de fonds de placement suisses et étrangers ainsi que la fonction de banque dépositaire pour des fonds de placement étrangers; la commercialisation de produits de bancassurance; la prestation de services dans les domaines des opérations et de l'informatique bancaires (pour but complet cf. statuts).~~ |
| 25 | But: (rad. réf. 38) |
| | ~~l'exploitation d'une banque principalement axée sur la gestion de fortune et s'adressant à une clientèle privée et institutionnelle essentiellement étrangère, en particulier européenne et sud-américaine, et également à une clientèle suisse. La société déploie son activité sur les marchés financiers européens, nord et sud-américains et asiatiques; elle est active dans les domaines suivants: l'acceptation de fonds en dépôt sous toutes formes bancaires usuelles, excepté sous forme de comptes d'épargne, en monnaie suisse ou étrangère; le commerce de valeurs mobilières, devises, métaux précieux et autres instruments semblables suisses et étrangers, pour compte propre ou compte de tiers en bourse ou hors bourse; la garde et l'administration de valeurs mobilières, de métaux précieux et autres instruments~~ |

| | But, observations |
|---|---|
| 38 | ~~semblables suisses et étrangers; le conseil en placement et la gestion de fortune pour le compte de tiers, ainsi que la gestion de portefeuille pour compte propre; l'octroi de crédits bancaires sous diverses formes, notamment de crédits lombards; l'acceptation et l'émission de garanties et autres sûretés bancaires usuelles; la participation à certaines opérations d'émissions publiques et privées; la constitution, la gestion ou le conseil (advisory); la représentation et/ou la distribution de placements collectifs de capitaux suisses et étrangers ainsi que la fonction de banque dépositaire pour des placements coolectifs de capitaux suisses et étrangers; la commercialisation de produits de bancassurance; la prestation de services dans les domaines des opérations et de l'informatique bancaires (pour but complet cf. statuts).~~ But: la société a pour but l'exploitation d'une banque principalement axée sur la gestion de fortune et s'adressant à une clientèle privée et institutionnelle essentiellement étrangère; la société déploie son activité sur les marchés financiers suisses et étrangers; elle est active dans les domaines suivants: l'acceptation de fonds en dépôt sous toutes formes bancaires usuelles, en monnaie suisse ou étrangère; le commerce de valeurs mobilières, devises, métaux précieux et autres instruments semblables suisses et étrangers, pour compte propre ou compte de tiers en bourse ou hors bourse; la garde et l'administration de valeurs mobilières, de métaux précieux et autres instruments semblables suisses et étrangers; le conseil en placement et la gestion de fortune pour le compte de tiers, ainsi que la gestion de portefeuille pour compte propre; l'octroi de crédits, de prêts ou d'avances, garantis ou non garantis, à terme fixe ou à vue, à l'exception de crédits documentaires; l'exécution d'opérations à titre fiduciaire; l'acceptation et l'émission de garanties et autres sûretés bancaires usuelles; la participation à certaines opérations d'émissions publiques et privées; la constitution, la gestion ou le conseil (advisory), la représentation et/ou la distribution de placements collectifs de capitaux suisses et étrangers ainsi que la fonction de banque dépositaire pour des placements collectifs de capitaux suisses et étrangers; la commercialisation de produits de bancassurance; la prestation de services dans les domaines des opérations et de l'informatique bancaires (pour but complet cf. statuts). |
| 41 | L'identification sous le numéro CH-550-0052623-0 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-107.880.998. |
| 44 | Selon décision de son assemblée générale du 22 juillet 2014, la société a prononcé sa dissolution. |
| 47 | Par décision de la l'Autorité fédérale de surveillance des marchés financiers FINMA du 17 septembre 2014, la société a été déclarée en faillite avec effet à partir du 19 septembre 2014, à 8h00. L'activité de la société est limitée à la liquidation par voie de faillite sous la raison de commerce Banque Privée Espírito Santo SA en liquidation. Carrard Consulting SA (CHE-115.199.454) est nommée liquidatrice de la faillite. |
| | **Transferts de patrimoine (LFus)** |
| 45 | Selon contrat du 29 août 2014, la société a transféré des actifs pour CHF 51'314'203 et des passifs envers les tiers pour CHF 51'314'202, à CBH Compagnie Bancaire Helvétique SA à Genève (CHE-107.993.131). Contre-prestation: CHF 6'718'133.60. |
| | **Organe de publication** |
| 1 | Feuille officielle suisse du commerce |
| | **Siège succursales** |
| 42 | ~~Zurich (CH-020-9004061-2) (rad. réf. 50)~~ |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | Nominal | Libéré | Actions |
| 1 | ~~CHF 20'000'000~~ | ~~CHF 20'000'000~~ | ~~20'000 actions nominatives de CHF 1'000, avec restrictions quant à la transmissibilité.~~ |
| 17 | ~~CHF 30'000'000~~ | ~~CHF 30'000'000~~ | ~~30'000 actions nominatives de CHF 1'000, avec restrictions quant à la transmissibilité.~~ |
| 43 | ~~CHF 66'000'000~~ | ~~CHF 66'000'000~~ | ~~66'000 actions nominatives de CHF 1'000, avec restrictions quant à la transmissibilité.~~ |
| 44 | CHF 66'000'000 | CHF 66'000'000 | 66'000 actions nominatives de CHF 1'000 (art. 685a, al. 3 CO). |
| | **Augmentation autorisée du capital** | | |
| 23 | L'assemblée générale a introduit une clause statutaire relative à une augmentation autorisée du capital par décision du 9 décembre 2008. Pour les détails, voir les statuts. | | |
| 38 | Suppression de la clause statutaire relative à l'augmentation autorisée du capital (fondée sur la décision d'autorisation du 9 décembre 2008), par l'assemblée générale. | | |
| 38 | L'assemblée générale a introduit une clause statutaire relative à une augmentation autorisée du capital par décision du 20 septembre 2013. Pour les détails, voir les statuts. | | |
| | **Apports en nature, reprises de biens, avantages particuliers** | | |

| | | | Apports en nature, reprises de biens, avantages particuliers | | |
|---|---|---|---|---|---|
| | | 43 | Montant libéré par compensation de créances: CHF 36'000'000. | | |

| | | | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| 1 | | m 6 | Pinheiro Espirito Santo Silva José Manuel, du Portugal, à Lisbonne (Portugal) | adm. président | signature collective à 2 |
| 1 | | m 40 | Blanc Jean-Claude, de Bulle, à Lausanne | adm. | signature collective à 2 |
| 1 | | m 6 | Brunner Edgar Hans, de Berne, à Berne | adm. | signature collective à 2 |
| 1 | | m 6 | Espirito Santo Silva Salgado Ricardo, du Portugal, à Pully | adm. | signature collective à 2 |
| 1 | | m 8 | Mosqueira do Amaral Mario, du Portugal, à Lisbonne (Portugal) | adm. | signature collective à 2 |
| 1 | | m 44 | Nicod Alain, de Malapalud, à Saint-Prex | adm. | signature collective à 2 |
| 1 | | m 14 | Renaud Michel, de Saint-George, à Pully | adm. | signature collective à 2 |
| 1 | | 44 | Ricciardi Antonio, du Portugal, à Cascais (Portugal) | adm. | signature collective à 2 |
| 1 | | m 44 | Zufferey Jean-Baptiste, de Saint-Luc, à Givisiez | adm. | signature collective à 2 |
| 1 | | m 2 | Alves de Carvalho Pedro, de Valcolla, à Lutry | directeur adjoint | signature collective à 2 |
| 1 | | m 6 | Eggmann Michel, de Speicher, à Lancy | directeur adjoint | signature collective à 2 |
| 1 | | 3 | di San Germano Filippo, d'Italie, à Pully | directeur | signature collective à 2 |
| 1 | | 21 | Roque de Pinho Salvador, du Portugal, à Lausanne | directeur | signature collective à 2 |
| 1 | | 20 | Trezzini Pierre-Antoine, de Sessa, à Jouxtens-Mézery | directeur | signature collective à 2 |
| 1 | | m 6 | Caldeira da Silva José Pedro, du Portugal, à Lausanne | directeur général adjoint | signature collective à 2 |
| 1 | | 9 | Cottier Roland, de Rougemont, à Crissier | directeur général adjoint | signature collective à 2 |
| 1 | | 10 | Moniz Galvao Espirito Santo Silva Fernando, du Portugal, à Pully | directeur général adjoint | signature collective à 2 |
| 1 | | 14 | Favey Claude, de Pompaples, à La Sarraz | directeur adjoint | signature collective à 2 |
| 1 | | m 2 | Ribeiro da Cruz Manuel, du Portugal, à Chêne-Bougeries | directeur adjoint | signature collective à 2 |
| 1 | | m 6 | Schmutz Philippe, d'Ueberstorf, à Epalinges | directeur adjoint | signature collective à 2 |
| 1 | | m 2 | Batista Barreto Osmar, de Palézieux, à Lausanne | sous-directeur | signature collective à 2 (1) |
| 1 | | m 13 | Chatellenaz Lysiane, de Morges, à Etoy | sous-directrice | signature collective à 2 (1) |
| 1 | | m 6 | de Landerset Alphonse, de Fribourg, à Epalinges | sous-directeur | signature collective à 2 |
| 1 | | m 13 | Devaud Mariana, de Porsel, à Paudex | sous-directrice | signature collective à 2 (1) |
| 1 | | m 3 | Forestier Stéphane, de Cully, à La Tour-de-Peilz | sous-directeur | signature collective à 2 (1) |
| 1 | | m 13 | Rime Jean-François, de Charmey, à La Tour-de-Peilz | sous-directeur | signature collective à 2 (1) |
| 1 | | m 2 | Spycher Corinne, de Köniz, à Morges | sous-directrice | signature collective à 2 (1) |
| 1 | | m 11 | Candal José, d'Espagne, à Lausanne | | procuration collective à 2 (1) |
| 1 | | m 13 | Costa João, du Portugal, à Lutry | | procuration collective à 2 (1) |
| 1 | | m 6 | Cottet Rachèle, de Bossonnens, à Lutry | | procuration collective à 2 (1) |
| 1 | | m 3 | Marques de Freitas Mario, du Portugal, à Pully | | procuration collective à 2 (1) |
| 1 | | m 5 | Messina Vincent, d'Italie, à Peyres-Possens | | procuration collective à 2 (1) |
| 1 | | m 13 | Michaud Thierry, d'Orny, à Lausanne | | procuration collective à 2 (1) |
| 1 | | m 6 | Monnier Marianne, de Bassins, à Romanel-sur-Lausanne | | procuration collective à 2 (1) |
| 1 | | m 2 | Ryssl Daniel, de Dietikon, à Morges | | procuration collective à 2 (1) |
| | 2 | m 8 | Alves de Carvalho Pedro, de Valcolla, à Lutry | directeur | signature collective à 2 |
| | 2 | m 8 | Ribeiro da Cruz Manuel, du Portugal, à Chêne-Bougeries | directeur | signature collective à 2 |
| | 2 | 15 | Batista Barreto Osmar, de Palézieux, à Lausanne | directeur adjoint | signature collective à 2 |
| | 2 | m 13 | Ryssl Daniel, de Dietikon, à Morges | sous-directeur | signature collective à 2 (1) |
| | 2 | 10 | Spycher Corinne, de Köniz, à Morges | directrice adjointe | signature collective à 2 |

Banque Privée Espirito Santo SA en liquidation                                                          Page 3 / 12

| Réf. | | | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| | 3 | m 9 | Forestier Stéphane, de Cully, à La Tour-de-Peilz | directeur adjoint | signature collective à 2 |
| 3 | | 10 | Baour Dominique, de Boécourt, à Grandvaux | sous-directeur | signature collective à 2 (1) |
| | 3 | 13 | Marques de Freitas Mario, du Portugal, à Pully | sous-directeur | signature collective à 2 (1) |
| 5 | | 15 | Müller Urs, de Zurich, à Prangins | directeur adjoint | signature collective à 2 |
| 5 | | m 11 | Mateeson Francis, de Lausanne, à Pully | sous-directeur | signature collective à 2 (1) |
| 5 | | m 13 | Messina Vincent, d'Italie, à Cugy (VD) | sous-directeur | signature collective à 2 (1) |
| 5 | | m 11 | Guedes Bernardo, du Portugal, à Pully | | procuration collective à 2 (1) |
| 5 | | m 13 | La Torre Anna, d'Italie, à Belmont-sur-Lausanne | | procuration collective à 2 (1) |
| 5 | | m 13 | Lacroix Laurent, de Lausanne, à Lausanne | | procuration collective à 2 (1) |
| 5 | | m 13 | Large Fatima, du Portugal, à Corsier-sur-Vevey | | procuration collective à 2 (1) |
| 5 | | m 11 | Monteiro Paulo, du Portugal, à Lausanne | | procuration collective à 2 (1) |
| 5 | | m 11 | Torello Carlos, d'Espagne, à Lausanne | | procuration collective à 2 (1) |
| | 6 | m 44 | Pinheiro Espirito Santo Silva José Manuel, du Portugal, à Cascais (Portugal) | adm. président | signature collective à 2 |
| | 6 | 14 | Brunner Edgar Hans, de Berne, Muri bei Bern | adm. | |
| | 6 | 44 | Espirito Santo Silva Salgado Ricardo, du Portugal, à Cascais (Portugal) | adm. | |
| | 6 | m 26 | Eggmann Michel, de Speicher, à Plan-les-Ouates | directeur adjoint | signature collective à 2 |
| | 6 | m 8 | Caldeira da Silva José Pedro, du Portugal, à Pully | directeur général adjoint | signature collective à 2 |
| | 6 | 48 | Schmutz Philippe, d'Ueberstorf, à Lausanne | directeur adjoint | signature collective à 2 |
| | 6 | m 13 | de Landerset Alphonse, de Fribourg, à Epalinges | sous-directeur | signature collective à 2 (1) |
| | 6 | m 13 | Cottet Rachèle, de Bossonnens, à Forel (Lavaux) | | procuration collective à 2 (1) |
| | 6 | 10 | Monnier Marianne, de Bassins, à Etagnières | | procuration collective à 2 (1) |
| | 8 | 43 | Mosqueira do Amaral Mario, du Portugal, à Lisbonne (Portugal) | adm. | signature collective à 2 |
| | 8 | m 33 | Caldeira da Silva José Pedro, du Portugal, à Pully | directeur général adjoint | signature collective à 2 |
| | 8 | m 9 | Alves de Carvalho Pedro, de Valcolla, à Lutry | directeur | signature collective à 2 |
| | 8 | 24 | Ribeiro da Cruz Manuel, du Portugal, à Chêne-Bougeries | directeur | signature collective à 2 |
| | 9 | m 20 | Forestier Stéphane, de Cully, à La Tour-de-Peilz | directeur | signature collective à 2 |
| | 9 | m 21 | Alves de Carvalho Pedro, de Valcolla, à Lutry | directeur général adjoint | signature collective à 2 |
| | 11 | m 20 | Mateeson Francis, de Lausanne, à Pully | directeur adjoint | signature collective à 2 |
| 11 | | m 15 | Santos Artur Matias, du Portugal, à Pully | directeur adjoint | signature collective à 2 |
| | 11 | m 13 | Candal José, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 (1) |
| | 11 | m 13 | Guedes Bernardo, du Portugal, à Lutry | sous-directeur | signature collective à 2 (1) |
| | 11 | m 13 | Monteiro Paulo, du Portugal, à Lausanne | sous-directeur | signature collective à 2 (1) |
| | 11 | m 13 | Torello Carlos, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 (1) |
| 11 | | m 13 | Carrega Pier Franco, d'Italie, à Lausanne | | procuration collective à 2 (1) |
| 11 | | 13 | Cavalheiro Ana, du Portugal, à Pully | | procuration collective à 2 (1) |
| 11 | | m 13 | Margot Ariane, de Gimel, à Lutry | | procuration collective à 2 (1) |
| 11 | | m 13 | Milos Adriano, de Zurich, à Lausanne | | procuration collective à 2 (1) |
| 11 | | m 13 | Perruchoud Vincent, de Chalais, à Villars-sous-Yens | | procuration collective à 2 (1) |
| 11 | | m 13 | Salgado Catarina, du Portugal, à Pully | | procuration collective à 2 (1) |
| 11 | | m 13 | Wymann Loïc, de Sumiswald, à Lutry | | procuration collective à 2 (1) |
| 12 | | m 19 | KPMG Fides Peat, à Genève | organe de révision | |
| | 13 | m 15 | Candal José, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 |
| | 13 | 21 | Chatellenaz Lysiane, de Morges, à Etoy | sous-directrice | signature collective à 2 |
| | 13 | m 15 | de Landerset Alphonse, de Fribourg, à Epalinges | sous-directeur | signature collective à 2 |
| | 13 | 14 | Devaud Mariana, de Porsel, à Paudex | sous-directrice | signature collective à 2 |
| | 13 | m 14 | Guedes Bernardo, du Portugal, à Lutry | sous-directeur | signature collective à 2 |

| Réf. Inscr. | Mod. | Rad. | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| | | | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| | | m 15 | Messina Vincent, d'Italie, à Cugy (VD) | sous-directeur | signature collective à 2 |
| | 13 | m 14 | Monteiro Paulo, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| 13 | | m 15 | Penedos Fernando, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| | 13 | m 14 | Rime Jean-François, de Charmey, à La Tour-de-Peilz | sous-directeur | signature collective à 2 |
| | 13 | m 26 | Ryssl Daniel, de Dietikon, à Morges | sous-directeur | signature collective à 2 |
| | 13 | m 14 | Torello Carlos, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 |
| | 13 | 48 | Carrega Pier Franco, d'Italie, à Lausanne | | procuration collective à 2 |
| | 13 | m 14 | Costa João, du Portugal, à Lutry | | procuration collective à 2 |
| | 13 | m 14 | Cottet Rachèle, de Bossonnens, à Forel (Lavaux) | | procuration collective à 2 |
| 13 | | m 20 | Damizia Marco, de Lausanne, à Lausanne | | procuration collective à 2 |
| | 13 | m 14 | La Torre Anna, d'Italie, à Belmont-sur-Lausanne | | procuration collective à 2 |
| | 13 | m 15 | Lacroix Laurent, de Lausanne, à Lausanne | | procuration collective à 2 |
| | 13 | m 15 | Large Fatima, du Portugal, à Corsier-sur-Vevey | | procuration collective à 2 |
| | 13 | 34 | Margot Ariane, de Gimel, à Lutry | | procuration collective à 2 |
| | 13 | 31 | Michaud Thierry, d'Orny, à Lausanne | | procuration collective à 2 |
| | 13 | m 15 | Milos Adriano, de Zurich, à Lausanne | | procuration collective à 2 |
| 13 | | m 21 | Palmisano Marie-Antoinette, d'Italie, à Prilly | | procuration collective à 2 |
| | 13 | m 24 | Perruchoud Vincent, de Chalais, à Villars-sous-Yens | | procuration collective à 2 |
| | 13 | m 14 | Salgado Catarina, du Portugal, à Pully | | procuration collective à 2 |
| | 13 | 21 | Santangelo Flavio, d'Italie, à Prilly | | procuration collective à 2 |
| | 13 | 21 | Santos Jorge, du Portugal, à Lausanne | | procuration collective à 2 |
| | 13 | 14 | Simoes de Almeida Astrid, du Portugal, à Lausanne | | procuration collective à 2 |
| | 13 | m 15 | Stegmann Pascal, de Thoune, à Lausanne | | procuration collective à 2 |
| | 13 | m 15 | Valterio Nicolas, de Genève, à Lutry | | procuration collective à 2 |
| | 13 | m 14 | Vetsch Nicolas, de Grabs, à Bussigny-près-Lausanne | | procuration collective à 2 |
| | 13 | m 14 | Wymann Loïc, de Sumiswald, à Lutry | | procuration collective à 2 |
| | 14 | 36 | Renaud Michel, de Saint-George, à Pully | adm. vice-président | signature collective à 2 |
| 14 | | m 44 | Emch Thomas H., de Lüterswil-Gächliwil, à Founex | adm. | signature collective à 2 |
| 14 | | m 26 | Lüthi Claude, de Zurich, à Kilchberg (ZH) | adm. | signature collective à 2 |
| 14 | | m 15 | Moniz Galvao Espirito Santo Silva Fernando, du Portugal, à Londres (Royaume-Uni) | adm. | signature collective à 2 |
| 14 | | 48 | Dähler Erich, de Seftigen, à Yens | directeur | signature collective à 2 |
| | 14 | m 15 | Guedes Bernardo, du Portugal, à Lutry | directeur-adjoint | signature collective à 2 |
| | 14 | m 15 | Monteiro Paulo, du Portugal, à Lausanne | directeur-adjoint | signature collective à 2 |
| | 14 | m 28 | Rime Jean-François, de Charmey, à La Tour-de-Peilz | directeur-adjoint | signature collective à 2 |
| | 14 | m 20 | Torello Carlos, d'Espagne, à Lausanne | directeur-adjoint | signature collective à 2 |
| | 14 | m 26 | Costa João, du Portugal, à Lutry | sous-directeur | signature collective à 2 |
| | 14 | m 15 | Cottet Rachèle, de Bossonnens, à Forel (Lavaux) | sous-directrice | signature collective à 2 |
| | 14 | m 15 | La Torre Anna, d'Italie, à Belmont-sur-Lausanne | sous-directrice | signature collective à 2 |
| 14 | | m 15 | Nauer Jean-Marc, de Puidoux, à Palézieux | sous-directeur | signature collective à 2 |
| | 14 | m 15 | Salgado Catarina, du Portugal, à Pully | sous-directrice | signature collective à 2 |
| | 14 | m 15 | Vetsch Nicolas, de Grabs, à Bussigny-près-Lausanne | sous-directeur | signature collective à 2 |
| | 14 | m 24 | Wymann Loïc, de Sumiswald, à Lutry | sous-directeur | signature collective à 2 |
| 14 | | m 20 | Pereira da Silva Sandra, de Portugal, à Commugny | | procuration collective à 2 |
| | 14 | m 24 | Pinto Pereira Nuno, de Portugal, à Pully | | procuration collective à 2 |

| Réf. | | | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| 14 | | m 21 | Rodriguez Maria, d'Espagne, à Crissier | | procuration collective à 2 |
| 14 | | m 15 | Sarmento Carlos, du Portugal, à Lausanne | | procuration collective à 2 |
| 14 | | 48 | Wisler Catherine, de Sumiswald, à Lausanne | | procuration collective à 2 |
| | 15 | 44 | Moniz Galvao Espirito Santo Silva Fernando, du Portugal, à Estoril (Portugal) | adm. | signature collective à 2 |
| | 15 | m 21 | Guedes Bernardo, du Portugal, à Lisbonne (Portugal) | directeur adjoint | signature collective à 2 |
| | 15 | m 20 | Monteiro Paulo, du Portugal, à Saint-Sulpice (VD) | directeur adjoint | signature collective à 2 |
| | 15 | m 26 | Nauer Jean-Marc, de Puidoux, à Palézieux | directeur adjoint | signature collective à 2 |
| | 15 | m 21 | Penedos Fernando, du Portugal, à Lausanne | directeur adjoint | signature collective à 2 |
| | 15 | 33 | Santos Artur Matias, du Portugal, à Lutry | directeur adjoint | signature collective à 2 |
| | 15 | m 21 | Vetsch Nicolas, de Grabs, à Bussigny-près-Lausanne | directeur adjoint | signature collective à 2 |
| | 15 | m 36 | Candal José, d'Espagne, à Lutry | sous-directeur | signature collective à 2 |
| | 15 | 16 | Cottet Rachèle, de Bossonnens, à Savigny | sous-directrice | signature collective à 2 |
| | 15 | 20 | de Landerset Alphonse, de Fribourg, à Villars-sur-Glâne | sous-directeur | signature collective à 2 |
| | 15 | 48 | La Torre Anna, d'Italie, à Epalinges | sous-directrice | signature collective à 2 |
| | 15 | 21 | Lacroix Laurent, de Lausanne, à Lausanne | sous-directeur | signature collective à 2 |
| | 15 | 48 | Messina Vincent, d'Italie, à Jouxtens-Mézery | sous-directeur | signature collective à 2 |
| | 15 | m 20 | Milos Adriano, de Zurich, à Lausanne | sous-directeur | signature collective à 2 |
| | 15 | m 21 | Salgado Catarina, du Portugal, à Pully | directrice adjointe | signature collective à 2 |
| | 15 | m 24 | Sarmento Carlos, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| 15 | | m 24 | Scholders Marc, d'Ecoteaux, à Forel (Lavaux) | sous-directeur | signature collective à 2 |
| | 15 | m 24 | Stegmann Pascal, de Thoune, à Lausanne | sous-directeur | signature collective à 2 |
| | 15 | m 21 | Valtério Nicolas, de Genève, à Lutry | sous-directeur | signature collective à 2 |
| 15 | | m 33 | Cid Ornelas Isabel, du Portugal, à Lausanne | | procuration collective à 2 |
| 15 | | m 21 | Fernandez Juan Carlos, de Lausanne, à Chavannes-près-Renens | | procuration collective à 2 |
| 15 | | m 21 | Koehli Ana Paula, du Portugal, à Lausanne | | procuration collective à 2 |
| | 15 | m 20 | Large Fatima, du Portugal, à Montreux | | procuration collective à 2 |
| 15 | | 48 | Lavanchy Janelise, de Forel (Lavaux), à Lausanne | | procuration collective à 2 |
| 15 | | m 24 | Ramos Rui, du Portugal, à Pully | | procuration collective à 2 |
| 15 | | 48 | Rochat Christine, de L'Abbaye, à Vallorbe | | procuration collective à 2 |
| 15 | | 48 | Teixeira Santos Alice, du Portugal, à Lausanne | | procuration collective à 2 |
| 15 | | m 21 | Touron Valérie, de France, à Versoix | | procuration collective à 2 |
| 16 | | m 26 | Haefliger Stéphane, de Rothenburg, à Lausanne | directeur adjoint | signature collective à 2 |
| 16 | | m 21 | Bourrecoud Philippe, d'Apples, à Avusy | sous-directeur | signature collective à 2 |
| 16 | | m 21 | Abrantes Paulo, du Portugal, à Lausanne | | procuration collective à 2 |
| 16 | | m 24 | Brion Nuno, du Portugal, à Lausanne | | procuration collective à 2 |
| 16 | | m 21 | Corthésy Véronique, de Dompierre (VD), à Cossonay | | procuration collective à 2 |
| 16 | | m 26 | Ropraz Olivier, de Sorens, à Bremblens | | procuration collective à 2 |
| 16 | | m 21 | Tejero Vall Carlos, d'Espagne, à Lausanne | | procuration collective à 2 |
| | 19 | 51 | KPMG SA, à Genève | organe de révision | |
| | 20 | m 28 | Mateeson Francis, de Lausanne, à Pully | directeur | signature collective à 2 |
| | 20 | 48 | Monteiro Paulo, du Portugal, à Saint-Sulpice (VD) | directeur | signature collective à 2 |
| | 20 | 48 | Torello Carlos, d'Espagne, à Pully | directeur | signature collective à 2 |
| | 20 | m 24 | Forestier Stéphane, de Cully, à La Tour-de-Peilz | directeur général adjoint | signature collective à 2 |
| 20 | | m 26 | de Vito Roberto, de Zurich, à Morges | directeur adjoint | signature collective à 2 |

| | Réf. | | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod | Rad. | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| 20 | | m 26 | du Couëdic de Kerérant Gonzague, de France, à Genève | directeur adjoint | signature collective à 2 |
| | 20 | m 24 | Milos Adriano, de Zurich, à Villette (Lavaux) | directeur adjoint | signature collective à 2 |
| | 20 | m 24 | Damizia Marco, de Lausanne, à Lausanne | sous-directeur | signature collective à 2 |
| | 20 | m 26 | Large Fatima, du Portugal, à Montreux | sous-directrice | signature collective à 2 |
| | 20 | m 24 | Pereira da Silva Sandra, du Portugal, à Borex | sous-directrice | signature collective à 2 |
| 20 | | m 28 | Cabral Luis, du Portugal, à Lausanne | | procuration collective à 2 |
| 20 | | m 36 | Cotton Olivier, de Genève, à Genève | | procuration collective à 2 |
| 20 | | 24 | Dominguez Xavier, de Lausanne, à Villars-Sainte-Croix | | procuration collective à 2 |
| 20 | | 34 | Jarbayo Renouard José, d'Espagne, à Lausanne | | procuration collective à 2 |
| 20 | | 24 | van de Ven Johannes, des Pays-Bas, à Lausanne | | procuration collective à 2 |
| | 21 | 48 | Alves de Carvalho Pedro, de Valcotta, à Pully | directeur général adjoint | signature collective à 2 |
| | 21 | 26 | Guedes Bernardo, du Portugal, à Lisbonne (Portugal) | directeur | signature collective à 2 |
| | 21 | 48 | Penedos Fernando, du Portugal, à Lausanne | directeur | signature collective à 2 |
| | 21 | m 24 | Bourrecoud Philippe, d'Apples, à Avusy | directeur adjoint | signature collective à 2 |
| | 21 | m 26 | Vetsch Nicolas, de Grabs, à Perlens (VD) | directeur adjoint | signature collective à 2 |
| | 21 | m 28 | Abrantes Paulo, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| | 21 | m 24 | Fernandez Juan Carlos, de Lausanne, à Chavannes-près-Renens | sous-directeur | signature collective à 2 |
| | 21 | 48 | Koehli Ana Paula, du Portugal, à Lausanne | sous-directrice | signature collective à 2 |
| | 21 | m 22 | Salgado Catarina, du Portugal, à Aubonne | directrice adjointe | signature collective à 2 |
| | 21 | 26 | Tejero Vall Carlos, d'Espagne, à Lausanne | sous-directeur | signature collective à 2 |
| | 21 | m 24 | Touron Valérie, de France, à Versoix | sous-directrice | signature collective à 2 |
| | 21 | m 26 | Valtério Nicolas, de Genève, à Lausanne | sous-directeur | signature collective à 2 |
| 21 | | m 26 | Amaral Tiago, du Portugal, à Pully | | procuration collective à 2 |
| 21 | | m 26 | Annen da Costa David, de Saanen, à Pully | | procuration collective à 2 |
| 21 | | 48 | Bender Thomas, de Fully, à Morges | | procuration collective à 2 |
| 21 | | m 26 | Caluço Carlos, du Portugal, à Lucy | | procuration collective à 2 |
| 21 | | m 24 | Chaves Alfredo, de Pully, à Pully | | procuration collective à 2 |
| 21 | | m 26 | Chokri Mejri, de Lausanne, à Saint-Sulpice (VD) | | procuration collective à 2 |
| | 21 | m 24 | Corthésy Véronique, de Dompierre (VD), à Bussigny-près-Lausanne | | procuration collective à 2 |
| 21 | | 24 | Gugger François, d'Ins, à Pully | | procuration collective à 2 |
| 21 | | 48 | Homberger François, de Genève, à Genève | | procuration collective à 2 |
| | 21 | m 26 | Palmisano Marie-Antoinette, d'Italie, à Cheseaux-sur-Lausanne | | procuration collective à 2 |
| 21 | | 48 | Rundin Michel, de Rances, à Echandens | | procuration collective à 2 |
| | 21 | 24 | Rodriguez Maria, d'Espagne, à Renens (VD) | | procuration collective à 2 |
| | 22 | m 32 | Salgado Anton Catarina, du Portugal, à Aubonne | adm. | signature collective à 2 |
| | 24 | m 26 | Milos Adriano, de Zurich, à Villette (Lavaux) | directeur | signature collective à 2 |
| | 24 | 48 | Forestier Stéphane, de Cully, à Auvernier | directeur général adjoint | signature collective à 2 |
| | 24 | 48 | Bourrecoud Philippe, d'Apples, à Villars-Sainte-Croix | directeur adjoint | signature collective à 2 |
| | 24 | 48 | Damizia Marco, de Lausanne, à Lausanne | directeur adjoint | signature collective à 2 |
| 24 | | 33 | Julliet Eric, de Fribourg, à Pully | directeur adjoint | signature collective à 2 |
| | 24 | 26 | Sarmento Carlos, du Portugal, à Lausanne | directeur adjoint | signature collective à 2 |
| | 24 | m 33 | Stegmann Pascal, de Thoune, à Lausanne | directeur adjoint | signature collective à 2 |
| | 24 | 30 | Wymann Loïc, de Sumiswald, à Lutry | directeur adjoint | signature collective à 2 |
| | 24 | 39 | Brion Nuno, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| | 24 | m 26 | Chaves Alfredo, de Pully, à Pully | sous-directeur | signature collective à 2 |
| 24 | | 33 | Davis Thompson, des USA, à Lausanne | sous-directeur | signature collective à 2 |

| Réf. | | | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| | 24 | m 26 | Fernandez Juan Carlos, de Lausanne, à Jouxtens-Mézery | sous-directeur | signature collective à 2 |
| 24 | | 31 | Khan Khatija, des USA, à Genève | directrice adjointe | signature collective à 2 |
| | 24 | m 36 | Pinto Pereira Nuno, de Portugal, à Pully | sous-directeur | signature collective à 2 |
| | 24 | m 26 | Ramos Rui, du Portugal, à Pully | sous-directeur | signature collective à 2 |
| | 24 | m 26 | Schaad Sandra, du Portugal, à Borex | sous-directrice | signature collective à 2 |
| | 24 | 48 | Scholders Marc, d'Ecoteaux, à Chexbres | sous-directeur | signature collective à 2 |
| | 24 | m 26 | Touron Valérie, de France, à Bernex | sous-directrice | signature collective à 2 |
| 24 | | m 33 | Adriansen Estelle, de France, à Lausanne | | procuration collective à 2 |
| 24 | | m 33 | Baraldi Maria, de Saint-Gall, à Pully | | procuration collective à 2 |
| | 24 | m 28 | Corthésy Özsoy Véronique, de Dompierre (VD), à Bussigny-près-Lausanne | | procuration collective à 2 |
| 24 | | m 28 | Esteves Paulo, du Portugal, à Pully | | procuration collective à 2 |
| 24 | | m 26 | Gilliéron Yves, de Servion, à Lausanne | | procuration collective à 2 |
| 24 | | 26 | Michot Olivier, de Vaulion, à Epalinges | | procuration collective à 2 |
| 24 | | m 26 | Parisi Pinella, d'Italie, à Lausanne | | procuration collective à 2 |
| | 24 | m 26 | Perruchoud Vincent, de Chalais, à Saint-Prex | | procuration collective à 2 |
| 24 | | m 26 | Ribeiro Lilia, de Cheseaux-sur-Lausanne, à Pully | | procuration collective à 2 |
| 24 | | m 26 | Traversini Julien, de Montreux, à Lausanne | | procuration collective à 2 |
| | 26 | m 44 | Lüthi Claude, de Zurich, à Rougemont | adm. | signature collective à 2 |
| | 26 | 48 | Eggmann Michel, de Speicher, à Plan-les-Ouates | directeur | signature collective à 2 |
| | 26 | 48 | Milos Adriano, de Zurich, à Saint-Prex | directeur | signature collective à 2 |
| | 26 | 48 | de Vito Roberto, de Zurich, à Morges | directeur | signature collective à 2 |
| | 26 | m 33 | du Couëdic de Kerérant Gonzague, de France, à Genève | directeur | signature collective à 2 |
| | 26 | 48 | Nauer Jean-Marc, de Puidoux, à Palézieux | directeur | signature collective à 2 |
| | 26 | 48 | Vetsch Nicolas, de Grabs, à Ferlens (VD) | directeur | signature collective à 2 |
| | 26 | m 33 | Costa João, du Portugal, à Lutry | directeur adjoint | signature collective à 2 |
| | 26 | 48 | Fernandez Juan Carlos, de Lausanne, à Jouxtens-Mézery | directeur adjoint | signature collective à 2 |
| | 26 | m 28 | Haefliger Stéphane, de Rothenburg, à Saxon | directeur adjoint | signature collective à 2 |
| | 26 | 48 | Valtério Nicolas, de Genève, à Lausanne | directeur adjoint | signature collective à 2 |
| | 26 | m 36 | Amaral Tiago, du Portugal, à Pully | sous-directeur | signature collective à 2 |
| | 26 | m 33 | Annen da Costa David, de Saanen, à Pully | sous-directeur | signature collective à 2 |
| | 26 | 48 | Chaves Alfredo, de Pully, à Assens | sous-directeur | signature collective à 2 |
| | 26 | 48 | Large Fatima, du Portugal, à Montreux | directrice adjointe | signature collective à 2 |
| | 26 | m 33 | Perruchoud Vincent, de Chalais, à Saint-Prex | sous-directeur | signature collective à 2 |
| | 26 | 33 | Ramos Rui, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| | 26 | 48 | Ropraz Olivier, de Sorens, à Bremblens | sous-directeur | signature collective à 2 |
| | 26 | 48 | Ryssl Daniel, de Dietikon, à Echichens | sous-directeur | signature collective à 2 |
| | 26 | m 36 | Schaad Sandra, du Portugal, à Borex | directrice adjointe | signature collective à 2 |
| | 26 | m 33 | Touron Valérie, de France, à Bernex | directrice adjointe | signature collective à 2 |
| 26 | | 35 | Boulad Mathieu, de Lausanne, à Lausanne | | procuration collective à 2 |
| | 26 | 28 | Cainço Carlos, du Portugal, à Pully | | procuration collective à 2 |
| | 26 | 48 | Chokri Mejri, de Lausanne, à Lausanne | | procuration collective à 2 |
| | 26 | m 36 | Gilliéron Yves, de Servion, à Concise | | procuration collective à 2 |
| 26 | | 33 | Huguenot Cédric, d'Autigny, à Châbles | | procuration collective à 2 |
| | 26 | 48 | Palmisano Marie-Antoinette, de Cheseaux-sur-Lausanne, à Cheseaux-sur-Lausanne | | procuration collective à 2 |
| | 26 | m 33 | Parisi Pinella, d'Italie, à Lutry | | procuration collective à 2 |
| 26 | | m 28 | Ramos Melo Rafael, du Portugal, à Pully | | procuration collective à 2 |
| | 26 | 31 | Ribeiro Lilia, de Cheseaux-sur-Lausanne, à | | procuration collective à 2 |

| Réf. Incor | Réf. Mod | Réf. Rad | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| | | | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| | | | Saint-Sulpice (VD) | | |
| 26 | | m 33 | Roberge Charles, du Canada, à Cheseaux-sur-Lausanne | | procuration collective à 2 |
| | 26 | 31 | Traversini Julien, de Montreux, à Pully | | procuration collective à 2 |
| | 28 | 48 | Haefliger Stéphane, de Rothenburg, à Saxon | directeur | signature collective à 2 |
| 28 | | 35 | Lochrie John, du Royaume-Uni, à Hermance | directeur | signature collective à 2 |
| | 28 | m 33 | Mateeson Roncoroni Francis, de Lausanne, à Pully | directeur | signature collective à 2 |
| | 28 | 48 | Rime Jean-François, de Charmey, à La Tour-de-Peilz | directeur | signature collective à 2 |
| | 28 | 35 | Abrantes Paulo, du Portugal, à Lausanne | directeur adjoint | signature collective à 2 |
| | 28 | 48 | Cabral Luis, du Portugal, à Lausanne | sous-directeur | signature collective à 2 |
| | 28 | m 33 | Esteves Paulo, du Portugal, à Pully | sous-directeur | signature collective à 2 |
| | 28 | 39 | Ramos Melo Rafael, du Portugal, à Pully | sous-directeur | signature collective à 2 |
| 28 | | 33 | Saïdi Vidal Belkiss, de Lancy, à Lancy | sous-directeur | signature collective à 2 |
| | 28 | 48 | Corthésy Özsoy Véronique, de Dompierre (VD), à La Sarraz | | procuration collective à 2 |
| 28 | | 48 | De Macedo Braga André, du Portugal, à Genève | | procuration collective à 2 |
| 28 | | 34 | Gruber Florian, de Bätterkinden, à Renens (VD) | | procuration collective à 2 |
| 28 | | 34 | Houmard Raphaël, de Champoz, à Epalinges | | procuration collective à 2 |
| 28 | | m 33 | Johnston Leanne, du Canada, à Genève | | procuration collective à 2 |
| 28 | | m 33 | Kart Vincent, de Châtel-sur-Montsalvens, à Morges | | procuration collective à 2 |
| 28 | | 34 | Marques de Sá Monteiro André Tiago, du Portugal, à Lausanne | | procuration collective à 2 |
| 28 | | 48 | Rochat Erik, de L'Abbaye, à Lausanne | | procuration collective à 2 |
| 28 | | m 33 | Sframeli Verena, d'Yverdon-les-Bains, à Pully | | procuration collective à 2 |
| 28 | | 48 | Taillard Elham, de Carouge (GE), à Confignon | | procuration collective à 2 |
| | 32 | 44 | Espirito Santo Bastos Salgado Amon Catarina, du Portugal, à Aubonne | adm. | signature collective à 2 |
| | 33 | 48 | Mateeson Roncoroni Francis, de Lausanne, à Lutry | directeur | signature collective à 2 |
| | 33 | 48 | Stegmann Pascal, de Thoune, à Lausanne | directeur | signature collective à 2 |
| | 33 | 48 | Caldeira da Silva José Pedro, du Portugal, à Pully | directeur général | signature collective à 2 |
| | 33 | 48 | du Couëdic de Kerérant Gonzague, de France, à Collonge-Bellerive | directeur | signature collective à 2 |
| | 33 | 48 | Costa João, de Lutry, à Lutry | directeur adjoint | signature collective à 2 |
| | 33 | 48 | Perruchoud Vincent, de Chalais, à Saint-Prex | directeur adjoint | signature collective à 2 |
| | 33 | 35 | Annen da Costa David, de Saanen, à Lutry | sous-directeur | signature collective à 2 |
| | 33 | 48 | Baraldi Maria, de Saint-Gall, à Pully | sous-directrice | signature collective à 2 |
| | 33 | 39 | Cid Ornelas Isabel, du Portugal, à Lausanne | sous-directrice | signature collective à 2 |
| | 33 | 48 | Esteves Paulo, du Portugal, à Belmont-sur-Lausanne | sous-directeur | signature collective à 2 |
| | 33 | 48 | Touron Valérie, de Bernex, à Bernex | directrice adjointe | signature collective à 2 |
| | 33 | 48 | Adriansen Estelle, de France, à Ecublens (VD) | | procuration collective à 2 |
| 33 | | m 36 | Corke David, du Royaume-Uni, à Le Grand-Saconnex | | procuration collective à 2 |
| 33 | | 39 | Figueiredo Costa de Amorim Afonso Francisco, du Portugal, à Pully | | procuration collective à 2 |
| 33 | | 48 | Friedlender Maciej, de Lausanne, à Lausanne | | procuration collective à 2 |
| | 33 | 48 | Johnston Leanne, du Canada, à Perly-Certoux | | procuration collective à 2 |
| | 33 | 48 | Kart Vincent, de Châtel-sur-Montsalvens, à Epalinges | | procuration collective à 2 |

| Réf. Inscr. | Réf. Mod. | Réf. Rad. | Administrateurs, organe de révision et personnes ayant qualité pour signer — Nom et prénom, origine, domicile | Fonctions | Mode de signature |
|---|---|---|---|---|---|
| 33 | | 48 | Lopes da Costa dos Anjos Patricia, du Portugal, à Bourg-en-Lavaux | | procuration collective à 2 |
| 33 | | 48 | Opoix Alexandre, de Genève, à Lonay | | procuration collective à 2 |
| 33 | | 48 | Paisana Crespo Fernandes Carla, du Portugal, à Bavois | | procuration collective à 2 |
| | 33 | 48 | Parisi Pinella, de Lausanne, à Lutry | | procuration collective à 2 |
| | 33 | 48 | Roberge Charles, du Canada, à Saint-Prex | | procuration collective à 2 |
| | 33 | 48 | Sframeli Verena, d'Yverdon-les-Bains, au Mont-sur-Lausanne | | procuration collective à 2 |
| 33 | | 48 | Vicente da Palma Teresa, du Portugal, à Lausanne | | procuration collective à 2 |
| | 36 | m 43 | Amaral Tiago, du Portugal, à Pully | directeur adjoint | signature collective à 2 |
| | 36 | 48 | Candal José, d'Espagne, à Lutry | directeur adjoint | signature collective à 2 |
| | 36 | 48 | Pinto Pereira Nuno, de Portugal, à Pully | directeur adjoint | signature collective à 2 |
| | 36 | 48 | Cotton Olivier, de Genève, à Genève | sous-directeur | signature collective à 2 |
| | 36 | 48 | Gilliéron Yves, de Servion, à Concise | sous-directeur | signature collective à 2 |
| | 36 | 48 | Schaad Sandra, du Portugal, à Begnins | directrice adjointe | signature collective à 2 |
| 36 | | 48 | Canevassi Leoni Bruno, du Brésil, à Lausanne | | procuration collective à 2 |
| | 36 | m 37 | Cardoso de Souza Gillioz Raquel, du Brésil, à Collombey-Muraz | | procuration collective à 2 |
| | 36 | 48 | Corke David, du Royaume-Uni, à Veyrier | | procuration collective à 2 |
| 36 | | 48 | Florez Uria Catherine, de Troinex, à Genève | | procuration collective à 2 |
| 36 | | 48 | Füzesi Ferenc, de Lausanne, au Mont-sur-Lausanne | | procuration collective à 2 |
| 36 | | 48 | Michaud Sébastien, de Bagnes, à Martigny | | procuration collective à 2 |
| 36 | | 48 | Omari Pemba Beya Sylvie, de Belgique, à Mont-sur-Rolle | | procuration collective à 2 |
| | 37 | 48 | Cardoso de Souza Gillioz Raquel, du Portugal, à Collombey-Muraz | | procuration collective à 2 |
| 39 | | m 44 | Fischer Pierre, de Stetten (AG), à Saint-Légier-La Chiésaz | adm. | signature collective à 2 |
| | 40 | m 43 | Blanc Jean-Claude, de Bulle, à Lausanne | adm. vice-président | signature collective à 2 |
| | 43 | m 44 | Blanc Jean-Claude, de Bulle, à Buchillon | adm. vice-président | signature collective à 2 |
| | 43 | m 44 | Mosqueira do Amaral Tiago, du Portugal, à Bourg-en-Lavaux | adm. | signature collective à 2 |
| | 44 | m 46 | Pinheiro Espirito Santo Silva José Manuel, du Portugal, à Cascais (Portugal) | adm. président liquidateur | signature collective à 2 |
| | 44 | m 46 | Blanc Jean-Claude, de Bulle, à Buchillon | adm. vice-président liquidateur | signature collective à 2 |
| | 44 | m 46 | Emch Thomas H., de Lüterswil-Gächliwil, à Founex | adm. liquidateur | signature collective à 2 |
| | 44 | m 46 | Fischer Pierre, de Stetten (AG), à Saint-Légier-La Chiésaz | adm. liquidateur | signature collective à 2 |
| | 44 | m 46 | Lüthi Claude, de Zurich, à Rougemont | adm. liquidateur | signature collective à 2 |
| | 44 | m 46 | Mosqueira do Amaral Tiago, du Portugal, à Bourg-en-Lavaux | adm. liquidateur | signature collective à 2 |
| | 44 | m 46 | Nicod Alain, de Malapalud, à Saint-Prex | adm. liquidateur | signature collective à 2 |
| | 44 | m 46 | Zufferey Jean-Baptiste, de Saint-Luc, à Givisiez | adm. liquidateur | signature collective à 2 |
| | 46 | 58 | Pinheiro Espirito Santo Silva José Manuel, du Portugal, à Cascais (Portugal) | adm. président | |
| | 46 | 54 | Blanc Jean-Claude, de Bulle, à Buchillon | adm. vice-président | |
| | 46 | 53 | Emch Thomas H., de Lüterswil-Gächliwil, à Founex | adm. | |
| | 46 | 49 | Fischer Pierre, de Stetten (AG), à Saint-Légier-La Chiésaz | adm. | |

| Réf. | | | Administrateurs, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et prénom, origine, domicile | Fonctions | Mode de signature |
| | 46 | 57 | ~~Lüthi Claude, de Zurich, à Rougemont~~ | ~~adm.~~ | |
| | 46 | | Mosqueira do Amaral Tiago, du Portugal, à Bourg-en-Lavaux | adm. | |
| | 46 | 56 | ~~Nicod Alain, de Malapalud, à Saint-Prex~~ | ~~adm.~~ | |
| | 46 | 55 | ~~Zufferey Jean-Baptiste, de Saint-Luc, à Givisiez~~ | ~~adm.~~ | |
| 46 | | | Carrard Consulting SA (CHE-115.199.454), à Lausanne | liquidatrice | |

(1) ne signe pas avec un sous-directeur ou un fondé de procuration

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | report | | | 1 | 3451 | 28.09.1999 | 12.10.1999 | 6985 |
| 2 | 6388 | 30.05.2000 | 13.06.2000 | 3984 | 3 | 7422 | 12.07.2000 | 21.07.2000 | 5013 |
| 4 | 7691 | 24.07.2000 | 07.08.2000 | 5365 | 5 | 1573 | 06.02.2001 | 12.02.2001 | 1058 |
| 6 | 2035 | 16.02.2001 | 22.02.2001 | 1365 | 7 | 3241 | 16.03.2001 | 22.03.2001 | 2134 |
| 8 | 5317 | 15.05.2001 | 21.05.2001 | 3819 | 9 | 7339 | 11.07.2001 | 17.07.2001 | 5486/31109 |
| 10 | 9162 | 04.09.2001 | 10.09.2001 | 7047/59941 | 11 | 2078 | 19.02.2002 | 28.02.2002 | 18/361230 |
| 12 | 7102 | 19.07.2002 | 25.07.2002 | 15/577080 | 13 | 3330 | 01.04.2003 | 07.04.2003 | 18/937270 |
| 14 | 3119 | 24.03.2004 | 30.03.2004 | 15 | 15 | 1004 | 31.01.2005 | 04.02.2005 | 16/2687666 |
| 16 | 3364 | 21.03.2006 | 27.03.2006 | 15/3305262 | 17 | 13505 | 04.12.2006 | 08.12.2006 | 18/3673596 |
| 18 | 130 | 05.01.2007 | 11.01.2007 | 14/3718876 | 19 | 2627 | 06.03.2007 | 12.03.2007 | 17/3833886 |
| 20 | 3608 | 20.03.2007 | 26.03.2007 | 15/3855624 | 21 | 6382 | 28.05.2008 | 03.06.2008 | 18/4503972 |
| 22 | 12272 | 07.10.2008 | 13.10.2008 | 16/4688676 | 23 | 15944 | 15.12.2008 | 19.12.2008 | 27/4791962 |
| 24 | 7071 | 11.05.2009 | 15.05.2009 | 19/5022262 | 25 | 21624 | 24.12.2009 | 31.12.2009 | 10/5424000 |
| 26 | 8616 | 17.05.2010 | 21.05.2010 | 17/5642610 | 27 | 7682 | Rectification | 13.05.2011 | 6161804 |
| 28 | 10809 | 04.07.2011 | 07.07.2011 | 6243394 | 29 | 11338 | Rectification | 15.07.2011 | 6257794 |
| 30 | 12897 | 11.08.2011 | 16.08.2011 | 6297530 | 31 | 2249 | 09.02.2012 | 14.02.2012 | 6550074 |
| 32 | 7726 | 25.05.2012 | 31.05.2012 | 6698654 | 33 | 8886 | 19.06.2012 | 22.06.2012 | 6731698 |
| 34 | 15556 | 06.11.2012 | 09.11.2012 | 6925554 | 35 | 4458 | 20.03.2013 | 25.03.2013 | 7119204 |
| 36 | 9162 | 07.06.2013 | 12.06.2013 | 913725 | 37 | 9551 | 17.06.2013 | 20.06.2013 | 928805 |
| 38 | 15945 | 24.10.2013 | 29.10.2013 | 1151331 | 39 | 17239 | 21.11.2013 | 26.11.2013 | 1201185 |
| 40 | 17592 | 28.11.2013 | 03.12.2013 | 1213389 | 41 | | Complément | 19.12.2013 | 7225834 |
| 42 | 19101 | 23.12.2013 | 30.12.2013 | 1263179 | 43 | 9357 | 27.06.2014 | 02.07.2014 | 1588575 |
| 44 | 11106 | 28.07.2014 | 31.07.2014 | 1642903 | 45 | 12748 | 01.09.2014 | 04.09.2014 | 1698593 |
| 46 | 13729 | 19.09.2014 | 24.09.2014 | 1731715 | 47 | 13893 | 24.09.2014 | 29.09.2014 | 1738869 |
| 48 | 14623 | 08.10.2014 | 13.10.2014 | 1765171 | 49 | 220 | 07.01.2015 | 12.01.2015 | 1922769 |
| 50 | 11225 | 23.07.2015 | 28.07.2015 | 2292787 | 51 | 17623 | 24.11.2015 | 27.11.2015 | 2507369 |
| 52 | 18521 | 09.12.2015 | 14.12.2015 | 2537677 | 53 | 18863 | 15.12.2015 | 18.12.2015 | 2550555 |
| 54 | 19414 | 24.12.2015 | 30.12.2015 | 2572269 | 55 | 1026 | 19.01.2016 | 22.01.2016 | 2614303 |
| 56 | 1970 | 02.02.2016 | 05.02.2016 | 2651385 | 57 | 2878 | 15.02.2016 | 18.02.2016 | 2675323 |
| 58 | 5831 | 05.04.2016 | 08.04.2016 | 2768895 | 59 | 14301 | 09.08.2018 | 14.08.2018 | 4413353 |

Moudon, le 08 avril 2019




*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 27b

[Logo] Canton of Vaud

# TRADE REGISTER OF THE CANTON OF VAUD

**Extract with deletions, if any**

[Stamp] Trade Register Vaud

EXTRACT FROM THE REGISTER
Report as of: May 17, 2000
File No.: H985/00573
Ref. No.: CH-550-0052623-0
UID: CHE-107.880.998

## Banque Privée Espirito Santo SA in liquidation
Registered on January 13, 1977
Corporation (*Société anonyme*)

| Ref. | Corporate Name |
|---|---|
| 1 | Compagnie Bancaire Espirito Santo SA |
| 18 | Banque Privée Espirito Santo SA |
| 43 | Banque Privée Espirito Santo SA |
| 44 | Banque Privée Espirito Santo SA in liquidation |

| Ref. | Registered Office |
|---|---|
| 1 | Lausanne |
| 23 | Pully |

| Ref. | Domicile |
|---|---|
| 1 | Avenue de Montchoisi 15 |
| 23 | Avenue Général Guisan 70, 1009 Pully |
| 24 | Avenue Général Guisan 70 A, 1009 Pully |
| 52 | Rue Pépinet 3, c/o Carrard Consulting SA, 1003 Lausanne |
| 59 | Place Saint-François 7, c/o Carrard Consulting SA, PO Box 5671, 1002 Lausanne |

| Ref. | Dates of the Articles of Association | | Ref. | |
|---|---|---|---|---|
| 1 | 12/21/1984 | 09/16/1999 | 25 | 12/11/2009 |
| 4 | 05/22/2000 | | 38 | 09/20/2013 |
| 17 | 12/01/2006 | | 43 | 06/06/2014 |
| 23 | 12/09/2008 | | | |

| Ref. | [Corporate] Purpose, Comments |
|---|---|
| 1 | Purpose: (del. ref. 23) Operate a bank focused mainly on asset management and providing services to private and institutional clients, mainly foreign, in particular European and South American, as well as to Swiss clients |
| 23 | Purpose: (del. ref. 25): Operate a bank focused mainly on asset management and providing services to private and institutional clients, mainly foreign, in particular European and South American, as well as to Swiss clients. The company carries out its activity on the European, North American, South American and Asian financial markets; it operates in the following fields: acceptance of deposit funds in all usual banking forms, except in the form of savings accounts, in Swiss or foreign currency; trading in securities, foreign exchange, precious metals and other similar Swiss and foreign instruments, for its own account or for the account of third parties, whether on or off the stock exchange; custody and management of securities, of precious metals and of other similar Swiss and foreign instruments; investment advisory services and asset management for the account of third parties, as well as portfolio management for its own account; granting of bank credits in various forms, in particular Lombard credits; acceptance and issue of guarantees and other usual banking collateral; participation in certain public and private issue operations; set-up, management and advisory services; representation and/or distribution of Swiss and foreign investment funds, as well as acting as a depository bank for foreign investment funds; sale of bank insurance products; provision of services in the field of banking operations and IT systems (for the full purpose, see Articles of Association). |
| 25 | Purpose: (del. ref. 38): Operate a bank focused mainly on asset management and providing services to private and institutional clients, mainly foreign, in particular European and South American, as well as to Swiss clients. The company carries out its activity on the European, North American, South American and Asian financial markets; it operates in the following fields: acceptance of deposit funds in all usual banking forms, except in the form of savings accounts, in Swiss or foreign currency; trading in securities, foreign exchange, precious metals and other similar Swiss and foreign instruments, for its own account or for the account of third parties, whether on or off the stock exchange; the custody and management of securities, of precious metals and of other similar Swiss and foreign instruments: |

**CERTIFIED TRANSLATION
ROMTRANSLATION, INC.**



# ROMTRANSLATION, INC.

3280 Sunrise Hwy, #52        360 Valverde Lane
Wantagh, NY 11793-4024       St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration (page 1)_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By:  ROXANA DINU
Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
_11th_ day of _March_, 20 _20_

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20 _20_
No. 01ST6343368