# Exhibit 28a



# Commercial registry office of Canton Ticino

| Identification number | Legal status | Entry | Cancelled | Carried CH-514.3.000.263-8 from: CH-514.3.000.263-8/a on: | 1 |
|---|---|---|---|---|---|
| CHE-105.962.409 | Limited or Corporation | 14.07.1952 | | | |

03.03.20 07:58 165973



All entries

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Cornèr Banca SA** | 1 | Lugano |
| 1 | | (Cornèr Banque SA) (Cornèr Bank AG) (Cornèr Bank Limited) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 12'000'000.00 | 12'000'000.00 | ~~120'000 azioni nominative da CHF 100.00~~ | 1 | | Via Canova 16 |
| 1 | | | | | | | 6900 Lugano |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | L'esercizio dell'attività bancaria. Il campo d'attività comprende tutte le operazioni bancarie, finanziarie, di consulenza, di servizi e commerciali in Svizzera e all'estero, offerte a clientela svizzera ed estera, privata, commerciale e istituzionale. Può acquistare, ipotecare o vendere immobili sia in Svizzera che all'estero. Creare e gestire banche, società finanziarie e altre imprese nonché assumere partecipazioni in queste ultime. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Legenda: SP = Sede Principale | 1 | 03.07.1952 |
| 1 | | La trasferibilità delle azioni nominative è limitata dallo statuto. | 1 | (ommissis) |
| 1 | | Statuti adattati al nuovo diritto azionario. | 1 | 16.03.1992 |
| 1 | | Le comunicazioni e le notifiche agli azionisti avvengono mediante comunicazione scritta agli indirizzi indicati nel libro delle azioni. | 1 | 06.05.1997 |
| | | | 1 | 14.12.2007 |
| | | | 1 | 12.03.2012 |
| | | | 1 | 17.04.2015 |
| | | | 7 | 12.12.2017 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Fusione: La società ha assunto, sulla base del contratto di fusione del 9/27.04.1987, la Immobiliare Canova SA, giusta l'art. 748 CO. Bilancio di fusione: 31.12.1986. | 1 | FUSC |
| | | Il capitale azionario rimane invariato inquanto la società è già detentrice dell'intero pacchetto azionario della Immobiliare Canova SA. | | |
| 1 | | Fusione: La società ha assunto, sulla base del contratto di fusione del 7/24.07.1995, la Immobiliare Rügi Bozzoreda SA, giusta l'art. 748 CO. Bilancio di fusione: 31.12.1994. | | |
| | | Attivo netto: CHF 4'158'632.92. | | |
| | | Il capitale azionario rimane invariato inquanto la società è già detentrice dell'intero pacchetto azionario della Rügi Bozzoreda SA | | |
| 1 | | Scissione/Separazione: la società ha trasferito una parte di attivi e di passivi secondo il progetto di scissione del 22.04.2005 alla nuova società Aduno SA, in Bedano. | | |
| 1 | | Fusione: ripresa di attivi e passivi di Finmec Holding SA, in Lugano (CH-350.3.002.289-2), secondo il contratto di fusione del 12.10.2007 e bilancio al 30.09.2007, che presenta attivi per CHF 425'680'678.68 (comprese 16'500 azioni nominative da CHF 500.– e 7'304 azioni al portatore da CHF 500.– della società assuntrice) e passivi verso terzi per CHF 370'800.21. La fusione avviene senza aumento di capitale. Gli azionisti della società trasferente ricevono le azioni proprie della società assuntrice a seguito della fusione. | | |
| 23 | | Fusione: ripresa di attivi e passivi di Cormil SA , in Lugano (CHE-100.423.430), secondo il contratto di fusione del 11.09.2019 e bilancio al 30.06.2019, che presenta attivi per CHF 434'544'131.28, nei quali sono comprese 78'189 azioni nominative da CHF 100.00 della società assuntrice, e passivi verso terzi per CHF 4'649'341.20. La fusione avviene senza aumento di capitale visto che gli azionisti della società trasferente a seguito della fusione ricevono le azioni proprie della società assuntrice. | | |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | | Locarno (CH-509.9.002.025-5) | 2 | | ~~Genève (CHE-478.179.772)~~ |
| 1 | | Zurigo (CH-020.9.002.931-9) | | | |
| 1 | | Chiasso (CH-501.9.014.860-1) | | | |

UFFICIO DEL REGISTRO DI COMMERCIO CANTONE TICINO

Biasca, 02.03.2020 10:59

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 2 |
|---|---|---|---|

All entries

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | (Transfer) | | | (Transfer) | | 13 | 7286 | 24.05.2018 | 101 | 29.05.2018 | 4255791 |
| 1 | 9112 | 30.05.2017 | 106 | 02.06.2017 | 3559157 | 14 | 7431 | 28.05.2018 | 103 | 31.05.2018 | 4261491 |
| 2 | 9872 | 14.06.2017 | 116 | 19.06.2017 | 3587933 | 15 | 7901 | 06.06.2018 | 110 | 11.06.2018 | 4281887 |
| 3 | 12628 | 11.08.2017 | 157 | 16.08.2017 | 3699851 | 16 | 10745 | 31.07.2018 | 149 | 06.08.2018 | 4399097 |
| 4 | 13611 | 05.09.2017 | 174 | 08.09.2017 | 3742135 | 17 | 11624 | 24.08.2018 | 166 | 29.08.2018 | 4441547 |
| 5 | 14836 | 28.09.2017 | 191 | 03.10.2017 | 3786391 | 18 | 4502 | 21.03.2019 | 59 | 26.03.2019 | 1004596188 |
| 6 | 17753 | 20.11.2017 | 228 | 23.11.2017 | 3888601 | 19 | 6015 | 17.04.2019 | 78 | 24.04.2019 | 1004616242 |
| 7 | 19127 | 18.12.2017 | 248 | 21.12.2017 | 3948969 | 20 | 8842 | 17.06.2019 | 117 | 20.06.2019 | 1004656117 |
| 8 | 19721 | 28.12.2017 | 2 | 04.01.2018 | 3966611 | 21 | 9110 | 21.06.2019 | 121 | 26.06.2019 | 1004660311 |
| 9 | 2764 | 21.02.2018 | 39 | 26.02.2018 | 4077511 | 22 | 11814 | 27.08.2019 | 167 | 30.08.2019 | 1004706381 |
| 10 | 3823 | 13.03.2018 | 53 | 16.03.2018 | 4117461 | 23 | 13130 | 24.09.2019 | 187 | 27.09.2019 | 1004725783 |
| 11 | 5438 | 17.04.2018 | 76 | 20.04.2018 | 4185137 | 24 | 15885 | 21.11.2019 | 229 | 26.11.2019 | 1004768439 |
| 12 | R 6455 | 07.05.2018 | R 90 | 11.05.2018 | 4223991 | 25 | 2075 | 13.02.2020 | 33 | 18.02.2020 | 1004833084 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Cameroni, Alberto, da Massagno, in Montagnola | | joint signature at two |
| 1 | | | Camponovo, Marco, da Chiasso, in Morbio Inferiore | | joint signature at two |
| 1 | | | Curcio, Dott. Ivan, cittadino italiano, in Ruvigliana (Lugano) | | joint signature at two |
| 1 | | | De Luigi, Roberto, da Capriasca, in Breganzona (Lugano) | | joint signature at two |
| 1 | | | Dericci, Riccardo, cittadino italiano, in Collina d'Oro | | joint signature at two |
| 1 | | 25 | ~~Kunz, Eric, da Studen BE, in Capriasca~~ | | ~~joint signature at two~~ |
| 1 | | | Lafranchi, Nicola, da Cadenazzo, in Camorino | | joint signature at two |
| 1 | | | Leuenberger, Christophe, da Trachselwald, in Gudo | | joint signature at two |
| 1 | | 8 | ~~Pezzoli, Roberto, da Lugano, in Pregassona (Lugano)~~ | | ~~joint signature at two~~ |
| 1 | | 4 | ~~Rossi, Dr. Luca, da Lugano, in Lugano~~ | | ~~joint signature at two~~ |
| 1 | | 4 | ~~Rusca, Carlo, da Agno, in Savosa~~ | | ~~joint signature at two~~ |
| 1 | | | Salzborn, Luca, da Coira, in Pura | | joint signature at two |
| 1 | | 15m | ~~Scaiotti, Daniele, da Rain, in Lugano~~ | | ~~joint signature at two~~ |
| 1 | | | Seralvo, Alessandro, da Paradiso, in Lugano | | joint signature at two |
| 1 | | | Snaidero, Christian, da Wädenswil, in Lugano | | joint signature at two |
| 1 | | 15m | ~~Torriani, Christian, da Mendrisio, in Vezia~~ | | ~~joint signature at two~~ |
| 1 | | | Anzalone, Giovanni, cittadino italiano, in Melano | | joint signature at two limited to the main office |
| 1 | | | Arsuffi, Tiziano, da Paradiso, in Bioggio | | joint signature at two limited to the main office |
| 1 | | 4 | ~~Ballinari, Laura, cittadina italiana, in Luino~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Barutta, Simone, da Massagno, in Paradiso | | joint signature at two limited to the main office |
| 1 | | | Belloni, Paolo, da Genestrerio, in Villa Luganese (Lugano) | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Bianchi, Francesco, da Onsernone, in Lugano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Bieri, Alessandro, da Schangnau, in Comano | | joint signature at two limited to the main office |
| 1 | | 18 | ~~Bizzozero, Francesco, da Lugano, in Gravesano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Borsella, Ing. Giuseppe, cittadino italiano, in Cureggia | | joint signature at two limited to the main office |
| 1 | | | Bosshard, Michael, da Wettingen, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Campioni, Rodolfo, da Collina d'Oro, in Caslano | | joint signature at two limited to the main office |

Biasca, 02.03.2020 10:59

Continuation on the following page



cornèr

# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA 03.03.20 07:59 165975 | Lugano | 3 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Camporati, Giuseppe, da Torricella-Taverne, in Taverne (Torricella-Taverne) | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Canova, Daniele, da Chiasso, in Breganzona~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Cappiello, Franco, da Collina d'Oro, in Bioggio | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Carmine, Giacomo, da Monte Carasso, in Lugano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Carù, Dr. Marco, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Cattaneo, Lorenzo, da Vira (Gambarogno), in Pregassona | | joint signature at two limited to the main office |
| 1 | | | Cei, Stefano, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Chinotti, Enrico, da Sorengo, in Collina d'Oro | | joint signature at two limited to the main office |
| 1 | | | Clementi, Paolo, da Capriasca, in Canobbio | | joint signature at two limited to the main office |
| 1 | | 8 | ~~Colombi, Pierangelo, da Lugano, in Gentilino~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Cuche, Oliviero, da Le Pâquier NE, in Collina d'Oro | | joint signature at two limited to the main office |
| 1 | | | Cuenat, Patrick, da Les Enfers, in Lugano | | joint signature at two limited to the main office |
| 1 | | 6 | ~~Dazio, Sandro, da Lavizzara, in Muralto~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Delfini, Christophe, da Pura, in Ruvigliana (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Della Sala, Sandro, da Lugano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| 1 | | 15 | ~~Delli Gatti, Carmine, da Serravalle, in Collina d'Oro~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Demarchi, Andrea, da Lugano, in Lugano | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Dericci, Donald, cittadino italiano, in Lugano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Di Maio, Carmine, da Lugano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Ferrari, Dr. Fiorenzo, da Lodrino, in Lugano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Ferretti, Teddy, da Bedigliora, in Pregassona | | joint signature at two limited to the main office |
| 1 | | 4 | ~~Fettolini-Baumgarten, Christina, da Sumvitg, in Porza~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Fontana, Francesca, da Muggio, in Davesco-Soragno (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Fregosi, Lorena, da Lugano, in Lugano | | joint signature at two limitted to the main office |
| 1 | | | Frei, Daniel, da Winterthur, in Dino (Sonvico) | | joint signature at two limited to the main office |
| 1 | | | Gaggini, Enrico, da Collina d'Oro, in Collina d'Oro | | joint signature at two limited to the main office |
| 1 | | 4m | ~~Gentile, Domenico, cittadino italiano, in Pregassona (Lugano)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 25 | ~~Gentilini, Raoul, da Collina d'Oro, in Collina d'Oro~~ | | ~~joint signature at two limited to the main office~~ |

UFFICIO DEL REGISTRO DI COMMERCIO — CANTONE TICINO

Biasca, 02.03.2020 10:59

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 4 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 18m | ~~Gianinazzi, Stefano, da Canobbio, in Comano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Gianinazzi, Andrea, da Canobbio, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Giovanelli, Claudio, da Capriasca, in Origlio | | joint signature at two limited to the main office |
| 1 | | | Gregorio, Massimiliano, da Lugano, in Croglio | | joint signature at two limited to the main office |
| 1 | | 25 | ~~Huerlimann, Monica, da St. Gallenkappel, in Tesserete~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 4 | ~~Inches, Charles Robert, da Brusino Arsizio, in Cadro (Lugano)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Lamberti, Graziano, da Lugano, in Comano | | joint signature at two limited to the main office |
| 1 | | | Leclerc, Manuel, da Ginevra, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Ledergerber Memeo, Irene, da Agno e Andwil, in Agno | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Longoni, Stefano, da Bodio, in Taverne (Torricella-Taverne)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Lucariello, Pasqualino, cittadino italiano, in Monte Carasso | | joint signature at two limited to the main office |
| 1 | | | Manighetti, Donato, da Bellinzona, in Arbedo (Arbedo-Castione) | | joint signature at two limited to the main office |
| 1 | | | Martignoni, Massimo, cittadino italiano, in Comano | | joint signature at two limited to the main office |
| 1 | | | Mattarelli, Davide, cittadino italiano, in Cadro (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Mattei, Emanuela, cittadina italiana, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Memeo, Marco, da Agno, in Agno | | joint signature at two limited to the main office |
| 1 | | | Mossi, Fabio, da Sant'Antonio, in Bellinzona | | joint signature at two limited to the main office |
| 1 | | | Orlando, Federico, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | 25 | ~~Papagno, Dott. Mario, da Chiasso, in Chiasso~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Parizzia, Edgardo Gabriele, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Pedrioli, Michele, da Gorduno, in Comano | | joint signature at two limited to the main office |
| 1 | | | Pelosi, Mauro, da Cadro, in Cadro | | joint signature at two limited to the main office |
| 1 | | | Perretta, Mario, cittadino italiano, in Breganzona | | joint signature at two limited to the main office |
| 1 | | | Pinessi, Dialmino, da Osogna, in Vacallo | | joint signature at two limited to the main office |
| 1 | | | Pitteloud, Jacques, da Nendaz, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Porta, Alberto, da Lugano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Pozzi, Corrado, cittadino italiano, in Carlazzo (IT) | | joint signature at two limited to the main office |
| 1 | | | Rinaldi, Flavio, da Cureglia, in Cureglia | | joint signature at two limited to the main office |

Biasca, 02.03.2020 10:59

UFFICIO DEL REGISTRO DI COMMERCIO CANTONE TICINO

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 5 |
|---|---|---|---|

03.03.20 07:59 165976

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Russo, Anna, da Massagno, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Santoro, Giorgio, da Oberuzwil, in Caslano | | joint signature at two limited to the main office |
| 1 | | | Saracino, Alberto, da Lugano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Savarese, Raffaele, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Schenk, Urs, da Zofingen e Uerkheim, in Lugano | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Schmid, Stefano, da Einsiedeln, in Quartino (Magadino)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Schröter, Patrick, da Eischoll, in Cadro | | joint signature at two limited to the main office |
| 1 | | | Scorti, Bernard, da Ste-Croix, in Agno | | joint signature at two limited to the main office |
| 1 | | | Scotti, Caterina, da Croglio, in Termine (Monteggio) | | joint signature at two limited to the main office |
| 1 | | | Sibilia, Dr. Chantal, da Lugano, in Lugano | | joint signature at two limitted to the main office |
| 1 | | | Sieber, Raymond, da Widnau, in Minusio | | joint signature at two limited to the main office |
| 1 | | | Stasolla, Mara, da Agno, in Vernate | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Stucki, Loris, da Oberurnen, in Paradiso~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Sulmoni, Antonio Enrico, da Mendrisio, in Comano | | joint signature at two limited to the main office |
| 1 | | 5m | ~~Tettamanti, Simone, da Capolago, in Lugano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Tizzoni, David, da Lugano, in Davesco-Soragno (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Tosques-Benninger, Daniela, da Zurigo, in Ponte Capriasca | | joint signature at two limited to the main office |
| 1 | | | Ulmke, Andreas, da Lugano, in Olivone (Blenio) | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Valenti, Dott. Roberto, cittadino italiano, in Lugano~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Valtulini, Raffaella, da Lugano e Isone, in Sorengo | | joint signature at two limited to the main office |
| 1 | | | Vanossi, Alessandra, da Walchwil, in Collina d'Oro | | joint signature at two limited to the main office |
| 1 | | | Vantini, Isabel, da Schwellbrunn, in Serocca (Agno) | | joint signature at two limited to the main office |
| 1 | | | Verga, Alessandro, cittadino italiano, in Dino (Sonvico) | | joint signature at two limited to the main office |
| 1 | | | Viviroli, Pascal, da Lucerna, in Lucerna | | joint signature at two limited to the main office |
| 1 | | | Von Burg, Beat, da Bettlach, in Capriasca | | joint signature at two limited to the main office |
| 1 | | | Weidmann, Beat, da Embrach, in Carabbia | | joint signature at two limited to the main office |
| 1 | | | Zordan, Luana, da Kirchberg BE, in Capriasca | | joint signature at two limited to the main office |
| 1 | | | Cornaro, Dr. Paolo, da Lugano, in Lugano | president | joint signature at two |
| 1 | | 20 | ~~Dell'Acqua, Dr. Luigi, da Lugano, in Lugano~~ | ~~vicepresident~~ | ~~joint signature at two~~ |

UFFICIO DEL REGISTRO DI COMMERCIO CANTONE TICINO

Biasca, 02.03.2020 10:59

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 6 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Bizzozero, Alessandro, da Vezia, in Riaz | member | joint signature at two |
| 1 | | | Deprati, Christian, da Monte Carasso, in Freienbach | member | joint signature at two |
| 1 | | 21m | ~~Donati, Carlo, da Astano, in Carona~~ | ~~member~~ | ~~joint signature at two~~ |
| 1 | | 13 | ~~Folonari, Dr. Ambrogio, cittadino italiano, in Firenze (I)~~ | ~~member~~ | ~~joint signature at two~~ |
| 1 | | | Müller, Franco Emilio, da Zurigo, in Freienbach | member | joint signature at two |
| 1 | | | Petruzzella, Alberto Matteo, da Chiasso, in Rovio | member | joint signature at two |
| 1 | | | Piotrkowski, Marco, da Kiesen, in Lugano | member | joint signature at two |
| 1 | | | Santa Maria, Prof. Alberto, cittadino italiano, in Milano (I) | member | joint signature at two |
| 1 | | | Cornaro, Ing. Vittorio, da Lugano, in Comano | general director | joint signature at two |
| 1 | | | Ernst & Young AG, in Losanna | auditor | |
| 1 | | 4 | ~~Gianetta, Silvia, da Gnosca, in Gnosca~~ | | ~~joint signature at two~~ |
| 1 | | 15m | ~~Rigamonti, Davide, cittadino italiano, in Mendrisio~~ | | ~~joint signature at two~~ |
| 1 | | | Aliprandi, Lorenzo, da Bioggio, in Barbengo (Lugano) | | joint signature at two limited to the main office |
| 1 | | 4 | ~~Amos, Marco, da Randogne, in Zurigo~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 15m | ~~Anderhirsern, Adrian, da Sarnen, in Ennetbürgen~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 18m | ~~Baldon, Giampaolo, cittadino italiano, in Porza~~ | | ~~joint signature at two limted to the main office~~ |
| 1 | | | Bancalà, Stefano Francesco Simone, da Isorno, in Lugano | | joint signature at two limited to the main office |
| 1 | | 10 | ~~Barnett, Samanta, da Lugano, in Pazzallo (Lugano)~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Bassi, Daniele, da Lugano, in Comano | | joint signature at two limited to the main office |
| 1 | | | Bernasconi, Massimo, da Mendrisio, in Davesco-Soragno (Lugano) | | joint signature at two limited to the main office |
| 1 | | 18 | ~~Bernasconi, Marco, da Maroggia, in Mezzovico (Mezzovico-Vira)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Bettin, Carlo, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Blunschi, Benedikt, da Oberrohrdorf, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Bonaiti, Enea, da Alto Malcantone, in Pazzallo (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Borghi, Matteo, cittadino italiano, in Chiasso | | joint signature at two limited to the main office |
| 1 | | | Calderari, Massimo, da Mendrisio, in Giubiasco | | joint signature at two limited to the main office |
| 1 | | | Campana, Loris, da Lugano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Canonica, Samuele, da Capriasca, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Casellini, Martino, da Arogno, in Melano | | joint signature at two limited to the main office |
| 1 | | | Cecere, Sabrina, cittadina italiana, in Lugano | | joint signature at two limitted to the main office |
| 1 | | | Cioffi, Eva Maria, da Zugo, in Gravesano | | joint signature at two limited to the main office |
| 1 | | | Corti, Vittorino, da Canobbio, in Canobbio | | joint signature at two limited to the main office |
| 1 | | | De Marchi, Paolo, da Astano, in Bissone | | joint signature at two limited to the main office |

UFFICIO DEL REGISTRO DI COMMERCIO - CANTONE TICINO

Biasca, 02.03.2020 10:59

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 7 |
|---|---|---|---|

03.03.20 07:59 165977

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | De Santis, Luca, da Canobbio, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Del Sorbo Anastasio, Isa Johanna, cittadina germanica, in Pambio-Noranco (Lugano) | | joint signature at two limitted to the main office |
| 1 | | | Depalo, Giovanni, cittadino italiano, in Viganello (Lugano) | | joint signature at two limited to the main office |
| 1 | | | Depedrini, Reto, da Onsernone, in Rivera (Monteceneri) | | joint signature at two limited to the main office |
| 1 | | 18m | ~~Dulsat Rodriguez, Joan, cittadino spagnolo, in Pregassona (Lugano)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Erba, Paolo, da Lugano, in Massagno | | joint signature at two limited to the main office |
| 1 | | | Fontana, Waldis, da Chiasso, in Agra (Collina d'Oro) | | joint signature at two limited to the main office |
| 1 | | | Forte, Marina, da Mendrisio, in Stabio | | joint signature at two limited to the main office |
| 1 | | | Frattini, Gian-Luca, da Novazzano, in Novazzano | | joint signature at two limited to the main office |
| 1 | | | Fuchs, Patrick Carlo, da Paradiso, in Collina d'Oro | | joint signature at two limited to the main office |
| 1 | | | Gampp, Daniela, da Döttingen, in Davesco-Soragno (Lugano) | | joint signature at two limitted to the main office |
| 1 | | | Ganna, Alessandro, cittadino italiano, in Varese (IT) | | joint signature at two limited to the main office |
| 1 | | 18m | ~~Gervasini, Cesare, da Muzzano, in Savosa~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Gianora, Daniele, da Acquarossa, in Cassina d'Agno (Agno) | | joint signature at two limited to the main office |
| 1 | | 25 | ~~Giurieto, Ivano Antonio, cittadino italiano, in Giubiasco~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 15m | ~~Gorreri, Paolo, da Lugano, in Salorino (Mendrisio)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Grassi, Gina, da Vezia, in Riva San Vitale | | joint signature at two limitted to the main office |
| 1 | | | Imhof, Manuel, da Brig-Glis, in Monte Carasso | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Knecht, Nicole, da Döttingen, in Canobbio~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Lerebourg Gerosa, Alix-Marie, cittadina francese, in Morcote | | joint signature at two limitted to the main office |
| 1 | | | Lisa, Angelo, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Loiacono, Antonio, da Marchissy, in Origlio | | joint signature at two limited to the main office |
| 1 | | | Lombardi, Chiara, da Airolo, in Sobrio (Faido) | | joint signature at two limitted to the main office |
| 1 | | | Massenti, Claudia, cittadina italiana, in Cremia (IT) | | joint signature at two limitted to the main office |
| 1 | | | Mauric, Mauro, cittadino italiano, in Castel San Pietro | | joint signature at two limited to the main office |
| 1 | | | Milani Vadon, Michaela, da Onsernone, in Lugano | | joint signature at two limitted to the main office |
| 1 | | | Mueller, Lukas, da Rümlang, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Nanula, Marco, cittadino italiano, in Magliaso | | joint signature at two limited to the main office |

UFFICIO DEL REGISTRO DI COMMERCIO - CANTONE TICINO

Biasca, 02.03.2020 10:59

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 8 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 8 | ~~Nelva, Daniel, da Bedano, in Arosio (Alto Malcantone)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 15m | ~~Noseda, Stefano, da Vacallo, in Sonvico~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Paracchini, Christian, cittadino italiano, in Locarno | | joint signature at two limited to the main office |
| 1 | | | Paris, Igor, da Cademario, in Cademario | | joint signature at two limited to the main office |
| 1 | | 6 | ~~Parisi, Paolo, da Massagno, in Massagno~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Pasotto, Oliver, da Mendrisio, in Rancate (Mendrisio) | | joint signature at two limited to the main office |
| 1 | | | Patuto, Salvatore, da Rorbas, in Balerna | | joint signature at two limited to the main office |
| 1 | | 15m | ~~Pedrotti, Luca, da Centovalli, in Gurio~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Perucchi Gianora, Sabrina, da Stabio, in Agno | | joint signature at two limitted to the main office |
| 1 | | 18m | ~~Prina, Giordano, da Giubiasco, in Pregassona (Lugano)~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Rapanà, Paola, cittadina italiana, in Asso (IT) | | joint signature at two limitted to the main office |
| 1 | | | Romer, Roger, da Benken SG, in Torricella (Torricella-Taverne) | | joint signature at two limited to the main office |
| 1 | | | Ronchetti, Isabelle, da Chiasso, in Morcote | | joint signature at two limitted to the main office |
| 1 | | 18m | ~~Russo, Valentina, cittadina italiana, in Pregassona (Lugano)~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Sciammarella, Vladimiro, da Riva San Vitale, in Riva San Vitale | | joint signature at two limited to the main office |
| 1 | | | Selva, Ivan, cittadino italiano, in Grandola ed Uniti (IT) | | joint signature at two limited to the main office |
| 1 | | | Sirna, Gianfranco, da Caslano, in Coldrerio | | joint signature at two limited to the main office |
| 1 | | | Soldati, Daniele Bruno, da Lugano, in Capriasca | | joint signature at two limited to the main office |
| 1 | | | Spagnolo, Flavio, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 1 | | 5m | ~~Stasolla, Tiziana, da Liestal, in Comano~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Strepparava, Claudio, cittadino italiano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| 1 | | 18m | ~~Tartaglia Foti, Tiziana, da Massagno, in Vezia~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Thürler, Philippe, da Ginevra e Friborgo, in Bellinzona | | joint signature at two limited to the main office |
| 1 | | | Valentin, Joël, da Scuol, in Mezzovico-Vira | | joint signature at two limited to the main office |
| 1 | | | Vittori, Paolo, da Lugano, in Taverne (Torricella-Taverne) | | joint signature at two limited to the main office |
| 1 | | | Vittoria, Nunzio, da Lugano, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Wasmer Habegger, Tina, da Kriens, in Lugano | | joint signature at two limited to the main office |
| 1 | | | Wenger, Claudia, da Köniz, in Magliaso | | joint signature at two limitted to the main office |

Biasca, 02.03.2020 10:59

UFFICIO DEL REGISTRO DI COMMERCIO CANTONE TICINO

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 9 |
|---|---|---|---|

03.03.20 07:59 165978

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Wismer, Reto, da Aadorf, in Cadempino | | joint signature at two limited to the main office |
| 1 | | | Zoffoli, Barbara, da Egolzwil, in Savosa | | joint signature at two limitted to the main office |
| 1 | | | Zordan, Luana Barbara, da Kirchberg SG, in Tesserete (Capriasca) | | joint signature at two limitted to the main office |
| 3 | | | Mecozzi, Chiara, cittadina italiana, in Meride (Mendrisio) | | joint signature at two limitted to the main office |
| | 4 | | Gentile, Domenico, da Lugano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| | 5 | | Brenna, Tiziana, da Liestal, in Comano | | joint signature at two limitted to the main office |
| | 5 | | Tettamanti, Simone, da Mendrisio, in Lugano | | joint signature at two |
| 5 | | | Canova, Daniele, da Chiasso, in Pedrinate (Chiasso) | | joint signature at two limited to the main office |
| 5 | | | Paschini, Maurizio, cittadino italiano, in Wangen b. Dübendorf (Wangen-Brüttisellen) | | joint signature at two limited to the main office |
| 9 | | | Bernardoni, Nicola, da Sorengo, in Montagnola (Collina d'Oro) | | joint signature at two |
| 11 | | | Beretta, Milo Martino, da Arogno, in Montagnola (Collina d'Oro) | | joint signature at two limited to the main office |
| 11 | | | Catenazzi, Fabio Enrico, da Weggis, in Massagno | | joint signature at two limited to the main office |
| 11 | | | Cocchiarella, Simone, da Lugano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| 11 | | | Friz, Federica, cittadina italiana, in Viganello (Lugano) | | joint signature at two limitted to the main office |
| 11 | | | Locatelli Maffei, Roberta, da Bellinzona, in Melano | | joint signature at two limitted to the main office |
| 11 | | | Radaelli, Danilo Natale, da Agno, in Cureggia (Lugano) | | joint signature at two limited to the main office |
| 11 | | | Scruzzi, Marco, cittadino italiano, in Bellinzona | | joint signature at two limited to the main office |
| 11 | | 12m | ~~Tagani, Mirnesa, da Massagno, in Lugano~~ | | ~~joint signature at two limitted to the main office~~ |
| 11 | | | Vezzosi, Fabio, cittadino italiano, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| | 12 | | Tigani, Mirnesa, da Massagno, in Lugano | | joint signature at two limitted to the main office |
| 13 | | | Folonari, Francesca, cittadina italiana, in Greve in Chianti (IT) | member | joint signature at two |
| 14 | | | Aliverti, Emilio, cittadino italiano, in Jerago con Orago (IT) | | joint signature at two limited to the main office |
| 14 | | | Bolgiani, Maurizio Lorenzo, da Bellinzona, in Vernate | | joint signature at two limited to the main office |
| 14 | | | Brunoni, Danilo, da Centovalli, in Rivera (Monteceneri) | | joint signature at two limited to the main office |
| 14 | | | Calanchini, Massimo , da Lugano, in Lugano | | joint signature at two limited to the main office |
| 14 | | | Marchetto, Jarno, da Balerna, in Canobbio | | joint signature at two limited to the main office |
| | 15 | | Rigamonti, Davide, cittadino italiano, in Rovio | | joint signature at two |
| | 15 | | Scaiotti, Daniele, da Rain, in Origlio | | joint signature at two |
| | 15 | | Torriani, Christian, da Mendrisio, in Montagnola (Collina d'Oro) | | joint signature at two |
| | 15 | | Anderhirsern, Adrian, da Sarnen, in Pregassona (Lugano) | | joint signature at two limited to the main office |

UFFICIO DEL REGISTRO DI COMMERCIO CANTONE TICINO

Biasca, 02.03.2020 10:59

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 10 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| | 15 | | Bianchi, Francesco, da Onsernone, in Canobbio | | joint signature at two limited to the main office |
| | 15 | | Canova, Daniele, da Chiasso, in Aldesago (Lugano) | | joint signature at two limited to the main office |
| | 15 | | Carmine, Giacomo, da Bellinzona, in Comano | | joint signature at two limited to the main office |
| | 15 | | Dericci, Donald, cittadino italiano, in Savosa | | joint signature at two limited to the main office |
| | 15 | | Ferrari, Dr. Fiorenzo, da Riviera, in Mezzovico (Mezzovico-Vira) | | joint signature at two limited to the main office |
| | 15 | 18m | ~~Gorreri, Paolo, da Lugano, in Pazzallo (Lugano)~~ | | ~~joint signature at two limited to the main office~~ |
| | 15 | | Knecht, Nicole, da Döttingen, in Gravesano | | joint signature at two limitted to the main office |
| | 15 | | Longoni, Stefano, da Bodio, in Lamone | | joint signature at two limited to the main office |
| | 15 | | Noseda, Stefano, da Vacallo, in Pregassona (Lugano) | | joint signature at two limited to the main office |
| | 15 | | Pedrotti, Luca, da Centovalli, in Novaggio | | joint signature at two limited to the main office |
| | 15 | | Schmid, Stefano, da Einsiedeln, in Riazzino (Lavertezzo) | | joint signature at two limited to the main office |
| | 15 | | Stucki, Loris, da Glarus Nord, in Bigorio (Capriasca) | | joint signature at two limited to the main office |
| | 15 | | Valenti, Dott. Roberto, cittadino italiano, in Vacallo | | joint signature at two limited to the main office |
| 16 | | | Quaglia, Yasmine, da Chiasso, in Morbio Superiore (Breggia) | | joint signature at two |
| 17 | | | Celli, Anna Gabriella, da Lugano, in Lugano | | joint signature at two limitted to the main office |
| 17 | | | Tocchio, Elena, cittadina italiana, in Luisago (IT) | | joint signature at two limitted to the main office |
| | 18 | | Baldon, Giampaolo, cittadino italiano, in Faloppio (IT) | | joint signature at two limited to the main office |
| | 18 | | Dulsat Rodriguez, Joan, cittadino spagnolo, in Lamone | | joint signature at two limited to the main office |
| | 18 | | Gervasini, Cesare, da Muzzano, in Aldesago (Lugano) | | joint signature at two limited to the main office |
| | 18 | | Gianinazzi, Stefano, da Canobbio, in Ponte Capriasca | | joint signature at two limited to the main office |
| | 18 | | Gorreri, Paolo, da Lugano, in Lugano | | joint signature at two limited to the main office |
| | 18 | | Prina, Giordano, da Bellinzona, in Magliaso | | joint signature at two limited to the main office |
| | 18 | | Russo, Valentina, cittadina italiana, in Cadro (Lugano) | | joint signature at two limitted to the main office |
| | 18 | | Tartaglia Foti, Tiziana, da Massagno, in Lugano | | joint signature at two limitted to the main office |
| 19 | | | Baldriga, Paolo, cittadino italiano, in Lugano | | joint signature at two limited to the main office |
| 19 | | | Campisano, Mario, da Muralto, in Lugano | | joint signature at two limited to the main office |
| 19 | | | Cattani, Massimo, da Monteceneri, in Sala Capriasca (Capriasca) | | joint signature at two limited to the main office |
| 19 | | | Corti, Alesa Edoardo Angelo, da Agno, in Bogno (Lugano) | | joint signature at two limited to the main office |

Biasca, 02.03.2020 10:59

UFFICIO DEL REGISTRO DI COMMERCIO CANTONE TICINO

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-105.962.409 | Cornèr Banca SA | Lugano | 11 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 19 | | | Gazzani, Alessandro, da Mendrisio, in Morbio Inferiore | | joint signature at two limited to the main office |
| 19 | | | Genini, Gregorio Romano Roberto, da Riviera, in Cresciano (Riviera) | | joint signature at two limited to the main office |
| 19 | | | Patané, Davide, cittadino italiano, in Dongo (IT) | | joint signature at two limited to the main office |
| 19 | | | Salerno, Alberto, da Maroggia, in Vernate | | joint signature at two limited to the main office |
| 19 | | | Sarpau, Michela, cittadina italiana, in Comano | | joint signature at two limitted to the main office |
| 20 | | | Caldelari, Pierpaolo, da Mendrisio, in Lugano | member | joint signature at two |
| | 21 | | Donati, Carlo, da Astano, in Carona (Lugano) | vicepresident | joint signature at two |
| 21 | | | Gallotta, Alessandra, cittadino italiano, in Sonvico (Lugano) | | joint signature at two limited to the main office |
| 22 | | | Simoni, Andrea, da Centovalli, in Bellinzona | | joint signature at two |
| 22 | | | Caprino-Di Camillo, Laura, da Renens (VD), in Viggiù (IT) | | joint signature at two limitted to the main office |
| 24 | | | Carlin, Luca, cittadino italiano, in Chiasso | | joint signature at two |
| 24 | | | Hajdaj, Gentiana, da Lugano, in Pregassona (Lugano) | | joint signature at two |

Biasca, 02.03.2020 10:59 CF




This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the company in question as well as any entries deleted since the date of 30.05.2017 . On special request it is also possible to provide an extract containing only the valid entries.



# Exhibit 28b



# Commercial registry office of Canton Ticino

| Identification number | Legal status | . Entry | Cancelled | Carried | |
|---|---|---|---|---|---|
| CHE-105.962.409 | 03.03.20 07:58 165973<br>**Limited or Corporation** | 07.14.1952 | | CH-514.3.000.263-8<br>from: CH-514.3.000.263-8/a<br>on: | **1** |

All entries

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Cornèr Banca SA** | 1 | Lugano |
| 1 | | (Cornèr Banque SA) (Cornèr Bank AG) (Cornèr Bank Limited) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 12,000,000.00 | 12,000,000.00 | ~~120,000 registered shares of CHF 100.00~~ | 1 | | Via Canova 16 |
| 1 | | | | | | | 6900 Lugano |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Banking activity. The field of activity includes all banking, financial, consulting, service and commercial operations in Switzerland and abroad, offered to Swiss and foreign, private, commercial and institutional customers. It can buy, mortgage or sell real estate both in Switzerland and abroad. Create and manage banks, finance companies and other businesses and take holdings in them. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Key: SP = Headquarters | 1 | 07.03.1952 |
| 1 | | The transferability of registered shares is limited by the articles of association. | 1 | (omissis) |
| 1 | | Statutes adapted to the new share law. | 1 | 03.16.1992 |
| 1 | | Communications and notifications to shareholders are made in writing to the addresses indicated in the share register. | 1 | 05.06.1997 |
| | | | 1 | 12.14.2007 |
| | | | 1 | 03.12.2012 |
| | | | 1 | 04.17.2015 |
| | | | 7 | 12.12.2017 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Merger: On the basis of the merger contract of 9/27 April 1987, the company assumed Immobiliare Canova SA, in accordance with Article 748 of the Swiss Code of Obligations. Merger balance: 12.31.1986. The share capital remains unchanged as the company already holds the entire share package of Immobiliare Canova SA. | 1 | SOGC |
| 1 | | Merger: On the basis of the merger contract of 7/24 July 1995, the company assumed Immobiliare Rùgi Bozzoreda SA, in accordance with Article 748 of the Swiss Code of Obligations. Merger balance: 12.31.1994. Net assets: CHF 4,158,632.92. The share capital remains unchanged as the company already holds the entire share package of Rùgi Bozzoreda SA | | |
| 1 | | Demerger/Separation: the company transferred part of its assets and liabilities according to the demerger plan of 04.22.2005 to the new company Aduno SA, in Bedano. | | |
| 1 | | Merger: recovery of assets and liabilities of Finmec Holding SA, in Lugano (CH-350.3.002.289-2), according to the merger contract of 10.12.2007 and balance sheet at 09.30.2007, which shows assets for CHF 425,680,678.68 (including 16,500 registered shares of CHF 500.- and 7,304 bearer shares for CHF 500.- of the acquiring company) and liabilities towards third parties for CHF 370,800.21. The merger takes place without a capital increase. The shareholders of the transferring company receive the treasury shares of the acquiring company as a result of the merger. | | |
| 23 | | Merger: recovery of assets and liabilities of Cormil SA, in Lugano (CHE-100.423.430), according to the merger contract of 09.11.2019 and balance sheet at 06.30.2019, which shows assets for CHF 434,544,131.28, which includes 78,189 registered shares of CHF 100.00 of the acquiring company, and liabilities towards third parties for CHF 4,649,341.20. The merger takes place without a capital increase since the shareholders of the transferring company following the merger receive the treasury shares of the acquiring company. | | |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | | Locarno (CH-509.9.002.025-5) | 2 | | ~~Genève (CHE-478.179.772)~~ |
| 1 | | Zurigo (CH-020.9.002.931-9) | | | |
| 1 | | Chiasso (CH-501.9.014.860-1) | | | |

Biasca, 03.02.2020 10:59

UFFICIO DEL REGISTRO DI COMMERCIO

Continuation on the following page

Morningside
Translations

# TRANSLATION CERTIFICATION

Date: March 18, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German (Germany)
- Italian (Italy)

To:

- English (USA),

The documents are designated as:

- 'Rahn+Bodmer.pdf'
- 'Vontobel.pdf'
- 'Cornèr Banca SA.pdf'

Alessia Nucci, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Alessia Nucci

Signature of Alessia Nucci