# Exhibit 35a

# REGISTRE DU COMMERCE DE GENÈVE

Extrait avec éventuelles radiations

EXTRAIT DU REGISTRE
Report du  07 mars 1994
No réf.    00926/1924
N° féd.    CH-660-0011924-3
**IDE    CHE-105.978.847**

## Edmond de Rothschild (Suisse) S.A.
inscrite le  26 mai 1924
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 1 | ~~Banque Privée Edmond de Rothschild SA~~ |
| 265 | Edmond de Rothschild (Suisse) S.A. |

| | Siège |
|---|---|
| 1 | Genève |

| | Adresse |
|---|---|
| 1 | rue de Hesse 18 |

| | Dates des Statuts | | |
|---|---|---|---|
| 1 | 26.01.1993 (nouv. stat.) | 307 | 29.04.2015 |
| 26 | 28.04.1997 | 332 | 28.04.2016 |
| 83 | 28.04.2005 | 438 | 26.04.2019 |
| 112 | 26.04.2007 | 440 | 24.07.2019 |
| 265 | 29.04.2014 | | |

| | But, Observations |
|---|---|
| 1 | But:<br>exploitation d'une banque. La banque exerce principalement son activité en Suisse et également dans le rayon d'action de ses succursales étrangères. |
| 1 | Administration:<br>7 membres au moins |
| 7 | la société a repris, au sens de l'article 748 CO, l'actif et le passif de la société "Banque Privée Edmond de Rothschild Lausanne SA", à Lausanne, dont elle détient toutes les actions. |
| 248 | L'identification sous le numéro CH-660-0011924-3 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-105.978.847. |

| | Fusions (LFus) |
|---|---|
| 130 | Fusion:<br>reprise des actifs et passifs de la société Arbinter-Omnivalor SA, à Genève (CH-660-0056949-1), selon contrat de fusion du 10.02.2009 et bilan au 31.12.2008, présentant des actifs de CHF 112'727'096, des passifs envers les tiers de CHF 70'720'383, soit un actif net de CHF 42'006'713. La société reprenante détenant l'ensemble des actions de la société transférante, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. |
| 264 | Fusion:<br>reprise des actifs et passifs de Rouiller, Zurkinden et Cie Finance SA (CHE-104.542.507), à Fribourg, selon contrat de fusion du 14.04.2014 et bilan au 31.12.2013, présentant des actifs de CHF 2'342'644.16, des passifs envers les tiers de CHF 277'102.89, soit un actif net de CHF 2'065'541.27. La société reprenante détenant l'ensemble des actions de la société transférante, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. |
| 335 | Fusion:<br>reprise des actifs et passifs de Edmond de Rothschild (Lugano) SA, à Lugano (CHE-101.790.865), selon contrat de fusion du 21.04.2016 et bilan au 31.12.2015, présentant des actifs de CHF 1'211'222'202, des passifs envers les tiers de CHF 1'082'353'744, soit un actif net de CHF 128'868'458. La société reprenante détenant l'ensemble des actions de la société transférante, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. |

| | Organe de publication |
|---|---|
| 1 | Communication aux actionnaires propriétaires d'actions nominatives: pli recommandé |
| 1 | FOSC |

| | Succursales | | |
|---|---|---|---|
| 1 | Fribourg | 337 | Lugano (CHE-222.031.286) |
| 8 | Lausanne | | |

Genève, le 05 février 2020



Extrait certifié conforme
- 5 FEV. 2020
Le préposé
par délégation

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 35b



# TRADE REGISTER OF GENEVA

**Extract with possible deletions**

[Stamp]
Canton of Geneva
Trade Register

EXTRACT FROM THE REGISTER
Report of    March 7, 1994
Ref. No.    00926/1924
Fed. No.    CH-660-0011924-3
**UID**    **CHE-105.978.847**

## Edmond de Rothschild (Suisse) S.A.
Registered on May 26, 1924
Corporation (*Société anonyme*)

| Ref. | Corporate Name | | |
|---|---|---|---|
| 1 | ~~Banque Privée Edmond de Rothschild SA~~ | | |
| 265 | Edmond de Rothschild (Suisse) S.A. | | |
| | **Registered Office** | | |
| 1 | Geneva | | |
| | **Address** | | |
| 1 | rue de Hesse 18 | | |
| | **Dates of the Articles of Association** | | |
| 1 | 01/26/1993 (new Articles of Association) | 307 | 04/29/2015 |
| 26 | 04/28/1997 | 332 | 04/28/2016 |
| 83 | 04/28/2005 | 438 | 04/26/2019 |
| 112 | 04/26/2007 | 440 | 07/24/2019 |
| 265 | 04/29/2014 | | |
| | **Purpose, Comments** | | |
| 1 | Purpose: <br> Operate a bank. The bank mainly operates in Switzerland and within the range of its foreign branches. | | |
| 1 | Management: <br> At least 7 members | | |
| 7 | The company took over, under the terms of Article 748 of the Swiss Code of Obligations, the assets and liabilities of "Banque Privée Edmond de Rothschild Lausanne SA," in Lausanne, of which it holds all the shares. | | |
| 248 | The identification under number CH-660-0011924-3 is replaced by the Company Identification Number (IDE/UID) CHE-105.978.847. | | |
| | **Mergers (Merger Law)** | | |
| 130 | Merger: <br> Takeover of the assets and liabilities of Arbinter-Omnivalor SA, in Geneva (CH-660-0056949-1), according to the merger agreement of February 10, 2009 and the balance sheet as of December 31, 2008, showing assets in amount of CHF 112,727,096, liabilities towards third parties in amount of CHF 70,720,383, i.e. net assets of CHF 42,006,713. As the transferee company holds all the shares of the transferor company, the merger does not give rise to a capital increase or an allocation of shares. | | |
| 264 | Merger: <br> Takeover of the assets and liabilities of Rouiller, Zurkinden et Cie Finance SA (CHE-104.542.507), in Fribourg, according to the merger agreement of April 14, 2014 and the balance sheet as of December 31, 2013, showing assets in amount of CHF 2,342,644.16, liabilities towards third parties in amount of CHF 277,102.89, i.e. net assets of CHF 2,065,541.27. As the transferee company holds all the shares of the transferor company, the merger does not give rise to a capital increase or an allocation of shares. | | |
| 335 | Merger: <br> Takeover of the assets and liabilities of Edmond de Rothschild (Lugano) SA, in Lugano (CHE-101.790.865), according to the merger agreement of April 21, 2016 and the balance sheet as of December 31, 2015, showing assets in amount of CHF 1,211,222,202, liabilities towards third parties in amount of CHF 1,082,353,744, i.e. net assets of CHF 128,868,458. As the transferee company holds all the shares of the transferor company, the merger does not give rise to a capital increase or an allocation of shares. | | |
| | **Publication Medium** | | |
| 1 | Communication to shareholders owning registered shares: registered letter | | |
| 1 | SOGC | | |
| | **Branch Offices** | | |
| 1 | Fribourg | 337 | Lugano (CHE-222.031.286) |
| 8 | Lausanne | | |

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52　　　360 Valverde Lane
Wantagh, NY 11793-4024　　St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a __Business Registration (page 1)__ bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By: ROXANA DINU
Translator

State of New York
County of Suffolk

Sworn and subscribed before me this
27th day of February, 2020

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/2020
No. 01ST6343368