# Exhibit 36a

## Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-020.3.912.532-2 dal: CH-020.3.912.532-2/a a: | 1 |
|---|---|---|---|---|---|
| CHE-105.874.834 | Società anonima | 16.07.1980 | 01.03.2013 | | |

Tutte le iscrizioni

# Ditta cancellata

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 0 | | **Sella Bank AG** | 0 | finora: Zürich |
| 0 | | (Sella Bank Ltd) (Sella Bank SA) | 1 | Lugano |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 0 | | 13'600'000.00 | 13'600'000.00 | 13'600 azioni nominative da CHF 1'000.00 | 0 | 1 | Talstrasse 70 |
| | | | | | | | 8001 Zürich |
| | | | | | 1 | | Corso Elvezia 9 |
| | | | | | | | 6900 Lugano |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 0 | | Lo svolgimento dell'attività bancaria di ogni genere in Svizzera e all'estero, con preponderanza nell'amministrazione di patrimoni e nel commercio in titoli. La sua attività può comprendere in particolare: la consulenza per l'investimento e la gestione di patrimonio, per conto proprio e per conto di clienti, anche in base a mandati di gestione, nonché servizi di ogni tipo per investitori. L'acquisto e la vendita nonché il mutuo di titoli, metalli preziosi, diritti di valore come opzioni, contratti su interessi od indici (come financial futures) ed altri valori mobiliari, nonché la conclusione di contratti relativi, anche a termine, per conto proprio o per conto di terzi, alla borsa o fuori borsa. L'esecuzione di operazioni finanziarie di ogni tipo sul mercato monetario, sul mercato dei capitali ed operazioni su divise, inclusi i contratti per derivati. L'assunzione, la partecipazione all'emissione ed il piazzamento di obbligazioni, titoli di credito di ogni tipo, azioni e altri titoli di partecipazione, in sindacati o in altro modo. L'emissione di obbligazioni proprie, obbligazioni di cassa e titoli di credito a lungo o a medio termine. L'accettazione di depositi da parte di terzi sotto tutte le forme di uso bancario, in valuta svizzera o estera, anche in forma di depositi di risparmio, come pure tutte le operazioni di pagamento, incluse operazioni di cambio valute e clearing. La concessione di crediti per cassa e crediti obbligatori, garantiti ed allo scoperto, inclusi crediti ipotecari, il finanziamento di transazioni commerciali, il rilascio di garanzie, fideiussioni e di impegni simili, l'esecuzione di operazioni di credito documentario e di rimborso, l'incasso di cambiali ed altri crediti nonché lo sconto di cambiali e la concessione di anticipi su cambiali nonché ogni operazione di credito d'uso bancario. Transazioni fiduciarie. L'assunzione di mandati quale banca depositaria per fondi di investimento, nonché come distributore di quote di fondi di investimento. La sfera di attività comprende la Svizzera e l'estero. La società può acquistare delle partecipazioni in società finanziarie, commerciali od industriali. La società può acquistare, possedere, costituire in pegno, gestire e vendere beni immobiliari. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 0 | | La trasferibilità delle azioni nominative è regolata dallo statuto. | 0 | 30.04.1990 |
| 5 | | Gli attivi e i passivi verso terzi sono ripresi da Banca Privata Edmond de Rothschild Lugano SA, in Lugano (CH-514.3.000.773-1). La società è cancellata in seguito alla fusione. | 0 | 19.12.1991 |
| | | | 0 | 19.07.1995 |
| | | | 0 | 15.11.2001 |
| | | | 0 | 21.11.2001 |
| | | | 0 | 14.10.2003 |
| | | | 0 | 07.01.2010 |
| | | | 1 | 29.07.2010 |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 0 | | Fusione: ripresa di attivi e passivi di Selvimm SA, in Lugano, secondo il contratto di fusione del 14.10.2003 e bilancio al 30.04.2003, che presenta attivi per CHF 12'845'865.28 e passivi verso terzi per CHF 907'841.85, contro attribuzione agli azionisti della società trasferente di 3'600 azioni nominative da CHF 1'000.00. Capitale azionario aumentato di CHF 3'600'000.00 in seguito alla fusione | 0 | FUSC |

Biasca, 10.02.2020 11:33

Vedi pagina seguente

 Ufficio del registro di commercio del Cantone Ticino

| CHE-105.874.834 | Sella Bank AG | Lugano | 2 |

Tutte le iscrizioni

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 0 | | Fusione: ripresa di attivi e passivi di PPM Professional Portfolio Management AG, in Zürich (CH-020.3.920.478-7), secondo il contratto di fusione del 16.09.2004 e bilancio al 30.09.2004, che presenta attivi per CHF 606'104.48 e passivi verso terzi per CHF 6'104.48. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni | | |

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Trasferimento di sede) | | | (Trasferimento di sede) | | 3 | | 11053 | 14.09.2011 | 181 | 19.09.2011 | 6340148 |
| | 1 | 10080 | 25.08.2010 | 168 | 31.08.2010 | 17 / 5792036 | 4 | | 15627 | 27.12.2011 | 254 | 30.12.2011 | 6485586 |
| | 2 | 5737 | 13.05.2011 | 96 | 18.05.2011 | 6166670 | 5 | | 2748 | 01.03.2013 | 45 | 06.03.2013 | 7092692 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 0 | | 1m | Tallia, Franco, cittadino italiano, in Freienbach | presidente | firma collettiva a due |
| 0 | | | Sella, Sebastiano, cittadino italiano, in Biella (IT) | vice-presidente | firma collettiva a due |
| 0 | | | Viola, Attilio, cittadino italiano, in Biella (IT) | membro | firma collettiva a due |
| 0 | | 2m | Jermini, Cesare, da Torricella-Taverne, in Cureglia | membro | firma collettiva a due |
| 0 | | | Maurel, Marc, cittadino francese, in Marsiglia (FR) | membro | firma collettiva a due |
| 0 | | 2m | Sella, Alberto, cittadino italiano, in Lugano | direttore generale | firma collettiva a due |
| 0 | | 2m | Pincherli-Vicini, Marco, cittadino italiano, in Como (IT) | vice-direttore | firma collettiva a due |
| 0 | | | Schmelzer, Etienne, da Ginevra e Thalwil, in Puplinge | vice-direttore | firma collettiva a due |
| 0 | | | Deloitte AG (CH-514.9.009.038-7), in Lugano | ufficio di revisione | |
| 0 | | | Averone, Massimiliano, cittadino italiano, in Lugano | | procura collettiva a due |
| 0 | | | Brändli, Ueli, da Lindau, in Melide | | procura collettiva a due |
| 0 | | | Dalmasso, Walter, cittadino italiano, in Lugano | | procura collettiva a due |
| 0 | | 2m | Farinelli, Francesco, cittadino italiano, in Roma (IT) | | procura collettiva a due |
| 0 | | | Filippi, Davide, cittadino italiano, in Rivoli (IT) | | procura collettiva a due |
| 0 | | | Frigerio, Paolo, cittadino italiano, in Milano (IT) | | procura collettiva a due |
| 0 | | 2m | Magliola, Matteo, cittadino italiano, in Lugano | | procura collettiva a due |
| 0 | | 4 | Merici, Andrea, cittadino italiano, in Lugano | | procura collettiva a due |
| 0 | | 4 | Pedrini, Nicola, cittadino italiano, in Lugano | | procura collettiva a due |
| 0 | | | Zanetti, Manuel, da Bellinzona, in Camorino | | procura collettiva a due |
| | 1 | 2m | Tallia, Franco, cittadino italiano, in Pfäffikon | presidente | firma collettiva a due |
| 2 | | | Tasca, Pietro, cittadino italiano, in Lugano | direttore | firma collettiva a due |
| | 2 | | Tallia, Franco, cittadino italiano, in Muralto | presidente | firma collettiva a due |
| | 2 | | Jermini, Cesare, da Torricella-Taverne, in Comano | membro | firma collettiva a due |
| | 2 | | Sella, Alberto, cittadino italiano, in Gentilino (Collina d'Oro) | direttore generale | firma collettiva a due |
| | 2 | | Pincherli-Vicini, Marco, cittadino italiano, in Pregassona (Lugano) | vice-direttore | firma collettiva a due |
| | 2 | | Farinelli, Francesco, cittadino italiano, in Lugano | | procura collettiva a due |
| | 2 | | Magliola, Matteo, cittadino italiano, in Ginevra | | procura collettiva a due |
| 3 | | | Stella, Davide, cittadino italiano, in Cascinette di Ivrea (IT) | | procura collettiva a due |

Biasca, 10.02.2020 11:33 CF



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 25.08.2010 . Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

**ti** — Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-514.3.000.773-1 dal: CH-514.3.000.773-1/a a: | 1 |
|---|---|---|---|---|---|
| CHE-101.790.865 | Società anonima | 22.06.1926 | 28.06.2016 | | |

Tutte le Iscrizioni — **Ditta cancellata**

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 1 | 6 | Banca-Privata-Solari-&-Blum-SA-(Gruppo-Benjamin-e-Edmond-de-Rothschild) | 1 | Lugano |
| 1 | 6 | (Banque-Privée-Solari-&-Blum-SA-(Groupe-Benjamin-et-Edmond-de-Rotschild) | | |
| 6 | 7 | Banca-privata-Edmond-de-Rothschild-Lugano-SA | | |
| 7 | 56 | Banca-Privata-Edmond-de-Rothschild-Lugano-SA | | |
| 56 | | Edmond de Rothschild (Lugano) SA | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | 54 | 5'000'000.00 | 5'000'000.00 | 4'500 azioni al portatore di categoria A da CHF 1'000.00 | 1 | 4 | Via Bossi 9 6900 Lugano |
| | | | | 5'000 azioni nominative privilegiate di categoria B da CHF 100.00 | | 4 | Via Ginevra 2 6900 Lugano |
| | 54 | | | 50'000 azioni nominative da CHF 100.00 | | | |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | | L'esercizio di una banca, specialmente la prestazione di servizi operativi e amministrativi nel campo della consulenza finanziaria e della gestione patrimoniale. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 1 | 54 | Le-azioni-nominative-di-categoria-B-da-CHF-100.—-sono-privilegiate-quanto-al-diritto-di voto. | 1 | 14.06.1926 |
| 1 | | Statuti adattati al nuovo diritto azionario. | 1 | omissis |
| 2 | | La trasferibilità delle azioni nominative è limitata dallo statuto. | 1 | 21.04.1994 |
| 23 | | Statuto modificato su un punto non soggetto a pubblicazione. | 2 | 24.04.1997 |
| 54 | | Le comunicazioni della società agli azionisti avvengono per lettera raccomandata. | 6 | 20.10.1998 |
| 63 | | Gli attivi e i passivi verso terzi sono ripresi da Edmond de Rothschild (Suisse) S.A., in Ginevra (CHE-105.978.847). La società è cancellata in seguito alla fusione. | 23 | 26.04.2005 |
| | | | 30 | 24.04.2007 |
| | | | 54 | 15.11.2013 |
| | | | 56 | 28.04.2014 |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | La società ha assunto, sulla base del contratto di fusione del 17.04.1991 la Banca Privata Edmond de Rothschild SA, in Lugano, giusta l'art. 748 CO. Bilancio di fusione: 31.12.1990. Attivo: CHF 63'229'356.38. Passivo: CHF 33'719'937.99. Attivo netto: 29'509'418.39, da cui va dedotto il dividendo straordinario distribuito dopo il 31.12.1990 di CHF 15'800'000.—. La cessione ha luogo mediante rimessa agli azionisti di 1'800 nuove azioni al portatore di categoria A da CHF 1'000.— e 2'000 nuove azioni nominative privilegiate di categoria B da CHF 100.—. | 1 | FUSC |
| 50 | | Fusione: ripresa di attivi e passivi di Sella Bank AG, in Lugano (CH-020.3.912.532-2), secondo il contratto di fusione del 28.02.2013 e bilancio al 31.12.2012, che presenta attivi per CHF 221'171'062.00 e passivi verso terzi per CHF 169'673'869.00. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Omissione) | | | (Omissione) | | 32 | | 742 | 23.01.2008 | 19 | 29.01.2008 | 14 / 4311534 |
| | 1 | 1888 | 07.05.1996 | 97 | 21.05.1996 | 2921 | 33 | | 2829 | 25.03.2008 | 61 | 31.03.2008 | 17 / 4406622 |
| | 2 | 1833 | 05.05.1997 | 96 | 23.05.1997 | 3457 | 34 | | 3637 | 17.04.2008 | 78 | 23.04.2008 | 14 / 4444090 |
| | 3 | 4836 | 21.07.1997 | 155 | 15.08.1997 | 5883 | 35 | | 5074 | 19.05.2008 | 98 | 23.05.2008 | 16 / 4487892 |
| | 4 | 7909 | 10.12.1997 | 247 | 23.12.1997 | 9233 | 36 | | 2201 | 27.02.2009 | 44 | 05.03.2009 | 19 / 4910956 |
| | 5 | 3122 | 29.05.1998 | 112 | 15.06.1998 | 4060 | 37 | | 7443 | 22.06.2009 | 121 | 26.06.2009 | 29 / 5094812 |
| | 6 | 5672 | 02.11.1998 | 216 | 06.11.1998 | 7600 | 38 | | 1303 | 28.01.2010 | 23 | 03.02.2010 | 20 / 5475382 |
| | 7 | R 5988 | 12.11.1998 | R 224 | 18.11.1998 | 7887 | 39 | | 8569 | 12.07.2010 | 136 | 16.07.2010 | 20 / 5730500 |
| | 8 | 1407 | 29.03.1999 | 65 | 06.04.1999 | 2200 | 40 | | 1760 | 17.02.2011 | 38 | 23.02.2011 | 15 / 6046532 |

Biasca, 10.02.2020 11:32                                                                                      Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | Lugano | 2 |

Tutte le iscrizioni

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9 | 2320 | 20.05.1999 | 100 | 27.05.1999 | 3524 | 41 | | 5013 | 04.05.2011 | 89 | 09.05.2011 | 6152622 |
| | 10 | 1845 | 03.04.2000 | 70 | 07.04.2000 | 2361 | 42 | | 8638 | 11.07.2011 | 135 | 14.07.2011 | 6254952 |
| | 11 | 4242 | 10.08.2000 | 158 | 16.08.2000 | 5579 | 43 | | 1449 | 06.02.2012 | 28 | 09.02.2012 | 6543308 |
| | 12 | 6675 | 21.12.2000 | 253 | 29.12.2000 | 8934 | 44 | | 5588 | 26.04.2012 | 84 | 01.05.2012 | 6660126 |
| | 13 | 2908 | 22.05.2001 | 102 | 29.05.2001 | 4028 | 45 | R | 5769 | 02.05.2012 | R 88 | 07.05.2012 | 6666326 |
| | 14 | 5387 | 15.10.2001 | 203 | 19.10.2001 | 8193 | 46 | | 6819 | 25.05.2012 | 104 | 31.05.2012 | 6697990 |
| | 15 | 5528 | 22.10.2001 | 208 | 26.10.2001 | 8388 | 47 | | 9473 | 25.07.2012 | 146 | 30.07.2012 | 6790092 |
| | 16 | 1342 | 26.02.2002 | 43 | 04.03.2002 | 13 / 367486 | 48 | | 12587 | 19.10.2012 | 207 | 24.10.2012 | 6902260 |
| | 17 | 2822 | 08.05.2002 | 93 | 16.05.2002 | 13 / 472538 | 49 | | 1166 | 25.01.2013 | 20 | 30.01.2013 | 7040260 |
| | 18 | 456 | 27.01.2003 | 20 | 31.01.2003 | 12 / 841230 | 50 | | 2713 | 01.03.2013 | 45 | 06.03.2013 | 7092476 |
| | 19 | 1557 | 17.03.2003 | 55 | 21.03.2003 | 13 / 915180 | 51 | | 8023 | 26.06.2013 | 124 | 01.07.2013 | 947977 |
| | 20 | 4671 | 27.08.2003 | 167 | 02.09.2003 | 13 / 1153668 | 52 | R | 8204 | 02.07.2013 | R 128 | 05.07.2013 | 960215 |
| | 21 | 4340 | 21.05.2004 | 101 | 27.05.2004 | 9 / 2279142 | 53 | | 12235 | 11.10.2013 | 200 | 16.10.2013 | 1131053 |
| | 22 | 498 | 31.01.2005 | 25 | 04.02.2005 | 14 / 2686732 | 54 | | 14723 | 03.12.2013 | 237 | 06.12.2013 | 1221843 |
| | 23 | 2696 | 03.05.2005 | 89 | 10.05.2005 | 15 / 2830552 | 55 | | 6127 | 05.05.2014 | 88 | 08.05.2014 | 1490805 |
| | 24 | 5916 | 24.10.2005 | 210 | 28.10.2005 | 11 / 3080754 | 56 | | 6411 | 09.05.2014 | 92 | 14.05.2014 | 1500015 |
| | 25 | 557 | 18.01.2006 | 16 | 24.01.2006 | 13 / 3209198 | 57 | | 12853 | 26.09.2014 | 189 | 01.10.2014 | 1743605 |
| | 26 | 3914 | 12.04.2006 | 76 | 20.04.2006 | 14 / 3340812 | 58 | | 7090 | 21.05.2015 | 99 | 27.05.2015 | 2170599 |
| | 27 | 7925 | 06.09.2006 | 176 | 12.09.2006 | 12 / 3545368 | 59 | | 7682 | 03.06.2015 | 107 | 08.06.2015 | 2193491 |
| | 28 | 1471 | 08.02.2007 | 31 | 14.02.2007 | 14 / 3774676 | 60 | | 9014 | 30.06.2015 | 126 | 03.07.2015 | 2247917 |
| | 29 | 3677 | 12.04.2007 | 74 | 18.04.2007 | 12 / 3889358 | 61 | | 10982 | 10.08.2015 | 155 | 13.08.2015 | 2320057 |
| | 30 | 4445 | 04.05.2007 | 90 | 10.05.2007 | 14 / 3924758 | 62 | | 16907 | 15.12.2015 | 246 | 18.12.2015 | 2549861 |
| | 31 | 5588 | 12.06.2007 | 115 | 18.06.2007 | 16 / 3980372 | 63 | | 9242 | 28.06.2016 | 126 | 01.07.2016 | 2926753 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 44 | De-Rothschild, Benjamin, cittadino francese, in Pregny | presidente | firma collettiva a due |
| 1 | | 17 | Ryan-Blum-Gentilomo, Giustina, da Muzzano, in Londra (GB) | vice-presidente | firma collettiva a due |
| 1 | | 51 | Baatard, Luc, da Lutry, in Vesenaz | membro | firma collettiva a due |
| 1 | | 17 | Blum-Gentilomo, Silvia, da Muzzano, in Comano | membro | firma collettiva a due |
| 1 | | | Foppa, Giorgio, da Lugano, in Lugano | membro | firma collettiva a due |
| 1 | | 44 | Messulam, Claude, da Ginevra, in Ginevra | membro | firma collettiva a due |
| 1 | | 13 | Pagani, Enrico, da Massagno, in Lugano | membro | firma collettiva a due |
| 1 | | 43m | Poggi, Leonardo, cittadino italiano, in Lugano | membro | firma collettiva a due |
| 1 | | 3 | Sciclounoff, Pierre, da Ginevra, in Ginevra | membro | firma collettiva a due |
| 1 | | 14 | Solari, Gianmaria, da Lugano, in Lugano | membro | firma collettiva a due |
| 1 | | 15m | Trévor-Salathé, Edward, da Basilea, in Givrins | membro | firma collettiva a due |
| 1 | | 16m | Blum-Gentilomo, Walter, da Muzzano, in Comano | direttore | firma collettiva a due |
| 1 | | 14 | Duffey, Jean-Marie, da Hauteville, in Gureglia | direttore | firma collettiva a due |
| 1 | | 16 | Moor, Silvio, da Uster, in Gureglia | direttore | firma collettiva a due |
| 1 | | 16 | Solari, Guelfo, da Lugano, in Lugano | direttore | firma collettiva a due |
| 1 | | 11 | Tamburini, Armando, da Barbengo, in Lugano | direttore | firma collettiva a due |
| 1 | | 8m | Fabbri, Jean-Marie, da Travers, in Massagno | vice-direttore | firma collettiva a due |
| 1 | | 10m | Jozzelli, Antonietta, da Muggio, in Lugano | vice-direttrice | firma collettiva a due |
| 1 | | 10m | Marthaler, Rolf, da Frauenkappelen, in Garabbia | vice-direttore | firma collettiva a due |
| 1 | | 10m | Merazzi, Roberto, cittadino italiano, in Vezia | vice-direttore | firma collettiva a due |
| 1 | | 16m | Bianchi, Alberto, da Goldrerio, in Roveredo TI | | procura collettiva a due |
| 1 | | 16 | Brunner, Marino, da Basilea, in Garabbia | | procura collettiva a due |
| 1 | | 12m | Gimasoni, Gualtiero, da Lugano, in Breganzona | | procura collettiva a due |
| 1 | | 8m | Gastiglioni, Roberto, cittadino italiano, in Vacallo | | procura collettiva a due |
| 1 | | 10 | Dongo, Carlo, cittadino italiano, in Pregassona | | procura collettiva a due |
| 1 | | 3m | Franzi, Filomena, cittadina portoghese, in Garabbia | | procura collettiva a due |

Biasca, 10.02.2020 11:32

Vedi pagina seguente

# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 3 |

Tutte le iscrizioni

| I | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|----|----|----|----|----|
| 1 | | 5 | Masotti, Pietro, da Arbedo-Castione, in Arbedo-Castione | | procura collettiva a due |
| 1 | | 25m | Rezzonico, Giorgio, da Pregassona, in Gureglia | | procura collettiva a due |
| 1 | | 8m | Soldati, Sandro, da Goldrerio, in Bissone | | procura collettiva a due |
| 1 | | 11 | Tocchetti, Flavio, da Viganello, in Viganello | | procura collettiva a due |
| 1 | | 20 | Tosio, Corrado, da Poschiavo, in Lugano | | procura collettiva a due |
| 1 | | 11 | Vivante, Giacomo, da Lugano, in Lugano | | procura collettiva a due |
| 1 | | 10m | Zullino, Rocco, cittadino italiano, in Agno | | procura collettiva a due |
| 1 | | 9 | STG-Coopers & Lybrand Révision Bancaire SA, in Ginevra | ufficio di revisione | |
| | 3 | 36m | Franzi, Filomena, da Gaslano, in Garabbia | | procura collettiva a due |
| | 8 | 10m | Fabbri, Jean-Marie, da Travers, in Gureglia | vice-direttore | firma collettiva a due |
| | 8 | 24 | Soldati, Sandro, da Goldrerio, in Novazzano | | procura collettiva a due |
| | 8 | 13m | Castiglioni, Roberto, da Vacallo, in Vacallo | | procura collettiva a due |
| 8 | | 10m | Inauen, Diego, da Appenzello, in Losone | vice-direttore | firma collettiva a due |
| 8 | | 25m | Bobbià, Gianmaria, da Stabio, in Lamone | | procura collettiva a due |
| 8 | | 10m | Moresi, Massimo, da Gertara, in Massagno | | procura collettiva a due |
| 8 | | 10m | Morniroli, Stefano, da Novazzano, in Minusio | | procura collettiva a due |
| 8 | | 13m | Ricci, Renzo, da Lugano, in Massagno | | procura collettiva a due |
| 9 | | | PricewaterhouseCoopers SA, in Ginevra | ufficio di revisione | |
| | 10 | 13 | Fabbri, Jean-Marie, da Travers, in Gureglia | membro della direzione | firma collettiva a due |
| | 10 | 11m | Inauen, Diego, da Appenzello, in Losone | membro della direzione | firma collettiva a due |
| | 10 | 11 | Jozzelli, Antonietta, da Muggio, in Lugano | membro della direzione | firma collettiva a due |
| | 10 | 12m | Marthaler, Rolf, da Frauenkappelen, in Garabbia | membro della direzione | firma collettiva a due |
| | 10 | 13m | Merazzi, Roberto, cittadino italiano, in Vezia | membro della direzione | firma collettiva a due |
| | 10 | 21m | Moresi, Massimo, da Gertara, in Massagno | membro della direzione | firma collettiva a due |
| | 10 | 13 | Morniroli, Stefano, da Novazzano, in Minusio | membro della direzione | firma collettiva a due |
| | 10 | 22 | Zullino, Rocco, cittadino italiano, in Agno | membro della direzione | firma collettiva a due |
| 10 | | 25m | Jelmini, Marco, da Quinto, in Bellinzona | membro della direzione | firma collettiva a due |
| | 11 | 25m | Inauen, Diego, da Appenzello, in Losone | direttore | firma collettiva a due |
| | 12 | 38m | Marthaler, Rolf, da Frauenkappelen, in Garabbia | direttore sostituto | firma collettiva a due |
| | 12 | 22m | Gimasoni, Gualtiero, da Lugano, in Breganzona | membro della direzione | firma collettiva a due |
| | 13 | 18m | Ricci, Renzo, da Lugano, in Tesserete | | procura collettiva a due |
| | 13 | 38m | Merazzi, Roberto, cittadino italiano, in Vezia | direttore sostituto | firma collettiva a due |
| | 13 | 28m | Castiglioni, Roberto, da Vacallo, in Vacallo | membro della direzione | firma collettiva a due |
| 13 | | 22m | Poggi, Daniele, da Ginevra, in Lugano | membro della direzione | firma collettiva a due |
| 13 | | 18m | Biffi, Sacha, da Caneggio, in Arosio | | procura collettiva a due |
| 13 | | 18m | Masa, Alberto, da Caviano, in Pregassona | | procura collettiva a due |
| 14 | | 44 | Bloch-Saloz, Stéphane, da Ginevra, in Bibiana (I) | membro | firma collettiva a due |
| 14 | | 44m | Dami, Manuel, da Ginevra, in Gonfignon | membro | firma collettiva a due |
| 14 | | 22 | Genazzini, Stefano, da Gandria, in Gandria | membro della direzione | firma collettiva a due |
| 14 | | 19 | Moccetti, Ettore, da Bioggio, in Comano | membro della direzione | firma collettiva a due |

Biasca, 10.02.2020 11:32

Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 4 |

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 14 | | 18 | Mozzetti, Giuliano, da Vogorno, in Sala-Capriasca | membro della direzione | firma collettiva a due |
| | 15 | 17m | Trévor-Salathé, Edward, da Basilea, in Monaco (MC) | membro | firma collettiva a due |
| | 16 | 25m | Blum-Gentilomo, Walter, da Muzzano, in Comano | membro | firma collettiva a due |
| | 16 | 18m | Bianchi, Alberto, da Coldrerio, in Roveredo TI | membro della direzione | firma collettiva a due |
| 16 | | 22m | Misrahi, Robert, da Chêne-Bougeries, in Montagnola | direttore | firma collettiva a due |
| 16 | | 21m | Gollenberg, Reto, da Gumbel, in Massagno | membro della direzione | firma collettiva a due |
| 16 | | 25m | Paris, Nicola, da Groglio, in Dino (Sonvico) | membro della direzione | firma collettiva a due |
| 16 | | 36m | Ghirlanda, Stefania, da Sonvico, in Savosa | | procura collettiva a due |
| 16 | | 18m | Renna, Leonardo, cittadino italiano, in Massagno | | procura collettiva a due |
| | 17 | 44m | Trévor-Salathé, Edward, da Basilea, in Monaco (MC) | vice-presidente | firma collettiva a due |
| | 18 | 35 | Ricci, Renzo, da Lugano, in Tesserete (Capriasca) | membro della direzione | firma collettiva a due |
| 18 | | 22m | Colombini, Fabrizio, da Isone, in Giubiasco | | procura collettiva a due |
| 18 | | 25 | Ghirlanda, Aline, da Sonvico e Uznach, in Savosa | | procura collettiva a due |
| 18 | | 31 | Pedroli-Guadagnini, Michela, da Locarno e Losone, in Tegna | | procura collettiva a due |
| | 18 | | Bianchi, Alberto, da Coldrerio, in Roveredo TI (Capriasca) | membro della direzione | firma collettiva a due |
| | 18 | 24m | Biffi, Sacha, da Caneggio, in Bedano | | procura collettiva a due |
| | 18 | 21m | Masa, Alberto, da Gaviano, in Massagno | | procura collettiva a due |
| | 18 | 24m | Renna, Leonardo, cittadino italiano, in Pregassona | | procura collettiva a due |
| 20 | | 24m | Valsangiacomo, Corrado, da Castel-San-Pietro, in Pregassona | direttore sostituto | firma collettiva a due |
| | 21 | 28m | Gollenberg, Reto, da Gumbel, in Bioggio | membro della direzione | firma collettiva a due |
| | 21 | 28m | Masa, Alberto, da Gaviano, in Gordola | | procura collettiva a due |
| | 21 | 27 | Moresi, Massimo, da Gertara, in Origlio | membro della direzione | firma collettiva a due |
| 21 | | 42 | Misrahi, Roger, da Chêne-Bougeries, in Lugano | direttore | firma collettiva a due |
| | 22 | | Cimasoni, Gualtiero, da Lugano, in Breganzona (Lugano) | direttore sostituto | firma collettiva a due |
| 22 | | 41 | Passavini, Mauro, cittadino italiano, in Montagnola (Collina d'Oro) | membro della direzione | firma collettiva a due |
| | 22 | 38m | Colombini, Fabrizio, da Isone, in Carasso (Bellinzona) | | procura collettiva a due |
| | 22 | 38m | Misrahi, Robert, da Chêne-Bougeries, in Montagnola (Collina d'Oro) | direttore | firma collettiva a due |
| | 22 | 25m | Poggi, Daniele, da Ginevra, in Vernate | membro della direzione | firma collettiva a due |
| | 24 | 26 | Biffi, Sacha, da Caneggio, in Mezzovico-Vira | | procura collettiva a due |
| | 24 | 43m | Renna, Leonardo, cittadino italiano, in Pregassona (Lugano) | | procura collettiva a due |
| | 24 | 46m | Valsangiacomo, Corrado, da Castel-San-Pietro, in Pregassona (Lugano) | direttore sostituto | firma collettiva a due |
| 24 | | 32m | Ubertini, Pasquale, cittadino italiano, in Viganello (Lugano) | direttore | firma collettiva a due |
| | 25 | | Blum Gentilomo, Walter, da Muzzano, in Shrewsbury (UK) | membro | firma collettiva a due |
| | 25 | | Jelmini, Marco, da Quinto, in Bellinzona | direttore sostituto | firma collettiva a due |
| | 25 | 46m | Paris, Nicola, da Groglio, in Dino (Sonvico) | direttore sostituto | firma collettiva a due |
| | 25 | | Poggi, Daniele, da Ginevra, in Vernate | direttore sostituto | firma collettiva a due |
| | 25 | | Bobbià, Gianmaria, da Stabio, in Lamone | membro della direzione | firma collettiva a due |
| | 25 | 57 | Rezzonico, Giorgio, da Lugano, in Gureglia | membro della direzione | firma collettiva a due |
| | 25 | 34 | Inauen, Diego, da Appenzello, in Ascona | direttore | firma collettiva a due |
| 25 | | | Bocchi, Roberto, da Lugano, in Davesco-Soragno (Lugano) | | procura collettiva a due |

Biasca, 10.02.2020 11:32                                                                                                        Vedi pagina seguente

# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 5 |

Tutte le iscrizioni

| I | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 25 | | 33 | Giudicetti, Raffaella, da Lostallo, in Breganzona (Lugano) | | procura collettiva a due |
| 25 | | 32m | Scacchi, Matteo, da Arzo, in Arzo | | procura collettiva a due |
| | 28 | | Castiglioni, Roberto, da Vacallo, in Vacallo | direttore sostituto | firma collettiva a due |
| | 28 | | Collenberg, Reto, da Cumbel, in Bioggio | direttore sostituto | firma collettiva a due |
| | 28 | | Masa, Alberto, da Caviano, in Gordola | membro della direzione | firma collettiva a due |
| 28 | | | Bazzani, Stefano, da Seftigen, in Lugano | membro della direzione | firma collettiva a due |
| 28 | | | Ferrari, Angelo, da Riva San Vitale, in Riva San Vitale | | procura collettiva a due |
| 28 | | 43m | Longhi, Angelo, da Torricella-Taverne, in Davesco-Soragno (Lugano) | | procura collettiva a due |
| 28 | | 29 | Rossi, Mariano, da Lugano, in Ponte Capriasca | | procura collettiva a due |
| 31 | | 62 | Mosconi, Claudio, da Arzo, in Lugano | direttore sostituto | firma collettiva a due |
| | 32 | 48m | Ubertini, Pasquale, da Lugano, in Viganello (Lugano) | direttore | firma collettiva a due |
| 32 | | 33m | Galamai, Mario, da Ginevra e Jenins, in Viganello | membro della direzione | firma collettiva a due |
| 32 | | | Antoine, Corinne, da Vex, in Breganzona (Lugano) | | procura collettiva a due |
| 32 | | | De Maria, Giovanni, da Riva San Vitale, in Seseglio (Chiasso) | | procura collettiva a due |
| | 32 | 38m | Scacchi, Matteo, da Arzo, in Arzo | membro della direzione | firma collettiva a due |
| | 33 | 37 | Galamai, Mario, da Ginevra e Jenins, in Viganello (Lugano) | membro della direzione | firma collettiva a due |
| 34 | | 46 | Costa, Franco, da Poschiavo, in Roveredo GR | direttore sostituto | firma collettiva a due |
| | 36 | 49 | Franzi, Filomena, da Caslano, in Carabbia (Lugano) | membro della direzione | firma collettiva a due |
| | 36 | 38m | Ghirlanda, Stefano, da Sonvico, in Savosa | membro della direzione | firma collettiva a due |
| 36 | | | Belotti, Beatrice, da Capriasca, in Tesserete (Capriasca) | | procura collettiva a due |
| 36 | | | Brugnadelli Nucera, Patrizia, da Morbio Inferiore, in Cantello (IT) | | procura collettiva a due |
| 36 | | | Casoli, Heidi, da Sumiswald, in Cadempino | | procura collettiva a due |
| 36 | | 51 | Conti, Isabella, cittadina italiana, in Giubiasco | | procura collettiva a due |
| 36 | | | Mombelli, Flavio, da Stabio, in Capolago | | procura collettiva a due |
| 38 | | | Pincardini, Marcello, da Muzzano, in Sonvico | membro della direzione | firma collettiva a due |
| | 38 | | Colombini, Fabrizio, da Isone, in Carasso (Bellinzona) | membro della direzione | firma collettiva a due |
| | 38 | | Ghirlanda, Stefano, da Sonvico, in Dino (Sonvico) | membro della direzione | firma collettiva a due |
| | 38 | 39 | Misrahi, Robert, da Chêne-Bougeries, in St. Moritz | direttore | firma collettiva a due |
| | 38 | 47 | Marthaler, Rolf, da Frauenkappelen, in Carabbia (Lugano) | direttore sostituto | firma collettiva a due |
| | 38 | 49m | Scacchi, Matteo, da Mendrisio, in Arzo (Mendrisio) | membro della direzione | firma collettiva a due |
| | 38 | 42 | Merazzi, Roberto, da Isone, in Vezia | direttore sostituto | firma collettiva a due |
| 40 | | 49m | Godazzi, Ronnie, da Muralto, in Savosa | | procura collettiva a due |
| 41 | | 57 | Venturini, Luca, cittadino italiano, in Lugano | direttore | firma collettiva a due |
| | 43 | | Longhi, Angelo, da Torricella-Taverne, in Pregassona (Lugano) | | procura collettiva a due |
| | 43 | | Poggi, Leonardo, cittadino italiano, in Montecarlo (MC) | membro | firma collettiva a due |
| | 43 | 47m | Renna, Leonardo, cittadino italiano, in Pregassona (Lugano) | membro della direzione | firma collettiva a due |
| 43 | | | Togni, Stefano, cittadino italiano, in Mendrisio | membro della direzione | firma collettiva a due |
| 43 | | | Bigoni, Marco, da Eggiwil, in Ponte Tresa | direttore sostituto | firma collettiva a due |
| 43 | | | Norsa, Franca, da Caslano, in Paradiso | | procura collettiva a due |
| 44 | | 45m | Leuthold, Manuel Philipp, da Ginevra, in Gonfignon | presidente | firma collettiva a due |

Biasca, 10.02.2020 11:32    Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-101.790.865 | Edmond de Rothschild (Lugano) SA | | Lugano | 6 |

Tutte le iscrizioni

| I | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 44 | 51 | Dami, Manuel, da Ginevra, in Confignon | vice-presidente | firma collettiva a due |
| | 44 | 51m | Trévor-Salathé, Edward, da Basilea, in Monaco (MC) | membro | firma collettiva a due |
| | 45 | 51 | Leuthold, Manuel Philippe, da Ginevra, in Confignon | presidente | firma collettiva a due |
| | 46 | | Paris, Nicola, da Croglio, in Dino (Sonvico) | direttore | firma collettiva a due |
| | 46 | | Valsangiacomo, Corrado, da Castel San Pietro, in Pregassona (Lugano) | direttore | firma collettiva a due |
| | 47 | | Renna, Leonardo, da Lugano, in Pregassona (Lugano) | membro della direzione | firma collettiva a due |
| | 48 | | Ubertini, Pasquale, da Lugano, in Pregassona (Lugano) | direttore | firma collettiva a due |
| 48 | | 62m | Matrone, Massimiliano, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due |
| 49 | | | Aragona, Fabio, da Bolligen, in Dino (Sonvico) | direttore sostituto | firma collettiva a due |
| 49 | | | Tunesi, Tiziano, da Cugnasco-Gerra, in Riva San Vitale | direttore sostituto | firma collettiva a due |
| 49 | | 58m | Castro, Alejandro, cittadino italiano, in Lugano | membro della direzione | firma collettiva a due |
| 49 | | 53m | Piccioni, Fabio, cittadino italiano, in Vacallo | | procura collettiva a due |
| | 49 | 58 | Scacchi, Matteo, da Mendrisio, in Arzo (Mendrisio) | direttore sostituto | firma collettiva a due |
| | 49 | | Perregrini, Ronnie, da Muralto, in Savosa | | procura collettiva a due |
| | 51 | 52m | Salathe, Edward Trevor, da Basilea, in Monaco (MC) | vice-presidente | firma collettiva a due |
| | 52 | | Salathé, Edward Trévor, da Basilea, in Monaco (MC) | vice-presidente | firma collettiva a due |
| 53 | | | Brändli, Ueli, da Lindau, in Melide | membro di direzione | firma collettiva a due |
| 53 | | | Filippi, Davide, cittadino italiano, in Lugano | membro di direzione | firma collettiva a due |
| 53 | | | Averone, Massimiliano, cittadino italiano, in Lugano | | procura collettiva a due |
| 53 | | | Frigerio, Paolo, cittadino italiano, in Milano | | procura collettiva a due |
| 53 | | | Lopes Bento Pozzi, Felismina, cittadina portoghese, in Vico Morcote | | procura collettiva a due |
| | 53 | 58m | Piccioni, Fabio, cittadino italiano, in Melano | | procura collettiva a due |
| 55 | | | Canepa, Piera, da Mezzovico-Vira, in Sigirino (Monteceneri) | | procura collettiva a due |
| 55 | | 56m | Magoni, Carlomaria, cittadino italiano, in Viganello (Lugano) | | firma collettiva a due |
| 55 | | 56m | Ubertini, Francesco, da Lugano, in Origlio | | firma collettiva a due |
| | 56 | | Magoni, Carlomaria, cittadino italiano, in Viganello (Lugano) | | procura collettiva a due |
| | 56 | | Ubertini, Francesco, da Lugano, in Origlio | | procura collettiva a due |
| | 58 | | Piccioni, Fabio, cittadino italiano, in Melano | membro della direzione | firma collettiva a due |
| | 58 | | Castro, Alejandro, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due |
| 58 | | | Jarmorini, Daniele, da Mezzovico-Vira, in Sorengo | | procura collettiva a due |
| 58 | | | Ottolenghi, David, cittadino italiano, in Lugano | | procura collettiva a due |
| 58 | | | Pantoni, Alessandra, cittadina italiana, in Breganzona (Lugano) | | procura collettiva a due |
| 58 | | | Veglia, Monica, da Lugano, in Davesco-Soragno (Lugano) | | procura collettiva a due |
| 59 | | 61m | Venturini, Luca, cittadino italiano, in Lugano | membro | firma collettiva a due |
| 59 | | | Rabald, Sabine, da Schmitten, in Champfromier (FR) | membro | firma collettiva a due |
| 60 | | | Porazzi, Andrea, cittadino italiano, in Paradiso | membro della direzione | firma collettiva a due |
| 60 | | | Tonelli, Michele Giorgio, da Lugano, in Cadempino | membro della direzione | firma collettiva a due |
| | 61 | | Venturini, Luca, cittadino italiano, in Lugano | presidente | firma collettiva a due |
| | 62 | | Matrone, Massimiliano, cittadino italiano, in Lugano | direttore | firma collettiva a due |

Biasca, 10.02.2020 11:32 CF



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 07.05.1996. Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

# Exhibit 36b

## ti BUSINESS REGISTRY OF CANTON OF TICINO

| Number | Legal status | Registration | Cancellation | Carried from: CH-020.3.912.532-2/a to: | CH-020.3.912.532-2 | 1 |
|---|---|---|---|---|---|---|
| CHE-105.874.834 | Corporation | 07/16/1980 | 03/01/2013 | | | |

| | All registrations | | Cancelled company | |
|---|---|---|---|---|
| Reg | Can | Company | Ref. | Registered office |
| 0 | | Sella Bank AG | 0 | So far: Zurich |
| | 0 | (Sella Bank Ltd) (Sella Bank SA) | 1 | Lugano |

| Reg | Can | Share Capital (CHF) | Paid-in (CHF) | Divided into shares | Reg | Can | Address |
|---|---|---|---|---|---|---|---|
| 0 | | 13,600,000.00 | 13,600,000.00 | 13,600 registered shares of CHF 1,000.00 | 0 | 1 | ~~Talstrasse 70~~ ~~8001 Zurich~~ |
| | | | | | | 1 | Corso Elvezia 9 6900 Lugano |

| Reg | Can | Purpose | Reg | Can | Other addresses |
|---|---|---|---|---|---|
| 0 | | The performance of banking activity of any type in Switzerland and abroad, predominantly in asset management and securities trading. Its activity specifically may include: investment consulting and asset management, on its own behalf or on behalf of clients, including on the basis of management mandates, as well as all types of investor services. The purchase and sale as well as the loan of securities, precious metals, inscribed stocks such as options, contracts on interest rates or indices (such as financial futures) and other transferable securities, as well as the conclusion of related contracts, including forward contracts, on its own behalf or on behalf of third parties, on the stock exchange or outside it. The performance of all types of financial transactions on the money market, on the capital market, and foreign exchange transactions, including derivative contracts. The assumption, participation in the issue and placement of bonds, debt securities of all kinds, shares and other equity securities, in syndicates or otherwise. The issue of its own bonds, cash bonds, and long or medium term debt securities. Acceptance of deposits from third parties under all forms of banking use, in Swiss or foreign currency, including in the form of savings deposits, as well as all payment transactions, including currency exchange and clearing transactions. The granting of cash loans and statutory credits, guaranteed and unsecured, including mortgage loans, financing of commercial transactions, release of guarantees, sureties and similar commitments, the performances of documentary credit and reimbursement transactions, the collection of bills of exchange and other receivables as well as the discounting of bills of exchange and the granting of advances on bills of exchange as well as any credit transaction of banking use. Fiduciary transactions. The assumption of mandates as depository bank for investment funds, as well as distributor of shares of investment funds. The sphere of activity includes Switzerland and abroad. The company may purchase equity investments in financial, commercial, or industrial companies. The company may purchase, own, pledge, manage, and sell real estate assets. | | | |

| Reg | Can | Notes | Ref | Articles of Incorporation date |
|---|---|---|---|---|
| 0 | | Transferability of registered shares is regulated by the Articles of Incorporation. | 0 | 04.30.1990 |
| | 5 | The assets and liabilities toward third-parties are taken over from Private Bank Edmond de Rothschild Lugano S.A., in Lugano (CHE-514.3.000.773-1). The company is dissolved following the merger. | 0 | 12.19.1991 |
| | | | 0 | 07.19.1995 |
| | | | 0 | 11.15.2001 |
| | | | 0 | 11.21.2001 |
| | | | 0 | 10.14.2003 |
| | | | 0 | 01.07.2010 |
| | | | 1 | 07.29.2010 |

| Reg | Can | Special facts | Ref | Publication Media |
|---|---|---|---|---|
| 0 | | Merger: Takeover of assets and liabilities of Selvimm SA, in Lugano, according to the merger agreement of 10.14.2003 and the balance sheet as of 04.30.2003, which showed assets of CHF 12,845,865.28 and liabilities toward third parties of CHF 907,841.85, with granting to the shareholders of the transferor company of 3,600 registered shares at CHF 1,000.00. The share capital increased by CHF 3,600,000.00 following the merger. | 0 | SOGC |

Biasca 02.10.2020  11:33

See next page

[Stamp:] Business Registry Office – Canton of Ticino

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52     360 Valverde Lane
Wantagh, NY 11793-4024     St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF ACCURACY

Romtranslation, Inc., an agency specializing in the provision of translation and interpretation services from/to Romance Languages (French, Italian, Spanish, Portuguese, Romanian), DOES HEREBY CERTIFY THAT:

1. We work with translation professionals certified by the American Translators Association [ATA] or expertly qualified and entirely competent to translate from _Italian_ to _English_.

2. We have translated the annexed document(s):
   - _Business Registration (page 1)_

   From the _Italian_ into the _English_ language.

3. This is a true and accurate translation of the document(s) presented to us, done to the best of our knowledge, ability, and belief.

_Roxana Dinu_
Roxana Dinu
Linguistic Services Manager
ATA-Certified Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
_27th_ day of _February_, 20_20_

_____
NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_20_
No. 01ST6343368