# Exhibit 40a

 

# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: | |
|---|---|---|---|---|---|
| CHE-105.933.968 | Limited or Corporation | 09.08.1965 | | CH-020.3.927.218-6 on: CH-020.3.927.218-6/b | 1 |

Valid datas only

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Falcon Private Bank AG** | 1 | Zürich |
| 1 | | (Falcon Private Bank Ltd.) (Falcon Private Bank SA) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 3 | | 120'000'000.00 | 120'000'000.00 | 30'000 Namenaktien zu CHF 4'000.00 | 1 | | Pelikanstrasse 37<br>8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 43 | | Zweck der Gesellschaft ist der Betrieb einer Bank mit internationaler Orientierung mit dem Hauptgewicht auf der Vermögensverwaltung. Im Rahmen dieser Zielsetzung erstreckt sich die Tätigkeit der Bank insbesondere auf folgende Geschäftszweige: Passivgeschäft unter Ausschluss von der Ausgabe von Kassaobligationen; Aktivgeschäft mit besonderer Berücksichtigung des Lombardgeschäftes; Handel für eigene und fremde Rechnung in Devisen, Edelmetallen, Effekten, Waren und Derivaten; Vermögensverwaltung und Anlageberatung; Erbringung sämtlicher banküblichen Finanzdienstleistungen und Treuhandgeschäfte; Kautionen und Akkreditive in Verbindung mit anderen Geschäften eines Kunden; Emissionsgeschäft einschliesslich Beteiligung an Syndikaten; Aufbewahrung von Effekten und Wertgegenständen aller Art; Vertretung von ausländischen Kapitalanlagen in der Schweiz und deren Vertrieb in und von der Schweiz aus gemäss den Bestimmungen des Kollektivanlagegesetzes. Die Gesellschaft kann im weiteren Beteiligungen und Grundstücke erwerben, verwalten und veräussern, Unternehmungen gründen, vertreten und beraten und alle Geschäfte durchführen, die zur Erreichung des Gesellschaftszweckes geeignet sind. Die Gesellschaft kann im In- und Ausland Zweigniederlassungen und Tochtergesellschaften sowie Vertretungen errichten. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an Aktionäre erfolgen schriftlich an die im Aktienbuch eingetragene Adresse. | 1 | 10.10.1990 |
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 22.12.1994 |
| 1 | | Geschäftsstelle: Hochbordstrasse 1, 8600 Dübendorf. | 1 | 26.11.1998 |
| 3 | | Bei der ordentlichen Kapitalerhöhung vom 24.11.2009 wird eine Forderung in der Höhe von CHF 60'000'000.00 verrechnet, wofür 15'000 Namenaktien zu CHF 4'000.00 ausgegeben werden. | 1 | 17.06.2005 |
| | | | 1 | 17.04.2009 |
| | | | 3 | 24.11.2009 |
| 66 | | Weitere Adresse: Postfach 1376, 8021 Zürich. | 43 | 04.02.2014 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | CHF 2'000'000.-- durch entsprechende Verwendung der zur freien Verfügung der Generalversammlung stehenden Reserven liberiert. | 1 | SHAB |
| 1 | | Die Gesellschaft hat die Fusion mit der Kaerpf Holding AG Glarus, in Glarus, beschlossen. Aktiven und Passiven gemäss Bilanz per 30.6.1984 sind im Sinne von Art. 748 OR an die Ueberseebank AG übergegangen; näheres siehe Tagebuch 15286/1984. | | |

Zürich, 10.10.2019

Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Valid datas only

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | (Transfer) | | (Transfer) | | | 48 | B 22987 | 09.07.2014 | B 133 | 14.07.2014 | 161 |
| | 1 | 33698 | 31.08.2009 | 171 | 04.09.2009 | 26 / 5231686 | | 49 | 33442 | 09.10.2014 | 198 | 14.10.2014 | 1766 |
| | 2 | 44453 | 13.11.2009 | 225 | 19.11.2009 | 24 / 5351078 | | 50 | 39955 | 01.12.2014 | 235 | 04.12.2014 | 185937 |
| | 3 | 47792 | 08.12.2009 | 242 | 14.12.2009 | 20 / 5390434 | | 51 | 7674 | 26.02.2015 | 42 | 03.03.2015 | 2018623 |
| | 4 | 384 | 05.01.2010 | 6 | 11.01.2010 | 29 / 5433950 | | 52 | 10874 | 24.03.2015 | 60 | 27.03.2015 | 2067637 |
| | 5 | 8960 | 01.03.2010 | 45 | 05.03.2010 | 28 / 5526678 | | 53 | B 11420 | 27.03.2015 | B 63 | 01.04.2015 | 2075665 |
| | 6 | 11355 | 19.03.2010 | 59 | 25.03.2010 | 23 / 5558724 | | 54 | B 11714 | 31.03.2015 | B 65 | 07.04.2015 | 2080711 |
| | 7 | 21722 | 14.06.2010 | 116 | 18.06.2010 | 30 / 5682990 | | 55 | 17206 | 15.05.2015 | 95 | 20.05.2015 | 2160219 |
| | 8 | 23468 | 25.06.2010 | 125 | 01.07.2010 | 37 / 5703192 | | 56 | 17782 | 20.05.2015 | 98 | 26.05.2015 | 2167765 |
| | 9 | 31585 | 01.09.2010 | 173 | 07.09.2010 | 26 / 5801788 | | 57 | 28674 | 13.08.2015 | 158 | 18.08.2015 | 2325761 |
| | 10 | 41017 | 23.11.2010 | 232 | 29.11.2010 | 24 / 5914774 | | 58 | 31557 | 08.09.2015 | 176 | 11.09.2015 | 2368305 |
| | 11 | 1132 | 07.01.2011 | 9 | 13.01.2011 | 23 / 5984006 | | 59 | 32137 | 14.09.2015 | 180 | 17.09.2015 | 2377601 |
| | 12 | 8184 | 28.02.2011 | 44 | 03.03.2011 | 6059836 | | 60 | 34655 | 05.10.2015 | 195 | 08.10.2015 | 2414949 |
| | 13 | 19620 | 30.05.2011 | 107 | 03.06.2011 | 6190856 | | 61 | 41135 | 25.11.2015 | 232 | 30.11.2015 | 2508617 |
| | 14 | 20989 | 09.06.2011 | 114 | 15.06.2011 | 6205234 | | 62 | N 43731 | 14.12.2015 | N 245 | 17.12.2015 | 2545991 |
| | 15 | 29571 | 15.08.2011 | 159 | 18.08.2011 | 6300246 | | 63 | 4150 | 01.02.2016 | 24 | 04.02.2016 | 2639549 |
| | 16 | 30440 | 22.08.2011 | 164 | 25.08.2011 | 6308614 | | 64 | 5339 | 09.02.2016 | 30 | 12.02.2016 | 2663087 |
| | 17 | 45436 | 19.12.2011 | 249 | 22.12.2011 | 6473092 | | 65 | B 14667 | 25.04.2016 | B 82 | 28.04.2016 | 2804775 |
| | 18 | 4916 | 06.02.2012 | 28 | 09.02.2012 | 6542696 | | 66 | 21219 | 16.06.2016 | 118 | 21.06.2016 | 2901521 |
| | 19 | B 5755 | 13.02.2012 | B 33 | 16.02.2012 | 6552852 | | 67 | 21788 | 21.06.2016 | 121 | 24.06.2016 | 2910479 |
| | 20 | 16587 | 18.05.2012 | 99 | 23.05.2012 | 6689264 | | 68 | 29998 | 26.08.2016 | 168 | 31.08.2016 | 3029073 |
| | 21 | 17429 | 29.05.2012 | 105 | 01.06.2012 | 6700670 | | 69 | 31824 | 13.09.2016 | 180 | 16.09.2016 | 3058171 |
| | 22 | 24132 | 17.07.2012 | 140 | 20.07.2012 | 6779032 | | 70 | 43772 | 08.12.2016 | 242 | 13.12.2016 | 3218115 |
| | 23 | 39281 | 15.11.2012 | 226 | 20.11.2012 | 6938314 | | 71 | 7131 | 21.02.2017 | 39 | 24.02.2017 | 3368311 |
| | 24 | 39724 | 20.11.2012 | 229 | 23.11.2012 | 6944492 | | 72 | 12661 | 06.04.2017 | 71 | 11.04.2017 | 3461359 |
| | 25 | 665 | 10.01.2013 | 9 | 15.01.2013 | 7015202 | | 73 | 17438 | 17.05.2017 | 98 | 22.05.2017 | 3535025 |
| | 26 | B 1135 | 15.01.2013 | B 12 | 18.01.2013 | 7022542 | | 74 | 18784 | 30.05.2017 | 106 | 02.06.2017 | 3557861 |
| | 27 | 1997 | 21.01.2013 | 16 | 24.01.2013 | 7031946 | | 75 | 23126 | 30.06.2017 | 128 | 05.07.2017 | 3623229 |
| | 28 | 8680 | 12.03.2013 | 52 | 15.03.2013 | 7106970 | | 76 | 28505 | 11.08.2017 | 157 | 16.08.2017 | 3698963 |
| | 29 | 17409 | 05.06.2013 | 109 | 10.06.2013 | 7220540 | | 77 | 31455 | 08.09.2017 | 177 | 13.09.2017 | 3749179 |
| | 30 | 19138 | 19.06.2013 | 119 | 24.06.2013 | 933285 | | 78 | 37671 | 30.10.2017 | 213 | 02.11.2017 | 3845833 |
| | 31 | B 19450 | 21.06.2013 | B 121 | 26.06.2013 | 939549 | | 79 | 41113 | 24.11.2017 | 232 | 29.11.2017 | 3898623 |
| | 32 | 21966 | 11.07.2013 | 135 | 16.07.2013 | 979855 | | 80 | B 41659 | 29.11.2017 | B 235 | 04.12.2017 | 3906519 |
| | 33 | 28316 | 05.09.2013 | 174 | 10.09.2013 | 1068601 | | 81 | 42315 | 04.12.2017 | 238 | 07.12.2017 | 3915795 |
| | 34 | 28682 | 10.09.2013 | 177 | 13.09.2013 | 1075065 | | 82 | 44466 | 18.12.2017 | 248 | 21.12.2017 | 3947201 |
| | 35 | 31098 | 01.10.2013 | 192 | 04.10.2013 | 1109807 | | 83 | 116 | 03.01.2018 | 4 | 08.01.2018 | 3970893 |
| | 36 | 31650 | 04.10.2013 | 195 | 09.10.2013 | 1117735 | | 84 | 1671 | 11.01.2018 | 10 | 16.01.2018 | 3991771 |
| | 37 | 33210 | 18.10.2013 | 205 | 23.10.2013 | 1140951 | | 85 | 6219 | 12.02.2018 | 32 | 15.02.2018 | 4057721 |
| | 38 | 39702 | 10.12.2013 | 242 | 13.12.2013 | 1234425 | | 86 | 14480 | 19.04.2018 | 78 | 24.04.2018 | 4189723 |
| | 39 | 41484 | 20.12.2013 | 250 | 27.12.2013 | 1259529 | | 87 | 16180 | 04.05.2018 | 89 | 09.05.2018 | 4219785 |
| | 40 | 135 | 06.01.2014 | 5 | 09.01.2014 | 1273753 | | 88 | 16724 | 09.05.2018 | 92 | 15.05.2018 | 4228141 |
| | 41 | 5152 | 10.02.2014 | 30 | 13.02.2014 | 1343509 | | 89 | 19982 | 06.06.2018 | 110 | 11.06.2018 | 4280535 |
| | 42 | 6780 | 21.02.2014 | 39 | 26.02.2014 | 1367239 | | 90 | 36698 | 12.10.2018 | 201 | 17.10.2018 | 1004478100 |
| | 43 | 7104 | 25.02.2014 | 41 | 28.02.2014 | 1371895 | | 91 | 43410 | 03.12.2018 | 237 | 06.12.2018 | 1004513534 |
| | 44 | 11490 | 01.04.2014 | 66 | 04.04.2014 | 1435367 | | 92 | 8186 | 22.02.2019 | 40 | 27.02.2019 | 1004575660 |
| | 45 | 13502 | 16.04.2014 | 77 | 23.04.2014 | 1464733 | | 93 | 16989 | 30.04.2019 | 85 | 03.05.2019 | 1004622258 |
| | 46 | 19069 | 10.06.2014 | 112 | 13.06.2014 | 1551845 | | 94 | 22139 | 07.06.2019 | 112 | 13.06.2019 | 1004649734 |
| | 47 | 21234 | 26.06.2014 | 124 | 01.07.2014 | 1583839 | | | | | | | |

10.10.2019

Continuation on the following page

## Commercial register of canton Zurich

| | | | | |
|---|---|---|---|---|
| J3.968 | | Falcon Private Bank AG | Zürich | 3 |

is only

| | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|
| | | Grassi, Dr. Roberto, von Mendrisio, in Lugano | president of the board of directors | joint signature at two |
| 3 | | Latroche, Cyril, französischer Staatsangehöriger, in Abu Dhabi (AE) | vicepresident of the board of directors | joint signature at two |
| | 87 | Bernegger, Marc Philipp, von Zürich, in Zollikon | member of the board of directors | joint signature at two |
| 90 | | Hurn, Matthew, britischer Staatsangehöriger, in Abu Dhabi (AE) | member of the board of directors | joint signature at two |
| 74 | | Schärer, Dominik, von Thunstetten, in Zofingen | member of the board of directors | joint signature at two |
| | 90 | Keller, Martin, von Baden, in Oberwil-Lieli | president of the management | joint signature at two |
| 94 | | Clavel, Xavier, von Sion, in Zollikon | member of the management | joint signature at two |
| 90 | | Fiddes, Alastair, britischer Staatsangehöriger, in Freienbach | member of the management | joint signature at two |
| 90 | | Maccio, Matteo, von Rossinière, in Küsnacht (ZH) | member of the management | joint signature at two |
| '6 | | Meyer, Bruno, von Emmen, in Stäfa | member of the management | joint signature at two |
| 4 | | Müller, Andreas, von Unterkulm, in Zürich | member of the direction | joint signature at two |
| | 90 | Aiello, Bettina, von Kallnach, in Bülach | member of the direction | joint signature at two limited to the main office |
| | 51 | Ajvazi, Eldin, von Hombrechtikon, in Beringen | member of the direction | joint signature at two limited to the main office |
| 4 | | Ashapa, Rebecca, von Benken (ZH), in Zürich | member of the direction | joint signature at two limitted to the main office |
| | 90 | Beraha-Levy, Lara, deutsche Staatsangehörige, in Zürich | member of the direction | joint signature at two limitted to the main office |
| | | Bertschi, Andreas, von Dürrenäsch, in Zürich | member of the direction | joint signature at two limited to the main office |
| | | Blum, Christian, von Thalwil, in Rüschlikon | member of the direction | joint signature at two limited to the main office |
| | 90 | Bollhalder, Stefan, von Wädenswil, in Wädenswil | member of the direction | joint signature at two limited to the main office |
| | 49 | Bühlmann, Carole, von Ruswil, in Cham | member of the direction | joint signature at two limitted to the main office |
| | | Buschor, Patricia, von Altstätten, in Zollikon | member of the direction | joint signature at two limitted to the main office |
| | | Cantieni, Gregor, von Andeer, in Freienbach | member of the direction | joint signature at two limited to the main office |
| | | D'Alelio, Antonio, genannt Tony, von Weinfelden, in Zürich | member of the direction | joint signature at two limited to the main office |
| | | D'Angelo, Marco, von Männedorf, in Männedorf | member of the direction | joint signature at two limited to the main office |
| | 87 | Di Grezia, Fabio, von Schlieren, in Unterengstringen | member of the direction | joint signature at two limited to the main office |
| | | Eckard, Bernard, von Winterthur, in Zürich | member of the direction | joint signature at two limited to the main office |
| | | Egger, Daniel Philippe, von Aarwangen, in Thalwil | member of the direction | joint signature at two limited to the main office |
| | 18 | Erismann, Frank, von Wettingen, in Stäfa | member of the direction | joint signature at two limited to the main office |



## Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | | Zürich |
|---|---|---|---|

Valid datas only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 49 |  | Fässler, Bernhard, von Ingenbohl, in Nottwil | member of the direction | joint signature at two limited to the main office |
| 90 |  |  | Fehr, Patrick, von Wagenhausen, in Gachnang | member of the direction | joint signature at two limited to the main office |
| 70 |  |  | Fehr, Urs, von Biel/Bienne, in Thalwil | member of the direction | joint signature at two limited to the main office |
| 1 |  |  | Frehner, Daniel, von Urnäsch, in Illnau-Effretikon | member of the direction | joint signature at two limited to the main office |
| 1 |  |  | Furrer, Gertrud, von Schongau, in Jonen | member of the direction | joint signature at two limitted to the main office |
|  | 90 |  | Ganzer, Grit, deutsche Staatsangehörige, in Winkel | member of the direction | joint signature at two limitted to the main office |
|  | 30 |  | Gigante, Dario, italienischer Staatsangehöriger, in Meilen | member of the direction | joint signature at two limited to the main office |
| 84 |  |  | Gilliard, Philippe, von Suscévaz, in Galgenen | member of the direction | joint signature at two limited to the main office |
|  | 90 |  | Gywat, Oliver, von Riehen, in Zürich | member of the direction | joint signature at two limited to the main office |
| 91 |  |  | Heinz, Stefan, von Zürich, in Fischbach-Göslikon | member of the direction | joint signature at two limited to the main office |
|  | 87 |  | Helbling, Michael, von Luzern, in Freienbach | member of the direction | joint signature at two limited to the main office |
| 90 |  |  | Hilfing, Tomas, von Meilen, in Meilen | member of the direction | joint signature at two limited to the main office |
|  | 86 |  | Hirzel, Heinrich, von Zürich, in Bassersdorf | member of the direction | joint signature at two limited to the main office |
| 87 |  |  | Hunziker, Jean Jacques, von Kirchleerau, in Thalwil | member of the direction | joint signature at two limited to the main office |
|  | 90 |  | Jereb, Taja, slowenische Staatsangehörige, in Zürich | member of the direction | joint signature at two limitted to the main office |
|  | 71 |  | Luchsinger, Christian, von Herrliberg, in Zürich | member of the direction | joint signature at two limited to the main office |
|  | 51 |  | Manente, Patrizia, von Dübendorf, in Dübendorf | member of the direction | joint signature at two limitted to the main office |
| 1 |  |  | Maritz, Peter, von Zürich, in Küsnacht ZH | member of the direction | joint signature at two limited to the main office |
|  | 64 |  | Meier, Gérald, von Lengwil, in Montana | member of the direction | joint signature at two limited to the main office |
|  | 30 |  | Molzahn, Rüdiger, deutscher Staatsangehöriger, in Boniswil | member of the direction | joint signature at two limited to the main office |
|  | 66 |  | Montgomery, Magnus, britischer Staatsangehöriger, in Winkel | member of the direction | joint signature at two limited to the main office |
|  | 64 |  | Moraru, Iurie, rumänischer Staatsangehöriger, in Freienbach | member of the direction | joint signature at two limited to the main office |
|  | 11 |  | Müller, Franziska, von Walchwil, in Obfelden | member of the direction | joint signature at two limited to the main office |
|  | 51 |  | Nicolay, Igor, von Bergün/Bravuogn, in Zürich | member of the direction | joint signature at two limited to the main office |
|  | 86 |  | Özcan, Cihan, von Basel, in Basel | member of the direction | joint signature at two limited to the main office |
| 1 |  |  | Räss, Daniel, von Benken ZH und Geroldswil, in Oberlunkhofen | member of the direction | joint signature at two limited to the main office |
|  | 71 |  | Reinstadler, Silvan, von Obersiggenthal, in Niederglatt | member of the direction | joint signature at two limited to the main office |

Zürich, 10.10.2019                                                                                   Continuation on the following page

## Commercial register of canton Zurich

| 105.933.968 | Falcon Private Bank AG | | Zürich | 5 |
|---|---|---|---|---|

Valid datas only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 70 | | | Reist, Andreas, von Oberburg, in Adliswil | member of the direction | joint signature at two limited to the main office |
| | 51 | | Reuthinger, Thomas, von Neunkirch, in Rümlang | member of the direction | joint signature at two limited to the main office |
| 87 | | | Richards, Katie, von Zürich, in Zürich | member of the direction | joint signature at two limitted to the main office |
| 91 | | | Rijntjes, Evert-Jan, niederländischer Staatsangehöriger, in Kilchberg (ZH) | member of the direction | joint signature at two limited to the main office |
| 91 | | | Ritzl, Marc, von Bergdietikon, in Volketswil | member of the direction | joint signature at two limited to the main office |
| 84 | | | Roy, Iryna, von Biel/Bienne, in Männedorf | member of the direction | joint signature at two limitted to the main office |
| 1 | | | Sato, Masayuki, japanischer Staatsangehöriger, in Meilen | member of the direction | joint signature at two limited to the main office |
| | 90 | | Schleiffer, Philipp, von Luzern, in Stäfa | member of the direction | joint signature at two limited to the main office |
| 1 | | | Schmid, Kuno, von Nesslau-Krummenau, in Seuzach | member of the direction | joint signature at two limited to the main office |
| | 86 | | Schmidlin, Boris Dominic, von Dittingen, in Zürich | member of the direction | joint signature at two limited to the main office |
| 11 | | | Schramböck, Patrick, österreichischer Staatsangehöriger, in Baar | member of the direction | joint signature at two limited to the main office |
| | 18 | | Schwarz, Ursula, von Oberrieden und Binningen, in Oberrieden | member of the direction | joint signature at two limited to the main office |
| | 18 | | Skyvell, Kristoffer, schwedischer Staatsangehöriger, in Küsnacht ZH | member of the direction | joint signature at two limited to the main office |
| 74 | | | Stuppacher, Michael, von Eggersriet, in Zürich | member of the direction | joint signature at two limited to the main office |
| 50 | | | Timpanaro, Gianmarco, italienischer Staatsangehöriger, in Gipf-Oberfrick | member of the direction | joint signature at two limited to the main office |
| 70 | | | Van Berkel, Jocelyn, niederländische Staatsangehörige, in Zürich | member of the direction | joint signature at two limitted to the main office |
| | 86 | | Voci, Giuseppe, von St. Gallen, in Zürich | member of the direction | joint signature at two limited to the main office |
| 91 | | | Volland, Thomas, von Kilchberg (ZH), in Kilchberg (ZH) | member of the direction | joint signature at two limited to the main office |
| | 86 | | Volz, Oliver, von Wangen-Brüttisellen, in Uster | member of the direction | joint signature at two limited to the main office |
| | 54 | | Vonlanthen, Roger, von Schmitten FR, in Freienbach | member of the direction | joint signature at two limited to the main office |
| 55 | | | Zaitsev, Gueorgi, dänischer Staatsangehöriger, in Fällanden | member of the direction | joint signature at two limited to the main office |
| | 64 | | Zalad, Konstantin, von Stein AG, in Schlieren | member of the direction | joint signature at two limited to the main office |
| | 11 | | Zgraggen, Roy, von Gurtnellen, in Zollikon | member of the direction | joint signature at two limited to the main office |
| | 18 | | Zimmermann, Beat, von Luzern, in Galgenen | member of the direction | joint signature at two limited to the main office |
| 23 | | | Zobl, Matthias, von Rüschlikon, in Rüschlikon | member of the direction | joint signature at two limited to the main office |
| 66 | | | PricewaterhouseCoopers AG (CHE-106.839.438), in Zürich | auditor | |
| 89 | | | Heyward II, George, amerikanischer Staatsangehöriger, in Zürich | | joint signature at two limited to the main office |
| | 89 | | Huggenberger, Eric, von Zürich, in Erlenbach (ZH) | | joint signature at two limited to the main office |

Zürich, 10.10.2019

Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | Zürich |

Valid datas only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 6 | | | Allenspach, Susanne, von Zürich, in Zürich | | joint agent signature at two limitted to the main office |
| 71 | | | Aouak, Khalil, von Illnau-Effretikon, in Illnau-Effretikon | | joint agent signature at two limited to the main office |
| 74 | | | Bartlett, Aline, von Beringen, in Langnau am Albis | | joint agent signature at two limited to the main office |
| 84 | | | Baumann, Marc, von Hedingen, in Fällanden | | joint agent signature at two limited to the main office |
| 86 | | | Beglinger, Diego, von Sennwald, in Dübendorf | | joint agent signature at two limited to the main office |
| | 18 | | Bertschy, Nadine, von Kloten, in Bülach | | joint agent signature at two limited to the main office |
| | 92 | | Bigler, Melanie, von Oberthal, in Hüntwangen | | joint agent signature at two limitted to the main office |
| 86 | | | Borer, Michael, von Stäfa, in Adliswil | | joint agent signature at two limited to the main office |
| | 49 | | De Zordi, Barbara, von Chur, in Zürich | | joint agent signature at two limitted to the main office |
| 74 | | | Dybing, Helén, schwedische Staatsangehörige, in Zürich | | joint agent signature at two limitted to the main office |
| 87 | | | Eggli, Silvio, von Feuerthalen, in Jonen | | joint agent signature at two limited to the main office |
| 92 | | | Ferreira Neves, Catia Raquel, portugiesische Staatsangehörige, in Zürich | | joint agent signature at two limited to the main office |
| 86 | | | Franzini, Peter, von Küssnacht (SZ), in Neuhausen am Rheinfall | | joint agent signature at two limited to the main office |
| | 87 | | Frei, Jennifer, von Dübendorf, in Volketswil | | joint agent signature at two limited to the main office |
| 84 | | | Hauser, Andreas, von Rifferswil, in Uster | | joint agent signature at two limited to the main office |
| 74 | | | Kienle, Werner, von Wilen TG, in Zollikon | | joint agent signature at two limited to the main office |
| 51 | | | Kipfer, Yayoi, japanische Staatsangehörige, in Meilen | | joint agent signature at two limited to the main office |
| 86 | | | Lonido, Laura, von Regensdorf, in Regensdorf | | joint agent signature at two limitted to the main office |
| 30 | | | Martino, Luisa, von Schlieren, in Schlieren | | joint agent signature at two limitted to the main office |
| 18 | | | Monaco, Laura, von Uster, in Uster | | joint agent signature at two limited to the main office |
| 68 | | | Nguy, Gérald, von Amden, in Illnau-Effretikon | | joint agent signature at two limited to the main office |
| 86 | | | Onya, Polina, russische Staatsangehörige, in Richterswil | | joint agent signature at two limitted to the main office |
| 64 | | | Osterwalder, Tiziana, von Stettfurt, in Schlieren | | joint agent signature at two limitted to the main office |
| 64 | | | Peter, Andrea, von Stäfa, in Maur | | joint agent signature at two limited to the main office |
| 71 | | | Petronijevic, Valentina, von Triengen, in Steinhausen | | joint agent signature at two limitted to the main office |
| 91 | | | Pfeifer, Rolf, von Zürich, in Lindau | | joint agent signature at two limited to the main office |
| 91 | | | Picuccio, Giuseppe, italienischer Staatsangehöriger, in Horgen | | joint agent signature at two limited to the main office |

Zürich, 10.10.2019
Continuation on the following page

## Commercial register of canton Zurich

| | | | | | | |
|---|---|---|---|---|---|---|
| | 105.933.968 | Falcon Private Bank AG | | | Zürich | 7 |

Valid datas only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 42 | | | Pucino, My, von Meilen, in Regensdorf | | joint agent signature at two limitted to the main office |
| 86 | | | Rosenberg, Penelope, von Bern, in Zürich | | joint agent signature at two limitted to the main office |
| 64 | | | Rossini, Luca, von Monte Carasso, in Weiningen ZH | | joint agent signature at two limited to the main office |
| 86 | | | Stummer, Alex, österreichischer Staatsangehöriger, in Zürich | | joint agent signature at two limited to the main office |
| 91 | | | Würmli, Benjamin, von Rothenthurm, in Urdorf | | joint agent signature at two limited to the main office |
| 66 | | | Zumoberhaus, Olivier, von Obergoms, in Zürich | | joint agent signature at two limited to the main office |

Zürich, 10.10.2019



This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the company in question. On special request it is also possible to provide an extract containing all entries. The Commercial Registry Office of the Canton of Zurich does not accept any liability for this extract from the Commercial Register not being accepted as sufficient proof of the facts stated therein at its place of destination.

# Exhibit 40b



# Commercial register of canton Zurich

| Identification number<br>**CHE-105.933.968** | Legal status<br>**Limited or Corporation** | Entry<br>08/09/1965 | Cancelled | Carried CH-020.3.927.218-6<br>from: CH-020.3.927.218-6/b<br>on: | 1 |
|---|---|---|---|---|---|

[barcode]    Valid data only

| In | Ca | Business name | | | Ref | Legal seat |
|---|---|---|---|---|---|---|
| 1 | | **Falcon Private Bank AG** | | | 1 | Zurich |
| 1 | | (Falcon Private Bank Ltd.) (Falcon Private Bank SA) | | | | |

| In | Ca | 1 | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 3 | | 120,000,000.00 | 120,000,000.00 | 30,000 nominal shares to CHF 40,000.00 | 1 | | Pelikanstrasse 37<br>8001 Zurich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 43 | | The purpose of the company is to operate an internationally-oriented bank, having its main focus on asset management. As part of this objective, the bank's activities extend in particular to the following business sectors: deposit business excluding the issuance of cash bonds; lending business with special consideration to Lombard credits; trading for own accounts and third party accounts in foreign exchange, precious metals, securities, goods and derivatives; asset management and investment advice; providing all general banking financial services and fiduciary transactions; deposits and letters of credit in connection with other customer businesses; underwriting transactions including participation in syndicates; safekeeping of all kinds of effects and valuables; representation of foreign capital investments in Switzerland and their distribution in and from Switzerland in accordance with the provisions of the Swiss Federal Collective Investment Act. The company can also acquire, manage and sell holdings and real estate, set up companies, represent and advise and carry out all business that is suitable for achieving the company's purpose. The company can set up branches and subsidiaries as well as representative offices domestically as well as abroad. | | | |

| In | Ca | Remarks | Ref | Date of the facts |
|---|---|---|---|---|
| 1 | | Notifications to shareholders are made in writing to the address entered in the stock ledger. | 1 | 10/10/1990 |
| | | | 1 | 12/22/1994 |
| 1 | | The transferability of the nominal shares is limited in accordance with the art. of assoc. | 1 | 11/26/1998 |
| | | Office: Hochbordstrasse 1, 8600 Dübendorf. | 1 | 06/17/2005 |
| 1 | | With the ordinary capital increase on November 24, 2009, a claim for | 1 | 04/17/2009 |
| 3 | | CHF 60,000,000.00 will be raised, for which 15,000 nominal shares are issued at | 3 | 11/24/2009 |
| | | CHF 4,000.00. | 43 | 02/04/2014 |
| 66 | | Additional address: Postfach [P.O. Box] 1376, 8021 Zurich. | | |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | CHF 2,000,000 paid up in full by appropriately using the reserves that are freely available to the General Assembly. | 1 | SHAB [*Schweizerisches Handelsamtsblatt,* Swiss Commercial Gazette] |
| 1 | | The company has decided to merge with Kaerpf Holding AG Glarus, in Glarus. Based on the balance sheet dated 06/30/1984, the assets and liabilities were transferred to Ueberseebank AG within the meaning of Art. 748 OR [*Obligationsrecht,* Swiss Code of Obligations]; see journal 15286/1984 for details. | | |

Zurich, 10/10/2019                                                                                         Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | Zurich |
|---|---|---|

Valid data only

| Vis | Ref | Journal | Date | SOGC | SOGC Date | Page / Id | Vis | Ref | Journal | Date | SOGC | SOGC Date | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0 | (Transfer) |  |  | (Transfer) |  |  | 48 | B 22987 | 07/09/2014 | B 133 | 07/14/2014 | 161[ill.] |
|  | 1 | 33698 | 08/31/2009 | 171 | 09/04/2009 | 26 / 5231686 |  | 49 | 33442 | 10/09/2014 | 198 | 10/14/2014 | 1766[ill.] |
|  | 2 | 44453 | 11/13/2009 | 225 | 11/19/2009 | 24 / 5351078 |  | 50 | 39955 | 12/01/2014 | 235 | 12/04/2014 | 185937[ill.] |
|  | 3 | 47792 | 12/08/2009 | 242 | 12/14/2009 | 20 / 5390434 |  | 51 | 7674 | 02/26/2015 | 42 | 03/03/2015 | 2018623 |
|  | 4 | 384 | 01/05/2010 | 6 | 01/11/2010 | 29 / 5433950 |  | 52 | 10874 | 03/24/2015 | 60 | 03/27/2015 | 2067637 |
|  | 5 | 8960 | 03/01/2010 | 45 | 03/05/2010 | 28 / 5526678 |  | 53 | B 11420 | 03/27/2015 | B 63 | 04/01/2015 | 2075665 |
|  | 6 | 11355 | 03/19/2010 | 59 | 03/25/2010 | 23 / 5558724 |  | 54 | B 11714 | 03/31/2015 | B 65 | 04/07/2015 | 2080711 |
|  | 7 | 21722 | 06/14/2010 | 116 | 06/18/2010 | 30 / 5682990 |  | 55 | 17206 | 05/15/2015 | 95 | 05/20/2015 | 2160219 |
|  | 8 | 23468 | 06/25/2010 | 125 | 07/01/2010 | 37 / 5703192 |  | 56 | 17782 | 05/20/2015 | 98 | 05/26/2015 | 2167765 |
|  | 9 | 31585 | 09/01/2010 | 173 | 09/07/2010 | 26 / 5801788 |  | 57 | 28674 | 08/13/2015 | 158 | 08/18/2015 | 2325761 |
|  | 10 | 41017 | 11/23/2010 | 232 | 11/29/2010 | 24 / 5914774 |  | 58 | 31557 | 09/08/2015 | 176 | 09/11/2015 | 2368305 |
|  | 11 | 1132 | 01/07/2011 | 9 | 01/13/2011 | 23 /5984006 |  | 59 | 32137 | 09/14/2015 | 180 | 09/17/2015 | 2377601 |
|  | 12 | 8184 | 02/28/2011 | 44 | 03/03/2011 | 6059836 |  | 60 | 34655 | 10/05/2015 | 195 | 10/08/2015 | 2414949 |
|  | 13 | 19620 | 05/30/2011 | 107 | 06/03/2011 | 6190856 |  | 61 | 41135 | 11/25/2015 | 232 | 11/30/2015 | 2508617 |
|  | 14 | 20989 | 06/09/2011 | 114 | 06/15/2011 | 6205234 |  | 62 | N 43731 | 12/14/2015 | N 245 | 12/17/2015 | 2545991 |
|  | 15 | 29571 | 08/15/2011 | 159 | 08/18/2011 | 6300246 |  | 63 | 4150 | 02/01/2016 | 24 | 02/04/2016 | 2639549 |
|  | 16 | 30440 | 08/22/2011 | 164 | 08/25/2011 | 6308614 |  | 64 | 5339 | 02/09/2016 | 30 | 02/12/2016 | 2663087 |
|  | 17 | 45436 | 12/19/2011 | 249 | 12/22/2011 | 6473092 |  | 65 | B 14667 | 04/25/2016 | B 82 | 04/28/2016 | 2804775 |
|  | 18 | 4916 | 02/06/2012 | 28 | 02/09/2012 | 6542696 |  | 66 | 21219 | 06/16/2016 | 118 | 06/21/2016 | 2901521 |
|  | 19 | B 5755 | 02/13/2012 | B 33 | 02/16/2012 | 6552852 |  | 67 | 21788 | 06/21/2016 | 121 | 06/24/2016 | 2910479 |
|  | 20 | 16587 | 05/18/2012 | 99 | 05/23/2012 | 6689264 |  | 68 | 29998 | 08/26/2016 | 168 | 08/31/2016 | 3029073 |
|  | 21 | 17429 | 05/29/2012 | 105 | 06/01/2012 | 6700670 |  | 69 | 31824 | 09/13/2016 | 180 | 09/16/2016 | 3058171 |
|  | 22 | 24132 | 07/17/2012 | 140 | 07/20/2012 | 6779032 |  | 70 | 43772 | 12/08/2016 | 242 | 12/13/2016 | 3218115 |
|  | 23 | 39281 | 11/15/2012 | 226 | 11/20/2012 | 6938314 |  | 71 | 7131 | 02/21/2017 | 39 | 02/24/2017 | 3368311 |
|  | 24 | 39724 | 11/20/2012 | 229 | 11/23/2012 | 6944492 |  | 72 | 12661 | 04/06/2017 | 71 | 04/11/2017 | 3461359 |
|  | 25 | 665 | 01/10/2013 | 9 | 01/15/2013 | 7015202 |  | 73 | 17438 | 05/17/2017 | 98 | 05/22/2017 | 3535025 |
|  | 26 | B 1135 | 01/15/2013 | B 12 | 01/18/2013 | 7022542 |  | 74 | 18784 | 05/30/2017 | 106 | 06/02/2017 | 3557861 |
|  | 27 | 1997 | 01/21/2013 | 16 | 01/24/2013 | 7031946 |  | 75 | 23126 | 06/30/2017 | 128 | 07/05/2017 | 3623229 |
|  | 28 | 8680 | 03/12/2013 | 52 | 03/15/2013 | 7106970 |  | 76 | 28505 | 08/11/2017 | 157 | 08/16/2017 | 3698963 |
|  | 29 | 17409 | 06/05/2013 | 109 | 06/10/2013 | 7220540 |  | 77 | 31455 | 09/08/2017 | 177 | 09/13/2017 | 3749179 |
|  | 30 | 19138 | 06/19/2013 | 119 | 06/24/2013 | 933285 |  | 78 | 37671 | 10/30/2017 | 213 | 11/02/2017 | 3845833 |
|  | 31 | B 19450 | 06/21/2013 | B 121 | 06/26/2013 | 939549 |  | 79 | 41113 | 11/24/2017 | 232 | 11/29/2017 | 3898623 |
|  | 32 | 21966 | 07/11/2013 | 135 | 07/16/2013 | 979855 |  | 80 | B 41659 | 11/29/2017 | B 235 | 12/04/2017 | 3906519 |
|  | 33 | 28316 | 09/05/2013 | 174 | 09/10/2013 | 1068601 |  | 81 | 42315 | 12/04/2017 | 238 | 12/07/2017 | 3915795 |
|  | 34 | 28682 | 09/10/2013 | 177 | 09/13/2013 | 1075065 |  | 82 | 44466 | 12/18/2017 | 248 | 12/21/2017 | 3947201 |
|  | 35 | 31098 | 10/01/2013 | 192 | 10/04/2013 | 1109807 |  | 83 | 116 | 01/03/2018 | 4 | 01/08/2018 | 3970893 |
|  | 36 | 31650 | 10/04/2013 | 195 | 10/09/2013 | 1117735 |  | 84 | 1671 | 01/11/2018 | 10 | 01/16/2018 | 3991771 |
|  | 37 | 33210 | 10/18/2013 | 205 | 10/23/2013 | 1140951 |  | 85 | 6219 | 02/12/2018 | 32 | 02/15/2018 | 4057721 |
|  | 38 | 39702 | 12/10/2013 | 242 | 12/13/2013 | 1234425 |  | 86 | 14480 | 04/19/2018 | 78 | 04/24/2018 | 4189723 |
|  | 39 | 41484 | 12/20/2013 | 250 | 12/27/2013 | 1259529 |  | 87 | 16180 | 05/04/2018 | 89 | 05/09/2018 | 4219785 |
|  | 40 | 135 | 01/06/2014 | 5 | 01/09/2014 | 1273753 |  | 88 | 16724 | 05/09/2018 | 92 | 05/15/2018 | 4228141 |
|  | 41 | 5152 | 02/10/2014 | 30 | 02/13/2014 | 1343509 |  | 89 | 19982 | 06/06/2018 | 110 | 06/11/2018 | 4280535 |
|  | 42 | 6780 | 02/21/2014 | 39 | 02/26/2014 | 1367239 |  | 90 | 36698 | 10/12/2018 | 201 | 10/17/2018 | 1004478100 |
|  | 43 | 7104 | 02/25/2014 | 41 | 02/28/2014 | 1371895 |  | 91 | 43410 | 12/03/2018 | 237 | 12/06/2018 | 1004513534 |
|  | 44 | 11490 | 04/01/2014 | 66 | 04/04/2014 | 1435367 |  | 92 | 8186 | 02/22/2019 | 40 | 02/27/2019 | 1004575660 |
|  | 45 | 13502 | 04/16/2014 | 77 | 04/23/2014 | 1464733 |  | 93 | 16989 | 04/30/2019 | 85 | 05/03/2019 | 1004622258 |
|  | 46 | 19069 | 06/10/2014 | 112 | 06/13/2014 | 1551845 |  | 94 | 22139 | 06/07/2019 | 112 | 06/13/2019 | 1004649734 |
|  | 47 | 21234 | 06/26/2014 | 124 | 07/01/2014 | 1583839 |  |  |  |  |  |  |  |



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | Zurich | 3 |

Valid data only

| In | Ca | Personal data | Function | Signature |
|---|---|---|---|---|
| | | Grassi, Dr. Roberto, from Mendrisio, in Lugano | president of the board of directors | joint signature at two |
| | | Latroche, Cyril, French citizen, in Abu Dhabi (UAE) | VP of the board of directors | joint signature at two |
| 87 | | Bernegger, Marc Philipp, from Zurich, in Zollikon | member of the board of directors | joint signature at two |
| | | Hum, Matthew, British citizen, in Abu Dhabi (UAE) | member of the board of directors | joint signature at two |
| | | Schärer, Dominik, from Thunstetten, in Zofingen | member of the board of directors | joint signature at two |
| 90 | | Keller, Martin, from Baden, in Oberwil-Lieli | pres. of management | joint signature at two |
| | | Clavel, Xavier, from Sion, in Zollikon | member of the management | joint signature at two |
| | | Fiddes, Alastair, British citizen, in Freienbach | member of the management | joint signature at two |
| | | Maccio, Matteo, from Rossinière, in Küsnacht (ZH) | member of the management | joint signature at two |
| | | Meyer, Bruno, from Emmen, in Stäfa | member of the management | joint signature at two |
| | | Müller, Andreas, from Unterkulm, in Zurich | member of the direction | joint signature at two |
| 90 | | Aiello, Bettina, from Kallnach, in Bülach | member of the direction | joint signature at two limited to main office |
| 51 | | Ajvazi, Eldin, from Hombrechtikon, in Beringen | member of the direction | joint signature at two limited to main office |
| | | Ashapa, Rebecca, from Benken (ZH), in Zurich | member of the direction | joint signature at two limited to main office |
| 90 | | Beraha-Levy, Lara, German citizen, in Zurich | member of the direction | joint signature at two limited to main office |
| | | Bertschi, Andreas, from Dürrenäsch, in Zurich | member of the direction | joint signature at two limited to main office |
| | | Blum, Christian, from Thalwil, in Rüschlikon | member of the direction | joint signature at two limited to main office |
| 90 | | Bollhalder, Stefan, from Wädenswil, in Wädenswil | member of the direction | joint signature at two limited to main office |
| 49 | | Bühlmann, Carole, from Ruswil, in Cham | member of the direction | joint signature at two limited to main office |
| | | Buschor, Patricia, from Altstätten, in Zollikon | member of the direction | joint signature at two limited to main office |
| | | Cantieni, Gregor, from Andeer, in Freienbach | member of the direction | joint signature at two limited to main office |
| | | D'Alelio, Antonio, called Tony, from Weinfelden, in Zurich | member of the direction | joint signature at two limited to main office |
| | | D'Angelo, Marco, from Männedorf, in Männedorf | member of the direction | joint signature at two limited to main office |
| 87 | | Di Grezia, Fabio, from Schlieren, in Unterengstringen | member of the direction | joint signature at two limited to main office |
| | | Eckard, Bernard, from Winterthur, in Zurich | member of the direction | joint signature at two limited to main office |
| | | Egger, Daniel Philippe, from Aarwangen, in Thalwil | member of the direction | joint signature at two limited to main office |
| 18 | | Erismann, Frank, from Wettingen, in Stäfa | member of the direction | joint signature at two limited to main office |

[This column contains numbers that are all cut off - illegible]



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | Zurich | |
|---|---|---|---|

Valid data only

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| | 49 | | Fässler, Bernhard, from Ingenbohl, in Nottwil | member of the direction | joint signature at two limited to main office |
| 90 | | | Fehr, Patrick, from Wagenhausen, in Gachnang | member of the direction | joint signature at two limited to main office |
| 70 | | | Fehr, Urs, from Biel/Bienne, in Thalwil | member of the direction | joint signature at two limited to main office |
| 1 | | | Frehner, Daniel, from Urnäsch, in Illnau-Effretikon | member of the direction | joint signature at two limited to main office |
| 1 | | | Furrer, Gertrud, from Schongau, in Jonen | member of the direction | joint signature at two limited to main office |
| | 90 | | Ganzer, Grit, German citizen, in Winkel | member of the direction | joint signature at two limited to main office |
| | 30 | | Gigante, Dario, Italian citizen, in Meilen | member of the direction | joint signature at two limited to main office |
| 84 | | | Gilliard, Philippe, from Suscèvaz, in Galgenen | member of the direction | joint signature at two limited to main office |
| | 90 | | Gywat, Oliver, from Riehen, in Zurich | member of the direction | joint signature at two limited to main office |
| 91 | | | Heinz, Stefan, from Zurich, in Fischbach-Göslikon | member of the direction | joint signature at two limited to main office |
| | 87 | | Helbling, Michael, from Lucerne, in Freienbach | member of the direction | joint signature at two limited to main office |
| 90 | | | Hilfing, Tomas, from Meilen, in Meilen | member of the direction | joint signature at two limited to main office |
| | 86 | | Hirzel, Heinrich, from Zurich, in Bassersdorf | member of the direction | joint signature at two limited to main office |
| 87 | | | Hunziker, Jean Jacques, from Kirchleerau, in Thalwil | member of the direction | joint signature at two limited to main office |
| | 90 | | Jereb, Taja, Slovenian citizen, in Zurich | member of the direction | joint signature at two limited to main office |
| | 71 | | Luchsinger, Christian, from Herrliberg, in Zurich | member of the direction | joint signature at two limited to main office |
| | 51 | | Manente, Patrizia, from Dübendorf, in Dübendorf | member of the direction | joint signature at two limited to main office |
| 1 | | | Maritz, Peter, from Zurich, in Küsnacht ZH | member of the direction | joint signature at two limited to main office |
| | 64 | | Meier, Gerald, from Lengwil, in Montana | member of the direction | joint signature at two limited to main office |
| | 30 | | Molzahn, Rüdiger, German citizen, in Boniswil | member of the direction | joint signature at two limited to main office |
| | 66 | | Montgomery, Magnus, British citizen, in Winkel | member of the direction | joint signature at two limited to main office |
| | 64 | | Moraru, Iurie, Romanian citizen, in Freienbach | member of the direction | joint signature at two limited to main office |
| | 11 | | Müller, Franziska, from Walchwil, in Obfelden | member of the direction | joint signature at two limited to main office |
| | 51 | | Nicolay, Igor, from Bergün/Bravuogn, in Zurich | member of the direction | joint signature at two limited to main office |
| | 86 | | Özcan, Cihan, from Basel, in Basel | member of the direction | joint signature at two limited to main office |
| 1 | | | Räss, Daniel, from Benken ZH and Geroldswil, in Oberlunkhofen | member of the direction | joint signature at two limited to main office |
| | 71 | | Reinstadler, Silvan, from Obersiggenthal, in Niederglatt | member of the direction | joint signature at two limited to main office |

Zurich, 10/10/2019                                                                                         Continues on the following page


# Commercial register of canton Zurich

| **CHE-105.933.968** | | | **Falcon Private Bank AG** | **Zurich** | |
|---|---|---|---|---|---|

Valid data only

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 70 | | | Reist, Andreas, from Oberburg, in Adliswil | member of the direction | joint signature at two limited to main office |
| | 51 | | Reuthinger, Thomas, from Neunkirch, in Rümlang | member of the direction | joint signature at two limited to main office |
| 87 | | | Richards, Katie, from Zurich, in Zurich | member of the direction | joint signature at two limited to main office |
| 91 | | | Rijntjes, Evert-Jan, Dutch citizen, in Kilchberg (ZH) | member of the direction | joint signature at two limited to main office |
| 91 | | | Ritzl, Marc, from Bergdietikon, in Volketswil | member of the direction | joint signature at two limited to main office |
| 84 | | | Roy, Iryna, from Biel/Bienne, in Männedorf | member of the direction | joint signature at two limited to main office |
| 1 | | | Sato, Masayuki, Japanese citizen, in Meilen | member of the direction | joint signature at two limited to main office |
| | 90 | | Schleiffer, Philipp, from Luzern, in Stäfa | member of the direction | joint signature at two limited to main office |
| 1 | | | Schmid, Kuno, from Nesslau-Krummenau, in Seuzach | member of the direction | joint signature at two limited to main office |
| | 86 | | Schmidlin, Boris Dominic, from Dittingen, in Zurich | member of the direction | joint signature at two limited to main office |
| 11 | | | Schramböck, Patrick, Austrian citizen, in Baar | member of the direction | joint signature at two limited to main office |
| | 18 | | Schwarz, Ursula, from Oberrieden and Binningen, in Oberrieden | member of the direction | joint signature at two limited to main office |
| | 18 | | Skyvell, Kristoffer, Swedish citizen, in Küsnacht ZH | member of the direction | joint signature at two limited to main office |
| 74 | | | Stuppacher, Michael, from Eggersriet, in Zurich | member of the direction | joint signature at two limited to main office |
| 50 | | | Timpanaro, Gianmarco, Italian citizen, in Gipf-Oberfrick | member of the direction | joint signature at two limited to main office |
| 70 | | | Van Berkel, Jocelyn, Dutch citizen, in Zurich | member of the direction | joint signature at two limited to main office |
| | 86 | | Voci, Giuseppe, from St. Gallen, in Zurich | member of the direction | joint signature at two limited to main office |
| 91 | | | Volland, Thomas, from Kilchberg (ZH), in Kilchberg (ZH) | member of the direction | joint signature at two limited to main office |
| | 86 | | Volz, Oliver, from Wangen-Brüttisellen, in Uster | member of the direction | joint signature at two limited to main office |
| | 54 | | Vonlanthen, Roger, from Schmitten FR, in Freienbach | member of the direction | joint signature at two limited to main office |
| 55 | | | Zaitsev, Gueorgi, Danish citizen, from Fällanden | member of the direction | joint signature at two limited to main office |
| | 64 | | Zalad, Konstantin, from Stein AG, in Schlieren | member of the direction | joint signature at two limited to main office |
| | 11 | | Zgraggen, Roy, from Gurtnellen, in Zollikon | member of the direction | joint signature at two limited to main office |
| | 18 | | Zimmermann, Beat, from Luzern, in Galgenen | member of the direction | joint signature at two limited to main office |
| 23 | | | Zobl, Matthias, from Rüschlikon, in Rüschlikon | member of the direction | joint signature at two limited to main office |
| 66 | | | PricewaterhouseCoopers AG (CHE-106.839.438), in Zurich | auditor | |
| 89 | | | Heyward II, George, American citizen, in Zurich | | joint signature at two limited to main office |
| | 89 | | Huggenberger, Eric, from Zurich, in Erlenbach (ZH) | | joint signature at two limited to main office |

Zurich, 10/10/2019                                          Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | Zurich | |
|---|---|---|---|

Valid data only

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 6 | | | Allenspach, Susanne, from Zurich, in Zurich | | joint agent signature at two limited to main office |
| 71 | | | Aouak, Khalil, from Illnau-Effretikon, in Illnau-Effretikon | | joint agent signature at two limited to main office |
| 74 | | | Bartlett, Aline, from Beringen, in Langnau am Albis | | joint agent signature at two limited to main office |
| 84 | | | Baumann, Marc, from Hedingen, in Fällanden | | joint agent signature at two limited to main office |
| 86 | | | Beglinger, Diego, from Sennwald, in Dübendorf | | joint agent signature at two limited to main office |
| | 18 | | Bertschy, Nadine, from Kloten, in Bülach | | joint agent signature at two limited to main office |
| | 92 | | Bigler, Melanie, from Oberthal, in Hüntwangen | | joint agent signature at two limited to main office |
| 86 | | | Borer, Michael, from Stäfa, in Adliswil | | joint agent signature at two limited to main office |
| | 49 | | De Zordi, Barbara, from Chur, in Zurich | | joint agent signature at two limited to main office |
| 74 | | | Dybing, Helén, Swedish citizen, in Zurich | | joint agent signature at two limited to main office |
| 87 | | | Eggli, Silvio, from Feuerthalen, in Jonen | | joint agent signature at two limited to main office |
| 92 | | | Ferreira Neves, Catia Raquel, Portuguese citizen, in Zurich | | joint agent signature at two limited to main office |
| 86 | | | Franzini, Peter, from Küssnacht (SZ), in Neuhausen am Rheinfall | | joint agent signature at two limited to main office |
| | 87 | | Frei, Jennifer, from Dübendorf, in Volketswil | | joint agent signature at two limited to main office |
| 84 | | | Hauser, Andreas, from Rifferswil, in Uster | | joint agent signature at two limited to main office |
| 74 | | | Kienle, Werner, from Wilen TG, in Zollikon | | joint agent signature at two limited to main office |
| 51 | | | Kipfer, Yayoi, Japanese citizen, in Meilen | | joint agent signature at two limited to main office |
| 86 | | | Lonido, Laura, from Regensdorf, in Regensdorf | | joint agent signature at two limited to main office |
| 30 | | | Martino, Luisa, from Schlieren, in Schlieren | | joint agent signature at two limited to main office |
| 18 | | | Monaco, Laura, from Uster, in Uster | | joint agent signature at two limited to main office |
| 68 | | | Nguy, Gérald, from Amden, in Illnau-Effretikon | | joint agent signature at two limited to main office |
| 86 | | | Onya, Polina, Russian citizen, in Richterswil | | joint agent signature at two limited to main office |
| 64 | | | Osterwalder, Tiziana, from Stettfurt, in Schlieren | | joint agent signature at two limited to main office |
| 64 | | | Peter, Andrea, from Stäfa, in Maur | | joint agent signature at two limited to main office |
| 71 | | | Petronijevic, Valentina, from Triengen, in Steinhausen | | joint agent signature at two limited to main office |
| 91 | | | Pfeifer, Rolf, from Zurich, in Lindau | | joint agent signature at two limited to main office |
| 91 | | | Picuccio, Giuseppe, Italian national, in Horgen | | joint agent signature at two limited to main office |

Zurich, 10/10/2019                                                                 Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.933.968 | Falcon Private Bank AG | Zurich | 7 |

Valid data only

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 42 | | | Pucino, My, from Meilen, in Regensdorf | | joint agent signature at two limited to main office |
| 86 | | | Rosenberg, Penelope, from Bern, in Zurich | | joint agent signature at two limited to main office |
| 64 | | | Rossini, Luca, from Monte Carasso, in Weiningen ZH | | joint agent signature at two limited to main office |
| 86 | | | Stummer, Alex, Austrian citizen, in Zurich | | joint agent signature at two limited to main office |
| 91 | | | Würmli, Benjamin, from Rothenthurm, in Urdorf | | joint agent signature at two limited to main office |
| 66 | | | Zumoberhaus, Olivier, from Obergoms, in Zurich | | joint agent signature at two limited to main office |

Zurich, 10/10/2019



Stamp: Canton of Zurich
[lion image]
**Commercial Register**

Certified excerpt

The Registrar p.p.

[signature]

This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the Company in question. On special request it is also possible to provide an extract containing all entries. The Commercial Registry Office of the Canton of Zürich does not accept any liability for this extract from the Commercial Register not being accepted as sufficient proof of the facts stated therein at its place of destination.

# TRANSLATION CERTIFICATION

Date: February 24, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:

- Falcon Private Bank AG - Commercial Register of Canton Zurich (10.10.2019) 4837-0871-4933 v.1

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li