# Exhibit 42a

# Commercial registry office of Canton Ticino

| Identification number | Legal status | Entry | Cancelled | Carried from: CH-514.3.000.161-7/a on: | CH-514.3.000.161-7 | 1 |
|---|---|---|---|---|---|---|
| CHE-102.147.643 | Limited or Corporation | 28.03.1974 | 29.04.2016 | | | |

All datas

**Cancelled company**

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 7 | ~~Gantrade Banca Privata Lugano SA~~ | 0 | so far: Zurigo |
| 1 | 7 | ~~(Gantrade Banque Privée Lugano SA) (Gantrade Private Bank Lugano Ltd) (Gantrade Privatbank Lugano AG)~~ | 1 | Lugano |
| 7 | 27 | ~~GBG Banca Privata Lugano SA~~ | | |
| 27 | 30 | ~~GBG Banca Privata (Lugano) SA~~ | | |
| 30 | 60 | ~~SG Private Banking (Lugano-Svizzera) SA~~ | | |
| 30 | 60 | ~~(SG Private Banking (Lugano-Switzerland) LTD)~~ | | |
| | | ~~(SG Private Banking (Lugano-Schweiz) AG)~~ | | |
| | | ~~(SG Private Banking (Lugano-Suisse) SA)~~ | | |
| 60 | | **SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA** | | |
| 60 | | (SOCIETE GENERALE Private Banking (Lugano-Switzerland) Ltd) | | |
| | | (SOCIETE GENERALE Private Banking (Lugano-Schweiz) AG) | | |
| | | (SOCIETE GENERALE Private Banking (Lugano-Suisse) SA) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 20'000'000.00 | 20'000'000.00 | 20'000 azioni nominative da CHF 1'000.00 | 1 | 93 | ~~Viale Stefano Franscini 22 6900 Lugano~~ |
| | | | | | 93 | | Viale Stefano Franscini 30 6900 Lugano |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | 7 | ~~L'esercizio di una banca la cui attività principale consiste nell'amministrazione di patrimoni: raccolta di fondi, inclusi i depositi a risparmio, secondo gli usi commerciali vigenti nel paese; compravendita di titoli, metalli preziosi, divise e banconote estere; custodia e amministrazione di titoli e oggetti di valore; consulenza agli investimenti e amministrazione di patrimoni; concessione di crediti; finanziamento di affari commerciali. Per le operazioni attinenti alla gestione patrimoniale, la banca può esercitare la propria attività su ogni piazza finanziaria e borsistica. Può avere una partecipazione in altre imprese. E' autorizzata ad acquistare, gravare, amministrare e vendere beni fondiari, immobili e diritti di superficie.~~ | | | |
| 7 | 61 | ~~L'esercizio di una banca la cui attività principale consiste nell'amministrazione di patrimoni nonché nel commercio di valori mobiliari. Raccolta di fondi, inclusi i depositi a risparmio, secondo gli usi commerciali vigenti nel paese; compravendita e commercio di valori mobiliari, quali azioni, obbligazioni, certificati di deposito, metalli preziosi, divise e banconote estere; custodia e amministrazione di titoli e oggetti di valore; consulenza agli investimenti e amministrazione di patrimoni; concessione di crediti; finanziamento di affari commerciali. Per le operazioni attinenti alla gestione patrimoniale, la banca può esercitare la propria attività su ogni piazza finanziaria e borsistica. Può avere una partecipazione in altre imprese. La società è autorizzata ad acquistare, gravare, amministrare e vendere beni fondiari, immobili e diritti di superficie.~~ | | | |
| 61 | | L'esercizio di una banca con una clientela privata e istituzionale svizzera ed estera. La sua attività, che è svolta in Svizzera e all'estero, comprende principalmente le seguenti operazioni: a) la custodia, l'amministrazione di titoli e oggetti di valore, l'affitto di cassette di sicurezza; b) la consulenza agli investimenti e amministrazione di patrimoni; c) il commercio di titoli, divise, metalli preziosi e tutti gli strumenti o prodotti finanziari per conto proprio e di terzi privati o istituzionali, in borsa e fuori borsa; d) le emissioni e i piazzamenti; e) la raccolta di fondi nelle forme usuali delle banche, ad eccezione dei depositi di risparmio; f) la concessione di finanziamenti sotto qualsiasi forma, garantita e non garantita; g) l'emissione di garanzie sotto qualsiasi forma; h) la rappresentanza di fondi di investimento svizzeri o esteri. La società può effettuare tutti gli affari finanziari, commerciali e fiduciari rientranti nell'attività bancaria. La società può creare filiali, succursali, agenzie e rappresentanze in Svizzera e all'estero e può avere delle partecipazioni in altre imprese bancarie e non bancarie in Svizzera e all'estero. La società può acquistare, detenere, gravare o vendere immobili, beni fondiari, diritti immobiliari e di superficie | | | |



# Commercial registry office of Canton Ticino

| CHE-102.147.643 | SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA | Lugano | 2 |

All datas

| In | Ca | Purpose | | In | Ca | Other addresses |
|---|---|---|---|---|---|---|
| | | in Svizzera e all'estero sotto riserva dell'ottenimento delle autorizzazioni necessarie ai sensi della legge federale sulle acquisizioni di immobili da stranieri. | | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 7 | | Statuti modificati su punti non soggetti a pubblicazione. | 1 | 20.01.1943 |
| 29 | | Statuti modificati su un punto non soggetto a pubblicazione. | 1 | omissis |
| 60 | | Statuti modificati anche su punti non soggetti a pubblicazione. | 1 | 20.12.1995 |
| 97 | | Gli attivi e i passivi verso terzi sono ripresi da SOCIETE GENERALE Private Banking (Suisse) SA, in Ginevra (CHE-106.112.460). La società è cancellata in seguito alla fusione. | 7 | 27.08.1998 |
| | | | 27 | 09.07.2003 |
| | | | 29 | 02.09.2003 |
| | | | 30 | 28.11.2003 |
| | | | 60 | 15.12.2009 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | L'aumento del capitale azionario da CHF 5'000'000.— a CHF 20'000'000.— è stato interamente liberato mediante prelevamento delle riserve a disposizione dell'assemblea generale. | 1 | FUSC |
| 93 | | Trasferimento di patrimonio: secondo contratto del 28.02.2016 la società ha trasferito alla AXION SWISS BANK SA, in Lugano (CHE-104.897.809), attivi per CHF 580'839'301.00 e passivi verso terzi per CHF 580'839'300.00 Contro prestazione: CHF 17'973'276.00. | | |

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Transfer) | | | (Transfer) | | | 49 | R 11509 | 06.11.2008 | R 220 | 12.11.2008 | 16 / 4728706 |
| | 1 | 3635 | 06.07.1996 | 181 | 18.09.1996 | 5661 | | 50 | 13380 | 18.12.2008 | 250 | 24.12.2008 | 26 / 4802026 |
| | 2 | 4436 | 05.11.1996 | 222 | 14.11.1996 | 7012 | | 51 | 1303 | 05.02.2009 | 28 | 11.02.2009 | 21 / 4874568 |
| | 3 | 5189 | 17.12.1996 | 4 | 09.01.1997 | 103 | | 52 | 2382 | 03.03.2009 | 46 | 09.03.2009 | 21 / 4916610 |
| | 4 | 8016 | 15.12.1997 | 250 | 30.12.1997 | 9346 | | 53 | 4346 | 10.04.2009 | 73 | 17.04.2009 | 20 / 4978316 |
| | 5 | 3343 | 09.06.1998 | 115 | 18.06.1998 | 4165 | | 54 | 6535 | 04.06.2009 | 109 | 10.06.2009 | 21 / 5059692 |
| | 6 | 4185 | 30.07.1998 | 149 | 05.08.1998 | 5407 | | 55 | 11034 | 27.08.2009 | 169 | 02.09.2009 | 17 / 5227042 |
| | 7 | 4683 | 04.09.1998 | 175 | 10.09.1998 | 6275 | | 56 | 12641 | 06.10.2009 | 197 | 12.10.2009 | 17 / 5288178 |
| | 8 | R 4801 | 11.09.1998 | R 180 | 17.09.1998 | 6438 | | 57 | 12880 | 12.10.2009 | 201 | 16.10.2009 | 17 / 5297518 |
| | 9 | 1388 | 26.03.1999 | 64 | 01.04.1999 | 2165 | | 58 | 14234 | 09.11.2009 | 221 | 13.11.2009 | 16 / 5342606 |
| | 10 | 2877 | 17.06.1999 | 119 | 23.06.1999 | 4200 | | 59 | 324 | 11.01.2010 | 10 | 15.01.2010 | 15 / 5443250 |
| | 11 | 5230 | 05.11.1999 | 220 | 11.11.1999 | 7685 | | 60 | 559 | 15.01.2010 | 14 | 21.01.2010 | 19 / 5451848 |
| | 12 | 6046 | 21.12.1999 | 252 | 27.12.1999 | 8782 | | 61 | A 940 | 21.01.2010 | A 18 | 27.01.2010 | 20 / 5462338 |
| | 13 | 1267 | 06.03.2000 | 50 | 10.03.2000 | 1651 | | 62 | 3780 | 25.03.2010 | 63 | 31.03.2010 | 18 / 5568454 |
| | 14 | 1900 | 05.04.2000 | 72 | 11.04.2000 | 2437 | | 63 | 6458 | 20.05.2010 | 100 | 27.05.2010 | 18 / 5649358 |
| | 15 | 4209 | 08.08.2000 | 156 | 14.08.2000 | 5526 | | 64 | 7547 | 16.06.2010 | 118 | 22.06.2010 | 19 / 5686742 |
| | 16 | 5742 | 13.11.2000 | 225 | 17.11.2000 | 7832 | | 65 | R 7893 | 23.06.2010 | R 123 | 29.06.2010 | 22 / 5698422 |
| | 17 | 138 | 11.01.2001 | 14 | 22.01.2001 | 488 | | 66 | 10981 | 17.09.2010 | 185 | 23.09.2010 | 14 / 5823610 |
| | 18 | 383 | 21.01.2002 | 17 | 25.01.2002 | 13 / 312234 | | 67 | 14489 | 03.12.2010 | 240 | 09.12.2010 | 18 / 5931204 |
| | 19 | 1972 | 27.03.2002 | 64 | 04.04.2002 | 13 / 411742 | | 68 | 14661 | 09.12.2010 | 244 | 15.12.2010 | 20 / 5940416 |
| | 20 | 4018 | 03.07.2002 | 130 | 09.07.2002 | 15 / 550316 | | 69 | 3552 | 31.03.2011 | 67 | 05.04.2011 | 6106676 |
| | 21 | 5533 | 25.09.2002 | 189 | 01.10.2002 | 11 / 665774 | | 70 | 5937 | 17.05.2011 | 98 | 20.05.2011 | 6171176 |
| | 22 | 7620 | 23.12.2002 | 1 | 06.01.2003 | 22 / 798022 | | 71 | 8706 | 11.07.2011 | 135 | 14.07.2011 | 6254802 |
| | 23 | 574 | 31.01.2003 | 24 | 06.02.2003 | 13 / 849984 | | 72 | 11679 | 29.09.2011 | 192 | 04.10.2011 | 6361812 |
| | 24 | 931 | 18.02.2003 | 36 | 24.02.2003 | 13 / 876770 | | 73 | 12358 | 13.10.2011 | 202 | 18.10.2011 | 6380998 |
| | 25 | 2188 | 14.04.2003 | 75 | 22.04.2003 | 12 / 957172 | | 74 | 13497 | 10.11.2011 | 222 | 15.11.2011 | 6416838 |
| | 26 | 3995 | 15.07.2003 | 137 | 21.07.2003 | 13 / 1091908 | | 75 | 279 | 11.01.2012 | 10 | 16.01.2012 | 6505630 |
| | 27 | 4612 | 22.08.2003 | 164 | 28.08.2003 | 13 / 1147726 | | 76 | 7135 | 01.06.2012 | 108 | 06.06.2012 | 6706124 |
| | 28 | 4780 | 02.09.2003 | 171 | 08.09.2003 | 12 / 1161550 | | 77 | 10185 | 17.08.2012 | 162 | 22.08.2012 | 6810032 |
| | 29 | 5731 | 21.10.2003 | 206 | 27.10.2003 | 12 / 1231542 | | 78 | 10773 | 04.09.2012 | 174 | 07.09.2012 | 6839408 |



# Commercial registry office of Canton Ticino

| CHE-102.147.643 | SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA | Lugano | 3 |

All datas

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30 | 6535 | 01.12.2003 | 235 | 05.12.2003 | 14 / 2015068 | | 79 | 12000 | 04.10.2012 | 196 | 09.10.2012 | 6882842 |
| | 31 | 6932 | 17.12.2003 | 247 | 23.12.2003 | 19 / 2045984 | | 80 | 12518 | 17.10.2012 | 205 | 22.10.2012 | 6899014 |
| | 32 | 65 | 08.01.2004 | 8 | 14.01.2004 | 12 / 2070198 | | 81 | 5074 | 17.04.2013 | 76 | 22.04.2013 | 7158108 |
| | 33 | 5295 | 08.07.2004 | 134 | 14.07.2004 | 12 / 2358898 | | 82 | 7160 | 10.06.2013 | 112 | 13.06.2013 | 916369 |
| | 34 | 7389 | 27.10.2004 | 213 | 02.11.2004 | 15 / 2525766 | | 83 | 7425 | 13.06.2013 | 115 | 18.06.2013 | 923359 |
| | 35 | 871 | 15.02.2005 | 36 | 21.02.2005 | 14 / 2711796 | | 84 | 8879 | 18.07.2013 | 140 | 23.07.2013 | 992411 |
| | 36 | 1252 | 01.03.2005 | 46 | 07.03.2005 | 15 / 2731574 | | 85 | 10668 | 03.09.2013 | 172 | 06.09.2013 | 1064637 |
| | 37 | 3688 | 22.06.2005 | 123 | 28.06.2005 | 16 / 2906136 | | 86 | 10476 | 25.07.2014 | 145 | 30.07.2014 | 1640973 |
| | 38 | 96 | 03.01.2006 | 5 | 09.01.2006 | 18 / 3184616 | | 87 | 11872 | 03.09.2014 | 172 | 08.09.2014 | 1703393 |
| | 39 | 3137 | 29.03.2006 | 66 | 04.04.2006 | 15 / 3317374 | | 88 | 16592 | 09.12.2014 | 241 | 12.12.2014 | 1876139 |
| | 40 | 7029 | 28.07.2006 | 149 | 04.08.2006 | 13 / 3495410 | | 89 | 12241 | 11.09.2015 | 179 | 16.09.2015 | 2376307 |
| | 41 | 3336 | 30.03.2007 | 67 | 05.04.2007 | 16 / 3872554 | | 90 | 15933 | 26.11.2015 | 233 | 01.12.2015 | 2512731 |
| | 42 | 3544 | 05.04.2007 | 71 | 13.04.2007 | 16 / 3883046 | | 91 | 690 | 19.01.2016 | 15 | 22.01.2016 | 2614199 |
| | 43 | 10762 | 22.11.2007 | 231 | 28.11.2007 | 13 / 4221326 | | 92 | R 932 | 22.01.2016 | R 18 | 27.01.2016 | 2622453 |
| | 44 | 1348 | 07.02.2008 | 30 | 13.02.2008 | 12 / 4337644 | | 93 | 3003 | 01.03.2016 | 45 | 04.03.2016 | 2705083 |
| | 45 | 1544 | 13.02.2008 | 34 | 19.02.2008 | 14 / 4345612 | | 94 | 3298 | 04.03.2016 | 48 | 09.03.2016 | 2713425 |
| | 46 | 6334 | 20.06.2008 | 122 | 26.06.2008 | 17 / 4544620 | | 95 | R 3671 | 11.03.2016 | R 53 | 16.03.2016 | 2726921 |
| | 47 | 9824 | 25.09.2008 | 190 | 01.10.2008 | 16 / 4672266 | | 96 | 4850 | 05.04.2016 | 68 | 08.04.2016 | 2768769 |
| | 48 | 10363 | 08.10.2008 | 199 | 14.10.2008 | 16 / 4690148 | | 97 | 6183 | 29.04.2016 | 86 | 04.05.2016 | 2816931 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 7 | ~~Storni, Eros, da Bidogno, in Breganzona~~ | president | ~~joint signature at two~~ |
| 1 | | 4 | ~~Fischer, Hans, da Möriken-Wildegg e Ennetbaden, in Widen~~ | vicepresident | ~~joint signature at two~~ |
| 1 | | | Bertoni, Franco, da Lugano, in Montagnola | member | joint signature at two |
| 1 | | 7 | ~~Rezzonico, Claudio, da Chiasso, in Vacallo~~ | member | ~~joint signature at two~~ |
| 1 | | 6 | ~~Koller, Mario, da St. Moritz, in Lugano~~ | director | ~~joint signature at two~~ |
| 1 | | 18m | ~~Triulzi, Renzo, da Barbengo, in Porza~~ | director | ~~joint signature at two~~ |
| 1 | | 5m | ~~Volonté, Raffaele, da Uster, in Breganzona~~ | director | ~~joint signature at two~~ |
| 1 | | 10 | ~~Schneider, Willy, da Alstätten, in Aranno~~ | ~~Deputy Director~~ | ~~joint signature at two~~ |
| 1 | | 9 | ~~Brandenberger, Hansruedi, da Zurigo, in Viganello~~ | vice-director | ~~joint signature at two~~ |
| 1 | | 3m | ~~Bernasconi, Giorgio, da Chiasso, in Cadro~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Bonsignore, Ettore, da Pregassona, in Gurio~~ | | ~~joint agent signature at two~~ |
| 1 | | 26m | ~~Calderari, Mauro, da Rancate, in Cadro~~ | | ~~joint agent signature at two~~ |
| 1 | | 19 | ~~Combertaldi Ramelli, Ramona, da Grancia e Barbengo, in Barbengo~~ | | ~~joint agent signature at two~~ |
| 1 | | 32m | ~~Donati, Angelo, da Locarno, in Viganello~~ | | ~~joint agent signature at two~~ |
| 1 | | 17m | ~~Hürzeler, Sandro, da Ponte Tresa, in Carnago~~ | | ~~joint agent signature at two~~ |
| 1 | | 17m | ~~Mariotti, Enrico, da Tremona, in Tremona~~ | | ~~joint agent signature at two~~ |
| 1 | | 2 | ~~Muttner, Heinz, da Malans, in Cadro~~ | | ~~joint agent signature at two~~ |
| 1 | | 10m | ~~Rusconi, Guido, da Bellinzona, in Lugano~~ | | ~~joint agent signature at two~~ |
| 1 | | 22m | ~~Sala nata Baumgartner, Beatrice, da Buochs, in Sorengo~~ | | ~~joint agent signature at two~~ |
| 1 | | 15 | ~~Tarantino nata Ott, Astrid, cittadina del Liechtenstein, in Massagno~~ | | ~~joint agent signature at two~~ |
| 1 | | 16m | ~~Atag Ernst & Young AG, in Zurigo~~ | ~~auditor~~ | |
| 3 | | 17m | ~~Bernasconi, Giorgio, da Chiasso, in Cadro~~ | vice-director | ~~joint signature at two~~ |
| 4 | | 7 | ~~Bianchi, Roberto, da Baden, in Widen~~ | vicepresident | ~~joint signature at two~~ |
| 5 | | 18m | ~~Volonté, Raffaele, da Uster, in Gomeno~~ | director | ~~joint signature at two~~ |
| 7 | | 25m | ~~de Picciotto, René, cittadino italiano, in Anières~~ | president | ~~joint signature at two~~ |
| 7 | | 29m | ~~Setton, Philippe, cittadino italiano, in Ginevra~~ | vicepresident | ~~joint signature at two~~ |
| 7 | | 9m | ~~Fues, Marc, da Steffisburg, in Ginevra~~ | vicepresident | ~~joint signature at two~~ |
| 7 | | 8m | ~~Jacquemond, Jean-Pierre, da Ginevra, in Ginevra~~ | member | ~~joint signature at two~~ |
| 7 | | 9m | ~~Ducret, Dominique, da Plan-les-Ouates, in Laconnex~~ | member | ~~joint signature at two~~ |
| 7 | | 33 | ~~Pelli, Fulvio, da Aranno, in Sorengo~~ | member | ~~joint signature at two~~ |

Biasca, 04.02.2020 11:42                                                                                                    Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-102.147.643 | SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA | | Lugano | 4 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| | 8 | 29 | Jacquemoud, Jean-Pierre, da Ginevra, in Ginevra | member | joint signature at two |
| | 9 | 15 | Ducret, Dominique, da Plan-les-Ouates, in Laconnex | vicepresident | joint signature at two |
| | 9 | 16 | Fues, Marc, da Steffisburg, in Ginevra | member | joint signature at two |
| 9 | | 18m | Ferrario, Paolo, da Mendrisio, in Lugano | | joint agent signature at two |
| | 10 | 12 | Rusconi, Guido, da Bellinzona, in Viganello | | joint agent signature at two |
| 11 | | 18m | Di Raimondo, Mark Antony Christian, cittadino statunitense, in Carabbia | | joint agent signature at two |
| 13 | | 42 | Galeazzi, Tiziano, da Monteggio, in Monteggio | | joint agent signature at two |
| 14 | | 18m | Zito, Italo, cittadino italiano, in Lugano | | joint agent signature at two |
| | 16 | 64 | Ernst & Young AG, in Zurigo | auditor | |
| | 17 | 47m | Bernasconi, Giorgio, da Chiasso, in Cadro | vice-director | joint signature at two |
| | 17 | 38m | Hürzeler, Sandro, da Ponte Tresa, in Carnago | vice-director | joint signature at two |
| | 17 | 38m | Mariotti, Enrico, da Tremona, in Tremona | vice-director | joint signature at two |
| 17 | | 18m | Pianezzi, Giancarlo, da Vezia, in Melano | director | joint signature at two |
| | 18 | 46m | Volonté, Raffaele, da Uster, in Comano | vicepresident | joint signature at two |
| | 18 | 94 | Triulzi, Renzo, da Barbengo, in Porza | general-director | joint signature at two |
| | 18 | 46 | Pianezzi, Giancarlo, da Vezia, in Melano | assistant general director | joint signature at two |
| 18 | | 21m | Morosoli, Dott. Cristiano, da Cagiallo, in Bellinzona | director | joint signature at two |
| 18 | | 22m | Di Raimondo, Mark Antony Christian, da Bätterkinden, in Carabbia | vice-director | joint signature at two |
| 18 | | 35m | Ferrario, Paolo, da Mendrisio, in Lugano | vice-director | joint signature at two |
| 18 | | 47m | Zito, Italo, cittadino italiano, in Lugano | vice-director | joint signature at two |
| 18 | | 21m | Camponovo, Andrea, da Chiasso, in Goldrerio | | joint agent signature at two |
| 20 | | 25 | Catalano, Francesca, da Adliswil, in Ruvigliana (Lugano) | | joint agent signature at two |
| | 21 | 26m | Morosoli, Dott. Cristiano, da Cagiallo, in Cagiallo (Capriasca) | director | joint signature at two |
| | 21 | 53m | Camponovo, Andrea, da Chiasso, in Lugano | | joint agent signature at two |
| 21 | | 32m | Giglio Terraneo, Antonella, da Gemignolo e Vezia, in Montagnola | | joint agent signature at two |
| | 22 | 41 | Di Raimondo, Mark Antony Christian, da Bätterkinden, in Sagno | vice-director | joint signature at two |
| 22 | | 41 | Egger, Lukas, da Eggersriet, in Bellinzona | vice-director | joint signature at two |
| | 22 | 72 | Sala nata Baumgartner, Beatrice, da Buochs, in Sorengo | vice-director | joint signature at two |
| 23 | | 28 | Semini, Fernando, da Rovio, in Riva San Vitale | vice-director | joint signature at two |
| 24 | | 29 | Toson, Joseph Louis, cittadino francese, in Ginevra | member | joint signature at two |
| | 25 | 55 | de Picciotto, René, cittadino italiano, in Ginevra | president | joint signature at two |
| | 26 | 50m | Calderari, Mauro, da Rancate, in Cadro | vice-director | joint signature at two |
| | 26 | 47m | Morosoli, Dott. Cristiano, da Cagiallo, in Cagiallo (Capriasca) | membro della direzione generale e direttore | joint signature at two |
| 29 | | 50m | Sonntag, Bernard, cittadino francese, in Zumikon | member | joint signature at two |
| 29 | | 55 | Lochmeier, Dott. Hans Peter, da Cazis, in Zurigo | member | joint signature at two |
| 29 | | 37 | Lévy, Alain B., da Sâles, in Ginevra | member | joint signature at two |
| 29 | | 37 | von Donnersmarck, Winfried Henckel, da Baden, in Küsnacht ZH | member | joint signature at two |
| 29 | | | Chapuis, Cédric, da Romanel-sur-Lausanne, in Borex | member | joint signature at two |
| | 29 | 50m | Setton, Philippe, cittadino italiano, in Ginevra | member | joint signature at two |
| 31 | | 43 | David, Bernard, cittadino francese, in Nogent sur Marne (FR) | member | joint signature at two |
| | 32 | 58 | Donati, Angelo, da Locarno, in Viganello | vice-director | joint signature at two |
| | 32 | 67m | Giglio Terraneo, Antonella, da Gemignolo e Vezia, in Montagnola | vice-director | joint signature at two |
| 32 | | 50m | Bajo, Cristiano, da Lugano, in Viganello | | joint agent signature at two |
| 32 | | | Turati, Piera, da Novazzano e Stabio, in Novazzano | | joint agent signature at two |
| 34 | | 46 | Berra, Ernesto, da Lugano, in Comano | assistant-general director | joint signature at two |
| 34 | | 41m | Ghiesa, Fabio, da Chiasso, in Villa Luganese | vice-director | joint signature at two |
| 34 | | | Trevisani, Leonardo, da Degersheim, in Como (IT) | vice-director | joint signature at two |

Biasca, 04.02.2020 11:42

Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-102.147.643 | SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA | | Lugano | 5 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 34 | | 44 | ~~Tettamanti, Michele, da Muggio, in Lugano~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 34 | | 86m | ~~Moghini, Mike, da Sigirino, in Viganello (Lugano)~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 34 | | 35m | ~~Gorecco, Cristina, da Bodio, in Agno~~ | | ~~joint agent signature at two~~ |
| 34 | | 35m | ~~Galanchini, Michele, da Lugano, in Gaslano~~ | | ~~joint agent signature at two~~ |
| 34 | | 38m | ~~Guenziroli, Enzo, da Arzo, in Ligornetto~~ | | ~~joint agent signature at two~~ |
| | 35 | 38m | ~~Ferrario, Paolo, da Mendrisio, in Carabbia~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 35 | | 56m | ~~Simond, Jean-Marie, cittadino francese, in Cureglia~~ | ~~member~~ | ~~joint signature at two~~ |
| 35 | | 42 | ~~Briccola, Carlo, da Mendrisio, in Muralto~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 35 | | 94 | ~~Bianchini, Gianmarco, da Sant'Antonio, in Canobbio~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 35 | | 63m | ~~Induni, Manuela, da Stabio, in Arzo~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 35 | | 94 | ~~Lanzillo, Raffaello, da Bellinzona, in Bellinzona~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 35 | 48 | ~~Galanchini, Michele, da Lugano, in Gaslano~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 35 | 53m | ~~Gorecco, Cristina, da Bodio, in Agno~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 35 | | 48 | ~~Giovanola, Franco, da Lüterswil-Gächliwil, in Lugano~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 35 | | 46 | ~~Bosshard, Michael, da Wettingen, in Lugano~~ | | ~~joint agent signature at two~~ |
| 35 | | 42 | ~~Frascari, Alina, da Porza, in Collina d'Oro~~ | | ~~joint agent signature at two~~ |
| 35 | | 38m | ~~Moresi-Luraschi, Patrizia, da Certara e Chiasso, in Agno~~ | | ~~joint agent signature at two~~ |
| 35 | | 47m | ~~Regazzoni, Antonio, da Morbio Superiore, in Collina d'Oro~~ | | ~~joint agent signature at two~~ |
| 36 | | 39 | ~~Freud, Roberto, cittadino italiano, in Lugano~~ | ~~director~~ | ~~joint signature at two~~ |
| 36 | | 40 | ~~Russo, Pascal, da Lancy, in Lugano~~ | ~~director~~ | ~~joint signature at two~~ |
| 36 | | 41m | ~~Di Pirro, Luigi, cittadino italiano, in Lugano~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 37 | | 41m | ~~Bonsignore, Ettore, da Lugano, in Breganzona (Lugano)~~ | ~~assistant-general director~~ | ~~joint signature at two~~ |
| | 38 | 48 | ~~Moresi-Luraschi, Patrizia, da Certara e Chiasso, in Bioggio~~ | | ~~joint agent signature at two~~ |
| | 38 | 94 | ~~Ferrario, Paolo, da Mendrisio, in Carabbia~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 38 | 94 | ~~Guenziroli, Enzo, da Arzo, in Ligornetto~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 38 | 73m | ~~Hürzeler, Sandro, da Ponte Tresa, in Carnago~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 38 | 73 | ~~Mariotti, Enrico, da Tremona, in Tremona~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 38 | | 52 | ~~Gutzwiller, Keith, da Therwil, in Porza~~ | | ~~joint agent signature at two~~ |
| 41 | | 53m | ~~Tini, Marco, da San Vittore, in Pregassona (Lugano)~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| | 41 | 56 | ~~Bonsignore, Ettore, da Lugano, in Breganzona (Lugano)~~ | ~~general-director~~ | ~~joint signature at two~~ |
| | 41 | 90 | ~~Chiesa, Fabio, da Chiasso, in Villa Luganese~~ | ~~director~~ | ~~joint signature at two~~ |
| | 41 | 76m | ~~Di Pirro, Luigi, cittadino italiano, in Ruvigliana (Lugano)~~ | ~~director~~ | ~~joint signature at two~~ |
| 41 | | | Movalli, Silverio, da Cadro, in Cadro | vice-director | joint signature at two |
| 41 | | 94 | ~~Forzano, Lucia, cittadina italiana, in Pambio-Noranco (Lugano)~~ | | ~~joint agent signature at two~~ |
| 44 | | 54 | ~~Osojnak-Sabol, Milica, da Coldrerio, in Lugano~~ | | ~~joint agent signature at two~~ |
| 44 | | 94 | ~~Moscato, Alberto, cittadino italiano, in Dino (Sonvico)~~ | ~~director~~ | ~~joint signature at two~~ |
| 45 | | 55 | ~~Thieffry, Ives, cittadino francese, in Hellemmes-Lille (FR)~~ | ~~vicepresident~~ | ~~joint signature at two~~ |
| | 46 | 56m | ~~Volonté, Raffaele, da Uster, in Comano~~ | ~~member~~ | ~~joint signature at two~~ |
| | 47 | 94 | ~~Bernasconi, Giorgio, da Chiasso, in Cadro~~ | ~~director~~ | ~~joint signature at two~~ |
| | 47 | 69 | ~~Moroseli, Dott. Cristiano, da Capriasca, in Cagiallo (Capriasca)~~ | ~~direttore generale sostituto~~ | ~~joint signature at two~~ |
| | 47 | 49m | ~~Regazzoni, Antonio, da Morbio Superiore, in Collina d'Oro~~ | ~~vice-director~~ | ~~joint agent signature at two~~ |
| | 47 | 53 | ~~Zito, Italo, cittadino italiano, in Lugano~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 47 | | 94 | ~~Lurà, Lorenza, da Mendrisio, in Novazzano~~ | | ~~joint agent signature at two~~ |
| 47 | | 95 | ~~Ponti, Cinzia, da Lugano, in Massagno~~ | | ~~joint agent signature at two~~ |
| 47 | | 51 | ~~Romano, Andrea, da Mendrisio, in Paradiso~~ | | ~~joint agent signature at two~~ |
| 47 | | 50m | ~~D'Antonoli, Claudio, cittadino italiano, in Castagnola (Lugano)~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 47 | | 74 | ~~Cambrosio, Curzio, da Lugano, in Lugano~~ | | ~~joint agent signature at two~~ |
| | 49 | 50m | ~~Regazzoni, Antonio, da Morbio Superiore, in Collina d'Oro~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 50 | | 57 | ~~Petrimpol-Cavagna, Flavia, da Buseno e Onsernone, in Pregassona (Lugano)~~ | | ~~joint agent signature at two~~ |

Biasca, 04.02.2020 11:42

Continuation on the following page

## Commercial registry office of Canton Ticino

| CHE-102.147.643 | SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA | | Lugano | 6 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 50 | | 53m | Poletti, Paolo, da Palagnedra, in Dino (Sonvico) | | joint agent signature at two |
| 50 | | 63m | Sigismondi, Mauro, da Rovio, in Savosa | vice-director | joint signature at two |
| 50 | | 77m | Scalena, Marco, da Lugano, in Viganello (Lugano) | vice-director | joint signature at two |
| | 50 | 55 | Setton, Philippe, cittadino italiano, in Ginevra | vicepresident | joint signature at two |
| | 50 | | Bajo, Cristiano, da Lugano, in Lugano | | joint agent signature at two |
| | 50 | 94 | Calderari, Mauro, da Roncate, in Vezia | vice-director | joint signature at two |
| | 50 | 94 | D'Antonoli, Claudio, cittadino italiano, in Cadro | vice-director | joint signature at two |
| | 50 | | Regazzoni, Antonio, da Morbio Superiore, in Gravesano | vice-director | joint signature at two |
| | 50 | 55 | Sonntag, Bernard, cittadino francese, in Ginevra | member | joint signature at two |
| | 53 | 76 | Camponovo, Andrea, da Chiasso, in Lugano | vice-director | joint signature at two |
| | 53 | 67m | Corecco, Cristina, da Bodio, in Agno | vice-director | joint signature at two |
| | 53 | | Poletti, Paolo, da Palagnedra, in Dino (Sonvico) | vice-director | joint signature at two |
| | 53 | 62m | Tini, Marco, da San Vittore, in Pregassona (Lugano) | director | joint signature at two |
| 53 | | 94 | Gambrosio, Libor, da Lugano, in Cadro | | joint agent signature at two |
| 53 | | | Cusacchi, Riccardo, da Locarno, in Lugano | | joint agent signature at two |
| 53 | | 94 | Salvi, Nicola, da Lostallo, in Lugano | | joint agent signature at two |
| 53 | | 94 | Testoni, Monica, da Bodio, in Davesco-Soragno (Lugano) | | joint agent signature at two |
| 53 | | 81 | Butti, Alessandro, cittadino italiano, in Ruvigliana (Lugano) | vice-director | joint signature at two |
| 55 | | 96 | Lejoindre, Guillaume, cittadino francese, in Ginevra | president | joint signature at two |
| 55 | | 76m | Delesalle, Frédéric, cittadino francese, in Parigi (FR) | vicepresident | joint signature at two |
| 55 | | 75 | Paquereau, Jean François, cittadino francese, in Anières | member | joint signature at two |
| | 56 | 76m | Simond, Jean-Marie, cittadino francese, in Gureglia | general director | joint signature at two |
| | 56 | 75 | Volonté, Raffaele, da Uster, in Comano | vicepresident | joint signature at two |
| 59 | | | Aubenas, Olivier, cittadino francese, in Ginevra | member | joint signature at two |
| | 62 | 71m | Tini, Marco, da San Vittore, in Pregassona (Lugano) | assistant general director | joint signature at two |
| 63 | | | Bonomi, Christoph, da Poschiavo, in Pianezzo | | joint agent signature at two |
| | 63 | 71m | Induni, Manuela, da Stabio, in Besazio | vice-director | joint signature at two |
| | 63 | 77m | Sigismondi, Mauro, da Rovio, in Lugano | vice-director | joint signature at two |
| 64 | | 65 | Deloitte Consulting SA, succursale de Meyrin (CH-660.0.731.002-5), in Meyrin | auditor | |
| 65 | | | Deloitte SA (CH-660.0.778.984-7), in Meyrin | auditor | |
| 66 | | 94 | Getintas, Isa, da Savosa, in Sementina | | joint agent signature at two |
| | 67 | 94 | Corecco, Cristina, da Bodio, in Agno | director | joint signature at two |
| | 67 | 71m | Giglio Terraneo, Antonella, da Monteceneri e Vezia, in Montagnola (Collina d'Oro) | vice-director | joint signature at two |
| 68 | | 77m | Bensbih, Mohammed, da Bellinzona, in Minusio | | joint agent signature at two |
| 70 | | 94 | Barcelli, Alessandro, cittadino italiano, in Pazzallo (Lugano) | | joint agent signature at two |
| 70 | | 88 | Testorelli, Samuela, da Gravesano e Breggia, in Mugena (Alto Malcantone) | | joint agent signature at two |
| | 71 | 94 | Giglio Terraneo, Antonella, da Monteceneri e Vezia, in Montagnola (Collina d'Oro) | director | joint signature at two |
| | 71 | 94 | Induni, Manuela, da Stabio, in Besazio | vice-director | joint signature at two |
| | 71 | 73m | Tini, Marco, da San Vittore, in Pregassona (Lugano) | general director | joint signature at two |
| 71 | | 77 | Galbiati, Lorenzo, cittadino italiano, in Lugano | vice-director | joint signature at two |
| | 73 | 94 | Tini, Marco, da San Vittore, in Lugano | general director | joint signature at two |
| | 73 | | Hürzeler, Sandro, da Ponte Tresa, in Viganello (Lugano) | vice-director | joint signature at two |
| 75 | | 82m | Vedrenne, Mathieu, cittadino francese, in Parigi (FR) | member | joint signature at two |
| | 76 | 83 | Delesalle, Frédéric, cittadino francese, in Parigi (FR) | member | joint signature at two |
| | 76 | 94 | Di Pirro, Luigi, cittadino italiano, in Villa Luganese (Lugano) | assistant general director | joint signature at two |
| | 76 | 86 | Simond, Jean-Marie, cittadino francese, in Gureglia | vicepresident | joint signature at two |
| 76 | | | Berra, Ernesto, da Lugano, in Comano | director | joint signature at two |

Biasca, 04.02.2020 11:42                                              Continuation on the following page



# Commercial registry office of Canton Ticino

| CHE-102.147.643 | SOCIETE GENERALE Private Banking (Lugano-Svizzera) SA | Lugano | 7 |

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 77 | 84m | Bensbih, Mohammed, da Bellinzona, in Locarno | joint agent | joint agent signature at two |
|  | 77 |  | Sigismondi, Mauro, da Rovio, in Cadempino | vice-director | joint signature at two |
|  | 77 | 80 | Scalena, Marco, da Lugano, in Gadro | vice-director | joint signature at two |
| 77 |  | 85 | Pifferi, Giona, da Morbio Inferiore, in Vico Morcote | Deputy Director | joint signature at two |
| 77 |  | 86m | Calderari, Stefano, da Ligornetto, in Arosio (Alto Malcantone) | vice-director | joint signature at two |
| 78 |  |  | Pedori Giraldi, Galeazzo, cittadino italiano, in Castagnola (Lugano) | member | joint signature at two |
| 79 |  | 86 | Zoppi, Sergio, da San Vittore, in Castel San Pietro | member | joint signature at two |
|  | 82 | 89 | Vedrenne, Mathieu, cittadino francese, in Parigi (FR) | vicepresident | joint signature at two |
| 83 |  | 86 | Jouan, Patricia, cittadina francese, in Lussemburgo (LU) | member | joint signature at two |
|  | 84 | 94 | Bensbih, Mohammed, da Bellinzona, in Locarno | vice-director | joint signature at two |
|  | 86 | 94 | Moghini, Mike, da Monteceneri, in Viganello (Lugano) | Deputy Director | joint signature at two |
|  | 86 | 95 | Calderari, Stefano, da Mendrisio, in Arosio (Alto Malcantone) | director | joint signature at two |
| 87 |  |  | Rey, Bruno André, cittadino francese, in Schwerzenbach | assistant general director | joint signature at two |
| 89 |  |  | Favre, Nicole, da Saint-Barthélemy, in Ginevra | vicepresident | joint signature at two |
| 91 |  | 94m | Delesalle, Julien, cittadino francese, in Parigi (FR) | director | joint signature at two |
| 91 |  | 92m | Poncioni, Marc, da Onsernone, in Wettswill | general director | joint signature at two |
|  | 92 | 94m | Poncioni, Marc, da Onsernone, in Wettswil (Wettswil am Albis) | Deputy Director | joint signature at two |
|  | 94 |  | Delesalle, Julien, cittadino francese, in Parigi (FR) | general director | joint signature at two |
|  | 94 |  | Poncioni, Marc, da Onsernone, in Wettswil am Albis | condirettore generale | joint signature at two |
| 95 |  |  | Calderari, Mauro, da Mendrisio, in Vezia | vice-director | joint signature at two |
| 96 |  |  | Thieffry, Yves, cittadino francese, in Ginevra | president | joint signature at two |

Biasca, 04.02.2020 11:42

The above information is given without commitment and has not legal effect. Only the official company record (extract) issued and certified by the commercial register of Ticino and published in the Swiss Commercial Gazette is legally binding.

# Exhibit 42b

**CERTIFIED TRANSLATION**
**ROMTRANSLATION, INC.**

# ti

## Commercial registry office of Canton Ticino

| Identification number | Legal status | Entry | Cancelled | Carried CH-514 3 000 161-7 from CH 514 3 000 161-7/a on | 1 |
|---|---|---|---|---|---|
| CHE-102.147.643 | Limited or Corporation | 28 03 1974 | 29 04 2016 | | |

All datas

### Cancelled company

| In | Ca | Business name | Ref | Legal sea |
|---|---|---|---|---|
| 1 | 7 | Cantrade Banca Privata Lugano SA | 0 | So far Zurich |
| 1 | | (Cantrade Banque Privee Lugano SA)(Cantrade Banque Prive Lugano Ltd)( Cantrade Privatbank Lugano AG) Privatbank Lugano AG | 1 | Lugano |
| 7 | 27 | (La Banca Privata Lugano SA | | |
| 27 | 30 | (BSI Banca Privata (Lugano) SA | | |
| 30 | 60 | SG Private Banking (Lugano Svizzera) SA | | |
| 30 | 60 | (SG Private Banking (Lugano Switzerland) Ltd) | | |
| | | (SG Private Banking (Lugano Schweiz) AG) | | |
| | | (SG Private Bank ing (Lugano Suisse) SA) | | |
| 60 | | SOCIETE GENERALE Private Banking (Lugano Svizzera) SA | | |
| 60 | | (SOCIETE GENERALE Private Banking (Lugano Switzerland) Ltd) | | |
| | | (SOCIETE GENERALE Private Banking (Lugano Schweiz) AG) | | |
| | | (SOCIETE GENERALE Private Banking (Lugano Suisse) SA) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| | | 20 000 000.00 | 20,000,000.00 | 20 000 registered shares at CHF 1.000 00 | 1 | 93 | Viale Stefano Franscini 22 6900 Lugano |
| | | | | | | 93 | Viale Stefano Franscini 30 6900 Lugano |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | 7 | The operation of a bank whose main activity consists in the management of capital raising funds, including savings deposits in accordance with the commercial usages currently in force in the country, purchase and sale of securities, precious metals, currencies and foreign banknotes, custody and management of securities and valuable objects, investment consulting and capital management, credit granting, financing of commercial business. For operations pertaining to the capital management, the bank may carry out its activity in all financial and stock markets. It may have financial stakes in other companies. It is authorized to purchase, place liens, manage and sell land, buildings and surface rights. | | | |
| 7 | 61 | The operation of a bank whose main activity consists in the management of capital as well as the trading of securities. Raising funds, including savings deposits in accordance with the commercial usages currently in force in the country, purchase, sale and trade of securities, such as stocks, bonds, certificate of deposits, precious metals, currencies and foreign banknotes, custody and management of securities and valuable objects, investment consulting and capital management, credit granting, financing of commercial business. For operations pertaining to the capital management, the bank may carry out its activity in all financial and stock markets. It may have financial stakes in other companies. It is authorized to purchase, place liens, manage and sell land, buildings and surface rights. | | | [ink stamp BUSINESS REGISTRY OFFICE CANTON OF TICINO] [signature] |
| 61 | | Operation of a bank with a Swiss and foreign private and institutional clients. Its activity, conducted in Switzerland and abroad, mainly includes the following operations: a) custody and management of securities and valuable objects, safe deposit box rental, b) investment consulting and capital management c) trading of securities, currencies, precious metals and all financial instruments or products on its own behalf or that of private or institutional third parties, on the stock market or outside of it, d) issuances and placements, e) raising funds in the usual form of bank, with the exception of savings deposits, f) granting financing in any form, guaranteed or not, g) issue of guarantees in any form h) representation of Swiss or foreign investment funds. The company may carry out all financial, commercial and fiduciary business that fall within the scope of banking activities. The company may create subsidiaries and branches, agencies and representative offices in Switzerland and abroad and may have financial stakes in other banking and non-banking firms, in Switzerland and abroad. The company may purchase, hold, place liens, or sell buildings, land, real estate and surface rights. | | | |

Biasca, 02/04/2020 11 42                                          Continuation on the following page



**ROMTRANSLATION, INC.**
3280 Sunrise Hwy, #52          360 Valverde Lane
Wantagh, NY 11793-4024          St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF ACCURACY

Romtranslation, Inc., an agency specializing in the provision of translation and interpretation services from/to Romance Languages (French, Italian, Spanish, Portuguese, Romanian), DOES HEREBY CERTIFY THAT:

1. We work with translation professionals certified by the American Translators Association [ATA] or expertly qualified and entirely competent to translate from _Italian_ to _English_.

2. We have translated the annexed document(s):
   - Business Registration (page 1)

   From the _Italian_ into the _English_ language.

3. This is a true and accurate translation of the document(s) presented to us, done to the best of our knowledge, ability, and belief.

_Roxana Dinu_ (signature)
Roxana Dinu
Linguistic Services Manager
ATA-Certified Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
_17th_ day of _February_, 20_20_.

_NOTARY PUBLIC_ (signature)

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_24_
No. 01ST6343368