# Exhibit 43a



http://rc.ge.ch

**Extrait sans radiations**

EXTRAIT INTERNET
Report 22 novembre 1995
No réf. 02569/1992
N° féd. CH-660.0.249.992-4
**IDE CHE-268.023.392**

# Bank Hapoalim (Switzerland) Ltd

inscrite le 13 mars 1992
Succursale d'une entreprise suisse
radiée le 26 juillet 2017

| Réf. | Raison de commerce ou nom de la succursale |
|---|---|
| 1 | Bank Hapoalim (Switzerland) Ltd (Banque Hapoalim (Suisse) SA) (Bank Hapoalim (Schweiz) AG) |

| | **Siège** |
|---|---|
| 1 | Genève |

| | **Adresse** |
|---|---|
| 44 | rue du Rhône 23, 1204 Genève |

| | **Autres adresses** |
|---|---|
| 44 | case postale 3359, 1211 Genève 3 |

| | **But, Observations** |
|---|---|
| 1 | But: exploitation d'une banque de commerce. |
| 34 | Suite à la modification du droit du registre du commerce et en application de l'art. 110, al. 1 ORC, les informations relatives aux personnes disposant d'un pouvoir de représentation pour toute l'entreprise sont radiées. |
| 41 | L'identification sous le numéro CH-660-0249992-4 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-268.023.392. |
| 51 | La succursale est radiée par suite de cessation de l'exploitation. |

| | **Raison sociale du siège principal** |
|---|---|
| 1 | "Bank Hapoalim (Schweiz) AG, (Bank Hapoalim (Switzerland) Ltd) (Banque Hapoalim (Suisse) SA)", société anonyme (CH-020.3.902.737-4) |

| | **Siège principal** |
|---|---|
| 1 | Zurich |

| | **Nature juridique** |
|---|---|
| 1 | société anonyme |

| Réf. | | | Titulaires, associés, administrateurs, personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions,** | **Mode Signature** |
| | 48 | | **Pfister** Monika, de Tuggen, à Genthod | directrice | signature collective à 2 * |
| | 18 | | **Bertolotti** Duilio Stéphane, de Vernier, à Thônex | sous-directeur | signature collective à 2 * |
| | 30 | | **Muñoz-Taddei** Franca, de Genève, à Lancy | sous-directrice | signature collective à 2 * |
| 49 | | | **Vögtlin** Roger, de Stäfa, à Zurich | sous-directeur | signature collective à 2 * |
| 37 | | | **Chiacchiari** Dario, de Meyrin, à Meyrin | procuration collective à 2 * | |

** de l'organe de gestion
 * limitée aux affaires de la succursale

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 0 | | report | | | 1 | 9170 | 29.09.1994 | 12.10.1994 | 5639 |
| 2 | 3881 | 22.04.1996 | 02.05.1996 | 2520 | 3 | 3882 | 22.04.1996 | 02.05.1996 | 2520 |
| 4 | 8010 | 27.08.1996 | 09.09.1996 | 5429 | 5 | 6383 | 25.06.1997 | 14.07.1997 | 4959 |
| 6 | 13446 | 15.12.1997 | 30.12.1997 | 9350 | 7 | 11667 | 21.10.1998 | 27.10.1998 | 7328 |
| 8 | 3743 | 06.04.1999 | 12.04.1999 | 2348 | 9 | 11073 | 15.10.1999 | 21.10.1999 | 7214 |
| 10 | 4240 | 05.04.2001 | 11.04.2001 | 2727 | 11 | 11206 | 11.10.2001 | 17.10.2001 | 8102 |
| 12 | 5737 | 04.06.2002 | 10.06.2002 | 6 | 13 | 11557 | 01.11.2002 | 07.11.2002 | 7/0718508 |
| 14 | 12545 | 27.11.2002 | 03.12.2002 | 5/0753928 | 15 | 7605 | 04.07.2003 | 10.07.2003 | 5/1075608 |
| 16 | 7324 | 21.06.2004 | 28.06.2004 | 7/2329592 | 17 | 15145 | 17.12.2004 | 23.12.2004 | 8 |
| 18 | 12979 | 26.10.2005 | 01.11.2005 | 6/3083900 | 19 | 39 | 03.01.2006 | 09.01.2006 | 6/3183542 |
| 20 | 1440 | 31.01.2006 | 06.02.2006 | 7/3229064 | 21 | 2315 | 17.02.2006 | 23.02.2006 | 7/3256902 |
| 22 | 3591 | 14.03.2006 | 20.03.2006 | 7/3295126 | 23 | 5272 | 19.04.2006 | 26.04.2006 | 7 |
| 24 | 5811 | 02.05.2006 | 08.05.2006 | 7/3365012 | 25 | 7702 | 15.06.2006 | 21.06.2006 | 7/3426890 |
| 26 | 12074 | 20.09.2006 | 26.09.2006 | 7/3565168 | 27 | 12314 | 26.09.2006 | 02.10.2006 | 7/3572938 |
| 28 | 6200 | 09.05.2007 | 16.05.2007 | 7/3933918 | 29 | 9185 | 13.07.2007 | 19.07.2007 | 8/4032194 |
| 30 | 16064 | 10.12.2007 | 14.12.2007 | 9/4246798 | 31 | 3621 | 13.03.2008 | 19.03.2008 | 6/4393688 |
| 32 | 5278 | 21.04.2008 | 25.04.2008 | 7/4449320 | 33 | 13277 | 16.10.2008 | 22.10.2008 | 8/4700652 |
| 34 | 7291 | 20.05.2009 | 27.05.2009 | 7/5038996 | 35 | 12039 | 31.07.2009 | 06.08.2009 | 11/5182702 |
| 36 | 14015 | 08.09.2009 | 14.09.2009 | 9/5244344 | 37 | 10179 | 22.06.2010 | 28.06.2010 | 9/5695228 |
| 38 | 5419 | 25.03.2011 | 30.03.2011 | 6097618 | 39 | 15610 | 04.10.2011 | 07.10.2011 | 6368168 |
| 40 | 11455 | 04.07.2013 | 09.07.2013 | 965665 | 41 | | Complément | 19.12.2013 | 7225832 |
| 42 | 16398 | 02.10.2014 | 07.10.2014 | 1754891 | 43 | 1835 | 02.02.2015 | 05.02.2015 | 1973091 |
| 44 | 4154 | 11.03.2015 | 16.03.2015 | 2044861 | 45 | 10605 | 30.06.2015 | 03.07.2015 | 2248339 |
| 46 | 13956 | 02.09.2015 | 07.09.2015 | 2359745 | 47 | 16139 | 09.10.2015 | 14.10.2015 | 2426065 |
| 48 | 7724 | 04.05.2016 | 10.05.2016 | 2823737 | 49 | 781 | 13.01.2017 | 18.01.2017 | 3291617 |
| 50 | 7764 | 03.05.2017 | 08.05.2017 | 3508405 | 51 | 13347 | 26.07.2017 | 31.07.2017 | 3673623 |

Genève, le 23 octobre 2019

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 43b

http://rc.ge.ch

Excerpt without cancellations

INTERNET EXCERPT
Report    November 22, 1995
Ref. No.  02569/1992
Fed. No.  CH-660.0.249.992-4
IDE [UID] CHE-268.023.392

# Bank Hapoalim (Switzerland) Ltd

Date of registration March 13, 1992
Branch of a Swiss company removed
from the register on July 26, 2017

| Ref. | | Trade name or name of the branch | | | | |
|---|---|---|---|---|---|---|
| 1 | | Bank Hapoalim (Switzerland) Ltd (Banque Hapoalim (Suisse) SA) (Bank Hapoalim (Schweiz) AG) | | | | |
| | | **Head office** | | | | |
| 1 | | Genève [Geneva] | | | | |
| | | **Address** | | | | |
| 44 | | rue du Rhône 23, 1204 Geneva | | | | |
| | | **Other address** | | | | |
| 44 | | P.O. Box 3359, 1211 Geneva 3 | | | | |
| | | **Purpose, Observations** | | | | |
| 1 | | Purpose: Operating a commercial bank. | | | | |
| 34 | | Following the amendment to the Commercial Register law and pursuant to Art. 110 para. 1 of the ORC [Ordinance on the Commercial Registry], the information on persons with power of representation for the entire company is cancelled. | | | | |
| 41 | | The identification under Number CH-660-0249992-4 is replaced by the unique enterprise identification number (IDE/UID) CHE-268.023.392. | | | | |
| 51 | | The branch is removed from the register as a result of the termination of operations. | | | | |

| | | Company name of the head office | | | | |
|---|---|---|---|---|---|---|
| 1 | | "Bank Hapoalim (Schweiz) AG, (Bank Hapoalim (Switzerland) Ltd) (Banque Hapoalim (Suisse) SA)", Public limited company (CH-020.3.902.737-4) | | | | |
| | | **Head office** | | | | |
| 1 | | Zürich | | | | |
| | | **Legal form** | | | | |
| 1 | | Public limited company | | | | |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Reg. | Mod | Cance. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| | 48 | | **Pfister** Monika, from Tuggen, Genthod | Director | two signatures required * |
| | 18 | | **Bertolotti** Duilio Stéphane, from Vernier, Thônex | Assistant director | two signatures required * |
| | 30 | | **Muñoz-Taddei** Franca, from Geneva, à Lancy | Assistant director | two signatures required * |
| 49 | | | **Vögtlin** Roger, from Stäfa, Zürich | Assistant director | two signatures required * |
| 37 | | | **Chiacchiari** Dario, from Meyrin, Meyrin | | Power of attorney at 2 * |

** from the managing body

* limited to the business of the branch

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 0 | | report | | | 1 | 9170 | 29.09.1994 | 12.10.1994 | 5639 |
| 2 | 3881 | 22.04.1996 | 02.05.1996 | 2520 | 3 | 3882 | 22.04.1996 | 02.05.1996 | 2520 |
| 4 | 8010 | 27.08.1996 | 09.09.1996 | 5429 | 5 | 6383 | 25.06.1997 | 14.07.1997 | 4959 |
| 6 | 13446 | 15.12.1997 | 30.12.1997 | 9350 | 7 | 11667 | 21.10.1998 | 27.10.1998 | 7328 |
| 8 | 3743 | 06.04.1999 | 12.04.1999 | 2348 | 9 | 11073 | 15.10.1999 | 21.10.1999 | 7214 |
| 10 | 4240 | 05.04.2001 | 11.04.2001 | 2727 | 11 | 11206 | 11.10.2001 | 17.10.2001 | 8102 |
| 12 | 5737 | 04.06.2002 | 10.06.2002 | 6 | 13 | 11557 | 01.11.2002 | 07.11.2002 | 7/0718508 |
| 14 | 12545 | 27.11.2002 | 03.12.2002 | 5/0753928 | 15 | 7605 | 04.07.2003 | 10.07.2003 | 5/1075608 |
| 16 | 7324 | 21.06.2004 | 28.06.2004 | 7/2329592 | 17 | 15145 | 17.12.2004 | 23.12.2004 | 8 |
| 18 | 12979 | 26.10.2005 | 01.11.2005 | 6/3083900 | 19 | 39 | 03.01.2006 | 09.01.2006 | 6/3183542 |
| 20 | 1440 | 31.01.2006 | 06.02.2006 | 7/3229064 | 21 | 2315 | 17.02.2006 | 23.02.2006 | 7/3256902 |
| 22 | 3591 | 14.03.2006 | 20.03.2006 | 7/3295126 | 23 | 5272 | 19.04.2006 | 26.04.2006 | 7 |
| 24 | 5811 | 02.05.2006 | 08.05.2006 | 7/3365012 | 25 | 7702 | 15.06.2006 | 21.06.2006 | 7/3426890 |
| 26 | 12074 | 20.09.2006 | 26.09.2006 | 7/3565168 | 27 | 12314 | 26.09.2006 | 02.10.2006 | 7/3572938 |
| 28 | 6200 | 09.05.2007 | 16.05.2007 | 7/3933918 | 29 | 9185 | 13.07.2007 | 19.07.2007 | 8/4032194 |
| 30 | 16064 | 10.12.2007 | 14.12.2007 | 9/4246798 | 31 | 3621 | 13.03.2008 | 19.03.2008 | 6/4393688 |
| 32 | 5278 | 21.04.2008 | 25.04.2008 | 7/4449320 | 33 | 13277 | 16.10.2008 | 22.10.2008 | 8/4700652 |
| 34 | 7291 | 20.05.2009 | 27.05.2009 | 7/5038996 | 35 | 12039 | 31.07.2009 | 06.08.2009 | 11/5182702 |
| 36 | 14015 | 08.09.2009 | 14.09.2009 | 9/5244344 | 37 | 10179 | 22.06.2010 | 28.06.2010 | 9/5695228 |
| 38 | 5419 | 25.03.2011 | 30.03.2011 | 6097618 | 39 | 15610 | 04.10.2011 | 07.10.2011 | 6368168 |
| 40 | 11455 | 04.07.2013 | 09.07.2013 | 965665 | 41 | | Supplement | 19.12.2013 | 7225832 |
| 42 | 16398 | 02.10.2014 | 07.10.2014 | 1754891 | 43 | 1835 | 02.02.2015 | 05.02.2015 | 1973091 |
| 44 | 4154 | 11.03.2015 | 16.03.2015 | 2044861 | 45 | 10605 | 30.06.2015 | 03.07.2015 | 2248339 |
| 46 | 13956 | 02.09.2015 | 07.09.2015 | 2359745 | 47 | 16139 | 09.10.2015 | 14.10.2015 | 2426065 |
| 48 | 7724 | 04.05.2016 | 10.05.2016 | 2823737 | 49 | 781 | 13.01.2017 | 18.01.2017 | 3291617 |
| 50 | 7764 | 03.05.2017 | 08.05.2017 | 3508405 | 51 | 13347 | 26.07.2017 | 31.07.2017 | 3673623 |

Geneva, October 23, 2019

*End of excerpt*

**Only a certified excerpt, signed by and bearing the seal of the register, is legally binding.**

Bank Hapoalim (Switzerland) Ltd    Page 2 / 2

# LIONBRIDGE

STATE OF NEW YORK      )
                       )  ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached Internet Excerpt, dated November 22, 1995.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __11th__ day of __March__, 20 __20__.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires #1-28-2023