# Exhibit 45a



http://rc.ge.ch

**Excerpt with cancellations**

INTERNET EXCERPT

Ref. Nr   05330/2002
Fed. Nr   CH-660.1.001.002-5
**UID   CHE-395.814.936**

# HSBC Trust Company SA
inscrite le 24 mai 2002
Succursale d'une entreprise suisse

| Ref. | Trade name or name of the branch |
|---|---|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company SA~~ |
| 28 | HSBC Trust Company SA |
| | **Head office** |
| 1 | ~~Genève~~ |
| 27 | Vernier |
| | **Address** |
| 1 | ~~rue du Rhône 92~~ |
| 3 | ~~quai Wilson 37~~ |
| 7 | ~~quai du Général-Guisan 2~~ |
| 19 | ~~quai Wilson 37~~ |
| 22 | ~~rue Dr-Alfred-Vincent 5, 1201 Genève~~ |
| 27 | route de Pré-Bois 6, 1214 Vernier |
| | **Goal, Observations** |
| 1 | But et objet particulier de la succ.: ~~soutien et marketing des produits "trusts" fondations et "offshore companies" pour la clientèle du groupe bancaire HSBC Republic Bank (Suisse) SA.~~ |
| 23 | But et objet particulier de la succ.: ~~soutien et marketing des produits "trust" fondations et "offshore companies" pour la clientèle du groupe bancaire HSBC Private Bank (Suisse) SA.~~ |
| 24 | But et objet particulier de la succ.: ~~soutien et marketing des produits "trust" fondations et "offshore companies" pour la clientèle du groupe bancaire HSBC Private Bank.~~ |
| 25 | But et objet particulier de la succ.: administration de trusts, fondations et sociétés ainsi que prestation de services fiduciaires. |
| 26 | Suite à la modification du droit du registre du commerce et en application de l'art. 110, al. 1 ORC, les informations relatives aux personnes disposant d'un pouvoir de représentation pour toute l'entreprise sont radiées. |
| 29 | L'identification sous le numéro CH-660-1001002-5 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-395.814.936. |

| | **Company name of the head office** |
|---|---|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company AG (HSBC Guyerzeller Trust Company SA) (HSBC Guyerzeller Trust Company Limited) (CH-020.3.923.888-1)~~ |
| 28 | HSBC Trust Company AG (HSBC Trust Company SA) (HSBC Trust Company Limited) (CH-020.3.923.888-1) |
| | **Head office** |
| 1 | Zurich |
| | **Legal form** |

| | | Legal form |
|---|---|---|
| 1 | | Société anonyme |

| | | Lieu d'inscription, date d'inscription, publication |
|---|---|---|
| 1 | | inscrite au registre du commerce de Zurich (dernière FOSC du 04-03-2002, p.19) |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| 1 | | 4 | ~~Arthur Stephen J., de Grande-Bretagne, à Genève~~ | ~~dir. succursale~~ | ~~signature individuelle *~~ |
| 1 | | 6 | ~~Collombet Serge, de France, à Aubonne, F~~ | | ~~procuration collective à 2 * + °~~ |
| 1 | | 4 | ~~Durand Georges, de Montet (Broye), à Massongy, F~~ | | ~~procuration collective à 2 * + °~~ |
| 2 | m | 8 | ~~McGhee Robin Steve, de Grande-Bretagne, à Veyrier~~ | ~~membre de la direction~~ | ~~signature collective à 2 *~~ |
| 2 | m | 8 | ~~Hug Daniel, de Ferenbalm, à Berne~~ | | ~~signature collective à 2 *~~ |
| 2 | | 6 | ~~Salama David, de France, à Montana~~ | | ~~signature collective à 2 *~~ |
| 2 | | 7 | ~~Huwiler Mirjam, de Sins, à Muri bei Bern~~ | | ~~signature collective à 2 *~~ |
| 2 | m | 8 | ~~Lindt Filippo, de Berne, à Zurich~~ | | ~~signature collective à 2 *~~ |
| 5 | m | 8 | ~~du Plessis Robert James, de Grande-Bretagne, à Villars-sur-Ollon~~ | ~~membre de la direction~~ | ~~signature collective à 2 *~~ |
| 5 | m | 8 | ~~Guggisberg Patrick, de Zimmerwald, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 5 | m | 8 | ~~Kaspar Sandra, d'Oberkulm, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 5 | m | 9 | ~~Isler Kathrin, de Wädenswil, à Zurich~~ | | ~~procuration collective à 2 *~~ |
| 5 | m | 7 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 6 | m | 8 | ~~Smith David, de Grande-Bretagne, à Tannay~~ | | ~~signature collective à 2 *~~ |
| 7 | m | 8 | ~~Michel Pierre, de Le Glèbe, à Thônex~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| 7 | | 15 | ~~Marquis Christopher, d'Australie, à Genève~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 7 | | 11 | ~~Baumgartner Pfister Pascale, de Trub, à Wollerau~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 7 | | 15 | ~~Billeter Oliver, de Zurich, à Richterswil~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 11 | ~~Bühler Rudolf, de Schötz, à Kloten~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 10 | ~~Kahn François, de Genève, à Genève~~ | | ~~signature collective à 2 *~~ |
| | 7 | 10 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 12 | ~~Lugg Andrew, de Küsnacht, à Männedorf~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 7 | | 11 | ~~Römer Heller Erica, de Zurich, à Maur~~ | ~~sous-directrice~~ | ~~signature collective à 2~~ |
| 7 | m | 12 | ~~Ehrbar Andrea, d'Urnäsch, à Niederhasli~~ | | ~~procuration collective à 2~~ |
| 7 | m | 9 | ~~Fehlmann Pascale, de Bottenwil, à Zurich~~ | | ~~procuration collective à 2 *~~ |
| 7 | m | 9 | ~~Fowler Pedotti Rachel, des USA, à Zurich~~ | | ~~procuration collective à 2 *~~ |
| 7 | m | 12 | ~~Giger Susan, du Canada, à Aubonne~~ | | ~~procuration collective à 2 *~~ |
| 7 | m | 13 | ~~Girardin Marc, de Versoix, à Genève~~ | | ~~procuration collective à 2~~ |
| 7 | | 10 | ~~Habenbucher Barbara, de Winterthur, à Zoug~~ | | ~~procuration collective à 2 *~~ |
| 7 | | 11 | ~~Harrison Clive Osler, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2~~ |
| 7 | m | 11 | ~~Kumar Sanjay, d'Inde, à Genève~~ | | ~~procuration collective à 2 *~~ |
| 7 | m | 11 | ~~Martinez Maria, d'Espagne, à Troinex~~ | | ~~procuration collective à 2 *~~ |
| 7 | | 10 | ~~Stutz-Messmer Patricia, de Zurich, à Küsnacht~~ | | ~~procuration collective à 2~~ |
| 7 | m | 9 | ~~Trentaz Sylvie, de Chavannes-près-Renens, à Lausanne~~ | | ~~procuration collective à 2 *~~ |
| | 8 | m 13 | ~~McGhee Robin Steve, de Grande-Bretagne, à Veyrier~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| | 8 | 13 | ~~Hug Daniel, de Ferenbalm, à Zurich~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 8 | 12 | ~~Lindt Filippo, de Berne, à Zurich~~ | | ~~procuration collective à 2~~ |
| | 8 | 12 | ~~du Plessis Robert James, de Grande-Bretagne, à Le Vaud~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| | 8 | 11 | ~~Guggisberg Patrick, de Zimmerwald, à Genève~~ | | ~~procuration collective à 2~~ |
| | 8 | 11 | ~~Kaspar Sandra, d'Oberkulm, à Collonge-Bellerive~~ | | ~~procuration collective à 2~~ |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| | 8 | 18 | ~~Smith David, de Grande-Bretagne, à Tannay~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 8 | m 15 | ~~Michel Pierre, de Le Glèbe, à Thônex~~ | ~~adm. président directeur~~ | ~~signature collective à 2~~ |
| 8 | | 23 | ~~Streule Christoph, d'Ennetbaden, à Stallikon~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| 8 | | 12 | ~~Hess Bernard, de Dürrenroth, à Eysins~~ | | ~~procuration collective à 2~~ |
| 8 | | 13 | ~~Stooke James, de Grande-Bretagne, à Genève~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| 8 | | 13 | ~~Delissy Eric, de Nyon, à Bellevue~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 8 | | 13 | ~~Meier Thomas, d'Unterehrendingen, à Egg~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 8 | | 20 | ~~Dobson Alastair, de Chigny, à Chigny~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 9 | | m 13 | ~~Maret Alexandre Gilbert André, de Conthey, à Gex, F~~ | | ~~procuration collective à 2~~ |
| | 9 | 18 | ~~Fehlmann Pascale, de Bottenwil, à Zurich~~ | | ~~procuration collective à 2~~ |
| | 9 | 20 | ~~Fowler Pedotti Rachel, des USA, à Zurich~~ | | ~~procuration collective à 2~~ |
| | 9 | 12 | ~~Isler Kathrin, de Wädenswil, à Uetikon am See~~ | | ~~procuration collective à 2~~ |
| | 9 | 16 | ~~Trentaz Sylvie, de Chavannes-près-Renens, à Zurich~~ | | ~~procuration collective à 2~~ |
| | 11 | 13 | ~~Kumar Sanjay, d'Inde, à Genève~~ | | ~~procuration collective à 2~~ |
| | 11 | 20 | ~~Martinez Maria, d'Espagne, à Troinex~~ | | ~~procuration collective à 2~~ |
| | 12 | 20 | ~~Ehrbar Andrea, d'Urnäsch, à Niederhasli~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 12 | | 20 | ~~Atkins Lucy, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2~~ |
| 12 | | 20 | ~~Balestra Graziano, de Gerra (Gambarogno), à Genève~~ | | ~~procuration collective à 2~~ |
| 12 | | 20 | ~~Palmisano Patrizia, de Genève, à Genève~~ | | ~~procuration collective à 2~~ |
| 12 | | 20 | ~~Steele May, de Grande-Bretagne, à Genève~~ | | ~~procuration collective à 2~~ |
| | 12 | 20 | ~~Giger Susan, du Canada, à Aubonne~~ | | ~~procuration collective à 2~~ |
| | 13 | 20 | ~~Girardin Marc, de Versoix, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 13 | 20 | ~~McGhee Robin Steve, de Grande-Bretagne, à Veyrier~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| | 13 | 20 | ~~Maret Alexandre Gilbert André, de Conthey, à Gex, F~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 13 | | m 17 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| 13 | | 20 | ~~Iredale Ian, de Grande-Bretagne, à Bogis-Bossey~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 13 | | m 15 | ~~Rohrer Silvio, de Zurich, à Arni (AG)~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| 13 | | 20 | ~~Aepli Gürdogan Nicole, de Genève, à Vandoeuvres~~ | | ~~procuration collective à 2~~ |
| 13 | | m 17 | ~~Bedford Ivan, de Grande-Bretagne, à Gaillard, F~~ | | ~~procuration collective à 2~~ |
| 13 | | m 17 | ~~Berger Chantal, de Waldenburg, à Herrliberg~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~Brosi Jacqueline, de Belp, à Männedorf~~ | | ~~procuration collective à 2~~ |
| 13 | | 18 | ~~Charlton Lisette, de Cully, à Jussy~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~Crowley Kevin, des USA, à Mies~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~Esposito Jacqueline, de Zurich, à Thalwil~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~James Richard, de Grande-Bretagne, à Commugny~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~Pernot-Etzlinger Lorraine, de Genève, à Plan-les-Ouates~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~Sagarra Gabrielle, des USA, à Zurich~~ | | ~~procuration collective à 2~~ |
| 13 | | 20 | ~~Tissot Celine, de Valangin, à Founex~~ | | ~~procuration collective à 2~~ |
| 14 | | 20 | ~~Gamblin Corinne, de Genève, à Genève~~ | | ~~procuration collective à 2~~ |
| | 15 | 16 | ~~Michel Pierre, de Le Glèbe, à Thônex~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| | 15 | m 20 | ~~Rohrer Silvio, de Zurich, à Arni (AG)~~ | ~~adm. président~~ | ~~signature collective à 2~~ |
| 16 | | 20 | ~~Ferguson Steven, de Grande-Bretagne, à Thalwil~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| | 17 | 20 | ~~Lavelle Edward, de Grande-Bretagne, à Genève~~ | ~~directeur~~ | ~~signature collective à 2~~ |
| | 17 | 20 | ~~Bedford Ivan, de Grande-Bretagne, à Gaillard, F~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |
| | 17 | 20 | ~~Moosmann Chantal, de Waldenburg, à Herrliberg~~ | | ~~procuration collective à 2~~ |
| 17 | | 26 | ~~Häuptli Konrad Karl, d'Aarburg, à Aarburg~~ | ~~adm. gérant~~ | ~~signature collective à 2~~ |
| 18 | | 20 | ~~O'Donnell Hugh, de Grande-Bretagne, à Zurich~~ | ~~sous-directeur~~ | ~~signature collective à 2~~ |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| 18 | | 20 | ~~Cachin Yvonne, de Reiden, à Aubonne~~ | | ~~procuration collective à 2~~ |
| 18 | | m 20 | ~~Baumann Heinrich, de Bâle, à Zollikon~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 18 | | 26 | ~~Dale Nicholas, de Güttigen, à Rüschlikon~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 18 | | 21 | ~~Meares Christopher Martin, de Grande-Bretagne, à Londres, GB~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| 18 | | 26 | ~~Rayroux Georges, de Vufflens-le-Château, à Mies~~ | ~~adm.~~ | ~~signature collective à 2~~ |
| | 20 | 21 | ~~Rohrer Silvio, de Zurich, à Arni (AG)~~ | ~~adm. directeur~~ | ~~signature collective à 2~~ |
| | 20 | 26 | ~~Baumann Heinrich, de Bâle, à Herrliberg~~ | ~~adm. président~~ | ~~signature collective à 2~~ |

\* limitée aux affaires de la succursale  +avec une personne domiciliée en Suisse  °ne signent pas entre-eux

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page/Id** | | **Number** | **Date** | **Date** | **Page/Id** |
| 1 | 5330 | 24.05.2002 | 30.05.2002 | 8 | 2 | 8312 | 09.08.2002 | 15.08.2002 | 7 |
| 3 | 8635 | 20.08.2002 | 26.08.2002 | 6/0614626 | 4 | 8901 | 28.08.2002 | 03.09.2002 | 6/0626640 |
| 5 | 1800 | 11.02.2003 | 17.02.2003 | 7 | 6 | 9231 | 14.08.2003 | 20.08.2003 | 6/1137638 |
| 7 | 4761 | 19.04.2004 | 23.04.2004 | 6/2229854 | 8 | 8822 | 26.07.2004 | 30.07.2004 | 6/2384796 |
| 9 | 10562 | 08.09.2004 | 14.09.2004 | 6/2447384 | 10 | 11953 | 12.10.2004 | 18.10.2004 | 6/2497204 |
| 11 | 13276 | 10.11.2004 | 16.11.2004 | 6/2544648 | 12 | 780 | 18.01.2005 | 24.01.2005 | 8/2666476 |
| 13 | 10942 | 07.09.2005 | 13.09.2005 | 7 | 14 | 11768 | 28.09.2005 | 04.10.2005 | 6/3044670 |
| 15 | 14605 | 01.12.2005 | 07.12.2005 | 7/3137084 | 16 | 5992 | 04.05.2006 | 10.05.2006 | 8/3368820 |
| 17 | 8000 | 22.06.2006 | 28.06.2006 | 8/3437002 | 18 | 14901 | 22.11.2006 | 28.11.2006 | 7/3654362 |
| 19 | 676 | 15.01.2007 | 19.01.2007 | 7/3732642 | 20 | 7081 | 30.05.2007 | 05.06.2007 | 9/3959522 |
| 21 | 1450 | 30.01.2008 | 05.02.2008 | 7/4323538 | 22 | 4061 | 25.03.2008 | 31.03.2008 | 9/4406798 |
| 23 | 5625 | 28.04.2008 | 05.05.2008 | 8/4460546 | 24 | 7953 | 18.06.2008 | 24.06.2008 | 8/4540194 |
| 25 | 13376 | 26.08.2009 | 01.09.2009 | 10/5225714 | 26 | 16278 | 30.09.2010 | 06.10.2010 | 8/5841874 |
| 27 | 8085 | 13.05.2013 | 16.05.2013 | 7189992 | 28 | 12923 | 29.07.2013 | 02.08.2013 | 1009995 |
| 29 | | Complément | 19.12.2013 | 7225832 | | | | | |

Geneva, 26 april 2019

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**

# Exhibit 45b

http://rc.ge.ch

**Excerpt with cancellations**

INTERNET EXCERPT

Ref. No.   05330/2002
Fed. No.  CH-660.1.001.002-5
**UIDCHE-395.814.936**

**HSBC Trust Company SA** registered on
May 24, 2002
Branch of a Swiss company

| Ref. | Trade name or name of the branch |
|---|---|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company SA~~ |
| 28 | HSBC Trust Company SA |
| | **Head office** |
| 1 | ~~Geneva~~ |
| 27 | Vernier |
| | **Address** |
| 1 | ~~rue du Rhône 92~~ |
| 3 | ~~quai Wilson 37~~ |
| 7 | ~~quai du Général-Guisan 2~~ |
| 19 | ~~quai Wilson 37~~ |
| 22 | ~~rue Dr Alfred-Vincent 5, 1201 Geneva~~ |
| 27 | route de Pré-Bois 6, 1214 Vernier |
| 1 | **Goal, Observations** |
| | Aim and particular purpose of the branch: ~~support and marketing of "trusts" foundations and "offshore companies" for customers of the HSBC Republic Bank (Suisse) SA. banking group~~ |
| 23 | Aim and particular purpose of the branch: ~~support and marketing of "trusts" foundations and "offshore companies" for customers of the HSBC Private Bank (Suisse) SA. banking group~~ |
| 24 | Aim and particular purpose of the branch: ~~support and marketing of "trusts" foundations and "offshore companies" for customers of the HSBC Private Bank banking group~~ |
| 25 | Aim and particular purpose of the branch: administration of trusts, foundations and companies and provision of fiduciary services. |
| 26 | Following the amendment of the law of the commercial register and in application of Art. 110, para. 1 ORC, the information relating to the persons having a power of representation for the whole company is deleted. |
| 29 | The identification under the number CH-660-1001002-5 is replaced by the company identification number (IDE/UID) CHE-395.814.936. |

| | Company name of the head office |
|---|---|
| 1 | ~~HSBC Republic Trust Services (Suisse) AG~~ |
| 7 | ~~HSBC Trust Services (Suisse) AG~~ |
| 18 | ~~HSBC Guyerzeller Trust Company AG (HSBC Guyerzeller Trust Company SA) (HSBC Guyerzeller Trust Company Limited) (CH-020.3.923.888-1)~~ |
| 28 | HSBC Trust Company AG (HSBC Trust Company SA) (HSBC Trust Company Limited) (CH-020.3.923.888-1) |
| 1 | **Head Office** |
| | Zurich |
| | **Legal form** |
| 1 | Limited liability company |
| | **Place of registration, date of registration, publication** |
| 1 | Registered in the business registry of Zurich (latest FOSC of 03-04-2002, p.19) |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| 1 | | 4 | **Arthur** Stephen J., from Great Britain, in Geneva | Branch dir. | individual signature * |
| 1 | | 6 | **Collombet** Serge, from France, in Aubonne, F | | joint power of attorney, 2 signatories* + ° |
| 1 | | 4 | **Durand** Georges, from Montet (Broye), in Massongy, F | | joint power of attorney, 2 signatories* + ° |
| 2 | | m 8 | **McGhee** Robin Steve, from Great Britain, in Veyrier | Member of management | joint signature of two * |
| 2 | | m 8 | **Hug** Daniel, from Ferenbalm, in Berne | | joint signature of two * |
| 2 | | 6 | **Salama** David, from France, in Montana | | joint signature of two * |
| 2 | | 7 | **Huwiler** Mirjam, from Sins, in Muri bei Bern | | joint signature of two * |
| 2 | | m 8 | **Lindt** Filippo, from Berne, in Zurich | | joint signature of two * |
| 5 | | m 8 | **du Plessis** Robert James, from Great Britain, in Villars-sur-Ollon | Member of management | joint signature of two * |
| 5 | | m 8 | **Guggisberg** Patrick, from Zimmerwald, in Geneva | | joint power of attorney, 2 signatories* |
| 5 | | m 8 | **Kaspar** Sandra, from Oberkulm, in Geneva | | joint power of attorney, 2 signatories* |
| 5 | | m 9 | **Isler** Kathrin, from Wädenswil, in Zurich | | joint power of attorney, 2 signatories* |
| 5 | | m 7 | **Lavelle** Edward, from Great Britain, in Geneva | | joint power of attorney, 2 signatories* |
| 6 | | m 8 | **Smith** David, from Great Britain, in Tannay | | joint signature of two * |
| 7 | | m 8 | **Michel** Pierre, from Le Glèbe, in Thônex | Administrative Director | joint signature of two |
| 7 | | 15 | **Marquis** Christopher, from Australia, in Geneva | Director | joint signature of two |
| 7 | | 11 | **Baumgartner Pfister** Pascale, from Trub, in Wollerau | Assistant Director | joint signature of two |
| 7 | | 15 | **Billeter** Oliver, from Zurich, in Richterswil | Assistant Director | joint signature of two |
| 7 | | 11 | **Bühler** Rudolf, from Schötz, in Kloten | Assistant Director | joint signature of two |
| 7 | | 10 | **Kahn** François, from Geneva, in Geneva | | joint signature of two * |
| | 7 | 10 | **Lavelle** Edward, from Great Britain, in Geneva | Assistant Director | joint signature of two |
| 7 | | 12 | **Lugg** Andrew, from Küsnacht, in Männedorf | Assistant Director | joint signature of two |
| 7 | | 11 | **Römer Heller** Erica, from Zurich, in Maur | Assistant Director | joint signature of two |
| 7 | | m 12 | **Ehrbar** Andrea, from Urnäsch, in Niederhasli | | joint power of attorney, 2 signatories |
| 7 | | m 9 | **Fehlmann** Pascale, from Bottenwil, in Zurich | | joint power of attorney, 2 signatories* |
| 7 | | m 9 | **Fowler Pedotti** Rachel, from the USA, in Zurich | | joint power of attorney, 2 signatories* |
| 7 | | m 12 | **Giger** Susan, from Canada, in Aubonne | | joint power of attorney, 2 signatories* |
| 7 | | m 13 | **Girardin** Marc, from Versoix, in Geneva | | joint power of attorney, 2 signatories |
| 7 | | 10 | **Habenbucher** Barbara, from Winterthur, in Zoug | | joint power of attorney, 2 signatories* |
| 7 | | 11 | **Harrison** Clive Osler, from Great Britain, in Geneva | | joint power of attorney, 2 signatories |
| 7 | | m 11 | **Kumar** Sanjay, d'Inde, in Geneva | | joint power of attorney, 2 signatories* |
| 7 | | m 11 | **Martinez** Maria, from Spain, in Troinex | | joint power of attorney, 2 signatories* |
| 7 | | 10 | **Stutz-Messmer** Patricia, from Zurich, in Küsnacht | | joint power of attorney, 2 signatories |
| 7 | | m 9 | **Trentaz** Sylvie, from Chavannes-près-Renens, in Lausanne | | joint power of attorney, 2 signatories* |
| | 8 | m 13 | **McGhee** Robin Steve, from Great Britain, in Veyrier | Administrative Director | joint signature of two |
| | 8 | 13 | **Hug** Daniel, from Ferenbalm, in Zurich | Assistant Director | joint signature of two |
| | 8 | 12 | **Lindt** Filippo, from Berne, in Zurich | | joint power of attorney, 2 signatories |
| | 8 | 12 | **du Plessis** Robert James, from Great Britain, in Le Vaud | Director | joint signature of two |
| | 8 | 11 | **Guggisberg** Patrick, from Zimmerwald, in Geneva | | joint power of attorney, 2 signatories |
| | 8 | 11 | **Kaspar** Sandra, from Oberkulm, in Collonge-Bellerive | | joint power of attorney, 2 signatories |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions,** | **Signature mode** |
| | 8 | 18 | ~~Smith David, from Great Britain, in Tannay~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| | 8 | m 15 | ~~Michel Pierre, from Le Glèbe, in Thônex~~ | ~~Chairman Director~~ | ~~joint signature of two~~ |
| 8 | | 23 | ~~Streule Christoph, from Ennetbaden, in Stallikon~~ | ~~Administrative Director~~ | ~~joint signature of two~~ |
| 8 | | 12 | ~~Hess Bernard, from Dürrenroth, in Eysins~~ | | ~~joint power of attorney, 2 signatories~~ |
| 8 | | 13 | ~~Stooke James, from Great Britain, in Geneva~~ | ~~Administrative Director~~ | ~~joint signature of two~~ |
| 8 | | 13 | ~~Delissy Eric, from Nyon, in Bellevue~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 8 | | 13 | ~~Meier Thomas, from Unterehrendingen, in Egg~~ | ~~Director~~ | ~~joint signature of two~~ |
| 8 | | 20 | ~~Dobson Alastair, from Chigny, in Chigny~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 9 | | m 13 | ~~Maret Alexandre Gilbert André, de Conthey, in Gex, F~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 18 | ~~Fehlmann Pascale, from Bottenwil, in Zurich~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 20 | ~~Fowler Pedotti Rachel, from the USA, in Zurich~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 12 | ~~Isler Kathrin, from Wädenswil, in Uetikon am See~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 9 | 16 | ~~Trentaz Sylvie, from Chavannes-près-Renens, in Zurich~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 11 | 13 | ~~Kumar Sanjay, from India, in Geneva~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 11 | 20 | ~~Martinez Maria, from Spain in Troinex~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 12 | 20 | ~~Ehrbar Andrea, from Urnäsch, in Niederhasli~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 12 | | 20 | ~~Atkins Lucy, from Great Britain, in Geneva~~ | | ~~joint power of attorney, 2 signatories~~ |
| 12 | | 20 | ~~Balestra Graziano, from Gerra (Gambarogno), in Geneva~~ | | ~~joint power of attorney, 2 signatories~~ |
| 12 | | 20 | ~~Palmisano Patrizia, from Geneva, in Geneva~~ | | ~~joint power of attorney, 2 signatories~~ |
| 12 | | 20 | ~~Steele May, from Great Britain, in Geneva~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 12 | 20 | ~~Giger Susan, from Canada, in Aubonne~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 13 | 20 | ~~Girardin Marc, from Versoix, in Geneva~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| | 13 | 20 | ~~McGhee Robin Steve, from Great Britain, in Veyrier~~ | ~~Director~~ | ~~joint signature of two~~ |
| | 13 | 20 | ~~Maret Alexandre Gilbert André, from Conthey, in Gex, F~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 13 | | m 17 | ~~Lavelle Edward, from Great Britain, in Geneva~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| 13 | | 20 | ~~Iredale Ian, from Great Britain, in Bogis-Bossey~~ | ~~Director~~ | ~~joint signature of two~~ |
| 13 | | m 15 | ~~Rohrer Silvio, from Zurich, in Arni (AG)~~ | ~~Director~~ | ~~joint signature of two~~ |
| 13 | | 20 | ~~Aepli Gürdogan Nicole, from Geneva, in Vandoeuvres~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | m 17 | ~~Bedford Ivan, from Great Britain, in Gaillard, F~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | m 17 | ~~Berger Chantal, from Waldenburg, in Herrliberg~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Brosi Jacqueline, from Belp, in Männedorf~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 18 | ~~Charlton Lisette, from Cully, in Jussy~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Crowley Kevin, from the USA, in Mies~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Esposito Jacqueline, from Zurich, in Thalwil~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~James Richard, from Great Britain, in Commugny~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Pernot-Etzlinger Lorraine, from Geneva, in Planles-Ouates~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Sagarra Gabrielle, from the USA, in Zurich~~ | | ~~joint power of attorney, 2 signatories~~ |
| 13 | | 20 | ~~Tissot Celine, from Valangin, in Founex~~ | | ~~joint power of attorney, 2 signatories~~ |
| 14 | | 20 | ~~Gamblin Corinne, from Geneva, in Geneva~~ | | ~~joint power of attorney, 2 signatories~~ |
| | 15 | 16 | ~~Michel Pierre, from Le Glèbe, in Thônex~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| | 15 | m 20 | ~~Rohrer Silvio, from Zurich, in Arni (AG)~~ | ~~Chairman~~ | ~~joint signature of two~~ |
| 16 | | 20 | ~~Ferguson Steven, from Great Britain, in Thalwil~~ | ~~Director~~ | ~~joint signature of two~~ |
| | 17 | 20 | ~~Lavelle Edward, from Great Britain, in Geneva~~ | ~~Director~~ | ~~joint signature of two~~ |
| | 17 | 20 | ~~Bedford Ivan, from Great Britain, in Gaillard, F~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |
| | 17 | 20 | ~~Moosmann Chantal, from Waldenburg, in Herrliberg~~ | | ~~joint power of attorney, 2 signatories~~ |
| 17 | | 26 | ~~Häuptli Konrad Karl, from Aarburg, in Aarburg~~ | ~~Managing Director~~ | ~~joint signature of two~~ |
| 18 | | 20 | ~~O'Donnell Hugh, from Great Britain, in Zurich~~ | ~~Assistant Director~~ | ~~joint signature of two~~ |

| Ref. | | | Holders, associates, administrators, people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions, | Signature mode |
| 18 | | 20 | ~~Cachin Yvonne, from Reiden, in Aubonne~~ | | ~~joint power of attorney, 2 signatories~~ |
| 18 | m 20 | | ~~Baumann Heinrich, from Bâle, in Zollikon~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 18 | | 26 | ~~Dale Nicholas, from Güttigen, in Rüschlikon~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 18 | | 21 | ~~Meares Christopher Martin, from Great Britain, in Londres, GB~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| 18 | | 26 | ~~Rayroux Georges, from Vufflens-le-Château, in Mies~~ | ~~Administrator~~ | ~~joint signature of two~~ |
| | 20 | 21 | ~~Rohrer Silvio, from Zurich, in Arni (AG)~~ | ~~Administrative Director~~ | ~~joint signature of two~~ |
| | 20 | 26 | ~~Baumann Heinrich, from Bâle, in Herrliberg~~ | ~~Chairman~~ | ~~joint signature of two~~ |

* limited to branch business  + with a person domiciled in Switzerland  °not jointly signing

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 1 | 5330 | 5/24/2002 | 5/30/2002 | 8 | 2 | 8312 | 8/9/2002 | 8/15/2002 | 7 |
| 3 | 8635 | 8/20/2002 | 8/26/2002 | 6/0614626 | 4 | 8901 | 8/28/2002 | 9/3/2002 | 6/0626640 |
| 5 | 1800 | 2/11/2003 | 2/17/2003 | 7 | 6 | 9231 | 8/14/2003 | 8/20/2003 | 6/1137638 |
| 7 | 4761 | 4/19/2004 | 4/23/2004 | 6/2229854 | 8 | 8822 | 7/26/2004 | 7/30/2004 | 6/2384796 |
| 9 | 10562 | 9/8/2004 | 9/14/2004 | 6/2447384 | 10 | 11953 | 10/12/2004 | 10/18/2004 | 6/2497204 |
| 11 | 13276 | 11/10/2004 | 11/16/2004 | 6/2544648 | 12 | 780 | 1/18/2005 | 1/24/2005 | 8/2666476 |
| 13 | 10942 | 9/7/2005 | 9/13/2005 | 7 | 14 | 11768 | 9/28/2005 | 10/4/2005 | 6/3044670 |
| 15 | 14605 | 12/1/2005 | 12/7/2005 | 7/3137084 | 16 | 5992 | 5/4/2006 | 5/10/2006 | 8/3368820 |
| 17 | 8000 | 6/22/2006 | 6/28/2006 | 8/3437002 | 18 | 14901 | 11/22/2006 | 11/28/2006 | 7/3654362 |
| 19 | 676 | 1/15/2007 | 1/19/2007 | 7/3732642 | 20 | 7081 | 5/30/2007 | 6/5/2007 | 9/3959522 |
| 21 | 1450 | 1/30/2008 | 2/5/2008 | 7/4323538 | 22 | 4061 | 3/25/2008 | 3/31/2008 | 9/4406798 |
| 23 | 5625 | 4/28/2008 | 5/5/2008 | 8/4460546 | 24 | 7953 | 6/18/2008 | 6/24/2008 | 8/4540194 |
| 25 | 13376 | 8/26/2009 | 9/1/2009 | 10/5225714 | 26 | 16278 | 9/30/2010 | 10/6/2010 | 8/5841874 |
| 27 | 8085 | 5/13/2013 | 5/16/2013 | 7189992 | 28 | 12923 | 7/29/2013 | 8/2/2013 | 1009995 |
| 29 | | Additional | 12/19/2013 | 7225832 | | | | | |

Geneva, April 26, 2019

*End of excerpt*

---

**The information above is given with no commitment and is in no way legally binding.**

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French

To:

- English

The documents are designated as:
- Excerpt with Cancellations from the Geneva Register of Commerce, dated April 26, 2019

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.