# Exhibit 46



| GENEVA REGISTER OF COMMERCE | |
|---|---|
| Extract without cancellations | EXTRACT FROM THE REGISTER<br>Ref. No.   00275/2001<br>Fed. No.   CH-660-0074001-4<br>IDE         CHE-101.727.921 |

## HSBC Private Bank (Suisse) SA
Company limited by shares
registered on 09 January 2001

| Ref. | Company Name |
|---|---|
| 40 | HSBC Private Bank (Suisse) SA |

| | Registered Office |
|---|---|
| 1 | Geneva |

| | Address |
|---|---|
| 202 | quai des Bergues 9-17, 1201 Geneva |

| | Date of Articles of Association | | |
|---|---|---|---|
| 1 | 05 January 2001 | 31 | 24 February 2003 |
| 3 | 09 April 2001 | 37 | 15 October 2003 |
| 4 | 10 April 2001 | 40 | 24 November 2003 |
| 5 | 10 April 2001 | 96 | 05 September 2008 |

| | Purpose, Remarks |
|---|---|
| 1 | Purpose:<br>operation of a bank, including the professional trade of securities. |
| 197 | The identification under number CH-660-0074001-4 is replaced by the Business Identification Number (IDE/UID) CHE-101.727.921. |

| | Mergers (LFus) |
|---|---|
| 103 | Merger:<br>Taking over of the assets and liabilities of the company "HSBC Guyerzeller Bank AG", in Zurich (CH-020-3910954-5), in compliance with the merger contract dated 12 March 2009 and the balance sheet as of 31 December 2008 for assets in the amount of CHF 3,433,111,000 and liabilities towards third parties in the amount of CHF 3,037,666,000, i.e. net assets in the amount of CHF 395,445,000. As the entire share-capital of the two companies is owned by the same shareholder, the merger shall take place without an increase in the share-capital or an allocation of shares. |

| | Transfers of Assets (Swiss Federal Act on Mergers, Demergers, Conversions and Transfers of Assets - LFus) |
|---|---|
| 215 | Pursuant to a contract dated 28.11.2014, the company transferred its assets representing an amount of USD 2,800,128,360 and liabilities to third parties representing an amount of USD 2,800,128,359 to LGT Bank (Schweiz) AG (CHE-109.346.830) in Basel. Consideration: USD 195,865,488. |
| 253 | Pursuant to a contract dated 24.11.2016, the company transferred its assets representing an amount of USD 640,770,855 and liabilities to third parties representing an amount of USD 640,770,855 to Banco Santander (Suisse) SA (CHE-105.817.871) in Geneva. Consideration: USD 38,901,919. |

| | Publication Organ |
|---|---|
| 1 | Communication to shareholders: by registered letter |
| 1 | SOGC *(Swiss Official Gazette of Commerce)* |

| | Branch offices |
|---|---|
| 18 | Zurich |

| Ref. | Share-Capital | | |
|---|---|---|---|
| | Nominal | Fully paid in | Shares |
| 96 | CHF 708,480,000 | CHF 708,480,000 | 708,480 registered shares of CHF 1,000 each, bound according to the Articles of Association (ordinary increase) |

| | Contribution in kind, taking over of assets, particular adv. |
|---|---|
| 3 | Contribution in kind:<br>net assets immediately transferable from the capital management sector of "HSBC Investment Bank plc", Singapore Branch Office, in compliance with the contract dated 09 April 2001 and balance sheet as of |



*[Seal of Canton of Geneva, Register of Commerce]*

| | Contribution in kind, taking over of assets, particular adv. |
|---|---|
| | 28 February 2001 for an amount of CHF 5,177,000 in exchange of which 3,421 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium. |
| 4 | Contribution in kind:<br>net assets immediately transferable from the capital management sector of "HSBC Bank USA", Singapore Branch Office, in compliance with the contract dated 10 April 2001 and balance sheet as of 28 February 2001 for an amount of CHF 89,742,000 in exchange of which 21,846 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium; net assets immediately transferable from the capital management sector of "HSBC Bank USA", Hong Kong Branch Office, in compliance with the contract dated 10 April 2001 and balance sheet as of 28 February 2001 for an amount of CHF 120,806,000 in exchange of which 15,292 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium; net assets immediately transferable from the capital management sector of the company "HSBC Investment Bank Asia Limited", in Hong Kong, in compliance with the contract dated 10 April 2001 and balance sheet as of 28 February 2001 for an amount of CHF 319,273,000 in exchange of which 159,049 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance constituting an exchange premium. |
| 5 | Merger:<br>Taking over of the assets and liabilities, in the meaning of Article 748 of the Swiss Code of Obligations, of the company "HSBC Republic Bank (Suisse) SA", in Geneva, in compliance with the contract dated 10 April 2001 and balance sheet as of 31 March 2001 for assets in the amount of CHF 24,658,630.000 and liabilities towards third parties in the amount of CHF 23,575,504,000, i.e. net assets in the amount of CHF 1,083,126,000, in exchange of which 460,392 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted. |
| 31 | Merger:<br>Taking over of the assets and liabilities, in the meaning of Article 748 of the Swiss Code of Obligations, of the international financing company of "Crédit commercial from France SA", in Geneva, in compliance with the contract dated 24 February 2003 and balance sheet as of 31 December 2002 for assets in the amount of CHF 26,599,802 and liabilities towards third parties in the amount of CHF 14,316,999, i.e. net assets in the amount of CHF 12,282,803, in exchange of which 2,780 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted. |
| 96 | Contribution in kind:<br>in compliance with the contract dated 05 September 2008, all the shares of the company "HSBC Private Bank Luxembourg SA", in Luxemburg, LUX, i.e. 53,000 shares of CHF 1,000 each, for an amount of CHF 124,956,000, in exchange of which 25,700 registered shares of CHF 1,000 each, bound according to the articles of association, are being remitted, the balance in the amount of CHF 99,256,000 constituting an exchange premium. |

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 9 | | | Saillard Odile, from France, in Loisin, F | | Joint power of att. (2)* [3] |
| 11 | | | Socquet Chantal, from Conthey, in Gaillard, F | | Joint power of att. (2)* [3] |
| 11 | | | Valente Joachim, from Portugal, in Gland | | Joint power of att. (2)* [1] |
| 17 | | | Adjaoute Kpate, from Togo, in Lausanne | | Joint signature (2) * |
| 33 | | | Thorens Marie-Laure, from Collonge-Bellerive, in Geneva | | Joint power of att. (2)* [1] |
| 43 | | | Davies Alexandra, from Meiringen, in Geneva | | Joint power of att. (2)* [1] |
| 53 | | | Dard Caroline, from Meinier, in Geneva | | Joint power of att. (2)* [1] |
| 53 | | | Liardet Véronique, from Font, in Onex | | Joint power of att. (2)* [1] |
| | 54 | | Baga Claudio, from Biel, in Geneva | | Joint signature (2) * |
| | 54 | | Bernet Serge, from Gommiswald, in Gingins | | Joint signature (2) * |
| | 54 | | Dabbah Abraham, from Zurich, in Geneva | | Joint signature (2) * |
| | 54 | | Hope-Morley Andrew, from Great Britain, in Geneva | | Joint signature (2) * |
| | 55 | | Egger Thierry, from Geneva, in Vernier | | Joint signature (2) * |
| 66 | | | Marciano Henri, from Geneva, in Geneva | | Joint signature (2) * |
| 80 | | | Boccard Philippe, from Vernier, in Founex | | Joint signature (2) * |
| 80 | | | Khan Belal Mohammed, from the USA, in Geneva | | Joint signature (2) * |
| 80 | | | Ozoux Jean-Nicolas, from France, in Bursinel | | Joint signature (2) * |
| 81 | | | Ravillon Olivier, from France, in Geneva | | Joint signature (2) * |
| 81 | | | Parpagiolla Roberto, from Coppet, in Geneva | | Joint power of att. (2)* [1] |
| 86 | | | Pharao Guy, from Morges, in Gland | | Joint signature (2) * |

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 86 | | | Tonini Sandro, from Geneva, in Lucens | | Joint power of att. (2)* [1] |
| 92 | | | Hassan Hoda, from Egypt, in Geneva | | Joint signature (2) * |
| 92 | | | Rodriguez Diego, from Versoix, in Nyon | | Joint power of att. (2)* [1] |
| | 94 | | Mentha Daniel, from Cortaillod, in Geneva | | Joint signature (2) |
| | 94 | | Tabbara Sobhi, from Lebanon, in Geneva | | Joint signature (2) |
| 97 | | | Chiesa Diego, from Geneva, in Geneva | | Joint power of att. (2)* [1] |
| 99 | | | Jacquemin Stéphane, from Bagnes, in Lausanne | | Joint signature (2) * |
| 99 | | | Lazzari Frank, from Italy, in Pully | | Joint signature (2) * |
| 104 | | | Ogay Natacha, from Lovatens, in Nyon | | Joint signature (2) * |
| 104 | | | Marsens Geoffrey, from Jouxtens-Mezery, in Lausanne | | Joint power of att. (2)* [1] |
| | 105 | | Burgio-Chiappa Maria-Gabriella, from Geneva, in Arzier | | Joint signature (2) * |
| 105 | | | Duperrex Kathryn, from Rougemont, in Geneva | | Joint power of att. (2)* [1] |
| 114 | | | Shivacheva Rositsa Georgieva, from Bulgaria, in Geneva | | Joint power of att. (2)* [1] |
| | 116 | | Muir Marianne, from France, in Jonzier-Epagny, F | | Joint power of att. (2)* [3] |
| 122 | | | Clement-Boban Milena, from Rüderswil, in Zurich | | Joint signature (2) |
| | 122 | | Clibbon James, from Batterkinden, in Geneva | | Joint signature (2) * |
| 122 | | | Kauss Pierre, from France, in Rolle | | Joint power of att. (2)* [1] |
| | 125 | | Plazolles Charles, from France, in Allonzier-la-Caille, F | | Joint signature (2) * [2] |
| | 125 | | Rüttimann Jérôme, from Arni (AG), in Lancy | | Joint signature (2) * |
| 125 | | | Beauverd Thomas, from Chêne-Bougeries, in Geneva | | Joint power of att. (2)* [1] |
| 131 | | | Skelly Stephen, from Great Britain, in Geneva | | Joint signature (2) |
| 131 | | | Dinbergs André, from Amriswil, in Givrins | | Joint signature (2) * |
| | 131 | | Gisler Bernhard, from Flüelen, in Geneva | | Joint signature (2) * |
| | 131 | | Santos Maleliel, from Geneva, in Geneva | | Joint signature (2) * |
| 131 | | | Leontaris Georgios, from Greece, in Geneva | | Joint power of att. (2)* [1] |
| 134 | | | Arditsoglou Konstantinos, from Greece, in Geneva | | Joint power of att. (2)* [1] |
| 134 | | | Miceli-Hinderberger Barbara, from Geneva, in Veyrier | | Joint power of att. (2)* [1] |
| | 147 | | Mosimann Marc, from Lausanne, in Bussigny-près-Lausanne | | Joint signature (2) * |
| | 147 | | Poutier Eric, from France, in Gaillard, F | | Joint signature (2) * [2] |
| 147 | | | Zeiler Michael Pierre, from Granges-Paccot, in Saint-Cergue | | Joint signature (2) * |
| | 148 | | Delmas Xavier, from France, in Sauverny, F | | Joint signature (2) * [2] |
| | 150 | | Achard Philippe, from Geneva, in Perroy | | Joint signature (2) |
| | 150 | | Di Bruno Mariella, from Monthey, in Collombey-Muraz | | Joint signature (2) |
| | 150 | | Dufour Isabelle, from Geneva, in Geneva | | Joint signature (2) |
| | 150 | | Mattatia Rachel, from Geneva, in Geneva | | Joint signature (2) |
| | 161 | | Zurbriggen Wälchli Julie, from Saas-Almagell, in Collonge-Bellerive | | Joint signature (2) |
| | 161 | | Ravndal Sven, from Germany, in Genolier | | Joint power of att. (2)* [1] |

*[Seal of Canton of Geneva, Register of Commerce]*

HSBC Private Bank (Suisse) SA

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
|  | 162 |  | **Von Planta** Andreas, from Basel, in Geneva | Chairman | Joint signature (2) |
| 164 |  |  | **Borgeaud** Philippe, from Geneva, in Onex |  | Joint signature (2) * |
| 164 |  |  | **Pombo Puente** Emilio, from Spain, in Geneva |  | Joint signature (2) * |
| 164 |  |  | **Schiefer** René, from the Netherlands, in Geneva |  | Joint signature (2) * |
|  | 164 |  | **Talaat** Yasser, from Neuchâtel, in Chavannes-de-Bogis |  | Joint signature (2) * |
| 164 |  |  | **Wyss** Colin, from Guensberg, in Tannay |  | Joint signature (2) * |
| 164 |  |  | **Martin-Rouaix** Laurent, from France, in Geneva |  | Joint power of att. (2)* (1) |
| 164 |  |  | **Ponce** Corinne, from Lausanne, in Lancy |  | Joint power of att. (2)* (1) |
|  | 165 |  | **Freuler** Anik, from Romanel-sur-Morges, in Gland |  | Joint signature (2) |
| 165 |  |  | **Huber** Jean David, from Hausen am Albis, in Winterthur |  | Joint signature (2) |
| 166 |  |  | **de Quatrebarbes** Foulques, from Great Britain, in Lausanne |  | Joint power of att. (2) (1) |
| 166 |  |  | **Parry** Rowena, from South Africa, in Apples |  | Joint signature (2) * |
|  | 173 |  | **Bunlon** Jean-François, from France, in Veyrier |  | Joint signature (2) * |
|  | 173 |  | **Zahler Taouriti** Sandrine, from Versoix, in Signy |  | Joint signature (2) * |
| 176 |  |  | **Abou-Rjeily** Carla, from Canada, in Geneva |  | Joint signature (2) |
|  | 176 |  | **Hatzinikolis** Konstadinos, from Chêne-Bougeries, in Commugny |  | Joint signature (2) |
|  | 177 |  | **Tanzi** Angelo, from Italy, in Adliswil |  | Joint signature (2) * |
| 182 |  |  | **Moses** Menasey Marc, from Great Britain, in London, GB | Director | Joint signature (2) |
|  | 187 |  | **Venturini** Loïc, from France, in Founex |  | Joint power of att. (2)* (1) |
| 192 |  |  | **Krage** Steen, from Denmark, in Zurich |  | Joint signature (2) |
| 192 |  |  | **Ahouansou** Marlène, from France, in Tannay |  | Joint power of att. (2) (1) |
| 192 |  |  | **Ammon** Etienne, from Herzogenbuchsee, in Begnins |  | Joint power of att. (2) (1) |
| 192 |  |  | **Guédès Faivre** Françoise, from France, in Saint-Julien-en-Genevoiis, F |  | Joint signature (2) * (2) |
| 192 |  |  | **Dias Correia Moreira** Ondina, from Geneva, in Chancy |  | Joint power of att. (2)* (1) |
|  | 193 |  | **Chen** Paul, from Aigle, in Kloten |  | Joint signature (2) |
|  | 193 |  | **Cherix** Hervé, from Chêne-Bourg, in Chêne-Bourg |  | Joint signature (2) |
|  | 193 |  | **Gagliani** Giorgio, from Italy, in Geneva |  | Joint signature (2) |
|  | 193 |  | **Karvouni** Zafeiria, from Greece, in Geneva |  | Joint signature (2) |
|  | 193 |  | **Orlandini-Balet** Rachèle, from Grimisuat, in Geneva |  | Joint signature (2) |
|  | 193 |  | **Grande** Patrizio, from Italy, in Founex |  | Joint power of att. (2) (1) |
|  | 193 |  | **Smith** David S., from Great Britain, in Geneva |  | Joint power of att. (2) (1) |
|  | 193 |  | **Wang** Weijiang, from Bellevue, in Bellevue |  | Joint power of att. (2) (1) |
|  | 193 |  | **Zanet** Roberto, from Italy, in Geneva |  | Joint power of att. (2) (1) |
|  | 193 |  | **Lalain** Jean-François, from Saillon, in Besançon, F |  | Joint signature (2) * |
|  | 193 |  | **Puglia** Giuseppe Giorgio, from Onex, in Geneva |  | Joint signature (2) * |
|  | 193 |  | **Duport** Agnès, from France, in Andilly, F |  | Joint power of att. (2)* (3) |
|  | 193 |  | **Piguet** Thierry, from Le Chenit, in Dully |  | Joint power of att. (2)* (1) |
|  | 193 |  | **Zongo** Brenda Lee, from Great Britain, in Gaillard, F |  | Joint power of att. (2)* (3) |
|  | 194 |  | **Gavillet** Emilien, from France, in Geneva |  | Joint power of att. (2)* (3) |

HSBC Private Bank (Suisse) SA

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 199 | | | **Gauthier Monestes** Isabelle, from France, in Ferney-Voltaire, F | | Joint signature (2) [2] |
| 199 | | | **Foster** Alexander, from Great Britain, in Perly-Certoux | | Joint signature (2) * |
| 199 | | | **Pike** Sean Timothy Brian, from Great Britain, in Veyrier | | Joint signature (2) * |
| 199 | | | **Callus** Clint, from Malta, in Carouge GE | | Joint power of att. (2)* [1] |
| 199 | | | **Taguchi** Miwako, from Japan, in Geneva | | Joint power of att. (2)* [1] |
| 201 | | | **Birnholz** Françoise Mireille, from Pully, in Erlenbach (ZH) | | Joint signature (2) |
| 201 | | | **Adriaansen** Jessica Martina Selma José, from Baden, in Geneva | | Joint power of att. (2)* [1] |
| | 205 | | **Larsen** Simon, from Denmark, in Founex | | Joint signature (2) |
| | 205 | | **Paridant de Cauwere Grabbe** Véronique, from Corsier (GE), in Corsier (GE) | | Joint power of att. (2) [1] |
| 207 | | | **Chappex** Pascal, from Monthey, in Lausanne | | Joint power of att. (2) [1] |
| 207 | | | **Villagran** Valentino, from France, in Geneva | | Joint power of att. (2) [1] |
| 209 | | | **Sayers** Paul William, from Great Britain, in Neerach | | Joint signature (2) |
| | 210 | | **Jeanmonod** David, from Provence, in Plan-les-Ouates | | Joint signature (2) * |
| 213 | | | **Damisch** Peter Nicolai, from Germany, in Herrliberg | | Joint signature (2) |
| | 214 | | **Berli** Florian, from Chêne-Bougeries, in Carouge | | Joint signature (2) |
| | 214 | | **Deri** Mathieu, from France, in Geneva | | Joint signature (2) |
| 214 | | | **Outeirino Fernandez** Jose Antonio, from Spain, in Geneva | | Joint power of att. (2) [1] |
| 214 | | | **Sallin** Roland Victor, from Villaz-Saint-Pierre, in Nyon | | Joint signature (2) * |
| | 216 | | **Chawla** Nikhil, from India, in Cologny | | Joint signature (2) * |
| | 216 | | **Munro** Timothy, from Great Britain, in Lausanne | | Joint signature (2) * |
| | 221 | | **Lehmann** Roger, from Zurich, in Zollikon | | Joint signature (2) |
| | 221 | | **Cazé** Stéphanie, from Founex, in Founex | | Joint power of att. (2)* [1] |
| 223 | | | **PricewaterhouseCoopers SA** (CHE-390.062.005), Geneva branch | Auditing body | |
| 225 | | | **Haenni** Diane, from Carouge GE, in Troinex | | Joint signature (2) |
| 225 | | | **Jeanmonod** Elodie, from Veyrier, in Plan-les-Ouates | | Joint signature (2) |
| | 228 | | **Guiderdoni** Jean-Louis, from France, in Geneva | | Joint signature (2) |
| | 228 | | **Valran** Serge, from France, in Cologny | | Joint signature (2) |
| | 228 | | **Simard** Mylène, from France, in Fillinges, F | | Joint power of att. (2) [3] |
| | 228 | | **Cargill** Anne, from France, in Versonnex, F | | Joint power of att. (2)* [3] |
| 230 | | | **Vaudaux** Philippe, from Geneva, in Geneva | | Joint signature (2) |
| 230 | | | **Robinson** Tanya, from Norway, in Geneva | | Joint power of att. (2) [1] |
| | 232 | | **Milne** Christopher Avison, from Great Britain, in Coppet | | Joint signature (2) |
| | 232 | | **Wann** Stephen, from Ireland, in Founex | | Joint signature (2) * |
| | 232 | | **Beecheno** Robert, from Great Britain, in Geneva | | Joint power of att. (2)* [1] |
| | 232 | | **Maye** Martine Manon Françoise, from Chamoson, in Chêne-Bougeries | | Joint power of att. (2)* [3] |

[Seal of Canton of Geneva, Register of Commerce]

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| | 233 | | **Festa Conti** Debora, from Brazil, in Geneva | | Joint signature (2) |
| 233 | | | **Culic** Tomislav, from France, in Prévessin-Moëns, F | | Joint power of att. (2)* (3) |
| 233 | | | **Round** Paul, from Ireland, in Geneva | | Joint power of att. (2)* (1) |
| | 234 | | **Del Don Starnini** Prisca, from Biasca, in Zurich | | Joint signature (2) |
| | 235 | | **de la Chevardière de la Grandville Ginnasi** Diane Anika Louise, from Neuchâtel, in Lancy | | Joint signature (2) |
| | 237 | | **Boivin** Laurent, from France, in Fillinges, F | | Joint power of att. (2) (3) |
| | 237 | | **Cerboni** Thomas, from Roggwil, in Divonne-Les-Bains, F | | Joint power of att. (2) (3) |
| | 237 | | **de Monceau de Longrée** Henri, from Ferlens (VD), in Collonges-sous-Salève, F | | Joint power of att. (2) (3) |
| | 237 | | **Cailleux** Marie-France, from France, in Bellegarde, F | | Joint power of att. (2)* (3) |
| | 237 | | **Fresnay** Cyril Jean-Luc, from France, in Villy Le Pelloux, F | | Joint power of att. (2)* (3) |
| | 237 | | **Hervet** Clément, from France, in Allonzier-La-Caille, F | | Joint power of att. (2)* (3) |
| | 237 | | **Moser** Marcel, from Neuchâtel, in Péron, F | | Joint power of att. (2)* (3) |
| | 237 | | **Paquot** Itay Yohan, from France, in Veigy-Foncenex, F | | Joint power of att. (2)* (3) |
| | 239 | | **Nebel** Véronique Anita, from Geneva, in Melide | | Joint signature (2) |
| | 240 | | **Malek** Amir, from Geneva, in Geneva | | Joint signature (2) |
| | 241 | | **Papios** Aris, from Pully, in Lausanne | | Joint power of att. (2)* (1) |
| | 242 | | **Spilsbury** Simon, from Geneva, in Coppet | | Joint signature (2) |
| | 244 | | **Calame** Alain, from Le Locle, in Geneva | | Joint signature (2) |
| 244 | | | **Schopper** Bernhard, from Austria, in Geneva | | Joint signature (2) |
| | 244 | | **Simard** Madeleine, from France, in Gaillard, F | | Joint power of att. (2) (3) |
| | 246 | | **Puglisi** Thierry, from France, in Annecy, F | | Joint power of att. (2)* (3) |
| | 248 | | **Brodard** Jean-Claude, from Geneva, in Geneva | | Joint signature (2) |
| 248 | | | **Bellaloum** Sophie, from France, in Chêne-Bougeries | | Joint power of att. (2) (1) |
| | 248 | | **Vaney** Philippe, from Bottens, in St. Cierges | | Joint signature (2) * |
| | 250 | | **Grillet** Anthony, from Geneva, in Plan-les-Ouates | | Joint signature (2) |
| | 250 | | **Wolf** Franziska, from Germany, in Epagny, F | | Joint power of att. (2) (3) |
| | 250 | | **Dos Santos Calado** Daniel, from Portugal, in Perly-Certoux | | Joint power of att. (2)* (1) |
| 251 | | | **Fox** Kim, from the USA, in Zurich | Director | Joint signature (2) |
| | 254 | | **Henning** Bryan, from Canada, in Founex | | Joint signature (2) |
| 255 | | | **Sabo** Alexander, from Germany, in Wollerau | | Joint signature (2) |
| | 256 | | **Memarzadeh** Yachar, from France, in Prévessin-Moëns, F | | Joint power of att. (2)* (3) |
| 259 | | | **Debacker** Christophe Raoul Fernand, from France, in London, GB | Director | Joint signature (2) |
| 259 | | | **Maget** Steve, from Isle, in Préverenges | | Joint signature (2)* |
| | 261 | | **Magen** Guy, from Israel, in Ramat Gan, ISR | | Joint power of att. (2) (3) |
| | 261 | | **Shapan** Uri, from Israel, in Ramat Gan, ISR | | Joint power of att. (2) (3) |
| | 263 | | **Abraham** Elsa, from Bern, in Chêne-Bougeries | | Joint signature (2) |
| | 263 | | **Davoult** Julien, from France, in Geneva | | Joint signature (2) (2) |
| | 263 | | **Humbert-Fluri** Daphné, from Glarus Süd, in Nyon | | Joint power of att. (2) (1) |
| | 263 | | **Dickinson** Peter, from Great Britain, in Arth | | Joint signature (2)* |

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| | 263 | | Trisolino Andrea, from Italy, in Lancy | | Joint signature (2) * |
| | 263 | | Ferrer Francisco, from Montilliez, in Geneva | | Joint power of att. (2) * (1) |
| | 263 | | Tarrajat Bruno, from France, in Archamps, F | | Joint power of att. (2) * (3) |
| | 266 | | El-Debs Céline, from Geneva, in Carouge GE | | Joint signature (2) |
| | 266 | | May Nicholas Alexander, from Great Britain, in Baar | | Joint signature (2) |
| | 266 | | Scalet Gregory, from Geneva, in Meinier | | Joint signature (2)* |
| | 266 | | Berta Carole, from France, in Ville-la-Grand, F | | Joint power of att. (2) * (3) |
| | 266 | | Lemarchand Didier, from France, in Plan-les-Ouates | | Joint power of att. (2) * (3) |
| 267 | | | Peyronnard Jean-François, from France, in Geneva | | Joint signature (2) |
| 267 | | | Meneely-Holt Victoria, from Great Britain, in Le Biot, F | | Joint power of att. (2) (3) |
| 267 | | | Ben Chiboub Cyrine, from Tunisia, in Geneva | | Joint signature (2)* |
| 267 | | | Ghali Bohli, from Le Grand-Saconnex, in Le Grand-Saconnex | | Joint signature (2)* |
| 267 | | | Berkers Bram, from Chêne-Bourg, in Chêne-Bourg | | Joint power of att. (2) * (1) |
| 267 | | | Biffiger Julie, from Geneva, in Présilly, F | | Joint power of att. (2) * (3) |
| 267 | | | Fares Nicolas, from Lebanon, in Geneva | | Joint power of att. (2) * (1) |
| | 268 | | Howse Thomas Graham, from Great Britain, in Echenevex, F | | Joint signature (2) (2) |
| 268 | | | Thorens Marc, from France, in Yvoire, F | | Joint power of att. (2) (3) |
| | 269 | | Dinis Federico, from Geneva, in Lancy | | Joint signature (2)* |
| | 269 | | Delevaux-Héraud Sophie, from France, in Veigy-Foncenex, F | | Joint power of att. (2) * (3) |
| | 269 | | Miller Thomas, from Sion, in Pully | | Joint power of att. (2) * (1) |
| | 270 | | Yehra Membrilla Sonia, from Spain, in Geneva | | Joint signature (2) |
| | 270 | | Bapst Dorothée, from France, in Thonon-les-Bains, F | | Joint power of att. (2) * (3) |
| 273 | | | Agie de Selsaeten David, from Belgium, in Geneva | | Joint signature (2) |
| 273 | | | Fokiades Achilles, from Geneva, in Geneva | | Joint signature (2) |
| 273 | | | Lahlou spouse of Gaimes Sofia, from France, in Valleiry, F | | Joint power of att. (2) (3) |
| 273 | | | Stifani Daniele, from Italy, in Geneva | | Joint power of att. (2) (1) |
| | 274 | | Bonnet Grégory, from France, in Thoiry, F | | Joint power of att. (2) * (3) |
| | 274 | | Correia Miguel Maria Rosa, from Geneva, in Chêne-Bougeries | | Joint power of att. (2) * (1) |
| | 274 | | Mercier Sylvie, from Vernier, in Marcellaz-Faucigny, F | | Joint power of att. (2) * (3) |
| | 275 | | Pedelaborde Hugues, from France, in Prévessin-Moëns, F | | Joint power of att. (2) (3) |
| 276 | | | Butt Kamran Gulzar, from Great Britain, in Genthod | | Joint signature (2) |
| 276 | | | Faivre Karl, from France, in Geneva | | Joint signature (2) |
| 276 | | | Shipman John, from Great Britain, in Geneva | | Joint signature (2) |
| 276 | | | Tissot-dit-Saufin Eva, from Tannay, in Rolle | | Joint signature (2) |
| 276 | | | Nicolet Stephanie, from France, in Archamps, F | | Joint power of att. (2) (3) |
| | 277 | | Koch Johannes Jürgen, from Germany, in Küsnacht | Deputy chairman | Joint signature (2) |



*[Seal of Canton of Geneva, Register of Commerce]*

| Ref. | | | Directors, Auditing Body and Persons qualified to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Name and Forenames, Place of Origin, Domicile | Title | Signature |
| 278 | | | Guillemot Christophe, from Chêne-Bougeries, in Chêne-Bougeries | | Joint signature (2) |

***of the executive committee / **of the general management

*only for the head office

(1) except among themselves

(2) with another authorized person residing in Switzerland

(3) except among themselves and with another authorized person residing in Switzerland

| Ref. | Journal | | SOGC Publication | | Ref. | Journal | | SOGC Publication | |
|---|---|---|---|---|---|---|---|---|---|
| | No. | Date | Date | Page/Id | | No. | Date | Date | Page/Id |
| 1 | 275 | 09.01.2001 | 15.01.2001 | 319 | 2 | 651 | 17.01.2001 | 23.01.2001 | 0528 |
| 3 | 4555 | 17.04.2001 | 23.04.2001 | 2989 | 4 | 4635 | 19.04.2001 | 25.04.2001 | 3060 |
| 5 | 4683 | 20.04.2001 | 30.04.2001 | 3189 | 6 | 6316 | 06.06.2001 | 12.06.2001 | 4400 |
| 7 | 6678 | 15.06.2001 | 21.06.2001 | 4659 | 8 | 7884 | 12.07.2001 | 18.07.2001 | 5515 |
| 9 | 8090 | 18.07.2001 | 24.07.2001 | 5689 | 10 | 10167 | 17.09.2001 | 21.09.2001 | 7356 |
| 11 | 11009 | 05.10.2001 | 11.10.2001 | 7930 | 12 | 11304 | 15.10.2001 | 19.10.2001 | 8188 |
| 13 | 12928 | 26.11.2001 | 30.11.2001 | 9430 | 14 | 13989 | 17.12.2001 | 21.12.2001 | 10098 |
| 15 | 1280 | 01.02.2002 | 07.02.2002 | 8 | 16 | 2090 | 21.02.2002 | 27.02.2002 | 5 |
| 17 | 3825 | 09.04.2002 | 15.04.2002 | 6 | 18 | 4474 | 26.04.2002 | 02.05.2002 | 8 |
| 19 | 4772 | 06.05.2002 | 13.05.2002 | 6 | 20 | 5359 | 24.05.2002 | 30.05.2002 | 8 |
| 21 | 6218 | 17.06.2002 | 21.06.2002 | 6 | 22 | 8311 | 09.08.2002 | 15.08.2002 | 7/0602266 |
| 23 | 8588 | 19.08.2002 | 23.08.2002 | 5/0613356 | 24 | 9974 | 25.09.2002 | 01.10.2002 | 5/0666274 |
| 25 | 10711 | 11.10.2002 | 17.10.2002 | 7/0690092 | 26 | 11078 | 21.10.2002 | 25.10.2002 | 6/0701558 |
| 27 | 12565 | 27.11.2002 | 03.12.2002 | 6/0754358 | 28 | 12991 | 06.12.2002 | 12.12.2002 | 8 |
| 29 | 13794 | 23.12.2002 | 06.01.2003 | 10/0798264 | 30 | 1747 | 10.02.2003 | 14.02.2003 | 8 |
| 31 | 2750 | 06.03.2003 | 12.03.2003 | 7 | 32 | 2804 | 07.03.2003 | 19.03.2003 | 6 |
| 33 | 4303 | 10.04.2003 | 16.04.2003 | 9/0954010 | 34 | 5090 | 06.05.2003 | 12.05.2003 | 7/0985574 |
| 35 | 5444 | 14.05.2003 | 20.05.2003 | 8/0998460 | 36 | 6142 | 28.05.2003 | 04.06.2003 | 8/1019550 |
| 37 | 12602 | 05.11.2003 | 11.11.2003 | 7 | 38 | 13831 | 01.12.2003 | 05.12.2003 | 7/2015864 |
| 39 | 14171 | 09.12.2003 | 15.12.2003 | 8/2027884 | 40 | 48 | 02.01.2004 | 09.01.2004 | 8 |
| 41 | 1451 | 03.02.2004 | 09.02.2004 | 7/2109076 | 42 | 2534 | 27.02.2004 | 04.03.2004 | 6/2152918 |
| 43 | 4328 | 05.04.2004 | 13.04.2004 | 7/2208590 | 44 | 5727 | 12.05.2004 | 18.05.2004 | 9/2266964 |
| 45 | 6338 | 7.05.2004 | 03.06.2004 | 8/2290760 | 46 | 7341 | 21.06.2004 | 28.06.2004 | 8/2329712 |
| 47 | 9520 | 12.08.2004 | 18.08.2004 | 6/2411196 | 48 | 10561 | 08.09.2004 | 14.09.2004 | 6/2447382 |
| 49 | 2149 | 15.10.2004 | 21.10.2004 | 5/2501668 | 50 | 14348 | 02.12.2004 | 08.12.2004 | 7/2578488 |
| 51 | 15263 | 20.12.2004 | 24.12.2004 | 9/2607660 | 52 | 139 | 04.01.2005 | 10.01.2005 | 7/2633414 |
| 53 | 9137 | 22.07.2005 | 28.07.2005 | 7/2953280 | 54 | 9189 | 25.07.2005 | 29.07.2005 | 6/2956300 |
| 55 | 12589 | 17.10.2005 | 21.10.2005 | 6/3071248 | 56 | 12794 | 20.10.2005 | 26.10.2005 | 6/3075862 |
| 57 | 13598 | 10.11.2005 | 16.11.2005 | 8/3106728 | 58 | 792 | 17.01.2006 | 23.01.2006 | 7/3206994 |
| 59 | 2455 | 21.02.2006 | 27.02.2006 | 7/3262022 | 60 | 3859 | 20.03.2006 | 24.03.2006 | 7/3303530 |
| 61 | 4590 | 04.04.2006 | 10.04.2006 | 9/3326708 | 62 | 6251 | 10.05.2006 | 16.05.2006 | 6/3377322 |
| 63 | 8370 | 29.06.2006 | 05.07.2006 | 10/3449246 | 64 | 9370 | 14.07.2006 | 20.07.2006 | 6/3474672 |
| 65 | 9693 | 21.07.2006 | 27.07.2006 | 6/3485032 | 66 | 10131 | 02.08.2006 | 08.08.2006 | 6/3499072 |
| 67 | 11876 | 14.09.2006 | 20.09.2006 | 8/3557660 | 68 | 13268 | 17.10.2006 | 23.10.2006 | 6/3603150 |
| 69 | 14335 | 09.11.2006 | 15.11.2006 | 7/3636542 | 70 | 15307 | 30.11.2006 | 06.12.2006 | 7/3667964 |
| 71 | 77 | 02.01.2007 | 08.01.2007 | 10/3711144 | 72 | 1344 | 29.01.2007 | 02.02.2007 | 7/3756874 |
| 73 | 1907 | 07.02.2007 | 13.02.2007 | 8/3772414 | 74 | 3506 | 12.03.2007 | 16.03.2007 | 8/3842996 |
| 75 | 5085 | 12.04.2007 | 18.04.2007 | 6/3889240 | 76 | 5337 | 19.04.2007 | 25.04.2007 | 8/3901848 |
| 77 | 5707 | 27.04.2007 | 03.05.2007 | 7/3913208 | 78 | 7354 | 05.06.2007 | 11.06.2007 | 10/3969050 |
| 79 | 8866 | 06.07.2007 | 12.07.2007 | 7/4022694 | 80 | 9434 | 19.07.2007 | 25.07.2007 | 9/4040854 |

| Ref. | Journal | | SOGC Publication | | Ref. | Journal | | SOGC Publication | |
|---|---|---|---|---|---|---|---|---|---|
| | No. | Date | Date | Page/Id | | No. | Date | Date | Page/Id |
| 81 | 11352 | 05.09.2007 | 11.09.2007 | 8/4105400 | 82 | 12879 | 08.10.2007 | 12.10.2007 | 7/4152590 |
| 83 | 14247 | 06.11.2007 | 12.11.2007 | 9/4194612 | 84 | 14634 | 13.11.2007 | 19.11.2007 | 7/4206860 |
| 85 | 15003 | 19.11.2007 | 23.11.2007 | 6/4214298 | 86 | 15459 | 28.11.2007 | 04.12.2007 | 6/4230574 |
| 87 | 15738 | 04.12.2007 | 10.12.2007 | 8/4239394 | 88 | 53 | 02.01.2008 | 08.01.2008 | 11/4276966 |
| 89 | 615 | 11.01.2008 | 17.01.2008 | 7/4294478 | 90 | 2277 | 14.02.2008 | 20.02.2008 | 8/4347434 |
| 91 | 4455 | 03.04.2008 | 09.04.2008 | 7/4422530 | 92 | 6515 | 19.05.2008 | 23.05.2008 | 7/4489082 |
| 93 | 6914 | 27.05.2008 | 02.06.2008 | 11/4502128 | 94 | 8814 | 03.07.2008 | 09.07.2008 | 7/4565514 |
| 95 | 9713 | 23.07.2008 | 29.07.2008 | 7/4593742 | 96 | 11650 | 10.09.2008 | 16.09.2008 | 8/4653672 |
| 97 | 15377 | 27.11.2008 | 03.12.2008 | 8/4762118 | 98 | 15775 | 05.12.2008 | 11.12.2008 | 14/4775026 |
| 99 | 16474 | 16.12.2008 | 22.12.2008 | 13/4795868 | 100 | 1873 | 06.02.2009 | 12.02.2009 | 10/4877462 |
| 101 | 2189 | 12.02.2009 | 18.02.2009 | 10/4887346 | 102 | 2784 | 23.02.2009 | 27.02.2009 | 8/4903242 |
| 103 | 4896 | 01.04.2009 | 07.04.2009 | 11/4963244 | 104 | 5189 | 07.04.2009 | 15.04.2009 | 11/4973492 |
| 105 | 7957 | 03.06.2009 | 09.06.2009 | 7/5056802 | 106 | 10223 | 06.07.2009 | 10.07.2009 | 13/5131446 |
| 107 | 10873 | 14.07.2009 | 20.07.2009 | 10/5149324 | 108 | 11615 | 24.07.2009 | 30.07.2009 | 11/5170960 |
| 109 | 12064 | 31.07.2009 | 06.08.2009 | 11/5184164 | 110 | 12982 | 19.08.2009 | 25.08.2009 | 11/5213870 |
| 111 | 13321 | 25.08.2009 | 31.08.2009 | 8/5223230 | 112 | 13671 | 01.09.2009 | 07.09.2009 | 8/5234720 |
| 113 | 15186 | 02.10.2009 | 08.10.2009 | 8/5284492 | 114 | 15718 | 09.10.2009 | 15.10.2009 | 10/5296314 |
| 115 | 17125 | 04.11.2009 | 10.11.2009 | 11/5336380 | 116 | 18781 | 02.12.2009 | 08.12.2009 | 9/5381866 |
| 117 | 19643 | 15.12.2009 | 21.12.2009 | 12/5405190 | 118 | 20213 | 22.12.2009 | 29.12.2009 | 13/5420060 |
| 119 | 1822 | 01.02.2010 | 05.02.2010 | 8/5481230 | 120 | 2487 | 10.02.2010 | 16.02.2010 | 10/5498160 |
| 121 | 4765 | 17.03.2010 | 23.03.2010 | 9/5554840 | 122 | 5189 | 23.03.2010 | 29.03.2010 | 9/5563674 |
| 123 | 7867 | 06.05.2010 | 12.05.2010 | 9/5630642 | 124 | 8334 | 17.05.2010 | 21.05.2010 | 9/5642928 |
| 125 | 8802 | 26.05.2010 | 01.06.2010 | 9/5655560 | 126 | 10810 | 30.06.2010 | 06.07.2010 | 14/5713756 |
| 127 | 11492 | 08.07.2010 | 14.07.2010 | 10/5726684 | 128 | 11949 | 15.07.2010 | 21.07.2010 | 8/5738422 |
| 129 | 12835 | 29.07.2010 | 04.08.2010 | 7/5758064 | 130 | 14637 | 31.08.2010 | 06.09.2010 | 7/5800118 |
| 131 | 15338 | 14.09.2010 | 20.09.2010 | 9/5818982 | 132 | 15686 | 21.09.2010 | 27.09.2010 | 8/5826900 |
| 133 | 17305 | 18.10.2010 | 22.10.2010 | 8/5864562 | 134 | 19014 | 16.11.2010 | 22.11.2010 | 9/5904910 |
| 135 | 19418 | 22.11.2010 | 26.11.2010 | 9/5913416 | 136 | 20885 | 14.12.2010 | 20.12.2010 | 11/5946744 |
| 137 | 638 | 11.01.2011 | 17.01.2011 | 8/5987612 | 138 | 2984 | 15.02.2011 | 21.02.2011 | 8/6041578 |
| 139 | 5808 | 31.03.2011 | 05.04.2011 | 0/6106506 | 140 | 6157 | 06.04.2011 | 11.04.2011 | 0/6115544 |
| 141 | 6243 | 07.04.2011 | 12.04.2011 | 0/6117506 | 142 | 7044 | 20.04.2011 | 27.04.2011 | 0/6136662 |
| 143 | 7377 | 28.04.2011 | 03.05.2011 | 0/6146278 | 144 | 7984 | 10.05.2011 | 13.05.2011 | 0/6161958 |
| 145 | 9327 | 06.06.2011 | 09.06.2011 | 0/6199364 | 146 | 11756 | 14.07.2011 | 19.07.2011 | 0/6261334 |
| 147 | 12227 | 25.07.2011 | 28.07.2011 | 0/6276198 | 148 | 13363 | 18.08.2011 | 25.08.2011 | 0/6309414 |
| 149 | 13685 | 26.08.2011 | 31.08.2011 | 0/6316200 | 150 | 15151 | 26.09.2011 | 29.09.2011 | 0/6355092 |
| 151 | 16762 | 21.10.2011 | 26.10.2011 | 0/6391708 | 152 | 17208 | 31.10.2011 | 03.11.2011 | 0/6402896 |
| 153 | 17692 | 08.11.2011 | 11.11.2011 | 0/6413650 | 154 | 18148 | 15.11.2011 | 18.11.2011 | 0/6422718 |
| 155 | 19220 | 02.12.2011 | 07.12.2011 | 0/6448294 | 156 | 1252 | 23.01.2012 | 26.01.2012 | 0/6522052 |
| 157 | 1804 | 01.02.2012 | 06.02.2012 | 0/6535706 | 158 | 2474 | 13.02.2012 | 16.02.2012 | 0/6554564 |
| 159 | 3071 | 22.02.2012 | 27.02.2012 | 0/6570036 | 160 | 4058 | 09.03.2012 | 14.03.2012 | 0/6593814 |
| 161 | 4819 | 21.03.2012 | 26.03.2012 | 0/6610550 | 162 | 7145 | 04.05.2012 | 09.05.2012 | 0/6671172 |
| 163 | 8120 | 23.05.2012 | 29.05.2012 | 0/6694322 | 164 | 8450 | 30.05.2012 | 04.06.2012 | 0/6701998 |
| 165 | 8792 | 05.06.2012 | 08.06.2012 | 0/6710010 | 166 | 9254 | 13.06.2012 | 18.06.2012 | 0/6722440 |
| 167 | 11998 | 12.07.2012 | 17.07.2012 | 0/6772482 | 168 | 12416 | 20.07.2012 | 25.07.2012 | 0/6784522 |
| 169 | 13371 | 09.08.2012 | 14.08.2012 | 0/6809174 | 170 | 13768 | 16.08.2012 | 21.08.2012 | 0/6816832 |
| 171 | 14195 | 24.08.2012 | 29.08.2012 | 0/6827094 | 172 | 14601 | 31.08.2012 | 05.09.2012 | 0/6836662 |
| 173 | 14986 | 07.09.2012 | 12.09.2012 | 0/6845340 | 174 | 15307 | 13.09.2012 | 18.09.2012 | 0/6852644 |
| 175 | 17059 | 12.10.2012 | 17.10.2012 | 0/6894046 | 176 | 18195 | 31.10.2012 | 05.11.2012 | 0/6916904 |
| 177 | 18460 | 05.11.2012 | 08.11.2012 | 0/6922864 | 178 | 19425 | 19.11.2012 | 22.11.2012 | 0/6943154 |
| 179 | 19969 | 27.11.2012 | 30.11.2012 | 0/6955114 | 180 | 20619 | 06.12.2012 | 11.12.2012 | 0/6969116 |
| 181 | 21751 | 20.12.2012 | 27.12.2012 | 0/6993626 | 182 | 313 | 04.01.2013 | 09.01.2013 | 0/7006696 |



[Seal of Canton of Geneva, Register of Commerce]

| Ref. | Journal No. | Journal Date | SOGC Publication Date | SOGC Publication Page/Id | Ref. | Journal No. | Journal Date | SOGC Publication Date | SOGC Publication Page/Id |
|---|---|---|---|---|---|---|---|---|---|
| 183 | 1824 | 29.01.2013 | 01.02.2013 | 0/7044446 | 184 | 2702 | 13.02.2013 | 18.02.2013 | 0/7068784 |
| 185 | 7801 | 07.05.2013 | 13.05.2013 | 0/7185042 | 186 | 8324 | 16.05.2013 | 22.05.2013 | 0/7195564 |
| 187 | 8499 | 21.05.2013 | 24.05.2013 | 0/7199734 | 188 | 8848 | 27.05.2013 | 30.05.2013 | 0/7208760 |
| 189 | 10726 | 24.06.2013 | 27.06.2013 | 0/942065 | 190 | 11880 | 10.07.2013 | 15.07.2013 | 0/975971 |
| 191 | 13213 | 02.08.2013 | 07.08.2013 | 0/1017403 | 192 | 14486 | 29.08.2013 | 03.09.2013 | 0/1057665 |
| 193 | 16393 | 03.10.2013 | 08.10.2013 | 0/1116645 | 194 | 17157 | 16.10.2013 | 21.10.2013 | 0/1137997 |
| 195 | 18482 | 06.11.2013 | 11.11.2013 | 0/1173173 | 196 | 20991 | 12.12.2013 | 17.12.2013 | 0/1241859 |
| 197 |  | Adjunct | 19.12.2013 | 0/7225832 | 198 | 928 | 15.01.2014 | 20.01.2014 | 0/1295475 |
| 199 | 2368 | 05.02.2014 | 10.02.2014 | 0/1336647 | 200 | 3389 | 21.02.2014 | 26.02.2014 | 0/1368349 |
| 201 | 3637 | 26.02.2014 | 03.03.2014 | 0/1375809 | 202 | 4098 | 05.03.2014 | 10.03.2014 | 0/1388583 |
| 203 | 5165 | 24.03.2014 | 27.03.2014 | 0/1420517 | 204 | 6091 | 04.04.2014 | 09.04.2014 | 0/1444303 |
| 205 | 6602 | 14.04.2014 | 17.04.2014 | 0/1460219 | 206 | 8143 | 13.05.2014 | 16.05.2014 | 0/1506717 |
| 207 | 9147 | 28.05.2014 | 03.06.2014 | 0/1533615 | 208 | 12102 | 17.07.2014 | 22.07.2014 | 0/1627393 |
| 209 | 14884 | 08.09.2014 | 11.09.2014 | 0/1710035 | 210 | 16883 | 09.10.2014 | 14.10.2014 | 0/1767963 |
| 211 | 17422 | 20.10.2014 | 23.10.2014 | 0/1784645 | 212 | 18000 | 30.10.2014 | 04.11.2014 | 0/1803107 |
| 213 | 18571 | 10.11.2014 | 13.11.2014 | 0/1821163 | 214 | 19072 | 18.11.2014 | 21.11.2014 | 0/1836431 |
| 215 | 19832 | 01.12.2014 | 04.12.2014 | 0/1860629 | 216 | 20124 | 04.12.2014 | 09.12.2014 | 0/1869193 |
| 217 | 20456 | 10.12.2014 | 15.12.2014 | 0/1879903 | 218 | 21322 | 22.12.2014 | 29.12.2014 | 0/1906035 |
| 219 | 69 | 02.01.2015 | 07.01.2015 | 0/1914099 | 220 | 2869 | 19.02.2015 | 24.02.2015 | 0/2007389 |
| 221 | 3287 | 26.02.2015 | 03.03.2015 | 0/2020129 | 222 | 7411 | 06.05.2015 | 11.05.2015 | 0/2145061 |
| 223 | 7587 | 08.05.2015 | 13.05.2015 | 0/2151393 | 224 | 7684 | 11.05.2015 | 15.05.2015 | 0/2153657 |
| 225 | 7907 | 15.05.2015 | 20.05.2015 | 0/2161079 | 226 | 8139 | 20.05.2015 | 26.05.2015 | 0/2169043 |
| 227 | 11241 | 09.07.2015 | 14.07.2015 | 0/2268087 | 228 | 11491 | 14.07.2015 | 17.07.2015 | 0/2275763 |
| 229 | 12409 | 31.07.2015 | 05.08.2015 | 0/2307161 | 230 | 13525 | 25.08.2015 | 28.08.2015 | 0/2345007 |
| 231 | 16959 | 27.10.2015 | 30.10.2015 | 0/2455597 | 232 | 17377 | 03.11.2015 | 06.11.2015 | 0/2468711 |
| 233 | 18891 | 26.11.2015 | 01.12.2015 | 0/2512459 | 234 | 19900 | 10.12.2015 | 15.12.2015 | 0/2541223 |
| 235 | 20174 | 15.12.2015 | 18.12.2015 | 0/2550751 | 236 | 297 | 06.01.2016 | 11.01.2016 | 0/2587577 |
| 237 | 1328 | 21.01.2016 | 26.01.2016 | 0/2620249 | 238 | 2139 | 03.02.2016 | 08.02.2016 | 0/2653673 |
| 239 | 2461 | 09.02.2016 | 12.02.2016 | 0/2664707 | 240 | 2725 | 12.02.2016 | 17.02.2016 | 0/2673481 |
| 241 | 4996 | 18.03.2016 | 23.03.2016 | 0/2741477 | 242 | 7838 | 06.05.2016 | 11.05.2016 | 0/2827093 |
| 243 | 8119 | 11.05.2016 | 17.05.2016 | 0/2834663 | 244 | 9518 | 02.06.2016 | 07.06.2016 | 0/2875327 |
| 245 | 10630 | 20.06.2016 | 23.06.2016 | 0/2909507 | 246 | 11981 | 08.07.2016 | 13.07.2016 | 0/2951245 |
| 247 | 14491 | 26.08.2016 | 31.08.2016 | 0/3030561 | 248 | 15378 | 13.09.2016 | 16.09.2016 | 0/3059669 |
| 249 | 15815 | 21.09.2016 | 26.09.2016 | 0/3074203 | 250 | 18355 | 02.11.2016 | 07.11.2016 | 0/3148085 |
| 251 | 19229 | 16.11.2016 | 21.11.2016 | 0/3173811 | 252 | 19431 | 18.11.2016 | 23.11.2016 | 0/3179715 |
| 253 | 19908 | 25.11.2016 | 30.11.2016 | 0/3193921 | 254 | 236 | 04.01.2017 | 09.01.2017 | 0/3270733 |
| 255 | 1212 | 20.01.2016 | 25.01.2016 | 0/3305731 | 256 | 1674 | 27.01.2017 | 01.02.2017 | 0/3321211 |
| 257 | 3641 | 28.02.2017 | 03.03.2017 | 0/3383325 | 258 | 6642 | 11.04.2017 | 18.04.2017 | 0/3472213 |
| 259 | 8018 | 05.05.2017 | 10.05.2017 | 0/3514157 | 260 | 8371 | 11.05.2017 | 16.05.2017 | 0/3525187 |
| 261 | 8787 | 17.05.2017 | 22.05.2017 | 0/3536595 | 262 | 9067 | 22.05.2017 | 26.05.2017 | 0/3543975 |
| 263 | 9414 | 29.05.2017 | 01.06.2017 | 0/3556511 | 264 | 11314 | 27.06.2017 | 30.06.2017 | 0/3615345 |
| 265 | 15222 | 31.08.2017 | 05.09.2017 | 0/3734313 | 266 | 15935 | 12.09.2017 | 15.09.2017 | 0/3755581 |
| 267 | 17547 | 05.10.2017 | 10.10.2017 | 0/3801305 | 268 | 19451 | 03.11.2017 | 08.11.2017 | 0/3857869 |
| 269 | 19723 | 08.11.2017 | 13.11.2017 | 0/3865615 | 270 | 1202 | 17.01.2018 | 22.01.2018 | 0/4006145 |
| 271 | 1302 | 18.01.2018 | 23.01.2018 | 0/4009533 | 272 | 1568 | 23.01.2018 | 26.01.2018 | 0/4018617 |
| 273 | 3741 | 22.02.2018 | 27.02.2018 | 0/4081063 | 274 | 4063 | 27.02.2018 | 02.03.2018 | 0/4089449 |
| 275 | 7177 | 17.04.2018 | 20.04.2018 | 0/4185565 | 276 | 7517 | 20.04.2018 | 25.04.2018 | 0/4194219 |
| 277 | 7970 | 27.04.2018 | 02.05.2018 | 0/4208125 | 278 | 9878 | 30.05.2018 | 04.06.2018 | 0/4267561 |



HSBC Private Bank (Suisse) SA

I, the undersigned Vincent BERNASCONI, a duly
authorized Notary Public in Geneva, hereby certify that
the present photocopy is a true copy of the original that
was shown to me and that I returned.

Geneva, on this 5th day of July 2018

