# Exhibit 47a

# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-020.3.030.386-6 | 1 |
|---|---|---|---|---|---|---|
| CHE-113.315.761 | Limited or Corporation | 12.12.2006 | | | | |

All entries

| In | Ca | Business name | | | Ref | Legal seat |
|---|---|---|---|---|---|---|
| 1 | | **InCore Bank AG** | | | 1 | ~~Zürich~~ |
| 1 | | (InCore Banque SA) (InCore Bank Ltd.) | | | 36 | Schlieren |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 16 | ~~10'000'000.00~~ | ~~10'000'000.00~~ | ~~10'000 Namenaktien zu CHF 1'000.00~~ | 1 | 22 | ~~Dreikönigstrasse 8~~ |
| 16 | 21 | ~~11'000'000.00~~ | ~~11'000'000.00~~ | ~~11'000 Namenaktien zu CHF 1'000.00~~ | | | ~~8002 Zürich~~ |
| 21 | | 12'000'000.00 | 12'000'000.00 | 12'000 Namenaktien zu CHF 1'000.00 | 22 | 36 | ~~Stauffacherstrasse 41~~ |
| | | | | | | | ~~8004 Zürich~~ |
| | | | | | 36 | | Wiesenstrasse 17 |
| | | | | | | | 8952 Schlieren |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Der Zweck der Gesellschaft ist der Betrieb einer Bank mit hauptsächlicher Ausrichtung auf die Übernahme von Bankgeschäften für Drittbanken und andere Finanzintermediäre sowie den Betrieb der hierfür notwendigen Banksysteme und -applikationen. Die Gesellschaft befasst sich insbesondere mit a) der Übernahme der Ausführung und Abwicklung von Bankgeschäften für Drittbanken und andere Finanzintermediäre; b) dem Betrieb der für die Abwicklung von Bankgeschäften erforderlichen Applikationen und Systeme; c) der Durchführung von Effektenhandelsgeschäften jeglicher Art sowie dem Kauf und Verkauf von Devisen und Edelmetallen; d) der Verwahrung und Verwaltung von Wertpapieren sowie anderen Wertgegenständen; e) dem Betrieb eines Dienstleistungszentrums für Drittbanken und andere Finanzintermediäre; f) der Abwicklung des Zahlungsverkehrs; g) Optionsgeschäften, Financial Futures, Swaps und Geschäfte mit anderen marktüblichen derivativen Finanzprodukten; h) der Übernahme von Funktionen im Anlagefondsgeschäft. Der Geschäftskreis umfasst ferner a) die Durchführung von Emissionsgeschäften sowie die Übernahme und Platzierung von Aktien, Obligationen und anderen Wertpapieren; b) die Annahme von Geldern in allen banküblichen Formen; c) die Gewährung von Krediten mit und ohne Deckung; d) die Diskontierung und das Inkasso von Wechseln und ähnlichen Papieren. Alle obgenannten Geschäfte können sowohl für eigene als auch für fremde Rechnung getätigt werden. Der Geschäftsbereich der Gesellschaft erstreckt sich auf das In- und Ausland. Die Gesellschaft kann Zweigniederlassungen, Tochtergesellschaften und Vertretungen im In- und Ausland errichten und sich an anderen Unternehmen im In- und Ausland beteiligen. Die Gesellschaft kann Grundstücke im In- und Ausland erwerben, halten und veräussern. Die Gesellschaft kann alle kommerziellen, finanziellen und anderen Tätigkeiten ausüben, welche mit dem Zweck der Gesellschaft im Zusammenhang stehen oder geeignet sind, diesen direkt oder indirekt zu fördern. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre erfolgen durch Brief an die im Aktienbuch verzeichneten Adressen. | 1 | 11.12.2006 |
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 16 | 28.06.2012 |
| 16 | | Ordentliche Erhöhung des Aktienkapitals. | 21 | 08.07.2014 |
| 21 | | Ordentliche Erhöhung des Aktienkapitals. | 27 | 29.01.2016 |
| | | | 34 | 18.01.2018 |
| | | | 36 | 07.06.2019 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Abspaltung: Die Gesellschaft entsteht aus der Abspaltung der Maerki Baumann & Co AG, in Zürich (CH-020.3.916.574-0). Die Gesellschaft übernimmt dabei gemäss Spaltungsplan vom 25.09.2006 Aktiven von CHF 150'527'025.85 und Passiven (Fremdkapital) von CHF 100'527'025.85. Die Aktionäre der übertragenden Gesellschaft erhalten 10'000 Namenaktien zu CHF 1'000.--. | 1 | SHAB |

Zürich, 05.02.2020

Continuation on the following page


# Commercial register of canton Zu..

| CHE-113.315.761 | InCore Bank AG | | | | | Schlieren | 2 |

All entries

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 33336 | 12.12.2006 | 245 | 18.12.2006 | 24 / 3686408 | | 20 | 9918 | 19.03.2014 | 57 | 24.03.2014 | 1412771 |
| | 2 | 1079 | 15.01.2007 | 13 | 19.01.2007 | 19 / 3733504 | | 21 | 25638 | 31.07.2014 | 149 | 06.08.2014 | 1649315 |
| | 3 | 24223 | 29.08.2007 | 170 | 04.09.2007 | 21 / 4095090 | | 22 | 33063 | 07.10.2014 | 196 | 10.10.2014 | 1761589 |
| | 4 | 29754 | 25.10.2007 | 211 | 31.10.2007 | 19 / 4178904 | | 23 | 33459 | 09.10.2014 | 198 | 14.10.2014 | 1766717 |
| | 5 | 6378 | 29.02.2008 | 46 | 06.03.2008 | 26 / 4373800 | | 24 | 17442 | 18.05.2015 | 96 | 21.05.2015 | 2162513 |
| | 6 | 26440 | 19.09.2008 | 186 | 25.09.2008 | 21 / 4665226 | | 25 | 35843 | 13.10.2015 | 201 | 16.10.2015 | 2430851 |
| | 7 | 22702 | 19.06.2009 | 120 | 25.06.2009 | 44 / 5089902 | | 26 | 6932 | 19.02.2016 | 38 | 24.02.2016 | 2685081 |
| | 8 | 35040 | 09.09.2009 | 178 | 15.09.2009 | 25 / 5246484 | | 27 | 14856 | 26.04.2016 | 83 | 29.04.2016 | 2807429 |
| | 9 | 45838 | 24.11.2009 | 232 | 30.11.2009 | 25 / 5366832 | | 28 | 27853 | 05.08.2016 | 153 | 10.08.2016 | 2996837 |
| | 10 | 21896 | 15.06.2010 | 117 | 21.06.2010 | 27 / 5684952 | | 29 | 39300 | 03.11.2016 | 217 | 08.11.2016 | 3148911 |
| | 11 | 43142 | 08.12.2010 | 243 | 14.12.2010 | 20 / 5938434 | | 30 | 2470 | 17.01.2017 | 14 | 20.01.2017 | 3297039 |
| | 12 | 11352 | 23.03.2011 | 61 | 28.03.2011 | 6094870 | | 31 | 20111 | 09.06.2017 | 113 | 14.06.2017 | 3578283 |
| | 13 | 32879 | 09.09.2011 | 178 | 14.09.2011 | 6335022 | | 32 | 31479 | 08.09.2017 | 177 | 13.09.2017 | 3749227 |
| | 14 | 37181 | 13.10.2011 | 202 | 18.10.2011 | 6380482 | | 33 | 39293 | 10.11.2017 | 222 | 15.11.2017 | 3870079 |
| | 15 | 10724 | 26.03.2012 | 63 | 29.03.2012 | 6616116 | | 34 | 10063 | 14.03.2018 | 54 | 19.03.2018 | 4119163 |
| | 16 | 23524 | 12.07.2012 | 137 | 17.07.2012 | 6771766 | | 35 | 32138 | 07.09.2018 | 176 | 12.09.2018 | 1004453655 |
| | 17 | A 35525 | 15.10.2012 | A 203 | 18.10.2012 | 6894538 | | 36 | 29873 | 30.07.2019 | 148 | 05.08.2019 | 1004689225 |
| | 18 | 38099 | 06.11.2012 | 219 | 09.11.2012 | 6924602 | | 37 | 35468 | 12.09.2019 | 179 | 17.09.2019 | 1004717342 |
| | 19 | 27428 | 29.08.2013 | 169 | 03.09.2013 | 1056529 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 12 | Imholz, Urs, von Isenthal, in Oberrieden | stellvertretender Vorsitzender der Geschäftsleitung | joint signature at two |
| 1 | | 7m | Syz, Hans Georg, von Zürich, in Küsnacht ZH | president of the board of directors | joint signature at two |
| 1 | | 7m | Schmied-Syz, Carole, von Zürich und Wichtrach, in Erlenbach ZH | vicepresident of the board of directors | joint signature at two |
| 1 | | 3 | Senn, Martin, von Bennwil, in Zumikon | member of the board of directors | joint signature at two |
| 1 | | 24 | Vieli Tröhler, Bignia, von Mühleberg und Rhäzüns, in Herrliberg | member of the board of directors | joint signature at two |
| 1 | | 17 | Hertach, Josef, von Dietikon, in Maur | Vorsitzender der Geschäftsleitung | joint signature at two |
| 1 | | 12m | Bitzi, André, von Cham, in Hünenberg | member of the management | joint signature at two |
| 1 | | 11m | PricewaterhouseCoopers AG, in Zürich | auditor | |
| 2 | | 18 | Botrugno, Michele, italienischer Staatsangehöriger, in Freienbach | member of the direction | joint signature at two |
| 2 | | 12m | Dambacher, Mark, deutscher Staatsangehöriger, in Küttigen | member of the direction | joint signature at two |
| 2 | | 12m | Hertach, René, von Basel, in Maur | member of the direction | joint signature at two |
| 2 | | 20 | Kümin, Renzo, von Wollerau, in Winterthur | member of the direction | joint signature at two |
| 2 | | 29 | Mattig, Alfred, von Grengiols und Langnau am Albis, in Langnau am Albis | member of the direction | joint signature at two |
| 2 | | 12m | Metzger, Werner, von Stein am Rhein und Eschenz, in Bülach | member of the direction | joint signature at two |
| 2 | | | Reumer, Urs, von Zürich, in Wohlen AG | member of the direction | joint signature at two |
| 2 | | 5 | Trignani, Stefan, von Aarberg, in Freienbach | member of the direction | joint signature at two |

Zürich, 05.02.2020                                                                                          Continuation on the following page



# Commercial register of canton Zurich

| CHE-113.315.761 | InCore Bank AG | | Schlieren | 3 |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 2 | | 11 | ~~Tschanen, Thomas, von Aegerten, in Nürensdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 6 | ~~Wipf, Fritz, von Seuzach, in Stäfa~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | | Bader, Claudia, von Zürich und Horgen, in Wetzikon ZH | | joint agent signature at two |
| 2 | | | Brucker, Martin, von Oetwil am See, in Zürich | | joint agent signature at two |
| 2 | | 11 | ~~Eisenhut, Marcel, von Zürich, in Zürich~~ | | ~~joint agent signature at two~~ |
| 2 | | 12m | ~~Feldmann, Fritz, von Näfels, in Stäfa~~ | | ~~joint agent signature at two~~ |
| 2 | | 35 | ~~Guerotto, Martin, von Winterthur, in Egg~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Herren, Christian, von Mühleberg, in Maur~~ | | ~~joint agent signature at two~~ |
| 2 | | 26m | ~~Hüsser, Thomas, von Rudolfstetten-Friedlisberg, in Unterlunkhofen~~ | | ~~joint agent signature at two~~ |
| 2 | | 4 | ~~Keller, Heidemarie, von Döttingen, in Dietlikon~~ | | ~~joint agent signature at two~~ |
| 2 | | | Koch, Andreas, von Zürich, in Zürich | | joint agent signature at two |
| 2 | | 37 | ~~Kunz, Elsbeth, von Steinmaur und Neerach, in Zürich~~ | | ~~joint agent signature at two~~ |
| 2 | | 10m | ~~Kurzen, Thomas, von Blatten, in Berg TG~~ | | ~~joint agent signature at two~~ |
| 2 | | | Moresi, Tiziano, von Certara, in Langnau am Albis | | joint agent signature at two |
| 2 | | 7m | ~~Schanz, Mathias, von Küsnacht ZH, in Einsiedeln~~ | | ~~joint agent signature at two~~ |
| 2 | | | Schuler, Gustav, von Spiringen, in Urdorf | | joint agent signature at two |
| 2 | | 18 | ~~Schwarz, Reinhard, von Uesslingen-Buch, in Küsnacht ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 12 | ~~Stapfer, Elisabeth, von Horgen, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 19 | ~~Stelzner, Karin, von Zürich, in Männedorf~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Stoll, Thomas, von Frauenfeld und Warth-Weiningen, in Dällikon~~ | | ~~joint agent signature at two~~ |
| 2 | | 20m | ~~Vogel, Christoph, von Zürich und Malters, in Zürich~~ | | ~~joint agent signature at two~~ |
| 2 | | 24 | ~~Waser, Otto, von Neftenbach, in Thalwil~~ | | ~~joint agent signature at two~~ |
| 3 | | 23 | ~~von Meyenburg, Franz K., von Schaffhausen, in Herrliberg~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 3 | | | Kummer, Christian, von Limpach, in Affoltern am Albis | member of the direction | joint signature at two |
| 3 | | 8 | ~~Humbel, Markus, von Adliswil, in Adliswil~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 24 | ~~Käppeli, Annette, von Zürich und Opfikon, in Herrliberg~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 8 | ~~Hofstetter, Mirjam, von Entlebuch, in Freienbach~~ | | ~~joint agent signature at two~~ |
| 3 | | 24 | ~~Imholz, Hans Peter, von Isenthal, in Ingenbohl~~ | | ~~joint agent signature at two~~ |
| 3 | | 13 | ~~Morger, Michael, von Eschenbach SG, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 5 | | 9 | ~~Bühler, Heidi, von Valendas, in Kloten~~ | | ~~joint agent signature at two~~ |
| 5 | | 15m | ~~Müller, Marco, von Zumikon, in Zürich~~ | | ~~joint agent signature at two~~ |
| 5 | | | Widmer, Martin, von Killwangen, in Affoltern am Albis | | joint agent signature at two |
| 6 | | 23 | ~~Gemperle, Daniel, von Zürich, in Hausen am Albis~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 24 | ~~Giannini, Carino, von Baden, in Oberrohrdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Kümin, Michael D., von Freienbach, in Winterthur~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Bieri, Philipp, von Escholzmatt, in Niederdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 26 | ~~Eicher, Paul, von St. Gallenkappel, in Regensdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 35 | ~~Hägi, Rolf, von Hirzel, in Bassersdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 19 | ~~Maag, Thomas, von Uster, in Uster~~ | | ~~joint agent signature at two~~ |
| 7 | | 15 | ~~Bolliger, Arthur, von Teufen AR, in Teufen AR~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| | 7 | 30m | ~~Syz, Hans Georg, von Zürich, in Küsnacht ZH~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |

Zürich, 05.02.2020

Continuation on the following page


# Commercial register of canton Zurich

| CHE-113.315.761 | InCore Bank AG | | Schlieren | 3 |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 2 | | 11 | ~~Tschanen, Thomas, von Aegerten, in Nürensdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 6 | ~~Wipf, Fritz, von Seuzach, in Stäfa~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | | Bader, Claudia, von Zürich und Horgen, in Wetzikon ZH | | joint agent signature at two |
| 2 | | | Brucker, Martin, von Oetwil am See, in Zürich | | joint agent signature at two |
| 2 | | 11 | ~~Eisenhut, Marcel, von Zürich, in Zürich~~ | | ~~joint agent signature at two~~ |
| 2 | | 12m | ~~Feldmann, Fritz, von Näfels, in Stäfa~~ | | ~~joint agent signature at two~~ |
| 2 | | 35 | ~~Guerotto, Martin, von Winterthur, in Egg~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Herren, Christian, von Mühleberg, in Maur~~ | | ~~joint agent signature at two~~ |
| 2 | | 26m | ~~Hüsser, Thomas, von Rudolfstetten-Friedlisberg, in Unterlunkhofen~~ | | ~~joint agent signature at two~~ |
| 2 | | 4 | ~~Keller, Heidemarie, von Döttingen, in Dietlikon~~ | | ~~joint agent signature at two~~ |
| 2 | | | Koch, Andreas, von Zürich, in Zürich | | joint agent signature at two |
| 2 | | 37 | ~~Kunz, Elsbeth, von Steinmaur und Neerach, in Zürich~~ | | ~~joint agent signature at two~~ |
| 2 | | 10m | ~~Kurzen, Thomas, von Blatten, in Berg TG~~ | | ~~joint agent signature at two~~ |
| 2 | | | Moresi, Tiziano, von Certara, in Langnau am Albis | | joint agent signature at two |
| 2 | | 7m | ~~Schanz, Mathias, von Küsnacht ZH, in Einsiedeln~~ | | ~~joint agent signature at two~~ |
| 2 | | | Schuler, Gustav, von Spiringen, in Urdorf | | joint agent signature at two |
| 2 | | 18 | ~~Schwarz, Reinhard, von Uesslingen-Buch, in Küsnacht ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 12 | ~~Stapfer, Elisabeth, von Horgen, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 19 | ~~Stelzner, Karin, von Zürich, in Männedorf~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Stoll, Thomas, von Frauenfeld und Warth-Weiningen, in Dällikon~~ | | ~~joint agent signature at two~~ |
| 2 | | 20m | ~~Vogel, Christoph, von Zürich und Malters, in Zürich~~ | | ~~joint agent signature at two~~ |
| 2 | | 24 | ~~Waser, Otto, von Neftenbach, in Thalwil~~ | | ~~joint agent signature at two~~ |
| 3 | | 23 | ~~von Meyenburg, Franz K., von Schaffhausen, in Herrliberg~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 3 | | | Kummer, Christian, von Limpach, in Affoltern am Albis | member of the direction | joint signature at two |
| 3 | | 8 | ~~Humbel, Markus, von Adliswil, in Adliswil~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 24 | ~~Käppeli, Annette, von Zürich und Opfikon, in Herrliberg~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 8 | Hofstetter, Mirjam, von Entlebuch, in Freienbach | | ~~joint agent signature at two~~ |
| 3 | | 24 | ~~Imholz, Hans Peter, von Isenthal, in Ingenbohl~~ | | ~~joint agent signature at two~~ |
| 3 | | 13 | ~~Morger, Michael, von Eschenbach SG, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 5 | | 9 | ~~Bühler, Heidi, von Valendas, in Kloten~~ | | ~~joint agent signature at two~~ |
| 5 | | 15m | ~~Müller, Marco, von Zumikon, in Zürich~~ | | ~~joint agent signature at two~~ |
| 5 | | | Widmer, Martin, von Killwangen, in Affoltern am Albis | | joint agent signature at two |
| 6 | | 23 | ~~Gemperle, Daniel, von Zürich, in Hausen am Albis~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 24 | ~~Giannini, Carino, von Baden, in Oberrohrdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Kümin, Michael D., von Freienbach, in Winterthur~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Bieri, Philipp, von Escholzmatt, in Niederdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 26 | ~~Eicher, Paul, von St. Gallenkappel, in Regensdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 35 | ~~Hägi, Rolf, von Hirzel, in Bassersdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 19 | ~~Maag, Thomas, von Uster, in Uster~~ | | ~~joint agent signature at two~~ |
| 7 | | 15 | ~~Bolliger, Arthur, von Teufen AR, in Teufen AR~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| | 7 | 30m | ~~Syz, Hans Georg, von Zürich, in Küsnacht ZH~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |

Zürich, 05.02.2020

Continuation on the following page


# Commercial register of canton Zurich

| CHE-113.315.761 | InCore Bank AG | Schlieren | 4 |

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| | 7 | 30 | ~~Schmied-Syz, Carole, von Zürich und Wichtrach, in Erlenbach ZH~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| | 7 | 13 | Schanz, Mathias, ~~von Küsnacht ZH, in Einsiedeln~~ | member of the direction | joint signature at two |
| 8 | | 20 | ~~Ransenigo, Oscar, italienischer Staatsangehöriger, in Ponte Capriasca~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 8 | | 12 | ~~Gargasacchi, Enrica, von Verscio, in Zürich~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 8 | | 12m | ~~Bieli, Fabian, von Selzach, in Wettingen~~ | | joint agent signature at two |
| 8 | | 15m | ~~Rossberg, Steffen, deutscher Staatsangehöriger, in Zürich~~ | | ~~joint agent signature at two~~ |
| 8 | | 11 | ~~Avila, Alexandra, deutsche Staatsangehörige, in Zürich~~ | | joint agent signature at two |
| 8 | | 14 | ~~Corecco, Laura, von Bodio, in Massagno~~ | | joint agent signature at two |
| 8 | | 19 | ~~Pallioppi, Bigna, von Celerina/Schlarigna, in Zürich~~ | | joint agent signature at two |
| 9 | | 10 | ~~Biafori, Natalie Ella, von Alberswil, in Zürich~~ | | ~~joint agent signature at two~~ |
| | 10 | 20 | ~~Kurzen, Thomas, von Blatten, in Berg TG~~ | member of the direction | joint signature at two |
| 10 | | 23 | ~~Minniti, Peter, von Zürich, in Zürich~~ | | ~~joint agent signature at two~~ |
| 10 | | 29 | ~~Theiler, Roger, von Spiez, in Nesslau-Krummenau~~ | | ~~joint agent signature at two~~ |
| | 11 | 25m | ~~PricewaterhouseCoopers AG (CH-020.3.020.876-5), in Zürich~~ | auditor | |
| | 12 | 15m | ~~Bitzi, André, von Cham, in Hünenberg~~ | stellvertretender Vorsitzender der Geschäftsleitung | ~~joint signature at two~~ |
| | 12 | 15m | ~~Dambacher, Mark, deutscher Staatsangehöriger, in Meisterschwanden~~ | ~~member of the management~~ | ~~joint signature at two~~ |
| | 12 | | Hertach, René, von Basel, in Maur | member of the management | joint signature at two |
| | 12 | 19 | ~~Metzger, Werner, von Stein am Rhein und Eschenz, in Bülach~~ | ~~member of the management~~ | ~~joint signature at two~~ |
| | 12 | | Bieli, Fabian, von Selzach, in Wettingen | member of the direction | joint signature at two |
| | 12 | | Feldmann, Fritz, von Näfels, in Stäfa | member of the direction | joint signature at two |
| 12 | | | Kehl, René, von Zürich, in Uetikon am See | member of the direction | joint signature at two |
| 12 | | 14 | ~~Pujatti, Vittorio, von Bäretswil und Zürich, in Schaffhausen~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 12 | | 24 | ~~Tzokas, Teodora, von Zürich, in Zürich~~ | | ~~joint agent signature at two~~ |
| 13 | | 15m | ~~Himmel, Reto, von Baden, in Baden~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 13 | | 18 | ~~Koc, Atilla, von Uster, in Zürich~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 13 | | 23 | Solida, Marcello, ~~italienischer Staatsangehöriger, in Bassersdorf~~ | member of the direction | joint signature at two |
| 13 | | 20 | ~~Tschanen, Thomas, von Aegerten, in Nürensdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 13 | | 18 | ~~Bianchi, Giorgio, von Coldrerio, in Lugano~~ | | ~~joint agent signature at two~~ |
| 13 | | 19 | Bischof, Jürg, ~~von Eggersriet, in Rudolfstetten-Friedlisberg~~ | | joint agent signature at two |
| | 15 | 30 | ~~Himmel, Reto, von Baden, in Baden~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| | 15 | 24m | ~~Dambacher, Mark, deutscher Staatsangehöriger, in Meisterschwanden~~ | stellvertretender Vorsitzender der Geschäftsleitung | ~~joint signature at two~~ |
| | 15 | 19 | ~~Bitzi, André, von Cham, in Hünenberg~~ | president of the management | joint signature at two |

Zürich, 05.02.2020

Continuation on the following page



# Commercial register of canton Zurich

| CHE-113.315.761 | InCore Bank AG | | Schlieren | 5 |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| | 15 | 32 | Müller, Marco, von Zumikon, in Zürich | member of the direction | joint signature at two |
| | 15 | 20 | Rossberg, Steffen, deutscher Staatsangehöriger, in Zürich | member of the direction | joint signature at two |
| 15 | | | Fricker, Robert, von Hunzenschwil, in Horgen | | joint agent signature at two |
| 18 | | 19 | Palazzi, Flavio, italienischer Staatsangehöriger, in Lenzburg | | joint agent signature at two |
| 18 | | 20m | Wild, Pascal, von Zürich, in Zürich | | joint agent signature at two |
| 19 | | 24 | Eilinger, Roland, von Waldkirch, in Seuzach | president of the management | joint signature at two |
| 19 | | 25m | Bollhalder, Ernst, von Wildhaus-Alt St. Johann, in Fällanden | member of the management | joint signature at two |
| 19 | | | Schreier Kraus, Barbara, von Basel, in Hallwil | member of the direction | joint signature at two |
| 19 | | 20 | Remus, Ina, deutsche Staatsangehörige, in Adliswil | | joint agent signature at two |
| | 20 | | Vogel, Christoph, von Zürich und Malters, in Zürich | member of the direction | joint signature at two |
| | 20 | 25 | Wild, Pascal, von Zürich, in Zürich | member of the direction | joint signature at two |
| 20 | | | Schmeling Dent, Nicole, von Schaffhausen, in Regensdorf | | joint agent signature at two |
| 20 | | 24m | Wiesli, Martina, von Uetikon am See, in Meilen | | joint agent signature at two |
| 23 | | 30 | Etter, Walter, von Sulgen und Birwinken, in Winterthur | member of the board of directors | joint signature at two |
| 23 | | 28 | Hugentobler, Rudolf, von St. Gallen, in Zürich | member of the board of directors | joint signature at two |
| 23 | | | Rossini, Cristiano, von Monte Carasso, in Weiningen ZH | member of the direction | joint signature at two |
| 23 | | 24 | Blumer, Bettina, von Mönchaltorf, in Zürich | | joint agent signature at two |
| 23 | | | Buob, Oliver, von Luzern, in Zürich | | joint agent signature at two |
| | 24 | | Dambacher, Mark, deutscher Staatsangehöriger, in Meisterschwanden | president of the management | joint signature at two |
| 24 | | | Kriech, Werner, von Schmerikon, in Unterägeri | member of the direction | joint signature at two |
| | 24 | | Bieli-Wiesli, Martina, von Uetikon am See, in Meilen | | joint agent signature at two |
| 24 | | 29 | Wüst, Roger, von Oberriet SG, in Winkel | | joint agent signature at two |
| | 25 | 37 | Bollhalder, Ernst, von Wildhaus-Alt St. Johann, in Fällanden | Stellvertretender Vorsitzender der Geschäftsleitung | joint signature at two |
| 25 | | | Blatter, Daniel, von Winterthur, in Wettswil am Albis | member of the direction | joint signature at two |
| 25 | | | Schnoor, Itta, deutsche Staatsangehörige, in Oberwil-Lieli | member of the direction | joint signature at two |
| 25 | | 37 | Erbe, Bettina, deutsche Staatsangehörige, in Küsnacht ZH | | joint agent signature at two |
| 25 | | | Welti, Ayana Laragh, von Langrickenbach, in Oetwil am See | | joint agent signature at two |
| | 25 | | PricewaterhouseCoopers AG (CHE-106.839.438), in Zürich | auditor | |
| | 26 | | Hüsser, Thomas, von Rudolfstetten-Friedlisberg, in Unterlunkhofen | member of the direction | joint signature at two |
| 26 | | | Hürzeler, Thomas, von Gretzenbach, in Aarau | | joint agent signature at two |
| 26 | | | Schmid, Dennis, von Basadingen-Schlattingen, in Kleinandelfingen | | joint agent signature at two |
| 30 | | | Moser, Jean Philippe, von Buchegg, in Zug | president of the board of directors | joint signature at two |
| | 30 | | Syz, Hans Georg, von Zürich und Küsnacht ZH, in Küsnacht ZH | vicepresident of the board of directors | joint signature at two |
| 30 | | 37 | Becher, David, von Zürich, in Uitikon | member of the board of directors | joint signature at two |

Zürich, 05.02.2020

Continuation on the following page



# Commercial register of canton Zurich

| CHE-113.315.761 | InCore Bank AG | | Schlieren | 6 |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 30 | | | Stirnimann, Sonja, von Luzern, in Risch | member of the board of directors | joint signature at two |
| 30 | | | Vaccani, Amedeo, von Aarau, in Meilen | member of the board of directors | joint signature at two |
| 31 | | | Haist, Peter Robert, von Felben-Wellhausen, in Stetten AG | member of the management | joint signature at two |
| 33 | | 35 | ~~Kaufmann, Maria, österreichische Staatsangehörige, in Baar~~ | | ~~joint agent signature at two~~ |
| 35 | | | Badak, Cansu, von Oberengstringen, in Oberengstringen | | joint agent signature at two |
| 37 | | | Wunderlin, Prof. Dr. Dr. Christian, von Wallbach, in Zullwil | member of the board of directors | joint signature at two |
| 37 | | | Suter, Hans Rudolf, von Gränichen, in Suhr | member of the management | joint signature at two |
| 37 | | | Lüönd, Adrian, von Sattel, in Arth | member of the direction | joint signature at two |
| 37 | | | Treike, Julia, deutsche Staatsangehörige, in Zürich | | joint agent signature at two |

Zürich, 05.02.2020



This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries as well as any deleted entries for the company in question. On special request it is also possible to provide an extract containing only the valid entries. The Commercial Registry Office of the Canton of Zurich does not accept any liability for this extract from the Commercial Register not being accepted as sufficient proof of the facts stated therein at its place of destination.

# Exhibit 47b



# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: 020.3.030.386-6 on: | 1 |
|---|---|---|---|---|---|
| CHE-113.315.761 | Limited or Corporation | 12/12/06 | | | |

[barcode]   All entries

| In | Ca | Business name | | | Ref | Legal seat | |
|---|---|---|---|---|---|---|---|
| 1 | | **InCore Bank AG** | | | 1 | ~~Zurich~~ | |
| 1 | | (InCore Banque SA) (InCore Bank Ltd.) | | | 36 | Schlieren | |

| In | Ca | 1 | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 16 | ~~10,000,000.00~~ | ~~10,000,000.00~~ | ~~10,000 nominal shares at CHF 1,000.00~~ | 1 | 22 | ~~Dreikönigstrasse 8~~ |
| 16 | 21 | ~~11,000,000.00~~ | ~~11,000,000.00~~ | ~~11,000 nominal shares at CHF 1,000.00~~ | | | ~~8002 Zurich~~ |
| 21 | | 12,000,000.00 | 12,000,000.00 | 12,000 nominal shares at CHF 1,000.00 | 22 | 36 | ~~Stauffacherstrasse 41~~ |
| | | | | | | | ~~8004 Zurich~~ |
| | | | | | 36 | | Wiesenstrasse 17 |
| | | | | | | | 8952 Schlieren |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | The purpose of the company is to operate a bank with the main focus on taking on banking business for third-party banks and other financial intermediaries, as well as the operation of the necessary banking systems and applications. In particular, the company handles a) the execution and processing of banking transactions for third-party banks and other financial intermediaries; b) the operations necessary for the applications and systems required for the processing of banking transactions; c) securities trading of any kind and the purchase and sale of currency futures and precious metals; d) the safekeeping and administration of bills of exchange and other valuables; e) the operation of a service center for third-party banks and other financial intermediaries; f) the processing of payment transactions; g) option transactions, financial futures, swaps and transactions with other commercially available derivative financial products; h) assuming functions in the investment fund business. The business focus also includes a) issuing transactions as well as share, bond and other securities placement; b) accepting funds in all forms customary in banking; c) granting of loans with and without cover; d) discounting and collection of bills of exchange and similar instruments. All of the above-mentioned transactions can be carried out both on one's behalf and on behalf of others. The company's business scope is comprised of domestic and international business. The company can set up branches, subsidiaries and representations domestically and internationally and can participate in other companies, both domestic and international. The company can buy, hold and sell real estate in the country and abroad. The company can carry out all commercial, financial and other activities which are related to the purpose of the company or are suitable to promote this purpose directly or indirectly. | | | |

| In | Ca | Remarks | Ref | Date of the facts |
|---|---|---|---|---|
| 1 | | Notifications to shareholders are made by writing letters to the address entered in the stock ledger. | 1 | 12/11/2006 |
| | | | 16 | 06/28/2012 |
| 1 | | The transferability of the nominal shares is limited in accordance with the art. of assoc. | 21 | 07/08/2014 |
| 16 | | Regular increase of the share capital. | 27 | 01/29/2016 |
| 21 | | Regular increase of the share capital. | 34 | 01/18/2018 |
| | | | 36 | 06/07/2019 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Separation: The company is the result of the separation of Maerki Baumann & Co AG, in Zurich (CH-020.3.916.574-0). The company will take over assets of CHF 150,527,025.85 and liabilities (outside capital) of CHF 100,527,025.85 in accordance with the division plan dated 09/25/2006. The shareholders of the transferring company will receive 10,000 registered shares at CHF 1,000. | 1 | SHAB [*Schweizerisches Handelsamtsblatt,* Swiss Commercial Gazette] |

Zurich, 02/05/2020                                                                                                 Continuation on the following page



# Commercial register of canton Zurich

| CHE-113.315.761 | | InCore Bank AG | | | | Schlieren | | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| All entries | | | | | | | | |

| Vis | Ref | Journal | Date | SOGC | SOGC Date | Page / Id | Vis | Ref | Journal | Date | SOGC | SOGC Date | Page / Id |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | 33336 | 12/12/2006 | 245 | 12/18/2006 | 24 / 3686408 | | 20 | 9918 | 03/19/2014 | 57 | 03/24/2014 | 1412771 |
| | 2 | 1079 | 01/15/2007 | 13 | 01/19/2007 | 19 / 3733504 | | 21 | 25638 | 07/31/2014 | 149 | 08/06/2014 | 1649315 |
| | 3 | 24223 | 08/29/2007 | 170 | 09/04/2007 | 21 / 4095090 | | 22 | 33063 | 10/07/2014 | 196 | 10/10/2014 | 1761589 |
| | 4 | 29754 | 10/25/2007 | 211 | 10/31/2007 | 19 /4178904 | | 23 | 33459 | 10/09/2014 | 198 | 10/14/2014 | 1766717 |
| | 5 | 6378 | 02/29/2008 | 46 | 03/06/2008 | 26 / 4373800 | | 24 | 17442 | 05/18/2015 | 96 | 05/21/2015 | 2162513 |
| | 6 | 26440 | 09/19/2008 | 186 | 09/25/2008 | 21 / 4665226 | | 25 | 35843 | 10/13/2015 | 201 | 10/16/2015 | 2430851 |
| | 7 | 22702 | 06/19/2009 | 120 | 06/25/2009 | 44 / 5089902 | | 26 | 6932 | 02/19/2016 | 38 | 02/24/2016 | 2685081 |
| | 8 | 35040 | 09/09/2009 | 178 | 09/15/2009 | 25 / 5246484 | | 27 | 14856 | 04/26/2016 | 83 | 04/29/2016 | 2807429 |
| | 9 | 45838 | 11/24/2009 | 232 | 11/30/2009 | 25 / 5366832 | | 28 | 27853 | 08/05/2016 | 153 | 08/10/2016 | 2996837 |
| | 10 | 21896 | 06/15/2010 | 117 | 06/21/2010 | 27 / 5684952 | | 29 | 39300 | 11/03/2016 | 217 | 11/08/2016 | 3148911 |
| | 11 | 43142 | 12/082010 | 243 | 12/14/2010 | 20 / 5938434 | | 30 | 2470 | 01/17/2017 | 14 | 01/20/2017 | 3297039 |
| | 12 | 11352 | 03/23/2011 | 61 | 03/28/2011 | 6094870 | | 31 | 20111 | 06/09/2017 | 113 | 06/14/2017 | 3578283 |
| | 13 | 32879 | 09/09/2011 | 178 | 09/14/2011 | 6335022 | | 32 | 31479 | 09/08/2017 | 177 | 09/13/2017 | 3749227 |
| | 14 | 37181 | 10/13/2011 | 202 | 10/18/2011 | 6380482 | | 33 | 39293 | 11/10/2017 | 222 | 11/15/2017 | 3870079 |
| | 15 | 10724 | 03/26/2012 | 63 | 03/29/2012 | 6616116 | | 34 | 10063 | 03/14/2018 | 54 | 03/19/2018 | 4119163 |
| | 16 | 23524 | 07/12/2012 | 137 | 07/17/2012 | 6771766 | | 35 | 32138 | 09/07/2018 | 176 | 09/12/2018 | 1004453655 |
| | 17 | A 35525 | 10/15/2012 | A 203 | 10/18/2012 | 6894538 | | 36 | 29873 | 07/30/2019 | 148 | 08/05/2019 | 1004689225 |
| | 18 | 38099 | 11/06/2012 | 219 | 11/09/2012 | 6924602 | | 37 | 35468 | 09/12/2019 | 179 | 09/17/2019 | 1004717342 |
| | 19 | 27428 | 08/29/2013 | 169 | 09/03/2013 | 1056529 | | | | | | | |

| In | Mo | Ca | Personal data | Function | Signature |
| --- | --- | --- | --- | --- | --- |
| 1 | | 12 | ~~Imholz, Urs, from Isenthal, in Oberrieden~~ | ~~representative pres. of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 7m | ~~Syz, Hans Georg, from Zurich, in Küsnacht ZH~~ | ~~president of the board of directors~~ | |
| 1 | | 7m | ~~Schmied, Syz, Carole, from Zurich and Wichtracht, in Erlenbach,~~ | ~~VP of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 3 | ~~Senn, Martin, from Bennwil, in Zumikon~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 24 | ~~Vieli Tröhler, Bignia, from Mühleberg and Rhäzüns, in Herrliberg~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 17 | ~~Hertach, Josef, from Dietikon, in Maur~~ | ~~pres. of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 12m | ~~Bitzi, Andre, from Cham, in Hünenberg~~ | ~~member of the management~~ | ~~joint signature at two~~ |
| 1 | | 11m | ~~PricewaterhouseCoopers AG, in Zurich~~ | ~~auditor~~ | |
| 2 | | 18 | ~~Botrugno, Micbelert, Italian citizen, in Freienbach~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 12m | ~~Dambacher, Mark, German citizen, in Kültigen~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 12m | ~~Hertach, Rene, from Basel, in Maur~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 20 | ~~Kümin, Renzo, from Wollerau, in Winterthur~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 29 | ~~Mattig, Alfred, from Grengiols and Langnau am Albis, in Langnau am Albis~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 12m | ~~Metzger, Werner, from Stein am Rhein and Eschenz, in Bülach~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | | Reumer, Urs, from Zurich, in Wohlen AG | member of the direction | joint signature at two |
| 2 | | 5 | ~~Trignani, Stefan, from Aarberg, in Freienbach~~ | ~~member of the direction~~ | ~~joint signature at two~~ |

Zurich, 02/05/2020                                                                                       Continuation on the following page



# Commercial register of canton Zurich

| CHE-113.315.761 | | | InCore Bank AG | Schlieren | 3 |
|---|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 2 | | 11 | ~~Tschanen, Thomas, from Aegerten, in Nürensdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 6 | ~~Wipf, Fritz of Seuzach, in Stäf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | | Bader, Claudia, from Zurich and Horgen, in Wetzikon ZH | | joint agent signature at two |
| 2 | | | Brucker, Martin, from Oetwil am See, in Zurich | | joint agent signature at two |
| 2 | | 11 | ~~Eisenhut, Marcel, from Zurich, in Zurich~~ | | ~~joint agent signature at two~~ |
| 2 | | 12m | ~~Feldmann, Fritz, from Näfels, in Stäfa~~ | | ~~joint agent signature at two~~ |
| 2 | | 35 | ~~Guerotto, Martin; from Winterthur, in Egg~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Herren, Christian, von Mühleberg, in Maur~~ | | ~~joint agent signature at two~~ |
| 2 | | 26m | ~~Hüsser, Thomas, from Rudolfstetten-Friedlisberg, in Unterlunkhofen~~ | | ~~joint agent signature at two~~ |
| 2 | | 4 | ~~Keller, Heidemarie, from Döttingen, in Dietlikon~~ | | ~~joint agent signature at two~~ |
| 2 | | | Koch, Andreas, from Zurich, in Zurich | | joint agent signature at two |
| 2 | | 37 | ~~Kunz, Elsbeth, from Steinmaur and Neerach, in Zurich~~ | | ~~joint agent signature at two~~ |
| 2 | | 10m | ~~Kurzen, Thomas, from Blatten, in Berg TG~~ | | ~~joint agent signature at two~~ |
| 2 | | | Moresi, Tiziano, from Certara, in Langnau am Albis | | joint agent signature at two |
| 2 | | 7m | ~~Schanz, Mathias, from Küsnacht ZH, in Einsiedeln~~ | | ~~joint agent signature at two~~ |
| 2 | | | Schuler, Gustav, from Spiringen, in Urdorf | | joint agent signature at two |
| 2 | | 18 | ~~Schwarz, Reinhard, from Uesslingen-Buch, in Küsnacht ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 12 | ~~Stapfer, Elisabeth, from Horgen, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 19 | ~~Stelzner, Karin, from Zurich, in Männedorf~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Stoll, Thomas, from Frauenfeld and Warth-Weiningen, in Dällikon~~ | | ~~joint agent signature at two~~ |
| 2 | | 20m | ~~Vogel, Christoph, from Zurich and Malters, in Zurich~~ | | ~~joint agent signature at two~~ |
| 2 | | 24 | ~~Waser, Otto, from Neftenbach, in Thalwil~~ | | ~~joint agent signature at two~~ |
| 3 | | 23 | ~~von Meyenburg, Franz K., from Schaffhausen, in Herrliberg~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 3 | | | Kummer, Christian, from Limpach, in Affoltern am Albis | member of the direction | joint signature at two |
| 3 | | 8 | ~~Humbel, Markus, von Adliswil, in Adliswil~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 24 | ~~Käppeli, Annette, from Zürich und Öpfikon, in Herrliberg~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 8 | ~~Hofstetter, Mirjam, from Entlebuch, in Freienbach~~ | | ~~joint agent signature at two~~ |
| 3 | | 24 | ~~Imholz, Hans-Peter, from Isenthal, in Ingenbohl~~ | | ~~joint agent signature at two~~ |
| 3 | | 13 | ~~Morger, Michael, from Esehenbach SG, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 5 | | 9 | ~~Bühler, Heidi, from Valendas, in Kloten~~ | | ~~joint agent signature at two~~ |
| 5 | | 15m | ~~Müller, Marco, from Zumikon, in Zurich~~ | | ~~joint agent signature at two~~ |
| 5 | | | Widmer, Martin, from Killwangen, in Affoltern am Albis | | joint agent signature at two |
| 6 | | 23 | ~~Gemperle, Daniel, from Zurich, in Hausen am Albis~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 24 | ~~Giannini, Carino, from Baden, in Oberrohrdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Kümin, Michael D., from Freienbach, in Winterthur~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Bieri, Philipp, from Escholzmatt, in Niederdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 26 | ~~Eicher, Pauf, from St. Gallenkappel, in Regensdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 35 | ~~Hägi, Rolf, from Hirzel, in Bassersdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 19 | ~~Maag, Thomas, from Uster, in Uster~~ | | ~~joint agent signature at two~~ |
| 7 | | 15 | ~~Bolfiger, Arthur, from Teufen AR, in Teufen AR~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| | 7 | 30m | ~~Syz, Hans Georg, from Zurich, in Küsnacht ZH~~ | ~~VP of the board of directors~~ | ~~joint signature at two~~ |

Zurich, 02/05/2020                                   Continuation on the following page



Commercial register of canton Zurich

| CHE-113.315.761 | | | InCore Bank AG | | Schlieren | 3 |
|---|---|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 2 | | 11 | ~~Tschanen, Thomas, from Aegerten, in Nürensdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | 6 | ~~Wipf, Fritz of Seuzach, in Stäf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 2 | | | Bader, Claudia, from Zurich and Horgen, in Wetzikon ZH | | joint agent signature at two |
| 2 | | | Brucker, Martin, from Oetwil am See, in Zurich | | joint agent signature at two |
| 2 | | 11 | ~~Eisenhut, Marcel, from Zurich, in Zurich~~ | | ~~joint agent signature at two~~ |
| 2 | | 12m | ~~Feldmann, Fritz, from Näfels, in Stäfa~~ | | ~~joint agent signature at two~~ |
| 2 | | 35 | ~~Guerotto, Martin; from Winterthur, in Egg~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Herren, Christian, von Mühleberg, in Maur~~ | | ~~joint agent signature at two~~ |
| 2 | | 26m | ~~Hüsser, Thomas, from Rudolfstetten-Friedlisberg, in Unterlunkhofen~~ | | ~~joint agent signature at two~~ |
| 2 | | 4 | ~~Keller, Heidemarie, from Döttingen, in Dietlikon~~ | | ~~joint agent signature at two~~ |
| 2 | | | Koch, Andreas, from Zurich, in Zurich | | joint agent signature at two |
| 2 | | 37 | ~~Kunz, Elsbeth, from Steinmaur and Neerach, in Zurich~~ | | ~~joint agent signature at two~~ |
| 2 | | 10m | ~~Kurzen, Thomas, from Blatten, in Berg TG~~ | | ~~joint agent signature at two~~ |
| 2 | | | Moresi, Tiziano, from Certara, in Langnau am Albis | | joint agent signature at two |
| 2 | | 7m | ~~Schanz, Mathias, from Küsnacht ZH, in Einsiedeln~~ | | ~~joint agent signature at two~~ |
| 2 | | | Schuler, Gustav, from Spiringen, in Urdorf | | joint agent signature at two |
| 2 | | 18 | ~~Schwarz, Reinhard, from Uesslingen-Buch, in Küsnacht ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 12 | ~~Stapfer, Elisabeth, from Horgen, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 2 | | 19 | ~~Stelzner, Karin, from Zurich, in Männedorf~~ | | ~~joint agent signature at two~~ |
| 2 | | 6 | ~~Stoll, Thomas, from Frauenfeld and Warth-Weiningen, in Dällikon~~ | | ~~joint agent signature at two~~ |
| 2 | | 20m | ~~Vogel, Christoph, from Zurich and Malters, in Zurich~~ | | ~~joint agent signature at two~~ |
| 2 | | 24 | ~~Waser, Otto, from Neftenbach, in Thalwil~~ | | ~~joint agent signature at two~~ |
| 3 | | 23 | ~~von Meyenburg, Franz K., from Schaffhausen, in Herrliberg~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 3 | | | Kummer, Christian, from Limpach, in Affoltern am Albis | member of the direction | joint signature at two |
| 3 | | 8 | ~~Humbel, Markus, von Adliswil, in Adliswil~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 24 | ~~Käppeli, Annette, from Zürichundöpfikon, in Herrliberg~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 3 | | 8 | ~~Hofstetter, Mirjam, from Entlebuch, in Freienbach~~ | | ~~joint agent signature at two~~ |
| 3 | | 24 | ~~Imholz, Hans-Peter, from Isenthal, in Ingenbohl~~ | | ~~joint agent signature at two~~ |
| 3 | | 13 | ~~Morger, Michael, from Esehenbach SG, in Kilchberg ZH~~ | | ~~joint agent signature at two~~ |
| 5 | | 9 | ~~Bühler, Heidi, from Valendas, in Kloten~~ | | ~~joint agent signature at two~~ |
| 5 | | 15m | ~~Müller, Marco, from Zumikon, in Zurich~~ | | ~~joint agent signature at two~~ |
| 5 | | | Widmer, Martin, from Killwangen, in Affoltern am Albis | | joint agent signature at two |
| 6 | | 23 | ~~Gemperle, Daniel, from Zurich, in Hausen am Albis~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 24 | ~~Giannini, Carino, from Baden, in Oberrohrdorf~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Kümin, Michael D., from Freienbach, in Winterthur~~ | ~~member of the direction~~ | ~~joint signature at two~~ |
| 6 | | 19 | ~~Bieri, Philipp, from Escholzmatt, in Niederdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 26 | ~~Eicher, Pauf, from St. Gallenkappel, in Regensdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 35 | ~~Hägi, Rolf, from Hirzel, in Bassersdorf~~ | | ~~joint agent signature at two~~ |
| 6 | | 19 | ~~Maag, Thomas, from Uster, in Uster~~ | | ~~joint agent signature at two~~ |
| 7 | | 15 | ~~Bolfiger, Arthur, from Teufen AR, in Teufen AR~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| | 7 | 30m | ~~Syz, Hans Georg, from Zurich, in Küsnacht ZH~~ | ~~VP of the board of directors~~ | ~~joint signature at two~~ |

Zurich, 02/05/2020                                              Continuation on the following page



# Commercial register of canton Zurich

| CHE-113.315.761 | | | InCore Bank AG | | Schlieren | 4 |
|---|---|---|---|---|---|---|
| All entries | | | | | | |
| In | Mo | Ca | Personal data | | Function | Signature |
| | 7 | 30 | ~~Schmied-Syz, Carole, from Zurich and Wichtrach, in Erlenbach-ZH~~ | | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| | 7 | 13 | ~~Schanz, Mathias, from Küsnacht ZH, in Einsiedeln~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 8 | | 20 | ~~Ransenigo, Oscar, Italian citizen, in Ponte Capriasca~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 8 | | 12 | ~~Cargasacchi, Enrica, from Verscio, in Zurich~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 8 | | 12m | ~~Bieli, Fabian, from Selzach, in Wettingen~~ | | | ~~joint agent signature at two~~ |
| 8 | | 15m | ~~Rossberg, Steffen, German citizen, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 8 | | 11 | ~~Avila, Alexandra, German citizen, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 8 | | 14 | ~~Corecco Kazra, von Bodio, in Massagno~~ | | | ~~joint agent signature at two~~ |
| 8 | | 19 | ~~Pallioppi, Bigna, from Celerina/Schlarigna, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 9 | | 10 | ~~Biafori, Natalie Ella, from Alberswil, in Zurich~~ | | | ~~joint agent signature at two~~ |
| | 10 | 20 | ~~Kurzen, Thomas, from Blatten, in Berg TG~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 10 | | 23 | ~~Minniti, Peter, from Zurich, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 10 | | 29 | ~~Theiler, Roger, from Spiez, in Nesslau-Krummenau~~ | | | ~~joint agent signature at two~~ |
| | 11 | 25m | ~~PricewaterhouseCoopers AG (CH-020.3.020.876-5), in Zurich~~ | | ~~auditor~~ | |
| | 12 | 15m | ~~Bitzi, André, from Cham, in Hünenberg~~ | | ~~repres. presid. of the manag. board~~ | ~~joint signature at two~~ |
| | 12 | 15m | ~~Dambacher, Mark, German national in Meisterschwanden~~ | | ~~member of the management~~ | ~~joint signature at two~~ |
| | 12 | | Hertach, René, from Basel, in Maur | | member of the management | joint signature at two |
| | 12 | 19 | ~~Metzger, Werner, from Stein am Rheim and Eschenz, in Bülach~~ | | ~~member of the management~~ | ~~joint signature at two~~ |
| | 12 | | Bieli, Fabian, from Selzach, in Wettingen | | member of the direction | joint signature at two |
| | 12 | | Feldmann, Fritz, from Näfels, in Stäfa | | member of the direction | joint signature at two |
| 12 | | | Kehl, René, from Zurich, in Uetikon am See | | member of the direction | joint signature at two |
| 12 | | 14 | ~~Pujatti, Vittorio, from Bäretswil and Zurich, in Schaffhausen~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 12 | | 24 | ~~Tzokas, Teodora, from Zurich, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 13 | | 15m | ~~Himmel, Reto, from Baden, in Baden~~ | | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 13 | | 18 | ~~Koc, Atilla, from Uster, in Zurich~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 13 | | 23 | ~~Solida, Marcello, Italian citizen, in Bassersdorf~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 13 | | 20 | ~~Tschanen, Thomas, von Aegerten, in Nürensdorf~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 13 | | 18 | ~~Bianchi, Giorgio, von Coldrerio, in Lugano~~ | | | ~~joint agent signature at two~~ |
| 13 | | 19 | ~~Bischof, Jürg, from Eggersriet, in Rudoflstetten-Friedlisberg~~ | | | ~~joint agent signature at two~~ |
| | 15 | 30 | ~~Himmel, Reto, from Baden, in Baden~~ | | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| | 15 | 24m | ~~Dambacher, Mark, German citizen, in Meisterschwanden~~ | | ~~representative pres. of the board of directors~~ | ~~joint signature at two~~ |
| | 15 | 19 | ~~Bitzi, André, from Cham, in Hünenberg~~ | | ~~president of the management board~~ | ~~joint signature at two~~ |

Zurich, 02/05/2020                                                                                                   Continuation on the following page


## Commercial Register of canton Zurich

| CHE-113.315.761 | | | InCore Bank AG | | Schlieren | 5 |
|---|---|---|---|---|---|---|
| In | Mo | Ca | Personal data | | Function | Signature |
| | 15 | 32 | ~~Müller, Marco, from Zumikon, in Zurich~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| | 15 | 20 | ~~Rossberg, Steffen, German citizen, in Zurich~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 15 | | | Fricker, Robert, from Hunzenschwil, in Horgen | | | joint agent signature at two |
| 18 | | 19 | ~~Palazzi, Flavio, Italian citizen, in Lenzburg~~ | | | ~~joint agent signature at two~~ |
| 18 | | 20m | ~~Wild, Pascal, from Zurich, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 19 | | 24 | ~~Eilinger, Roland, from Waldkirch, in Seuzach~~ | | ~~president of manag. board~~ | ~~joint signature at two~~ |
| 19 | | 25m | ~~Bollhalder, Ernst, from Wildhaus-Alt St. Johann, in Fällanden~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 19 | | | Schreier Kraus, Barbara, from Basel, in Hallwil | | member of the direction | joint signature at two |
| 19 | | 20 | ~~Remus, Ina, German citizen, in Adliswil~~ | | | ~~joint agent signature at two~~ |
| | 20 | | Vogel, Christoph, from Zurich and Malters, in Zurich | | member of the direction | joint signature at two |
| | 20 | 25 | ~~Wild, Pascal, from Zurich, in Zurich~~ | | ~~member of the direction~~ | ~~joint signature at two~~ |
| 20 | | | Schmeling Dent, Nicole, from Schaffhausen, in Regensdorf | | | joint agent signature at two |
| 20 | | 24m | ~~Wiesli, Martina, from Uetikon am See, in Meilen~~ | | | ~~joint agent signature at two~~ |
| 23 | | 30 | ~~Etter, Walter, from Sulgen and Birwinken, in Winterthur~~ | | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 23 | | 28 | ~~Hugentobler, Rudolf, from St. Gallen, in Zurich~~ | | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 23 | | | Rossini, Cristiano, from Monte Carasso, in Weiningen ZH | | member of the direction | joint signature at two |
| 23 | | 24 | ~~Blumer, Bettina, from Mönchaltorf, in Zurich~~ | | | ~~joint agent signature at two~~ |
| 23 | | | Buob, Oliver, from Lucerne, in Zurich | | | joint agent signature at two |
| | 24 | | Dambacher, Mark, German citizen, in Meisterschwanden | | pres. of the manag. board | joint signature at two |
| 24 | | | Kriech, Werner, from Schmerikon, in Unterägeri | | member of the direction | joint signature at two |
| | 24 | | Bieli-Wiesli, Martina, from Uetikon am See, in Meilen | | | joint agent signature at two |
| 24 | | 29 | ~~Wüst, Roger, from Oberriet SG, in Winkel~~ | | | ~~joint agent signature at two~~ |
| | 25 | 37 | ~~Bollhalder, Ernst, from Wildhaus-Alt St. Johann, in Fällanden~~ | | ~~repres. chair of the manag. board~~ | ~~joint signature at two~~ |
| 25 | | | Blatter, Daniel, from Winterthur, in Wettswil am Albis | | member of the direction | joint signature at two |
| 25 | | | Schnoor, Itta, German citizen, in Oberwil-Lieli | | member of the direction | joint signature at two |
| 25 | | 37 | ~~Erbe, Bettina, German, nationals, in Küsnacht ZH~~ | | | ~~joint agent signature at two~~ |
| 25 | | | Welti, Ayana Laragh, from Langrickenbach, in Oetwil am See | | | joint agent signature at two |
| | 25 | | PricewaterhouseCoopers AG (CHE-106.839.438), in Zurich | | auditor | |
| | 26 | | Hüsser, Thomas, from Rudolfstetten-Friedlisberg, in Unterlunkhofen | | member of the direction | joint signature at two |
| 26 | | | Hürzeler, Thomas, from Gretzenbach, in Aarau | | | joint agent signature at two |
| 26 | | | Schmid, Dennis, from Basadingen-Schlattingen, in Kleinandelfingen | | | joint agent signature at two |
| 30 | | | Moser, Jean Philippe, from Buchegg, in Zug | | pres. of the board of directors | joint signature at two |
| | 30 | | Syz, Hans Georg, from Zurich and Küsnacht ZH, in Küsnacht ZH | | VP of the board of directors | joint signature at two |
| 30 | | 37 | ~~Becher, David, from Zurich, in Uitikon~~ | | ~~member of the board of directors~~ | ~~joint signature at two~~ |

Zurich, 02/05/2020                                        Continuation on the following page



# Commercial register of canton Zurich

| **CHE-113.315.761** | | | **InCore Bank AG** | **Schlieren** | **6** |
|---|---|---|---|---|---|

Valid data only

| In | Mo | Ca | Personal data | Function | Signature |
|---|---|---|---|---|---|
| 30 | | | Stirnimann, Sonja, from Lucerne, in Risch | member of the board of directors | joint signature at two |
| 30 | | | Vaccani, Amedeo, from Aarau, in Meilen | member of the board of directors | joint signature at two |
| 31 | | | Haist, Peter Robert, from Felben-Wellhausen, in Stetten AG | member of the management | joint signature at two |
| 33 | | 35 | ~~Kaufmann, Maria, Austrian citizen, in Baar~~ | | ~~joint agent signature at two~~ |
| 37 | | | Badak, Cansu, from Oberengstringen, in Oberengstringen | | joint agent signature at two |
| 37 | | | Wunderlin, Prof. Dr. Dr. Christian, from Wallbach, in Zullwil | member of the board of directors | joint signature at two |
| 37 | | | Suter, Hans Rudolf, von Gränichen, in Suhr | member of the management | joint signature at two |
| 37 | | | Lüönd, Adrian, from Sattel, in Arth | leadership | joint signature at two |
| 37 | | | Treike, Julia, German citizen, in Zurich | | joint agent signature at two |

Zurich, 02/05/2020



[stamp: Canton of Zurich [lion image] **Commercial Register**]   Certified excerpt   The Registrar p.p.   [signature]

This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the Company in question. On special request it is also possible to provide an extract containing all entries. The Commercial Registry Office of the Canton of Zürich does not accept any liability for this extract from the Commercial Register not being accepted as sufficient proof of the facts stated therein at its place of destination.

# TRANSLATION CERTIFICATION

Date: February 24, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:

- InCore Bank AG - Commercial Register of Canton Zurich (02.05.20) 4837-0989-4581 v.1

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li