# Exhibit 48a



**Auszug ohne Löschungen**

INTERNETAUSZUG
Übertrag  01 février 1994
Ref. Nr.   00274/1992
Eid. Nr.   CH-660.0.027.992-5
**UID       CHE-105.967.097**

## ING Bank (Suisse) SA

inscrite le 08 janvier 1992
Société anonyme
radiée le 01 mars 2010

| Ref. | Firma |
|------|-------|
| 61 | ING Bank (Suisse) SA<br>(ING Bank (Schweiz) AG)<br>(ING Bank (Svizzera) SA)<br>(ING Bank (Switzerland) Ltd) |

| Ref. | Sitz |
|------|------|
| 1 | Genève (précédemment à Lausanne) |

| Ref. | Adresse |
|------|---------|
| 17 | avenue de Frontenex 30 |

| Ref. | Datum Statuten |
|------|----------------|
| 86 | 17.03.2008 |

| Ref. | Zweck, Bemerkungen |
|------|--------------------|
| 27 | But:<br>exploitation d'une banque et exercice d'une activité de négociant en valeurs mobilières. |

| Ref. | Fusion (FusG) |
|------|---------------|
| 94 | Radiation par suite de fusion:<br>Les actifs et les passifs envers les tiers sont repris par la société Bank Julius Bär & Co. AG, à Zurich (CH-020-3902727-1). La société est radiée par suite de fusion. |

| Ref. | Publikationsorgan |
|------|-------------------|
| 1 | FOSC |
| 49 | Communication aux actionnaires: courrier, Email ou fax |

| Ref. | Zweigniederlassungen | | |
|------|----------------------|------|---------|
| 1 | Bâle | 46 | Chermignon |
| 1 | Lugano | 54 | Zurich |
| 1 | Lausanne | | |

| Ref. | Aktienkapital | | |
|------|---------------|-----------|--------|
| | **Nominal** | **Liberiert** | **Aktien** |
| 49 | CHF 100'000'000 | CHF 100'000'000 | 1'000'000 actions de CHF 100, nominatives, liées selon statuts |

| Ref. | Sacheinlagen, Sachübernahme, besondere Vorteile |
|------|-------------------------------------------------|
| 50 | Fusion:<br>Reprise de l'actif et du passif, au sens de l'article 748 CO, de la société ING Baring Private Bank (Schweiz) AG, à Zurich, selon contrat du 07.12.2001 et avenants du 09.01.2002, et bilan au 31.12.2001, comportant un actif de CHF 1'513'108'339,96 et un passif envers les tiers de CHF 1'334'443'360,72, soit un actif net de CHF 178'664'979,24. |

| Ref. | | | Verwaltung, Revisionsstelle und Zeichnungsberechtigte | | |
|------|------|------|---------------------------------------------------|-----------|--------------|
| Eintr | Änd. | Lös. | Name und Vorname, Heimatort, Wohnort | Funktionen | Zeichnungsart |
| 93 | 93 | | **Carrard** François, de Poliez-Pittet, à Cully | adm. président | signature collective à 2 |
| | | | **Hodler** Bernhard, de Gurzelen, à Hünenberg | adm. vice-président | signature collective à 2 |

| Ref. | | | Verwaltung, Revisionsstelle und Zeichnungsberechtigte | | |
|------|------|------|-------------------------------------------------|-----------|-----------------|
| Eintr | Änd. | Lös. | Name und Vorname, Heimatort, Wohnort | Funktionen | Zeichnungsart |
| 93 | | | **Hiestand** Christoph, de Freienbach, à Zollikon | adm. | signature collective à 2 |
| | 66 | | **Monti** Gianluigi, de Lausanne, à Lausanne | adm. | signature collective à 2 |
| 87 | | | **Vischer** Bernard, de Bâle, à Chêne-Bougeries | adm. | signature collective à 2 |
| 93 | | | **Monstein** Urs Johann, de Seewis im Prättigau, à Hünenberg | membre du comité de direction directeur général | signature collective à 2 |
| | 88 | | **Raemy** Jacques, de Planfayon, à Trélex | membre du comité de direction | signature collective à 2 |
| | 88 | | **Vassiltchikov** Alexandre, de Genève, à Genève | membre du comité de direction | signature collective à 2 |
| | 88 | | **Adant** Christophe, de Belgique, à Lausanne | membre de la direction | signature collective à 2 |
| | 88 | | **Augsburger** Olivier, de Langnau im Emmental, à Puplinge | membre de la direction | signature collective à 2 |
| | 88 | | **Bertherin** Claude, de Vaulruz, à Collonge-Bellerive | membre de la direction | signature collective à 2 |
| | 88 | | **Blatter** Bernard, de Habkern, à Prangins | membre de la direction | signature collective à 2 |
| 90 | | | **Borge Castro** Sonia, d'Espagne, à Nyon | membre de la direction | signature collective à 2 |
| | 88 | | **Cohen-Dumani** Anthony, de Lausanne, à Genève | membre de la direction | signature collective à 2 |
| | 88 | | **Crisafulli** Giuseppe, d'Italie, à Commugny | membre de la direction | signature collective à 2 |
| | 88 | | **Damman** Nathalie, de Belgique, à Zurich | membre de la direction | signature collective à 2 |
| | 88 | | **De Backer** Jozef, de Belgique, à Confignon | membre de la direction | signature collective à 2 |
| | 88 | | **De Giacomi** Andrea, d'Algérie, à Boëge, F | membre de la direction | signature collective à 2 |
| | 88 | | **Delaveau** Louis, de France, à Gy | membre de la direction | signature collective à 2 |
| | 88 | | **Dunand** Serge, d'Hermance, à Genève | membre de la direction | signature collective à 2 |
| 92 | | | **Fuchs** Adriana, de Einsiedeln, à Schönenberg (ZH) | membre de la direction | signature collective à 2 |
| | 88 | | **Gay-Balmaz** Claudine, de Schönenberg, à Zurich | membre de la direction | signature collective à 2 |
| 92 | | | **Henny** Mark, des Pays-Bas, à Zurich | membre de la direction | signature collective à 2 |
| | 88 | | **Hopstaken** Carlo, des Pays-Bas, à Messery, F | membre de la direction | signature collective à 2 + |
| | 88 | | **Isella** Brunello, de Bioggio, à Bioggio | membre de la direction | signature collective à 2 |
| | 88 | | **Jacquemard** Martine, de France, à Renens | membre de la direction | signature collective à 2 |
| | 88 | | **Lachenal** Rodolphe, de Belgique, à Genève | membre de la direction | signature collective à 2 |
| | 88 | | **Lugon-Moulin** Bertrand, de Finhaut, à Genève | membre de la direction | signature collective à 2 |
| | 89 | | **Marsh** Alistair, de Grande-Bretagne, à Bernex | membre de la direction | signature collective à 2 |
| | 88 | | **Matthys** Stéphane, de Belgique, à Wädenswil | membre de la direction | signature collective à 2 |
| | 88 | | **Morellon** Bernard, de Mollens, à Gland | membre de la direction | signature collective à 2 |
| | 88 | | **Munz** Michel, de Coppet, à Coppet | membre de la direction | signature collective à 2 |
| | 88 | | **Musumeci** Antonino, de La Chaux-de-Fonds, à Nyon | membre de la direction | signature collective à 2 |
| | 88 | | **Nebel** Véronique, de Genève, à Melide | membre de la direction | signature collective à 2 |
| | 88 | | **Nsouli** Ali, de France, à Chêne-Bougeries | membre de la direction | signature collective à 2 |
| | 88 | | **Odone** Gabriele Marco, de Saint-Sulpice(VD), à Genève | membre de la direction | signature collective à 2 |
| 88 | | | **Papa** Alfonso, de Volketswil, à Volketswil | membre de la direction | signature collective à 2 |
| | 88 | | **Petringa** Daniela, d'Italie, à Collonge-Bellerive | membre de la direction | signature collective à 2 |
| | 88 | | **Rasson** Jean-Baptiste, de France, à Genève | membre de la direction | signature collective à 2 |
| | 88 | | **Schickler** Oliver, d'Allemagne, à Bâle | membre de la direction | signature collective à 2 |
| | 90 | | **Schmid** Catherine, de Zurich, à Collonge-Bellerive | membre de la direction | signature collective à 2 |
| | 88 | | **Schyrr** Roger, de Cottens, à Pully | membre de la direction | signature collective à 2 |
| 91 | | | **Semeelen** Serge, de Belgique, à Essertines-sur-Rolle | membre de la direction | signature collective à 2 |
| | 92 | | **Skelly** Lynn, de Grande-Bretagne, à Versoix | membre de la direction | signature collective à 2 |
| | 90 | | **Slevogt** Markus C., d'Allemagne, à Genève | membre de la direction | signature collective à 2 |
| 90 | | | **Tapponier** Josette, de Genève, à Genève | membre de la direction | signature collective à 2 |
| | 88 | | **Triquet** Philippe, de France, à Seyssel, F | membre de la direction | signature collective à 2 + |

| Ref. | | | Verwaltung, Revisionsstelle und Zeichnungsberechtigte | | |
|---|---|---|---|---|---|
| Eintr | Änd. | Lös. | Name und Vorname, Heimatort, Wohnort | Funktionen | Zeichnungsart |
| | 88 | | **Visser** Cornelia, des Pays-Bas, à Morges | membre de la direction | signature collective à 2 |
| 91 | | | **Walsh-Flores** Emilie, de France, à Messery, F | membre de la direction | signature collective à 2 |
| | 88 | | **Westra** Pieter, des Pays-Bas, à Marlioz, F | membre de la direction | signature collective à 2 + |
| 78 | | | **Ernst & Young SA** , succursale à Lancy | organe de révision | |
| 35 | | | **Aita** Stefano, de Fraubrunnen, à Morges | | procuration collective à 2 |
| 88 | | | **Ali Khan** Leila, de Trubschachen, à Genève | | procuration collective à 2 |
| 88 | | | **Balet** Raphaël, de Grimisuat, à Sierre | | procuration collective à 2 |
| 74 | | | **Barre-Salopek** Elsa, de France, à Yvoire, F | | procuration collective à 2 + |
| 51 | | | **Bedonni** Daniel, de Anières, à Anières | | procuration collective à 2 |
| 65 | | | **Bisin** Alain, de Genève, à Veyrier | | procuration collective à 2 |
| 85 | | | **Boissière** Alexandre, de France, à Genève | | procuration collective à 2 |
| 53 | | | **Bonjour** Bernadette, de France, à Reignier, F | | procuration collective à 2 + |
| 58 | | | **Bringold** Eric, de St.Stephan, à Collonges-Fort-l'Ecluse, F | | procuration collective à 2 + |
| | 63 | | **Brun** Barbara, de Coinsins, à Onex | | procuration collective à 2 |
| 87 | | | **Büschlen** Jérôme, de Frutigen, à Onex | | procuration collective à 2 |
| 79 | | | **Clement** Daniel, de France, à Gaillard, F | | procuration collective à 2 + |
| 82 | | | **Da Rold-Giampa** Maria, de Dättlikon, à Zurich | | procuration collective à 2 |
| 85 | | | **De Monceau** Henri, de Ferlens, à Collonges-sous-Salève, F | | procuration collective à 2 + |
| 75 | | | **Delapierre** Rachel, de Reverolle, à Puplinge | | procuration collective à 2 |
| 88 | | | **Dimeck** Xavier, de Genève, à Carouge | | procuration collective à 2 |
| 90 | | | **Dumarcey** Nathalie, de Jona, à Carouge | | procuration collective à 2 |
| 53 | | | **Giacobone** Manuela, de Neuchâtel, à Lugano | | procuration collective à 2 |
| 90 | | | **Giannotta** Luigi, d'Italie, à Lancy | | procuration collective à 2 |
| 88 | | | **Grandjean-Schläpfer** Catherine, de Lausanne, à Lausanne | | procuration collective à 2 |
| 85 | | | **Guerin** Ollivier, de France, à Allonzier-la-Caille, F | | procuration collective à 2 + |
| 85 | | | **Heudorf** André, de Genève, à Perly-Certoux | | procuration collective à 2 |
| 88 | | | **Kockel** Max, de Davos, à Bonne, F | | procuration collective à 2 + |
| 85 | | | **Lacher Papakonstantinou** Nicole, d'Ermatingen, à Genève | | procuration collective à 2 |
| 70 | | | **Limpo** Manuel, du Portugal, à Lancy | | procuration collective à 2 |
| 88 | | | **Marques Mortagua** Carlos, de Lancy, à Lancy | | procuration collective à 2 |
| | 91 | | **Mercier** Nicolas, de Troistorrents, à Massongy, F | | procuration collective à 2 + |
| | 92 | | **Pedrioli** Gabriella, de Locarno, à Brione sopra Minusio | | procuration collective à 2 |
| 65 | | | **Pisanello** Antonio, de Carouge, à Plan-les-Ouates | | procuration collective à 2 |
| | 14 | | **Prêtre** Michel, de Tavannes, à Lausanne | | procuration collective à 2 |
| 90 | | | **Reck** Natacha, de Safenwil, à Douvaine, F | | procuration collective à 2 + |
| 88 | | | **Renggli** Yannick, de Genève, au Grand-Saconnex | | procuration collective à 2 |
| 88 | | | **Robert** Manuel, du Locle, à Pully | | procuration collective à 2 |
| 80 | | | **Schoepf** Alain, de Täsch, à Saint-Léonard | | procuration collective à 2 |
| 77 | | | **Tilin** Jean-Yves, de France, à Carouge (GE) | | procuration collective à 2 |
| 90 | | | **Vargas Marino** Gabriel, de Vernier, à Meyrin | | procuration collective à 2 |
| 88 | | | **Vierron** Michel, de France, à Fillinges, F | | procuration collective à 2 + |
| 82 | | | **Wolgensinger** Matthias, de Mosnang, à Wohlen (AG) | | procuration collective à 2 |
| 88 | | | **Zuliani** Bruno, d'Italie, à Pregassona | | procuration collective à 2 |
| 85 | | | **Zumbach** Didier, de Sainte-Croix, à Arnex-sur-Nyon | | procuration collective à 2 |

+ avec une personne autorisée et résidant en Suisse

| Ref. | TAGEBUCH | | SHAB PUBLIKATION | | Ref. | TAGEBUCH | | SHAB PUBLIKATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Nummer | Datum | Datum | Seite/Id | | Nummer | Datum | Datum | Seite/Id |
| 0 | | report | | | 1 | 7727 | 04.08.1993 | 20.08.1993 | 4407 |
| 2 | 3577 | 08.04.1994 | 21.04.1994 | 2170 | 3 | 7548 | 12.08.1994 | 24.08.1994 | 4732 |
| 4 | 10932 | 21.11.1994 | 01.12.1994 | 6580 | 5 | 397 | 10.01.1995 | 24.01.1995 | 447 |
| 6 | 3015 | 16.03.1995 | 28.03.1995 | 1709 | 7 | 5783 | 19.06.1995 | 29.06.1995 | 3644 |
| 8 | 6287 | 03.07.1995 | 13.07.1995 | 3952 | 9 | 6916 | 24.07.1995 | 08.08.1995 | 4443 |
| 10 | | Rectification | 22.08.1995 | 4711 | 11 | 543 | 16.01.1996 | 25.01.1996 | 507 |
| 12 | 2844 | 19.03.1996 | 27.03.1996 | 1756 | 13 | 4428 | 07.05.1996 | 21.05.1996 | 2924 |
| 14 | 4713 | 15.05.1996 | 30.05.1996 | 3150 | 15 | 7233 | 29.07.1996 | 13.08.1996 | 4846 |
| 16 | | Rectification | 16.09.1996 | 5597 | 17 | 2167 | 26.02.1997 | 10.03.1997 | 1628 |
| 18 | 4205 | 29.04.1997 | 15.05.1997 | 3272 | 19 | | Rectification | 18.06.1997 | 4232 |
| 20 | 6167 | 20.06.1997 | 08.07.1997 | 4782 | 21 | 439 | 14.01.1998 | 27.01.1998 | 620 |
| 22 | 1964 | 17.02.1998 | 23.02.1998 | 1327 | 23 | 3209 | 20.03.1998 | 26.03.1998 | 2092 |
| 24 | 5632 | 14.05.1998 | 20.05.1998 | 3444 | 25 | 7271 | 26.06.1998 | 02.07.1998 | 4569 |
| 26 | 9537 | 24.08.1998 | 03.09.1998 | 6100 | 27 | 10925 | 05.10.1998 | 09.10.1998 | 6949 |
| 28 | 1398 | 05.02.1999 | 11.02.1999 | 981 | 29 | 3307 | 24.03.1999 | 30.03.1999 | 2086 |
| 30 | 5196 | 17.05.1999 | 21.05.1999 | 3390 | 31 | 6415 | 22.06.1999 | 28.06.1999 | 4323 |
| 32 | 7737 | 21.07.1999 | 27.07.1999 | 5120 | 33 | 8405 | 09.08.1999 | 18.08.1999 | 5650 |
| 34 | 12712 | 29.11.1999 | 03.12.1999 | 8206 | 35 | 699 | 18.01.2000 | 24.01.2000 | 515 |
| 36 | 2628 | 03.03.2000 | 09.03.2000 | 1625 | 37 | 4697 | 25.04.2000 | 01.05.2000 | 2903 |
| 38 | 7615 | 14.07.2000 | 20.07.2000 | 4984 | 39 | 9409 | 08.09.2000 | 14.09.2000 | 6305 |
| 40 | 10042 | 22.09.2000 | 28.09.2000 | 6649 | 41 | 11872 | 07.11.2000 | 15.11.2000 | 7771 |
| 42 | 13629 | 20.12.2000 | 28.12.2000 | 8892 | 43 | 114 | 04.01.2001 | 10.01.2001 | 208 |
| 44 | 7181 | 27.06.2001 | 11.07.2001 | 5294 | 45 | 9244 | 21.08.2001 | 27.08.2001 | 6570 |
| 46 | 10101 | 14.09.2001 | 20.09.2001 | 7327 | 47 | 11035 | 08.10.2001 | 12.10.2001 | 7963 |
| 48 | 12314 | 09.11.2001 | 15.11.2001 | 9003 | 49 | 13902 | 13.12.2001 | 19.12.2001 | 10004 |
| 50 | 820 | 21.01.2002 | 25.01.2002 | 8 | 51 | 2217 | 25.02.2002 | 01.03.2002 | 7 |
| 52 | 3039 | 18.03.2002 | 22.03.2002 | 7 | 53 | 7179 | 09.07.2002 | 19.07.2002 | 11 |
| 54 | 8184 | 06.08.2002 | 12.08.2002 | 6 | 55 | 10403 | 04.10.2002 | 10.10.2002 | 8/0680042 |
| 56 | 12745 | 02.12.2002 | 06.12.2002 | 7/0761074 | 57 | 13795 | 23.12.2002 | 06.01.2003 | 10/0798266 |
| 58 | 1965 | 14.02.2003 | 20.02.2003 | 8 | 59 | 4655 | 23.04.2003 | 29.04.2003 | 7/0967790 |
| 60 | 6304 | 03.06.2003 | 10.06.2003 | 5/1026806 | 61 | 7428 | 01.07.2003 | 07.07.2003 | 8 |
| 62 | 8002 | 14.07.2003 | 18.07.2003 | 7/1090240 | 63 | 8731 | 30.07.2003 | 06.08.2003 | 6/1117228 |
| 64 | 11799 | 20.10.2003 | 24.10.2003 | 8/1229472 | 65 | 2938 | 05.03.2004 | 11.03.2004 | 7/2163658 |
| 66 | 6172 | 24.05.2004 | 28.05.2004 | 8/2284380 | 67 | 6986 | 11.06.2004 | 17.06.2004 | 7/2313592 |
| 68 | 7288 | 18.06.2004 | 24.06.2004 | 7/2325446 | 69 | 11444 | 30.09.2004 | 06.10.2004 | 6/2479964 |
| 70 | 2565 | 25.02.2005 | 03.03.2005 | 7/2726614 | 71 | 2962 | 07.03.2005 | 11.03.2005 | 7/2743900 |
| 72 | 5594 | 09.05.2005 | 13.05.2005 | 8/2837108 | 73 | 10058 | 17.08.2005 | 23.08.2005 | 6/2984036 |
| 74 | 13155 | 31.10.2005 | 04.11.2005 | 6/3090344 | 75 | 3075 | 03.03.2006 | 09.03.2006 | 7/3279146 |
| 76 | 6056 | 05.05.2006 | 11.05.2006 | 7/3370412 | 77 | 6836 | 24.05.2006 | 31.05.2006 | 8/3398246 |
| 78 | 9584 | 19.07.2006 | 25.07.2006 | 6/3482048 | 79 | 13135 | 13.10.2006 | 19.10.2006 | 6/3598632 |
| 80 | 14514 | 14.11.2006 | 20.11.2006 | 7/3643054 | 81 | 1148 | 24.01.2007 | 30.01.2007 | 8/3749902 |
| 82 | 6080 | 07.05.2007 | 11.05.2007 | 8/3927324 | 83 | 9912 | 30.07.2007 | 06.08.2007 | 6/4055638 |
| 84 | 14485 | 09.11.2007 | 15.11.2007 | 8/4201892 | 85 | 3177 | 04.03.2008 | 10.03.2008 | 6/4379420 |
| 86 | 5439 | 23.04.2008 | 29.04.2008 | 8/4453976 | 87 | 6590 | 20.05.2008 | 26.05.2008 | 8/4491742 |
| 88 | 4099 | 17.03.2009 | 23.03.2009 | 10/4938594 | 89 | 4476 | 24.03.2009 | 30.03.2009 | 10/4949768 |
| 90 | 7767 | 29.05.2009 | 05.06.2009 | 9/5052696 | 91 | 11267 | 20.07.2009 | 24.07.2009 | 10/5159994 |
| 92 | 15880 | 13.10.2009 | 19.10.2009 | 8/5299838 | 93 | 1300 | 22.01.2010 | 28.01.2010 | 10/5465720 |
| 94 | 3701 | 01.03.2010 | 05.03.2010 | 10 | | | | | |

Genf, den 17. März 2020

*Auszugsende*

**Die obenstehenden Informationen erfolgen ohne Gewähr und haben keinerlei Rechtswirkung.**

# Exhibit 48b



http://rc.ge.ch

**Extract with deletions**

INTERNET EXTRACT

Report    February 1, 1994
Ref. No. 00274/1992
Fed. No. CH-660.0.027.992-5
**IDE    CHE-105.967.097**

### ING Bank (SUISSE) SA

Registered on January 8, 1992
Société anonyme
Deregistered on March 1, 2010

| Ref. | Company |
|---|---|
| 61 | ING Bank (Suisse) SA<br>(ING Bank (Schweiz) AG)<br>(ING Bank (Svizzera) SA)<br>(ING Bank (Switzerland) Ltd) |

| | **Head office** |
|---|---|
| 1 | Geneva (previously Lausanne) |

| | **Address** |
|---|---|
| 17 | avenue de Frontenex 30 |

| | **Articles of Association Dates** |
|---|---|
| 86 | 03/17/2008 |

| | **Purpose, comments** |
|---|---|
| 27 | <u>Purpose:</u><br>Operation of a bank and performance of securities trading activities. |

| | **Mergers (Merger Law)** |
|---|---|
| 94 | <u>Deregistration as a consequence of merger:</u><br>The assets and liabilities towards third parties are taken over by the company Bank Julius Bär & Co. AG, in Zurich (CH-020-3902727-1). The company is deregistered as a consequence of merger. |

| | **Publishing body** |
|---|---|
| 1<br>49 | SOGC<br>Communication to shareholders: mail, e-mail, or fax |

| | **Branches** | | |
|---|---|---|---|
| 1<br>1<br>1 | Basel<br>Lugano<br>Lausanne | 46<br>54 | Chermignon<br>Zurich |

| Ref. | Share Capital | | |
|---|---|---|---|
| | **Nominal** | **Paid up** | **Shares** |
| 49 | CHF 100,000,000 | CHF 100,000,000 | 1,000,000 shares of CHF 100, registered, linked as per Articles of Association |

| | **Contributions in kind, repossession of goods, special advantages** |
|---|---|
| 50 | <u>Merger:</u><br>Acquisition of assets and liabilities, within the meaning of Article 748 of Swiss Code of Obligations, of the company ING Baring Private Bank (Schweiz) AG, in Zurich, according to the contract of 12/07/2001 and amendments of 01/09/2002 and balance sheet as of 12/31/2001, including assets of CHF 1,513,108,339.96 and liabilities to third parties of CHF 1,334,443,360.72, i.e., net assets of CHF 178,664,979.24. |

| | Ref. | | Administration, auditors and persons authorized to sign | | |
|---|---|---|---|---|---|
| Reg. | Mod | Del. | Last name and First names, Origin, Residence | Positions | Signature form |
| 93 | 93 | | **Carrard** François, from Poliez-Pittet, in Cully<br>**Hodler** Bernhard, from Gurzelen, in Hünenberg | adm. president<br>adm. vice president | joint signature of 2<br>joint signature of 2 |

**Morningside Translations**

# TRANSLATION CERTIFICATION

Date: March 18, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French
- German

To:

- English

The documents are designated as:

- CHE-105.967.097

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Eugene Li