# Exhibit 49a



# Handelsregisteramt des Kantons Zürich

| Firmennummer | Rechtsnatur | Eintragung | Löschung | Übertrag CH-020.3.910.982-3 von: CH-020.3.910.982-3/a auf: | 1 |
|---|---|---|---|---|---|
| **CHE-101.093.387** | **Aktiengesellschaft** | 21.04.1970 | | | |

Alle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | 7 | ~~Guinness Mahon (Zürich) AG~~ | 1 | Zürich |
| 1 | 7 | ~~(Guinness Mahon (Zürich) SA) (Guinness Mahon (Zurich) Ltd)~~ | | |
| 7 | 20 | ~~Bank Guinness Mahon Flight AG~~ | | |
| 20 | | **Investec Bank (Switzerland) AG** | | |

| Ei | Lö | Aktienkapital (CHF) | Liberierung (CHF) | Aktien-Stückelung | Ei | Lö | Domiziladresse |
|---|---|---|---|---|---|---|---|
| 1 | 18 | ~~7'000'000.00~~ | ~~4'200'000.00~~ | ~~7'000 Namenaktien zu CHF 1'000.00~~ | 1 | 11 | ~~Asylstrasse 39~~ |
| 18 | 34 | ~~10'000'000.00~~ | ~~10'000'000.00~~ | ~~10'000 Namenaktien zu CHF 1'000.00~~ | | | ~~8032 Zürich~~ |
| 34 | 39 | ~~23'000'000.00~~ | ~~23'000'000.00~~ | ~~23'000 Namenaktien zu CHF 1'000.00~~ | 11 | 43 | ~~Talacker 41~~ |
| 39 | | 83'000'000.00 | 83'000'000.00 | 83'000 Namenaktien zu CHF 1'000.00 | | | ~~8001 Zürich~~ |
| | | | | | 43 | | Löwenstrasse 29 |
| | | | | | | | 8001 Zürich |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | 7 | ~~Betrieb einer Bank. Sie tätigt insbesondere folgende Geschäfte: Entgegennahme fremder Gelder in Kontokorrent, auf festen Termin, auf Depositen- und Einlageheften, gegen Kassaobligationen, unter Ausschluss von Spareinlagen; Gewährung von kurz-, mittel- und langfristigen Krediten und Darlehen mit und ohne Sicherheit; Gewährung von Bürgschaften; Durchführung aller Diskont-, Wechsel-, Devisen-, Sorten-, Giro- und Inkassogeschäfte; Handel mit Wertschriften, Wertgegenständen und Edelmetallen für eigene und fremde Rechnung, usw.~~ | 43 | 57 | ~~Postfach~~ ~~8022 Zürich~~ |
| 7 | 54 | ~~Betrieb einer Bank; verfolgt mit ihrer Geschäftspolitik vor allem Interessen im Bereich des Wertschriftenhandels, der Vermögensverwaltung und den damit zusammenhängenden Dienstleistungen, insbesondere: Annahme von Geldern in den landes- und geschäftsüblichen Formen, mit Ausnahme von Spargeldern; Erteilung von durch kurrante Aktiven gedeckte Krediten (Lombardkredite) und Darlehen; An- und Verkauf von Wertpapieren, Anlagefonds, Devisen und Edelmetallen, Erwerb und Einräumung von Beteiligungen an Kapitalanlagen, Handel mit Finanz-, Devisen- und Edelmetall-Optionen und Futures sowie allfälligen neuen vom Markt akzeptierten und vom Verwaltungsrat genehmigten Finanzinstrumenten, Abschluss von Termingeschäften; Aufbewahrung und Verwaltung von Wertschriften und Wertgegenständen, Vermögensverwaltung, Anlageberatung und Global Asset Management; Übernahme und Plazierung von Wertschriften in- und ausländischer Emittenten; Kundenbetreuung und Depotverwaltung für Dritte; Tätigkeit als Zahlstelle in- und ausländischer Anlagefonds sowie als Depotbank im Sinne des Anlagefondsgesetzes; Willensvollstreckung und Erbschaftsliquidation; Abwicklung des Zahlungsverkehrs; Abgabe von Bürgschaften und Garantien sowie Vermittlung von Kreditkarten an Kunden; kann sich an anderen Gesellschaften beteiligen und Grundstücke erwerben, verwalten, überbauen, belasten und veräussem.~~ | | | |
| 54 | | Die Gesellschaft betreibt eine Bank. Sie verfolgt mit ihrer Geschäftspolitik vor allem Interessen im Bereich des Wertschriftenhandels, der Vermögensverwaltung und den damit zusammenhängenden Dienstleistungen, und kann im In- und Ausland alle mit diesem Zweck direkt oder indirekt im Zusammenhang stehenden Geschäfte sowie alle Geschäfte, die diesen Zweck zu fördern geeignet sind, für eigene oder fremde Rechnung tätigen, insbesondere: a) Annahme von Geldern in den landes- und geschäftsüblichen Formen, mit Ausnahme von Spargeldern; b) Erteilung von durch kurante Aktiven gedeckte Krediten (Lombardkredite) und Darlehen; c) An- und Verkauf von Wertpapieren, Anlagefonds, Devisen und Edelmetallen, Erwerb und Einräumung von Beteiligungen an Kapitalanlagen, Handel mit Finanz-, Devisen- und Edelmetall-Optionen & Futures sowie allfälligen neuen vom Markt akzeptierten und vom Verwaltungsrat genehmigten Finanzinstrumenten, Abschluss von Termingeschäften; d) Aufbewahrung und Verwaltung von Wertschriften und Wertgegenständen, Vermögensverwaltung, Anlageberatung und Global Asset Management; e) Übernahme und Plazierung von Wertschriften in- und ausländischer Emittenten; f) Kundenbetreuung und Depotverwaltung für Dritte, g) Tätigkeit als Zahlstelle in- und ausländischer Anlagefonds sowie als Depotbank | | | |

Fortsetzung auf der folgenden Seite



# Handelsregisteramt des Kantons Zürich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zürich |
|---|---|---|

Alle Eintragungen

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| | | im Sinne des schweizerischen Kollektivanlagegesetzes; h) Willensvollstreckung und Erbschaftsliquidation; i) Abwicklung des Zahlungsverkehrs; k) Abgabe von Bürgschaften und Garantien; l) Vermittlung von Kreditkarten an Kunden. Im Rahmen des Geschäftszwecks kann sich die Gesellschaft an anderen Gesellschaften beteiligen und Grundstücke im In- und Ausland erwerben, verwalten, überbauen, belasten und veräussern und bei der Gründung von Gesellschaften und Beteiligung an solchen mit wirken. Das Tätigkeitsgebiet der Gesellschaft erstreckt sich auf die Schweiz und das Ausland, insbesondere auf Europa, mit Hinblick auf den Mittleren Osten, Afrika, Indien und Lateinamerika. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 7 | | Mitteilungen der Gesellschaft an Aktionäre erfolgen durch eingeschriebenen Brief, sofern die Adressen bekannt sind, sonst durch Publikation im SHAB. | 1 | 05.04.1991 |
| 57 | 64 | ~~Weitere Adresse: Postfach, 8022 Zürich.~~ | 7 | 13.07.1994 |
| | | | 18 | 24.03.1999 |
| | | | 20 | 19.11.1999 |
| | | | 34 | 16.03.2006 |
| | | | 39 | 05.07.2007 |
| | | | 54 | 02.02.2012 |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| | | | 1 | SHAB |

# Handelsregisteramt des Kantons Zürich

| .093.387 | Investec Bank (Switzerland) AG | Zürich | 3 |
|---|---|---|---|

ntragungen

| Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | (Auslassung) | | | (Auslassung) | | 33 | 22785 | 12.08.2005 | 159 | 18.08.2005 | 20 / 2979412 |
| 1 | 9536 | 16.05.1991 | 101 | 29.05.1991 | 2303 | 34 | 8123 | 17.03.2006 | 58 | 23.03.2006 | 23 / 3300376 |
| 2 | 5729 | 26.03.1992 | 67 | 07.04.1992 | 1556 | 35 | 10708 | 12.04.2006 | 76 | 20.04.2006 | 22 / 3341428 |
| 3 | 20645 | 07.12.1992 | 245 | 17.12.1992 | 5876 | 36 | 6561 | 28.02.2007 | 45 | 06.03.2007 | 25 / 3813002 |
| 4 | 1547 | 27.01.1993 | 26 | 08.02.1993 | 617 | 37 | 10135 | 04.04.2007 | 70 | 12.04.2007 | 24 / 3881862 |
| 5 | 20509 | 07.10.1993 | 205 | 21.10.1993 | 5508 | 38 | 11469 | 19.04.2007 | 79 | 25.04.2007 | 24 / 3901570 |
| 6 | 8757 | 02.05.1994 | 89 | 09.05.1994 | 2552 | 39 | 19634 | 10.07.2007 | 135 | 16.07.2007 | 23 / 4026202 |
| 7 | 19841 | 27.09.1994 | 192 | 04.10.1994 | 5470 | 40 | 29257 | 19.10.2007 | 207 | 25.10.2007 | 22 / 4170828 |
| 8 | 1705 | 25.01.1995 | 21 | 31.01.1995 | 571 | 41 | 5695 | 25.02.2008 | 42 | 29.02.2008 | 20 / 4365488 |
| 9 | 2897 | 08.02.1995 | 31 | 14.02.1995 | 859 | 42 | 8741 | 28.03.2008 | 64 | 03.04.2008 | 22 / 4412470 |
| 10 | 16277 | 08.08.1995 | 155 | 14.08.1995 | 4535 | 43 | 12288 | 05.05.2008 | 89 | 09.05.2008 | 25 / 4468504 |
| 11 | 19066 | 14.09.1995 | 182 | 20.09.1995 | 5211 | 44 | 29491 | 20.10.2008 | 207 | 24.10.2008 | 22 / 4704432 |
| 12 | 10536 | 17.05.1996 | 99 | 23.05.1996 | 2993 | 45 | 603 | 07.01.2009 | 7 | 13.01.2009 | 30 / 4821652 |
| 13 | 23853 | 05.11.1996 | 219 | 11.11.1996 | 6903 | 46 | B 3861 | 28.01.2009 | B 22 | 03.02.2009 | 29 / 4859290 |
| 14 | 4483 | 26.02.1997 | 42 | 04.03.1997 | 1449 | 47 | 28676 | 23.07.2009 | 144 | 29.07.2009 | 34 / 5167246 |
| 15 | 23839 | 17.10.1997 | 204 | 23.10.1997 | 7713 | 48 | 34840 | 08.09.2009 | 177 | 14.09.2009 | 26 / 5244390 |
| 16 | 13172 | 16.06.1998 | 117 | 22.06.1998 | 4231 | 49 | 28044 | 30.07.2010 | 150 | 05.08.2010 | 22 / 5759510 |
| 17 | 17564 | 10.08.1998 | 156 | 14.08.1998 | 5627 | 50 | 29989 | 18.08.2010 | 163 | 24.08.2010 | 24 / 5782332 |
| 18 | 7149 | 31.03.1999 | 67 | 08.04.1999 | 2261 | 51 | 37951 | 27.10.2010 | 213 | 02.11.2010 | 24 / 5877764 |
| 19 | 13260 | 16.06.1999 | 118 | 22.06.1999 | 4157 | 52 | 13537 | 08.04.2011 | 73 | 13.04.2011 | 6120620 |
| 20 | 28162 | 20.12.1999 | 251 | 24.12.1999 | 8734 | 53 | 38941 | 28.10.2011 | 213 | 02.11.2011 | 6400376 |
| 21 | 1463 | 17.01.2000 | 15 | 21.01.2000 | 460 | 54 | 6400 | 16.02.2012 | 36 | 21.02.2012 | 6560460 |
| 22 | 12843 | 29.05.2000 | 108 | 05.06.2000 | 3784 | 55 | 28820 | 17.08.2012 | 162 | 22.08.2012 | 6819300 |
| 23 | 14677 | 20.06.2000 | 122 | 26.06.2000 | 4296 | 56 | 12731 | 17.04.2013 | 76 | 22.04.2013 | 7157776 |
| 24 | 503 | 11.01.2001 | 13 | 19.01.2001 | 406 | 57 | 24843 | 06.08.2013 | 152 | 09.08.2013 | 1020439 |
| 25 | 15695 | 15.06.2001 | 118 | 21.06.2001 | 4671 | 58 | 2616 | 21.01.2014 | 16 | 24.01.2014 | 1304967 |
| 26 | 8465 | 04.04.2002 | 68 | 10.04.2002 | 20 / 419542 | 59 | 29461 | 08.09.2014 | 175 | 11.09.2014 | 1709291 |
| 27 | 17969 | 17.07.2002 | 140 | 23.07.2002 | 18 / 572954 | 60 | 3759 | 27.01.2015 | 20 | 30.01.2015 | 1961231 |
| 28 | 3667 | 05.02.2003 | 27 | 11.02.2003 | 20 / 856154 | 61 | 11985 | 01.04.2015 | 66 | 08.04.2015 | 2083319 |
| 29 | 20125 | 21.07.2003 | 141 | 25.07.2003 | 17 / 1101110 | 62 | 45800 | 21.12.2016 | 251 | 27.12.2016 | 3246665 |
| 30 | 10121 | 08.04.2004 | 73 | 16.04.2004 | 22 / 2215712 | 63 | 34781 | 28.09.2018 | 191 | 03.10.2018 | 1004467773 |
| 31 | 25373 | 06.09.2004 | 176 | 10.09.2004 | 19 / 2443474 | 64 | 195 | 03.01.2019 | 4 | 08.01.2019 | 1004535145 |
| 32 | 1509 | 13.01.2005 | 13 | 19.01.2005 | 20 / 2647436 | | | | | | |

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | 2 | ~~Douro, Lord Charles, britischer Staatsangehöriger, in London (England)~~ | ~~Präsident des Verwaltungsrates~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 4 | ~~Burkhardt, Bernhard, von Huttwil, in Zürich~~ | ~~Mitglied des Verwaltungsrates~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 7m | ~~Rübel, Klaus, von Zürich, in Zürich~~ | ~~Mitglied des Verwaltungsrates~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 6 | ~~Stäubli, Anthony, von Horgen, in Wollerau~~ | ~~Mitglied des Verwaltungsrates~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 3m | ~~Moore, Michael, britischer Staatsangehöriger, in Zollikon~~ | ~~Generaldirektor~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 16 | ~~Durlacher, Peter A., von Basel, in Zürich~~ | ~~Vizedirektor~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 8m | ~~Kuoni, Reto, von Maienfeld, in Steinhausen~~ | ~~Vizedirektor~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 3m | ~~Vogel, Rolf, von Uster, in Pfäffikon~~ | ~~Vizedirektor~~ | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 8m | ~~Heingler, Priska, von Berneck, in Zürich~~ | | ~~Kollektivprokura zu zweien~~ |
| 2 | | 7 | ~~Gowrie, Lord Alexander Patrick, britischer Staatsangehöriger, in London (England)~~ | ~~Präsident des Verwaltungsrates~~ | ~~Kollektivunterschrift zu zweien~~ |
| | 3 | 6 | ~~Moore, Michael, britischer Staatsangehöriger, in Küsnacht ZH~~ | ~~Generaldirektor~~ | ~~Kollektivunterschrift zu zweien~~ |
| | 3 | 33 | ~~Vogel, Rolf, von Uster, in Dübendorf~~ | ~~Vizedirektor~~ | ~~Kollektivunterschrift zu zweien~~ |

Zürich, 04.03.2020

Fortsetzung auf der folgenden Seite

# Handelsregisteramt des Kantons Zürich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zürich |
|---|---|---|

Alle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 5 | | 11 | Coopers & Lybrand AG, in Zürich | Revisionsstelle | |
| 6 | | 7m | Bodenmann, Yves C., von Bex und Martisberg, in Berikon | Generaldirektor | Kollektivunterschrift zu zweien |
| 7 | | 18 | Wells, Stuart Henry, britischer Staatsangehöriger, in Mulberries (GB) | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 7 | 16 | Rübel, Klaus, von Zürich, in Zürich | Vizepräsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 7 | 9 | Bodenmann, Yves C., von Bex und Martisberg, in Wollerau | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 7 | | 26m | Raynar, Richard, von Zürich, in Risch | Generaldirektor | Kollektivunterschrift zu zweien |
| | 8 | 12m | Kuoni, Reto, von Maienfeld, in Merenschwand | Vizedirektor | Kollektivunterschrift zu zweien |
| | 8 | 16m | Heingler, Priska, von Berneck, in Bremgarten AG | | Kollektivprokura zu zweien |
| 8 | | 15 | Kunz, Christian Georg, von Zürich, in Unterägeri | Vizedirektor | Kollektivunterschrift zu zweien |
| 9 | | 18 | King, Roger, britischer Staatsangehöriger, in Reading (England) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 9 | | 18m | Niederer, Dr. Hans, von Trogen, in Ottenbach | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 9 | | 14 | Stäger, Dr. Peter, von Glarus, in Rüschlikon | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 10 | | 15 | Symonds, Michael, britischer Staatsangehöriger, in London (GB) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 10 | | 16 | Werder, Ferdinand, von Genf, in Bogis-Bossey | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 11 | | 21 | Deloitte & Touche Experta AG, in Erlenbach ZH | Revisionsstelle | |
| | 12 | 45 | Kuoni, Reto, von Maienfeld, in Merenschwand | Direktor | Kollektivunterschrift zu zweien |
| 13 | | 26m | Freiherr von Holzschuher, Teja Carolus Hieronymus, deutscher Staatsangehöriger, in Zollikon | Direktor | Kollektivunterschrift zu zweien |
| 13 | | 16 | Johler, Philipp, von Rüschlikon, in Rüschlikon | | Kollektivprokura zu zweien |
| | 16 | 38 | Heingler, Priska, von Berneck, in Bremgarten AG | Vizedirektorin | Kollektivunterschrift zu zweien |
| 16 | | 48 | Gerster, Dr. Jürg, von Gelterkinden und Basel, in Küsnacht ZH | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 16 | | 23 | Hügli, André, von Zürich, in Bülach | | Kollektivprokura zu zweien |
| 17 | | 51m | Frick, Thomas A., von Hausen am Albis, in Zürich | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 18 | | 38 | Herman, Hugh, südafrikanischer Staatsangehöriger, in Clifton Cape (SA) | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 18 | 52m | Niederer, Dr. Hans, von Trogen, in Ottenbach | Vizepräsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 19 | | 24 | Kernbach, Roger, von Wädenswil, in Obersiggenthal | | Kollektivprokura zu zweien |
| 21 | | 35m | Umberg, Harald, von Urdorf, in Urdorf | | Kollektivprokura zu zweien |
| 21 | | 29m | ATAG Ernst & Young AG, in Zürich | Revisionsstelle | |
| 22 | | 38 | Blitz, Leon, südafrikanischer Staatsangehöriger, in London (GB) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 22 | | 24 | Kjartansson, Jon, von Rudolfstetten-Friedlisberg, in Unterbözberg | Vizedirektor | Kollektivunterschrift zu zweien |
| 25 | | 35m | De Rosa, Salvatore, von Wohlen AG, in Wohlen AG | | Kollektivprokura zu zweien |
| | 26 | 27 | Freiherr von Holzschuher, Teja Carolus Hieronymus, deutscher Staatsangehöriger, in Zürich | Direktor | Kollektivunterschrift zu zweien |
| | 26 | 31 | Bowdler-Raynar, Richard John, von Zürich, in Risch | Generaldirektor | Kollektivunterschrift zu zweien |
| 28 | | 33 | Steinberg, Walter, deutscher Staatsangehöriger, in Genf | Direktor | Kollektivunterschrift zu zweien |
| | 29 | 57m | Ernst & Young AG, in Zürich | Revisionsstelle | |
| 30 | | 32m | Gyger, Peter, von Erlenbach ZH, in Rudolfstetten-Friedlisberg | | Kollektivprokura zu zweien |
| 31 | | 36 | Hunt, Paul Richard, britischer Staatsangehöriger, in Zürich | Generaldirektor | Kollektivunterschrift zu zweien |
| | 32 | 38m | Gyger, Peter, von Erlenbach ZH, in Rudolfstetten-Friedlisberg | Vizedirektor | Kollektivunterschrift zu zweien |
| 33 | | 41 | Reitz da Costa, Karin, deutsche Staatsangehörige, in Zürich | | Kollektivprokura zu zweien |

# Handelsregisteramt des Kantons Zürich

| .093.387 | Investec Bank (Switzerland) AG | Zürich | 5 |
|---|---|---|---|

.tragungen

| | .e | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| | 35 | 42 | De Rosa, Salvatore, von Wohlen AG, in Wohlen AG | Vizedirektor | Kollektivunterschrift zu zweien |
| .5 | | 41m | Maier, Marcel, von Eschenz, in Puplinge | Vizedirektor | Kollektivunterschrift zu zweien |
| | 35 | 36 | Umberg, Harald, von Urdorf, in Urdorf | Vizedirektor | Kollektivunterschrift zu zweien |
| 36 | | 45m | Weber, Kathrin, von Zürich, in Zürich | | Kollektivprokura zu zweien |
| 36 | | 45m | de Kock, Charles, von Kilchberg ZH, in Kilchberg ZH | | Kollektivprokura zu zweien |
| 37 | | 41 | Akgül, Turan, türkischer Staatsangehöriger, in Zürich | | Kollektivprokura zu zweien |
| 37 | | 45 | de Pita, Prisco, italienischer Staatsangehöriger, in Lausanne | | Kollektivprokura zu zweien |
| 38 | | 62 | Tapnack, Alan, britischer Staatsangehöriger, in Edgware (UK) | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 38 | | 52 | Gottlieb, Robert, südafrikanischer Staatsangehöriger, in London (UK) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 38 | 40m | Gyger, Peter, von Erlenbach ZH, in Rudolfstetten-Friedlisberg | Generaldirektor | Kollektivunterschrift zu zweien |
| 40 | | 45m | Betz, Oliver, deutscher Staatsangehöriger, in Volketswil | Generaldirektor | Kollektivunterschrift zu zweien |
| | 40 | 45m | Gyger, Peter, von Erlenbach ZH, in Rudolfstetten-Friedlisberg | Direktor | Kollektivunterschrift zu zweien |
| | 41 | 48 | Maier, Marcel, von Eschenz, in Veigy (FR) | Vizedirektor | [illegible] zu zweien |
| 41 | | 45m | Pfister, Johannes, von Richterswil, in Männedorf | Vizedirektor | Kollektivunterschrift zu zweien |
| 44 | | 45m | Bernasconi, Luca, von Capolago, in Torricella-Taverne | | Kollektivprokura zu zweien |
| 44 | | 56 | di Bari, Marco Valerio, italienischer Staatsangehöriger, in Volketswil | Vizedirektor | Kollektivunterschrift zu zweien |
| | 45 | 46m | de Kock, Charles, von Kilchberg ZH, in Kilchberg ZH | | |
| | 45 | 62m | Bernasconi, Luca, von Capolago, in Torricella-Taverne | | Kollektivunterschrift zu zweien |
| | 45 | 51m | Weber, Kathrin, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| | 45 | 56 | Betz, Oliver, deutscher Staatsangehöriger, in Volketswil | Generaldirektor + Geschäftsführer | Kollektivunterschrift zu zweien |
| | 45 | 57m | Gyger, Peter, von Erlenbach ZH, in Rudolfstetten-Friedlisberg | Direktor + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 45 | 49 | Pfister, Johannes, von Richterswil, in Männedorf | Direktor + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| 45 | | 52 | Watkins, Nick, britischer Staatsangehöriger, in Stäfa | Direktor + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 46 | 49 | de Kock, Charles, von Kilchberg ZH, in Kilchberg ZH | | Kollektivunterschrift zu zweien |
| 47 | | 51 | Vun, Georgette Chin, australische Staatsangehörige, in Opfikon | | Kollektivunterschrift zu zweien |
| 49 | | 52 | Maag, Claudio, von Niederhasli, in Zürich | | Kollektivunterschrift zu zweien |
| 49 | | 50m | Otten, Petra, deutsche Staatsangehörige, in Männedorf | | Kollektivunterschrift zu zweien |
| | 50 | 60m | Otten, Petra, deutsche Staatsangehörige, in Männedorf | Direktorin + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 51 | | Frick, Thomas A., von Hausen am Albis, in Zürich | Vizepräsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 51 | | 59 | Berg, Jacob, amerikanischer Staatsangehöriger, in Thalwil | | [illegible] zu zweien |
| | 51 | 55 | Pfister, Kathrin, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| | 52 | 55 | Niederer, Dr. Hans, von Trogen und paraguayischer Staatsangehöriger, in Hernandarias (PY) | Vizepräsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 52 | | 61 | Brearley, Richard Gregg, britischer Staatsangehöriger, in London (UK) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 52 | | 62m | Wohlman, Ian Robert, britischer Staatsangehöriger, in Beaconsfiled Bucks (UK) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 52 | | 62m | Brooks, Stephen, britischer Staatsangehöriger, in Urdorf | | Kollektivunterschrift zu zweien |
| 53 | | | Zimmermann Loughrin, Tamara Rita, von Seedorf BE, in Maur | | Kollektivunterschrift zu zweien |
| 55 | | 59 | Baumann, Daniel Alexander, von Gossau ZH, in Männedorf | Direktor + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| 56 | | | Isomae, Norimitsu, japanischer Staatsangehöriger, in Dübendorf | | Kollektivunterschrift zu zweien |

Zürich, 04.03.2020

Fortsetzung auf der folgenden Seite



# Handelsregisteramt des Kantons Zürich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zürich | 6 |
|---|---|---|---|

Alle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| | 57 | | Gyger, Peter, von Erlenbach ZH, in Rudolfstetten-Friedlisberg | Generaldirektor + Vorsitzender der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 57 | 59m | ~~Ernst & Young AG (CH-020.9.001.069-0), in Zürich~~ | Revisionsstelle | |
| 58 | | | Gehrig, Bruno, von Ebnat-Kappel, in Winterthur | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 59 | | 62m | ~~Abromowitz, Melanie, britische Staatsangehörige, in Küsnacht ZH~~ | ~~Direktorin + Mitglied der Geschäftsleitung~~ | ~~Kollektivunterschrift zu zweien~~ |
| | 59 | | Ernst & Young AG (CHE-491.907.686), in Zürich | Revisionsstelle | |
| 59 | | | Blackburn, Glen, britischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 60 | | | Gurtner, David, von Schwarzenburg, in Elgg | Direktor + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 60 | | Otten, Petra, von Männedorf, in Männedorf | Direktorin + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| 60 | | | Peers, Annelise, von Le Mont-sur-Lausanne, in Le Mont-sur-Lausanne | Direktorin + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 62 | | Wohlman, Ian Robert, britischer Staatsangehöriger, in Beaconsfiled Bucks (UK) | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 62 | | Abromowitz, Melanie, britische Staatsangehörige, in Meilen | Direktorin + Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| | 62 | | Bernasconi, Luca, von Mendrisio, in Zürich | | Kollektivunterschrift zu zweien |
| | 62 | | Brooks, Stephen, britischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 63 | | | Bohman, Fredrik, schwedischer Staatsangehöriger, in Horgen | | Kollektivunterschrift zu zweien |
| 63 | | | Ouadouri, Bruno, französischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 63 | | | Pianca, David, von Cademario, in Zürich | | Kollektivunterschrift zu zweien |

Zürich, 04.03.2020

Dieser Auszug aus dem kantonalen Handelsregister hat ohne die nebenstehende Originalbeglaubigung keine Gültigkeit. Er enthält alle gegenwärtig für diese Firma aktuellen Eintragungen sowie allfällig seit 16.05.1991 gestrichene Eintragungen. Auf besonderes Verlangen kann auch ein Auszug erstellt werden, der lediglich alle gegenwärtig aktuellen Eintragungen enthält.

# Exhibit 49b



# Commercial Register of the Canton of Zurich

| Company no. | Legal nature | Entry | Deletion | Transfer CH-020.3.910.982-3<br>From: CH-020.3.910-982-3/a<br>To: | |
|---|---|---|---|---|---|
| **CHE-101.093.387** | **Stock corporation** | 4/21/1970 | | | 1 |

All entries

| Entry | Deletion | Company | Ref | Domicile |
|---|---|---|---|---|
| 1 | 7 | ~~Guinness Mahon (Zurich) AG~~ | 1 | Zurich |
| 1 | 7 | ~~(Guinness Mahon (Zurich) SA) (Guinness Mahon (Zurich) Ltd)~~ | | |
| 7 | 20 | ~~Bank Guinness Mahon Flight AG~~ | | |
| 20 | | **Investec Bank (Switzerland) AG** | | |

| Entry | Deletion | Share capital (CHF) | Payment in full (CHF) | Denomination of shares | Entry | Deletion | Domicile address |
|---|---|---|---|---|---|---|---|
| 1 | 18 | ~~7,000,000.00~~ | ~~4,2000,000.00~~ | ~~7,000 registered shares at CHF 1,000.00~~ | 1 | 11 | ~~Asylstrasse 39~~ |
| 18 | 34 | ~~10,000,000.00~~ | ~~10,000,000.00~~ | ~~10,000 registered shares at CHF 1,000.00~~ | | | ~~8032 Zurich~~ |
| 34 | 39 | ~~23,000,000.00~~ | ~~23,000,000.00~~ | ~~23,000 registered shares at CHF 1,000.00~~ | 11 | 43 | ~~Talacker 41~~ |
| 39 | | 83,000,000.00 | 83,000,000.00 | 83,000 registered shares at CHF 1,000.00 | | | ~~8001 Zurich~~ |
| | | | | | 43 | | Löwenstrasse 29 |
| | | | | | | | 8001 Zurich |

| Entry | Deletion | Purpose | Entry | Deletion | Additional addresses |
|---|---|---|---|---|---|
| 1 | 7 | ~~Operation of a bank. It carries out the following transactions in particular: acceptance of funds from third parties in current accounts, on fixed dates, on deposit and deposit books, against cash bonds, excluding savings deposits; granting of short, medium and long-term loans and credits with and without security; granting of guarantees; carrying out all discount, bill of exchange, foreign exchange, foreign notes and coins, clearing and collection transactions; trading in securities, valuables and precious metals for its own account and for the account of third parties, etc.~~ | 43 | 57 | ~~P.O. Box~~<br>~~8022 Zurich~~ |
| 7 | 54 | ~~Operation of a bank; pursues with its business policy above all interests in the field of securities trading, asset management and related services, in particular: acceptance of funds in the usual domestic and business forms, with the exception of savings; granting of credits and loans backed by current assets (Lombard loans); purchase and sale of securities, investment funds, foreign exchange and precious metals, acquisition and granting of participations in capital investments, trading in financial, foreign exchange and precious metal options and futures as well as any new financial instruments accepted by the market and approved by the Board of Directors, conclusion of forward transactions; safekeeping and management of securities and valuables, asset management, investment advice and global asset management; acceptance and placement of securities of domestic and foreign issuers; customer service and custody account management for third parties; activity as paying agent for domestic and foreign investment funds and as custodian bank within the meaning of the Swiss Investment Fund Act; execution of wills and liquidation of inheritances; handling of payment transactions; issuing of sureties and guarantees and arranging of credit cards to customers; may participate in other companies and acquire, manage, build over, encumber and sell real estate.~~ | | | |
| 54 | | The company operates a bank. With its business policy, it pursues above all interests in the field of securities trading, asset management and related services, and can carry out, in Switzerland and abroad, all transactions directly or indirectly related to this purpose, as well as all transactions suitable for promoting this purpose, for its own account or for the account of third parties, in particular: a) acceptance of funds in the usual domestic and business forms, with the exception of savings; (b) issue of loans and credits covered by currents assets (Lombard loans) and loans; c) purchase and sale of securities, investment funds, foreign exchange and precious metals, acquisition and granting of participations in capital investments, trading in financial, foreign exchange and precious metal options & futures as well as any new financial instruments accepted by the market and approved by the Board of Directors, conclusion of forward transactions; d) safekeeping and management of securities and valuables, asset management, investment advice and global asset management; e) acceptance and placement of securities of domestic and foreign issuers; f) customer service and custody account management for third parties; | | | |

Zurich, March 4, 2020

continued on the next page



## Commercial Register of the Canton of Zurich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zurich | 2 |
|---|---|---|---|

All entries

| Entry | Deletion | Purpose | Entry | Deletion | Additional addresses |
|---|---|---|---|---|---|
| | | g) acting as paying agent for domestic and foreign investment funds and as custodian bank; h) execution of wills and liquidation of inheritances; i) handling of payment transactions; k) issuing sureties and guarantees; l) arranging credit cards to customers. Within the scope of its business purpose, the Company may acquire interests in other companies and acquire, manage, build over, encumber and sell real estate in Switzerland and abroad and may assist in the formation of companies and participation in such companies. The Company's area of activity extends to Switzerland and abroad, in particular Europe, with regard to the Middle East, Africa, India and Latin America. | | | |

| Entry | Deletion | Remarks | Ref | Date of Articles of Association |
|---|---|---|---|---|
| 7 | | Communications from the company to shareholders are made by registered letter, if the addresses are known, otherwise by publication in the SOGC. | 1 | 4/5/1991 |
| 57 | 64 | ~~Additional address: P.O. Box, 8022 Zurich~~ | 7 | 7/13/1994 |
| | | | 18 | 3/24/1999 |
| | | | 20 | 11/19/1999 |
| | | | 34 | 3/16/2006 |
| | | | 39 | 7/5/2007 |
| | | | 54 | 2/2/2012 |

| Entry | Deletion | Special facts | Ref | Publication medium |
|---|---|---|---|---|
| | | | 1 | SOGC |

Zurich, March 4, 2020

continued on the next page



## Commercial Register of the Canton of Zurich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zurich | 3 |
|---|---|---|---|

All entries

| Entry | TR no. | TR date | SOGC | SOGC date | Page/Id | Ref | TR no. | TR date | SOGC | SOGC date | Page/Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | (omitted) | (omitted) | | (omitted) | | 33 | 22785 | 8/12/2005 | 159 | 8/18/2005 | 20 / 2979412 |
| 1 | 9536 | 5/16/1991 | 101 | 5/29/1991 | 2303 | 34 | 8123 | 3/17/2006 | 58 | 3/23/2006 | 23 / 3300376 |
| 2 | 5729 | 3/26/1992 | 67 | 4/7/1992 | 1556 | 35 | 10708 | 4/12/2006 | 76 | 4/20/2006 | 22 / 3341428 |
| 3 | 20645 | 12/7/1992 | 245 | 12/17/1992 | 5876 | 36 | 6561 | 2/28/2007 | 45 | 3/6/2007 | 25 / 3813002 |
| 4 | 1547 | 1/27/1993 | 26 | 2/8/1993 | 617 | 37 | 10135 | 4/4/2007 | 70 | 4/12/2007 | 24 / 3881862 |
| 5 | 20509 | 10/7/1993 | 205 | 10/21/1993 | 5508 | 38 | 11469 | 4/19/2007 | 79 | 4/25/2007 | 24 / 3901570 |
| 6 | 8757 | 5/2/1994 | 89 | 5/9/1994 | 2552 | 39 | 19634 | 7/10/2007 | 135 | 7/16/2007 | 23 / 4026202 |
| 7 | 19841 | 9/27/1994 | 192 | 10/4/1994 | 5470 | 40 | 29257 | 10/19/2007 | 207 | 10/25/2007 | 22 / 4170828 |
| 8 | 1705 | 1/25/1995 | 21 | 1/31/1995 | 571 | 41 | 5695 | 2/25/2008 | 42 | 2/29/2008 | 20 / 4365488 |
| 9 | 2897 | 2/8/1995 | 31 | 2/14/1995 | 859 | 42 | 8741 | 3/28/2008 | 64 | 4/3/2008 | 22 / 4412470 |
| 10 | 16277 | 8/8/1995 | 155 | 8/14/1995 | 4535 | 43 | 12288 | 5/5/2008 | 89 | 5/9/2008 | 25 / 4468504 |
| 11 | 19066 | 9/14/1995 | 182 | 9/20/1995 | 5211 | 44 | 29491 | 10/20/2008 | 207 | 10/24/2008 | 22 / 4704432 |
| 12 | 10536 | 5/17/1996 | 99 | 5/23/1996 | 2993 | 45 | 603 | 1/7/2009 | 7 | 1/13/2009 | 30 / 4821652 |
| 13 | 23853 | 11/5/1996 | 219 | 11/11/1996 | 6903 | 46 | 3861 | 1/28/2009 | B 22 | 2/3/2009 | 29 / 4859290 |
| 14 | 4483 | 2/26/1997 | 42 | 3/4/1997 | 1449 | 47 | 28676 | 7/23/2009 | 144 | 7/29/2009 | 34 / 5167246 |
| 15 | 23839 | 10/17/1997 | 204 | 10/23/1997 | 7713 | 48 | 34840 | 9/8/2009 | 177 | 9/14/2009 | 26 / 5244390 |
| 16 | 13172 | 6/16/1998 | 117 | 6/22/1998 | 4231 | 49 | 28044 | 7/30/2010 | 150 | 8/5/2010 | 22 / 5759510 |
| 17 | 17564 | 8/10/1998 | 156 | 8/14/1998 | 5627 | 50 | 29989 | 8/18/2010 | 163 | 8/24/2010 | 24 / 5782332 |
| 18 | 7149 | 3/31/1999 | 67 | 4/8/1999 | 2261 | 51 | 37951 | 10/27/2010 | 213 | 11/2/2010 | 24 / 5877764 |
| 19 | 13260 | 6/16/1999 | 118 | 6/22/1999 | 4157 | 52 | 13537 | 4/8/2011 | 73 | 4/13/2011 | 6120620 |
| 20 | 28162 | 12/20/1999 | 251 | 12/24/1999 | 8734 | 53 | 38941 | 10/28/2011 | 213 | 11/2/2011 | 6400376 |
| 21 | 1463 | 1/17/2000 | 15 | 1/21/2000 | 460 | 54 | 6400 | 2/16/2012 | 36 | 2/21/2012 | 6560460 |
| 22 | 12843 | 5/29/2000 | 108 | 6/5/2000 | 3784 | 55 | 28820 | 8/17/2012 | 162 | 8/22/2012 | 6819300 |
| 23 | 14677 | 6/20/2000 | 122 | 6/26/2000 | 4296 | 56 | 12731 | 4/17/2013 | 76 | 4/22/2013 | 7157776 |
| 24 | 503 | 1/11/2001 | 13 | 1/19/2001 | 406 | 57 | 24843 | 8/6/2013 | 152 | 8/9/2013 | 1020439 |
| 25 | 15695 | 6/15/2001 | 118 | 6/21/2001 | 4671 | 58 | 2616 | 1/21/2014 | 16 | 1/24/2014 | 1304967 |
| 26 | 8465 | 4/4/2002 | 68 | 4/10/2002 | 20 / 419542 | 59 | 29461 | 9/8/2014 | 175 | 9/11/2014 | 1709291 |
| 27 | 17969 | 7/17/2002 | 140 | 7/23/2002 | 18 / 572954 | 60 | 3759 | 1/27/2015 | 20 | 1/30/2015 | 1961231 |
| 28 | 3667 | 2/5/2003 | 27 | 2/11/2003 | 20 / 865154 | 61 | 11985 | 5/1/2015 | 66 | 4/8/2015 | 2083319 |
| 29 | 20125 | 7/21/2003 | 141 | 7/25/2003 | 17 / 1101110 | 62 | 45800 | 12/21/2016 | 251 | 12/27/2016 | 3246665 |
| 30 | 10121 | 4/8/2004 | 73 | 4/16/2004 | 22 / 2215712 | 63 | 34781 | 9/28/2018 | 191 | 10/3/2018 | 1004467773 |
| 31 | 25373 | 9/6/2004 | 176 | 9/10/2004 | 19 / 2443474 | 64 | 195 | 1/3/2019 | 4 | 1/8/2019 | 1004535145 |
| 32 | 1509 | 1/13/2005 | 13 | 1/19/2005 | 20 / 2647436 | | | | | | |

| Entry | Change | Deletion | Personal information | Function | Type of signature |
|---|---|---|---|---|---|
| 1 | | 2 | Dour~~o, Lord Charles, British national, in London (England)~~ | ~~President of the Executive Committee~~ | ~~Joint signature by two~~ |
| 1 | | 4 | ~~Burkhardt, Bernhard, of Hutwil, in Zurich~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 1 | | 7m | ~~Rübel, Klaus, of Zurich, in Zurich~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 1 | | 6 | ~~Stäubli, Anthony, of Horgen, in Wollerau~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 1 | | 3m | ~~Moore, Michael, British national, in Zollikon~~ | ~~General Director~~ | ~~Joint signature by two~~ |
| 1 | | 16 | ~~Durlacher, Peter A., of Basel, in Zurich~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 1 | | 8m | ~~Kuoni, Reto, of Maienfeld, in Steinhausen~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 1 | | 3m | ~~Vogel, Rolf, of Ulster, in Pfäffikon~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 1 | | 8m | ~~Heingler, Priska, of Berneck, in Zurich~~ | | ~~Joint signing power by two~~ |
| 2 | | 7 | ~~Gowrie, Lord Alexander Patrick, British national, in London (England)~~ | ~~President of the Executive Committee~~ | ~~Joint signature by two~~ |
| | 3 | 6 | ~~Moore, Michael, British national, in Küsnacht ZH~~ | ~~General Director~~ | ~~Joint signature by two~~ |
| | 3 | 33 | ~~Vogel, Rolf, of Ulster, in Dübendorf~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |

Zurich, March 4, 2020

continued on the next page



## Commercial Register of the Canton of Zurich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zurich | 4 |
|---|---|---|---|

All entries

| Entry | Change | Deletion | Personal information | Function | Type of signature |
|---|---|---|---|---|---|
| 5 | | 11 | ~~Coopers & Lybrand AG, in Zurich~~ | ~~Audit department~~ | |
| 6 | | 7m | ~~Bodenmann, Yves C., of Bex and Martisberg, in Berikon~~ | ~~General director~~ | ~~Joint signature by two~~ |
| 7 | | 18 | ~~Wells, Stuart Heny, British national, in Mulberries (GB)~~ | ~~President of the Executive Committee~~ | ~~Joint signature by two~~ |
| | 7 | 16 | ~~Rübel, Klaus, of Zurich, in Zurich~~ | ~~Vice President of the Executive Committee~~ | ~~Joint signature by two~~ |
| | 7 | 9 | ~~Bodenmann, Yves C., of Bex and Martisberg, in Wollerau~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 7 | | 26m | ~~Raynar, Richard, of Zurich, in Risch~~ | ~~General Director~~ | ~~Joint signature by two~~ |
| | 8 | 12m | ~~Kuono, Reti, of Maienfeld, in Merenschwand~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| | 8 | 16m | ~~Heingler, Priska, of Berneck, in Bremgarten AG~~ | ~~Member of the~~ | ~~Joint signature by two~~ |
| 8 | | 15 | ~~Kunz, Christian Georg, of Zurich, in Unterärgeri~~ | ~~Executive Committee~~ | ~~Joint signature by two~~ |
| 9 | | 18 | ~~King, Roger, British national, in Reading (England)~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 9 | | 18m | ~~Niederer, Dr. Hans, of Trogen, in Ottenbach~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 9 | | 14 | ~~Stäger, Dr. Peter, of Glarus, in Rüschlikon~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 10 | | 15 | ~~Symonds Michael, British national, in London (GB)~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 10 | | 16 | ~~Werder, Ferdinand, of Geneva, in Bogis-Bossey~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 11 | | 21 | ~~Deloitte & Touche Experta AG, in Erlenbach ZH~~ | ~~Audit department~~ | |
| | 12 | 45 | ~~Kuoni, Reto, of Maienfeld, in Merenschwand~~ | ~~Director~~ | ~~Joint signature by two~~ |
| 13 | | 26m | ~~Freiherr von Holzschuher, Teja Carolus Hieronymus, German national, in Zollikon~~ | ~~Director~~ | ~~Joint signature by two~~ |
| 13 | | 16 | ~~Johler, Philipp, of Rüschlikon, in Rüschlikon~~ | | ~~Joint signature by two~~ |
| | 16 | 38 | ~~Heingler, Priska, of Berneck, in Bremgarten AG~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 16 | | 48 | ~~Gerster, Dr. Jürg, of Gelterkinden and Basel, in Küsnacht ZH~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 16 | | 23 | ~~Hügli, André, of Zurich, in Bülach~~ | | ~~Joint signature by two~~ |
| 17 | | 51m | ~~Frick, Thomas A., of Hausen am Albis, in Zurich~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 18 | | 38 | ~~Herman, Hugh, South African national, in Clifton Cape (USA)~~ | ~~President of the Executive Committee~~ | ~~Joint signature by two~~ |
| | 18 | 52m | ~~Niederer, Dr. Hans, of Trogen, in Ottenbach~~ | ~~Vice President of the Executive Committee~~ | ~~Joint signature by two~~ |
| 19 | | 24 | ~~Kernbach, Roger, of Wädenswil, in Obersiggentahl~~ | | ~~Joint signature by two~~ |
| 21 | | 35m | ~~Umberg, Harald, of Urdorf, in Urdorf~~ | | ~~Joint signature by two~~ |
| 21 | | 29m | ~~ATAG Ernst & Young AG, in Zurich~~ | ~~Audit department~~ | |
| 22 | | 38 | ~~Blitz, Leon, South African national, in London (GB)~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 22 | | 24 | ~~Kjartansson, Jon, of Rudolfstetten-Friedlisberg, in Unterbözberg~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 25 | | 35m | ~~De Rosa, Salvatore, of Wohlen AG, in Wohlen AG~~ | | ~~Joint signature by two~~ |
| | 26 | 27 | ~~Freiherr von Holzschuher, Teja Carolus Hieronymus, German national, in Zollikon~~ | ~~Director~~ | ~~Joint signature by two~~ |
| | 26 | 31 | ~~Bowdler-Raynar, Richard John, of Zurich, in Risch~~ | ~~General Director~~ | ~~Joint signature by two~~ |
| 28 | | 33 | ~~Steinberg, Walter, German national, in Geneva~~ | ~~Director~~ | ~~Joint signature by two~~ |
| | 29 | 57m | ~~Ernst & Young AG, in Zurich~~ | ~~Audit department~~ | |
| 30 | | 32m | ~~Gyger, Peter, of Erlenbach ZH, in Rudolfstetten-Friedlisberg~~ | | ~~Joint signature by two~~ |
| 31 | | 36 | ~~Hunt, Paul Richard, British national, in Zurich~~ | ~~General director~~ | ~~Joint signature by two~~ |
| | 32 | 38m | ~~Gyger, Peter, of Erlenbach ZH, in Rudolfstetten-Friedlisberg~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 33 | | 41 | ~~Reitz da Costa, Karin, German national, in Zurich~~ | | ~~Joint signature by two~~ |

Zurich, March 4, 2020 continued on the next page



# Commercial Register of the Canton of Zurich

| CHE-101.093.387 | Investec Bank (Switzerland) AG | Zurich | 5 |
|---|---|---|---|

All entries

| Entry | | Change | Deletion | Personal information | Function | Type of signature |
|---|---|---|---|---|---|---|
| | | 35 | 42 | ~~De Rosa, Salvatore, of Wohlen AG, in Wohlen AG~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 35 | | | 41m | ~~Maier, Marcel, of Eschenz, in Puplinge~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| | | 35 | 36 | ~~Umberg, Harald, of Urdorf, in Urdorf~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 36 | | | 45m | ~~Weber, Kathrin, of Zurich, in Zurich~~ | | ~~Joint signature by two~~ |
| 36 | | | 45m | ~~de Kock, Charles, of Kilchberg ZH, in Kilchberg ZH~~ | | ~~Joint signature by two~~ |
| 37 | | | 41 | ~~Akgül, Turan, Turkish national, in Zurich~~ | | ~~Joint signature by two~~ |
| 37 | | | 45 | ~~de Pita, Prisco, Italian national, in Lausanne~~ | | ~~Joint signature by two~~ |
| 38 | | | 62 | ~~Tapnack, Alan, British national, in Edgware (UK)~~ | ~~President of the Executive Committee~~ | ~~Joint signature by two~~ |
| 38 | | | 52 | ~~Gottlieb, Robert, South African national, in London (UK)~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| | | 38 | 40m | ~~Gyger, Peter, of Erlenbach ZH, in Rudolfstetten-Friedlisberg~~ | ~~General Director~~ | ~~Joint signature by two~~ |
| 40 | | | 45m | ~~Betz, Oliver German national, in Volketswil~~ | ~~General Director~~ | ~~Joint signature by two~~ |
| | | 40 | 45m | ~~Gyger, Peter, of Erlenbach ZH, in Rudolfstetten-Friedlisberg~~ | ~~Director~~ | ~~Joint signature by two~~ |
| | | 41 | 48 | ~~Maier, Marcel, of Eschenz, in Veigy (FR)~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 41 | | | 45m | ~~Pfister, Johannes, of Richterswil, in Männedorf~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| 44 | | | 45m | ~~Bernasconi, Luca, of Capolago, in Torricella-Taverne~~ | | ~~Joint signature by two~~ |
| 44 | | | 56 | ~~di Bari, Marco Valerio, Italian national, in Volketswil~~ | ~~Vice Director~~ | ~~Joint signature by two~~ |
| | | 45 | 46m | ~~de Kock, Charles, of Kilchberg ZH, in Kilchberg ZH~~ | | |
| | | 45 | 62m | ~~Bernasconi, Luca, of Capolago, in Torricella-Taverne~~ | | ~~Joint signature by two~~ |
| | | 45 | 51m | ~~Weber, Kathrin, of Zurich, in Zurich~~ | | ~~Joint signature by two~~ |
| | | 45 | 56 | ~~Betz, Oliver, German national, in Volketswil~~ | ~~General Director + Managing Director~~ | ~~Joint signature by two~~ |
| | | 45 | 57m | ~~Gyger, Peter, of Erlenbach ZH, in Rudolfstetten-Friedlisberg~~ | ~~Director + Member of Management~~ | ~~Joint signature by two~~ |
| | | 45 | 49 | ~~Pfister, Johannes, of Richterswil, in Männedorf~~ | ~~Director + Member of Management~~ | ~~Joint signature by two~~ |
| 45 | | | 52 | ~~Watkins, Nick, British national, in Stäfa~~ | ~~Director + Member of Management~~ | ~~Joint signature by two~~ |
| | | 4 | 49 | ~~de Kock, Charles, of Kilchberg ZH, in Kilchberg ZH~~ | | ~~Joint signature by two~~ |
| 47 | | | 51 | ~~Vun, Georgette Chin, Australian national, in Opfikon~~ | | ~~Joint signature by two~~ |
| 49 | | | 52 | ~~Maag, Claudio, of Niederhasli, in Zurich~~ | | ~~Joint signature by two~~ |
| 49 | | | 50m | ~~Otten, Petra, German national, in Männedorf~~ | | ~~Joint signature by two~~ |
| | | 50 | 60m | ~~Otten, Petra, German national, in Männedorf~~ | ~~Director + Member of Management~~ | ~~Joint signature by two~~ |
| | | 51 | | Frick, Thomas, A., of Hausen am Albis, in Zurich | Vice President of the Executive Committee | Joint signature by two |
| 51 | | | 59 | ~~Berg, Jacob, American national, in Thalwil~~ | | ~~Joint signature by two~~ |
| | | 51 | 55 | ~~Pfister, Kathrin, of Zurich, in Zurich~~ | | ~~Joint signature by two~~ |
| | | 52 | 55 | ~~Niederer, Dr. Hans, of Trogen and Paraguayan national, in Hernandarias (PY)~~ | ~~Vice President of the Executive Committee~~ | ~~Joint signature by two~~ |
| 52 | | | 61 | ~~Brearly, Richard Gregg, British national, in London (UK)~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 52 | | | 62m | ~~Wohlmann, Ian Roberrt, British national, in Beaconsfiled Bucks (UK)~~ | ~~Member of the Executive Committee~~ | ~~Joint signature by two~~ |
| 52 | | | 62m | ~~Brooks, Stephen, British national, in Urdorf~~ | | ~~Joint signature by two~~ |
| 53 | | | | Zimmermann, Loughrin, Tamara Ritaa, of Seesdorf BE, in Maur | | ~~Joint signature by two~~ |
| 55 | | | 59 | ~~Baumann, Daniel Alexander, of Gossau ZH, in Männedorf~~ | ~~Director + Member of Management~~ | ~~Joint signature by two~~ |
| 56 | | | | Isomae, Norimitsu, Japanese national, in Dübendorf | | Joint signature by two |

Zurich, March 4, 2020

continued on the next page



# Commercial Register of the Canton of Zurich

| **CHE-101.093.387** | **Investec Bank (Switzerland) AG** | **Zurich** | 6 |
|---|---|---|---|

All entries

| Entry | Change | Deletion | Personal information | Function | Type of signature |
|---|---|---|---|---|---|
| | 57 | | Gyger, Peter, of Erlenbach ZH, in Rudolfstetten-Friedlisberg | General Director + Chairman of the Board of Management | Joint signature by two |
| | 57 | 59m | ~~Ernst & Young AG (CH-020.9.001.069.0), in Zurich~~ | ~~Audit department~~ | |
| 58 | | | Gehrig, Bruno, of Ebnat-Kappel, in Winterthur | Member of the Executive Committee | Joint signature by two |
| 59 | | 62m | ~~Abromowitz, Melanie, British national, in Küsnacht ZH~~ | ~~Director + Member of the Board of Management~~ | ~~Joint signature by two~~ |
| | 59 | | Ernst & Young AG (CH-491.907.686), in Zurich | Audit department | |
| 59 | | | Blackburn, Glen, British national, in Zurich | | Joint signature by two |
| 60 | | | Gurtner, David, of Schwarzenburg, in Elgg | Director + Member of the Board of Management | Joint signature by two |
| | 60 | | Otten, Petra, of Männerdorf, in Männerdorf | Director + Member of the Board of Management | Joint signature by two |
| 60 | | | Peers, Annelise, of Le Mont-sur-Lausanne, in Le Mont-sur-Lausanne | Director + Member of the Board of Management | Joint signature by two |
| | 62 | | Wohlmann, Ian Robert, British national, in Beaconsfiled Bucks (UK) | President of the Executive Committee | Joint signature by two |
| | 62 | | Abromowitz, Melanie, British national, in Meilen | Director + Member of the Board of Management | Joint signature by two |
| | 62 | | Bernasconi, Luca, of Mendrisio, in Zurich | | Joint signature by two |
| | 62 | | Brooks, Stephen, British national, in Zurich | | Joint signature by two |
| 63 | | | Bohmann, Frderik, Swedish national, in Horgeb | | Joint signature by two |
| 63 | | | Ouadouri, Bruno, French national, in Zurich | | Joint signature by two |
| 63 | | | Pianca, David, of Cademario, in Zurich | | Joint signature by two |

Zurich, March 4, 2020

[stamp: [seal of the Commercial Register of the Canton of Zurich] Notarized Excerpt The Deputy Registrar]

This excerpt from the Cantonal Commercial Register is not valid without the accompanying original certification. It contains all current entries for this company as well as any entries deleted since 16.05.1991. On special request, an excerpt containing only all current registrations can be issued.

Morningside
Translations

# TRANSLATION CERTIFICATION

Date: March 9, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German (Germany)

To:

- English (USA)

The documents are designated as:

- SCAN IBSAG Notarized Copy.pdf

Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Leslie Yale
Signature of Leslie Yale