# Exhibit 52a



http://rc.ge.ch

**Excerpt without cancellations**

INTERNET EXCERPT
Transfer   06 octobre 1995
Ref. Nr    02029/1964
Fed. Nr    CH-660.0.093.964-0
**UID      CHE-105.946.451**

# Merrill Lynch Bank (Suisse) SA
inscrite le 25 mai 1964
Société anonyme
radiée le 31 mai 2013

| Ref. | Company name |
|---|---|
| 1 | Merrill Lynch Bank (Suisse) SA |
| | **Head office** |
| 1 | Genève |
| | **Address** |
| 57 | route de Florissant 13 |
| | **Bylaws date** |
| 88 | 17.12.2009 (nouv. stat.) |
| | **Goal, Observations** |
| 1 | Administration:<br>3 membres au moins |
| 24 | But:<br>exploitation d'une banque principalement active dans le domaine de la gestion de fortune. |
| | **Fusions** |
| 107 | Radiation par suite de fusion:<br>Les actifs et les passifs envers les tiers sont repris par la société Bank Julius Bär & Co. AG, à Zürich (CH-020-3902727-1). La société est radiée par suite de fusion. |
| | **Publication board** |
| 1 | FOSC |
| 88 | Communication aux actionnaires: lettre recommandée, fax ou remise en main propre |
| | **Branches** |
| 3 | Zurich |

| Ref. | Capital shares | | |
|---|---|---|---|
| | **Nominal** | **Released** | **Shares** |
| 24 | CHF 15'000'000 | CHF 15'000'000 | 15'000 actions de CHF 1'000, nominatives, liées selon statuts |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| 106 | | | **Keller** Bernard, de Winterthur, à Lugano | adm. président | signature collective à 2 |
| 106 | | | **Wey Bignens** Renate, de Villmergen, à Crans-près-Céligny | adm. vice-présidente | signature collective à 2 |
| 106 | | | **Burger** Régis, d'Allaman, à Lausanne | adm. secrétaire | signature collective à 2 |
| 106 | | | **Bersier** Rémy, de Leysin, à Genève | adm. | signature collective à 2 |
| 105 | | | **Gatesman** Gregory Frederik, des USA, à Zürich | adm. | signature collective à 2 |
| 106 | | | **Raitzin** Gustavo, de Chêne-Bougeries, à Feusisberg | adm. | signature collective à 2 |
| 106 | | | **Taillard** Olivier, de Genève, à Confignon | adm. | signature collective à 2 |
| 86 | | | **PricewaterhouseCoopers SA** (CH-660-1784998-4), succursale à Genève | organe de révision | |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 93 | | | **Schmid** Peter, de Meggen, à Buonas | directeur général | signature collective à 2 |
| | 19 | | **El Rassi** Fouad, du Liban, à Genève | directeur | signature collective à 2 |
| 104 | | | **French** Christopher, de Grande-Bretagne, à Morzine, F | sous-directeur | signature collective à 2 |
| 1 | | | **Barberot-Munte** Liliane, de Meyrin, à Genève | | procuration collective à 2 |
| | 100 | | **Bourgeois** Albert Joseph, de France, à Troinex | directeur | signature collective à 2 * |
| | 100 | | **Delachaux** Thierry, de Travers, à Collonge-Bellerive | directeur | signature collective à 2 * |
| | 100 | | **Panella** Alan, d'Italie, à Genève | directeur | signature collective à 2 * |
| 100 | | | **Robinson** Christopher Douglas, de Genève, à Genève | directeur | signature collective à 2 * |
| 101 | | | **Bastardoz** Valérie Emmanuelle, de Neuchâtel, à Châbles | directrice | signature collective à 2 * |
| 101 | | | **Bausano** Raphaël Alexandre Robert, de Lancy, à Genève | directeur | signature collective à 2 * |
| | 84 | | **Bigler** Roger, de Genève, à Genève | directeur | signature collective à 2 * |
| 92 | | | **Castagno** Patrizia, d'Italie, à Russin | directrice | signature collective à 2 * |
| 100 | | | **Chapuisat Smith** Sophie, d'Aclens, à Luins | directrice | signature collective à 2 * |
| | 90 | | **Cottet** Thierry, de Bossonnens, à Gland | directeur | signature collective à 2 * |
| | 100 | | **Dean** Marcia, de Grande-Bretagne, à Chêne-Bourg | directrice | signature collective à 2 * |
| | 84 | | **Donkin** Jeffrey John, de Grande-Bretagne, à Onex | directeur | signature collective à 2 * |
| | 94 | | **Farrag** Hazem, d'Egypte, à Chêne-Bougeries | directeur | signature collective à 2 * |
| | 95 | | **Giannelli** Mark, de Genève, à Genève | directeur | signature collective à 2 * |
| 95 | | | **Glassey** Patricia, de Grande-Bretagne, à Genève | directrice | signature collective à 2 * |
| | 95 | | **Greenwood** Richard, de Grande-Bretagne, à Founex | directeur | signature collective à 2 * |
| 101 | | | **Guillot** Jean-Marc Philippe, de France, à Thoiry, F | directeur | signature collective à 2 * |
| 69 | | | **Hayek** Joseph Nizar, des USA, à Meinier | directeur | signature collective à 2 * |
| | 99 | | **Iglesias** Jose, de Genève, à Carouge | directeur | signature collective à 2 * |
| | 94 | | **Juliano** Frank, de Meyrin, à Vernier | directeur | signature collective à 2 * |
| | 69 | | **Kelly** Bruno, d'Allemagne, à Collonge-Bellerive | directeur | signature collective à 2 * |
| 76 | | | **Khieu** San, de Genève, à Vandoeuvres | directeur | signature collective à 2 * |
| | 76 | | **Kjellqvist** Hakan, de Suède, à Prangins | directeur | signature collective à 2 * |
| | 95 | | **Klassen** Jonathon, des USA, à Gland | directeur | signature collective à 2 * |
| 104 | | | **Korbutt** Timothy Daniel, des USA, à Genève | directeur | signature collective à 2 * |
| | 101 | | **Mailhos Fernandez** Elisa Pia, d'Uruguay, à Nyon | directrice | signature collective à 2 * |
| | 78 | | **Marine** Luis, d'Argentine, à Genève | directeur | signature collective à 2 * |
| | 94 | | **Martins de Macedo Soares Quinteiro** Marcos, du Brésil, à Veyrier | directeur | signature collective à 2 * |
| | 92 | | **Mate de Lara** Enrique, d'Espagne, à Genève | directeur | signature collective à 2 * |
| | 94 | | **Mira Blanco** Alvaro, d'Espagne, à Pully | directeur | signature collective à 2 * |
| 92 | | | **Neagle** Kevin, des USA, à Lausanne | directeur | signature collective à 2 * |
| | 104 | | **Notari** Patrick, de Cadro, à Genève | directeur | signature collective à 2 * |
| | 65 | | **Peironcely** Ramon, d'Espagne, à Genève | directeur | signature collective à 2 * |
| | 25 | | **Pelfini** Fabrizio, d'Italie, à Lancy | directeur | signature collective à 2 * |
| | 65 | | **Rasool** Ellam Gulam, de Grande-Bretagne, à Genève | directeur | signature collective à 2 * |
| | 95 | | **Ringele Gerard** Véronique Marie, de France, à Collonge-Bellerive | directrice | signature collective à 2 * |
| | 95 | | **Santamaria Alvarez** Javier, d'Espagne, à Prangins | directeur | signature collective à 2 * |
| | 69 | | **Satkin Fainstain** Diego, d'Uruguay, à Genève | directeur | signature collective à 2 * |
| 94 | | | **Varrin** Olivier, de Courgenay, à Genève | directeur | signature collective à 2 * |

Merrill Lynch Bank (Suisse) SA                                                                                                  Page 2 / 6

| | Ref. | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| | 84 | | **Widmer** Thierry, de Sumiswald, à Vevey | directeur | signature collective à 2 * |
| | 90 | | **Abetel** Eric, de Belmont-sur-Lausanne, à Lully (VD) | directeur adjoint | signature collective à 2 * |
| | 78 | | **Abramowitz** Carlos, de Zurich, à Genève | directeur adjoint | signature collective à 2 * |
| | 104 | | **Alexeeva** Alexandra, de Suède, à Genève | directrice adjointe | signature collective à 2 * |
| 101 | | | **Arus Castillo** David, d'Espagne, à Genève | directeur adjoint | signature collective à 2 * |
| 100 | | | **Berney** Alan Jean-François, de L'Abbaye, à Echallens | directeur adjoint | signature collective à 2 * |
| 94 | | | **Cervantes Rodriguez** Alberto, de Grande-Bretagne, à Vinzel | directeur adjoint | signature collective à 2 * |
| | 90 | | **De Oliveira** Pedro Biancard Cruz Alcide, du Portugal, à Genève | directeur adjoint | signature collective à 2 * |
| | 101 | | **Dingli** Mark, de France, à Cessy, F | directeur adjoint | signature collective à 2 * |
| | 94 | | **El Rassi** Reem Mohamed, d'Irlande, à Genève | directeur adjoint | signature collective à 2 * |
| | 100 | | **Ellam** Muhammad Aly, de Grande-Bretagne, à Genève | directeur adjoint | signature collective à 2 * |
| | 78 | | **Emch** Jean-Jacques, de Gossliwil, à Veyrier | directeur adjoint | signature collective à 2 * |
| 90 | | | **Fertis** Jorge, de Grèce, à Pregny-Chambésy | directeur adjoint | signature collective à 2 * |
| | 92 | | **Forward** Deborah, de Grande-Bretagne, à Genève | directrice adjointe | signature collective à 2 * |
| 102 | | | **Gonthier** Nathalie Véronique, de Sainte-Croix, à Genève | directrice adjointe | signature collective à 2 * |
| 90 | | | **Goodlad** Mark, de Grande-Bretagne, à Genève | directeur adjoint | signature collective à 2 * |
| | 101 | | **Jaquet Beyeler** Mélanie, de Grolley, à Rolle | directrice adjointe | signature collective à 2 * |
| 69 | | | **Jones** Gary, de Grande-Bretagne, à Douvaine, F | directeur adjoint | signature collective à 2 * |
| 90 | | | **Keyaerts** Patrick, de Genève, à Tannay | directeur adjoint | signature collective à 2 * |
| 90 | | | **Ladron de Guevara Miguel** Marta, d'Espagne, à Genève | directrice adjointe | signature collective à 2 * |
| | 95 | | **Le Gall** Sophie, de France, à Prémanon, F | directrice adjointe | signature collective à 2 * |
| | 95 | | **Leamy** Adrian, d'Irlande, à Genève | directeur adjoint | signature collective à 2 * |
| 84 | | | **Lueder** Jean-Mark, de France, à Chêne-Bougeries | directeur adjoint | signature collective à 2 * |
| 49 | | | **Martin** Graham, de Grande-Bretagne, à Thônex | directeur adjoint | signature collective à 2 * |
| | 95 | | **Moreno Calabres** Jaime, d'Espagne, à Genève | directeur adjoint | signature collective à 2 * |
| | 76 | | **Nafisspour** Kamran, d'Iran, à Genève | directeur adjoint | signature collective à 2 * |
| | 95 | | **Nielen** Christelle, de Belgique, à Genève | directrice adjointe | signature collective à 2 * |
| 95 | | | **Owen** Thomas, de Grande-Bretagne, à Genève | directeur adjoint | signature collective à 2 * |
| 92 | | | **Remtolla** Zahir, de France, à Genève | directeur adjoint | signature collective à 2 * |
| | 100 | | **Riege** Federico, de Glarus, à Cologny | directeur adjoint | signature collective à 2 * |
| 101 | | | **Salazar Castellano** Federico Rodrigo, d'Espagne, à Genève | directeur adjoint | signature collective à 2 * |
| 94 | | | **Sales** Patricia, d'Espagne, à Genève | directrice adjointe | signature collective à 2 * |
| 92 | | | **Scalet** Giorgio, d'Italie, à Borex | directeur adjoint | signature collective à 2 * |
| | 94 | | **Shenkoru** Genene, de Genève, à Messery, F | directeur adjoint | signature collective à 2 * |
| | 92 | | **Siegenthaler** Roger, de Trubschachen, à Versoix | directeur adjoint | signature collective à 2 * |
| | 90 | | **Steger** Daniel, de Genève, à Meyrin | directeur adjoint | signature collective à 2 * |
| | 94 | | **Thabuis** Christophe, de Plan-les-Ouates, à Plan-les-Ouates | directeur adjoint | signature collective à 2 * |
| | 94 | | **Tort** Christian, d'Espagne, à Chêne-Bougeries | directeur adjoint | signature collective à 2 * |
| 94 | | | **Truquet** Jean-Louis, de France, à Annemasse, F | directeur adjoint | signature collective à 2 * |
| | 101 | | **Ajob** Sofian, de France, à Bonneville, F | sous-directeur | signature collective à 2 * |
| | 95 | | **Alberola Viso** Vincent, d'Espagne, à Carouge | sous-directeur | signature collective à 2 * |
| | 94 | | **Anid** Pierre, de France, à Genève | sous-directeur | signature collective à 2 * |
| | 101 | | **Belaïche-Sala** Farah, de Genève, à Genève | sous-directrice | signature collective à 2 * |
| 101 | | | **Bel-Merabet** Abdelnacer, de Genève, à Saint-Pierre-en-Faucigny, F | sous-directeur | signature collective à 2 * |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 95 | | | **Ben Jafaar** Soufiane, de France, à Bonne, F | sous-directeur | signature collective à 2 * |
| 95 | | | **Bowmaker** Luke, de Grande-Bretagne, à Genève | sous-directeur | signature collective à 2 * |
| | | 104 | **Brighty** Adelheid, de Bâle, à Chêne-Bougeries | sous-directeur | signature collective à 2 * |
| 84 | | | **Bruyere** Sarah, de Soral, à Chenex, F | sous-directrice | signature collective à 2 * |
| 101 | | | **Campanile** Antonio, de Lausanne, à Lausanne | sous-directeur | signature collective à 2 * |
| 101 | | | **Disson** Julia Katharina, d'Allemagne, à Genève | sous-directrice | signature collective à 2 * |
| | | 104 | **Easton** Allan, de Grande-Bretagne, à Genève | sous-directeur | signature collective à 2 * |
| 94 | | | **Evans** David, de Grande-Bretagne, à Cartigny | sous-directeur | signature collective à 2 * |
| 95 | | | **Evans** David, de Grande-Bretagne, à Cartigny | sous-directeur | signature collective à 2 * |
| | | 101 | **Fernandez** Robert, d'Espagne, à Genève | sous-directeur | signature collective à 2 * |
| 90 | | | **Graf von Harrach** Istvan, de Grande-Bretagne, à Ambilly, F | sous-directeur | signature collective à 2 * |
| 95 | | | **Kalampasut** Priyanit, de Genève, à Genthod | sous-directeur | signature collective à 2 * |
| 90 | | | **L'Host** Marc, de France, à Châtillon-sur-Cluses, F | sous-directeur | signature collective à 2 * |
| 78 | | | **Loo** Emelie Macam, de Singapour, à Genève | sous-directeur | signature collective à 2 * |
| 90 | | | **Malyavin** Denis, de Russie, à Genève | sous-directeur | signature collective à 2 * |
| | 94 | | **Mc Ardle** Anne-Marie, d'Irlande, à Genève | sous-directrice | signature collective à 2 * |
| 101 | | | **Mirizzi** Monica, d'Italie, à Douvaine, F | sous-directrice | signature collective à 2 * |
| 100 | | | **Mitchell** Cameron Peter, de Grande-Bretagne, à Bossey, F | sous-directeur | signature collective à 2 * |
| 101 | | | **Nava Depante** Antonio Adrian, de France, à Genève | sous-directeur | signature collective à 2 * |
| 101 | | | **Nicod** Joël, de Val-de-Travers, à Prangins | sous-directeur | signature collective à 2 * |
| | 90 | | **Norer** Katia Elisabeth, de Collex-Bossy, à Genève | sous-directrice | signature collective à 2 * |
| | 95 | | **Phang** David, de France, à Genève | sous-directeur | signature collective à 2 * |
| | 94 | | **Porcheray** Eric, de Hätzingen, à Prangins | sous-directeur | signature collective à 2 * |
| | 94 | | **Posc** Marjorie, de France, à Annemasse, F | sous-directrice | signature collective à 2 * |
| 101 | | | **Puente Mera** Maria Belen, d'Equateur, à Genève | sous-directrice | signature collective à 2 * |
| 94 | | | **Ragot-Bujadoux** Antoine, de France, à Sciez, F | sous-directeur | signature collective à 2 * |
| | 95 | | **Schubiger** Karim, de Genève, à Genève | sous-directeur | signature collective à 2 * |
| | 94 | | **Senturias** Alvaro, de Versoix, à Genève | sous-directeur | signature collective à 2 * |
| | | 104 | **Sojo** Soifa, d'Uruguay, à Genève | sous-directrice | signature collective à 2 * |
| 100 | | | **Tam Cordova** Martha Susana Georgina, du Pérou, à Genève | sous-directrice | signature collective à 2 * |
| | | 101 | **Tisseau** Fabien, de France, à Lausanne | sous-directeur | signature collective à 2 * |
| 94 | | | **Tu Cousinard** Ngoc Thuy, de Chavannes-près-Renens, à Morges | sous-directeur | signature collective à 2 * |
| | | 104 | **Vicentic** Alexandra, de Genève, à Genève | sous-directrice | signature collective à 2 * |
| | 90 | | **Vinzia** Christophe, de Genève, à Genève | sous-directeur | signature collective à 2 * |
| | 69 | | **Viola** Marc, de Feusisberg, à Lancy | sous-directeur | signature collective à 2 * |
| 95 | | | **Amin** Huda, de Genève, à Genève | | procuration collective à 2 * |
| 95 | | | **Benêche** Jean-Pierre, de Carouge, à Genève | | procuration collective à 2 * |
| 94 | | | **Blaser** Joerg, de Langnau im Emmental, à Morges | | procuration collective à 2 * |
| 92 | | | **Boudjemaa** Nadia, de France, à Thonon-les-Bains, F | | procuration collective à 2 * |
| 101 | | | **Bruno** Daniel Frédéric, de Meyrin, à Meyrin | | procuration collective à 2 * |
| 95 | | | **Buffon** Nunzia, d'Italie, à Genève | | procuration collective à 2 * |
| 102 | | | **Cabouat** David, de France, à Douvaine, F | | procuration collective à 2 * |
| 103 | | | **Charton** Damien, de France, à Saint-Genis-Pouilly, F | | procuration collective à 2 * |
| 104 | | | **Chazal** Alexandre Xavier, de France, à Tartegnin | | procuration collective à 2 * |
| | 84 | | **Darwiche** Siham, de Staffelbach, à Genève | | procuration collective à 2 * |
| 104 | | | **Djordjevic** Boban, de Meyrin, à Meyrin | | procuration collective à 2 * |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 95 | | | **Duguet** Claire, de France, à Genève | | procuration collective à 2 * |
| 36 | | | **Fiscbacher** Roger, de Brunnadern, à Vernier | | procuration collective à 2 * |
| 69 | | | **Garcia** Esteban Mario, d'Argentine, à Genève | | procuration collective à 2 * |
| 94 | | | **Grazina** Alexandra, du Portugal, à Meyrin | | procuration collective à 2 * |
| 101 | | | **Harle** Anne-Laure Suzanne Liliane, de France, à La Roche-sur-Foron, F | | procuration collective à 2 * |
| 101 | | | **Herzog** Marc Yves, de Genève, à Chêne-Bougeries | | procuration collective à 2 * |
| 78 | | | **Iraci** Ursula, du Pérou, à Anières | | procuration collective à 2 * |
| 104 | | | **Jegede** Moji, de Grande-Bretagne, à Genève | | procuration collective à 2 * |
| 101 | | | **Juliano** Oana, de Meyrin, à Vandoeuvres | | procuration collective à 2 * |
| 101 | | | **Karemera** Muriel France, de Belgique, à Ville-la-Grand, F | | procuration collective à 2 * |
| 104 | | | **Limone** Jean Pierre Michel, de Carouge GE, à Carouge GE | | procuration collective à 2 * |
| 104 | | | **Maldonado** Pilar Ines, des USA, à Rolle | | procuration collective à 2 * |
| 100 | | | **McAllister** Celeste Linda, de Grande-Bretagne, à Pampigny | | procuration collective à 2 * |
| 101 | | | **Molabu** Philippe, de Belgique, à Gaillard, F | | procuration collective à 2 * |
| 49 | | | **On Van** Trung, de Thônex, à Thônex | | procuration collective à 2 * |
| 78 | | | **Outeirino Fernandez** José Antonio, d'Espagne, à Genève | | procuration collective à 2 * |
| 94 | | | **Perou** Sylvain, de France, à Beaumont, F | | procuration collective à 2 * |
| 90 | | | **Pezzoli Morin** Nadia, de Genève, à Sergy le Haut, F | | procuration collective à 2 * |
| 104 | | | **Pollet** Nicolas André René, de France, à Genève | | procuration collective à 2 * |
| 94 | | | **Prouff** Alexandre, de Zuoz, à Genève | | procuration collective à 2 * |
| 69 | | | **Robellaz** Martial, de Bullet, à Genève | | procuration collective à 2 * |
| 95 | | | **Rufener** Cyril, de Sigriswil, à Genève | | procuration collective à 2 * |
| 101 | | | **Russo** Ilaria, d'Italie, à Genève | | procuration collective à 2 * |
| 94 | | | **Tripathi** Vikas, d'Inde, à Vernier | | procuration collective à 2 * |
| 101 | | | **Tripoli** Falvio Paolo Joseph, de Sion, à Saint-Genis-Pouilly, F | | procuration collective à 2 * |
| 101 | | | **Urso** Giovanni, d'Italie, à Vetraz-Monthoux, F | | procuration collective à 2 * |
| 104 | | | **Wahid** Hichem, de France, à Gaillard, F | | procuration collective à 2 * |

\* limitée à l'établissement principal

   \*   limitée à l'établissement principal

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page/Id** | | **Number** | **Date** | **Date** | **Page/Id** |
| 0 | | report | | | 1 | 7612 | 14.08.1995 | 23.08.1995 | 4730 |
| 2 | 10396 | 09.11.1995 | 17.11.1995 | 6311 | 3 | 11070 | 29.11.1995 | Pas de | |
| 4 | 1131 | 30.01.1996 | 08.02.1996 | 780 | 5 | 4038 | 26.04.1996 | 07.05.1996 | 2616 |
| 6 | 4086 | 29.04.1996 | 09.05.1996 | 2682 | 7 | 7285 | 30.07.1996 | 14.08.1996 | 4879 |
| 8 | 7993 | 27.08.1996 | 09.09.1996 | 5429 | 9 | 10930 | 20.11.1996 | 04.12.1996 | 7504 |
| 10 | 1289 | 04.02.1997 | 18.02.1997 | 1103 | 11 | 1911 | 18.02.1997 | 03.03.1997 | 1425 |
| 12 | | Rectification | 03.06.1997 | 3760 | 13 | 5634 | 06.06.1997 | 23.06.1997 | 4345 |
| 14 | 8391 | 31.07.1997 | 21.08.1997 | 6095 | 15 | 8888 | 18.08.1997 | 29.08.1997 | 6363 |
| 16 | 9830 | 16.09.1997 | 01.10.1997 | 7200 | 17 | 11928 | 07.11.1997 | 18.11.1997 | 8370 |
| 18 | 1731 | 11.02.1998 | 18.02.1998 | 1219 | 19 | 3340 | 24.03.1998 | 30.03.1998 | 2178 |
| 20 | 6127 | 27.05.1998 | 03.06.1998 | 3758 | 21 | 9657 | 27.08.1998 | 03.09.1998 | 6101 |
| 22 | 9687 | 28.08.1998 | 03.09.1998 | 6101 | 23 | 12795 | 18.11.1998 | 24.11.1998 | 8024 |
| 24 | 2111 | 22.02.1999 | 26.02.1999 | 1329 | 25 | 6336 | 18.06.1999 | 24.06.1999 | 4242 |
| 26 | 6740 | 29.06.1999 | 05.07.1999 | 4533 | 27 | 8415 | 09.08.1999 | 25.08.1999 | 5808 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 28 | 9665 | 16.09.1999 | 22.09.1999 | 6487 | 29 | 9776 | 20.09.1999 | 24.09.1999 | 6557 |
| 30 | 11143 | 19.10.1999 | 26.10.1999 | 7313 | 31 | 5323 | 12.05.2000 | 18.05.2000 | 3371 |
| 32 | 9758 | 18.09.2000 | 22.09.2000 | 6510 | 33 | 12544 | 24.11.2000 | 30.11.2000 | 8174 |
| 34 | 1113 | 26.01.2001 | 01.02.2001 | 797 | 35 | 4066 | 02.04.2001 | 06.04.2001 | 2603 |
| 36 | 8824 | 09.08.2001 | 15.08.2001 | 6254 | 37 | 11714 | 25.10.2001 | 31.10.2001 | 8519 |
| 38 | 12871 | 23.11.2001 | 29.11.2001 | 9399 | 39 | 204 | 04.01.2002 | 11.01.2002 | 10 |
| 40 | 857 | 22.01.2002 | 28.01.2002 | 7 | 41 | 4252 | 22.04.2002 | 26.04.2002 | 6 |
| 42 | 5757 | 04.06.2002 | 10.06.2002 | 7 | 43 | 6474 | 24.06.2002 | 28.06.2002 | 7 |
| 44 | 7777 | 23.07.2002 | 29.07.2002 | 6/0582036 | 45 | 8142 | 05.08.2002 | 09.08.2002 | 7/0595484 |
| 46 | 11966 | 12.11.2002 | 18.11.2002 | 6/0731456 | 47 | 12297 | 20.11.2002 | 26.11.2002 | 6/0745092 |
| 48 | 4010 | 03.04.2003 | 09.04.2003 | 7/0942956 | 49 | 7764 | 08.07.2003 | 14.07.2003 | 7/1080850 |
| 50 | 8850 | 04.08.2003 | 08.08.2003 | 7/1122684 | 51 | 9136 | 12.08.2003 | 18.08.2003 | 6/1133676 |
| 52 | 11067 | 02.10.2003 | 08.10.2003 | 7/1206186 | 53 | 12117 | 27.10.2003 | 04.11.2003 | 12 |
| 54 | 14922 | 23.12.2003 | 05.01.2004 | 5/2057522 | 55 | 275 | 07.01.2004 | 13.01.2004 | 7/2068000 |
| 56 | 1759 | 10.02.2004 | 16.02.2004 | 7 | 57 | 3074 | 09.03.2004 | 15.03.2004 | 7 |
| 58 | 4953 | 23.04.2004 | 30.04.2004 | 7/2241194 | 59 | 5383 | 04.05.2004 | 11.05.2004 | 6/2255860 |
| 60 | 5920 | 17.05.2004 | 24.05.2004 | 8/2273674 | 61 | 6282 | 26.05.2004 | 03.06.2004 | 8/2290650 |
| 62 | 7291 | 18.06.2004 | 24.06.2004 | 7/2325452 | 63 | 791 | 18.01.2005 | 24.01.2005 | 9/2666492 |
| 64 | 9906 | 12.08.2005 | 18.08.2005 | 7/2979144 | 65 | 11720 | 27.09.2005 | 03.10.2005 | 6/3042808 |
| 66 | 12270 | 10.10.2005 | 14.10.2005 | 6/3060114 | 67 | 13004 | 26.10.2005 | 01.11.2005 | 6/3083948 |
| 68 | 13341 | 03.11.2005 | 09.11.2005 | 7/3095176 | 69 | 13655 | 11.11.2005 | 17.11.2005 | 7/3108154 |
| 70 | 14243 | 23.11.2005 | 29.11.2005 | 7/3125046 | 71 | 14614 | 01.12.2005 | 07.12.2005 | 7/3137108 |
| 72 | 15321 | 16.12.2005 | 22.12.2005 | 9/3160458 | 73 | 81 | 03.01.2006 | 09.01.2006 | 7/3183864 |
| 74 | 3473 | 10.03.2006 | 16.03.2006 | 6/3290578 | 75 | 4813 | 06.04.2006 | 12.04.2006 | 10/3331904 |
| 76 | 12577 | 02.10.2006 | 06.10.2006 | 7/3581164 | 77 | 12917 | 10.10.2006 | 16.10.2006 | 7/3593110 |
| 78 | 5343 | 19.04.2007 | 25.04.2007 | 8/3901884 | 79 | 5400 | 20.04.2007 | 26.04.2007 | 8/3903788 |
| 80 | 16756 | 20.12.2007 | 03.01.2008 | 12/4268338 | 81 | 4328 | 01.04.2008 | 07.04.2008 | 7/4418284 |
| 82 | 7665 | 12.06.2008 | 18.06.2008 | 8/4527846 | 83 | 10359 | 11.08.2008 | 15.08.2008 | 7/4614118 |
| 84 | 12619 | 02.10.2008 | 08.10.2008 | 6/4683202 | 85 | 8144 | 05.06.2009 | 11.06.2009 | 10/5062478 |
| 86 | 14516 | 18.09.2009 | 24.09.2009 | 9/5262668 | 87 | 16032 | 15.10.2009 | 21.10.2009 | 9/5305118 |
| 88 | 880 | 15.01.2010 | 21.01.2010 | 10/5453180 | 89 | 1310 | 22.01.2010 | 28.01.2010 | 10/5465736 |
| 90 | 7874 | 06.05.2010 | 12.05.2010 | 9/5630652 | 91 | 17323 | 18.10.2010 | 22.10.2010 | 8/5864596 |
| 92 | 18254 | 02.11.2010 | 08.11.2010 | 8/5883930 | 93 | 1512 | 24.01.2011 | 28.01.2011 | 8/6008116 |
| 94 | 6747 | 15.04.2011 | 20.04.2011 | 6129840 | 95 | 15074 | 23.09.2011 | 28.09.2011 | 6353356 |
| 96 | 15653 | 04.10.2011 | 07.10.2011 | 6368036 | 97 | 16599 | 19.10.2011 | 24.10.2011 | 6388470 |
| 98 | 2933 | 20.02.2012 | 23.02.2012 | 6565844 | 99 | 7036 | 03.05.2012 | 08.05.2012 | 6669048 |
| 100 | 7826 | 16.05.2012 | 22.05.2012 | 6687628 | 101 | 9441 | 15.06.2012 | 20.06.2012 | 6727542 |
| 102 | 15225 | 12.09.2012 | 17.09.2012 | 6850210 | 103 | 20530 | 05.12.2012 | 10.12.2012 | 6967600 |
| 104 | 21009 | 12.12.2012 | 17.12.2012 | 6978404 | 105 | 2014 | 31.01.2013 | 05.02.2013 | 7048846 |
| 106 | 2338 | 06.02.2013 | 11.02.2013 | 7058976 | 107 | 9264 | 31.05.2013 | 05.06.2013 | |

Geneva, 10 march 2020

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**

# Exhibit 52b



**Excerpt without cancellations**

INTERNET EXCERPT
Transfer   October 6, 1995
Ref. Nr    02029/1964
Fed. Nr    CH-660.0.093.964-0
UID        CHE-105.946.451

## Merrill Lynch Bank (Switzerland) SA
registered on May 25, 1964
Public limited company
removed on May 31, 2013

| Ref. | Company name |
|---|---|
| 1 | Merrill Lynch Bank (Switzerland) SA |
| | **Head office** |
| 1 | Geneva |
| | **Address** |
| 57 | route de Florissant 13 |
| | **Bylaws Date** |
| 88 | 12.17.2009 (new. stat.) |
| | **Goal, Observations** |
| 1 | Administration:<br>At least 3 members |
| 24 | Purpose:<br>Operation of a bank mostly active in the field of wealth management. |
| | **Mergers** |
| 107 | Cancellation following merger:<br>Assets and liabilities against third parties are taken over by the company Bank Julius Bär & Co. Ag, in Zürich (CH-020-3902727-1). The company is removed following a merger. |
| | **Publication board** |
| 1 | FOSC |
| 88 | Communication to shareholders: Registered letter, fax or hand delivery |
| | **Branches** |
| 3 | Zurich |

| Ref. | Capital Shares | | |
|---|---|---|---|
| | **Nominal** | **Released** | **Shares** |
| 24 | CHF 15,000,000 | CHF 15,000,000 | 15,000 shares of CHF 1,000, registered, linked according to status |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Last Name and First Names, Origin, Residence** | **Functions** | **Signature mode** |
| 106 | | | **Keller** Bernard, from Winterthur, in Lugano | adm. president | collective signature to 2 |
| 106 | | | **Wey Bignens** Renate, from Villmergen, in Crans-près-Céligny | adm. vice president | collective signature to 2 |
| 106 | | | **Burger** Régis, from Allaman, in Lausanne | adm. secretary | collective signature to 2 |
| 106 | | | **Bersier** Rémy, from Leysin, in Geneva | adm. | collective signature to 2 |
| 105 | | | **Gatesman** Gregory Frederik, from the USA, in Zurich | adm. | collective signature to 2 |
| 106 | | | **Raitzin** Gustavo, from Chêne-Bougeries, in Feusisberg | adm. | collective signature to 2 |
| 106 | | | **Taillard** Olivier, from Geneva, in Confignon | adm. | collective signature to 2 |
| 86 | | | **PricewaterhouseCoopers SA** (CH-660-1784998-4), branch in Geneva | reviewing body | |

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French

To:

- English

The documents are designated as:
- Exhibit X - MLBS Excerpt Without Cancellation (First Page)

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li