# Exhibit 53a



http://rc.ge.ch

**Extrait sans radiations**

EXTRAIT INTERNET
Report    16 décembre 2013
No réf.   01248/1910
N° féd.   CH-660.0.060.910-1
**IDE      CHE-105.928.223**

# Mirabaud & Cie SA
inscrite le 27 décembre 1910
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 1 | Mirabaud & Cie SA <br> (Mirabaud & Cie AG) <br> (Mirabaud & Cie Ltd) |
| | **Siège** |
| 1 | Genève |
| | **Adresse** |
| 1 | boulevard Georges-Favon 29, 1204 Genève |
| | **Dates des Statuts** |
| 1 | 10.12.2013 (nouv.stat.) |
| | **But, Observations** |
| 1 | But: <br> exploitation d'une banque et exercice d'une activité de négociant en valeurs mobilières (cf. statuts pour but complet). |
| 2 | L'identification sous le numéro CH-660-0060910-1 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-105.928.223. |
| | **Transformations (LFus)** |
| 1 | La société en commandite Mirabaud & Cie a été transformée en société anonyme conformément au projet de transformation du 06.12.2013 et bilan au 31.08.2013, présentant des actifs de CHF 3'038'605'746 et des passifs envers les tiers de CHF 2'912'798'746, contre attribution aux associés de 30'000 actions de CHF 1'000, nominatives, liées selon statuts. |
| | **Organe de publication** |
| 1 | Communication aux actionnaires: écrite (lettre, téléfax ou email) |
| 1 | Feuille Officielle Suisse du Commerce |

| | Succursales | | |
|---|---|---|---|
| 1 | Zurich | 1 | Bâle |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 1 | CHF 30'000'000 | CHF 30'000'000 | 30'000 actions de CHF 1'000, nominatives, liées selon statuts |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 1 | | | **Mirabaud** Yves, de Genève, à Collonge-Bellerive | adm. président | signature collective à 2 |
| 1 | | | **Aeschlimann** Lionel, de Langnau im Emmental, à Veyrier | adm. vice-président | signature collective à 2 |
| 1 | | | **Thévenoz** Luc, de Laconnex, à Carouge (GE) | adm. | signature collective à 2 |
| 1 | | | **Vegezzi** Antonio, de Vernate, à Genthod | adm. | signature collective à 2 |
| 1 | | | **Wettenschwiler Bucher** Suzanne, de Rapperswil-Jona, à Zoug | adm. | signature collective à 2 |
| | 27 | | **Vial** Camille, de Genève, à Genève | membre de la direction | signature collective à 2 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 1 | | | **Desponds** Jérôme, de Lussery-Villars, à Morges | générale présidente membre de la direction générale | signature collective à 2 |
| | 23 | | **Meylan** Julien, du Lieu, à Founex | membre de la direction générale | signature collective à 2 * |
| | 11 | | **Mirabaud** Nicolas, de Horgen, à Versoix | membre de la direction générale | signature collective à 2 * |
| | 16 | | **Palma** Michael, de Lausanne, à Veyrier | membre de la direction générale | signature collective à 2 * |
| 1 | | | **Ernst & Young SA** (CHE-186.791.979), succursale à Lancy | organe de révision | |
| | 9 | | **von Roten** Jean-Blaise, de Sion, à Nyon | directeur | signature collective à 2 * |
| | 9 | | **Aguilar** Juan Carlos, de Winterthur, à Luxembourg, LUX | directeur | signature collective à 2 * |
| 1 | | | **Cogne** Yves, de Carouge, à Cartigny | directeur | signature collective à 2 * |
| 1 | | | **D'Arenberg** Etienne-Albert, de Belgique, à Genève | directeur | signature collective à 2 * |
| 1 | | | **de Laguiche** Charles-Louis, de Bottmingen, à Chêne-Bougeries | directeur | signature collective à 2 * |
| | 5 | | **Lucca** Pier Paolo, d'Italie, à Préverenges | directeur | signature collective à 2 * |
| | 9 | | **Reichlin** Catherine, de Schwyz, à Genève | directrice | signature collective à 2 * |
| 1 | | | **Robillard** Asli, de France, à Bossey, F | directrice | signature collective à 2 * |
| | 4 | | **Sciacca** Eric, de Genève, à Duillier | directeur | signature collective à 2 * |
| | 9 | | **Sordet** Nicolas, de Genève, à Meinier | directeur | signature collective à 2 * |
| | 3 | | **Vitale** Toni, de Zurich, à Genève | directeur | signature collective à 2 * |
| | 26 | | **Wey Bignens** Renate, de Villmergen, à Crans-près-Céligny | directrice | signature collective à 2 * |
| | 26 | | **Altman Delmotte** Sophie, de Niederbipp, à Genève | directrice adjointe | signature collective à 2 * |
| | 5 | | **Berset** Patrick, de Villargiroud, à Genève | directeur adjoint | signature collective à 2 * |
| 1 | | | **Chacon** Guillermo, d'Espagne, à Troinex | directeur adjoint | signature collective à 2 * |
| | 3 | | **Cottarelli** Michel, de Lausanne, à Plan-les-Ouates | directeur adjoint | signature collective à 2 * |
| 1 | | | **Cross** Christopher, d'Afrique du Sud, à Genève | directeur adjoint | signature collective à 2 * |
| | 26 | | **de Salis-Soglio** John-Maximilian Henry, de Soglio, à Genève | directeur adjoint | signature collective à 2 * |
| | 16 | | **Fabri** Arnaud, de Belgique, à Collonge-Bellerive | directeur adjoint | signature collective à 2 * |
| 1 | | | **Fiander** Ian, de Bernex, à Collonge-Bellerive | directeur adjoint | signature collective à 2 * |
| 1 | | | **Gast** Georges, de Genève, à Chêne-Bougeries | directeur adjoint | signature collective à 2 * |
| | 19 | | **Georgiades** Loizos, de Chypre, à Genève | directeur adjoint | signature collective à 2 * |
| | 26 | | **Gomis** Sébastien, de Bellevue, à Bellevue | directeur adjoint | signature collective à 2 * |
| | 16 | | **Guélat** Fabrice, de Bure, à Genève | directeur adjoint | signature collective à 2 * |
| 16 | | | **Herrera** Daniel, de Bienne, à Lausanne | directeur adjoint | signature collective à 2 * |
| | 5 | | **Hourcq** Xavier, de France, à Nyon | directeur adjoint | signature collective à 2 * |
| 1 | | | **Innaurato** Dominique, de Thônex, à Veyrier | directeur adjoint | signature collective à 2 * |
| | 9 | | **Kohler** Alexandre, de Seehof, à Gland | directeur adjoint | signature collective à 2 * |
| 1 | | | **Layaz** Dominique, d'Orbe, à Veyrier | directeur adjoint | signature collective à 2 * |
| 1 | | | **Manzini** Michel, d'Aigle, à Marchissy | directeur adjoint | signature collective à 2 * |
| | 16 | | **Prado** Matteo, d'Italie, à Morges | directeur adjoint | signature collective à 2 * |
| | 5 | | **Romanens** Laurent, de Sorens, au Grand-Saconnex | directeur adjoint | signature collective à 2 * |
| | 16 | | **Schlaeppi** Iana, de Satigny, à Lancy | directrice adjointe | signature collective à 2 * |
| 1 | | | **Singh Sandhu** Satpal, de Zurich, à Prangins | directeur adjoint | signature collective à 2 * |
| 26 | | | **Soares Da Silva** Ricardo Filipe, du Portugal, à Genève | directeur adjoint | signature collective à 2 * |
| | 9 | | **Vallotton** Bertrand Philippe, de Vallorbe, à Pully | directeur adjoint | signature collective à 2 * |
| | 26 | | **van Endert Mensdorff-Pouilly** Natalia, | directrice adjointe | signature collective à 2 * |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| | | | d'Allemagne, à Thônex | | |
| | 9 | | **Vonovier** Raffaël, de Montreux, à Pully | directeur adjoint | signature collective à 2 * |
| | 16 | | **Werlen** Beatrix, de Ferden, à Prangins | directrice adjointe | signature collective à 2 * |
| 5 | | | **Castello Branco** Flavio, du Brésil, à Genève | directeur adjoint | procuration collective à 2 * |
| 1 | | | **Dimanow** Alexander, de Rolle, à Veyrier | directeur adjoint | procuration collective à 2 * |
| 1 | | | **Fogal** Laurence, de Genève, à Chavannes-de-Bogis | directrice adjointe | procuration collective à 2 * |
| 5 | | | **Hertig** Philippe, de Rüderswil, à Trélex | directeur adjoint | procuration collective à 2 * |
| 8 | | | **Abegglen** Ecaterina, de Ringgenberg, à Prilly | sous-directrice | signature collective à 2 * |
| | 3 | | **Aouad** Alexandre, de Genève, à Genève | sous-directeur | signature collective à 2 * |
| 1 | | | **Butty** Patrice, d'Ursy, à Collonge-Bellerive | sous-directeur | signature collective à 2 * |
| 10 | | | **Cabañas Fariñas** Emilio, d'Espagne, à Rolle | sous-directeur | signature collective à 2 * |
| | 9 | | **Dal Pan** Gaël, de Peney-le-Jorat, à Lausanne | sous-directeur | signature collective à 2 * |
| 9 | | | **De Luna** Roland, de Nyon, à Arzier | sous-directeur | signature collective à 2 * |
| 22 | | | **de Medeiros Barbosa** Guilherme, du Portugal, à Versoix | sous-directeur | signature collective à 2 * |
| 1 | | | **Delabays** Daniel, de Lutry, à Bernex | sous-directeur | signature collective à 2 * |
| 1 | | | **Delaloye** Ludovic, de Vollèges, à Genève | sous-directeur | signature collective à 2 * |
| | 26 | | **Dérobert** Loïse, de Carouge GE, à Genève | sous-directrice | signature collective à 2 * |
| 24 | | | **Desprez** Ringaile, de Lituanie, à Genève | sous-directrice | signature collective à 2 * |
| 21 | | | **Diaz** Teodoro, de Chêne-Bougeries, à Lancy | sous-directeur | signature collective à 2 * |
| | 19 | | **Ducret** Raphaël, de Chardonne, à Rolle | sous-directeur | signature collective à 2 * |
| 9 | | | **Duvernay** Guillaume, de Genève, à Carouge GE | sous-directeur | signature collective à 2 * |
| 1 | | | **Esmoris** José-Manuel, de Genève, à Satigny | sous-directeur | signature collective à 2 * |
| | 26 | | **Faigaux** Daniel, de Mallerey, à Pregny-Chambésy | sous-directeur | signature collective à 2 * |
| 10 | | | **Fauchier-Magnan** Louis, de Genève, à Genève | sous-directeur | signature collective à 2 * |
| 1 | | | **Feutrier** Emmanuel, de Neuchâtel, à Cressier | sous-directeur | signature collective à 2 * |
| 1 | | | **Fillion** Elisabeth, de St-Gall, à Cologny | sous-directrice | signature collective à 2 * |
| 1 | | | **Florey** David, d'Ayer, à Arzier | sous-directeur | signature collective à 2 * |
| 1 | | | **Fragnière** Corinne, de Lessoc, à Founex | sous-directrice | signature collective à 2 * |
| | 3 | | **Gay** Sébastien, de Genève, à Genève | sous-directeur | signature collective à 2 * |
| | 26 | | **Giet** Sylvain, de France, à Genève | sous-directeur | signature collective à 2 * |
| 21 | | | **Göhring** Marc, de Zurich, à Lausanne | sous-directeur | signature collective à 2 * |
| 16 | | | **Hamidouche** Abdel, de France, à Genève | sous-directeur | signature collective à 2 * |
| 1 | | | **Itoh Korsholm** Nami, du Japon, à Prangins | sous-directrice | signature collective à 2 * |
| | 3 | | **Lachat** Serge, d'Asuel, à Lancy | sous-directeur | signature collective à 2 * |
| 6 | | | **Laurencin** Edouard, de France, à Trélex | sous-directeur | signature collective à 2 * |
| 14 | | | **Lehner** Bianca, de Kippel, à Genève | sous-directrice | signature collective à 2 * |
| 10 | | | **Leiser** Martin, de Grossaffoltern, à Neuchâtel | sous-directeur | signature collective à 2 * |
| 1 | | | **Liand** Raphaël, de Savièse, à Tannay | sous-directeur | signature collective à 2 * |
| | 16 | | **Louhichi** Khaled, de Bülach, à Genève | sous-directeur | signature collective à 2 * |
| 21 | | | **Malquarti** Yann, de Blenio, à Confignon | sous-directeur | signature collective à 2 * |
| 12 | | | **Marquez Palgi** Alexandra, d'Espagne, à Genève | sous-directrice | signature collective à 2 * |
| | 3 | | **Martinez** Angel, des Clées, à Bursins | sous-directeur | signature collective à 2 * |
| | 3 | | **Mattei Dee** Anne, de Genève, à Plan-les-Ouates | sous-directrice | signature collective à 2 * |
| 6 | | | **Merckling** Nicolas, de Schaffhouse, à Genève | sous-directeur | signature collective à 2 * |
| 6 | | | **Michellod** Laurence, de Genève, à Genève | sous-directrice | signature collective à 2 * |
| 24 | | | **Milleret** Vincent, de Lancy, à Corsier GE | sous-directeur | signature collective à 2 * |
| 1 | | | **Monney** Patrice, de Saint-Martin, à Chapelle (Glâne) | sous-directeur | signature collectivye à 2 * |
| 24 | | | **Naef** Céline, de Neckertal, à Morges | sous-directrice | signature collective à 2 * |
| | 9 | | **Pinhas** Diane, de Genève, à Vandoeuvres | sous-directrice | signature collective à 2 * |
| 1 | | | **Pistoletti** Olivier, de Törbel, à Onex | sous-directeur | signature collective à 2 * |
| 1 | | | **Pousaz** Alain, d'Ollon, à Vufflens-la-Ville | sous-directeur | signature collective à 2 * |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 1 | | | **Pugliese** Giuseppe, d'Arth, à Meyrin | sous-directeur | signature collective à 2 * |
| 1 | | | **Rossi** Pietro, de Meyrin, à Messery, F | sous-directeur | signature collective à 2 * |
| 1 | | | **Rudaz** Miguel, de Vex, à Morges | sous-directeur | signature collective à 2 * |
| 6 | | | **Saint-Denis** Nicolas, de Morges, à Gland | sous-directeur | signature collective à 2 * |
| | 26 | | **Santucci** Nicolas, d'Italie, à Lancy | sous-directeur | signature collective à 2 * |
| 1 | | | **Schweizer** Hans, de Netstal, à Chêne-Bougeries | sous-directeur | signature collective à 2 * |
| | 19 | | **Semer** Cyril, de Lausanne, à Nendaz | sous-directeur | signature collective à 2 * |
| 26 | | | **Stritzko** Dewi Tiara, de Grande-Bretagne, à Genthod | sous-directrice | signature collective à 2 * |
| 6 | | | **Terradura** Paolo, d'Italie, à Vernier | sous-directeur | signature collective à 2 * |
| | 9 | | **Vassen** Romain, de Cologny, au Grand-Saconnex | sous-directeur | signature collective à 2 * |
| 4 | | | **Verne** Stéphanie, de Monthey, à Genève | sous-directrice | signature collective à 2 * |
| 1 | | | **Verona** Romain, de Damphreux, à Carouge | sous-directeur | signature collective à 2 * |
| 3 | | | **Wittwer** Christophe, de Trub, à Satigny | sous-directeur | signature collective à 2 * |
| 1 | | | **Wüthrich** Claude, de Montagny-près-Yverdon, à Montagny-près-Yverdon | sous-directeur | signature collective à 2 * |
| 20 | | | **Borrelli** Claudio, de Meyrin, à Coppet | sous-directeur | procuration collective à 2 * |
| 1 | | | **Biondo** David, de Genève, à Meyrin | | procuration collective à 2 * |
| 10 | | | **Blättler** Michael, de Lucerne, à Genève | | procuration collective à 2 * |
| 26 | | | **Blechschmidt** Stefan, d'Allemagne, à Vandoeuvres | | procuration collective à 2 * |
| 1 | | | **Bodmer** Vanessa, de Maur, à Genève | | procuration collective à 2 * |
| 21 | | | **Bugarcic** Milan, de Lausanne, à Lausanne | | procuration collective à 2 * |
| 21 | | | **Cirstoiu** Monica, de Roumanie, à Nyon | | procuration collective à 2 * |
| 6 | | | **Cornaz** Catherine, de Faoug, à Chêne-Bourg | | procuration collective à 2 * |
| 9 | | | **Delaloye** Olivier, d'Ardon, au Grand-Saconnex | | procuration collective à 2 * |
| 1 | | | **Dittrich** Pierre, de Bernex, à Lancy | | procuration collective à 2 * |
| 19 | | | **Domingo-Pedret** Silvia, d'Espagne, à Veyrier | | procuration collective à 2 * |
| 26 | | | **Dougoud** Ludovic, de Vuisternens-devant-Romont, à Lausanne | | procuration collective à 2 * |
| 1 | | | **Dupraz** Céline, de Collonge-Bellerive, au Grand-Saconnex | | procuration collective à 2 * |
| 26 | | | **Felber** Zacharias, de Ufhusen, à Genève | | procuration collective à 2 * |
| 19 | | | **Fernandez** Fernand, d'Onex, à Onex | | procuration collective à 2 * |
| 1 | | | **Frei** Michel, de Herdern, à Gland | | procuration collective à 2 * |
| 26 | | | **Garcia Antonio** Michael, de Genolier, à Genolier | | procuration collective à 2 * |
| 1 | | | **Gatti** Maurizio, de Genève, au Grand-Saconnex | | procuration collective à 2 * |
| | 12 | | **Glorioso** Domenica, d'Italie, à Thônex | | procuration collective à 2 * |
| 1 | | | **Guerra** Catherine, de Genève, à Thônex | | procuration collective à 2 * |
| 24 | | | **Hars** Dominique, de France, à Collonge-Bellerive | | procuration collective à 2 * |
| 8 | | | **Heqimi** Sidita, de Genève, à Genève | | procuration collective à 2 * |
| 1 | | | **Iacoviello** Pino, d'Italie, à Nyon | | procuration collective à 2 * |
| 5 | | | **Jacquemai** Fabienne, de Roggenburg, à Lausanne | | procuration collective à 2 * |
| 26 | | | **Lotti** Jérémie, de Sonvico, à Genève | | procuration collective à 2 * |
| 1 | | | **Marini** Fabrizio, de St.Livres, à Perroy | | procuration collective à 2 * |
| 1 | | | **Mattana** Sandra, de Genève, à Meyrin | | procuration collective à 2 * |
| 16 | | | **Mazgoure** Mohamed, de Faoug, à Lausanne | | procuration collective à 2 * |
| 9 | | | **Merhai** Root, de Carouge GE, à Carouge GE | | procuration collective à 2 * |
| 3 | | | **Moreno** Guillermo, d'Espagne, à Genève | | procuration collective à 2 * |
| 1 | | | **Muller** Michael, de Bâle, à Chavannes-de-Bogis | | procuration collective à 2 * |
| 12 | | | **Ortega** Francisco, de Genève, à Genève | | procuration collective à 2 * |
| | 25 | | **Perruchoud** Lionel, de Chalais, à Sierre | | procuration collective à 2 * |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| | 3 | | **Romanens** Nicolas, de Sorens, à Pregny-Chambésy | | procuration collective à 2 * |
| 3 | | | **Rua** Arantxa, d'Espagne, à Begnins | | procuration collective à 2 * |
| 26 | | | **von der Weid** Sarah, de Fribourg, à Genève | | procuration collective à 2 * |
| * | limitée à l'établissement principal | | | | |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 0 | | report | | | 1 | 93 | 02.01.2014 | 08.01.2014 | 1272301 |
| 2 | | Complément | 19.12.2013 | 7225832 | 3 | 7102 | 24.04.2014 | 29.04.2014 | 1475751 |
| 4 | 17505 | 21.10.2014 | 24.10.2014 | 1786697 | 5 | 5700 | 08.04.2015 | 13.04.2015 | 2092609 |
| 6 | 7774 | 12.05.2015 | 18.05.2015 | 2156495 | 7 | 12506 | 03.08.2015 | 06.08.2015 | 2309757 |
| 8 | 19314 | 02.12.2015 | 07.12.2015 | 2523885 | 9 | 5010 | 18.03.2016 | 23.03.2016 | 2741507 |
| 10 | 9987 | 09.06.2016 | 14.06.2016 | 2889177 | 11 | 11229 | 28.06.2016 | 01.07.2016 | 2927193 |
| 12 | 13382 | 03.08.2016 | 08.08.2016 | 2993487 | 13 | 19441 | 18.11.2016 | 23.11.2016 | 3179737 |
| 14 | 6731 | 12.04.2017 | 19.04.2017 | 3474683 | 15 | 9194 | 23.05.2017 | 29.05.2017 | 3548245 |
| 16 | 17742 | 09.10.2017 | 12.10.2017 | 3807027 | 17 | 20025 | 13.11.2017 | 16.11.2017 | 3874195 |
| 18 | 21370 | 01.12.2017 | 06.12.2017 | 3914785 | 19 | 7597 | 23.04.2018 | 26.04.2018 | 4196695 |
| 20 | 9695 | 28.05.2018 | 31.05.2018 | 4261765 | 21 | 22507 | 03.12.2018 | 06.12.2018 | 1004514634 |
| 22 | 22822 | 06.12.2018 | 11.12.2018 | 1004518206 | 23 | 1499 | 21.01.2019 | 24.01.2019 | 1004550402 |
| 24 | 9636 | 20.05.2019 | 23.05.2019 | 1004637272 | 25 | 10779 | 05.06.2019 | 11.06.2019 | 1004648539 |
| 26 | 13227 | 10.07.2019 | 15.07.2019 | 1004676268 | 27 | 13759 | 17.07.2019 | 22.07.2019 | 1004681581 |

Genève, le 23 octobre 2019

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Exhibit 53b



http://rc.ge.ch

**Extract without deletions**

INTERNET EXTRACT
Report          December 16, 2013
Ref. No.        01248/1910
Fed. No.        CH-660.0.060.910-1
UID             **CHE-105.928.223**

# Mirabaud & Cie SA
Registered on December 27, 1910
Corporation (*Société anonyme*)

| Ref. | Corporate Name |
|---|---|
| 1 | Mirabaud & Cie SA<br>(Mirabaud & Cie AG)<br>(Mirabaud & Cie Ltd) |
| | **Registered Office** |
| 1 | Geneva |
| | **Address** |
| 1 | boulevard Georges-Favon 29, 1204 Geneva |
| | **Dates of the Articles of Association** |
| 1 | 12/10/2013 (new Articles of Association) |
| | **Purpose, Comments** |
| 1 | Purpose:<br>Operate a bank and securities trading business (see the Articles of Association for the full purpose). |
| 2 | The identification under number CH-660-0060910-1 is replaced by Company Identification Number (IDE/UID) CHE-105.928.223. |
| | **Conversions (Merger Law)** |
| 1 | "Mirabaud & Cie" Limited Partnership (*société en commandite*) was converted into a corporation (*société anonyme*), according to the conversion project of 12/06/2013 and the balance sheet of 08/31/2013, showing assets in the amount of CHF 3,038,605,746 and liabilities towards third parties in the amount of CHF 2,912,798,746, against allocation to shareholders of 30,000 registered shares of CHF 1,000 [each], with restricted transferability according to the Articles of Association. |
| | **Publication Medium** |
| 1 | Communication to shareholders: written (letter, fax or email) |
| 1 | Swiss Official Gazette of Commerce |
| | **Branches** |
| 1 | Zurich                      1    Basel |

| Ref. | Capital - Shares | | |
|---|---|---|---|
| | **Nominal** | **Paid-up** | **Shares** |
| 1 | CHF 30,000,000 | CHF 30,000,000 | 30,000 registered shares of CHF 1,000 [each], with restricted transferability according to the Articles of Association. |

| Ref. | | | Administration, Board of Auditors and Authorized Signatories | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dcl. | **First Name(s) and Last Name, Origin, Domicile** | **Positions** | **Method of signing** |
| 1 | | | Yves **Mirabaud**, of Geneva, in Collonge-Bellerive | Director, Chairperson | Joint signature by two |
| 1 | | | Lionel **Aeschlimann**, of Langnau im Emmental, in Veyrier | Director, Vice-Chairperson | Joint signature by two |
| 1 | | | Luc **Thévenoz**, of Laconnex, in Carouge (GE) | Director | Joint signature by two |
| 1 | | | Antonio **Vegezzi**, of Vernate, in Genthod | Director | Joint signature by two |
| 1 | | | Suzanne **Wettenschwiler Bucher**, of Rapperswil-Jona, in Zug | Director | Joint signature by two |
| | 27 | | Camille **Vial**, of Geneva, in Geneva | Management member | Joint signature by two |

**CERTIFIED TRANSLATION
ROMTRANSLATION, INC.**



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52          360 Valverde Lane
Wantagh, NY 11793-4024     St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF TRANSLATION

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

*Roxana Dinu*
By: ROXANA DINU
Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
__4th__ day of _February_, 20_20_

_[signature]_
NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_20_
No. 01ST6343368