# Exhibit 54a

# Commercial register of canton Zurich

| Identification number | Legal status | Begin | Entry | Cancelled | Carried from: | 1 |
|---|---|---|---|---|---|---|
| CHE-107.853.659 | Limited partnership | 01.07.1917 | 02.07.1917 | | CH-020.2.902.820-8 on: CH-020.2.902.820-8/b | |

All entries

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 2 | ~~Rahn & Bodmer~~ | 1 | Zürich |
| 2 | 44 | ~~Rahn & Bodmer Co.~~ | | |
| 44 | | **Rahn+Bodmer Co.** | | |

| In | Ca | Qualified facts | In | Ca | Company address |
|---|---|---|---|---|---|
| 2 | | Die Kollektivgesellschaft wird in eine Kommanditgesellschaft umgewandelt. | 1 | | Talstrasse 15<br>8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Bankgeschäft. | 1 | | |

| In | Ca | Remarks, resumption of assets and liabilities | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | | 01.07.1917 | | | |
| 1 | | Uebernahm Aktiven und Passiven der früheren Kollektivgesellschaft "Escher & Rahn", in Zürich. | | | |

| Ref | | Journal | Date | SOGC | | Date SOGC | Page / Id | Ref | | Journal | Date | SOGC | | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 11841 | 26.03.2009 | 63 | | 01.04.2009 | 30 / 4953304 | 31 | | 31405 | 24.09.2014 | 187 | | 29.09.2014 | 1737271 |
| 2 | | 14419 | 17.04.2009 | 77 | | 23.04.2009 | 29 / 4985572 | 32 | | 35891 | 29.10.2014 | 212 | | 03.11.2014 | 1799733 |
| 3 | R | 15089 | 23.04.2009 | 81 | R | 29.04.2009 | 30 / 4994738 | 33 | | 2756 | 20.01.2015 | 15 | | 23.01.2015 | 1948583 |
| 4 | | 17964 | 15.05.2009 | 97 | | 22.05.2009 | 31 / 5030892 | 34 | R | 3580 | 26.01.2015 | 19 | R | 29.01.2015 | 1958701 |
| 5 | | 25161 | 02.07.2009 | 129 | | 08.07.2009 | 47 / 5123318 | 35 | | 10426 | 19.03.2015 | 57 | | 24.03.2015 | 2059211 |
| 6 | | 50797 | 23.12.2009 | 253 | | 30.12.2009 | 47 / 5421222 | 36 | | 15607 | 30.04.2015 | 85 | | 05.05.2015 | 2134489 |
| 7 | | 10925 | 16.03.2010 | 56 | | 22.03.2010 | 28 / 5551286 | 37 | | 20105 | 08.06.2015 | 110 | | 11.06.2015 | 2200027 |
| 8 | A | 12360 | 25.03.2010 | 63 | A | 31.03.2010 | 29 / 5568128 | 38 | | 25265 | 14.07.2015 | 136 | | 17.07.2015 | 2275149 |
| 9 | | 14469 | 13.04.2010 | 74 | | 19.04.2010 | 27 / 5592130 | 39 | | 30533 | 31.08.2015 | 170 | | 03.09.2015 | 2353643 |
| 10 | | 22127 | 16.06.2010 | 118 | | 22.06.2010 | 28 / 5687616 | 40 | | 34177 | 30.09.2015 | 192 | | 05.10.2015 | 2407253 |
| 11 | | 29434 | 12.08.2010 | 159 | | 18.08.2010 | 23 / 5775536 | 41 | | 39027 | 06.11.2015 | 219 | | 11.11.2015 | 2475473 |
| 12 | | 37985 | 27.10.2010 | 213 | | 02.11.2010 | 25 / 5877860 | 42 | | 3477 | 26.01.2016 | 20 | | 29.01.2016 | 2627519 |
| 13 | | 42292 | 02.12.2010 | 239 | | 08.12.2010 | 25 / 5929734 | 43 | | 11482 | 30.03.2016 | 64 | | 04.04.2016 | 2756171 |
| 14 | | 6444 | 15.02.2011 | 36 | | 21.02.2011 | 26 / 6041808 | 44 | | 12810 | 11.04.2016 | 72 | | 14.04.2016 | 2778179 |
| 15 | | 10110 | 14.03.2011 | 54 | | 17.03.2011 | 6080644 | 45 | | 21853 | 21.06.2016 | 121 | | 24.06.2016 | 2910609 |
| 16 | | 14854 | 19.04.2011 | 80 | | 26.04.2011 | 6135096 | 46 | | 35997 | 06.10.2016 | 197 | | 11.10.2016 | 3100707 |
| 17 | | 27571 | 27.07.2011 | 147 | | 02.08.2011 | 6280352 | 47 | | 43364 | 06.12.2016 | 240 | | 09.12.2016 | 3212045 |
| 18 | | 43430 | 05.12.2011 | 239 | | 08.12.2011 | 6450110 | 48 | | 4844 | 03.02.2017 | 27 | | 08.02.2017 | 3333923 |
| 19 | | 6593 | 17.02.2012 | 37 | | 22.02.2012 | 6564182 | 49 | | 11562 | 29.03.2017 | 65 | | 03.04.2017 | 3440859 |
| 20 | | 10444 | 22.03.2012 | 61 | | 27.03.2012 | 6611496 | 50 | | 24388 | 10.07.2017 | 134 | | 13.07.2017 | 3644005 |
| 21 | | 12360 | 10.04.2012 | 72 | | 13.04.2012 | 6636782 | 51 | | 41933 | 30.11.2017 | 236 | | 05.12.2017 | 3909641 |
| 22 | | 24559 | 19.07.2012 | 142 | | 24.07.2012 | 6783304 | 52 | | 3475 | 23.01.2018 | 18 | | 26.01.2018 | 4016909 |
| 23 | | 3259 | 29.01.2013 | 22 | | 01.02.2013 | 7045382 | 53 | | 11617 | 26.03.2018 | 62 | | 29.03.2018 | 4142115 |
| 24 | | 13919 | 26.04.2013 | 83 | | 01.05.2013 | 7171492 | 54 | | 17852 | 18.05.2018 | 98 | | 24.05.2018 | 4245747 |
| 25 | | 17000 | 31.05.2013 | 106 | | 05.06.2013 | 7214016 | 55 | | 34813 | 28.09.2018 | 191 | | 03.10.2018 | 1004467805 |
| 26 | | 27118 | 27.08.2013 | 167 | | 30.08.2013 | 1051401 | 56 | | 3441 | 21.01.2019 | 16 | | 24.01.2019 | 1004549485 |
| 27 | | 33928 | 24.10.2013 | 209 | | 29.10.2013 | 1150651 | 57 | | 8831 | 27.02.2019 | 43 | | 04.03.2019 | 1004578910 |
| 28 | | 4529 | 04.02.2014 | 26 | | 07.02.2014 | 1332441 | 58 | | 22588 | 12.06.2019 | 114 | | 17.06.2019 | 1004652085 |
| 29 | | 10581 | 25.03.2014 | 61 | | 28.03.2014 | 1422425 | 59 | | 32987 | 23.08.2019 | 165 | | 28.08.2019 | 1004703894 |
| 30 | | 27790 | 22.08.2014 | 164 | | 27.08.2014 | 1682717 | 60 | | 2427 | 15.01.2020 | 12 | | 20.01.2020 | 1004808522 |

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 1 | | 10m | ~~Abegg, Cécile, von Herrliberg und Zürich, in Wettingen~~ | | | ~~joint agent signature at two~~ |

Zürich, 05.03.2020                                                                                              Continuation on the following page



# Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | | Zürich |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 1 | | 33m | ~~Ambrogini, Daniel, von Entlebuch, in Oberwil-Lieli~~ | | | ~~joint agent signature at two~~ |
| 1 | | 14m | ~~Arnosti, Barbara, von Basel, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 52 | ~~Bacher, Peter Wilhelm, von Lungern, in Niederglatt~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Barberino, Sascha, italienischer Staatsangehöriger, in Zürich | | | joint agent signature at two |
| 1 | | | Berchtold, Reto, von Zürich, in Wollerau | | | joint agent signature at two |
| 1 | | 24 | ~~Bilgic, Hüseyin, von Zürich, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 33m | ~~Bossard, Alexander, von Zürich, in Adliswil~~ | | | ~~joint agent signature at two~~ |
| 1 | | 24 | ~~Crandall, Colin, von Zürich, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Di Prizio, Michele, italienischer Staatsangehöriger, in Winterthur | | | joint agent signature at two |
| 1 | | | Dosch, Reto, von Tinizong-Rona, in Stäfa | | | joint agent signature at two |
| 1 | | | Dutli, Peter, von Oberbüren, in Bäretswil | | | joint agent signature at two |
| 1 | | | Ehrbar, Jürg, von Urnäsch, in Mels | | | joint agent signature at two |
| 1 | | 11 | ~~Fischer, Claudia, von Baar, in Bassersdorf~~ | | | ~~joint agent signature at two~~ |
| 1 | | 20 | ~~Furger, Daniel, von Vals, in Affeltrangen~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Gähwiler, Urs, von Kirchberg SG, in Zürich | | | joint agent signature at two |
| 1 | | 14m | ~~Gasche, Dominik, von Oekingen, in Uster~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Gasser, Marianne, von Zürich, in Zürich | | | joint agent signature at two |
| 1 | | 14m | ~~Gut, Sandra, von Obfelden, in Winterthur~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7m | ~~Häbig, Natascha, von Rümlang, in Schwerzenbach~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7 | ~~Heimgartner, Erich, von Baden, in Brugg~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7 | ~~Heinzmann, Arthur, von Visperterminen, in Oberglatt~~ | | | ~~joint agent signature at two~~ |
| 1 | | 28m | ~~Hintermann, Stephan, von Niederglatt und Niederhasli, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 14 | ~~Hobi, Othmar, von Flums, in Herrliberg~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7m | ~~Hostettler, Sascha, von Uttwil, in Cham~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7m | ~~Huber, Dorina, von Zürich und Biel BE, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 18m | ~~Iseli, Claudia, von Winterthur, in Bassersdorf~~ | | | ~~joint agent signature at two~~ |
| 1 | | 30 | ~~Kessler, Bruno, von Galgenen, in Uster~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Knecht, Bernhard, von Döttingen, in Birmensdorf ZH | | | joint agent signature at two |
| 1 | | 25 | ~~Koch, Jakob, von Tamins, in Schübelbach~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7m | ~~Küchler, Thorsten, deutscher Staatsangehöriger, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 33 | ~~Kunst, Apollonia, von Oberlunkhofen, in Oberlunkhofen~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Megert, Jürg, von Steffisburg, in Dietlikon | | | joint agent signature at two |
| 1 | | 18 | ~~Metzke, Tobias, deutscher Staatsangehöriger, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Michel, Stephan, von Bönigen, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 42 | ~~Morell Muller, Martha, von Fribourg und Zürich, in Jona~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Müller, Blanca, von Oberägeri, in Unterägeri | | | joint agent signature at two |
| 1 | | 52 | ~~Nauer, Hanspeter, von Weiach, in Stäfa~~ | | | ~~joint agent signature at two~~ |
| 1 | | 41m | ~~Patella, Massimiliano, italienischer Staatsangehöriger, in Bassersdorf~~ | | | ~~joint agent signature at two~~ |
| 1 | | 7m | ~~Payer, Bernhard Alexander, von Meilen, in Küsnacht ZH~~ | | | ~~joint agent signature at two~~ |

# Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | | Zürich | 3 |

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 1 |  | 19m | Riesen, Markus, von Rüeggisberg, in Dietlikon |  |  | joint agent signature at two |
| 1 |  | 12 | Rösner, Regina, von Uster, in Oberengstringen |  |  | joint agent signature at two |
| 1 |  | 18 | Ruetz, Marlise, von Winterthur, in Eglisau |  |  | joint agent signature at two |
| 1 |  | 10m | Schättin, Beat, von Wangen SZ, in Zollikon |  |  | joint agent signature at two |
| 1 |  |  | Schmid, Karl Franz, von Zürich und Vals, in Bassersdorf |  |  | joint agent signature at two |
| 1 |  | 9 | Schneider, Erika, von Thun, in Oberengstringen |  |  | joint agent signature at two |
| 1 |  | 5m | Steiger, Beat, von Zürich, in Oberengstringen |  |  | joint agent signature at two |
| 1 |  | 10m | Tobler, Peter, von Schönengrund, in Horgen |  |  | joint agent signature at two |
| 1 |  |  | Waespi, Roger, von Zumikon, in Fällanden |  |  | joint agent signature at two |
| 1 |  | 23 | Walpen, Ursula, von Luzern, in Bergdietikon |  |  | joint agent signature at two |
| 1 |  | 23 | Wartmann, Thomas, von Bauma, in Schneisingen |  |  | joint agent signature at two |
| 1 |  | 48m | Weber, Patrick, von Gontenschwil, in Untersiggenthal |  |  | joint agent signature at two |
| 1 |  | 30 | Wenger, Ernst, von Kirchenthurnen, in Wettingen |  |  | joint agent signature at two |
| 1 |  | 33m | Wissmann, Peter, von Wädenswil, in Wädenswil |  |  | joint agent signature at two |
| 1 |  | 2m | Bidermann, Martin H., von Winterthur, in Erlenbach ZH | partner |  | single signature |
| 1 |  | 2m | Bidermann, Christian, von Winterthur, in Zollikon | partner |  | single signature |
| 1 |  | 2m | Bodmer, André Marc, von Zürich, in Zumikon | partner |  | single signature |
| 1 |  | 2m | Rahn, Dr. Christian, von Zürich, in Zürich | partner |  | single signature |
| 1 |  | 2m | Rahn, Peter R., von Zürich, in Kilchberg ZH | partner |  | single signature |
| 1 |  |  | Angst, Urs, von Wil ZH, in Rafz | director |  | joint signature at two |
| 1 |  |  | Bill, Robert, von Münchenbuchsee, in Fischenthal | director |  | joint signature at two |
| 1 |  | 54 | Bösch, Heinz, von Zürich, in Wil ZH | director |  | joint signature at two |
| 1 |  | 20 | Dünki, Martin, von Glattfelden, in Wil ZH | director |  | joint signature at two |
| 1 |  | 12 | Gehrig, Franz, von Kirchberg SG, in Hinwil | director |  | joint signature at two |
| 1 |  |  | Hostettler, Ulrich, von Rüschegg, in Uster | director |  | joint signature at two |
| 1 |  | 10 | Jacober, Anton F., von Zürich, in Lindau | director |  | joint signature at two |
| 1 |  |  | Peyer, Markus, von Zürich, in Oberrieden | director |  | joint signature at two |
| 1 |  | 38 | Schaad, Robert, von Hallau und Oberhallau, in Hallau | director |  | joint signature at two |
| 1 |  |  | Schenkel, Thomas, von Weiach, in Bülach | director |  | joint signature at two |
| 1 |  | 28 | Schwendinger, Peter, von Zürich, in Wollerau | director |  | joint signature at two |
| 1 |  |  | Steinebrunner, Thomas, von Thalwil, in Rüschlikon | director |  | joint signature at two |
| 1 |  |  | Steinhauser, Eric, von Uster, in Gommiswald | director |  | joint signature at two |
| 1 |  |  | Bodmer, René H., von Zürich, in Zürich | Deputy Director |  | joint signature at two |
| 1 |  |  | Brunner, Urs, von Therwil, in Russikon | Deputy Director |  | joint signature at two |
| 1 |  | 24 | Huber, Othmar, von Besenbüren, in Bergdietikon | Deputy Director |  | joint signature at two |
| 1 |  | 23m | Immer, Michel, von Oberhofen am Thunersee, in Zürich | Deputy Director |  | joint signature at two |
| 1 |  | 23m | Oppliger Immer, Rolf, von Sumiswald, in Oberlunkhofen | Deputy Director |  | joint signature at two |
| 1 |  | 7 | Rahm, Richard, von Hallau, in Seuzach | Deputy Director |  | joint signature at two |
| 1 |  | 42 | Rau, Theophil, von Aadorf, in Bremgarten AG | Deputy Director |  | joint signature at two |
| 1 |  |  | von Rotz, Beat, von Kerns, in Cham | Deputy Director |  | joint signature at two |
| 1 |  |  | Vital, Roman, von Sent, in Fällanden | Deputy Director |  | joint signature at two |

Zürich, 05.03.2020

Continuation on the following page



# Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | | Zürich |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 1 | | 19 | ~~Egger, Fritz, von Pfäfers, in Bad Ragaz~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 10m | ~~Hartmann, Pascal, von Altwis, in Kilchberg ZH~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 18 | ~~Isker, René, von Zürich, in Zürich~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | | Lindauer, Christian, von Schwyz, in Dübendorf | vice-director | | joint signature at two |
| 1 | | 7 | ~~Mächler, Willy, von Zürich, in Bonstetten~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 42m | ~~Piaget, Carlo, von Zürich und Bayards,Les, in Herrliberg~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 33m | ~~Steiger, Andreas, von Altstätten, in Lengnau AG~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 10 | ~~Lorenzi, Christa, von Zufikon und Weinfelden, in Maur~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 24m | ~~Kulhoff Luggen, Dr. Birgit, von Zürich, in Baden~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 1 | | 17 | ~~Barbaro, Ruben, von Arbon, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 1 | | 16 | ~~Hauenstein, Theodor, von Tegerfelden, in Biberstein~~ | | | ~~joint agent signature at two~~ |
| 1 | | 41 | ~~Meier, René, von Opfikon, in Unterägeri~~ | | | ~~joint agent signature at two~~ |
| 1 | | | Näpfli, Anton, von Visp, in Mülligen | | | joint agent signature at two |
| 1 | | | Riggenbach, Mathias, von Zeglingen, in Bonstetten | | | joint agent signature at two |
| 1 | | | Scala, Giuseppe, von Zürich, in Zürich | | | joint agent signature at two |
| 1 | | 28m | ~~Albrecht, Iris, deutsche Staatsangehörige, in Bonstetten~~ | | | ~~joint agent signature at two~~ |
| 1 | | 11 | ~~Eschner, Sandra, deutsche Staatsangehörige, in Zürich~~ | | | ~~joint agent signature at two~~ |
| | 2 | | Bidermann, Christian, von Winterthur, in Zollikon | partner with unlimited liability | | single signature |
| | 2 | | Bidermann, Martin H., von Winterthur, in Erlenbach ZH | partner with unlimited liability | | single signature |
| | 2 | | Bodmer, André Marc, von Zürich, in Zumikon | partner with unlimited liability | | single signature |
| | 2 | | Rahn, Dr. Christian, von Zürich, in Zürich | partner with unlimited liability | | single signature |
| | 2 | | Rahn, Peter R., von Zürich, in Kilchberg ZH | partner with unlimited liability | | single signature |
| 2 | | 29m | ~~Rahn & Bodmer Beteiligungsgesellschaft AG I (CH-020.3.033.561-1), in Zürich~~ | ~~limited partner~~ | ~~8'000'000.00~~ | |
| 2 | | 29m | ~~Rahn & Bodmer Beteiligungsgesellschaft AG II (CH-020.3.033.562-6), in Zürich~~ | ~~limited partner~~ | ~~8'000'000.00~~ | |
| 2 | | 3m | ~~Rahn & Bodmer Beteiligungsgesellschaft AG III (CH-020.3.033.563-4), in Zürich~~ | ~~limited partner~~ | ~~8'000'000.00~~ | |
| 2 | | 29m | ~~Rahn & Bodmer Beteiligungsgesellschaft AG IV (CH-020.3.033.564-2), in Zürich~~ | ~~limited partner~~ | ~~8'000'000.00~~ | |
| 2 | | 29m | ~~Rahn & Bodmer Beteiligungsgesellschaft AG V (CH-020.3.033.565-8), in Zürich~~ | ~~limited partner~~ | ~~8'000'000.00~~ | |
| | 3 | 29m | ~~Rahn & Bodmer Beteiligungsgesellschaft AG III (CH-020.3.033.563-4), in Zürich~~ | ~~limited partner~~ | ~~16'000'000.00~~ | |
| 4 | | 23 | ~~Burgert, Oliver, deutscher Staatsangehöriger, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 4 | | | Hirschburger, Sabine, von Rapperswil-Jona, in Rapperswil-Jona | | | joint agent signature at two |
| 4 | | 19m | ~~Lock, Daniel, von Lugano, in Zürich~~ | | | ~~joint agent signature at two~~ |
| | 5 | 52m | ~~Steiger, Beat, von Zürich, in Oberengstringen~~ | vice-director | | ~~joint signature at two~~ |
| 5 | | 19m | ~~Müller, Dominik Christoph, von Küsnacht ZH, in Zürich~~ | | | ~~joint agent signature at two~~ |

Zürich, 05.03.2020

Continuation on the following page

# Commercial register of canton Zurich

| E-107.853.659 | Rahn+Bodmer Co. | | | Zürich | 5 |

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 6 | | 28m | Hättenschwiler, Walter, von Gossau SG, in Zürich | | | joint agent signature at two |
| | 7 | 10m | Payer, Bernhard Alexander, von Meilen, in Grüningen | | | joint agent signature at two |
| | 7 | 31 | Häbig, Natascha, von Rümlang, in Schwerzenbach | vice-director | | joint signature at two |
| | 7 | 23 | Hostettler, Sascha, von Uttwil, in Cham | vice-director | | joint signature at two |
| | 7 | | Huber, Dorina, von Zürich und Biel BE, in Zürich | vice-director | | joint signature at two |
| | 7 | 48m | Küchler, Thorsten, deutscher Staatsangehöriger, in Zürich | vice-director | | joint signature at two |
| 7 | | 8m | De Vincenzo, Augusto, italienischer Staatsangehöriger, in Wil SG | | | |
| 7 | | 23m | Nussbaumer, Nicolai, von Glattfelden, in Zürich | | | joint agent signature at two |
| 7 | | 48m | Reichmuth, Martin, von Schwyz, in Altendorf | | | joint agent signature at two |
| | 8 | 10 | De Vincenzo, Augusto, italienischer Staatsangehöriger, in Wil SG | | | joint agent signature at two |
| 9 | | 48 | Erni, Christoph, von Niedergösgen, in Oetwil an der Limmat | Deputy Director | | joint signature at two |
| | 10 | 33m | Hartmann, Pascal, von Altwis, in Wettswil am Albis | vice-director | | joint signature at two |
| | 10 | 27 | Payer, Bernhard Alexander, von Meilen, in Zollikon | | | joint agent signature at two |
| | 10 | 16 | Schättin, Beat, von Wangen SZ, in Zürich | | | joint agent signature at two |
| | 10 | | Tobler, Peter, von Schönengrund, in Oberrieden | | | joint agent signature at two |
| | 10 | 39 | Sommer, Cécile, von Herrliberg, in Wettingen | | | joint agent signature at two |
| 12 | | 19m | Baumann, Pascal, von Thun, in Uetikon am See | | | joint agent signature at two |
| 13 | | 23m | Facchinetti, Alexander, von Schlans, in Hombrechtikon | vice-director | | joint signature at two |
| 13 | | 26m | Schafflützel, Marco, von Bubikon, in Meilen | | | joint agent signature at two |
| | 14 | 33m | Arnosti, Barbara, von Basel, in Zürich | vice-director | | joint signature at two |
| | 14 | 33m | Gasche, Dominik, von Oekingen, in Uster | vice-director | | joint signature at two |
| | 14 | 23m | Gut, Sandra, von Obfelden, in Winterthur | vice-director | | joint signature at two |
| 14 | | | Fazlija, Burhan, von Uster, in Uster | | | joint agent signature at two |
| 14 | | 42m | Imondi, Walter, italienischer Staatsangehöriger, in Zürich | | | joint agent signature at two |
| 14 | | | Lapenna, Nicola, von Oberengstringen, in Oberengstringen | | | joint agent signature at two |
| 14 | | 33m | Lohri, Ramon, von Zürich, in Wangen-Brüttisellen | | | joint agent signature at two |
| 14 | | | Nussio, Enrico, von Brusio, in Maur | | | joint agent signature at two |
| 14 | | 23 | Pamay, Ugur, von Winterthur, in Wädenswil | | | joint agent signature at two |
| 14 | | 21 | Santi, Alessandro, von Zürich, in Bubikon | | | joint agent signature at two |
| 15 | | 21 | Grieder, Denise, von Wintersingen, in Eich | Deputy Director | | joint signature at two |
| 16 | | 33m | Gubler, Philipp, von Zürich, in Wollerau | vice-director | | joint signature at two |
| 16 | | 33m | Reichlin, Ronny, von Steinerberg, in Ingenbohl | | | joint agent signature at two |
| 17 | | 19m | Kälin, Nicole, von Zürich, in Zürich | | | joint agent signature at two |
| 17 | | 51 | Schriber, Marco, von Dübendorf, in Pfungen | | | joint agent signature at two |
| | 18 | | Iseli, Claudia, von Winterthur, in Meisterschwanden | | | joint agent signature at two |
| | 18 | | Lederer, Gabriela, von Erlenbach ZH, in Küsnacht ZH | | | joint agent signature at two |
| | 19 | 23m | Gründler, Nicole, von Zürich, in Küsnacht ZH | | | joint agent signature at two |

Zürich, 05.03.2020                                                  Continuation on the following page



# Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | | Zürich |

**All entries**

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
|  | 19 | 29m | ~~Baumann, Pascal, von Thun, in Uetikon am See~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
|  | 19 | 48m | ~~Müller, Dominik Christoph, von Küsnacht ZH, in Zürich~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
|  | 19 | 52m | ~~Riesen, Markus, von Rüeggisberg, in Dietlikon~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
| 19 | 28m |  | ~~Suter, Michael, von Frick, in Mettmenstetten~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
| 19 |  | 38 | ~~Fernandez, Katharina, deutsche Staatsangehörige, in Aarau~~ |  |  | ~~joint agent signature at two~~ |
| 19 |  | 32 | ~~Frey, Ralph, von Gontenschwil, in Zürich~~ |  |  | ~~joint agent signature at two~~ |
|  | 19 | 27 | ~~Lock, Daniel, von Lugano, in Rüschlikon~~ |  |  | ~~joint agent signature at two~~ |
| 19 |  | 36 | ~~Lüttin, Alexander, deutscher Staatsangehöriger, in Dübendorf~~ |  |  | ~~joint agent signature at two~~ |
| 19 |  | 37 | ~~Mathieu, Pascal, von Albinen, in Sursee~~ |  |  | ~~joint agent signature at two~~ |
| 19 |  | 51 | ~~Matter, Marcel, von Zürich, in Volketswil~~ |  |  | ~~joint agent signature at two~~ |
| 19 |  |  | Pianezzi, Ivan, von Vezia, in Kloten |  |  | joint agent signature at two |
| 19 |  | 33 | ~~Rauber, Stefan, von Wolfwil, in Zürich~~ |  |  | ~~joint agent signature at two~~ |
| 19 |  | 31 | ~~Rossi, Oliver, von Mendrisio, in Zürich~~ |  |  | ~~joint agent signature at two~~ |
| 20 |  | 52m | ~~Thum, Daniel, von Benken SG, in Illnau-Effretikon~~ |  |  | ~~joint agent signature at two~~ |
| 22 |  | 42m | ~~Pult, Adrian Markus, von Maur, in Maur~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
|  | 23 | 28m | ~~Nussbaumer, Nicole, von Zürich, in Zürich~~ |  |  | ~~joint agent signature at two~~ |
|  | 23 |  | Immer, Michel, von Oberhofen am Thunersee, in Zürich | director |  | joint signature at two |
|  | 23 | 26m | ~~Oppliger-Immer, Rolf, von Sumiswald, in Oberlunkhofen~~ | ~~director~~ |  | ~~joint signature at two~~ |
|  | 23 | 28m | ~~Facchinetti, Alexander, von Trun, in Hombrechtikon~~ | ~~Deputy Director~~ |  | ~~joint signature at two~~ |
|  | 23 |  | Hurtig, Sandra, von Obfelden, in Winterthur | vice-director |  | joint signature at two |
|  | 23 | 28m | ~~Nussbaumer, Nicolai, von Glattfelden, in Zürich~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
| 23 |  |  | Bercher, Sibylle, von Escholzmatt, in Gossau ZH |  |  | joint agent signature at two |
| 23 |  |  | De Cia, Loredana, von Zürich, in Dietikon |  |  | joint agent signature at two |
| 23 |  | 30 | ~~Hanke, Sabine, von Glarus Süd, in Rapperswil-Jona~~ |  |  | ~~joint agent signature at two~~ |
| 23 |  |  | Strickler, Marta, von Neuheim, in Zug |  |  | joint agent signature at two |
| 24 |  | 56 | ~~Engeler, Bernhard, von Aadorf, in Zumikon~~ | ~~Deputy Director~~ |  | ~~joint signature at two~~ |
|  | 24 | 57 | ~~Kulhoff, Dr. Birgit, von Zürich, in Baden~~ | ~~vice-director~~ |  | ~~joint signature at two~~ |
| 25 |  | 42m | ~~Casabella Llanderrozas, Bruno, spanischer Staatsangehöriger, in Zürich~~ |  |  | ~~joint agent signature at two~~ |
|  | 26 |  | Oppliger, Rolf, von Sumiswald, in Oberlunkhofen | director |  | joint signature at two |
|  | 26 | 42m | ~~Schafflützel, Marco, von Bubikon, in Schwerzenbach~~ |  |  | ~~joint agent signature at two~~ |
| 26 |  | 33m | ~~Keller, Aron, von Bibern SO, in Lenzburg~~ |  |  | ~~joint agent signature at two~~ |
| 27 |  | 38 | ~~Schulz, Manuela, deutsche Staatsangehörige, in Zug~~ |  |  | ~~joint agent signature at two~~ |
| 27 |  | 32m | ~~Weibel, Isabelle, von Rapperswil-Jona, in Altendorf~~ |  |  | ~~joint agent signature at two~~ |
|  | 28 | 33m | ~~Nussbaumer, Nicole, von Zürich, in Küsnacht ZH~~ |  |  | ~~joint agent signature at two~~ |
|  | 28 |  | Facchinetti, Alexander, von Trun, in Hombrechtikon | director |  | joint signature at two |
|  | 28 |  | Suter, Michael, von Frick, in Mettmenstetten | Deputy Director |  | joint signature at two |

Zürich, 05.03.2020
Continuation on the following page

# Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | | Zürich | 7 |

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|----|----|----|---------------|----------|-----------|-----------|
|    | 28 | 33m | Nussbaumer, Nicolai, von Glattfelden, in Küsnacht ZH | vice-director | | joint signature at two |
|    | 28 |    | Albrecht, Iris, deutsche Staatsangehörige, in Bonstetten | vice-director | | joint agent signature at two |
|    | 28 | 48m | Hättenschwiler, Walter, von Gossau SG, in Zürich | vice-director | | joint agent signature at two |
|    | 28 |    | Hintermann, Stephan, von Niederglatt und Niederhasli, in Zürich | vice-director | | joint agent signature at two |
| 28 |    |    | Bünzli, René, von Lindau, in Illnau-Effretikon | | | joint agent signature at two |
| 28 |    | 48 | Fischer, Katrin, von Schaffhausen, in Schaffhausen | | | joint agent signature at two |
| 28 |    |    | Kühne, Edgar, von Gommiswald, in Wädenswil | | | joint agent signature at two |
| 28 |    |    | Schaufelberger, Ariane, von Zürich, in Freienbach | | | joint agent signature at two |
| 28 |    | 56 | Specker, Vanessa, von Winterthur, in Zürich | | | joint agent signature at two |
| 28 |    |    | Tanner, Pascal, von Horgen, in Opfikon | | | joint agent signature at two |
| 28 |    |    | Wenaweser, Christian, von Klingnau, in Zürich | | | joint agent signature at two |
| 28 |    |    | Zorn, Thomas, von Küsnacht ZH, in Küsnacht ZH | | | joint agent signature at two |
|    | 29 | 50m | Rahn & Bodmer Beteiligungsgesellschaft AG I (CHE-114.755.677), in Zürich | limited partner | 8'000'000.00 | |
|    | 29 | 50m | Rahn & Bodmer Beteiligungsgesellschaft AG II (CHE-114.755.683), in Zürich | limited partner | 8'000'000.00 | |
|    | 29 | 50m | Rahn & Bodmer Beteiligungsgesellschaft AG III (CHE-114.757.156), in Zürich | limited partner | 16'000'000.00 | |
|    | 29 |    | Rahn & Bodmer Beteiligungsgesellschaft AG IV (CHE-114.757.162), in Zürich | limited partner | 8'000'000.00 | |
|    | 29 | 50m | Rahn & Bodmer Beteiligungsgesellschaft AG V (CHE-114.755.708), in Zürich | limited partner | 8'000'000.00 | |
|    | 29 |    | Baumann, Pascal, von Thun, in Zürich | vice-director | | joint signature at two |
| 29 |    | 56m | Willi, Jürg, von Gais, in St. Gallen | vice-director | | joint signature at two |
| 30 |    | 51m | Patzschke, Reto, deutscher Staatsangehöriger, in Zürich | | | joint agent signature at two |
| 31 |    | 36 | Fossa, Marco, italienischer Staatsangehöriger, in Basel | Deputy Director | | joint signature at two |
| 31 |    | 48m | Glättli, Stephan, von Zürich, in Thalwil | Deputy Director | | joint signature at two |
|    | 32 | 60m | Bollhalder, Isabelle, von Rapperswil BE, in Altendorf | | | joint agent signature at two |
| 32 |    |    | Gnepf, Andrea, von Horgen, in Oberrieden | | | joint agent signature at two |
|    | 33 | 59 | Arnosti, Barbara, von Basel, in Uttwil | Deputy Director | | joint signature at two |
|    | 33 |    | Gasche, Dominik, von Oekingen, in Uster | Deputy Director | | joint signature at two |
|    | 33 | 51 | Gubler, Philipp, von Zürich, in Wollerau | Deputy Director | | joint signature at two |
|    | 33 |    | Hartmann, Pascal, von Altwis, in Wettswil am Albis | Deputy Director | | joint signature at two |
|    | 33 |    | Nussbaumer, Nicolai, von Glattfelden, in Küsnacht ZH | Deputy Director | | joint signature at two |
|    | 33 |    | Steiger, Andreas, von Altstätten, in Lengnau AG | Deputy Director | | joint signature at two |
|    | 33 |    | Ambrogini, Daniel, von Entlebuch, in Oberwil-Lieli | vice-director | | joint signature at two |
|    | 33 |    | Bossard, Alexander, von Zürich, in Adliswil | vice-director | | joint signature at two |
|    | 33 | 34m | Keller, Aron, von Bibern SO, in Lenzburg | vice-director | | joint signature at two |
|    | 33 | 52m | Lohri, Ramon, von Zürich, in Wangen-Brüttisellen | vice-director | | joint signature at two |


# Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | | Zürich |

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| | 33 | 60m | ~~Nussbaumer, Nicole, von Zürich, in Küsnacht ZH~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| | 33 | 52m | ~~Reichlin, Ronny, von Steinerberg, in Ingenbohl~~ | vice-director | | ~~joint signature at two~~ |
| | 33 | | Wissmann, Peter, von Wädenswil, in Wädenswil | vice-director | | joint signature at two |
| 33 | | 51 | ~~Blume, Annette, von Zürich, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 33 | | 38 | ~~Bottinelli, Manuel, von Lugano, in Bülach~~ | | | ~~joint agent signature at two~~ |
| 33 | | | Mauch, Jodok, von Zofingen, in Cham | | | joint agent signature at two |
| 33 | | | Müller, Laura, von Winterthur, in Zürich | | | joint agent signature at two |
| 33 | | 59 | ~~Nideröst, Jessica, von Langnau am Albis, in Langnau am Albis~~ | | | ~~joint agent signature at two~~ |
| 33 | | 42 | ~~Prester, Matilde, von Oetwil am See, in Volketswil~~ | | | ~~joint agent signature at two~~ |
| 33 | | 43 | ~~Rosenberger, Daniel, von Weinfelden, in Küsnacht ZH~~ | | | ~~joint agent signature at two~~ |
| | 34 | 57 | ~~Keller, Aron, von Thayngen, in Lenzburg~~ | vice-director | | ~~joint signature at two~~ |
| 35 | | 50 | ~~Vogt, Josef, von Wangen SZ, in Wangen SZ~~ | ~~Deputy Director~~ | | ~~joint signature at two~~ |
| 35 | | 46 | ~~Schwitter, Andrea, von Ehrendingen, in Ehrendingen~~ | | | ~~joint agent signature at two~~ |
| 36 | | 40m | ~~Schreiber, Simone, von Walenstadt, in Zürich~~ | | | ~~joint signature at two~~ |
| 37 | | 56m | ~~Elmer, Jan, von Hinwil, in Wangen SZ~~ | | | ~~joint agent signature at two~~ |
| 38 | | 40m | ~~Roth, Ronald, von Adliswil, in Kilchberg ZH~~ | | | ~~joint signature at two~~ |
| 39 | | | Moscariello, Gerardo, von Knonau, in Bonstetten | Deputy Director | | joint signature at two |
| 40 | | 52m | ~~Schütz, Daniel, von Zürich, in Horgen~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| | 40 | 60 | ~~Roth, Ronald, von Adliswil, in Kilchberg ZH~~ | | | ~~joint agent signature at two~~ |
| | 40 | 51m | ~~Schreiber, Simone, von Walenstadt, in Zürich~~ | | | ~~joint agent signature at two~~ |
| 41 | | 49 | ~~Kurzen, Roger, von Blatten, in Wettswil am Albis~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| | 41 | | Patella, Massimiliano, von Bassersdorf, in Bassersdorf | | | joint agent signature at two |
| | 42 | | Piaget, Carlo, von Zürich und Neuchâtel, in Herrliberg | Deputy Director | | joint signature at two |
| | 42 | | Pult, Adrian Markus, von Maur, in Maur | Deputy Director | | joint signature at two |
| | 42 | 47m | ~~Casabella Llanderrozas, Bruno, spanischer Staatsangehöriger, in Zürich~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| | 42 | 56 | ~~Schafflützel, Marco, von Bubikon, in Schwerzenbach~~ | vice-director | | ~~joint signature at two~~ |
| 42 | | | Antonioli, Christine, von Guttet-Feschel, in Buchs ZH | | | joint agent signature at two |
| | 42 | | Imondi, Walter, von Zürich, in Zürich | | | joint agent signature at two |
| 42 | | | Jud, Carmen, von Schänis, in Pfaffnau | | | joint agent signature at two |
| 42 | | | Lotti, Claudio, von Lugano, in Männedorf | | | joint agent signature at two |
| 42 | | | Müller, Tim, deutscher Staatsangehöriger, in Schlieren | | | joint agent signature at two |
| 42 | | 53m | ~~Strässler, Livia, von Rorbas, in Wallisellen~~ | | | ~~joint agent signature at two~~ |
| 42 | | | Zünd, Claudia, von Balgach, in Hitzkirch | | | joint agent signature at two |
| 43 | | | Leopold, Franziska, von Thun, in Aeugst am Albis | | | joint agent signature at two |
| 45 | | 51 | ~~Dürler, Ralph, von Zürich, in Niederhasli~~ | ~~Deputy Director~~ | | ~~joint signature at two~~ |
| 45 | | | Huser, Cyrill, von Wettingen, in Wettingen | vice-director | | joint signature at two |
| 45 | | | Meile, Adrian René, von Uster, in Greifensee | vice-director | | joint signature at two |
| 45 | | | Santi, Alessandro, von Zürich, in Bubikon | | | joint agent signature at two |

Zürich, 05.03.2020

Continuation on the following page

## Commercial register of canton Zurich

| CHE-107.853.659 | Rahn+Bodmer Co. | | Zürich | 9 |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 46 | | 55 | ~~Burgert, Oliver, deutscher Staatsangehöriger, in Zürich~~ | | | ~~joint agent signature at two~~ |
| | 47 | 60m | ~~Casabella Llanderrozas, Bruno, von Zürich, in Zürich~~ | ~~vice-director~~ | | ~~joint signature at two~~ |
| 47 | | | Felix, Irene, von Mettauertal, in Zug | | | joint agent signature at two |
| | 48 | | Glättli, Stephan, von Zürich, in Thalwil | director | | joint signature at two |
| | 48 | | Küchler, Thorsten, deutscher Staatsangehöriger, in Zürich | Deputy Director | | joint signature at two |
| | 48 | | Müller, Dominik Christoph, von Küsnacht ZH, in Zürich | Deputy Director | | joint signature at two |
| | 48 | | Hättenschwiler, Walter, von Gossau SG, in Zürich | Deputy Director | | joint signature at two |
| | 48 | | Reichmuth, Martin, von Schwyz, in Altendorf | vice-director | | joint signature at two |
| | 48 | | Weber, Patrick, von Gontenschwil, in Untersiggenthal | vice-director | | joint signature at two |
| 48 | | | Baumann, Paola, von Berg TG, in Frauenfeld | | | joint agent signature at two |
| 48 | | | Bidermann, Jay, von Winterthur, in Zürich | | | joint agent signature at two |
| 48 | | 54 | ~~Birrer, Lilian, von Luthern, in Volketswil~~ | | | ~~joint agent signature at two~~ |
| 48 | | | Gmür, Silvan, von Amden, in Pfäffikon | | | joint agent signature at two |
| 48 | | | Merz, Rolf, von Wallisellen, in Niederglatt | | | joint agent signature at two |
| 48 | | | Oswald, Carmen, von Zürich, in Männedorf | | | joint agent signature at two |
| 48 | | | Roth, Ariane, von Basel, in Zürich | | | joint agent signature at two |
| 48 | | | Vögeli, Valerie, von Maur, in Zürich | | | joint agent signature at two |
| 49 | | 60m | ~~Foiera, Tiziano, von Zürich, in Zürich~~ | | | ~~joint agent signature at two~~ |
| | 50 | | Rahn & Bodmer Beteiligungsgesellschaft AG I (CHE-114.755.677), in Zollikon | limited partner | 8'000'000.00 | |
| | 50 | | Rahn & Bodmer Beteiligungsgesellschaft AG II (CHE-114.755.683), in Erlenbach ZH | limited partner | 8'000'000.00 | |
| | 50 | | Rahn & Bodmer Beteiligungsgesellschaft AG III (CHE-114.757.156), in Zumikon | limited partner | 16'000'000.00 | |
| | 50 | | Rahn & Bodmer Beteiligungsgesellschaft AG V (CHE-114.755.708), in Kilchberg ZH | limited partner | 8'000'000.00 | |
| 50 | | | Sievi Lichtin, Eveline, von Bonaduz, in Zürich | | | joint agent signature at two |
| 51 | | | Staffelbach, Dominik, von Lenzburg, in Lenzburg | Deputy Director | | joint signature at two |
| 51 | | | Walker, Marcel, von Wassen, in Knonau | Deputy Director | | joint signature at two |
| | 51 | | Heidenreich, Simone, von Walenstadt, in Zürich | | | joint agent signature at two |
| | 51 | | Patzschke, Reto, von Zürich, in Zürich | | | joint agent signature at two |
| 51 | | | Wydler, Sandra, von Bassersdorf, in Zürich | | | joint agent signature at two |
| | 52 | | Lohri, Ramon, von Zürich, in Fällanden | Deputy Director | | joint signature at two |
| | 52 | | Reichlin, Ronny, von Steinerberg, in Ingenbohl | Deputy Director | | joint signature at two |
| | 52 | | Riesen, Markus, von Rüeggisberg, in Dietlikon | Deputy Director | | joint signature at two |
| | 52 | | Schütz, Daniel, von Zürich, in Horgen | Deputy Director | | joint signature at two |
| | 52 | | Steiger, Beat, von Zürich, in Schlieren | Deputy Director | | joint signature at two |
| | 52 | | Thum, Daniel, von Benken (SG), in Illnau-Effretikon | vice-director | | joint signature at two |
| 52 | | | Adler, Simon, von Neuhausen am Rheinfall, in Uetikon am See | | | joint agent signature at two |
| 52 | | | Egli, Louis, von Zürich, in Schwerzenbach | | | joint agent signature at two |
| 52 | | | Kessler, Judith, von Schübelbach, in Freienbach | | | joint agent signature at two |
| 53 | | | Isner-Sigrist, Patricia, von Herrliberg, in Küsnacht (ZH) | vice-director | | joint signature at two |

Zürich, 05.03.2020

Continuation on the following page



# Commercial register of canton Zurich



| CHE-107.853.659 | Rahn+Bodmer Co. | | Zürich | 10 |
|---|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 53 | | | Koch, Thomas, von Münsingen, in Zürich | | | joint agent signature at two |
| 53 | | | Roth, Thomas, von Kloten, in Baden | | | joint agent signature at two |
| | 53 | | Wyler, Livia, von Rorbas, in Wallisellen | | | joint agent signature at two |
| 54 | | | Stomeo, Angelo, italienischer Staatsangehöriger, in Männedorf | Deputy Director | | joint signature at two |
| 54 | | | Stutz, Mario, von Hägglingen, in Lenzburg | vice-director | | joint signature at two |
| 54 | | | Rosenberger, Daniel, von Weinfelden, in Küsnacht (ZH) | | | joint agent signature at two |
| 55 | | 58 | ~~Parer, Andreas, von Adelboden, in Bülach~~ | | | ~~joint agent signature at two~~ |
| | 56 | | Willi, Jürg, von Gais, in St. Gallen | Deputy Director | | joint signature at two |
| | 56 | | Elmer, Jan, von Hinwil, in Wangen (SZ) | vice-director | | joint signature at two |
| 56 | | | Meli, Daniela, von Zug, in Steinhausen | | | joint agent signature at two |
| 56 | | | Wittwer, Marco, von Trub, in Uster | | | joint agent signature at two |
| 57 | | | Engler, Pascale, von Sevelen, in Killwangen | | | joint agent signature at two |
| 58 | | | Diserens, Antoine, von Basel, in Meilen | vice-director | | joint signature at two |
| 59 | | | Boaden, Julian, von Poschiavo, in Zürich | | | joint agent signature at two |
| 59 | | | Schöllkopf, Nora, von Ilanz/Glion, in Zürich | | | joint agent signature at two |
| | 60 | | Casabella Llanderrozas, Bruno, von Zürich, in Zürich | Deputy Director | | joint signature at two |
| | 60 | | Nussbaumer, Nicole, von Zürich, in Küsnacht (ZH) | Deputy Director | | joint signature at two |
| | 60 | | Bollhalder, Isabelle, von Rapperswil (BE), in Altendorf | vice-director | | joint signature at two |
| | 60 | | Foiera, Tiziano, von Zürich, in Zürich | vice-director | | joint signature at two |
| 60 | | | Brunner, Marcia, von St. Gallen und Zürich, in Maur | | | joint agent signature at two |
| 60 | | | Rahn, Simon, von Zürich, in Zürich | | | joint agent signature at two |
| 60 | | | Zimmerli, Felix, von Unterentfelden, in Stallikon | | | joint agent signature at two |

Zürich, 05.03.2020



This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the company in question as well as any entries deleted since the date of 17.04.2009 . On special request it is also possible to provide an extract containing only the valid entries. The Commercial Registry Office of the Canton of Zurich does not accept any liability for this extract from the Commercial Register not being accepted as sufficient proof of the facts stated therein at its place of destination.

# Exhibit 54b

# Commercial register of canton Zurich

| Identification number | Legal status | Begin | Entry | Cancelled | Carried from: on: | CH-020.2.902.820-8 CH-020.2.902.820-8/b | 1 |
|---|---|---|---|---|---|---|---|
| CHE-107.853.659 | Limited partnership | 07.01.1917 | 07.02.1917 | | | | |

All entries

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 2 | ~~Rahn & Bodmer~~ | 1 | Zürich |
| 2 | 44 | ~~Rahn & Bodmer Co.~~ | | |
| 44 | | **Rahn+Bodmer Co.** | | |

| In | Ca | Qualified facts | In | Ca | Company address |
|---|---|---|---|---|---|
| 2 | | The collective company is transformed into a limited partnership. | 1 | | Talstrasse 15<br>8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Banking business | 1 | | |

| In | Ca | Remarks, resumption of assets and liabilities | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | | 07.01.1917 | | | |
| 1 | | Acquired assets and liabilities of the former collective company "Escher & Rahn", in Zürich. | | | |

| Ref | | Journal | Date | SOGC | Date SOGC | Page/ Id | Ref | | Journal | Date | SOGC | Date SOGC | Page/ Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 11841 | 03.26.2009 | 63 | 04.01.2009 | 30 / 4953304 | 31 | | 31405 | 09.24.2014 | 187 | 09.29.2014 | 1737271 |
| 2 | | 14419 | 04.17.2009 | 77 | 04.23.2009 | 29 / 4985572 | 32 | | 35891 | 10.29.2014 | 212 | 11.03.2014 | 1799733 |
| 3 | R | 15089 | 04.23.2009 | R  81 | 04.29.2009 | 30 / 4994738 | 33 | | 2756 | 01.20.2015 | 15 | 01.23.2015 | 1948583 |
| 4 | | 17964 | 05.15.2009 | 97 | 05.22.2009 | 31 / 5030892 | 34 | R | 3580 | 01.26.2015 | R  19 | 01.29.2015 | 1958701 |
| 5 | | 25161 | 07.02.2009 | 129 | 07.08.2009 | 47 / 5123318 | 35 | | 10426 | 03.19.2015 | 57 | 03.24.2015 | 2059211 |
| 6 | | 50797 | 12.23.2009 | 253 | 12.30.2009 | 47 / 5421222 | 36 | | 15607 | 04.30.2015 | 85 | 05.05.2015 | 2134489 |
| 7 | | 10925 | 03.16.2010 | 56 | 03.22.2010 | 28 / 5551286 | 37 | | 20105 | 06.08.2015 | 110 | 06.11.2015 | 2200027 |
| 8 | A | 12360 | 03.25.2010 | A  63 | 03.31.2010 | 29 / 5568128 | 38 | | 25265 | 07.14.2015 | 136 | 07.17.2015 | 2275149 |
| 9 | | 14469 | 04.13.2010 | 74 | 04.19.2010 | 27 / 5592130 | 39 | | 30533 | 08.31.2015 | 170 | 09.03.2015 | 2353643 |
| 10 | | 22127 | 06.16.2010 | 118 | 06.22.2010 | 28 / 5687616 | 40 | | 34177 | 09.30.2015 | 192 | 10.05.2015 | 2407253 |
| 11 | | 29434 | 08.12.2010 | 159 | 08.18.2010 | 23 / 5775536 | 41 | | 39027 | 11.06.2015 | 219 | 11.11.2015 | 2475473 |
| 12 | | 37985 | 10.27.2010 | 213 | 11.02.2010 | 25 / 5877860 | 42 | | 3477 | 01.26.2016 | 20 | 01.29.2016 | 2627519 |
| 13 | | 42292 | 12.02.2010 | 239 | 12.08.2010 | 25 / 5929734 | 43 | | 11482 | 03.30.2016 | 64 | 04.04.2016 | 2756171 |
| 14 | | 6444 | 02.15.2011 | 36 | 02.21.2011 | 26 / 6041808 | 44 | | 12810 | 04.11.2016 | 72 | 04.14.2016 | 2778179 |
| 15 | | 10110 | 03.14.2011 | 54 | 03.17.2011 | 6080644 | 45 | | 21853 | 06.21.2016 | 121 | 06.24.2016 | 2910609 |
| 16 | | 14854 | 04.19.2011 | 80 | 04.26.2011 | 6135096 | 46 | | 35997 | 10.06.2016 | 197 | 10.11.2016 | 3100707 |
| 17 | | 27571 | 07.27.2011 | 147 | 08.02.2011 | 6280352 | 47 | | 43364 | 12.06.2016 | 240 | 12.09.2016 | 3212045 |
| 18 | | 43430 | 12.05.2011 | 239 | 12.08.2011 | 6450110 | 48 | | 4844 | 02.03.2017 | 27 | 02.08.2017 | 3333923 |
| 19 | | 6593 | 02.17.2012 | 37 | 02.22.2012 | 6564182 | 49 | | 11562 | 03.29.2017 | 65 | 04.03.2017 | 3440859 |
| 20 | | 10444 | 03.22.2012 | 61 | 03.27.2012 | 6611496 | 50 | | 24388 | 07.10.2017 | 134 | 07.13.2017 | 3644005 |
| 21 | | 12360 | 04.10.2012 | 72 | 04.13.2012 | 6636782 | 51 | | 41933 | 11.30.2017 | 236 | 12.05.2017 | 3909641 |
| 22 | | 24559 | 07.19.2012 | 142 | 07.24.2012 | 6783304 | 52 | | 3475 | 01.23.2018 | 18 | 01.26.2018 | 4016909 |
| 23 | | 3259 | 01.29.2013 | 22 | 02.01.2013 | 7045382 | 53 | | 11617 | 03.26.2018 | 62 | 03.29.2018 | 4142115 |
| 24 | | 13919 | 04.26.2013 | 83 | 05.01.2013 | 7171492 | 54 | | 17852 | 05.18.2018 | 98 | 05.24.2018 | 4245747 |
| 25 | | 17000 | 05.31.2013 | 106 | 06.05.2013 | 7214016 | 55 | | 34813 | 09.28.2018 | 191 | 10.03.2018 | 1004467805 |
| 26 | | 27118 | 08.27.2013 | 167 | 08.30.2013 | 1051401 | 56 | | 3441 | 01.21.2019 | 16 | 01.24.2019 | 1004549485 |
| 27 | | 33928 | 10.24.2013 | 209 | 10.29.2013 | 1150651 | 57 | | 8831 | 02.27.2019 | 43 | 03.04.2019 | 1004578910 |
| 28 | | 4529 | 02.04.2014 | 26 | 02.07.2014 | 1332441 | 58 | | 22588 | 06.12.2019 | 114 | 06.17.2019 | 1004652085 |
| 29 | | 10581 | 03.25.2014 | 61 | 03.28.2014 | 1422425 | 59 | | 32987 | 08.23.2019 | 165 | 08.28.2019 | 1004703894 |
| 30 | | 27790 | 08.22.2014 | 164 | 08.27.2014 | 1682717 | 60 | | 2427 | 01.15.2020 | 12 | 01.20.2020 | 1004808522 |

| In | Mo | Ca | Personal Data | Function | Commandit | Signature |
|---|---|---|---|---|---|---|
| 1 | 10m | | ~~Abegg, Cécile, from Herrliberg and Zürich, in Wettingen~~ | | | ~~joint agent signature at two~~ |

Zürich, 03.05.2020

# TRANSLATION CERTIFICATION

Date: March 18, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German (Germany)
- Italian (Italy)

To:

- English (USA),

The documents are designated as:
- 'Rahn+Bodmer.pdf'
- 'Vontobel.pdf'
- 'Cornèr Banca SA.pdf'

Alessia Nucci, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Alessia Nucci

Global Solutions. Local Expertise.