# Exhibit 56a



# Commercial register of canton Zurich

| Identification number | Legal status | | Entry | Cancelled | Carried CH-020.3.923.094-0 from: CH-020.3.923.094-0/b on: | **1** |
|---|---|---|---|---|---|---|
| **CHE-105.947.172** | **Limited or Corporation** | | 22.02.1967 | | | |

All datas

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Schroder & Co Bank AG** | 1 | Zürich |
| 1 | | (Schroder & Co Banque SA) (Schroder & Co Banca SA) (Schroder & Co Bank Ltd) (Schroder & Co Banco SA) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 60'000'000.00 | 60'000'000.00 | 60'000 Namenaktien zu CHF 1'000.00 | 1 | | Central 2<br>8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Zweck der Gesellschaft ist der Betrieb einer Bank mit internationaler Orientierung. Im Rahmen dieser Zielsetzung erstreckt sich die Tätigkeit der Bank insbesondere auf folgende Geschäftszweige: 1. Passivgeschäft in allen banküblichen Formen unter Ausschluss von Spareinlagen; 2. Aktivgeschäft in allen banküblichen Formen; 3. Devisengeschäft und Edelmetallhandel für eigene und fremde Rechnung; 4. Wertpapierverwaltungs- und Handelsgeschäft für eigene und fremde Rechnung, einschliesslich Anlagen in ausländischen Wertpapieren; 5. Vermögensverwaltung und Anlageberatung, einschliesslich Beratung beim Kauf und Verkauf von Kunstgegenständen; 6. Errichtung von Anlagefonds sowie Erbringung sämtlicher banküblichen Finanzdienstleistungen; 7. Kautionsgeschäft und Akkreditive; 8. Emissionsgeschäft einschliesslich Beteiligung an Syndikaten; 9. Durchführung aller banküblichen Treuhandgeschäfte; 10. Aufbewahrung von Wertpapieren und Wertgegenständen aller Art; 11. Erbringung von Dienstleistungen zur Unterstützung des Bank- und Vermögensverwaltungsgeschäfts von Gesellschaften der Schroders Gruppe. Die Gesellschaft kann im weiteren Beteiligungen und Grundstücke erwerben, verwalten und veräussern, Unternehmungen gründen, vertreten und beraten und alle Geschäfte durchführen, die zur Erreichung des Gesellschaftszweckes geeignet sind. Die Gesellschaft kann im In- und Ausland Zweigniederlassungen und Tochtergesellschaften sowie Vertretungen errichten. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an Aktionäre erfolgen schriftlich an die im Aktienbuch eingetragene Adresse. | 1 | 16.07.1971 |
| | | | 1 | (5326/1971) |
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 19.11.1993 |
| 1 | | Die ordentliche Kapitalerhöhung vom 24.06.2008 erfolgt durch Umwandlung von frei verwendbarem Eigenkapital. | 1 | 09.11.2000 |
| | | | 1 | 24.06.2008 |
| | | | 11 | 16.04.2015 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 25 | | Vermögensübertragung: Die Gesellschaft überträgt gemäss Vertrag vom 30.11.2018 Aktiven von CHF 135'121'683.62 und Passiven (Fremdkapital) von CHF 134'121'683.62 auf die CBH Compagnie Bancaire Helvétique SA, in Genf (CHE-107.993.131). Gegenleistung: CHF 1'000'000.00 | 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | 10 | ~~Genf~~ | | | |
| 10 | | Genf (CHE-266.175.281) | | | |

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Transfer) | | | (Transfer) | | 17 | 10606 | 19.03.2018 | | 57 | 22.03.2018 | 4128079 |
| | 1 | 31542 | 03.10.2013 | 194 | 08.10.2013 | 1115429 | 18 | 11193 | 22.03.2018 | | 60 | 27.03.2018 | 4135973 |
| | 2 | 39994 | 11.12.2013 | 243 | 16.12.2013 | 1237047 | 19 | 19636 | 04.06.2018 | | 108 | 07.06.2018 | 4274657 |
| | 3 | B 40568 | 16.12.2013 | B 246 | 19.12.2013 | 1245677 | 20 | 23042 | 27.06.2018 | | 125 | 02.07.2018 | 4327489 |
| | 4 | 2460 | 20.01.2014 | 15 | 23.01.2014 | 1303691 | 21 | 26563 | 20.07.2018 | | 142 | 25.07.2018 | 4380287 |
| | 5 | 9314 | 13.03.2014 | 53 | 18.03.2014 | 1402469 | 22 | 27944 | 02.08.2018 | | 150 | 07.08.2018 | 4400507 |
| | 6 | 17313 | 22.05.2014 | 101 | 27.05.2014 | 1523393 | 23 | 31798 | 05.09.2018 | | 174 | 10.09.2018 | 1004451960 |



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | | Zürich | 2 |
|---|---|---|---|---|

All datas

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 31211 | 23.09.2014 | 186 | 26.09.2014 | 1735611 | | 24 | 36169 | 09.10.2018 | 198 | 12.10.2018 | 1004475271 |
| | 8 | 1476 | 12.01.2015 | 9 | 15.01.2015 | 1931593 | | 25 | 43118 | 30.11.2018 | 235 | 04.12.2018 | 1004511497 |
| | 9 | 2362 | 16.01.2015 | 13 | 21.01.2015 | 1942383 | | 26 | 46799 | 20.12.2018 | 250 | 27.12.2018 | 1004530436 |
| | 10 | 19937 | 05.06.2015 | 109 | 10.06.2015 | 2197329 | | 27 | B 20764 | 28.05.2019 | B 105 | 03.06.2019 | 1004642524 |
| | 11 | 30537 | 31.08.2015 | 170 | 03.09.2015 | 2353669 | | 28 | 23428 | 18.06.2019 | 118 | 21.06.2019 | 1004656583 |
| | 12 | 35107 | 07.10.2015 | 197 | 12.10.2015 | 2420413 | | 29 | 35883 | 16.09.2019 | 181 | 19.09.2019 | 1004719303 |
| | 13 | 2801 | 20.01.2016 | 16 | 25.01.2016 | 2615815 | | 30 | 41174 | 23.10.2019 | 208 | 28.10.2019 | 1004745820 |
| | 14 | 32978 | 21.09.2016 | 186 | 26.09.2016 | 3072791 | | 31 | B 41744 | 28.10.2019 | B 211 | 31.10.2019 | 1004748841 |
| | 15 | 2419 | 16.01.2018 | 13 | 19.01.2018 | 4001447 | | 32 | 42725 | 04.11.2019 | 216 | 07.11.2019 | 1004753973 |
| | 16 | 9620 | 09.03.2018 | 51 | 14.03.2018 | 4110759 | | 33 | N 43316 | 07.11.2019 | N 219 | 12.11.2019 | 1004757111 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 15 | ~~von Mallinckrodt, Philip S., deutscher Staatsangehöriger, in London (GB)~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 14 | ~~Bochud, Dr. François Romain, von Basel, in Zürich~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 15 | ~~Rütimann, Markus, von Meilen und Basadingen, in London (UK)~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | | Eckert, Dr. Martin, von Zürich und Thalwil, in Zürich | member of the board of directors | joint signature at two |
| 1 | | | Marchand, Jean Claude, von Sonvilier, in Collonge-Bellerive | member of the board of directors | joint signature at two |
| 1 | | 14 | ~~Roguet, Jean-Charles, von Genf, in Collonge-Bellerive~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 5m | ~~PricewaterhouseCoopers AG (CH-020.3.020.876-5), in Zürich~~ | ~~auditor~~ | |
| 1 | | | Basler, Karin, von Wiesendangen, in Arni AG | | joint signature at two |
| 1 | | 14 | ~~Borsari, Andreas, von Lugano, in Uetikon am See~~ | | ~~joint signature at two~~ |
| 1 | | | Brander, Jonathan, von Hemberg, in Winterthur | | joint signature at two |
| 1 | | | Charles, Dragana, von Luzern, in Kilchberg ZH | | joint signature at two |
| 1 | | 23 | ~~Cymberg, Romain, französischer Staatsangehöriger, in Genève~~ | | ~~joint signature at two~~ |
| 1 | | | D'Andrea, Sergio, italienischer Staatsangehöriger, in Dübendorf | | joint signature at two |
| 1 | | 13 | ~~De Fratis, Simone, von Aarau, in Aarau~~ | | ~~joint signature at two~~ |
| 1 | | | Diyenis, Leonidas, griechischer Staatsangehöriger, in Oberglatt | | joint signature at two |
| 1 | | | Ducry, Pascal, von Zürich, in Meilen | | joint signature at two |
| 1 | | 8 | ~~Egli, Jürg, von Alt St. Johann, in Zürich~~ | | ~~joint signature at two~~ |
| 1 | | | Fadda, Fabio, italienischer Staatsangehöriger, in Egg | | joint signature at two |
| 1 | | 10 | ~~Favre, Pierre Louis, von Chamoson, in Adliswil~~ | | ~~joint signature at two~~ |
| 1 | | 14 | ~~Fehrensen, Benjamin, von Langenthal, in Langenthal~~ | | ~~joint signature at two~~ |
| 1 | | 12 | ~~Giger, Claudia, von Winterthur, in Herrliberg~~ | | ~~joint signature at two~~ |
| 1 | | 8 | ~~Hähnlein, Anja, deutsche Staatsangehörige, in Altendorf~~ | | ~~joint signature at two~~ |
| 1 | | 12 | ~~Hollenstein, Sandra, von Mosnang, in Hittnau~~ | | ~~joint signature at two~~ |
| 1 | | 10 | ~~Hunn, Roland, von Sarmenstorf, in Zürich~~ | | ~~joint signature at two~~ |
| 1 | | 10 | ~~Hunziker, Jean Jacques, von Kirchleerau, in Zürich~~ | | ~~joint signature at two~~ |
| 1 | | | Jäggi, Patrick, von Zürich und Wiesendangen, in Zürich | | joint signature at two |
| 1 | | | Kiepert, Michael, von Balsthal, in Erlenbach ZH | | joint signature at two |
| 1 | | 12 | ~~Kristínová, Blanka, slowakische Staatsangehörige, in Muri bei Bern~~ | | ~~joint signature at two~~ |
| 1 | | 10 | ~~Liebi, Martin, von Thun, in Porza~~ | | ~~joint signature at two~~ |
| 1 | | | Mikusi, Peter, von Pfäffikon, in Lachen | | joint signature at two |
| 1 | | 23 | ~~Missura Bürki, Stephan, von Bettlach, in Flaach~~ | | ~~joint signature at two~~ |
| 1 | | 13 | ~~Mühlinghaus, Matthias, von Kilchberg ZH, in Regensdorf~~ | | ~~joint signature at two~~ |
| 1 | | | Nösberger, Adrian, von St. Antoni, in Zollikon | | joint signature at two |
| 1 | | | Pierrel Hutin, Cynthia, von Dardagny, in Bernex | | joint signature at two |



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | | Zürich | 3 |
|---|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Pobuda, Jan, von Zürich, in Wangen-Brüttisellen | | joint signature at two |
| 1 | | | Podany, Martin, von Baar, in Zürich | | joint signature at two |
| 1 | | 23 | ~~Resetar, Kristina, von Dietikon, in Zürich~~ | | ~~joint signature at two~~ |
| 1 | | | Richener, Carole, von Signau, in Wil SG | | joint signature at two |
| 1 | | 12 | ~~Riviera, Roberta, von Collonge-Bellerive, in Collonge-Bellerive~~ | | ~~joint signature at two~~ |
| 1 | | | Rossi, Michel, von Mendrisio, in Hombrechtikon | | joint signature at two |
| 1 | | 8 | ~~Scheiwiller, Heinz, von Waldkirch, in Küsnacht ZH~~ | | ~~joint signature at two~~ |
| 1 | | 22 | ~~Spörndli, Michael, von Schaffhausen, in Otelfingen~~ | | ~~joint signature at two~~ |
| 1 | | | Tschuor, Daniel, von Sumvitg, in Oberrieden | | joint signature at two |
| 1 | | | Ullrich, Tobias, von Stäfa, in Sarmenstorf | | joint signature at two |
| 1 | | | Ungricht, Andreas, von Zürich, in Maur | | joint signature at two |
| 1 | | | Urena Almonte-Espinola, Alexandra, von Hasle bei Burgdorf, in Opfikon | | joint signature at two |
| 1 | | | Vuagnat, Alexandra, von Jussy, in Gaillard (FR) | | joint signature at two |
| 1 | | 14 | ~~Wetter, Rosmarie, von Appenzell, in Zürich~~ | | ~~joint signature at two~~ |
| 1 | | | Wohnlich, Sandra, von Basel und Salmsach, in Uster | | joint signature at two |
| 1 | | 23m | ~~Wunderlin, Lea, von Zeiningen, in Pfeffikon~~ | | ~~joint signature at two~~ |
| 1 | | 12 | ~~Zaglia, Paolo, italienischer Staatsangehöriger, in Monaco (MC)~~ | | ~~joint signature at two~~ |
| 1 | | | Bachmann, Rolf, von Bülach, in Hütten | | joint signature at two limited to the main office |
| 1 | | | Birrer, Markus Beat, von Grosswangen, in Rapperswil-Jona | | joint signature at two limited to the main office |
| 1 | | 10 | ~~Bochsler, Beat B., von Winterthur, in Winterthur~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Brack, Andreas, von Elfingen, in Riniken | | joint signature at two limited to the main office |
| 1 | | | Brändle, Walter, von Mosnang, in Rüti ZH | | joint signature at two limited to the main office |
| 1 | | 8m | ~~Brechbühl, Isabelle, von Trubschachen, in Rüschlikon~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Brestel, Norbert, deutscher Staatsangehöriger, in Zollikon | | joint signature at two limited to the main office |
| 1 | | | Briggen, Monica, von Spiez, in Adliswil | | joint signature at two limited to the main office |
| 1 | | | Bühler, Christian, von Rothrist, in Buchs ZH | | joint signature at two limited to the main office |
| 1 | | | Christen, Alfred, von Oberdorf NW, in Brugg | | joint signature at two limited to the main office |
| 1 | | 9m | ~~Dowse, David Paul, amerikanischer Staatsangehöriger, in Diepflingen~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 10 | ~~Engel, Dietmar, deutscher Staatsangehöriger, in Affoltern am Albis~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 28 | ~~Engeler, Markus, von Bischofszell, in Langnau am Albis~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 12 | ~~Enz-Keller, Gisela, von Zürich, in Herrliberg~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Eugster, Bernhard, von Bühler, in Zürich | | joint signature at two limited to the main office |
| 1 | | 18 | ~~Fischer, Rolf, von Oftringen, in Zofingen~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 12 | ~~Foiada, Andrea, von Contone, in Bonstetten~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Gnos, Andreas, von Silenen, in Zürich | | joint signature at two limited to the main office |

Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | Zürich | 4 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Gut, Thomas, von Dübendorf und Grossdietwil, in Bülach | | joint signature at two limited to the main office |
| 1 | | 12 | ~~Heil, Michael, von Zürich, in Glarus~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Heule, Roland, von Widnau, in Adliswil | | joint signature at two limited to the main office |
| 1 | | 17 | ~~Isaak, Marco, von Luzern, in Rafz~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 15 | ~~Keller, Jürg, von Sommeri, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Klingler, Jürg, von Oberbüren, in Richterswil | | joint signature at two limited to the main office |
| 1 | | | Knöpfli, Barbara, von Lengwil, in Schwerzenbach | | joint signature at two limited to the main office |
| 1 | | | Kräuchi, Markus, von Niederösch, in Opfikon | | joint signature at two limited to the main office |
| 1 | | | Kuratle, Christoph, von St. Gallen, in Bauma | | joint signature at two limited to the main office |
| 1 | | | Lampart, Yvonne, von Fischbach, in Thalwil | | joint signature at two limited to the main office |
| 1 | | 12 | ~~Mahmud, Rifat, von Zürich und Biel/Bienne, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Mayor, Laurent, von Evolène und Saint-Martin VS, in Zürich | | joint signature at two limited to the main office |
| 1 | | 30 | ~~Nacario, Geraldine, philippinische Staatsangehörige, in Seuzach~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Perschl, Andreas, von Walenstadt, in Dällikon | | joint signature at two limited to the main office |
| 1 | | 8 | ~~Petritz, Anja, österreichische Staatsangehörige, in Wädenswil~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Piscitelli, Antonio, italienischer Staatsangehöriger, in Embrach | | joint signature at two limited to the main office |
| 1 | | | Rechberger, Günter, von Dürnten, in Zürich | | joint signature at two limited to the main office |
| 1 | | 8 | ~~Riedl, Bettina, deutsche Staatsangehörige, in Dietlikon~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Rigoni, Sacha, von Gorduno, in Zürich | | joint signature at two limited to the main office |
| 1 | | 26 | ~~Rihner, Alfred, von Zürich, in Baden~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 2 | ~~Rüede, Reto, von Zürich, in Wallisellen~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 2 | ~~Rüegg, Rainer, von Zürich, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 23 | ~~Saiti, Erika, von Muhen, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 13 | ~~Saly, Katrin, von Fislisbach, in Horgen~~ | | ~~joint signature at two limitted to the main office~~ |
| 1 | | | Scanzoni, Stefano, von Regensdorf, in Rorbas | | joint signature at two limited to the main office |
| 1 | | 13 | ~~Schenkel, Brigitte, von Diemerswil, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Schenker, Liliane, von Däniken, in Buchs ZH | | joint signature at two limited to the main office |

Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | Zürich | 5 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Scherer, Esther, von Illnau-Effretikon und Basel, in Jona | | joint signature at two limited to the main office |
| 1 | | 15 | ~~Schmid, Christian, von Niederwil AG, in Russikon~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 26 | ~~Spahni, Daniel, von Niedermuhlern, in Niederhasli~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 14 | ~~Stähli, Daniel, von Rapperswil BE, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | 8 | ~~Strampfer, Tania, von Sumvitg, in Wettingen~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Ursprung, Marcel Andreas, von Ueken, in Dietikon | | joint signature at two limited to the main office |
| 1 | | | Vonwyl, Liza, von Menznau, in Zürich | | joint signature at two limited to the main office |
| 1 | | | Wachholz, Andreas, deutscher Staatsangehöriger, in Niederhasli | | joint signature at two limited to the main office |
| 1 | | 2 | ~~Weber, Johannes Paul, von Basel, in Zürich~~ | | ~~joint signature at two limited to the main office~~ |
| 1 | | | Weber, Alexander, von Heiden, in Birmensdorf ZH | | joint signature at two limited to the main office |
| 1 | | | Weber, Reto, von Menzingen, in Affoltern am Albis | | joint signature at two limited to the main office |
| 1 | | | West, Alice, von Nesslau-Krummenau, in Thalwil | | joint signature at two limited to the main office |
| 1 | | | Winiger, Urs, von Zürich, in Zug | | joint signature at two limited to the main office |
| 1 | | | Wyss, Remo, von Wynigen, in Oberengstringen | | joint signature at two limited to the main office |
| 1 | | | Yudkin, Mark, britischer Staatsangehöriger, in Zürich | | joint signature at two limited to the main office |
| 1 | | | Zampatti Radtke, Domenica, von Brusio, in Schübelbach | | joint signature at two limited to the main office |
| 2 | | | Alig, Alois Rudolf, von Obersaxen, in Steinmaur | | joint signature at two |
| 2 | | 23 | ~~Balhaut, Daniel Raymond Maria, belgischer Staatsangehöriger, in Wallisellen~~ | | ~~joint signature at two~~ |
| 2 | | | Blatter, René Fritz, von Walzenhausen, in Wangen SZ | | joint signature at two |
| 2 | | 8 | ~~Fischer, Fabian Guido, von Zürich, in Zürich~~ | | ~~joint signature at two~~ |
| 2 | | | Ligtenberg, Jacobus Louis, von Lauperswil, in Adliswil | | joint signature at two |
| 2 | | | Pamay, Ugur, von Winterthur, in Wädenswil | | joint signature at two |
| 2 | | 3m | ~~Scacchi-Schupp, Karin BarbaraMaur, von Maur, in Maur~~ | | ~~joint signature at two~~ |
| 2 | | 14 | ~~Sinn, Martin Alexander, deutscher Staatsangehöriger, in Freienbach~~ | | ~~joint signature at two~~ |
| 2 | | | Wohlgensinger, Marc Erich, von Mosnang, in Volketswil | | joint signature at two |
| 2 | | | Worpa, Tseten Pasang, von Horgen, in Horgen | | joint signature at two |
| | 3 | | Scacchi-Schupp, Karin Barbara, von Maur, in Maur | | joint signature at two |
| 4 | | | Bannwart, Fabian Yves, von Luzern, in Zürich | | joint signature at two |
| 4 | | 6 | ~~Vetsch, Martin, von Zürich, in Hedingen~~ | | ~~joint signature at two~~ |
| 4 | | | Zeugin, Patrick Michel, von Duggingen, in Illnau-Effretikon | | joint signature at two |
| | 5 | 18 | ~~PricewaterhouseCoopers AG (CHE-106.839.438), in Zürich~~ | auditor | |
| 5 | | 8 | ~~Ackermann, Gabriela, von Hendschiken, in Bubikon~~ | | ~~joint signature at two~~ |
| 5 | | 30 | ~~Domig, Joni, deutsche Staatsangehörige, in Stein AG~~ | | ~~joint signature at two~~ |
| 5 | | 23m | ~~Edhemi, Isak, von Greifensee, in Greifensee~~ | | ~~joint signature at two~~ |
| 5 | | | Lorenz, Benjamin, von Oberhelfenschwil, in Böttstein | | joint signature at two |
| 5 | | 30 | ~~Moser, Bruno, von Rothenthurm, in Rothenthurm~~ | | ~~joint signature at two~~ |

Zürich, 20.11.2019

Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | Zürich | 6 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 5 | | | Restivo, Angelo, italienischer Staatsangehöriger, in Baden | | joint signature at two |
| 5 | | | Stadler, Sven, von Aadorf, in Bubikon | | joint signature at two |
| 5 | | | Wirz, Reinhard, von Zürich, in Buchs ZH | | joint signature at two |
| 6 | | | Hess, Patrizia, von Amriswil, in Maur | | joint signature at two |
| 6 | | | Lenhart, Robert, von Zürich, in Zürich | | joint signature at two |
| 6 | | 8 | ~~Martin, Ulrich Arndt, deutscher Staatsangehöriger, in Fislisbach~~ | | ~~joint signature at two~~ |
| 6 | | | Muffler, Daniela, von Küsnacht ZH, in Reiden | | joint signature at two |
| 6 | | | Tahmaz, Jasmina, von Zürich, in Meilen | | joint signature at two |
| 6 | | | Tipura, Emir, von St. Gallen, in Dübendorf | | joint signature at two |
| 7 | | | Botrugno, Adriano Michele, italienischer Staatsangehöriger, in Zürich | | joint signature at two |
| 7 | | 15 | ~~Paz, Maurizio, von Zürich, in Zürich~~ | | ~~joint signature at two~~ |
| 7 | | 15 | ~~Thüring, Peter, von Schönenbuch, in Wallisellen~~ | | ~~joint signature at two~~ |
| 7 | | 15 | ~~Wyler, Patrick, von Wädenswil, in Wallisellen~~ | | ~~joint signature at two~~ |
| 8 | | | Althaus, Roger, von Olten, in Zufikon | | joint signature at two |
| 8 | | | Capelle, Annette Christine, von Lenzburg, in Volketswil | | joint signature at two |
| 8 | | 14 | ~~Eberl, Adelheid, deutsche Staatsangehörige, in Rapperswil-Jona~~ | | ~~joint signature at two~~ |
| 8 | | 15 | ~~Hrabowski, Regula Irene, von Zürich, in Uetikon am See~~ | | ~~joint signature at two~~ |
| 8 | | | Jucker, Res Marcel, von Zürich, in Zürich | | joint signature at two |
| 8 | | 30 | ~~Mutschlechner, Manuel, italienischer Staatsangehöriger, in Zürich~~ | | ~~joint signature at two~~ |
| 8 | | | Oexl, Oliver, von Schmiedrued, in Ermatingen | | joint signature at two |
| 8 | | | Wernli, Silvia, von Zürich, in Zürich | | joint signature at two |
| 8 | | 13 | ~~Wyss, René Hans, von Landiswil, in Thalwil~~ | | ~~joint signature at two~~ |
| | 8 | | Blöchlinger-Brechbühl, Isabelle, von Trubschachen, in Rüschlikon | | joint signature at two limited to the main office |
| | 9 | 10m | ~~Dowse, David Paul, von Diepflingen, in Diepflingen~~ | | ~~joint signature at two limited to the main office~~ |
| 10 | | | Bellmann, Petra, von Egolzwil, in Schwerzenbach | | joint signature at two |
| 10 | | 23m | ~~Bergomi, Claire, von Onsernone und britische Staatsangehörige, in Onex~~ | | ~~joint signature at two~~ |
| 10 | | | Bonnevier, Sebastian, schwedischer Staatsangehöriger, in Genève | | joint signature at two |
| 10 | | | Brack, Alicia-Maria, von Zug, in Zug | | joint signature at two |
| 10 | | | Brodard, Marc, von La Roche, in Genolier | | joint signature at two |
| 10 | | | Clavijo, Mélanie, von Ecublens VD, in Genève | | joint signature at two |
| 10 | | 28 | ~~D'Elia, Davide, von Mettmenstetten, in Mettmenstetten~~ | | ~~joint signature at two~~ |
| | 10 | | Dowse, David Paul, von Diepflingen, in Diepflingen | | joint signature at two |
| 10 | | | Handschin, Stefan, von Rickenbach BL, in Zürich | | joint signature at two |
| 10 | | | Hunter, Russel, britischer Staatsangehöriger, in Genève | | joint signature at two |
| 10 | | | Karli, Felix, von Bülach, in Küsnacht ZH | | joint signature at two |
| 10 | | | Lanier, Annemarie, von Untervaz, in Untervaz | | joint signature at two |
| 10 | | | Lengacher, Patrik, von Aeschi bei Spiez, in Massagno | | joint signature at two |
| 10 | | | Llanderrozas Chao, Roberto, von Zürich, in Zürich | | joint signature at two |
| 10 | | | Purhooa, Brigitte, von Kandersteg, in Begnins | | joint signature at two |
| 10 | | | Reumer, Patrick, von Zürich, in Bremgarten AG | | joint signature at two |
| 10 | | | Rhyner, Silvia, von Schönenberg ZH, in Gachnang | | joint signature at two |
| 10 | | 12 | ~~Scettrini, Luca, von Corippo, in Kloten~~ | | ~~joint signature at two~~ |
| 10 | | 14 | ~~Thomas, David, britischer Staatsangehöriger, in Marcellaz (FR)~~ | | ~~joint signature at two~~ |
| 10 | | | Toubkin, Andre, britischer Staatsangehöriger, in Echeneveux (FR) | | joint signature at two |
| 12 | | | Annaheim, Lukas, von Lostorf, in Olten | | joint signature at two |
| 12 | | 15 | ~~Delsman, Christopher Edwards, amerikanischer Staatsangehöriger, in Zürich~~ | | ~~joint signature at two~~ |



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | Zürich | 7 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 12 | | 14 | ~~Fedorova, Ekaterina, von Sachseln, in Bassersdorf~~ | | ~~joint signature at two~~ |
| 12 | | | Häberling, Rolf, von Ottenbach, in Leuggern | | joint signature at two |
| 12 | | | Leonardo, Giovanni, italienischer Staatsangehöriger, in Rüti ZH | | joint signature at two |
| 12 | | | Makowski, Silvia, von St. Gallen, in Zürich | | joint signature at two |
| 12 | | | Niffenegger Noda, Floriane, von Signau, in Genève | | joint signature at two |
| 12 | | 17 | ~~Oral, Sevban, von Höri, in Rümlang~~ | | ~~joint signature at two~~ |
| 12 | | 26 | ~~Rösch, Andreas, von Schaffhausen, in Nürensdorf~~ | | ~~joint signature at two~~ |
| 12 | | 16 | ~~Schelbert, Lukas, von Ingenbohl, in Schwyz~~ | | ~~joint signature at two~~ |
| 13 | | | Conoci, Mauro, von Zürich, in Wangen-Brüttisellen | | joint signature at two |
| 13 | | | Gökmen, Ariel Sergio, von Zürich, in Zürich | | joint signature at two |
| 13 | | 21 | ~~Hauser, Isabelle, von Wädenswil, in Zürich~~ | | ~~joint signature at two~~ |
| 13 | | 23 | ~~Knecht, Larissa, von Uster, in Illnau-Effretikon~~ | | ~~joint signature at two~~ |
| 13 | | | Kofmehl Hofer, Béatrice, von Lausanne, in Genève | | joint signature at two |
| 13 | | | Koutras, Michael, von Adlikon, in Zürich | | joint signature at two |
| 13 | | 26 | ~~Nemykina, Zhanna, deutsche Staatsangehörige, in Zürich~~ | | ~~joint signature at two~~ |
| 13 | | | Regadera, Aitor, von La Tène, in Opfikon | | joint signature at two |
| 14 | | | Mäder, Stefan, von Opfikon, in Zürich | member of the board of directors | joint signature at two |
| 14 | | | Alsairafi, Salman, bahrainischer Staatsangehöriger, in Genève | | joint signature at two |
| 14 | | | Chardon, Michaela, von Zürich, in Zürich | | joint signature at two |
| 14 | | | Etchepareborda, Nicolas, von Dardagny, in Genève | | joint signature at two |
| 14 | | | Geiger, Sarah, von Basel, in Küsnacht ZH | | joint signature at two |
| 14 | | | Gnanasingamony, Ambrose Eugene, indischer Staatsangehöriger, in Wallisellen | | joint signature at two |
| 14 | | 15 | ~~Hage Hammoud, Tarek, französischer Staatsangehöriger, in Genève~~ | | ~~joint signature at two~~ |
| 14 | | 15 | ~~Hermann, Melanie, deutsche Staatsangehörige, in Wallisellen~~ | | ~~joint signature at two~~ |
| 14 | | | Imhoof, Nicolas Alexandre, von Chêne-Bougeries, in Collonge-Bellerive | | joint signature at two |
| 14 | | 24 | ~~Jaipuriar, Divya Prakash, indischer Staatsangehöriger, in Rümlang~~ | | ~~joint signature at two~~ |
| 14 | | 15 | ~~Kasper, Tina, von Klosters-Serneus, in Kloten~~ | | ~~joint signature at two~~ |
| 14 | | | Liechti, Thanyaporn, thailändische Staatsangehörige, in Zürich | | joint signature at two |
| 14 | | 15 | ~~Lipanov, Vadim, von Egg, in Meilen~~ | | ~~joint signature at two~~ |
| 14 | | | Manser, Ursula, von Appenzell, in Ottenbach | | joint signature at two |
| 14 | | 28m | ~~Memeo, Melanie, von Agno, in Bülach~~ | | ~~joint signature at two~~ |
| 14 | | 23 | ~~Rubli, Yannick, von Dachsen, in Schwerzenbach~~ | | ~~joint signature at two~~ |
| 14 | | | Sewo, Tenzin, von Münchwilen TG, in Erlenbach ZH | | joint signature at two |
| 14 | | | Wikart, Nadia, von Einsiedeln, in Zürich | | joint signature at two |
| 15 | | 28 | ~~Ross, Andrew, britischer Staatsangehöriger, in Ticehurst (GB)~~ | president of the board of directors | ~~joint signature at two~~ |
| 15 | | | Beck, Simon , britischer Staatsangehöriger, in Arzier-Le Muids | | joint signature at two |
| 15 | | | Belser , Simon , von Kienberg, in Gelterkinden | | joint signature at two |
| 15 | | 26 | ~~Bucher, Simon, von Escholzmatt-Marbach, in Fulenbach~~ | | ~~joint signature at two~~ |
| 15 | | 27m | ~~Do, Kim Loan, von Stallikon, in Rapperswil-Jona~~ | | ~~joint signature at two~~ |
| 15 | | | Engel, Dietmar, deutscher Staatsangehöriger, in Uster | | joint signature at two |
| 15 | | | Habegger, Silvia , von Trub, in Herrliberg | | joint signature at two |
| 15 | | | Hill, Jonathan, britischer Staatsangehöriger, in Stäfa | | joint signature at two |
| 15 | | | Kahraman, Semra, von Zürich, in Zürich | | joint signature at two |
| 15 | | | Kamps, Justin, niederländischer Staatsangehöriger, in Stallikon | | joint signature at two |
| 15 | | | Largo Hodgkinsom, Sandra, von Winterthur, in Luzern | | joint signature at two |
| 15 | | | Locher, Andreas, deutscher Staatsangehöriger, in Buchs (ZH) | | joint signature at two |

Zürich, 20.11.2019

Continuation on the following page



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | Zürich | 8 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 15 | | | Mi Schickhofer, Jaclyn, amerikanische Staatsangehörige, in Herrliberg | | joint signature at two |
| 15 | | | Paladini, Nicholas , von Arosa, in Schänis | | joint signature at two |
| 15 | | | Petrov, Nikolay Bochev, bulgarischer Staatsangehöriger, in Zürich | | joint signature at two |
| 15 | | | Rose, Eveline, von Rafz, in Küsnacht (ZH) | | joint signature at two |
| 15 | | | Saly Graf, Katrin, von Oeschenbach, in Stallikon | | joint signature at two |
| 15 | | | Snopek, Jennifer , von Genève, in Thônex | | joint signature at two |
| 15 | | | Sullivan, Michael, von Hallau, in Lachen | | joint signature at two |
| 15 | | | Zwicky, Tiffany, von Meilen, in Zürich | | joint signature at two |
| 17 | | | Borisov, Aleksandar, bulgarischer Staatsangehöriger, in Cham | | joint signature at two |
| 17 | | | Frick, Michel, von Richterswil, in Fehraltorf | | joint signature at two |
| 17 | | | Gosteli, Barbara, von Bolligen, in Oetwil an der Limmat | | joint signature at two |
| 17 | | | Gyr, Manuela, von Einsiedeln, in Meilen | | joint signature at two |
| 17 | | | Huber, Luisa, von Luzern, in Luzern | | joint signature at two |
| 18 | | | Ernst & Young AG (CHE-491.907.686), in Zürich | auditor | |
| 19 | | | Baumann, Raphael, von Neckertal, in Zürich | | joint signature at two |
| 19 | | | Beeler, Markus, von Alpthal, in Schlieren | | joint signature at two |
| 19 | | | Bosshard, Nicole, von Appenzell, in Niederhasli | | joint signature at two |
| 19 | | | Carballo, Elias, von Nyon, in Puplinge | | joint signature at two |
| 19 | | | Dachen, Lhanzee, von Glarus Süd, in Glarus Nord | | joint signature at two |
| 19 | | | Klossner, Claudia, von Diemtigen, in Winterthur | | joint signature at two |
| 19 | | 29 | ~~Motzel, Mikola, deutscher Staatsangehöriger, in Zürich~~ | | ~~joint signature at two~~ |
| 19 | | | Nater, Thomas, von Kemmental, in Cham | | joint signature at two |
| 19 | | | Russegger, Roland, von Stäfa, in Meilen | | joint signature at two |
| 19 | | | Schaltegger, Beatrice, von Winterthur, in Niederhasli | | joint signature at two |
| 19 | | 30 | ~~Shahani, Jitin Haresh, indischer Staatsangehöriger, in Zürich~~ | | ~~joint signature at two~~ |
| 19 | | | Soirat, Valérie, von Chigny, in Chigny | | joint signature at two |
| 19 | | | Spitzli, Sascha, von Jonschwil, in Frauenfeld | | joint signature at two |
| 19 | | | Wyler, Patrick, von Wädenswil, in Wallisellen | | joint signature at two |
| 20 | | | Brandstätter, Walter, österreichischer Staatsangehöriger, in Zürich | | joint signature at two |
| 21 | | 30 | ~~Tejpar, Amyn Lawrence, von Meilen, in Thalwil~~ | | ~~joint signature at two~~ |
| 21 | | | Wetter, Rosmarie, genannt Romy, von Appenzell, in Steinhausen | | joint signature at two |
| | 23 | | Anex dit Chenaud, Claire, britische Staatsangehörige und Onsernone, in Onex | | joint signature at two |
| 23 | | | Dürr, Martin, von Wartau, in Rapperswil-Jona | | joint signature at two |
| | 23 | | Etemi, Isak, von Greifensee, in Greifensee | | joint signature at two |
| 23 | | | Hofer, David, von Brittnau, in Villigen | | joint signature at two |
| 23 | | 30 | ~~Konrad, Vivien, deutsche Staatsangehörige, in Zürich~~ | | ~~joint signature at two~~ |
| | 23 | | Pisa, Lea, von Zeiningen, in Villmergen | | joint signature at two |
| 23 | | | Reichmuth, Patrice, von Oberiberg, in Einsiedeln | | joint signature at two |
| | 27 | | Do, Kim Loan, von Eschenbach (SG), in Rapperswil-Jona | | joint signature at two |
| 28 | | | Hall, Peter, britischer Staatsangehöriger, in London (GB) | president of the board of directors | joint signature at two |
| 28 | | | Blum, Beat, von Romoos, in Zürich | | joint signature at two |
| 28 | | | Forster, Pascal, von Muolen, in Zürich | | joint signature at two |
| | 28 | 31m | ~~Füglister-Memeo, Melanie, von Obersiggenthal, in Bülach~~ | | ~~joint signature at two~~ |
| 28 | | | Holtkamp, Ronald, niederländischer Staatsangehöriger, in Staufen | | joint signature at two |
| 28 | | | Maksymowski, Daniel, polnischer Staatsangehöriger, in Zürich | | joint signature at two |
| 28 | | | Rizzuto, Ivano, von Winterthur, in Wallisellen | | joint signature at two |
| 30 | | | De Fratis, Simone, von Aarau, in Aarau | | joint signature at two |
| 30 | | | Galan, Vincent, französischer Staatsangehöriger, in Genève | | joint signature at two |



# Commercial register of canton Zurich

| CHE-105.947.172 | Schroder & Co Bank AG | Zürich | 9 |
|---|---|---|---|

All datas

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 30 | | | Hilton, Simon Geoffrey, britischer Staatsangehöriger, in Genève | | joint signature at two |
| 30 | | | Stelzer, Christoph, von Zürich, in Richterswil | | joint signature at two |
| 30 | | | Strassmann, Franzpeter, von Mosnang, in Zürich | | joint signature at two |
| 30 | | | Sundell, Anna Martina, schwedische Staatsangehörige, in Zug | | joint signature at two |
| | 31 | | Füglister, Melanie, von Obersiggenthal, in Bülach | | joint signature at two |
| 32 | | | Mangione, Marco, italienischer Staatsangehöriger, in Etoy | | joint signature at two |
| 32 | | | Romer, Tanja, von Benken (SG), in Altendorf | | joint signature at two |
| 32 | | 33m | ~~Schmid, Beat Edwin, von Dielsdorf, in Erlenbach (ZH)~~ | | |
| | 33 | | Schmid, Beat Edwin, von Dielsdorf, in Erlenbach (ZH) | | joint signature at two |

Zürich, 20.11.2019

The above information is given without commitment and has not legal effect. Only the official company record (extract) issued and certified by the commercial register of Zurich and published in the Swiss Commercial Gazette is legally binding.

# Exhibit 56b



# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried CH-020.3.923.094-0 from: CH-020.3.923.094-0/b on: | 1 |
|---|---|---|---|---|---|
| **CHE-105.947.172** | **Limited or Corporation** | 22.02.1967 | | | |

 All datas

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Schroder & Co Bank AG** | 1 | Zürich |
| 1 | | (Schroder & Co Banque SA) (Schroder & Co Banca SA) (Schroder & Co Bank Ltd) (Schroder & Co Banco SA) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 60'000'000.00 | 60'000'000.00 | 60'000 Namenaktien zu CHF 1'000.00 | 1 | | Central 2 8001 Zürich |

| In | Ca | Purpose | In | Ca | Other address |
|---|---|---|---|---|---|
| 1 | | The purpose of the company is to operate a bank with an international orientation. Within the scope of this objective, the bank's activities extend in particular to the following business lines: | | | |

1. Deposit-taking business in all forms customary in banking, excluding savings deposits;
2. Lending business in all forms customary in banking;
3. Foreign exchange business and precious metals trading for own and for third party accounts;
4. Securities management and trading business for own and for third party accounts, including investments in foreign securities;
5. Asset management and investment advice, including advice on the purchase and sale of works of art;
6. Establishment of investment funds and provision of all customary banking financial services;
7. Surety business and letters of credit;
8. Issuing business, including participation in syndicates;
9. Performance of all customary banking fiduciary transactions;
10. Safekeeping of securities and valuables of all kinds;
11. Provision of services in support of the banking and asset management business of Schroders Group companies.

The Company may also acquire, manage and sell shareholdings and real estate, establish, represent and advise companies and carry out all transactions suitable for achieving the purpose of the Company. The Company may establish branches and subsidiaries as well as representative offices in Switzerland and abroad.

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Notifications to shareholders are made in writing to the address entered in the share register. | 1 | 16.07.1971 |
| | | | 1 | (5326/1971) |
| 1 | | The transferability of registered shares is limited in accordance with the Articles of Association | 1 | 19.11.1993 |
| | | | 1 | 09.11.2000 |
| 1 | | The ordinary capital increase on 24.06.2008 will be effected by conversion of freely disposable equity. | 1 | 24.06.2008 |
| | | | 11 | 16.04.2015 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 25 | | Asset Transfer: In accordance with the agreement dated November 30, 2018, the Company is transferring assets of CHF 135,121,683.62 and liabilities of CHF 134,121,683.62 to CBH Compagnie Bancaire Helvétique SA, in Geneva (CHE-107.993.131). Consideration: CHF 1'000'000.00. | 1 | SHAB |

**TRANSLATION FROM GERMAN**

# CERTIFICATE OF TRANSLATION

1. I, Stamatia Soumela, translated a portion of the nine-page German language document entitled "Commercial register of canton Zurich" into the one-page English language document "Commercial register of canton Zurich," both of which are attached hereto.

2. To the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original German language document into the English language.

3. I am fluent in both languages and hereby attest that I am competent to translate and interpret from German to English.

03/19/2020

Date

*Stamatia Soumela*

Stamatia Soumela