# Exhibit 58a

# Commercial register of canton Solothurn

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | 4/1959 | 1 |
|---|---|---|---|---|---|---|
| CHE-106.842.854 | Limited or Corporation | 21.05.1999 | | | | |

Valid inscriptions only

| In | Ca | Business name | | | Ref | Legal seat |
|---|---|---|---|---|---|---|
| 28 | | **SIX SIS AG** | | | 1 | Olten |
| 28 | | (SIX SIS SA) (SIX SIS Ltd) | | | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 26'000'000.00 | 26'000'000.00 | 260'000 Namenaktien zu CHF 100.00 | 1 | | Baslerstrasse 100 |
| | | | | | | | 4600 Olten |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 54 | | Abwicklung (Clearing und Settlement) von Transaktionen in Effekten (Wertpapiere, Wertrechte und Derivate) sowie Ausführung von Verwaltungs- und Verwahrfunktionen. Das Schwergewicht der Geschäftätigkeit liegt in folgenden Kernbereichen: a) nationale und grenzüberschreitende Abwicklung von Effektentransaktionen (Clearing und Settlement), d.h. Übertragung von Effekten und Buchgeld zwischen den Parteien einer Effektentransaktion; b) Führen von Effektendepots und Vornahme von Ein- und Ausbuchungen in Effektendepots; c) Verwahrung von in- und ausländischen Effekten und Wertgegenständen; d) Verwaltung (Corporate Actions/Entitlements) von in- und ausländischen Effekten und Wertgegenständen; e) Securities Lending und Borrowing (Wertschriftenleihe) zur Unterstützung der Transaktionsabwicklung; f) Repo-Geschäft unter Einschluss von Repurchase Agreements und Reverse Repurchase Agreements. Zur effizienten Abwicklung und Ausführung dieser Kerntätigkeiten ist die Gesellschaft zudem in folgenden unterstützenden Bereichen tätig: a) Führen von den für die in diesem Artikel aufgeführten Geschäftätigkeiten erforderlichen Geldkonti in frei konvertierbaren Währungen; b) kurzfristige Zwischenfinanzierung zur Sicherstellung einer effizienten Transaktionsabwicklung; c) Effekten- und Devisengeschäfte auf Rechnung der Kunden, die im Zusammenhang mit der Abwicklung von Effektentransaktionen und Verwahrung und Verwaltung von Effekten stehen; d) Abwicklung von Geschäften für eigene Rechnung, die im Zusammenhang mit der Abwicklung von Effektentransaktionen und der Verwahrung und Verwaltung von Effekten stehen, wie Geldanlagen und Geldaufnahmen bei Banken; e) weitere administrative Serviceleistungen für die Kunden im Zusammenhang mit Effekten, wie beispielsweise die Verwahrung von Wertgegenständen und das Handling von Namenaktien; f) Übernahme der Funktion einer Eintragungsgesellschaft (Nominee), indem sich die Gesellschaft in den entsprechenden Registern als Berechtigte an und aus auf den Namen lautenden Wertpapieren und Wertrechten auf fremde Rechnung und Gefahr eintragen lässt. Darunter fällt auch die treuhänderische Schuldbriefverwaltung. Kann im weiteren Beteiligungen und Grundstücke erwerben, verwalten, nutzen und veräussern, Unternehmungen gründen, vertreten und beraten und alle Geschäfte durchführen, die zur Erreichung des Gesellschaftszweckes geeignet sind, ferner im In- und Ausland Zweigniederlassungen und Tochtergesellschaften sowie Vertretungen errichten oder erwerben. Ist eine Tochtergesellschaft der SIX Group AG (Konzernmutter) und übt ihre Geschäftätigkeit im Konzerninteresse aus. Kann die Interessen der Konzernmutter oder anderer Konzerngesellschaften fördern und ihnen insbesondere direkt oder indirekt Finanzierungen gewähren (z.B. durch Darlehen oder Stellung von Sicherheiten jeglicher Art), ob gegen Entgelt oder nicht. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 20.05.1999 |
| 3 | | Fusion: Die Gesellschaft übernimmt auf dem Wege der Fusion nach Art. 748 OR und gestützt auf den Fusionsvertrag vom 28.06.2001 und die Fusionsbilanz per 01.01.2001 Aktiven von CHF 5'337'974.42 und Passiven von CHF 3'044'330.15 der "Snoc Swiss Nominee Company", in Zürich. Da die Uebernehmerin bereits sämtliche Aktien der übernommenen Gesellschaft besitzt, findet keine Abgeltung statt. | 25 | 20.12.2007 |
| | | | 28 | 20.08.2008 |
| | | | 30 | 17.12.2008 |
| | | | 54 | 31.03.2015 |
| 51 | | Carlucci, Edoardo wurde mit TR-Nr. 4049 vom 26.10.2012 irrtümlich ein zweites Mal eingetragen. | 65 | 12.12.2017 |
| 54 | | Mitteilungen an die Aktionäre erfolgen per Brief, E-Mail oder Telefax an die im Aktienbuch verzeichneten Adressen. | | |

Balsthal, 17.03.2020 19:35    Continuation on the following page


# Commercial register of canton Solothurn

| CHE-106.842.854 | SIX SIS AG | Olten | 2 |

Valid inscriptions only

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 13 | | Fusion: Übernahme der Aktiven und Passiven der "PROTAB Projekt Swiss Securities Operations AG", in Zürich (CH-020.3.022.783-1), gemäss Fusionsvertrag vom 22.12.2004 und Bilanz per 31.10.2004. Aktiven von CHF 737'033.47 und Passiven (Fremdkapital) von CHF 2'916.67 gehen auf die übernehmende Gesellschaft über. Da dieselbe Aktionärin sämtliche Aktien der an der Fusion beteiligten Gesellschaften hält, findet weder eine Kapitalerhöhung noch eine Aktienzuteilung statt. | 1 | SHAB |
| 50 | | Vermögensübertragung: Die Gesellschaft überträgt gemäss Vertrag vom 17.06.2014 Aktiven von CHF 1.00 auf die "SIX Group Services AG", in Zürich (CHE-105.832.942). Gegenleistung: keine. | | |
| 70 | | Fusion: Übernahme der Aktiven und Passiven der "SIX SIS Nominee U.K. AG", in Olten (CHE-113.780.069), gemäss Fusionsvertrag vom 18.06.2019 und Bilanz per 01.01.2019. Aktiven von CHF 61'453.00 und Passiven (Fremdkapital) von CHF 1'837.00 gehen auf die übernehmende Gesellschaft über. Da die übernehmende Gesellschaft sämtliche Aktien der übertragenden Gesellschaft hält, findet weder eine Kapitalerhöhung noch eine Aktienzuteilung statt. | | |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1125 | 10.11.2000 | 226 | 20.11.2000 | 7870 | 38 | 472 | 02.02.2011 | 27 | 08.02.2011 | 15 / 6023148 |
| 2 | 249 | 14.03.2001 | 55 | 20.03.2001 | 2049 | 39 | 2471 | 28.06.2011 | 126 | 01.07.2011 | 6232090 |
| 3 | 651 | 29.06.2001 | 128 | 05.07.2001 | 5120 | 40 | 3802 | 12.10.2011 | 201 | 17.10.2011 | 6379302 |
| 4 | 814 | 22.03.2002 | 61 | 28.03.2002 | 12 / 404274 | 41 | 4142 | 10.11.2011 | 222 | 15.11.2011 | 6416526 |
| 5 | 2886 | 18.09.2002 | 184 | 24.09.2002 | 11 / 654846 | 42 | 1452 | 19.04.2012 | 79 | 24.04.2012 | 6650498 |
| 6 | 3468 | 14.11.2002 | 225 | 20.11.2002 | 11 / 736030 | 43 | 4049 | 26.10.2012 | 212 | 31.10.2012 | 6911626 |
| 7 | 1387 | 31.03.2003 | 65 | 04.04.2003 | 12 / 936424 | 44 | 2030 | 31.05.2013 | 106 | 05.06.2013 | 7214520 |
| 8 | 2068 | 16.05.2003 | 97 | 22.05.2003 | 11 / 1001616 | 45 | 3412 | 02.09.2013 | 171 | 05.09.2013 | 1062301 |
| 9 | 2714 | 30.06.2003 | 126 | 04.07.2003 | 14 / 1066362 | 46 | 4299 | 30.10.2013 | 213 | 04.11.2013 | 1160491 |
| 10 | 3086 | 16.06.2004 | 118 | 22.06.2004 | 12 / 2321142 | 47 | 2282 | 02.06.2014 | 107 | 05.06.2014 | 1539711 |
| 11 | 4321 | 31.08.2004 | 172 | 06.09.2004 | 11 / 2435584 | 48 | 2651 | 24.06.2014 | 122 | 27.06.2014 | 1578625 |
| 12 | 5275 | 17.11.2004 | 228 | 23.11.2004 | 11 / 2555202 | 49 | 3492 | 19.08.2014 | 161 | 22.08.2014 | 1676791 |
| 13 | 111 | 10.01.2005 | 10 | 14.01.2005 | 14 / 2642112 | 50 | 3996 | 24.09.2014 | 187 | 29.09.2014 | 1738719 |
| 14 | 2119 | 16.06.2005 | 119 | 22.06.2005 | 13 / 2894454 | 51 | 4300 | 15.10.2014 | 202 | 20.10.2014 | 1777431 |
| 15 | 2977 | 30.08.2005 | 171 | 05.09.2005 | 14 / 3003136 | 52 | 120 | 08.01.2015 | 7 | 13.01.2015 | 1926157 |
| 16 | 4386 | 15.12.2005 | 248 | 21.12.2005 | 15 / 3158782 | 53 | 1123 | 13.03.2015 | 53 | 18.03.2015 | 2049397 |
| 17 | 436 | 27.01.2006 | 23 | 02.02.2006 | 12 / 3225434 | 54 | 1531 | 15.04.2015 | 74 | 20.04.2015 | 2105207 |
| 18 | 2985 | 25.07.2006 | 146 | 31.07.2006 | 10 / 3490134 | 55 | 3435 | 17.08.2015 | 160 | 20.08.2015 | 2330283 |
| 19 | 4936 | 21.12.2006 | 252 | 29.12.2006 | 18 / 3703338 | 56 | 4616 | 16.11.2015 | 225 | 19.11.2015 | 2491493 |
| 20 | 315 | 23.01.2007 | 19 | 29.01.2007 | 13 / 3748304 | 57 | 61 | 05.01.2016 | 5 | 08.01.2016 | 2584607 |
| 21 | 1401 | 19.04.2007 | 79 | 25.04.2007 | 13 / 3901108 | 58 | 1616 | 21.04.2016 | 80 | 26.04.2016 | 2800339 |
| 22 | 3014 | 29.08.2007 | 170 | 04.09.2007 | 12 / 4093914 | 59 | 2670 | 30.06.2016 | 128 | 05.07.2016 | 2932691 |
| 23 | 3736 | 26.10.2007 | 212 | 01.11.2007 | 12 / 4180806 | 60 | 3396 | 26.08.2016 | 168 | 31.08.2016 | 3029745 |
| 24 | 4247 | 05.12.2007 | 240 | 11.12.2007 | 12 / 4240340 | 61 | 191 | 10.01.2017 | 9 | 13.01.2017 | 3281977 |
| 25 | 124 | 09.01.2008 | 9 | 15.01.2008 | 12 / 4288642 | 62 | 1734 | 18.04.2017 | 77 | 21.04.2017 | 3479583 |
| 26 | 495 | 01.02.2008 | 26 | 07.02.2008 | 15 / 4328020 | 63 | 2616 | 19.06.2017 | 119 | 22.06.2017 | 3596193 |
| 27 | 2093 | 02.06.2008 | 108 | 06.06.2008 | 15 / 4511012 | 64 | 96 | 05.01.2018 | 6 | 10.01.2018 | 3979407 |
| 28 | 3298 | 22.08.2008 | 166 | 28.08.2008 | 14 / 4628074 | 65 | 1662 | 18.04.2018 | 77 | 23.04.2018 | 4187611 |
| 29 | 4549 | 20.11.2008 | 230 | 26.11.2008 | 15 / 4749208 | 66 | 2145 | 24.05.2018 | 101 | 29.05.2018 | 4254655 |
| 30 | 364 | 15.01.2009 | 13 | 21.01.2009 | 18 / 4837878 | 67 | 404 | 18.01.2019 | 15 | 23.01.2019 | 1004548772 |
| 31 | 3331 | 26.06.2009 | 125 | 02.07.2009 | 28 / 5108094 | 68 | 579 | 29.01.2019 | 22 | 01.02.2019 | 1004556444 |
| 32 | 1801 | 11.03.2010 | 53 | 17.03.2010 | 14 / 5545058 | 69 | 1840 | 16.04.2019 | 77 | 23.04.2019 | 1004614823 |
| 33 | 2351 | 19.04.2010 | 78 | 23.04.2010 | 13 / 5600886 | 70 | 2939 | 21.06.2019 | 121 | 26.06.2019 | 1004660033 |
| 34 | 3658 | 06.07.2010 | 132 | 12.07.2010 | 18 / 5721830 | 71 | 4066 | 06.09.2019 | 175 | 11.09.2019 | 1004713989 |
| 35 | 4035 | 05.08.2010 | 154 | 11.08.2010 | 12 / 5767150 | 72 | 4766 | 25.10.2019 | 210 | 30.10.2019 | 1004748272 |
| 36 | 4084 | 11.08.2010 | 158 | 17.08.2010 | 14 / 5774126 | 73 | 5671 | 17.12.2019 | 247 | 20.12.2019 | 1004789538 |
| 37 | 5087 | 05.11.2010 | 220 | 11.11.2010 | 11 / 5890320 | | | | | | |



# Commercial register of canton Solothurn

| CHE-106.842.854 | SIX SIS AG | | Olten | 3 |
|---|---|---|---|---|

Valid inscriptions only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Schulthess, Daniel, von Melchnau, in Winznau | | joint agent signature at two |
| 1 | | | Nolle, Peter, von Oberrohrdorf, in Oberrohrdorf | | joint agent signature at two |
| 5 | | | Hobi, Olivier, von Mels, in Bronschhofen | | joint agent signature at two |
| 5 | | | Leupi, René, von Wikon, in Oberengstringen | | joint agent signature at two |
| 21 | | | Muhmenthaler, Teddy, von Sumiswald, in Glattfelden | | joint agent signature at two |
| 23 | | | Amstad, Thomas, von Küsnacht ZH, in Ebmatingen (Maur) | | joint agent signature at two |
| 31 | | | Ernst & Young AG, in Zürich (CH-020.9.001.069-0) | auditor | |
| 32 | | | Fritsche, Thomas, von Appenzell, in Feusisberg | | joint signature at two |
| 32 | | | Grünenfelder, Roland, von Schneisingen, in Siglistorf | | joint agent signature at two |
| 32 | | | Kuoni, Andreas, von Chur, in Hinwil | | joint agent signature at two |
| 32 | | | Stirnimann, Andrea, von Altbüron, in Horgen | | joint agent signature at two |
| 34 | | | Berset, Nicole Constance, von Villorsonnens, in Niedergösgen | | joint agent signature at two |
| 34 | | | Bürgi, Petra, von Erlinsbach AG, in Suhr | | joint agent signature at two |
| 34 | | | Eggenschwiler, Thomas, von Aedermannsdorf, in Balsthal | | joint agent signature at two |
| 34 | | | Grüter, Karin, von Ruswil, in Winkel | | joint agent signature at two |
| 34 | | | Pizi, Gabriele, deutsche Staatsangehörige, in Fällanden | | joint agent signature at two |
| 34 | | | Pizi, Gianfranco, italienischer Staatsangehöriger, in Fällanden | | joint agent signature at two |
| 34 | | | Schaub, Franco, von Zürich, in Freienwil | | joint agent signature at two |
| 34 | | | Studer, Sascha, von Küttigen, in Rothrist | | joint agent signature at two |
| 34 | | | Wüst, Marc Bruno, von Birr, in Mellingen | | joint agent signature at two |
| 34 | | | Wyrsch, Theodor, von Buochs, in Kirchdorf AG | | joint agent signature at two |
| 34 | | | Zimmerstädt, Armin Wolfgang, von Neerach, in Egg bei Zürich (Egg) | | joint agent signature at two |
| 35 | | | Vicandi, Patrick, von Gossau ZH, in Gutenswil (Volketswil) | | joint agent signature at two |
| 37 | | | Berger, Martin, von Härkingen, in Dulliken | | joint agent signature at two |
| 37 | | | Hänle, Christian, von Basel, in Zürich | | joint agent signature at two |
| 38 | | | Fahrni, Hannes, von Eriz, in Zürich | | joint agent signature at two |
| 39 | | | Bregy, Sakouid, von Steg-Hohtenn, in Küsnacht ZH | | joint agent signature at two |
| 39 | | | Derigo, Dario Giuseppe, von Claro, in Regensdorf | | joint agent signature at two |
| 39 | | | Heiniger, Markus, von Affoltern im Emmental, in Staufen | | joint agent signature at two |
| | 40 | | Aregger, Thomas, von Romoos, in Staufen | | joint signature at two |
| 40 | | | Kamm, Dominic, von Mühlehorn GL, in Kloten | | joint agent signature at two |
| 42 | | | Funk, Philip, von Rorschach, in Lenzburg | | joint agent signature at two |
| 43 | | | Kissling, Beat, von Wolfwil, in Winznau | | joint agent signature at two |
| 43 | | | Litzinger, Holger, deutscher Staatsangehöriger, in Wangen bei Olten | | joint agent signature at two |
| 43 | | | Mason, Rita, von Gsteig, in Bern | | joint agent signature at two |
| 45 | | | Streule, Simon Josef, von Appenzell, in Zürich | member of the management | joint signature at two |
| 45 | | | Bannier, Gregory Knut, von Zürich, in Zürich | | joint agent signature at two |
| 45 | | | Eberhard, René, von Horgen, in Hirzel | | joint agent signature at two |
| 45 | | | Hellmund, Tino, deutscher Staatsangehöriger, in Aesch ZH | | joint agent signature at two |
| 45 | | | Kaufmann, Jürg Markus, von Buus, in Urdorf | | joint agent signature at two |
| 45 | | | Lambrechts, Fabienne, von Rothrist, in Wangen bei Olten | | joint agent signature at two |
| 45 | | | Linder, Joachim Beat, von Walenstadt, in Frauenfeld | | joint agent signature at two |
| 45 | | | Studer, Marc André, von Trimbach, in Wangen bei Olten | | joint agent signature at two |
| 45 | | | Tschanz, Olivier-Jeannot, von Schlosswil, in Pfungen | | joint agent signature at two |
| 46 | | | Ernst, Michaela, von Zürich, in Zürich | | joint signature at two |
| 46 | | | Karoussatos, Andreas, von Muri AG, in Wallisellen | | joint agent signature at two |
| | 47 | | Pescosolido, Fabrizio, italienischer Staatsangehöriger, in Knonau | | joint agent signature at two |
| | 47 | | Kobel, André, von Trachselwald, in Niederhasli | | joint agent signature at two |
| 47 | | | Heim, Sandro, von Neuendorf, in Olten | | joint signature at two |


# Commercial register of canton Solothurn

| CHE-106.842.854 | SIX SIS AG | | Olten | 4 |
|---|---|---|---|---|

Valid inscriptions only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 48 | | | Landolt, Josef, von Glarus Nord, in Winterthur | member of the board of directors | joint signature at two |
| 48 | | | Wolf, Andreas, deutscher Staatsangehöriger, in Wallertheim (DE) | member of the board of directors | joint signature at two |
| 49 | | | Di Pasquale, Donato, italienischer Staatsangehöriger, in Schönenwerd | | joint agent signature at two |
| 49 | | | Haller, Peter, von Zofingen, in Oftringen | | joint agent signature at two |
| 49 | | | Mehanja, Blerta, deutsche Staatsangehörige, in Allschwil | | joint agent signature at two |
| 49 | | | Wyss, Patrick, von Alchenstorf, in Künten | | joint agent signature at two |
| 51 | | | Schumacher, Walter, von Ruswil, in Greppen | | joint signature at two |
| 51 | | | Ahmed, Karim, von Zofingen, in Zofingen | | joint agent signature at two |
| | 51 | | Carlucci, Edoardo, von Zofingen, in Zofingen | | joint agent signature at two |
| 51 | | | Wehrli, Thomas, von Densbüren, in Däniken | | joint agent signature at two |
| 52 | | | Boller Herzog, Markus, von Uster, in Hedingen | | joint agent signature at two |
| | 55 | | Gassmann, Michel, von Boppelsen, in Hüttikon | | joint agent signature at two |
| 55 | | | Gumpfer, Markus, von Kilchberg ZH, in Zürich | member of the management | joint signature at two |
| | 55 | | Roncone, Valerio, von Zürich, in Schöfflisdorf | member of the management | joint signature at two |
| | 55 | | Weissgerber, Patrik Helmut, von Thundorf, in Langrickenbach | | joint signature at two |
| | 55 | | Dawson, Kieron John, australischer Staatsangehöriger, in Zürich | | joint agent signature at two |
| 55 | | | Heuberger, Raphael, von Elfingen, in Oberwil BL | | joint agent signature at two |
| 55 | | | Klein, Günter, österreichischer Staatsangehöriger, in Buchs SG | | joint agent signature at two |
| 55 | | | Mosimann-Bramante, Shirley Caroline Maria, von Rüegsau, in Staufen | | joint agent signature at two |
| 55 | | | Stefanowski, Fabian, deutscher Staatsangehöriger, in Unterentfelden | | joint agent signature at two |
| | 55 | | Veyrat, Kurt, von Perly-Certoux, in Reiden | | joint agent signature at two |
| 55 | | | Wattenhofer, Rolf, von Eschenbach LU, in Wädenswil | | joint agent signature at two |
| 56 | | | Rohner, Jörg, von Schönengrund, in Zürich | | joint agent signature at two |
| 56 | | | Engelbrecht, Oliver Andreas, deutscher Staatsangehöriger, in Kreuzlingen | | joint agent signature at two |
| 56 | | | Geyer, Martin Paul, von Burg im Leimental, in Zürich | | joint agent signature at two |
| 56 | | | Schelling, Roman, von Schaffhausen, in Meggen | | joint agent signature at two |
| 56 | | | Gueissaz, Katja, deutsche Staatsangehörige, in Thalwil | | joint agent signature at two |
| 57 | | | Croci Torti, Flavio Augusto, von Stabio, in Zürich | | joint agent signature at two |
| 58 | | | Neukirch, Marco Frank, von Schiers, in Utzenstorf | | joint agent signature at two |
| 59 | | | Henzmann, Daniel, von Dulliken, in Niedergösgen | | joint agent signature at two |
| 59 | | | Reber, Janice Tamara, von Schangnau, in Boningen | | joint agent signature at two |
| 60 | | | Kienle, André Oliver, von Zürich, in Zürich | | joint agent signature at two |
| | 60 | | Neu, Andreas, von Aarburg, in Brittnau | | joint agent signature at two |
| | 61 | | Müller, Matthias, von Zürich, in Langnau am Albis | | joint signature at two |
| 61 | | | Stadelmann, Eugen, von Wolhusen, in Risch | | joint signature at two |
| | 61 | | Föhr, Jérôme, von Basel, in Niederweningen | | joint agent signature at two |
| 61 | | | Katzenbach, Stefani, von Buchholterberg, in Rothrist | | joint agent signature at two |
| | 61 | | Kern, Heiko, deutscher Staatsangehöriger, in Zuchwil | | joint agent signature at two |
| 62 | | | Schmucki, Daniel, von Guggisberg, in Meilen | member of the board of directors | joint signature at two |
| 62 | | | Brugger, Arno, von Veltheim (AG), in Zofingen | | joint agent signature at two |
| 62 | | | Stefaniak, Justyna, polnische Staatsangehörige, in Uster | | joint agent signature at two |
| 62 | | | Taragos, Christian, von Regensdorf, in Hirzel | | joint agent signature at two |
| 62 | | | Weber, Raffaele, von Menziken, in Buttwil | | joint agent signature at two |
| | 63 | | Meierhofer, René, von Weiach, in Bülach | | joint signature at two |
| 63 | | | Bickel, Martin Urs, von Herrliberg, in Luzern | | joint agent signature at two |


# Commercial register of canton Solothurn

| CHE-106.842.854 | SIX SIS AG | | Olten | 5 |
|---|---|---|---|---|

Valid inscriptions only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 63 | | | Lüthi, Michael, von Rüderswil, in Fällanden | | joint agent signature at two |
| 63 | | | Stach, Juri, japanische Staatsangehörige, in Adliswil | | joint agent signature at two |
| 64 | | | Amstad, Stefan, von Beckenried, in Freienbach | | joint signature at two |
| | | 64 | Künzi, Reto, von Rüschlikon, in Lachen | | joint signature at two |
| | | 64 | Scheiber, Hans Peter, von Schattdorf, in Schongau | | joint signature at two |
| 64 | | | Baselgia, Reto Gabriel, von Zug, in Staufen | | joint agent signature at two |
| 64 | | | Bühlmann, Andreas Christoph, von Reinach (BL), in Dornach | | joint agent signature at two |
| | | 64 | Kroll, Sandy, deutsche Staatsangehörige, in Uttigen | | joint agent signature at two |
| | | 64 | Müller, Ursula, von Beromünster, in Erlinsbach (SO) | | joint agent signature at two |
| | | 64 | Schumacher, Kilian, von Allschwil, in Aarburg | | joint agent signature at two |
| 64 | | | Stucki, Jasmin Valery, von Konolfingen, in Wangen bei Olten | | joint agent signature at two |
| 64 | | | Zimmermann, Isabelle Esther, von Ennetbürgen, in Zürich | | joint agent signature at two |
| 64 | | | von Sprecher, Raeto Gion, von Luzein, in Alpnach | | joint agent signature at two |
| | 66 | | Ripken, Michael, deutscher Staatsangehöriger, in Eich | president of the management | joint signature at two |
| | 66 | | Zeeb, Thomas, kanadischer Staatsangehöriger, in Herrliberg | president of the board of directors | joint signature at two |
| 66 | | | Landis, Christoph, von Richterswil, in Dübendorf | member of the board of directors | joint signature at two |
| 66 | | | Hoti, Miriban, von Egnach, in Schlieren | | joint agent signature at two |
| 66 | | | Heimgartner, Thomas, von Fislisbach, in Eschenbach (SG) | | joint agent signature at two |
| 66 | | | Husain, Karim Adrian, von Amlikon-Bissegg, in Ipsach | | joint agent signature at two |
| 66 | | | Marbet, Fabian, von Gunzgen, in Olten | | joint agent signature at two |
| 66 | | | Priore, Claudio, italienischer Staatsangehöriger, in Risch | | joint agent signature at two |
| 66 | | | Ramer, Susanne, von Zürich, in Meilen | | joint agent signature at two |
| | 67 | | Cioffi, Michele, italienischer Staatsangehöriger, in Büttikon | | joint signature at two |
| | 67 | | Demir, Nehrin, von Buchs (ZH), in Zürich | | joint signature at two |
| 67 | | | Herzog, Cornelia, von Basel, in Küsnacht (ZH) | | joint signature at two |
| | 67 | | Bader, Corinna, von Holderbank (SO), in Erlinsbach (SO) | | joint agent signature at two |
| 67 | | | Brugger, Rodrigue Reinout Rogier, von Berlingen, in Feusisberg | | joint agent signature at two |
| 67 | | | Butera, Fulvio, italienischer Staatsangehöriger, in Aarau | | joint agent signature at two |
| 67 | | | Bühler, Stefan, von Domat/Ems, in Basel | | joint agent signature at two |
| | 67 | | Fiechter, Nadine, von Oberthal, in Herzogenbuchsee | | joint agent signature at two |
| 67 | | | Heiliger, Katharina, deutsche Staatsangehörige, in Zürich | | joint agent signature at two |
| 67 | | | Hofer, Claudia, von Signau, in Bern | | joint agent signature at two |
| 67 | | | Jost, Fabian Anselm, von Eriswil, in Bern | | joint agent signature at two |
| 67 | | | Knöpfel, Sandro, von Küsnacht (ZH), in Zürich | | joint agent signature at two |
| 67 | | | Köpfli, Fabian, von Zürich, in Zürich | | joint agent signature at two |
| 67 | | | Locher, Felix, von Zürich, in Meilen | | joint agent signature at two |
| 67 | | | Palermo, Rosanna, von Zürich, in Zürich | | joint agent signature at two |
| 67 | | | Pfulg, Joël Nicolas, von Fribourg, in Zürich | | joint agent signature at two |
| 67 | | | Schröder, Bernd, von Zürich, in Zürich | | joint agent signature at two |
| | 68 | | Kindler, Tomas, deutscher Staatsangehöriger, in Feusisberg | | joint signature at two |
| 69 | | | Berger, Susanne Maria, von Baar, in Zug | | joint signature at two |
| 69 | | | Angst, Cornelia Marlis, von Wetzikon (ZH), in Zollikon | | joint agent signature at two |
| 69 | | | Centin, Elena, italienische Staatsangehörige, in Kilchberg (ZH) | | joint agent signature at two |
| 69 | | | Dam-Huo, Wenjie, von Wohlen (AG), in Olten | | joint agent signature at two |
| 69 | | | Güzelgün-Atay, Arzu, von Zürich, in Egg | | joint agent signature at two |
| 69 | | | Leitner, Reto Christian, von Zürich, in Adliswil | | joint agent signature at two |
| 69 | | | May, Katrin, deutsche Staatsangehörige, in Bern | | joint agent signature at two |
| 69 | | | Nuhaj, Antigona, von Solothurn, in Zuchwil | | joint agent signature at two |
| | 69 | | Riedel, Beate Ulrike, deutsche Staatsangehörige, in Gränichen | | joint agent signature at two |
| | 69 | | Tschopp, Roland, von Willisau, in Wettingen | | joint agent signature at two |



# Commercial register of canton Solothurn

| CHE-106.842.854 | SIX SIS AG | | | Olten | 6 |
|---|---|---|---|---|---|

Valid inscriptions only

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 69 | | | Viscio, Rosita, von Zürich, in Zürich | | joint agent signature at two |
| | 69 | | Washington, Sharon Yvonne, von Urdorf, in Zürich | | joint agent signature at two |
| 69 | | | Zuber, Christoph, von Uetikon am See, in Zürich | | joint agent signature at two |
| 71 | | | Fleissner, Benjamin, deutscher Staatsangehöriger, in Zürich | | joint agent signature at two |
| 73 | | | Abt, Kevin Marc, von Bretzwil, in Hägendorf | | joint agent signature at two |
| 73 | | | Aiello, Maria, italienische Staatsangehörige, in Schönenwerd | | joint agent signature at two |
| 73 | | | Bloch, Tyra-Alissa, von Schelten, in Basel | | joint agent signature at two |
| 73 | | | Senn, Rino Marcel, von Gebenstorf, in Lostorf | | joint agent signature at two |

Balsthal, 17.03.2020 19:35

The above information is given without commitment and has not legal effect. Only the official company record (extract) issued and certified by the commercial register of Solothurn and published in the Swiss Commercial Gazette is legally binding.

# Exhibit 58b

## Commercial register of canton Solothurn

| Identification number | Legal status | Entry | Cancelled | Carried from: 4/1959 on: | 1 |
|---|---|---|---|---|---|
| CHE-106.842.854 | Limited or Corporation | 05. 21.1999 | | | |

Valid inscriptions only

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 28 | | SIX SIS AG | 1 | Olten |
| 28 | | (SIX SIS SA) (SIX SIS Ltd) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 26,000,000.00 | 26,000,000.00 | 260,000 registered shares of CHF 100.00 | 1 | | Baslerstrasse 100<br>4600 Olten |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 54 | | Processing (clearing and settlement) of transactions in stock exchange securities (securities, book-entry securities, and derivatives), as well as performance of management and depositary functions. The main focus of the activity is on the following core areas: a) national and cross-national processing of stock exchange security transactions (clearing and settlement), i.e. transfer of stock exchange security transactions and deposit money between the parties of a stock exchange security transaction; b) keeping of stock exchange security deposits and undertaking of registrations and deregistrations in stock exchange security deposits; c) keeping of domestic and foreign stock exchange securities and valuables; d) management (corporate actions/entitlements) of domestic and foreign stock exchange securities and valuables; e) securities lending and borrowing to support transaction processing; f) repurchase agreement transactions, including repurchase agreements and reverse repurchase agreements. In addition, in order to efficiently process and perform these core activities, the company is active in the following subsidiary areas: a) keeping of the money accounts necessary for the activities mentioned in this article, in freely convertible currencies; b) short-term interim financing to ensure efficient transaction processing; c) stock exchange securities transactions and exchange transactions, related to the processing of stock exchange securities transactions and the keeping and management of stock exchange securities transactions, for the account of the customers; d) processing of transactions, related to the processing of stock exchange securities transactions and the keeping and management of stock exchange securities transactions, such as money investments and borrowings with banks, for its own account; e) further administrative services for customers, related to stock exchange securities, such as the keeping of valuables and the handling of registered shares; f) acceptance of the function of a nominee company, i.e. the company enters itself in the corresponding registers as beneficiary of the registered securities and book-entry securities for the account and risk of a third party. This also includes the management of fiduciary borrower's notes. It can also acquire, manage, use, and sell shares and real estate properties, found, represent, and advise companies, and perform all transactions suitable for reaching the purpose of the company, and found and acquire domestic and foreign subsidiaries and affiliates, as well as representative offices.<br>It is an affiliate of SIX Group AG (parent company) and performs its activity in the interest of the group. It can support the interests of the parent company or the other companies of the group, and grant them direct or indirect financing (e.g. through loans or provision of collateral of any type), either against payment or not. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | The transferability of registered shares is restricted according to the limitations in the Articles of Incorporation. | 1 | 05.20.1999 |
| 3 | | Merger: By means of the merger according to article 748 OR [Swiss Code of Obligations] and based on the merger agreement of 06/28/2001 and the merger balance sheet of 01/01/2001, the company takes over assets of CHF 5,337,974.42 and liabilities of CHF 3,044,330.15 from "Snoc Swiss Nominee Company" in Zurich. As the transferee already possesses all the shares of the transferor company, no compensation takes place. | 25<br>28<br>30<br>54 | 12.20.2007<br>08.20.2008<br>17.12.2008<br>03.31.2015 |
| 51 | | Carlucci, Edoardo was entered twice by mistake with TR No. 4049 of 10/26/2012. | 65 | 12.12.2017 |
| 54 | | Notifications to the shareholders shall be by letter, e-mail or telefax to the addresses recorded in the Share Register. | | |

Balsthal, 03.17.2020 19:35    CERTIFIED TRANSLATION ROMTRANSLATION, INC.    Continuation on the following page

## Commercial register of canton Solothurn

| CHE-106.842.854 | SIX SIS AG | | Olten | 2 |
|---|---|---|---|---|

Valid inscriptions only

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 13 | | Merger: Take-over of the assets and liabilities of "PROTAB Projekt Swiss Securities Operations AG" in Zurich (CH-020.3.022.783-1), according to the merger agreement of 12/22/2004 and balance sheet of 10/31/2004. Assets of CHF 737,033.47 and liabilities (borrowed capital) of CHF 2,916.67 are transferred to the transferee company. As the same shareholder holds all the shares of the companies involved in the merger, neither a capital increase, nor an allocation of shares takes place. | 1 | SHAB |
| 50 | | Capital transfer: According to the agreement of 06/17/2014, the company transfers shares of CHF 1.00 to "SIX Group Services AG" in Zurich (CHE-105.832.942). No compensation. | | |
| 70 | | Merger: Take-over of the assets and liabilities of "SIX SIS Nominee U.K. AG" in Olten (CHE-113.780.069), according to the merger agreement of 06/18/2019 and balance sheet of 01/01/2019. Assets of CHF 61,453.00 and liabilities (borrowed capital) of CHF 1,837.00 are transferred to the transferee company. As the transferee company holds all the shares of the transferor company, neither a capital increase, nor an allocation of shares takes place. | | |

[see original for table]

**CERTIFIED TRANSLATION**
**ROMTRANSLATION, INC.**

Balsthal, 03.17.2020 19:35    Continuation on the following page



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52          360 Valverde Lane
Wantagh, NY 11793-4024       St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF ACCURACY

Romtranslation, Inc., an agency specializing in the provision of translation and interpretation services from/to Romance Languages (French, Italian, Spanish, Portuguese, Romanian), DOES HEREBY CERTIFY THAT:

1. We work with translation professionals certified by the American Translators Association [ATA] or expertly qualified and entirely competent to translate from _German_ to _English_.

2. We have translated the annexed document(s):
   - Business Registration (extracts)
   
   From the _German_ into the _English_ language.

3. This is a true and accurate translation of the document(s) presented to us, done to the best of our knowledge, ability, and belief.

_Roxana Dinu_ (signature)
Roxana Dinu
Linguistic Services Manager
ATA-Certified Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
_17th_ day of _March_, 20_20_

_____
NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_20_
No. 01ST6343368