# Exhibit 61a



# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-270.3.004.646-4 CH-270.3.004.646-4/e | 1 |
|---|---|---|---|---|---|---|
| CHE-101.329.561 | Limited or Corporation | 28.02.1978 | | | | |

All datas

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **UBS AG** | 1 | Zürich |
| 1 | | (UBS SA) (UBS Inc.) | 1 | Basel |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 385'840'846.60 | 385'840'846.60 | 3'858'408'466 Namenaktien zu CHF 0.10 | 1 | | Aeschenvorstadt 1 |
| | | | | | | | 4051 Basel |
| | | | | | 1 | | Bahnhofstrasse 45 |
| | | | | | | | 8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Zweck der Gesellschaft ist der Betrieb einer Bank. Ihr Geschäftskreis umfasst alle Arten von Bank-, Finanz-, Beratungs-, Dienstleistungs- und Handelsgeschäften im In- und Ausland. Die Gesellschaft kann im In- und Ausland Zweigniederlassungen und Vertretungen errichten sowie Banken, Finanzgesellschaften und andere Unternehmen aller Art gründen, sich an solchen beteiligen und deren Geschäftsführung übernehmen. Die Gesellschaft ist berechtigt, Grundstücke und Baurechte im In- und Ausland zu erwerben, zu belasten und zu verkaufen. Die Gesellschaft kann Mittel am Kapitalmarkt aufnehmen und anlegen. Die Gesellschaft ist Teil des Konzerns, der von UBS Group AG als Muttergesellschaft kontrolliert wird. Sie kann die Interessen der Konzernmuttergesellschaft oder anderer Konzerngesellschaften fördern. Sie kann Darlehen, Garantien und andere Arten der Finanzierung und von Sicherheitsleistungen für Konzerngesellschaften gewähren. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 17.02.1978 |
| 1 | | Vernichtung von 18'421'783 im Rahmen des Aktienrückkaufsprogrammes 2000 erworbenen eigenen Namenaktien zu CHF 10.-- und Herabsetzung des Nennwerts der verbleibenden 425'957'946 Namenaktien zu CHF 10.-- auf CHF 8.40 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 10.07.2001 festgestellt. Die verbleibenden 425'957'946 Namenaktien zu CHF 8.40 werden im Verhältnis eins zu drei aufgeteilt, woraus 1'277'873'838 Namenaktien zu CHF 2.80 resultieren. | 1 | 13.02.2006 |
| | | | 1 | 19.04.2006 |
| | | | 1 | 13.02.2007 |
| | | | 1 | 18.04.2007 |
| | | | 1 | 05.02.2008 |
| 1 | | Vernichtung von 28'818'690 im Rahmen des Aktienrückkaufprogrammes 2001 erworbenen eigenen Namenaktien zu CHF 2.80 und Herabsetzung des Nennwerts der verbleibenden 1'252'898'809 Namenaktien zu CHF 2.80 auf CHF 0.80 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 27.06.2002 festgestellt. | 1 | 27.02.2008 |
| | | | 1 | 15.04.2008 |
| | | | 1 | 23.04.2008 |
| | | | 1 | 12.06.2008 |
| 1 | | Vernichtung von 75'970'080 im Rahmen des Aktienrückkaufprogramms 2002 und 2002b erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 30.06.2003 festgestellt. | 1 | 02.10.2008 |
| | | | 1 | 27.11.2008 |
| | | | 1 | 03.03.2009 |
| 1 | | Vernichtung von 59'482'000 im Rahmen des Aktienrückkaufprogramms 2003 erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 24.06.2004 festgestellt. | 1 | 15.04.2009 |
| | | | 1 | 29.06.2009 |
| | | | 1 | 29.09.2009 |
| 1 | | Vernichtung von 39'935'094 im Rahmen des Aktienrückkaufprogramms 2004 erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 29.06.2005 festgestellt. | 1 | 09.03.2010 |
| | | | 1 | 14.04.2010 |
| | | | 1 | 20.09.2010 |
| 1 | | Vernichtung von 37'100'000 im Rahmen des Aktienrückkaufsprogrammes 2005/2006 erworbenen eigenen Namenaktien zu CHF 0.80 und Herabsetzung des Nennwerts der verbleibenden 1'051'532'522 Namenaktien zu CHF 0.80 auf CHF 0.20 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 27.06.2006 festgestellt. Die verbleibenden 1'051'532'522 Namenaktien zu CHF 0.20 werden im Verhältnis eins zu zwei aufgeteilt, woraus 2'103'065'044 Namenaktien zu CHF 0.10 resultieren. | 1 | 22.02.2011 |
| | | | 1 | 27.02.2012 |
| | | | 1 | 03.05.2012 |
| | | | 1 | 27.02.2013 |
| | | | 1 | 14.11.2013 |

# Exhibit 61b



# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried CH-270.3.004.646-4 from: CH-270.3.004.646-4/e on: | 1 |
|---|---|---|---|---|---|
| CHE-101.329.561 | Limited or Corporation | 28.02.1978 | | | |

All datas

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **UBS AG** | 1 | Zürich |
| 1 | | (UBS SA) (UBS Inc.) | 1 | Basel |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 385'840'846.60 | 385'840'846.60 | 3'858'408'466 Namenaktien zu CHF 0.10 | 1 | | Aeschenvorstadt 1 |
| | | | | | | | 4051 Basel |
| | | | | | 1 | | Bahnhofstrasse 45 |
| | | | | | | | 8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | The purpose of the company is to conduct banking operations. The scope of its business activities include all categories of banking, financial, advisory, servicing and trading transactions, both domestically and abroad. The Company is entitled to establish branches and representative offices, both domestically and abroad, and also to establish banks, financing companies and other enterprises of all kinds, to acquire shareholdings in them and to assume their management. The company is entitled to purchase, mortgage and dispose of real estate and development rights, both domestically and abroad. The Company is entitled to raise and invest funds in the financial markets. The company is part of the Group controlled by UBS Group AG as a parent company. It is entitled to promote the interests of the parent company of the Group or of other companies belonging to the Group. It is entitled to issue loans, guarantees and other forms of financial instruments and securities for Group companies. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 17.02.1978 |
| 1 | | Vernichtung von 18'421'783 im Rahmen des Aktienrückkaufsprogrammes 2000 erworbenen eigenen Namenaktien zu CHF 10.-- und Herabsetzung des Nennwerts der verbleibenden 425'957'946 Namenaktien zu CHF 10.-- auf CHF 8.40 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 10.07.2001 festgestellt. Die verbleibenden 425'957'946 Namenaktien zu CHF 8.40 werden im Verhältnis eins zu drei aufgeteilt, woraus 1'277'873'838 Namenaktien zu CHF 2.80 resultieren. | 1 | 13.02.2006 |
| | | | 1 | 19.04.2006 |
| | | | 1 | 13.02.2007 |
| | | | 1 | 18.04.2007 |
| | | | 1 | 05.02.2008 |
| 1 | | Vernichtung von 28'818'690 im Rahmen des Aktienrückkaufsprogrammes 2001 erworbenen eigenen Namenaktien zu CHF 2.80 und Herabsetzung des Nennwerts der verbleibenden 1'252'898'809 Namenaktien zu CHF 2.80 auf CHF 0.80 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 27.06.2002 festgestellt. | 1 | 27.02.2008 |
| | | | 1 | 15.04.2008 |
| | | | 1 | 23.04.2008 |
| | | | 1 | 12.06.2008 |
| 1 | | Vernichtung von 75'970'080 im Rahmen des Aktienrückkaufsprogramms 2002 und 2002b erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 30.06.2003 festgestellt. | 1 | 02.10.2008 |
| | | | 1 | 27.11.2008 |
| | | | 1 | 03.03.2009 |
| 1 | | Vernichtung von 59'482'000 im Rahmen des Aktienrückkaufsprogramms 2003 erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 24.06.2004 festgestellt. | 1 | 15.04.2009 |
| | | | 1 | 29.06.2009 |
| | | | 1 | 29.09.2009 |
| 1 | | Vernichtung von 39'935'094 im Rahmen des Aktienrückkaufsprogramms 2004 erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 29.06.2005 festgestellt. | 1 | 09.03.2010 |
| | | | 1 | 14.04.2010 |
| | | | 1 | 20.09.2010 |
| 1 | | Vernichtung von 37'100'000 im Rahmen des Aktienrückkaufsprogrammes 2005/2006 erworbenen eigenen Namenaktien zu CHF 0.80 und Herabsetzung des Nennwerts der verbleibenden 1'051'532'522 Namenaktien zu CHF 0.80 auf CHF 0.20 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 27.06.2006 festgestellt. Die verbleibenden 1'051'532'522 Namenaktien zu CHF 0.20 werden im Verhältnis eins zu zwei aufgeteilt, woraus 2'103'065'044 Namenaktien zu CHF 0.10 resultieren. | 1 | 22.02.2011 |
| | | | 1 | 27.02.2012 |
| | | | 1 | 03.05.2012 |
| | | | 1 | 27.02.2013 |
| | | | 1 | 14.11.2013 |

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French
- German

To:

- English

The documents are designated as:

- LUXEMBOURG) S.A. - Annual Accounting 2004 (Page 1 – Government Endorsement)
- LUXEMBOURG) S.A. - Annual Accounting 2005 (Page 1 – Government Endorsement)
- LUXEMBOURG) S.A. - Annual Accounting 2006 (Page 1 – Government Endorsement)
- UBS AG Commercial Register Extract ("Purpose" section)

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.