# Exhibit 63a



# HANDELSREGISTER DES KANTONS ST. GALLEN

| Firmennummer | Rechtsnatur | Beginn | Eintragung | Löschung | Übertrag CH-320.2.002.184-6/a von: CH-320.2.002.184-3/a auf: | |
|---|---|---|---|---|---|---|
| CH-320.2.002.184-3 | Kommanditgesellschaft | 01.05.1909 | 01.05.1909 | | | 1 |

**Aktuelle Eintragungen**

| Ei | Lö | Firma | | Ref | Sitz |
|---|---|---|---|---|---|
| 19 | | **Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, Hummler, Tolle & Co.** | | 1 | St. Gallen |
| 19 | | (Wegelin & Co. Banquiers Privés, Associés Bruderer, Hummler, Tolle & Co.) | | | |
| | | (Wegelin & Co. Banchieri Privati, Soci Bruderer, Hummler, Tolle & Co.) | | | |
| | | (Wegelin & Co. Private Bankers, Partners Bruderer, Hummler, Tolle & Co.) | | | |

| Ei | Lö | Besondere Tatbestände | Ei | Lö | Adresse der Firma |
|---|---|---|---|---|---|
| | | | 1 | 49 | Bohl 17 |
| | | | | | 9004 St. Gallen |
| | | | 49 | | Museumstrasse 1 |
| | | | | | 9000 St. Gallen |

| Ei | Lö | Zweck | Ei | Lö | Postadresse |
|---|---|---|---|---|---|
| 20 | | Privatbankiers, Dienstleistungen für andere Banken und Effektenhändler | | | |

| Ei | Lö | Bemerkungen, Angaben betreffend Übernahme von Aktiven und Passiven | Ei | Lö | Zweigniederlassung(en) |
|---|---|---|---|---|---|
| 1 | | Aktiven und Passiven von "Wegelin & Cie.", in St. Gallen | 13 | | Zürich |
| 49 | | Vermögensübertragung: Die Gesellschaft überträgt gemäss Vertrag vom 25.01.2012 mit Anhängen Aktiven von CHF 15'000'000.00 und Passiven (Fremdkapital) von CHF 0.00 auf die Wegelin Fondsleitung AG (neu: 1741 Asset Management AG), in St.Gallen (CH-320.3.045.187-9). Gegenleistung: Keine. | 18 | | Lugano |
| | | | 21 | | Bern |
| | | | 24 | | Lausanne |
| | | | 25 | | Schaffhausen |
| 49 | | Vermögensübertragung: Die Gesellschaft überträgt gemäss Vertrag vom 25.01.2012 mit Anhängen Aktiven von CHF 4'352'663'000.00 und Passiven (Fremdkapital) von CHF 4'215'363'000.00 auf die nettobank AG, in Gossau SG (neu: Notenstein Privatbank AG, in St.Gallen) (CH-320.3.006.049-9). Gegenleistung: Keine. | 29 | | Basel |
| | | | 30 | | Genf |
| | | | 31 | | Locarno |
| | | | 34 | | Chur (CH-350.9.000.980-6) |
| | | | 37 | | Luzern (CH-100.9.790.715-4) |
| | | | 42 | | Chiasso (CH-501.9.014.856-4) |
| | | | 44 | | Winterthur (CH-020.9.003.451-7) |

| Zei | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id | Zei | Ref | | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG | 0 | | (Auslassung) | | (Auslassung) | | SG | 25 | | 774 | 20.01.2005 | 18 | 26.01.2005 | 12 / 2670234 |
| SG | 1 | 2261 | 24.04.1990 | 87 | 07.05.1990 | 1790 | SG | 26 | | 2972 | 01.04.2005 | 67 | 07.04.2005 | 12 / 2780906 |
| SG | 2 | 2038 | 06.05.1991 | 94 | 17.05.1991 | 2128 | SG | 27 | N | 3307 | 15.04.2005 | N 77 | 21.04.2005 | 12 / 2802650 |
| SG | 3 | 2320 | 21.05.1991 | 103 | 31.05.1991 | 2357 | SG | 28 | | 2390 | 28.03.2006 | 65 | 03.04.2006 | 9 / 3316394 |
| SG | 4 | 720 | 05.02.1992 | 31 | 17.02.1992 | 721 | SG | 29 | | 2572 | 04.04.2006 | 70 | 10.04.2006 | 12 / 3326090 |
| SG | 5 | 4210 | 27.06.1994 | 127 | 04.07.1994 | 3725 | SG | 30 | | 5918 | 29.06.2007 | 128 | 05.07.2007 | 17 / 4009776 |
| SG | 6 | | | N 130 | 07.07.1994 | 3810 | SG | 31 | | 8199 | 05.09.2007 | 175 | 11.09.2007 | 12 / 4104680 |
| SG | 7 | 1416 | 22.02.1995 | 41 | 28.02.1995 | 1143 | SG | 32 | | 10030 | 14.11.2007 | 225 | 20.11.2007 | 11 / 4208474 |
| SG | 8 | 5868 | 23.08.1995 | 166 | 29.08.1995 | 4826 | SG | 33 | | 3982 | 21.05.2008 | 100 | 27.05.2008 | 13 / 4493434 |
| SG | 9 | 1191 | 19.02.1997 | 37 | 25.02.1997 | 1264 | SG | 34 | | 1090 | 05.02.2009 | 28 | 11.02.2009 | 17 / 4874846 |
| SG | 10 | 1819 | 17.03.1997 | 55 | 21.03.1997 | 1927 | SG | 35 | | 3948 | 23.04.2009 | 81 | 29.04.2009 | 15 / 4994460 |
| SG | 11 | 8069 | 31.10.1997 | 214 | 06.11.1997 | 8089 | SG | 36 | B | 4497 | 06.05.2009 | B 90 | 12.05.2009 | 14 / 5014264 |
| SG | 12 | 8725 | 26.11.1997 | 232 | 02.12.1997 | 8690 | SG | 37 | | 13424 | 13.11.2009 | 225 | 19.11.2009 | 13 / 5350518 |
| SG | 13 | 6664 | 11.09.1998 | 180 | 17.09.1998 | 6435 | SG | 38 | | 1132 | 03.02.2010 | 27 | 09.02.2010 | 14 / 5485130 |
| SG | 14 | 4561 | 08.07.1999 | 134 | 14.07.1999 | 4797 | SG | 39 | | 3262 | 09.04.2010 | 72 | 15.04.2010 | 13 / 5587582 |
| SG | 15 | 2591 | 11.04.2000 | 76 | 17.04.2000 | 2591 | SG | 40 | | 3517 | 16.04.2010 | 77 | 22.04.2010 | 14 / 5598222 |
| SG | 16 | 2326 | 27.03.2001 | 64 | 02.04.2001 | 2433 | SG | 41 | | 3831 | 27.04.2010 | 84 | 03.05.2010 | 15 / 5612980 |
| SG | 17 | 2625 | 05.04.2001 | 71 | 11.04.2001 | 2723 | SG | 42 | | 5180 | 04.06.2010 | 110 | 10.06.2010 | 16 / 5669446 |
| SG | 18 | 4191 | 12.06.2001 | 115 | 18.06.2001 | 4554 | SG | 43 | | 8730 | 02.09.2010 | 174 | 08.09.2010 | 11 / 5803250 |
| SG | 19 | 5683 | 06.08.2001 | 153 | 10.08.2001 | 6141 | SG | 44 | | 4282 | 05.05.2011 | 90 | 10.05.2011 | 0 / 6154884 |
| SG | 20 | 2730 | 17.04.2002 | 77 | 23.04.2002 | 9 / 439136 | SG | 45 | | 4954 | 26.05.2011 | 105 | 31.05.2011 | 0 / 6185250 |
| SG | 21 | 2520 | 02.04.2003 | 67 | 08.04.2003 | 10 / 940458 | SG | 46 | | 6337 | 05.07.2011 | 131 | 08.07.2011 | 0 / 6245026 |
| SG | 22 | 2055 | 25.03.2004 | 63 | 31.03.2004 | 9 / 2193674 | SG | 47 | | 6528 | 11.07.2011 | 135 | 14.07.2011 | 0 / 6254880 |

St. Gallen, 27.01.2012 10:38

Fortsetzung auf der folgenden Seite



# HANDELSREGISTER DES KANTONS ST. GALLEN

| CH-320.2.002.184-3 | Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, H... | St. Gall le |
|---|---|---|

Aktuelle Eintragungen

| Zei | Ref | | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id | Zei | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat | Seite / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG | 23 | B | 2306 | 05.04.2004 | B 70 | 13.04.2004 | 10 / 2209718 | SG | 48 | 8513 | 20.09.2011 | 185 | 23.09.2011 | 0 / 63480 |
| SG | 24 | | 4321 | 23.06.2004 | 123 | 29.06.2004 | 12 / 2331788 | SG | 49 | 898 | 27.01.2012 | (Genehmigung EHRA) | | |

| Ei | Ae | Personalangaben | Funktion | Kommanditsumme | Zeichnungsart |
|---|---|---|---|---|---|
| 6 | | Bruderer, Dr. Otto, von Speicher, in Waldegg (Uitikon) | unbeschränkt haftender Gesellschafter | | Einzelunterschrift |
| | 8 | Hummler, Dr. Konrad, von St. Gallen und Thun, in Teufen AR | unbeschränkt haftender Gesellschafter | | Einzelunterschrift |
| | 11 | Bitterli, Urs, von Wisen SO, in Trogen | | | Kollektivunterschrift zu zweien |
| | 11 | Mayer, Gallus, von Egnach, in St. Gallen | | | Kollektivunterschrift zu zweien |
| 11 | | Rohner, Andreas, von Walzenhausen, in Tuttwil (Wängi) | | | Kollektivunterschrift zu zweien |
| | 11 | Schneider, Philipp, von Pieterlen, in St. Gallen | | | Kollektivunterschrift zu zweien |
| | 11 | Steingruber, Albert, von Schönengrund, in Abtwil SG (Gaiserwald) | | | Kollektivunterschrift zu zweien |
| | 14 | Tolle, Dr. Steffen, von Greifensee, in Rehetobel | unbeschränkt haftender Gesellschafter | | Einzelunterschrift |
| | 15 | Dickenmann, Remo, von Schönholzerswilen, in Goldach | | | Kollektivunterschrift zu zweien |
| | 15 | Lenherr, Marcel, von Gams, in Herisau | | | Kollektivunterschrift zu zweien |
| | 15 | Meier, Ulrich, von Jonen, in St. Gallen | | | Kollektivunterschrift zu zweien |
| | 16 | Burgermeister, Dr. Rolf, von Horw und Wigoltingen, in St. Gallen | | | Kollektivunterschrift zu zweien |
| 16 | | Stump, Peter, von Wattwil, in Kloten | | | Kollektivunterschrift zu zweien |
| | 20 | Moor, Michele, von Uster, in Cureglia | unbeschränkt haftender Gesellschafter | | Einzelunterschrift |
| | 20 | 49 | ~~Orgland, Dr. Magne, norwegischer Staatsangehöriger, in Teufen AR~~ | ~~unbeschränkt haftender Gesellschafter~~ | | ~~Einzelunterschrift~~ |
| | 20 | Bütler, Michael, von Hünenberg, in Zuzwil SG | | | Kollektivunterschrift zu zweien |
| | 21 | Baum, Michael, von Sirnach, in Sirnach | | | Kollektivunterschrift zu zweien |
| | 21 | Bischof, Thomas, von Eggersriet, in Goldach | | | Kollektivunterschrift zu zweien |
| | 21 | Fürst, Reto, von Romanshorn, in Egnach | | | Kollektivunterschrift zu zweien |
| | 21 | Moravek, Tomas, von St. Gallen, in St. Gallen | | | Kollektivunterschrift zu zweien |
| 21 | | Rohner, Alex, von Rüthi SG, in Niederteufen (Teufen AR) | | | Kollektivunterschrift zu zweien |
| | 21 | Sonderegger, Reto, von Speicher, in Speicher | | | Kollektivunterschrift zu zweien |
| | 21 | Thoma, Michael, von Amden, in St. Gallen | | | Kollektivunterschrift zu zweien |
| | 21 | Zingg, August, von Gossau SG, in Engelburg (Gaiserwald) | | | Kollektivprokura zu zweien |
| | 22 | Helg, Andreas, von Jonschwil, in Degersheim | | | Kollektivunterschrift zu zweien |

# HANDELSREGISTER DES KANTONS ST. GALLEN

| | | | | | | |
|---|---|---|---|---|---|---|
| .20.2.002.184-3 | | | Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, H... | | St. Gallen | 3 |

..uelle Eintragungen

| Ei | Ae | Lo | Personalangaben | Funktion | Kommanditsumme | Zeichnungsart |
|---|---|---|---|---|---|---|
| | 22 | | Wettstein, Christoph, von Remetschwil, in Abtwil SG (Gaiserwald) | | | Kollektivunterschrift zu zwei-en |
| | 22 | | Huber, Daniel, von Waldstatt, in St. Gallen | | | Kollektivprokura zu zweien |
| | 22 | | Tanner, Urs, von Dintikon, in Oberuzwil | | | Kollektivprokura zu zweien |
| | 26 | | Lehmann, Andreas, von Andwil SG, in St. Gallen | | | Kollektivunterschrift zu zwei-en |
| 26 | | | Weibel, Rainer, von Jonschwil, in Gossau SG | | | Kollektivunterschrift zu zwei-en |
| 26 | | | Weder, Michael, von Diepoldsau, in St. Margrethen | | | Kollektivprokura zu zweien |
| | 28 | | Friolet, Michel, von Murten, in Berneck | | | Kollektivunterschrift zu zwei-en |
| | 28 | | Inauen, Daniel, von Appenzell, in Appenzell | | | Kollektivunterschrift zu zwei-en |
| 28 | | | Bättig, Roland, von Hergiswil bei Willisau, in Rorschach | | | Kollektivprokura zu zweien |
| 28 | | | Preisig, Markus, von Schwellbrunn, in St. Gallen | | | Kollektivprokura zu zweien |
| | 30 | 49 | ~~Künzi, Dr. Adrian, von Jaberg, in Lausanne~~ | ~~unbeschränkt haftender Gesell-schafter~~ | | ~~Einzelunterschrift~~ |
| | 30 | 49 | ~~Kaufmann, Rolf, von Domat/Ems, in Zürich~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zwei-en~~ |
| | 30 | 49 | ~~Krüsi, Werner, von Speicher, in Speicher~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zwei-en~~ |
| | 30 | 49 | ~~Schenk, Martin, von Eggiwil, in Bern~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zwei-en~~ |
| | 30 | 49 | ~~Schwalm, Christoph, von Winterthur und Lutzenberg, in Arnegg (Gossau SG)~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zwei-en~~ |
| | 30 | | Buff, Urs, von Wolfhalden, in Wolfhalden | | | Kollektivunterschrift zu zwei-en |
| | 30 | | Feurstein, Eva, österreichische Staatsangehörige, in Wil SG | | | Kollektivunterschrift zu zwei-en |
| | 30 | | Jann, Urs, von Rebstein, in Nänikon | | | Kollektivunterschrift zu zwei-en |
| | 30 | | Perrin, Guy, von Miège, in Arnegg (Gossau SG) | | | Kollektivunterschrift zu zwei-en |
| | 30 | | Rauber, Jürg, von Wolfwil, in Teufen AR | | | Kollektivunterschrift zu zwei-en |
| 30 | | | Ammann, Reto, von Wagenhausen, in St. Gallen | | | Kollektivprokura zu zweien |
| 30 | | | Bauer, Cornelia, von Oberriet SG, in St. Gallen | | | Kollektivprokura zu zweien |
| | 30 | | Brassel, Thomas, von St. Margrethen, in St. Margrethen | | | Kollektivprokura zu zweien |
| | 33 | | Raubach, Dr. Christian, von St. Gallen, in Zürich | unbeschränkt haftender Gesell-schafter | | Einzelunterschrift |
| | 33 | | Bellini, Vittorio, von Rorschacherberg, in Tübach | | | Kollektivunterschrift zu zwei-en |
| | 33 | | Björck, Dr. Albena, bulgarische Staatsangehörige, in Baar | | | Kollektivunterschrift zu zwei-en |
| | 33 | | Boge, Dr. Michael, von Spreitenbach, in Rudolfstetten (Rudolfstetten-Friedlisberg) | | | Kollektivunterschrift zu zwei-en |
| 33 | | | Manser, Urs, von Appenzell, in Appenzell | | | Kollektivunterschrift zu zwei-en |
| | 33 | | Rageth, Guido, von Domat/Ems, in St. Gallen | | | Kollektivunterschrift zu zwei-en |
| | 33 | | Sager, Debora, von Egnach, in Schönenberg an der Thur | | | Kollektivunterschrift zu zwei-en |

St. Gallen, 27.01.2012 10:38

Fortsetzung auf der folgenden Seite



# HANDELSREGISTER DES KANTONS ST. GALLEN

| CH-320.2.002.184-3 | Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, H... | | St. Gallen |
| --- | --- | --- | --- |

Aktuelle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Kommanditsumme | Zeichnungsart |
| --- | --- | --- | --- | --- | --- | --- |
| 33 | | | Studerus, Daniel, von Waldkirch, in St. Gallen | | | Kollektivunterschrift zu zwaen |
| 33 | | | Bardill, Andreas, von Luzein, in Goldach | | | Kollektivprokura zu zweien |
| 33 | | | Castelberg, Daniel, von Castrisch, in St. Gallen | | | Kollektivprokura zu zweien |
| 33 | | | Friedli, Beatrice, von Landiswil, in Wil SG | | | Kollektivprokura zu zweien |
| 33 | | | Fuchs, Christian, von Appenzell, in Rheineck | | | Kollektivprokura zu zweien |
| 33 | | | Locher, Kurt, von Oberegg, in Appenzell | | | Kollektivprokura zu zweien |
| 33 | | | Rohner, Daniel, von Berg SG, in St. Gallen | | | Kollektivprokura zu zweien |
| 33 | | | Tobler, Esther, von Heiden, in Heiden | | | Kollektivprokura zu zweien |
| 35 | | | Baumgartner, Remo, von Mörschwil, in Goldach | | | Kollektivunterschrift zu zweien |
| 35 | | | Gantenbein, David, von Grabs, in Romanshorn | | | Kollektivunterschrift zu zweien |
| 35 | | | Honegger, Jürg, von Wald ZH, in Seuzach | | | Kollektivunterschrift zu zweien |
| 35 | | | Braunwalder, Lars, von Oberuzwil, in St. Gallen | | | Kollektivprokura zu zweien |
| 35 | | | Di Pasquale, Alessandro, von Wartau, in Weite (Wartau) | | | Kollektivprokura zu zweien |
| 35 | | | Dütsch, Daniel, von Winterthur, in Rehetobel | | | Kollektivprokura zu zweien |
| 35 | | | Huber, Joseph genannt Sepp, von Appenzell, in Gonten | | | Kollektivprokura zu zweien |
| 35 | | | Krieger, Manuel, von Emmen, in Küssnacht SZ | | | Kollektivprokura zu zweien |
| 35 | | | Ulmann, Christof, von Appenzell, in Appenzell | | | Kollektivprokura zu zweien |
| 35 | | | Arn, Susanne, von Wangenried, in Zürich | | | Kollektivunterschrift zu zweien |
| 35 | | | Müller, Jeannette, von Wängi, in Niederteufen (Teufen AR) | | | Kollektivunterschrift zu zweien |
| | 36 | | Pfiffner, Dr. Thomas, von Mels, in Degersheim | | | Kollektivunterschrift zu zweien |
| | 39 | | Burch, Roman, von Sarnen, in Teufen AR | | | Kollektivunterschrift zu zweien |
| | 39 | | Epper, Reto, von Hohentannen, in Wil SG | | | Kollektivunterschrift zu zweien |
| | 39 | | Frischknecht, Thomas, von Schwellbrunn, in Flawil | | | Kollektivunterschrift zu zweien |
| | 39 | | Ganz, Roger, von Trüllikon und Dorf, in Kleinandelfingen | | | Kollektivunterschrift zu zweien |
| | 39 | | Giger, Christoph, von Quarten und St. Gallen, in Mörschwil | | | Kollektivunterschrift zu zweien |
| | 39 | | Jäger, Raphael, von Mels, in St. Gallen | | | Kollektivunterschrift zu zweien |
| | 39 | | Tschudi, Thomas, von Näfels, in Näfels | | | Kollektivunterschrift zu zweien |
| | 39 | | Knöpfel, Roger, von Hundwil, in St. Gallen | | | Kollektivprokura zu zweien |
| | 39 | | Hafner, Christian, von Münchwilen TG, in Küsnacht ZH | unbeschränkt haftender Gesellschafter | | Einzelunterschrift |
| | 39 | | Dori, Fabian, von Rehetobel, in St. Gallen | | | Kollektivunterschrift zu zweien |
| 39 | | | Häusler, Frank, von Unterägeri, in Horgen | | | Kollektivunterschrift zu zweien |
| | 39 | | Hutterli, Dr. Silvio, von Salenstein, in Speicher | | | Kollektivunterschrift zu zweien |
| | 39 | | Schulz, Paul Gerhard, deutscher Staatsangehöriger, in Zürich | | | Kollektivunterschrift zu zweien |
| 39 | | | Weibel, Adrian Matthias, von Lyss, in Berlingen | | | Kollektivunterschrift zu zweien |

# HANDELSREGISTER DES KANTONS ST. GALLEN

| 020.2.002.184-3 | Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, H... | St. Gallen | 5 |

*Aktuelle Eintragungen*

| Ei | Ae | Lö | Personalangaben | Funktion | Kommanditsumme | Zeichnungsart |
|----|----|----|-----------------|----------|----------------|---------------|
|  | 39 |  | Zürcher, Ralph, von Appenzell, in Gonten |  |  | Kollektivunterschrift zu zweien |
| 39 |  |  | Benz, Ivo, von Marbach SG, in Untereggen |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Beyer, Sabine, von Gossliwil, in Appenzell |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Bischofberger, Adrian, von Appenzell, in Appenzell |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Brülisauer, Markus, von Appenzell, in Appenzell |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Cursoli, Nicola, von Zürich, in Wilen b. Wil (Wilen TG) |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Eisenhut, Angela, von Wiesendangen und Gais, in Wiesendangen |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Giger, Felix, von Schänis, in Speicherschwendi (Speicher) |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Grob, Markus, von Schänis, in Sirnach |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Hubmann, Fabienne, von Fischingen, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Lindauer, Thomas, von Gossau SG, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Neuburger, Jacqueline, von St. Gallen, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Piccolo, Antonio, italienischer Staatsangehöriger, in Rorschacherberg |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Streule, Reto, von Appenzell, in Appenzell |  |  | Kollektivprokura zu zweien |
| 39 |  |  | Tanner, Eduard genannt Edy, von Heiden, in Niederteufen (Teufen AR) |  |  | Kollektivprokura zu zweien |
| 40 |  |  | Bleuler, Nadja, von Niederweningen, in Zürich |  |  | Kollektivprokura zu zweien |
|  | 41 | 49 | ~~Rehsteiner, Georg, von St. Gallen, in Vufflens-le-Château~~ | ~~Kommanditär~~ | ~~2'500'000.00~~ | ~~Kollektivunterschrift zu zweien~~ |
|  | 41 | 49 | ~~Rosenberger Wegelin, Hans, von Zürich, in Opfikon~~ | ~~Kommanditär~~ | ~~3'500'000.00~~ | ~~Kollektivunterschrift zu zweien~~ |
|  | 41 | 49 | ~~Allenspach, Walter, von Kreuzlingen und Fallanden, in Aubonne~~ | ~~Kommanditär~~ | ~~2'000'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 41 | 49 | ~~Allenspach Wegelin, Nelly, von Kreuzlingen und Fallanden, in Fallanden~~ | ~~Kommanditärin~~ | ~~4'000'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 41 | 49 | ~~Hassib-Defraoui Rehsteiner, Silvia, von Genève, in Vufflens-le-Château~~ | ~~Kommanditärin~~ | ~~2'500'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 41 | 49 | ~~Näpflin Wegelin, Annemarie, von Emmetten, in Mies~~ | ~~Kommanditärin~~ | ~~2'000'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 41 | 49 | ~~Rehsteiner, Lisa, von St. Gallen, in Genève~~ | ~~Kommanditärin~~ | ~~2'500'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 41 | 49 | ~~Rosenberger Wegelin, Erika, von St. Gallen und Zürich, in Opfikon~~ | ~~Kommanditärin~~ | ~~4'000'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 41 | 49 | ~~Schatz-Rehsteiner, Marianne, von St. Gallen, in St. Gallen~~ | ~~Kommanditärin~~ | ~~4'000'000.00~~ | ~~ohne Zeichnungsberechtigung~~ |
|  | 43 | 49 | ~~Wohlwend, Dr. Hanspeter, von Matt, in St. Gallen~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zweien~~ |
| 44 |  |  | Brühlmann-Dörig, Monika, von Appenzell, in Appenzell |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Diener, Christian, von Fischenthal und St. Gallen, in Rorschacherberg |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Kyburz-Baur, Nicole, von Gaiserwald, in Gossau SG |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Maag, Dr. Ana, bulgarische Staatsangehörige, in Meilen |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Lungaretti, Giuseppina genannt Pina, italienische Staatsangehörige, in Zürich |  |  | Kollektivprokura zu zweien |
|  | 44 |  | Meier, Peter, von Mosnang, in St. Gallen |  |  | Kollektivprokura zu zweien |

St. Gallen, 27.01.2012 10:38

Fortsetzung auf der folgenden Seite



# HANDELSREGISTER DES KANTONS ST. GALLEN

| CH-320.2.002.184-3 | Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, H... | St. Gallen |

Aktuelle Eintragungen

| Ei | Aё | Lö | Personalangaben | Funktion | Kommanditsumme | Zeichnungsart |
|----|----|----|-----------------|----------|----------------|----------------|
|  | 44 | 49 | Loveau, Daniel, schwedischer Staatsangehöriger, in Küsnacht ZH | Kommanditär | 100'000.00 | Kollektivunterschrift zu zweien |
|  | 44 | 49 | Rüthemann, Patrik, von Mosnang, in Speicher | Kommanditär | 100'000.00 | Kollektivunterschrift zu zweien |
|  | 44 | 49 | Widmer, Oliver, von Stein AR, in Gais | Kommanditär | 100'000.00 | Kollektivunterschrift zu zweien |
|  | 44 |  | Eggenberger, Katrin, von Grabs, in Buchs SG |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Ender, Martin, österreichischer Staatsangehöriger, in Wil SG |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Hartmann Hess, Karin, von Altwis, in Wil SG |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Hautle, Thomas, von St. Gallen und Appenzell, in St. Gallen |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Hug, Karin, von Wuppenau, in Zuzwil SG |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Kohler, Dr. Daniel, von Pfäfers, in St. Gallen |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Kuhn, Christoph, von Langrickenbach, in Dozwil |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Lichtensteiger, Reto, von Rickenbach TG, in Speicher |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Piccirillo, Marco, von Weisslingen, in Gossau SG |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Schmid, Corinne, von Appenzell, in St. Gallen |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Schuchter Asmin, Simone, von Uzwil, in Teufen AR |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Stanislawek, Ireneus, deutscher Staatsangehöriger, in St. Gallen |  |  | Kollektivunterschrift zu zweien |
|  | 44 |  | Steiner, Dr. Michael, von Kaltbrunn, in Teufen AR |  |  | Kollektivunterschrift zu zweien |
| 44 |  |  | Birkner, Hartmut, österreichischer Staatsangehöriger, in Triesen (LI) |  |  | Kollektivprokura zu zweien |
|  | 44 |  | Brusa, Thomas, von Winterthur, in Kilchberg ZH |  |  | Kollektivprokura zu zweien |
|  | 44 |  | Degen, Dr. Reto, von Läufelfingen, in Kriessern (Oberriet SG) |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Di Natale, Miriam, von Langnau im Emmental und Signau, in Schaffhausen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Esseiva, Vivianne, von Montévraz, in Bern |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Gander, Patrick, von Beckenried, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Hackel, Oliver, deutscher Staatsangehöriger, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Kolb, Rebekka, von Frauenfeld, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Lüscher, Martin, von St. Gallen, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Mayer, Roger, von Egnach und St. Gallen, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Möhl, Roger, von Stein AR, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Rossatti, Richard, von Heiden, in Abtwil SG (Gaiserwald) |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Rothenberger, Heinz, von Buchs SG, in Wittenbach |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Schmid, Thomas, von Gipf-Oberfrick, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Simeonova, Dr. Antoniya, bulgarische Staatsangehörige, in St. Gallen |  |  | Kollektivprokura zu zweien |
| 44 |  |  | Spreiter, Rahel, von Sevelen, in Goldach |  |  | Kollektivprokura zu zweien |

# HANDELSREGISTER DES KANTONS ST. GALLEN

| 320.2.002.184-3 | Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, H... | St. Gallen | 7 |

Aktuelle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Kommanditsumme | Zeichnungsart |
|----|----|----|-----------------|----------|----------------|---------------|
| 44 | | | Ulmann Steiner, Daniela, von Appenzell, in Wil SG | | | Kollektivprokura zu zweien |
| 44 | | | Vetterli, Thomas, von Wagenhausen, in St. Gallen | | | Kollektivprokura zu zweien |
| 44 | | | Welti, Stephan, von Zollikon, in Zollikon | | | Kollektivprokura zu zweien |
| | 44 | | Taube, Tamara, von Wettingen, in Herisau | | | Kollektivprokura zu zweien |
| | 45 | | Wegelin & Co. AG (CH-300.3.013.249-8), in St. Gallen | Kommanditärin | 140'000'000.00 | |
| | 48 | 49 | ~~Schubiger, Urs, von Uznach, in Basel~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zweien~~ |
| 48 | | 49 | ~~Zollinger, David, von Zürich, in Wald ZH~~ | ~~Kommanditär~~ | ~~100'000.00~~ | ~~Kollektivunterschrift zu zweien~~ |

St. Gallen, 27.01.2012 10:38 EN

Dieser Auszug aus dem kantonalen Handelsregister hat ohne die nebenstehende Originalbeglaubigung keine Gültigkeit. Er enthält alle gegenwärtig für diese Firma gültigen Eintragungen. Auf besonderes Verlangen kann auch ein Auszug erstellt werden, der neben den gegenwärtig gültigen Eintragungen auch allfällig gestrichenen Eintragungen enthält. Bezüglich der letzten, noch nicht publizierten Eintragung liegt die Ermächtigung des Eidgenössischen Amtes für das Handelsregister im Sinne von Art. 11 Abs. 2 HRegV vor.

Auszug beglaubigt

2 7. Jan. 2012

Registerführer-Sachbearbeiter



## Public Notarization

I hereby certify that this copy (containing 7 pages) fully complies with the uncertified copy of the excerpt of the commercial register of Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, Hummler, Tolle & Co. dated 27 January 2012.

This 28 day of February, 2020

Notary Public:

...............................
lic.iur. Lukas Bühlmann
Attorney-at-Law

**J&K** RECHTSANWÄLTE
Kesslerstrasse 1
9000 St. Gallen





## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: Swiss Confederation, Canton of St.Gall
   Land: Schweizerische Eidgenossenschaft, Kanton St.Gallen

   This public document / Diese öffentliche Urkunde

2. has been signed by          lic.iur. Lukas Bühlmann
   ist unterschrieben von

3. acting in the capacity of    Attorney at Law & Notary Public
   in ihrer/seiner Eigenschaft als

4. Bears the seal/stamp of      notary public
   Sie ist versehen mit dem
   Siegel/Stempel der

### Certified / Bestätigt

5. at / in  St.Gallen                     6. the / am  28.02.2020

7. by / durch Ramona Lutz

   Legalizing officer of the Chancery of the Canton of St.Gall
   Legalisationsbeamter der Staatskanzlei des Kantons St.Gallen

8. No. / Nr. 1004

9. Seal/stamp                            10. Signature
   Siegel/Stempel                            Unterschrift

# Exhibit 63b

[Logo]

## Commercial Register of Canton of St. Gallen

[stamp]

| Identification number | | Legal status | Started on | Entry | Cancelled | Carried CH-320.2.002.184-6/a from: CH-320.2.2.184-6/a on: | |
|---|---|---|---|---|---|---|---|
| **CH-320.2.002.184-3** | | **Limited partnership** | 05/01/1909 | 05/01/1909 | | | **1** |

[barcode]    All entries

| In | Ca | Business name | | Ref | Legal seat |
|---|---|---|---|---|---|
| 19 | | **Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, Hummler, Tolle & Co.** | | 1 | St. Gallen |
| 19 | | (Wegelin & Co. Banquiers Prives, Associes Bruderer, Hummler, Tolle & Co.) | | | |
| | | (Wegelin & Co. Banchieri Privati, Soci Bruderer, Hummler, Tolle & Co.) | | | |
| | | (Wegelin & Co. Private Bankers, Partners Bruderer, Hummler, Tolle & Co.) | | | |

| In | Ca | Qualified Facts | In | Ca | Company address |
|---|---|---|---|---|---|
| | | | 1 | 49 | ~~Behl 17~~ |
| | | | | | ~~9004 St. Gallen~~ |
| | | | 49 | | Museumstraße 1 |
| | | | | | 9000 St. Gallen |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 20 | | Private bankers, services for other banks and securities dealers | | | |

| In | Ca | Remarks, information concerning the acquisition of assets and liabilities | Ref | Other addresses |
|---|---|---|---|---|
| 1 | | Assets and liabilities of "Wegelin & Cie" in St. Gallen: | 13 | Zurich |
| 49 | | In accordance with the agreement dated 01/25/2012 with annexes, assets in the amount of CHF | 18 | Lugano |
| | | 15,000,000.00 and liabilities in the amount of CHF 0.00 shall be transferred to Wegelin Fondsleitung AG (new: | 21 | Bern |
| 49 | | 1741 Asset Management AG), in St. Gallen (CH-320.3.045.187-9). | 24 | Lausanne |
| | | Transfer of assets: In accordance with the agreement of 01/25/2012 with annexes, the Company transfers | 25 | Schaffhausen |
| | | assets in the amount of CHF 4,352,663,000.00 and liabilities (outside capital) in the amount of CHF | 29 | Basel |
| | | 4,215,363,000.00 to Nettobank AG, in Gossau SG (new: Notenstein Privatbank AG, in St. Gallen) (CH- | 30 | Geneva |
| | | 320.3.006.049-9). Consideration: none. | 31 | Locarno |
| | | | 34 | Chur (CH-350.9.000.980-6) |
| | | | 37 | Lucerne (CH-100.9.790.715-4) |
| | | | 42 | Chiasso (CH-501.9.014.856-4) |
| | | | 44 | Winterthur (CH-020.9.003.451-7) |

| Vis | Ref | Journal | Date | SOGC | SOGC Date | Page/ID | Vis | Ref | Journal | Date | SOGC | SOGC Date | Page/ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG | 0 | | (n/a) | | (n/a) | | SG | 25 | 774 | 01/20/2005 | 18 | 01/26/2005 | 12/2670234 |
| SG | 1 | 2261 | 04/24/1990 | 87 | 05/07/1990 | 1790 | SG | 26 | 2972 | 04/01/2005 | 67 | 04/07/2005 | 12/2780906 |
| SG | 2 | 2038 | 05/06/1991 | 94 | 05/17/1991 | 2128 | SG | 27 | N 3307 | 04/15/2005 | N 77 | 04/21/2005 | 12/2802650 |
| SG | 3 | 2320 | 05/21/1991 | 103 | 05/31/1991 | 2357 | SG | 28 | 2390 | 03/28/2006 | 65 | 04/03/2006 | 9/3316394 |
| SG | 4 | 720 | 05/02/1992 | 31 | 02/17/1992 | 721 | SG | 29 | 2572 | 04/04/2006 | 70 | 04/10/2006 | 12/3326090 |
| SG | 5 | 4210 | 06/27/1994 | 127 | 07/04/1994 | 3725 | SG | 30 | 5918 | 06/29/2007 | 128 | 07/05/2007 | 17/4009776 |
| SG | 6 | | | N 130 | 07/07/1994 | 3810 | SG | 31 | 8199 | 09/05/2007 | 175 | 09/11/2007 | 12/4104680 |
| SG | 7 | 1416 | 02/22/1995 | 41 | 02/28/1995 | 1143 | SG | 32 | 10030 | 11/14/2007 | 225 | 11/20/2007 | 11/4208474 |
| SG | 8 | 5868 | 08/23/1995 | 166 | 08/29/1995 | 4826 | SG | 33 | 3982 | 05/21/2008 | 100 | 05/27/2008 | 13/4493434 |
| SG | 9 | 1191 | 02/19/1997 | 37 | 02/25/1997 | 1264 | SG | 34 | 1090 | 02/05/2009 | 28 | 02/11/2009 | 17/4874846 |
| SG | 10 | 1819 | 03/17/1997 | 55 | 03/21/1997 | 1927 | SG | 35 | 3948 | 04/23/2009 | 81 | 04/29/2009 | 15/4994460 |
| SG | 11 | 8069 | 10/31/1997 | 214 | 11/06/1997 | 8089 | SG | 36 | B 4497 | 05/06/2009 | B 90 | 05/12/2009 | 14/5014264 |
| SG | 12 | 8725 | 11/26/1997 | 232 | 12/02/1997 | 8690 | SG | 37 | 13424 | 11/13/2009 | 225 | 11/19/2009 | 13/5350518 |
| SG | 13 | 6664 | 09/11/1998 | 180 | 09/17/1998 | 6435 | SG | 38 | 1132 | 02/03/2010 | 27 | 02/09/2010 | 14/5485130 |
| SG | 14 | 4561 | 07/08/1999 | 134 | 07/14/1999 | 4797 | SG | 39 | 3262 | 04/09/2010 | 72 | 04/15/2010 | 13/5587582 |
| SG | 15 | 2591 | 04/11/2000 | 76 | 04/17/2000 | 2591 | SG | 40 | 3517 | 04/16/2010 | 77 | 04/22/2010 | 14/5598222 |
| SG | 16 | 2326 | 03/27/2001 | 64 | 04/02/2001 | 2433 | SG | 41 | 3831 | 04/27/2010 | 84 | 05/03/2010 | 15/5612980 |
| SG | 17 | 2625 | 04/05/2001 | 71 | 04/11/2001 | 2723 | SG | 42 | 5180 | 06/04/2010 | 110 | 06/10/2010 | 16/5669446 |
| SG | 18 | 4191 | 06/12/2001 | 115 | 06/18/2001 | 4554 | SG | 43 | 8730 | 09/02/2010 | 174 | 09/08/2010 | 11/5803250 |
| SG | 19 | 5683 | 08/06/2001 | 153 | 08/10/2001 | 6141 | SG | 44 | 4282 | 05/05/2011 | 90 | 05/10/2011 | 0/6154884 |
| SG | 20 | 2730 | 04/17/2002 | 77 | 04/23/2002 | 9/439136 | SG | 45 | 4954 | 05/26/2011 | 105 | 05/31/2011 | 0/6182550 |
| SG | 21 | 2520 | 04/02/2003 | 67 | 04/08/2003 | 10/940458 | SG | 46 | 6337 | 07/05/2011 | 131 | 07/08/2011 | 0/8245056 |
| SG | 22 | 2055 | 03/25/2004 | 63 | 03/31/2004 | 9/2193674 | SG | 47 | 6528 | 07/11/2011 | 135 | 07/14/2011 | 0/6254880 |

St. Gallen, 01/27/2020 01/27/2012 10:38 AM

Continued on the following page

[Logo]                                                                                    [stamp]

## Commercial Register of Canton of St. Gallen

| CH-320.2.002.184-3 | Wegelin & Co. Private Bankers, Partners Bruderer, H... | St. Gallen | 2 |
|---|---|---|---|

All entries

| Vis | Ref | Journal | Date | SOGC | SOGC Date | Page/ID | Vis | Ref | Journal | Date | SOGC | SOGC Date | Page/ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG | 23 | B 2306 | 04/05/2004 | B 70 | 04/13/2004 | 10/2209718 | SG | 48 | 8513 | 09/20/2011 | 185 | 09/23/2011 | 0/63480 |
| SG | 24 | 4321 | 06/23/2004 | 123 | 06/29/2004 | 12/23317880 | SG | 49 | 898 | 01/27/2012 | (Genehmigung EHRA) | | |

| In | Mo | Ca | Personal data | Function | Amount of liability | Signature |
|---|---|---|---|---|---|---|
| 6 | | | Bruderer, Dr. Otto, from Speicher, in Waldegg (Uitikon) | unlimited shareholder | | single signature |
| | 8 | | Hummler, Dr. Konrad, from St. Gallen and Thun, in Teufen AR | unlimited shareholder | | single signature |
| | 11 | | Bitterli, Urs, from Wisen SO, in Trogen | | | joint signature at two |
| | 11 | | Mayer, Gallus, from Egnach, in St. Gallen | | | joint signature at two |
| 11 | 11 | | Rohner, Andreas, from Walzenhausen, in Tuttwil (Wängi) | | | joint signature at two |
| | 11 | | Schneider, Philipp, from Pieterlen, in St. Gallen | | | joint signature at two |
| | 11 | | Ste ingruber, Albert, from Schönengrund, in Abtwil SG (Gaiserwald) | | | joint signature at two |
| | 14 | | Tolle, Dr. Steffen, from Greifensee, in Rehetobel | unlimited shareholder | | single signature |
| | 15 | | Dickenmann, Remo, from Schönholzerswilen, in Goldach | | | joint signature at two |
| | 15 | | Lenherr, Marcel, from Gams, in Herisau | | | joint signature at two |
| | 15 | | Meier, Ulrich, from Jenen, in St. Gallen | | | joint signature at two |
| | 16 | | Burgermeister, Dr. Rolf, from Horw and Wigoltingen, in St. Gallen | | | joint signature at two |
| 16 | | | Stump, Peter, from Wattwil, in Kloten | | | joint signature at two |
| | 20 | | Moor, Michele, from Uster, in Cureglia | unlimited shareholder | | single signature |
| | 20 | 49 | ~~Orland, Dr. Magne, citizen of Norway, in Teufen AR~~ | ~~unlimited shareholder~~ | | ~~single signature~~ |
| | 20 | | Bütler, Michael, from Hünenberg, in Zuzwil SG | | | joint signature at two |
| | 21 | | Baum, Michael, from Sirnach, in Sirnach | | | joint signature at two |
| | 21 | | Bischof, Thomas, from Eggersriet, in Goldach | | | joint signature at two |
| | 21 | | Fürst, Reto, from Romanshorn, in Egnach | | | joint signature at two |
| | 21 | | Moravek, Tomas, from St. Gallen, in St. Gallen | | | joint signature at two |
| 21 | | | Rohner, Alex, from Rüthi SG, in Niederteufen (Teufen AR) | | | joint signature at two |
| | 21 | | Sonderegger, Reto, from Speicher, in Speicher | | | joint signature at two |
| | 21 | | Thoma, Michael, from Amden, in St. Gallen | | | joint signature at two |
| | 21 | | Zingg, August, from Gossau SG, in Engelburg (Gaiserwald) | | | joint power of attorney at two |
| | 22 | | Helg, Andreas, from Jonschwil, in Degersheim | | | joint signature at two |

St. Gallen, 01/27/2020 01/27/2012 10:38 AM

Continued on the following page

Commercial Register of Canton of St. Gallen

| CH-320.2.002.184-3 | | | Wegelin & Co. Private Bankers, Partners Bruderer, H... | St. Gallen | 3 |

All entries

| In | Mo | Ca | Personal data | Function | Amount of liability | Signature |
|----|----|----|---------------|----------|---------------------|-----------|
| | 22 | | Wettstein, Christoph, from Remetschwil, in Abtwil SG (Gaiserwald) | | | joint signature at two |
| 22 | | | Huber, Daniel, from Waldstatt, in St. Gallen | | | joint power of attorney at two |
| 22 | | | Tanner, Urs, from Dintikon, in Oberuzwil | | | joint power of attorney at two |
| | 26 | | Lehmann, Andreas, from Andwil SG, in St. Gallen | | | joint signature at two |
| 26 | | | Weibel, Rainer, from Jonschwil, in Gossau SG | | | joint signature at two |
| 26 | | | Weder, Michael, from Diepoldsau, in St. Margrethen | | | joint power of attorney at two |
| | 28 | | Friolet, Michel, from Murten, in Berneck | | | joint signature at two |
| | 28 | | Inauen, Daniel, from Appenzell, in Appenzell | | | joint signature at two |
| 28 | | | Bätlig, Roland, from Hergiswil bei Willisau, in Rorschach | | | joint power of attorney at two |
| 28 | | | Preisig, Markus, from Schwellbrunn, in St. Gallen | | | single signature |
| | 30 | 49 | ~~Künzi, Dr. Adrian, from Jaberg, in Lausanne~~ | ~~unlimited shareholder~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 30 | 49 | ~~Kaufmann, Rolf, from Domat/Ems, in Zurich~~ | ~~limited partner~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 30 | 49 | ~~Krüsi, Werner, from Eggwil, in Bern~~ | ~~limited partner~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 30 | 49 | ~~Schwalm, Cristoph, from Winterthur and Lutzenberg, in Arnegg (Gossau SG)~~ | ~~limited partner~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 30 | | Buff, Urs, from Wolfhalden, in Wolfhalden | | | joint signature at two |
| | 30 | | Feurstein, Eva, citizen of Asutria, in Wil SG | | | joint signature at two |
| | 30 | | Jann, Urs, from Rebstein, in Nänikon | | | joint signature at two |
| | 30 | | Perrin, Guy, from Miege, in Arnegg (Gossau SG) | | | joint signature at two |
| | 30 | | Rauber, Jürg, from Wolfwil, in Teufen AR | | | joint signature at two |
| 30 | | | Ammann, Reto, from Wagenhausen, in St. Gallen | | | joint power of attorney at two |
| 30 | | | Bauer, Cornelia, from Oberriet SG, in St. Gallen | | | joint power of attorney at two |
| | 30 | | Brassel, Thomas, from St Margrethen, in St. Margrethen | | | joint power of attorney at two |
| | 33 | | Raubach, Dr. Christian, from St. Gallen, in Zürich | unlimited shareholder | | single signature |
| 33 | | | Bellini, Vittorio, from Rorschacherberg, in Tübach | | | joint signature at two |
| | 33 | | Björck, Dr. Albena, citizen of Bulgaria, in Baar | | | joint signature at two |
| 33 | | | Boge, Dr. Michael, from Spreitenbach, in Rudolfstetten (Rudolfstetten-Friedlisberg} | | | joint signature at two |
| 33 | | | Manser, Urs, from Appenzell, in Appenzell | | | joint signature at two |
| | 33 | | Rageth, Guido, from Domat/Ems, in St. Gallen | | | joint signature at two |
| | 33 | | Sager, Debora, from Egnach, in Schönenberg an der Thur | | | joint signature at two |

St. Gallen, 01/27/2020 01/27/2012 10:38 AM

Continued on the following page

[Logo]                                                                                      [stamp]

## Commercial Register of Canton of St. Gallen

| CH-320.2.002.184-3 | Wegelin & Co. Private Bankers, Partners Bruderer, H... | St. Gallen | 4 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal data | Function | Amount of liability | Signature |
|---|---|---|---|---|---|---|
| 33 | | | Studerus, Daniel, from Waldkirch, in St. Gallen | | | joint signature at two |
| 33 | | | Bardill, Andreas, from Luzein, in Goldach | | | joint power of attorney at two |
| 33 | | | Castelberg, Daniel, from Gastrisch, in St. Gallen | | | joint power of attorney at two |
| 33 | | | Friedli, Beatrice, from Landiswil, in Wil SG | | | joint power of attorney at two |
| 33 | | | Fuchs, Christian, from Appenzell, in Rheineck | | | joint power of attorney at two |
| 33 | | | Locher, Kurt, from Oberegg, in Appenzell | | | joint power of attorney at two |
| 33 | | | Rohner, Daniel, from Berg SG, in St. Gallen | | | joint power of attorney at two |
| 33 | | | Tobler, Esther, from Heiden, in Heiden | | | joint power of attorney at two |
| 35 | | | Baumgartner, Remo, from Mörschwil, in Goldach | | | joint signature at two |
| 35 | | | Gantenbein, David, from Grabs, in Romanshorn | | | joint signature at two |
| 35 | | | Honegger, Jürg, from Wald ZH, in Seuzach | | | joint signature at two |
| 35 | | | Braunwalder, Lars, from Oberuzwil, in St. Gallen | | | joint power of attorney at two |
| 35 | | | Di Pasquale, Alessandro, from Wartau, in Weite (Wartau) | | | joint power of attorney at two |
| 35 | | | Dütsch, Daniel, from Winterthur, in Rehetobel | | | joint power of attorney at two |
| 35 | | | Huber, Joseph referred to as Sepp, from Appenzell, in Gonten | | | joint power of attorney at two |
| 35 | | | Krieger, Manuel, from Emmen, in Küssnacht SZ | | | joint power of attorney at two |
| 35 | | | Ulmann, Christof, from Appenzell, in Appenzell | | | joint power of attorney at two |
| 35 | | | Am, Susanne, from Wangenried, in Zurich | | | joint signature at two |
| 35 | | | Müller, Jeannette, from Wängi, in Niederteufen (Teufen AR) | | | joint signature at two |
| | 36 | | Pfiffner, Dr. Thomas, from Mels, in Degersheim | | | joint signature at two |
| | 39 | | Burch, Roman, from Samen, in Teufen AR | | | joint signature at two |
| | 39 | | Epper, Reto, from Hohentannen, in Wil SG | | | joint signature at two |
| | 39 | | Frischknecht, Thomas, from Schwellbrunn, in Flawil | | | joint signature at two |
| | 39 | | Ganz, Roger, from Trüllikon and Dorf, in Kleinandelfingen | | | joint signature at two |
| | 39 | | Giger, Christoph, from Quarten and St. Gallen, in Mörschwil | | | joint signature at two |
| | 39 | | Jäger, Raphael, from Mels, in St. Gallen | | | joint signature at two |
| | 39 | | Tschudi, Thomas, from Näfels, in Näfels | | | joint signature at two |
| | 39 | | Knöpfel, Roger, from Hundwil, in St. Gallen | | | joint signature at two |
| | 39 | | Hafner, Christian, from Münchwilen TG, in Küsnacht ZH | | | single signature |
| | | | | unlimited shareholder | | |
| | 39 | | Dori, Fabian, from Rehetobel, in St. Gallen | | | joint signature at two |
| 39 | | | Häusler, Frank, from Unterägeri, in Horgen | | | joint signature at two |
| | 39 | | Hutterli, Dr. Silvio, from Salenstein, in Speicher | | | joint signature at two |
| | 39 | | Schulz, Paul Gerhard, citizen of Germany, in Zurich | | | joint signature at two |
| 39 | | | Weibel, Adrian Matthias, from Lyss, in Berlingen | | | joint signature at two |

St. Gallen, 01/27/2020 01/27/2012 10:38 AM

Continued on the following page

[Logo]    [stamp]

## Commercial Register of Canton of St. Gallen

| CH-320.2.002.184-3 | Wegelin & Co. Private Bankers, Partners Bruderer, H… | St. Gallen | 5 |

All entries

| In | Mo | Ca | Personal data | Function | Amount of liability | Signature |
|----|----|----|---------------|----------|---------------------|-----------|
|    | 39 |    | Zürcher, Ralph from Appenzell, in Ganten | | | joint signature at two |
| 39 |    |    | Benz, Ivo, from Marbach SG, in Untereggen | | | joint power of attorney at two |
| 39 |    |    | Beyer, Sabine, from Gossliwil, in Appenzell | | | joint power of attorney at two |
| 39 |    |    | Bischofberger, Adrian, from Appenzell, in Appenzell | | | joint power of attorney at two |
| 39 |    |    | Brülisauer, Markus, from Appenzell, in Appenzell | | | joint power of attorney at two |
| 39 |    |    | Cursoli, Nicola, from Zurich, in Wilen b. Wil (Wilen TG) | | | joint power of attorney at two |
| 39 |    |    | Eisenhut, Angela, from Wiesendangen and Gais, in Wiesendangen | | | joint power of attorney at two |
| 39 |    |    | Giger, Felix, from Schänis, in Speicherschwendi (Speicher) | | | joint power of attorney at two |
| 39 |    |    | Grob, Markus, from Schanis, in Sirnach | | | joint power of attorney at two |
| 39 |    |    | Hubmann, Fabienne, from Fischingen, in St. Gallen | | | joint power of attorney at two |
| 39 |    |    | Lindauer, Thomas, from Gossau SG, in St. Gallen | | | joint power of attorney at two |
| 39 |    |    | Neuburger, Jacqueline, from St. Gallen, in St. Gallen | | | joint power of attorney at two |
| 39 |    |    | Piccolo, Antonio, citizen of Italy, in Rorschacherberg | | | joint power of attorney at two |
| 39 |    |    | Streule, Reto, from Appenzell, in Appenzell | | | joint power of attorney at two |
| 39 |    |    | Tanner, Eduard referred to as Edy, from Heiden, in Niederteufen (Teufen AR) | | | joint power of attorney at two |
| 40 |    |    | Bleuler, Nadja, from Niederweningen, in Zurich | | | joint power of attorney at two |
|    | 41 | 49 | ~~Rehsteiner, Georg, from St. Gallen, in Vufflens le Chateau~~ | ~~Limited partner~~ | ~~2,500,000.00~~ | ~~joint power of attorney at two~~ |
|    | 41 | 49 | ~~Rosenberger Wegelin, Hans, from Zürich, in Opfikon~~ | ~~Limited partner~~ | ~~3,500,000.00~~ | ~~joint power of attorney at two~~ |
|    | 41 | 49 | ~~Allenspach, Walter, from Kreuzlingen and Fällanden, in Aubonne~~ | ~~Limited partner~~ | ~~2,000,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Allenspach Wegelin, Nelly, from Kreuzlingen and Fällanden, in Fällanden~~ | ~~Limited partner~~ | ~~1,000,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Hassib Defraoui Rehsteiner, Silvia, from Geneva, in Vufflens le Chateau~~ | ~~Limited partner~~ | ~~2,500,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Näpflin Wegelin, Annemarie, from Emmetten, in Mies~~ | ~~Limited partner~~ | ~~2,000,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Rehsteiner, Lisa, from St. Gallen, in Geneva~~ | ~~Limited partner~~ | ~~2,500,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Rosenberger Wegelin, Erika, from St. Gallen and Zurich, in Opfikon~~ | ~~Limited partner~~ | ~~1,000,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Schatz Rehsteiner, Marianne, from St. Gallen, in St. Gallen~~ | ~~Limited partner~~ | ~~4,000,000.00~~ | ~~without signing powers~~ |
|    | 41 | 49 | ~~Wohlwend, Dr. Hanspeter, from Matt, in St. Gallen~~ | ~~Limited partner~~ | ~~100,000.00~~ | ~~without signing powers~~ |
| 44 |    |    | Brühlmann-Dörig, Monika, from Appenzell, in Appenzell | | | joint power of attorney at two |
|    | 44 |    | Diener, Christian, from Fischenthal and St. Gallen, in Rorschacherberg | | | joint power of attorney at two |
|    | 44 |    | Kyburz-Baur, Nicole, from Gaiserwald, in Gossau SG | | | joint power of attorney at two |
|    | 44 |    | Maag, Dr. Ana, citizen of Bulgaria, in Meilen | | | joint power of attorney at two |
|    | 44 |    | Lungaretti, Giuseppina referred to as Pina, citizen of Italy, in Zürich | | | joint power of attorney at two |
|    | 44 |    | Meier, Peter, from Mosnang, in St. Gallen | | | joint power of attorney at two |

St. Gallen, 01/27/2020 01/27/2012 10:38 AM

Continued on the following page

[Logo]                                                                                                          [stamp]

## Commercial Register of Canton of St. Gallen

| CH-320.2.002.184-3 | | Wegelin & Co. Private Bankers, Partners Bruderer, H... | | St. Gallen | 6 |

All entries

| In | Mo | Ca | Personal data | Function | Amount of liability | Signature |
|----|----|----|---------------|----------|---------------------|-----------|
| | 44 | 49 | ~~Loveau, Daniel, citizen of Sweden, in Küsnacht ZH~~ | ~~Limited partner~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 44 | 49 | ~~Rüthemann, Patrik, from Mosnang, in Speicher~~ | ~~Limited partner~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 44 | 49 | ~~Widmer, Oliver, from Stein AR, in Cais~~ | ~~Limited partner~~ | ~~100,000.00~~ | ~~joint signature at two~~ |
| | 44 | | Eggenberger, Katrin, from Grabs, in Buchs SG | | | joint signature at two |
| | 44 | | Ender, Martin, citizen of Austria, in Will SG | | | joint signature at two |
| | 44 | | Hartmann Hess, Karin, from Altwis, in Wil SG | | | joint signature at two |
| | 44 | | Hautle, Thomas, from St. Gallen and Appenzell, in St. Gallen | | | joint signature at two |
| | 44 | | Hug, Karin, from Wuppenau, in Zuzwil SG | | | joint signature at two |
| | 44 | | Kohler, Dr. Daniel, from Pfäfers, in St. Gallen | | | joint signature at two |
| | 44 | | Kuhn, Christoph, from Langrickenbach, in Dozwil | | | joint signature at two |
| | 44 | | Lichtensteiger, Reto, from Rickenbach TG, in Speicher | | | joint signature at two |
| | 44 | | Piccirillo, Marco, from Weisslingen, in Gossau SG | | | joint signature at two |
| | 44 | | Schmid, Corinne, from Appenzell, in St. Gallen | | | joint signature at two |
| | 44 | | Schuchter Asmin, Simone, from Uzwil, in Teufen AR | | | joint signature at two |
| | 44 | | Stanislawek, Ireneus, citizen of Germany, in St. Gallen | | | joint signature at two |
| | 44 | | Steiner, Dr. Michael, from Kaltbrunn, in Teufen AR | | | joint signature at two |
| 44 | | | Birkner, Hartmut, citizen of Austria, in Triesen (LI) | | | joint power of attorney at two |
| | 44 | | Brusa, Thomas, from Winterthur, in Kilchberg ZH | | | joint power of attorney at two |
| | 44 | | Degen, Dr. Reto, from Läufelfingen, in Kriessern (Oberriet SG) | | | joint power of attorney at two |
| 44 | | | Di Natale, Miriam, from Langnau im Emmental and Signau, in Schaffhausen | | | joint power of attorney at two |
| 44 | | | Esseiva, Vivianne, from Montevraz, in Bern | | | joint power of attorney at two |
| 44 | | | Gander, Patrick, from Beckenried, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Hackei, Oliver, citizen of Germany, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Kolb, Rebekka, from Frauenfeld, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Lüscher, Martin, from St. Gallen, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Mayer, Roger, from Egnach and St. Gallen, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Möhl, Roger, from Stein AR, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Rossatti, Richard, from Heiden, in Abtwil SG (Gaiserwald) | | | joint power of attorney at two |
| 44 | | | Rothenberger, Heinz, from Buchs SG, in Wittenbach | | | joint power of attorney at two |
| 44 | | | Schmid, Thomas, from Gipf-Oberfrick, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Simeonova, Dr. Antoniya, citizen of Bulgaria, in St. Gallen | | | joint power of attorney at two |
| 44 | | | Spreiter, Rahel, from Sevelen, in Goldach | | | joint power of attorney at two |

St. Gallen, 01/27/2020 01/27/2012 10:38 AM

Continued on the following page

[Logo]                                                                                                    [stamp]

## Commercial Register of Canton of St. Gallen

| CH-320.2.002.184-3 | Wegelin & Co. Private Bankers, Partners Bruderer, H... | St. Gallen | 6 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal data | Function | Amount of liability | Signature |
|---|---|---|---|---|---|---|
| | | | Ulmann Steiner, Daniela, from Appenzell, in Will SG | | | joint power of attorney at two |
| | | | Vetterli, Thomas, from Wagenhausen, in St. Gallen | | | joint power of attorney at two |
| | | | Welti, Stephan, from Zollikon, in Zollikon | | | joint power of attorney at two |
| | | | Taube, Tamara, from Wettingen, in Herisau | | | joint power of attorney at two |
| | | | Wegelin & Co. AG (CH-300.3.013.249-8), in St. Gallen | Limited partner | 140,000,000,00 | |
| | | | ~~Schubiger, Urs, from Uznach, in Basel~~ | ~~Limited partner~~ | ~~100,000,00~~ | ~~joint signature at two~~ |
| | | | ~~Zollinger, David, from Zürich, in Wald ZH~~ | ~~Limited partner~~ | ~~100,000,00~~ | ~~joint signature at two~~ |

St. Gallen, 01/27/2012 10:38 AM EN

This extract from the cantonal commercial register shall not be valid without the accompanying original certification. It contains all entries currently valid for this company. On special request, an excerpt can also be provided that not only contains the currently valid entries but also any entries that have been deleted. With regard to the most recent but not yet published entries, the authorization of the Federal Office of the Commercial Register within the meaning of Art. 11 para. 2 HRegV has been obtained.

[Stamp: January 27, 2012]

[*Signature*]

[Stamp: Commercial Register Canton of St. Gallen]

> Public Notarization
> I hereby certify that this copy (containing 7 pages) fully complies with the uncertified copy of the excerpt of the commercial register of Wegelin & Co. Privatbankiers, Gesellschafter Bruderer, Hummler, Tolle & Co. dated January 27, 2012.
>
> This 28th day of February 2020

Notary Public

[*Signature*]    [Stamp]

Attorney Lukas Bühlmann
Attorney-at-Law

J&K Rechtsanwalte
Kesslerstrasse 1
9000 St. Gallen

[Stamp: Chancery of State of the Canton of St. Gallen]

[Stamp: Chancery of State of the Canton of St. Gallen]                    [Stamp: Chancery of State of the Canton of St. Gallen]

---

**Apostille**
(Hague Convention of October 5, 1961)

1. Country: Swiss Confederation, Canton of St. Gallen

This public document

2. has been signed by          Attorney Lukas Bühlmann

3. acting in the capacity of    Attorney at Law & Notary Public

4. And bears the seal/stamp of    notary public

**Certified**

5. in St. Gallen                                    6. on 02/28/2020

7. by Ramona Lutz
Legalizing officer of the Chancery of the Canton of St. Gallen

8. No. 1004

9. Seal/stamp                                    10. Signature

                                                    [*Signature*]

---

[Stamp: Chancery of State of the Canton of St. Gallen]                    [Stamp: Chancery of State of the Canton of St. Gallen]

# TRANSLATION CERTIFICATION

Date: March 6, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:
- 2012 01 27 HRA Wegelin (beglaubigt und apostilliert)

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

**Global Solutions. Local Expertise.**