# EXHIBIT A

This supplemental memorandum applies to the following adversary proceedings:

|    | Adv. Pro. No. | Case Name | Defendant Name |
|----|---------------|-----------|----------------|
| 1. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 2. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |