# EXHIBIT 1

This declaration applies to the following adversary proceedings:

| | Adv. Pro. No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 2. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |