# EXHIBIT 2A

# G.I.A.V.A

# (Gestione Integrata Albi di Vigilanza e Anagrafi)

# Albi ed Elenchi di Vigilanza



## DETTAGLIO INTERMEDIARIO

### ANAGRAFICA

**Codice Meccanografico :** 3589

**Codice Meccanografico Casa Madre :** N/A

**Codice Fiscale :** 09733300157

**Denominazione :** ALLIANZ BANK FINANCIAL ADVISORS S.P.A.

**Direzione Generale :** PIAZZALE LODI, 3

20137          MILANO

**Sede Legale :** PIAZZALE LODI, 3

20137          MILANO

**Stato :** ITALIA

**Tipo Intermediario :** BANCA

**Classificazione :** SPA

**Periodo di validità :**   dal   2009-03-01    al   2014-01-26

### DATI ANAGRAFE SOGGETTI

**Codice Anagrafe Soggetti :**

**Denominazione :**

**Specie Giuridica :**

**Codice Fiscale :** 09733300157

**Attività Economica :**

**Numero CCIAA :**

**Sede Legale :**

**DATI RIFERITI ALLA DATA: 2009-03-01**

LISTA ALBI

| Albo | Data iscrizione | Numero iscrizione | Data cencellazione | Causale cancellazione |
|---|---|---|---|---|
| ALBO DELLE BANCHE | 1990-01-25 | 5035 | 9999-12-31 | IN ESSERE |

**DATI RIFERITI ALLA DATA: 2009-03-01**

LISTA ATTIVITA' AUTORIZZATE / NOTIFICATE

| Attività | Libera prestazione | Stato | Data autorizzazione / notifica | Data revoca / chiusura | Data inizio operatività | Data fine operatività |
|---|---|---|---|---|---|---|
| COLLOCAMENTO SENZA IMPEGNO IRREVOCABILE NEI CONFRONTI DELL'EMITTENTE | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| RICEZIONE E TRASMISSIONE DI ORDINI | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| ESECUZIONE DI ORDINI PER CONTO DEI CLIENTI | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| CONSULENZA IN MATERIA DI INVESTIMENTI | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| GESTIONE DI PORTAFOGLI | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| NEGOZIAZIONE PER CONTO PROPRIO | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| ASSUNZIONE A FERMO E/O COLLOCAMENTO SULLA BASE DI UN IMPEGNO IRREVOCABILE NEI CONFRONTI DELL'EMITTENTE | NO | ITALIA | 2007-11-01 | 9999-12-31 | 2007-11-01 | 9999-12-31 |
| DEPOSITO BENI DI TERZI OGGETTO DELLA GEST. PATR. | NO | ITALIA | 1992-01-05 | 9999-12-31 | | |
| ATTIVITA BANCARIA | NO | ITALIA | 1990-01-25 | 9999-12-31 | 1990-11-05 | 9999-12-31 |

**DATI RIFERITI ALLA DATA: 2009-03-01**

LISTA COMPETENZE DI VIGILANZA

| Tipo vigilanza | Servizio / Filiale | Divisione | Data inizio validità | Data fine validità |
|---|---|---|---|---|
| ACCENTRATA | SERVIZIO SUPERVISIONE INTERMEDIARI FINANZIARI | SERV. SUPERV. INTERM. SPECIALIZ. - DIV BANCHE SPECIALIZZATE | 2008-08-01 | 2014-01-26 |

**Filiale territoriale della Banca d'Italia :**     FILIALE DI MILANO

**DATI RIFERITI ALLA DATA: 2009-03-01**

LISTA CLASSIFICAZIONI

| Sistema di Classificazione | Classificazione | Data inizio validità | Data fine validità |
|---|---|---|---|
| ITALIA/ESTERO | ITALIANO | 1990-01-25 | 9999-12-31 |
| CLASSIFICAZIONE SAE | SISTEMA BANCARIO | 1990-01-25 | 9999-12-31 |
| TIPO BANCA | SPA | 1990-01-25 | 9999-12-31 |

# EXHIBIT 2B

# G.I.A.V.A

# (Gestione Integrata Albi di Vigilanza e Anagrafi) and

# Oversight Registers and Lists



## INTERMEDIARY REGISTER

### DETAIL

| | |
|---|---|
| **Data Processing Code:** | 3589 |
| **Parent Company Data Processing Code:** | N/A |
| **Tax ID Code:** | 09733300157 |
| **Name:** | ALLIANZ BANK FINANCIAL ADVISORS S.P.A. |
| **General Directorate:** | PIAZZALE LODI, 3 |
| | 20137    MILAN |
| **Registered Office:** | PIAZZALE LODI, 3 |
| | 20137    MILAN |
| **Country:** | ITALY |
| **Intermediary Type:** | BANK |
| **Classification:** | SPA (Società per azioni [Joint stock company]) |
| **Period of Validity:** | from    03/01/2009    to    01/26/2014 |

### SUBJECT REGISTER DATA

| | |
|---|---|
| **Subject Register Code:** | |
| **Name:** | |
| **Legal Type:** | |
| **Tax ID Code:** | 09733300157 |
| **Economic Activity:** | |
| **Chamber of Commerce Number:** | |
| **Registered Office:** | |

**DATES REFER TO DATE: 03/01/2009**

**REGISTER LIST**

| Register | Registration date | Registration number | Cancellation date | Cancellation reason |
|---|---|---|---|---|
| BANK REGISTER | 01/25/1990 | 5035 | 12/31/9999 [sic] | ONGOING |

**DATES REFER TO DATE: DATES REFER TO DATE: 03/01/2009**

**AUTHORIZED/NOTIFIED ACTIVITY LIST**

| Activity | Freedom to provide services | Status | Authorization/notification date | Revocation/closure date | Operations start date | Operations end date |
|---|---|---|---|---|---|---|
| PLACEMENT WITHOUT FIRM COMMITMENT TO THE ISSUER | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| RECEIPT AND TRANSMISSION OF ORDERS | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| EXECUTION OF ORDERS ON BEHALF OF CLIENTS | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| INVESTMENT CONSULTING | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| PORTFOLIO MANAGEMENT | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| PROPRIETARY TRADING | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| UNDERWRITING AND/OR PLACEMENT ON FIRM COMMITTMENT BASIS TO THE ISSUER | NO | ITALY | 11/01/2017 | 12/31/9999 [sic] | 11/01/2017 | 12/31/9999 [sic] |
| DEPOSIT OF THIRD-PARTY ASSETS SUBJECT TO ASSET MANAGEMENT | NO | ITALY | 01/05/1992 | 12/31/9999 [sic] | | |
| BANKING ACTIVITY | NO | ITALY | 01/25/1990 | 12/31/9999 [sic] | 11/05/1990 | 12/31/9999 [sic] |

**DATES REFER TO DATE: DATES REFER TO DATE: 03/01/2009**

LIST OF OVERSIGHT COMPETENCIES

| Oversight type | Department/Branch | Division | Validity start date | Validity end date |
|---|---|---|---|---|
| CENTRAL | FINANCIAL INTERMEDIARY SUPERVISION SERVICE | SERVICE SUPERV. INTERM. SPECIALIZ. - SPECIALIZED BANK DIV | 08/01/2008 | 01/26/2014 |

**Local Banca d'Italia Branch:**            MILAN BRANCH

**DATES REFER TO DATE: DATES REFER TO DATE: 03/01/2009**

**CLASSIFICATION LIST**

| Classification System | Classification | Validity start date | Validity end date |
|---|---|---|---|
| ITALY/ABROAD | ITALIAN | 01/25/1990 | 12/31/9999 [sic] |
| SAE CLASSIFICATION | BANKING SYSTEM | 01/25/1990 | 12/31/9999 [sic] |
| BANK TYPE | SPA (Società per azioni [Joint stock company]) | 01/25/1990 | 12/31/9999 [sic] |



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document **"GIAVAInquiry_IntermediaryDetailExport_16119 (1)"** is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Alyssa Mullally

Sworn to before me this
March 5, 2020

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6358754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE