# EXHIBIT 3A



# Camera di Commercio di MILANO MONZA BRIANZA LODI

Registro Imprese - Archivio ufficiale della CCIAA

*In questa pagina viene esposto un estratto delle informazioni presenti in visura che non può essere considerato esaustivo, ma che ha puramente scopo di sintesi*

## VISURA ORDINARIA SOCIETA' DI CAPITALE

### ALLIANZ BANK FINANCIAL ADVISORS S.P.A.

**ERHXWZ**

*Il QR Code consente di verificare la corrispondenza tra questo documento e quello archiviato al momento dell'estrazione. Per la verifica utilizzare l'App RI QR Code o visitare il sito ufficiale del Registro Imprese.*

## DATI ANAGRAFICI

| | |
|---|---|
| Indirizzo Sede legale | MILANO (MI) PIAZZA TRE TORRI 3 CAP 20145 |
| Indirizzo PEC | allianzbank@pec.allianzbank.it |
| Telefono | 02 72168000 |
| Indirizzo Internet | www.allianzbank.it |
| Numero REA | MI - 1312779 |
| Codice fiscale e n.iscr. al Registro Imprese | 09733300157 |
| Partita IVA | 09733300157 |
| Forma giuridica | societa' per azioni con socio unico |
| Data atto di costituzione | 02/06/1989 |
| Data iscrizione | 19/07/1989 |
| Data ultimo protocollo | 17/12/2019 |
| | impresa in fase di aggiornamento |
| Vice Presidente Del Consiglio D'amministrazione | CAMPORA GIACOMO |

## ATTIVITA'

| | |
|---|---|
| Stato attività | attiva |
| Data inizio attività | 02/06/1989 |
| Attività prevalente | raccolta del risparmio ed esercizio del credito nelle sue varie forme |
| Codice ATECO | 64.19.1 |
| Codice NACE | 64.19 |
| Attività import export | - |
| Contratto di rete | - |
| Albi ruoli e licenze | - |
| Albi e registri ambientali | - |

## L'IMPRESA IN CIFRE

| | |
|---|---|
| Capitale sociale | 119.000.000,00 |
| Addetti al 30/06/2019 | 559 |
| Soci | 1 |
| Amministratori | 8 |
| Titolari di cariche | 95 |
| Sindaci, organi di controllo | 6 |
| Unità locali | 32 |
| Pratiche inviate negli ultimi 12 mesi | 16 |
| Protocolli aperti | 1 |
| Trasferimenti di sede | 0 |
| Partecipazioni (1) | sì |

## CERTIFICAZIONE D'IMPRESA

| | |
|---|---|
| Attestazioni SOA | - |
| Certificazioni di QUALITA' | - |

## DOCUMENTI CONSULTABILI

| | |
|---|---|
| Bilanci | 2018 - 2017 - 2016 - 2015 - 2014 - ... |
| Fascicolo | sì |
| Statuto | sì |
| Altri atti | 316 |

Camera di Commercio di MILANO MONZA BRIANZA LODI

Registro Imprese - Archivio ufficiale della CCIAA

(1) Indica se l'impresa detiene partecipazioni in altre società, desunte da elenchi soci o trasferimenti di quote

Pg 4 of 17

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 339173655
estratto dal Registro Imprese in data 20/12/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Codice Fiscale 09733300157

## Indice

1 Sede .... 3
2 Informazioni da statuto/atto costitutivo .... 3
3 Capitale e strumenti finanziari .... 5
4 Soci e titolari di diritti su azioni e quote .... 6
5 Amministratori .... 7
6 Sindaci, membri organi di controllo .... 11
7 Titolari di altre cariche o qualifiche .... 13
8 Trasferimenti d'azienda, fusioni, scissioni, subentri .... 77
9 Attività, albi ruoli e licenze .... 81
10 Sedi secondarie ed unita' locali .... 85
11 Aggiornamento impresa .... 93

## 1 Sede

| | |
|---|---|
| **Indirizzo Sede legale** | MILANO (MI)<br>PIAZZA TRE TORRI 3 CAP 20145<br>Telefono: 02 72168000<br>Telefax: 02 8900991 |
| **Indirizzo PEC** | allianzbank@pec.allianzbank.it |
| **Internet** | www.allianzbank.it |
| **Partita IVA** | 09733300157 |
| **Numero repertorio economico amministrativo (REA)** | MI - 1312779 |
| **Data iscrizione** | 19/07/1989 |

**informazioni supplementari**

I CONSIGLIERI ALDO MESSA E FABER JOACHIM DICHIARANO CHE NON SUSSISTE ALCUNA CAUSA DI INELEGGIBILITA' E DI DECADENZA DI CUI ALL'ART. 2382 DEL CODICE CIVILE. CON ATTO DEL 09/09/97 DENUNCIATO IL 23/09/97 IL CONSIGLIERE GIANFRANCO NEGRI CLEMENTI DICHIARA CHE NON SUSSISTE ALCUNA CAUSA DI INELEGGIBILITA' E DI DECADENZA DI CUI ALL'ART. 2382 DEL CODICE CIVILE. CON ATTO DI FUSIONE DEL 24.09.97 CON EFFETTO DAL 1.10.1997 ORE 0,10. CON VERBALE DEL CONSIGLIO DI AMMINISTRAZIONE DEL 27.11.97 IL CONSIGLIERE MARIO GRECO DICHIARA CHE NON SUSSISTE ALCUNA CAUSA DI INELEGGIBILITA' E DI DECADENZA DI CUI ALL'ART.2382 DEL CODICE CIVILE.
L'ASSEMBLEA ORDINARIA DEL 19 APRILE 1999 HA CONFERITO PER IL TRIENNIO 1999-2000-2001 L'INCARICO DI CERTIFICAZIONE DEI BILANCI ALLA SOCIETA' DI REVISIONE KPMG S.P.A. DI MILANO.

## 2 Informazioni da statuto/atto costitutivo

| | |
|---|---|
| **Registro Imprese** | Codice fiscale e numero di iscrizione: 09733300157<br>Data di iscrizione: 19/02/1996<br>Sezioni: Iscritta nella sezione ORDINARIA |
| **Estremi di costituzione** | Data atto di costituzione: 02/06/1989 |
| **Sistema di amministrazione** | consiglio di amministrazione (in carica) |
| **Oggetto sociale** | LA RACCOLTA DEL RISPARMIO E L'ESERCIZIO DEL CREDITO NELLE SUE VARIE |

Visura ordinaria societa' di capitale • 3 di 93

Pg 5 of 17

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 339173655
estratto dal Registro Imprese in data 20/12/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Codice Fiscale 09733300157

| **Oggetto sociale** | FORME.<br>PER L'ESPLICAZIONE DI TALE ATTIVITA' ESSA PUO' COMPIERE, CON L'OSSERVANZA DELLE<br>VIGENTI DISPOSIZIONI E PREVIE - OVE OCCORRANO - LE PRESCRITTE AUTORIZZAZIONI,<br>... |
|---|---|

## Estremi di costituzione

| | |
|---|---|
| **iscrizione Registro Imprese** | Codice fiscale e numero d'iscrizione: 09733300157<br>del Registro delle Imprese di MILANO MONZA BRIANZA LODI<br>Precedente numero di iscrizione: MI146-294662<br>Data iscrizione: 19/02/1996 |
| **sezioni** | Iscritta nella sezione ORDINARIA il 19/02/1996 |
| **informazioni costitutive** | Data atto di costituzione: 02/06/1989 |
| **iscrizione Registro Società** | Data iscrizione: 13/07/1989 |

## Sistema di amministrazione e controllo

| | |
|---|---|
| **durata della società** | Data termine: 31/12/2050 |
| **scadenza esercizi** | Scadenza primo esercizio: 31/12/1989<br>Scadenza esercizi successivi: 31/12 |
| **sistema di amministrazione e controllo contabile** | Sistema di amministrazione adottato: tradizionale<br>Soggetto che esercita il controllo contabile: societa' di revisione |
| **forme amministrative** | **consiglio di amministrazione** (in carica) |
| **collegio sindacale** | Numero effettivi: 3<br>Numero supplenti: 2 |

## Oggetto sociale

LA RACCOLTA DEL RISPARMIO E L'ESERCIZIO DEL CREDITO NELLE SUE VARIE FORME.
PER L'ESPLICAZIONE DI TALE ATTIVITA' ESSA PUO' COMPIERE, CON L'OSSERVANZA DELLE VIGENTI DISPOSIZIONI E PREVIE - OVE OCCORRANO - LE PRESCRITTE AUTORIZZAZIONI, TUTTE LE OPERAZIONI, I SERVIZI BANCARI E DI INVESTIMENTO NONCHE' OGNI OPERAZIONE STRUMENTALE O COMUNQUE CONNESSA AL RAGGIUNGIMENTO DELLO SCOPO SOCIALE.
LA SOCIETA', NELLA SUA QUALITA' DI CAPOGRUPPO DEL GRUPPO BANCARIO "GRUPPO ALLIANZ BANK FINANCIAL ADVISORS" AI SENSI DELL'ART. 61, COMMA 4 DEL D.LGS. 385/1993, EMANA, NELL'ESERCIZIO DELL'ATTIVITA' DI DIREZIONE E COORDINAMENTO, DISPOSIZIONI ALLE COMPONENTI IL GRUPPO PER L'ESECUZIONE DELLE ISTRUZIONI IMPARTITE DALLA BANCA D'ITALIA NELL'INTERESSE DELLA STABILITA' DEL GRUPPO.

## Poteri

Visura ordinaria societa' di capitale • 4 di 93

Pg 6 of 17

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 339173655
estratto dal Registro Imprese in data 20/12/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Codice Fiscale 09733300157

**poteri associati alla carica di Consiglio D'amministrazione**

AL CONSIGLIO DI AMMINISTRAZIONE SPETTANO TUTTI I POTERI DI ORDINARIA E STRAORDINARIA AMMINISTRAZIONE DELLA SOCIETA', TRANNE QUELLI CHE, PER LEGGE O STATUTO, SONO RISERVATI ALL'ASSEMBLEA.
IL CONSIGLIO DI AMMINISTRAZIONE APPROVA IL PROGETTO DI GOVERNO SOCIETARIO E LE SUE SUCCESSIVE EVENTUALI MODIFICHE, CON IL PARERE FAVOREVOLE DEL COLLEGIO SINDACALE.
OLTRE ALLE ATTRIBUZIONI NON DELEGABILI A NORMA DI LEGGE, SONO DI ESCLUSIVA COMPETENZA DEL CONSIGLIO DI AMMINISTRAZIONE LE DECISIONI CONCERNENTI:
1. LE LINEE E LE OPERAZIONI STRATEGICHE E I PIANI INDUSTRIALI E FINANZIARI;
2. LE POLITICHE DI GESTIONE DEL RISCHIO;
3. LA NOMINA DEL DIRETTORE GENERALE E IL CONFERIMENTO DEI RELATIVI POTERI SU PROPOSTA DELL'AMMINISTRATORE DELEGATO;
4. L'APPROVAZIONE E LA MODIFICA DEI PRINCIPALI REGOLAMENTI INTERNI;
5. L'ISTITUZIONE, IL TRASFERIMENTO E LA SOPPRESSIONE DI SEDI SECONDARIE;
6. L'ACQUISTO E L'ALIENAZIONE DI IMMOBILI;
7. L'ASSUNZIONE E LA CESSIONE DI PARTECIPAZIONI DI RILIEVO;
8. L'ADOZIONE DELLE DELIBERAZIONI CONCERNENTI LA FUSIONE E LA SCISSIONE NEI CASI E CON LE MODALITA' PREVISTI DALLA NORMATIVA VIGENTE;
9. LA RIDUZIONE DEL CAPITALE IN CASO DI RECESSO DEL SOCIO;
10. GLI ADEGUAMENTI DELLO STATUTO A DISPOSIZIONI NORMATIVE INDEROGABILI;
11. IL TRASFERIMENTO DELLA SEDE SOCIALE NEL TERRITORIO NAZIONALE;
12. L'EVENTUALE COSTITUZIONE DEI COMITATI INTERNI AL CONSIGLIO;
13. LA NOMINA DEL RESPONSABILE DELLE FUNZIONI DI REVISIONE INTERNA E DI CONFORMITA'.
NEI LIMITI CONSENTITI DALLA LEGGE E DALLE NORME STATUTARIE IL CONSIGLIO DELEGA PROPRIE ATTRIBUZIONI AD UN AMMINISTRATORE DELEGATO DETERMINANDO I LIMITI DELLA DELEGA.
PER IL COMPIMENTO DI PARTICOLARI ATTIVITA' O NEGOZI, SPECIFICI POTERI DI RAPPRESENTANZA POTRANNO ESSERE CONFERITI A SINGOLI CONSIGLIERI.
LA RAPPRESENTANZA LEGALE DELLA BANCA, DI FRONTE AI TERZI ED IN GIUDIZIO, E LA FIRMA SOCIALE SPETTANO AL PRESIDENTE E AI VICE PRESIDENTI, SE NOMINATI, DISGIUNTAMENTE FRA LORO E ALL'AMMINISTRATORE DELEGATO, NEI LIMITI DELLA DELEGA CONFERITA.
L'AMMINISTRATORE DELEGATO POTRA' CONFERIRE, NELL'AMBITO DEI POTERI A LUI ATTRIBUITI, DELEGHE E POTERI DI RAPPRESENTANZA DELLA BANCA, PER SINGOLI ATTI O CATEGORIE DI ATTI, PROCURE E MANDATI SPECIALI A DIPENDENTI DELLA BANCA E A TERZI, ANCHE CON FACOLTA' DI SUBDELEGA.

**ripartizione degli utili e delle perdite tra i soci**

ARTICOLO 23
L'UTILE NETTO DI CIASCUN ESERCIZIO RISULTANTE DAL BILANCIO E' DESTINATO COME SEGUE:
A) IL 5% A RISERVA LEGALE ED IL 5% A RISERVA STATUTARIA, SALVO CHE L'ASSEMBLEA DELIBERI UN ACCANTONAMENTO MAGGIORE;
B) L'UTILE RESIDUO E' DISTRIBUITO AI SOCI NELLA MISURA APPROVATA DALL'ASSEMBLEA SU PROPOSTA DEL CONSIGLIO, SALVO CHE L'ASSEMBLEA DELIBERI DI DESTINARE GLI UTILI DISPONIBILI, IN TUTTO O IN PARTE, ALLA COSTITUZIONE O ALL'INCREMENTO DI RISERVE, O A DESTINAZIONI SPECIALI, OVVERO DI RINVIARLI A NUOVO.

## Altri riferimenti statutari

**clausole di recesso**

Informazione presente nello statuto/atto costitutivo

**modifiche statutarie, atti e fatti soggetti a deposito**

LA SOCIETA' DICHIARA DI ESSERE SOGGETTA ALLA ALTRUI ATTIVITA' DI DIREZIONE E COORDINAMENTO DI CUI ALL'ARTICOLO 2497 BIS DEL CODICE CIVILE.

## 3 Capitale e strumenti finanziari

| | | |
|---|---|---|
| **Capitale sociale in Euro** | Deliberato: | 119.000.000,00 |
| | Sottoscritto: | 119.000.000,00 |
| | Versato: | 119.000.000,00 |
| **Azioni** | Numero azioni: | 238.000 |
| | Valore: | 500,00 Euro |

Visura ordinaria societa' di capitale • 5 di 93

Pg 7 of 17

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 339173655
estratto dal Registro Imprese in data 20/12/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Codice Fiscale 09733300157

**progetto di fusione mediante incorporazione della societa'**

**L.A. FIN SOCIETA' DI INTERMEDIAZIONE MOBILIARE S.P.A.**
Codice fiscale: 00052170321
Numero repertorio economico amministrativo: TS - 55986
Sede: TRIESTE (TS)

*estremi della pratica*

Data iscrizione: 01/07/2008
Data atto: 27/06/2008

**fusione mediante incorporazione di**

**L.A. FIN SOCIETA' DI INTERMEDIAZIONE MOBILIARE S.P.A.**
Codice fiscale: 00052170321
Numero repertorio economico amministrativo: TS - 55986
Sede: TRIESTE (TS)

*estremi della pratica*

Data iscrizione: 17/07/2008
Data modifica: 01/09/2008
Data delibera: 11/07/2008
Data atto di esecuzione: 05/08/2008

## 9 Attività, albi ruoli e licenze

| | |
|---|---|
| **Addetti** | 559 |
| **Data d'inizio dell'attività dell'impresa** | 02/06/1989 |
| **Attività prevalente** | RACCOLTA DEL RISPARMIO ED ESERCIZIO DEL CREDITO NELLE SUE VARIE FORME |

### Attività

**inizio attività**
*(informazione storica)*

Data inizio dell'attività dell'impresa: 02/06/1989

**attività prevalente esercitata dall'impresa**

RACCOLTA DEL RISPARMIO ED ESERCIZIO DEL CREDITO NELLE SUE VARIE FORME

**Classificazione ATECORI 2007 dell'attività prevalente**
*(classificazione desunta dall'attività dichiarata)*

Codice: 64.19.1 - intermediazione monetaria di istituti monetari diverse dalle banche centrali
Importanza: prevalente svolta dall'impresa

**attivita' esercitata nella sede legale**

LA RACCOLTA DEL RISPARMIO E L'ESERCIZIO DEL CREDITO NELLE SUE VARIE FORME.

**classificazione ATECORI 2007 dell'attività**
*(classificazione desunta dall'attività dichiarata)*

Codice: 64.19.1 - intermediazione monetaria di istituti monetari diverse dalle banche centrali
Importanza: primaria Registro Imprese

**Addetti**
*(elaborazione da fonte INPS)*

Numero addetti dell'impresa rilevati nell'anno 2019
(Dati rilevati al 30/06/2019)

| | I trimestre | II trimestre | Valore medio |
|---|---|---|---|
| Dipendenti | 561 | 557 | 559 |
| Indipendenti | 0 | 0 | 0 |
| Totale | 561 | 557 | 559 |

Visura ordinaria societa' di capitale • 81 di 93

Pg 8 of 17

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 339173655
estratto dal Registro Imprese in data 20/12/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Codice Fiscale 09733300157

| | I trimestre | II trimestre | Valore medio |
|---|---|---|---|
| Collaboratori | 2 | 3 | 2 |

**Distribuzione dipendenti**

**Distribuzione per Contratto**
(Dati in percentuale rilevati al 30/06/2019)

| | I trimestre | II trimestre |
|---|---|---|
| Tempo Determinato | 4% | 4% |
| Tempo Indeterminato | 96% | 96% |

**Distribuzione per Orario di lavoro**
(Dati in percentuale rilevati al 30/06/2019)

| | I trimestre | II trimestre |
|---|---|---|
| Tempo Pieno | 91% | 91% |
| Tempo Parziale | 9% | 9% |

**Distribuzione per Qualifica**
(Dati in percentuale rilevati al 30/06/2019)

| | I trimestre | II trimestre |
|---|---|---|
| Impiegato | 57% | 57% |
| Quadro | 40% | 39% |
| Dirigente | 3% | 3% |

**Addetti nel comune di BARI (BA)**
*Unità locali: 1*

| | I trimestre | II trimestre | Valore medio |
|---|---|---|---|
| Dipendenti | 1 | 1 | 1 |
| Indipendenti | 0 | 0 | 0 |
| Totale | 1 | 1 | 1 |

**Addetti nel comune di BERGAMO (BG)**
*Unità locali: 1*

| | I trimestre | II trimestre | Valore medio |
|---|---|---|---|
| Dipendenti | 1 | 1 | 1 |
| Indipendenti | 0 | 0 | 0 |
| Totale | 1 | 1 | 1 |

Visura ordinaria societa' di capitale • 82 di 93

# EXHIBIT 3B

Pg 10 of 17

[logo] MILAN MONZABRIANZA LODI
CHAMBER OF COMMERCE

# Chamber of Commerce of MILAN MONZA BRIANZA LODI

Corporations Register - Official CCIAA [Chamber of Commerce, Industry, Handicraft and Agriculture] archive

*This page features an excerpt of the information in the report, which cannot be considered exhaustive, but which is purely for summary purposes*

## ORDINARY CORPORATION REPORT

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**

[QR code]

ERHXWZ

*The QR Code makes it possible to verify that this document matches that archived at the time of extraction. For verification, use the RI QR Code App or go to the official website of the Corporations Register.*

### COMPANY DETAILS

| | |
|---|---|
| Address of Registered Offices | MILAN (MI) PIAZZA TRE TORRI 3 ZIP: 20145 |
| PEC [Certified E-mail] Address | allianzbank@pec.allianzbank.it |
| Telephone | 02 72168000 |
| Website address | www.allianzbank.it |
| REA [Economic and Administrative Index] Number | MI - 1312779 |
| Tax identification and Corporations Register registration number | 09733300157 |
| VAT Registration | 09733300157 |
| Legal status | corporation with sole shareholder |
| Date of articles of incorporation | 06/02/1989 |
| Enrollment date | 07/19/1989 |
| Date of last record | 12/17/2019 |
| | company undergoing updating |
| Deputy Chairman of the Board of Directors | GIACOMO CAMPORA |

### BUSINESS

| | |
|---|---|
| Business status | active |
| Business start date | 06/02/1989 |
| Main business | collection of savings and lending in various forms |
| ATECO [business classification] code | 64.19.1 |
| NACE code | 64.19 |
| Import export activities | - |
| Network contract | - |
| Professional organizations, registers and licenses | - |
| Environmental registers and organizations | - |

### THE CORPORATION IN FIGURES

| | |
|---|---|
| Capital stock | 119,000,000.00 |
| Employees as of 06/30/2019 | 559 |
| Shareholders | 1 |
| Directors | 8 |
| Appointees | 95 |
| Statutory auditors, auditing bodies | 6 |
| Branch offices | 32 |
| Files sent in the last 12 months | 16 |
| Records opened | 1 |
| Transfers of offices | 0 |
| Stakes (1) | yes |

### CORPORATION CERTIFICATION

| | |
|---|---|
| SOA Certificates | - |
| QUALITY Certifications | - |

### AVAILABLE DOCUMENTS

| | |
|---|---|
| Financial Statements | 2018 – 2017 – 2016 - 2015 - 2014 - ... |
| Folder | yes |
| By-Laws | yes |
| Other documents | 316 |

Service performed by InfoCamere on behalf of the Italian Chambers of Commerce
Document no. T 339173655 extracted from the Corporations Register on the date of **12/20/2019**

[logo]   MILAN MONZABRIANZA LODI
CHAMBER OF COMMERCE

# Chamber of Commerce of MILAN MONZA BRIANZA LODI

Corporations Register - Official CCIAA [Chamber of Commerce, Industry, Handicraft and Agriculture] archive

(1)   Indicates whether the company holds stakes in other companies, obtained from lists of shareholders and transfers of shares

Pg 12 of 17

Corporations Register
Official CCIAA Archive
Document no. T 339173655
extracted from the Corporations Register on the date of 12/20/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Tax identification 09733300157

## Contents

1 Headquarters ........ 3
2 Information from by-laws/articles of incorporation ........ 3
3 Capital and financial instruments ........ 5
4 Shareholders and holders of rights over shares and stock ........ 6
5 Directors ........ 7
6 Statutory auditors, members of auditing bodies ........ 11
7 Other appointees or officers ........ 13
8 Business transfers, mergers, splits, successions ........ 77
9 Activities, professional organizations, registers and licenses ........ 81
10 Secondary offices and branch offices ........ 85
11 Company update ........ 93

## 1 Headquarters

| | |
|---|---|
| **Address of Registered Offices** | MILAN (MI)<br>PIAZZA TRE TORRI 3 ZIP: 20145<br>Telephone: 02 72168000<br>Fax: 02 8900991 |
| **PEC [Certified E-mail] Address** | allianzbank@pec.allianzbank.it |
| **Internet** | www.allianzbank.it |
| **VAT Registration** | 09733300157 |
| **REA [Economic and Administrative Index] Number** | MI - 1312779 |
| **Enrollment date** | 07/19/1989 |

**Supplementary information**

THE BOARD MEMBERS, ALDO MESSA AND FABER JOACHIM, DECLARE THAT THERE IS NO REASON FOR INELIGIBILITY AND EXPIRY OF TERM IN OFFICE AS PER ART. 2382, CIVIL CODE. BY WAY OF THE DOCUMENT DATED 09/09/97 SUBMITTED ON 09/23/97, THE BOARD MEMBER, GIANFRANCO NEGRI CLEMENTI, DECLARED THAT THERE WAS NO REASON FOR INELIGIBILITY AND EXPIRY OF TERM IN OFFICE AS PER ART. 2382, CIVIL CODE. BY WAY OF THE DEED OF MERGER DATED 09/24/97 EFFECTIVE FROM 10/01/1997, 12:10 AM. BY WAY OF THE MINUTES OF THE BOARD OF DIRECTORS MEETING ON 11/27/97, THE BOARD MEMBER, MARIO GRECO, DECLARED THAT THERE WAS NO REASON FOR INELIGIBILITY AND EXPIRY OF TERM IN OFFICE AS PER ART. 2382, CIVIL CODE. THE ORDINARY SHAREHOLDERS' MEETING ON APRIL 19, 1999 GRANTED FOR THE 1999-2000-2001 THREE-YEAR PERIOD THE APPOINTMENT FOR CERTIFICATION OF FINANCIAL STATEMENTS TO THE AUDITING FIRM, KPMG S.P.A. OF MILAN.

## 2 Information from by-laws/articles of incorporation

| | |
|---|---|
| **Corporations Register** | Tax identification and enrollment number: 09733300157<br>Enrollment date: 02/19/1996<br>Sections: Enrolled in the ORDINARY section |
| **Incorporation details** | Date of articles of incorporation: 06/02/1989 |
| **Administration system** | Board of Directors (in office) |
| **Corporate purpose** | THE COLLECTION OF SAVINGS AND LENDING IN VARIOUS |

Ordinary corporation report • **3** of **93**

Pg 13 of 17

Corporations Register
Official CCIAA Archive
Document no. T 339173655
extracted from the Corporations Register on the date of 12/20/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Tax identification 09733300157

| **Corporate purpose** | FORMS.<br>FOR THE PERFORMANCE OF THESE ACTIVITIES, WITH THE OBSERVANCE OF THE CURRENT PROVISIONS AND SUBJECT – AS APPLICABLE – TO THE PRESCRIBED AUTHORIZATIONS, IT MAY UNDERTAKE<br>… |
|---|---|

## Incorporation details

| | |
|---|---|
| **Corporations Register enrollment** | Tax identification and enrollment number: 09733300157<br>of the MILAN MONZA BRIANZA LODI Corporations Register<br>Previous enrollment number: MI146-294662<br>Enrollment date: 02/19/1996 |
| **sections** | Enrolled in the ORDINARY section on 02/19/1996 |
| **incorporation information** | Date of articles of incorporation: 06/02/1989 |

## Administration and auditing system

| | |
|---|---|
| **duration of the company** | End date: 12/31/2050 |
| **end of financial years** | End of first financial year: 12/31/1989<br>End of subsequent financial years: 12/31 |
| **Account administration and auditing system** | Adopted administration system: traditional<br><br>Party undertaking account auditing: auditing firm |
| **forms of management** | **board of directors** (in office) |
| **auditing committee** | Number of permanent members: 3<br>Number of substitute members: 2 |

## Corporate purpose

THE COLLECTION OF SAVINGS AND LENDING IN VARIOUS FORMS.
FOR THE PERFORMANCE OF THESE ACTIVITIES, WITH THE OBSERVANCE OF THE CURRENT PROVISIONS AND SUBJECT – AS APPLICABLE – TO THE PRESCRIBED AUTHORIZATIONS, IT MAY UNDERTAKE ALL TRANSACTION AND BANK AND INVESTMENT SERVICES AS WELL AS ANY TRANSACTION FOR OR IN ANY CASE RELATED TO THE ACHIEVEMENT OF THE CORPORATE PURPOSE. IN ITS CAPACITY AS PARENT COMPANY OF THE "ALLIANZ BANK FINANCIAL ADVISORS GROUP" BANKING GROUP, PURSUANT TO ARTICILE 61, PARAGRAPH 4 OF LEGISLATIVE DECREE 385/1993, IN UNDERTAKING MANAGEMENT AND COORDINATION ACTIVITIES, THE COMPANY SHALL ISSUE ORDERS TO THE MEMBERS OF THE GROUP FOR THE IMPLEMENTATION OF THE INSTRUCTIONS GIVEN BY THE BANK OF ITALY IN THE INTEREST OF THE GROUP'S STABILITY.

## Powers

Ordinary corporation report • **4** of **93**

Pg 14 of 17

Corporations Register
Official CCIAA Archive
Document no. T 339173655
extracted from the Corporations Register on the date of 12/20/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Tax identification 09733300157

**powers associated with role of the Board of Directors**

THE BOARD OF DIRECTORS IS VESTED WITH FULL POWERS FOR THE ORDINARY AND EXTRAORDINARY MANAGEMENT OF THE COMPANY, EXCEPT THPSE RESERVED FOR SHAREHOLDER'S MEETINGS BY LAW OR BY-LAW.
THE BOARD OF DIRECTORS SHALL APPROVE THE CORPORATE GOVERNANCE PLAN AND ANY SUBSEQUENT CHANGES, WITH THE FAVORABLE OPINION OF THE AUDITING COMMITTEE.
IN ADDITION TO NON-DELEGABLE POWERS PURSUANT TO THE LAW, THE BOARD OF DIRECTORS SHALL HAVE EXCLUSIVE RESPONSIBILITY OVER DECISIONS CONCERNING:
1. LINES, STRATEGIC TRANSACTIONS AND BUSINESS AND FINANCIAL PLANS;
2. RISK MANAGEMENT POLICIES;
3. APPOINTMENT OF THE MANAGING DIRECTOR AND GRANTING OF THE RESPECTIVE POWERS AT THE PROPOSAL OF THE CHIEF EXECUTIVE OFFICER;
4. APPROVAL AND AMENDMENT OF THE MAIN INTERNAL RULES;
5. THE ESTABLISHMENT, TRANSFER AND CLOSURE OF SECONDARY OFFICES;
6. THE PURCHASE AND ALIENATION OF REAL ESTATE;
7. THE ACCEPTANCE AND TRANSFER OF SIGNIFICANT STAKES;
8. THE PASSING OF RESOLUTIONS CONCERNING MERGER AND DEMERGER IN THE CASES AND ACCORDING TO THE PROCEDURES ESTABLISHED BY CURRENT LEGISLATION;
9. THE REDUCTION OF CAPITAL IN THE EVENT OF A SHAREHOLDER WITHDRAWING;
10. BRINGING THE BY-LAWS IN COMPLIANCE WITH MANDATORY LEGISLATIVE PROVISIONS;
11. THE TRANSFER OF THE CORPORATE HEADQUARTERS IN ITALIAN TERRITORY;
12. ANY ESTABLISHMENT OF INTERNAL BOARD COMMITTEES;
13. THE APPOINTMENT OF THE PERSON IN CHARGE OF INTERNAL AUDIT AND COMPLIANCE FUNCTIONS.
ACCORDING TO THE LIMITS PERMITTED BY THE LAW AND BY-LAWS, THE BOARD SHALL DELEGATE ITS POWERS TO A CHIEF EXECUTIVE OFFICER, THEREBY DETERMINING THE LIMITS OF THE DELEGATION.
FOR THE IMPLEMENTATION OF SPECIFIC ACTIVITIES OR TRANSACTIONS, SPECIFIC REPRESENTATION POWERS MAY BE GRANTED TO INDIVIDUAL BOARD MEMBERS.
THE LEGAL REPRESENTATION OF THE BANK, WITH RESPECT TO THIRD PARTIES AND IN COURT, AND SIGNING AUTHORITY SHALL LIE WITH THE CHAIRMAN AND DEPUTY CHAIRMEN, IF APPOINTED, ON A SEPARATE BASIS, AND TO THE CHIEF EXECUTIVE OFFICER, WITH THE LIMITS OF THE GRANTED DELEGATION.
THE CHIEF EXECUTIVE OFFICER MAY GRANT, WITHIN THE SCOPE OF THE POWERS GRANTED THERETO, DELEGATIONS AND REPRESENTATION POWERS FOR THE BANK, FOR INDIVIDUAL ACTS OR CATEGORIES OF ACTS, POWERS AND SPECIAL MANDATES TO EMPLOYEES OF THE BANK AND TO THIRD PARTIES, INCLUDING WITH THE POWER TO SUB-DELEGATE.

**allocation of profits and losses among shareholders**

ARTICLE 23
THE NET PROFIT OF EACH FINANCIAL YEARS BASED ON THE FINANCIAL STATEMENTS SHALL BE ALLOCATED AS FOLLOWS:
A) 5% TO THE LEGAL RESERVE AND 5% TO THE CAPITAL RESERVE, UNLESS A LARGER PROVISION IS RESOLVED UPON IN A SHAREHOLDERS' MEETING.
B) THE REMAINING PROFIT SHALL BE DISTRIBUTED TO THE SHAREHOLDERS AS APPROVED IN THE SHAREHOLDERS' MEETING AT THE PROPOSAL OF THE BOARD, UNLESS THE SHAREHOLDER' MEETING DECIDES TO ALLOCATE AVAILABLE PROFITS, IN WHOLE OR IN PART, TO THE ESTABLISHMENT OR INCREASE OF RESERVES OR TO SPECIAL USES OR TO CARRY THEM FORWARD.

## Other by-law information

**withdrawal clauses**

Information existing in the by-laws/articles of incorporation

**changes to the by-laws, documents and facts subject to filing**

THE COMPANY DECLARES TO BE SUBJECT TO THIRD-PARTY MANAGEMENT AND COORDINATION AS PER ARTICLE 2497 BIS OF THE CIVIL CODE.

## 3 Capital and financial instruments

| | | |
|---|---|---|
| **Capital stock in Euros** | Authorized: | 119,000,000.00 |
| | Subscribed: | 119,000,000.00 |
| | Paid in: | 119,000,000.00 |
| **Actions** | Number of shares: | 238,000 |
| | Value: | € 500.00 |

Ordinary corporation report • **5** of **93**

Pg 15 of 17

Corporations Register
Official CCIAA Archive
Document no. T 339173655
extracted from the Corporations Register on the date of 12/20/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Tax identification 09733300157

**merger plan through incorporation of the company**

procedure details

**L.A. FIN SOCIETA' DI INTERMEDIAZIONE MOBILIARE S.P.A.**
Tax identification: 00052170321
Economic and administrative index number: TS - 55986
Headquarters: TRIESTE (TS)
Enrollment date: 07/01/2008
Document date: 06/27/2008

**merger through incorporation of**

*procedure details*

**DAFE 3000 S.R.L.**
Tax identification: 00052170321
Economic and administrative index number: TS - 55986
Headquarters: TRIESTE (TS)
Enrollment date: 07/17/2008
Modification date: 09/01/2008
Date of resolution: 07/11/2008
Date of implementation document: 08/05/2005

## 9 Activities, professional organizations, registers and licenses

**Employees** 559
**Start date of business activities** 06/02/1989
**Main activity** THE COLLECTION OF SAVINGS AND LENDING IN VARIOUS FORMS.

### Assets

**Start of activities**
*(historical information)*

Start date of business activities: 06/02/1989

**company's main business**

THE COLLECTION OF SAVINGS AND LENDING IN VARIOUS FORMS

**2007 ATECORI classification of main business**
*(classification deduced from the declared business)*

Code: 64.19.1 – monetary intermediation by monetary institutions other than central banks
Importance: main performed by the company

**business engaged in at the registered offices**

THE COLLECTION OF SAVINGS AND LENDING IN VARIOUS FORMS.

**2007 ATECORI classification of main business**
*(classification deduced from the declared business)*

Code: 64.19.1 – monetary intermediation by monetary institutions other than central banks
Importance: primary Corporations Register

**Employees**
*(calculated based on INPS* [social security service] *source)*

Number of company employees observed during the year 2019
(Data observed as of 06/30/2019)

| | Quarter I | Quarter II | Average amount |
|---|---|---|---|
| Employees | 561 | 557 | 559 |
| Self-employed | 0 | 0 | 0 |
| Total | 561 | 557 | 559 |

Ordinary corporation report • **81** of **93**

Pg 16 of 17

Corporations Register
Official CCIAA Archive
Document no. T 339173655
extracted from the Corporations Register on the date of 12/20/2019

**ALLIANZ BANK FINANCIAL ADVISORS S.P.A.**
Tax identification 09733300157

**Breakdown of employees**

| | Quarter I | Quarter II | Average amount |
|---|---|---|---|
| Collaborators | 2 | 3 | 2 |

**Breakdown by Contract**
(Information as a percentage observed as of 06/30/2019)

| | Quarter I | Quarter II |
|---|---|---|
| Fixed term | 4% | 4% |
| Open-ended | 96% | 96% |

**Breakdown by Work hours**
(Information as a percentage observed as of 06/30/2019)

| | Quarter I | Quarter II |
|---|---|---|
| Full time | 91% | 91% |
| Part time | 9% | 9% |

**Breakdown by Job**
(Information as a percentage observed as of 06/30/2019)

| | Quarter I | Quarter II |
|---|---|---|
| Employee | 57% | 57% |
| Supervisor | 40% | 39% |
| Director | 3% | 3% |

**Employees in the municipality of BARI (BA)**
*Local units: 1*

| | Quarter I | Quarter II | Average amount |
|---|---|---|---|
| Employees | 1 | 1 | 1 |
| Self-employed | 0 | 0 | 0 |
| Total | 1 | 1 | 1 |

**Employees in the municipality of BERGAMO (BG)**
*Local units: 1*

| | Quarter I | Quarter II | Average amount |
|---|---|---|---|
| Employees | 1 | 1 | 1 |
| Self-employed | 0 | 0 | 0 |
| Total | 1 | 1 | 1 |

Ordinary corporation report • **82** of **93**


TRANSPERFECT

City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document "**1. Visura Ordinaria ALLIANZ BANK 20.12.2019**" is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Alyssa Mullally

Sworn to before me this
March 6, 2020

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public