UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This notice applies to the Adversary Proceedings listed in Appendix 1. | |

**NOTICE OF FILING OF EXHIBITS TO SUPPLEMENTAL MEMORANDUM OF
LUXEMBOURG DEFENDANTS IN SUPPORT OF DEFENDANTS' RENEWED
MOTION TO DISMISS**

PLEASE TAKE NOTICE that on March 16, 2020, Defendants filed the *Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to 11 U.S.C. §§ 561(d) and 546(e) and Insufficient Service of Process on Defendants in Foreign Hague Service Convention Signatory States* (the "Consolidated Memorandum") [Dkt. No. 2903 in Adv. Pro. No. 10-3496].[1]

PLEASE TAKE FURTHER NOTICE that on March 23, 2020, certain Defendants (the

---

[1] Capitalized terms not defined have the same meanings as in the Consolidated Memorandum.

-1-

"Luxembourg Defendants") filed the Supplemental Memorandum of Luxembourg Defendants in Support of Defendants' Renewed Motion to Dismiss (the "Supplemental Memorandum").

PLEASE TAKE FURTHER NOTICE that Appendix 1 includes a list of certain Luxembourg Defendants submitting extracts from various Luxembourgish and French business registries, as detailed in the Supplemental Memorandum.

PLEASE TAKE FURTHER NOTICE that Appendix 2 includes a list of counsel for the Luxembourg Defendants submitting extracts from various Luxembourgish and French business registries, as detailed in the Supplemental Memorandum.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A Parts 1–17, for the Court's convenience, are true and correct copies of excerpts from the Commission de Surveillance du Secteur Financier (CSSF) for certain Luxembourg Defendants, as detailed in the Supplemental Memorandum:

| Ex. A Part | Luxembourg Defendant | Adv. Pro. No. |
|---|---|---|
| [1] | Banco Itaú Europa Luxembourg SA | 10-03634; 10-03755 |
| [2] | Banque de Luxembourg | 10-03616 |
| [3] | Banque Degroof Petercam Luxembourg S.A. | 12-01147 |
| [4] | Banque et Caisse D'Epargne de L'Etat Luxembourg | 11-01598 |
| [5] | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) | 11-01242 |
| [6] | Banque Havilland S.A. | 12-01187 |
| [7] | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | 10-03635; 10-03636; 10-04090 |
| [8] | BGL BNP Paribas S.A. (f/k/a/ Fortis Banque Luxembourg) | 11-01242 |
| [9] | BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.) | 10-03626 |

|   |   |   |
|---|---|---|
| [10] | Caceis Bank Luxembourg | 10-03624; 10-03635; 10-03636 |
| [11] | Credit Suisse (Luxembourg) SA | 10-04088 |
| [12] | Edmond de Rothschild (Europe) f/k/a Banque Privée Edmond de Rothschild (Europe) | 10-03505 |
| [13] | ING Luxembourg | 11-01565 |
| [14] | Intesa Sanpaolo Bank Luxembourg S.A. | 11-01615 |
| [15] | Natixis Wealth Management Luxembourg f/k/a Natixis Private Banking International S.A. | 10-03864 |
| [16] | RBC Investor Services Bank S.A. (f/k/a RBC Dexia Investor Services Bank S.A.) | 10-03635; 10-03636 |
| [17] | Société Générale Luxembourg f/k/a Société Générale Bank and Trust | 10-03635; 10-03636; 11-01584 |

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit B Parts 1–6, for the Court's convenience, are true and correct copies of excerpts from the Registre de Commerce et des Sociétés Luxembourg (RCS) for certain Luxembourg Defendants, as detailed in the Supplemental Memorandum, where Subpart (a) of the Exhibit, where applicable, is a true and correct copy of the extract and Subpart (b) of the Exhibit, where applicable, is a true and correct copy of an English translation and certification of Part a of the Exhibit:

| Ex. B Part | Luxembourg Defendant | Adv. Pro. No. |
|---|---|---|
| [1] | Banque de Luxembourg | 10-03616 |
| [2] | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) | 11-01242 |
| [3] | BGL BNP Paribas S.A. (f/k/a/ Fortis Banque Luxembourg) | 11-01242 |
| [4] | BNP Securities Services Luxembourg S.A. | 10-03627 |
| [5] | Credit Suisse (Luxembourg) SA | 10-04088 |
| [6] | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. | 12-01555 |

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit C Parts 1–2, for the Court's convenience, are true and correct copies of excerpts from the Registre des agents financiers (REGAFI) for certain Luxembourg Defendants, as detailed in the Supplemental Memorandum:

| Ex. C Part | Luxembourg Defendant | Adv. Pro. No. |
|---|---|---|
| [1] | Credit Suisse (Luxembourg) SA | 10-04088 |
| [2] | Natixis Wealth Management Luxembourg f/k/a Natixis Private Banking International S.A. | 10-03864 |

Dated: March 23, 2020
New York, New York

Respectfully submitted,

**O'MELVENY & MYERS LLP**

/s/ William J. Sushon
William J. Sushon
Daniel S. Shamah
Seven Times Square
New York, New York 10036
T: 212-326-2000
F: 212-326-2061
wsushon@omm.com
dshamah@omm.com

*Counsel for Credit Suisse (Luxembourg) SA*

*Additional Counsel listed on Appendix 2*

-4-

# APPENDIX 1[2]

This supplemental memorandum applies to the following adversary proceedings:

| | Adv. Pro. No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Edmond de Rothschild (Europe), et al.* | Edmond de Rothschild (Europe) f/k/a Banque Privée Edmond de Rothschild (Europe) |
| 2. | Adv. Pro. 10-03616 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | Banque de Luxembourg |
| 3. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg |
| 4. | Adv. Pro. 10-03626 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.), et al.* | BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.) |
| 5. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Securities Services Luxembourg S.A., et al.* | BNP Securities Services Luxembourg S.A. |
| 6. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itaú Europa Luxembourg SA |
| 7. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 8. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |

---

[2] The names of defendants included in this Appendix reflect parties named as defendants by the Liquidators in the relevant Complaints (or to the extent there has been an update to the docket in a particular Action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants"). The inclusion of the As-Named Defendants in this Appendix or any other Appendix is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

|     | Adv. Pro. No. | Case Name | Defendant Name |
|-----|---------------|-----------|----------------|
| 9.  | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. (f/k/a RBC Dexia Investor Services Bank S.A.) |
| 10. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Société Générale Luxembourg f/k/a Société Générale Bank and Trust |
| 11. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 12. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 13. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. (f/k/a RBC Dexia Investor Services Bank S.A.) |
| 14. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Société Générale Luxembourg f/k/a Société Générale Bank and Trust |
| 15. | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itaú Europa Luxembourg SA, et al.* | Banco Itaú Europa Luxembourg SA |
| 16. | Adv. Pro. 10-03864 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA - Client Account, et al.* | Natixis Wealth Management Luxembourg f/k/a Natixis Private Banking International S.A. |
| 17. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 18. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |

Appendix 1 [2]

|  | **Adv. Pro. No.** | **Case Name** | **Defendant Name** |
|---|---|---|---|
| 19. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al..* | BGL BNP Paribas S.A. (f/k/a/ Fortis Banque Luxembourg) |
| 20. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al..* | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) |
| 21. | Adv. Pro. 11-01565 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | ING Luxembourg |
| 22. | Adv. Pro. 11-01584 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Société Générale Luxembourg f/k/a Société Générale Bank and Trust |
| 23. | Adv. Pro. 11-01598 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'epargne de L'Etat Lux, et al.* | Banque et Caisse D'Epargne de L'Etat Luxembourg |
| 24. | Adv. Pro. 11-01615 | *Fairfield Sigma Ltd. v. Societe Europeenne de Banque S.A.* | Intesa Sanpaolo Bank Luxembourg SA (formerly known as Societe Europeenne de Banque S.A.) |
| 25. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Petercam Luxembourg, S.A., et al.* | Banque Degroof Petercam Luxembourg S.A. |
| 26. | Adv. Pro. 12-01187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A., et al., f/k/a/ Banco Popolare di Verona e Novara Luxembourg S.A.* | Banque Havilland S.A. |
| 27. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. |

# APPENDIX 2
## ADDITIONAL COUNSEL

**ALLEGAERT BERGER & VOGEL LLP**

John F. Zulack
jzulack@abv.com
Lauren J. Pincus
lpincus@abv.com
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550

*Attorneys for Edmond de Rothschild (Europe) f/k/a Banque Privee Edmond de Rothschild (Europe); Société Générale Luxembourg f/k/a Société Générale Bank and Trust.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Breon S. Peace
bpeace@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorneys for BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.); BGL BNP Paribas S.A. (f/k/a/ Fortis Banque Luxembourg); Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) and BNP Securities Services Luxembourg S.A.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Elizabeth Vicens
evicens@cgsh.com
Benjamin S. Beller
bbeller@cgsh.com
One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Counsel for Caceis Bank Luxembourg*

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
Jeff.Butler@CliffordChance.com
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

*Attorneys for Banque Internationale á Luxembourg SA; Banque et Caisse d 'Epargne de l'Etat Luxembourg; and ING Luxembourg SA*


**DAVIS & GILBERT LLP**

Joseph Cioffi
jcioffi@dglaw.com
Bruce M. Ginsberg
bginsberg@dglaw.com
H. Seiji Newman
hsnewman@dglaw.com
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888

*Attorneys for Natixis Wealth Management Luxembourg, formerly known as Natixis Private Banking International S.A.*


**DAVIS POLK & WARDWELL LLP**

Elliot Moskowitz
elliot.moskowitz@davispolk.com
Andrew Ditchfield
andrew.ditchfield@davispolk.com
450 Lexington Avenue
New York, NY 10017
P: 212-450-4000
F: 212-701-5800

*Attorneys for Intesa Sanpaolo Bank Luxembourg SA (formerly known as Société Européenne de Banque S.A.)*

Appendix 2 [2]

**DECHERT LLP**

Gary J. Mennitt
gary.mennitt@dechert.om
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3831

*Attorneys for Banque Degroof Petercam Luxembourg S.A.*

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
anthony.paccione@kattenlaw.com
Mark T. Ciani
mark.ciani@kattenlaw.com
575 Madison Avenue
New York, NY 10022
Telephone: 212-940-8800
*Attorneys for RBC Investor Services Bank S.A. (named as RBC Dexia Investor Services Bank S.A.))*

**LINKLATERS LLP**

James R. Warnot
james.warnot@linklaters.com
Brenda D. DiLuigi
brenda.diluigi@linklaters.com
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

*Attorneys for Banque Havilland S.A.*

**REED SMITH LLP**

David M. Schlecker
dschlecker@reedsmith.com
599 Lexington Ave.
New York, NY 10022
(212) 205-6083

*Counsel for HSH Nordbank Securities S.A.
n/k/a HCOB Securities S.A.*

**SHEARMAN & STERLING LLP**

Brian H. Polovoy
bpolovoy@shearman.com
Randall Martin
Randall.Martin@Shearman.com
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000

*Attorneys for Defendant Banco Itaú Europa Luxembourg SA*