# EXHIBIT A-1

## Details

**Type**
Banks

**N°**
B00000291

**Name**
Banco Itaú Europa Luxembourg S.A. **(Inactive)**

**Address**
26, Boulevard Royal L-2449 LUXEMBOURG

**Constitution date**
10/04/1995

**Closing date**
26/05/2014

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

## Name History

| Date | Name |
| --- | --- |
| 10/04/1995 | Banco Itaú Europa Luxembourg S.A. |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-2

## Details

**Type**
Banks

**N°**
B00000008

**Name**
Banque de Luxembourg S.A. **(Active)**

**Address**
14, Boulevard Royal L-2449 LUXEMBOURG (B.P. 2221, L-1022 LUXEMBOURG)

**Constitution date**
04/04/1953

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

## Name History

| Date | Name |
| --- | --- |
| 04/04/1953 | Banque de Luxembourg S.A. |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-3



**CSSF-Supe**

Home   Simple search   Advanced search   Recent changes   Complete lists   Public register of the audit profession   Legend   Contact

## Details

| | |
|---|---|
| **Type:** | Banks |
| **No:** | B00000155 |
| **Name:** | Banque Degroof Petercam Luxembourg S.A. |
| **Address:** | 12, rue Eugène Ruppert L-2453 LUXEMBOURG (B.P. 902, L-2019 LUXEMBOURG) |
| **Start date of validity:** | 1987-01-29 |
| **Group:** | I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993 |
| **Sub-group:** | B. Public limited companies under Luxembourg law (S.A.) |

## Name History

| Name | Date |
|---|---|
| Banque Degroof Luxembourg S.A. | 1987-01-29 |
| Banque Degroof Petercam Luxembourg S.A. | 2016-04-01 |

Back to list          Extract data

All rights reserved. Copyright © by

# EXHIBIT A-4

## Details

**Type**
Banks

**N°**
B00000001

**Name**
Banque et Caisse d'Epargne de l'Etat, Luxembourg
**(Active)**

**Address**
1, Place de Metz L-1930 LUXEMBOURG (L-2954
LUXEMBOURG)

**Constitution date**
21/02/1856

**Group**
I. Banks authorised to carry on their activities pursuant
to Article 2 of the Law of 5 April 1993

**Sub-group**
A. Luxembourg public institutions

## Name History

| Date | Name |
|------|------|
| 21/02/1856 | Banque et Caisse d'Epargne de l'Etat, Luxembourg |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-5

## Details

**Type**
Banks

**N°**
B00000003

**Name**
BGL BNP Paribas **(Active)**

**Address**
50, Avenue J.F. Kennedy L-1855 LUXEMBOURG (L-2951 LUXEMBOURG)

**Constitution date**
26/09/1919

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

## Name History

| Date | Name |
| --- | --- |
| 26/09/1919 | FORTIS BANQUE LUXEMBOURG |
| 22/12/2008 | BGL |
| 21/09/2009 | BGL BNP Paribas |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-6



Go to cssf.lu

 

## Details

**Type**
Banks

**N°**
B00000284

**Name**
Banque Havilland Institutional Services S.A. **(Inactive)**

**Address**
35a Avenue J.F. Kennedy L-1855 LUXEMBOURGB.P. 555

**Constitution date**
30/05/1994

**Closing date**
01/10/2017

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of
the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

**Comments**
Merged into Banque Havilland S.A. on Octobre 1st, 2017

## Name History

| Date | Name |
|------|------|
| 30/05/1994 | Banco Popolare di Verona e Novara (Luxembourg) S.A. |
| 27/02/2008 | Banco Popolare Luxembourg S.A. |
| 29/02/2016 | Banque Havilland Institutional Services S.A. |

 Back

    Go to cssf.lu                                            

# Details

**Type**
Banks

**N°**
B00000318

**Name**
Banque Havilland S.A. **(Active)**

**Address**
35a, Avenue J.F. Kennedy L-
1855 LUXEMBOURG

**Constitution date**
18/01/2000

**Group**
I. Banks authorised to carry on
their activities pursuant to
Article 2 of the Law of 5 April
1993

**Sub-group**
B. Public limited companies
under Luxembourg law (S.A.)

# Name History

| Date | Name |
| --- | --- |
| 18/01/2000 | Kaupthing Bank Luxembourg S.A. |
| 10/07/2009 | Banque Havilland S.A. |

# EXHIBIT A-7

## Details

**Type**
Banks

**N°**
B00000002

**Name**
Banque Internationale à Luxembourg **(Active)**

**Address**
69, route d'Esch L-1470 LUXEMBOURG (L-2953
LUXEMBOURG)

**Constitution date**
08/03/1856

**Group**
I. Banks authorised to carry on their activities pursuant
to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law
(S.A.)

## Name History

| Date | Name |
| --- | --- |
| 08/03/1856 | Dexia Banque Internationale à Luxembourg |
| 22/03/2012 | Banque Internationale à Luxembourg |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-8

## Details

**Type**
Banks

**N°**
B00000003

**Name**
BGL BNP Paribas **(Active)**

**Address**
50, Avenue J.F. Kennedy L-1855 LUXEMBOURG (L-2951 LUXEMBOURG)

**Constitution date**
26/09/1919

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

## Name History

| Date | Name |
| --- | --- |
| 26/09/1919 | FORTIS BANQUE LUXEMBOURG |
| 22/12/2008 | BGL |
| 21/09/2009 | BGL BNP Paribas |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-9

## Details

**Type**
Banks

**N°**
B00000022

**Name**
BNP Paribas Luxembourg **(Inactive)**

**Address**
10A, boulevard Royal L-2449 LUXEMBOURG (L-2093 LUXEMBOURG)

**Constitution date**
23/10/1964

**Closing date**
01/10/2010

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

## Name History

| Date | Name |
| --- | --- |
| 23/10/1964 | BNP Paribas Luxembourg |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-10

## Details

**Type**
Banks

**N°**
B00000007

**Name**
CACEIS Bank, Luxembourg branch **(Active)**

**Address**
5, allée Scheffer L-2520 LUXEMBOURG (B.P. 1104, L-1011 LUXEMBOURG)

**Constitution date**
28/02/2003

**Group**
V. Branches of credit institutions originating from a Member State of the European Union and assimilated authorised in Luxembourg according to Article 30 of the Law of 5 April 1993

## Name History

| Date | Name |
| --- | --- |
| 28/02/2003 | CACEIS Bank Luxembourg |
| 31/12/2016 | CACEIS Bank, Luxembourg branch |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-11

## Details

**Type**
Banks

**N°**
B00000078

**Name**
CREDIT SUISSE (LUXEMBOURG) S.A. **(Active)**

**Address**
5, rue Jean Monnet L-2180 LUXEMBOURG (B.P. 40, L-2010 LUXEMBOURG)

**Constitution date**
28/01/1974

**Group**
I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law (S.A.)

## Name History

| Date | Name |
| --- | --- |
| 28/01/1974 | Crédit Suisse (Luxembourg) S.A. |
| 06/12/2019 | CREDIT SUISSE (LUXEMBOURG) S.A. |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-12



**Commission de Surveillance du Secteur Financier**

Home    Simple search    Advanced search    Recent changes    Complete lists    Public register of the audit profession    Legend    Contact

## Details

| | |
|---|---|
| **Type:** | Banks |
| **No:** | B00000172 |
| **Name:** | Edmond de Rothschild (Europe) |
| **Address:** | 20, boulevard Emmanuel Servais L-2535 LUXEMBOURG (B.P. 474, L-2014 LUXEMBOURG) |
| **Start date of validity:** | 1988-10-24 |
| **Group:** | I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993 |
| **Sub-group:** | B. Public limited companies under Luxembourg law (S.A.) |

### Name History

| Name | Date |
|---|---|
| Banque Privée Edmond de Rothschild Europe | 1988-10-24 |
| Edmond de Rothschild (Europe) | 2014-06-01 |

Back to list            Extract data

All rights reserved. Copyright © by Commission de S

# EXHIBIT A-13

## Details

**Type**
Banks

**N°**
B00000014

**Name**
ING Luxembourg **(Active)**

**Address**
26, Place de la Gare L-1616 LUXEMBOURG (L-2965
LUXEMBOURG)

**Constitution date**
15/09/1960

**Group**
I. Banks authorised to carry on their activities pursuant
to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law
(S.A.)

## Name History

| Date | Name |
| --- | --- |
| 15/09/1960 | ING LUXEMBOURG S.A. |
| 13/08/2014 | ING Luxembourg |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-14

## Details

**Type**
Banks

**N°**
B00000087

**Name**
Intesa Sanpaolo Bank Luxembourg S.A. **(Active)**

**Address**
19-21, boulevard Prince Henri L-1724 LUXEMBOURG
(B.P. 21, L-2010 LUXEMBOURG)

**Constitution date**
02/06/1976

**Group**
I. Banks authorised to carry on their activities
pursuant to Article 2 of the Law of 5 April 1993

**Sub-group**
B. Public limited companies under Luxembourg law
(S.A.)

## Name History

| Date | Name |
| --- | --- |
| 02/06/1976 | Société Européenne de Banque S.A. |
| 05/10/2015 | Intesa Sanpaolo Bank Luxembourg S.A. |

Back

All rights reserved. Copyright © de la Commission de Surveillance du Secteur Financier, Luxembourg.

# EXHIBIT A-15



CSSF-Supervised Entities

| Home | Simple search | Advanced search | Recent changes | Complete lists | Public register of the audit profession | Legend | Contact |

## Details

| | |
|---|---|
| **Type:** | Banks |
| **No:** | B00000197 |
| **Name:** | Natixis Wealth Management Luxembourg |
| **Address:** | 51, Avenue J.F. Kennedy L-1855 LUXEMBOURG (B.P. 753, L-2017 LUXEMBOURG) |
| **Start date of validity:** | 1989-11-24 |
| **Group:** | I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993 |
| **Sub-group:** | B. Public limited companies under Luxembourg law (S.A.) |

## Name History

| Name | Date |
|---|---|
| Natixis Private Banking Luxembourg S.A. | 1989-11-24 |
| Natixis Private Banking International | 2007-05-03 |
| Natixis Bank | 2010-09-30 |
| Natixis Wealth Management Luxembourg | 2018-11-13 |

All rights reserved. Copyright © by Commission de Surveillance du Secteur Financier, Luxembourg

# EXHIBIT A-16



**CSSF-Supervised Entities**

Home | Simple search | Advanced search | Recent changes | Complete lists | Public register of the audit profession | Legend | Contact

## Details

| | |
|---|---|
| Type: | Banks |
| No: | B00000341 |
| Name: | RBC Investor Services Bank S.A. |
| Address: | 14, Porte de France L-4360 ESCH-SUR-ALZETTE |
| Start date of validity: | 2006-01-02 |
| Group: | I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993 |
| Sub-group: | B. Public limited companies under Luxembourg law (S.A.) |

### Name History

| Name | Date |
|---|---|
| RBC Dexia Investor Services Bank S.A. | 2006-01-02 |
| RBC Investor Services Bank S.A. | 2012-07-27 |

Back to list          Extract data

All rights reserved. Copyright © by Commission de Surveillance du Secteur Financier, Luxembourg

# EXHIBIT A-17



Commission de Surveillance
du Secteur Financier

Home    Simple search    Advanced search    Recent changes    Complete lists    Public register of the audit profession    Legend    Contact

## Details

| | |
|---|---|
| **Type:** | Banks |
| **No:** | B00000019 |
| **Name:** | Société Générale Luxembourg |
| **Address:** | 11, avenue Emile Reuter L-2420 LUXEMBOURG |
| **Start date of validity:** | 1956-04-11 |
| **Group:** | I. Banks authorised to carry on their activities pursuant to Article 2 of the Law of 5 April 1993 |
| **Sub-group:** | B. Public limited companies under Luxembourg law (S.A.) |

## Name History

| Name | Date |
|---|---|
| Société Générale Bank & Trust | 1995-06-01 |
| Société Générale Luxembourg | 2020-01-01 |

All rights reserved. Copyright ⓒ by Commission de Surveillance du Sect