# EXHIBIT C-1



# Search results

**Registered name :** Crédit suisse (Luxembourg) S.A.
**REGAFI identifier :** 58970

## Company description

Registered name : Crédit suisse (Luxembourg) S.A.

SIREN : 808392104

Bank code (CIB) : 18169

Status : Branch

### Credit institution

Authorisation type : European passport (in)

Date of authorisation/registration : 06/02/2015

Branch address : 86 Boulevard Haussmann CS 40047

Post code : 75008

City : PARIS

Country : FRANCE

Phone : 0170390050

Head office address : 5 rue Jean Monnet

City : L-2180 LUXEMBOURG

Country : LUXEMBOURG

LEI : 5493003TIY721MBZZK78

Name of the supervisory authority of the head office : Commission de Surveillance du Secteur Financier (Commission for the Supervision of Financial Sector)

Website : http://www.cssf.lu/en/

Register : https://supervisedentities.apps.cssf.lu/

Country : LUXEMBOURG

## Activities based in France

### Activities provided by the branch are ticked.

**Activities that the institution is authorised to provide on a cross-border basis**

| ✓ | 1 | Acceptance of deposits and other repayable funds from the public |
|---|---|---|
| ✓ | 2 | Lending |
| ✓ | 3 | Financial leasing |
| ✓ | 4 | Payment services as defined in Article 4(3) of Directive 2007/64/EC |
| ✓ | | a) Service enabling cash to be placed on a payment account as well as all the operations required for operating a payment account |

| | | |
|---|---|---|
| ✓ | b) | Service enabling cash withdrawals from a payment account as well as the operations required for operating a payment account |
| ✓ | c) | Execution of payment transactions, including transfers of funds on a payment account with the user's payment service provider or with another PSP : execution of direct debits, including one-off direct debits ; execution of payment transactions through a payment card or a similar device ; execution of credit transfers, including standing orders |
| ✓ | d) | Execution of payment transactions where the funds are covered by a credit line for a payment service user : execution of direct debits, including one-off direct debits ; execution of payment transactions through a payment card or a similar device ; execution of credit transfers, including standing orders |
| ✓ | e) | Issuing and/or acquiring of payment instruments |
| ✓ | f) | Money remittance |
| ✓ | g) | Execution of payment transactions where the consent of the payer to execute a payment transaction is given by means of any telecommunication, digital or IT device and the payment is made to the telecommunication, IT system or network operator, acting only as an intermediary between the payment service user and the supplier of the goods and services |
| ✓ | 5 | Issuing and administering means of payment (eg credit cards, traveller's cheques and banker' drafts) |
| ✓ | 6 | Guarantees and commitments |
| ✓ | 7 | Trading for own account or for account of customers in: |
| ✓ | a) | Money market instruments |
| ✓ | b) | Foreign exchange |
| ✓ | c) | Financial futures and options |
| ✓ | d) | Exchange and interest rate instruments |
| ✓ | e) | Transferable securities |
| ✓ | 8 | Participation in share issues and the provision of services relating to such issues |
| ✓ | 9 | Advice to undertakings on capital structure, industrial strategy and related questions and advice as well as services relating to mergers and the purchase of undertakings |
| ✓ | 10 | Money broking |
| ✓ | 11 | Portfolio management and advice |
| ✓ | 12 | Safekeeping and administration of securities |
| ✓ | 13 | Credit reference services |
| ✓ | 14 | Safe custody services |
|  | 15 | Issuance of electronic money |

**Investment services**

| | | A - Investment activities and services | | | | | | | | | B - Auxillary services | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| C - Financial instruments | 1 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 2 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 3 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 4 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 5 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 6 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 7 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | 8 | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |
| 9 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10 | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11 | | | | | | | | | | | | | | |

**Legend**

| A - Investment activities and services |  |
|---|---|
| 1 | Reception and transmission of orders in relation to one or more financial instruments. |
| 2 | Execution of orders on behalf of clients |
| 3 | Dealing on own account |
| 4 | Portfolio management |
| 5 | Investment advice |
| 6 | Underwriting of financial instruments and/or placing of financial instruments on a firm commitment basis |
| 7 | Placing of financial instruments without a firm commitment basis |
| 8 | Operation of Multilateral Trading Facilities (MTF) |
| 9 | Operation of Organised Trading Facilities (OTF) |
| **B - Auxillary services** | |
| 1 | Safekeeping and administration of financial instruments for the account of clients, including custodianship and related services such as cash/collateral management |
| 2 | Granting credits or loans to an investor to allow him to carry out a transaction in one or more financial instruments, where the firm granting the credit or loan is involved in the transaction |
| 3 | Advice to undertakings on capital structure, industrial strategy and related matters and advice and services relating to mergers and the purchase of undertakings |
| 4 | Foreign exchange services where these are connected to the provision of investment services |
| 5 | Investment research and financial analysis or other forms of general recommendation relating to transactions in financial instruments |
| 6 | Services related to underwriting |
| 7 | Investment services and activities as well as ancillary services of the type included under Section A or B of Annex 1 related to the underlying of the derivatives included under Section C ¿ 5, 6, 7 and 10 - where these are connected to the provision of investment or ancillary services |
| **C - Financial instruments** | |
| 1 | C1 - Transferable securities (within the meaning of MiFID II) (equity securities and debt securities other than MMI) |
| 2 | C2 - Money-market instruments (MMI) (within the meaning of point (17) of Article 4 (1) of MiFID II) |
| 3 | C3 - Units in collective investment undertakings (CIU) |
| 4 | C4 - Financial contracts on financial underlyings that may be settled physically or in cash (see point C4 of Annex I of MiFID II) |
| 5 | C5 - Financial contracts on commodities that must be settled in cash or may be settled in cash at the option of one of the parties (see point C5 of Annex I of MiFID II) |
| 6 | C6 - Financial contracts on commodities that can be physically settled and traded on a regulated market, a MTF or an OTF (see point C6 of Annex I of MiFID II) |
| 7 | C7 - Financial contracts on commodities that can be physically settled not otherwise mentioned in C6 and not being for commercial purposes (see point C7 of Annex I of MiFID II) |
| 8 | C8 - Derivative instruments for the transfer of credit risk |
| 9 | C9 - Financial contracts for differences |
| 10 | C10 - Financial contracts on non-physical underlyings or not otherwise mentioned above (see point C10 of Annex I of MiFID II) |
| 11 | C11 - Emission allowances (see point C11 of Annex I of MiFID II) |

**Last updated : 18 March 2020**

3/19/2020　10-03635-jpm    Doc 493-3    Filed 03/23/20    Entered 03/23/20 15:45:53    Exhibit C
Financial firms - REGAFI - Registre des agents financiers
Pg 5 of 10

4/4

# EXHIBIT C-2



# Search results

**Registered name :** Natixis wealth management luxembourg
**REGAFI identifier :** 9778

### Company description

Registered name : Natixis wealth management luxembourg

Status : Cross border services

### Credit institution

Authorisation type : European passport (in)

Date of authorisation/registration : 02/06/1995

Head office address : 51 av J.F. Kennedy - L-1855

City : LUXEMBOURG

Country : LUXEMBOURG

Name of the supervisory authority of the head office : Commission de Surveillance du Secteur Financier (Commission for the Supervision of Financial Sector)

Website : http://www.cssf.lu/en/

Register : https://supervisedentities.apps.cssf.lu/

Country : LUXEMBOURG

### Activities based in France

### Activities provided on a cross-border basis are ticked.

**Activities that the institution is authorised to provide on a cross-border basis**

| ✓ | 1 | Acceptance of deposits and other repayable funds from the public |
|---|---|---|
| ✓ | 2 | Lending |
|   | 3 | Financial leasing |
| ✓ | 4 | Payment services as defined in Article 4(3) of Directive 2007/64/EC |
| ✓ | a) | Service enabling cash to be placed on a payment account as well as all the operations required for operating a payment account |
| ✓ | b) | Service enabling cash withdrawals from a payment account as well as the operations required for operating a payment account |
| ✓ | c) | Execution of payment transactions, including transfers of funds on a payment account with the user's payment service provider or with another PSP : execution of direct debits, including one-off direct debits ; execution of payment transactions through a payment card or a similar device ; execution of credit transfers, including standing orders |
| ✓ | d) | |

|  |  |  | Description |
|---|---|---|---|
|  |  |  | Execution of payment transactions where the funds are covered by a credit line for a payment service user : execution of direct debits, including one-off direct debits ; execution of payment transactions through a payment card or a similar device ; execution of credit transfers, including standing orders |
| ✓ |  | e) | Issuing and/or acquiring of payment instruments |
| ✓ |  | f) | Money remittance |
| ✓ |  | g) | Execution of payment transactions where the consent of the payer to execute a payment transaction is given by means of any telecommunication, digital or IT device and the payment is made to the telecommunication, IT system or network operator, acting only as an intermediary between the payment service user and the supplier of the goods and services |
| ✓ | 5 |  | Issuing and administering means of payment (eg credit cards, traveller's cheques and banker' drafts) |
| ✓ | 6 |  | Guarantees and commitments |
|  | 7 |  | Trading for own account or for account of customers in: |
| ✓ |  | a) | Money market instruments |
| ✓ |  | b) | Foreign exchange |
| ✓ |  | c) | Financial futures and options |
| ✓ |  | d) | Exchange and interest rate instruments |
| ✓ |  | e) | Transferable securities |
| ✓ | 8 |  | Participation in share issues and the provision of services relating to such issues |
| ✓ | 9 |  | Advice to undertakings on capital structure, industrial strategy and related questions and advice as well as services relating to mergers and the purchase of undertakings |
|  | 10 |  | Money broking |
| ✓ | 11 |  | Portfolio management and advice |
| ✓ | 12 |  | Safekeeping and administration of securities |
| ✓ | 13 |  | Credit reference services |
| ✓ | 14 |  | Safe custody services |
| ✓ | 15 |  | Issuance of electronic money |

**Investment services**

| | | A - Investment activities and services | | | | | | | | | B - Auxillary services | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| C - Financial instruments | 1 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |
| | 2 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |
| | 3 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |
| | 4 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |
| | 5 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |
| | 6 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |
| | 7 | ✓ | ✓ |  | ✓ | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ |  | ✓ |  |



**Legend**

| | A - Investment activities and services |
|---|---|
| 1 | Reception and transmission of orders in relation to one or more financial instruments. |
| 2 | Execution of orders on behalf of clients |
| 3 | Dealing on own account |
| 4 | Portfolio management |
| 5 | Investment advice |
| 6 | Underwriting of financial instruments and/or placing of financial instruments on a firm commitment basis |
| 7 | Placing of financial instruments without a firm commitment basis |
| 8 | Operation of Multilateral Trading Facilities (MTF) |
| 9 | Operation of Organised Trading Facilities (OTF) |
| | B - Auxillary services |
| 1 | Safekeeping and administration of financial instruments for the account of clients, including custodianship and related services such as cash/collateral management |
| 2 | Granting credits or loans to an investor to allow him to carry out a transaction in one or more financial instruments, where the firm granting the credit or loan is involved in the transaction |
| 3 | Advice to undertakings on capital structure, industrial strategy and related matters and advice and services relating to mergers and the purchase of undertakings |
| 4 | Foreign exchange services where these are connected to the provision of investment services |
| 5 | Investment research and financial analysis or other forms of general recommendation relating to transactions in financial instruments |
| 6 | Services related to underwriting |
| 7 | Investment services and activities as well as ancillary services of the type included under Section A or B of Annex 1 related to the underlying of the derivatives included under Section C ¿ 5, 6, 7 and 10 - where these are connected to the provision of investment or ancillary services |
| | C - Financial instruments |
| 1 | C1 - Transferable securities (within the meaning of MiFID II) (equity securities and debt securities other than MMI) |
| 2 | C2 - Money-market instruments (MMI) (within the meaning of point (17) of Article 4 (1) of MiFID II) |
| 3 | C3 - Units in collective investment undertakings (CIU) |
| 4 | C4 - Financial contracts on financial underlyings that may be settled physically or in cash (see point C4 of Annex I of MiFID II) |
| 5 | C5 - Financial contracts on commodities that must be settled in cash or may be settled in cash at the option of one of the parties (see point C5 of Annex I of MiFID II) |
| 6 | C6 - Financial contracts on commodities that can be physically settled and traded on a regulated market, a MTF or an OTF (see point C6 of Annex I of MiFID II) |
| 7 | C7 - Financial contracts on commodities that can be physically settled not otherwise mentioned in C6 and not being for commercial purposes (see point C7 of Annex I of MiFID II) |
| 8 | C8 - Derivative instruments for the transfer of credit risk |
| 9 | C9 - Financial contracts for differences |
| 10 | |

|    |                                                                                                                           |
|----|---------------------------------------------------------------------------------------------------------------------------|
|    | C10 - Financial contracts on non-physical underlyings or not otherwise mentioned above (see point C10 of Annex I of MiFID II) |
| 11 | C11 - Emission allowances (see point C11 of Annex I of MiFID II)                                                          |

**Last updated : 11 March 2020**