# EXHIBIT 1

This declaration applies to the following adversary proceedings:

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG BANK a/k/a EFG BANK AG and/or EFG BANK SA., et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 2. | 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank SA (n/k/a EFG Bank) |
| 3. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | EFG Bank SA Switzerland (n/k/a EFG Bank) |
| 4. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | Banca Unione di Credito |
| 5. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | BSI AG |
| 6. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | BSI Ex Banca del Gottardo |
| 7. | 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | EFG Eurofinancier D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 8. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | EFG Bank SA Switzerland (n/k/a EFG Bank) |
| 9. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | Banca Unione di Credito |
| 10. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | BSI AG |
| 11. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | BSI Ex Banca del Gottardo |
| 12. | 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN Amro Schweiz AG a/k/a ABN Amro (Switzerland) AG, et al.* | EFG Eurofinancier D'Invest MCL (n/k/a EFG Bank) |