# EXHIBIT 2A

# Handelsregisteramt des Kantons Zürich

| Firmennummer | Rechtsnatur | Eintragung | Löschung | Übertrag CH-020.3.926.349-7 von: CH-020.3.926.349-7/c auf: | 1 |
|---|---|---|---|---|---|
| **CHE-105.956.745** | **Aktiengesellschaft** | 07.05.1969 | | | |

Alle Eintragungen

| Ei | Lö | Firma | | Ref | Sitz |
|---|---|---|---|---|---|
| 1 | | **EFG Bank AG** | | 1 | Zürich |
| 1 | | (EFG Bank SA) (EFG Bank Ltd) | | | |

| Ei | Lö | Aktienkapital (CHF) | Liberierung (CHF) | Aktien-Stückelung | Ei | Lö | Domiziladresse |
|---|---|---|---|---|---|---|---|
| 1 | | 162'410'000.00 | 162'410'000.00 | 162'410 Namenaktien zu CHF 1'000.00 | 1 | | Bleicherweg 8 |
| | | | | | | | 8001 Zürich |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | | Die Gesellschaft bezweckt den Betrieb einer Bank sowie die Tätigkeit aller mit einer Bank verbundenen Geschäfte in der Schweiz und im Ausland. Die Tätigkeit der Bank umfasst insbesondere: die Annahme von Geldern in allen bankmässig üblichen Formen, unter Einschluss von Spareinlagen, die Gewährung von gesicherten und ungesicherten Darlehen, Krediten und Vorschüssen, die Diskontierung und Forfaitierung von Wechseln, sowie Arbitrage-,Währungs-, Inkasso- und Überweisungsgeschäfte, die Abgabe von Garantien, Bürgschaften, Kreditbriefen und Dokumentarakkreditiven, den Kauf und Verkauf von Devisen für eigene oder fremde Rechnung, den gewerbsmässig, börslichen und ausserbörslichen Handel mit Effekten jeder Art (inklusive Derivaten) Edelmetallen und Münzen, die Vermögensverwaltung, die Übernahme und Vermittlung von öffentlichen Anleihen und Aktienemissionen sowie die Teilnahme an Emissionssyndikaten, die Abwicklung von Treuhandgeschäften, die Checkausgabe und –einlösung, alle Aktivitäten im Zusammenhang mit dem Kollektivanlagengesetz, die Errichtung von Vorsorgestiftungen und die Verwaltung derer Vermögen, die Gründung und die Verwaltung, für eigene oder fremde Rechnung, von Finanz-, Immobilien- und Handelsgesellschaften jeder Art, in der Schweiz sowie im Ausland. Die Gesellschaft kann im In- und Ausland Grundstücke erwerben, veräussern und verpfänden, sowie Tochtergesellschaften, Zweigniederlassungen, Agenturen und Vertretungen errichten. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Mitteilungen der Gesellschaft an die Aktionäre erfolgen durch Brief an die Adresse der im Aktienbuch eingetragenen Aktionären. | 1 | 08.04.1969 |
| | | | 1 | 21.02.2007 |
| 1 | | Mit Beschluss der Generalversammlung vom 07.09.2005 wurden 2'800 Namenpartizipationsscheine zu CHF 1'000.-- (Kategorie A) und 400'000 Vorzugsnamenpartizipationsscheine zu CHF 15.- (Kategorie B) in 8'800 Namenaktien zu CHF 1'000.-- umgewandelt. | 1 | 29.04.2009 |
| | | | 1 | 28.04.2017 |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Die Gesellschaft übernimmt auf dem Wege der Fusion die BanSabadell Finance SA, in Genf. Aktiven von CHF 50'339'000.-- und Passiven von CHF 42'870'000.-- gehen gemäss Fusionsvertrag vom 14.05.2003 und Fusionsbilanz per 31.12.2002 durch Universalsukzession auf die Gesellschaft über, die bereits sämtliche Aktien der übernommenen Gesellschaft besitzt. Dabei erlöschen diese Aktien, und das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. | 1 | SHAB |
| 1 | | Fusion: Die Gesellschaft übernimmt auf dem Wege der Fusion die Banque Edouard Constant SA, in Genève. Aktiven von CHF 1'216'900'000.-- und Passiven von CHF 1'045'700'000.-- gehen gemäss Fusionsvertrag vom 30.06.2003 und Fusionsbilanz per 31.12.2002 durch Universalsukzession auf die Gesellschaft über, die bereits sämtliche Aktien der übernommenen Gesellschaft besitzt. Dabei erlöschen diese Aktien, und das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. | | |
| 1 | | Abspaltung: Ein Teil der Aktiven und Passiven geht gemäss Spaltungsplan vom 29.06.2005 auf die neu gegründete EFG International, in Zürich (CH-020.3.028.719-1) über. | | |



# Handelsregisteramt des Kantons Zürich

| CHE-105.956.745 | EFG Bank AG | | Zürich |
|---|---|---|---|

Alle Eintragungen

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Fusion: Übernahme der Aktiven und Passiven der Bruxinter SA, in Genf (CH-660-0334971-3), gemäss Fusionsvertrag vom 30.04.2009 und Bilanz per 31.12.2008. Aktiven von CHF 1'070'860.00 und Passiven (Fremdkapital) von CHF 309'853.00 gehen auf die übernehmende Gesellschaft über. Da die übernehmende Gesellschaft sämtliche Aktien der übertragenden Gesellschaft hält, findet weder eine Kapitalerhöhung noch eine Aktienzuteilung statt. | | |
| 1 | | Fusion: Übernahme der Aktiven und Passiven der EFG Holding GmbH, in Zürich (CHE-112.396.188), gemäss Fusionsvertrag vom 19.05.2014 und Bilanz per 31.12.2013. Aktiven von CHF 5'617.95 und Passiven (Fremdkapital) von CHF 815.60 gehen auf die übernehmende Gesellschaft über. Die übernehmende Gesellschaft verfügt gemäss Bestätigung des staatlich beaufsichtigten Revisionsunternehmens über frei verwendbares Eigenkapital im Umfang des Kapitalverlustes. Da die übernehmende Gesellschaft sämtliche Stammanteile der übertragenden Gesellschaft hält, findet weder eine Kapitalerhöhung noch eine Aktienzuteilung statt. | | |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| 1 | | Genf (CHE-245.681.319) | | | |
| 1 | | Lugano (CHE-283.349.694) | | | |

| Zei | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id | Zei | Ref | TR-Nr | TR-Datum | SHAB | SHAB-Dat. | Seite / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | (Auslassung) | | | (Auslassung) | | 5 | | 36480 | 19.09.2019 | 184 | 24.09.2019 | 1004722140 |
| | 1 | 26709 | 09.07.2019 | 133 | 12.07.2019 | 1004674006 | 6 | | 42119 | 30.10.2019 | 213 | 04.11.2019 | 1004751132 |
| | 2 | 29322 | 25.07.2019 | 145 | 30.07.2019 | 1004686678 | 7 | | 1565 | 10.01.2020 | 9 | 15.01.2020 | 1004804790 |
| | 3 | 32730 | 22.08.2019 | 164 | 27.08.2019 | 1004702956 | 8 | | 3062 | 20.01.2020 | 15 | 23.01.2020 | 1004811969 |
| | 4 | 35441 | 12.09.2019 | 179 | 17.09.2019 | 1004717315 | 9 | | 4631 | 29.01.2020 | 22 | 03.02.2020 | 1004820023 |

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Williamson, John A., britischer Staatsangehöriger, in Zug | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Burki, Niccolo Herbert, von Biberist, in Erlenbach ZH | Vizepräsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Brandenberger, Susanne, von Dinhard, in Zollikon | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Freiherr von Maltzan, Dr. Bernd-Albrecht, deutscher Staatsangehöriger, in Bad Homburg v.d.Höhe (DE) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Isolani, Roberto, italienischer Staatsangehöriger, in London (GB) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Jacobs, Steven Michael, britischer Staatsangehöriger, in London (GB) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Latsis, John Spiro, britischer Staatsangehöriger, in Bellevue | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Latsis, Spiro J., griechischer Staatsangehöriger, in Monaco (MC) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Petalas, Pericles-Paul, von Lausanne, in Lausanne | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Robertson, Stuart, von Thalwil, in Baar | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Bussetil, Emmanuel L., britischer Staatsangehöriger, in Dommeldange (LU) | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 1 | | | Pradelli, Piergiorgio, italienischer Staatsangehöriger, in Wollerau | Generaldirektor | Kollektivunterschrift zu zweien |
| 1 | | | Aeschlimann, Yves, von Genève, in Lancy | Direktor | Kollektivunterschrift zu zweien |
| 1 | | | Bagnall, Mark, britischer Staatsangehöriger, in Genève | Direktor | Kollektivunterschrift zu zweien |
| 1 | | | Cohn, Renato, deutscher Staatsangehöriger, in Collina d'Oro | Direktor | Kollektivunterschrift zu zweien |
| 1 | | | Flemming, Christian, deutscher Staatsangehöriger, in Vico Morcote | Direktor | Kollektivunterschrift zu zweien |

# Handelsregisteramt des Kantons Zürich

| | .956.745 | EFG Bank AG | | Zürich | 3 |

Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Polloni, Franco, von Acquarossa, in Vernate | Direktor | Kollektivunterschrift zu zweien |
| 1 | | | Singh, Ranjit, amerikanischer Staatsangehöriger, in Rüschlikon | Direktor | Kollektivunterschrift zu zweien |
| 1 | | | PricewaterhouseCoopers SA (CHE-390.062.005), in Genève | Revisionsstelle | |
| 1 | | | Agnes, Laurent, von Genève, in Gland | | Kollektivunterschrift zu zweien |
| 1 | | 6 | ~~Alaga Pini, Guilherme, brasilianischer Staatsangehöriger, in Collina d'Oro~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Albaret, Florent, französischer Staatsangehöriger, in Annemasse (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Albisetti, Nicola Oliver, von Balerna, in Vacallo | | Kollektivunterschrift zu zweien |
| 1 | | | Alvarez, Rocio, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Amatte, Karen, französische Staatsangehörige, in Saint Cergues (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Angioletti, Paolo, von Castaneda, in Monteceneri | | Kollektivunterschrift zu zweien |
| 1 | | | Antes, Urban, deutscher Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Antonini, Massimo, von Capriasca, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Archimandriti, Ioanna, griechische Staatsangehörige, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Arnoux, Patrick, von Les Verrières, in Meyrin | | Kollektivunterschrift zu zweien |
| 1 | | | Balmelli, Roberto, von Onsernone, in Porza | | Kollektivunterschrift zu zweien |
| 1 | | | Beauvir, Marie-Noëlle, von Schüpfen, in Nyon | | Kollektivunterschrift zu zweien |
| 1 | | 2 | ~~Beck, Ronald Peter Reinhold, von Hofstetten ZH, in Crassier~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 6 | ~~Benelli, Charles-Jérôme, französischer Staatsangehöriger, in Carouge GE~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Bersier, Yves, von Veyrier, in Veyrier | | Kollektivunterschrift zu zweien |
| 1 | | | Berthiaud, Damien, französischer Staatsangehöriger und Küttigen, in Le Grand-Saconnex | | Kollektivunterschrift zu zweien |
| 1 | | | Berwert, Daniel Michel, von Genève, in Gy | | Kollektivunterschrift zu zweien |
| 1 | | | Bettosini, Alfonso, von Vezia, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Bianchi, Giacomo, von Mendrisio, in Mendrisio | | Kollektivunterschrift zu zweien |
| 1 | | | Bodde Engelbarts, Natalja, niederländische Staatsangehörige, in Duillier | | Kollektivunterschrift zu zweien |
| 1 | | | Boga, Nathalie, von Grandcour, in Founex | | Kollektivunterschrift zu zweien |
| 1 | | | Bruschi, Luca, von Acquarossa, in Gravesano | | Kollektivunterschrift zu zweien |
| 1 | | | Bruyere, Philippe Pierre, von Genève und französischer Staatsangehöriger, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | 7 | ~~Calderari, Tiziano, von Mendrisio, in Mendrisio~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Campana, Claudio, von Lugano, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Canova, Giuseppe, von Chiasso, in Morbio Inferiore | | Kollektivunterschrift zu zweien |
| 1 | | | Cauderay, Laurent, von Allaman, in Rehetobel | | Kollektivunterschrift zu zweien |
| 1 | | | Ceruti, Francesco, italienischer Staatsangehöriger, in Como (IT) | | Kollektivunterschrift zu zweien |
| 1 | | | Chapinal, Pedro, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Chiu, Albert, chinesischer Staatsangehöriger, in Hongkong (HK) | | Kollektivunterschrift zu zweien |
| 1 | | | Churches, John, britischer Staatsangehöriger, in Annecy (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Clara, Luca, italienischer Staatsangehöriger, in Savosa | | Kollektivunterschrift zu zweien |
| 1 | | | Clément, Pierre-Antoine, von Champéry, in Lancy | | Kollektivunterschrift zu zweien |
| 1 | | | Colin, Pascale, französische Staatsangehörige, in Divonne les Bains (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Colina épouse Mengelle, Adriana, französische Staatsangehörige, in Essertines-sur-Rolle | | Kollektivunterschrift zu zweien |
| 1 | | | Conceprio, Edoardo, von Acquarossa, in Locarno | | Kollektivunterschrift zu zweien |
| 1 | | | Corbi, Michele, von Lugano, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Coscarelli, Marcelo, amerikanischer Staatsangehöriger, in Biscayne, Florida (US) | | Kollektivunterschrift zu zweien |



# Handelsregisteramt des Kantons Zürich

| CHE-105.956.745 | EFG Bank AG | Zürich |
|---|---|---|

Alle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Cousin, Dominik Michael, von Urdorf, in Meilen | | Kollektivunterschrift zu zweien |
| 1 | | | Daviet, Olivier, von Mézières (FR), in Onex | | Kollektivunterschrift zu zweien |
| 1 | | 4 | ~~De Araujo Souza Alencar Barros, Luiz, brasilianischer Staatsangehöriger, in Morcote~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Desiderato, Pai Lan, von Bülach, in Niederglatt | | Kollektivunterschrift zu zweien |
| 1 | | | Di Gregorio, Pietro Arcadius, von Genève, in Collonges sous salève(FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Dimitrakopoulou, Vasiliki, griechische Staatsangehörige, in Freienbach | | Kollektivunterschrift zu zweien |
| 1 | | | Dupuy, Hélène Marie Louise, französische Staatsangehörige, in Howald (LU) | | Kollektivunterschrift zu zweien |
| 1 | | | Eindiguer, Thierry, von Saint-Prex, in Adliswil | | Kollektivunterschrift zu zweien |
| 1 | | | Faust, Jean Christophe, von Sierre, in Minusio | | Kollektivunterschrift zu zweien |
| 1 | | | Favre, Alexander Bernard, von Provence, in Chancy | | Kollektivunterschrift zu zweien |
| 1 | | | Ferrari, Marco, italienischer Staatsangehöriger, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Ferretti, Roberto, von Gambarogno, in Arbedo-Castione | | Kollektivunterschrift zu zweien |
| 1 | | | Feruglio, Serge, von Genève, in Mont-sur-Rolle | | Kollektivunterschrift zu zweien |
| 1 | | | Fincato, Andrea, von Lugano, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Flisi, Franco, von Cugnasco-Gerra, in Vacallo | | Kollektivunterschrift zu zweien |
| 1 | | | Francisco, Antonio, von Lancy, in Satigny | | Kollektivunterschrift zu zweien |
| 1 | | 5 | ~~Franzetti, Paola, italienische Staatsangehörige, in Lugano~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Fraschina, Roberto, von Bedano, in Collina d'Oro | | Kollektivunterschrift zu zweien |
| 1 | | | Fridez, Katherine, von Chermignon, in Coinsins | | Kollektivunterschrift zu zweien |
| 1 | | | Galli, Alessandra, italienische Staatsangehörige, in Le Grand-Saconnex | | Kollektivunterschrift zu zweien |
| 1 | | | Garcia, Carlos, von Carouge GE, in Douvaine(FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Gatti, Claudio Francesco, von Chiasso, in Mendrisio | | Kollektivunterschrift zu zweien |
| 1 | | | Gay, Hervé Florent, französischer Staatsangehöriger und Genève, in Villy-Le-Bouveret(FR) | | Kollektivunterschrift zu zweien |
| 1 | | 2 | ~~Gerber, Paul, von Langnau im Emmental, in Vich~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 9 | ~~Giannopoulou, Elli Anastasia, griechische Staatsangehörige, in Wollerau~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Giuriani, Jean-Jacques, von Chancy, in Avusy | | Kollektivunterschrift zu zweien |
| 1 | | | Gough, Lindsey, britische Staatsangehörige, in Chavannes-des-Bois | | Kollektivunterschrift zu zweien |
| 1 | | | Govaerts, Tom, belgischer Staatsangehöriger, in Zumikon | | Kollektivunterschrift zu zweien |
| 1 | | | Grassi, Tosca, von Vezia, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Grünenfelder, Andreas, von Vilters-Wangs, in Zollikon | | Kollektivunterschrift zu zweien |
| 1 | | 8m | ~~Haueter, Kurt, von Langnau im Emmental, in Thalwil~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | 6 | ~~Herrchen Massiah, Franziska, von Wetzikon ZH, in Lugano~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Hug, Raymond, von Thunstetten, in Thalwil | | Kollektivunterschrift zu zweien |
| 1 | | | Häsler, Daniela, von Aeschi bei Spiez, in Meilen | | Kollektivunterschrift zu zweien |
| 1 | | | Ibrahim-Basha, Tania, von Le Grand-Saconnex, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Ikeda, Claudia, brasilianische Staatsangehörige, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Imholz, Felix, von Winterthur, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Itsanis, Dimitrios, griechischer Staatsangehöriger, in Zug | | Kollektivunterschrift zu zweien |
| 1 | | | Jeantet, Nicolas, französischer Staatsangehöriger, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Kempf, Roland, von Attinghausen, in Altendorf | | Kollektivunterschrift zu zweien |
| 1 | | | Kim, Nelli, russische Staatsangehörige, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Kiraly, André, von Neuchâtel, in Lancy | | Kollektivunterschrift zu zweien |
| 1 | | | Kjellqvist, Henrik, schwedischer Staatsangehöriger, in Gingins | | Kollektivunterschrift zu zweien |
| 1 | | | Kyriazi, Adrianos, griechischer Staatsangehöriger, in Freienbach | | Kollektivunterschrift zu zweien |

# Handelsregisteramt des Kantons Zürich

| | J5.956.745 | EFG Bank AG | | Zürich | 5 |
|---|---|---|---|---|---|

Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Lefer, Arnaud, von Boudry und französischer Staatsangehöriger, in Founex | | Kollektivunterschrift zu zweien |
| 1 | | | Leger, Philippe, französischer Staatsangehöriger, in Nyon | | Kollektivunterschrift zu zweien |
| 1 | | | Lella Staiti di Cuddia dalle Chiuse, Elena, italienische Staatsangehörige, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Leresche, Francois Philippe, von Ballaigues, in Oron | | Kollektivunterschrift zu zweien |
| 1 | | | Levis, Julien, französischer Staatsangehöriger, in Annemasse (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Lindenstruth, Christof, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Luisoni, Luca, von Stabio, in Cureglia | | Kollektivunterschrift zu zweien |
| 1 | | | Lüscher, Daniel, von Muhen, in Meisterschwanden | | Kollektivunterschrift zu zweien |
| 1 | | | M'Bon, Josué, von Trub, in Lausanne | | Kollektivunterschrift zu zweien |
| 1 | | | Macé, Olivier, französischer Staatsangehöriger, in Crans-près-Céligny | | Kollektivunterschrift zu zweien |
| 1 | | 6 | ~~Maggiora, Lea, italienische Staatsangehörige, in Lancy~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Maglio, Silvio, italienischer Staatsangehöriger, in Confignon | | Kollektivunterschrift zu zweien |
| 1 | | | Malac, Jaroslava, von Zürich, in Seuzach | | Kollektivunterschrift zu zweien |
| 1 | | | Matasci, Mauro, von Acquarossa, in Muralto | | Kollektivunterschrift zu zweien |
| 1 | | 7 | ~~Matter, David, von Leuk, in Lugano~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Meister, Andreas, von Matzendorf, in Renens VD | | Kollektivunterschrift zu zweien |
| 1 | | | Mercier, Philippe, von Penthéréaz, in Bernex | | Kollektivunterschrift zu zweien |
| 1 | | | Meyer, Patrick, von Burgdorf, in Wollerau | | Kollektivunterschrift zu zweien |
| 1 | | | Monnard, Véronique, von La Tène, in Archamps (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Mooney, Gordon, britischer Staatsangehöriger, in Collonges-sous-Salève (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Morera, Fabrizio, von Lugano, in Massagno | | Kollektivunterschrift zu zweien |
| 1 | | 2 | ~~Märki Agramelal, Véronique, von Mandach, in Préverenges~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Müller, Stefan, von Biberstein, in Gommiswald | | Kollektivunterschrift zu zweien |
| 1 | | | Neumeister, Monika, deutsche Staatsangehörige und Berg am Irchel, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Oppikofer, Cédric, von Carouge GE, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | 5 | ~~Ossenbrink, Nils, deutscher Staatsangehöriger, in Regensdorf~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Palermo, Carolina, von Vernier, in Gland | | Kollektivunterschrift zu zweien |
| 1 | | | Palumbo, Cosimo, von Vernier, in Vernier | | Kollektivunterschrift zu zweien |
| 1 | | | Pehrsson, Mats, schwedischer Staatsangehöriger, in Erlenbach ZH | | Kollektivunterschrift zu zweien |
| 1 | | | Peron, Caroline, französische Staatsangehörige, in Nyon | | Kollektivunterschrift zu zweien |
| 1 | | | Peters, Jill, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Petrou, Leonidas, zyprischer Staatsangehöriger, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Pfaender, Philippe Etienne, von Sumiswald, in Groisy(FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Platteau, Jean-Louis, belgischer Staatsangehöriger, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Poli, Silvia Carla, italienische Staatsangehörige, in Lugano | | Kollektivunterschrift zu zweien |
| 1 | | | Quero, Gianfranco, italienischer Staatsangehöriger, in Troinex | | Kollektivunterschrift zu zweien |
| 1 | | | Rausch, Robert, von Lugano, in Küsnacht (ZH) | | Kollektivunterschrift zu zweien |
| 1 | | | Requier, Benoît, französischer Staatsangehöriger, in Genève | | Kollektivunterschrift zu zweien |
| 1 | | | Rilko, Thomas, von Zürich, in Büttikon | | Kollektivunterschrift zu zweien |
| 1 | | | Rodel, Michael, britischer Staatsangehöriger, in Gland | | Kollektivunterschrift zu zweien |
| 1 | | 2 | ~~Rosazza, Manuela, von Vico Morcote, in Vico Morcote~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Rossier, Marc, von Sion, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Rossini Scornaienghi, Lorenza, von Lugano, in Comano | | Kollektivunterschrift zu zweien |
| 1 | | 6 | ~~Ruffieux Inani, Sandrine, von Genève, in Chêne-Bougeries~~ | | ~~Kollektivunterschrift zu zweien~~ |
| 1 | | | Schleuniger, Brigitta, von Klingnau, in Maur | | Kollektivunterschrift zu zweien |
| 1 | | | Seifert, Ursula, von Zürich, in Risch | | Kollektivunterschrift zu zweien |



# Handelsregisteramt des Kantons Zürich

| CHE-105.956.745 | EFG Bank AG | Zürich |
|---|---|---|

Alle Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Selas Fernandez, Enrique, spanischer Staatsangehöriger, in Plan-les-Ouates | | Kollektivunterschrift zu zweien |
| 1 | | | Sibut, Pascal René, französischer Staatsangehöriger, in Challex(FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Spaggiari, Antonella, von Breggia, in Coldrerio | | Kollektivunterschrift zu zweien |
| 1 | | | Tardieu, Grégoire, von Genève, in Carouge (GE) | | Kollektivunterschrift zu zweien |
| 1 | | | Thomas, Daniel, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| 1 | | | Tognina, Reto, von Brusio, in Manno | | Kollektivunterschrift zu zweien |
| 1 | | | Tomassini, Axel David, französischer Staatsangehöriger, in Viuz-en-Sallaz (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Veltin, Marie-Josée, französische Staatsangehörige, in Morges | | Kollektivunterschrift zu zweien |
| 1 | | | Vollenweider, Daniel, von Merenschwand, in Buchillon | | Kollektivunterschrift zu zweien |
| 1 | | | Wasiukiewicz, Piotr, von Le Locle, in Segny (FR) | | Kollektivunterschrift zu zweien |
| 1 | | | Widmer-Schiesser, Jacqueline, von Boncourt, in Zollikon | | Kollektivunterschrift zu zweien |
| 1 | | | Zannini, Angelo, von Zürich, in Egg | | Kollektivunterschrift zu zweien |
| 1 | | | Zapparoli, Matteo, italienischer Staatsangehöriger, in Paradiso | | Kollektivunterschrift zu zweien |
| 1 | | | Zbinden, Patrick, von Lausanne, in Satigny | | Kollektivunterschrift zu zweien |
| 1 | | | Zollinger, Daniel, von Maur, in Remetschwil | | Kollektivunterschrift zu zweien |
| 1 | | | Annen, Reto, von Schwyz, in Hausen am Albis | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Baur, Markus, von Wohlen AG, in Zufikon | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Burkhard, Mamiko, japanische Staatsangehörige, in Bubikon | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Carideo, Saverio, von Zürich, in Uitikon | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | 7 | ~~Cuber, Claudia, von Wettingen, in Wettingen~~ | | ~~Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz~~ |
| 1 | | | Dössegger, Daniel, von Seon, in Meisterschwanden | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Eggler, Elena, amerikanische Staatsangehörige, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Eida, Yehuda, israelischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Endruscheit, Madalina, rumänische Staatsangehörige, in Lindau | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Galuba, Lukasz, polnischer Staatsangehöriger, in Wollerau | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Hortobagyi, Levente, von Regensdorf, in Meilen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Horváth, Dr. Eszter, ungarische Staatsangehörige, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Hämmerli, Patrick, von Vinelz, in Therwil | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Ivasenková, Renata, tschechische Staatsangehörige, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Jemielewski, John, von Zürich, in Zollikon | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Kaufmann, Michael, von Escholzmatt-Marbach, in Zollikon | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Kertesz, Akos, von Regensdorf, in Oberweningen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Kolb, Corinne, von Feusisberg, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |

# Handelsregisteramt des Kantons Zürich

| .05.956.745 | **EFG Bank AG** | | **Zürich** | 7 |
|---|---|---|---|---|

... Eintragungen

| Ei | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Lauber, Jérôme, von Adelboden und Dällikon, in Horgen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Michaelides, Socrates, zyprischer Staatsangehöriger, in Küsnacht ZH | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Monnard, Yves, von Corseaux, in St. Gallen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Mosbacher, Samuel, von Unterengstringen, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Muther, Thomas, von Escholzmatt, in Uitikon | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Mächler, Roland, von Altendorf und Zürich, in Adliswil | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Müller, Michael, von Spiringen, in Staufen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Nicolaus, Stefano, von Müstair, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Phan, Thao, von Wiedlisbach, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Rohner, Wolfgang, von Zürich, in Mellingen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | 7 | ~~Shilov, Sergey, russischer Staatsangehöriger, in Zumikon~~ | | ~~Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz~~ |
| 1 | | | Steers, Alexandra, von Horgen, in Horgen | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Sweerts De Landas, Ernst Heinrich, niederländischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Toniutti, Sergio, italienischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 1 | | | Woolley, David, britischer Staatsangehöriger, in Egg | | Kollektivunterschrift zu zweien beschränkt auf den Hauptsitz |
| 2 | | | Piccirilli, Eleonora, italienische Staatsangehörige, in Bellinzona | | Kollektivunterschrift zu zweien |
| 2 | | | Polti, Stefano, von Grono, in Bellinzona | | Kollektivunterschrift zu zweien |
| 3 | | | Cislaghi, Giuliano, italienischer Staatsangehöriger, in Lugano | | Kollektivunterschrift zu zweien |
| 4 | | | Bresnan, Peter Harold, amerikanischer Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 4 | | | Vulcano, Antonio, italienischer Staatsangehöriger, in Lugano | | Kollektivunterschrift zu zweien |
| 5 | | | Schmelzer, Dan, von Zürich, in Zürich | | Kollektivunterschrift zu zweien |
| 5 | | | Solt, Ewa, polnische Staatsangehörige, in Zürich | | Kollektivunterschrift zu zweien |
| 6 | | | Kistler, Thomas, von Zürich, in Oberrohrdorf | | Kollektivunterschrift zu zweien |
| 7 | | | Albisetti, Patrick, von Balerna, in Vacallo | | Kollektivunterschrift zu zweien |
| 7 | | | Tiso, Stefania, von Paradiso, in Paradiso | | Kollektivunterschrift zu zweien |
| 7 | | | Zürcher, Daniel Ioannis, von Teufen (AR), in Zürich | | Kollektivunterschrift zu zweien |
| | 8 | | Haueter, Kurt, von Langnau im Emmental, in Thalwil | Direktor | Kollektivunterschrift zu zweien |
| 9 | | | Kovacs, Markus, deutscher Staatsangehöriger, in Zürich | | Kollektivunterschrift zu zweien |
| 9 | | | Sapetnitzky, Claudio, amerikanischer Staatsangehöriger, in Küsnacht (ZH) | | Kollektivunterschrift zu zweien |
| 9 | | | Stucki, Demis, von Glarus Nord, in Lugano | | Kollektivunterschrift zu zweien |

Zürich, 19.02.2020



Dieser Auszug aus dem kantonalen Handelsregister hat ohne die nebenstehende Originalbeglaubigung keine Gültigkeit. Er enthält alle gegenwärtig für diese Firma aktuellen Eintragungen sowie allfällig seit 09.07.2019 gestrichene Eintragungen. Auf besonderes Verlangen kann auch ein Auszug erstellt werden, der lediglich alle gegenwärtig aktuellen Eintragungen enthält.

# EXHIBIT 2B

[logo:]

# Commercial Registry Office of the Canton of Zurich, Switzerland

| Company number | Legal nature | | Entry | Deletion | Transfer CH-020.3.926.349-7 from: CH-020.3.926.349-7/c to: | |
|---|---|---|---|---|---|---|
| **CHE-105.956.745** | **Aktiengesellschaft (stock company)** | | 05/07/1969 | | | 1 |

‖‖‖‖‖‖ All entries

| Reg. | Del. | Company | | Ref. | Registered Office |
|---|---|---|---|---|---|
| 1 | | **EFG Bank AG** | | 1 | Zurich |
| | 1 | (EFG Bank SA) (EFG Bank Ltd) | | | |

| Reg. | Del. | Share capital (CHF) | Paid up (CHF) | Share denomination | Reg. | Del. | Domicile address |
|---|---|---|---|---|---|---|---|
| 1 | | 162,410,000.00 | 162,410,000.00 | 162,410 registered shares at CHF 1,000.00 | 1 | | Bleicherweg 8 8001 Zurich, Switzerland |

| Reg. | Del. | Purpose | | Reg. | Del. | Additional addresses |
|---|---|---|---|---|---|---|
| 1 | | The company intends to operate a bank and the activity of all transactions associated with a bank in Switzerland and abroad. The Bank's activity includes in particular: the assumption of funds in all customary banking forms, including savings deposits, granting secured and unsecured loans, loans and advances, discounting and forfeiture of bills of exchange, as well as arbitrage business, currency transactions, debt collection and bank transfers, granting guarantees, sureties, letters of credit and documentary credits, the purchase and sale of currency for its own account and on behalf of third-parties, trading of securities of all kinds commercially, on and off the stock exchange (including derivatives), precious metals and coins, asset management, acquiring and brokering public-sector bonds and share issues as well as participating in underwriting syndicates, handling trust business, issuing and cashing checks, and all activities in the context of the Swiss Collective Investment Scheme Act, the establishment of pension funds and the administration of their assets, the foundation and management, for its own account or on behalf of third parties, of financial, real-estate and trading companies of any kind, in Switzerland and abroad. The company may acquire, sell and pledge properties at home and abroad, as well as subsidiaries, branch offices, agencies and representatives. | | | | |

| Reg. | Del. | Comments | | Ref. | Date of articles of incorporation |
|---|---|---|---|---|---|
| 1 | | The company notifies shareholders by letter to the address of the shareholders recorded in the share register. | | 1 | 04/08/1969 |
| | | | | 1 | 02/21/2007 |
| 1 | | By resolution of the General Meeting of 09/07/2005, 2,800 registered participation certificates at CHF 1,000.00 (Category A) and 400,000 preferred-name participation certificates at CHF 15.00 (Category B) were converted into 8,800 registered shares at CHF 1.000. | | 1 | 04/29/2009 |
| | | | | 1 | 04/28/2017 |

| Reg. | Del. | Special facts | | Ref. | Publication medium |
|---|---|---|---|---|---|
| 1 | | The company is taking over BanSabadell Finance SA, Geneva, Switzerland by way of the merger. Assets of CHF 50,339,000.00 and liabilities of CHF 42,870,000.00 according to the merger agreement dated 05/14/2003 and merger balance sheet as of 12/31/2002 are transferred through universal succession to the company, which already owns all shares of the acquired company. In doing so, these shares will expire and the share capital of the acquiring company remains unchanged. | | 1 | SHAB (Schweizerische Handelsamtsblatt [Swiss Official Gazette of Commerce]) |
| | 1 | Merger: The company is taking over Banque Edouard Constant SA, in Geneva, Switzerland by way of the merger. Assets of CHF 216.9 million and liabilities of CHF 1,045,700,000.00 according to the merger agreement dated 06/30/2003 and merger balance sheet as of 12/31/2002 are transferred through universal succession to the company, which already owns all shares of the acquired company. In doing so, these shares will expire and the share capital of the acquiring company remains unchanged. | | | |
| | 1 | Spin-off: According to the spin-off plan dated 06/29/2005, some of the assets and liabilities are being transferred to the newly founded EFG International, in Zurich (CH-020.3.028.719-1). | | | |

# Commercial Registry Office of the Canton of Zurich, Switzerland

| [text cut off]05.956.745 | EFG Bank AG | Zurich | 7 |
|---|---|---|---|

[text cut off] Entries

| Reg. | Amend. | Del. | Personal information | Role | Signatory type |
|---|---|---|---|---|---|
| 1 | | | Lauber, Jéröme, from Adelboden and Dällikon, in Horgen | | Joint signature by two people, restricted to the registered office |
| 1 | | | Michaelides, Socrates, Cypriot citizen, in Küsnacht ZH | | Joint signature by two people, restricted to the registered office |
| 1 | | | Monnard, Yves, from Corseaux, in St. Gallen | | Joint signature by two people, restricted to the registered office |
| 1 | | | Mosbacher, Samuel, from Unterengstringen, in Zurich | | Joint signature by two people, restricted to the registered office |
| 1 | | | Muther, Thomas, from Escholzmatt, in Uitikon | | Joint signature by two people, restricted to the registered office |
| 1 | | | Mächler, Roland, from Altendorf and Zurich, in Adliswil | | Joint signature by two people, restricted to the registered office |
| 1 | | | Müller, Michael, from Spiringen, in Staufen | | Joint signature by two people, restricted to the registered office |
| 1 | | | Nicolaus, Stefano, from Müstair, in Zurich | | Joint signature by two people, restricted to the registered office |
| 1 | | | Phan, Thao, from Wiedlisbach, in Zurich | | Joint signature by two people, restricted to the registered office |
| 1 | | | Rohner, Wolfgang, from Zurich, in Mellingen | | Joint signature by two people, restricted to the registered office |
| 1 | | 7 | ~~Shilov, Sergey, Russian citizen, in Zumikon~~ | | ~~Joint signature by two people, restricted to the registered office~~ |
| 1 | | | Steers, Alexandra, from Horgen, in Horgen | | Joint signature by two people, restricted to the registered office |
| 1 | | | Sweerts De Landas, Ernst Heinrich, Dutch citizen, in Zurich | | Joint signature by two people, restricted to the registered office |
| 1 | | | Toniutti, Sergio, Italian citizen, in Zurich | | Joint signature by two people, restricted to the registered office |
| 1 | | | Woolley, David, British citizen, in Egg | | Joint signature by two people, restricted to the registered office |
| 2 | | | Piccirilli, Eleonora, Italian citizen, in Bellinzona | | Joint signature by two people |
| 2 | | | Polti, Stefano, from Grono, in Bellinzona | | Joint signature by two people |
| 3 | | | Cislaghi, Giuliano, Italian citizen, in Lugano | | Joint signature by two people |
| 4 | | | Bresnan, Peter Harold, American citizen, in Zurich | | Joint signature by two people |
| 4 | | | Vulcano, Antonio, Italian citizen, in Lugano | | Joint signature by two people |
| 5 | | | Schmelzer, Dan, from Zurich, in Zurich | | Joint signature by two people |
| 5 | | | Solt, Ewa, Polish citizen, in Zurich | | Joint signature by two people |
| 6 | | | Kistler, Thomas, from Zurich, in Oberrohrdorf | | Joint signature by two people |
| 7 | | | Albisetti, Patrick, from Balerna, in Vacallo | | Joint signature by two people |
| 7 | | | Tiso, Stefania, from Paradiso, in Paradiso | | Joint signature by two people |
| 7 | | | Zürcher, Daniel Ioannis, von Teufen (AR), in Zurich | | Joint signature by two people |
| | | 8 | Haueter, Kurt, from Langnau im Emmental, in Thalwil | Director | Joint signature by two people |
| 9 | | | Kovacs, Markus, German citizen, in Zurich | | Joint signature by two people |
| 9 | | | Sapetnitzky, Claudio, American citizen, in Küsnacht (ZH) | | Joint signature by two people |
| 9 | | | Stucki, Demis, from Glarus Nord, in Lugano | | Joint signature by two people |

Zurich, 02/19/2020          [stamp:] Canton of Zurich Certified excerpt
                                              [illegible]

This excerpt from the cantonal commercial register is not valid without the original certification opposite. It contains all current entries for this company at this time as well as any deleted entries made since 07/09/2019. An excerpt can also be produced upon special request, which contains only all current entries at this time.

 TRANSPERFECT

City of New York, State of New York, County of New York

I, Yanelle Strich, hereby certify that the document "EFG Bank AG" is to the best of my knowledge and belief, a true and accurate translation from German into English.

Yanelle Strich

Sworn to before me this
March 6, 2020

Signature, Notary Public

AURORA ROSE LANDMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6380858
Qualified in New York County
My Commission Expires 09-17-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE