# EXHIBIT 5A



# Ufficio del registro di commercio del Cantone Ticino

| Numero d'ordine | Natura giuridica | Iscrizione | Radiazione | Riporto CH-514.3.000.003-8 dal: CH-514.3.000.003-8/b a: | 1 |
|---|---|---|---|---|---|
| CHE-105.962.384 | Società anonima | 04.04.1957 | 26.06.2008 | | |

Tutte le iscrizioni

**Ditta cancellata**

| Is | Ra | Ditta | Ref | Sede |
|---|---|---|---|---|
| 1 | | **Banca del Gottardo** | 1 | Lugano |
| | 1 | (Banque du Gothard) (Gotthardbank) (Gotthard Bank) | | |

| Is | Ra | Capitale nominale (CHF) | Liberato per (CHF) | Suddiviso in azioni | Is | Ra | Recapito |
|---|---|---|---|---|---|---|---|
| 1 | 36 | 170'000'000.00 | 170'000'000.00 | 1'700'000 azioni al portatore da CHF 100.00 | 1 | | Viale Stefano Franscini 8 6900 Lugano |
| 36 | | 70'000'000.00 | 70'000'000.00 | 700'000 azioni al portatore da CHF 100.00 | | | |

| Is | Ra | Scopo | Is | Ra | Altri indirizzi |
|---|---|---|---|---|---|
| 1 | | L'esercizio dell'attività bancaria. Il campo d'attività comprende tutte le operazioni bancarie, finanziarie, di consulenza, di servizi e commerciali in Svizzera e all'estero, offerte a clientela svizzera ed estera, privata, commerciale ed istituzionale. Può costituire banche, società finanziarie e imprese di ogni tipo nonché acquisire partecipazioni. Può acquisire, ipotecare e alienare immobili e diritti di superficie in Svizzera e all'estero. | | | |

| Is | Ra | Osservazioni | Ref | Data degli statuti |
|---|---|---|---|---|
| 1 | | Statuti adattati al nuovo diritto azionario. | 1 | 14.02.1957 |
| 1 | | La società ha assunto, sulla base del contratto di fusione del 1.08.1997, la "Banque de gestion privée", in Ginevra (FUSC del 07.07.1997 pagina 4748), giusta l'art. 748 CO. Bilancio di fusione: 31.07.1997. Attivo: CHF 49'931'346.13. Passivo: CHF 25'072'349.63. Attivo netto: 24'858'996.50. La fusione avviene senza alcuna controprestazione inquanto la società è già detentrice dell'intero pacchetto azionario della società assorbita. | 1 | omissis |
| | | | 1 | 24.04.1996 |
| | | | 1 | 30.04.1997 |
| | | | 1 | 27.04.2000 |
| | | | 1 | 26.04.2002 |
| 1 | | Fusione: la società ha assunto, sulla base del contratto di fusione del 04.04.2001, la "Westdeutsche Landesbank (Schweiz) AG", in Zurigo (FUSC no. 23 del 02.02.2001 p.810), giusta l'art. 748 CO. Bilancio di fusione: 31.03.2001. Attivo: CHF 552'695'000.--. Passivo: CHF 447'741'000.--. Attivo netto: CHF 104'954'000.--. La fusione avviene senza alcuna controprestazione in quanto la società è già detentrice dell'intero pacchetto azionario della società assorbita. | 8 | 27.11.2002 |
| | | | 17 | 22.04.2004 |
| | | | 31 | 27.04.2006 |
| | | | 36 | 02.10.2006 |
| 1 | | Statuto modificato su punti non soggetti a pubblicazione. | | |
| 8 | | Statuti modificati su punti non soggetti a pubblicazione. | | |
| 14 | | Deposito regolamento amministrativo in vigore dall'01.08.2003. | | |
| 17 | | Statuto modificato su un punto non soggetto a pubblicazione. | | |
| 22 | | Deposito regolamento amministrativo in vigore dall'01.02.2005. | | |
| 31 | | Statuto modificato su un punto non soggetto a pubblicazione. | | |
| 36 | | Riduzione del capitale azionario ai sensi dell'art. 732 CO da CHF 170'000'000.-- a CHF 70'000'000.--, mediante annullamento e rimborso agli azionisti di 1'000'000 di azioni al portatore da CHF 100.--. Le formalità previste dall'art. 734 CO sono state constatate con atto pubblico del 13.12.2006. | | |
| 43 | | Gli attivi e i passivi verso terzi sono ripresi dalla società BSI SA, in Lugano (CH-514.3.012.351-6). La società è radiata in seguito alla fusione. | | |

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | Fusione: La società ha assunto, sulla base del contratto di fusione del 18.12.1989, la Immoticino SA, in Lugano, giusta l'art. 748 CO. Bilancio di fusione: 15.12.1989. Il capitale azionario rimane invariato inquanto la società è già detentrice dell'intero pacchetto azionario della Immoticino SA. | 1 | FUSC |
| 1 | | Fusione: La società ha assunto, sulla base del contratto di fusione del 28.01.1991, la Banque Pariente, in Ginevra, giusta l'art. 748 CO. Bilancio di fusione: 31.12.1990. Il capitale azionario rimane invariato inquanto la società è già detentrice dell'intero pacchetto azionario della Banque Pariente. | | |

Tutte le iscrizioni

| Is | Ra | Fatti particolari | Ref | Organi di pubblicità |
|---|---|---|---|---|
| 1 | | Fusione: La società ha assunto, sulla base del contratto di fusione dell'1.10.1991, la Bank Innova Zürich AG, in Zurigo, giusta l'art. 748 CO. Bilancio di fusione: 31.07.1991. Il capitale azionario rimane invariato inquanto la società è già detentrice dell'intero pacchetto azionario della Bank Innova Zürich AG. | | |
| 27 | | Fusione: ripresa di attivi e passivi di Ultrafin AG, in Lugano (CH-514.3.006.242-6), secondo il contratto di fusione del 18.08.2005 e bilancio al 30.06.2005, che presenta attivi per CHF 50'473'470.11 e passivi verso terzi per CHF 40'067'450.07. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |
| 35 | | Fusione: ripresa di attivi e passivi di GOTTARDO INVESTMENTS SA, in Lugano (CH-514.3.029.402-0), secondo il contratto di fusione del 29.09.2006/03.10.2006 e bilancio al 30.06.2006, che presenta attivi per CHF 129'242'663.00 e passivi verso terzi per CHF 20'156'454.00. La società assuntrice detiene tutte le azioni della società trasferente, per cui la fusione avviene senza aumento di capitale e senza attribuzione di azioni. | | |

| Is | Ra | Succursali | Is | Ra | Succursali |
|---|---|---|---|---|---|
| 1 | | Locarno | 1 | | Bellinzona |
| 1 | | Chiasso | 1 | | Ginevra |
| 1 | | Losanna | | | |
| 1 | | Zurigo | | | |

| Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id | Se | Ref | Giornale | Data giornale | FUSC | Data FUSC | Pagina / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | (Omissione) | | | (Omissione) | | 22 | | 1821 | 23.03.2005 | 62 | 31.03.2005 | 14 / 2769606 |
| 1 | | 7673 | 30.12.2002 | 3 | 08.01.2003 | 14 / 801528 | 23 | | 2592 | 28.04.2005 | 86 | 04.05.2005 | 15 / 2823026 |
| 2 | | 128 | 10.01.2003 | 9 | 16.01.2003 | 12 / 815620 | 24 | | 2725 | 04.05.2005 | 90 | 11.05.2005 | 15 / 2832606 |
| 3 | | 265 | 17.01.2003 | 14 | 23.01.2003 | 14 / 826782 | 25 | | 4259 | 21.07.2005 | 144 | 27.07.2005 | 13 / 2951364 |
| 4 | | 423 | 24.01.2003 | 19 | 30.01.2003 | 14 / 838952 | 26 | | 6332 | 15.11.2005 | 226 | 21.11.2005 | 13 / 3111956 |
| 5 | R | 571 | 31.01.2003 | R 24 | 06.02.2003 | 13 / 849488 | 27 | | 6485 | 22.11.2005 | 231 | 28.11.2005 | 13 / 3123360 |
| 6 | | 817 | 12.02.2003 | 32 | 18.02.2003 | 13 / 867464 | 28 | | 1282 | 07.02.2006 | 30 | 13.02.2006 | 15 / 3241416 |
| 7 | | 985 | 19.02.2003 | 37 | 25.02.2003 | 12 / 878232 | 29 | | 4110 | 20.04.2006 | 80 | 26.04.2006 | 14 / 3348808 |
| 8 | | 1991 | 03.04.2003 | 68 | 09.04.2003 | 13 / 942184 | 30 | R | 4276 | 26.04.2006 | R 84 | 02.05.2006 | 14 / 3357146 |
| 9 | | 2213 | 15.04.2003 | 76 | 23.04.2003 | 13 / 960214 | 31 | | 4945 | 18.05.2006 | 100 | 24.05.2006 | 11 / 3388764 |
| 10 | | 3352 | 13.06.2003 | 115 | 19.06.2003 | 14 / 1042776 | 32 | | 5133 | 26.05.2006 | 105 | 01.06.2006 | 8 / 3399288 |
| 11 | | 3615 | 27.06.2003 | 125 | 03.07.2003 | 16 / 1063896 | 33 | | 6396 | 07.07.2006 | 134 | 13.07.2006 | 15 / 3463936 |
| 12 | | 4317 | 31.07.2003 | 149 | 07.08.2003 | 10 / 1119502 | 34 | | 9074 | 16.10.2006 | 204 | 20.10.2006 | 12 / 3601424 |
| 13 | | 4890 | 08.09.2003 | 175 | 12.09.2003 | 11 / 1168852 | 35 | | 11035 | 11.12.2006 | 244 | 15.12.2006 | 17 / 3683718 |
| 14 | | 5575 | 14.10.2003 | 201 | 20.10.2003 | 13 / 1222542 | 36 | | 11246 | 15.12.2006 | 248 | 21.12.2006 | 19 / 3692758 |
| 15 | | 7096 | 23.12.2003 | 251 | 31.12.2003 | 21 / 2054778 | 37 | | 1745 | 15.02.2007 | 36 | 21.02.2007 | 16 / 3788170 |
| 16 | | 4091 | 10.05.2004 | 93 | 14.05.2004 | 13 / 2260994 | 38 | | 4568 | 09.05.2007 | 93 | 15.05.2007 | 14 / 3931150 |
| 17 | | 4449 | 27.05.2004 | 105 | 03.06.2004 | 14 / 2290498 | 39 | | 8984 | 03.10.2007 | 195 | 09.10.2007 | 16 / 4145964 |
| 18 | | 5817 | 05.08.2004 | 154 | 11.08.2004 | 11 / 2399850 | 40 | | 542 | 17.01.2008 | 15 | 23.01.2008 | 14 / 4303718 |
| 19 | | 7501 | 03.11.2004 | 218 | 09.11.2004 | 14 / 2534744 | 41 | | 2761 | 20.03.2008 | 60 | 28.03.2008 | 15 / 4404592 |
| 20 | | 653 | 04.02.2005 | 29 | 10.02.2005 | 15 / 2695818 | 42 | | 4257 | 28.04.2008 | 85 | 05.05.2008 | 16 / 4460918 |
| 21 | | 1631 | 16.03.2005 | 57 | 22.03.2005 | 13 / 2758966 | 43 | | 6486 | 26.06.2008 | 126 | 02.07.2008 | 24 / 4553718 |

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | 19m | ~~Generali, Claudio, da Giornico, in Gentilino~~ | ~~presidente~~ | ~~firma collettiva a due~~ |
| 1 | | 17 | ~~Grete, Ulrich, da Bassersdorf, in Zumikon~~ | ~~vice-presidente~~ | ~~firma collettiva a due~~ |
| 1 | | 31 | ~~Peter, Henry, da Collonge-Bellerive e Sargans, in Lugano~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 1 | | 11 | ~~Muller, Georges, da Ossingen, in Losanna~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 1 | | | Respini, Renzo, da Cevio, in Massagno | membro | firma collettiva a due |
| 1 | | 16 | ~~Charrey, Franco, cittadino italiano, in Lugano~~ | ~~membro della direzione generale~~ | ~~firma collettiva a due~~ |

Biasca, 21.02.2020 08:35

Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
| --- | --- | --- | --- | --- | --- |
| 1 | | 19m | Mordasini, Nicola, da Comologno, in Cureglia | membro della direzione generale | firma collettiva a due |
| 1 | | 20m | Netzer, Marco, da Savognin, in Breganzona | presidente della direzione generale | firma collettiva a due |
| 1 | | 16 | Pellandini, Tiziano, da Arbedo, in Arbedo | membro della direzione generale | firma collettiva a due |
| 1 | | 34 | Sergi, Antonio, da Zurigo, in Mendrisio | membro della direzione generale | firma collettiva a due |
| 1 | | 7m | Soncini, Luca, da Auressio, in Viganello | membro della direzione generale | firma collettiva a due |
| 1 | | 4 | Testori, Fabio, da Sorengo, in Agra | membro della direzione generale | firma collettiva a due |
| 1 | | 5m | Tron Lozai, Philippe, cittadino francese, in Lugano | membro della direzione generale | firma collettiva a due solo per la sede principale |
| 1 | | 7m | Häfliger, Marco, da Lucerna, in Lugano | membro della direzione e segretario extra CdA | firma collettiva a due con il presidente |
| 1 | | 26 | Alberio, Francesco, da Lugano, in Lugano | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Albisetti, Bruno, da Morbio Inferiore, in Morbio Inferiore | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 6 | Albisetti, Daniele, da Meride, in Sonvico | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 9m | Antonini, Massimo, da Lugaggia, in Dino (Sonvico) | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Argenta, Michele, da Lugano, in Bellinzona | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 6 | Baer, Romano, da Rothrist, in Magadino | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 16 | Balbo, Daniele, cittadino italiano, in Lugano | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 13 | Balmelli, Giovanni, da Paradiso, in Agra | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 9m | Balmelli, Roberto, da Onsernone, in Porza | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 13m | Barberis, Francesca, cittadina italiana, in Lugano | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 13m | Berger, Patricia, da Eiken, in Wettingen | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Bernasconi, Filippo, cittadino italiano, in Lugano | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Bernasconi, Mario, da Lugano, in Massagno | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Bernasconi, Massimo-Luigi, da Rancate, in Origlio | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 6 | Bissmann, Klaus, da Jona, in Lugano | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Bizzozero, Sergio, da Lugano, in Bironico | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Bizzozzero, Franco, da Vezia, in Manno | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Boissard, Gilbert, da Monthey, in Savosa | membro della direzione | firma collettiva a due solo per la sede principale |
| 1 | | 37m | Borgia, Danilo, da Lugano, in Lugano | membro della direzione | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35

Vedi pagina seguente

Tutte le iscrizioni

| In | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 34 | 37m | | ~~Delcò, Raffaella, da Bellinzona, in Collina d'Oro~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 34 | 37m | | ~~Fassora, Elena, da Sonvico, in Dino (Sonvico)~~ | | ~~firma collettiva a due~~ |
| 34 | 37m | | ~~Felix, Paolo, da Braunau, in Aranno~~ | ~~membro della direzione~~ | ~~firma collettiva a due~~ |
| 34 | 37m | | ~~Gaist, Olivier, da Chamoson, in Verscio~~ | | ~~firma collettiva a due~~ |
| 34 | | | Pigoni, Claudio, da Lugano, in Sementina | | firma collettiva a due |
| 34 | 37m | | ~~Vink, Jan, da Sessa, in Sessa~~ | ~~membro della direzione~~ | ~~firma collettiva a due~~ |
| 37 | 41m | | ~~Antonini, Massimo, da Lugaggia, in Sonvico~~ | ~~direttore~~ | ~~firma collettiva a due~~ |
| 37 | | | Bernasconi, Filippo, cittadino italiano, in Lugano | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Broggi, Carlo, da Balerna, in Vezia | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Camplani, Claudio, da Onsernone, in Bioggio | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Fraschina, Roberto, da Bedano, in Carabietta | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Jörg, Francesco, da Affoltern im Emmental, in Bellinzona | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Moser, Christian, da Dübendorf, in Losone | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Pensotti, Massimo, da Lugano, in Canobbio | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Rezzonico, Gianni, da Lugano, in Cimo | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Rivola, Paolo, da Isorno, in Comano | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Rossi, Giorgio, da Lugano, in Manno | direttore | firma collettiva a due solo per la sede principale |
| 37 | | 42 | ~~Sandoli, Mariangelo, cittadino italiano, in Collina d'Oro~~ | ~~direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Saracino, Alberto, cittadino italiano, in Lugano | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Soldini, Pietro, da Ponte Tresa, in Muzzano | direttore | firma collettiva a due |
| 37 | | | Valsangiacomo, Gianluigi, da Curio, in Sonvico | direttore | firma collettiva a due |
| 37 | | | Visani, Aldo, da Lugano, in Capriasca | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Zanetti, Gabriele, da Bellinzona, in Roveredo GR | direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Argenta, Michele, da Lugano, in Bellinzona | direttore sostituto | firma collettiva a due solo per la sede principale |
| 37 | | | Bernasconi, Massimo-Luigi, da Rancate, in Origlio | direttore sostituto | firma collettiva a due solo per la sede principale |
| 37 | | 40 | ~~Borgia, Danilo, da Lugano, in Cadro~~ | ~~direttore sostituto~~ | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Caiata, Vito Claudio, da Massagno, in Torricella-Taverne | direttore sostituto | firma collettiva a due solo per la sede principale |
| 37 | | | Casartelli, Michele, da Lugano, in Gravesano | direttore sostituto | firma collettiva a due solo per la sede principale |
| 37 | | | Eggmann, Roberto, da Uttwil, in Vezia | direttore sostituto | firma collettiva a due solo per la sede principale |
| 37 | | | Felix, Paolo, da Braunau, in Aranno | direttore sostituto | firma collettiva a due |
| 37 | | | Fenini, Marco, da Massagno, in Cadro | direttore sostituto | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35    Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 37 | | | Fioroni, Gianpiero, da Lugano, in Bioggio | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Jermini, Stefano, da Cademario, in Cureglia | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Kruisinga, Pim, cittadino olandese, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Lüchinger, Marcel, da Oberriet SG, in Russikon | direttore sostituto | firma collettiva a due |
| | 37 | | Manzan, Patrick, da Onsernone, in Massagno | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Matter, David, da Leuk, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Medici, Lorenzo, da Novazzano, in Novazzano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | 39 | ~~Pfister, Urs, da Affoltern am Albis, in Affoltern am Albis~~ | ~~direttore sostituto~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 37 | | Poretti, Fernando, da Lugano, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Pozzi, Mauro, da Maggia, in Sigirino | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Rezzonico, Giovanni-Renato, da Lugano, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Sasselli, Lorenzo, da Ascona, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Schär, Christophe, da Dürrenroth, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | 38m | ~~Sieber, Raymond, da Widnau, in Minusio~~ | ~~direttore sostituto~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 37 | | Solari, Andrea, da Osco, in Vezia | direttore sostituto | firma collettiva a due solo per la sede principale |
| | 37 | | Valenti, Daniela, cittadina italiana, in Giubiasco | direttrice sostituta | firma collettiva a due solo per la sede principale |
| | 37 | | Zanini Burci, Paola, da Morbio Inferiore, in Porlezza (IT) | direttrice sostituta | firma collettiva a due solo per la sede principale |
| | 37 | | Albisetti, Bruno, da Morbio Inferiore, in Morbio Inferiore | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Balmelli, Roberto, da Onsernone, in Porza | vice-direttore | firma collettiva a due |
| | 37 | | Bernasconi, Mario, da Lugano, in Massagno | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Bizzozero, Sergio, da Lugano, in Bironico | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Bizzozzero, Franco, da Vezia, in Manno | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Boissard, Gilbert, da Monthey, in Savosa | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Brignoni, Sergio, da Alto Malcantone, in Alto Malcantone | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Bussani, Alessandro, da Basilea e Muhen, in Caslano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Campana, Claudio, da Valcolla, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Camponovo, Stefano, da Chiasso, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Cargasacchi, Enrica, da Verscio, in Savosa | vice-direttrice | firma collettiva a due solo per la sede principale |
| | 37 | | Cattaneo, Lorenzo, da Lugano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35      Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 37 | | Citella, Maurizio, da Melano, in Pugerna (Arogno) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Corbellini, Fabio, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Coreno, Nicola, da Lugano, in Cureglia | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Deretti, Umberto, da Chiasso, in Novazzano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Donadel, Beppino, cittadino italiano, in Grandola ed Uniti (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Ferretti, Brunello, da Bedigliora, in Bedano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Fiala, Stefano, da Magadino, in Canobbio | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Filippini, Giuseppe, da Rivera, in Rivera | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Filippini, Luca, da Airolo, in Sonvico | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Flükiger, Marco, da Huttwil e Basilea, in Stabio | vice-direttore | firma collettiva a due |
| | 37 | | Fossati, Matteo, da Onsernone, in Magliaso | vice-direttore | firma collettiva a due |
| | 37 | | Frings, Oliver, da Lugano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Gentile, Domenico, cittadino italiano, in Sorengo | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Ghirlanda, Francesca, da Sonvico, in Collina d'Oro | vice-direttrice | firma collettiva a due |
| | 37 | | Gianola, Roberto, da Melano, in Dino (Sonvico) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Grisoni, Giorgio, da Rebstein, in Cologny | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Herrchen Massiah, Franziska, da Wetzikon ZH, in Sonvico | vice-direttrice | firma collettiva a due solo per la sede principale |
| | 37 | | Maestrini, Anna, da Cadro, in Cadro | vice-direttrice | firma collettiva a due |
| | 37 | | Martinelli, Franco, da Vacallo, in Melano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Melera, Stefano, da Giubiasco, in Arbedo-Castione | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Moccetti, Ettore, da Bioggio, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Mombelli, Enzo, da Stabio, in Riva San Vitale | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Morandi, Renato, da Bedigliora, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Nizzoli, Ermanno, cittadino italiano, in Lipomo (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Panozzo, Marco, da Basilea, in Lugano | vice-direttore | firma collettiva a due |
| | 37 | | Pellanda, Manuel, da Intragna, in Intragna | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Pellegrini, Stephane, da Stabio, in Collina d'Oro | vice-direttore | firma collettiva a due |
| | 37 | | Perruchoud, Jean-Marie, da Chalais, in Cimadera | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Piccinelli, Flavio, da Pollegio, in Capriasca | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Pierobon, Paolo, da Biasca, in Bellinzona | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35                                                                 Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 37 | | Pontarolo, Michele, da Camignolo, in Muzzano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Prada, Giancarlo, da Castel San Pietro, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Pusterla, Rodolfo, da Morbio Inferiore, in Mendrisio | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Reggiori, Angelo, cittadino italiano, in Gazzada Schianna (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Rusconi, Claudio, da Isorno, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Russi, Andrea, da Claro, in Vernate | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Sassi, Monia, da Sonvico, in Lugano | vice-direttrice | firma collettiva a due solo per la sede principale |
| | 37 | 39 | ~~Scarmignan, Michele, da Lugano, in Massagno~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 37 | | Tapiletti, Paolo, da Arbedo-Castione, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Tedeschi, Marcello, da Intragna, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Tosi, Pierfrancesco, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Tramer, Pietro, da Santa Maria Val Müstair, in Gentilino | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Valaperta, Flavio, da Lugano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Vicari, Renato, da Caslano, in Carabbia | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Vink, Jan, da Sessa, in Sessa | vice-direttore | firma collettiva a due |
| | 37 | | Vitale, Ettore, cittadino italiano, in Porza | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Maggi, Alessio, da Castel San Pietro, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Scossa, Jean-Louis, da Malvaglia, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Antonini, Mario, da Lugaggia, in Lugano | vice-direttore | firma collettiva a due |
| | 37 | | Appiani, Andrea, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Auguadri, Luca, da Castel San Pietro, in Arzo | vice-direttore | firma collettiva a due |
| | 37 | | Belli, Sergio, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Bernasconi, Christian, da Lugano, in Canobbio | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Boschung, Martin, da Wünnewil-Flamatt, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Carbonelli, Enrico, cittadino italiano, in Montagnola | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | 42 | ~~Cassinelli, Maurizio, da Lugano, in Lugano~~ | ~~vice-direttore~~ | ~~firma collettiva a due solo per la sede principale~~ |
| | 37 | | Chevrette, Yvan, cittadino francese, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Citrini, Bernard, da Vernayaz e Salvan, in Lumino | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Delcò, Raffaella, da Bellinzona, in Collina d'Oro | vice-direttrice | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35      Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 37 | | | Della Giovanna, Stefano, da Croglio, in Massagno | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Ferrari Trecate, Paolo, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Ferrari, Simone, da Tremona, in Manno | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Fierli, Francesco, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | 40m | Foglia, Nicola, da Grancia, in Lugaggia | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Gaist, Olivier, da Chamoson, in Verscio | vice-direttore | firma collettiva a due |
| | 37 | | Homberger Bulegato, Monika, da Castel San Pietro, in Lugano | vice-direttrice | firma collettiva a due solo per la sede principale |
| | 37 | | Jelmini, Fabrizio, da Bellinzona, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | 42m | Lengacher, Patrik, da La Chaux-de-Fonds e Aeschi bei Spiez, in Chiasso | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Miller, Stefan, da Jonschwil, in Buchs ZH | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Mohorovic, Sanjin, da Stabio, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Paltenghi, Roberto, da Ponte Tresa, in Vira (Gambarogno) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Piazza, Roberto, cittadino italiano, in Germignaga (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | 40 | Piras, Antonio, da Paradiso, in Canobbio | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Romer, Roger, da Benken SG, in Torricella-Taverne | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | | Wuerker, Ralf, cittadino germanico, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| | 37 | 41m | Häfliger, Marco, da Lucerna e Reiden, in Savosa | vice-direttore e segretario fuori dal consiglio di amministrazione | firma collettiva a due |
| | 37 | | Airoldi, Marco, da Capriasca, in Giubiasco | | firma collettiva a due solo per la sede principale |
| | 37 | | Bacciarini, Cristina, da Tenero-Contra e Lugano, in Cugnasco | | firma collettiva a due solo per la sede principale |
| | 37 | 40 | Ballarin Martinelli, Lea, da Lugano, in Paradiso | | firma collettiva a due solo per la sede principale |
| | 37 | | Belotte, Garry Luc, da Faido, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Biaggini, Angelo, da Giubiasco, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Canuti, Sandro, da Lugano, in Porza | | firma collettiva a due solo per la sede principale |
| | 37 | | Ciocco, Gian Paolo, da Mesocco, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Cribari, Mario Enrico, cittadino italiano, in Paradiso | | firma collettiva a due solo per la sede principale |
| | 37 | 42 | Facchinetti, Claudio, da Onsernone, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Fassora, Elena, da Sonvico, in Sonvico | | firma collettiva a due |
| | 37 | | Ghiggia, Fabrizio, da Sonvico, in Sonvico | | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35 — Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 37 | | Martinelli, Marzio, da Chiasso, in Agno | | firma collettiva a due solo per la sede principale |
| | 37 | | Morelli, Claudio, da Lugano, in Bedano | | firma collettiva a due solo per la sede principale |
| | 37 | | Rinaldi, Paola, cittadina italiana, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | 40m | ~~Rudelli, Samuele, da Agno, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| | 37 | | Segrada, Flavio, cittadino italiano, in Cadro | | firma collettiva a due solo per la sede principale |
| | 37 | | Trotta Marotta, Angela, da Möhlin, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Bernasconi, Paolo, da Mendrisio, in S. Pietro (Stabio) | | firma collettiva a due solo per la sede principale |
| | 37 | | Leuce, Filomena, da Chiasso, in Lugano | | firma collettiva a due solo per la sede principale |
| | 37 | | Moghini, Stefano, da Sigirino, in Sigirino | | firma collettiva a due solo per la sede principale |
| | 37 | | Venturato-Vignati, Luisa, da Lugano, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Abdalian-Sireki, Jean Pierre, cittadino italiano, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Barrile, Riccardo, cittadino italiano, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Bassi, Michel, da Bellinzona, in Isone | | firma collettiva a due solo per la sede principale |
| 37 | | 42 | ~~Belotti, Mirko, da Quinto, in Cadro~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | 42 | ~~Belotti, Silvia, da Lugano, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Bergua, Llena Cristina, cittadina spagnola, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | 42m | ~~Bevacqua, Massimo, da Caslano, in Caslano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Bonvin, Nicole, da Egnach e Montana, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Brambani, Fabio, cittadino italiano, in Morbio Inferiore | | firma collettiva a due solo per la sede principale |
| 37 | | | Butti, Simona, da Chiasso, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Carangi, Enrico, cittadino italiano, in Malnate (IT) | | firma collettiva a due solo per la sede principale |
| 37 | | | Caruso, Enrico, da Lugano, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | 42 | ~~Ceruti, Francesco, cittadino italiano, in Como (IT)~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Codazzi, Ronnie, da Muralto, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | 39 | ~~Comparato, Luca Pietro, cittadino francese, in Paradiso~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Corsi, Simona, cittadina italiana, in Massagno | | firma collettiva a due solo per la sede principale |
| 37 | | | De Carolis Villars, Luca, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| 37 | | 42 | ~~De Rosa, Raffaele, da Lodrino, in Lodrino~~ | | ~~firma collettiva a due solo per la sede principale~~ |

Biasca, 21.02.2020 08:35          Vedi pagina seguente

Tutte le iscrizioni

| In | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 37 | | | Del Boca, Sonia, cittadina italiana, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Derada, Matteo, da Agno, in Cademario | | firma collettiva a due solo per la sede principale |
| 37 | | 40m | ~~Dusic, Dean, da Agno, in Agno~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | 38m | ~~Ferrari, Pamela, da Losone, in Brissago~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | 39 | ~~Ferrero, Micca, da Losanna, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Foglia, Wanda, da Lugano, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | 40m | ~~Grassi, Luca, da Novazzano, in Coldrerio~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Jorio, Fulgenzio, da Bellinzona, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Maestrani, Sergio, da Blenio, in Blenio | | firma collettiva a due solo per la sede principale |
| 37 | | | Maggi, Devis, da Castel San Pietro, in Riva San Vitale | | firma collettiva a due solo per la sede principale |
| 37 | | | Maghenzani, Sandro, da Lugano, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Mari, Milena, da Capriasca, in Lugano | | firma collettiva a due solo per la sede principale |
| 37 | | | Medici, Milena, da Novazzano, in Lomazzo (IT) | | firma collettiva a due solo per la sede principale |
| 37 | | 40m | ~~Merelli, Samantha, da Lodrino, in Lodrino~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Milani, Claudia, da Lugano, in Ponte Capriasca | | firma collettiva a due solo per la sede principale |
| 37 | | | Molteni, Gabriele, da Lugano, in Cureglia | | firma collettiva a due solo per la sede principale |
| 37 | | | Monzeglio, Matteo, da Gerra (Verzasca), in Torricella-Taverne | | firma collettiva a due solo per la sede principale |
| 37 | | | Morera, Fabrizio, da Lugano, in Savosa | vice-direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Orelli, Luca, da Bedretto, in Airolo | | firma collettiva a due solo per la sede principale |
| 37 | | | Piffaretti, Lucia, da Novazzano, in Savosa | | firma collettiva a due solo per la sede principale |
| 37 | | | Ponti, Jacqueline, da Arvigo, in Lugano | vice-direttrice | firma collettiva a due solo per la sede principale |
| 37 | | | Ronchetti, Luca, cittadino italiano, in Drezzo (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| 37 | | | Santus, Mauro, da Lugano, in Monteggio | | firma collettiva a due solo per la sede principale |
| 37 | | 40 | ~~Strippoli, Giuseppe, cittadino italiano, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 37 | | | Tomasina, Pierre, da Sant'Antonino, in Pura | | firma collettiva a due solo per la sede principale |
| | 38 | 41 | ~~Dörig, Rolf, da Lindau e Appenzello, in Unterengstringen~~ | ~~vice-presidente~~ | ~~firma collettiva a due~~ |
| | 38 | | Engel, Sandro, da Fischbach-Göslikon, in Bioggio | | firma collettiva a due solo per la sede principale |
| | 38 | | Ferrari, Pamela, da Losone, in Brissago | | firma collettiva a due |
| | 38 | | Moro, Raffaele, cittadino italiano, in Canobbio | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35        Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| | 38 | | Muschietti, Danny, da Agno, in Villa Luganese | | firma collettiva a due solo per la sede principale |
| | 38 | 39 | ~~Sieber, Raymond, da Widnau, in Minusio~~ | ~~direttore sostituto~~ | ~~firma collettiva a due~~ |
| | 38 | | Cantieni, Andri, da Pignia, in Zurigo | | firma collettiva a due solo per la sede principale |
| 38 | | | Coppini, Pierfrancesco, cittadino italiano, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |
| 38 | | | Ruggia, Antonio, da Pura, in Carabbia | vice-direttore | firma collettiva a due solo per la sede principale |
| 38 | | | Weber, Christoph, da Niederösch, in Herrliberg | membro della direzione generale | firma collettiva a due |
| 38 | | 39 | ~~Rossi, Silvia, cittadina italiana, in Lugano~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 38 | | | Martellini Bianchi, Bianca Maria, cittadina italiana, in Mendrisio | | firma collettiva a due solo per la sede principale |
| 38 | | | Meroni, Dario, da Genestrerio, in Bioggio | | firma collettiva a due solo per la sede principale |
| 38 | | | Reinert Campana, Regina, da Horw e Corticiasca, in Vezia | | firma collettiva a due solo per la sede principale |
| 38 | | | Strella, Gabriele, da Gerra (Gambarogno), in Valcolla | | firma collettiva a due solo per la sede principale |
| 38 | | | Palmisano, Antonio, cittadino italiano, in Lugano | | firma collettiva a due solo per la sede principale |
| 38 | | | Ardizzi, Piergiorgio, da Lugano, in Sorengo | | firma collettiva a due solo per la sede principale |
| 38 | | | Cabiati, Carlo Maria, cittadino italiano, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| 38 | | | Conrad, Andrea, da Müstair, in Collina d'Oro | vice-direttore | firma collettiva a due solo per la sede principale |
| 38 | | | Di Gloria, Filippo, cittadino italiano, in Lugano | | firma collettiva a due solo per la sede principale |
| 38 | | | Herrmann, Christian, da Thônex e Trüllikon, in Vezia | vice-direttore | firma collettiva a due solo per la sede principale |
| 38 | | | Merli, Raffaele, cittadino italiano, in Morazzone (IT) | vice-direttore | firma collettiva a due solo per la sede principale |
| 38 | | | Negri, Angelo, cittadino italiano, in Lanzo d'Intelvi (IT) | | firma collettiva a due solo per la sede principale |
| 38 | | | Pedraita, Franco, da Sant'Antonio, in Giubiasco | | firma collettiva a due solo per la sede principale |
| 38 | | | Quadranti, Roberto, da Balerna, in Cureglia | | firma collettiva a due solo per la sede principale |
| 38 | | | Rosazza, Manuela, da Vico Morcote, in Vico Morcote | | firma collettiva a due solo per la sede principale |
| 38 | | 40m | ~~Sciolino, Maria, da Chiasso, in Ligornetto~~ | | ~~firma collettiva a due solo per la sede principale~~ |
| 38 | | | Soranzo, Stefano, da Biasca, in Biasca | | firma collettiva a due solo per la sede principale |
| 38 | | | Valentini, Aldo, cittadino italiano, in Albese con Cassano (IT) | | firma collettiva a due solo per la sede principale |
| 38 | | | Visentini, Mauro, cittadino italiano, in Morbio Inferiore | | firma collettiva a due solo per la sede principale |
| 38 | | 41 | ~~Müller, Thomas, da Hettlingen, in Zugo~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 38 | | 41 | ~~Speziali, Carla, da Onsernone e Gresso, in Locarno~~ | ~~membro~~ | ~~firma collettiva a due~~ |
| 38 | | | Grassi, Ivan, da Novazzano, in Novazzano | | firma collettiva a due |
| | 39 | | Pagani Perissinotto, Simona, da Morbio Inferiore e Lugano, in Lugano | | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35                                                                                           Vedi pagina seguente

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
|  | 39 | 41 | Aeberli, Rolf, da Meilen, in Lugano | presidente della direzione generale | firma collettiva a due |
|  | 39 | 41 | Hoch, Philipp, da Basilea, in Collina d'Oro | membro della direzione generale | firma collettiva a due |
|  | 39 |  | Nebiker, Marco, da Basilea, in Pura |  | firma collettiva a due solo per la sede principale |
|  | 39 |  | Piredda, Paolo, cittadino italiano, in Montano Lucino (IT) |  | firma collettiva a due solo per la sede principale |
|  | 39 |  | Polloni, Franco, da Acquarossa, in Vernate | membro della direzione generale | firma collettiva a due |
|  | 39 |  | Santoro, Domenico, da Herisau, in Caslano |  | firma collettiva a due solo per la sede principale |
| 39 |  |  | Filippini, Paolo, da Airolo, in Capriasca | direttore sostituto | firma collettiva a due solo per la sede principale |
| 39 |  |  | Rimoldi Roberti, Valeria, da Rivera, in Lugano |  | firma collettiva a due solo per la sede principale |
| 39 |  |  | Ballanti, Dario, da Bodio, in Savosa | direttore sostituto | firma collettiva a due solo per la sede principale |
| 39 |  |  | Bisesti, Lorenzo, cittadino italiano, in Lugano |  | firma collettiva a due solo per la sede principale |
| 39 |  |  | Bortoli, Fabio, da Mendrisio, in Lugano | direttore sostituto | firma collettiva a due solo per la sede principale |
| 39 |  |  | Fertilio, Andrea, cittadino italiano, in Stabio | vice-direttore | firma collettiva a due solo per la sede principale |
| 39 |  |  | Maggiori, Massimo, cittadino italiano, in Cadempino | vice-direttore | firma collettiva a due solo per la sede principale |
| 39 |  |  | Rossi, Mariano, da Lugano, in Manno |  | firma collettiva a due solo per la sede principale |
| 39 |  |  | Schaer, Martin, da Zurigo, in Lugano | direttore | firma collettiva a due solo per la sede principale |
| 39 |  |  | Stucki, Demis, da Oberurnen, in Lugano |  | firma collettiva a due solo per la sede principale |
|  | 40 |  | Galli Merelli, Samantha, da Lodrino, in Lodrino |  | firma collettiva a due solo per la sede principale |
|  | 40 |  | Berto Sciolino, Maria, da Chiasso, in Ligornetto |  | firma collettiva a due solo per la sede principale |
|  | 40 |  | Ciccolella, Massimo, cittadino italiano, in Agno |  | firma collettiva a due solo per la sede principale |
|  | 40 |  | Dusic, Dean, da Agno, in Lugano |  | firma collettiva a due solo per la sede principale |
|  | 40 |  | Foglia, Nicola, da Grancia, in Davesco-Soragno (Lugano) | vice-direttore | firma collettiva a due solo per la sede principale |
|  | 40 |  | Grassi, Luca, da Novazzano, in Castel San Pietro |  | firma collettiva a due solo per la sede principale |
|  | 40 |  | Rudelli, Samuele, da Agno, in Gravesano |  | firma collettiva a due solo per la sede principale |
| 40 |  |  | Del Prete, Teofilo, cittadino italiano, in Lugano |  | firma collettiva a due solo per la sede principale |
| 40 |  |  | De Angeli, Francesco, cittadino italiano, in Vedano Olona (IT) |  | firma collettiva a due solo per la sede principale |
| 40 |  |  | Engelberger, Franco, da Lugano, in Bellinzona |  | firma collettiva a due solo per la sede principale |
| 40 |  |  | Schwarz, Gerhard, da San Gallo, in Zurigo | vice-direttore | firma collettiva a due solo per la sede principale |
| 40 |  |  | Tognina, Reto, da Brusio, in Massagno | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35        Vedi pagina seguente



# Ufficio del registro di commercio del Cantone Ticino

| CHE-105.962.384 | Banca del Gottardo | | Lugano | 36 |
|---|---|---|---|---|

Tutte le iscrizioni

| Is | Mo | Ra | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 41 | | | Gysi, Alfredo, da Suhr, in Comano | presidente | firma collettiva a due |
| 41 | | | Aprile, Gianni, da Lugano, in Aldesago (Lugano) | vice-presidente | firma collettiva a due |
| 41 | | | Ammann, Beat, da Zurigo, in Lugano | membro | firma collettiva a due |
| 41 | | | Coduri, Stefano, da Iseo, in Mendrisio | membro | firma collettiva a due |
| 41 | | | Ferry, Christian, cittadino francese, in Lugano | membro | firma collettiva a due |
| | 41 | | Mordasini, Nicola, da Onsernone, in Cureglia | membro | firma collettiva a due |
| | 41 | | Antonini, Massimo, da Lugaggia, in Sonvico | segretario fuori dal consiglio di amministrazione e direttore | firma collettiva a due |
| | 41 | | Häfliger, Marco, da Lucerna e Reiden, in Savosa | vice-direttore | firma collettiva a due |
| 41 | | | Noverraz, François, da Cully e Savigny, in Savosa | presidente della direzione generale | firma collettiva a due |
| | 41 | 42 | ~~Etter, Walter, da Sulgen, in Lugano~~ | ~~membro della direzione generale~~ | ~~firma collettiva a due~~ |
| 41 | | | Ernst & Young SA (CH-660.0.176.999-6), in Lancy | ufficio di revisione | |
| 42 | | | Andina, Alessia, da Croglio, in Molinazzo di Monteggio (Monteggio) | vice-direttrice | firma collettiva a due solo per la sede principale |
| 42 | | | Beretti, Andrea, da Isorno, in Cadro | | firma collettiva a due solo per la sede principale |
| 42 | | | Biondi, Manuela, cittadina italiana, in Lugano | | firma collettiva a due solo per la sede principale |
| 42 | | | Ranzoni, Peter, da Isorno, in Taverne (Torricella-Taverne) | | firma collettiva a due solo per la sede principale |
| | 42 | | Bagutti-Bronzini, Patrizia, da Medeglia, in Medeglia | | firma collettiva a due solo per la sede principale |
| | 42 | | Bevacqua, Massimo, da Caslano, in Lugano | | firma collettiva a due solo per la sede principale |
| | 42 | | Donadel, Laura, cittadina italiana, in Lugano | | firma collettiva a due solo per la sede principale |
| 42 | | | Lazzarotto, Francesco, da Onsernone, in Torricella (Torricella-Taverne) | vice-direttore | firma collettiva a due solo per la sede principale |
| | 42 | | Bernasconi, Gianni, da Lugano, in Tesserete (Capriasca) | | firma collettiva a due solo per la sede principale |
| | 42 | | Lengacher, Patrik, da La Chaux-de-Fonds e Aeschi bei Spiez, in Lugano | vice-direttore | firma collettiva a due solo per la sede principale |

Biasca, 21.02.2020 08:35 MPO



Il presente estratto è valevole soltanto se munito dell'autenticazione dell'ufficio del registro di commercio. Esso contiene tutte le iscrizioni attualmente valide per questa ditta come pure tutte le iscrizioni che sono adesso cancellate dopo il 30.12.2002. Si può richiedere un estratto che contiene unicamente tutte le iscrizioni attualmente valide.

# EXHIBIT 5B

[logo:] ti

# Office of the Ticino Commercial Register

| Order number | Legal nature | | Registration | Cancellation | Report CH-514.3.000.003-8 from: CH-514.3,000,003-8/b to: | 1 |
|---|---|---|---|---|---|---|
| CHE-105.962.384 | Corporation | | 04/04/1957 | 06/26/2008 | | |

[barcode]  All entries                                                           Company cancelled

| Entry | Cncl. | Company | | | Ref | Site |
|---|---|---|---|---|---|---|
| 1 | | **Banca del Gottardo** | | | 1 | Lugano |
| | 1 | (Banque du Gothard) (Gotthardbank) (Gotthard Bank) | | | | |

| Entry | Cncl. | Nominal share capital (CHF) | Issued share capital (CHF) | Divided into shares | Entry | Cncl. | Address |
|---|---|---|---|---|---|---|---|
| 1 | 36 | ~~170,000,000.00~~ | ~~170,000,000.00~~ | ~~1,700,000 bearer shares of CHF 100.00~~ | 1 | | Viale Stefano Franscini 8 6900 Lugano |
| 36 | | 70,000,000.00 | 70,000,000.00 | 700,000 bearer shares of CHF 100.00 | | | |

| Entry | Cncl. | Purpose | Entry | Cncl. | Other addresses |
|---|---|---|---|---|---|
| 1 | | The exercise of banking activity. The field of activity includes all banking, financial consulting, services and commercial operations in Switzerland and abroad, offered to Swiss and foreign, private, commercial and institutional clients. It may set up banks, financial companies and companies of all kinds, as well as acquire shares. It can acquire, mortgage and alienate real estate and land rights in Switzerland and abroad. | | | |

| Entry | Cncl. | Comments | Ref | Date of statutes |
|---|---|---|---|---|
| 1 | | Statutes adapted to the new equity law. | 1 | 02/14/1957 |
| 1 | | The company has acquired, based on the merger agreement of 08/01/1997, "Banque de gestion privée", in Geneva (FUSC (FUSC (Foglio ufficiale svizzero di commercio [Swiss Official Commerce Gazette]) of 07/07/1997 page 4748), under Art. 748 CO (Code des obligations [Code of Obligations]) Merger balance sheet: 07/31/1997. Assets: CHF 49,931,346.13. Liabilities: CHF 25,072,349.63. Net assets: 24,858,996.50. The merger takes place without any consideration as the company is already the holder of the entire shareholding of the absorbed company. | 1 | omitted |
| | | | 1 | 04/24/1996 |
| | | | 1 | 04/30/1997 |
| | | | 1 | 04/27/2000 |
| | | | 1 | 04/26/2002 |
| 1 | | Merger: the company has acquired, based on the merger agreement of 04/04/2001, "Westdeutsche Landesbank (Schweiz) AG", in Zurich (FUSC No. 23 of 02/02/2001 pg. 810), under Art. 748 CO. Merger balance sheet: 03/31/2001. Assets: CHF 552,695,000.--. Liabilities: CHF 447,741,000.--. Net assets: CHF 104,954,000.--. The merger takes place without any consideration as the company is already the holder of the entire shareholding of the absorbed company. | 8 | 11/27/2002 |
| | | | 17 | 04/22/2004 |
| | | | 31 | 04/27/2006 |
| | | | 36 | 10/02/2006 |
| 1 | | Statute modified on points not subject to publication. | | |
| 8 | | Statute modified on points not subject to publication. | | |
| 14 | | Administrative regulation filed, in effect as of 08/01/2003. | | |
| 17 | | Statute modified on a point not subject to publication. | | |
| 22 | | Administrative regulation filed, in effect as of 02/01/2005. | | |
| 31 | | Statute modified on a point not subject to publication. | | |
| 36 | | Reduction in share capital under Art. 732 CO, from CHF 170,000,000.-- to CHF 70,000,000 --, by cancelling and reimbursing shareholders for 1,000,000 bearer shares of CHF 100.--. The formalities set out by Art. 734 CO were certified by public act of 12/13/2006. | | |
| 43 | | Third-party assets and liabilities are acquired by BSI SA, in Lugano (CH-514.3.012.351-6). The company is cancelled as a result of the merger. | | |

| Entry | Cncl. | Particular facts | Ref | Advertising bodies |
|---|---|---|---|---|
| 1 | | Merger: The company has acquired, based on the merger agreement of 12/18/1989, Immoticino SA, in Lugano, under Art. 748 CO. Merger balance sheet: 12/15/1989. Share capital remains unchanged as the company is already the holder of the entire shareholding of Immoticino SA. | 1 | FUSC |
| 1 | | Merger: The company has acquired, based on the merger agreement of 01/28/1991, Banque Partente, in Geneva, under Art. 748 CO. Merger balance sheet: 12/31/1990. Share capital remains unchanged as the company is already the holder of the entire shareholding of Banque Partente. | | |

[signature]         [stamp:] OFFICE OF THE COMMERCIAL REGISTER



City of New York, State of New York, County of New York

I, Yanelle Strich, hereby certify that the document "BDG" is to the best of my knowledge and belief, a true and accurate translation from Italian into English.

_____
Yanelle Strich

Sworn to before me this
March 6, 2020

_____
Signature, Notary Public

AURORA ROSE LANDMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6380858
Qualified in New York County
My Commission Expires 09-17-2022

_____
Stamp, Notary Public