# EXHIBIT 6A

Gouvernement Princier
PRINCIPAUTÉ DE MONACO

Direction de l'Expansion Economique
Section du Registre du Commerce et de l'Industrie (RCI)

# EXTRAIT

## DES INSCRIPTIONS PORTEES

## AU REPERTOIRE DU COMMERCE ET DE L'INDUSTRIE

Loi n° 721 du 27 décembre 1961

Extrait Sociétés Modèle E BIS du mardi 4 février 2020

Au Nom de … :   **EFG BANK (MONACO) S.A.M.**

Sous le n°   **90S02647**

Toute modification ou falsification
du présent extrait expose à des
Poursuites pénales

9,rue du Gabian BP 665 – MC 98014 MONACO CEDEX
Tél (+377) 98 98 98 02
Fax (+377) 92 05 75 20
expansion@gouv.mc

Page 1 sur 7

EXTRAIT SOCIETES MODELE E BIS

## IDENTIFICATION

| | |
|---|---|
| *Raison sociale ou dénomination :* | **EFG BANK (MONACO) S.A.M.** |
| *Date de l'immatriculation :* | 27/11/1990 |
| *Forme juridique :* | SOCIETE ANONYME |
| *Capital social :* | 47 152 000,00 d' EUROS |
| *Durée de la société :* | Du 15/10/1990 Au 15/10/2089 |
| *Date Dépôt des statuts :* | 26/10/1990 |
| *Date de Publication au Journal Officiel :* | 19/10/1990 |

*Activité exercée :* FAIRE DANS LA PRINCIPAUTE DE MONACO ET A L'ETRANGER, POUR ELLE-MEME, POUR LE COMPTE DE TIERS OU EN PARTICIPATION, TOUTES OPERATIONS DE BANQUE, DE CREDIT, DE FINANCEMENT, D'ESCOMPTE, DE GARANTIE, DE LEASING DE PLACEMENT, D'INVESTISSEMENT, DE PRISE DE PARTICIPATION, DE DETENTION, DE CONSERVATION, DE DEPOT, D'ADMINISTRATION, DE GESTION, DE BOURSE, DE COURTAGE, DE CHANGE, AINSI QUE TOUTES OPERATIONS D'ACQUISITION, D'OFFRE ET DE CESSION DE VALEURS MOBILIERES, D'EFFETS DE COMMERCE, DE METAUX PRECIEUX ET D'AUTRES INSTRUMENTS D'INVESTISSEMENT ET DE PLACEMENT, ET POUVANT RENDRE TOUS SERVICES SE RATTACHANT DIRECTEMENT OU INDIRECTEMENT A DE TELLES OPERATIONS, LE TOUT DANS LE SENS LE PLUS LARGE AUTORISE PAR LA LOI ET DANS LES CONDITIONS DETERMINEES PAR LA LOI.
ELLE POURRA, NOTAMMENT, EFFECTUER LES OPERATIONS CI-APRES, DONT LA LISTE N'A PAS UN CARACTERE LIMITATIF : RECEVOIR DU PUBLIC, DES DEPOTS DE FONDS, EN COMPTE OU AUTREMENT, PRODUCTIFS OU NON D'INTERETS, AINSI QUE DES DEPOTS DE TITRES, VALEURS ET OBJETS, LOUER TOUS COFFRES ET COMPARTIMENTS DE COFFRES-FORTS, SERVIR D'INTERMEDIAIRE POUR L'ACHAT, LA VENTE ET LE PLACEMENT DE TOUTES ESPECES DE FONSDS, METAUX PRECIEUX, ET DE VALEURS MOBILIERES, ASSURER LE SERVICE FINANCIER DE TOUTES SOCIETES ; CONSENTIR, SOUS DES FORMES QUELCONQUES, DES OUVERTURES DE CREDIT, PRETS, FACILITES DE CAISSE OU DECOUVERTS EN COMPTE-COURANT AVEC OU SANS GARANTIES ; EFFECTUER POUR SON COMPTE OU POUR LE COMPTE. DE TIERS, TOUTES OPERATIONS DE PLACEMENT ET DE GESTION DE CAPITAUX OU DE TITRES OU AUTRES VALEURS, TOUTES OPERATIONS DE BOURSE, TOUTES SOUS- CRIPTIONS, SOUMISSIONS, NEGOCIATIONS, EMISSIONS D'EMPRUNTS, PUBLIQUES OU PRIVEES, TOUTES PARTICIPATIONS A TOUS SYNDICATS DE GARANTIE, DE PLACEMENT OU AUTRE, EN GENERAL TOUTES OPERATIONS SUR VALEURS MOBI- LIERES ; AGIR SUR LES MARCHES DE CHANGE DE DEVISES AU COMPTANT ET A TERME ; FAIRE DES OPERATIONS D'ENDOSSEMENT, D'ESCOMPTE, DE REESCOMPTE, DE VENTE, DE DISPOSITIONS, AINSI QUE TOUTES AUTRES OPERATIONS RELA- TIVES A DES BONS, TRAITES, TRAITES ACCEPTEES, BONS DE CAISSE ET D'AUTRES OBLIGATIONS DE TOUTES ESPECES ET AVEC POUVOIR D'ACCORDER DES CREDITS DE TOUTES SORTES, D'EMETTRE ET DE CONFIRMER DES LETTRES DE CREDIT AINSI QUE DES CREDITS DOCUMENTAIRES DE TOUTES ESPECES, AINSI QUE TOUTES ACTIVITES COMMERCIALES, INDUSTRIELLES OU IMMOBILIERES QUI SE RATTACHERAIENT DIRECTEMENT A SON OBJET PRINCIPAL DECRIT CI-DESSUS. ET PLUS GENERALEMENT, LES ENONCIATIONS CI-DESSUS N'ETANT PAS LIMITATIVES, TOUTES OPERATIONS FINANCIERES, COMMERCIALES, INDUSTRIEL- LES OU IMMOBILIERES POUVANT INTERESSER LA BANQUE, SES CLIENTS, L'INDUSTRIE ET LE COMMERCE OU SE RATTACHANT DIRECTEMENT OU INDIRECTEMENT A SON OBJET SOCIAL OU QUI EN FAVORISENT L'EXTENSION OU LE DEVELOPPEMENT.

**EXTRAIT SOCIETES MODELE E BIS**

LA SOCIETE POURRA REALISER CES OBJETS DE TOUTES LES MANIERES ET
SUIVANT TOUTES LES MODALITES QUI LUI PARAITRONT APPROPRIEES,
NOTAMMENT, EN DONNANT SON CONCOURS, DIRECTEMENT OU COMME INTER-
MEDIAIRE, A TOUTES ADMINISTRATIONS, SOCIETES, ASSOCIATIONS ET A
TOUS PARTICULIERS OU EN CONSTITUANT, SOIT SEULE, SOIT EN
PARTICIPATION AVEC DES TIERS, TOUTES SOCIETES OU ASSOCIATIONS,
SOUS QUELQUE FORME QUE CE SOIT, OU ENCORE EN FAISANT TOUS APPORTS
EN NATURE ET TOUTES SOUSCRIPTIONS DANS DES SOCIETES EXISTANTES OU
A CREER. LA SOCIETE PEUT EGALEMENT, PAR DECISION DU CONSEIL D'ADMINIS-
TRATION, CREER, TANT DANS LA PRINCIPAUTE DE MONACO QU'A L'ETRANGER,
DES FILIALES, AGENCES OU BUREAUX.

*Adresse du siège social :*
15, AV. D'OSTENDE
REZ-DE-CHAUSEE, 1ER AU 4EME ET.
1ER ET 2EME SOUS-SOL
MC  PRINCIPAUTE DE MONACO

*Date début de l'exploitation principale :* 15/10/1990
*Mode d'exploitation :* EXPLOITATION DIRECTE

**EXTRAIT SOCIETES MODELE E BIS**

## ADMINISTRATION

### ADMINISTRATEUR
M. JEAN MEYER
18, RUE DU MOULIN DE PIERRE
92130 ISSY-LES-MOULINAUX
FRANCE
né(e) le 31/05/1947 à PARIS en FRANCE
nationalité: FRANCAISE

...

### ADMINISTRATEUR
M. PIERGIORGIO PRADELLI
OBERBLATTSTR 6D
8832 WOLLERAU
SUISSE
né(e) le 30/01/1967 à TORINO en ITALIE
nationalité: ITALIENNE

...

### ADMINISTRATEUR PERSONNE MORALE
**EFG INTERNATIONAL en qualité d'Administrateur**
représenté par
M. ADRIAN KYRIAZI
C/° EFG INTERNATIONAL
BLEICHERWEG 8
8001 ZURICH - SUISSE

...

### ADMINISTRATEUR
MME MARGUERITE LATSIS
14, AV. DE GRANDE-BRETAGNE
98000 MONACO
MC
né(e) le 03/06/1961 à ATHENES en GRECE
nationalité: SUISSE

...

### ADMINISTRATEUR
M. ODYSSEUS SASSAYIANNIS
14, AV. DE GRANDE-BRETAGNE
98000 MONACO
MC
né(e) le 04/06/1939 à SALONIQUE en GRECE
nationalité: GRECQUE

...

### ADMINISTRATEUR
M. SPIRO LATSIS
2, AV. DES CITRONNIERS
98000 MONACO
MC
né(e) le 15/08/1946 à ATHENES en GRECE
nationalité: GRECQUE

...

**EXTRAIT SOCIETES MODELE E BIS**

**ADMINISTRATEUR DELEGUE**
M. CARLO MATURI
11, AV. PRINCESSE GRACE
98000 MONACO
MC
né(e) le 26/08/1959 à VARESE en ITALIE
nationalité: ITALIENNE
...

**ADMINISTRATEUR**
M. PHOTIOS ANTONATOS
4, CHEMIN SEBASTIEN CASTELLION
1223 COLOGNY
SUISSE
né(e) le 01/12/1945 à ADDIS-ABBEBA en ETHIOPIE
nationalité: GRECQUE
...

**PRESIDENT**
M. JEAN-CLAUDE GOURRUT
9, AV. DE LA GARE
CAP D'AIL
FRANCE
né(e) le 12/02/1942 à BON ENCONTRE en FRANCE
nationalité: FRANCAISE
...

**ADMINISTRATEUR**
M. EMMANUEL BUSSETIL
2, CHEMIN DU PORT NOIR
1207 GENEVE
SUISSE
né(e) le 17/11/1951 à PIREAUS en GRECE
nationalité: BRITANNIQUE
...

**EXTRAIT SOCIETES MODELE E BIS**

---
ETABLISSEMENTS SECONDAIRES EXPLOITES EN PRINCIPAUTE
---

Local annexe
7, RUE DU GABIAN
LE GILDO PASTOR-BLOC B-1 ETG-N°6
Activité :
A usage de bureau.
Mode d'exploitation :  Propriétaire exploitant
...
Local annexe
35, BD PRINCESSE CHARLOTTE-C/°
BSI MONACO-VILLA LES AIGLES-3 ETG
Activité :
A usage de bureau.
Mode d'exploitation :  Propriétaire exploitant
...

# EXTRAIT SOCIETES MODELE E BIS

## OBSERVATIONS

ARRÊTÉ MINISTÉRIEL N°90.523 DU 11 OCTOBRE 1990 PORTANT AUTORISATION ET APPROBATION DES STATUTS DE LA SOCIÉTÉ.

...

FUSION PAR ABSORPTION DE LA "BANQUE MONEGASQUE DE GESTION", PAR "EFG EUROFINANCIAL INVESTMENT COMPANY S.A.M./EFG EUROFINANCIÈRE D'INVESTISSEMENTS S.A.M." ENTRAINANT DISSOLUTION SANS LIQUIDATION

...

DE LA "BANQUE MONÉGASQUE DE GESTION" ET TRANSMISSION UNIVERSELLE DE SON PATRIMOINE À "EFG EUROFINANCIAL INVESTMENT COMPANY S.A.M./ EFG EUROFINANCIÈRE D'INVESTISSEMENTS S.A.M.".

...

ARRÊTÉ MINISTÉRIEL N° 2015-637 EN DATE DU 22 OCTOBRE 2015 AUTORISANT L'AUGMENTATION DU CAPITAL SOCIAL.

...

AVIS FAVORABLE EN DATE DU 30 DÉCEMBRE 2015 AUTORISANT L'OUVERTURE D'UN LOCAL ANNEXE AU 7, RUE DU GABIAN.

...

AVIS FAVORABLE EN DATE DES 18 ET 25 JANVIER 2017 AUTORISANT L'OUVERTURED'UN LOCAL ANNEXE CHEZ BSI MONACO S.A.M. AU 35, BD PRINCESSE CHARLOTTE.

...

| TIMBRE FISCAL et CACHET DU SERVICE | Extrait certifié conforme<br>Monaco, mardi 4 février 2020 |
|---|---|
| *[Cachet: PRINCIPAUTÉ DE MONACO - DROIT DE TIMBRE - 5 €]* | P/o Le Directeur :<br><br>*[signature]* |

Page 7 sur 7

# EXHIBIT 6B

| | |
|---|---|
| **Princely Government** | **Directorate for Economic Expansion** |
| **PRINCIPALITY OF MONACO** | **Trade and Industry Registry Section** (RCD) |

# EXTRACT

# OF REGISTRATIONS ENTERED

# IN THE REGISTER FOR TRADE AND INDUSTRY

Law No. 721 of December 27, 1961

**Extract Model Companies E BIS of Tuesday, February 4, 2020**

In the name of …:   **EFG BANK (MONACO) S.A.M.**

Under no.            **90S02647**

Any modification or falsification **of this extract may result in** criminal prosecution

*9, rue du Gabian BP 665 - MC 98014 MONACO CEDEX*

Tel (+377) 98 98 98 02
Fax (+377) 92 05 75 20
Expansion@gouv.mc

Page **1** of **7**

**EXTRACT MODEL COMPANIES E BIS**

IDENTIFICATION

| | |
|---|---|
| *Corporate name or title:* | **EFG BANK (MONACO) S.A.M.** |
| *Registration date:* | 11/27/1990 |
| *Legal form:* | STOCK CORPORATION |
| *Subscribed capital:* | 47,152,000 EUROS |
| *Term of the company:* | From 10/15/1990 to 10/15/2089 |
| *Date of filing of articles of incorporation:* | 10/26/1990 |
| *Date of publication in the Official Journal:* | 10/19/1990 |

*Activity pursued:*  TO CONDUCT IN THE PRINCIPALITY OF MONACO AND ABROAD, ON ITS OWN BEHALF, ON THE BEHALF OF THIRD PARTIES OR IN ASSOCIATION, ALL OPERATIONS REGARDING BANKING, CREDIT, FINANCING, DISCOUNTS, GUARANTEES, INVESTMENT LEASING, INVESTMENT, SHARE ACQUISITION, HOLDING, CONSERVATION, DEPOSITS ADMINISTRATION, MANAGEMENT, STOCK EXCHANGE, BROKERING [AND] EXCHANGE, AS WELL AS OPERATIONS FOR THE ACQUISITION, OFFERING AND TRANSFER OF SECURITIES, COMMERCIAL BILLS, PRECIOUS METALS AND OTHER INVESTMENT INSTRUMENTS, AND BEING ABLE TO PERFORM ALL SERVICES CONNECTED DIRECTLY OR INDIRECTLY TO SUCH OPERATIONS, ALL OF THIS IN THE WIDEST SENSE AUTHORIZED BY THE LAW AND UNDER THE CONDITIONS IMPOSED BY THE LAW.
IT SHALL BE ABLE, IN PARTICULAR, TO PERFORM THE OPERATIONS ON THE FOLLOWING NON-RESTRICTIVE LIST: TO RECEIVE FROM THE PUBLIC DEPOSITS OF FUNDS, ON ACCOUNT OR OTHERWISE, WHETHER OR NOT THEY BEAR INTEREST, AS WELL AS DEPOSITS OF SECURITIES, ITEMS OF VALUE AND OBJECTS, TO RENT ANY SAFE AND SAFETY DEPOSIT BOX, TO SERVE AS INTERMEDIARY FOR THE PURCHASE, SALE AND INVESTMENT OF ALL KINDS OF FUNDS, PRECIOUS METALS AND TRANSFERABLE SECURITIES, TO PROVIDE FINANCIAL SERVICE FOR ANY COMPANY; TO PERMIT, IN ANY FORM WHATSOEVER, CREDIT FACILITIES, LOANS, CASH WITHDRAWAL FACILITIES OR CURRENT ACCOUNT OVERDRAFTS WITH OR WITHOUT GUARANTEES; TO PERFORM FOR ITS OWN ACCOUNT OR ON THE ACCOUNT OF THIRD PARTIES, ANY OPERATION FOR INVESTMENT AND MANAGEMENT OF CAPITAL OR SECURITIES OR OTHER ITEMS OF VALUE, ALL STOCK EXCHANGE OPERATIONS, ALL UNDERWRITINGS, ALL TENDERS, NEGOTIATIONS, LOAN ISSUES, PUBLIC OR PRIVATE, ALL SHARES IN ALL UNDERWRITING SYNDICATES, WHETHER OF INVESTMENT OR OTHERWISE, IN GENERAL ALL OPERATIONS WITH TRANSFERABLE SECURITIES; TO ACT ON FOREIGN CURRENCY EXCHANGE MARKETS THROUGH SPOT OR FORWARD TRANSACTIONS; TO CONDUCT OPERATIONS OF ENDORSEMENT, DISCOUNT, REDISCOUNT, SALES [AND] DISPOSALS, AS WELL AS ALL OTHER OPERATIONS RELATING TO VOUCHERS, DRAFTS, ACCEPTED BILLS, INTEREST BEARING NOTES AND OTHER OBLIGATIONS OF ALL KINDS AND WITH THE POWER TO GRANT CREDIT OF ALL KINDS, TO ISSUE AND CONFIRM LETTERS OF CREDIT AS WELL AS DOCUMENTARY CREDITS OF ALL KINDS, AND ALSO ALL COMMERCIAL, INDUSTRIAL OR REAL-ESTATE ACTIVITIES THAT WOULD BE DIRECTLY RELATED TO ITS MAIN PURPOSE, DESCRIBED ABOVE. AND MORE GENERALLY, SINCE THE STATEMENTS ABOVE ARE NOT RESTRICTIVE IN CHARACTER, ALL FINANCIAL, COMMERCIAL, INDUSTRIAL OR REAL-ESTATE OPERATIONS THAT MAY CONCERN THE BANK, ITS CLIENTS, INDUSTRY AND COMMERCE OR THAT ARE DIRECTLY OR INDIRECTLY RELATED TO ITS CORPORATE PURPOSE OR THAT FAVOR EXPANSION OR DEVELOPMENT.

**EXTRACT MODEL COMPANIES E BIS**

THE CORPORATION SHALL BE ABLE TO ACHIEVE THESE PURPOSES IN ANY WAY AND IN ACCORDANCE WITH ANY METHOD THAT SEEMS TO IT APPROPRIATE, IN PARTICULAR BY GIVING ITS ASSISTANCE, DIRECTLY OR AS AN INTERMEDIARY, TO ANY ADMINISTRATION, CORPORATION [AND] ASSOCIATION AND TO ANY PRIVATE PERSON OR BY FORMING, EITHER ALONE OR TOGETHER WITH THIRD PARTIES, ANY CORPORATION OR ASSOCIATION, IN ANY FORM WHATSOEVER, OR EVEN BY MAKING ANY CONTRIBUTION IN KIND AND ANY UNDERWRITING IN CORPORATIONS THAT EXIST OR THAT ARE TO BE CREATED. THE CORPORATION MAY ALSO, BY DECISION OF THE BOARD OF DIRECTORS, CREATE BOTH IN THE PRINCIPALITY OF MONACO AND ABROAD BRANCHES, AGENCIES OR OFFICES.

*Address of business headquarters:*
        15, AV. D'OSTENDE
        REZ-DE-CHAUSSEE, IER AU 4EME ET.
        1ER ET 2EME SOUS-SOL
        MC PRINCIPALITY OF MONACO

*Date of main operation***:** 10/15/1990
*Mode of operation*: DIRECT OPERATION

**EXTRACT MODEL COMPANIES E BIS**

ADMINISTRATION

       **ADMINISTRATOR**
       MR. JEAN MEYER
       18, RUE DU MOULIN DE PIERRE
       92130 ISSY-LES-MOULINAUX
       FRANCE
       born on 5/31/1947 in PARIS, FRANCE
       nationality: FRENCH

       ...
       **ADMINISTRATOR**
       MR. PIERGIOGIO PRADELLI
       OBERBLATTSTR 6D
       8832 WOLLERAU
       SWITZERLAND
       born on 01/30/1967 in TURIN, ITALY
       nationality: ITALIAN

       ...
       **ADMINISTRATOR LEGAL PERSON**
       **EFG INTERNATIONAL in his capacity as Administrator**
       Represented by
       MR. ADRIAN KYRIAZI
       c/o EFG INTERNATIONAL
       BLEICHERWEG 8
       8001 ZURICH, SWITZERLAND

       ...
       **ADMINISTRATOR**
       MS. MARGUERITE LATSIS
       14, AV. DE GRANDE-BRETAGNE
       98000 MONACO
       MC
       born on 6/03/1961 in ATHENS, GREECE
       nationality: SWISS

       ...
       **ADMINISTRATOR**
       MR. ODYSSEUS SASSAYIANNIS
       14, AV. DE GRANDE-BRETAGNE
       98000 MONACO
       MC
       born on 06/04/1939 in SALONIKA, GREECE
       nationality: GREEK

       ...
       **ADMINISTRATOR**
       MR. SPIRO LATSIS
       2, AV. DES CITRONNIERS
       98000 MONACO
       MC
       born on 8/15/1946 in ATHENS, GREECE
       nationality: GREEK

...

**EXTRACT MODEL COMPANIES E BIS**

**ADMINISTRATOR**
MR. CARLO MATURI
11, AV. PRINCESSE GRACE
98000 MONACO
MC
born 8/26/1959 in VARESE, ITALY
nationality: ITALIAN

...

**ADMINISTRATOR**
MR. PHOTIOS ANTONATOS
4, CHEMIN SEBASTIEN CASTELLION
1223 COLOGNY
SWITZERLAND
born 12/1/1945 in ADDIS ABABA, ETHIOPIA
nationality: GREEK

...

**PRESIDENT**
MR. JEAN-CLAUDE GOURRUT
9, AV. DE LA GARE
CAP D'AIL
FRANCE
born 2/12/1942 in BON ENCONTRE, FRANCE
nationality: FRENCH

...

**ADMINISTRATOR**
MR. EMMANUEL BUSSETIL
2, CHEMIN DU PORT NOIR
1207 GENEVA
SWITZERLAND
born 11/17/1951 in PIRAEUS, GREECE
nationality: BRITISH

**EXTRACT MODEL COMPANIES E BIS**

Adjoining building
7, RUE DU GABIAN
LE GILDO PASTOR-BLOC B-1 ETG-No. 6
Activity:
For use as an office.
Mode of operation: Owner operator
…
Adjoining building
35, BD PRINCESSE CHARLOTTE - c/o
BSI MONACO-VILLA LES AIGLES-3 ETG
Activity:
For use as an office.
Mode of operation: Owner operator
…

**EXTRACT MODEL COMPANIES E BIS**

| NOTES |
|---|

MINISTERIAL RULING NO. 90.523 OF OCTOBER 11, 1990, REGARDING AUTHORIZATION AND APPROVAL OF THE CORPORATION'S ARTICLES OF ASSOCIATION

…

MERGER BY ACQUISITION OF THE "BANQUE MONEGASQUE DE GESTION" BY "EFG EUROFINANCIAL INVESTMENT COMPANY S.A.M./EFG EUROFINANCIERE D'INVESTISSEMENTS S.A.M." RESULTING IN DISSOLUTION WITHOUT LIQUIDATION

…

OF THE "BANQUE MONEGASQUE DE GESTION" AND UNIVERSAL TRANSFER OF ITS ASSETS TO "EFG EUROFINANCIAL INVESTMENT COMPANY S.A.M./EFG EUROFINANCIERE D'INVESTISSEMENTS S.A.M."

…

MINISTERIAL RULING NO. 2015-637 DATED OCTOBER 22, 2015 AUTHORIZING THE INCREASE IN CORPORATE CAPITAL.

…

FAVORABLE OPINION DATED DECEMBER 30, 2015, AUTHORIZING THE OPENING OF AN ADJOINING BUILDING AT 7, RUE DU GABIAN.

…

FAVORABLE OPINION DATED JANUARY 18 AND 25, 2017, AUTHORIZING THE OPENING OF AN ADJOINING BUILDING AT BSI MONACO S.A.M. AT 35, BD PRINCESSE CHARLOTTE.

| **TAX STAMP and DEPARTMENT SEAL** | **Certified true extract** <br> **Monaco, Tuesday, February 4, 2020** |
|---|---|
| PRINCIPALITY OF MONACO <br> STAMP DUTY <br><br> € 5 | **On behalf of The Director** |



City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document "**E-Bis 04.02.2020**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Alyssa Mullally

Sworn to before me this
March 12, 2020

Signature, Notary Public

*[Notary stamp: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]*

Stamp, Notary Public