# Exhibit 1

# **EXHIBIT 1**

| **Adversary Proceeding** | **Defendant(s)** |
|---|---|
| *Fairfield Sentry Limited (in Liquidation) v. ABN Amro Schweiz AG*, Adv. Pro. No. 10-3635 | UBS AG (named herein as UBS AG Zurich and UBS AG New York)<br><br>UBS Jersey Nominees Limited (named herein as UBS Jersey Nominees) |
| *Fairfield Sentry Limited (in Liquidation) v. ABN Amro Schweiz AG*, Adv. Pro. No. 10-3636 | UBS AG (named herein as UBS AG Zurich and UBS AG New York)<br><br>UBS Jersey Nominees Limited (named herein as UBS Jersey Nominees) |
| *Fairfield Sentry Limited (in Liquidation) v. UBS AG New York*, Adv. Pro. No. 10-3780 | UBS AG (named herein as UBS AG New York) |
| *Fairfield Sentry Limited (in Liquidation) v. UBS Fund Services (Cayman) Limited*, Adv. Pro. No. 10-4095 | UBS Fund Services (Cayman) Limited |
| *Fairfield Sentry Limited (in Liquidation) v. UBS Europe SE, Luxembourg Branch*, Adv. Pro. No. 11-1250 | UBS Europe SE, Luxembourg Branch f/k/a UBS (Luxembourg) S.A. |
| *Fairfield Sentry Limited (in Liquidation) v. UBS Fund Services (Ireland) Ltd.*, Adv. Pro. No. 11-1258 | UBS Fund Services (Ireland) Ltd.<br><br>UBS AG (named herein as UBS Zurich) |