# Exhibit 3


# Commercial register of canton Zurich

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-270.3.004.646-4 CH-270.3.004.646-4/e | 1 |
|---|---|---|---|---|---|---|
| CHE-101.329.561 | Limited or Corporation | 28.02.1978 | | | | |

All entries

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **UBS AG** | 1 | Zürich |
| 1 | | (UBS SA) (UBS Inc.) | 1 | Basel |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 385'840'846.60 | 385'840'846.60 | 3'858'408'466 Namenaktien zu CHF 0.10 | 1 | | Aeschenvorstadt 1 |
| | | | | | | | 4051 Basel |
| | | | | | 1 | | Bahnhofstrasse 45 |
| | | | | | | | 8001 Zürich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Zweck der Gesellschaft ist der Betrieb einer Bank. Ihr Geschäftskreis umfasst alle Arten von Bank-, Finanz-, Beratungs-, Dienstleistungs- und Handelsgeschäften im In- und Ausland. Die Gesellschaft kann im In- und Ausland Zweigniederlassungen und Vertretungen errichten sowie Banken, Finanzgesellschaften und andere Unternehmen aller Art gründen, sich an solchen beteiligen und deren Geschäftsführung übernehmen. Die Gesellschaft ist berechtigt, Grundstücke und Baurechte im In- und Ausland zu erwerben, zu belasten und zu verkaufen. Die Gesellschaft kann Mittel am Kapitalmarkt aufnehmen und anlegen. Die Gesellschaft ist Teil des Konzerns, der von UBS Group AG als Muttergesellschaft kontrolliert wird. Sie kann die Interessen der Konzernmuttergesellschaft oder anderer Konzerngesellschaften fördern. Sie kann Darlehen, Garantien und andere Arten der Finanzierung und von Sicherheitsleistungen für Konzerngesellschaften gewähren. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 17.02.1978 |
| 1 | | Vernichtung von 18'421'783 im Rahmen des Aktienrückkaufsprogrammes 2000 erworbenen eigenen Namenaktien zu CHF 10.-- und Herabsetzung des Nennwerts der verbleibenden 425'957'946 Namenaktien zu CHF 10.-- auf CHF 8.40 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 10.07.2001 festgestellt. Die verbleibenden 425'957'946 Namenaktien zu CHF 8.40 werden im Verhältnis eins zu drei aufgeteilt, woraus 1'277'873'838 Namenaktien zu CHF 2.80 resultieren. | 1 | 13.02.2006 |
| | | | 1 | 19.04.2006 |
| | | | 1 | 13.02.2007 |
| | | | 1 | 18.04.2007 |
| | | | 1 | 05.02.2008 |
| 1 | | Vernichtung von 28'818'690 im Rahmen des Aktienrückkaufsprogrammes 2001 erworbenen eigenen Namenaktien zu CHF 2.80 und Herabsetzung des Nennwerts der verbleibenden 1'252'898'809 Namenaktien zu CHF 2.80 auf CHF 0.80 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 27.06.2002 festgestellt. | 1 | 27.02.2008 |
| | | | 1 | 15.04.2008 |
| | | | 1 | 23.04.2008 |
| | | | 1 | 12.06.2008 |
| 1 | | Vernichtung von 75'970'080 im Rahmen des Aktienrückkaufsprogramms 2002 und 2002b erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 30.06.2003 festgestellt. | 1 | 02.10.2008 |
| | | | 1 | 27.11.2008 |
| | | | 1 | 03.03.2009 |
| 1 | | Vernichtung von 59'482'000 im Rahmen des Aktienrückkaufsprogrammes 2003 erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 24.06.2004 festgestellt. | 1 | 15.04.2009 |
| | | | 1 | 29.06.2009 |
| | | | 1 | 29.09.2009 |
| 1 | | Vernichtung von 39'935'094 im Rahmen des Aktienrückkaufsprogramms 2004 erworbenen eigenen Namenaktien zu CHF 0.80. Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 29.06.2005 festgestellt. | 1 | 09.03.2010 |
| | | | 1 | 14.04.2010 |
| | | | 1 | 20.09.2010 |
| 1 | | Vernichtung von 37'100'000 im Rahmen des Aktienrückkaufsprogrammes 2005/2006 erworbenen eigenen Namenaktien zu CHF 0.80 und Herabsetzung des Nennwerts der verbleibenden 1'051'532'522 Namenaktien zu CHF 0.80 auf CHF 0.20 (Rückzahlung). Beachtung der gesetzlichen Vorschriften gemäss Art. 734 OR durch öffentliche Urkunde vom 27.06.2006 festgestellt. Die verbleibenden 1'051'532'522 Namenaktien zu CHF 0.20 werden im Verhältnis eins zu zwei aufgeteilt, woraus 2'103'065'044 Namenaktien zu CHF 0.10 resultieren. | 1 | 22.02.2011 |
| | | | 1 | 27.02.2012 |
| | | | 1 | 03.05.2012 |
| | | | 1 | 27.02.2013 |
| | | | 1 | 14.11.2013 |


# Commercial register of canton Zurich

| CHE-101.329.561 | UBS AG | Basel | 114 |
|---|---|---|---|

All entries

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 38 |  |  | Loup, Pascal, von Vully-les-Lacs, in Mettmenstetten |  | joint signature at two |
| 38 |  |  | Rademacher, Dirk, deutscher Staatsangehöriger, in Zürich |  | joint signature at two |
| 38 |  |  | Rogge, Barbara, deutsche Staatsangehörige, in Basel |  | joint signature at two |
|  | 38 |  | Schätti, Andrea, von Winterthur, in Wollerau |  | joint signature at two |
| 38 |  |  | Miletic, Biljana, von Birr, in Winkel |  | joint agent signature at two |
| 38 |  |  | Stumm, Anke, deutsche Staatsangehörige, in Zürich |  | joint agent signature at two |
| 38 |  |  | Yüksel, Özgün, von Genève, in Opfikon |  | joint agent signature at two |
|  | 39 |  | Aydogdu, Yilmaz, von Schlieren, in Unterengstringen |  | joint signature at two |
| 39 |  |  | Diallo, Birte, deutsche Staatsangehörige, in Herrliberg |  | joint signature at two |
|  | 39 |  | Ferrer Ruiz, Jose Manuel, spanischer Staatsangehöriger, in Egg |  | joint signature at two |
| 39 |  |  | Giacometto, Malaika, von Kriens, in Adliswil |  | joint signature at two |
| 39 |  |  | Jibuti, Salome, georgische Staatsangehörige, in Zürich |  | joint signature at two |
|  | 39 |  | Kennedy, William, irischer Staatsangehöriger, in Wollerau |  | joint signature at two |
|  | 39 |  | Makulinski, Patrick, deutscher Staatsangehöriger, in Bergdietikon |  | joint signature at two |
|  | 39 |  | Plattner von Koenneritz, Gian, von Untervaz, in Rapperswil-Jona |  | joint signature at two |
| 39 |  |  | Rabello Weinländer, Camila, brasilianische Staatsangehörige, in Neerach |  | joint signature at two |
|  | 39 |  | Thomas, Melanie, von Eschenbach (SG), in Gossau (SG) |  | joint signature at two |
| 39 |  |  | Trapletti, Dorota, von Centovalli, in Gambarogno |  | joint signature at two |
|  | 40 |  | Arnoux, Manon, französische Staatsangehörige, in Widen |  | joint signature at two |
|  | 40 |  | Barp, Adrian, von St. Gallen, in Thalwil |  | joint signature at two |
|  | 40 |  | Berger, Yves, von Aarwangen, in Herrliberg |  | joint signature at two |
|  | 40 |  | Frutiger, Sarah, von Römerswil, in Jonen |  | joint signature at two |
|  | 40 |  | Keller, Dunja, von Basadingen-Schlattingen, in Basadingen-Schlattingen |  | joint signature at two |
| 40 |  |  | Schmid, Simon, von Grüningen, in Zürich |  | joint signature at two |
| 40 |  |  | Schreyer, Désirée, von Zürich, in Kilchberg (ZH) |  | joint signature at two |
|  | 40 |  | Tosun, Huseyin Ismail, britischer Staatsangehöriger, in Baar |  | joint signature at two |
|  | 40 |  | Yen, Karen, amerikanische Staatsangehörige, in Zürich |  | joint signature at two |
| 40 |  |  | Aebli, Rebecca, von Zürich, in Ennetbaden |  | joint agent signature at two |
| 40 |  |  | Amstad, Christof, von Beckenried, in Ennetbürgen |  | joint agent signature at two |
| 40 |  |  | Petrovic, Pamela, von Rheinfelden, in Oensingen |  | joint agent signature at two |
|  | 41 |  | Portmann, Thomas, von Hasle (LU), in Ingenbohl |  | joint signature at two |
|  | 41 |  | Ritter, Tiziana, von Eichberg, in Thürnen |  | joint signature at two |
|  | 41 |  | Schär, Jürg, von Gondiswil, in Kloten |  | joint signature at two |
| 41 |  |  | Wehrenberg, Alan, amerikanischer Staatsangehöriger, in Erlenbach (ZH) |  | joint signature at two |
|  | 41 |  | Wild, Roman, von Appenzell, in Pfäffikon |  | joint signature at two |
|  | 41 |  | Meißner, Sascha, deutscher Staatsangehöriger, in Kreuzlingen |  | joint agent signature at two |

Zürich, 26.02.2020

This extract from the cantonal Registry Office is not valid without the original authentication on the left. The extract contains all valid entries for the company in question as well as any entries deleted since the date of 01.11.2017 . On special request it is also possible to provide an extract containing only the valid entries. The Commercial Registry Office of the Canton of Zurich does not accept any liability for this extract from the Commercial Register not being accepted as sufficient proof of the facts stated therein at its place of destination.



# APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Land: Schweizerische Eidgenossenschaft, Kanton Zürich
   Country: Swiss Confederation, Canton of Zürich
   Diese öffentliche Urkunde / This public document

2. ist unterschrieben von
   has been signed by                    Yvonne Bachmann

3. in seiner Eigenschaft als
   acting in the capacity of             Mitarbeiter/-in

4. sie ist versehen mit dem Stempel/Siegel des (der) – bears the stamp/seal of
   Handelsregisteramt Kanton Zürich

   Bestätigt / Certified

5. In / at 8090 Zürich / Zurich         6. am / the    27.02.2020

7. durch die Staatskanzlei des Kantons Zürich
   by the Chancellery of State of the Canton of Zurich

   unter Nr. / under N°  1176408/2020

9. Stempel/Siegel / Stamp/seal          10. Unterschrift / Signature

S. Hanselmann