# Exhibit 5



## COMPANIES (JERSEY) LAW 1991

## CERTIFICATE OF
## INCORPORATION ON CHANGE OF NAME
## OF A LIMITED COMPANY

**Registered Number 42816**

### I HEREBY CERTIFY THAT

### SBC JERSEY NOMINEES LIMITED

a company incorporated under the Companies (Jersey) Laws, 1861-1968, having changed its name by special resolution, has today been entered on the Register of Companies incorporated in Jersey as a private company having the name of

### UBS JERSEY NOMINEES LIMITED

Dated this 29th day of June 1998

*Assistant Registrar of Companies*

FINANCIAL SERVICES

30 JUN 1998

FILED

Company Registry Information

| I₁ | / | | | | 4 | 2 | 8 | | | 6 |

Security / Company

| | P | N | C |

Index Code