# Exhibit 6

**Jersey Financial Services Commission**

Marshall R. King
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York
NT 10166-0193
By email: MKing@gibsondunn.com

Our Ref:     ME/ 2705

12 March 2020

Dr Mr King

**UBS Jersey Nominees Limited**

We write in response to your letter dated 10 March 2020 in relation to UBS Jersey Nominees Limited.

The JFSC confirms that UBS Jersey Nominees Limited was registered under the Financial Services (Jersey) Law 1998 to conduct Trust Company Business, Class M (Acting as or fulfilling or arranging for another person to act as shareholder or unitholder as a nominee for another person) from 14 June 2001 to 19 October 2018.

Yours sincerely

**Martin Edwards**
**Senior Supervisor, Banking Supervision**
**Tel:** +44 (0) 01534 822031
**Email:** m.edwards@jerseyfsc.org

JFSC Sensitive

T +44 (0)1534 822000         PO Box 267  14-18 Castle Street          jerseyfsc.org
E info@jerseyfsc.org         St Helier  Jersey JE4 8TP

We, the JFSC may use the information you send to us, together with other information which comes from or relates to you, to discharge our functions effectively. To better understand your rights and how we handle your information, we would encourage you to read our Privacy Notice and Data Protection Statement, copies of which are available on request and are also on jerseyfsc.org

**JFSC Confidential**
**Whistleblowing Line:**
**T +44 (0)1534 887557**