# Exhibit 7

CR-18063

# *Certificate of Incorporation on Change of Name*



*I DO HEREBY CERTIFY that*

**UBS Fund Services (Cayman) Ltd.**

*having by Special resolution dated 11th day of December Two Thousand Fifteen changed its name, is now incorporated under name of*

**MUFG Alternative Fund Services (Cayman) Limited**

*Given under my hand and Seal at George Town in the Island of Grand Cayman this 11th day of December Two Thousand Fifteen*



**An Authorised Officer,
Registry of Companies,
Cayman Islands.**

Authorisation Code : 248037703753
www.verify.gov.ky
11 December 2015