# Exhibit 8

# CAYMAN ISLANDS
## MONETARY AUTHORITY

Mr. Kendell Pierre
Director
MUFG Alternative Fund Services (Cayman) Limited
P.O. Box 852
Grand Cayman KY1-1103
Cayman Islands

Ref: GHG/JM/ctc

**By Hand and Email:** KPierre@mfsadmin.com

12 March 2020

Dear Mr. Pierre,

**SUBJECT:   MUFG Alternative Fund Services (Cayman) Limited (the "Licensee") - Letter of Good Standing**

The Cayman Islands Monetary Authority confirms that the Licensee is the holder of a Category "A" Banking Licence and Trust Licence issued on 19 September 1972 under The Banks and Trust Companies Regulation Law (Revised) and a Full Mutual Fund Administrators Licence issued on 16 December 1993 under the Mutual Funds Law (as Revised).

At the date of writing, the Licensee is current with its payment of fees and the filing of supervisory reports.

Yours sincerely,

**Gloria Glidden**
Head - Banking Supervision Division

Tel.    (345) 244 – 1574
Email.  GloriaGlidden@cima.ky

**Juliette Maynard**
Deputy Head – Investments Supervision Division

Tel.    (345) 244 -1692
Email.  JulietteMaynard@cima.ky

\\Cimaprod02\data\Shared\Joint Approvals\MUFG Alternative Fund Services (Cayman) Limited\LOGS\CIMA Letter of Good Standing March 2020.docx