# Exhibit 9

# Search Here For Entities Which Are Currently Registered With CIMA

*AllBanking DivisionFiduciary DivisionInsurance DivisionInvestments DivisionSecurities Division*

Search here for entities (entitlements) that are currently licensed or registered by the Cayman Islands Monetary Authority.

**How To Search**

In the text box, type the full name, or part of the name, of the entity you wish to find. Choose the appropriate sector from the drop-down box, or choose "All" to search for the entity in all sectors. **Click "Search" or hit the Enter / Return key** on your keyboard.

**Disclaimer:**
Please note that entities registered as Excluded Persons are exempted from the requirement to obtain a licence to conduct securities investment business as they conduct business exclusively with persons or institutions as set out in Schedule 4 of the SIBL and are therefore not regulated by the Authority.

| Reference Number | Name | Type | Recognised Date | Status |
|---|---|---|---|---|
| 72008 | MUFG Alternative Fund Services (Cayman) Limited | Banking Class A | 19-Sep-1972 | ACT |
| 72008 | MUFG Alternative Fund Services (Cayman) Limited | Trust | 19-Sep-1972 | ACT |
| 3019 | MUFG Alternative Fund Services (Cayman) Limited | Mutual Fund Administrator - Full | 16-Dec-1993 | ACT |