# Exhibit 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| FAIRFIELD SENTRY LIMITED, et al., | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS solely in his capacity as Foreign Representative and Liquidator thereof, | ) Adv. Pro. No. 11-01250 ) (SMB) |
| Plaintiffs, | ) |
| -against- | ) |
| UBS (LUXEMBOURG) S.A. and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF UBS LUXEMBOURG SA 1-1000, including without limitation BENEFICIAL OWNERS OF ACCOUNTS ASSOCIATED WITH REFERENCE IDENTIFIER BEL, | ) |
| Defendant. | ) |

**SHAREHOLDER NAME CHANGE STIPULATION**

WHEREAS, Kenneth M. Krys and Charlotte E. Caulfield, as joint liquidators and foreign representatives (the "Foreign Representatives") of Fairfield Sentry Limited (In Liquidation) ("Sentry"), Fairfield Sigma Limited (In Liquidation) ("Sigma"), and Fairfield Lambda Limited (In Liquidation) ("Lambda" together with Sentry and Sigma, the "Funds"), have initiated the above-captioned action (the "Action") against UBS (Luxembourg) S.A., as well as beneficial owners of accounts held in the name of UBS (Luxembourg) S.A. 1-1000, for the recovery of $49,963,561.26 in share redemptions from Sentry and Sigma;

1

10-03635-jmp    Doc 496-12    Filed 03/23/20    Entered 03/23/20 22:14:49    Exhibit 11
Pg 3 of 4

WHEREAS, on 1 December 2016, a merger by acquisition took place which involved the assets and liabilities of UBS (Luxembourg) S.A. being transferred to UBS Deutschland AG, which in turn adopted the legal form of a European Company (SE) named "UBS Europe SE";

WHEREAS, as of 1 December 2016, the activities of UBS (Luxembourg) S.A. have been continued, without interruption, by UBS Europe SE, Luxembourg Branch; and

WHEREAS, UBS Europe SE, Luxembourg Branch has requested that the Foreign Representatives update the Register of Shareholders of Sentry, Sigma and Lambda by replacing the name of UBS (Luxembourg) S.A. with UBS Europe SE, Luxembourg Branch; and

WHEREAS, the parties have conferred with regard to the name change request and have agreed to the terms set forth below.

NOW, THEREFORE, the parties do hereby STIPULATE and AGREE as follows:

1.      The Foreign Representatives shall amend the name of UBS (Luxembourg) S.A. to UBS Europe SE, Luxembourg Branch in the Register of Shareholders of Sentry, Sigma and Lambda, subject to the agreed-upon conditions set forth herein.

2.      The Foreign Representatives may, as necessary in their sole discretion, amend the complaint in the Action to substitute UBS Europe SE, Luxembourg Branch as a named defendant in place of UBS (Luxembourg) S.A.

3.      UBS Europe SE, Luxembourg Branch hereby represents and warrants that it shall have, be bound by, and assume all liabilities of UBS (Luxembourg) S.A. to the Funds or the Foreign Liquidators in connection with the claims pending in the Action or otherwise arising out of or relating to any of the Defendant's investments in or redemptions of shares of any of the Funds.

2

4.      UBS Europe SE, Luxembourg Branch hereby represents and warrants that, as of

the date of execution by it of this Stipulation, it has sufficient assets to pay in full any judgment

rendered against it in the above-captioned action.

5.      UBS Europe SE, Luxembourg Branch hereby represents and warrants that it will

not raise any defenses, affirmative defenses, counterclaims, or other arguments in response to the

Foreign Representatives' claims in the Action that would not have otherwise been available to

UBS (Luxembourg) S.A.   The parties agree that UBS Europe SE, Luxembourg Branch shall

retain all defenses, affirmative defenses, counterclaims, or other arguments in response to the

Foreign Representatives' claims in the Action that were or would have been available to UBS

(Luxembourg) S.A.

6.      Nothing in this Stipulation shall constitute, nor be deemed to constitute, a waiver

of any rights or objections of the parties in connection with the Action.

7.      Each person who executes this Stipulation represents that he or she is duly

authorized to execute this Stipulation on behalf of the respective parties hereto and that each

such Party has full knowledge of, and has consented to, this Stipulation.

8.      This Stipulation may be executed in counterparts, each of which shall be deemed

an original, but all of which together shall constitute one and the same instrument.  Delivery of a

counterpart by telecopier, email or other electronic means shall be effective as delivery of a

manually executed counterpart, and it shall constitute sufficient proof of this Stipulation to

present any copy, copies, or facsimiles signed by the parties hereto to be charged.

3

10-03635-jmm    Doc 496-12    Filed 03/23/20    Entered 03/23/20 22:14:49    Exhibit 11
Pg 4 of 4

_/s/ David J. Molton_                         _/s/ Marshall R. King_
BROWN RUDNICK LLP                    GIBSON, DUNN & CRUTCHER LLP
David J. Molton                              Marshall R. King
Seven Times Square                           200 Park Avenue
New York, NY 10036                           New York, NY 10166-0193

Dated: November 27, 2017                     Dated: November 17, 2017
        New York, New York                           New York, New York


                                             _Counsel to UBS Europe SE, Luxembourg_
_Counsel to the Foreign Representatives_      _Branch_




IT IS SO ORDERED.


Dated:  **November 27, 2017**
        New York, NY


                                   **/s/ STUART M. BERNSTEIN**
                                   Hon. Stuart M. Bernstein
                                   United States Bankruptcy Judge

4