# Exhibit 12(a)



BUSINESS AND COMMERCE REGISTRY

**Document provided with a qualified electronic signature**

This document has been created electronically and is provided with an electronic signature qualified by the manager of the business and commerce registry in order to guarantee the authenticity of the origin and the integrity of the information contained in this document In relation to information entered or in relation to documents filed in the business and commerce registry.

Signed electronically by
Michel Mathias Gustave Kill
Date of signature indicated: 12/02/2020   08:37:17 a.m.
Type of service:     Signed for agreement
Serial number:       10200177730106502356
Signature font:      1.3.171.1.4.1.3.1
eSign

**LUXEMBOURG BUSINESS REGISTERS G.I.E.** T. (+352) 26 42 81 F. (+352) 26 42 85 55 WWW.LBR.LU
POSTAL ADDRESS: L-2961 LUXEMBOURG | HEADQUARTERS: 14, RUE ERASME L-1468 LUXEMBOURG | R.O.S. LUXEMBOURG 024

# TRANSLATION CERTIFICATION

Date: March 13, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French (France)

To:

- English (USA)

The documents are designated as:
- 'UBS (Luxembourg) S.A - Annual Account 2007 Certified.pdf'
- 'UBS (Luxembourg) S.A - Annual Account 2008 Certified.pdf'

Alessia Nucci Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Alessia Nucci

# TRANSLATION CERTIFICATION

Date: March 12, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French
- German

To:

- English

The documents are designated as:

- LUXEMBOURG) S.A. - Annual Accounting 2004 (Page 1 – Government Endorsement)
- LUXEMBOURG) S.A. - Annual Accounting 2005 (Page 1 – Government Endorsement)
- LUXEMBOURG) S.A. - Annual Accounting 2006 (Page 1 – Government Endorsement)
- UBS AG Commercial Register Extract ("Purpose" section)

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li