# Exhibit 13

129553

# MEMORIAL
Journal Officiel
du Grand-Duché de
Luxembourg



# MEMORIAL
Amtsblatt
des Großherzogtums
Luxemburg

## RECUEIL DES SOCIETES ET ASSOCIATIONS

Le présent recueil contient les publications prévues par la loi modifiée du 10 août 1915 concernant les sociétés commerciales et par la loi modifiée du 21 avril 1928 sur les associations et les fondations sans but lucratif.

**C — N° 2700**  **6 novembre 2012**

## SOMMAIRE

Belles Rives Immobiliers S.à r.l. . . . . . . . . . 129575
Bouquet Holding S.A. . . . . . . . . . . . . . . . . . 129600
CB Lux S.à r.l.-FIS . . . . . . . . . . . . . . . . . . . . 129575
CEF (E) S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129600
CEF (W) SA . . . . . . . . . . . . . . . . . . . . . . . . . 129600
EU Art S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129576
Everest Investholding S.à r.l. . . . . . . . . . . . 129582
Exor S.A. . . . . . . . . . . . . . . . . . . . . . . . . . . . 129582
FC Financing & Consulting S.A. . . . . . . . . 129582
Fidint S.A. . . . . . . . . . . . . . . . . . . . . . . . . . . 129583
Fidint S.A. . . . . . . . . . . . . . . . . . . . . . . . . . . 129576
Financière Cavour S.A. . . . . . . . . . . . . . . . . 129583
Financière d'Ancône . . . . . . . . . . . . . . . . . . 129584
Financière Floranne S.A.H. . . . . . . . . . . . . 129584
Findi S. à r.l. . . . . . . . . . . . . . . . . . . . . . . . . 129584
Finservice S.A. . . . . . . . . . . . . . . . . . . . . . . 129585
Finservice S.A. . . . . . . . . . . . . . . . . . . . . . . 129585
FJMNY Europe S.A. . . . . . . . . . . . . . . . . . . 129585
Fratera S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129587
Fratera S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129586
Fratera S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129587
Fratera S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129586
Fratera S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129586
Fratera S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129586
FZ Finance S.à r.l. . . . . . . . . . . . . . . . . . . . . 129585
General Lux S.A. . . . . . . . . . . . . . . . . . . . . . 129587
Global Wealth Management Group S.A.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129588
Glucose S.A. . . . . . . . . . . . . . . . . . . . . . . . . 129588
Glucose S.A. . . . . . . . . . . . . . . . . . . . . . . . . 129586
G.M. Aviation Services . . . . . . . . . . . . . . . . 129587
Goldenstein & Goldenstein S.A. . . . . . . . . 129588
Granite Fin S.A. . . . . . . . . . . . . . . . . . . . . . . 129588
Grissin S.A. . . . . . . . . . . . . . . . . . . . . . . . . . 129589
Groupe Hima Finance Investholding S.A.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129590
GSMP 3 Onshore S.à r.l. . . . . . . . . . . . . . . . 129589
GUS Finance Luxembourg Limited . . . . . 129587
GUS US Holdings SE, Luxembourg Branch
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129590
Healthways International, S. à r.l. . . . . . . . 129590
High Pressure Investments S.A. . . . . . . . . 129588
HM MVS Luxco S.à r.l. . . . . . . . . . . . . . . . . 129583
Holding Servant et Fils Management S.A.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129590
Holly Tree Immobilier S.A. . . . . . . . . . . . . 129591
IKAV Renewable S.à r.l. . . . . . . . . . . . . . . . 129591
Jolux Invest S.A. . . . . . . . . . . . . . . . . . . . . . 129584
OCS Investment S.à r.l. . . . . . . . . . . . . . . . 129563
QH RE Europe S.à r.l. . . . . . . . . . . . . . . . . . 129567
San Angelo S.A. . . . . . . . . . . . . . . . . . . . . . 129589
Snaefellsnes Investments S.à r.l. . . . . . . . . 129571
Starline Financials S.A. . . . . . . . . . . . . . . . . 129591
Starline Financials S.à r.l. . . . . . . . . . . . . . . 129591
UBS (Luxembourg) S.A. . . . . . . . . . . . . . . . 129554
Vandersanden Bricks S.A. . . . . . . . . . . . . . 129576



129554

## UBS (Luxembourg) S.A., Société Anonyme.
Siège social: L-1855 Luxembourg, 33A, avenue J.F. Kennedy.
R.C.S. Luxembourg B 11.142.
—

Im Jahre zweitausendzwölf, am einunddreißigsten Tag im Oktober.

Vor dem unterzeichnenden Notar Jean-Paul MEYERS, mit Amtssitze zu Rambrouch, handelnd Vertretung seines verhinderten Amtskollegen Notar Paul BETTINGEN, mit Amtssitze zu Niederanven, welch letztgenannter Bewahrer der vorliegenden Urkunde bleibt.

Traten zu einer außerordentlichen Generalversammlung zusammen die Aktionäre, beziehungsweise deren Vertreter, der anonymen Gesellschaft UBS (LUXEMBOURG) S.A., mit Sitz in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy, eingetragen im Handelsregister Luxemburg unter der Nummer B 11142, gegründet gemäß Urkunde aufgenommen durch den Notar Robert ELTER, mit damaligem Amtssitz in Luxemburg, am 20. August 1973, veröffentlicht im Mémorial C Nummer 150 vom 30. August 1973, letztmalig abgeändert durch den Notar Paul Bettingen, mit Sitz in Niederanven, am 2. Februar 2012, veröffentlicht im Memorial C Nummer 376 vom 13. Februar 2012 („Die Gesellschaft").

Den Vorsitz der Versammlung führt Herr Markus Kraemer, Managing Director, mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

Zum Schriftführer wird bestimmt Herr Werner Winnen, Director, mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

Die Versammlung wählt jeweils zum Stimmzähler Herrn Frédéric Sudret, Executive Director, und Herrn Johan Bakeroot, Director, beide mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

Sodann gab der Vorsitzende folgende Erklärung ab:

I.- Die Tagesordnung hat folgenden Wortlaut:

1. Neufassung der Satzung der Gesellschaft, und insbesondere:

- Abänderung des letzten Absatzes des zweiten Artikels (vormals vierten Artikels) den Gesellschaftszweck betreffend wie folgt:

**Art. 2. (Letzter Absatz) (Vormals Art. 4).** „ Die Gesellschaft kann ferner Grundstücke erwerben, veräussern und belasten, Sicherheiten jeder Art annehmen, bestellen und aufgeben, im In-und Ausland Zweigniederlassungen und Vertretungen errichten, Beteiligungen an anderen luxemburgischen oder ausländischen Gesellschaften erwerben, halten und veräussern, Handelsgeschäfte und andere Wirtschaftsunternehmen, die auch auf dem Grundstücksmarkt tätig sein können, betreiben und gründen, soweit solche Geschäfte in irgendeiner Beziehung zu dem Gesellschaftszweck stehen oder zum Erreichen des Gesellschaftszweckes dienlich sein könnten.»

- Abänderung des Artikels 13 (vormals Artikel 10) die Dauer der Mandate der Verwaltungsratsmitglieder betreffend, welcher folgenden Wortlaut annimmt:

**Art. 13. (Vormals Art. 10).** «Die Gesellschafterversammlung ernennt die Verwaltungsratsmitglieder und bestimmt die Dauer ihrer Mandate. Die Verwaltungsratsmitglieder werden bis zur nächsten ordentlichen Hauptversammlung bestellt. Sie können wiedergewählt werden. Sie können jederzeit durch eine Gesellschafterversammlung abberufen werden.»

- Festlegung der Aktien auf Namensaktien.

2. Einführung einer englischen Übersetzung der Statuten der Gesellschaft, wobei im Falle von Abweichungen der deutschen und der englischen Fassung die deutsche massgebend ist.

3. Verschiedenes.

II.- Die anwesenden oder vertretenen Aktieninhaber und die Anzahl der von ihnen gehaltenen Aktien sind auf einer Anwesenheitsliste, unterschrieben von den Aktieninhabern oder deren Bevollmächtigte, das Versammlungsbüro und den unterzeichneten Notar, aufgeführt. Die etwaigen Vollmachten bleiben gegenwärtiger Urkunde beigebogen um mit derselben einregistriert zu werden.

III.- Aus der vorbezeichneten Anwesenheitsliste geht hervor, dass das gesamte Aktienkapital anwesend oder vertreten ist. Die Versammlung ist demnach ordentlich zusammengesetzt und kann rechtsgültig über die Tagesordnung abstimmen, die den Gesellschaftern vor der Versammlung mitgeteilt worden war.

Nach diesen Erklärungen und anschließender Beratung fasst die Außerordentliche Generalversammlung dann einstimmig folgende Beschlüsse:

*Erster Beschluss:*

Die Gesellschafterversammlung stellt fest, dass die Gesellschafter die Neufassung der Satzung erhalten haben.

*Zweiter und Dritter Beschluss:*

Die Gesellschafterversammlung beschließt, die Satzung der Gesellschaft neu zu fassen, und insbesondere folgendes abzuändern:

- Abänderung des letzten Absatzes des zweiten Artikels (vormals vierten Artikels) den Gesellschaftszweck betreffend wie folgt:

**Art. 2. (Letzter Absatz) (Vormals Art. 4).** „Die Gesellschaft kann ferner Grundstücke erwerben, veräussern und belasten, Sicherheiten jeder Art annehmen, bestellen und aufgeben, im In-und Ausland Zweigniederlassung und Vertretungen errichten, Beteiligungen an anderen luxemburgischen oder ausländischen Gesellschaften erwerben, halten und veräussern, Handelsgeschäfte und andere Wirtschaftsunternehmen, die auch auf dem Grundstücksmarkt tätig sein können, betreiben und gründen, soweit solche Geschäfte in irgendeiner Beziehung zu dem Gesellschaftszweck stehen oder zur Erreichen des Gesellschaftszweckes dienlich sein könnten.»

- Abänderung des Artikels 13 (vormals Art. 10) die Dauer der Mandate der Verwaltungsratsmitglieder betreffend, welcher folgenden Wortlaut annimmt:

« **Art. 13. (Vormals Art. 10).** Die Gesellschafterversammlung ernennt die Verwaltungsratsmitglieder und bestimmt die Dauer ihrer Mandate. Die Verwaltungsratsmitglieder werden bis zur nächsten ordentlichen Hauptversammlung bestellt. Sie können wiedergewählt werden. Sie können jederzeit durch eine Gesellschafterversammlung abberufen werden.»

- Festlegung der Aktien auf Namensaktien.
- Einführung einer englischen Übersetzung der Statuten der Gesellschaft, wobei im Falle von Abweichungen der deutschen und der englischen Fassung die deutsche massgebend ist.

Die neue Satzung der Gesellschaft hat folgenden Wortlaut:

### Name und Rechtsform

**Art. 1.** Der Name der Gesellschaft ist UBS (LUXEMBOURG) S.A. Die Gesellschaft hat die Form einer Aktiengesellschaft nach luxemburgischem Recht.

### Gesellschaftszweck

**Art. 2.** Zweck der Gesellschaft ist der Betrieb einer Bank. In dieser Eigenschaft ist die Gesellschaft berechtigt, alle Bankgeschäfte und alle Geschäfte, die mit Bankgeschäften in irgendeiner Beziehung stehen, auf eigene oder fremde Rechnung zu betreiben, insbesondere

A) fremde Gelder als Einlagen anzunehmen und zu verzinsen,
B) Darlehen und Kredite jeder Art zu gewähren,
C) Wechsel und Schecks anzukaufen,
D) Wertpapiere für eigene und für fremde Rechnung zu erwerben und zu veräussern,
E) Wertpapiere für andere zu verwahren und zu verwalten,
F) Schuldverschreibungen, Kassenobligationen und Schuldscheine auszugeben und mit diesen zu handeln,
G) die Emission von Aktien, Gesellschaftsanteilen, Zertifikaten, Schuldverschreibungen und anderen Wertpapieren zu fördern, solche Wertpapiere im eigenen Namen oder im Namen Dritter zu zeichnen und sie öffentlich oder privat zu platzieren,
H) alle internationalen Finanz-, Geld-und Devisengeschäfte durchzuführen,
I) Bürgschaften, Garantien und sonstige Gewährleistungen für andere zu übernehmen,
J) den bargeldlosen Zahlungsverkehr und Abrechnungsverkehr durchzuführen,
K) die Tätigkeit als Versicherungsmakler durch hierfür zugelassene natürliche Personen.

Die Gesellschaft kann ferner Grundstücke erwerben, veräussern und belasten, Sicherheiten jeder Art annehmen, bestellen und aufgeben, im Inund Ausland Zweigniederlassungen und Vertretungen errichten, Beteiligungen an anderen luxemburgischen oder ausländischen Gesellschaften erwerben, halten und veräussern, Handelsgeschäfte und andere Wirtschaftsunternehmen, die auch auf dem Grundstücksmarkt tätig sein können, betreiben und gründen, soweit solche Geschäfte in irgendeiner Beziehung zu dem Gesellschaftszweck stehen oder zum Erreichen des Gesellschaftszweckes dienlich sein könnten.

### Geschäftssitz

**Art. 3.** Der Geschäftssitz der Gesellschaft ist Luxemburg. Er kann an jeden anderen Platz in der Gemeinde Luxemburg mittels einfacher Entscheidung des Verwaltungsrats verlegt werden.

Falls aussergewöhnliche Ereignisse politischer, wirtschaftlicher oder sozialer Art oder höhere Gewalt vorliegen oder einzutreten drohen, welche die Geschäftstätigkeit der Gesellschaft an ihrem Geschäftssitz einschränken oder einzuschränken drohen, kann der Verwaltungsrat den Geschäftssitz provisorisch ins Ausland verlegen. Während der Zeit der vorübergehenden Verlegung des Geschäftssitzes behält die Gesellschaft ihre luxemburgische Nationalität und bleibt weiterhin dem luxemburgischen Gesetz unterworfen.

### Dauer

**Art. 4.** Die Dauer der Gesellschaft ist unbegrenzt.



129556

## Kapital

**Art. 5.** Das Gesellschaftskapital beträgt hundertfünfzig Millionen Schweizer Franken (CHF 150.000.000,-) bestehend aus hundertfünfzig Tausend (150.000) voll ausgezahlten Aktien ohne Nennwert

Das Gesellschaftskapital kann in Übereinstimmung mit den gesetzlichen Vorschriften erhöht oder herabgesetzt werden.

Die Gesellschaft darf im Rahmen der gesetzlichen Bestimmungen ihre eigenen Aktien erwerben.

## Aktien

**Art. 6.** Die Aktien sind Namensaktien. Anstelle von Urkunden über einzelne Aktien können Zertifikate über eine Mehrzahl von Aktien ausgegeben werden.

**Art. 7.** Am Geschäftssitz der Gesellschaft wird ein Aktienregister geführt, in welches jeder Aktionär jederzeit Einsicht nehmen kann. Die Eintragungen umfassen die folgenden Angaben:

- die genaue Bezeichnung eines jeden Aktionärs und die Anzahl und Nummern seiner Aktien;
- die auf die Aktien eingezahlten Beträge;
- die Übertragungen von Aktien und die Daten der Übertragungen;
- die Umwandlung von Namensaktien in Inhaberaktien und das Datum der Umwandlung.

**Art. 8.** Das Eigentum an einer Namensaktie wird durch die Eintragung in das Aktienregister nachgewiesen. Den Inhabern von Namensaktien werden Bescheinigungen über die Eintragung ausgestellt.

**Art. 9.** Die Übertragung von Namensaktien erfolgt durch eine schriftliche Übertragungserklärung, welche von dem übertragenden Gesellschafter und dem Gesellschafter, dem die Aktien übertragen werden, oder ihren Bevollmächtigten zu datieren und zu unterschreiben ist. Die Übertragung wird in das Aktienregister eingetragen.

Die Übertragung von Namensaktien kann Dritten auch ohne Eintragung im Aktienregister entgegengehalten werden, wenn die Übertragungserklärung der Gesellschaft gerichtlich zugestellt worden ist oder die Gesellschaft die Übertragung in einer notariellen Urkunde anerkennt.

Es ist der Gesellschaft anheimgestellt, eine Übertragung anzunehmen und im Aktienregister einzutragen, welche aus dem Schriftwechsel oder anderen die Übereinkunft des Abtretenden und des Übernehmers darlegenden Schriftstücken hervorgeht. Alle Urkunden, die sich auf die Übertragung von Namensaktien beziehen, werden dem Register als Anlage beigefügt.

**Art. 10.** Jede Aktie gibt Anrecht auf eine Stimme in der Gesellschafterversammlung.

## Verwaltungsrat

**Art. 11.** Die Gesellschaft wird von einem Verwaltungsrat mit mindestens drei Mitgliedern, welche von der Gesellschafterversammlung gewählt werden, verwaltet.

**Art. 12.** Dem Verwaltungsrat obliegt die Verwaltung und die Geschäftsführung der Gesellschaft. Er hat die Befugnis, jegliche Rechtshandlungen der Gesellschaft, welche nicht durch Gesetz oder die vorliegende Satzung der Gesellschafterversammlung vorbehalten sind, vorzunehmen. Der Verwaltungsrat vertritt die Gesellschaft gegenüber Dritten. Unbeschadet der Bestimmungen in Artikel 24 der vorliegenden Satzung wird die Gesellschaft durch die gemeinsamen Unterschriften von zwei Verwaltungsratsmitgliedern gebunden.

**Art. 13.** Die Gesellschafterversammlung ernennt die Verwaltungsratsmitglieder und bestimmt die Dauer ihrer Mandate. Die Verwaltungsratsmitglieder werden bis zur nächsten ordentlichen Hauptversammlung bestellt. Sie können wiedergewählt werden. Sie können jederzeit durch eine Gesellschafterversammlung abberufen werden.

**Art. 14.** Im Fall, dass der Platz eines Verwaltungsratsmitglieds während der vorgesehen Amtsdauer frei wird, können die verbleibenden Verwaltungsratsmitglieder die unbesetzte Stelle vorübergehend durch Wahl eines neuen Verwaltungsratsmitgliedes besetzen. In diesem Fall hat die nächste Gesellschafterversammlung das neue Verwaltungsratsmitglied endgültig zu ernennen oder ein anderes zu wählen.

**Art. 15.** Es ist nicht erforderlich, dass die Verwaltungsratsmitglieder Gesellschafter sind.

**Art. 16.** Die Vergütung der Verwaltungsratsmitglieder wird zum Ende eines jeden Rechnungsjahres durch die Gesellschafterversammlung bestimmt.

**Art. 17.** Der Verwaltungsrat bestimmt aus seiner Mitte einen Präsidenten. Der Verwaltungsrat kann einen oder mehrere Vizepräsidenten bestimmen.

**Art. 18.** Die Verwaltungsratssitzungen werden vom Präsidenten oder, im Fall seiner Verhinderung, durch einen Vizepräsidenten oder durch jedes andere Verwaltungsratsmitglied einberufen. Verwaltungsratssitzungen sind einzuberufen, so oft es die Belange der Gesellschaft erfordern, aber mindestens viermal jährlich; eine Verwaltungsratssitzung ist unverzüglich einzuberufen, sofern es zwei Verwaltungsratsmitglieder unter Angabe der Tagesordnung verlangen.



Jedes Verwaltungsratsmitglied muss mindestens vierundzwanzig (24) Stunden vor dem Datum einer Verwaltungsratssitzung in Kenntnis gesetzt werden. Dies gilt nicht in Notfällen, in welchem Fall die Art dieser Umstände kurz in der Einberufung der Sitzung erläutert werden muss. Eine solche schriftliche Einberufung ist entbehrlich, wenn alle Verwaltungsratsmitglieder in der Versammlung anwesend oder vertreten sind und sich als ordnungsgemäss einberufen sowie über die Tagesordnung informiert erklären. Eine Einberufung für Sitzungen, welche vorher zu bestimmten Zeiten und an bestimmten Orten vom Verwaltungsrat festgesetzt wurden, ist nicht erforderlich.

Der Verwaltungsrat versammelt sich an dem in der Einberufung genannten Ort.

Die Leitung der Verwaltungsratssitzung obliegt dem Präsidenten, bei seiner Verhinderung einem der Vizepräsidenten oder bei deren Verhinderung einem von den anwesenden Verwaltungsratsmitgliedern bestimmten Mitglied. Die Einberufungen enthalten die Tagesordnung. Die Sitzungen des Verwaltungsrates werden am Geschäftssitz der Gesellschaft oder an jedem anderen Ort, welcher in den Einberufsschreiben angegeben wird, gehalten.

**Art. 19.** Jedes Verwaltungsratsmitglied kann sich mittels Vollmacht für jede Verwaltungsratssitzung durch ein anderes Verwaltungsratsmitglied, welches dann das Wahlrecht im Namen und unter der Verantwortung des vertretenen Verwaltungsratsmitglieds ausübt, vertreten lassen. Die Vollmacht kann durch unterschriebenen Brief, Fernschreiben, elektronische Post oder ähnliche Kommunikationsmittel erfolgen. Jedes Verwaltungsratsmitglied kann einen Beobachter benennen, welcher an der Sitzung des Verwaltungsrats teilnimmt, aber kein Stimmrecht hat.

**Art. 20.** Der Verwaltungsrat beschliesst rechtsgültig, wenn die Mehrheit seiner Mitglieder anwesend oder vertreten ist. Jedes Verwaltungsratsmitglied kann an einer Verwaltungsratssitzung per Telefonkonferenz, Videokonferenz oder durch die Nutzung eines ähnlichen Kommunikationsmittels teilnehmen, sofern (i) die an der Verwaltungsratssitzung teilnehmenden Verwaltungsräte identifiziert werden können, (ii) jede an der Verwaltungsratssitzung teilnehmende Person mit allen anderen Teilnehmern sprechen und sie hören kann und (iii) die Verwaltungsratssitzung unmittelbar übertragen wird. Eine solche Teilnahme steht einer Teilnahme durch persönliche Anwesenheit gleich. Die mittels Fernkommunikationsmittel abgehaltene Verwaltungsratssitzung gilt als am Sitz der Gesellschaft stattgefunden.

**Art. 21.** Der Verwaltungsrat fasst seine Beschlüsse mit der einfachen Mehrheit der anwesenden oder vertretenen Verwaltungsratsmitglieder. Bei Stimmengleichheit trifft der Vorsitzende die Entscheidung. Im Fall einer Dringlichkeit kann auch über in der Tagesordnung nicht aufgeführte Punkte entschieden werden, sofern die Mehrheit aller anwesenden oder vertretenen Verwaltungsratsmitglieder diesem Vorgehen zustimmt.

**Art. 22.** Auf Anfrage des Präsidenten oder, im Fall seiner Verhinderung, eines Vizepräsidenten oder jedes anderen Mitglieds des Verwaltungsrates und mit der Zustimmung aller Verwaltungsratsmitglieder können die Entscheidungen schriftlich erfolgen. Der Zirkularbeschluss muss aus einem oder mehreren Dokumenten bestehen, und die Entscheidungen müssen von jedem Verwaltungsratsmitglied handschriftlich unterzeichnet oder per Fernschreiben, elektronischer Post oder ähnlicher Kommunikationsmittel anerkannt werden. Die durch den Gebrauch von Fernkommunikationsmitteln getroffenen Entscheidungen sind schriftlich durch Brief zu bestätigen. Die Unterschriften müssen nicht auf demselben Dokument sein. Das Datum der Entscheidung ist das Datum der letzten Unterschrift.

**Art. 23.** Die Beratungen und Beschlüsse des Verwaltungsrats werden in Protokollen festgehalten, welche vom Präsidenten und dem Sekretär unterschrieben werden. Der Sekretär muss nicht notwendigerweise Mitglied des Verwaltungsrats sein.

Auszüge aus diesen Protokollen werden vom Präsidenten und dem Sekretär unterschrieben. Sie können auch von zwei anderen Mitgliedern des Verwaltungsrats unterschrieben werden.

**Art. 24.** Der Verwaltungsrat kann Ausschüsse einsetzen oder bestimmten Vertretern besondere Befugnisse übertragen. Der Verwaltungsrat kann auch einen Konsultativausschuss benennen, welcher sich aus Verwaltungsratsmitgliedern und/oder anderen Personen zusammensetzt. Dieser Ausschuss hat nur Beratungsfunktion und kann keinerlei Entscheidungen fällen.

Ausserdem kann der Verwaltungsrat die tägliche Geschäftsführung der Gesellschaft oder einen bestimmten Teil der täglichen Geschäftsführung sowie die Vertretung der Gesellschaft Personen, welche keine Gesellschafter zu sein brauchen, übertragen. Die Übertragung an ein Mitglied des Verwaltungsrats ist der vorherigen Zustim mung der Gesellschafterversammlung unterworfen.

### Gesellschafterversammlung

**Art. 25.** Die Gesellschafterversammlung hat die ausgedehntesten Befugnisse, Rechtshandlungen in Bezug auf die Gesellschaft vorzunehmen oder zu genehmigen.

**Art. 26.** Jedes Jahr findet eine ordentliche Gesellschafterversammlung am 2. Montag des Monats Mai um 11.00 Uhr am Geschäftssitz der Gesellschaft oder an jedem anderen Ort innerhalb der Gemeinde Luxemburg, welcher in den Einberufungsschreiben angegeben wird, statt.

Ist dieser Tag nicht ein Werktag für Banken im Grossherzogtum Luxemburg, so findet die ordentliche Gesellschafterversammlung am nächstfolgenden Werktag zur selben Stunde statt.

Ausserordentliche Gesellschafterversammlungen können an dem Ort und zu der Zeit abgehalten werden, die in der Einberufung festgelegt sind.

**Art. 27.** Die Gesellschafterversammlung wird vom Verwaltungsrat in Übereinstimmung mit den gesetzlichen Vorschriften einberufen.

**Art. 28.** Die Einberufungen zu den Gesellschafterversammlungen erfolgen im Einklang mit dem Gesetz vom 10. August 1915 über Handelsgesellschaften und mittels Einschreiben.

Wenn alle Gesellschafter anwesend oder vertreten sind und dem zustimmen, kann eine Gesellschafterversammlung ohne förmliche Einberufung gehalten werden.

**Art. 29.** Alle Gesellschafter haben das Recht, an den Gesellschafterversammlungen teilzunehmen. Jeder Gesellschafter kann mittels Vollmacht sich durch einen anderen Gesellschafter oder jede andere Person für die von ihm angegebene Anzahl von Aktien vertreten lassen. Sofern die Einberufungsbekanntmachung es vorsieht, muss jeder Inhaber von Namensaktien, um in der Gesellschafterversammlung das Stimmrecht ausüben zu können, spätestens bis zum Ablauf des sechsten Tages vor dem Versammlungstag seine Teilnahme anmelden.

Im Falle von Inhaberaktien müssen diese in diesem Fall bis zu dem vorgenannten Zeitpunkt bei der Gesellschaft oder bei den in der Einberufungsbekanntmachung bezeichneten Stellen bis zur Beendigung der Gesellschafterversammlung hinterlegt werden. Der Hinterlegung wird auch dadurch genügt, dass Aktien mit Zustimmung einer Hinterlegungsstelle für diese bei anderen Kreditinstituten bis zur Beendigung der Hauptversammlung gesperrt werden. Im Fall der Hinterlegung bei einem Notar ist die von diesem auszustellende Bescheinigung spätestens an dem Tag nach Ablauf der Hinterlegungsfrist bei der Gesellschaft einzureichen.

Jeder Gesellschafter kann an einer Gesellschafterversammlung per Telefonkonferenz, Videokonferenz oder durch die Nutzung eines ähnlichen Kommunikationsmittels teilnehmen, sofern (i) die an der Gesellschafterversammlung teilnehmenden Personen identifiziert werden können, (ii) jede an der Gesellschafterversammlung teilnehmende Person mit allen anderen Teilnehmern sprechen und sie hören kann und (iii) die Gesellschafterversammlung unmittelbar übertragen wird. Eine solche Teilnahme steht einer Teilnahme durch persönliche Anwesenheit gleich. Die mittels Fernkommunikationsmittel abgehaltene Gesellschafterversammlung gilt als am Sitz der Gesellschaft stattgefunden.

**Art. 30.** Die Entscheidungen der Gesellschafterversammlungen unterliegen den Quorums-und Mehrheitsbedingungen, welche im Gesetz vom 10. August 1915 über Handelsgesellschaften vorgesehen sind.

### Jahresabschlüsse und Geschäftsergebnisse

**Art. 31.** Das Geschäftsjahr beginnt am 1. Januar und endet am 31. Dezember desselben Jahres.

**Art. 32.** Jedes Jahr erstellt der Verwaltungsrat den Jahresabschluss im Einklang mit den gesetzlichen Bestimmungen.

Der Verwaltungsrat kann, unter Beachtung der gesetzlichen Vorschriften, Zwischendividenden ausschütten.

**Art. 33.** Der Jahresabschluss ist im Einklang mit den gesetzlichen Bestimmungen zu veröffentlichen.

### Auflösung und Liquidierung

**Art. 34.** Wird die Gesellschaft aufgelöst, so führt der Verwaltungsrat die Liquidation durch, falls die Gesellschafterversammlung nicht einen oder mehrere andere Liquidatoren bestellt. Im letzteren Fall bestimmt die Gesellschafterversammlung die Befugnisse der Liquidatoren und deren Bezüge durch einfachen Mehrheitsbeschluss.

Das nach der Begleichung aller Verbindlichkeiten der Gesellschaft verbleibende Restvermögen wird unter die Aktionäre entsprechend ihrem Anteil am Gesellschaftskapital verteilt.

### Allgemeine Bestimmungen

**Art. 35.** Für jegliche durch diese Satzung nicht geregelten Punkte finden die Bestimmungen des Gesetzes vom 10. August 1915 über Handelsgesellschaften und die Abänderungen zu diesem Gesetz Anwendung.

Die Kosten und Honorare dieser Urkunde sind zu Lasten der Gesellschaft. Die Kosten werden auf eintausendsechshundert Euro (EUR 1.600,-) abgeschätzt.

*Bevollmächtigung*

Der Erschienene erteilt hiermit einem jeden Angestellten des unterzeichnenden Notars Spezialvollmacht, in seinem Namen jegliche etwaige Berichtigungsurkunde gegenwärtiger Urkunde aufzunehmen.

Der unterzeichnende Notar, der Englisch versteht und spricht, erklärt hiermit, dass auf Ersuchen des vorerwähnten Komparenten die vorliegende Urkunde in Deutsch abgefasst wird, gefolgt von einer Englischen Übersetzung. Auf Ersuchen des genannten Komparenten und im Falle von Abweichungen zwischen dem Englischen und dem Deutschen Text, ist die Deutsche Fassung maßgebend.

WORÜBER URKUNDE, Aufgenommen und geschlossen in Luxemburg, am Datum wie eingangs erwähnt.

Und nach Vorlesung alles Vorstehenden an die Komparenten, alle dem Notar nach Namen, Vornamen, Stand und Wohnort bekannt, haben alle mit Uns Notar gegenwärtige Urkunde unterschrieben.



129559

**Folgt die englische übersetzung vorangehenden textes:**

In the year two thousand and twelve, on the thirty-first day of October.

Before Us, Maître Jean-Paul MEYERS, notary residing in Rambrouch, (Grand Duchy of Luxembourg), acting in replacement of Maître Paul BETTINGEN, notary residing in Niederanven (Grand Duchy of Luxembourg), who will remain the depositary of the present deed.

Was held an Extraordinary General Meeting of the shareholders of UBS (Luxembourg) S.A., having its registered office in Luxembourg, incorporated by deed of notary Robert Elter, then residing in Luxembourg, on the 20 th of August 1973, published in the Mémorial C of the 30 th of August 1973, number 150 (the "Company").

The Company's articles of incorporation were amended for the last time by deed of notary Paul Bettingen, residing in Niederanven, on the 2 th of February 2012, published in the Mémorial C of the 13 th of February 2012.

The meeting is presided by Mister Markus Kraemer, Managing Director, with professional address in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

The chairman appoints as secretary Mister Werner Winnen, Director, with professional address in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

The meeting elects as scrutineer at a time Mister Frédéric Sudret, Executive Director, and Mister Johan Bakeroot, Director, both with professional address in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

The bureau having thus been constituted, the chairman declared and requested the notary to state that:

I.- The agenda of this extraordinary meeting is the following:

1. To re-estate the Company's by-laws, and in particular to modify:

- The last paragraph of the second article (formerly fourth) of the company's by-laws which shall read as follows:

**Art. 2. (Last paragraph) (Formerly Art. 4).** "In addition, the company can purchase, dispose of and mortgage land and property, accept, order and waive security, establish branches and subsidiaries in Luxembourg or abroad, purchase, hold and dispose of participations in Luxembourg and foreign companies, run and establish trading companies and other commercial enterprises, which may also be operating on the property market, insofar as such business operations are connected in some way to the company object or could serve to achieve the company object."

- Registered shares only.

- The thirteenth (formerly tenth) article of the company's by-laws concerning the duration of the directors' mandates, which shall read as follows:

**Art. 13. (Formerly Art. 10).** "The General Meeting appoints the members of the Board of Directors and decides the duration of their terms of office. The members of the Board of Directors are appointed until the next ordinary general meeting. They may be re-elected. They may be removed at any time by resolution of the general meeting of shareholders."

2. To adopt an English version of the Company's by-laws, in case of any divergences between the English and the German texts, the German version shall be prevailing.

3. Miscellaneous.

II.- The shareholders present or represented and the number of shares held by each of them are shown on an attendance list, signed by the chairman, the secretary, the scrutineer and the undersigned notary. The said proxies will be annexed to this document to be filed with the registration authorities.

III.- It appears from the attendance list, that 100 % of the share capital are present or represented at the present extraordinary general meeting, so that the meeting could validly decide on all the items of the agenda.

Then the Extraordinary General Meeting, after deliberation, took unanimously the following resolutions

*First resolution*

The general meeting of the Company's shareholders notes that the shareholders have acknowledged having received the text of the Company's new articles of incorporation.

*Second and Third resolutions*

The general meeting of the shareholders decides to fully re-estate the Company's by-laws and in particular to modify:

-The last paragraph of the second article (formerly fourth) of the company's by-laws which shall read as follows:

**Art. 2. (Last paragraph) (Formerly Art. 4).** "In addition, the company can purchase, dispose of and mortgage land and property, accept, order and waive security, establish branches and subsidiaries in Luxembourg or abroad, purchase, hold and dispose of participations in Luxembourg and foreign companies, run and establish trading companies and other commercial enterprises, which may also be operating on the property market, insofar as such business operations are connected in some way to the company object or could serve to achieve the company object."

- Registered shares only.

- The thirteenth article (formerly tenth article) of the company's by-laws concerning the duration of the directors' mandates, which shall read as follows:



129560

**Art. 13. (Formerly Art. 10).** "The General Meeting appoints the members of the Board of Directors and decides the duration of their terms of office. The members of the Board of Directors are appointed until the next ordinary general meeting. They may be re-elected. They may be removed at any time by resolution of the general meeting of shareholders."

The general meeting of the shareholders decides to adopt an English version of the Company's by-laws and furthermore decides that, in case of any divergences between the English and the German texts, the German version shall be prevailing.

The Company's by-laws shall read as follows:

### Name and Legal Form

**Art. 1.** The name of the Company is UBS (LUXEMBOURG) S.A. The Company has the form of a "société anonyme" under Luxembourg law.

### Object of the Company

**Art. 2.** The object of the company is the execution of bank operations. In this capacity, the company is entitled to conduct all banking transactions and all business relating in any way to banking transactions, on its own or another party's behalf, in particular

A) to accept money from other parties as investment deposits and to pay interest on them,

B) to grant loans and credit of any kind,

C) to purchase bills of exchange and cheques,

D) to buy and sell securities on its own or others' behalf,

E) to keep securities safe and hold them in trust for others,

F) to issue and trade in debenture bonds, medium-term bonds and promissory notes,

G) to support the issuing of stocks and shares, company shares, certificates, debenture bonds and other securities, to sign such securities in its own name or that of third parties and to offer them publicly or privately,

H) to carry out all international financial, money and foreign currency transactions,

I) to provide warranties, guarantees and any other security,

J) to carry out payments by money transfer and non-cash clearing business,

K) to operate the business of an insurance broker through natural persons licensed for that purpose.

In addition, the company can purchase, dispose of and mortgage land and property, accept, order and waive security, establish branches and subsidiaries in Luxembourg or abroad, purchase, hold and dispose of participations in Luxembourg and foreign companies, run and establish trading companies and other commercial enterprises, which may also be operating on the property market, insofar as such business operations are connected in some way to the company object or could serve to achieve the company object.

### Registered Office

**Art. 3.** The registered office of the Company is located in Luxembourg City. It may be transferred to any other place within the municipality of Luxembourg by a resolution of the Board of Directors. If extraordinary political, economic or social events or an event of force majeure occur or threaten to occur that would interfere with, or jeopardise, the normal activities of the Company at its registered office, the Board of Directors may temporarily transfer the registered office abroad. During the time of such temporary transfer of the registered office, the Company maintains its Luxembourg nationality and remains governed by Luxembourg law.

### Duration

**Art. 4.** The duration of the Company is unlimited.

### Capital

**Art. 5.** The corporate capital is set at one hundred and fifty million Swiss francs (CHF 150,000,000.-), represented by one hundred and fifty thousand (150,000) fully paid-up shares without nominal value. The Company's capital may be increased or reduced in accordance with applicable laws. The Company may, to the extent and under the terms permitted by law, redeem its own shares.

### Shares

**Art. 6.** The shares are registered shares. Multiple share certificates may be issued instead of one certificate per share.

**Art. 7.** A share register which each shareholder may at any time consult will be held at the registered office. The registrations shall include the following information:

- the precise designation of each shareholder, the number of shares held by him and the certificate numbers of those shares;
- the amounts paid in per share;
- the transfers of shares and the dates thereof:

129561

- any conversion of registered shares into bearer shares and the date thereof.

**Art. 8.** Proof of the ownership of a registered share is established by an entry in the share register. Certificates recording such entries shall be issued to the holders of registered shares.

**Art. 9.** The transfer of registered shares is effected by a written declaration of transfer to be dated and executed by the transferor and the transferee or by their proxy. The transfer shall be entered into the share register.

The transfer of registered shares is valid even without entry in the share register, if the Company has been legally served the declaration of transfer or the Company acknowledges the transfer in a notarial deed.

It is at the discretion of the Company to accept and enter into the share register a transfer that arises from correspondence or other documents setting out the agreement of the transferor and the transferee. All documents that refer to the transfer of registered shares shall be appended to the register.

**Art. 10.** Each share entitles its holder to one vote at a general meeting of shareholders.

## Board of Directors

**Art. 11.** The Company is administered by a Board of Directors composed of at least three members appointed by the general meeting of shareholders.

**Art. 12.** The Board of Directors is responsible for the administration and management of the Company, and is vested with the power to execute all operations not expressly reserved by law or by the articles of incorporation to the general meeting of shareholders. The Board of Directors represents the Company vis-à-vis third parties. Without prejudice to the provisions of Article 24 of the present articles, the Company is bound by the joint signatures of any two members of the Board of Directors.

**Art. 13.** The General Meeting appoints the members of the Board of Directors and decides the duration of their terms of office. The members of the Board of Directors are appointed until the next Ordinary General Meeting. They may be re-elected. They may be removed at any time by resolution of the general meeting of shareholders.

**Art. 14.** In the event of a vacancy on the Board of Directors before the end of the envisaged term of office, the remaining members of the Board of Directors may fill such vacancy by electing a new member of the Board of Directors. In such event, the general meeting of shareholders next following the temporary appointment shall effect the definitive appointment or elect another person to fill the vacancy.

**Art. 15.** It is not required that the members of the Board of Directors be shareholders.

**Art. 16.** The remuneration of the members of the Board of Directors is determined at the end of each business year by the annual general meeting of shareholders.

**Art. 17.** The Board of Directors will choose among its members a President. It may also choose one or several Vice-Presidents.

**Art. 18.** Meetings of the Board of Directors are convened by the President or, in his absence, by one of the Vice-Presidents or by any other member of the Board of Directors. Board meetings are convened as often as the interests of the Company require, but at least four times per year; a Board meeting must be convened immediately if two Board members so request.

Written notice of any meeting of the Board of Directors shall be given to all directors at least twenty-four (24) hours in advance of the date set for such meeting, except in circumstances of emergency, in which case the nature of such circumstances shall be set forth briefly in the convening notice of the meeting of the Board of Directors. No such written notice is required if all the members of the Board of Directors are present or represented during the meeting and if they state to have been duly informed, and to have had full knowledge of the agenda of the meeting. Separate written notice shall not be required for meetings that are held at times and places determined in a schedule previously adopted by resolution of the Board of Directors.

The Board of Directors shall meet at the place indicated in the notice of meeting.

The meeting shall be chaired by the President or, in his absence, by one of the Vice-Presidents or, in their absence, by a member designated by the board members present. The convening notices contain the agenda. The meetings of the Board of Directors will be held at the registered office of the Company or at any other place indicated in the convening notice.

**Art. 19.** Each member of the Board of Directors may be represented at a meeting of the Board of Directors, by way of a proxy, by another member of the Board of Directors who exercises in the name and under the responsibility of his principal the voting rights of the represented member of the Board of Directors. Such proxy can be given in writing, by facsimile, by electronic mail, or by any other similar means of communication. Each member of the Board of Directors may appoint an observer who participates in the meeting of the Board of Directors but who does not have any voting right.

129562

**Art. 20.** The Board of Directors deliberates validly if the majority of its members are present or represented. Any director may participate in a meeting by telephone conferencing, video conferencing, or any other similar means of telecommunication which allows (i) the directors participating in the meeting to be identified; (ii) every person attending the meeting to hear and speak with all other participants; and (iii) the meeting to be transmitted directly. Such participation shall be the equivalent to personal presence at the meeting. Such meeting held by means of remote communication shall be deemed to have taken place at the location indicated in the convening notice.

**Art. 21.** The Board of Directors takes its resolutions by simple majority of its present or represented members. In the event of a tied vote, the chairman has the deciding vote. In case of urgency, the Board of Directors may deliberate on items not contained in the agenda if the majority of the members present at the meeting agree to do so.

**Art. 22.** Upon request of the chairman or, in case of his absence, of a vice-chairman or any other member of the Board of Directors and with the consent of all the members of the Board of Directors, resolutions may be taken in writing. Such circular resolutions shall consist of one or more documents containing resolutions signed by every member of the Board of Directors manually, by facsimile, by electronic mail, or by any other similar means of communication, in the last three cases to be confirmed in writing by regular mail. The documents may be signed in counterparts. The date of such a resolution shall be the date of the last signature.

**Art. 23.** The discussions and resolutions of the Board of Directors are recorded in minutes to be signed by the chairman and the secretary. The secretary need not necessarily be a member of the Board of Directors. Excerpts of such minutes are normally signed by the chairman and the secretary. Any two other members of the Board of Directors may also sign such minutes.

**Art. 24.** The Board of Directors may appoint committees or vest representatives with special powers. The Board of Directors may also appoint a consulting committee to be composed by members of the Board of Directors and/or other persons. Such committee's functions will be limited to consultative services and it may not take any decisions. The Board of Directors may further delegate the daily management of the Company, in whole or in part, and the representation of the Company to persons who need not be shareholders. Such delegation, if made to a member of the Board of Directors, is subject to prior approval by the general meeting of shareholders.

## General Meeting of Shareholders

**Art. 25.** The general meeting of shareholders has the broadest powers to accomplish or to ratify acts of the Company.

**Art. 26.** Each year, the annual general meeting of shareholders is held on the second Monday of May at 11.00 a.m., at the registered office or at such other place within the municipality of Luxembourg as may be specified in the convening notice. If this day is not a business day for banks in the Grand Duchy of Luxembourg, the annual general meeting of shareholders shall take place on the next working day at the same time.

Extraordinary general meetings of the shareholders may be held in the place and at the time stipulated in the notice to convene.

**Art. 27.** The general meeting of shareholders is convened by the Board of Directors, in accordance with applicable laws.

**Art. 28.** The convening notices for the general meetings of shareholders are sent by registered mail in conformity with applicable laws. If all the shareholders are present or represented and so consent, a general meeting of shareholders may be held without prior convening notice.

**Art. 29.** All shareholders are entitled to participate in the general meetings of shareholders. Each shareholder may be represented by giving a proxy to any other shareholder or any other person for the number of shares he indicates. The notice to convene may stipulate that, in order to be able to exercise his right to vote in the general meeting of shareholders, every holder of registered shares must declare his participation at the latest six days before the general meeting of shareholders.

In the case of bearer shares, they must be deposited, by the aforementioned time, with the Company or with a notary or with the offices indicated in the notice to convene, until the end of the general meeting of shareholders. If deposited with a notary, the written confirmation to be issued by the notary must be submitted to the Company on the day following the expiry of the depositing deadline at the latest.

Any shareholder may participate in a meeting by telephone conferencing, video conferencing, or any other similar means of telecommunication which allows (i) the persons participating in the meeting to be identified; (ii) every person attending the meeting to hear and speak with all other participants; and (iii) the meeting to be transmitted directly. Such participation shall be the equivalent to personal presence at the meeting. Such meeting held by means of remote communication shall be deemed to have taken place at the location indicated in the convening notice.

**Art. 30.** The resolutions of the general meeting of shareholders are subject to the provisions relating to quorum and majority laid down in the law of August 10, 1915 on commercial companies.



129563



## Annual Accounts and Business Results

**Art. 31.** The Company's accounting year begins on the first day of January and ends on the last day of December in the same year.

**Art. 32.** Each year the Board of Directors establishes the annual accounts, providing for the necessary amortizations, in accordance with applicable laws.

The Board of Directors may, complying with the legal provisions relating thereto, declare and pay interim dividends.

**Art. 33.** The annual accounts are to be published in conformity with applicable laws.

## Dissolution and Liquidation

**Art. 34.** If the Company is wound up, the Board of Directors shall carry out the liquidation, unless the General Meeting appoints one or more other liquidators. In the latter case, the General Meeting determines the powers of the liquidators and their fees by simple majority vote.

The assets remaining after settling the Company's liabilities are shared among the shareholders in proportion to their holdings.

## General Provisions

**Art. 35.** For any matters not governed by the articles of incorporation the provisions of the law of August 10, 1915 on commercial companies and the amendments to such law shall apply.

There being no further business, the meeting is closed.

*Expenses*

The amount of the expenses, remunerations and charges, in any form whatsoever, to be borne by the present deed are estimated to about thousand six hundred Euros (EUR 1,600.-).

*Power of attorney*

The appearing party grants power to every employee of the office of the undersigned notary, to let draw up and sign all eventual rectifying deed of the present deed.

Whereof the present deed is drawn up in Luxembourg on the day named at the beginning of this document.

The undersigned notary who speaks and understands English states herewith that the present deed is worded in German followed by an English version; on request of the appearing persons and in case of divergences between the German and the English text, the German version will be prevailing.

The document having been read to the persons appearing all known to the notary by their names, first names, civil status and residences, the members of the board of the meeting signed together with the notary the present deed.

Gezeichnet: Markus Kraemer, Werner Winnen, Frédéric Sudret, Johan Bakeroot, Paul Bettingen

Enregistré à Luxembourg, A.C., le 31 octobre 2012. LAC / 2012 / 51310. Reçu 75.

*Le Receveur* (signé): Irène Thill.

- Für gleichlautende Kopie - Ausgestellt zwecks Veröffentlichung im Mémorial, Recueil des Sociétés et Associations.

Senningerberg, den 31. Oktober 2012.

Référence de publication: 2012143175/516.

(120188350) Déposé au registre de commerce et des sociétés de Luxembourg, le 2 novembre 2012.

**OCS Investment S.à r.l., Société à responsabilité limitée.**

**Capital social: GBP 15.000,00.**

Siège social: L-1331 Luxembourg, 65, boulevard Grande-Duchesse Charlotte.

R.C.S. Luxembourg B 166.534.

—

In the year two thousand twelve, on the twenty-second day of October,

Before Us Maître Henri Hellinckx, notary residing in Luxembourg,

was held an extraordinary general meeting (the Meeting) of the sole shareholder of OCS Investment S.à r.l., a Luxembourg private limited liability company (société à responsabilité limitée), having its registered office at 65, boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Grand-Duchy of Luxembourg, registered with the Luxembourg Register of Commerce and Companies under number B 166.534 (the Company).

There appeared:

Qatar Holding LLC, a limited liability company incorporated under the laws of Qatar, established in the Qatar Financial Centre with registered number 00004 and its address at 8 [th] Floor, Q-Tel Tower, West Bay, Doha, Qatar, being the sole