# Exhibit 14



# MEMORIAL
Journal Officiel
du Grand-Duché de
Luxembourg



# MEMORIAL
Amtsblatt
des Großherzogtums
Luxemburg

## RECUEIL DES SOCIETES ET ASSOCIATIONS

Le présent recueil contient les publications prévues par la loi modifiée du 10 août 1915 concernant les sociétés commerciales et par la loi modifiée du 21 avril 1928 sur les associations et les fondations sans but lucratif.

C — N° 376    13 février 2012

## SOMMAIRE

Aberdeen Global .......................... 18002
Assenagon Japan Treasury ............... 18034
Assenagon NLP ......................... 18034
Assenagon Trend ....................... 18034
Barentz Ravago Chemical Specialist S.A. ........................................ 18037
BCHM S.à r.l. .......................... 18047
BCK Luxembourg S.à r.l. ................ 18048
BE-LU .................................. 18048
BERF Luxco 1 .......................... 18048
Bergerac Beton S.A. .................... 18035
Bermuda Holdco Lux 3 S.à r.l. ........... 18041
Bethmann Absolute Flex International ASG ................................. 18033
Bierbrauer - Spanier Kachelofen und Kaminbau S.à r.l. ......................... 18039
Biomedbox SA .......................... 18041
B.O.B. International Travel Agency Sàrl ........................................ 18036
Borletti Group Management S.A. ......... 18042
Bormioli Rocco Holdings S.A. ........... 18041
B.R.E.S. Investigations S.A. .............. 18040
Brookfield Holdings (Luxembourg) S.A. ........................................ 18042
Brothling S.à r.l. ........................ 18042
Brothling S.à r.l. ........................ 18046
Business Market Energy S.à r.l. .......... 18047
CPI I&G 1 S.à r.l. ....................... 18042
CrossStreet s.à r.l. ..................... 18031
CS Fixed Income SICAV-SIF ............ 18048
D.03 Schuttrange ....................... 18007
Digivision .............................. 18004
Digivision .............................. 18025
Display Center S.àr.l. ................... 18041
DZPB Reserve .......................... 18008
EFG FP ................................ 18034
European PErsonalised MEDicine Luxembourg, Association sans but lucratif ..... 18013
Falcon Foundation Investments ......... 18033
Finexis S.A. ............................ 18017
GP CARS Luxembourg s.à r.l. ........... 18020
Groupement de Désossage Européen S.A. ........................................ 18002
H.12 Schuttrange "Novus" .............. 18007
Hexagone French Regional Property Fund ........................................ 18035
Initbox ................................ 18022
Interfirst .............................. 18035
J.P. Morgan Specialist Funds ............ 18047
Lux-World PC s.à r.l. ................... 18024
Lux-World PC s.à r.l. ................... 18025
Montage d'Antennes André Konz et Cie S.à r.l. ............................... 18025
Montage d'Antennes André Konz et Cie S.à r.l. ............................... 18004
NEF .................................... 18027
OLFI Lux Intermediate Holdings S.à r.l. ........................................ 18043
Oneall Sàrl ............................ 18003
Prima .................................. 18008
Seabream S.à r.l. ...................... 18008
Sunlight International S.à r.l. ............ 18037
Tonon International S.A. ............... 18027
UBS (Luxembourg) S.A. ................ 18005
VCM .................................... 18037

18001



Pour mention aux fins de la publication au Mémorial, Recueil des Sociétés et Associations.

Capellen, le 07 février 2012.

Référence de publication: 2012018419/12.

(120022597) Déposé au registre de commerce et des sociétés de Luxembourg, le 7 février 2012.

## UBS (Luxembourg) S.A., Société Anonyme.
Siège social: L-1855 Luxembourg, 33A, avenue J.F. Kennedy.

R.C.S. Luxembourg B 11.142.

—

Im Jahre zweitausendzwölf, den zweiten Februar.

Vor dem unterzeichnenden Notar Paul BETTINGEN, mit dem Amtssitze zu Niederanven.

Traten zu einer außerordentlichen Generalversammlung zusammen die Aktionäre, beziehungsweise deren Vertreter, der Aktiengesellschaft UBS (Luxembourg) S.A., mit Sitz in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy, eingetragen im Handelsregister Luxemburg unter der Nummer B 11.142, gegründet gemäß Urkunde aufgenommen durch den Notar Robert Elter, mit damaligem Amtswohnsitz in Luxemburg am 20. August 1973, veröffentlicht im Mémorial C Nummer 150 vom 30. August 1973, letztmalig abgeändert durch den Notar Reginald Neumann, mit damaligem Amtswohnsitz in Luxemburg am 29. Mai 1998, veröffentlicht im Mémorial C Nummer 469 vom 27. Juni 1998.

Den Vorsitz der Versammlung führt Herr Markus Kraemer, Managing Director, mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

Die Versammlung wählt zum Schriftführer Herrn Werner Winnen, Director, mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

Die Versammlung wählt jeweils zum Stimmzähler Herrn Frédéric Sudret, Executive Director, und Herrn Johan Bakeroot, Direktor, beide mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy.

Da somit das Versammlungsbüro zusammengesetzt ist, ersucht der Vorsitzende den unterzeichnenden Notar, Folgendes zu beurkunden:

I.- Dass die Tagesordnung folgenden Wortlaut hat:

*Tagesordnung*

1.- Ernennung von Herrn René MOTTAS zum Verwaltungsratsmitglied bis zur nächsten ordentlichen Generalversammlung und Einwilligung zur Ernennung von Herrn René MOTTAS zum delegierten Verwaltungsratsmitglied auf unbestimmte Zeit durch den Verwaltungsrat.

2.- Annahme der Kündigung von Herrn Andreas PRZEWLOKA als Verwaltungsratsmitglied zum 31. Dezember 2011. Die Entlastung für die Ausübung seines Mandates bleibt der nächsten ordentlichen Generalversammlung in 2012 vorbehalten.

3.- Erweiterung des Gesellschaftszwecks, um die Tätigkeit als Versicherungsmakler zu ermöglichen, und dementsprechend Neufassung von Artikel 4 der Satzungen wie folgt:

„Zweck der Gesellschaft ist der Betrieb einer Bank. In dieser Eigenschaft ist die Gesellschaft berechtigt, alle Bankgeschäfte und alle Geschäfte, die mit Bankgeschäften in irgendeiner Beziehung stehen, auf eigene oder fremde Rechnung zu betreiben, insbesondere

A) fremde Gelder als Einlagen anzunehmen und zu verzinsen,

B) Darlehen und Kredite jeder Art zu gewähren,

C) Wechsel und Schecks anzukaufen,

D) Wertpapiere für eigene und für fremde Rechnung anzuschaffen und zu veräussern,

E) Wertpapiere für andere zu verwahren und zu verwalten

F) Schuldverschreibungen, Kassenobligationen und Schuldscheine auszugeben und mit diesen zu handeln,

G) die Emission von Aktien, Gesellschaftsanteilen, Zertifikaten, Schuldverschreibungen und anderen Wertpapieren zu fördern, solche Wertpapiere im eigenen Namen oder im Namen Dritter zu zeichnen und sie öffentlich oder privat zu platzieren,

H) alle internationale Finanz-, Geld-und Devisengeschäfte durchzuführen,

I) Bürgschaften, Garantien und sonstige Gewährleistungen für andere zu übernehmen,

J) den bargeldlosen Zahlungsverkehr und Abrechnungsverkehr durchzuführen,

K) die Tätigkeit als Versicherungsmakler durch hierfür zugelassene natürliche Personen.

Die Gesellschaft kann ferner Grundstücke erwerben, veräussern und belasten, Sicherheiten jeder Art annehmen, bestellen und aufgeben, Beteiligungen erwerben und veräussern, Handelsgeschäfte und andere Wirtschaftsunternehmen, die auch auf dem Grundstücksmarkt tätig sein können, betreiben und gründen, soweit solche Geschäfte in irgendeiner Beziehung zu dem Gesellschaftszweck stehen oder zur Erreichung des Gesellschaftszweckes dienlich sein könnten."



II.- Dass die Aktionäre sowie deren etwaige bevollmächtigte Vertreter unter der Stückzahl der vertretenen Aktien auf einer Anwesenheitsliste eingetragen sind; diese Anwesenheitsliste, nachdem sie durch die Aktionäre beziehungsweise deren Bevollmächtigte unterschrieben wurde, wird durch das Versammlungsbüro geprüft und unterschrieben.

Die eventuellen Vollmachten der vertretenen Aktieninhaber werden, nach gehöriger „ne varietur" Unterzeichnung durch die Parteien und den instrumentierenden Notar, gegenwärtigem Protokoll, mit welchem sie einregistriert werden, als Anlage beigebogen.

III.- Dass in gegenwärtiger Versammlung das gesamte Aktienkapital vertreten ist, dass somit die Versammlung regelmäßig zusammengesetzt und befugt ist, über vorstehende Tagesordnung zu beschließen.

Sodann hat die Versammlung, nach Beratung, einstimmig folgenden Beschluss gefasst:

*Erster Beschluss*

Die Generalversammlung beschliesst Herrn René MOTTAS, Bankier, geboren am 25. November 1962, mit beruflicher Anschrift in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy, als Verwaltungsratsmitglied bis zur nächsten ordentlichen Generalversammlung im Jahre 2012 zu ernennen, und erteilt ihre Einwilligung zur Ernennung von Herrn René MOTTAS zum delegierten Verwaltungsratsmitglied auf unbestimmte Zeit durch den Verwaltungsrat.

*Zweiter Beschluss*

Die Generalversammlung beschließt die Kündigung von Herrn Andreas Przewloka als Verwaltungsratsmitglied und Delegierter des Verwaltungsrates zum 31. Dezember 2011 anzunehmen und nimmt zur Kenntnis, dass die Entlastung für die Ausübung seines Mandates der nächsten ordentlichen Generalversammlung in 2012 vorbehalten bleibt.

*Dritter Beschluss*

Die Generalversammlung beschließt den Gesellschaftszweck zu erweitern und demnach Artikel 4 der Satzungen abzuändern wie folgt:

„ **Art. 4.** „Zweck der Gesellschaft ist der Betrieb einer Bank. In dieser Eigenschaft ist die Gesellschaft berechtigt, alle Bankgeschäfte und alle Geschäfte, die mit Bankgeschäften in irgendeiner Beziehung stehen, auf eigene oder fremde Rechnung zu betreiben, insbesondere

A) fremde Gelder als Einlagen anzunehmen und zu verzinsen,

B) Darlehen und Kredite jeder Art zu gewähren,

C) Wechsel und Schecks anzukaufen,

D) Wertpapiere für eigene und für fremde Rechnung anzuschaffen und zu veräussern,

E) Wertpapiere für andere zu verwahren und zu verwalten

F) Schuldverschreibungen, Kassenobligationen und Schuldscheine auszugeben und mit diesen zu handeln,

G) die Emission von Aktien, Gesellschaftsanteilen, Zertifikaten, Schuldverschreibungen und anderen Wertpapieren zu fördern, solche Wertpapiere im eigenen Namen oder im Namen Dritter zu zeichnen und sie öffentlich oder privat zu platzieren,

H) alle internationale Finanz-, Geld-und Devisengeschäfte durchzuführen,

I) Bürgschaften, Garantien und sonstige Gewährleistungen für andere zu übernehmen,

J) den bargeldlosen Zahlungsverkehr und Abrechnungsverkehr durchzuführen,

K) die Tätigkeit als Versicherungsmakler durch hierfür zugelassene natürliche Personen.

Die Gesellschaft kann ferner Grundstücke erwerben, veräussern und belasten, Sicherheiten jeder Art annehmen, bestellen und aufgeben, Beteiligungen erwerben und veräussern, Handelsgeschäfte und andere Wirtschaftsunternehmen, die auch auf dem Grundstücksmarkt tätig sein können, betreiben und gründen, soweit solche Geschäfte in irgendeiner Beziehung zu dem Gesellschaftszweck stehen oder zur Erreichung des Gesellschaftszweckes dienlich sein könnten."

Da somit die Tagesordnung erschöpft ist, wird die Versammlung durch den Vorsitzenden geschlossen.

Die Kosten, welche der Gesellschaft wegen der gegenwärtigen Urkunde obliegen, werden auf tausendeinhundert Euro (EUR 1.100,-) abgeschätzt.

Der Notar hat die Erschienenen darauf aufmerksam gemacht, dass eine Handelsermächtigung, in Bezug auf den Gesellschaftszweck, ausgestellt durch die luxemburgischen Behörden, vor jeder kommerziellen Tätigkeit erforderlich ist, was die Erschienenen ausdrücklich anerkennen.

Worüber Urkunde, Aufgenommen in Luxemburg, Datum wie eingangs erwähnt.

Und nach Vorlesung alles Vorstehendem an die Komparenten, alle dem Notar nach Namen, gebräuchlichen Vornamen, Stand und Wohnort bekannt, haben alle gegenwärtige Urkunde mit dem Notar unterschrieben.

Gezeichnet: Markus Kraemer, Werner Winnen, Frédéric Sudret, Johan Bakeroot, Paul Bettingen.

Enregistré à Luxembourg, A.C., le 02 février 2012. LAC / 2012 / 5293. Reçu 75.

*Le Receveur* (signé): Irène Thill.

- Für gleichlautende Kopie - Ausgestellt zwecks Veröffentlichung im Mémorial, Recueil des Sociétés et Associations.

Senningerberg, den 6. Februar 2012.

Référence de publication: 2012018571/108.

(120023036) Déposé au registre de commerce et des sociétés de Luxembourg, le 7 février 2012.

## H.12 Schuttrange "Novus", Société à responsabilité limitée,
### (anc. D.03 Schuttrange).
Siège social: L-3980 Wickrange, 4-6, rue des Trois Cantons.

R.C.S. Luxembourg B 46.279.

—

L'an deux mille onze, le vingt et un décembre.

Par-devant Maître Roger ARRENSDORFF, notaire de résidence à Mondorf-les-Bains, soussigné.

A comparu:

La société anonyme H.01 HIMALAYA RANGE (RC B 48.531), avec siège social à L-3980 Wickrange, 4-6, rue des Trois Cantons,

ici représentée par son administrateur-délégué, Guy ROLLINGER, demeurant professionnellement à Wickrange,

nommé à ces fonctions lors d'une assemblée générale extraordinaire du 10 décembre 2009, non encore publié au Mémorial, habilité à engager la société par sa seule signature et agissant sur base de l'article 6 des statuts,

associée unique de la société à responsabilité limitée D.03 SCHUTTRANGE, établie et ayant son siège social à L-3980 Wickrange, 4-6, rue des Trois Cantons, inscrite au Registre du Commerce et des Sociétés sous le numéro B 46.279, constituée suivant acte du notaire Marc CRAVATTE d'Ettelbruck en date du 14 septembre 1990, publié au Mémorial C, numéro 117 du 11 mars 1991, modifié à plusieurs reprises et pour la dernière fois suivant acte du notaire Karin REUTER de Rédange-sur-Attert en date du 8 décembre 2009, publié au Mémorial C, numéro 641 du 25 mars 2010.

D'abord, la comparante, représentée comme il est dit, déclare être propriétaire des cent (100) parts sociales de la société suivant cession de parts sous seing privé datée du 15 décembre 2011, pour les avoir acquis de la société anonyme D.01 P.A.C. Holding,

laquelle cession, après avoir été signée ne varietur par le notaire instrumentant et la comparante, restera annexée au présent acte pour être formalisée avec lui.

Est intervenu aux présentes, Guy ROLLINGER, préqualifié, agissant en sa qualité de gérant de la société, qui déclare accepter au nom de la Société les cessions qui précèdent, conformément à l'article 1690 du Code Civil et dispense la cessionnaire à faire signifier lesdites cessions à la Société, déclarant n'avoir aucune opposition et aucun empêchement à faire valoir qui puissent arrêter leur effet.

Ensuite, l'associée unique prend les résolutions suivantes:

*Première résolution*

Suite aux cessions susmentionnées, l'associée décide de modifier l'article 6 des statuts comme suit:

« **Art. 6.** Le capital social est fixé à douze mille cinq cents euros (EUR 12.500,-), représenté par cent (100) parts sociales de cent vingt-cinq euros (EUR 125,-) chacune.

Les parts sociales se répartissent comme suit:

- H.01 HIMALAYA RANGE, cent parts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Total: Cent parts sociales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100 »

*Deuxième résolution*

Elle décide de modifier la dénomination de la société et par conséquent de modifier l'article 1 er des statuts comme suit:

« **Art. 1 er .** La société prend la dénomination de H.12 Schuttrange "Novus".»

*Troisième résolution*

Elle décide de modifier l'objet social de la société et par conséquent de modifier l'article 3 des statuts comme suit:

« **Art. 3.** La société a pour objet la gestion de sociétés, l'achat et la vente, la gestion, l'échange, la location, la promotion et la mise en valeur d'immeubles ainsi que toutes opérations se rapportant directement ou indirectement à cet objet social.

La société a en outre pour objet la prise de participations, sous quelque forme que ce soit, dans d'autres sociétés luxembourgeoises ou étrangères, ainsi que la gestion, le contrôle et la mise en valeur de ces participations. La société peut notamment acquérir par voie d'apport, de souscription, d'option, d'achat et de toute autre manière des valeurs immobilières et mobilières de toutes espèces et les réaliser par voie de vente, cession, échange ou autrement.