# Exhibit 14(a)

18001

# MEMORIAL

Official Gazette of the Grand Duchy of Luxembourg



## COMPENDIUM OF COMPANIES AND ASSOCIATIONS

This compendium contains the publications provided for by the amended law of August 10, 1915 concerning commercial companies, and by the amended law of April 21, 1928 on non-profit associations and foundations.

**C — N° 376**  **February 13, 2012**

## SUMMARY

| Entry | Page |
|---|---|
| Aberdeen Global | 18002 |
| Assenagon Japan Treasury | 18034 |
| Assenagon NLP | 18034 |
| Assenagon Trend | 18034 |
| Barentz Ravago Chemical Specialist S.A. | 18037 |
| BCHM S.à r.l. | 18047 |
| BCK Luxembourg S.à r.l. | 18048 |
| BE-LU | 18048 |
| BERF Luxco 1 | 18048 |
| Bergerac Beton S.A. | 18035 |
| Bermuda Holdco Lux 3 S.à r.l. | 18041 |
| Bethmann Absolute Flex International ASG | 18033 |
| Bierbrauer - Spanier Kachelofen und Kaminbau S.à r.l. | 18039 |
| Biomedbox SA | 18041 |
| B.O.B. International Travel Agency Sàrl | 18036 |
| Borletti Group Management S.A. | 18042 |
| Bormioli Rocco Holdings S.A. | 18041 |
| B.R.E.S. Investigations S.A. | 18040 |
| Brookfield Holdings (Luxembourg) S.A. | 18042 |
| Brothling S.à r.l. | 18042 |
| Brothling S.à r.l. | 18046 |
| Business Market Energy S.à r.l. | 18047 |
| CPI I&G 1 S.à r.l. | 18042 |
| CrossStreet s.à r.l. | 18031 |
| CS Fixed Income SICAV-SIF | 18048 |
| D.03 Schuttrange | 18007 |
| Digivision | 18004 |
| Digivision | 18025 |
| Display Center S.àr.l. | 18041 |
| DZPB Reserve | 18008 |
| EFG FP | 18034 |
| European PErsonalised MEDicine Luxembourg, Association sans but lucratif | 18013 |
| Falcon Foundation Investments | 18033 |
| Finexis S.A. | 18017 |
| GP CARS Luxembourg s.à r.l. | 18020 |
| Groupement de Désossage Européen S.A. | 18002 |
| H.12 Schuttrange "Novus" | 18007 |
| Hexagone French Regional Property Fund | 18035 |
| Initbox | 18022 |
| Interfirst | 18035 |
| J.P. Morgan Specialist Funds | 18047 |
| Lux-World PC s.à r.l. | 18024 |
| Lux-World PC s.à r.l. | 18025 |
| Montage d'Antennes André Konz et Cie S.à r.l. | 18025 |
| Montage d'Antennes André Konz et Cie S.à r.l. | 18004 |
| NEF | 18027 |
| OLFI Lux Intermediate Holdings S.à r.l. | 18043 |
| Oneall Sàrl | 18003 |
| Prima | 18008 |
| Seabream S.à r.l. | 18008 |
| Sunlight International S.à r.l. | 18037 |
| Tonon International S.A. | 18027 |
| UBS (Luxembourg) S.A. | 18005 |
| VCM | 18037 |

108005

For mention for the purpose of publication in the Memorial, Compendium of Companies and Associations.
Capellen, February 07, 2012.
Publication reference: 2012018419/12.
(120022597) Deposited in the Luxembourg Trade and Companies Register, February 7, 2012.

**UBS (Luxembourg) S.A., Société Anonyme.**
Head Office: L-1855 Luxembourg, 33A, avenue J.F. Kennedy.
R.C.S. Luxembourg B 11.142.
---

In the year two thousand and twelve, on February second.
Were present the shareholders, or rather their representatives, the corporation UBS (Luxembourg) S.A., based in L-1855 Luxemburg, 33A, Avenue J.F. Kennedy, registered in the Luxembourg Commercial Register under number B 11.142, founded according to the certificate taken up by the notary Robert Elter, with his official residence in Luxembourg on August 20, 1973, published in Mémorial C number 150 of August 30, 1973, last modified by the notary Reginald Neumann, then officially residing in Luxembourg on May 29, 1998, published in Mémorial C number 469 on June 27, 1998.
The meeting is chaired by Markus Kraemer, Managing Director, with his professional address at 33A, Avenue, L-1855 Luxembourg JF Kennedy. The meeting elects as secretary Mr. Werner Winnen, Director, with professional address in L-1855 Luxembourg, 33A, Avenue J.F. Kennedy.
The Assembly elects Mr. Frédéric Sudret, Executive Director, and Mr. Johan Bakeroot, Director, both with professional addresses in L-1855 Luxembourg, 33A, Avenue J.F. Kennedy.

Since the meeting office is now assembled, the Chairman requests the undersigned notary to certify the following:
I.- That the agenda is as follows:

Agenda

1.- Appointment of Mr. René MOTTAS as a member of the Board of Directors until the next Annual General Assembly and approval by the Board of Directors for an indefinite period of time to appoint Mr. René MOTTAS as a delegated member of the Board of Directors.

2.- Acceptance of the resignation of Mr. Andreas PRZEWLOKA as a member of the Board of Directors as of December 31, 2011. The discharge for the exercise of his mandate is reserved for the next Annual General Assembly in 2012.

3.- Expansion of the company's purpose to enable it to act as an insurance broker, and accordingly rewording Article 4 of the Articles of Association as follows: "The purpose of the company is to operate a bank.
In this capacity, the company is entitled to carry out all banking transactions and all transactions that are related to banking transactions for its own account or for the account of others, in particular
A) accepting and paying interest on third-party funds,
B) granting loans and credits of any kind,
C) purchasing bills of exchange and checks,
D) acquiring and selling securities for own and third-party accounts,
E) storing and managing securities for others,
F) issuing and trading bonds, cash bonds and promissory notes,
G) promoting the issue of shares, company shares, certificates, bonds and other securities, subscribing to such securities in one's own name or on behalf of third parties and placing them publicly or privately,
H) carrying out all international financial, monetary and foreign exchange transactions,
I) taking over sureties, guarantees and other guarantees for others,
J) carrying out cashless payment transactions and settlement transactions,
K) acting as an insurance broker through natural persons authorized for this purpose.

The company may also acquire, sell and encumber real estate, accept, order and give up securities of any kind, acquire and sell participations, operate and establish commercial transactions and other commercial companies that may also be active on the real estate market, insofar as such transactions are in any relationship stand for the purpose of the company or could be used to achieve the purpose of the company."

II.- That the shareholders and their authorized representatives, if any, are entered on an attendance list under the number of shares represented; this attendance list, after it has been signed by the shareholders or their representatives, is checked and signed by the meeting office.

The possible powers of attorney for the represented shareholders will be attached as an attachment, after proper signing by the parties and the instrumental notary, according to the current protocol with which they are registered.

III.- That the entire share capital is represented in the current meeting, that the meeting is therefore regularly composed and authorized to decide on the above agenda. Then, after consultation, the assembly unanimously passed the following resolution:

*First Decision*

The General Assembly decides to appoint Mr. René MOTTAS, banker, born on November 25, 1962, with professional address in L-1855 Luxembourg, 33A, Avenue J.F. Kennedy, to the Board of Directors until the next Annual General Meeting in 2012, and gives indefinite approval by the Board of Directors to appoint Mr. René MOTTAS as a delegated member of the Board of Directors.

*Second Decision*

The General Assembly decides to accept the resignation of Mr. Andreas Przewloka as a member of the Board of Directors and Delegate of the Board of Directors as of December 31, 2011 and notes that the discharge for the exercise of his mandate will be reserved for the next Annual General Meeting in 2012.

*Third Decision*

The General Assembly decides to expand the company's purpose and to amend Article 4 of the Articles of Association as follows:

"**Art. 4**." The purpose of the company is to operate a bank. In this capacity, the company is entitled to carry out all banking transactions and all transactions that are related to banking transactions for its own account or for the account of others, in particular
A) accepting and paying interest on third-party funds,
B) making loans and credits of any kind,
C) to purchase bills of exchange and checks,
D) acquiring and selling securities for own and third-party accounts,
E) storing and managing securities for others,
F) issuing and trading bonds, cash bonds and promissory notes,
G) promoting the issue of shares, company shares, certificates, bonds and other securities, subscribing to such securities in its own name or on behalf of third parties and placing them publicly or privately,
H) carrying out all international financial, monetary and foreign exchange transactions,
I) taking over sureties, guarantees and other guarantees for others,
J) carrying out cashless payment and settlement transactions,
K) acting as an insurance broker through natural persons authorized for this purpose.

The company may also acquire, sell and encumber real estate, accept, order and give up securities of any kind, acquire and sell participations, operate and establish commercial transactions and other commercial companies that may also be active on the real estate market, insofar as such transactions are in any relationship stand for the purpose of the company or could serve to achieve the purpose of the company. "

As the agenda is thus exhausted, the meeting is closed by the chairman.

The costs incurred by the company on the basis of the current document are estimated at a thousand and one hundred euros (EUR 1,100.00).

The notary has drawn the attention of those appearing that prior to any commercial activity, a commercial authorization, in relation to the company's purpose, issued by the Luxembourg authorities is required, which the appearances expressly acknowledge.

About deed, recorded in Luxembourg, date as mentioned at the beginning. And after reading all of the above to the partners, all known to the notary by name, common first name, location and place of residence, all have signed the current deed with the notary.

Signed: Markus Kraemer, Werner Winnen, Frédéric Sudret, Johan Bakeroot, Paul Bettingen.

Registered in Luxembourg, A.C., on February 02, 2012. LAC / 2012 / 5293. Rec. 75.

*The Receiver (signed):* Irène Thill.

- For identical copy - Issued for publication in the Mémorial, Recueil des Sociétés et Associations.

# TRANSLATION CERTIFICATION

Date: February 25, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:

- Luxembourg - Articles of Association revision in 2012

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li