# Exhibit 15

# JOURNAL OFFICIEL

DU GRAND-DUCHÉ DE LUXEMBOURG



MÉMORIAL B

*N° 583 du 16 février 2017*

**Tableau des banques établies au Luxembourg conformément à la loi modifiée du 5 avril 1993 relative au secteur financier.**

**Complément no 4 :**

Changements intervenus pendant la période du 1$^{er}$ octobre 2016 au 31 décembre 2016.

Il y a lieu **d'ajouter** au tableau des banques arrêté au 31 décembre 2015 et publié au Mémorial B no 27 du 4 mars 2016 :

IV.  **Succursales d'établissements de crédit d'origine non communautaire autorisées au Luxembourg sur base de l'article 32 de la loi modifiée du 5 avril 1993 relative au secteur financier**

   Bank of Communications Co., Limited Luxembourg Branch
   7, rue de la Chapelle
   L-1325 Luxembourg

V.  **Succursales d'établissements de crédit d'origine communautaire et assimilés autorisées au Luxembourg sur base de l'article 30 de la loi modifiée du 5 avril 1993 relative au secteur financier**

   CACEIS Bank, Luxembourg branch
   5, allée Scheffer
   L-2520 LUXEMBOURG

   UBS EUROPE SE, Luxembourg Branch
   33A avenue J.F. Kennedy
   L-1855 LUXEMBOURG

Il y a lieu **de retirer** du tableau des banques arrêté au 31 décembre 2015 et publié au Mémorial B no 27 du 4 mars 2016 :

I.  **Banques autorisées à exercer leur activité en application de l'article 2 de la loi modifiée du 5 avril 1993 relative au secteur financier**

   B.  **Sociétés anonymes de droit luxembourgeois**

      CACEIS Bank Luxembourg
      5, allée Scheffer
      L-2520 LUXEMBOURG

      UBS (Luxembourg) S.A.
      33A, avenue J.F. Kennedy
      L-1855 Luxembourg

      BHF-BANK International
      534, rue de Neudorf
      L-2220 LUXEMBOURG

**JOURNAL OFFICIEL**  du Grand-Duché de Luxembourg                              MÉMORIAL B - 583 du 16 février 2017

Il y a lieu **de modifier** au tableau des banques arrêté au 31 décembre 2015 et publié au Mémorial B no 27 du 4 mars 2016 :

L'adresse des établissements suivants :

I. **Banques autorisées à exercer leur activité en application de l'article 2 de la loi modifiée du 5 avril 1993 relative au secteur financier**

   B. **Sociétés anonymes de droit luxembourgeois**

   Banque J. Safra Sarasin (Luxembourg) SA
   17-21 boulevard Joseph II
   L-1840 Luxembourg

V. **Succursales d'établissements de crédit d'origine communautaire et assimilés autorisées au Luxembourg sur base de l'article 30 de la loi modifiée du 5 avril 1993 relative au secteur financier**

   RCB BANK LTD, Luxembourg branch
   3, rue Pierre d'Aspelt
   L-1142 Luxembourg

                                                                 Luxembourg, le 9 janvier 2017.



B 583 - 2