# Exhibit 15(A)

**OFFICIAL GAZETTE** [flag]
OF THE GRAND DUCHY OF LUXEMBOURG

MEMORIAL B
*No. 583 of 16 February 2017*

**Table of banks established in Luxembourg in accordance with the amended Law of 5 April 1993 on the financial sector.**

**Addendum No. 4:**

Changes made during the period from 1 October 2016, to 31 December 2016.

There are grounds to **add** the following to the table of banks defined as of 31 December 2015 and published in Memorial B no. 27 of 4 March 2016:

IV. **Branches of non-EU credit institutions authorized in Luxembourg based on Article 32 of the amended law of 5 April 1993 on the financial sector**

   Bank of Communications Co., Limited Luxembourg Branch
   7, Rue de la Chapelle
   L-1325 Luxembourg

V. **Branches of EU credit institutions and related institutions authorized in Luxembourg based on Article 30 of the amended law of 5 April 1993 on the financial sector**

   CACEIS Bank, Luxembourg branch
   5, Allée Scheffer
   L-2520 LUXEMBOURG

   UBS EUROPE SE, Luxembourg Branch
   33A Avenue J.F. Kennedy
   L-1855 LUXEMBOURG

There are grounds to **remove** the following from the table of banks defined as of 31 December 2015 and published in Memorial B no. 27 of 4 March 2016:

I. **Banks authorized to operate in accordance with Article 2 of the amended law of 5 April 1993 on the financial sector**

   B. *Sociétés anonymes* [public limited companies] established under Luxembourg law

      CACEIS Bank Luxembourg
      5, Allée Scheffer
      L-2520 LUXEMBOURG

      UBS (Luxembourg) S.A.
      33A, Avenue J.F. Kennedy
      L-1855 Luxembourg

      BHF-BANK International
      534, Rue de Neudorf
      L-2220 LUXEMBOURG

**OFFICIAL GAZETTE** of the Grand Duchy of Luxembourg　　　　　　　　　　MEMORIAL B - 583 of 16 February 2017

---

There are grounds to **amend** the table of banks defined as of 31 December 2015 and published in Memorial B no. 27 of 4 March 2016 as follows:

Address of the following institutions:

I. **Banks authorized to operate in accordance with Article 2 of the amended law of 5 April 1993 on the financial sector**

　B. *Sociétés anonymes* **established under Luxembourg law**

　　Banque J. Safra Sarasin (Luxembourg) SA
　　17-21 Boulevard Joseph II
　　L-1840 Luxembourg

V. **Branches of EU credit institutions and related institutions authorized in Luxembourg based on Article 30 of the amended law of 5 April 1993 on the financial sector**

　RCB BANK LTD, Luxembourg branch
　3, Rue Pierre d'Aspelt
　L-1142 Luxembourg

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Luxembourg, 9 January 2017.

_____

# TRANSLATION CERTIFICATION

Date: March 23, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- French (France)

To:

- English (USA)

The documents are designated as:
- '(2) UBS (Luxembourg) -  Journal officiel du Grand-Duché de Luxembourg #583.pdf'

Alessia Nucci, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Alessia Nucci