# Exhibit 17

DISCONNECTION    PRINT    HELP    Français    Deutsch    English



LBR Portal > RCS > Search > **Details of the person**

## UBS (Luxembourg) S.A. ,
radiée
**B11142**

**Information**

**Trade name(s) or trading name(s)**
UBS (Luxembourg) S.A.

**Registered office**
33A, Avenue J.F. Kennedy
L - 1855 Luxembourg

**Registration date**
27/08/1973

**Legal form**
Société anonyme

**Deletion filing date**
18/01/2017

**NACE code**
64.191 Banks

**Available services**
> Order a company profile
> Monitor this person

## View record

| List of digitalized filings as from the 1st of January 2006 | | | Publications | | |
|---|---|---|---|---|---|
| 57 element(s) found | | | Presentation    Full list | | |
| Filing Nr | Date | Type of filing | Details | Filing | Certified |
| L170010570 | 18/01/2017 | Deletion | - | 📄 | ☐ |
| L160225930 | 01/12/2016 | Future modification without requisition | - | 📄 | ☐ |

**Learn more**

**Prices excluding VAT**

By certified filing : 5.00 €

By batch of certified archived files : 5.00 €

By certified publication : 5.00 €

Version : LBR_20.3
Copyright © LBR gie | Legal aspects



| Filing Nr | Date | Type of filing | Details | Filing | Certified |
|---|---|---|---|---|---|
| L160119918 | 05/07/2016 | Merger / demerger /professional property and staff transfer project | Persons participating in the operation : B11142 | 📄 | ☐ |
| L160089950 | 27/05/2016 | Annual accounts | Exercise from 01/01/2015 to 31/12/2015 | 📄 | ☐ |
| L160089071 | 26/05/2016 | Modification | Administrator(s)/Manager(s) Person(s) in charge of checking the accounts | 📄 | ☐ |
| L150182870 | 09/10/2015 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L150102202 | 15/06/2015 | Modification | Administrator(s)/Manager(s) Person(s) in charge of checking the accounts | 📄 | ☐ |
| L150102201 | 15/06/2015 | Annual accounts | Exercise from 01/01/2014 to 31/12/2014 | 📄 | ☐ |
| L150090103 | 28/05/2015 | Statutory/non-statutory modification without registration | - | 📄 | ☐ |
| L150055139 | 27/03/2015 | Merger / demerger /professional property and staff transfer project | Persons participating in the operation : B11142 | 📄 | ☐ |
| L140085777 | 23/05/2014 | Modification | Administrator(s)/Manager(s) Person(s) in charge of checking the accounts | 📄 | ☐ |
| L140085751 | 23/05/2014 | Annual accounts | Exercise from 01/01/2013 to 31/12/2013 | 📄 | ☐ |
| L130115751 | 10/07/2013 | Modification | Person(s) in charge of checking the accounts | 📄 | ☐ |
| L130114039 | 09/07/2013 | Modification filing of previously filed documents (correction or additional) Correct or complete filing Nr 110093371 | - | 📄 | ☐ |
| L130113613 | 08/07/2013 | Modification (correction or additional) Correct or complete filing Nr 110091700 | Person(s) in charge of checking the accounts | 📄 | ☐ |

| Filing Nr | Date | Type of filing | Details | Filing | Certified |
|---|---|---|---|---|---|
| L130112114 | 05/07/2013 | Modification filing of previously filed documents (correction or additional) Correct or complete filing Nr 100124038 | - | 📄 | ☐ |
| L130104066 | 26/06/2013 | Modification | Merger/Demerger | 📄 | ☐ |
| L130086636 | 31/05/2013 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L130081754 | 23/05/2013 | Annual accounts | Exercise from 01/01/2012 to 31/12/2012 | 📄 | ☐ |
| L130052321 | 03/04/2013 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L120217298 | 17/12/2012 | Merger / demerger /professional property and staff transfer project | Persons participating in the operation : | 📄 | ☐ |
| L120205813 | 29/11/2012 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L120188350 | 02/11/2012 | Modification | Social object Administrator(s)/Manager(s) | 📄 | ☐ |
| L120181795 | 23/10/2012 | Record update | Social exercise | 📄 | ☐ |
| L120101812 | 19/06/2012 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L120101806 | 19/06/2012 | Annual accounts | Exercise from 01/01/2011 to 31/12/2011 | 📄 | ☐ |
| L120026902 | 14/02/2012 | Articles of association | - | 📄 | ☐ |
| L120026446 | 14/02/2012 | Modification (correction or additional) Correct or complete filing Nr 120023036 | Administrator(s)/Manager(s) | 📄 | ☐ |
| L120023036 | 07/02/2012 | Modification Corrected or completed via filing Nr 120026446 | Social object Administrator(s)/Manager(s) Daily Management delegate(s) | 📄 | ☐ |
| L110179458 | 11/11/2011 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L110166144 | 19/10/2011 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L110093371 | 16/06/2011 | Modification Corrected or completed via filing Nr 130114039 | Person(s) in charge of checking the accounts | 📄 | ☐ |
| L110091700 | 15/06/2011 | Modification Corrected or completed via filing Nr 130113613 | Administrator(s)/Manager(s) Person(s) in charge of checking the accounts | 📄 | ☐ |
| L110076175 | 18/05/2011 | Annual accounts | Exercise 2010 | 📄 | ☐ |

| Filing Nr | Date | Type of filing | Details | Filing | Certified |
|---|---|---|---|---|---|
| L100124038 | 11/08/2010 | Modification  Corrected or completed via filing Nr 130112114 | Administrator(s)/Manager(s) Person(s) in charge of checking the accounts | 📄 | ☐ |
| L100082039 | 11/06/2010 | Annual accounts | Exercise 2009 | 📄 | ☐ |
| L100059560 | 29/04/2010 | Authorized signature list | - | 📄 | ☐ |
| L100010984 | 21/01/2010 | Authorized signature list | - | 📄 | ☐ |
| L090184751 | 02/12/2009 | Authorized signature list | - | 📄 | ☐ |
| L090119238 | 31/07/2009 | Authorized signature list | - | 📄 | ☐ |
| L090116935 | 29/07/2009 | Modification | Administrator(s)/Manager(s) Daily Management delegate(s) | 📄 | ☐ |
| L090114653 | 27/07/2009 | Annual accounts | Exercise 2008 | 📄 | ☐ |
| L090061938 | 30/04/2009 | Authorized signature list | - | 📄 | ☐ |
| L090011212 | 21/01/2009 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L080112386 | 31/07/2008 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L080106891 | 23/07/2008 | Authorized signature list | - | 📄 | ☐ |
| L080106880 | 23/07/2008 | Modification | Administrator(s)/Manager(s) Daily Management delegate(s) | 📄 | ☐ |
| L080094226 | 01/07/2008 | Annual accounts | Exercise 2007 | 📄 | ☐ |
| L080071385 | 19/05/2008 | Annual accounts | Exercise 2006 | 📄 | ☐ |
| L070171308 | 14/12/2007 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L070117839 | 03/09/2007 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L070117834 | 03/09/2007 | Modification | Registered office | 📄 | ☐ |
| L070076546 | 18/06/2007 | Modification | Administrator(s)/Manager(s) | 📄 | ☐ |
| L070075754 | 15/06/2007 | Modification filing of previously filed documents (correction or additional)  Correct or complete filing Nr 060049199 | - | 📄 | ☐ |
| L060050288 | 02/06/2006 | Annual accounts | Exercise 2005 | 📄 | ☐ |

| Filing Nr | Date | Type of filing | Details | Filing | Certified |
|---|---|---|---|---|---|
| L060049199 | 31/05/2006 | Modification<br>Corrected or completed via filing Nr 070075754 | Administrator(s)/Manager(s) | 📄 | ☐ |

PAY