**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>       Debtors in Foreign Proceedings. | Chapter 15 Case<br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br>       Plaintiffs,<br>       v.<br>THEODOOR GGC AMSTERDAM, et al.,<br>       Defendants, | Adv. Pro. No. 10-03496 (SMB)<br>Administratively Consolidated |
| This Notice of Appearance is also being submitted in the following Adversary Proceedings:<br>10-03624  10-03635 10-03636 10-03752 10-03754<br>10-03871  11-01244 11-02787 12-01288 | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that I, Benjamin S. Beller, hereby request the withdrawal of my appearance on behalf of (i) Caceis Bank Luxembourg in Adv. Pro. Nos. 10-03624 (SMB), 10-03635 (SMB), and 10-03636 (SMB); Crédit Agricole (Miami), Crédit Lyonnais, and Crédit Lyonnais Miami in Adv. Pro. No. 10-03752 (SMB); Crédit Agricole (Suisse) SA in Adv. Pro. No. 11-01244 (SMB); Crédit Agricole Titres and CPR Online in Adv. Pro. No. 11-02787 (SMB); Cais Bank and Calyon Paris in Adv. Pro. No. 12-01288 (SMB); CDC Ixis in Adv. Pro. No. 10-03754 (SMB); and Caceis Bank EX IXIS IS in Adv. Pro. No. 10-03871 (SMB) (collectively, the

"<u>Crédit Agricole Defendants</u>"); and (ii) Brown Brothers Harriman & Co., Blush & Co., and Fox & Co. in Adv. Pro. No. 10-03752 (SMB) (collectively, the "<u>Brown Brothers Defendants</u>"). As of May 30, 2020, I will no longer be a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, and will no longer have any association with the above captioned matters.

PLEAE TAKE FURTHER NOTICE that Cleary Gottlieb Steen & Hamilton LLP continues to represent the above-referenced defendants.

Respectfully submitted,

Dated: May 26, 2020    CLEARY GOTTLIEB STEEN & HAMILTON LLP
New York, New York

By: /s/ Benjamin S. Beller
Benjamin S. Beller
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
bbeller@cgsh.com

*Attorney for the Crédit Agricole Defendants and Brown Brothers Defendants*