IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiffs in the administratively consolidated adversary proceedings captioned above (the "Foreign Representatives")—the full list of which is set forth in Exhibit A, *infra*—and requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be given to and served upon undersigned at the address set forth below. This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise that relate to the above-captioned proceedings. The undersigned certifies that he is admitted to practice before this Court.

PLEASE TAKE FURTHER NOTICE that this notice shall not waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter to which the Foreign Representatives are or may be entitled. All rights, claims, actions, defenses, setoffs, and recoupments of the Foreign Representatives are expressly reserved.

PLEASE TAKE FURTHER NOTICE that demand is also hereby made that the name and address set forth below be added to the Master Service List in these cases.

| | |
|---|---|
| Dated:  New York, NY<br>         June 1, 2020 | Respectfully submitted,<br><br>SELENDY & GAY PLLC<br><br>By:  */s/ David Elsberg*<br>David Elsberg<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9004<br>delsberg@selendygay.com<br><br>*Counsel for the Foreign Representatives* |

## Exhibit A

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635-SMB |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636-SMB |
| 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Abu Dhabi Inv. Auth., et al.* | 11-01719-SMB |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Albemar Participation Ltd., et al.* | 12-01266-SMB |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al.* | 11-01591-SMB |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Almel Ltd., et al.* | 10-03789-SMB |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama, et al.* | 12-01294-SMB |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Alt. Fund Ltd., et al.* | 12-01763-SMB |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Select Ltd., et al.* | 10-03541-SMB |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Andorra Banc Agricol Reig SA, et al.* | 11-02611-SMB |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Annex Ltd., et al.* | 11-02593-SMB |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Apollo Nominees, Inc., et al.* | 11-01603-SMB |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Endowment Advisers Ltd., et al.* | 11-01458-SMB |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Int'l Capital Ltd., et al.* | 10-03870-SMB |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Atl. Sec. Bank, et al.* | 12-01550-SMB |
| 16 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al.* | 11-02530-SMB |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AXA Isle of Man, et al.* | 10-03623-SMB |
| 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Carige SPA, et al.* | 12-01123-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 19 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | 12-01140-SMB |
| 20 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Di San Marino SPA, et al.* | 11-01572-SMB |
| 21 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto, et al.* | 12-01148-SMB |
| 22 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Privada D'Andorra S.A., et al.* | 11-01717-SMB |
| 23 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | 12-01285-SMB |
| 24 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Secs. LLC, et al.* | 11-01571-SMB |
| 25 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Bah.), et al.* | 10-03783-SMB |
| 26 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Gib.) Ltd., et al.* | 10-03787-SMB |
| 27 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria, S.A., et al.* | 10-03515-SMB |
| 28 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco di Desio e Della Brianza, et al.* | 10-04096-SMB |
| 29 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al.* | 12-01286-SMB |
| 30 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | 10-04089-SMB |
| 31 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Int'l, et al.* | 12-01124-SMB |
| 32 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Lux. SA, et al.* | 10-03755-SMB |
| 33 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Nominees (IOM) Ltd., et al.* | 10-04097-SMB |
| 34 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Patagonia (Uruguay) S.A.I.F.E., et al.* | 12-01287-SMB |
| 35 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A, et al.* | 12-01187-SMB |
| 36 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Privado Portugues (Cayman) Ltd., et al.* | 11-02531-SMB |
| 37 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | 10-03509-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 38 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Am. Nat'l Trust & Sav. Ass'n, et al.* | 10-03615-SMB |
| 39 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Ltd., et al.* | 12-01135-SMB |
| 40 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | 12-01144-SMB |
| 41 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | 10-03510-SMB |
| 42 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer & Co. Ltd., Zurich, et al.* | 11-01243-SMB |
| 43 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A., et al.* | 11-02772-SMB |
| 44 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | 10-04212-SMB |
| 45 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Beneficial Owners of Accounts Held in the Name of Bank Sal. Oppenheim Jr. & Cie (Schweiz) Ag 1-1000* | 11-02440-SMB |
| 46 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie, et al.* | 12-01295-SMB |
| 47 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG, et al.* | 11-01612-SMB |
| 48 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | 11-01760-SMB |
| 49 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Bros. Sturdza SA, et al.* | 12-01157-SMB |
| 50 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Luxembourg S.A., et al.* | 12-01147-SMB |
| 51 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | 10-03616-SMB |
| 52 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | 11-01585-SMB |
| 53 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'Epargne de L'Etat Luxembourg, et al.* | 11-01598-SMB |
| 54 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | 10-03514-SMB |
| 55 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Eur.), et al.* | 10-03505-SMB |
| 56 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance S.A., et al.* | 11-01256-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 57 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al.* | 10-03586-SMB |
| 58 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al.* | 10-03749-SMB |
| 59 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | 10-03513-SMB |
| 60 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | 12-01265-SMB |
| 61 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) S.A., et al.* | 11-01259-SMB |
| 62 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | 12-01599-SMB |
| 63 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Ltd., et al.* | 11-01470-SMB |
| 64 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bah. Ltd., et al.* | 11-01587-SMB |
| 65 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse), et al.* | 11-01568-SMB |
| 66 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | 10-03750-SMB |
| 67 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-04098-SMB |
| 68 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-01551-SMB |
| 69 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-03626-SMB |
| 70 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-04099-SMB |
| 71 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-01579-SMB |
| 72 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-03627-SMB |
| 73 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., Credit Andorra/Crediivest, et al.* | 11-01589-SMB |
| 74 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | 10-03873-SMB |
| 75 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BP Alpha S.A., et al.* | 11-01245-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 76 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | 12-01136-SMB |
| 77 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Bros. Harriman & Co., et al.* | 10-03752-SMB |
| 78 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Ins., et al.* | 11-01574-SMB |
| 79 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | 10-03871-SMB |
| 80 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Lux., et al.* | 10-03624-SMB |
| 81 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cais Bank, et al.* | 12-01288-SMB |
| 82 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Capital Global Mgmt. Ltd., et al.* | 12-01552-SMB |
| 83 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Capluck Enters. Ltd., et al.* | 11-01573-SMB |
| 84 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Catalunya Caixa, et al.* | 12-01129-SMB |
| 85 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Ins. Co. Ltd., et al.* | 11-01577-SMB |
| 86 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CDC IXIS, et al.* | 10-03754-SMB |
| 87 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin Int'l Ltd., et al.* | 10-03865-SMB |
| 88 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Centre Coll., et al.* | 12-01143-SMB |
| 89 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Chelsea Trust Co., Ltd., et al.* | 12-01138-SMB |
| 90 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Chen Tyan-Wen, et al.* | 11-01611-SMB |
| 91 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Ching-Jung Fang, et al.* | 11-02591-SMB |
| 92 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc., et al.* | 12-01142-SMB |
| 93 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-03622-SMB |
| 94 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switz.) AG, et al.* | 10-03640-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 95 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-02770-SMB |
| 96 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Ltd., et al.* | 10-04100-SMB |
| 97 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clarks Fork Foundation, et al.* | 12-01150-SMB |
| 98 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking S.A., et al.* | 11-01263-SMB |
| 99 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | 10-04093-SMB |
| 100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole (Suisse) S.A., et al.* | 11-01244-SMB |
| 101 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | 11-02787-SMB |
| 102 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Sing. Branch, et al.* | 11-01575-SMB |
| 103 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Mgmt., et al.* | 11-01601-SMB |
| 104 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bah.), et al.* | 10-03782-SMB |
| 105 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Credit Suisse Int'l, et al.* | 10-03620-SMB |
| 106 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Lux.) S.A., et al.* | 10-04088-SMB |
| 107 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch, et al.* | 12-01127-SMB |
| 108 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | 10-04236-SMB |
| 109 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Ltd., et al.* | 11-02612-SMB |
| 110 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Criterium Capital Funds BV, et al.* | 12-01268-SMB |
| 111 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Danobat S. Coop, et al.* | 12-01159-SMB |
| 112 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta, S.P.A., et al.* | 12-01162-SMB |
| 113 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Ltd., et al.* | 11-02532-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 114 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | 10-03747-SMB |
| 115 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | 10-03746-SMB |
| 116 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Ltd., et al.* | 11-01564-SMB |
| 117 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) S.A. Geneve, et al.* | 10-03745-SMB |
| 118 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Co. Am., et al.* | 10-03744-SMB |
| 119 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL, et al.* | 10-04090-SMB |
| 120 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switz.), et al.* | 10-04091-SMB |
| 121 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | 12-01298-SMB |
| 122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Drake & Co., et al.* | 11-01246-SMB |
| 123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dreadnought Fin. OY, et al.* | 12-01289-SMB |
| 124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner LateinAmerika AG, et al.* | 10-03753-SMB |
| 125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. E. Star Sicavf, et al.* | 11-01597-SMB |
| 126 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EC.Com, Inc., et al.* | 11-02614-SMB |
| 127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | 11-01599-SMB |
| 128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | 10-03625-SMB |
| 129 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Essex 21 Ltd., et al.* | 12-01716-SMB |
| 130 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Field Nominees Ltd., et al.* | 12-01133-SMB |
| 131 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank, et al.* | 12-01567-SMB |
| 132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-01617-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 133 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited, et al.* | 12-01571-SMB |
| 134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland N.V., et al.* | 12-01119-SMB |
| 135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al.* | 11-02422-SMB |
| 136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Servs. NV, et al.* | 12-01568-SMB |
| 137 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | 11-01614-SMB |
| 138 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | 10-03776-SMB |
| 139 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FPB Int'l Bank, Inc., et al.* | 12-01126-SMB |
| 140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | 10-03504-SMB |
| 141 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux., et al.* | 11-01254-SMB |
| 142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AND Banc Andorra, et al.* | 10-03632-SMB |
| 143 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.* | 12-01158-SMB |
| 144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Banque Degroof Bruxelles, et al.* | 11-01569-SMB |
| 145 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | 11-01600-SMB |
| 146 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/B M Tel Aviv, et al.* | 11-01467-SMB |
| 147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | 10-03618-SMB |
| 148 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | 10-03756-SMB |
| 149 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al.* | 11-01242-SMB |
| 150 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | 12-01569-SMB |
| 151 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | 11-01594-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 152 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al.* | 10-03629-SMB |
| 153 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | 11-01565-SMB |
| 154 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Disc. Bank, Ltd., Tel Aviv, et al.* | 11-01610-SMB |
| 155 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al.* | 11-01460-SMB |
| 156 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.* | 10-03512-SMB |
| 157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/MLBS Geneva, et al.* | 12-01269-SMB |
| 158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait, et al.* | 11-01260-SMB |
| 159 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/NBP Titres, et al.* | 11-01619-SMB |
| 160 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | 10-03621-SMB |
| 161 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/Procap/Bryan Garnier, et al.* | 11-01262-SMB |
| 162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | 11-01566-SMB |
| 163 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | 10-03867-SMB |
| 164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Swedclient/IAM, et al.* | 11-01253-SMB |
| 165 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fullerton Capital PTE, Ltd., et al.* | 11-02771-SMB |
| 166 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Ltd., et al.* | 10-03525-SMB |
| 167 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al.* | 12-01145-SMB |
| 168 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Global Fund Porvenir, et al.* | 11-01567-SMB |
| 169 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Secs. (H.K.) Ltd., et al.* | 11-01462-SMB |
| 170 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | 10-03799-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 171 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Ltd., et al.* | 10-04238-SMB |
| 172 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-01185-SMB |
| 173 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Ins. Co. Ltd., et al.* | 12-01271-SMB |
| 174 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Int'l Trustee Ltd., et al.* | 12-01290-SMB |
| 175 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Inst. Trust Servs. (Asia) Ltd., et al.* | 10-03619-SMB |
| 176 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | 10-03631-SMB |
| 177 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-03633-SMB |
| 178 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. (Panama) SA, et al.* | 12-01270-SMB |
| 179 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-03630-SMB |
| 180 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd., et al.* | 12-01128-SMB |
| 181 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Secs. S.A., et al.* | 12-01555-SMB |
| 182 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hsu, et al.* | 11-01247-SMB |
| 183 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hua Nan Commercial Bank, et al.* | 12-01153-SMB |
| 184 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang, et al.* | 11-01255-SMB |
| 185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang Long-Yin, et al.* | 11-01465-SMB |
| 186 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hui-Liang Tsai & Chien-Hui Tu, et al.* | 11-01466-SMB |
| 187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hyposwiss Private Bank Geneve, et al.* | 12-01600-SMB |
| 188 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) S.A., et al.* | 10-03801-SMB |
| 189 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. International Hedge Fund Ltd., et al.* | 12-01161-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 190 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | 12-01125-SMB |
| 191 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Irish Life Int'l, et al.* | 12-01291-SMB |
| 192 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Istituto Bancario Sammarinese S.P.A., et al.* | 12-01292-SMB |
| 193 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Ltd./BVI, et al.* | 12-01264-SMB |
| 194 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. John E. Niederhuber IRA, et al.* | 12-01296-SMB |
| 195 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith Cherwinka, et al.* | 11-01592-SMB |
| 196 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith A. Hansen, et al.* | 11-01593-SMB |
| 197 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kasbank Depositary Trust Co., et al.* | 12-01137-SMB |
| 198 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf, N.V., et al.* | 12-01163-SMB |
| 199 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. KAS Depositary Trust Co., et al.* | 11-02533-SMB |
| 200 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KB (CI) Nominees Ltd., et al.* | 10-04240-SMB |
| 201 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, et al.* | 11-01596-SMB |
| 202 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kiangsu Chekiang, et al.* | 12-01155-SMB |
| 203 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kookmin Bank, et al.* | 10-03777-SMB |
| 204 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exch. Bank, et al.* | 11-01486-SMB |
| 205 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank S.A. Luxembourgeoise, et al.* | 10-03868-SMB |
| 206 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al.* | 11-01595-SMB |
| 207 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. La Romana Inversiones SICAV, S.A., et al.* | 12-01149-SMB |
| 208 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lacroze, et al.* | 10-03528-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 209 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Leyden Dev., et al.* | 11-01622-SMB |
| 210 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lion Global Invs., et al.* | 11-02392-SMB |
| 211 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | 10-03795-SMB |
| 212 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Props. Ltd., et al.* | 10-03521-SMB |
| 213 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Loquat Holdings, Inc., et al.* | 12-01152-SMB |
| 214 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Lung Yen Life Serv. Co. Ltd., et al.* | 11-01608-SMB |
| 215 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Madison Cultural Arts Support Trust, et al.* | 12-01121-SMB |
| 216 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mandalay Invs. SA, et al.* | 12-01141-SMB |
| 217 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Maple Key Mkt. Neutral Cayman Islands LP, et al.* | 12-01122-SMB |
| 218 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mario Pacheco Cortes, et al.* | 11-02401-SMB |
| 219 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melguizo, et al.* | 11-01607-SMB |
| 220 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Inv. Ltd., et al.* | 11-01461-SMB |
| 221 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Ins. Co. Ltd., et al.* | 10-03507-SMB |
| 222 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al.* | 10-03788-SMB |
| 223 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-01463-SMB |
| 224 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | 10-03516-SMB |
| 225 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie, et al.* | 11-01257-SMB |
| 226 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | 10-03791-SMB |
| 227 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Multi-Strategy Fund Ltd., et al.* | 11-01576-SMB |

| NO. | CASE NAME | INDEX NO. |
| --- | --- | --- |
| 228 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al.* | 11-02336-SMB |
| 229 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al.* | 10-04094-SMB |
| 230 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis, et al.* | 11-01464-SMB |
| 231 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Natixis Private Banking Int'l, et al.* | 10-03864-SMB |
| 232 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al.* | 10-03519-SMB |
| 233 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nihon Unicom Corp., et al.* | 11-01261-SMB |
| 234 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura Int'l PLC, et al.* | 10-03793-SMB |
| 235 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, Royal Bank of Canada, et al.* | 11-01578-SMB |
| 236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Parson Fin. Panama S.A., et al.* | 11-01580-SMB |
| 237 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Ltd., et al.* | 11-01604-SMB |
| 238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | 10-03764-SMB |
| 239 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Found., Inc. et al.* | 11-01613-SMB |
| 240 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. POBT Bank & Trust Ltd., et al.* | 11-01248-SMB |
| 241 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advs., Inc., et al.* | 12-01146-SMB |
| 242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Presnow Ltd., et al.* | 11-01620-SMB |
| 243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PRS Inv. Strategies Fund Class 4E, et al.* | 10-04101-SMB |
| 244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. P.S.I. Int'l Ltd., et al.* | 11-02592-SMB |
| 245 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Ltd., et al.* | 12-01164-SMB |
| 246 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | 11-01581-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 247 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Inv. Servs. Espana S.A., et al.* | 12-01132-SMB |
| 248 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Sec. Sub A/C, et al.* | 10-03502-SMB |
| 249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank S.A. f/k/a RBC Dexia Investor Services Bank S.A., et al.* | 16-01214-SMB |
| 250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | 10-03628-SMB |
| 251 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris, et al.* | 12-01131-SMB |
| 252 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild Trust (Schweiz) AG, et al.* | 11-02594-SMB |
| 253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada, et al.* | 11-02253-SMB |
| 254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al.* | 11-01582-SMB |
| 255 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | 10-04087-SMB |
| 256 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. S. Coop Irizar, et al.* | 11-01570-SMB |
| 257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Samsung Absolute Return Trust M1, et al.* | 12-01762-SMB |
| 258 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Societe Europeenne De Banque S.A. et al* | 11-01615-SMB |
| 259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | 10-03508-SMB |
| 260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | 11-01249-SMB |
| 261 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | 12-01272-SMB |
| 262 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Select Absolute Strategies Sicav, et al.* | 12-01601-SMB |
| 263 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. SEI Invs. Trustee, et al.* | 12-01134-SMB |
| 264 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al.* | 10-03786-SMB |
| 265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al.* | 10-03595-SMB |

| NO. | CASE NAME | INDEX NO. |
| --- | --- | --- |
| 266 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al.* | 10-03614-SMB |
| 267 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Silverado Holdings LDC, et al.* | 12-01300-SMB |
| 268 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Simgest SpA, et al.* | 11-02534-SMB |
| 269 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG, et al.* | 10-03869-SMB |
| 270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V., et al.* | 10-03757-SMB |
| 271 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Lux.), et al.* | 11-01584-SMB |
| 272 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Lux.), et al.* | 11-02613-SMB |
| 273 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sofos Capital LLC, et al.* | 12-01154-SMB |
| 274 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al.* | 12-01556-SMB |
| 275 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Spin City Corp., et al.* | 12-01160-SMB |
| 276 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Stichting Stroeve Global Custody, et al.* | 11-02615-SMB |
| 277 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al.* | 10-03798-SMB |
| 278 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Banking & Trust Co. Ltd., et al.* | 10-03863-SMB |
| 279 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | 11-01586-SMB |
| 280 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. TAIB Bank E.C., et al.* | 12-01267-SMB |
| 281 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Tayleigh Trust Co. Ltd., et al.* | 12-01130-SMB |
| 282 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A., et al.* | 10-03503-SMB |
| 283 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.* | 10-03496-SMB |
| 284 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Torshen, et al.* | 10-03866-SMB |

| NO. | CASE NAME | INDEX NO. |
|---|---|---|
| 285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Triumph Offshore Fund, et al.* | 12-01293-SMB |
| 286 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Tsao, et al.* | 11-01468-SMB |
| 287 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-03780-SMB |
| 288 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | 10-04095-SMB |
| 289 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd. Ref Greenlake Arbitrage Fund Ltd., et al.* | 10-03758-SMB |
| 290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | 11-01258-SMB |
| 291 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-01250-SMB |
| 292 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Ltd., et al.* | 12-01301-SMB |
| 293 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Union Finance Int'l (HK) Ltd., et al.* | 12-01139-SMB |
| 294 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Union USD Global Arbitrage A Fund, et al.* | 10-03506-SMB |
| 295 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Vontobel Asset Mgmt. Inc., et al.* | 10-03540-SMB |
| 296 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Secs. S.A., et al.* | 10-03778-SMB |
| 297 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Weston Sec. Ltd., et al.* | 10-03784-SMB |
| 298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Winchester Fiduciary Servs. Ltd., et al.* | 12-01302-SMB |
| 299 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Woori Bank, et al.* | 11-01616-SMB |
| 300 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Yuanta Asset Mgmt. (H.K.) Ltd., et al.* | 11-01588-SMB |
| 301 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zayed, et al.* | 10-03790-SMB |
| 302 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Co. (Berm.) Ltd., et al.* | 10-03792-SMB |
| 303 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-03634-SMB |