# Exhibit 1

**BROWN RUDNICK LLP**

Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry Quinn

*Attorneys for the Foreign Representatives*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | **Chapter 15 Case** |
| | ) | |
| **Fairfield Sentry Limited, et al.,** | ) | **Case No. 10-13164 (BRL)** |
| | ) | |
| **Debtors in Foreign Proceedings.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | |
| **Fairfield Sentry Limited, et al. (In Official** | ) | **Adv. Pro. No. 10-3633** |
| **Liquidation), acting by and through the** | ) | |
| **Foreign Representatives thereof,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **-against-** | ) | |
| | ) | |
| **HSBC Private Bank (Suisse) SA and** | ) | |
| **Beneficial Owners of the Accounts Held in** | ) | |
| **the Name of HSBC Private Bank (Suisse)** | ) | |
| **SA 1-1000,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

8272119

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

      Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      On the 6th day of October, 2010, I caused to be served a true and correct copy of the Amended Complaint against HSBC Private Bank (Suisse) SA filed in this proceeding, together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

HSBC Private Bank (Suisse) SA
2 Quai General Guisan
P.O. Box 3580
CH-1211 Geneva, Switzerland

Beneficial Owners of the Accounts Held in the
Name of HSBC Private Bank (Suisse) SA 1-1000
c/o HSBC Private Bank (Suisse) SA
2 Quai General Guisan
P.O. Box 3580
Ch-1211 Geneva
Switzerland

      On the 6th day of October, 2010, I caused to be served a true and correct copy of the Amended Complaint against HSBC Private Bank (Suisse) SA filed in this proceeding, together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered by first class mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Evan A. Davis
Charles J. Keeley
Breon Peace
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
*Attorneys for Defendant HSBC Private Bank (Suisse) SA*

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
6th day of October, 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011