# **Exhibit 2**

10-03635-jpm   Doc 505-3   Filed 06/10/20   Entered 06/10/20 22:20:04   Exhibit 2 to the Declaration   Pg 2 of 16

*Fairfield Sentry Ltd. (in Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Adv. Pro. 10-03509 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al. | Banco Santander (Suisse) S.A. | Jenner & Block LLP<br>919 Third Avenue<br>New York, NY 10022 | No | 10/7/2010 (Dkt. 10) | 8/2/2019 (Dkt. 52) | 8/2/2019 (Dkt. 52) | 1/20/2017 (Dkt. 29) |
| 2 | Adv. Pro. 10-03510 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al. | Hapoalim (Switzerland), Ltd. | Herbet Smith Freehills NY LLP<br>450 Lexington Avenue<br>New York, NY 10017 | No | 10/7/2010 (Dkt. 10) | 10/7/2010 (Dkt. 10)* | 8/8/2019 (Dkt. 58) | 6/8/2012 (Dkt. 18) (memorandum in opposition to Plaintiffs' motion for relief from stay) |
| 3 | Adv. Pro. 10-03514 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al. | Banque Piguet & Cie SA | Allegaert Berger & Vogel LLP<br>111 Broadway<br>New York, NY 10006 | No | 10/7/2010 (Dkt. 10) | 10/7/2010 (Dkt. 10)* | 7/15/2019 (Dkt. 72) | 1/17/2017 (Dkt. 30) (motion to dismiss) |
| 4 | Adv. Pro. 10-03595 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. | FIF Advanced Ltd. | Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110 | No | 7/25/2012 (Dkt. 19) (FIF Advanced Ltd. not named in original complaint) | 7/19/2019 (Dkt. 98) | 7/19/2019 (Dkt. 98) | 12/22/2016 (Dkt. 29) |
| 5 | Adv. Pro. 10-03595 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. | SG Private Banking (Suisse) SA | Allegaert Berger & Vogel LLP<br>111 Broadway<br>New York, NY 10006 | No | 9/24/2010 (Dkt. 4) | 7/19/2019 (Dkt. 98) | 7/19/2019 (Dkt. 98) | 1/19/2017 (Dkt. 40) (motion to dismiss) |
| 6 | Adv. Pro. 10-03625 | Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al. | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA | Kobre & Kim LLP<br>Adam. M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br><br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, NY 10166 | Yes | 10/7/2010 (Dkt. 11) | 10/7/2010 (Dkt. 11)* | 8/12/2019 (Dkt. 105) | 10/4/2010 (Dkt. 4) (motion to withdraw reference) |
| 7 | Adv. Pro. 10-03633 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al. | HSBC Private Bank Suisse SA | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002 | Yes | 10/6/2010 (Dkt. 15)*** | 10/6/2010 (Dkt. 15)* | 1/9/2020 (Dkt. 86) | 9/21/2010 (Dkt. 2) (motion to withdraw reference) |

\*     *Reflects service by first-class mail.*
\*\*    *Unless otherwise noted, appearance was by formal notice of appearance.*
\*\*\*  *HSBC Suisse was served with the original complaint on 10/6/2010, though the affidavit of service and docket text reference an amended complaint.*

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Adv. Pro. 10-03634 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | Bank Morgan Stanley AG | Wiggin and Dana LLP Two Stamford Plaza 281 Tresser Blvd Stamford, CT 06901 | Yes | 10/8/2010 (Dkt. 34) | 1/10/2011 (Dkt. 42) | 1/9/2020 (Dkt. 237) | 10/8/2010 (Dkt. 27) (corporate ownership statement) |
| 9 | Adv. Pro. 10-03634 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | Citibank (Switzerland) AG | Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | Yes | 10/8/2010 (Dkt. 34) (Affidavit of Service shows service made on Citibank (Switzerland) Zurich. In their Notice of Appearance, counsel noted that the correct name of the entity is Citibank (Switzerland) AG (*see* Dkt. 88)) | 1/9/2020 (Dkt. 237) | 1/9/2020 (Dkt. 237) | 1/10/2017 (Dkts. 88-89) |
| 10 | Adv. Pro. 10-03634 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA | Pro Se (formerly represented by Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006 & Flemming Zulack Williamson Zauderer LLP One Liberty Plaza New York, NY 10006) | Yes | 10/8/2010 (Dkt. 34) | 1/10/2011 (Dkt. 42) (former counsel) | 1/9/2020 (Dkt. 237) (former counsel) | 10/7/2010 (Dkt. 24) (corporate ownership statement) (former counsel) |
| 11 | Adv. Pro. 10-03634 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | EFG Private Bank S.A. (n/k/a EFG Bank) | Kobre & Kim LLP Adam. M. Lavine 800 Third Avenue New York, New York 10022 | Yes | 10/8/2010 (Dkt. 34) | 8/7/2012 (Dkt. 64) | 1/9/2020 (Dkt. 237) | 7/15/2011 (Dkt. 56) |
| 12 | Adv. Pro. 10-03634 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | Merrill Lynch Bank | O'Melveny & Myers LLP 7 Times Square New York, NY 10036 | Yes | 10/8/2010 (Dkt. 34) | 1/10/2011 (Dkt. 42) | 1/9/2020 (Dkt. 237) | 10/4/2010 (Dkt. 17) (motion to remand) |
| 13 | Adv. Pro. 10-03634 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al. | Morgan Stanley & Co. International PLC | Wiggin and Dana LLP Two Stamford Plaza 281 Tresser Blvd Stamford, CT 06901 | Yes | 10/8/2010 (Dkt. 34) | 1/10/2011 (Dkt. 42) | 1/9/2020 (Dkt. 237) | 10/8/2010 (Dkt. 28) (corporate ownership statement) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to the Declaration    Pg 4 of 16

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Arsenal SPC OBO Glasgow SEG Port | Pro Se (formerly represented by Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019) | Yes | 10/22/2010 (Dkt. 79) | Original complaint filed on 9/21/2010 (Dkt. 8) and amended complaints filed on 1/10/2011 (Dkt. 67), 5/3/2011 (Dkt. 86), and 7/20/2012 (Dkt. 121) before counsel appeared; Liquidators dismissed claims against Arsenal SPC OBO Glasgow SEG Port on 3/14/2018 (Dkt. 407) | Operative complaint against other defendants filed on 1/9/2020 (Dkt. 466) after claims against Arsenal SPC OBO Glasgow SEG Port were dismissed and counsel withdrew | 1/12/2017 (Dkt. 154) (former counsel) |
| 15 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banca Arner S.A. | DLA Piper LLP (US) 1251 Avenue of the Americas New York, NY 10020 | Yes | 10/21/2010 (Dkt. 54) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 34 (corporate ownership statement) |
| 16 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banca Unione di Credito | David Farrington Yates Kobre & Kim LLP 800 Third Avenue New York, NY 10022 | Yes | 10/21/2010 (Dkt. 54) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 5/22/2018 (Dkt. 409) (stipulation to vacate entry of default) |
| 17 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Bank Julius Baer & Co. Ltd. | McKool Smith, P.C. One Manhattan West 395 9th Avenue New York, NY 10001 | Yes | 10/8/2010 (Dkt. 53) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 30) (corporate ownership statement) |
| 18 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banque Cantonale Vaudoise | Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006<br><br>Flemming Zulack Williamson Zauderer LLP One Liberty Plaza New York, NY 10006 | Yes | 10/22/2010 (Dkt. 79) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) (motion to join motion to withdraw reference) |
| 19 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA | Clifford Chance US LLP 31 West 52nd Street New York, NY 10019 | Yes | 10/22/2010 (Dkt. 79) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 2/13/2018 (Dkt. 406) (motion to join consolidated motion to dismiss) |

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 20 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banque Pictet & Cie SA | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 | Yes | 10/8/2010 (Dkt. 53) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 37) (corporate ownership statement) |
| 21 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BBVA (Suisse) SA | Winston & Strawn, LLP<br>1700 K Street NW<br>Washington, DC 20006<br><br>Shearman & Sterling LLP<br>801 Pennsylvania Ave., NW<br>Washington, DC 20004<br><br>Morgan, Lewis & Bokius LLP<br>101 Park Avenue<br>New York, NY 10178 | Yes | 10/21/2010 (Dkt. 54) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 33) (corporate ownership statement) |
| 22 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BCV AMC Defensive Alt Fund | Allegaert Berger & Vogel LLP<br>111 Broadway<br>New York, NY 10006<br><br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, NY 10006 | Yes | 10/22/2010 (Dkt. 79) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 1/19/2017 (Dkt. 181) |
| 23 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BNP Paribas (Suisse) SA | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002 | Yes | 10/21/2010 (Dkt. 54) | 9/21/2010 (Dkt. 8) | 1/9/2020 (Dkt. 466) | 9/21/2010 (Dkt. 2) (motion to withdraw reference) |
| 24 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BNP Paribas (Suisse) SA Ex Fortis | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002 | Yes | 10/22/2010 (Dkt. 79) | 9/21/2010 (Dkt. 8) | 1/9/2020 (Dkt. 466) | 9/21/2010 (Dkt. 2) (motion to withdraw reference) |
| 25 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BNP Paribas (Suisse) SA Private | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10002 | Yes | 10/22/2010 (Dkt. 79) | 9/21/2010 (Dkt. 8) | 1/9/2020 (Dkt. 466) | 9/21/2010 (Dkt. 2) (motion to withdraw reference) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to
the Declaration    Pg 6 of 16

Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BSI AG | Kobre & Kim LLP 800 Third Avenue New York, NY 10022<br><br>WilmerHale 399 Park Avenue New York, NY 10022 USA | Yes | 10/22/2010 (Dkt. 79) | 10/20/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) (joinder of motion to withdraw reference/remand) |
| 27 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BSI Ex Banca Del Gottardo | Kobre & Kim LLP 800 Third Avenue New York, NY 10022<br><br>WilmerHale 399 Park Avenue New York, NY 10022 USA | Yes | 10/22/2010 (Dkt. 79) | 10/20/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/27/2017 (Dkt. 220) |
| 28 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Clariden Leu Ltd. | O'Melveny & Myers LLP 7 Times Square New York, NY 10036 | Yes | 10/22/2010 (Dkt. 79) ("Lariden Leu Ltd." served by International Registered Mail--later corrected in amended complaints) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 8/4/2011 (Dkt. 103) (corporate ownership statement) |
| 29 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Compagnie Bancaire Helvetique | Flemming Zulack Williamson Zauderer LLP One Liberty Plaza New York, NY 10006<br><br>Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 10/20/2010 (Dkt. 53) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) (joinder of motion to withdraw reference/remand) |
| 30 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Corner Banca SA | Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center New York, NY 10007 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) (joinder of motion to withdraw reference/remand) |
| 31 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Credit Suisse AG Zurich | O'Melveny & Myers LLP 7 Times Square New York, NY 10036 | Yes | 10/22/2010 (Dkt. 79) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 8/3/2011 (Dkt. 102) (corporate ownership statement for Credit Suisse AG) |
| 32 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Dresdner Bank Schweiz | Milbank LLP 55 Hudson Yards New York, NY 10001-2163 | Yes | 10/22/2010 (Dkt. 79) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/20/2017 (Dkt. 189) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to
the Declaration    Pg 7 of 16

Fairfield Sentry Ltd. (in Liquidation) v. Theodoor GGC Amsterdam, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | Allegaert Berger & Vogel LLP<br>111 Broadway<br>New York, NY 10006 | Yes | 10/22/2010 (Dkt. 79) (Sella Bank AG was served by International Registered Mail) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 9/12/2018 (Dkt. 417) (name change stipulation following clerk's entry of default on 10/16/2017) |
| 34 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | EFG Bank S.A. Switzerland n/k/a EFG Bank | Kobre & Kim LLP<br>800 Third Avenue<br>New York, NY 10022<br><br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Yes | 10/8/2010 (Dkt. 53) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 7/15/2011 (Dkt. 99) |
| 35 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Falcon Private Bank | Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 | Yes | 10/22/2010 (Dkt. 79) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/12/2017 (Dkt. 150) |
| 36 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Finter Bank Zurich | Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>New York, NY 10007<br><br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/13/2017 (Dkt. 171) |
| 37 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Hapoalim (Switzerland), Ltd. | Herbert Smith Freehills NY LLP<br>450 Lexington Avenue<br>14th Floor<br>New York, NY 10017 | Yes | 10/8/2010 (Dkt. 53) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 6/8/2012 (Dkt. 113) |
| 38 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | IHAG Handelsbank AG | Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>New York, NY 10007 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/13/2017 (Dkt. 171) |
| 39 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | InCore Bank AG | Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/13/2017 (Dkt. 165) |
| 40 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Lloyds TSB Bank Geneva | Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022 | Yes | 10/22/2010 (Dkt. 79) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 8/20/2014 (Dkt. 136) (letter to the Court) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to the Declaration    Pg 8 of 16

*Fairfield Sentry Ltd. (in Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Lombard Odier Darier Hentsch & Cie | Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006 | Yes | 10/8/2010 (Dkt. 53) | 5/3/2011 (Dkt. 86) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) (corporate ownership statement) |
| 42 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | NBK Banque Privée (Suisse) S.A. | King & Spalding 1185 Avenue of the Americas New York, NY 10036 | Yes | 10/22/2010 (Dkt. 79) | 5/3/2011 (Dkt. 86) | 1/9/2020 (Dkt. 466) | 10/6/2010 (Dkt. 16) (joinder of motion to withdraw reference/remand) |
| 43 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | PKB Privatbank AG | Wilmer Cutler Pickering Hale and Dorr LLP | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 1/13/2017 (Dkt. 171) |
| 44 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | RBS Coutts Bank Ltd. n/k/a Coutts & Co. Ltd. | Katten Muchin Rosenman LLP 575 Madison Avenue New York, NY 10022 | Yes | 10/22/2010 (Dkt. 79) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 8/24/2014 (Dkt. 136) (letter to the Court) |
| 45 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) (joinder of motion to withdraw reference/remand) |
| 46 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) | Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) |
| 47 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | Allegaert Berger & Vogel LLP 111 Broadway New York, NY 10006 | Yes | 10/22/2010 (Dkt. 79) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 10/7/2010 (Dkt. 19) |
| 48 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | SIS Seeganintersettle | Chaffetz Lindsey LLP 1700 Broadway, 33rd Floor New York, New York 10019 | Yes | 10/8/2010 (Dkt. 53) | 1/9/2020 (Dkt. 466) | 1/9/2020 (Dkt. 466) | 1/13/2017 (Dkt. 171) |
| 49 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | SIX SIS Ltd. | Chaffetz Lindsey LLP 1700 Broadway, 33rd Floor New York, New York 10019 | Yes | 10/8/2010 (Dkt. 53) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 6/8/2012 (Dkt. 112) |
| 50 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | UBS AG (sued as UBS AG Zurich and UBS AG New York) | Gibson, Dunn & Crutcher LLP    200 Park Avenue New York, NY 11201 | Yes | 10/22/2010 (Dkt. 79) | 7/20/2012 (Dkt. 121) | 1/9/2020 (Dkt. 466) | 6/8/2012 (Dkt. 115) |

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Adv. Pro. 10-03635 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | Latham & Watkins, LLP 885 Third Avenue New York, NY 10022 | Yes | 10/21/2010 (Dkt. 54; International Registered Mail to ABN AMRO Schweitz AG) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 466) | 10/07/2010 (Dkt. 32) (corporate ownership statement) |
| 52 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Arsenal SPC OBO Glasgow SEG Port | Pro Se (formerly represented by Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019) | Yes | 10/22/2010 (Dkt. 78) | Original complaint filed on 9/21/2010 (Dkt. 8) and amended complaints filed on 1/10/2011 (Dkt. 67), 5/3/2011 (Dkt. 87), 7/20/2012 (Dkt. 122) before counsel appeared; Liquidators dismissed claims against Arsenal SPC OBO Glasgow SEG Port on 3/14/2018 (Dkt. 456) | Operative complaint against other defendants filed on 1/9/2020 (Dkt. 517) after claims against Arsenal SPC OBO Glasgow SEG Port were dismissed and counsel withdrew | 1/12/2017 (Dkt. 173) (former counsel) |
| 53 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banca Arner S.A. | DLA Piper LLP (US) 1251 Avenue of the Americas New York, NY 10020-1104 | Yes | 10/21/2010 (Dkt. 54) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |
| 54 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banca Unione di Credito | Kobre & Kim LLP 800 Third Avenue New York, NY 10022 | Yes | 10/21/2010 (Dkt. 54) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 5/22/2018 (Dkt. 458) (stipulation to vacate entry of default) |
| 55 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Bank Julius Baer & Co. Ltd. | McKool Smith, P.C. One Manhattan West 395 9th Avenue Ste 50th Floor New York, NY 10001-8603 | Yes | 10/8/2010 (Dkt. 53) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |
| 56 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banque Cantonale Vaudoise | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor NEW YORK New York, NY 10006 | Yes | 10/22/2010 (Dkt. 78) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |
| 57 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Banque Pictet & Cie SA | Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 | Yes | 10/8/2010 (Dkt. 53) | 7/20/2012 (Dkt. 122) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BBVA (Suisse) SA | Winston & Strawn LLP 1700 K Street, N.W. Washington, DC 20006-3817 202-282-5205 | Yes | 10/21/2010 (Dkt. 54) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |
| 59 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BCV AMC Defensive Alt Fund | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/22/2010 (Dkt. 78) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 1/19/2017 (Dkts. 203-204) |
| 60 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BNP Paribas (Suisse) SA | Cleary Gottlieb Steen & Hamilton, LLP One Liberty Plaza New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 9/21/2010 (Dkt. 8) | 1/9/2020 (Dkt. 517) | 9/21/2010 (Dkt. 2) (motion to withdraw) |
| 61 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BNP Paribas (Suisse) SA Ex Fortis | Cleary Gottlieb Steen & Hamilton, LLP One Liberty Plaza New York, NY 10006 | Yes | 10/22/2010 (Dkt. 78) | 9/21/2010 (Dkt. 8) | 1/9/2020 (Dkt. 517) | 9/21/2010 (Dkt. 2) (motion to withdraw) |
| 62 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BNP Paribas (Suisse) SA Private | Cleary Gottlieb Steen & Hamilton, LLP One Liberty Plaza New York, NY 10006 | Yes | 10/22/2010 (Dkt. 78) | 9/21/2010 (Dkt. 8) | 1/9/2020 (Dkt. 517) | 9/21/2010 (Dkt. 2) (motion to withdraw) |
| 63 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BSI AG | Wilmer Cutler Pickering Hale and Dorr 60 State Street Boston, MA 02109 | Yes | 10/22/2010 (Dkt. 78) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 1/27/2017 (Dkt. 247) (supplemental memorandum of law) |
| 64 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | BSI Ex Banca Del Gottardo | Wilmer Cutler Pickering Hale and Dorr 60 State Street Boston, MA 02109 | Yes | 10/22/2010 (Dkt. 78) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 1/27/2017 (Dkt. 247) (supplemental memorandum of law) |
| 65 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Clariden Leu Ltd. | O'Melveny & Myers 7 Times Square New York, NY 10036 (212) 326-2000 | Yes | 2/4/2011 (Dkt. 80; Clariden Leu Ltd. first named in First Amended Complaint ) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 08/04/2011 (Dkt. 104) (corporate ownership statement) |
| 66 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Compagnie Bancaire Helvetique | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |
| 67 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Corner Banca SA | Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center New York, NY 10007 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 1/27/2017 (Dkt. 247) (supplemental memorandum of law) |
| 68 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Credit Suisse AG Zurich | O'Melveny & Myers 7 Times Square New York, NY 10036 (212) 326-2000 | Yes | 10/22/2010 (Dkt. 78) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 1/23/2017 (Dkts. 212-214) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to
the Declaration    Pg 11 of 16
*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/22/2010 (Dkt. 78) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 9/25/2018 (Dkt. 467) (shareholder name change stipulation) |
| 70 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | EFG Bank S.A. Switzerland (n/k/a EFG Bank) | Dentons US LLP 1221 Avenue of the Americas New York, NY 10020 | Yes | 10/8/2010 (Dkt. 53) | 7/20/2012 (Dkt. 122) | 1/9/2020 (Dkt. 517) | 7/15/2011 (Dkt. 100) |
| 71 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Falcon Private Bank | Pillsbury Winthrop Shaw Pittman LLP 1540 Broadway New York, NY 10036 | Yes | 10/22/2010 (Dkt. 78) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 1/12/2017 (Dkt. 169) |
| 72 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Finter Bank Zurich | Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center New York, NY 10007 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (notice of joinder in motions to withdraw and remand) |
| 73 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Hapoalim (Switzerland), Ltd. | Herbert Smith Freehills NY LLP 450 Lexington Avenue 14th Floor New York, NY 10017 | Yes | 10/8/2010 (Dkt. 53) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 35) (corporate ownership statement) |
| 74 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | IHAG Handelsbank AG | Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center New York, NY 10007 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 1/27/2017 (Dkt. 247) (supplemental memorandum of law) |
| 75 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | InCore Bank AG | Pillsbury Winthrop Shaw Pittman LLP 1540 Broadway New York, NY 10036 | Yes | 10/21/2010 (Dkt. 53) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 1/13/2017 (Dkt. 184) |
| 76 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Lloyds TSB Bank Geneva | Katten Muchin Rosenman LLP 575 Madison Avenue New York, NY 10022 | Yes | 10/22/2010 (Dkt. 78) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt.28) (corporate ownership statement) |
| 77 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Lombard Odier Darier Hentsch & Cie | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/8/2010 (Dkt. 53) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (motion to join motions to withdraw) |
| 78 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | NBK Banque Privée (Suisse) S.A. | King & Spalding 1185 Avenue of the Americas New York, NY 10036 | Yes | 10/22/2010 (Dkt. 78) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/6/2010 (Dkt. 16) (statement of joinder) |
| 79 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | PKB Privatbank AG | Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center New York, NY 10007 | Yes | 10/21/2010 (Dkt. 54) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (motion to join motions to withdraw) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to the Declaration    Pg 12 of 16

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 80 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. | Katten Muchin Rosenman LLP 575 Madison Avenue New York, NY 10022 | Yes | 10/22/2010 (Dkt. 78) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 8/20/2014 (Dkt. 140) (letter regarding resolution of potential conflict issues) |
| 81 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (motion to join motions to withdraw) |
| 82 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/21/2010 (Dkt. 54) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (motion to join motions to withdraw) |
| 83 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | Yes | 10/22/2010 (Dkt. 78) | 1/10/2011 (Dkt. 67) | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 19) (motion to join motions to withdraw) |
| 84 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | SIS SEEGANINTERSETTLE | Chaffetz Lindsey LLP 1700 Broadway, 33rd Floor New York, NY 10019 | Yes | 10/8/2010 (Dkt. 53) | 1/9/2020 (Dkt. 517) | 1/9/2020 (Dkt. 517) | 1/25/2017 (Dkt. 218) |
| 85 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | SIX SIS Ltd. | Chaffetz Lindsey LLP 1700 Broadway, 33rd Floor New York, NY 10019 | Yes | 10/8/2010 (Dkt. 53) | 7/20/2012 (Dkt. 122) | 1/9/2020 (Dkt. 517) | 6/8/2012 (Dkt. 113) (joinder in opposition to motion seeking limited relief from order staying redeemer actions) |
| 86 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | UBS AG (sued as UBS AG Zurich and UBS AG New York) | Gibson, Dunn & Crutcher, LLP 200 Park Avenue New York, NY 10166 | Yes | 10/8/2010 (Dkt. 53) | 7/20/2012 (Dkt. 122) | 1/9/2020 (Dkt. 517) | 6/8/2012 (Dkt. 116) (opposition to motion seeking limited relief from order staying redeemer actions) |
| 87 | Adv. Pro. 10-03636 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | Latham & Watkins LLP 885 Third Avenue New York, NY 10022 | Yes | 10/22/2010 (Dkt. 78) | 10/8/2010 (Dkt. 53)* | 1/9/2020 (Dkt. 517) | 10/7/2010 (Dkt. 33) (corporate ownership statement) |
| 88 | Adv. Pro. 10-03640 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al. | Citibank (Switzerland) AG | Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | Yes | 10/12/2010 (Dkt. 17) | 9/27/2010 (Dkt. 8) | 6/28/2019 (Dkt. 68) | 9/23/2010 (Dkt. 2) (motion to withdraw reference) |
| 89 | Adv. Pro. 10-03745 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al. | Deutsche Bank (Suisse) SA | Moses & Singer LLP The Chrysler Building 405 Lexington Avenue New York, NY 10174-1299 | Yes | 10/12/2010 (Dkt. 14) | 12/23/2010 (Dkt. No. 20) | 8/2/2019 (Dkt. 80) | 10/4/2010 (Dkt. 5) (motion to withdraw reference) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to the Declaration    Pg 13 of 16

Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 90 | Adv. Pro. 10-03756 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al. | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA | Pro Se<br><br>(formerly represented by Allegaert Berger & Vogel LLP<br>111 Broadway<br>New York, NY 10006) | Yes | 10/12/2010 (Dkt. 8) | 1/5/2011 (Dkt. No. 20) (former counsel) | 7/22/2019 (Dkt. 79) (former counsel) | 11/3/2010 (Dkt. 11) (former counsel) (reply to motion) |
| 91 | Adv. Pro. 10-03764 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al. | Banque Pictet & Cie SA | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 | Yes | 12/30/2010 (Dkt. 19) | 9/4/2019 (Dkt. 76) | 9/4/2019 (Dkt. 76) | 9/20/2016 (Dkt. 26) (motion to substitute attorney) |
| 92 | Adv. Pro. 10-03780 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al. | UBS AG (sued as UBS AG New York) | Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>Ste 47 Floor<br>New York, NY 11201 | Yes | 10/12/2010 (Dkt. 8) | 7/24/2012 (Dkt. 24) | 1/9/2020 (Dkt. 87) | 6/8/2012 (Dkt. 22) (opposition to motion seeking limited relief from order staying redeemer actions) |
| 93 | Adv. Pro. 10-03786 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. | FIF Advanced Ltd. | Wollmuth Maher & Deutsch LLP<br>500 Fifth Ave 12th Floor<br>New York, NY 10110 | Yes | 7/25/2012 (Dkt. 20) (FIF Advanced Ltd. not named in original complaint) | 7/19/2019 (Dkt. 99) | 7/19/2019 (Dkt. 99) | 12/22/2016 (Dkt. 31) |
| 94 | Adv. Pro. 10-03786 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. | SG Private Banking (Suisse) SA | Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, New York 10006 | Yes | 1/21/2011 (Dkt. 13) | 1/10/2011 (Dkt. 12) | 7/19/2019 (Dkt. 99) | 10/12/2010 (Dkt. 2) (motion to withdraw reference) |
| 95 | Adv. Pro. 10-03788 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al. | Merrill Lynch Bank (Suisse) SA | O'Melveny & Myers LLP<br>Tmes Square Tower<br>7 Tmes Square<br>New York, NY 10036 | Yes | 10/12/2010 (Dkt. 12) | 10/5/2010 (Dkt. 6) | 1/9/2020 (Dkt. 99) | 10/4/2010 (Dkt. 4) (motion to remand) |
| 96 | Adv. Pro. 10-03795 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al. | Lombard Odier Darier Hentsch & Cie | Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>NEW YORK<br>New York, NY 10006 | Yes | 10/12/2010 (Dkt. 14) | 10/5/2010 (Dkt. 8) | 9/5/2019 (Dkt. 86) | 10/4/2010 (Dkt. 4) (motion to withdraw reference) |
| 97 | Adv. Pro. 10-03801 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, et al. | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. | McKool Smith, P.C.<br>One Manhattan West<br>395 9th Avenue<br>Ste 50th Floor<br>New York, NY 10001-8603 | Yes | 1/14/2011 (Dkt. 24) | 10/12/2010 (Dkt. 13)* | 8/7/2019 (Dkt. 76) | 10/4/2010 (Dkt. 5) (motion to withdraw reference) |
| 98 | Adv. Pro. 10-03869 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al. | SIX SIS AG | Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>212-257-6960 | No | 10/22/2010 (Dkt. 7) | 7/16/2012 (Dkt. 16) | 8/13/2019 (Dkt. 62) | 6/8/2012 (Dkt. 15) (joinder in opposition to motion seeking limited relief from order staying redeemer actions) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to
the Declaration    Pg 14 of 16

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Adv. Pro. 10-03873 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al. | Bordier & Cie | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | No | 10/18/2010 (Dkt. 7) | 9/5/2019 (Dkt. 69) | 9/5/2019 (Dkt. 69) | 1/17/2017 (Dkt. 26) (motion to dismiss) |
| 100 | Adv. Pro. 10-04087 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al. | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. | Katten Muchin Rosenman LLP 575 Madison Avenue New York, NY 10022 | No | 10/29/2010 (Dkt. 3) | 7/16/2019 (Dkt. 68) | 7/16/2019 (Dkt. 68) | 8/20/2014 (Dkt. 17) (letter regarding resolution of potential conflict issues) |
| 101 | Adv. Pro. 10-04212 | Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al. | Bank Morgan Stanley AG | Wiggin and Dana LLP Two Stamford Plaza 281 Tresser Boulevard Stamford, CT 06901 | No | 11/16/2010 (Dkt. 3) | 7/9/2019 (Dkt. 36) | 7/9/2019 (Dkt. 36) | 1/30/2017 (Dkt. 20) |
| 102 | Adv. Pro. 11-01243 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al. | Bank Julius Baer & Co. Ltd. | McKool Smith, P.C. One Manhattan West 395 9th Avenue Ste 50th Floor New York, NY 10001-8603 | No | 1/25/2011 (Dkt. 3) | 1/2/2020 (Dkt. 71) | 1/2/2020 (Dkt. 71) | 1/11/2017 (Dkt. 23) (corporate ownership statement) |
| 103 | Adv. Pro. 11-01244 | Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al. | CA Indosuez (Switzerland) S.A. | Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | No | 1/25/2011 (Dkt. 3) | 8/26/2019 (Dkt. 70) | 8/26/2019 (Dkt. 70) | 1/12/2017 (Dkts. 23-24) |
| 104 | Adv. Pro. 11-01249 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al. | Schroder & Co. Bank AG | Ropes & Gray LLP 1211 Avenue of the Americas New York, NY 10036 | No | 1/25/2011 (Dkt. 3) | 8/2/2019 (Dkt. 55) | 8/2/2019 (Dkt. 55) | 1/19/2017 (Dkt. 26) |
| 105 | Adv. Pro. 11-01256 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al. | Banque SCS Alliance SA | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | No | 1/25/2011 (Dkt. 3) | 7/15/2019 (Dkt. 60) | 7/15/2019 (Dkt. 60) | 1/17/2017 (Dkt. 17) (notice of motion to dismiss) |
| 106 | Adv. Pro. 11-01257 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al. | Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives | Jenner & Block LLP 919 Third Avenue 38th Floor New York, NY 10022 | No | 1/25/2011 (Dkt. 3) | 7/11/2019 (Dkt. 48) | 7/11/2019 (Dkt. 48) | 1/20/2017 (Dkt. 17) |
| 107 | Adv. Pro. 11-01258 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al. | UBS AG (sued as UBS Zurich) | Gibson, Dunn & Crutcher, LLP 200 Park Avenue New York, NY 10166 | No | 1/25/2011 (Dkt. 3) | 7/19/2019 (Dkt. 71) | 7/19/2019 (Dkt. 71) | 1/19/2017 (Dkt. 22) (notice of motion to dismiss) |
| 108 | Adv. Pro. 11-01259 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al. | Barclays Bank (Suisse) SA | Hogan Lovells US LLP 390 Madison Avenue New York, NY 10017 | No | 1/25/2011 (Dkt. 3) | 8/15/2019 (Dkt. 62) | 8/15/2019 (Dkt. 62) | 1/18/2017 (Dkts. 20-21) |
| 109 | Adv. Pro. 11-01566 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al. | FS/SG Private Banking (Lugano-Svizzera) SA | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | No | 3/11/2011 (Dkt. 5) | 6/18/2019 (Dkt. 61) | 6/18/2019 (Dkt. 61) | 1/17/2017 (Dkt. 18) (notice of motion to dismiss) |

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Adv. Pro. 11-01568 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse), et al. | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) | Linklaters LLP 1345 Avenue of the Americas New York, NY 10105 | No | 3/11/2011 (Dkt. 5) | 12/5/2019 (Dkt. 37) | 12/5/2019 (Dkt. 37) | 1/22/2018 (Dkt. 31) (notice of joinder of motion to dismiss) |
| 111 | Adv. Pro. 11-01581 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al. | Rahn & Bodmer Banquiers | Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center New York, NY 10007 | No | 3/11/2011 (Dkt. 5) | 8/16/2019 (Dkt. 44) | 8/16/2019 (Dkt. 44) | 1/17/2017 (Dkt. 17) (notice of motion to dismiss) |
| 112 | Adv. Pro. 11-01594 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al. | HSBC Trust Company AG | Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza New York, NY 10006 | No | 3/11/2011 (Dkt. 5) | 12/16/2019 (Dkt. 59) | 12/16/2019 (Dkt. 59) | 1/11/2017 (Dkt. 19) |
| 113 | Adv. Pro. 11-01594 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al. | Stanhope Capital (Switzerland) S.A. | Thompson Hine LLP 335 Madison Avenue New York, NY 10017 | No | 3/11/2011 (Dkt. 5) | 12/16/2019 (Dkt. 59) | 12/16/2019 (Dkt. 59) | 1/27/2017 (Dkt. 30) |
| 114 | Adv. Pro. 11-01600 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al. | BBVA Zurich/Shares | Winston & Strawn LLP 1700 K Street, N.W. Washington, DC 20006 | No | 3/11/2011 (Dkt. 5) | 6/21/2019 (Dkt. 54) | 6/21/2019 (Dkt. 54) | 1/13/2017 (Dkts. 18-19) |
| 115 | Adv. Pro. 11-01614 | Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al. | IDF Global Fund | Allegaert Berger & Vogel LLP 111 Broadway, 20th Floor New York, NY 10006 | No | 3/11/2011 (Dkt. 5) | 8/19/2019 (Dkt. 69) | 8/19/2019 (Dkt. 69) | 1/16/2017 (Dkt. 24) (notice of motion to dismiss) |
| 116 | Adv. Pro. 11-01760 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al. | Bank Vontobel AG | Wuersch & Gering LLP 100 Wall Street, 10th Floor New York, NY 10005 | No | 4/20/2011 (Dkt. 3) | 6/28/2019 (Dkt. 39) | 6/28/2019 (Dkt. 39) | 1/20/2017 (Dkt. 17) (notice of motion to dismiss) |
| 117 | Adv. Pro. 11-02440 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al. | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE | Moses & Singer LLP The Chrysler Building 405 Lexington Avenue New York, NY 10174-1299 | No | 8/3/2011 (Dkt. 3) (Bank Sal Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie);  1/10/2020 (Dkt. 64) (Second Amended Complaint served on Deutsche Bank (Suisse) SA); service via Article 5 of the Hague Convention is pending | 12/17/2019 (Dkt. 62) | 12/17/2019 (Dkt. 62) | 1/18/2017 (Dkt. 17) (notice of motion to dismiss) |
| 118 | Adv. Pro. 11-02772 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) | BankMed (Suisse) SA S.A. f/k/a Banque de la Mediterra, et al. | Clifford Chance US LLP 31 West 52nd Street New York, NY 10019 | No | 10/18/2011 (Dkt. 5) | 7/9/2019 (Dkt. 39) | 7/9/2019 (Dkt. 39) | 1/20/2017 (Dkt. 18) |
| 119 | Adv. Pro. 12-01125 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al. | Investec Bank (Switzerland) AG | Thompson Hine LLP 335 Madison Avenue, 12th Floor New York, NY 10017 | No | 3/22/2012 (Dkt. 3) | 7/25/2019 (Dkt. 42) | 7/25/2019 (Dkt. 42) | 11/08/2013 (Dkt. 8) |

10-03635-jpm    Doc 505-3    Filed 06/10/20    Entered 06/10/20 22:20:04    Exhibit 2 to the Declaration    Pg 16 of 16

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-SMB
Ex. 2 to David J. Molton Declaration

| No. | Index No. | Case | Defendant | Current U.S. Counsel | Removal Action | Original Complaint Served On Defendant (By Int'l Reg. Mail) | First Complaint Served On Current U.S. Counsel By ECF After Appearance (Or Earlier By First-Class Mail)* | Operative Complaint Served On Current U.S. Counsel (By ECF) | Current U.S. Counsel's First Appearance** |
|---|---|---|---|---|---|---|---|---|---|
| 120 | Adv. Pro. 12-01157 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA | Banque Baring Brothers Sturdza SA | Arnold & Porter, LLP 250 West 55th Street New York, NY 10019 | No | 3/16/2012 (Dkt. 3) | 9/6/2019 (Dkt. 35) | 9/6/2019 (Dkt. 35) | 4/9/2018 (Dkt. 28) |
| 121 | Adv. Pro. 12-01185 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al. | Banca Commerciale Lugano | Baker & McKenzie 452 Fifth Avenue New York, NY 10018 | No | 3/23/2012 (Dkt. 3) | 7/22/2019 (Dkt. 45) | 7/22/2019 (Dkt. 45) | 6/11/2018 (Dkt. 30) (proposed stipulation) |
| 122 | Adv. Pro. 12-01185 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al. | Hinduja Bank (Switzerland) SA | Baker & McKenzie 452 Fifth Avenue New York, NY 10018 | No | 3/23/2012 (Dkt. 3) | 7/22/2019 (Dkt. 45) | 7/22/2019 (Dkt. 45) | 6/11/2018 (Dkt. 30) (proposed stipulation) |
| 123 | Adv. Pro. 12-01555 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al. | Wegelin & Company | Goodwin Procter LLP New York Times Building 620 Eighth Avenue New York, NY 10018-1405 | No | 4/18/2012 (Dkt. 3) | 7/23/2019 (Dkt. 52) | 7/23/2019 (Dkt. 52) | 1/25/2018 (Dkts. 42-44) |