# **Exhibit 3**

| | |
|---|---|
| **From:** | Julie <julie@processnet1.com> |
| **Sent:** | Wednesday, May 27, 2020 7:05 PM |
| **To:** | Oldham, Susan G. |
| **Subject:** | Invoice for Fairfield Sentry Limited, Plaintiff (Hague services in Geneva, Switzerland), Revised 05.27.20 (included the 2nd Amended Complaint) |
| **Attachments:** | Invoice for Fairfield Sentry Limited, Plaintiff (Hague services in Geneva, Switzerland), Revised 05.27.20.pdf |
| **Importance:** | High |

**External E-mail. Use caution accessing links or attachments.**

Hello Susan,

Attached please find the updated invoice/quote (included the 2nd Amended Complaint) for the translations and Hague service of process in Geneva, Switzerland relating to case, Fairfield Sentry Limited, et al. v. Bank Sal. Opppenheim Jr. & Cie (Schweiz) AG, et al.  We will begin the assignments upon receipt of payment and receipt of the Summonses which will also require translation.  We accept checks, credit cards and PayPal.

Hague services in Switzerland take approximately 2 – 4 months and cannot be expedited.  They are processed through the Swiss authorities.  The Swiss authorities will be sending the certificates/proofs of service directly to the attorney of record.

Thank you,

Julie Perez
Manager of Client Services
**Process Service Network, LLC**
21218 Merridy Street
Chatsworth, CA 91311 USA
800-417-7623
[www.processnet1.com](www.processnet1.com)

Serving the legal profession since 1978
Offices in major cities throughout the world
Specializing in international and hard-to-serve cases

# Process Service Network

**21218 Merridy St.**
**Chatsworth, CA 91311**
**(800)417-7623  Fax: (818)818-6497**
**Federal I.D. #65-1306884**

e-mail: nelson@processnet1.com
website: www.processnet1.com

## Invoice - Revised

05/27/2020

| Brown Rudnick LLP |
|---|
| Attn: Susan G. Oldham |
| One Financial Center |
| Boston, MA 02111 |
| (617) 856-8257 |
| SOldham@brownrudnick.com |

| Date | Case Name | Detail | Amount |
|---|---|---|---|
| 05/272020 Invoice | **Fairfield Sentry Limited cases** | **Formal (Hague) Service of Process in Geneva, Switzerland. Fee per defendant and per address is $795.00.** | |
| | | **Multiple defendant discount of 70% to be applied to service fees. ($239.00 each for approximately 123 defendants)** | $29,397.00 |
| | **Case No. 10-13164 (SMB)** **Adv. Pro. No. 11-02440 (SMB)** | Translation of 2nd Amended Complaint of 13,210 words @ $.38 per word. (Summons not included) | $5,019.80 |
| | **Case No. 10-13164 (SMB)** **Adv. Pro. No. 10-03633 (SMB)** 05/26/20 | Translation of 3rd Amended Complaint of 16,057 words @ $.38 per word. (Summons not included) | $6,101.66 |
| | **Case No. 10-13164 (SMB)** **Adv. Pro. No. 10-03636 (SMB)** | Translation of 4th Amended Complaint of 42,189 words @ $.38 per word. (Summons not included) | $16,031.82 |
| | **Case No. 10-13164 (SMB)** **Adv. Pro. No. 11-02440 (SMB)** 05/26/20 | Translation of Summons of 446 words @ $.38 per word. | $169.48 |
| | | **Amount Due** | **USD$56,719.76** |

**Terms:  Payable upon receipt**

Past due invoices are subject to a 2% per month finance charge

We gladly accept credit cards, PayPal and checks
You may pay online at www.processnet1.com (Click on "Pay Now") or call our office

See our website for terms and conditions of payment and services rendered

-  Thank you for the opportunity to be of service  -
**We find & serve people ANYWHERE in the world**
Los Angeles – London – Manila – Taipei – Sao Paulo – Mumbai – Bangkok – Doha
**Celebrating 42 years of service to the legal profession**