**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **Fairfield Sentry Limited, et al.,** <br><br> Debtors in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (SMB) <br><br> Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof,** <br>          Plaintiffs, <br><br> -against- <br><br> **Theodoor GGC Amsterdam, et al.,** <br>          Defendants. | Adv. Pro. No. 10-03496 (SMB) <br><br> Administratively Consolidated |
| **This declaration applies to the adversary proceedings listed in Appendix A to Defendants' Consolidated Reply Memorandum of Law in Further Support of Defendants' Renewed Motion to Dismiss, dated June 19, 2020** | |

**ATTORNEY DECLARATION OF CHRISTINE M. JORDAN**
**IN FURTHER SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS**

I, Christine M. Jordan, hereby declare under penalty of perjury as follows:

      1.    I am duly licensed and admitted to practice law in the State of New York, and I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for HSBC Institutional Trust Services (Asia) Limited, Robinson and Company, Murdoch and Company, Republic Nominees Limited (f/k/a HSBC Private Banking Nominee 1 (Jersey) Limited), HSBC Securities Services (Luxembourg) S.A., HSBC Private Bank (C.I.) Limited (f/k/a HSBC Private Bank (Guernsey) Limited), Republic Nominees Limited, HSBC Private Bank (Suisse) S.A., HSBC Bank USA, N.A., HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company

AG), HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities (Panama) S.A.), HSBC International Trustee Limited, Somers Nominees (Far East) Limited, and HSBC Bank Bermuda Limited.  I respectfully submit this declaration as a supplement to the Consolidated Reply Memorandum of Law in Further Support of Defendants' Renewed Motion to Dismiss in the above-captioned proceedings.

2. Attached hereto as Exhibits A-B, for the Court's convenience, are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | Custodian Agreement, Fairfield Sentry Limited and Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V., July 3, 2006 |
| B | Brokerage and Custody Agreement, Fairfield Sigma Limited and Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V., August 12, 2003 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2020, at New York, New York.

/s/  Christine M. Jordan

CHRISTINE M. JORDAN