**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Ltd. (in Liquidation) et al., *Plaintiffs*, v. Theodoor GGC Amsterdam, et al,. *Defendants*. | Adv. Pro. No. 10-03496 (SMB) Administratively Consolidated |
| In re: Fairfield Sentry Ltd., et al., *Debtors in Foreign Proceedings*. | Chapter 15 Case 10-bk-13164 (SMB) Jointly Administered |
| Fairfield Sentry Ltd. (in liquidation) et al., *Plaintiffs*, v. ABN Amro Schweiz AG, et al., *Defendants*. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Ltd. (in liquidation) et al., *Plaintiffs*, v. ABN Amro Schweiz AG, et al., *Defendants*. | Adv. Pro. No. 10-03636 (SMB) |

## [SO ORDERED] STIPULATION OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of Milbank LLP hereby withdraws its appearance as counsel, and the law firm of Wuersch & Gering LLP hereby enters its appearance as substitution counsel, for defendants LGT Bank in Liechtenstein AG, now known as LGT Bank AG, and LGT Bank (Switzerland) Ltd., as successor in interest to Dresdner Bank (Schweiz) AG ("**Defendants**"), in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case shall be served upon the following:

| | |
|---|---|
| Gregory F. Hauser<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: gregory.hauser@wg-law.com | Jascha D. Preuss<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: jascha.preuss@wg-law.com |

**PLEASE TAKE FURTHER NOTICE** that Alexander Lees and Stacey Rappaport request that they be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that Dorothy Heyl is no longer associated with Milbank LLP and should be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Defendants have knowledge of and consent to this substitution of counsel.

LGT Bank AG

By: _____
Name: Urs Gähwiler
Title: General Counsel

By: _____
Name: Patrick Hunger
Title: Head Group Legal Corporate & Transactions

LGT Bank (Switzerland) Ltd.

By: _____
Name: Andreas Brunner
Title: Head Legal

By: _____
Name: Gabriela Boo
Title: Legal Counsel

Page 2

Dated: New York, New York, July __, 2020

Respectfully submitted,

/s/ Alexander Lees
Alexander Lees
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Tel: (212) 530-5000
Fax: (212) 530-5219
Email: alees@milbank.com

/s/ Gregory F. Hauser
Gregory F. Hauser
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, New York 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
Email: gregory.hauser@wg-law.com

/s/ Stacey Rappaport
Stacey Rappaport
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Tel: (212) 530-5000
Fax: (212) 530-5219
Email: srappaport@milbank.com

/s/ Jascha D. Preuss
Jascha D. Preuss
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, New York 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
Email: gregory.hauser@wg-law.com

*Withdrawing Attorneys for Defendants*
*LGT Bank AG and*
*LGT Bank (Switzerland) Ltd.*

*Substituting Attorneys for Defendants*
*LGT Bank AG and*
*LGT Bank (Switzerland) Ltd.*

The substitution of attorneys is hereby approved and SO-ORDERED.

Date: _____

_____
The Hon. Stuart M. Bernstein