**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Ltd. (in Liquidation) et al., *Plaintiffs*, v. Theodoor GGC Amsterdam, et al,. *Defendants.* | Adv. Pro. No. 10-03496 (SMB) Administratively Consolidated |
| In re: Fairfield Sentry Ltd., et al., *Debtors in Foreign Proceedings*. | Chapter 15 Case 10-bk-13164 (SMB) Jointly Administered |
| Fairfield Sentry Ltd. (in liquidation) et al., *Plaintiffs,* v. ABN Amro Schweiz AG, et al., *Defendants*. | Adv. Pro. No. 10-03635 (SMB) |
| Fairfield Sentry Ltd. (in liquidation) et al., *Plaintiffs*, v. ABN Amro Schweiz AG, et al., *Defendants*. | Adv. Pro. No. 10-03636 (SMB) |

## SO ORDERED STIPULATION OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of Milbank LLP hereby withdraws its appearance as counsel, and the law firm of Wuersch & Gering LLP hereby enters its appearance as substitution counsel, for defendants LGT Bank in Liechtenstein AG, now known as LGT Bank AG, and LGT Bank (Switzerland) Ltd., as successor in interest to Dresdner Bank (Schweiz) AG ("**Defendants**"), in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case shall be served upon the following:

| | |
|---|---|
| Gregory F. Hauser | Jascha D. Preuss |
| Wuersch & Gering LLP | Wuersch & Gering LLP |
| 100 Wall Street, 10th Floor | 100 Wall Street, 10th Floor |
| New York, NY 10005 | New York, NY 10005 |
| Tel: (212) 509-5050 | Tel: (212) 509-5050 |
| Fax: (212) 509-9559 | Fax: (212) 509-9559 |
| Email: gregory.hauser@wg-law.com | Email: jascha.preuss@wg-law.com |

**PLEASE TAKE FURTHER NOTICE** that Alexander Lees and Stacey Rappaport request that they be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that Dorothy Heyl is no longer associated with Milbank LLP and should be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| LGT Bank AG | LGT Bank (Switzerland) Ltd. |
| By: /s/ Urs Gaehwiler | By: /s/ Andreas Brunner |
| Name: Urs Gähwiler | Name: Andreas Brunner |
| Title:   General Counsel | Title:   Head Legal |
| By: /s/ Patrick Hunger | By: /s/ Gabriela Boo |
| Name: Patrick Hunger | Name: Gabriela Boo |
| Title:   Head Group Legal Corporate & Transactions | Title:   Legal Counsel |

Dated: New York, New York, July 21, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Alexander Lees | /s/ Gregory F. Hauser |
| Alexander Lees | Gregory F. Hauser |
| Milbank LLP | Wuersch & Gering LLP |
| 55 Hudson Yards | 100 Wall Street, 10th Floor |
| New York, NY 10001-2163 | New York, New York 10005 |
| Tel: (212) 530-5000 | Tel: (212) 509-5050 |
| Fax: (212) 530-5219 | Fax: (212) 509-9559 |
| Email: alees@milbank.com | Email: gregory.hauser@wg-law.com |
| | |
| /s/ Stacey Rappaport | /s/ Jascha D. Preuss |
| Stacey Rappaport | Jascha D. Preuss |
| Milbank LLP | Wuersch & Gering LLP |
| 55 Hudson Yards | 100 Wall Street, 10th Floor |
| New York, NY 10001-2163 | New York, New York 10005 |
| Tel: (212) 530-5000 | Tel: (212) 509-5050 |
| Fax: (212) 530-5219 | Fax: (212) 509-9559 |
| Email: srappaport@milbank.com | Email: gregory.hauser@wg-law.com |
| | |
| *Withdrawing Attorneys for Defendants* | *Substituting Attorneys for Defendants* |
| *LGT Bank AG and* | *LGT Bank AG and* |
| *LGT Bank (Switzerland) Ltd.* | *LGT Bank (Switzerland) Ltd.* |

The substitution of attorneys is hereby approved and SO-ORDERED.

Date: **July 23, 2020**              **/s/ STUART M. BERNSTEIN**
                                     The Hon. Stuart M. Bernstein