**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                          :
:                            Chapter 15 Case
FAIRFIELD SENTRY LIMITED, ET AL.,                               :
:                            Case No. 10-13164 (BRL)
Debtors in Foreign Proceedings.                                 :
:                            Jointly Administered
---------------------------------------------------------------X
:
FAIRFIELD SENTRY LIMITED                                        :
(IN LIQUIDATION), et al., acting by and through                 :
the Foreign Representatives thereof,                            :   Adv. Pro. No. 10-03496 (BRL)
:
Plaintiffs,                                       :   Administratively Consolidated
:
-v-                                             :
:
THEODOOR GGC AMSTERDAM, et al.,                                 :
:
Defendants.                                       :
:
---------------------------------------------------------------X
This document relates to:                                       :
:
Adv. Pro. No. 10-13164, 10-03496, 10-03635,                     :
10-03636, and 10-03801                                          :
---------------------------------------------------------------X

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE**
**REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST**

Pursuant to Local Rule 2090-1(e) of the Local Rules, Virginia I. Weber ("Movant") hereby respectfully moves for an order withdrawing as attorney of record for Defendants Bank Julius Baer & Co. Ltd and ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. ("Defendants"). Movant further requests that her name be removed from all notice and service lists in these cases. In support of this Motion, Movant states:

    1.    Movant's employment and association with the law firm of McKool Smith, P.C. will terminate on September 30, 2020. Upon such termination, Movant will no longer be serving as counsel to Defendants.

    2.    Defendants will continue to be represented by counsel from McKool Smith, P.C.

      3.      Movant's withdrawal will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Defendants so that Movant no longer receives electronic notices from the Court's CM/ECF system.

Dated:   New York, New York
           September 15, 2020

                      By:    /s/ Virginia I. Weber
                                Virginia I. Weber
                                McKool Smith, P.C.
                                One Manhattan West
                                395 9th Avenue, 50th Floor
                                New York, NY 10001
                                Tel: (212) 402-9417
                                Email: vweber@mckoolsmith.com