**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re: :
: Chapter 15 Case
FAIRFIELD SENTRY LIMITED, ET AL., :
: Case No. 10-13164 (BRL)
Debtors in Foreign Proceedings. :
: Jointly Administered
---------------------------------------------------------------X
:
FAIRFIELD SENTRY LIMITED :
(IN LIQUIDATION), et al., acting by and through :
the Foreign Representatives thereof, : Adv. Pro. No. 10-03496 (BRL)
:
Plaintiffs, : Administratively Consolidated
:
-v- :
:
THEODOOR GGC AMSTERDAM, et al., :
:
Defendants. :
:
---------------------------------------------------------------X
This document relates to: :
:
Adv. Pro. No. 10-13164, 10-03496, 10-03635, :
10-03636, and 10-03801 :
---------------------------------------------------------------X

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST

Upon the Motion to Withdraw as Attorney of Record and Request to Be Removed From Electronic Notice and Service List filed by Virginia I. Weber ("Movant"), and for good cause shown therein,

IT IS HEREBY ORDERED that Movant is withdrawn as counsel of record for Defendants Bank Julius Baer & Co. Ltd and ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd., in Adversary Proceeding Numbers 10-13164, 10-03496, 10-03635, 10-03636, and 10-03801.

Dated: _____, 2020
       New York, New York

                                                                                            _____
                                                                               Honorable Stuart M. Bernstein
                                                                               United States Bankruptcy Judge