UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants, | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance is also being submitted in the following Adversary Proceedings:<br><br>10-03625, 10-03634, 10-03635, 10-03636, 10-03787 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel for the defendants in the adversary proceedings identified in the chart below (collectively, the "EFG Defendants"):

| Adversary Proceeding | EFG Defendants |
|---|---|
| Adv. Pro. No. 10-03625 | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| Adv. Pro. No. 10-03634 | EFG Private Bank SA (n/k/a EFG Bank) |
| Adv. Pro. No. 10-03787 | Banco Atlantico Gibraltar Ltd. a/k/a EFG Bank (Gibraltar) Ltd. |
| | European Financial Group EFG S.A. a/k/a European Financial Group EFG (Luxembourg) S.A. |

| Adv. Pro. No. 10-03635 | EFG Bank SA Switzerland (n/k/a EFG Bank) |
| --- | --- |
| | EFG Eurofinancier d'Invest MCL (n/k/a EFG Bank (Monaco)) |
| | Banca Unione di Credito |
| | BSI AG |
| | BSI Ex Banca del Gottardo |
| Adv. Pro. No. 10-03636 | EFG Bank SA Switzerland (n/k/a EFG Bank) |
| | EFG Eurofinancier d'Invest MCL (n/k/a EFG Bank (Monaco)) |
| | Banca Unione di Credito |
| | BSI AG |
| | BSI Ex Banca del Gottardo |

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in the above-captioned and above-listed adversary proceedings, and all papers filed therein, should be served upon me at the below-listed address. I certify that I am admitted to practice in this Court.

**PLEASE TAKE FURTHER NOTICE** that, by filing this Notice of Appearance, or by later filing any pleadings or other papers in this action, the EFG Defendants do not:

(i) Consent to or acknowledge personal jurisdiction, or concede that the EFG Defendants have properly been served with process in this action;

(ii) Waive the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge with subject matter jurisdiction over this action and personal jurisdiction over the EFG Defendants;

(iii) Waive the right to trial by jury in any proceeding so triable in the above-listed adversary proceedings or in any case, controversy, or proceeding related to the above-listed adversary proceedings;

(iv) Waive the right to have the District Court withdraw the reference in any matter that is subject to mandatory or discretionary withdrawal; or

(v) Waive any other rights, claims, actions, defenses, setoffs, or recoupments to which the EFG Defendants are or may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated: November 6, 2020
New York, New York

                                                                                                                          Respectfully Submitted,

                                                                                                                          By: */s/ Adam M. Lavine*
                                                                                                                          Adam M. Lavine
                                                                                                                          KOBRE & KIM LLP
                                                                                                                          New York, New York 10022
                                                                                                                          T: (212) 488-1200
                                                                                                                          F: (212) 488-1220
                                                                                                                          Adam.Lavine@kobrekim.com

                                                                                                                          *Counsel for EFG Defendants*