UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants, | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This supplemental disclosure is also being submitted in the following Adversary Proceedings:<br><br>10-03625, 10-03634, 10-03635, 10-03636, 10-03787 | |

**DECLARATION AND DISCLOSURE STATEMENT
OF D. FARRINGTON YATES PURSUANT TO RULE 1.12 OF THE NEW YORK
RULES OF PROFESSIONAL CONDUCT ON BEHALF OF KOBRE AND KIM LLP**

I, D. Farrington Yates, being duly sworn, state the following under penalty of perjury.

1. I am a member of the law firm of Kobre & Kim LLP ("K&K"), an international law firm with principal offices at 800 Third Avenue, New York, New York 10022. Kobre & Kim LLP focuses exclusively on disputes and investigations, often involving fraud and misconduct.

2. I am a member in good standing of the bars of New York, Florida, Texas, and the District of Columbia. There are no disciplinary proceedings pending against me

in any jurisdiction.

3. This Declaration has been prepared in accordance with Rule 1.12 of the New York Rules of Professional Conduct.

4. K&K represents the following named defendants in the above-referenced adversary proceedings: EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA; EFG Private Bank SA (n/k/a EFG Bank); Banco Atlantico Gibraltar Ltd. a/k/a EFG Bank (Gibraltar) Ltd.; European Financial Group EFG SA a/k/a European Financial Group EFG (Luxembourg) SA; EFG Bank SA Switzerland (n/k/a EFG Bank); EFG Eurofinancier d'Invest MCL (n/k/a EFG Bank (Monaco)); Banca Unione di Credito; BSI AG, and BSI Ex Banca del Gottardo (collectively, the "EFG Defendants").

5. Michael Brasky recently joined K&K as an Associate. Prior to joining K&K, Mr. Brasky was a Law Clerk to the Honorable Stuart M. Bernstein at the U.S. Bankruptcy Court, Southern District of New York (the "Court"). While at the Court, Mr. Brasky performed certain ministerial and not substantive tasks in these cases. Since joining the firm, Mr. Brasky has been screened from work related to these cases. Mr. Brasky's IT credentials have also been restricted from accessing K&K's electronic resources in which data related to these cases is stored. Mr. Brasky also has been instructed not to discuss his former work on these cases with any K&K personnel, and all K&K personnel working on these cases have been instructed to not discuss these cases with Mr. Brasky.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 17, 2020
New York, NY

                              Respectfully Submitted,

                              By: */s/ D. Farrington Yates*
                              D. Farrington Yates
                              KOBRE & KIM LLP
                              New York, New York 10022
                              T: (212) 488-1200
                              F: (212) 488-1220
                              Farrington.Yates@KobreKim.com

                              *Counsel for EFG Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I caused the foregoing document to be served upon counsel of record via ECF.

<i>/s/ D. Farrington Yates</i>
D. Farrington Yates