**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (SMB) |
| v. | (Procedurally Consolidated Under This Matter) |
| THEODOR GGC AMSTERDAM, et al., | |
| Defendants. | |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof, | |
| Plaintiffs, | Adv. Pro. No. 10-03635 (SMB) |
| v. | |
| ABN AMRO SCHWEIZ AG A/K/ ABN AMRO (SWITZERLAND) AG, *et al.*, | |
| Defendants. | |

**NOTICE OF PRESENTMENT OF ORDER GRANTING WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that upon the Application of Reed Smith LLP, the undersigned will present the annexed *Order Granting Application for Withdrawal of Counsel* (the "Order") to The Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States

Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 723, One Bowling Green, New York, New York 10004, for signature on March 1, 2021 at 12:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Order with proof of service is filed with the Clerk of the Court and a copy is delivered to Judge Bernstein's chambers and served upon the undersigned so as to be received by March 1, 2021 at 11:30 a.m. (ET), there will not be a hearing and the Order may be entered.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order before the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004 at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
February 4, 2021

>                               REED SMITH LLP
>
>                               By: *s/ James C. McCarroll*
>                                   James C. McCarroll
>                                   John C. Scalzo
>                                   Christopher A. Lynch
>                               599 Lexington Avenue
>                               New York, New York  10022
>                               Telephone: (212) 521-5400
>                               jmccarroll@reedsmith.com
>                               jscalzo@reedsmith.com
>                               clynch@reedsmith.com
>
>                               *Attorneys for T1 Global Fund Ltd.*