**CWR Form No. 19**

Notice of Voluntary Winding Up (O.13, r.2)

THE COMPANIES LAW (As Revised)

NOTICE OF VOLUNTARY WINDING UP

**T1 GLOBAL FUND LTD**
**(In Voluntary Liquidation) (The "Company")**
Registration No. 108484

To:   The Registrar of Companies

**TAKE NOTICE** that the above-named Company was put into liquidation on 21 April 2015 by special written resolution passed by the shareholders of the Company dated 21 April 2015.

**AND FURTHER TAKE NOTICE** that Matteo Zannier and Thomas Zara, of Reset Group SA of Via Vanoni 4a, 6900 Lugano, Switzerland have been appointed as Joint Voluntary Liquidators of the Company.

**AND NOTICE IS HEREBY GIVEN** that creditors of the Company are to prove their debts or claims on or before 11 June 2015 to establish any title they may have under the Companies Law (as amended), by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

Dated this 23rd Day of April 2015

**Contact for enquiries:**
Mr. Matteo Zannier or Mr. Thomas Zara
Telephone: +41 91 921 01 15
Email: matteo.zannier@reset-group.com or Thomas.zara@reset-group.com