

# CAYMAN ISLANDS GAZETTE

Monday, 11 May 2015                      Issue No.10/2015

## CONTENTS

**SUPPLEMENTS**
Laws, Bills, Regulations……….........................Pg.631
**COMMERCIAL**
Liquidation Notices, Notices of Winding Up,
  Appointment of Liquidators and Notices to
   Creditors……………………………………....Pg.632
Notices of Final Meeting
  Of Shareholders……………………………...Pg.651
Partnership Notices………….……………….....Pg.667
Bankruptcy Notices………………………...….....None
Receivership Notices………………………….....None
Dividend Notices……………………………......None
Grand Court Notices……………………….......None
Struck-off List………………………..………None
Reduction of Capital……………….…………..None
Notice of Special Strike……………….............None
Dormant Accounts Notices…………………..........None
Demand Notices……………………...…...…..Pg.675
Certificate of Merger Notices………………........Pg.676
Transfer of Companies…………………….….Pg.676
Regulatory Agency Notices………………..........Pg.677
General Commercial Notices………………..........None
Patent and Trademarks …………………...…….Pg.678

**GOVERNMENT**
Deportation……………………………….........None
Constitution Order...…………………………......None
Exclusion Orders…..……………………..……None
Election Notice…………………………….....…..None
Appointments…………………………….........Pg.684
Personnel Occurrences……………………………None
Long Service Awards……………………………None
Public Auction……………………………………None
Departmental Notices……………………………None
Court of Appeals Notices……………………………None
Overseas Territories Orders……………………....None
Land Notices………………………………......None
Change of Name…………….….......................None
Remission of Sentence……………………......None
Road Notices……………………………….……None
Proclamations……………………………........None
Probate and Administration……………...............Pg.684
Errata Notices…………………………................Pg.686
**Gazette Publishing and Advertising**
  **Information**……………………………….....Pg.687
**Gazette Dates and Deadlines**……………….....Pg.688
**INDEX**………………………………..………Pg.689

**NOTICE:** *Gazette Publishing Dates & Deadlines* for the year as well as advertising and subscription rates are posted at the back of this Gazette.

**USING THE GAZETTE:** The *Cayman Islands Gazette,* the official newspaper of the Government of the Cayman Islands is published fortnightly on Monday. The next issue (10/15) will be published on 11 May 2015 Closing time for lodgment of commercial notices will be 12 noon, Friday, 1 May 2015. **Government notices must be lodged at the Gazette Office by 12 noon on Wednesday (29 April 2015). This timeframe will be followed for all Gazettes.** Notices are accepted for publication in the next issue, unless otherwise specified.

Original copies of notices must be submitted for publication. Dates, proper names and signatures are to be shown clearly. Faxed transmissions of copy are not acceptable, unless arrangements have been made with the Gazette Office, in which case they must be followed by a signed original delivered the same day. We invite submissions by email for use with Microsoft Word software, followed, or accompanied, by an original print version. Covering instructions setting out requirements must accompany all notices. Copies will be returned unpublished if not submitted in accordance with these requirements.

**Notices for publication and related correspondence should be addressed to:**
Gazette Office
Government Information Services
2 Floor
Cayman Islands Government Administration Building
133 Elgin Avenue, Box 119, George Town
Grand Cayman KY1-9000
Telephone (345) 949-8092
Facsimile (345) 949-5936
caymangazette@gov.ky

Publishing dates, deadlines to the end of the year, and advertising and subscription rates are posted at the back of this *Gazette*.

# Supplement

The following supplement is published with this issue of the *Gazette*. Further copies may be obtained from the Clerk of the Legislative Assembly.

1.  The Coroners (Amendment) Law, 2015. (Price 80 cents)

distribution made before the debts are proved or from objecting to the distribution.
**Dated 22 April 2015**
**The address of the Liquidator is:**
56 Eaton Mews South
London, SW1W 9UR
United Kingdom
**Contact for enquiries:**
Deborah Poole, Appleby
P O Box 1350
Grand Cayman KY1-1108

**T1 GLOBAL FUND LTD**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No. 108484**

TAKE NOTICE that the above-named Company was put into liquidation on 21 April 2015 by special written resolution passed by the shareholders of the Company dated 21 April 2015.

AND FURTHER TAKE NOTICE that Matteo Zannier and Thomas Zara, of Reset Group SA of Via Vanoni 4a, 6900 Lugano, Switzerland have been appointed as Joint Voluntary Liquidators of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims on or before 11 June 2015 to establish any title they may have under the Companies Law (as amended), by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.
**Dated this 23 Day of April 2015**
**Contact for enquiries:**
Mr. Matteo Zannier or Mr. Thomas Zara
Telephone: +41 91 921 01 15
Email: matteo.zannier@reset-group.com or Thomas.zara@reset-group.com

**CONCORDE INVESTMENT CORPORATION**
**(The "Company")**
**(In Voluntary Liquidation)**

TAKE NOTICE THAT that the above-named Company was put into liquidation on 22 April 2015 by a special resolution of the Shareholder of the Company by a written resolution executed on 22 April 2015.

AND FURTHER TAKE NOTICE THAT Intertrust SPV (Cayman) Limited of 190 Elgin Avenue, George Town, Grand Cayman KY1-9005, Cayman Islands, has been appointed Voluntary Liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims on or before 12 June 2015 to establish any title they may have under the Companies Law (as amended), or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.
**Dated this 23 day of April 2015**
INTERTRUST SPV (CAYMAN) LIMITED
Voluntary Liquidator
**The address of the Voluntary Liquidator is:**
190 Elgin Avenue
George Town
Grand Cayman KY1-9005
Cayman Islands
**Contact for enquiries:**
Jennifer Chailler
Telephone: (345) 943-3100

**COLUMBUS PARK CDO LTD.**
**(The "Company")**
**(In Voluntary Liquidation)**

TAKE NOTICE THAT that the above-named Company was put into liquidation on 20 April 2015 by a special resolution of the Shareholder of the Company by a written resolution executed on 20 April 2015.

AND FURTHER TAKE NOTICE THAT Intertrust SPV (Cayman) Limited of 190 Elgin Avenue, George Town, Grand Cayman KY1-9005, Cayman Islands, has been appointed Voluntary Liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims on or before 12 June 2015 to establish any title they may have under the Companies Law (as amended), or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.
**Dated this 23 day of April 2015**