# CAYMAN  ISLANDS

# GAZETTE

Extraordinary No.29/2018　　　　　　　　　　　　　　　　Wednesday, 11 April 2018

## COMMERCIAL
## Liquidator and Creditor Notices

**ORCHARD HILL MASTER FUND LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**The Companies Law (As Amended)**

TAKE NOTICE that the above-named Company was put into liquidation on 5 April 2018 by a special resolution passed at an extraordinary meeting of the Company held on 5 April 2018.

AND FURTHER TAKE NOTICE that DMS Corporate Services Ltd. of 20 Genesis Close, dms House 2nd Floor, Grand Cayman, Cayman Islands has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 11 May 2018 and to establish any title they may have under the Companies Law (as amended) or will be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated: 5 April 2018**
　　　　　　DMS CORPORATE SERVICES LTD.
　　　　　　　　　　　　　Voluntary Liquidator

**Contact for Enquiries:**
Nicola Cowan
Telephone: (345) 946 7665
Facsimile: (345) 949 2877

**Address for Service:**
DMS Corporate Services Ltd.
dms House, 2nd Floor
P.O. Box 1344
Grand Cayman KY1-1108

**ORCHARD HILL OFFSHORE FUND LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**The Companies Law (As Amended)**

TAKE NOTICE that the above-named Company was put into liquidation on 9 April 2018 by a special resolution passed at an extraordinary meeting of the Company held on 9 April 2018.

AND FURTHER TAKE NOTICE that DMS Corporate Services Ltd. of 20 Genesis Close, dms House 2nd Floor, Grand Cayman, Cayman Islands has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 11 May 2018 and to establish any title they may have under the Companies Law (as amended) or will be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated: 9 April 2018**
　　　　　　DMS CORPORATE SERVICES LTD.
　　　　　　　　　　　　　Voluntary Liquidator

**Contact for Enquiries:**
Nicola Cowan
Telephone: (345) 946 7665
Facsimile: (345) 949 2877
**Address for Service:**
DMS Corporate Services Ltd.
dms House, 2nd Floor
P.O. Box 1344
Grand Cayman KY1-1108

# Final Meeting Notices

**T1 GLOBAL FUND LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**The Companies Law**
**Notice Of Final General Meeting Of The Company**
**Registration No. 108484**

Pursuant to Section 127 of the Companies Law (As Amended), the final meeting of the Company will be held at the registered office of the Reset Group SA on 2 May 2018 at 09:00 am (Central European Time).

**Business:**
1. To lay accounts before the meeting that shows how the winding up has been conducted and how the property has been disposed of as at the date of the final winding up on 31 March 2018.
2. To authorize the Liquidators to retain the records of the Company for a period of five years from the dissolution of the Company after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Date 12 March 2018**

MATTEO ZANNIER
THOMAS ZARA
Joint Voluntary Liquidators

**Contact for Enquiries:**
Matteo Zannier
Reset Group SA
Via Vanoni 4
6900 Lugano – Switzerland
Telephone: (345) 815-4558
Email: matteo.zannier@reset-group.com

**Address for Service:**
BDO CRI (Cayman) Ltd.
Floor 2 – Building 3, Governors Square
23 Lime Tree Bay Ave
PO Box 31229
Grand Cayman KY1-1205
Cayman Islands

---

**G000 GLOBAL FUND LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**The Companies Law**
**Notice Of Final General Meeting Of The Company**
**Registration No. 108484**

Pursuant to Section 127 of the Companies Law (As Amended), the final meeting of the Company will be held at the registered office of the Reset Group SA on 2 May 2018 at 09:00 am (Central European Time).

**Business:**
1. To lay accounts before the meeting that shows how the winding up has been conducted and how the property has been disposed of as at the date of the final winding up on 31 March 2018.
2. To authorize the Liquidators to retain the records of the Company for a period of five years from the dissolution of the Company after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Date 12 March 2018**

MATTEO ZANNIER
THOMAS ZARA
Joint Voluntary Liquidators

**Contact for Enquiries:**
Matteo Zannier
Reset Group SA
Via Vanoni 4
6900 Lugano – Switzerland
Telephone: (345) 815-4558
Email: matteo.zannier@reset-group.com

**Address for Service:**
BDO CRI (Cayman) Ltd.
Floor 2 – Building 3, Governors Square
23 Lime Tree Bay Ave
PO Box 31229
Grand Cayman KY1-1205
Cayman Islands