**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LIMITED, *et al.*, <br><br> Debtors in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (SMB) <br><br> (Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof, <br><br> Plaintiffs, <br><br> v. <br><br> THEODOR GGC AMSTERDAM, et al., <br><br> Defendants. | Adv. Pro. No. 10-03496 (SMB) <br><br> (Procedurally Consolidated Under This Matter) |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof, <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG A/K/ ABN AMRO (SWITZERLAND) AG, *et al.*, <br><br> Defendants. | Adv. Pro. No. 10-03635 (SMB) |

## CERTIFICATE OF SERVICE

I, Christopher A. Lynch, an attorney admitted to practice in the State of New York, hereby certify under penalty of perjury that, on February 4, 2021, I caused a true and correct copy of the *Notice of Presentment of Order Granting Withdrawal of Counsel* and *Declaration of John C. Scalzo in Support of Motion of Reed Smith LLP to Withdraw as Counsel for Defendant T1 Global Fund*

*Ltd.* (together, the "Withdrawal Motion") to be filed and served via the United States Bankruptcy Court for the Southern District of New York's ECF system on those parties filing notice of appearance and request for service in the captioned adversary proceeding.

I further certify that, on February 5, 2021, I emailed the foregoing Withdrawal Motion to the following persons at the e-mail address indicated:

Matteo Zannier
Liquidator of T1 Global Fund Ltd.
matteo.zannier@reset-group.com

Hector Robinson QC
T1 Global Fund Ltd.'s Cayman Counsel
Hector.Robinson@mourant.com

Dated: New York, New York
February 23, 2021

                                                     REED SMITH LLP

                                                     By: */s/ Christopher A. Lynch*
                                                          James C. McCarroll
                                                          John C. Scalzo
                                                          Christopher A. Lynch
                                         599 Lexington Avenue
                                         New York, New York  10022
                                         Telephone:  (212) 521-5400
                                         jmccarroll@reedsmith.com
                                         jscalzo@reedsmith.com
                                         clynch@reedsmith.com

                                         *Attorneys for T1 Global Fund Ltd.*