# Appendix B
# Additional Counsel

**ALLEGAERT BERGER & VOGEL LLP**

John F. Zulack
jzulack@abv.com

111 Broadway, 20th Floor
New York, NY 10006
(212) 571-0550

**BOIES SCHILLER FLEXNER LLP**

Alan B. Vickery
avickery@bsfllp.com
Steven I. Froot
sfroot@bsfllp.com

55 Hudson Yards
New York, NY 10001
(212) 446-2300

**CHAFFETZ LINDSEY LLP**

Andreas Frischknecht
a.frischknecht@chaffetzlindsey.com
Erin E. Valentine
e.valentine@chaffetzlindsey.com

1700 Broadway, 33rd Floor
New York, NY 10019
(212) 257-6960

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
Breon S. Peace
bpeace@cgsh.com
Elizabeth Vicens
evicens@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
E. Pascale Bibi
pbibi@cgsh.com
Joseph Kay
jkay@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
Ariel M. Fox
arfox@cgsh.com

One Liberty Plaza
New York, NY 10006
(212) 225-2000

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
jeff.butler@cliffordchance.com
La'Tise M. Tangherlini
latise.tangherlini@cliffordchance.com

31 West 52nd Street
New York, NY 10019
(212) 878-8000

**DAVIS POLK & WARDWELL LLP**

Elliot Moskowitz
elliot.moskowitz@davispolk.com
Andrew Ditchfield
andrew.ditchfield@davispolk.com

450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Appendix B [2]

**DLA PIPER LLP (US)**

Rachel Ehrlich Albanese
Rachel.Albanese@us.dlapiper.com
Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com

1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

David M. Morris
david.morris@friedfrank.com

One New York Plaza
New York, NY 1000
(212) 859-8000

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
mking@gibsondunn.com
Gabriel Herrmann
gherrmann@gibsondunn.com

200 Park Avenue
New York, NY 10166
(212) 351-4000

**GILMARTIN, POSTER & SHAFTO LLP**

Michael C. Lambert
mclambert@lawpost-nyc.com

845 Third Avenue, 17th Floor
New York, NY 10022
(212) 425-3220

**HARNIK LAW FIRM**

Stephen M. Harnik
stephen@harnik.com

666 Third Avenue, 10th Floor
New York, NY 10017
(212) 599-7575

**HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott S. Balber
scott.balber@hsf.com
Jonathan Cross
jonathan.cross@hsf.com

450 Lexington Avenue
New York, NY 10017
(917) 542-7600

**JENNER & BLOCK LLP**

Richard Levin
rlevin@jenner.com
Carl Wedoff
cwedoff@jenner.com

919 Third Avenue
New York, NY 10022
(212) 891-1600

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
anthony.paccione@kattenlaw.com
Mark T. Ciani
mark.ciani@kattenlaw.com

575 Madison Avenue
New York, NY 10022
(212) 940-8800

**KING & SPALDING LLP**

Richard A. Cirillo
rcirillo@kslaw.com

1185 Avenue of the Americas, Suite 3400
New York, NY 10036
(212) 556-2100

**KLEINBERG KAPLAN WOLFF & COHEN, P.C.**

Norris D. Wolff
nwolff@kkwc.com

500 Fifth Avenue, 38th Floor
New York, NY 10110
(212) 986-6000

**KOBRE & KIM LLP**

D. Farrington Yates
farrington.yates@kobrekim.com
Adam M. Lavine
adam.lavine@kobrekim.com
Donna (Dong Ni) Xu
donna.xu@kobrekim.com
Jonathan D. Cogan
Jonathan.Cogan@kobrekim.com

800 Third Avenue
New York, NY 10022
(212) 488-1200

**LATHAM & WATKINS LLP**

Christopher Harris
christopher.harris@lw.com
Thomas J. Giblin
thomas.giblin@lw.com

885 Third Avenue
New York, NY 10022
(212) 906-1200

**MCKOOL SMITH, PC**

Eric B. Halper
ehalper@mckoolsmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
(212) 402-9413

**O'MELVENY & MYERS LLP**

Pamela A. Miller
pmiller@omm.com
Nathaniel Asher
nasher@omm.com
William J. Sushon
wsushon@omm.com
Daniel S. Shamah
dshamah@omm.com

Seven Times Square
New York, NY 10036
(212) 326-2000

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Eric Fishman
eric.fishman@pillsburylaw.com
Andrew Troop
andrew.troop@pillsburylaw.com

31 West 52nd Street
New York, NY 10019
(212) 858-1000

**SEWARD & KISSEL LLP**

M. William Munno
munno@sewkis.com

One Battery Park Plaza
New York, NY 10004
(212) 574-1587

**SHEARMAN & STERLING LLP**

Jeffrey Resetarits
jeffrey.resetarits@shearman.com
Randall Martin
randall.martin@shearman.com

599 Lexington Avenue
New York, NY 10022
(212) 848-4000

**SULLIVAN & CROMWELL LLP**

Jeffrey T. Scott
scottj@sullcrom.com
Andrew J. Finn
finna@sullcrom.com

125 Broad Street
New York, NY 10004
(212) 558-4000

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
eakleinhaus@wlrk.com
Angela K. Herring
akherring@wlrk.com

51 West 52nd Street
New York, NY 10019
(212) 403-1000

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP**

Michael B. Weitman
mweitman@westermanllp.com

1201 RXR Plaza
Uniondale, NY 11556
(516) 414-8015

**WIGGIN AND DANA LLP**

James H. Bicks
jbicks@wiggin.com

437 Madison Ave, 35th Floor
New York, NY 10022
(212) 490-1700

**WILMER CUTLER PICKERING HALE AND DORR LLP**

George W. Shuster, Jr.
george.shuster@wilmerhale.com
Benjamin W. Loveland
benjamin.loveland@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7518

**WINSTON & STRAWN LLP**

Heather Lamberg
hlamberg@winston.com
Keith Palfin
kpalfin@winston.com

1901 L Street N.W.
Washington, D.C. 20036
(202) 282-5000

**WOLLMUTH MAHER & DEUTSCH LLP**

William A. Maher
wmaher@wmd-law.com
Philip R. Schatz
pschatz@wmd-law.com
Fletcher W. Strong
fstrong@wmd-law.com

500 Fifth Avenue
New York, NY 10110
(212) 382-3300

**WUERSCH & GERING LLP**

Gregory F. Hauser
gregory.hauser@wg-law.com
Jascha D. Preuss
jascha.preuss@wg-law.com

100 Wall Street, 10th Floor
New York, NY 10005
(212) 509-5050