**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Fairfield Sentry Limited ( In Liquidation) et al v.    CASE NO.: 10–03635–cgm
Union Bancaire Privee, UBP SA et al

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  0

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Cecelia G. Morris on February 28, 2021 for administration. Please style all future captions with the appropriate judicial suffix (cgm ).

Dated: February 28, 2021                                            Vito Genna
                                                                                        Clerk of the Court