UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>THEODOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>(Procedurally Consolidated Under This Matter) |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG A/K/ ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application ("Application") of Reed Smith LLP, counsel of record for T1 Global Fund Ltd. ("T1 Global"), defendant in the captioned adversary proceedings (the "Adversary Proceedings"), and it appearing that no further notice of the Application is required or

necessary, and objections, if any, to the Application having been overruled, settled or withdrawn, and after due deliberation, and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is granted in all respects; and it is further

ORDERED, that the Clerk of the Court shall take such actions as necessary to remove Reed Smith LLP as counsel of record for T1 Global in the Adversary Proceedings; and it is further

ORDERED, that Reed Smith shall cause a copy of this Order to be delivered to T1 Global, to the attention of the Liquidator or counsel, via electronic mail and overnight courier at the address last known to Reed Smith LLP for such persons and that no other or further notice of entry of this Order need be given to T1 Global or any other person.



**Dated: March 3, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**