**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

IN RE: Fairfield Sentry Limited ( In Liquidation) et al v.     CASE NO.: 10−03635−cgm
Union Bancaire Privee, UBP SA et al

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Cecelia G. Morris on February 28, 2021 for administration. Please style all future captions with the appropriate judicial suffix (cgm ).

Dated: February 28, 2021                    Vito Genna
                                            Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Fairfield Sentry Limited ( In Liquidatio,
   Plaintiff

Adv. Proc. No. 10-03635-cgm

Union Bancaire Privee, UBP SA,
   Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 1 of 12 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | James L. Garrity, Jr., Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | + | Jascha D. Preuss, Wuersch & Gering LLP, 100 Wall Street, 10th Floor, New York,, NY 10005-3727 |
| aty | + | Michael E. Wiles, Debevoise & Plimpton LLP, 919 3rd Avenue, New York, NY 10022-3916 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| dft | | ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) A, Registered address, Beethovenstrasse 33, CH-8002, Zurich SWITZERLAND |
| dft | | Adler and Co Privatbank AG, Registered address, Claridenstreasse 22, CH-8022, Zurich SWITZERLAND |
| dft | | Alternative Investment Strategies, c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands |
| dft | | Banca Unione di Credito, c/o Citco Global Custody NV, c/o Citco Bank Nederland NV, TElestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands |
| dft | | Banque Cramer & Cie SA, 22 Avenue de Miremont, 1206 Geneve, Switzerland |
| dft | | Barclays Bank PLC Singapore Wealth a/k/a Barclays, Registered Address, Level 28 One Raffles Quay, South Tower, Singapore 048583 SINGAPORE |
| dft | | CBB (BVI)/The Alkima Found, C/o Fidelity Corporate Services, 2nd Floor Mill Mall Tower, Windhams Cay 1, Road Town, Tortola British Virgin Islands |
| dft | | CBT Gems Low Vol Reg, One Montague Place 1st Floor, East Bay Street, P.O. Box N-1906, Nassau, Bahamas |
| dft | | Dexia Banque International a Luxembourg, c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043 BW Amsterdam, The Netherlands |
| dft | | HSBC, 8 Canary Square, Canary Wharf, London, UNITED KINGDOM |
| dft | | Karasel Enhanced Portfolio, c/o Citco Global Custory N.V., c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road Cork, Ireland |
| dft | | Longboat Ltd., c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam The Netherlands |
| dft | | Master Capital and Hedge Fund, c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road, Cork, Ireland |
| dft | | National Bank of Kuwait, P.O. Box 95 Safat, 13001 Kuwait, Abdullah Al Ahmad Street, Sharq STATE OF KUWAIT |
| dft | | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and, Registered Address, c/o Citco Fund Services Europe BV, Naritaweg 165, 1043 BW Amsterdam THE NETHERLANDS |
| dft | | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschil, Registered Address, Zollikerstrasse 181, CH-8034, Zurich SWITZERLAND |
| dft | | Rothschild Lugano Dublin a/k/a Banca Privata Edmon, Registered Address, Via Ginevra 2, CH-6900, Lugano SWITZERLAND |
| dft | | Sella Bank AG, c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands |
| dft | | Swisscanto FD Centre Clients A/C, c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road, Cork, Ireland |
| 5878019 | + | Allianz Bank Financial Advisors SpA, c/o KOBRE & KIM LLP, 800 Third Avenue, New York, NY 10022-7775, Attn: Jonathan D. Cogan, Esq. |
| 7085207 | + | Dina E. Yavich, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 |
| 7085144 | + | Eric Fishman, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 |
| 7077982 | | Martin Klotz, Willkie Farr & Gallagher LLP, 787 Seventh Avenue New York, NY 10019-60 |
| 7085204 | + | Samuel S. Cavior, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 01 2021 23:24:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |

| District/off: 0208-1 | User: | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 01 2021 23:20:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Adler and Co. |
| dft | | Allianzbank SPA/Unifortune Conservative Side Pocke |
| dft | | Arsenal SPC |
| dft | | Arsenal SPC OBO Glasgow SEG Port |
| dft | | BBH LUX Guardian II |
| dft | | BBVA (Suisse) SA |
| dft | | BCV AMC Defensive Al Fund |
| dft | | BNP Paribas (Suisse) SA |
| dft | | BNP Paribas (Suisse) SA Ex Fortis |
| dft | | BNP Paribas (Suisse) SA Private |
| dft | | BSI AG |
| dft | | BSI Ex Banca Del Gottardo |
| dft | | Banca Arner SA |
| dft | | Bank Hapoalim Switzerland Ltd. |
| dft | | Bank Julius Baer & Co. Ltd. |
| dft | | Bank Sarasin & Cie |
| dft | | Banque Cantonale Vaudoise |
| dft | | Barclay's Bank PLC Singapore Wealth |
| dft | | Caceis Bank Luxembourg |
| dft | | Centrum Bank AG (AMS) |
| dft | | Clariden Leu Ltd. |
| dft | | Compagnie Bancaire Helvetique |
| dft | | Corner Banca SA |
| dft | | Credit Suisse AG |
| dft | | Credit Suisse AG Zurich |
| dft | | Defendants (as set forth in Appendix A to the Memo |
| dft | | Dresdner Bank Schweiz |
| dft | | EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest |
| dft | | EFG Bank AG a/k/a EFG Bank SA Switzerland |
| dft | | EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG |
| dft | | EFG Bank AG and EFG Bank (Monaco) |
| dft | | EFG Bank SA Switzerland |
| dft | | EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) |
| dft | | EFG Eurofinancier D'Invest MCL |
| dft | | Endurance Absolute Ltd. Master |
| dft | | FIF Advanced Ltd. |
| dft | | Fairfield Investment Fund Ltd. |
| dft | | Fairfield Investment GCI |
| dft | | Fairfield Masters Ltd. |
| pla | | Fairfield Sentry Limited ( In Liquidation) |
| pla | | Fairfield Sigma Limited (In Liquidation) |
| dft | | Falcon Private Bank |
| dft | | Fidulex Management Inc. |
| dft | | Finter Bank Zuirich |
| dft | | Finter Bank Zurich |
| dft | | Geneva Absolute Return Fund |
| dft | | HSBC |
| dft | | Harmony Capital Fund Ltd. |
| dft | | IHAG Handelsbank AG |
| dft | | Ihag Handelsbank AG |
| dft | | Incore Bank AG |
| dft | | KBC Investments Ltd. |

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 3 of 12 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| | |
|---|---|
| dft | Karla Multistrategies Ltd. |
| pla | Kenneth Krys, solely in his capacity as Foreign Re |
| dft | LGT Bank (Switzerland) Ltd. |
| dft | LGT Bank in Liechtenstein AG |
| dft | LGT Bank in Liechtenstein AG |
| dft | Liechtensteinische LB Reinvest AMS |
| dft | Liechtensteinsche Landesbank AG |
| dft | Lloyds TSB Bank Geneva |
| dft | Lombard Odier Darier Hentsch & Cie |
| dft | NBK Banque Privee Suisse SA |
| dft | PKB Privatbank AG |
| dft | PKB Privatebank AG |
| dft | Pictet & Cie |
| dft | Privatbank AG |
| dft | Private Space Ltd. |
| dft | Quasar Funs SPC |
| dft | RBC Dexia Investor Service Julius Baer Sicav |
| dft | RBC Investor Services Bank, S.A. |
| dft | RBS Coutts Bank Ltd. |
| dft | Remand Defendants |
| dft | Richourt AAA Multistrategies |
| dft | Rothschild Bank Geneva (Dublin) |
| dft | Rothschild Lugano Dublin |
| dft | Rothschold Bank AG Zurich (Dublin) |
| dft | SIS Seeganintersettle |
| dft | Six SIS Ltd. |
| dft | Societe Generale Bank & Trust |
| dft | Soundview Fund |
| dft | T1 Global Fund Ltd. |
| dft | UBS AG New York |
| dft | UBS AG Zurich |
| dft | UBS Jersey Nominees |
| dft | Unifortune Conservative Side Pocket |
| dft | Union Bancaire Privee, UBP SA |
| dft | Verwaltungs und Privat-Bank AG Aktiengesellschaft |
| dft | Verwaltungs- und Privat-Bank AG Aktiengesellschaft |
| dft | Vorarlberger Landes Und Hypothekenbank Ankiengesel |
| dft | the Defendants listed on Exhibit A to the HSBC Def |
| 5595658 | Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofi |

TOTAL: 91 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 4 of 12 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| Adam Lavine | on behalf of Defendant Banca Unione di Credito adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant BSI AG adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant BSI Ex Banca Del Gottardo adam.lavine@kobrekim.com |
| Alexander Lees | on behalf of Defendant Dresdner Bank Schweiz alees@milbank.com alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com |
| Andreas A. Frischknecht | on behalf of Defendant SIS Seeganintersettle andreas.frischknecht@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Andreas A. Frischknecht | on behalf of Defendant Six SIS Ltd. andreas.frischknecht@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Andrew John Finn | on behalf of Defendant Bank Sarasin & Cie finna@sullcrom.com s&cmanagingclerk@sullcrom.com;andrew-finn-6914@ecf.pacerpro.com |
| Andrew M. Troop | on behalf of Defendant Falcon Private Bank andrew.troop@pillsburylaw.com |
| Andrew M. Troop | on behalf of Defendant Incore Bank AG andrew.troop@pillsburylaw.com |
| Anthony L. Paccione | on behalf of Defendant RBC Investor Services Bank  S.A. anthony.paccione@kattenlaw.com, mark.ciani@kattenlaw.com |
| Anthony L. Paccione | on behalf of Defendant RBS Coutts Bank Ltd. anthony.paccione@kattenlaw.com mark.ciani@kattenlaw.com |
| Anthony L. Paccione | on behalf of Defendant RBC Dexia Investor Service Julius Baer Sicav anthony.paccione@kattenlaw.com mark.ciani@kattenlaw.com |
| Anthony L. Paccione | on behalf of Defendant BBH LUX Guardian II anthony.paccione@kattenlaw.com mark.ciani@kattenlaw.com |
| Anthony L. Paccione | on behalf of Defendant Harmony Capital Fund Ltd. anthony.paccione@kattenlaw.com mark.ciani@kattenlaw.com |
| Anthony L. Paccione | on behalf of Defendant Lloyds TSB Bank Geneva anthony.paccione@kattenlaw.com mark.ciani@kattenlaw.com |
| Ari MacKinnon | on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis amackinnon@cgsh.com maofiling@cgsh.com |
| Ari MacKinnon | on behalf of Defendant BNP Paribas (Suisse) SA amackinnon@cgsh.com maofiling@cgsh.com |
| Ari MacKinnon | on behalf of Defendant BNP Paribas (Suisse) SA Private amackinnon@cgsh.com maofiling@cgsh.com |
| Benjamin Beller | on behalf of Defendant Caceis Bank Luxembourg bbeller@cgsh.com |
| Bianca Lin | on behalf of Defendant Compagnie Bancaire Helvetique BLin@abv.com |
| Bianca Lin | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG BLin@abv.com |
| Bianca Lin | on behalf of Defendant Societe Generale Bank & Trust BLin@abv.com |
| Bianca Lin | on behalf of Defendant Banque Cantonale Vaudoise BLin@abv.com |
| Bianca Lin | on behalf of Defendant Rothschild Lugano Dublin BLin@abv.com |
| Bianca Lin | |

10-03635-jpm    Doc 522    Filed 03/03/21    Entered 03/04/21 00:57:08    Imaged
Certificate of Notice    Pg 6 of 13

| District/off: 0208-1 | User: | Page 5 of 12 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| | |
|---|---|
| | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. BLin@abv.com |
| Bianca Lin | |
| | on behalf of Defendant BCV AMC Defensive Al Fund BLin@abv.com |
| Bianca Lin | |
| | on behalf of Defendant Lombard Odier Darier Hentsch & Cie BLin@abv.com |
| Bianca Lin | |
| | on behalf of Defendant Rothschold Bank AG Zurich (Dublin) BLin@abv.com |
| Breon Peace | |
| | on behalf of Defendant BNP Paribas (Suisse) SA Private bpeace@cgsh.com  maofiling@cgsh.com |
| Breon Peace | |
| | on behalf of Defendant BNP Paribas (Suisse) SA bpeace@cgsh.com  maofiling@cgsh.com |
| Breon Peace | |
| | on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis bpeace@cgsh.com  maofiling@cgsh.com |
| Carl N Wedoff | |
| | on behalf of Defendant Unifortune Conservative Side Pocket cwedoff@jenner.com wwilliams@jenner.com;aallen@jenner.com;tyler-edwards-8024@ecf.pacerpro.com;3665877420@filings.docketbird.com |
| Charles Collier Platt | |
| | on behalf of Defendant Corner Banca SA Charles.Platt@wilmerhale.com |
| Charles Collier Platt | |
| | on behalf of Defendant Ihag Handelsbank AG Charles.Platt@wilmerhale.com |
| Charles Collier Platt | |
| | on behalf of Defendant BSI Ex Banca Del Gottardo Charles.Platt@wilmerhale.com |
| Charles Collier Platt | |
| | on behalf of Defendant BSI AG Charles.Platt@wilmerhale.com |
| Charles Collier Platt | |
| | on behalf of Defendant Finter Bank Zuirich Charles.Platt@wilmerhale.com |
| Charles Collier Platt | |
| | on behalf of Defendant PKB Privatebank AG Charles.Platt@wilmerhale.com |
| Christopher Allegaert | |
| | on behalf of Defendant Rothschild Lugano Dublin callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Societe Generale Bank & Trust callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant BCV AMC Defensive Al Fund callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Compagnie Bancaire Helvetique callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Rothschold Bank AG Zurich (Dublin) callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Lombard Odier Darier Hentsch & Cie callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Banque Cantonale Vaudoise callegaert@abv.com |
| Christopher Allegaert | |
| | on behalf of Defendant Rothschild Bank Geneva (Dublin) callegaert@abv.com |
| Christopher Harris | |
| | on behalf of Interested Party ABN AMRO Fund Services (Isle of Man) Nominees Limited  f/k/a Fortis (Isle Of Man) Nominees Limited Christopher.harris@lw.com, christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| Christopher Harris | |
| | on behalf of Defendant Union Bancaire Privee  UBP SA Christopher.harris@lw.com, christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| Christopher Harris | |
| | on behalf of Interested Party ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. Christopher.harris@lw.com |

10-03635-jpm    Doc 522    Filed 03/03/21    Entered 03/04/21 00:57:08    Imaged
Certificate of Notice    Pg 7 of 13

| District/off: 0208-1 | User: | Page 6 of 12 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| | |
|---|---|
| Christopher Harris | christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| | on behalf of Interested Party ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. Christopher.harris@lw.com christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| Christopher Harris | |
| | on behalf of Interested Party ABN AMRO Global Custody Christopher.harris@lw.com christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| Christopher Harris | |
| | on behalf of Defendant ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG Christopher.harris@lw.com christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| Christopher Harris | |
| | on behalf of Interested Party ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. Christopher.harris@lw.com christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com |
| Christopher A. Lynch | |
| | on behalf of Defendant T1 Global Fund Ltd. clynch@reedsmith.com |
| Christopher R. Donoho, III | |
| | on behalf of Defendant Barclay's Bank PLC Singapore Wealth chris.donoho@hoganlovells.com |
| Daniel Shamah | |
| | on behalf of Defendant Credit Suisse AG Zurich dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Shamah | |
| | on behalf of Defendant Credit Suisse AG dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Shamah | |
| | on behalf of Defendant Clariden Leu Ltd. dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| David Elsberg | |
| | on behalf of Plaintiff Kenneth Krys  solely in his capacity as Foreign Representative and Liquidator thereof delsberg@selendygay.com, paralegals@selendygay.com;edockets@selendygay.com;MCO@selendygay.com;david-elsberg-9556@ecf.pacerpro.com |
| David Elsberg | |
| | on behalf of Unknown Kenneth Krys delsberg@selendygay.com paralegals@selendygay.com;edockets@selendygay.com;MCO@selendygay.com;david-elsberg-9556@ecf.pacerpro.com |
| David Elsberg | |
| | on behalf of Plaintiff Fairfield Sigma Limited (In Liquidation) delsberg@selendygay.com paralegals@selendygay.com;edockets@selendygay.com;MCO@selendygay.com;david-elsberg-9556@ecf.pacerpro.com |
| David Elsberg | |
| | on behalf of Plaintiff Fairfield Sentry Limited ( In Liquidation) delsberg@selendygay.com paralegals@selendygay.com;edockets@selendygay.com;MCO@selendygay.com;david-elsberg-9556@ecf.pacerpro.com |
| David Farrington Yates | |
| | on behalf of Defendant EFG Bank SA Switzerland farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL. farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant BSI AG farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant BSI Ex Banca Del Gottardo farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant EFG Bank AG and EFG Bank (Monaco) farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant EFG Eurofinancier D'Invest MCL farrington.yates@kobrekim.com |
| David Farrington Yates | |
| | on behalf of Defendant Banca Unione di Credito farrington.yates@kobrekim.com |
| David M. Morris | |
| | on behalf of Defendant Verwaltungs- und Privat-Bank AG Aktiengesellschaft david.morris@friedfrank.com managingattorneysdepartment@friedfrank.com |

10-03635-jpm    Doc 522    Filed 03/03/21    Entered 03/04/21 00:57:08    Imaged
Certificate of Notice    Pg 8 of 13

| District/off: 0208-1 | User: | Page 7 of 12 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

David M. Morris
    on behalf of Defendant Centrum Bank AG (AMS) david.morris@friedfrank.com managingattorneysdepartment@friedfrank.com

Dong Ni Xu
    on behalf of Defendant BSI AG donna.xu@kobrekim.com

Dong Ni Xu
    on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL donna.xu@kobrekim.com

Dong Ni Xu
    on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland donna.xu@kobrekim.com

Dong Ni Xu
    on behalf of Defendant Banca Unione di Credito donna.xu@kobrekim.com

Dong Ni Xu
    on behalf of Defendant BSI Ex Banca Del Gottardo donna.xu@kobrekim.com

Dorothy Heyl
    on behalf of Defendant Dresdner Bank Schweiz dheyl@milbank.com

Elizabeth Vicens
    on behalf of Defendant Caceis Bank Luxembourg evicens@cgsh.com maofiling@cgsh.com

Elizabeth A O'Connor
    on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant Rothschold Bank AG Zurich (Dublin) eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant Rothschild Bank Geneva (Dublin) eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant Societe Generale Bank & Trust eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant Rothschild Lugano Dublin eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant BCV AMC Defensive Al Fund eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant Banque Cantonale Vaudoise eoconnor@fzwz.com

Elizabeth A O'Connor
    on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. eoconnor@fzwz.com

Emil A. Kleinhaus
    on behalf of Defendant Pictet & Cie eakleinhaus@wlrk.com calert@wlrk.com

Eric Fishman
    on behalf of Defendant Incore Bank AG nydocket@pillsburylaw.com

Eric Fishman
    on behalf of Defendant Falcon Private Bank nydocket@pillsburylaw.com

Eric B. Halper
    on behalf of Defendant Bank Julius Baer & Co. Ltd. ehalper@mckoolsmith.com

Erin E Valentine
    on behalf of Defendant Six SIS Ltd. erin.valentine@chaffetzlindsey.com dockets@chaffetzlindsey.com

Erin E Valentine
    on behalf of Defendant SIS Seeganintersettle erin.valentine@chaffetzlindsey.com dockets@chaffetzlindsey.com

Evan A. Davis
    on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis edavis@cgsh.com maofiling@cgsh.com

Evan A. Davis
    on behalf of Defendant BNP Paribas (Suisse) SA edavis@cgsh.com maofiling@cgsh.com

Evan A. Davis
    on behalf of Defendant BNP Paribas (Suisse) SA Private edavis@cgsh.com maofiling@cgsh.com

Fletcher W. Strong
    on behalf of Defendant FIF Advanced Ltd. fstrong@wmd-law.com

Fletcher W. Strong
    on behalf of Defendant Fairfield Investment GCI fstrong@wmd-law.com

Fletcher W. Strong
    on behalf of Defendant Fairfield Investment Fund Ltd. fstrong@wmd-law.com

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 8 of 12 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

Frederick R. Kessler
    on behalf of Defendant Fairfield Investment Fund Ltd. fkessler@wmd-law.com

Frederick R. Kessler
    on behalf of Defendant Fairfield Investment GCI fkessler@wmd-law.com

Frederick R. Kessler
    on behalf of Defendant FIF Advanced Ltd. fkessler@wmd-law.com

George W. Shuster, Jr.
    on behalf of Defendant Ihag Handelsbank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant IHAG Handelsbank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Corner Banca SA george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant PKB Privatebank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Finter Bank Zurich george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant PKB Privatbank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant BSI Ex Banca Del Gottardo george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant BSI AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Finter Bank Zuirich george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gregory F. Hauser
    on behalf of Defendant Liechtensteinische LB Reinvest AMS gregory.hauser@wg-law.com

Gregory F. Hauser
    on behalf of Defendant LGT Bank in Liechtenstein AG gregory.hauser@wg-law.com

Gregory F. Hauser
    on behalf of Defendant LGT Bank (Switzerland) Ltd. gregory.hauser@wg-law.com

Heather Lamberg
    on behalf of Defendant BBVA (Suisse) SA hlamberg@winston.com  hlamberg@winston.com

Herbert M. Wachtell
    on behalf of Defendant Fidulex Management Inc. hmwachtell@wlrk.com  calert@wlrk.com

Jascha D. Preuss
    on behalf of Defendant Liechtensteinische LB Reinvest AMS jascha.preuss@wg-law.com  10.03496filings@gmail.com

Jascha D. Preuss
    on behalf of Defendant Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) jascha.preuss@wg-law.com
    10.03496filings@gmail.com

Jeff E. Butler
    on behalf of Defendant Dexia Banque International a Luxembourg jeff.butler@cliffordchance.com
    MCO@cliffordchance.com;jamie.hoxie@cliffordchance.com

Jeffrey T. Scott
    on behalf of Defendant Bank Sarasin & Cie scottj@sullcrom.com
    s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

John A. Borek
    on behalf of Defendant Verwaltungs- und Privat-Bank AG Aktiengesellschaft john.borek@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

John F. Zulack
    on behalf of Defendant Rothschold Bank AG Zurich (Dublin) jzulack@abv.com  3521838420@filings.docketbird.com

John F. Zulack

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 9 of 12 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| | |
|---|---|
| | on behalf of Defendant BCV AMC Defensive Al Fund jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Compagnie Bancaire Helvetique jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Societe Generale Bank & Trust jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Rothschild Bank Geneva (Dublin) jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Banque Cantonale Vaudoise jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Rothschild Lugano Dublin jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG jzulack@abv.com 3521838420@filings.docketbird.com |
| John F. Zulack | |
| | on behalf of Defendant Lombard Odier Darier Hentsch & Cie jzulack@abv.com 3521838420@filings.docketbird.com |
| Jonathan D. Cogan | |
| | on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket jonathan.cogan@kobrekim.com |
| Justin Kattan | |
| | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL. justin.kattan@dentons.com docket.general.lit.nyc@dentons.com |
| Justin Kattan | |
| | on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL justin.kattan@dentons.com docket.general.lit.nyc@dentons.com |
| Justin Kattan | |
| | on behalf of Defendant EFG Bank SA Switzerland justin.kattan@dentons.com docket.general.lit.nyc@dentons.com |
| Justin Kattan | |
| | on behalf of Defendant EFG Eurofinancier D'Invest MCL justin.kattan@dentons.com docket.general.lit.nyc@dentons.com |
| Justin Kattan | |
| | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland justin.kattan@dentons.com docket.general.lit.nyc@dentons.com |
| Justin Kattan | |
| | on behalf of Defendant EFG Bank AG and EFG Bank (Monaco) justin.kattan@dentons.com docket.general.lit.nyc@dentons.com |
| Keith R. Palfin | |
| | on behalf of Defendant BBVA (Suisse) SA kpalfin@winston.com keith-palfin-1940@ecf.pacerpro.com |
| Kimberly Perrotta Cole | |
| | on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket kimberly.cole@kobrekim.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Rothschold Bank AG Zurich (Dublin) lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Rothschild Bank Geneva (Dublin) lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Societe Generale Bank & Trust lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Rothschild Lugano Dublin lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant BCV AMC Defensive Al Fund lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Banque Cantonale Vaudoise lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Compagnie Bancaire Helvetique lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | |
| | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG lpincus@abv.com 3521838420@filings.docketbird.com |

10-03635-jpm    Doc 522    Filed 03/03/21    Entered 03/04/21 00:57:08    Imaged
Certificate of Notice    Pg 11 of 13

| District/off: 0208-1 | User: | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

| | |
|---|---|
| Lauren J. Pincus | on behalf of Defendant Lombard Odier Darier Hentsch & Cie lpincus@abv.com 3521838420@filings.docketbird.com |
| Lauren J. Pincus | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. lpincus@abv.com 3521838420@filings.docketbird.com |
| Lawrence B. Friedman | on behalf of Defendant Caceis Bank Luxembourg lfriedman@cgsh.com maofiling@cgsh.com |
| Lidia Helena Souza Rezende | on behalf of Defendant SIS Seeganintersettle l.rezende@chaffetzlindsey.com |
| Lidia Helena Souza Rezende | on behalf of Defendant Six SIS Ltd. l.rezende@chaffetzlindsey.com |
| Mark Makar | on behalf of Defendant Bank Sarasin & Cie makarm@sullcrom.com |
| Marshall R. King | on behalf of Defendant UBS AG Zurich mking@gibsondunn.com wmiller@gibsondunn.com |
| Marshall R. King | on behalf of Defendant UBS AG New York mking@gibsondunn.com wmiller@gibsondunn.com |
| Marshall R. King | on behalf of Defendant UBS Jersey Nominees mking@gibsondunn.com wmiller@gibsondunn.com |
| Maxwell Dillan | on behalf of Defendant FIF Advanced Ltd. mdillan@wmd-law.com |
| Maxwell Dillan | on behalf of Defendant Fairfield Investment Fund Ltd. mdillan@wmd-law.com |
| Maxwell Dillan | on behalf of Defendant Fairfield Investment GCI mdillan@wmd-law.com |
| Megan P. Davis | on behalf of Defendant Rothschild Bank Geneva (Dublin) mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Rothschild Lugano Dublin mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Banque Cantonale Vaudoise mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Rothschold Bank AG Zurich (Dublin) mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Compagnie Bancaire Helvetique mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Societe Generale Bank & Trust mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Lombard Odier Darier Hentsch & Cie mdavis@fzwz.com |
| Megan P. Davis | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG mdavis@fzwz.com |
| Polina Bensman | on behalf of Defendant Caceis Bank Luxembourg lbensman@cgsh.com maofiling@cgsh.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Banca Arner SA rachel.albanese@dlapiper.com rachel-albanese-9956@ecf.pacerpro.com |
| Reid Ashinoff | on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL reid.ashinoff@dentons.com docket.general.lit.nyc@dentons.com |
| Richard A. Cirillo | on behalf of Defendant NBK Banque Privee Suisse SA rcirillo@kslaw.com jcmccullough@kslaw.com |
| Richard B. Levin | on behalf of Unknown Banco Santander (Suisse) SA rlevin@jenner.com |
| Richard B. Levin | on behalf of Defendant Unifortune Conservative Side Pocket rlevin@jenner.com |

10-03635-jpm    Doc 522    Filed 03/03/21    Entered 03/04/21 00:57:08    Imaged
Certificate of Notice    Pg 12 of 13

| District/off: 0208-1 | User: | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 32 |

Samuel Cavior
  on behalf of Defendant Falcon Private Bank samuel.cavior@pillsburylaw.com

Samuel Cavior
  on behalf of Defendant Incore Bank AG samuel.cavior@pillsburylaw.com

Sara Gribbon
  on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket sara.gribbon@kobrekim.com

Scott S Balber
  on behalf of Defendant Bank Hapoalim Switzerland Ltd. scott.balber@hsf.com  stephanie.morano@hsf.com

Sean G. Arthurs
  on behalf of Defendant BBVA (Suisse) SA sean.arthurs@shearman.com

Stephen M. Harnik
  on behalf of Defendant Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1-1000 stephen@harnik.com

Tania G. Cohen
  on behalf of Defendant SIS Seeganintersettle dockets@chaffetzlindsey.com

Thomas Carter White
  on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL carter.white@dentons.com  docket.general.lit.nyc@dentons.com

Thomas Carter White
  on behalf of Defendant EFG Bank  EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A.. carter.white@dentons.com, docket.general.lit.nyc@dentons.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Global Custody thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Fund Services (Isle of Man) Nominees Limited  f/k/a Fortis (Isle Of Man) Nominees Limited thomas.giblin@lw.com, thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Defendant ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Moloney
  on behalf of Defendant HSBC tmoloney@cgsh.com  jkay@cgsh.com;dschwartz@cgsh.com;maofiling@cgsh.com

Thomas S. Kessler
  on behalf of Defendant BNP Paribas (Suisse) SA Private tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler
  on behalf of Defendant BNP Paribas (Suisse) SA tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler
  on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis tkessler@cgsh.com  maofiling@cgsh.com

Wendy Miller
  on behalf of Defendant UBS AG New York wmiller@gibsondunn.com

Wendy Miller
  on behalf of Defendant UBS AG Zurich wmiller@gibsondunn.com

Wendy Miller
  on behalf of Defendant UBS Jersey Nominees wmiller@gibsondunn.com

William A Maher
  on behalf of Defendant Fairfield Investment Fund Ltd. wmaher@wmd-law.com

William A Maher
  on behalf of Defendant Fairfield Investment GCI wmaher@wmd-law.com

William A Maher
  on behalf of Defendant FIF Advanced Ltd. wmaher@wmd-law.com

William J. Sushon
    on behalf of Defendant Credit Suisse AG Zurich wsushon@omm.com

William J. Sushon
    on behalf of Defendant Clariden Leu Ltd. wsushon@omm.com

William J. Sushon
    on behalf of Defendant Credit Suisse AG wsushon@omm.com

TOTAL: 208