**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>  Plaintiffs,<br><br>  v.<br><br>THEODOR GGC AMSTERDAM, et al.,<br><br>  Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>(Procedurally Consolidated Under This Matter) |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>  Plaintiffs,<br><br>  v.<br><br>ABN AMRO SCHWEIZ AG A/K/ ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>  Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## **CERTIFICATE OF SERVICE**

I, Christopher A. Lynch, an attorney admitted to practice in the State of New York, hereby certify under penalty of perjury that, on March 3, 2021, I caused a true and correct copy of the *Order Granting Withdrawal of Counsel* (the "Order") to be served on the following persons via e-mail at the address indicated:

Matteo Zannier
Liquidator of T1 Global Fund Ltd.
matteo.zannier@reset-group.com

Hector Robinson QC
T1 Global Fund Ltd.'s Cayman Counsel
Hector.Robinson@mourant.com


I further certify that, on March 4, 2021, I caused the Order to be served on the following person via overnight courier:

Hector Robinson QC
Mourant Ozannes
PO Box 1348
94 Solaris Avenue, Camana Bay
Grand Cayman
KY1-1108
Cayman Islands

Dated: New York, New York
       March 8, 2021

REED SMITH LLP

By: */s/ Christopher A. Lynch*
    James C. McCarroll
    John C. Scalzo
    Christopher A. Lynch
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
jmccarroll@reedsmith.com
jscalzo@reedsmith.com
clynch@reedsmith.com

*Attorneys for T1 Global Fund Ltd.*