**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>*Debtors in Foreign Proceedings*. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03636 (CGM)<br><br>(Procedurally Consolidated) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that I, Nicholas Ickovic, hereby enter an appearance as counsel in this action for Allianz Bank Financial Advisors SpA ("Allianz Bank") and that all notices given or required to be given in the above-captioned adversary proceedings, and all papers filed therein,

should be served upon me at the below-listed address.[1]  I certify that I am admitted to practice in this Court.

**PLEASE TAKE FURTHER NOTICE** that, by filing this Notice of Appearance, or by later filing any pleadings or other papers in this action, Allianz Bank does not:

(i) Consent to or acknowledge personal jurisdiction, or concede that Allianz Bank has properly been served with process in this action;

(ii) Waive the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge with subject matter jurisdiction over this action and personal jurisdiction over Allianz Bank;

(iii) Waive the right to trial by jury in any proceeding so triable in the above-captioned adversary proceedings or in any case, controversy, or proceeding related to the above-captioned adversary proceedings;

(iv) Waive the right to have the District Court withdraw the reference in any matter that is subject to mandatory or discretionary withdrawal; or

(v) Waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Allianz Bank is or may be entitled in law or in equity, all of which are hereby expressly reserved.

---

[1] The Plaintiffs have not named Allianz Bank as a defendant, but have purported to name the non-existent entity of "Allianzbank SPA/Unifortune Conservative Side Pocket."  By filing this Notice of Appearance, Allianz Bank does not waive—and expressly preserves—all arguments and/or defenses relating to the Plaintiffs' failure to properly:  (i) name and/or identify Allianz Bank as a defendant; (ii) identify and/or describe Allianz Bank or its purported role in alleged events; and (iii) serve Allianz Bank.

Dated: March 17, 2021                               Respectfully submitted,

                                                          /s/ Nicholas Ickovic
                                                        Nicholas Ickovic
                                                        Kobre & Kim LLP
                                                        800 Third Avenue
                                                        New York, New York 10022
                                                        Tel: (212) 488-1279
                                                        nicholas.ickovic@kobrekim.com

                                                        *Counsel for Allianz Bank Financial Advisors, S.p.A.*

To: All Counsel of Record via CM/ECF