**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 15 Case |
| **FAIRFIELD SENTRY LIMITED, et al.,** | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,** | |
| Plaintiffs, | Adv. Pro. No. 10-03496 (CGM) |
| – against – | Administratively Consolidated |
| **THEODOOR GGC AMSTERDAM, et al.,** | |
| Defendants. | |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION)** and **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION)**, acting by and through the Foreign Representatives thereof, and **KENNETH KRYS** and **GREIG MITCHELL**, solely in their capacities as Foreign Representatives and Liquidators thereof, | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| -against- | |
| **ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, ADLER AND CO PRIVATBANK AG, ALLIANZBANK SPA/UNIFORTUNE CONSERVATIVE SIDE POCKET, ALTERNATIVE INVESTMENT STRATEGIES, BANCA ARNER SA, BANCA UNIONE DI CREDITO, BANK HAPOALIM SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., BANK SARASIN & CIE, BANQUE CANTONALE VAUDOISE, BANQUE CRAMER & CIE SA, BBVA (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT GEMS LOW VOL REG, COMPAGNIE BANCAIRE HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN** | |

1

| | |
|---|---|
| **LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG ZURICH, DEXIA BANQUE INTERNATIONAL A LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG BANK SA SWITZERLAND, EFG EUROFINANCIER D'INVEST MCL, ENDURANCE ABSOLUTE LTD. MASTER, FAIRFIELD INVESTMENT GCI, FAIRFIELD INVESTMENT FUND LTD., FALCON PRIVATE BANK, FIF ADVANCED LTD., FINTER BANK ZURICH, HARMONY CAPITAL FUND LTD., HSBC, IHAG HANDELSBANK AG, INCORE BANK AG, KARASEL ENHANCED PORTFOLIO, KARLA MULTISTRATEGIES LTD., LGT BANK IN LIECHTENSTEIN AG, LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS TSB BANK GENEVA, LOMBARD ODIER DARIER HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL AND HEDGE FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK AG, QUASAR FUNDS SPC a/k/a QUASAR FUND SPC CLASS A AND CLASS B CGCNV, RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV, RBS COUTTS BANK LTD., RICHOURT AAA MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH (DUBLIN) a/k/a ROTHSCHILD BANK AG, ROTHSCHILD BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO DUBLIN a/k/a BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., EDMOND DE ROTHSCHILD (SUISSE) S.A., SIS SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE GENERALE BANK & TRUST, SOUNDVIEW FUND, SWISSCANTO FD CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., UBS AG NEW YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, VERWALTUNGS UND PRIVAT-BANK AG AKTIENGESELLSCHAFT (AMS), VORARLBERGER LANDES UND HYPOTHEKENBANK AKTIENGESELLSCHAFT and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000, <br><br>                    **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

2

1. **Names(s) of appellants:** Fairfield Sentry Limited (in Liquidation), and Fairfield Sigma Limited (in Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof ("Plaintiffs-Appellants").

2. **Position of appellants in the adversary proceeding that is the subject of this appeal:** Plaintiff(s)

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order or decree appealed from;**

2. **State the date on which the judgment, order, or decree was entered:**

Plaintiffs-Appellants, by their attorneys, hereby appeal under 28 U.S.C. § 158(a) from:

1. Each and every part of that portion of the Stipulated Order Granting in Part and Denying in Part Moving Defendants' Second Consolidated Motion to Dismiss, dated February 26, 2021 (ECF No. 519) (the "Order", annexed hereto as **Exhibit A**) that constitutes a final judgment and except insofar as the Order provides for further proceedings in the Bankruptcy Court as provided for in Part II of the Order;

2. Partial Final Judgment Pursuant to Rule 54(b) dated March 24, 2021 (ECF No. 525) (the "Judgment", annexed here to as **Exhibit B**); and

3. Any and all prior decisions that necessarily affect the Order and Judgment, including but not limited to:

    a. Memorandum Decision Granting in Part and Denying in Part Defendants' Renewed Motion to Dismiss, dated December 14, 2020 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc.

No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 14, 2020)[1], ECF No. 3062, annexed hereto as **<u>Exhibit C</u>**)

b. Memorandum Decision Granting in Part and Denying in Part Defendants' Motions to Dismiss and Plaintiffs' Motions for Leave to Amend, dated December 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Dec. 6, 2018)[2], ECF. No 1743, annexed hereto as **<u>Exhibit D</u>**), insofar as it concerns claims dismissed under the Order and the extraterritorial application of the Section 546(e) safe harbor;

c. Memorandum Decision and Order Regarding the Defendants' Motions to Dismiss for Want of Jurisdiction, dated August 6, 2018 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2018), ECF No. 1723, annexed hereto as **<u>Exhibit E</u>**), insofar as it rules that Defendants' consent to the Subscription Agreement does not constitute consent to personal jurisdiction in the U.S. Redeemer Actions; and

d. Memorandum Decision Denying Plaintiffs' Motion for Leave to File Further Proposed Amended Complaints in Certain Actions, dated August 10, 2020 (*Fairfield Sentry Limited (in Liquidation) v. Theodoor GGC Amsterdam et al.*, Adv. Proc. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Aug. 10, 2020), ECF No. 3046, annexed hereto as **<u>Exhibit F</u>**).

---

[1] The Court entered the decisions addressed in this Notice of Appeal only on the administratively consolidated docket for this action and its related proceedings.

**Part 3: Identify the other parties to the appeal:**

The relevant parties to the judgment, order, or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Plaintiffs-Appellants | Attorneys |
|---|---|
| Fairfield Sentry Limited (in Liquidation), and Fairfield Sigma Limited (in Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br><br>**SELENDY & GAY PLLC**<br>David Elsberg<br>Lena Konanova<br>Ron Krock<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000 |

| Defendants-Appellees | Attorneys |
|---|---|
| See Schedule A | See Schedule A |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated:  March 31, 2021
          New York, New York

> Respectfully submitted,
>
> **BROWN RUDNICK LLP**
>
> */s/ David J. Molton*
> **BROWN RUDNICK LLP**
> David J. Molton
> Marek P. Krzyzowski
> Seven Times Square
> New York, New York 10036
> Telephone: 212-209-4800

Facsimile: 212-209-4801
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com

—and—

**SELENDY & GAY PLLC**
David Elsberg
Lena Konanova
Ron Krock
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: lkonanova@selendygay.com
E-mail: rkrock@selendygay.com

*Counsel for the Plaintiffs-Appellants*