## Schedule A - Adv. Pro. 10-03635

| Defendant-Appellees | Defendant-Appellees Address | Defendant-Appellees Attorneys |
|---|---|---|
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG | ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (Switzerland) AG Beethovenstrasse 33 CH-8002 Zurich Switzerland | **Latham & Watkins LLP** Christopher Harris Thomas J. Giblin 885 Third Avenue, Suite 1000 New York, NY 10022 Telephone: (212) 906-1200 |
| Allianzbank SPA/Unifortune Conservative Side Pocket | Allianzbank SPA/Unifortune Conservative Side Pocket Via Donizetti 53 Milan 20128 Italy | **Kobre & Kim LLP** Jonathan D. Cogan Nicholas Ickovic 800 Third Avenue New York, New York 10022 Telephone (212) 488 1200 |
| Unifortune Conservative Side Pocket | Allianzbank SPA/Unifortune Conservative Side Pocket Via Donizetti 53 Milan 20128 Italy | **JENNER & BLOCK LLP** Richard Levin Carl Wedoff 919 Third Avenue New York, New York 10022 Telephone: (212) 891-1600 |
| Banca Arner SA | Banca Arner SA Piazza Manzoni 8 CH-6901 Lugano Switzerland | **DLA PIPER LLP (US)** Rachel Ehrlich Albanese Cherelle Glimp 1251 Avenue of the Americas New York, New York 10020-1104 Telephone: (212) 335-4500 |
| Banca Unione Di Credito | Banca Unione Di Credito Piazza Dante 7 CH-6901 Lugano Switzerland | **KOBRE & KIM LLP** D.Farrington Yates Adam M. Lavine Donna (Dong Ni) Xu 800 Third Avenue New York, New York 10022 Telephone: (212) 488-1200 |
| Bank Hapoalim Switzerland Ltd. | Bank Hapoalim Switzerland Ltd. 18 Boulevard Royal B.P. 703 L-2017 Luxembourg | **HERBERT SMITH FREEHILLS NEW YORK LLP** Scott S. Balber Jonathan C. Cross 450 Lexington Avenue. 14th Floor New York, NY 10017 |

| | | |
|---|---|---|
| | | Telephone: (917) 542-7600 |
| Bank Julius Baer & Co. Ltd. | Bank Julius Baer & Co. Ltd. Hohlstrasse 602 CH-8010 Zurich Switzerland | **McKool Smith, P.C.** Eric B. Halper One Manhattan West 395 9th Avenue, 50th Floor New York, New York 10001 Telephone: (212) 402-9400 |
| Bank Sarasin & Cie | Bank Sarasin & Cie Elizabethenstrasse 62 CH-4002 Basel Switzerland | **SULLIVAN & CROMWELL LLP** Jeffrey T. Scott Andrew J. Finn 125 Broad Street New York, New York 10004 Telephone: (212) 558-4000 |
| Banque Cantonale Vaudoise | Banque Cantonale Vaudoise Place St.Francois 14 CH-1001 Lausanne Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| BBVA (Suisse) SA | BBVA (Suisse) SA P.O. Box 3930 Zeltweg 63 8021 Zurich Switzerland | **WINSTON & STRAWN LLP** Keith R. Palfin Heather Lamberg 1901 L Street N.W. Washington, DC 20006 Telephone: (202) 282-5000 |
| BCV AMC Defensive AL Fund | BCV AMC Defensive AL Fund Place St. Francois CH-1001 Lausanne, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| BNP Paribas (Suisse) SA | BNP Paribas (Suisse) SA 2 Place de Hollande Case Postale CH-1211 Geneva Switzerland | **Cleary Gottlieb Steen & Hamilton LLP** Breon S. Peace Ari D. MacKinnon Thomas Kessler One Liberty Plaza New York NY 10006 Telephone: (212) 225-2000 |
| BNP Paribas (Suisse) SA Ex Fortis | BNP Paribas (Suisse) SA Ex Fortis 2 Place de Hollande Case Postale CH-1211 Geneva Switzerland | **Cleary Gottlieb Steen & Hamilton LLP** Breon S. Peace Ari D. MacKinnon Thomas Kessler One Liberty Plaza New York NY 10006 Telephone: (212) 225-2000 |

| | | |
|---|---|---|
| BNP Paribas (Suisse) SA Private | BNP Paribas (Suisse) SA Private<br>2 Place de Hollande<br>Case Postale<br>CH-1211 Geneva<br>Switzerland | **Cleary Gottlieb Steen & Hamilton LLP**<br>Breon S. Peace<br>Ari D. MacKinnon<br>Thomas Kessler<br>One Liberty Plaza<br>New York NY 10006<br>Telephone: (212) 225-2000 |
| BSI AG | BSI AG<br>Via Peri 23<br>CH-6901 Lugano<br>Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>Donna (Dong Ni) Xu<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| BSI Ex Banca Del Gottardo | BSI Ex Banca Del Gottardo<br>Viale S Franscini 8<br>CH-6900 Lugano<br>Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>Donna (Dong Ni) Xu<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| Caceis Bank Luxembourg | Caceis Bank Luxembourg<br>5 Allee Scheffer<br>Luxembourg L-2520,<br>Luxembourg | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Elizabeth Vicens<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000 |
| Centrum Bank AG (AMS) | Centrum Bank AG (AMS)<br>Kirchstrasse 3<br>Postfach 1168<br>Vaduz FL 9490<br>Liechtenstein | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>David M. Morris<br>One New York Plaza<br>New York, New York 10004-1980<br>Telephone: (212) 859-8000 |
| Clariden Leu Ltd. | Clariden Leu Ltd.<br>Bahnhofstrasse 32<br>CH-8001, Zurich<br>Switzerland | **O'MELVENY & MYERS LLP**<br>William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000 |
| Compagnie Bancaire Helvetique | Compagnie Bancaire Helvetique | **Allegaert Berger & Vogel LLP**<br>John F. Zulack |

| | Route de Chancy 6B<br>Case Postale 64<br>CH-1211 Geneva 8<br>Switzerland | 111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
|---|---|---|
| Corner Banca SA | Corner Banca SA<br>Via Canova 16<br>CH-6901 Lugano<br>Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 937-7518 |
| Credit Suisse AG Zurich | Credit Suisse AG Zurich<br>P.O. Box 300,<br>Uetlibergstrasse 231<br>CH-8070 Zurich<br>Switzerland | **O'MELVENY & MYERS LLP**<br>William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000 |
| Dexia Banque Internationale à Luxembourg | Dexia Banque Internationale à Luxembourg<br>69 Route D'Esch<br>Luxembourg L-2953<br>Luxembourg | **CLIFFORD CHANCE US LLP**<br>Jeff E. Butler<br>La'Tise M. Tangherlini<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8000 |
| Dresdner Bank Schweiz | Dresdner Bank Schweiz<br>LGT Bank In Liechtenstein AG ex DBS<br>Herrengasse 12<br>Vaduz FL-9490<br>Liechtenstein | **WUERSCH & GERING LLP**<br>Gregory Hauser<br>Jascha D. Preuss<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Telephone: (212) 509-5050 |
| EFG Bank SA Switzerland | EFG Bank SA Switzerland<br>24 Quai du Seujet<br>CH-1211 Geneva 2<br>Switzerland | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>Donna (Dong Ni) Xu<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200 |
| EFG Eurofinancier D'Invest MCL | EFG Eurofinancier D'Invest MCL<br>Villa les Aigles<br>15 Avenue D'Ostenede<br>Monaco MC 9800 | **KOBRE & KIM LLP**<br>D.Farrington Yates<br>Adam M. Lavine<br>Donna (Dong Ni) Xu<br>800 Third Avenue<br>New York, New York 10022 |

| | | Telephone: (212) 488-1200 |
|---|---|---|
| Edmond de Rothschild (Suisse) S.A. | Edmond de Rothschild (Suisse) S.A. Corso Elvezia 9 CH-6900 Lugano, Switzerland | **Allegaert Berger & Vogel LLP** John F. Zulack 111 Broadway, 20th Floor New York, New York 10006 Telephone: (212)-571-0550 |
| Fairfield Investment Fund Ltd. | Fairfield Investment Fund Ltd. Fairfield Greenwich Group Finance Group 919 Third Avenue New York 10022 New York County | **WOLLMUTH MAHER & DEUTSCH LLP** Maxwell G. Dillan William A. Maher Fletcher W. Strong 500 Fifth Avenue New York, New York 10110 Telephone: (212) 382-3300 |
| Fairfield Investment GCI | Fairfield Investment GCI Fairfield Greenwich Group Finance Group 919 Third Avenue New York 10022 New York County | **WOLLMUTH MAHER & DEUTSCH LLP** Maxwell G. Dillan William A. Maher Fletcher W. Strong 500 Fifth Avenue New York, New York 10110 Telephone: (212) 382-3300 |
| Falcon Private Bank | Falcon Private Bank Pelikanstrasse 37, P.O. Box 1376 CH-8021, Zurich Switzerland | **PILLSBURY WINTHROP SHAW PITTMAN LLP** Eric Fishman Andrew M. Troop 31 West 53nd Street New York, NY 10019-6131 Telephone: (212) 858-1000 |
| FIF Advanced Ltd. | FIF Advanced Ltd. Fairfield Greenwich Group Finance Group 919 Third Avenue New York 10022 New York County | **WOLLMUTH MAHER & DEUTSCH LLP** Maxwell G. Dillan William A. Maher Fletcher W. Strong 500 Fifth Avenue New York, New York 10110 Telephone: (212) 382-3300 |
| Finter Bank Zurich | Finter Bank Zurich Corso S Gottardo 35 CH-6830 Chiasso Switzerland | **WILMER CUTLER PICKERING HALE AND DORR LLP** George W. Shuster, Jr. 250 Greenwich Street 7 World Trade Center New York, New York 10007 Telephone: (212) 937-7518 |
| Harmony Capital Fund Ltd. | Harmony Capital Fund Ltd. | **KATTEN MUCHIN** |

| | c/o Jason Capital Partners LLP<br>28 Grosvenor Street<br>London W1K 4QR<br>United Kingdom | **ROSENMAN LLP**<br>Anthony L. Paccione<br>Mark T. Ciani<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800 |
|---|---|---|
| HSBC | HSBC<br>8 Canada Square<br>Canary Wharf, London<br>United Kingdom | **CLEARY GOTTLIEB<br>STEEN & HAMILTON LLP**<br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, NW<br>Washington DC 20037<br>Telephone: (202) 974-1500<br><br>and<br><br>**CLEARY GOTTLIEB<br>STEEN & HAMILTON LLP**<br>Joseph M. Kay<br>Christine M. Jordan<br>One Liberty Plaza<br>New York NY 10006<br>Telephone:  (212) 225-2000 |
| IHAG Handelsbank AG | IHAG Handelsbank AG<br>Bleicherweg 18<br>8022- Zurich<br>Switzerland | **WILMER CUTLER<br>PICKERING HALE AND<br>DORR LLP**<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 937-7518 |
| Incore Bank AG | Incore Bank AG<br>Dreikoenigstr 8<br>CH-8022 Zurich<br>Switzerland | **PILLSBURY WINTHROP<br>SHAW PITTMAN LLP**<br>Eric Fishman<br>Andrew M. Troop<br>31 West 53nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 858-1000 |
| LGT Bank In Liechtenstein AG | LGT Bank In Liechtenstein AG<br>Herrengasse 12<br>Vaduz FL 9490<br>Liechtenstein | **WUERSCH & GERING LLP**<br>Gregory Hauser<br>Jascha D. Preuss<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Telephone: (212) 509-5050 |
| Liechtensteinische LB Reinvest AMS | Liechtensteinische LB Reinvest AMS<br>Liechtensteinische Landesbank | **WUERSCH & GERING LLP**<br>Gregory Hauser<br>Jascha D. Preuss |

| | AG<br>Staedtle 44<br>Vaduz FL-9490,<br>Liechtenstein | 100 Wall Street, 10th Floor<br>New York, NY 10005<br>Telephone: (212) 509-5050 |
|---|---|---|
| Lloyds TSB Bank Geneva | Lloyds TSB Bank Geneva<br>Place Bel-Air 1<br>CH-1211 Geneva 2<br>Switzerland | **KATTEN MUCHIN<br>ROSENMAN LLP**<br>Anthony L. Paccione<br>Mark T. Ciani<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800 |
| Lombard Odier Darier<br>Hentsch & CIE | Lombard Odier Darier Hentsch<br>& CIE<br>Rue de la Corraterie 11<br>1204 Geneva<br>Switzerland | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550<br><br>and<br><br>**MAYER BROWN LLP**<br>Marc. R. Cohen<br>Mark G. Hanchet<br>Kevin C. Kelly<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 263-5282<br><br>and<br><br>**MAYER BROWN LLP**<br>Mark G. Hanchet<br>Kevin C. Kelly<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500 |
| National Bank of Kuwait | National Bank of Kuwait<br>P.O. Box 95 Safat<br>13001 Kuwait<br>Abdullah Al hmad Street<br>Sharq, State of Kuwait | **KING & SPALDING LLP**<br>Richard A. Cirillo<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100 |
| NBK Banque Privee Suisse<br>SA | NBK Banque Privee Suisse<br>SA<br>Quai du Mont Blanc 21<br>P.O. Box 1923<br>Geneva 1<br>Switzerland | **KING & SPALDING LLP**<br>Richard A. Cirillo<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100 |

| | | |
|---|---|---|
| Pictet & CIE | Pictet & CIE<br>Route Des Acacias 60<br>1211 Geneva 73<br>Switzerland | **WACHTELL, LIPTON,<br>ROSEN & KATZ**<br>Emil A. Kleinhaus<br>Angela K. Herring<br>51 West 52 Street<br>New York, NY  10017<br>Telephone: (212) 403-1332 |
| PKB Privatbank AG | PKB Privatbank AG<br>Via Balestra 1<br>CH-6901 Lugano<br>Switzerland | **WILMER CUTLER<br>PICKERING HALE AND<br>DORR LLP**<br>George W. Shuster, Jr.<br>250 Greenwich Street<br>7 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 937-7518 |
| RBC Dexia Investor Service<br>Julius Baer SICAV | RBC Dexia Investor Service<br>Julius Baer SICAV<br>Dexia Fund Services<br>69 Route D'Esch<br>Luxembourg L-2953<br>Luxembourg | **KATTEN MUCHIN<br>ROSENMAN LLP**<br>Anthony L. Paccione<br>Mark T. Ciani<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800 |
| RBS Coutts Bank Ltd. | RBS Coutts Bank Ltd.<br>P.O. Box 2200<br>Stauffacherstrasse 1<br>CH-8022 Zurich<br>Switzerland | **KATTEN MUCHIN<br>ROSENMAN LLP**<br>Anthony L. Paccione<br>Mark T. Ciani<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800 |
| Rothschild Bank AG Zurich<br>(Dublin) a/k/a Rothschild<br>Bank AG | Rothschild Bank AG Zurich<br>(Dublin) a/k/a Rothschild<br>Bank AG<br>Zollikerstrasse 181<br>CH-8034 Zurich<br>Switzerland | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| Rothschild Bank Geneva<br>(Dublin) | Rothschild Bank Geneva<br>(Dublin)<br>Banca Privee Edmond de<br>Rothschild<br>18 rue de Hesse<br>CH-1204 Geneva<br>Switzerland | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| Rothschild Lugano Dublin<br>a/k/a Banca Privata Edmond<br>de Rothschild Lugano S.A. | Rothschild Lugano Dublin<br>a/k/a Banca Privata Edmond<br>de Rothschild Lugano S.A.<br>Via Ginevra 2 | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006 |

| | CH-6900 Lugano<br>Switzerland | Telephone: (212)-571-0550 |
|---|---|---|
| SIS Seeganintersettle | SIS Seeganintersettle<br>Baslerstrasse 100<br>CH-4601 Olten<br>Switzerland | **CHAFFETZ LINDSEY LLP**<br>Andreas A. Frischknecht<br>Erin E. Valentine<br>1700 Broadway, 33rd Floor<br>New York, New York 10019<br>Telephone: (212) 257-6960 |
| Six SIS Ltd. | Six SIS Ltd.<br>Baslerstrasse 100<br>CH-4601 Olten<br>Switzerland | **CHAFFETZ LINDSEY LLP**<br>Andreas A. Frischknecht<br>Erin E. Valentine<br>1700 Broadway, 33rd Floor<br>New York, New York 10019<br>Telephone: (212) 257-6960 |
| Societe Generale Bank &<br>Trust | Societe Generale Bank &<br>Trust<br>11-13 Avenue Emile Reuter<br>Luxembourg L-2420<br>Luxembourg | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: (212)-571-0550 |
| UBS AG New York | UBS AG New York<br>101 Park Avenue<br>New York, NY 10178<br>New York County | **GIBSON, DUNN &<br>CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| UBS AG Zurich | UBS AG Zurich<br>UBS Wealth Management<br>Badenerstrasse 574/C<br>CH-8098 Zurich<br>Switzerland | **GIBSON, DUNN &<br>CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| UBS Jersey Nominees | UBS Jersey Nominees<br>P.O. Box 350,<br>24 Union Street<br>St Helier JE4 8UJ, Jersey<br>United Kingdom | **GIBSON, DUNN &<br>CRUTCHER LLP**<br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |
| Verwaltungs und Privat-<br>Bank AG<br>Aktiengesellschaft (AMS) | Verwaltungs und Privat-Bank<br>AG Aktiengesellschaft (AMS)<br>Im Zentrum<br>Vaduz FL-9490<br>Liechtenstein | **FRIED, FRANK, HARRIS,<br>SHRIVER & JACOBSON<br>LLP**<br>David M. Morris<br>One New York Plaza<br>New York, New York 10004- |

| | | 1980<br>Telephone: (212) 859-8000 |
|---|---|---|
| Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft Hypo-Passage 1 Bregenz 6900 Austria | **Harnik Law Firm**<br>Stephen M. Harnik<br>666 Third Avenue, 10th Floor<br>New York, New York 10017-4046<br>Telephone: (212) 599-7575 |