UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Proc. No. 10-3635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE UNIFORTUNE CONSERVATIVE SIDE POCKET'S JOINDER IN DEFENDANTS-APPELLEES' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Unifortune Conservative Side Pocket (which is not a juridical entity capable of being sued) hereby joins in the Defendants-Appellees' Counter-Designation of Items to Be Included in the Record on Appeal, filed on April 27, 2021, by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC (Dkt. No. 532).

Unifortune Conservative Side Pocket expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-

designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

This joinder is not and shall not be construed as a waiver of any of Unifortune Conservative Side Pocket's jurisdictional, substantive, or procedural rights, remedies, and defenses, all of which are hereby expressly preserved.

| | |
|---|---|
| Dated: New York, New York<br>April 27, 2021 | JENNER & BLOCK LLP<br><br>/s/ Richard Levin<br>Richard Levin<br>Carl N. Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>Tel. (212) 891-1600<br>rlevin@jenner.com<br>cwedoff@jenner.com<br><br>*Attorneys for Unifortune Conservative Side Pocket (not a juridical entity)* |