**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No.: 10-13164**<br><br>**Jointly Administered** |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | **Adv. Pro. No. 10-03635** |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**THE KATTEN DEFENDANTS' JOINDER TO BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, CACEIS BANK LUXEMBOURG, AND HSBC'S COUNTER-DESIGNATIONS OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellees Harmony Capital Fund Ltd., Lloyds TSB Bank Geneva, now known as Lloyds Bank plc, RBS Coutts Bank Ltd., now known as Coutts & Co., Ltd., and RBC Investor Services Bank, S.A., formerly known as RBC Dexia Investor Services Bank, S.A., and possibly the entity intended by plaintiff in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV" (the "Katten Defendants"), by and through their undersigned counsel, respectfully file this joinder in Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC's Counter-Designation

1

of Items to be Included in the Record on Appeal, filed April 27, 2021, in the above captioned adversary proceeding (ECF No. 3662 in 10-3496; ECF No. 532 in 10-3635) (the "BNP Counter-Designation").

## RESERVATION OF RIGHTS

The Katten Defendants expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders (as defined in the BNP Counter-Designation).

Dated: April 27, 2021
New York, New York

Respectfully submitted,

By: /s/ Anthony L. Paccione
    Anthony L. Paccione
    Mark T. Ciani

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone: 212.940.8800
Facsimile: 212.940.8874
E-mail: anthony.paccione@katten.com
E-mail: mark.ciani@katten.com

*Attorneys for Katten Defendants*