UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al.* v. *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE BANQUE PICTET & CIE SA'S JOINDER TO
DEFENDANT-APPELLEES' COUNTER-DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee Banque Pictet & Cie SA (sued as Pictet & Cie), by and through its undersigned counsel, hereby respectfully joins in the *Defendant-Appellees' Counter-Designation of Items to be Included in the Record On Appeal* (ECF No. 532 in Adv. Pro. No. 10-03635; ECF No. 3662 in Adv. Pro. No. 10-03496) (the "Counter-Designation") filed by

Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC on April 27, 2021.

## RESERVATION OF RIGHTS[1]

Banque Pictet & Cie SA expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: April 27, 2021
      New York, New York

                                  Respectfully submitted,

                                  WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ *Angela K. Herring*
Emil A. Kleinhaus
Angela K. Herring
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: eakleinhaus@wlrk.com
        akherring@wlrk.com

*Attorneys for Defendant Banque Pictet & Cie SA (sued as Pictet & Cie)*

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Counter-Designation.