**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>                    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEES' STATEMENT OF ADDITIONAL**
**ISSUES TO BE PRESENTED AND DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellees Clariden Leu Ltd. and Credit Suisse AG Zurich, by and through their undersigned counsel, hereby join in the Defendants-Appellees' Counter-Statement of Issues to Be Presented and Counter-Designation of Items to Be Included in the Record on Appeal, filed on April 27, 2021 by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC (Dkt. No. 532).

Clariden Leu Ltd. and Credit Suisse AG Zurich expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

This joinder is not and shall not be construed as a waiver of any of Clariden Leu Ltd.'s or Credit Suisse AG Zurich's jurisdictional, substantive, or procedural rights, remedies, and defenses, all of which are hereby expressly preserved.

Dated:  April 27, 2021
          New York, New York

Respectfully submitted,

**O'MELVENY & MYERS LLP**

By: */s/ William J. Sushon*
    William J. Sushon
    Daniel S. Shamah
    Times Square Tower
    7 Times Square
    New York, New York 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    wsushon@omm.com
    dshamah@omm.com

*Attorneys for Clariden Leu Ltd. and Credit Suisse AG Zurich*