**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>                          Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                          Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**JOINDER OF DEFENDANT-APPELLEES**
**LIECHTENSTEINISCHE LANDESBANK AG, LGT BANK AG, AND DRESDNER**
**BANK SCHWEIZ IN DEFENDANT-APPELLEES' COUNTER-DESIGNATION**
<u>**OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**</u>

Defendant-Appellees Liechtensteinische Landesbank AG (sued in these proceedings as

Liechtensteinische LB Reinvest AMS[1]), LGT Bank in Liechtenstein AG (now known as LGT

Bank AG), and Dresdner Bank Schweiz[1] (now known as LGT Bank (Switzerland) Ltd.

(collectively, the "Joining Defendant-Appellees"), by and through their undersigned counsel,

---

[1] The parties sued here as "Liechtensteinische LB Reinvest AMS" and "Dresdner Bank Schweiz" are not juridical entities, and there is no concession to the contrary by submitting this filing.

hereby join in the Defendant-Appellees' Counter-Designation of Items to Be Included in the Record on Appeal, filed on April 27, 2021 (the "Counter-Designation"), by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC, ECF No. 532 in Adv. Pro. No. 10-03635.

## RESERVATION OF RIGHTS

The Joining Defendant-Appellees expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.[2]

Dated: New York, New York
April 27, 2021

Respectfully submitted,

By: /s/ Gregory F. Hauser
   Gregory F. Hauser
   Jascha D. Preuss

**WUERSCH & GERING LLP**
100 Wall Street, 10th Floor
New York, NY 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559
Email: gregory.hauser@wg-law.com
Email: jascha.preuss@wg-law.com

*Counsel for: Liechtensteinische Landesbank AG (sued here as Liechtensteinische LB Reinvest AMS); LGT Bank in Liechtenstein AG (now known as LGT Bank AG); and Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.)*

---

[2] Terms capitalized but not defined herein have the meaning assigned to them in the Counter-Designation.