**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),<br>FAIRFIELD SIGMA LIMITED (IN LIQUIDATION)<br>and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION),<br>acting by and through the Foreign Representative thereof, and<br>KENNETH KRYS and GREIG MITCHELL, solely in their<br>capacity as Foreign Representatives and Liquidators<br>thereof,<br><br>　　　　　　　　　　Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO<br>(SWITZERLAND) AG, et al.,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03635<br>(SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE SIX SIS AG'S JOINDER IN**
**DEFENDANTS-APPELLEES' COUNTER-DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

　　Defendant-Appellee SIX SIS AG, by and through its undersigned counsel, hereby joins in

the Defendants-Appellees' Counter-Designation of Items to Be Included in the Record on

Appeal, filed on April 27, 2021, by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas

(Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC

(Dkt. No. 532).

1

SIX SIS AG expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

This joinder is not and shall not be construed as a waiver of any of SIX SIS AG's jurisdictional, substantive, or procedural rights, remedies or defenses, all of which are expressly preserved.

Dated: April 27, 2021
New York, New York

Respectfully submitted,

**CHAFFETZ LINDSEY LLP**

By: /s/ Andreas Frischknecht
Andreas A. Frischknecht
Erin E. Valentine

1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
E-mail: a.frischknecht@chaffetzlindsey.com
E-mail: e.valentine@chaffetzlindsey.com

*Attorneys for SIX SIS AG*