**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., ) | |
| ) | Case No: 10-13164 (SMB) |
|    Debtors in Foreign Proceedings. ) | |
| ) | Jointly Administered |
| ) | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and ) | |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting ) | |
| by and through the Foreign Representatives thereof, and ) | Adv. Pro. No. 10-03635 |
| KENNETH KRYS and GREIG MITCHELL, solely in their ) | (SMB) |
| capacities as Foreign Representatives and Liquidators thereof, ) | |
| ) | |
|                   Plaintiffs, ) | |
| -against- ) | |
| ) | |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO ) | |
| (SWITZERLAND) AG, et al., ) | |
| ) | |
|                   Defendants. ) | |
| ) | |
| This document is also being filed in the lead adversary ) | |
| proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v.* ) | |
| *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. ) | |

**DEFENDANT-APPELLEE'S JOINDER IN COUNTER-DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

      Defendant-Appellee Vorarlberger Landes- Und Hypothekenbank AG (now known as Hypo Vorarlberg Bank AG) ("Defendant-Appellee"), by and through its undersigned counsel, hereby respectfully joins in the Defendant-Appellees' Counter-Designation of Items to be Included in the Record on Appeal, filed on April 27, 2021 by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank

1

Luxembourg, and HSBC (ECF No. 3663 in Adv. Pro. 10-03496; ECF No. 532 in Adv. Pro. 10-03635) (the "Counter-Designation").

## **RESERVATION OF RIGHTS**

Defendant-Appellee expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders (as defined in the Counter-Designation).

Dated: April 27, 2021
       New York, New York

Respectfully submitted,

**HARNIK LAW FIRM**

By: /s/ Stephen M. Harnik
    Stephen M. Harnik

666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
Email: stephen@harnik.com
*Attorneys for Vorarlberger Landes- Und Hypothekenbank AG (now known as Hypo Vorarlberg Bank AG)*