**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | ) |
| | ) Case No: 10-13164 |
| Debtors in Foreign Proceedings. | ) |
| | ) Jointly Administered |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and | ) |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting | ) |
| by and through the Foreign Representatives thereof, and | ) Adv. Pro. No. 10-03635 |
| KENNETH KRYS and GREIG MITCHELL, solely in their | ) |
| capacities as Foreign Representatives and Liquidators thereof, | ) |
| | ) |
| Plaintiffs, | ) |
| -against- | ) |
| | ) |
| ABN AMRO SCHWEIZ AG a/k/a ABN AMRO | ) |
| (SWITZERLAND) AG, ADLER AND CO PRIVATBANK | ) |
| AG, ALLIANZBANK SPA/UNIFORTUNE | ) |
| CONSERVATIVE SIDE POCKET, ALTERNATIVE | ) |
| INVESTMENT STRATEGIES, BANCA ARNER SA, | ) |
| BANCA UNIONE DI CREDITO, BANK HAPOALIM | ) |
| SWITZERLAND LTD., BANK JULIUS BAER & CO. LTD., | ) |
| BANK SARASIN & CIE, BANQUE CANTONALE | ) |
| VAUDOISE, BANQUE CRAMER & CIE SA, BBVA | ) |
| (SUISSE) SA, BCV AMC DEFENSIVE AL FUND, BNP | ) |
| PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX | ) |
| FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE, BSI AG, | ) |
| BSI EX BANCA DEL GOTTARDO, CACEIS BANK | ) |
| LUXEMBOURG, CBB (BVI)/ THE ALKIMA FUND, CBT | ) |
| GEMS LOW VOL REG, COMPAGNIE BANCAIRE | ) |
| HELVETIQUE, CENTRUM BANK AG (AMS), CLARIDEN, | ) |
| LEU LTD., CORNER BANCA SA, CREDIT SUISSE AG | ) |
| ZURICH, DEXIA BANQUE INTERNATIONAL A | ) |
| LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG BANK | ) |
| SA SWITZERLAND, EFG EUROFINANCIER D'INVEST | ) |
| MCL, ENDURANCE ABSOLUTE LTD. MASTER, | ) |
| FAIRFIELD INVESTMENT GCI, FAIRFIELD INVESTMENT | ) |
| FUND LTD., FALCON PRIVATE BANK, FIF ADVANCED | ) |
| LTD., FINTER BANK ZURICH, HARMONY CAPITAL FUND | ) |
| LTD., HSBC, IHAG HANDELSBANK AG, INCORE BANK | ) |
| AG, KARASEL ENHANCED PORTFOLIO, KARLA | ) |
| MULTISTRATEGIES LTD., LGT BANK IN LIECHTENSTEIN | ) |
| AG, LIECHTENSTEINISCHE LB REINVEST AMS, LLOYDS | ) |
| TSB BANK GENEVA, LOMBARD ODIER DARIER | ) |

1

4838-4851-1719.v1

| | |
|---|---|
| HENTSCH & CIE, LONGBOAT LTD., MASTER CAPITAL AND HEDGE FUND, NATIONAL BANK OF KUWAIT, NBK BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB PRIVATBANK AG, QUASAR FUNDS SPC a/k/a QUASAR FUND SPC CLASS A AND CLASS B CGCNV, RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV, RBS COUTTS BANK LTD., RICHOURT AAA MULTISTRATEGIES, ROTHSCHILD BANK AG ZURICH (DUBLIN) a/k/a ROTHSCHILD BANK AG, ROTHSCHILD BANK GENEVA (DUBLIN), ROTHSCHILD LUGANO DUBLIN a/k/a BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A., EDMOND DE ROTHSCHILD (SUISSE) S.A., SIS SEEGANINTERSETTLE, SIX SIS LTD., SOCIETE GENERALE BANK & TRUST, SOUNDVIEW FUND, SWISSCANTO FD CENTRE CLIENTS A/C, T1 GLOBAL FUND LTD., UBS AG NEW YORK, UBS AG ZURICH, UBS JERSEY NOMINEES, VERWALTUNGS UND PRIVAT-BANK AG AKTIENGESELLSCHAFT (AMS), VORARLBERGER LANDES UND HYPOTHEKENBANK AKTIENGESELLSCHAFT and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | ) ) ) ) |

## JOINDER IN DEFENDANTS-APPELLEES' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Defendant-Appellee Falcon Private Bank hereby joins in the Defendant-Appellees' Counter-Designation of Items to be Included in the Record on Appeal, filed on April 27, 2021, by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC (Dkt. No. 532).

Defendant-Appellee Falcon Private Bank expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-

4838-4851-1719.v1

designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the appealed decisions and orders.

This joinder is not and shall not be construed as a waiver of any of Falcon Private Bank's jurisdictional, substantive, or procedural rights, remedies, and defenses, all of which are hereby expressly preserved.

Dated: April 27, 2021
New York, New York

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  /s/ Eric Fishman
Eric Fishman
Andrew Troop
Rahman Connelly
31 West 52nd Street
New York, NY 10019
(212) 858-1000 (phone)
(212) 858-1500 (fax)
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com
rahman.connelly@pillsburylaw.com

*Counsel for Falcon Private Bank*

4838-4851-1719.v1