10-03635-jpm    Doc 551    Filed 04/27/21    Entered 04/27/21 18:38:00    Main Document
Pg 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>　　　　Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al.* v. *Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE HAPOALIM (SWITZERLAND), LTD.'S JOINDER TO DEFENDANT-APPELLEES' COUNTER-DESIGNATION OF <u>ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Defendant-Appellee Hapoalim (Switzerland) Ltd.[1], by and through its undersigned counsel, hereby respectfully joins in the *Defendant-Appellees' Counter-Designation of Items to be Included in the Record On Appeal* [ECF No. 532] filed by BNP Paribas (Suisse) SA,

---

[1] On April 1, 2019, Defendant-Appellee changed its name from Bank Hapoalim (Switzerland), Ltd. to Hapoalim (Switzerland) Ltd.

1

BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC on April 27, 2021.

## RESERVATION OF RIGHTS

Hapoalim (Switzerland) Ltd. expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders.

Dated: April 27, 2021
       New York, New York

Respectfully submitted,

**Herbert Smith Freehills New York LLP**

By: /s/ *Scott S. Balber*
    Scott S. Balber
    Jonathan Cross
    HERBERT SMITH FREEHILLS NEW YORK LLP
    450 Lexington Avenue, 14th Floor
    New York, NY 10017
    scott.balber@hsf.com
    jonathan.cross@hsf.com
    Tel: (917) 542-7600

*Attorneys for Hapoalim (Switzerland), Ltd.*