**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

**DEFENDANT-APPELLEE BANK JULIUS BAER & CO. LTD.'S JOINDER IN DEFENDANT-APPELLEES' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Defendant-Appellee Bank Julius Baer & Co. Ltd. ("BJB"), by and through its undersigned counsel, hereby joins the Counter-Designation Of Items To Be Included In The Record On Appeal, filed by Defendant-Appellees BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, Caceis Bank Luxembourg, and HSBC in the administratively consolidated case, Fairfield Sentry Limited (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al., Adv. Pro. No. 10-03496, on April 27, 2021 at ECF No. 3662, and filed in

1

the adversary proceeding Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al., Adv. Pro. No. 10-3635 (CGM), on April 27, 2021 at ECF No. 532 (the "Counter-Designation").

## **RESERVATION OF RIGHTS**

BJB expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Appealed Decisions and Orders (as defined in the Counter-Designation).

This joinder is not and shall not be construed as a waiver of any of BJB's jurisdictional, substantive, or procedural rights, remedies, and defenses, all of which are hereby expressly preserved.

Dated:  April 27, 2021
          New York, New York

Respectfully submitted,

**McKOOL SMITH P.C.**

By: /s/ Eric B. Halper
       Eric B. Halper

One Manhattan West
395 9th Avenue
50th Floor
New York, New York 10001
Tel. No.: (212) 402-9400
Fax No.: (212) 402-9444
ehalper@mckoolsmith.com
vweber@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd.*