UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x

In re:                                          :    Case No. 10-13164-cgm
                                                :    Chapter 15
Fairfield Sentry Limited, et al.,               :    Jointly Administered
                                                :
Debtors in Foreign Proceedings                  :
---------------------------------------------- x

Fairfield Sentry Limited, et al.,               :    Adv. Pro. No. 10-3496-cgm
                                                :
            Plaintiff,                          :
                                                :
      v.                                        :    Administratively Consolidated
                                                :
Theodoor GGC Amsterdam, et al.,                 :
                                                :
            Defendants.                         :
---------------------------------------------- x
                                                :
This document is submitted in the following     :
Adversary Proceedings:                          :
                                                :
10-3635, 10-3636                                :
                                                :
---------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Edward A. Strecker, certify that on April 27, 2021, I filed *Defendant-Appellees Verwaltungs-Und Privat-Bank Aktiengesellschaft and Centrum Bank Aktiengesellschafts Joinder in Defendant-Appellees Counter Designation of Items to be Included in the Record on Appeal* via the court's Electronic Case Filing system, which caused Notices of Electronic Filing to be transmitted to all counsel of record registered to receive such notification; and that I caused true copies of the above-referenced document to be served upon the counsel listed below via First Class Mail.

David Molton
Brown Rudnick LLP
7 Times Square
Times Square Tower
New York, NY 10036

Dated:    Glen Head, New York
April 30, 2021

_____
Edward A. Strecker
edward.strecker@friedfrank.com