**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                             Plaintiffs,<br><br>                           -against-<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>                           Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Notice of Appearance and Request for Service of Papers applies to the cases listed on Appendix A hereto. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Ester Murdukhayeva of Selendy & Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York, 10104 hereby appears on behalf of the Plaintiffs Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof in the above-captioned matters.

    I hereby certify that I am admitted to practice before this Court.

|  |  |
|---|---|
| Dated: New York, NY<br>May 6, 2021 | SELENDY & GAY PLLC<br><br>By: _____<br>Ester Murdukhayeva<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Tel: 212-390-9000<br>emurdukhayeva@selendygay.com<br><br>*Attorney for Plaintiffs Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof* |