# APPENDIX A

| No. | Case Name | Bankruptcy Court Index No. |
|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-ap-03626-CGM |
| 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-ap-03627-CGM |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-ap-03630-CGM |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-ap-03633-CGM |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-ap-03634-CGM |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03635-CGM |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03636-CGM |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-ap-03780-CGM |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-ap-04098-CGM |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-ap-04099-CGM |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-ap-01250-CGM |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-ap-01463-CGM |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-ap-01579-CGM |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-ap-01617-CGM |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-ap-02770-CGM |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-ap-01551-CGM |
| 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al.* | 19-ap-01122-CGM |