**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No: 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, | Adv. Pro. No. 10-03635 (SMB) |
| Plaintiffs, | |
| -against- | |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION) and FAIRFIELD LAMBDA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, | Adv. Pro. No. 10-03636 (SMB) |
| Plaintiffs, | |
| -against- | |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*, | |
| Defendants. | |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Under Federal Rule of Bankruptcy Procedure 7007.1, Clariden Leu Limited, by and

through its undersigned counsel, states as follows:

To the extent "Clariden Leu Limited," as identified in the complaint in this action, refers to Clariden Leu AG, Clariden Leu AG states that it was merged out of existence as of April 2, 2012 into Credit Suisse AG.  Before the merger, Clariden Leu AG was a wholly owned subsidiary of Clariden Leu Holding AG.  Clariden Leu Holding AG was merged out of existence as of April 2, 2012 into Credit Suisse Group AG.  Before the merger, Clariden Leu Holding AG was a wholly owned subsidiary of Credit Suisse Group AG.  Credit Suisse Group AG is a corporation organized under the laws of Switzerland.  Credit Suisse Group AG's shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Dated:    May 11, 2021

Respectfully submitted,

**O'MELVENY & MYERS LLP**

By:    */s/ William J. Sushon*

William J. Sushon
Daniel Shamah
7 Times Square
New York, NY 10036
212-326-2000
wsushon@omm.com
dshamah@omm.com

*Attorneys for Clariden Leu AG*