JS 44C/SDNY
REV. 10/01/2020

CIVIL COVER SHEET

21-cv-4329

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Fairfield Sentry Limited (In Liquidation), and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell solely in their capacities as Foreign

**DEFENDANTS**
See Schedule A

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
See Schedule A

**ATTORNEYS (IF KNOWN)**
See Schedule A

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158(a) - Appeal from U.S. Bankruptcy Court Orders (Adv. Pro. No. 10-3635 (CGM))

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]

Judge Previously Assigned: Broderick

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [X] Yes [ ] If yes, give date _____ & Case No. 19-cv-3911

IS THIS AN INTERNATIONAL ARBITRATION CASE? No [X] Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY) NATURE OF SUIT

TORTS                                                                                           ACTIONS UNDER STATUTES

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK
[ ] 880 DEFEND TRADE SECRETS ACT

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[X] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 485 TELEPHONE CONSUMER PROTECTION ACT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE Hon. Vernon S. Broderick  DOCKET NUMBER 19-cv-3911

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

**(PLACE AN x IN ONE BOX ONLY)   ORIGIN**

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

**(PLACE AN x IN ONE BOX ONLY)   BASIS OF JURISDICTION   IF DIVERSITY, INDICATE CITIZENSHIP BELOW.**

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

See Schedule A

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

See Schedule A

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] MANHATTAN

DATE 03/30/2021   SIGNATURE OF ATTORNEY OF RECORD: *Ari MacKinnon*

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 12  Yr. 2009)
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**Schedule A**

| Plaintiffs-Appellees | Attorneys to Plaintiffs-Appellees | Address(es) and County(ies) of Plaintiffs-Appellees |
|---|---|---|
| Fairfield Sentry Limited (In Liquidation), and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell solely in their capacities as Foreign Representatives and Liquidators thereof | David Elsberg<br>Andrew R. Dunlap<br>Lena Konanova<br>Jordan Garman<br>Ronald Krock<br>Evan Bianchi<br>Selendy & Gay PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212-390-9000<br><br>David J. Molton<br>Marek P. Krzyzowski<br>Brown Rudnick LLP<br>Seven Times Square, New York, New York 10036<br>212-209-4800 | KRyS Global<br>Commerce House, 2nd Floor<br>181 Main Street, Road Town<br>PO Box 930, Tortola,<br>VG1110<br>British Virgin Islands |

| Defendants-Appellants | Attorneys to Defendants-Appellants | Address(es) and County(ies) of Defendants-Appellants |
|---|---|---|
| BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | Breon S. Peace<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br>bpeace@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com | BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA)<br>c/o Breon S. Peace<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza |
| Caceis Bank Luxembourg | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com | Caceis Bank Luxembourg<br>c/o Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 |

|  |  |  |
|---|---|---|
| The party sued here as "HSBC"[1] | Nowell D. Bamberger<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974 1999<br>E-mail: nbamberger@cgsh.com<br><br>Joseph M. Kay<br>Christine M. Jordan<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: jkay@cgsh.com<br>Email: cjordan@cgsh.com | "HSBC"<br>c/o Nowell D. Bamberger<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037 |
| Unifortune Conservative Side Pocket (not a juridical entity) | Richard Levin<br>Carl Wedoff<br>Jenner & Block LLP<br>919 Third Avenue<br>New York NY 10022<br>Tel: (212) 891-1600<br>Fax: (212) 891-1699<br>rlevin@jenner.com<br>cwedoff@jenner.com | Unifortune Conservative Side Pocket (not a juridical entity)<br>c/o Richard Levin<br>Jenner & Block LLP<br>919 Third Avenue<br>New York NY 10022 |
| Clariden Leu Ltd. and Credit Suisse AG Zurich | William J. Sushon<br>Daniel S. Shamah<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524<br>(212) 326-2000<br>(212) 326-2061 (fax)<br>Email: wsushon@omm.com<br>Email: dshamah@omm.com | Clariden Leu Ltd. and Credit Suisse AG Zurich<br>c/o William J. Sushon<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524 |
| Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC) | Norris D. Wolff<br>Kleinberg Kaplan Wolff & Cohen, P.C.<br>500 Fifth Avenue, 38th Floor<br>New York, New York 10110 | Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC)<br>c/o Norris D. Wolff |

---

[1]    It has been asserted that "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

2

| | | |
|---|---|---|
| | (212) 986-6000<br>nwolff@kkwc.com | Kleinberg Kaplan Wolff & Cohen, P.C.<br>500 Fifth Avenue, 38th Floor<br>New York, New York 10110 |
| Vorarlberger Landes- Und Hypothekenbank Aktiengesellschaft | Stephen M. Harnik<br>Harnik Law Firm<br>666 Third Avenue, 10th Floor<br>New York, New York 10017-4046<br>T: (212) 599-7575<br>F: (212) 867-8120<br>Email: stephen@harnik.com | Vorarlberger Landes- Und Hypothekenbank Aktiengesellschaft<br>c/o Stephen M. Harnik<br>Harnik Law Firm<br>666 Third Avenue, 10th Floor |
| Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | Thomas J. Giblin<br>Christopher Harris<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>E-mail: christopher.harris@lw.com<br>Email: thomas.giblin@lw.com | Union Bancaire Privée, UBP SA<br>c/o Thomas J. Giblin<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| Corner Banca SA, Finter Bank Zurich (n/k/a Bank Vontobel AG), Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), and PKB Privatbank AG | George W. Shuster, Jr.<br>Benjamin W. Loveland<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 937-7518<br>george.shuster@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Corner Banca SA, Finter Bank Zurich (n/k/a Bank Vontobel AG), Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), and PKB Privatbank AG<br>c/o George W. Shuster, Jr.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |
| Banca Arner S.A. | Rachel Ehrlich Albanese<br>Cherelle Glimp<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel.: (212) 335-4500 | Banca Arner S.A.<br>c/o Rachel Ehrlich Albanese<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas |

3

| | Fax: (212) 335-4501<br>Rachel.Albanese@us.dlapiper.com<br>Cherelle.Glimp@us.dlapiper.com | New York, New York 10020-1104 |
|---|---|---|
| Falcon Private Bank, and InCore Bank AG | Eric Fishman<br>Andrew Troop<br>Rahman Connelly<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 858-1000<br>Email: eric.fishman@pillsburylaw.com<br>Email: andrew.troop@pillsburylaw.com<br>Email: rahman.connelly@pillsburylaw.com | Falcon Private Bank, and InCore Bank AG<br>c/o Eric Fishman<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019-6131 |
| Banque Pictet & Cie SA (sued as Pictet & Cie) | Emil A. Kleinhaus<br>Angela K. Herring<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52 Street<br>New York, NY 10017<br>Telephone: (212) 403-1332<br>Facsimile: (212) 403-2332<br>E-mail: eakleinhaus@wlrk.com<br>E-mail: akherring@wlrk.com | Banque Pictet & Cie SA<br>c/o Emil A. Kleinhaus<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |
| UBS AG (sued as UBS AG Zurich and UBS AG New York) and UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) | Marshall R. King<br>Gabriel Herrmann<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com | UBS AG and UBS Jersey Nominees Limited<br>c/o Marshall R. King<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Banque Cantonale Vaudoise, BCV AMC Defensive Alt Fund, Compagnie Bancaire Helvétique SA, Lombard Odier Darier Hentsch & Cie, Rothschild Bank AG Zurich (Dublin) a/k/a | John F. Zulack<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>jzulack@abv.com<br>(212) 571-0550 | Banque Cantonale Vaudoise, BCV AMC Defensive Alt Fund, Compagnie Bancaire Helvétique SA, Lombard Odier Darier Hentsch & Cie, Rothschild Bank AG Zurich (Dublin) |

4

10-03635-jpm    Doc 558    Filed 05/13/21    Entered 05/13/21 16:05:05    Main Document
Pg 7 of 10

| | | |
|---|---|---|
| Rothschild Bank AG, Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A., Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG), Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Société Générale Bank & Trust | | a/k/a Rothschild Bank AG, Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A., Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG), Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Société Générale Bank & Trust<br>c/o John F. Zulack<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, New York 10006 |
| Lombard Odier Darier Hentsch & Cie | Marc. R. Cohen<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>Tel. No.: (202) 263-5282<br>Email: mcohen@mayerbrown.com<br><br>Mark G. Hanchet<br>Kevin C. Kelly<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel. No.: (212) 506-2500<br>Email : mhanchet@mayerbrown.com<br>Email: kkelly@mayerbrown.com | Lombard Odier Darier Hentsch & Cie<br>c/o Marc. R. Cohen<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006 |
| Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced Limited | William A. Maher<br>Fletcher W. Strong<br>Maxwell G. Dillan<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Email: wmaher@wmd-law.com<br>Email: fstrong@wmd-law.com | Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced Limited<br>c/o William A. Maher<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue |

5

|  |  |  |
|---|---|---|
|  | Email: mdillan@wmd-law.com | New York, New York 10110 |
| Verwaltungs-und Privat-Bank Aktiengesellschaft (now known as VP Bank AG) and Centrum Bank Aktiengesellschaft (now owned by VP Bank AG) | David M. Morris<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004<br>(212) 859-8000<br>david.morris@friedfrank.com | Verwaltungs-und Privat-Bank Aktiengesellschaft (now known as VP Bank AG) and Centrum Bank Aktiengesellschaft (now owned by VP Bank AG)<br>c/o David M. Morris<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 |
| BBVA (Suisse) SA | Keith R. Palfin<br>Heather Lamberg<br>Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3506<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>E-mail: kpalfin@winston.com<br>E-mail: hlamberg@winston.com | BBVA (Suisse) SA<br>c/o Keith R. Palfin<br>Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3506 |
| SIX SIS Ltd. And SIS SEEGAINTERSETTLE | Andreas Frischknecht<br>Erin E. Valentine<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>Telephone: (212) 257-6960<br>a.frischknecht@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com | SIX SIS Ltd. And SIS SEEGAINTERSETTLE<br>c/o Andreas Frischknecht<br>Chaffetz Lindsey LLP<br>1700 Broadway, 33rd Floor<br>New York, NY 10019 |
| Bank Julius Baer & Co. Ltd | Eric B. Halper<br>McKool Smith, P.C.<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, New York 10001<br>Tel: (212) 402-9400<br>Fax: (212) 402-9444<br>ehalper@mckoolsmith.com | Bank Julius Baer & Co. Ltd<br>c/o Eric B. Halper<br>McKool Smith, P.C.<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, New York 10001 |
| Dexia Banque Internationale à Luxembourg SA | Jeff. E. Butler<br>La'Tise M. Tangherlini<br>Clifford Chance US LLP | Dexia Banque Internationale à Luxembourg SA |

6

| | 31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br>E-mail:<br>jeff.butler@cliffordchance.com<br>latise.tangherlini@cliffordchance.com | c/o Jeff. E. Butler<br>Clifford Chance US LLP<br>31 West 52nd Street |
|---|---|---|
| Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.), Harmony Capital Fund Ltd., Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc), and RBC Investor Services Bank, S.A. (f/k/a RBC Dexia Investor Services) | Anthony L. Paccione<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: 212.940.8800<br>Facsimile: 212.940.8776<br>E-mail:<br>anthony.paccione@katten.com<br>E-mail: mark.ciani@katten.com | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.), Harmony Capital Fund Ltd., Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc), and RBC Investor Services Bank, S.A. (f/k/a RBC Dexia Investor Services)<br>c/o Anthony L. Paccione<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022 |
| Hapoalim (Switzerland), Ltd. | Scott Balber<br>Jonathan Cross<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (917) 542-7600<br>Scott.Balber@hsf.com<br>Jonathan.cross@hsf.com | Hapoalim (Switzerland), Ltd.<br>c/o Scott Balber<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| Liechtensteinische Landesbank AG (sued here as Liechtensteinische LB Reinvest AMS), LGT Bank in Liechtenstein AG (now known as LGT Bank AG), and Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. | Gregory F. Hauser<br>Jascha D. Preuss<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Telephone: (212) 509-5050<br>Facsimile: (212) 509- 9559<br>Email: gregory.hauser@wg-law.com<br>Email: jascha.preuss@wg-law.com | Liechtensteinische Landesbank AG (sued here as Liechtensteinische LB Reinvest AMS), LGT Bank in Liechtenstein AG (now known as LGT Bank AG), and Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd.<br>c/o Gregory F. Hauser<br>Wuersch & Gering LLP |

|  |  |  |
|---|---|---|
|  |  | 100 Wall Street, 10th Floor<br>New York, NY 10005 |
| Allianz Bank Financial Advisors S.p.A. | Jonathan D. Cogan<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, New York 10022<br>Telephone (212) 488-1200<br>Email: jonathan.cogan@kobrekim.com | Allianz Bank Financial Advisors S.p.A.<br>c/o Jonathan D. Cogan<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, New York 10022 |
| EFG Bank S.A. Switzerland (n/k/a EFG Bank), EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)), Banca Unione di Credito, BSI AG, and BSI Ex Banca Del Gottardo | D. Farrington Yates<br>Adam M. Lavine<br>Donna (Dong Ni) Xu<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, New York 10022<br>Telephone (212) 488-1200<br>Email: farrington.yates@kobrekim.com<br>Email: adam.lavine@kobrekim.com<br>Email: donna.xu@kobrekim.com | EFG Bank S.A. Switzerland (n/k/a EFG Bank), EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)), Banca Unione di Credito, BSI AG, and BSI Ex Banca Del Gottardo<br>c/o D. Farrington Yates<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, New York 10022 |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Andrew J. Finn<br>Jeffrey T. Scott<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: finna@sullcrom.com<br>E-mail: scottj@sullcrom.com | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie<br>c/o Andrew J. Finn<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004 |
| National Bank of Kuwait SAK and NBK Banque Privée (Suisse) SA | Richard A. Cirillo<br>King & Spalding LLP<br>1185 Avenue of the America<br>New York, NY 10036<br>T: (212) 556-2100<br>F: (212) 556-2222<br>RCirillo@KSLAW.com | National Bank of Kuwait SAK and NBK Banque Privée (Suisse) SA<br>c/o Richard A. Cirillo<br>King & Spalding LLP<br>1185 Avenue of the America<br>New York, NY 10036 |