|  |  |
|---|---|
|  | Hearing Date: **July 28, 2021** |
|  | Objection Deadline: **June 4, 2021** |
|  | Reply Deadline: **June 11, 2021** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LIMITED, et al., <br><br> Debtor in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (CGM) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> THEODOOR GGC AMSTERDAM, et al., <br><br> Defendants. | Adv. Pro. No. 10-03496 (CGM) <br><br> Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK NA LONDON, et al., <br><br> Defendants. | Adv. Pro. No. 10-03622 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> BGL BNP PARIBAS S.A., et al., <br><br> Defendants. | Adv. Pro. No. 10-03626 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03627 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03630 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HSBC PRIVATE BANK (SUISSE) SA, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03633 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZURICH CAPITAL MARKETS CO., et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03634 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UBS AG NEW YORK, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03780 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>BNP PARIBAS ARBITRAGE SNC, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-04098 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BNP PARIBAS PRIVATE BANK & TRUST CAYMAN LTD., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-04099 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UBS EUROPE SE LUXEMBOURG BRANCH, et al.,<br><br>        Defendants. | Adv. Pro. No. 11-01250 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MERRILL LYNCH INTERNATIONAL, et al.,<br><br>        Defendants. | Adv. Pro. No. 11-01463 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>        Defendants. | Adv. Pro. No. 11-01579 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>FORTIS BANK, SA/NV, et al.,<br><br>       Defendants. | Adv. Pro. No. 11-01617 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>CITIGROUP GLOBAL MARKETS LTD., et al.,<br><br>       Defendants. | Adv. Pro. No. 11-02770 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>BNP PARIBAS ESPANA, et al.,<br><br>       Defendants. | Adv. Pro. No. 12-01551 (CGM) |

**NOTICE OF THE LIQUIDATORS' MOTION FOR LEAVE TO AMEND COMPLAINTS IN THE KNOWLEDGE ACTIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Liquidators' Motion for Leave to Amend Complaints in the Knowledge Actions, Declaration of David Elsberg (the "Elsberg Declaration"), dated May 14, 2021, and all exhibits thereto, Kenneth M. Krys and Greig Mitchell (together, the "Liquidators"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) in these

5

consolidated adversary proceedings, shall move this Court before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Courtroom 621, One Bowling Green, New York, New York 10004, on July 28, 2021 for an Order pursuant to Fed. R. Civ. P. 15(a)(2) granting leaving to the Liquidators to file the further proposed amended complaints in the subset of adversary proceedings captioned above (the "Knowledge Actions").  A draft order is attached to the Elsberg Declaration as **Exhibit 9**.

**PLEASE TAKE FURTHER NOTICE** that the Liquidators are providing notice of this Motion in accordance with the service provisions set forth in the Case Management Order entered on May 16, 2012. (Dkt. 467.)

**PLEASE TAKE FURTHER NOTICE** that pursuant to an order entered on April 26, 2021 (Dkt. 3616), opposition briefs, if any, are to be filed and served upon the undersigned by no later than June 4, 2021, and that the undersigned shall file and serve a reply brief, if any, by June 11, 2021.

Dated: New York, NY  
May 14, 2021

Respectfully submitted,

SELENDY & GAY PLLC

By:   <u>/s/ *David Elsberg*</u>  
SELENDY & GAY PLLC  
David Elsberg  
Lena Konanova  
Jordan Garman  
Ester Murdukhayeva  
Ronald Krock

1290 Avenue of the Americas  
New York, NY 10104  
Telephone: 212-390-9000  
delsberg@selendygay.com  
lkonanova@selendygay.com  
jgarman@selendygay.com  
emurdukhayeva@selendygay.com  
rkrock@selendygay.com

-and-

BROWN RUDNICK LLP  
David J. Molton  
Marek P. Krzyzowski  
Seven Times Square  
New York, NY 10036  
Telephone: 212-209-4800  
dmolton@brownrudnick.com  
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*