# Exhibit 1

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-CGM
Schedule of Knowledge Actions and Redemption Values

| Group | Case Name | Case No. | Total Redemptions |
|---|---|---|---|
| **BNP Paribas** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-ap-03626-CGM | $1,838,245.32 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-ap-03627-CGM | $46,993,332.47 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-ap-04098-CGM | $20,187,335.98 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-ap-04099-CGM | $13,474,090.81 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-ap-01579-CGM | $2,693,674.03 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-ap-01551-CGM | $250,653.85 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV n/k/a BNP Paribas Fortis, et al.* | 11-ap-01617-CGM | $24,126,541.43 |
| **Citco Beneficial Owners** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03635-CGM | $51,929,665.41 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03636-CGM | $1,713,056,327.45 |
| **Citibank** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM | $58,484,257.49 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-ap-02770-CGM | $130,000,000.00 |

| Group | Case Name | Case No. | Total Redemptions |
|---|---|---|---|
| **HSBC** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-ap-03630-CGM | $84,497,835.97 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-ap-03633-CGM | $124,301,366.68 |
| **Merrill Lynch** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-ap-01463-CGM | $16,077,850.00 |
| **UBS** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-ap-03780-CGM | $7,602,622.59 |
| | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-ap-01250-CGM | $49,963,561.26 |
| **Zurich Capital Markets** | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-ap-03634-CGM | $15,142,755.05 |
| | | | |
| **Total Redemptions In Knowledge Actions:** | | | $2,360,620,115.79 |

2