# Exhibit 2

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 10-13164

4   Adv. Case No. 10-03496

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7

8   FAIRFIELD SENTRY LIMITED AND NOMURA INTERNATIONAL PLC,

9

10          Debtors.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12  FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,

13              Plaintiffs,

14          v.

15  THEODOOR GGC AMSTERDAM et al.,

16              Defendants.

17  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18

19

20

21

22

23

24

25

Page 2

1              United States Bankruptcy Court

2              One Bowling Green

3              New York, NY  10004

4

5              April 21, 2021

6              10:00 AM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   B E F O R E :

22   HON CECELIA G. MORRIS

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  UNKNOWN

1   HEARING re Motion to Dismiss Reply Brief filed on June 19,

2   2020 Doc #3091 Notice of Adjournment of Hearing RE: Notice

3   of Hearing for Status Conference; hearing held and adjourned

4   to 4/21/2021 at 10:00 AM at Teleconference Line

5   (CourtSolutions) (CGM).

6

7   HEARING re Adversary proceeding: 10-03496-cgm Fairfield

8   Sentry Limited (In Liquidation) et al v. Theodoor GGC

9   Amsterdam et al Doc# 3521 Letter to Hon. Cecelia G. Morris

10  from the Parties re: Third Motion to Dismiss Briefing. Filed

11  by David Elsberg on behalf of Fairfield Lambda Limited (In

12  Liquidation), Fairfield Sentry Limited (In Liquidation),

13  Fairfield Sigma Limited (In Liquidation), Kenneth Krys,

14  solely in his capacity as Foreign Representative and

15  Liquidator thereof.

16

17  HEARING re Doc# 3522 Letter to Hon. Cecelia G. Morris from

18  the Parties in the Citco Entity Action re: Third Motion to

19  Dismiss Briefing in that Action. Filed by David Elsberg on

20  behalf of Fairfield Lambda Limited (In Liquidation),

21  Fairfield Sentry Limited (In Liquidation), Fairfield Sigma

22  Limited (In Liquidation), Kenneth Krys, solely in his

23  capacity as Foreign Representative and Liquidator thereof.

24

25

1    Hearing RE Doc# 964 Notice of Adjournment of Hearing RE:

2    Notice of Hearing for Status Conference; hearing held and

3    adjourned to 4/21/2021 at 10:00 AM at Teleconference Line

4    (CourtSolutions) (CGM) .

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 5

1    A P P E A R A N C E S :

2

3    SELENDY & GAY PLLC

4          Attorneys for the Joint Liquidators

5          1290 Avenue of the Americas

6          New York, NY 10104

7

8    BY:  DAVID ELSBERG (TELEPHONICALLY)

9

10   BROWN RUDNICK

11         Attorneys for the Joint Liquidators

12         7 Times Square

13         New York, NY 10036

14

15   BY:  DAVID J. MOLTON (TELEPHONICALLY)

16

17   CLEARY GOTTLIEB STEEN & HAMILTON LLP

18         Attorneys for HSBC Defendants

19         2112 Pennsylvania Avenue

20         Washington, DC 20037

21

22   BY:  NOWELL D. BAMBERGER (TELEPHONICALLY)

23         CARMINE BOCCUZZI (TELEPHONICALLY)

24

25

Page 6

1    JENNER & BLOCK

2         Attorneys for Unifortune Entity

3         919 Third Avenue

4         New York, NY 10022-3908

5

6    BY:  RICHARD LEVIN (TELEPHONICALLY)

7

8    KOBRE & KIM

9         Attorneys for Allianz Bank

10        800 3rd Avenue

11        New York, NY 10022

12

13   BY:  ADAM LAVINE (TELEPHONICALLY)

14

15   O'MELVENY & MYERS LLP

16        Attorneys for Merrill Lynch

17        7 Times Square

18        New York, NY 10036

19

20   BY:  NATHANIEL ASHER (TELEPHONICALLY)

21

22

23

24

25

Page 7

```
 1   WACHTELL LIPTON

 2        Attorneys for Banque Pictet & Cie

 3        51 West 52nd Street

 4        New York, NY 10019

 5

 6   BY:  EMIL A. KLEINHAUS (TELEPHONICALLY)

 7

 8   WUERSCH & GERING

 9        Attorneys for Dresdner Bank Schweiz

10        100 Wall Street, 10th Floor

11        New York, NY 10005

12

13   BY:  JASCHA D. PREUSS (TELEPHONICALLY)

14

15   McKOOL SMITH

16        Attorneys for Bank Julius Baer

17        359 9th Avenue, 50th Floor

18        New York, NY 10001

19

20   BY:  RICK HALPER (TELEPHONICALLY)

21

22

23

24

25
```

Page 8

```
 1   WINSTON & STRAWN LLP

 2        Attorneys for BBVA Swiss

 3        1901 L Street

 4        Washington, D.C. 20036

 5

 6   BY:  KEITH R. PALFIN (TELEPHONICALLY)

 7

 8   PILLSBURY WINTHROP SHAW PITTMAN

 9        Attorneys for InCore Bank and Falcon Private Bank

10        301 West 52nd Street

11        New York, NY 10019

12

13   BY:  RAHMAN CONNELLY (TELEPHONICALLY)

14

15   SHEARMAN & STERLING

16        599 Lexington Avenue

17        New York, NY 10022-6069

18

19   BY:  RANDY MARTIN (TELEPHONICALLY)

20

21

22

23

24

25
```

Page 9

```
 1   SULLIVAN CROMWELL LLP

 2        Attorneys for Bank J. Safra Sarasin

 3        125 Broad Street

 4        New York, NY 10004

 5

 6   BY:  ANDREW FINN (TELEPHONICALLY)

 7

 8   WOLLMUTH MAHER & DEUTSCH LLP

 9        Attorneys for Fairfield Investment Fund Limited

10        500 Fifth Avenue

11        New York NY 10110

12

13   BY:  FLETCHER STRONG (TELEPHONICALLY)

14

15   ALSO PRESENT TELEPHONICALLY:

16   DONNA XU

17   RICHARD CIRILLO

18   BENJAMIN LOVELAND

19   JOHN ZULACK

20   ANTHONY PACCIONE

21   DANIEL SHAMAH

22   THOMAS KESSLER

23   DAVID MORRIS

24   LISA VICENS

25   STEPHEN HARNIK
```

1    MICHAEL LAMBERT

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 11

1                      P R O C E E D I N G S

2              THE COURT:  Now then we are at the Fairfield

3    Sentry cases and we have a jointly administered 10-13164,

4    the Fairfield Sentry Limited liquidation and the title in

5    the jointly administered is Theodoor GGC Amsterdam et al.

6    Is that correct and have I called that correct?  And I have

7    a chapter -- oh, that is the Chapter 15 case number.

8              This is adversary proceeding, I'm sorry.  10-03496

9    which is the adversary proceeding number.  Thank you.  State

10   your name and affiliation.

11             MR. ELSBERG:  This is David Elsberg for the joint

12   liquidators, Judge Morris.  I'm from Selendy and Gay and my

13   clients, Mr. Ken Chris and Greg Mitchell, the two joint

14   liquidators that a represent are on the phone with me.  Also

15   on the phone with me, Judge Morris, are my colleagues Lena

16   Konanova, Ron Krock, and Ester Murdukhayeva, all from

17   Selendy and Gay, and co-counsel David Molton and Marek

18   Kryzowski from Brown Rudnick.

19             MR. MOLTON:  Good morning, Judge.  David Molton

20   here.

21             MAN 1:  Morning.

22             MR. BAMBERGER:  Good morning, Your Honor.  This is

23   Nowell Bamberger at Cleary Gottlieb representing the HSBC

24   defendants.  I'm joined by Christine Jordan and April

25   Collaku also from Cleary Gottlieb.

Page 12

1             THE COURT:  Anyone else wish to put their name on

2    the record?  I want us to start with plaintiffs.  Where are

3    we in this case?  I've got y'all's joint letter, but where

4    are we?

5             MR. ELSBERG:  So Your Honor, as we discussed in

6    the last conference, the third motion to dismiss involves 18

7    live actions before --

8             THE COURT:  Why don't we begin at the beginning

9    and that's called the complaint.  Where are we on the

10   amended complaint?  And then you can go through everything

11   else, but let's just start -- if you think about a case,

12   start where the case starts.

13            MR. ELSBERG:  Yes, Your Honor.  So we have

14   complaints that are pending before Your Honor in these 18

15   actions.

16            THE COURT:  Okay.

17            MR. ELSBERG:  We have filed a motion to amend with

18   respect to some but not all of those complaints.

19            THE COURT:  Okay, then we're going to stop right

20   there.

21            MR. ELSBERG:  Yes.

22            THE COURT:  And I am going to put on the record

23   today and you're going to tell me which ones.  I have

24   Fairfield Sentry, Ltd. v. Citibank, 10-03622 and I have the

25   operative amended complaint as January the 10th, 2020 at

Page 13

1    Document 79.  Is that correct?

2                 MR. ELSBERG:  Yes, Your Honor.

3                 THE COURT:  So -- and now is there another amended

4    complaint on this one or request for an amended complaint?

5                 MR. ELSBERG:  Yes, Your Honor.  We are seeking to

6    amend a number of the --

7                 THE COURT:  We'll go through one at a time.

8    Remember, I'm a new judge.

9                 MR. ELSBERG:  Yes, Your Honor.

10                THE COURT:  You're going to teach me this case.

11   Everybody on the phone today, you're teaching me the case.

12   Am I clear?

13                MR. ELSBERG:  Yes.

14                THE COURT:  The second one is Fairfield Sentry v.

15   BGL BNP Paribas SA, 10-03626.  It's -- and it was amended.

16   Complaint was amended January the 10th, 2020 at Document No.

17   50.

18                MR. ELSBERG:  Yes, Your Honor.

19                THE COURT:  Tell me about this one, about the

20   complaint.  Am I getting an amended -- do you want amended

21   complaint in this one?

22                MR. ELSBERG:  Yes, Your Honor.

23                THE COURT:  Then I have Fairfield Sentry v. BNP

24   Paribas Sec. Services Lux., 10-03627, again January the

25   10th, 2020, Document 95.

Page 14

1           MR. ELSBERG:  Yes, Your Honor.

2           THE COURT:  And?

3           MR. ELSBERG:  I'm sorry, Your Honor?

4           THE COURT:  Do you want an amended complaint in

5    this one?

6           MR. ELSBERG:  I'm sorry --

7           THE COURT:  Are you requesting --

8           MR. ELSBERG:  Yes.  Yes, that's what I thought you

9    were asking.

10          THE COURT:  No, I'm -- the first yes I want is the

11   amended complaint that was docketed January the 10th, 2020

12   is the outstanding complaint in this case?

13          MR. ELSBERG:  Yes, Your Honor.

14          THE COURT:  And then the second one is, are you

15   requesting another amended complaint and the answer was?

16          MR. ELSBERG:  Yes.

17          THE COURT:  Very good.  Fairfield Sentry, HSBC,

18   10-03630.  It was amended on January the 9th, 2020 at

19   Document No. 105.  Is that the prevailing complaint in this

20   case?

21          MR. ELSBERG:  Yes, Your Honor.

22          THE COURT:  Are you requesting an amendment in

23   this one?

24          MR. ELSBERG:  Yes, Your Honor.

25          THE COURT:  Fairfield v. HSBC Private Bank, 10-

Page 15

1    03633.  It was amended January the 9th, 2020 at Document No.

2    86.  Is that the complaint we're all working with?

3            MR. ELSBERG:  Yes, Your Honor.

4            THE COURT:  Are you requesting amended complaint

5    on that one?

6            MR. ELSBERG:  Yes, Your Honor.

7            THE COURT:  Fairfield Sentry v. Zurich Capital

8    Markets, 10-03634 amended January the 9th, 2020 at Document

9    No. 237.  Are you requesting an amended complaint on that

10   one?

11           MR. ELSBERG:  Yes, Your Honor.

12           THE COURT:  Fairfield v. ABN AMRO Schweiz AG, 10-

13   03635 amended January the 9th 2020 at Document No. 466.  Are

14   you requesting an amended complaint on that?

15           MR. ELSBERG:  Yes, Your Honor.

16           THE COURT:  Fairfield Sentry v. ABN AMRO Schweiz

17   AG at 03636, January the 9th, 2020 at Document No. 517.  Is

18   that the complaint?

19           MR. ELSBERG:  Yes, Your Honor, it is.

20           THE COURT:  Are you requesting an amended

21   complaint?

22           MR. ELSBERG:  Yes.

23           THE COURT:  Fairfield Sentry v. UBS AG NY, 10-

24   03790, the outstanding complaint is January the 9th, 2020 at

25   Document 87.

Page 16

1          MR. ELSBERG:  Yes, Your Honor.

2          THE COURT:  Are you requesting an amended

3     complaint?

4          MR. ELSBERG:  Yes, Your Honor.

5          THE COURT:  Fairfield Sentry BNP Paribas Arbitrage

6     SNC at 10-04098.  The filed complaint is 10 -- is 1/10/2020

7     at Document No. 46.  Is that correct?

8          MR. ELSBERG:  Yes, Your Honor.

9          THE COURT:  Are you requesting an amended

10    complaint?

11         MR. ELSBERG:  Yes, Your Honor.

12         THE COURT:  Fairfield v. BNP Paribas Private Bank

13    and Trust Cayman, 10-04099.  The amended complaint was

14    January the 10th, 2020 at Document No. 66.  Are you

15    requesting an amended complaint?

16         MR. ELSBERG:  Yes, Your Honor.

17         THE COURT:  Fairfield Sentry v. UBS Europe SE

18    Luxembourg Branch, UBS Lux at 11-01350 amended complaint

19    January the 10th, 2020 at Document No. 69.

20         MR. ELSBERG:  Yes, Your Honor.

21         THE COURT:  Are you requesting an amended

22    complaint?

23         MR. ELSBERG:  Yes, Your Honor.

24         THE COURT:  Fairfield Sentry v. Merrill Lynch at

25    11-01463, amended complaint January 10th, 2020 at Document

1    54.  Is that correct?

2              MR. ELSBERG:  Yes, Your Honor.

3              THE COURT:  Are you requesting an amended

4    complaint?

5              MR. ELSBERG:  Yes, Your Honor.

6              THE COURT:  Fairfield v. BNP Paribas Secs. Nominee

7    Ltd., 11-01579.  Is that -- January the 10th, 2020, Document

8    No. 44.  That was the wrong one.  Document No. 50 on BNP

9    Paribas Nominee, Ltd., January 10th, 2020, Document No. 50.

10              MR. ELSBERG:  Yes, Your Honor, doc --

11              THE COURT:  Are you --

12              MR. ELSBERG:  -- 50, yes, and we are seeking to

13    amend, Your Honor.

14              THE COURT:  Fairfield Sentry v. Fortis Bank SA/NV

15    11-01617, again January the 10th, 2020, Document No. 44.  Is

16    that correct?

17              MR. ELSBERG:  Yes, Your Honor.

18              THE COURT:  Are you seeking an amended complaint?

19              MR. ELSBERG:  Yes.

20              THE COURT:  Fairfield Sentry v. Citigroup Global

21    Markets, Ltd., 11-02770.  The amended complaint is January

22    the 10th, 2020 at Document No. 49.  Is that correct?

23              MR. ELSBERG:  Yes, Your Honor.

24              THE COURT:  Are you seeking an amended complaint?

25              MR. ELSBERG:  Yes, Your Honor.

Page 18

```
 1              THE COURT:  Fairfield Sentry v. BNP Paribas

 2   Espana, 10-01551 and the amended complaint was January the

 3   10th, 2020 at Document 43.  Is that correct?

 4              MR. ELSBERG:  Yes, Your Honor.

 5              THE COURT:  Are you asking for an amended

 6   complaint in that?

 7              MR. ELSBERG:  Yes, Your Honor.

 8              THE COURT:  Fairfield Sentry v. Citco Global

 9   Custody NV at 19-01122.  Amended complaint was 11/26/2019 at

10   Document No. 19.

11              MR. ELSBERG:  No, your -- yes, Your Honor, that is

12   the complaint.  No, we --

13              THE COURT:  And you're not seeking amended

14   complaint on that one?

15              MR. ELSBERG:  Correct, Your Honor.

16              THE COURT:  So I've got some, 17 of the 18?

17              MR. ELSBERG:  Correct.

18              THE COURT:  Some for you is 17 of the 18.  Okay.

19   Now then we know you're seeking an amended complaint on

20   everything except one.

21              MR. ELSBERG:  Yes, Your Honor.

22              THE COURT:  All right.  So again, we're at the

23   beginning.  I'm trying to learn this case.  I have Judge

24   Bernstein's order, stipulation and order, and in it, if I

25   read it correctly, did he not grant amended complaints on
```

1    the matters that he did not rule on?

2            MR. ELSBERG:  No, he did not grant the amendments

3    that we are currently seeking.  He did not, Your Honor.

4    What -- the situation is that we have filed a motion to

5    amend those complaints and we filed an opening brief.

6    That's Docket 2873.

7            We filed the -- our opening brief on the motion

8    for leave to amend on January 15, 2020, and again, that's

9    Docket 283 -- 2873, and Your Honor, no opposition or reply

10   brief had been filed yet and the reason for that is that

11   Judge Bernstein had the parties defer the briefing on the

12   motion for leave to amend until after the Safe Harbor and

13   service issues were resolved.

14           Now that the Safe Harbor issues have been --

15           THE COURT:  Hold on, hold on.

16           MR. ELSBERG:  Yes --

17           THE COURT:  -- ahead of yourself.  So the 2016

18   motion to amend is over.  We're done with that.

19           MR. ELSBERG:  Yes, Your Honor.

20           THE COURT:  Okay.  Go ahead.

21           MR. ELSBERG:  So now, the situation is that in 17

22   of the 18 actions, the joint liquidators filed a motion for

23   leave to amend that's been pending for over a year since

24   January 15 of 2020.  That's the date when we filed our

25   opening brief which is Docket 2873.  There's only the

Page 20

1   opening brief that's been filed.  There has been no

2   opposition or reply that's been filed yet.

3            The reason, Your Honor, that it has not --

4            THE COURT:  But he denied part of that partially,

5   did he not?  Wait a minute.  You're a little ahead of me.

6            MR. ELSBERG:  Okay, Your Honor.

7            THE COURT:  I was going to say, you're ahead of

8   yourself.  I have the February the 26th, 2021 stipulated

9   order by Judge Bernstein.

10            MR. ELSBERG:  Yes, Your Honor.  I understand what

11   you're talking about now.  He did resolve the motion for

12   leave as to 12 of the actions, but not the 17 that are

13   currently pending.

14            THE COURT:  So those are completely different than

15   these?

16            MR. ELSBERG:  Yes.  That's correct, Your Honor.

17            THE COURT:  Tell me what groups these together so

18   that I know again.  Refresh my recollection on those.

19            MR. ELSBERG:  So these are grouped together

20   because they are the knowledge defendants, and what I mean

21   by that, we touched on this a little bit at the last

22   conference, Your Honor.  I see you're nodding your head.  I

23   can --

24            THE COURT:  Yeah.  I know the difference, because

25   you did touch on that.  I have to tell y'all, I can tell you

Page 21

1    every one straight up, I'm just trying to find the

2    complaints and I'm not joking about that.  So, okay.  So

3    you're saying that on these -- and I'm looking at Page 4 of

4    his order and am I in the right place -- okay.  So he said

5    "the 12 additional actions against defendants who have not

6    before alleged to be knowledge defendants."  Are those the

7    ones we're talking about?

8              MR. ELSBERG:  Yes.  The 12 actions where leave was

9    denied are currently on appeal before Judge --

10             THE COURT:  Okay.

11             MR. ELSBERG:  -- Broderick.

12             THE COURT:  all right.

13             MR. ELSBERG:  So we have the remaining ones in

14   front of Your Honor.  Those are the knowledge defendants.  I

15   doubt you have it in front of you right now, Your Honor, but

16   at your leisure, if it's helpful, we filed a chart before

17   the last conference --

18             THE COURT:  May I be very clear with you?

19             MR. ELSBERG:  Yes, Your Honor.

20             THE COURT:  I don't have leisure and I have spent

21   a lot of time reading all this.  So you tell me what you

22   want to tell me and don't tell me to go look at something.

23             MR. ELSBERG:  Then --

24             THE COURT:  You've all been on this case ten

25   years.  I haven't.  So talk to me almost as if we're at a

Page 22

1    cocktail party and you're explaining everything to me.

2            MR. ELSBERG:  Yes, Your Honor.

3            THE COURT:  Okay.

4            MR. ELSBERG:  If it might be helpful --

5            THE COURT:  So those 12 are gone.  No, those 12

6    are gone --

7            MR. ELSBERG:  Yes.

8            THE COURT:  I don't have to deal with those.

9    Okay.

10           MR. ELSBERG:  Yes.

11           THE COURT:  All right, that's fine.  All right.

12           MR. ELSBERG:  I was just --

13           THE COURT:  -- talking.

14           MR. ELSBERG:  I was just going to mention, Your

15   Honor, in an attempt to be helpful that we did file a chart

16   before the last conference at Docket 3090-2 which identifies

17   the knowledge defendants and it might be a useful reference

18   tool in the future.  Maybe it will not.  I'm just --

19           THE COURT:  So those 12 are gone.  So what do you

20   want to add about what we're doing now?

21           MR. ELSBERG:  Okay.

22           THE COURT:  These 17.  We've got one solid

23   complaint.  After ten years, we've got one solid complaint.

24   So tell me what you want to tell me about the 17 that I

25   don't have a complaint that we're all dealing with.

Page 23

```
 1              MR. ELSBERG:  Yes.  What we want to do in the

 2    motion to amend, Your Honor, is --

 3              THE COURT:  Did you file an amended complaint with

 4    your motion to amend?

 5              MR. ELSBERG:  Yes, Your Honor.

 6              THE COURT:  Okay.

 7              MR. ELSBERG:  We did.

 8              THE COURT:  All right.

 9              MR. ELSBERG:  And --

10              THE COURT:  Some of it was just a language change,

11    correct?

12              MR. ELSBERG:  Yes, Your Honor.

13              THE COURT:  Okay.

14              MR. ELSBERG:  And the more substantive changes are

15    to add knowledge allegations.  So what we want to do is, in

16    light of Judge Bernstein's prior decision where he --

17              THE COURT:  February 26 decision?

18              MR. ELSBERG:  Yes, Your Honor.

19              THE COURT:  Okay.  Which is -- I have in my hand.

20              MR. ELSBERG:  Yes.  So in that decision Judge

21    Bernstein declared that the standard that we would need to

22    meet in order to prevail on our constructive trust claims is

23    to show knowledge, namely that --

24              THE COURT:  Okay, let me just stop you for a

25    moment.
```

Page 24

```
 1                MR. ELSBERG:  Yes, Your Honor.

 2                THE COURT:  Didn't Judge Bernstein grant you the

 3   ability to add this already?  Where --

 4                MR. ELSBERG:  No, Your Honor.  He has not -- what

 5   he had us do is file that motion to amend that I mentioned

 6   earlier.

 7                THE COURT:  Okay, show me that in this order.

 8   Point in this order where he says do that.

 9                MR. ELSBERG:  Let me see if I can find --

10                THE COURT:  Please, please.

11                MR. ELSBERG:  Okay, so if Your Honor looks at the

12   February 26, 2021 order --

13                THE COURT:  I have it.

14                MR. ELSBERG:  That is the implementing order.

15                THE COURT:  Show me the page number --

16                MR. ELSBERG:  Page 4.

17                THE COURT:  -- where he says that.

18                MR. ELSBERG:  Page 4, Your Honor.

19                THE COURT:  Okay, I'm there.  All right.  I've got

20   it.  Okay.

21                MR. ELSBERG:  And it says, "Whereas on January 15,

22   we filed the amended complaints."

23                THE COURT:  You're at the very last paragraph on

24   Page 4?

25                MR. ELSBERG:  Yes.
```

1          THE COURT:  Okay.  "The consolidate plaintiffs

2     certified completion of their filing of amended complaints

3     and simultaneously move for leave to further amend," and

4     that's the 17 and the 12, and then the 12 were dismissed.

5     Okay.

6          MR. ELSBERG:  The motion for leave is referenced,

7     I believe on the top of Page 5, Your Honor.

8          THE COURT:  I'm on the top of Page 5.

9          MR. ELSBERG:  We then proceeded to brief the

10    limited motion to dismiss issues, but we did not get to

11    brief the motion to amend because Judge Bernstein decided to

12    stay that pending the outcome of the motion to dismiss on

13    the service and the constructive trust motions.

14          THE COURT:  Okay.  Where -- show me where it says

15    that.  I know about the 12.  They're out.  We're not talking

16    about those.

17          MR. ELSBERG:  Okay.

18          THE COURT:  We're talking about the 18.

19          MR. ELSBERG:  Your Honor --

20          THE COURT:  It says, the motion for leave.  I've

21    got that.

22          MR. ELSBERG:  Okay.  If Your Honor would look at

23    Page 5.

24          THE COURT:  Okay, I'm on Page 5.

25          MR. ELSBERG:  Okay.  It says, the Court otherwise

1    adjourned deadlines for the motion for leave and held it in

2    abeyance.

3            THE COURT:  Okay, I have a big arrow there, and

4    that's for those 18?

5            MR. ELSBERG:  Yes, Your Honor.

6            THE COURT:  Okay.  All right.

7            MR. BAMBERGER:  Your Honor, may I address a point

8    relevant to, I think, what you're talking about with Mr.

9    Elsberg?

10            THE COURT:  Go ahead.

11            MR. BAMBERGER:  Okay.  Your Honor, I think what

12    Mr. Elsberg is saying about the amended complaints that are

13    currently pending before Your Honor is correct.  The problem

14    is that what he's left out is what came before those amended

15    complaints.  Your Honor is correct that the Court granted

16    leave to amend after its December 2018 decision which

17    identified knowledge as something that the --

18            THE COURT:  Well, I have the history of that

19    because on January the 15th, 2020, the plaintiffs certified

20    completion of those amended complaints, so that's done.

21            MR. BAMBERGER:  That's exactly right.

22            THE COURT:  -- deal with that.

23            MR. BAMBERGER:  That's right, Your Honor, but it's

24    relevant because that's the leave that was granted to

25    address the knowledge allegations and the liquidators'

1   counsel filed on that same day after -- immediately after

2   certifying that they had completed amendments pursuant to

3   the Court's instruction.  They filed another motion to amend

4   again.

5           THE COURT:  Okay, I understand now.

6           MR. BAMBERGER:  That's the motion that's before

7   you.

8           THE COURT:  Okay, I understand that.  I understand

9   that.  He was clear on that and I'm now clear on that.

10          MR. BAMBERGER:  Very good, Your Honor.

11          THE COURT:  Okay.  All right.  So, all right, we

12  started at the complaint, right?

13          MR. ELSBERG:  Yes, Your Honor.

14          THE COURT:  All right, before we go any further,

15  and let me tell y'all something right now.  I want this

16  heard by everybody.  You will brief me one issue at a time.

17  I'm not going to have everything thrown at me.  You're going

18  to do one issue at the time and right now, we're on the --

19  one issue per brief.  And right now, we're on the complaint.

20          So when I say briefing schedule or you say

21  briefing schedule it's going to be one issue per brief and

22  that means you'll consolidate down on those 35 pages, so

23  we'll figure that out later, but I'm going to say it now and

24  I'll say it later.

25          Okay, so now then, let's respond to the amendment

1    on these 18 complaints.  Who wants to respond?  They've

2    requested it.  Who wants to say, don't do it?

3            MR. BAMBERGER:  Your Honor, I think on behalf of

4    all the defendants, I think we strongly believe that it

5    shouldn't be granted.

6            THE COURT:  Why?

7            MR. BAMBERGER:  Well first, it was filed in

8    violation of a scheduling order.  You know, there was a

9    schedule put in place in this case.  Part of the reason this

10   case is dragging on so long is that the liquidators continue

11   to amend their complaints, and in search of new theories and

12   in search of new allegation.  So I think that's one of the

13   reasons it's just procedurally inappropriate.

14           There are other reasons including that the

15   amendments this late are prejudicial to some of the

16   defendants who ten years into the case are just learning

17   about allegations against them and haven't had the

18   opportunity to fully investigate those allegations that they

19   might've had if the allegations had been brought earlier.

20           THE COURT:  Response?

21           MR. ELSBERG:  Yes, Your Honor.  We did not violate

22   any scheduling order.  The parties agreed that we would

23   submit our proposed amendments by January 15 of 2020.  There

24   was no delay in our part.  What happened is, as I began to

25   discuss earlier, in Justice Bernstein's decision, what he

1    did is he declared for the first time that in order for us

2    to prevail on the constructive trust claims, we needed to

3    show the defendants had knowledge and we then, in accordance

4    with our obligation as lawyers, we didn't just copy over

5    from Madoff complaints or other complaints.

6         We did an independent investigation on these

7    complaints to make sure that we had facts that we could

8    allege.  We then submitted our proposed amended complaints

9    as I mentioned earlier, and the brief, the opening brief has

10   been pending, and I would also add that on January 22 of

11   2020 -- I'll try to get the docket number, but on January 2

12   of 2020, the defendants already put in a letter brief, a 13-

13   page letter brief giving Justice Bernstein a number of

14   reasons why supposedly we should not be permitted to file

15   our motion to amend.

16        Justice Bernstein got their letter.  I see it's

17   Docket 2874.  Justice Bernstein got that letter that made

18   exactly the same arguments that we just heard plus a bunch

19   of other arguments saying here's why we should not be able

20   to file our motion to amend.  Judge Bernstein said no, I am

21   allowing the plaintiffs to file the motion to amend, and

22   pursuant to that ruling by Judge Bernstein, we did on

23   January 15th, which again is Docket 2873.

24             THE COURT:  Okay.  Then let's stop right there.

25             MR. ELSBERG:  Yes.

Page 30

1           THE COURT:  That's all past.

2           MR. ELSBERG:  Yes.

3           THE COURT:  Okay.  In my mind, when I read this,

4      he had allowed these amendments, but y'all are both saying

5      he did not officially allow those amendments.

6           MR. ELSBERG:  Yes, Your Honor.

7           THE COURT:  And that the -- there has been a

8      letter brief.  And by the way, letters should be rare.

9      Let's just be rare on the letters.

10          MR. ELSBERG:  Yes, Your Honor.

11          THE COURT:  You file your motions.  You file

12     everything and you -- and make sure your orders answer the

13     motion, not a letter because that's not officially in front

14     of me.  So what I have in front of me, though, is both of

15     you agree that the pending motion for leave on these 17

16     adversary proceedings has not been granted.

17          MR. ELSBERG:  It -- yes, Your Honor, it has not

18     been granted.

19          THE COURT:  Very good, then.  We're going to do --

20     you can actually repeat your letter brief if you wish

21     because I'm not going to look at the letter brief, but I

22     need a brief on that.  You tell me why and you tell me why

23     not.

24          MR. ELSBERG:  Your Honor, just to be clear, we the

25     joint liquidators did not file a letter.  What happened is

Page 31

1    the --

2              THE COURT:  We're starting today.

3              MR. ELSBERG:  Yes.

4              THE COURT:  Let's begin today.  You both agree

5    that there is not an order allowing for the motion to amend.

6    Correct?

7              MR. ELSBERG:  Yes.  There is a decision by Judge

8    Bernstein allowing us to make a motion to amend.

9              THE COURT:  Very good.  So that's where we are.

10             MR. ELSBERG:  Yes.

11             THE COURT:  That's where we are today.

12             MR. ELSBERG:  Yes, Your Honor.

13             THE COURT:  We're going to do a motion to amend.

14   We're going to let you brief your motion to amend and we're

15   going to let you answer the motion to amend.  That's our

16   first brief, one issue.

17             MR. ELSBERG:  Yes, Your Honor.

18             THE COURT:  So what kind of timeframe you want?

19   And I -- let me tell y'all.  Everything else, I will tell

20   you right now, y'all put this as number five on your common

21   issues.  This is number one.  I can't do a motion to dismiss

22   if I don't know what we're dismissing.  So if we've got an

23   outstanding issue on what the complaint says, we can't move

24   to step two.  So let's get -- y'all are cooperating about

25   time, but we're going to -- that's what we're going to do on

1    this.  We're going to set up time of when we get the motion

2    to amend and when we get the briefing on it and then when we

3    get the response brief.

4              MR. ELSBERG:  Yes, Your Honor.  So our brief, as I

5    mentioned, is already before Your Honor.

6              THE COURT:  Okay.

7              MR. ELSBERG:  And so I think that maybe the

8    defendants --

9              THE COURT:  Why don't we -- did you file a motion

10   to amend after Judge Bernstein said you could?

11             MR. ELSBERG:  We did, on January 15 of 2020, which

12   is Docket 283 and we filed it on January 15 --

13             THE COURT:  That's after this 26 -- so let's file

14   a new motion to amend referring to that motion because we

15   have Fairfield One, Fairfield Two, Fairfield Three.  Let's

16   get this cleaned up, everybody, and let's get the procedural

17   part cleaned up.

18             MR. ELSBERG:  So Your Honor --

19             THE COURT:  He said -- didn't he say in this you

20   could file your motion to amend?  He said motion to amend.

21   He didn't say order to amend.  He said motion to amend.

22             MR. ELSBERG:  Yes, and Your Honor, that motion was

23   in fact filed and is in fact pending and it was filed on

24   January 15 of 2020 and it's Docket 2873.

25             THE COURT:  I know it's been filed according to

```
 1    you in that time.

 2            MR. ELSBERG:  Yes.  And we went --

 3            THE COURT:  That doesn't account for the new

 4    decisions in this case, the -- all the other things that

 5    have been going on in this case.  Okay.  All right.  Do you

 6    want me to rule on it without any further briefing on it?

 7            MR. BAMBERGER:  Your Honor, I think --

 8            THE COURT:  Do you not think we need a new brief?

 9            MR. ELSBERG:  I don't, Your Honor.

10            MR. BAMBERGER:  Your Honor, for the defendants, I

11    think we're happy to answer the brief that's been filed, if

12    that suits Your Honor.

13            THE COURT:  I thought you did in a letter.

14            MR. ELSBERG:  No, Your Honor.

15            MR. BAMBERGER:  The letter --

16            THE COURT:  That's what he said he did.

17            MR. ELSBERG:  No, no, no, Your Honor.  Your Honor,

18    sorry.  Let me just trying to get the sequence clear.  So

19    what happened is before we filed any motion to amend the

20    complaint, before any motion was filed, the defendants wrote

21    a letter to Justice Bernstein, a 13-page letter, and that

22    letter gave a whole bunch of reasons why we should not even

23    be allowed to file a motion for leave to amend.  They said,

24    don't even allow us to file it.  And Judge Bernstein got the

25    letter.
```

Page 34

1            There was then a hearing on it and Judge Bernstein

2     said, defendants, I have your letter.  I know you don't want

3     me to allow the joint liquidators to file a motion for leave

4     to amend, but I'm sorry, defendants, I am going to allow the

5     joint liquidators to file a motion for leave to amend.  That

6     was all he decided was we can file the motion for leave to

7     amend.

8            THE COURT:  And you did?

9            MR. ELSBERG:  Yes, Your Honor.  We did file that

10    on --

11           THE COURT:  And there's been no response to that?

12           MR. ELSBERG:  And there has been no response to

13    that and the reason is Judge Bernstein had the parties defer

14    briefing, further briefing, I should say, in the motion for

15    leave to amend until the Safe Harbor and service issues had

16    been resolved.  They've now been resolved in Justice

17    Bernstein's most recent decision and so the next step, I

18    think the parties expected would be that the defendants

19    would now file their --

20           THE COURT:  Let me ask you something before you go

21    further.  Let me just ask you something.

22           MR. ELSBERG:  Yes, Your Honor.

23           THE COURT:  Did that proposed complaint contain

24    the BVI avoidance actions, in the one that you proposed in

25    January of 2020?

Page 35

```
1              MR. ELSBERG:  Yes --

2              THE COURT:  -- Judge Bernstein --

3              MR. ELSBERG:  Yes, it did.

4              THE COURT:  So don't we need a cleaned up motion

5    and complaint?  Because we've had rulings since 2020.

6              MR. ELSBERG:  Yes, Your Honor.

7              THE COURT:  I'm sorry to be so thick --

8              MR. ELSBERG:  No, Your Honor.

9              THE COURT:  -- I'm trying to understand this.

10             MR. ELSBERG:  Yes, of course, and I'm trying to

11   help Your Honor.  It's a lot of stuff and I understand.  We

12   can file new amended complaints that drop the avoidance

13   claims --

14             THE COURT:  Well, it's the motion for the amended

15   complaints that I need that show what's gone on between 2020

16   and '21.  That's why I thought -- and then you went back to,

17   oh no, that motion's there.  And then in the same time, I

18   don't have a response to that motion.

19             MR. ELSBERG:  Yes.

20             THE COURT:  And so if we started today, I would

21   have to grant the motion as you wrote it and they would be

22   up in arms.  I can understand that.

23             MR. ELSBERG:  Your Honor, the parties have --

24   obviously, subject to Your Honor's approval -- the parties

25   have agreed --
```

1          THE COURT:  I don't care what y'all have agreed.

2    Y'all haven't agreed in an order that makes it clear in the

3    Court and I am honestly thinking about Court of Appeals,

4    because if I read y'all's documents and what you did and I

5    was a Court of Appeals, the first thing I would do is remand

6    it back to the bankruptcy judge.

7          MR. ELSBERG:  Yes, Your Honor.  So the motion that

8    we filed to amend --

9          THE COURT:  And I also --

10          MR. ELSBERG:  Yes, Your Honor.

11          THE COURT:  -- don't want to spend time on things

12    that have already been finished in the bankruptcy court and

13    are up on appeal.  That belongs to another court.  That

14    doesn't belong to me.

15          MR. ELSBERG:  Yes, Your Honor.  Yes, Your Honor.

16          THE COURT:  So there -- the first thing is the

17    complaint.  I need to know what we're dealing with.

18          MR. ELSBERG:  Okay.  Your Honor --

19          THE COURT:  I need to know what the issues are.  I

20    need to know what they are and I need to know the

21    oppositions of why not to file the amended complaint.

22          MR. ELSBERG:  Yes --

23          THE COURT:  That's the first thing.  We don't even

24    get to a motion to dismiss until I see the complaints.

25          MR. ELSBERG:  Yes, Your Honor.

1           THE COURT:  The second thing we deal with -- I'm

2    sorry, I'm about to take over and I'll show my ignorance on

3    what I know about the case, but that's it.  The second thing

4    we have to deal with is service, because if it hasn't been

5    served properly on a case-by-case basis, then -- and Judge

6    Bernstein in his Fairfield Decision 3, says there needs to

7    be a brief on service about the law firm.  I don't want to

8    hear about the Hague Convention.  I want to hear about the

9    law firm.

10          And that's the second issue I have.  And y'all

11   have got them all flipped around.  The first issue is how do

12   we have -- how do I have jurisdiction over this complaint?

13   Until I get a clean complaint, I don't have any.  I mean, I

14   don't -- what's going on?  And then the second, is it

15   properly served?  And Judge Bernstein was clear, the proper

16   thing to brief on this is law firm service.  Okay?

17          I'm sorry to jump in, but boy -- okay.  All right.

18   Next.  I'm sorry to keep interrupting you, but I'm -- if you

19   want to see all the stuff I've read and tried to put

20   together, and what I said about an appellate court, I'm

21   serious.  If I were in appellate court looking at this, the

22   first thing I would do is remand it and say, bankruptcy

23   court, you straighten this out.  Once you straighten it out,

24   you can come to me.

25          So that's what we're doing.  We're going to

1    straighten this out.  So, okay.  Where are we now?

2              MR. ELSBERG:  So Your Honor, we can file a new

3    motion for leave.  It sounds like that may work for Your

4    Honor.

5              THE COURT:  It most certainly will.

6              MR. ELSBERG:  Okay.  So we --

7              THE COURT:  But let's do a briefing schedule right

8    now.

9              MR. ELSBERG:  Yes, Your Honor.  We can file our

10   motion for leave to amend --

11             THE COURT:  Twenty-one days?

12             MR. ELSBERG:  Yes, that -- yes.

13             THE COURT:  Okay, and I want you to take into

14   consideration and make sure you refer back to all of Judge

15   Bernstein -- not all of Judge Bernstein's rulings, but you

16   know what's in it and what's not.  Twenty-one days after

17   that, answer?

18             MR. BAMBERGER:  Your Honor, we request 30 days

19   because --

20             THE COURT:  Why?

21             MR. BAMBERGER:  Okay.  Can I --

22             THE COURT:  There's no holidays in between.

23             MR. BAMBERGER:  Yeah, there just -- there are a

24   lot of defendants which we're trying to coordinate, so Your

25   Honor, can I ask just a clarifying question on what we're

1    going to be briefing on the motion for leave to amend?  I

2    think it would be efficient for us to address the procedural

3    aspects of the motion for leave to amend and not collapse

4    utility arguments.

5              THE COURT:  I want the utility arguments.  It's

6    been pending forever.  Y'all should know what's going on in

7    your case and you're going to be in the hot seat next,

8    because it's like -- it's there.  Y'all been dealing with it

9    for ten years.  I'm the youngest one in the group on this

10   one.

11             MR. BAMBERGER:  Understood, Your Honor.  I already

12   feel like I'm in the hot seat.

13             THE COURT:  And we're not going to -- and we're

14   not going to split up all the -- we're not going to bring

15   all these issues together and collapse them.  We're

16   separating them so that I can deal on a case-by-case -- not

17   on a case-by-case basis, but a matter-by-matter basis.

18   We're -- I'm picking the issues.  You're not.

19             MR. BAMBERGER:  I understand, Your Honor.  The

20   only reason I raised that point is the question of, for

21   example, is a claim pled on the face of the complaint, is

22   there -- is jurisdiction addressed properly, all of those

23   issues that I assume Your Honor is envisioning as separate

24   issues could conceivably --

25             THE COURT:  That's not an amendment issue.  You're

Page 40

1    only --

2              MR. BAMBERGER:  Understood.

3              THE COURT:  -- dealing with the amendment.

4              MR. BAMBERGER:  Understood, Your Honor.  Okay.

5              THE COURT:  Don't overthink it.

6              MR. BAMBERGER:  I understand what Your Honor is

7    saying.

8              THE COURT:  Just don't overthink it.  Just --

9    we've got an amendment issue.  Let's deal with the amendment

10   issue.  The next thing we'll have is a service issue.  Let's

11   deal with the service issue.  And I know on the service

12   issue we have to deal with each one individually.  And yes,

13   Cleary, if you've been representing them for ten years,

14   think about it.  So, all right.

15             Now then, okay.  Where are we?  Y'all tell me

16   where we are.

17             MR. ELSBERG:  So this is David Elsberg, Your

18   Honor, for the Joint Liquidators again, for the record.  So

19   we've talked about the motion to amend.  Your Honor has been

20   very clear.  I think Your Honor has also been very clear

21   that we should not even be talking about a motion to dismiss

22   right now because --

23             THE COURT:  Not until I have a complaint.

24             MR. ELSBERG:  Yes.  Understood loud and clear,

25   Your Honor.

1            THE COURT:  Okay.

2            MR. ELSBERG:  So we will do the motion to amend on

3     the schedule that Your Honor just mentioned.  I will --

4            THE COURT:  Okay.

5            MR. ELSBERG:  -- now raise another issue that we

6     raised at the last conference which is discovery.  We would

7     like to move forward with discovery.  We have not gotten any

8     discovery yet.  I can address that now if Your Honor --

9            THE COURT:  I will let you have discovery and I'll

10    tell you, I've already thought about this on the -- wait a

11    minute.  Which one did I say?  Give me a second because I've

12    thought about this already.

13           MR. ELSBERG:  Yes, Your Honor.

14           THE COURT:  On the service issue only right now.

15    On personal jurisdiction.  It's personal jurisdiction.

16           MR. ELSBERG:  Yes, Your Honor.

17           THE COURT:  That's next.  Don't -- or both.

18    You've got to have some discovery on the service.  You've

19    got to know how long they've either been in contact with the

20    law firm that was served or whatever.  You've got to have

21    some discovery on that.  We're limiting discovery to that at

22    this point.

23           MR. ELSBERG:  Okay.  So to be clear, Your Honor --

24           THE COURT:  Okay.

25           MR. ELSBERG:  And again, this is -- I want to get

Page 42

1    clarity here so I know what Your Honor is saying.  Personal

2    jurisdiction involves issues that go beyond service.

3              THE COURT:  That's true.

4              MR. ELSBERG:  So I just want to be clear as to

5    whether Your Honor is saying we can do discovery on personal

6    jurisdiction or only the sliver that has to do with service.

7              THE COURT:  All right, let me think about that a

8    minute, because these are my orders --

9              MR. ELSBERG:  Yes, Your Honor.

10             THE COURT:  My first was, let's get the complaint

11   clear so everybody knows what complaint we're dealing with.

12             The second one is service and then my third is

13   personal jurisdiction, but the personal jurisdiction has two

14   sort of -- it is the first one that I see that broadens out

15   -- well, not the complaint, but broadens out into lumping

16   together, whether there's personal jurisdiction over the

17   defendants who redeemed shares through the U.S.

18   correspondent banks that you said or personal jurisdiction

19   over the defendants based on their decision to invest in the

20   Fairfield funds, knowing, intending that the funds would be

21   invested in substantially all the money in the U.S. bank --

22   U.S.-based BLMIS.

23             So that is a broad question.  I'll tell you what.

24   We'll do service of process at the same time we do the

25   amended complaints.  Let's put those together, but not

Page 43

1    together in briefing.  I want separate briefs.  But we'll

2    put together in timeframe.  Then we've got the personal

3    jurisdiction which is the next one.  That's for service.

4              I'll tell you what.  We're only -- okay, 21 days,

5    21 days, 14 days in front of me.  So we're back in front of

6    me and you can do this rather quickly, rather simply.  I'm

7    really looking at limited page numbers here and I'm talking

8    about limited page numbers on these because this is what

9    we're dealing with, and then we make a decision on personal

10   jurisdiction and if there's discovery on that when you come

11   back.

12             MR. ELSBERG:  Okay, Your Honor.  Again, just so

13   that I'm clear, 21 days, 30 days --

14             THE COURT:  I didn't give him 30.

15             MR. ELSBERG:  I apologize.

16             THE COURT:  I gave him 21.

17             MR. ELSBERG:  I apologize.

18             THE COURT:  I didn't give him any more than I gave

19   you.

20             MR. ELSBERG:  Okay.  I apologize, Your Honor.

21             THE COURT:  And then you've got to wait for me to

22   hear you.  I'm not going to -- I'm not going to hear it the

23   next day.  I've got to digest everything y'all said.

24             MR. ELSBERG:  Of course, Your Honor.  Will Your

25   Honor permit us to submit a reply brief?

1            THE COURT:  No.

2            MR. ELSBERG:  Okay, Your Honor.

3            THE COURT:  That's a Sur-Reply under the Code of

4    Civil Procedure and they're not usually permitted in federal

5    court.

6            MR. ELSBERG:  Okay, Your Honor.

7            THE COURT:  So throw everything in it.

8            MR. ELSBERG:  Understood.  And just to be clear,

9    Your Honor, on discovery, there's the broader personal

10   jurisdiction and --

11           THE COURT:  That's a different issue.  We're

12   talking --

13           MR. ELSBERG:  Understood.

14           THE COURT:  -- about service only.

15           MR. ELSBERG:  And yes, and on service, is Your

16   Honor permitting us to get discovery on service?

17           THE COURT:  Okay, then I've got to expand that, I

18   bet, and yes, I do.  Okay.  So the July hearing -- y'all set

19   this up -- the July hearing will be on the amended

20   complaint.  The August hearing will be on service.  And

21   y'all can have limited service on finding about proper

22   service.  I think I'm putting in a quagmire here, though.

23   Because we've got service everywhere and the one issue that

24   Judge Bernstein dealt with was whether service to the law

25   firm was sufficient service.

Page 45

1            MR. ELSBERG:  Yes, Your Honor, and that ruling

2    remains to be applied.

3            THE COURT:  I understand.  Understand.  Okay.  All

4    right.  I want you to, on these -- on the motion to amend,

5    I'm going to have you just serve the law firms.  I mean, if

6    you haven't already, that's what we're going to be doing.

7    That's to the complaint.  Serve the law firms with the

8    complaint and the motion to -- the motion to amend and then

9    you're going to have the complaint attached.  All right.

10           Okay, so I've got that in my mind.  Now service is

11   still a bit of a tricky issue because of discovery on that.

12   Do you need discovery?  You've had these law firms in --

13   you've had the law firms in on service.  These law firms

14   have been representing.

15           MR. ELSBERG:  Your Honor, we thought we wouldn't

16   need any discovery and --

17           THE COURT:  I don't think you do, either, because

18   you've got the electronic case filing.  We see who's

19   representing them on the electronic case filing and how long

20   they've been representing them.  And we're only talking

21   about the law firms.

22           MR. ELSBERG:  That is why, Your Honor, we don't

23   understand --

24           THE COURT:  I agree with you.

25           MR. ELSBERG:  -- they're not --

1          THE COURT:  I was not clear.  Right.  I agree with

2     you.

3          MR. ELSBERG:  But because they're not stipulating,

4     they're obviously saying that what's on the docket is not

5     enough and so I want to find out what is it that you think

6     is missing, and then I --

7          THE COURT:  What's the defense to that?  Y'all

8     been representing them on the docket.  Tell me.

9          MR. BAMBERGER:  Your Honor, I just want to clear

10    up a couple things.  So with respect to clients who were

11    represented by Cleary Gottlieb which is a number of

12    different clients, we're not contesting service.  We want to

13    preserve the issue for appeal.  There's a stipulation that

14    the parties are negotiating.  With respect to my clients,

15    the Court has already ordered service, HSBC.

16          THE COURT:  Okay.

17          MR. BAMBERGER:  And there are other defendants who

18    will stipulate to service.  There --

19          THE COURT:  Okay.

20          MR. BAMBERGER:  I understand there are a few

21    differently situated or defendants who view themselves as

22    differently situated who --

23          THE COURT:  Which ones are they?  Tell us the ones

24    they are.

25          MR. BAMBERGER:  I don't know which one they are

Page 47

1      off the top of my head.

2              THE COURT:  Mr. Eisner, do you know which ones

3      they are?

4              MR. ELSBERG:  I'm sorry, was that directed at me,

5      Your Honor?

6              THE COURT:  Yes.  Do you happen to know which ones

7      are not --

8              MR. ELSBERG:  So Your Honor --

9              THE COURT:  Is anyone on the phone today

10     representing any other clients in this matter?

11             MR. LEVIN:  Yes, Your Honor.

12             THE COURT:  Okay.  Mr. Levin, who you

13     representing?  State your name for the record.

14             MR. LEVIN:  Richard Levin, Jenner and Block, LLP.

15     Your Honor, we represent something that is characterized in

16     the caption as Unifortune Conservative Fund Side Pocket,

17     with a slash before it with the name Allianz Bank.  So it's

18     not even a legal entity as it's framed in the caption, but

19     we represent the Unifortune entity.

20             THE COURT:  Can you give the case number on that,

21     please?

22             MR. LEVIN:  Yes, I can, but it'll take me just a

23     moment.  I didn't expect to speak today, Your Honor, only

24     because of your question am I raising this.

25             THE COURT:  Thank you for speaking up, because it

1    would be important.

2            MR. LEVIN:  Yes, it is in -- I believe it is in

3    10-3636.  I'm double checking that, Your Honor.

4            THE COURT:  That's the HSBC Private Bank issue.

5            MR. LEVIN:  Bear with me.  I'm getting the

6    complaint up in front of me right now.  Take me just a

7    moment.

8            THE COURT:  Mr. Bamberger, I thought that was your

9    client.

10            MR. BAMBERGER:  There are a number of defendants.

11    They -- HSBC is my client.  There are a number of defendants

12    --

13            THE COURT:  Okay.

14            MR. BAMBERGER:  -- named in each.

15            MR. LEVIN:  Okay, I now have the complaint.  It's

16    opening.

17            THE COURT:  And I just need to know today who's

18    going to be objecting to service and Mr. Levin you're saying

19    that you will be, according to your client?

20            MR. LEVIN:  Yes, Your Honor, and the reason is,

21    yes, we've appeared in this case, reserving all points of

22    personal jurisdiction and service.  The point is that the

23    client was served by mail and the law firm was not served.

24    The client then came to us and hired the law firm.  That's a

25    different situation than Cleary and HSBC.

```
 1              THE COURT:  Okay.  All right.

 2              MR. LEVIN:  And I believe there are others who

 3     were in that same --

 4              THE COURT:  Okay --

 5              MR. LEVIN:  -- circumstance.

 6              THE COURT:  I only want you speaking for your

 7     client.  And your client is who, again?

 8              MR. LEVIN:  The caption reads Allianz Bank,

 9     SA/Unifortune Conservative Side Pocket so it is -- the name

10     of the defendant is two entities linked together so it's not

11     clear which entity, and the second name, which is our

12     client, is not really a legal entity at all, which we've

13     made the liquidators aware of from time to time.

14              THE COURT:  Okay.  Mr. Eisner -- yes.

15              MR. LAVINE:  This is Adam Lavine of Kobre and Kim

16     and here I'm appearing on behalf of Allianz Bank Financial

17     Advisors SPA.

18              THE COURT:  Okay.  And what case number are you

19     on?

20              MR. LAVINE:  This is in actually the same cases

21     that Mr. Levin was just discussing.

22              THE COURT:  The 3633 -- 10-3633?

23              MR. LEVIN:  No, 3636, Your Honor.

24              THE COURT:  Oh, excuse me.  Then I had you on a

25     different one.  Okay.  That's different.  Okay.
```

1            MR. LAVINE:  Yes, there are actually two adversary

2    proceedings.

3            THE COURT:  There are, exactly.  10-3635 and 10-

4    3636.

5            MR. LAVINE:  Exactly and in both of those cases,

6    as Mr. Levin was explaining, the first part of the defendant

7    name is Allianz Bank SPA.  That also is not an entity, but

8    our firm represents Allianz Bank Financial Advisors SPA and

9    we are taking a similar position or the same position as Mr.

10   Levin and are similarly situated in that we are continuing

11   to contest service and our firm was likely -- was also

12   retained subsequent to the purported service.

13           THE COURT:  Okay.  We're only speaking about

14   service, so that's what we have here.  Very good.  So Mr.

15   Lavine and Mr. Levin and Mr. Eisner, we've got those.

16   Someone else --

17           MR. ASHER:  Your Honor?

18           THE COURT:  Yes, Mr. Asher?

19           MR. ASHER:  Yes.  Nate Asher and I represent

20   Merrill Lynch entities, and in the Zurich Capital Markets

21   action that's 10-03634 --

22           THE COURT:  Okay.  Let me find that again.

23           MR. ASHER:  Okay.

24           THE COURT:  10-03634, okay, the Zurich Capital

25   Markets, but you represent Merrill Lynch?

Page 51

1           MR. ASHER:  Yes, and so one of the entities named

2      as a defendant there is Merrill Lynch Bank and we have

3      maintained throughout that Merrill Lynch Bank is a non-

4      existent entity and so we are contesting service on that

5      basis.

6           THE COURT:  And that's the only thing you contest

7      at this time is just service.  Okay.

8           MR. ASHER:  And when I say contesting, what I mean

9      is we are not entering into the stipulation that Mr. Elsberg

10     and Mr. Bamberger described that would accept service to the

11     law firms.  That's right.  We haven't filed anything along

12     those lines.

13          THE COURT:  Okay.  Okay.  Are you also

14     representing Merrill Lynch in 11-01463?

15          MR. ASHER:  Yes.

16          THE COURT:  Okay, that -- but that's a different

17     issue, correct?

18          MR. ASHER:  That's right.  Thank you, Your Honor.

19          THE COURT:  Thank you.  Okay.  Anyone else?

20          MR. KLEINHAUS:  Your Honor, Emil Kleinhaus from

21     Wachtell, Lipton, Rosen, and Katz.  Hopefully you can hear

22     me okay.

23          THE COURT:  Perfectly.  You're good.

24          MR. KLEINHAUS:  I represent Banque Pictet & Cie, a

25     Swiss bank.  Our clients --

1              THE COURT:  Give me the case number, please?

2              MR. KLEINHAUS:  Sure, it's the same case as Mr.

3    Levin, the two (indiscernible) cases, 10-34 -- excuse me,

4    10-3635 and 10-3636.

5              THE COURT:  Okay.

6              MR. KLEINHAUS:  There is also a action against

7    Pictet only, 10-3764, that has been dismissed.

8              THE COURT:  Okay.

9              MR. KLEINHAUS:  -- by Judge Bernstein.

10             THE COURT:  That's --

11             MR. KLEINHAUS:  In the 10-3635 and 10-3636

12   matters, our client is similarly situated to other clients

13   you've heard about such as Mr. Levin's clients in the sense

14   that their history -- they got a mailing with the complaint

15   but their law firm at the time was not contemporaneously

16   mailed the complaint, and on that basis, our clients have

17   not at this time agreed to stipulate to service of the

18   complaint solely on the basis of the Cleary ruling.

19             THE COURT:  Okay.  If the other one was dismissed,

20   we're not dealing with it.  That's fine.

21             MR. KLEINHAUS:  That was just for information.

22             THE COURT:  Okay.

23             MR. KLEINHAUS:  I was focusing on the two.

24             THE COURT:  Mr. Eisner, are you keeping up with

25   these that are representing the people that -- because those

Page 53

1    are the ones that I'm probably going to allow you some

2    discovery on.  Yes, someone else?

3              MS. XU:  Morning, Your Honor.  This is Donna Xu

4    with Kobre and Kim and I represent the EFG defendants.  We

5    are --

6              THE COURT:  Give me the case number, please.

7              MS. XU:  Sure, it's 10-3634, 10-3635, and 10-3636.

8    We are contesting service at this time but we're continuing

9    to evaluate with the stipulation that Mr. Elsberg and Mr.

10   Bamberger noted pending finalization of that language.

11             THE COURT:  Okay.  Again, Mr. Elsberg, you deal

12   with this.  Okay.  Next.

13             MR. HARNIK:  This is Steve Harnik.

14             THE COURT:  Yes, Mr. Harnik.

15             MR. HART:  We represent the Vorarlberger Landes-

16   Und Hypothekenbank.  It's an Austrian bank.  It's 10-3635

17   and 10-3636.

18             THE COURT:  So the 35 and the 36, most everybody's

19   appearing on that -- those particular adversaries?

20             MR. HARNIK:  Correct.

21             THE COURT:  And you're saying the same thing.

22             MR. HARNIK:  Yes, Your Honor.

23             THE COURT:  Okay.  I need y'all talking soon.

24   Next?

25             MR. CIRILLO:  Your Honor, Richard Cirillo of King

1   and Spalding representing National Bank of Kuwait and NBK

2   Bank Suisse SA.  We are in the same position in 3635 and

3   3636; although, it is likely we will stipulate as to one of

4   those clients.  The other, I have the same issues

5   outstanding.

6           THE COURT:  Okay, just so y'all know, I'm making a

7   decision on service rather quickly.  Y'all need to make your

8   decision on what you're going to do about it.  I'm just

9   going to tell y'all that up front.  Next?

10          MR. FINN:  Good morning, Your Honor.  This is

11  Andrew Finn from Sullivan and Cromwell on behalf of Bank J.

12  Safra Sarasin in Case No. 10-3636 --

13          THE COURT:  Okay.

14          MR. FINN:  -- and also Case 10-3635.  We are in a

15  somewhat similar position.  We are likely going to

16  stipulate, but there's a unique issue in our case in that

17  the original defendant, the defendant named, is called Bank

18  Sarasin.  At the time the complaints were filed against Bank

19  Sarasin, our client subsequent to that engaged in a merger

20  and there was different counsel and we are just confirming

21  the facts with respect to the prior entity to confirm --

22          THE COURT:  we can deal with this without briefs.

23  Okay.

24          MR. FINN:  Yeah.

25          THE COURT:  I hear you.

Page 55

1           MR. FINN:  So I think that we'll get it resolved.

2    I just want to make it clear that we have not entered into

3    the stipulation yet for that reason and hopefully we can

4    reach out to liquidators' counsel --

5           THE COURT:  And honestly, we may allow him to

6    amend with corrected names.  Next person?

7           MR. PREUSS:  Your Honor?

8           THE COURT:  Yes.

9           MR. PREUSS:  This Jascha Preuss and Wuersch and

10   Gering.  We represent three entities, one of which is

11   Dresdner Bank Schweiz which is a Swiss defendant and two of

12   which are Liechtenstein defendants -- LTG Bank in

13   Liechtenstein AG and Liechtensteinische Landesbank here sued

14   as Liechtensteinische LB Reinvest AMS.  This pertains to the

15   cases 10-03635 and 36.  Our Liechtenstein clients are

16   situated somewhat differently from the Swiss defendants in

17   that Liechtenstein is not a party to the Hague Service

18   Convention.  That's number one.  So it is somewhat unclear

19   whether the ruling would be applicable to these defendants.

20          Number two, at least Liechtensteinische Landesbank

21   or Liechtensteinische LB Reinvest was not served with

22   service on counsel.  So we are still evaluating whether we

23   are going to stipulate or not, but at this point, we must

24   preserve the service issue.

25          THE COURT:  Okay, Mr. Eisner, remind me to decide

Page 56

1    a little bit later on this, if you need discovery for proper

2    names.  I have someone on the phone at 646 are -- and it

3    looks like they're trying to speak.  Anyone else?  Okay.

4            MR. HALPER:  Your Honor, this is Rick Halper with

5    McKool Smith and we represent Bank Julius Baer, also in the

6    same two actions along with many of the other defendants,

7    10-3536 and 10-3636.  Similarly, we're in a position where

8    we are valuating the proposed stipulation on this issue

9    which is in the works but I understand is still being worked

10   out.  Our client will decide if they're joining the

11   stipulation, but otherwise, as of right now, still maintains

12   their rights with respect to the service issue.

13           THE COURT:  Anyone else?

14           MR. FREEHILLS:  Your Honor --

15           THE COURT:  Yes, sir.

16           MR. FREEHILLS:  Herbert Smith Freehills on behalf

17   of a defendant in the same two actions, Bank Hapoalim

18   Switzerland, Limited.  We likewise are (sound drops)

19   evaluate and expect to enter into the stipulation, but

20   reserve our rights for now.

21           THE COURT:  Mr. Eisner, I want to take a step back

22   because one of the things I want you to look into and I will

23   allow you to have discovery on this, is getting the names

24   properly.  Let's make sure we have the proper defendants on

25   this.  And --

Page 57

1            MR. LEVIN:  Your Honor?

2            THE COURT:  Yes, sir.

3            MR. LEVIN:  May I -- Richard Levin.  May I be

4    heard on that issue?

5            THE COURT:  Yes, you may.

6            MR. LEVIN:  The case law is clear that --

7            THE COURT:  I don't have it in front of me, Mr.

8    Levin.

9            MR. LEVIN:  I'm sorry.

10           THE COURT:  You can argue that when it comes up at

11   the time.

12           MR. LEVIN:  Let me explain, Your Honor.  My point

13   is that if the defendant has not been properly served, other

14   than for discovery on personal jurisdiction, not on service

15   process, it's not clear that the defendant is subject to the

16   jurisdiction of the Court for discovery.

17           THE COURT:  You can oppose it.  You can --

18           MR. LEVIN:  I just wanted to preserve --

19           THE COURT:  -- oppose the motion --

20           MR. LEVIN:  -- the issue, Your Honor.

21           THE COURT:  -- to dismiss.  We're going to go with

22   this right now.  We're trying to figure this whole thing

23   out, so I'm not changing what we're doing right this moment.

24           MR. LEVIN:  I just wanted to preserve the issue.

25           THE COURT:  You can appeal it later, Mr. Levin.

Page 58

1              MR. LEVIN:  Thank you.

2              THE COURT:  You can appeal it after I decide.

3      Yes, ma'am.  Who's speaking?

4              MS. VALENTINE:  This is Erin Valentine from

5      Chaffetz Lindsey.  I represent Six Sis AG in 10-3636 and 10-

6      3635.  We are similarly situated to the other defendants

7      who's raised issue today and we will continue to evaluate or

8      evaluate the stipulation once it's finalized.

9              THE COURT:  I -- guys, I'm not at a stipulation.

10     I'm at complaint and service.  And I know that Cleary's been

11     taking the heavy lifting on this.  You've got a whole --

12     we've got -- we're moving this litigation forward one way or

13     the other.

14             MS. VALENTINE:  I appreciate that, Your Honor, and

15     so for the time being, we continue to preserve our arguments

16     with respect to service.

17             THE COURT:  Okay.  We are ruling on service of

18     process here.  We're not at evidentiary and we're not at a

19     stip.  Okay.  All right.  Mr. Eisner, where am I?  Help me,

20     here.

21             MR. ELSBERG:  Yes, Your Honor.  This is David

22     Elsberg --

23             THE COURT:  And Mr. Bamberger will join in.

24             MR. ELSBERG:  Yes.  So I --

25             THE COURT:  Excuse me.  Let me do one thing.

1          MR. ELSBERG:  Yes, Your Honor.

2          THE COURT:  I'm sorry to do that.  Is anyone else

3    on the phone for an entity on the service of process that

4    has not put their name and the case number on the record?

5          MS. GLIMP:  Good morning, Your Honor.  This is

6    Cherelle Glimp from DLA Piper.  We represent Banca Arner SA

7    in the two (indiscernible) proceedings, 10-3635 and 10-3636.

8    We, like some of the other defendants who've spoken today,

9    are still evaluating the stip and we would like to preserve

10   our arguments with respect to service of process.

11         THE COURT:  Excellent.  They are preserved.  Very

12   good.  Okay.  And I don't know why everybody's talking about

13   the stip.  Is it the stip to service?  Is that what

14   everybody's saying?

15         MR. ELSBERG:  Yes, Your Honor, the --

16         THE COURT:  Okay.

17         MR. ELSBERG:  That's the idea.

18         THE COURT:  Okay, thank you.

19         MR. ELSBERG:  And, but there is no stipulation

20   that exists yet and we have not gotten any clarity on who's

21   willing to sign it or not, so --

22         THE COURT:  Well, and it's --

23         MR. ELSBERG:  -- putting aside the stip --

24         THE COURT:  -- a legal conclusion for me to make

25   at the time it's brought in front of me.

Page 60

1           MR. ELSBERG:  Exactly.

2           THE COURT:  And that's what we're dealing with.

3           MR. ELSBERG:  Yes, Your Honor.

4           THE COURT:  Thank y'all very much for trying to

5   put a stip together.  I do appreciate that.

6           MR. ELSBERG:  Yes, Your Honor.  So --

7           MR. LAMBERT:  Your Honor?

8           THE COURT:  Yes.  Yes?

9           MR. LAMBERT:  This is Michael Lambert.  I

10  represent a defendant named Private Space, Ltd., which is a

11  defendant in Case 10-3630.

12          THE COURT:  Okay.

13          MR. LAMBERT:  We have raised an objection to

14  service of process.  They purported to serve our client in

15  Monaco at an address that doesn't work for us, and so we

16  have -- totally reserving our rights on the service of

17  process.

18          THE COURT:  Mr. Eisner, you have that one?

19          MR. ELSBERG:  Yes, Your Honor.  We've been

20  tracking all of these.

21          THE COURT:  Okay, that's a different one, though.

22  Every -- almost everything else was 3634, 3635, and 3636.

23  This one was unique.

24          MR. ELSBERG:  Understood, Your Honor.

25          THE COURT:  Yes, I have a 202 in Washington.  Do

Page 61

1    you wish to speak?

2              MR. PALFIN:  Yes.  Your Honor, this is Keith

3    Palfin, Winston and Strawn.  I represent BBVA Swiss in 3636

4    and 3635.  We have not -- we're preserving out service

5    objections for the time being but we do not expect to

6    contest service.  We expect that we will enter into the

7    stipulation that has been mentioned which will mean that

8    that will not be an issue that Your Honor has to confront.

9              THE COURT:  Very good.  Thank you very much.  And

10   by the way, we're figuring this out pretty quickl7y, because

11   I want this case in front of me instead of these procedural

12   matter.  Yes, Mr. Eisen -- anyone else?  Anyone else has not

13   put their name on the record and stated their objection?

14             MR. CONNELLY:  Your Honor, Rahman Connelly from

15   Pillsbury Winthrop Shaw Pittman.  We represent InCore Bank

16   and Falcon Private Bank in the 35 and 36 actions.  We, like

17   some of the other defendants -- or some of the other counsel

18   that you heard earlier, are evaluating the stipulation and

19   making a determination accordingly.

20             THE COURT:  Very good.  Anyone else?

21             MR. LOVELAND:  Yes, Your Honor, Benjamin Loveland

22   from WilmerHale.  We represent four separate Swiss

23   defendants in the 3635 and 3636 actions and we are similarly

24   situated to the last two gentlemen who spoke in that we are

25   continuing to evaluate the stipulation which had been

Page 62

1  circulated concerning the service issue.

2          MR. ZULACK:  Your Honor, this is John Zulack.  We

3  represent nine defendants in the 3536 -- 3635 and 3636

4  action.  We've agreed to the stipulation --

5          THE COURT:  Okay.

6          MR. ZULACK:  We've already agreed to the

7  stipulation and we really think that is the best way to

8  proceed with this.

9          THE COURT:  Thank you so much.  Yes.

10          MR. ELSBERG:  Your Honor, this is David Elsberg,

11  if I could just make a comment.

12          THE COURT:  Certainly, please.

13          MR. ELSBERG:  Thank you, Your Honor.  Just to be

14  clear, there is no stipulation that exists right now.

15  Drafts have been going back and forth.  No language has been

16  agreed to.  What I believe the stipulation will end up

17  saying and should end up saying is that the service issue --

18  that whoever signs the stipulation is not going to further

19  brief or argue service to Your Honor while preserving their

20  rights to appeal.

21          THE COURT:  You know, it's up to every one of them

22  and it now shows that everyone has an opinion on it.  They

23  can have an opinion on it.  They're going to have to brief

24  it and be in front of me --

25          MR. ELSBERG:  Yes.

1          THE COURT:  -- when we decide to rule on the

2     service issue, if they don't sign on to some stipulation

3     with you.

4          MR. ELSBERG:  Perfect, Your Honor.

5          THE COURT:  And I just want to be clear.  So we're

6     going to set a briefing schedule for everyone that has

7     spoken.  They have the ability to brief also and brief --

8     because just as I said at the very beginning of this

9     hearing, service is a case-by-case issue and I understand

10    that.  I think everybody here understands that.  So we will

11    give everybody their right to brief, defendant by defendant.

12    If they sign a stipulation with you, thank you very much.  I

13    personally appreciate that.

14         MR. ELSBERG:  Yes, Your Honor.

15         THE COURT:  So.

16         MR. ELSBERG:  And --

17         THE COURT:  Go ahead.

18         MR. ELSBERG:  Yes.  So in terms of where we are,

19    what I'm hoping is the case, is that whoever has raised

20    their hand today and said, I have an issue with service,

21    that will be the universe of defendants from whom we take

22    quick discovery.

23         THE COURT:  Well, just so you know Mr. Eisner, the

24    reason I keep saying, does anyone else wish to be heard,

25    does anyone else wish to be heard, as of today, anyone that

Page 64

1    was not on the record and did not preserve their right is --

2    the service is proper.

3            MR. ELSBERG:  Thank you, Your Honor.  That's what

4    I wanted to clarify.

5            THE COURT:  So I want to make sure.  I will say it

6    one more time.  Is there anyone in Court today that has not

7    put their objection on the record?

8            MR. PACCIONE:  Your Honor, Anthony -- Your Honor,

9    Anthony Paccione representing Coutts and Lloyds in 10-3636.

10   We are similarly in the position of hoping that the

11   stipulation will be signed, but since the representations

12   are there is no stipulation, I guess it's best to preserve

13   our record on service issues, as we do now.

14           THE COURT:  Thank you very much.  Anyone --

15           MR. BOCCUZZI:  Your Honor?

16           THE COURT:  -- else?  Yes, sir.

17           MR. BOCCUZZI:  Your Honor, Carmine Boccuzzi from

18   Cleary Gottlieb.  I know you've been speaking to Mr.

19   Bamberger, but --

20           THE COURT:  Yeah, I was going to say, y'all are at

21   both ends of my screen.

22           MR. BOCCUZZI:  Okay.  I'm on whatever side.  We're

23   representing a group of Citibank entities and we're working

24   on the stip as well but, you know, given the -- that

25   there's, as Mr. Elsberg has said, the stip isn't finalized,

Page 65

1    I just wanted to preserve that we've noted an objection but

2    we're working to resolve it for various entities including

3    Citivic which is in the 10-03634 case.

4              THE COURT:  Thank you.  Thank you very much.

5    Again --

6              MR. SHAMAH:  Your Honor --

7              MR. LOVELAND:  Your Honor, apologies.  Benjamin

8    Loveland from WilmerHale again.  I left out one defendant

9    that we represent in a separate case from the 3635 and 3636

10   actions and that is Ron and Bodmer Banquiers in Case No. 11-

11   01581

12             THE COURT: Very good.

13             MR. STRONG:  Your Honor, this is Fletcher Strong

14   from Wollmuth, Maher, and Deutsch.  We represent three

15   clients, Fairfield Investment Fund Limited, FIF Advanced,

16   and Fairfield Investment GCI in the two larger actions that

17   have been discussed, 3635 and 3636.  We anticipate also

18   joining the draft stipulation that has been circulated, but

19   we have raised service issues that we would like to

20   preserve.

21             THE COURT:  And you're reserving your rights.

22   Yes.  Anyone else?

23             MR. SHAMAH:  Your Honor, Daniel Shamah, O'Melveny

24   and Myers.  Represent two Credit Suisse related entities in

25   3635 and 3636 and I join in the other remarks.  We were

1    intending to joint that stipulation once it was finalized,

2    but in light of the comments, we'll reserve our rights as

3    well.

4              THE COURT:  Thank you.

5              MR. KESSLER:  Good morning, Your Honor.  Thomas --

6              MR. BAMBERGER:  Your Honor --

7              MR. KESSLER:  -- Gottlieb.  Similar to my

8    colleague --

9              THE COURT:  Mr. Kessler -- Mr. Kessler, if you

10   would repeat your name.  It --

11             MR. KESSLER:  Yes, Your Honor.

12             THE COURT:  You were not picked up on the record

13   clearly.

14             MR. KESSLER:  Understood.  It's Thomas Kessler

15   from Cleary Gottlieb.  We represent the BNP Suisse

16   defendants also in 35 -- 3635 and 3636.  Similar to my

17   colleague Mr. Boccuzzi, we intend to join the stipulation

18   once it's finalized, but given the comments this morning,

19   we'll reserve our rights until that's done.

20             THE COURT:  Since your partner's helping write it.

21   Okay.  Note.

22             MR. BAMBERGER:  I think Mr. Kessler is actually

23   writing it, Your Honor.

24             THE COURT:  Who is?  I'm sorry?

25             MR. BAMBERGER:  I think Mr. Kessler who just spoke

Page 67

1    is actually writing it.

2             THE COURT:  Okay.

3             MR. BAMBERGER:  Your Honor, can I just raise one

4    point on this, which is, the parties have briefed and Judge

5    Bernstein's decision addresses service into Switzerland.

6    And the stipulation that's currently circulating addresses

7    application of that ruling with respect to service into

8    Switzerland to other defendants, and I think we've heard

9    from a number of defendants -- large number of defendants on

10   that issue.  But what I'm just not certain of sitting here

11   right now, Your Honor, is whether defendants who (sound

12   drops) in other jurisdictions have sort of done the analysis

13   to know whether they need to preserve service issues --

14            THE COURT:  They're not here.

15            MR. BAMBERGER:  -- jurisdictions.  The issue --

16            THE COURT:  You're speaking for people that aren't

17   your clients.

18            MR. BAMBERGER:  I am, Your Honor, but only because

19   the issue of service was preserved by Judge Bernstein's

20   prior --

21            THE COURT:  You don't represent them.  If Judge

22   Bernstein reserved it, it's up to them to bring it to me.

23            MR. BAMBERGER:  Understood, Your Honor.

24            THE COURT:  You're on here today.  We're doing

25   what's here today.

Page 68

1              MR. BAMBERGER:  Understood, Your Honor.

2              MR. PALFIN:  Your Honor?  Your Honor, Keith Palfin

3    again.  I just needed to add one additional client if we're

4    talking about service beyond Swiss defendants, so I would

5    preserve service objections for Altipro Master Fund in Case

6    3627.

7              THE COURT:  3627?  Okay.  I got you.

8              MR. ASHER:  And Your Honor, this is Nate Asher

9    again.  We did reference Merrill Lynch International

10   earlier, but in light of all the comments that have been

11   made, I'd like to just take the same position as to Merrill

12   Lynch International that we'd like to reserve our rights,

13   but evaluate the stipulation.

14             THE COURT:  And that's 11 -- what case number?

15             MR. ASHER:  That is --

16             THE COURT:  I'm not doing a blanket --

17             MR. ASHER:  Apologies for the delay --

18             THE COURT:  -- case-by-case basis.

19             MR. ASHER:  It's 11-01463.

20             THE COURT:  That's what I thought it was, but you

21   had to tell me.  Okay.

22             MR. ASHER:  Thank you.

23             THE COURT:  Anyone else?

24             MR. CIRILLO:  Your Honor --

25             MR. MORRIS:  Your Honor --

Page 69

1          MR. CIRILLO:  This is Richard Cirillo of King and

2    Spalding.  Some of the comments seem to have referred to

3    clients and cases that are before the District Court and I

4    have several clients in the appellate cases that are not

5    before Your Honor.

6          THE COURT:  If they're not before me, they're not

7    before me.

8          MR. CIRILLO:  Good.  Okay.  That's all I wanted to

9    clarify.

10         THE COURT:  Listen, I'm not one of those judges

11   that reads the briefs that go up on the Court of Appeals.

12   Once it's on appeal, it is not my case anymore.  That

13   doesn't -- excuse me, not my case -- not my issue.  That

14   belongs to somebody else, not me.  Okay.

15         MR. MORRIS:  Your Honor, it's David Morris from

16   Fried Frank.  We also have two clients we would like to

17   reserve our rights --

18         THE COURT:  Okay.

19         MR. MORRIS:  On the service issue.  We're in cases

20   that other people have already been in.  It's the

21   (indiscernible) Bank and Centrum Bank.

22         THE COURT:  Okay.

23         MR. MORRIS:  Thank you, Your Honor.

24         THE COURT:  Okay.

25         MR. MARTIN:  Your Honor, Randy Martin for Shearman

```
 1    and Sterling.  I'd also reserve our rights on behalf of my

 2    clients if we're dealing with non-Swiss entities.  Those or

 3    Nomura International PLC, about a half dozen cases involving

 4    (indiscernible) defendants and (indiscernible).

 5                THE COURT:  Okay.  Anyone else?  I'm going to take

 6    a quick break.  I need a break.  I don't know how to do a

 7    break on this thing.

 8                MR. ELSBERG:  Your Honor, we could press mute and

 9    stop video --

10                THE COURT:  Oh, you could press mute.  Thank you.

11    Oh, shoot.  I'm learning.  I'm learning.

12                MR. ELSBERG:  As we all are, Your Honor.

13                THE COURT:  I'm going to take a break.

14                MR. BAMBERGER:  How long, Your Honor?

15                THE COURT:  Yes?  Yes?

16                MR. BAMBERGER:  I'm sorry, how long?

17                THE COURT:  Oh, five minutes.  I don't take long

18    breaks.  Ten minutes, since we're at home.

19        (Recess)

20                THE COURT:  I see other people beginning to join

21    us.  There -- people are coming in.  I particularly want Mr.

22    Bamberger back in.  I think he's at the office, so he may

23    have to be talking to Mr. Boccuzzi and Mr. Kessler.

24                MS. VICENS:  Judge Morris, hi.  My name is Lisa

25    Vicens.  I'm also a lawyer with Cleary Gottlieb.  I'm -- we
```

1    actually represent Caceis Bank Luxembourg on -- the matter

2    number is 10-3635 and 3636.  I just wanted to advise you

3    that we would also be joining with the other defendants that

4    are represented by Cleary and will be agreeing to the

5    stipulation on the service issues, but we wanted to appear

6    and just to reserve our rights.

7              THE COURT:  Thank you.  I hope Mr. Levin is on the

8    phone because we did a quick search and in Ganpat v. Eastern

9    Pacific Shipping, which is a Southern District of New York -

10   - Eastern District of Louisiana case, it's just a quick

11   search, discovery on service of process was allowed.  It's -

12   - that's a very quick search.  We just did it sort of in off

13   time because I wanted to make sure I was secure in that.

14             But that being said, I hope everybody's back on

15   the phone and on the -- we are on the record.  And on the

16   record, I think everyone -- well, Mr. Kessler, are you still

17   on the phone?  Because you're the one I think I'm going to

18   put on the hot seat right now.

19             MR. KESSLER:  I am, Your Honor.

20             THE COURT:  Mr. Kessler, you're the one sort of

21   putting together this stipulation?

22             MR. KESSLER:  That's right, Your Honor.

23             THE COURT:  Okay.  Then I think I'm going to just

24   let you know and I wanted you to hear this, that I am going

25   to ask the defendants to bring their 12(b)(5) motions on

1    service of process by June -- let me look at the calendar.

2    I can't look at the calendar.  I've got -- just so y'all

3    know, I have to turn every instrument off to make sure I

4    have enough Wi-Fi to talk to y'all.  So how about the -- how

5    about June 3rd, which is, I believe, a Thursday?

6              MR. KESSLER:  I think that timing works, Your

7    Honor.  I would clarify I think the defendants have already

8    moved under 12(b)(5) and I think what we'd be talking about

9    is the Liquidators' motion for alternative service.

10             THE COURT:  Okay.  What docket number is that?

11             MR. KESSLER:  That's an excellent question, Your

12   Honor.

13             THE COURT:  Because I don't know that I've seen

14   it.  And is that in each case or is that in the -- remember,

15   service has to be on a case-by-case basis.  That was Judge

16   Bernstein's ruling.

17             MR. KESSLER:  So Your Honor, I don't believe that

18   the Liquidators -- so the Liquidators have not sought

19   alternative service as to every Swiss defendant.  There was

20   a request for alternative service in respect of the

21   guideline.

22             THE COURT:  we're not even on Swiss.  I think

23   that's been dealt with, hasn't it, by Judge Bernstein?  Am I

24   wrong?

25             MR. KESSLER:  No (sound drops).  Well, in certain

Page 73

1    determinations as -- of law have been made that are

2    applicable to HSBC Swiss, Your Honor, there are --

3              THE COURT:  Tell you what.  I want a new motion on

4    every single defendant on service.  So either you sign on to

5    the stipulation or you file your motion.  That way Mr.

6    Eisner and I know or the Liquidators know and I know which

7    one's going to be contested and it's not a 12(b)(6).  This

8    is a 12(b)(5).  We're talking about service.

9              MR. KESSLER:  I understand, Your Honor.

10             THE COURT:  And in response, Mr. Eisner and his

11   team would possibly move for alternative service but that's

12   not what we're here.  And Mr. Eisner, when you're doing your

13   motions to amend, if you have the proper names, please put

14   them in.

15             MR. ELSBERG:  Yes, Your Honor.

16             THE COURT:  All right.  So now then, we've dealt

17   with the complaint and we've dealt with service.  Have we --

18   and we've sort of dealt with timeframes.

19             MR. ELSBERG:  Your Honor, yes.  We have -- I don't

20   think we've yet dealt with a timeframe for discovery on

21   service.

22             THE COURT:  Okay, I'm going to --

23             MR. LEVIN:  Your Honor --

24             THE COURT:  Let me just be clear.  Mr. Kessler,

25   let me just come back to you for a moment.  To make the

Page 74

1    record clear, I'm going to deny any of the 12(b)(5) motions

2    without prejudice so then it comes in on every single case.

3    That makes everything clean, if they're currently pending,

4    okay?

5              MR. KESSLER:  Understood, Your Honor.

6              THE COURT:  And one brief per defendant on that.

7    Okay, somebody else -- no grouping.  Somebody --

8              MR. LEVIN:  Yes, Your Honor, Richard Levin.

9              THE COURT:  Yes, sir, Mr. Levin.

10             MR. LEVIN:  You said we dealt -- you said we dealt

11   with timing.  June 3rd for 12(b)(5) motions.  What about

12   opposition and reply?

13             THE COURT:  I haven't gotten there.  I've only

14   gotten -- that's why I said, we're dealing with timeframe

15   because we -- I want to coordinate everything.  We've got

16   the amended complaint timeframe, correct?

17             MR. ELSBERG:  Yes, Your Honor.

18             THE COURT:  So then on the service timeframe, when

19   you file your 12(b)(5) motion, you file your brief with that

20   so it comes in, not just a motion, but you filed your legal

21   brief on what your grounds are and then we will -- okay, so

22   that's June 3rd.  So Mr. Eisner, when reply?

23             MR. ELSBERG:  For replay, maybe what we could do

24   is -- or for our opposition.

25             THE COURT:  Opposition, right.

1           MR. ELSBERG:  Yes.  We would want to build

2    discovery in there, so Your Honor, do you think it would

3    work if we had, say, 45 days of discovery and then a couple

4    of weeks after that for us to put our briefs in?

5           THE COURT:  Sounds good.

6           MR. ELSBERG:  So that --

7           THE COURT:  Sounds good.  So what day does that

8    put us out for?  What hearing day?  Back it up so that

9    you're a week ahead of a hearing day.

10           MR. ELSBERG:  Okay, we'll do that.  So I'm just

11    figuring it out.  So June 3rd puts us out to, if it's 60

12    days, I'm going to say May 21, July 21 --

13           THE COURT:  August the 18th?  Is that a good day?

14           MR. ELSBERG:  Yes, that's a good day.

15           THE COURT:  Okay, August the 18th.

16           MR. ELSBERG:  And --

17           THE COURT:  So you've got to back up from that.

18    You've got to back up at least a week from that so that we

19    have time to absorb it.

20           MR. ELSBERG:  Yes, Your Honor.

21           THE COURT:  I mean, nothing at the last minutes

22    for us.  We've still got a whole other caseload going on.

23           MR. ELSBERG:  Yes, understood.  And for discovery,

24    I would ask that we -- I would ask that we be able to, I

25    guess, start discovery now on the -- only on service -- on

1    the defendants who raised their hands --

2                THE COURT:  Okay.

3                MR. ELSBERG:  -- today.

4                THE COURT:  Sounds good.

5                MR. ELSBERG:  And by the way, I'm just looking at

6    the calendar now.  Forty-five days takes us to July 19th.

7                THE COURT:  So then let's go out to September on

8    this.

9                MR. ELSBERG:  And then 21 days from July 19th to

10   file our opposition is August 9.

11               THE COURT:  So let's -- September 15th.  September

12   -- excuse me, September 15th is when we'll hear it.

13               MR. ELSBERG:  Okay, Your Honor.  And then my next

14   question is, when we can begin discovery.  What I would

15   request, what I think might be reasonable, would be if we

16   can start -- if we can start immediately on discovery for

17   those who have raised their hands and said --

18               THE COURT:  Well, some of them -- okay, I don't

19   disagree with that.

20               MR. ELSBERG:  Yes.

21               THE COURT:  But many of them are working on the

22   stipulation.

23               MR. ELSBERG:  Yes.

24               THE COURT:  So they're going to either file it by

25   June 1st, so --

1           MR. ELSBERG:  Yes.

2           THE COURT:  Give them some time to work on the

3    stipulation and then if it's not done June 1st.  Why don't

4    you start discovery June 1st so that -- well, that -- so

5    they either file the stipulation or they file their brief so

6    you know what you're dealing with, too.

7           MR. ELSBERG:  Yes.  Yes.

8           THE COURT:  I mean, you might be go chasing down

9    the wrong rabbit hole.

10           MR. ELSBERG:  I agree.  Yes.  No, Your Honor, I

11   was actually going to propose the same thing, that they --

12   that there's a deadline for the stipulation.  I was hoping

13   that the deadline for the stip could be sooner.  This issue

14   has been kicking around for months now.  We've been trying

15   to do a stipulation and so I was hoping that the deadline

16   for the stipulation could be within a week or two.

17           THE COURT:  Sooner than that?

18           MR. ELSBERG:  Yeah, so then we really would know

19   sooner.

20           THE COURT:  Okay, what's 30 days -- 30 days from

21   today is May 21st?

22           MR. ELSBERG:  Yes.

23           THE COURT:  Give or take.

24           MR. ELSBERG:  Yeah, give or take.

25           THE COURT:  Okay, so then they need to file their

Page 78

1    -- I need an order on this.  I need a stipulation that they

2    file their briefs on every one that has either not consented

3    or is objecting to file their briefs by May the 21st.  Now,

4    does that still make it good for September the 15th?  Does

5    that work better or, I mean, does that still make the timing

6    good on that?

7              MR. ELSBERG:  Yes.  In fact, we could do it by the

8    August date.

9              THE COURT:  I prefer that, because again, the two

10   issues that I have right now for me, clean complaint and the

11   service, so that we can just get to the meat of what we're

12   talking about.

13             MR. ELSBERG:  Okay.  So Your Honor, if I could, I

14   could propose some dates that would get this ready for the -

15   - for it to be --

16             THE COURT:  August --

17             MR. ELSBERG:  For the August conference, yes.

18             THE COURT:  August 18th.  August --

19             MR. ELSBERG:  Yes.

20             THE COURT:  Okay, please do.

21             MR. ELSBERG:  Okay.

22             THE COURT:  So I'm ruling on it now but not

23   proposed.  I'm ruling that it will be back and it's not for

24   everybody else to decide.  They will either sign on to the

25   stip or file their motion by May the 21st.  Then we have the

1    briefing schedule -- what's the briefing schedule then?  And

2    I'm ordering it right now.

3              MR. ELSBERG:  Yeah, so our opposition would be on

4    July 26th, 45 days for discovery --

5              THE COURT:  Well, 45 discovery on your briefing

6    schedule, not after that.

7              MR. ELSBERG:  Correct.  No, no, no, correct.

8              THE COURT:  Okay.

9              MR. ELSBERG:  Correct.  So opposition due on July

10   26.

11             THE COURT:  Perfect.  That's perfect for then the

12   August 18th day.  Perfect.

13             MR. BOCCUZZI:  -- reply, Your Honor?

14             THE COURT:  No.  No replies.  I don't allow Sur-

15   Replies.  Put it all in your original brief.

16             MR. ELSBERG:  Your Honor, may I bring up one other

17   issue?

18             THE COURT:  Yes, Mr. Eisner -- Eisenberg.

19             MR. ELSBERG:  Yeah, sorry.  I typed it.  It looks

20   like an I.  It's --

21             THE COURT:  Oh.

22             MR. ELSBERG:  I apologize.  It's David Elsberg.

23             THE COURT:  I know, I keep looking at that

24   thinking that's not what I think it is.  Okay, go ahead.

25             MR. ELSBERG:  It's hard to read on the screen.  So

Page 80

1    Your Honor, earlier when we were talking about the motion to

2    amend and I asked if we could have a reply, I think that

3    maybe there was a lack of clarity on the sequence of the

4    briefing.

5              THE COURT:  Okay.

6              MR. ELSBERG:  -- be wrong, but we would be filing

7    the opening brief.  They would -- the defendants would be

8    filing an opposition, and what I was asking for was 14 days

9    for a reply which I did not think was a Sur-Reply.

10             THE COURT:  Okay.  That's just a reply and same

11   thing with Mr. Levin.  Mr. Levin, within -- seven days.

12   I'll give you seven days on the replies.

13             MR. ELSBERG:  Thank you, Your Honor.

14             THE COURT:  And Mr. Levin, I stand corrected.

15   Thank you.

16             MR. LEVIN:  Yes.  Thank you, Your Honor.

17             THE COURT:  All right.  Where are we now?  Where

18   are we now?

19             MR. ELSBERG:  I think we're in a good spot for

20   now, Your Honor.  Since Your Honor said you do not want to -

21   - I almost hesitate to even mention the word motion to

22   dismiss right now.  we're not dealing with that.

23             THE COURT:  We're not doing motion to dismiss --

24             MR. ELSBERG:  Yes.

25             THE COURT:  -- until we have a complaint.

1              MR. ELSBERG:  Yes.

2              THE COURT:  Until we have an official complaint.

3              MR. ELSBERG:  Yes.  And so we have the motion to

4     amend scheduled and so we will then have complaints, so the

5     complaints will be squared away.  We have a schedule for

6     briefing on the service issue and we have a schedule for

7     discovery on the -- for discovery on the --

8              THE COURT:  Service issue.

9              MR. ELSBERG:  On the service issue and the

10    discover will not begin until after we know who has

11    stipulated and who has not.

12             THE COURT:  Mr. Kessler, the ball is in your park

13    -- yeah, on your park in that one, so --

14             MR. ELSBERG:  And Your Honor, just to give an idea

15    of what I'm contemplating for discovery to maybe avoid

16    disputes later, I would think that it would be very narrow,

17    very quick, and that it would be -- we would ask for

18    documents, only on service, and in some instances we might

19    ask for a 30(b)(6) on only the topic -- 30(b)(6) deposition

20    on only the topic of service.  That's what I would

21    contemplate.

22             THE COURT:  Exactly.  Okay.  I agree with you.  I

23    think that as far as I'm concerned, that's pretty quick and

24    pretty clean and remember, this is service.  It does not

25    take me having knowledge of what's gone on in this case

1    before.  This is just -- this is, I think, what we all

2    basically learned in law school 101 --

3         MR. ELSBERG:  Yes, Your Honor.

4         THE COURT:  Or in civil procedure 101.  Okay,

5    cool.  Guys, I feel good about today.

6         MR. ELSBERG:  I do, too, Your Honor.

7         THE COURT:  I'm seeing you again in May.

8         MR. ELSBERG:  Yes, Your Honor.

9         THE COURT:  Okay.

10        MR. ELSBERG:  And we appreciate that you are --

11   that you're moving this forward.  Very grateful for that.

12        THE COURT:  This -- by the way, I did have a fan

13   on the phone.  She left.

14        MR. ELSBERG:  I agree.  I agree with her.  I agree

15   with her.

16        THE COURT:  As I blush (indiscernible) red.

17        MR. ELSBERG:  Amen to what she said,

18   (indiscernible), yes.

19        THE COURT:  You ruled against me and I disagree

20   with you, but I think you're great.  I'm going to put that

21   on my tombstone.

22        MR. ELSBERG:  Yes.  Yes.

23        THE COURT:  Everybody -- anybody else wish to be

24   heard on any other matter?  It's good seeing y'all.  And

25   everyone that's just on the phone, think about Zoom.  I

1    really do like seeing y'all.  It makes a difference to me.

2    I put a face to a name and then when I see you again I may

3    not remember your name, but I'll remember that I had you and

4    you were here, so thank you.

5            MR. LEVIN:  Your Honor, some of us were not

6    sartorially prepared for the hearing.

7            THE COURT:  Listen, truly, you should see me.  I'm

8    flying blind because everything is off except this, so I'm

9    like, okay.  Thanks everyone.

10           MR. ELSBERG:  Thank you, Your Honor.

11           THE COURT:  Please stay safe.  Stay well.

12           MR. BAMBERGER:  Thank you, Judge.

13           MR. ELSBERG:  Likewise, Your Honor.

14           WOMAN 1:  Thank you.

15           THE COURT:  Wash your hands.  Wear your mask.  And

16   have a great day.  Take care.

17           MR. ELSBERG:  You too, Your Honor.  Bye.

18           THE COURT:  Bye bye.

19           (Whereupon these proceedings were concluded at

20   11:37 AM)

21

22

23

24

25

Page 84

1                        I N D E X

2

3                       RULINGS

4                                        Page        Line

5    12(b)(5) motions denied without prejudice    74          1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 85

1                   C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  April 22, 2021

**&**

**&**  5:3,17 6:1,8,15
  7:2,8 8:1,15 9:8
  51:24

**0**

**01581**  65:11
**03633**  15:1
**03635**  15:13
**03636**  15:17
**03790**  15:24

**1**

**1**  11:21 83:14 84:5
**1/10/2020**  16:6
**10**  14:25 15:12,23
  16:6 50:3 58:5
**10-01551**  18:2
**10-03496**  1:4 3:7
  11:8
**10-03622**  12:24
**10-03626**  13:15
**10-03627**  13:24
**10-03630**  14:18
**10-03634**  15:8
  50:21,24 65:3
**10-03635**  55:15
**10-04098**  16:6
**10-04099**  16:13
**10-13164**  1:3 11:3
**10-34**  52:3
**10-3536**  56:7
**10-3630**  60:11
**10-3633**  49:22
**10-3634**  53:7
**10-3635**  50:3
  52:11 53:7,16
  54:14 59:7 71:2
**10-3636**  48:3 52:4
  52:11 53:7,17
  54:12 56:7 58:5
  59:7 64:9
**10-3764**  52:7

**100**  7:10
**10001**  7:18
**10004**  2:3 9:4
**10005**  7:11
**10019**  7:4 8:11
**10022**  6:11
**10022-3908**  6:4
**10022-6069**  8:17
**10036**  5:13 6:18
**101**  82:2,4
**10104**  5:6
**10110**  9:11
**105**  14:19
**10:00**  2:6 3:4 4:3
**10th**  7:10 12:25
  13:16,25 14:11
  16:14,19,25 17:7
  17:9,15,22 18:3
**11**  65:10 68:14
**11-01350**  16:18
**11-01463**  16:25
  51:14 68:19
**11-01579**  17:7
**11-01617**  17:15
**11-02770**  17:21
**11/26/2019**  18:9
**11501**  85:23
**11:37**  83:20
**12**  20:12 21:5,8
  22:5,5,19 25:4,4
  25:15 71:25 72:8
  73:7,8 74:1,11,19
  84:5
**125**  9:3
**1290**  5:5
**13**  29:12 33:21
**14**  43:5 80:8
**15**  11:7 19:8,24
  24:21 28:23 32:11
  32:12,24
**15th**  26:19 29:23
  76:11,12 78:4

**17**  18:16,18 19:21
  20:12 22:22,24
  25:4 30:15
**18**  12:6,14 18:16
  18:18 19:22 25:18
  26:4 28:1
**18th**  75:13,15
  78:18 79:12
**19**  3:1 18:10
**19-01122**  18:9
**1901**  8:3
**19th**  76:6,9
**1st**  76:25 77:3,4

**2**

**2**  29:11
**20036**  8:4
**20037**  5:20
**2016**  19:17
**2018**  26:16
**202**  60:25
**2020**  3:2 12:25
  13:16,25 14:11,18
  15:1,8,13,17,24
  16:14,19,25 17:7
  17:9,15,22 18:3
  19:8,24 26:19
  28:23 29:11,12
  32:11,24 34:25
  35:5,15
**2021**  2:5 20:8
  24:12 85:25
**21**  2:5 35:16 43:4
  43:5,13,16 75:12
  75:12 76:9
**2112**  5:19
**21st**  77:21 78:3,25
**22**  29:10 85:25
**237**  15:9
**26**  23:17 24:12
  32:13 79:10
**26th**  20:8 79:4
**283**  19:9 32:12

**2873**  19:6,9,25
  29:23 32:24
**2874**  29:17

**3**

**3**  37:6
**30**  38:18 43:13,14
  77:20,20 81:19,19
**300**  85:22
**301**  8:10
**3090-2**  22:16
**3091**  3:2
**330**  85:21
**35**  27:22 53:18
  61:16 66:16
**3521**  3:9
**3522**  3:17
**3536**  62:3
**359**  7:17
**36**  53:18 55:15
  61:16
**3627**  68:6,7
**3633**  49:22
**3634**  60:22
**3635**  54:2 58:6
  60:22 61:4,23
  62:3 65:9,17,25
  66:16
**3636**  49:23 50:4
  54:3 60:22 61:3
  61:23 62:3 65:9
  65:17,25 66:16
  71:2
**3rd**  6:10 72:5
  74:11,22 75:11

**4**

**4**  21:3 24:16,18,24
**4/21/2021**  3:4 4:3
**43**  18:3
**44**  17:8,15
**45**  75:3 79:4,5
**46**  16:7
**466**  15:13

**[49 - appearing]**                                                                Page 2

**49**   17:22

**5**

**5**   25:7,8,23,24
  71:25 72:8 73:8
  74:1,11,19 84:5
**50**   13:17 17:8,9,12
**500**   9:10
**50th**   7:17
**51**   7:3
**517**   15:17
**52nd**   7:3 8:10
**54**   17:1
**599**   8:16

**6**

**6**   73:7 81:19,19
**60**   75:11
**646**   56:2
**66**   16:14
**69**   16:19

**7**

**7**   5:12 6:17
**74**   84:5
**79**   13:1

**8**

**800**   6:10
**86**   15:2
**87**   15:25

**9**

**9**   76:10
**919**   6:3
**95**   13:25
**964**   4:1
**9th**   7:17 14:18
  15:1,8,13,17,24

**a**

**abeyance**   26:2
**ability**   24:3 63:7
**able**   29:19 75:24
**abn**   15:12,16
**absorb**   75:19

**accept**   51:10
**account**   33:3
**accurate**   85:4
**action**   3:18,19
  50:21 52:6 62:4
**actions**   12:7,15
  19:22 20:12 21:5
  21:8 34:24 56:6
  56:17 61:16,23
  65:10,16
**adam**   6:13 49:15
**add**   22:20 23:15
  24:3 29:10 68:3
**additional**   21:5
  68:3
**address**   26:7,25
  39:2 41:8 60:15
**addressed**   39:22
**addresses**   67:5,6
**adjourned**   3:3 4:3
  26:1
**adjournment**   3:2
  4:1
**administered**   11:3
  11:5
**adv**   1:4
**advanced**   65:15
**adversaries**   53:19
**adversary**   3:7
  11:8,9 30:16 50:1
**advise**   71:2
**advisors**   49:17
  50:8
**affiliation**   11:10
**ag**   15:12,17,23
  55:13 58:5
**agree**   30:15 31:4
  45:24 46:1 77:10
  81:22 82:14,14,14
**agreed**   28:22
  35:25 36:1,2
  52:17 62:4,6,16

**agreeing**   71:4
**ahead**   19:17,20
  20:5,7 26:10
  63:17 75:9 79:24
**al**   1:12,15 3:8,9
  11:5
**allegation**   28:12
**allegations**   23:15
  26:25 28:17,18,19
**allege**   29:8
**alleged**   21:6
**allianz**   6:9 47:17
  49:8,16 50:7,8
**allow**   30:5 33:24
  34:3,4 53:1 55:5
  56:23 79:14
**allowed**   30:4
  33:23 71:11
**allowing**   29:21
  31:5,8
**alternative**   72:9
  72:19,20 73:11
**altipro**   68:5
**amen**   82:17
**amend**   12:17 13:6
  17:13 19:5,8,12
  19:18,23 23:2,4
  24:5 25:3,11
  26:16 27:3 28:11
  29:15,20,21 31:5
  31:8,13,14,15
  32:2,10,14,20,20
  32:21,21 33:19,23
  34:4,5,7,15 36:8
  38:10 39:1,3
  40:19 41:2 45:4,8
  55:6 73:13 80:2
  81:4
**amended**   12:10
  12:25 13:3,4,15
  13:16,20,20 14:4
  14:11,15,18 15:1
  15:4,8,9,13,14,20

  16:2,9,13,15,18
  16:21,25 17:3,18
  17:21,24 18:2,5,9
  18:13,19,25 23:3
  24:22 25:2 26:12
  26:14,20 29:8
  35:12,14 36:21
  42:25 44:19 74:16
**amendment**   14:22
  27:25 39:25 40:3
  40:9,9
**amendments**   19:2
  27:2 28:15,23
  30:4,5
**americas**   5:5
**amro**   15:12,16
**ams**   55:14
**amsterdam**   1:15
  3:9 11:5
**analysis**   67:12
**andrew**   9:6 54:11
**answer**   14:15
  30:12 31:15 33:11
  38:17
**anthony**   9:20 64:8
  64:9
**anticipate**   65:17
**anybody**   82:23
**anymore**   69:12
**apologies**   65:7
  68:17
**apologize**   43:15
  43:17,20 79:22
**appeal**   21:9 36:13
  46:13 57:25 58:2
  62:20 69:12
**appeals**   36:3,5
  69:11
**appear**   71:5
**appeared**   48:21
**appearing**   49:16
  53:19

**appellate** 37:20
37:21 69:4
**applicable** 55:19
73:2
**application** 67:7
**applied** 45:2
**appreciate** 58:14
60:5 63:13 82:10
**approval** 35:24
**april** 2:5 11:24
85:25
**arbitrage** 16:5
**argue** 57:10 62:19
**arguments** 29:18
29:19 39:4,5
58:15 59:10
**arms** 35:22
**arner** 59:6
**arrow** 26:3
**asher** 6:20 50:17
50:18,19,19,23
51:1,8,15,18 68:8
68:8,15,17,19,22
**aside** 59:23
**asked** 80:2
**asking** 14:9 18:5
80:8
**aspects** 39:3
**assume** 39:23
**attached** 45:9
**attempt** 22:15
**attorneys** 5:4,11
5:18 6:2,9,16 7:2
7:9,16 8:2,9 9:2,9
**august** 44:20
75:13,15 76:10
78:8,16,17,18,18
79:12
**austrian** 53:16
**avenue** 5:5,19 6:3
6:10 7:17 8:16
9:10

**avoid** 81:15
**avoidance** 34:24
35:12
**aware** 49:13

**b**

**b** 2:21 71:25 72:8
73:7,8 74:1,11,19
81:19,19 84:5
**back** 35:16 36:6
38:14 43:5,11
56:21 62:15 70:22
71:14 73:25 75:8
75:17,18 78:23
**baer** 7:16 56:5
**ball** 81:12
**bamberger** 5:22
11:22,23 26:7,11
26:21,23 27:6,10
28:3,7 33:7,10,15
38:18,21,23 39:11
39:19 40:2,4,6
46:9,17,20,25
48:8,10,14 51:10
53:10 58:23 64:19
66:6,22,25 67:3
67:15,18,23 68:1
70:14,16,22 83:12
**banca** 59:6
**bank** 6:9 7:9,16
8:9,9 9:2 14:25
16:12 17:14 42:21
47:17 48:4 49:8
49:16 50:7,8 51:2
51:3,25 53:16
54:1,2,11,17,18
55:11,12 56:5,17
61:15,16 69:21,21
71:1
**bankruptcy** 1:1
2:1,23 36:6,12
37:22
**banks** 42:18

**banque** 7:2 51:24
**banquiers** 65:10
**based** 42:19,22
**basically** 82:2
**basis** 37:5 39:17
39:17 51:5 52:16
52:18 68:18 72:15
**bbva** 8:2 61:3
**bear** 48:5
**began** 28:24
**beginning** 12:8
18:23 63:8 70:20
**behalf** 3:11,20
28:3 49:16 54:11
56:16 70:1
**believe** 25:7 28:4
48:2 49:2 62:16
72:5,17
**belong** 36:14
**belongs** 36:13
69:14
**benjamin** 9:18
61:21 65:7
**bernstein** 19:11
20:9 23:21 24:2
25:11 29:13,16,17
29:20,22 31:8
32:10 33:21,24
34:1,13 35:2 37:6
37:15 38:15 44:24
52:9 67:22 72:23
**bernstein's** 18:24
23:16 28:25 34:17
38:15 67:5,19
72:16
**best** 62:7 64:12
**bet** 44:18
**better** 78:5
**beyond** 42:2 68:4
**bgl** 13:15
**big** 26:3
**bit** 20:21 45:11
56:1

**blanket** 68:16
**blind** 83:8
**blmis** 42:22
**block** 6:1 47:14
**blush** 82:16
**bnp** 13:15,23 16:5
16:12 17:6,8 18:1
66:15
**boccuzzi** 5:23
64:15,17,17,22
66:17 70:23 79:13
**bodmer** 65:10
**bowling** 2:2
**boy** 37:17
**branch** 16:18
**break** 70:6,6,7,13
**breaks** 70:18
**brief** 3:1 19:5,7,10
19:25 20:1 25:9
25:11 27:16,19,21
29:9,9,12,13 30:8
30:20,21,22 31:14
31:16 32:3,4 33:8
33:11 37:7,16
43:25 62:19,23
63:7,7,11 74:6,19
74:21 77:5 79:15
80:7
**briefed** 67:4
**briefing** 3:10,19
19:11 27:20,21
32:2 33:6 34:14
34:14 38:7 39:1
43:1 63:6 79:1,1,5
80:4 81:6
**briefs** 43:1 54:22
69:11 75:4 78:2,3
**bring** 39:14 67:22
71:25 79:16
**broad** 9:3 42:23
**broadens** 42:14
42:15

[broader - completion]                                                    Page 4

broader 44:9
broderick 21:11
brought 28:19
  59:25
brown 5:10 11:18
build 75:1
bunch 29:18
  33:22
bvi 34:24
bye 83:17,18,18

**c**

c 5:1 11:1 85:1,1
caceis 71:1
calendar 72:1,2
  76:6
called 11:6 12:9
  54:17
capacity 3:14,23
capital 15:7 50:20
  50:24
caption 47:16,18
  49:8
care 36:1 83:16
carmine 5:23
  64:17
case 1:3,4 11:7
  12:3,11,12 13:10
  13:11 14:12,20
  18:23 21:24 28:9
  28:10,16 33:4,5
  37:3,5,5 39:7,16
  39:16,17,17 45:18
  45:19 47:20 48:21
  49:18 52:1,2 53:6
  54:12,14,16 57:6
  59:4 60:11 61:11
  63:9,9,19 65:3,9
  65:10 68:5,14,18
  68:18 69:12,13
  71:10 72:14,15,15
  74:2 81:25
caseload 75:22

cases 11:3 49:20
  50:5 52:3 55:15
  69:3,4,19 70:3
cayman 16:13
cecelia 2:22 3:9
  3:17
centrum 69:21
certain 67:10
  72:25
certainly 38:5
  62:12
certified 25:2
  26:19 85:3
certifying 27:2
cgm 3:5,7 4:4
chaffetz 58:5
change 23:10
changes 23:14
changing 57:23
chapter 11:7,7
characterized
  47:15
chart 21:16 22:15
chasing 77:8
checking 48:3
cherelle 59:6
chris 11:13
christine 11:24
cie 7:2 51:24
circulated 62:1
  65:18
circulating 67:6
circumstance
  49:5
cirillo 9:17 53:25
  53:25 68:24 69:1
  69:1,8
citco 3:18 18:8
citibank 12:24
  64:23
citigroup 17:20
citivic 65:3

civil 44:4 82:4
claim 39:21
claims 23:22 29:2
  35:13
clarify 64:4 69:9
  72:7
clarifying 38:25
clarity 42:1 59:20
  80:3
clean 37:13 74:3
  78:10 81:24
cleaned 32:16,17
  35:4
clear 13:12 21:18
  27:9,9 30:24
  33:18 36:2 37:15
  40:20,20,24 41:23
  42:4,11 43:13
  44:8 46:1,9 49:11
  55:2 57:6,15
  62:14 63:5 73:24
  74:1
clearly 66:13
cleary 5:17 11:23
  11:25 40:13 46:11
  48:25 52:18 64:18
  66:15 70:25 71:4
cleary's 58:10
client 48:9,11,19
  48:23,24 49:7,7
  49:12 52:12 54:19
  56:10 60:14 68:3
clients 11:13
  46:10,12,14 47:10
  51:25 52:12,13,16
  54:4 55:15 65:15
  67:17 69:3,4,16
  70:2
cocktail 22:1
code 44:3
collaku 11:25
collapse 39:3,15

colleague 66:8,17
colleagues 11:15
come 37:24 43:10
  73:25
comes 57:10 74:2
  74:20
coming 70:21
comment 62:11
comments 66:2,18
  68:10 69:2
common 31:20
complaint 12:9,10
  12:25 13:4,4,16
  13:20,21 14:4,11
  14:12,15,19 15:2
  15:4,9,14,18,21
  15:24 16:3,6,10
  16:13,15,18,22,25
  17:4,18,21,24
  18:2,6,9,12,14,19
  22:23,23,25 23:3
  27:12,19 31:23
  33:20 34:23 35:5
  36:17,21 37:12,13
  39:21 40:23 42:10
  42:11,15 44:20
  45:7,8,9 48:6,15
  52:14,16,18 58:10
  73:17 74:16 78:10
  80:25 81:2
complaints 12:14
  12:18 18:25 19:5
  21:2 24:22 25:2
  26:12,15,20 28:1
  28:11 29:5,5,7,8
  35:12,15 36:24
  42:25 54:18 81:4
  81:5
completed 27:2
completely 20:14
completion 25:2
  26:20

conceivably 39:24
concerned 81:23
concerning 62:1
concluded 83:19
conclusion 59:24
conference 3:3
  4:2 12:6 20:22
  21:17 22:16 41:6
  78:17
confirm 54:21
confirming 54:20
confront 61:8
connelly 8:13
  61:14,14
consented 78:2
conservative
  47:16 49:9
consideration
  38:14
consolidate 25:1
  27:22
constructive
  23:22 25:13 29:2
contact 41:19
contain 34:23
contemplate
  81:21
contemplating
  81:15
contemporaneo...
  52:15
contest 50:11 51:6
  61:6
contested 73:7
contesting 46:12
  51:4,8 53:8
continue 28:10
  58:7,15
continuing 50:10
  53:8 61:25
convention 37:8
  55:18

cool 82:5
cooperating 31:24
coordinate 38:24
  74:15
copy 29:4
correct 11:6,6
  13:1 16:7 17:1,16
  17:22 18:3,15,17
  20:16 23:11 26:13
  26:15 31:6 51:17
  53:20 74:16 79:7
  79:7,9
corrected 55:6
  80:14
correctly 18:25
correspondent
  42:18
counsel 11:17
  27:1 54:20 55:4
  55:22 61:17
country 85:21
couple 46:10 75:3
course 35:10
  43:24
court 1:1 2:1 11:2
  12:1,8,16,19,22
  13:3,7,10,14,19
  13:23 14:2,4,7,10
  14:14,17,22,25
  15:4,7,12,16,20
  15:23 16:2,5,9,12
  16:17,21,24 17:3
  17:6,11,14,18,20
  17:24 18:1,5,8,13
  18:16,18,22 19:15
  19:17,20 20:4,7
  20:14,17,24 21:10
  21:12,18,20,24
  22:3,5,8,11,13,19
  22:22 23:3,6,8,10
  23:13,17,19,24
  24:2,7,10,13,15
  24:17,19,23 25:1

25:8,14,18,20,24
  25:25 26:3,6,10
  26:15,18,22 27:5
  27:8,11,14 28:6
  28:20 29:24 30:1
  30:3,7,11,19 31:2
  31:4,9,11,13,18
  32:6,9,13,19,25
  33:3,8,13,16 34:8
  34:11,20,23 35:2
  35:4,7,9,14,20
  36:1,3,3,5,9,11,12
  36:13,16,19,23
  37:1,20,21,23
  38:5,7,11,13,20
  38:22 39:5,13,25
  40:3,5,8,23 41:1,4
  41:9,14,17,24
  42:3,7,10 43:14
  43:16,18,21 44:1
  44:3,5,7,11,14,17
  45:3,17,24 46:1,7
  46:15,16,19,23
  47:2,6,9,12,20,25
  48:4,8,13,17 49:1
  49:4,6,14,18,22
  49:24 50:3,13,18
  50:22,24 51:6,13
  51:16,19,23 52:1
  52:5,8,10,19,22
  52:24 53:6,11,14
  53:18,21,23 54:6
  54:13,22,25 55:5
  55:8,25 56:13,15
  56:21 57:2,5,7,10
  57:16,17,19,21,25
  58:2,9,17,23,25
  59:2,11,16,18,22
  59:24 60:2,4,8,12
  60:18,21,25 61:9
  61:20 62:5,9,12
  62:21 63:1,5,15
  63:17,23 64:5,6

64:14,16,20 65:4
  65:12,21 66:4,9
  66:12,20,24 67:2
  67:14,16,21,24
  68:7,14,16,18,20
  68:23 69:3,6,10
  69:11,18,22,24
  70:5,10,13,15,17
  70:20 71:7,20,23
  72:10,13,22 73:3
  73:10,16,22,24
  74:6,9,13,18,25
  75:5,7,13,15,17
  75:21 76:2,4,7,11
  76:18,21,24 77:2
  77:8,17,20,23,25
  78:9,16,18,20,22
  79:5,8,11,14,18
  79:21,23 80:5,10
  80:14,17,23,25
  81:2,8,12,22 82:4
  82:7,9,12,16,19
  82:23 83:7,11,15
  83:18
court's 27:3
courtsolutions 3:5
  4:4
coutts 64:9
credit 65:24
cromwell 9:1
  54:11
currently 19:3
  20:13 21:9 26:13
  67:6 74:3
custody 18:9

d

d 5:22 7:13 11:1
  84:1
d.c. 8:4
daniel 9:21 65:23
date 19:24 78:8
  85:25

[dates - electronic]                                                          Page 6

**dates** 78:14
**david** 3:11,19 5:8
  5:15 9:23 11:11
  11:17,19 40:17
  58:21 62:10 69:15
  79:22
**day** 27:1 43:23
  75:7,8,9,13,14
  79:12 83:16
**days** 38:11,16,18
  43:4,5,5,13,13
  75:3,12 76:6,9
  77:20,20 79:4
  80:8,11,12
**dc** 5:20
**deadline** 77:12,13
  77:15
**deadlines** 26:1
**deal** 22:8 26:22
  37:1,4 39:16 40:9
  40:11,12 53:11
  54:22
**dealing** 22:25
  36:17 39:8 40:3
  42:11 43:9 52:20
  60:2 70:2 74:14
  77:6 80:22
**dealt** 44:24 72:23
  73:16,17,18,20
  74:10,10
**debtors** 1:10
**december** 26:16
**decide** 55:25
  56:10 58:2 63:1
  78:24
**decided** 25:11
  34:6
**decision** 23:16,17
  23:20 26:16 28:25
  31:7 34:17 37:6
  42:19 43:9 54:7,8
  67:5

**decisions** 33:4
**declared** 23:21
  29:1
**defendant** 49:10
  50:6 51:2 54:17
  54:17 55:11 56:17
  57:13,15 60:10,11
  63:11,11 65:8
  72:19 73:4 74:6
**defendants** 1:16
  5:18 11:24 20:20
  21:5,6,14 22:17
  28:4,16 29:3,12
  32:8 33:10,20
  34:2,4,18 38:24
  42:17,19 46:17,21
  48:10,11 53:4
  55:12,16,19 56:6
  56:24 58:6 59:8
  61:17,23 62:3
  63:21 66:16 67:8
  67:9,9,11 68:4
  70:4 71:3,25 72:7
  76:1 80:7
**defense** 46:7
**defer** 19:11 34:13
**delay** 28:24 68:17
**denied** 20:4 21:9
  84:5
**deny** 74:1
**deposition** 81:19
**described** 51:10
**determination**
  61:19
**determinations**
  73:1
**deutsch** 9:8 65:14
**difference** 20:24
  83:1
**different** 20:14
  44:11 46:12 48:25
  49:25,25 51:16
  54:20 60:21

**differently** 46:21
  46:22 55:16
**digest** 43:23
**directed** 47:4
**disagree** 76:19
  82:19
**discover** 81:10
**discovery** 41:6,7,8
  41:9,18,21,21
  42:5 43:10 44:9
  44:16 45:11,12,16
  53:2 56:1,23
  57:14,16 63:22
  71:11 73:20 75:2
  75:3,23,25 76:14
  76:16 77:4 79:4,5
  81:7,7,15
**discuss** 28:25
**discussed** 12:5
  65:17
**discussing** 49:21
**dismiss** 3:1,10,19
  12:6 25:10,12
  31:21 36:24 40:21
  57:21 80:22,23
**dismissed** 25:4
  52:7,19
**dismissing** 31:22
**disputes** 81:16
**district** 1:2 69:3
  71:9,10
**dla** 59:6
**doc** 3:2,9,17 4:1
  17:10
**docket** 19:6,9,25
  22:16 29:11,17,23
  32:12,24 46:4,8
  72:10
**docketed** 14:11
**document** 13:1,16
  13:25 14:19 15:1
  15:8,13,17,25
  16:7,14,19,25

  17:7,8,9,15,22
  18:3,10
**documents** 36:4
  81:18
**doing** 22:20 37:25
  45:6 57:23 67:24
  68:16 73:12 80:23
**donna** 9:16 53:3
**double** 48:3
**doubt** 21:15
**dozen** 70:3
**draft** 65:18
**drafts** 62:15
**dragging** 28:10
**dresdner** 7:9
  55:11
**drop** 35:12
**drops** 56:18 67:12
  72:25
**due** 79:9

                    **e**

**e** 2:21,21 5:1,1
  11:1,1 84:1 85:1
**earlier** 24:6 28:19
  28:25 29:9 61:18
  68:10 80:1
**eastern** 71:8,10
**ecro** 2:25
**efficient** 39:2
**efg** 53:4
**eisen** 61:12
**eisenberg** 79:18
**eisner** 47:2 49:14
  50:15 52:24 55:25
  56:21 58:19 60:18
  63:23 73:6,10,12
  74:22 79:18
**either** 41:19 45:17
  73:4 76:24 77:5
  78:2,24
**electronic** 45:18
  45:19

elsberg 3:11,19
5:8 11:11,11 12:5
12:13,17,21 13:2
13:5,9,13,18,22
14:1,3,6,8,13,16
14:21,24 15:3,6
15:11,15,19,22
16:1,4,8,11,16,20
16:23 17:2,5,10
17:12,17,19,23,25
18:4,7,11,15,17
18:21 19:2,16,19
19:21 20:6,10,16
20:19 21:8,11,13
21:19,23 22:2,4,7
22:10,12,14,21
23:1,5,7,9,12,14
23:18,20 24:1,4,9
24:11,14,16,18,21
24:25 25:6,9,17
25:19,22,25 26:5
26:9,12 27:13
28:21 29:25 30:2
30:6,10,17,24
31:3,7,10,12,17
32:4,7,11,18,22
33:2,9,14,17 34:9
34:12,22 35:1,3,6
35:8,10,19,23
36:7,10,15,18,22
36:25 38:2,6,9,12
40:17,17,24 41:2
41:5,13,16,23,25
42:4,9 43:12,15
43:17,20,24 44:2
44:6,8,13,15 45:1
45:15,22,25 46:3
47:4,8 51:9 53:9
53:11 58:21,22,24
59:1,15,17,19,23
60:1,3,6,19,24
62:10,10,13,25
63:4,14,16,18

64:3,25 70:8,12
73:15,19 74:17,23
75:1,6,10,14,16
75:20,23 76:3,5,9
76:13,20,23 77:1
77:7,10,18,22,24
78:7,13,17,19,21
79:3,7,9,16,19,22
79:22,25 80:6,13
80:19,24 81:1,3,9
81:14 82:3,6,8,10
82:14,17,22 83:10
83:13,17
emil 7:6 51:20
ends 64:21
engaged 54:19
enter 56:19 61:6
entered 55:2
entering 51:9
entities 49:10
50:20 51:1 55:10
64:23 65:2,24
70:2
entity 3:18 6:2
47:18,19 49:11,12
50:7 51:4 54:21
59:3
envisioning 39:23
erin 58:4
espana 18:2
ester 11:16
et 1:12,15 3:8,9
11:5
europe 16:17
evaluate 53:9
56:19 58:7,8
61:25 68:13
evaluating 55:22
59:9 61:18
everybody 13:11
27:16 32:16 42:11
63:10,11 78:24
82:23

everybody's
53:18 59:12,14
71:14
evidentiary 58:18
exactly 26:21
29:18 50:3,5 60:1
81:22
example 39:21
excellent 59:11
72:11
excuse 49:24 52:3
58:25 69:13 76:12
existent 51:4
exists 59:20 62:14
expand 44:17
expect 47:23
56:19 61:5,6
expected 34:18
explain 57:12
explaining 22:1
50:6

**f**

f 2:21 85:1
face 39:21 83:2
fact 32:23,23 78:7
facts 29:7 54:21
fairfield 1:8,12
3:7,11,12,13,20
3:21,21 9:9 11:2,4
12:24 13:14,23
14:17,25 15:7,12
15:16,23 16:5,12
16:17,24 17:6,14
17:20 18:1,8
32:15,15,15 37:6
42:20 65:15,16
falcon 8:9 61:16
fan 82:12
far 81:23
february 20:8
23:17 24:12
federal 44:4

feel 39:12 82:5
fi 72:4
fif 65:15
fifth 9:10
figure 27:23 57:22
figuring 61:10
75:11
file 22:15 23:3
24:5 29:14,20,21
30:11,11,25 32:9
32:13,20 33:23,24
34:3,5,6,9,19
35:12 36:21 38:2
38:9 73:5 74:19
74:19 76:10,24
77:5,5,25 78:2,3
78:25
filed 3:1,10,19
12:17 16:6 19:4,5
19:7,10,22,24
20:1,2 21:16
24:22 27:1,3 28:7
32:12,23,23,25
33:11,19,20 36:8
51:11 54:18 74:20
filing 25:2 45:18
45:19 80:6,8
finalization 53:10
finalized 58:8
64:25 66:1,18
financial 49:16
50:8
find 21:1 24:9
46:5 50:22
finding 44:21
fine 22:11 52:20
finished 36:12
finn 9:6 54:10,11
54:14,24 55:1
firm 37:7,9,16
41:20 44:25 48:23
48:24 50:8,11
52:15

[firms - honor]                                                                     Page 8

**firms** 45:5,7,12,13
  45:13,21 51:11
**first** 14:10 28:7
  29:1 31:16 36:5
  36:16,23 37:11,22
  42:10,14 50:6
**five** 31:20 70:17
  76:6
**fletcher** 9:13
  65:13
**flipped** 37:11
**floor** 7:10,17
**flying** 83:8
**focusing** 52:23
**foregoing** 85:3
**foreign** 3:14,23
**forever** 39:6
**forth** 62:15
**fortis** 17:14
**forty** 76:6
**forward** 41:7
  58:12 82:11
**four** 61:22
**framed** 47:18
**frank** 69:16
**freehills** 56:14,16
  56:16
**fried** 69:16
**front** 21:14,15
  30:13,14 43:5,5
  48:6 54:9 57:7
  59:25 61:11 62:24
**fully** 28:18
**fund** 9:9 47:16
  65:15 68:5
**funds** 42:20,20
**further** 25:3
  27:14 33:6 34:14
  34:21 62:18
**future** 22:18

**g**

**g** 2:22 3:9,17 11:1
**ganpat** 71:8
**gay** 5:3 11:12,17
**gci** 65:16
**gentlemen** 61:24
**gering** 7:8 55:10
**getting** 13:20 48:5
  56:23
**ggc** 1:15 3:8 11:5
**give** 41:11 43:14
  43:18 47:20 52:1
  53:6 63:11 77:2
  77:23,24 80:12
  81:14
**given** 64:24 66:18
**giving** 29:13
**glimp** 59:5,6
**global** 17:20 18:8
**go** 12:10 13:7
  19:20 21:22 26:10
  27:14 34:20 42:2
  57:21 63:17 69:11
  76:7 77:8 79:24
**going** 12:19,22,23
  13:10 20:7 22:14
  27:17,17,21,23
  30:19,21 31:13,14
  31:15,25,25 32:1
  33:5 34:4 37:14
  37:25 39:1,6,7,13
  39:14,14 43:22,22
  45:5,6,9 48:18
  53:1 54:8,9,15
  55:23 57:21 62:15
  62:18,23 63:6
  64:20 70:5,13
  71:17,23,24 73:7
  73:22 74:1 75:12
  75:22 76:24 77:11
  82:20
**good** 11:19,22
  14:17 27:10 30:19

31:9 50:14 51:23
  54:10 59:5,12
  61:9,20 65:12
  66:5 69:8 75:5,7
  75:13,14 76:4
  78:4,6 80:19 82:5
  82:24
**gotten** 41:7 59:20
  74:13,14
**gottlieb** 5:17
  11:23,25 46:11
  64:18 66:7,15
  70:25
**grant** 18:25 19:2
  24:2 35:21
**granted** 26:15,24
  28:5 30:16,18
**grateful** 82:11
**great** 82:20 83:16
**green** 2:2
**greg** 11:13
**grounds** 74:21
**group** 39:9 64:23
**grouped** 20:19
**grouping** 74:7
**groups** 20:17
**guess** 64:12 75:25
**guideline** 72:21
**guys** 58:9 82:5

**h**

**hague** 37:8 55:17
**half** 70:3
**halper** 7:20 56:4,4
**hamilton** 5:17
**hand** 23:19 63:20
**hands** 76:1,17
  83:15
**hapoalim** 56:17
**happen** 47:6
**happened** 28:24
  30:25 33:19
**happy** 33:11

**harbor** 19:12,14
  34:15
**hard** 79:25
**harnik** 9:25 53:13
  53:13,14,20,22
**hart** 53:15
**head** 20:22 47:1
**hear** 37:8,8 43:22
  43:22 51:21 54:25
  71:24 76:12
**heard** 27:16 29:18
  52:13 57:4 61:18
  63:24,25 67:8
  82:24
**hearing** 3:1,2,3,3
  3:7,17 4:1,1,2,2
  34:1 44:18,19,20
  63:9 75:8,9 83:6
**heavy** 58:11
**held** 3:3 4:2 26:1
**help** 35:11 58:19
**helpful** 21:16 22:4
  22:15
**helping** 66:20
**herbert** 56:16
**hesitate** 80:21
**hi** 70:24
**hired** 48:24
**history** 26:18
  52:14
**hold** 19:15,15
**hole** 77:9
**holidays** 38:22
**home** 70:18
**hon** 2:22 3:9,17
**honestly** 36:3 55:5
**honor** 11:22 12:5
  12:13,14 13:2,5,9
  13:18,22 14:1,3
  14:13,21,24 15:3
  15:6,11,15,19
  16:1,4,8,11,16,20
  16:23 17:2,5,10

17:13,17,23,25
18:4,7,11,15,21
19:3,9,19 20:3,6
20:10,16,22 21:14
21:15,19 22:2,15
23:2,5,12,18 24:1
24:4,11,18 25:7
25:19,22 26:5,7
26:11,13,15,23
27:10,13 28:3,21
30:6,10,17,24
31:12,17 32:4,5
32:18,22 33:7,9
33:10,12,14,17,17
34:9,22 35:6,8,11
35:23 36:7,10,15
36:15,18,25 38:2
38:4,9,18,25
39:11,19,23 40:4
40:6,18,19,20,25
41:3,8,13,16,23
42:1,5,9 43:12,20
43:24,25 44:2,6,9
44:16 45:1,15,22
46:9 47:5,8,11,15
47:23 48:3,20
49:23 50:17 51:18
51:20 53:3,22,25
54:10 55:7 56:4
56:14 57:1,12,20
58:14,21 59:1,5
59:15 60:3,6,7,19
60:24 61:2,8,14
61:21 62:2,10,13
62:19 63:4,14
64:3,8,8,15,17
65:6,7,13,23 66:5
66:6,11,23 67:3
67:11,18,23 68:1
68:2,2,8,24,25
69:5,15,23,25
70:8,12,14 71:19
71:22 72:7,12,17

73:2,9,15,19,23
74:5,8,17 75:2,20
76:13 77:10 78:13
79:13,16 80:1,13
80:16,20,20 81:14
82:3,6,8 83:5,10
83:13,17
**honor's** 35:24
**hope** 71:7,14
**hopefully** 51:21
55:3
**hoping** 63:19
64:10 77:12,15
**hot** 39:7,12 71:18
**hsbc** 5:18 11:23
14:17,25 46:15
48:4,11,25 73:2
**hyde** 4:25 85:3,8
**hypothekenbank**
53:16

### i

**idea** 59:17 81:14
**identified** 26:17
**identifies** 22:16
**ignorance** 37:2
**immediately** 27:1
76:16
**implementing**
24:14
**important** 48:1
**inappropriate**
28:13
**including** 28:14
65:2
**incore** 8:9 61:15
**independent** 29:6
**indiscernible** 52:3
59:7 69:21 70:4,4
82:16,18
**individually**
40:12
**information** 52:21

**instances** 81:18
**instruction** 27:3
**instrument** 72:3
**intend** 66:17
**intending** 42:20
66:1
**international** 1:8
68:9,12 70:3
**interrupting**
37:18
**invest** 42:19
**invested** 42:21
**investigate** 28:18
**investigation** 29:6
**investment** 9:9
65:15,16
**involves** 12:6 42:2
**involving** 70:3
**issue** 27:16,18,19
27:21 31:16,23
37:10,11 39:25
40:9,10,10,11,12
41:5,14 44:11,23
45:11 46:13 48:4
51:17 54:16 55:24
56:8,12 57:4,20
57:24 58:7 61:8
62:1,17 63:2,9,20
67:10,15,19 69:13
69:19 77:13 79:17
81:6,8,9
**issues** 19:13,14
25:10 31:21 34:15
36:19 39:15,18,23
39:24 42:2 54:4
64:13 65:19 67:13
71:5 78:10
**it'll** 47:22
**i've** 24:19 43:23

### j

**j** 5:15 9:2 54:11
**january** 12:25
13:16,24 14:11,18

15:1,8,13,17,24
16:14,19,25 17:7
17:9,15,21 18:2
19:8,24 24:21
26:19 28:23 29:10
29:11,23 32:11,12
32:24 34:25
**jascha** 7:13 55:9
**jenner** 6:1 47:14
**john** 9:19 62:2
**join** 58:23 65:25
66:17 70:20
**joined** 11:24
**joining** 56:10
65:18 71:3
**joint** 5:4,11 11:11
11:13 12:3 19:22
30:25 34:3,5
40:18 66:1
**jointly** 11:3,5
**joking** 21:2
**jordan** 11:24
**judge** 2:23 11:12
11:15,19 13:8
18:23 19:11 20:9
21:9 23:16,20
24:2 25:11 29:20
29:22 31:7 32:10
33:24 34:1,13
35:2 36:6 37:5,15
38:14,15 44:24
52:9 67:4,19,21
70:24 72:15,23
83:12
**judges** 69:10
**julius** 7:16 56:5
**july** 44:18,19
75:12 76:6,9 79:4
79:9
**jump** 37:17
**june** 3:1 72:1,5
74:11,22 75:11
76:25 77:3,4

**jurisdiction** 37:12
39:22 41:15,15
42:2,6,13,13,16
42:18 43:3,10
44:10 48:22 57:14
57:16
**jurisdictions**
67:12,15
**justice** 28:25
29:13,16,17 33:21
34:16

**k**

**katz** 51:21
**keep** 37:18 63:24
79:23
**keeping** 52:24
**keith** 8:6 61:2
68:2
**ken** 11:13
**kenneth** 3:13,22
**kessler** 9:22 66:5
66:7,9,9,11,14,14
66:22,25 70:23
71:16,19,20,22
72:6,11,17,25
73:9,24 74:5
81:12
**kicking** 77:14
**kim** 6:8 49:15
53:4
**kind** 31:18
**king** 53:25 69:1
**kleinhaus** 7:6
51:20,20,24 52:2
52:6,9,11,21,23
**know** 18:19 20:18
20:24 25:15 28:8
31:22 32:25 34:2
36:17,19,20,20
37:3 38:16 39:6
40:11 41:19 42:1
46:25 47:2,6
48:17 54:6 58:10

59:12 62:21 63:23
64:18,24 67:13
70:6 71:24 72:3
72:13 73:6,6,6
77:6,18 79:23
81:10
**knowing** 42:20
**knowledge** 20:20
21:6,14 22:17
23:15,23 26:17,25
29:3 81:25
**knows** 42:11
**kobre** 6:8 49:15
53:4
**konanova** 11:16
**krock** 11:16
**krys** 3:13,22
**kryzowski** 11:18
**kuwait** 54:1

**l**

**l** 8:3
**l0-3635** 52:4
**lack** 80:3
**lambda** 3:11,20
**lambert** 10:1 60:7
60:9,9,13
**landes** 53:15
**landesbank** 55:13
55:20
**language** 23:10
53:10 62:15
**large** 67:9
**larger** 65:16
**late** 28:15
**lavine** 6:13 49:15
49:15,20 50:1,5
50:15
**law** 37:7,9,16
41:20 44:24 45:5
45:7,12,13,13,21
48:23,24 51:11
52:15 57:6 73:1
82:2

**lawyer** 70:25
**lawyers** 29:4
**lb** 55:14,21
**learn** 18:23
**learned** 82:2
**learning** 28:16
70:11,11
**leave** 19:8,12,23
20:12 21:8 25:3,6
25:20 26:1,16,24
30:15 33:23 34:3
34:5,6,15 38:3,10
39:1,3
**ledanski** 4:25 85:3
85:8
**left** 26:14 65:8
82:13
**legal** 47:18 49:12
59:24 74:20 85:20
**leisure** 21:16,20
**lena** 11:15
**letter** 3:9,17 12:3
29:12,13,16,17
30:8,13,20,21,25
33:13,15,21,21,22
33:25 34:2
**letters** 30:8,9
**levin** 6:6 47:11,12
47:14,14,22 48:2
48:5,15,18,20
49:2,5,8,21,23
50:6,10,15 52:3
57:1,3,3,6,8,9,12
57:18,20,24,25
58:1 71:7 73:23
74:8,8,9,10 80:11
80:11,14,16 83:5
**levin's** 52:13
**lexington** 8:16
**liechtenstein**
55:12,13,15,17
**liechtensteinische**
55:13,14,20,21

**lifting** 58:11
**light** 23:16 66:2
68:10
**likewise** 56:18
83:13
**limited** 1:8,12 3:8
3:11,12,13,20,21
3:22 9:9 11:4
25:10 43:7,8
44:21 56:18 65:15
**limiting** 41:21
**lindsey** 58:5
**line** 3:4 4:3 84:4
**lines** 51:12
**linked** 49:10
**lipton** 7:1 51:21
**liquidation** 1:12
3:8,12,12,13,20
3:21,22 11:4
**liquidator** 3:15,23
**liquidators** 5:4,11
11:12,14 19:22
26:25 28:10 30:25
34:3,5 40:18
49:13 55:4 72:9
72:18,18 73:6
**lisa** 9:24 70:24
**listen** 69:10 83:7
**litigation** 58:12
**little** 20:5,21 56:1
**live** 12:7
**lloyds** 64:9
**llp** 5:17 6:15 8:1
9:1,8 47:14
**long** 28:10 41:19
45:19 70:14,16,17
**look** 21:22 25:22
30:21 56:22 72:1
72:2
**looking** 21:3
37:21 43:7 76:5
79:23

**looks** 24:11 56:3
  79:19
**lot** 21:21 35:11
  38:24
**loud** 40:24
**louisiana** 71:10
**loveland** 9:18
  61:21,21 65:7,8
**ltg** 55:12
**lumping** 42:15
**lux** 13:24 16:18
**luxembourg**
  16:18 71:1
**lynch** 6:16 16:24
  50:20,25 51:2,3
  51:14 68:9,12

**m**

**ma'am** 58:3
**madoff** 29:5
**maher** 9:8 65:14
**mail** 48:23
**mailed** 52:16
**mailing** 52:14
**maintained** 51:3
**maintains** 56:11
**making** 54:6
  61:19
**man** 11:21
**marek** 11:17
**markets** 15:8
  17:21 50:20,25
**martin** 8:19 69:25
  69:25
**mask** 83:15
**master** 68:5
**matter** 1:6 39:17
  39:17 47:10 61:12
  71:1 82:24
**matters** 19:1
  52:12
**mckool** 7:15 56:5
**mean** 20:20 37:13
  45:5 51:8 61:7

**means** 27:22
**meat** 78:11
**meet** 23:22
**mention** 22:14
  80:21
**mentioned** 24:5
  29:9 32:5 41:3
  61:7
**merger** 54:19
**merrill** 6:16 16:24
  50:20,25 51:2,3
  51:14 68:9,11
**michael** 10:1 60:9
**might've** 28:19
**mind** 30:3 45:10
**mineola** 85:23
**minute** 20:5 41:11
  42:8
**minutes** 70:17,18
  75:21
**missing** 46:6
**mitchell** 11:13
**molton** 5:15 11:17
  11:19,19
**moment** 23:25
  47:23 48:7 57:23
  73:25
**monaco** 60:15
**money** 42:21
**months** 77:14
**morning** 11:19,21
  11:22 53:3 54:10
  59:5 66:5,18
**morris** 2:22 3:9
  3:17 9:23 11:12
  11:15 68:25 69:15
  69:15,19,23 70:24
**motion** 3:1,10,18
  12:6,17 19:4,7,12
  19:18,22 20:11
  23:2,4 24:5 25:6
  25:10,11,12,20

26:1 27:3,6 29:15
  29:20,21 30:13,15
  31:5,8,13,14,15
  31:21 32:1,9,14
  32:14,20,20,21,22
  33:19,20,23 34:3
  34:5,6,14 35:4,14
  35:18,21 36:7,24
  38:3,10 39:1,3
  40:19,21 41:2
  45:4,8,8 57:19
  72:9 73:3,5 74:19
  74:20 78:25 80:1
  80:21,23 81:3
**motion's** 35:17
**motions** 25:13
  30:11 71:25 73:13
  74:1,11 84:5
**move** 25:3 31:23
  41:7 73:11
**moved** 72:8
**moving** 58:12
  82:11
**murdukhayeva**
  11:16
**mute** 70:8,10
**myers** 6:15 65:24

**n**

**n** 5:1 11:1 84:1
  85:1
**name** 11:10 12:1
  47:13,17 49:9,11
  50:7 59:4 61:13
  66:10 70:24 83:2
  83:3
**named** 48:14 51:1
  54:17 60:10
**names** 55:6 56:2
  56:23 73:13
**narrow** 81:16
**nate** 50:19 68:8
**nathaniel** 6:20

**national** 54:1
**nbk** 54:1
**need** 23:21 30:22
  33:8 35:4,15
  36:17,19,20,20
  45:12,16 48:17
  53:23 54:7 56:1
  67:13 70:6 77:25
  78:1,1
**needed** 29:2 68:3
**needs** 37:6
**negotiating** 46:14
**new** 1:2 2:3 5:6,13
  6:4,11,18 7:4,11
  7:18 8:11,17 9:4
  9:11 13:8 28:11
  28:12 32:14 33:3
  33:8 35:12 38:2
  71:9 73:3
**nine** 62:3
**nodding** 20:22
**nominee** 17:6,9
**nomura** 1:8 70:3
**non** 51:3 70:2
**note** 66:21
**noted** 53:10 65:1
**notice** 3:2,2 4:1,2
**nowell** 5:22 11:23
**number** 11:7,9
  13:6 24:15 29:11
  29:13 31:20,21
  46:11 47:20 48:10
  48:11 49:18 52:1
  53:6 55:18,20
  59:4 67:9,9 68:14
  71:2 72:10
**numbers** 43:7,8
**nv** 17:14 18:9
**ny** 2:3 5:6,13 6:4
  6:11,18 7:4,11,18
  8:11,17 9:4,11
  15:23 85:23

**o**

o  2:21 11:1 85:1
o'melveny  6:15
  65:23
objecting  48:18
  78:3
objection  60:13
  61:13 64:7 65:1
objections  61:5
  68:5
obligation  29:4
obviously  35:24
  46:4
office  70:22
official  81:2
officially  30:5,13
oh  11:7 35:17
  49:24 70:10,11,17
  79:21
okay  12:16,19
  18:18 19:20 20:6
  21:2,4,10 22:3,9
  22:21 23:6,13,19
  23:24 24:7,11,19
  24:20 25:1,5,14
  25:17,22,24,25
  26:3,6,11 27:5,8
  27:11,25 29:24
  30:3 32:6 33:5
  36:18 37:16,17
  38:1,6,13,21 40:4
  40:15 41:1,4,23
  41:24 43:4,12,20
  44:2,6,17,18 45:3
  45:10 46:16,19
  47:12 48:13,15
  49:1,4,14,18,25
  49:25 50:13,22,23
  50:24 51:7,13,13
  51:16,19,22 52:5
  52:8,19,22 53:11
  53:12,23 54:6,13
  54:23 55:25 56:3

58:17,19 59:12,16
  59:18 60:12,21
  62:5 64:22 66:21
  67:2 68:7,21 69:8
  69:14,18,22,24
  70:5 71:23 72:10
  73:22 74:4,7,21
  75:10,15 76:2,13
  76:18 77:20,25
  78:13,20,21 79:8
  79:24 80:5,10
  81:22 82:4,9 83:9
old  85:21
once  37:23 58:8
  66:1,18 69:12
one's  73:7
ones  12:23 21:7
  21:13 46:23,23
  47:2,6 53:1
opening  19:5,7,25
  20:1 29:9 48:16
  80:7
operative  12:25
opinion  62:22,23
opportunity
  28:18
oppose  57:17,19
opposition  19:9
  20:2 74:12,24,25
  76:10 79:3,9 80:8
oppositions  36:21
order  18:24,24
  20:9 21:4 23:22
  24:7,8,12,14 28:8
  28:22 29:1 31:5
  32:21 36:2 78:1
ordered  46:15
ordering  79:2
orders  30:12 42:8
original  54:17
  79:15
outcome  25:12

outstanding  14:12
  15:24 31:23 54:5
overthink  40:5,8

**p**

p  5:1,1 11:1
paccione  9:20
  64:8,9
pacific  71:9
page  21:3 24:15
  24:16,18,24 25:7
  25:8,23,24 29:13
  33:21 43:7,8 84:4
pages  27:22
palfin  8:6 61:2,3
  68:2,2
paragraph  24:23
paribas  13:15,24
  16:5,12 17:6,9
  18:1
park  81:12,13
part  20:4 28:9,24
  32:17 50:6
partially  20:4
particular  53:19
particularly
  70:21
parties  3:10,18
  19:11 28:22 34:13
  34:18 35:23,24
  46:14 67:4
partner's  66:20
party  22:1 55:17
pending  12:14
  19:23 20:13 25:12
  26:13 29:10 30:15
  32:23 39:6 53:10
  74:3
pennsylvania
  5:19
people  52:25
  67:16 69:20 70:20
  70:21

perfect  63:4 79:11
  79:11,12
perfectly  51:23
permit  43:25
permitted  29:14
  44:4
permitting  44:16
person  55:6
personal  41:15,15
  42:1,5,13,13,16
  42:18 43:2,9 44:9
  48:22 57:14
personally  63:13
pertains  55:14
phone  11:14,15
  13:11 47:9 56:2
  59:3 71:8,15,17
  82:13,25
picked  66:12
picking  39:18
pictet  7:2 51:24
  52:7
pillsbury  8:8
  61:15
piper  59:6
pittman  8:8 61:15
place  21:4 28:9
plaintiffs  1:13
  12:2 25:1 26:19
  29:21
plc  1:8 70:3
please  24:10,10
  47:21 52:1 53:6
  62:12 73:13 78:20
  83:11
pled  39:21
pllc  5:3
plus  29:18
pocket  47:16 49:9
point  24:8 26:7
  39:20 41:22 48:22
  55:23 57:12 67:4

[points - representing]                                                                    Page 13

points  48:21
position  50:9,9
    54:2,15 56:7
    64:10 68:11
possibly  73:11
prefer  78:9
prejudice  74:2
    84:5
prejudicial  28:15
prepared  83:6
present  9:15
preserve  46:13
    55:24 57:18,24
    58:15 59:9 64:1
    64:12 65:1,20
    67:13 68:5
preserved  59:11
    67:19
preserving  61:4
    62:19
press  70:8,10
pretty  61:10
    81:23,24
preuss  7:13 55:7,9
    55:9
prevail  23:22 29:2
prevailing  14:19
prior  23:16 54:21
    67:20
private  8:9 14:25
    16:12 48:4 60:10
    61:16
probably  53:1
problem  26:13
procedural  32:16
    39:2 61:11
procedurally
    28:13
procedure  44:4
    82:4
proceed  62:8
proceeded  25:9

proceeding  3:7
    11:8,9
proceedings
    30:16 50:2 59:7
    83:19 85:4
process  42:24
    57:15 58:18 59:3
    59:10 60:14,17
    71:11 72:1
proper  37:15
    44:21 56:1,24
    64:2 73:13
properly  37:5,15
    39:22 56:24 57:13
propose  77:11
    78:14
proposed  28:23
    29:8 34:23,24
    56:8 78:23
purported  50:12
    60:14
pursuant  27:2
    29:22
put  12:1,22 28:9
    29:12 31:20 37:19
    42:25 43:2 59:4
    60:5 61:13 64:7
    71:18 73:13 75:4
    75:8 79:15 82:20
    83:2
puts  75:11
putting  44:22
    59:23 71:21

                q

quagmire  44:22
question  38:25
    39:20 42:23 47:24
    72:11 76:14
quick  63:22 70:6
    71:8,10,12 81:17
    81:23
quickl7y  61:10

quickly  43:6 54:7

                r

r  2:21 5:1 8:6 11:1
    85:1
rabbit  77:9
rahman  8:13
    61:14
raise  41:5 67:3
raised  39:20 41:6
    58:7 60:13 63:19
    65:19 76:1,17
raising  47:24
randy  8:19 69:25
rare  30:8,9
reach  55:4
read  18:25 30:3
    36:4 37:19 79:25
reading  21:21
reads  49:8 69:11
ready  78:14
really  43:7 49:12
    62:7 77:18 83:1
reason  19:10 20:3
    28:9 34:13 39:20
    48:20 55:3 63:24
reasonable  76:15
reasons  28:13,14
    29:14 33:22
recess  70:19
recollection  20:18
record  12:2,22
    40:18 47:13 59:4
    61:13 64:1,7,13
    66:12 71:15,16
    74:1 85:4
red  82:16
redeemed  42:17
refer  38:14
reference  22:17
    68:9
referenced  25:6
referred  69:2

quickly  43:6 54:7

referring  32:14
refresh  20:18
reinvest  55:14,21
related  65:24
relevant  26:8,24
remaining  21:13
remains  45:2
remand  36:5
    37:22
remarks  65:25
remember  13:8
    72:14 81:24 83:3
    83:3
remind  55:25
repeat  30:20
    66:10
replay  74:23
replies  79:14,15
    80:12
reply  3:1 19:9
    20:2 43:25 44:3
    74:12,22 79:13
    80:2,9,9,10
represent  11:14
    47:15,19 50:19,25
    51:24 53:4,15
    55:10 56:5 58:5
    59:6 60:10 61:3
    61:15,22 62:3
    65:9,14,24 66:15
    67:21 71:1
representations
    64:11
representative
    3:14,23
represented  46:11
    71:4
representing
    11:23 40:13 45:14
    45:19,20 46:8
    47:10,13 51:14
    52:25 54:1 64:9
    64:23

[represents - shaw]                                                                                          Page 14

**represents** 50:8
**request** 13:4
  38:18 72:20 76:15
**requested** 28:2
**requesting** 14:7
  14:15,22 15:4,9
  15:14,20 16:2,9
  16:15,21 17:3
**reserve** 56:20
  66:2,19 68:12
  69:17 70:1 71:6
**reserved** 67:22
**reserving** 48:21
  60:16 65:21
**resolve** 20:11 65:2
**resolved** 19:13
  34:16,16 55:1
**respect** 12:18
  46:10,14 54:21
  56:12 58:16 59:10
  67:7 72:20
**respond** 27:25
  28:1
**response** 28:20
  32:3 34:11,12
  35:18 73:10
**retained** 50:12
**richard** 6:6 9:17
  47:14 53:25 57:3
  69:1 74:8
**rick** 7:20 56:4
**right** 12:19 18:22
  21:4,12,15 22:11
  22:11 23:8 24:19
  26:6,21,23 27:11
  27:11,12,14,15,18
  27:19 29:24 31:20
  33:5 37:17 38:7
  40:14,22 41:14
  42:7 45:4,9 46:1
  48:6 49:1 51:11
  51:18 56:11 57:22
  57:23 58:19 62:14

63:11 64:1 67:11
  71:18,22 73:16
  74:25 78:10 79:2
  80:17,22
**rights** 56:12,20
  60:16 62:20 65:21
  66:2,19 68:12
  69:17 70:1 71:6
**road** 85:21
**ron** 11:16 65:10
**rosen** 51:21
**rudnick** 5:10
  11:18
**rule** 19:1 33:6
  63:1
**ruled** 82:19
**ruling** 29:22 45:1
  52:18 55:19 58:17
  67:7 72:16 78:22
  78:23
**rulings** 35:5 38:15
  84:3

**s**

**s** 5:1 11:1
**sa** 13:15 17:14
  49:9 54:2 59:6
**safe** 19:12,14
  34:15 83:11
**safra** 9:2 54:12
**sarasin** 9:2 54:12
  54:18,19
**sartorially** 83:6
**saying** 21:3 26:12
  29:19 30:4 40:7
  42:1,5 46:4 48:18
  53:21 59:14 62:17
  62:17 63:24
**says** 24:8,17,21
  25:14,20,25 31:23
  37:6
**schedule** 27:20,21
  28:9 38:7 41:3
  63:6 79:1,1,6 81:5

81:6
**scheduled** 81:4
**scheduling** 28:8
  28:22
**school** 82:2
**schweiz** 7:9 15:12
  15:16 55:11
**screen** 64:21
  79:25
**se** 16:17
**search** 28:11,12
  71:8,11,12
**seat** 39:7,12 71:18
**sec** 13:24
**second** 13:14
  14:14 37:1,3,10
  37:14 41:11 42:12
  49:11
**secs** 17:6
**secure** 71:13
**see** 20:22 24:9
  29:16 36:24 37:19
  42:14 45:18 70:20
  83:2,7
**seeing** 82:7,24
  83:1
**seeking** 13:5
  17:12,18,24 18:13
  18:19 19:3
**seen** 72:13
**selendy** 5:3 11:12
  11:17
**sense** 52:13
**sentry** 1:8,12 3:8
  3:12,21 11:3,4
  12:24 13:14,23
  14:17 15:7,16,23
  16:5,17,24 17:14
  17:20 18:1,8
**separate** 39:23
  43:1 61:22 65:9
**separating** 39:16

**september** 76:7
  76:11,11,12 78:4
**sequence** 33:18
  80:3
**serious** 37:21
**serve** 45:5,7 60:14
**served** 37:5,15
  41:20 48:23,23
  55:21 57:13
**service** 19:13
  25:13 34:15 37:4
  37:7,16 40:10,11
  40:11 41:14,18
  42:2,6,12,24 43:3
  44:14,15,16,20,21
  44:22,23,24,25
  45:10,13 46:12,15
  46:18 48:18,22
  50:11,12,14 51:4
  51:7,10 52:17
  53:8 54:7 55:17
  55:22,24 56:12
  57:14 58:10,16,17
  59:3,10,13 60:14
  60:16 61:4,6 62:1
  62:17,19 63:2,9
  63:20 64:2,13
  65:19 67:5,7,13
  67:19 68:4,5
  69:19 71:5,11
  72:1,9,15,19,20
  73:4,8,11,17,21
  74:18 75:25 78:11
  81:6,8,9,18,20,24
**services** 13:24
**set** 32:1 44:18
  63:6
**seven** 80:11,12
**shamah** 9:21 65:6
  65:23,23
**shares** 42:17
**shaw** 8:8 61:15

shearman 8:15
  69:25
shipping 71:9
shoot 70:11
show 23:23 24:7
  24:15 25:14 29:3
  35:15 37:2
shows 62:22
side 47:16 49:9
  64:22
sigma 3:13,21
sign 59:21 63:2,12
  73:4 78:24
signed 64:11
signs 62:18
similar 50:9 54:15
  66:7,16
similarly 50:10
  52:12 56:7 58:6
  61:23 64:10
simply 43:6
simultaneously
  25:3
single 73:4 74:2
sir 56:15 57:2
  64:16 74:9
sis 58:5
sitting 67:10
situated 46:21,22
  50:10 52:12 55:16
  58:6 61:24
situation 19:4,21
  48:25
six 58:5
slash 47:17
sliver 42:6
smith 7:15 56:5
  56:16
snc 16:6
solely 3:14,22
  52:18
solid 22:22,23

solutions 85:20
somebody 69:14
  74:7,7
somewhat 54:15
  55:16,18
sonya 4:25 85:3,8
soon 53:23
sooner 77:13,17
  77:19
sorry 11:8 14:3,6
  33:18 34:4 35:7
  37:2,17,18 47:4
  57:9 59:2 66:24
  70:16 79:19
sort 42:14 67:12
  71:12,20 73:18
sought 72:18
sound 56:18 67:11
  72:25
sounds 38:3 75:5
  75:7 76:4
southern 1:2 71:9
spa 49:17 50:7,8
space 60:10
spalding 54:1
  69:2
speak 47:23 56:3
  61:1
speaking 47:25
  49:6 50:13 58:3
  64:18 67:16
spend 36:11
spent 21:20
split 39:14
spoke 61:24 66:25
spoken 59:8 63:7
spot 80:19
square 5:12 6:17
squared 81:5
stand 80:14
standard 23:21
start 12:2,11,12
  75:25 76:16,16

77:4
started 27:12
  35:20
starting 31:2
starts 12:12
state 11:9 47:13
stated 61:13
states 1:1 2:1
status 3:3 4:2
stay 25:12 83:11
  83:11
steen 5:17
step 31:24 34:17
  56:21
stephen 9:25
sterling 8:15 70:1
steve 53:13
stip 58:19 59:9,13
  59:13,23 60:5
  64:24,25 77:13
  78:25
stipulate 46:18
  52:17 54:3,16
  55:23
stipulated 20:8
  81:11
stipulating 46:3
stipulation 18:24
  46:13 51:9 53:9
  55:3 56:8,11,19
  58:8,9 59:19 61:7
  61:18,25 62:4,7
  62:14,16,18 63:2
  63:12 64:11,12
  65:18 66:1,17
  67:6 68:13 71:5
  71:21 73:5 76:22
  77:3,5,12,15,16
  78:1
stop 12:19 23:24
  29:24 70:9
straight 21:1

straighten 37:23
  37:23 38:1
strawn 8:1 61:3
street 7:3,10 8:3
  8:10 9:3
strong 9:13 65:13
  65:13
strongly 28:4
stuff 35:11 37:19
subject 35:24
  57:15
submit 28:23
  43:25
submitted 29:8
subsequent 50:12
  54:19
substantially
  42:21
substantive 23:14
sued 55:13
sufficient 44:25
suisse 54:2 65:24
  66:15
suite 85:22
suits 33:12
sullivan 9:1 54:11
supposedly 29:14
sur 44:3 79:14
  80:9
sure 29:7 30:12
  38:14 52:2 53:7
  56:24 64:5 71:13
  72:3
swiss 8:2 51:25
  55:11,16 61:3,22
  68:4 70:2 72:19
  72:22 73:2
switzerland 56:18
  67:5,8

t

t 85:1,1
take 37:2 38:13
  47:22 48:6 56:21

63:21 68:11 70:5
70:13,17 77:23,24
81:25 83:16
**takes**  76:6
**talk**  21:25 72:4
**talked**  40:19
**talking**  20:11 21:7
22:13 25:15,18
26:8 40:21 43:7
44:12 45:20 53:23
59:12 68:4 70:23
72:8 73:8 78:12
80:1
**teach**  13:10
**teaching**  13:11
**team**  73:11
**teleconference**
3:4 4:3
**telephonically**  5:8
5:15,22,23 6:6,13
6:20 7:6,13,20 8:6
8:13,19 9:6,13,15
**tell**  12:23 13:19
20:17,25,25 21:21
21:22,22 22:24,24
27:15 30:22,22
31:19,19 40:15
41:10 42:23 43:4
46:8,23 54:9
68:21 73:3
**ten**  21:24 22:23
28:16 39:9 40:13
70:18
**terms**  63:18
**thank**  11:9 47:25
51:18,19 58:1
59:18 60:4 61:9
62:9,13 63:12
64:3,14 65:4,4
66:4 68:22 69:23
70:10 71:7 80:13
80:15,16 83:4,10
83:12,14

**thanks**  83:9
**theodoor**  1:15 3:8
11:5
**theories**  28:11
**thereof**  3:15,23
**thick**  35:7
**thing**  36:5,16,23
37:1,3,16,22
40:10 51:6 53:21
57:22 58:25 70:7
77:11 80:11
**things**  33:4 36:11
46:10 56:22
**think**  12:11 26:8
26:11 28:3,4,12
32:7 33:7,8,11
34:18 39:2 40:14
40:20 42:7 44:22
45:17 46:5 55:1
62:7 63:10 66:22
66:25 67:8 70:22
71:16,17,23 72:6
72:7,8,22 73:20
75:2 76:15 79:24
80:2,9,19 81:16
81:23 82:1,20,25
**thinking**  36:3
79:24
**third**  3:10,18 6:3
12:6 42:12
**thomas**  9:22 66:5
66:14
**thought**  14:8
33:13 35:16 41:10
41:12 45:15 48:8
68:20
**three**  32:15 55:10
65:14
**throw**  44:7
**thrown**  27:17
**thursday**  72:5
**time**  13:7 21:21
27:16,18 29:1

31:25 32:1 33:1
35:17 36:11 42:24
49:13,13 51:7
52:15,17 53:8
54:18 57:11 58:15
59:25 61:5 64:6
71:13 75:19 77:2
**timeframe**  31:18
43:2 73:20 74:14
74:16,18
**timeframes**  73:18
**times**  5:12 6:17
**timing**  72:6 74:11
78:5
**title**  11:4
**today**  12:23 13:11
31:2,4,11 35:20
47:9,23 48:17
58:7 59:8 63:20
63:25 64:6 67:24
67:25 76:3 77:21
82:5
**tombstone**  82:21
**tool**  22:18
**top**  25:7,8 47:1
**topic**  81:19,20
**totally**  60:16
**touch**  20:25
**touched**  20:21
**tracking**  60:20
**transcribed**  4:25
**transcript**  85:4
**tricky**  45:11
**tried**  37:19
**true**  42:3 85:4
**truly**  83:7
**trust**  16:13 23:22
25:13 29:2
**try**  29:11
**trying**  18:23 21:1
33:18 35:9,10
38:24 56:3 57:22
60:4 77:14

**turn**  72:3
**twenty**  38:11,16
**two**  11:13 31:24
32:15 42:13 49:10
50:1 52:3,23
55:11,20 56:6,17
59:7 61:24 65:16
65:24 69:16 77:16
78:9
**typed**  79:19

**u**

**u.s.**  2:23 42:17,21
42:22
**ubs**  15:23 16:17
16:18
**unclear**  55:18
**und**  53:16
**understand**  20:10
27:5,8,8 35:9,11
35:22 39:19 40:6
45:3,3,23 46:20
56:9 63:9 73:9
**understands**
63:10
**understood**  39:11
40:2,4,24 44:8,13
60:24 66:14 67:23
68:1 74:5 75:23
**unifortune**  6:2
47:16,19 49:9
**unique**  54:16
60:23
**united**  1:1 2:1
**universe**  63:21
**unknown**  2:25
**useful**  22:17
**usually**  44:4
**utility**  39:4,5

**v**

**v**  1:14 3:8 12:24
13:14,23 14:25
15:7,12,16,23
16:12,17,24 17:6

17:14,20 18:1,8
71:8
**valentine** 58:4,4
58:14
**valuating** 56:8
**various** 65:2
**veritext** 85:20
**vicens** 9:24 70:24
70:25
**video** 70:9
**view** 46:21
**violate** 28:21
**violation** 28:8
**vorarlberger**
53:15

| w |
|---|

**wachtell** 7:1 51:21
**wait** 20:5 41:10
43:21
**wall** 7:10
**want** 12:2 13:20
14:4,10 21:22
22:20,24 23:1,15
27:15 31:18 33:6
34:2 36:11 37:7,8
37:19 38:13 39:5
41:25 42:4 43:1
45:4 46:5,9,12
49:6 55:2 56:21
56:22 61:11 63:5
64:5 70:21 73:3
74:15 75:1 80:20
**wanted** 57:18,24
64:4 65:1 69:8
71:2,5,13,24
**wants** 28:1,2
**wash** 83:15
**washington** 5:20
8:4 60:25
**way** 30:8 58:12
61:10 62:7 73:5
76:5 82:12

**we've** 22:22,23
31:22 35:5 40:9
40:19 43:2 44:23
48:21 49:12 50:15
58:12 60:19 62:4
62:6 65:1 67:8
73:16,17,18,20
74:15 75:22 77:14
**wear** 83:15
**week** 75:9,18
77:16
**weeks** 75:4
**went** 33:2 35:16
**west** 7:3 8:10
**who've** 59:8
**wi** 72:4
**willing** 59:21
**wilmerhale** 61:22
65:8
**winston** 8:1 61:3
**winthrop** 8:8
61:15
**wish** 12:1 30:20
61:1 63:24,25
82:23
**wollmuth** 9:8
65:14
**woman** 83:14
**word** 80:21
**work** 38:3 60:15
75:3 77:2 78:5
**worked** 56:9
**working** 15:2
64:23 65:2 76:21
**works** 56:9 72:6
**write** 66:20
**writing** 66:23
67:1
**wrong** 17:8 72:24
77:9 80:6
**wrote** 33:20 35:21
**wuersch** 7:8 55:9

| x |
|---|

**x** 1:5,11,17 84:1
**xu** 9:16 53:3,3,7

| y |
|---|

**y'all** 20:25 27:15
30:4 31:19,20,24
36:1,2 37:10 39:6
39:8 40:15 43:23
44:18,21 46:7
53:23 54:6,7,9
60:4 64:20 72:2,4
82:24 83:1
**y'all's** 12:3 36:4
**yeah** 20:24 38:23
54:24 64:20 77:18
77:24 79:3,19
81:13
**year** 19:23
**years** 21:25 22:23
28:16 39:9 40:13
**york** 1:2 2:3 5:6
5:13 6:4,11,18 7:4
7:11,18 8:11,17
9:4,11 71:9
**youngest** 39:9

| z |
|---|

**zoom** 82:25
**zulack** 9:19 62:2,2
62:6
**zurich** 15:7 50:20
50:24