# Exhibit 5

| | |
|---|---|
| **From:** | Lena Konanova |
| **Sent:** | Wednesday, January 15, 2020 11:43 PM |
| **To:** | Kay, Joseph; Moloney, Thomas J.; Jordan, Christine |
| **Cc:** | David Elsberg; Ron Krock; Molton, David J.; Krzyzowski, Marek P. |
| **Subject:** | Fairfield // Certification |
| **Attachments:** | 10-3630 Order.pdf |

Counsel:

Pursuant to the stipulated and settled orders entered by the Court in April 2019, *see, e.g.*, Stipulated Order Granting in Part and Denying in Part Moving Defendants' Motions to Dismiss and Plaintiffs' Motion for Leave to Amend, Adv. Pro. No. 10-03630 (Apr. 15, 2019) at Part II.B.a, attached, Consolidated Plaintiffs hereby provide written notice that they have served amended complaints on each Consolidated Defendant in each of the adversary proceedings listed in the attached Exhibit A in which they will serve an amended complaint.

Regards,

**Lena Konanova**
Partner

**Selendy & Gay PLLC**
1290 Avenue of the Americas, New York, NY 10104
**T** 212 390 9010

lkonanova@selendygay.com   www.selendygay.com