# Exhibit 6

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-CGM
List of 2019 Implementing Orders and Operative Complaint Filings

| No. | Case Name | Case No. | 2019 Implementing Order Dkt. No. | 2019 Implementing Order Entered Date | Operative Compl. Filing Dkt. No. | Operative Complaint Filing Date |
|---|---|---|---|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-03622-CGM | 73 | 4/2/2019 | 79 | 1/9/2020 |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-03626-CGM | 49 | 8/5/2019 | 50 | 1/9/2020 |
| 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-03627-CGM | 91 | 8/8/2019 | 95 | 1/9/2020 |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-03630-CGM | 98 | 4/15/2019 | 105 | 1/9/2020 |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-03633-CGM | 81 | 4/15/2019 | 86 | 1/9/2020 |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-03634-CGM | 224 | 4/18/2019 | 237 | 1/9/2020 |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03635-CGM | 431 | 4/15/2019 | 466 | 1/9/2020 |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-03636-CGM | 480 | 4/15/2019 | 517 | 1/9/2020 |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-03780-CGM | 82 | 4/15/2019 | 87 | 1/9/2020 |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-04098-CGM | 41 | 4/2/2019 | 46 | 1/10/2020 |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-04099-CGM | 61 | 4/16/2019 | 66 | 1/10/2020 |

| No. | Case Name | Case No. | 2019 Implementing Order Dkt. No. | 2019 Implementing Order Entered Date | Operative Compl. Filing Dkt. No. | Operative Complaint Filing Date |
|---|---|---|---|---|---|---|
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-01250-CGM | 64 | 4/2/2019 | 69 | 1/10/2020 |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-01463-CGM | 49 | 4/2/2019 | 54 | 1/10/2020 |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-01579-CGM | 45 | 4/16/2019 | 50 | 1/10/2020 |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV n/k/a BNP Paribas Fortis, et al.* | 11-01617-CGM | 39 | 4/2/2019 | 44 | 1/10/2020 |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-02770-CGM | 44 | 4/2/2019 | 49 | 1/10/2020 |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-01551-CGM | 38 | 4/2/2019 | 43 | 1/10/2020 |