# Exhibit 7

*Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, No. 10-ap-03496-CGM
Schedule of 2019 Implementing Orders and Relevant Stipulation Language

| No. | Case Name | Index No. | 2019 Implementing Order Dkt. No. | Relevant Stipulation Language |
|---|---|---|---|---|
| | | | | **Category #1: Prior Knowledge Defendants** |
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM | Dkt. 73 | **WHEREAS**, Plaintiffs assert that all of the Defendants in the Action are "Knowledge Defendants," as defined in the December 2018 Decision, and Moving Defendants expressly disagree; <br><br> **WHEREAS**, Plaintiffs have represented to Moving Defendants that Plaintiffs may seek further leave to amend to add allegations against certain Defendants; <br> … <br> … To the extent Plaintiffs seek to further amend the … Complaint to add new factual allegations, Plaintiffs shall file a motion for leave to amend attaching that proffered further amended complaint. The Moving Defendants shall have the right to oppose any such request. |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-ap-03630-CGM | Dkt. 98 | |
| 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-ap-03633-CGM | Dkt. 81 | |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-ap-03634-CGM | Dkt. 224 | |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03635-CGM | Dkt. 431 | |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03636-CGM | Dkt. 480 | |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-ap-01463-CGM | Dkt. 49 | |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-ap-02770-CGM | Dkt. 44 | |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-ap-03780-CGM | Dkt. 82 | **WHEREAS**, Plaintiffs assert that all of the Defendants in the Action are "Knowledge Defendants," as defined in the December 2018 Decision, and Moving Defendants expressly disagree; <br> … |

| No. | Case Name | Index No. | 2019 Implementing Order Dkt. No. | Relevant Stipulation Language |
|---|---|---|---|---|
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-ap-01250-CGM | Dkt. 64 | … To the extent Plaintiffs seek to further amend the ... Complaint to add new factual allegations, <u>Plaintiffs shall file a motion for leave to amend</u> attaching that proffered further amended complaint. The Moving Defendants shall have the right to oppose any such request. |
| | **Category #2: BNP Defendants** | | | |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-ap-03626-CGM | Dkt. 49 | **WHEREAS**, <u>Plaintiffs have never previously asserted that any of the Defendants in the Action is a "Knowledge Defendant,"</u> as defined in the December 2018 Decision, but <u>now intend to seek leave to further amend</u> their Proposed Amended Complaint to allege that some or all of the Defendants in the Action are "Knowledge Defendants," as defined in the December 2018 Decision, and Defendants expressly disagree and reserve all rights, including with respect to whether Plaintiffs are permitted or able to further amend their Proposed Amended Complaint to add such allegations; <br><br>…<br><br>Plaintiffs shall file the Proposed Amended Complaint, which shall remove the Dismissed Claims. Except as otherwise agreed to by the Defendants, to the extent Plaintiffs seek to further amend the Proposed Amended Complaint to add new factual allegations, <u>Plaintiffs shall file a motion for leave to amend</u> attaching a proffered further amended complaint ("<u>Further Motion for Leave to Amend</u>") no later than the date on which Plaintiffs provide written notice that they have served amended complaints on each Consolidated Defendant in each of the adversary proceedings listed on Appendix A in which they will serve an amended complaint. Defendants shall have the right to oppose any such request, and such response shall proceed as set forth … herein. |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-ap-03627-CGM | Dkt. 91 | |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-ap-04098-CGM | Dkt. 41 | **WHEREAS**, <u>Plaintiffs have never previously asserted that any of the Defendants in the Action is a "Knowledge Defendant,"</u> as defined in the December 2018 Decision, but <u>now intend to seek leave to further amend</u> their Proposed Amended Complaint to allege that some or all of the Defendants in the Action are "Knowledge Defendants," as defined in the December 2018 Decision, and the Moving Defendant expressly disagrees and reserves all rights, including with respect to whether Plaintiffs are permitted or able to further amend their Proposed Amended Complaint to add such allegations;<br><br>…<br><br>Plaintiffs shall file the Proposed Amended Complaint, which shall remove the Dismissed Claims. Except as otherwise agreed to by the Moving Defendant, to the extent Plaintiffs seek to further amend the Proposed Amended Complaint to add new factual allegations or causes of action, <u>Plaintiffs shall file a motion for leave to amend</u> attaching a proffered further amended complaint ("<u>Further Motion for Leave to Amend</u>") no later |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-ap-04099-CGM | Dkt. 61 | |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-ap-01579-CGM | Dkt. 45 | |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-ap-01551-CGM | Dkt. 38 | |

| No. | Case Name | Index No. | 2019 Implementing Order Dkt. No. | Relevant Stipulation Language |
|---|---|---|---|---|
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV n/k/a BNP Paribas Fortis, et al.* | 11-ap-01617-CGM | Dkt. 39 | than the date on which Plaintiffs provide written notice that they have served amended complaints on each Consolidated Defendant in each of the adversary proceedings listed on Appendix A in which they will serve an amended complaint. The Moving Defendant shall have the right to oppose any such request, and such response shall proceed as set forth … herein. |