# Exhibit 8

### *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, Adv. Pro. No. 10-ap-03496-CGM
Plaintiffs' Hand-Up #1 (Chronology Of U.S. And BVI Proceedings As Of 3/17/2021 Conference)

| Date | U.S. Event | BVI Event |
|---|---|---|
| **2008** | | |
| December 11, 2008 | Bernard L. Madoff arrested in New York | |
| **2009** | | |
| February 27, 2009, April 21, 2009, and April 23, 2009 | | Liquidation proceedings of Fairfield Lambda, Fairfield Sentry, and Fairfield Sigma commenced in Eastern Caribbean Supreme Court, High Court ("BVI Court") |
| Beginning September 2009 | | In light of limitations periods, Liquidators file redeemer actions in BVI Court, asserting common law claims based on mistake as to NAV (Net Asset Value) used to calculate redemption payments. No BVI action concerns a redemption payment later targeted in or a subject of a U.S. action |
| **2010** | | |
| April 12, 2010 | | Liquidators granted "sanction" (authority) by BVI Court to commence redeemer actions in United States |
| Beginning April 2010 | Liquidators commence filing redeemer actions in New York State Supreme Court, asserting common law restitutionary claims | |
| June 14, 2010 | Liquidators file petitions for recognition under Chapter 15 of the Bankruptcy Code | |

1

| Date | U.S. Event | BVI Event |
|---|---|---|
| July 22, 2010 | Bankruptcy Court grants Chapter 15 recognition; decision affirmed by District Court on September 16, 2011 and by Second Circuit on April 16, 2013 | |
| Beginning August 2010 | All further U.S. redeemer actions filed in Bankruptcy Court for the Southern District of New York, rather than New York state court | |
| September 2010 | Liquidators remove New York state court actions to District Court for the Southern District of New York, which refers actions to Bankruptcy Court | |
| October 2010 | Certain Defendants move to withdraw the reference and for remand of, or abstention as to, the removed actions | |
| Beginning October 2010 | Liquidators enter into extensions of move/answer deadline with defendants; extensions continue into Spring 2011 | |
| November 22, 2010 | District Court denies motion to withdraw the reference | |
| December 9, 2010 | | BVI Court grants Liquidators sanction to amend U.S. redeemer complaints to add statutory avoidance claims under BVI Insolvency Act of 2003 |
| December 2010 to January 2011 | Liquidators amend U.S. complaints to include BVI statutory avoidance claims, where redemptions fall within applicable 2-year BVI lookback ("vulnerability") period | |

| Date | U.S. Event | BVI Event |
|---|---|---|
| **2011** | | |
| April 18-20, 2011 | | BVI Court hears BVI redeemer action defendants' applications for trial of "preliminary issues." Over Liquidators' objection, BVI Court orders trial of preliminary issues, including on (i) whether defendants gave "good consideration" for redemption payments by surrendering their shares; and (ii) whether certain periodic statements of NAV issued by Fund administrator Citco constitute "certificates" that render NAV final and binding (even if incorrect) under Article 11 of the Funds' Articles. |
| May 23, 2011 | Bankruptcy Court denies Defendants' remand/abstention motions | |
| July 14, 2011 | Defendants appeal denial of remand/abstention motions and obtain stay of removed actions | |
| July 28-29, 2011 | | BVI Court holds trial on the Preliminary Issues |
| September 16, 2011 | | BVI Court issues judgment on Preliminary Issues, finding that (i) Citco's periodic statements of NAV do not constitute "certificates" under Article 11 of the Funds' Articles of Association, but (ii) Defendants gave "good consideration" for their redemption payments |
| September 19, 2011 | Granting Defendants leave to appeal Bankruptcy Court ruling on remand/abstention, District Court proceeds to merits and reverses Bankruptcy Court ruling that removed actions were "core" proceedings for abstention analysis, and, *inter alia*, directs Bankruptcy Court to determine if removed actions can be timely adjudicated in state court (the "Abstention Decision") | |

3

| Date | U.S. Event | BVI Event |
|---|---|---|
| September 27, 2011 | | BVI Court hears application for summary judgment by certain BVI defendants in light of Preliminary Issues ruling |
| October 5, 2011 | Conference before Bankruptcy Court regarding status of U.S. litigation in light of BVI Court developments | |
| October 10, 2011 | | BVI Court grants summary judgment in favor of certain defendants in BVI redeemer actions |
| October 18, 2011<br><br>*Note: shading reflects effective pendency of stay of U.S. actions* | Bankruptcy Court orders stay of U.S. redeemer actions pending resolution of Liquidators' appeals of (i) adverse BVI Court decisions, and (ii) the District Court's Abstention Decision; stay carves out filing of new actions, service of process, settlements, dismissals; amended stay order entered October 19, 2011 | |
| October 24, 2011 | Liquidators seek leave to appeal Abstention Decision to Second Circuit | |
| December 5, 2011 | | Eastern Caribbean Court of Appeal ("ECCA") grants Liquidators (i) permission to appeal BVI Court "good consideration" ruling and summary judgment, and (ii) sanction to proceed with U.S. redeemer actions pending determination of the appeals |
| December 7, 2011 | | Certain U.S. redeemer action defendants file in the BVI Court applications under Section 273 of the BVI Insolvency Act, seeking an order of the BVI Court barring the Liquidators from continuing prosecution of U.S. redeemer actions (the "Section 273 Applications") |
| December 14, 2011 | Liquidators request lift of stay in light of ECCA sanction order | |

| Date | U.S. Event | BVI Event |
|---|---|---|
| **2012/2013** | | |
| January 10, 2012 | Bankruptcy Court orders continuation of stay | |
| January 17, 2012 | | Additional U.S. redeemer action defendants file Section 273 Applications in BVI Court |
| January 17-18, 2012 | | ECCA hears argument on appeal of Preliminary Issues |
| February 2012 | | Section 273 Applications adjourned to a date to be later fixed |
| March 1, 2012 | Second Circuit denies Liquidators' petition to appeal Abstention Decision, without prejudice to renewal after Bankruptcy Court proceedings on mandatory abstention | |
| May 25, 2012 | Liquidators move for limited relief from stay to authorize (i) expedited disclosures concerning beneficial owner information, and (ii) certain amendments to complaints (the "Expedited Disclosure Motion") | |
| June 13, 2012 | | ECCA dismisses Liquidators' appeal on "good consideration" issue and dismisses BVI defendants' appeal on the "certification" issue, with the result that BVI defendants preserved their good consideration defense |
| June 27, 2012 | Bankruptcy Court grants Expedited Disclosure Motion | |
| July 6, 2012 | District Court on appeal reverses on Expedited Disclosure Motion and remands to Bankruptcy Court | |
| July 19, 2012 | Bankruptcy Court on remand denies Expedited Disclosure Motion, except to authorize amendment of complaints | |

| Date | U.S. Event | BVI Event |
|---|---|---|
| July 25, 2012 | | ECCA grants Liquidators sanction to continue prosecution of U.S. redeemer actions pending appeal to Privy Council on Preliminary Issues |
| October 2012 through February 2013 | 183 redeemer complaints amended to add contract-based claims seeking return of overpaid redemption amounts. As to 129 remaining actions, where no as-of-right amendment existed, parties entered stipulations preserving positions during pendency of stay. | |
| **2014** | | |
| January 14, 2014 | Judge Bernstein becomes presiding judge in U.S. redeemer actions | |
| April 16, 2014 | | Privy Council delivers *Sentry v. Migani* [2014] UKPC 9, resolving appeal from Preliminary Issues, ruling that statements of NAV issued by Citco constitute "certificates" under Article 11, and that a binding certificate renders the NAV final and defeats restitutionary claims. Privy Council does not address whether certificates were "given in good faith" under the language of Article 11, an issue not argued as part of Preliminary Issues. |
| Summer 2014 | Liquidators receive evidence that Citco did not issue its certificates of NAV "in good faith" | |
| October 8, 2014 | | Following dispute regarding necessity and form of "declarations" to accompany judgment, Privy Council declines to include declarations, and delivers an order finalizing its April 16, 2014 *Migani* judgment |

| Date | U.S. Event | BVI Event |
|---|---|---|
| **2015** | | |
| January 19, 2015 | | Amended Section 273 Applications filed in BVI Court, seeking order of BVI Court barring Liquidators from continuing with U.S. redeemer actions in light of *Migani* |
| March 23-26, 2015 | | Section 273 Applications tried in BVI Court (Leon, J.) |
| **2016/2017** | | |
| March 11, 2016 | | BVI Court (Leon, J.) dismisses the Section 273 Applications |
| April 6, 2016 | | BVI Court (Bannister, J.) declines to grant Liquidators sanction to continue with U.S. redeemer claims |
| June 30, 2016 | | Reversing Bannister J., ECCA enters order granting Liquidators sanction to prosecute U.S. redeemer actions to final, non-appealable judgments |
| July 27, 2016 | Bankruptcy Court (Bernstein, J.) at status conference directs Liquidators to file their proposed amended complaints on the dockets in all actions, with briefing to follow | |
| September 2016 | Liquidators file proposed amended complaints on dockets | |
| October 2016 through June 2017 | Pursuant to negotiated briefing schedule entered by Bankruptcy Court, parties brief (i) Liquidators' Motion for Leave to amend complaints, and (ii) Defendants' Motions to Dismiss; during the briefing, most defendants withdraw prior motions for remand/abstention | |

7

| Date | U.S. Event | BVI Event |
|---|---|---|
| November 20, 2017 | | In unanimous 52-page decision, ECCA affirms dismissal of Section 273 Applications, rejecting applicants' effort to bar prosecution of U.S redeemer actions |
| **2018** | | |
| January 25, 2018 | Bankruptcy Court holds argument on certain issues raised in Motion for Leave and Motions to Dismiss | |
| August 6, 2018 | Bankruptcy Court issues *Fairfield I*, 2018 WL 3756343 (Dkt. 1723), ruling it has subject matter jurisdiction and that the forum selection clause does not apply to the U.S. redeemer claims; court does not resolve remaining personal jurisdiction arguments | |
| September 20, 2018 | Bankruptcy Court enters stipulated order enabling it to reach balance of Motion for Leave and Motions to Dismiss while preserving unresolved personal jurisdiction issues | |
| December 6, 2018 | Bankruptcy Court issues *Fairfield II*, 596 B.R. 275 (Dkt. 1743), (i) dismissing common law claims except for constructive trust claims against knowledge defendants, and (ii) issuing various interlocutory rulings, including concerning the extraterritorial application of the Section 546(e) securities safe harbor | |
| **2019** | | |
| April 2019 | Following parties' negotiation, Bankruptcy Court enters individualized settle orders implementing *Fairfield II*, which orders dismiss certain claims and provide for second-round motion to dismiss briefing as to non-dismissed claims | |

| Date | U.S. Event | BVI Event |
|---|---|---|
| May 2019 | Liquidators initiate District Court appeals of (i) dismissals in *Fairfield II* of common law claims against non-knowledge defendants; (ii) interlocutory ruling in *Fairfield II* that Section 546(e) safe harbor can have extraterritorial application; and (iii) interlocutory ruling in *Fairfield I* on forum selection clause; briefing of latter two issues stayed by order entered by District Court on September 11, 2019 | |
| May 20, 2019 | | On limited appeal concerning authority of U.S. courts to enter relief on BVI statutory avoidance claims, Privy Council issues *UBS AG New York v. Fairfield Sentry Ltd* [2019] UKPC 20, which affirms dismissal of Section 273 Applications |
| Beginning June 2019 | Liquidators file operative versions of amended complaints as authorized by *Fairfield II*; completed January 15, 2020 | |
| July 29, 2019 | | Privy Council issues decision in *Skandinaviska Enskilda Banken AB v. Conway* [2019] UKPC 36 ("*Weavering II*"), concerning, *inter alia*, finality of NAV in the instance of an investment fund's fraud or dishonesty of its authorized agent |
| December 10, 2019 | Parties commence appellate briefing in the District Court | |
| **2020** | | |
| January 15, 2020 | Liquidators file further motion for leave to amend complaints to supplement allegations of defendant knowledge in 29 actions (the "Further Motion for Leave") | |

| Date | U.S. Event | BVI Event |
|---|---|---|
| February 25, 2020 | Following Defendants' correspondence seeking expedited dismissal of Further Motion for Leave, Bankruptcy Court directs parties to (i) submit schedule for briefing two Motion to Dismiss issues, i.e., whether Section 546(e) precludes any of the Liquidators' claims (the "Safe Harbor Issue") and service of process on Swiss Defendants; and (ii) submit briefs regarding court's jurisdiction to entertain Further Motion for Leave as to certain actions where constructive trust claims were previously dismissed (the "Constructive Trust Bar Issue") | |
| March 20, 2020 and April 14, 2020 | Bankruptcy Court enters orders setting Second Motion to Dismiss briefing based upon exemplar complaints, as to (i) the Safe Harbor Issue and (ii) service of process on Swiss Defendants; Defendants' individualized submissions held in abeyance | |
| March through June 2020 | Parties brief Second Motion to Dismiss and Constructive Trust Bar Issue in the Bankruptcy Court | |
| April 23, 2020 | Parties complete appellate briefing in the District Court | |
| August 10, 2020 | Resolving Constructive Trust Bar Issue, Bankruptcy Court denies Motion for Leave as to certain actions where constructive trust claims were previously dismissed | |
| December 14, 2020 | Bankruptcy Court issues *Fairfield III*, 2020 WL 7345988 (Dkt. 3062), dismissing BVI avoidance claims, but denying the Second Motion to Dismiss as to constructive trust claims asserted against knowledge defendants | |

| Date | U.S. Event | BVI Event |
|---|---|---|
| **2021** | | |
| February 23, 2021 | Bankruptcy Court denies Defendants' motion for reargument of *Fairfield III* | |
| February 25-26, 2021 | Bankruptcy Court enters settle orders implementing *Fairfield III*, providing for dismissal of BVI avoidance claims and requiring parties to submit schedule for final round of motion to dismiss and motion for leave briefing | |
| March 15, 2021 | Parties jointly write District Court (i) seeking lift of appellate briefing stay as to forum selection clause and Section 546(e) extraterritoriality issues, and (ii) advising that parties will submit a proposed briefing schedule | |