# Exhibit 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITIBANK NA LONDON, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03622 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BGL BNP PARIBAS S.A., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03626 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03627 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03630 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HSBC PRIVATE BANK (SUISSE) SA, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03633 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ZURICH CAPITAL MARKETS CO., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03634 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UBS AG NEW YORK, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03780 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BNP PARIBAS ARBITRAGE SNC, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-04098 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BNP PARIBAS PRIVATE BANK & TRUST CAYMAN LTD., et al.,<br><br>   Defendants. | Adv. Pro. No. 10-04099 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UBS EUROPE SE LUXEMBOURG BRANCH, et al.,<br><br>   Defendants. | Adv. Pro. No. 11-01250 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MERRILL LYNCH INTERNATIONAL, et al.,<br><br>   Defendants. | Adv. Pro. No. 11-01463 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>   Defendants. | Adv. Pro. No. 11-01579 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>FORTIS BANK, SA/NV, et al.,<br><br>        Defendants. | Adv. Pro. No. 11-01617 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITIGROUP GLOBAL MARKETS LTD., et al.,<br><br>        Defendants. | Adv. Pro. No. 11-02770 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BNP PARIBAS ESPANA, et al.,<br><br>        Defendants. | Adv. Pro. No. 12-01551 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITCO GLOBAL CUSTODY NV, et al.,<br><br>        Defendants. | Adv. Pro. No. 19-01122 (CGM) |

**[PROPOSED] ORDER GRANTING THE LIQUIDATORS' MOTION FOR LEAVE TO AMEND COMPLAINTS IN THE KNOWLEDGE ACTIONS**

**UPON REVIEW AND CONSIDERATION** of the motion for leave to amend complaints in the above-captioned actions (the "Knowledge Actions") filed by or on behalf of Kenneth M. Krys and Greig Mitchell (together, the "Liquidators"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) in these consolidated adversary proceedings, the Memorandum of Law in support thereof, the Declaration of David Elsberg, dated May 14, 2021, and all exhibits thereto; and

**WHEREAS** Defendants have failed to demonstrate that the Liquidators' motion for leave to amend was the product of bad faith, would lead to undue prejudice, or was unduly delayed;

It is hereby **ORDERED** that:

1. The motion for leave to amend complaints in the Knowledge Actions is **GRANTED**.

2. The Liquidators are authorized to file an amended complaint in each of the Knowledge Actions, in substantially the form of the further proposed amended complaint filed on the docket for each Knowledge Action listed in the above caption.

**SO ORDERED** this ___ day of _____, 2021

_____
HON. CECILIA G. MORRIS
United States Bankruptcy Judge

1