# EXHIBIT A

# CURRICULUM VITAE
### Hilmar Hoch, born April 27, 1958

| | |
|---|---|
| Education | Law studies at the University of Berne/Switzerland (degrees: lic. iur. [1983]; Dr. iur. [1991]) |
| | Post graduate law study at Harvard Law School, Cambridge/USA (degree: LL.M. [1992]) |
| | Admission to Liechtenstein Bar (1991); New York Bar (1993) |
| Professional career | 1987-1997: Trainee, Associate (1991), Partner (1994) Law Firm Meier & Wolf, Vaduz/Liechtenstein |
| | 1997-2004: Partner Law Firm Wolf & Hoch, Triesen/Liechtenstein |
| | 2005-2020: Partner Law Firm Seeger Frick & Partner AG, Schaan/Liechtenstein |
| | Since 2021: Single Law Practice HOCH Advokatur, Triesen/Liechtenstein |
| | **** |
| | Since 1994: Member, 2005-2017 Vice-President, since 2018 President of the Liechtenstein Constitutional Court |
| | Since 2004: President of Liechtenstein Bar Exam Commission |