# EXHIBIT C



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )  ss
                      )
COUNTY OF NEW YORK    )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from German into English of the attached Certificate of Receipt from the Princely District Court regarding Case ref. 10 RZ.2012.793.

_____
Evan Finch, Senior Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 24th day of October, 20 12.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York              Washington, D.C.      Chicago               Houston               San Francisco
t: +1.212.631.7432    t: +1.202.828.1267    t: +1.312.242.3756    t: +1.713.353.3909    t: +1.415.576.9500

London                Paris                 Stockholm             Frankfurt             Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47  t: +46.8.463.11.87    t: +49.69.7593.8434   t: +852.2159.9143



PRINCIPLALITY OF LIECHTENSTEIN

PRINCELY
DISTRICT COURT

# CERTIFICATE OF RECEIPT
in respect of the following case documents
received by way of the Princely District Court, Vaduz

| | |
|---|---|
| Case ref: | 10 RZ.2012.793 |
| Requesting authority: | United States Bankruptcy Court, New York, 08/22/2012<br>Bankruptcy case file no.: 08-01789 (brl),<br>Contentious legal proceedings no. 11-02929 (brl) |
| Case documents: | • Summons and notice in respect of a preliminary hearing conference in legal proceedings dated 12/16/2011<br>• Order to set a deadline by which a foreign defendant in legal proceedings must respond to the court summons and the claim, dated August 9, 2011<br>• Statement of claim dated 12/15/2011<br><br>each together with a German translation |
| Name and address of the person to be served: | **TO BE DELIVERED TO THE ADDRESSEE IN PERSON**<br>LGT Bank in Liechtenstein AG<br>Attn. Mr. Jacques Engeli,<br>Member of the Management Board<br>Herrengasse 12<br>9490 Vaduz |
| | ID number: C0988655 |
| Date and place of the acceptance of the documents as well as the signature of the recipient: | Vaduz, _10/03/2012 4:00 p.m._<br>[signature] |
| Signature of the server: | [signature] |

[stamp:]

Princely

District Court



PRINCIPLALITY OF LIECHTENSTEIN

# PRINCELY
## DISTRICT COURT

Please always quote file number
10 RZ.2012.793

LGT Bank in Liechtenstein AG
Attn. Mr. Jacques Engeli
Herrengasse 12
PO Box 85
9490 Vaduz

Vaduz, 10/02/2012/SCSA

**Service of documents by way of mutual judicial assistance**

Dear Sirs,

At the request of the United States Bankruptcy Court, New York, the following documents are hereby served on you in the enclosure from the Princely District Court:

> Summons and notice in respect of a preliminary hearing conference in legal proceedings dated 12/16/2011
> Order to set a deadline by which a foreign defendant in legal proceedings must respond to the court summons and the claim, dated 8/9/2011
> Statement of claim dated 12/15/2011
> each together with a German translation

Yours sincerely,

Princely District Court

[signature]

Dr. Paul Meier, LL.M.
Princely District Court Judge

[stamp:]
Princely
District Court

Enclosure

*By way of* [illegible]
[stamp:] OCT. 2, 2012
[initials]



PRINCIPLALITY OF LIECHTENSTEIN

# PRINCELY
## DISTRICT COURT

Please always quote file number
10 RZ.2012.793

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York 10004-1408
USA

[stamp:] OCT 10 2012

Vaduz, 10/04/2012/SCSA

**Mutual judicial assistance in civil matters**
**Your request for service dated 08/22/2012, bankruptcy case file number: 08-01789 (brl), contentious legal proceedings no. 11-02929 (brl)**

Dear Sirs,

In connection with fulfilling your request for service cited above we hereby enclose the requested certificate of service in relation to the service, on LGT Bank in Liechtenstein AG, for the attention of the Management Board Member Jacques Engeli, 9490 Vaduz, carried out by the court bailiff on October 3, 2012.

Yours sincerely,

[stamp:]
Princely
District Court

Princely District Court

[signature]

Dr. Paul Meier, LL.M.
Princely District Court Judge

Enclosure



FÜRSTENTUM LIECHTENSTEIN

**FÜRSTLICHES LANDGERICHT**

# EMPFANGSSCHEIN
über den Erhalt nachstehender Geschäftsstücke
im Wege des Fürstlichen Landgerichtes, Vaduz

| | |
|---|---|
| Geschäftszahl: | 10 RZ.2012.793 |
| Ersuchende Behörde: | United States Bankruptcy Court (U.S. Insolvenzgericht), New York, vom 22.08.2012 Insolvenzsache-AZ: 08-01789 (brl), Streitverfahren Nr. 11-02929 (brl) |
| Geschäftsstücke: | • Vorladung und Mitteilung über eine Vorverhandlungskonferenz in einem Streitverfahren vom 16.12.2011<br>• Anordnung zur Festsetzung einer Frist, innerhalb derer ein ausländischer Beklagter in einem Streitverfahren auf die gerichtliche Ladung und die Klage zu reagieren hat, vom 09. August 2011<br>• Klageschrift vom 15.12.2011<br><br>jeweils samt deutscher Übersetzung |
| Name und Wohnort der Person an die zugestellt werden soll: | **EIGENHÄNDIG**<br>LGT Bank in Liechtenstein AG<br>z.Hd. Herrn Verwaltungsrat<br>Jacques Engeli<br>Herrengasse 12<br>9490 Vaduz |

ID-Nummer: C0988655

Datum und Ort der
Übernahme der Schriftstücke
sowie Unterschrift des
Empfängers:         Vaduz, am  03.10.2012   16⁰⁰

Unterschrift des Zustellers:



**FÜRSTENTUM LIECHTENSTEIN**
**FÜRSTLICHES**
# LANDGERICHT

Aktenzeichen bitte immer anführen
<u>10 RZ.2012.793</u>

LGT Bank in Liechtenstein AG
z.Hd. Herrn Jacques Engeli
Herrengasse 12
Postfach 85
9490 Vaduz

Vaduz, 02.10.2012/SCSA

**Zustellung von Schriftstücken im Rechtshilfeweg**

Sehr geehrte Damen und Herren

Über Ersuchen des United States Bankruptcy Court, New York, werden Ihnen in der Beilage vom Fürstlichen Landgericht die folgenden Urkunden zugestellt:

Vorladung und Mitteilung über eine Vorverhandlungskonferenz in einem Streitverfahren vom 16.12.2011
Anordnung zur Festsetzung einer Frist, innerhalb derer ein ausländischer Beklagter in einem Streitverfahren auf die gerichtliche Ladung und die Klage zu reagieren hat, vom 09. August 2011
Klageschrift vom 15.12.2011
alles samt deutscher Übersetzung

Mit freundlichen Grüssen

Fürstliches Landgericht

Dr. Paul Meier, LL.M.
Fürstlicher Landrichter

Beilage erwähnt

Über Görlitz
02. OKT. 2012



FÜRSTENTUM LIECHTENSTEIN
FÜRSTLICHES
# LANDGERICHT



OCT 10 2012

Aktenzeichen bitte immer anführen
10 RZ.2012.793

United States Bankruptcy Court
Southern District of New York
One Bowling Green
USA-10004-1408 New York

Vaduz, 04.10.2012/SCSA

**Rechtshilfe in Zivilsachen**
**Ihr Zustellersuchen vom 22.08.2012, Insolvenzsache-AZ: 08-01789 (brl), Streitverfahren Nr. 11-02929 (brl)**

Sehr geehrte Damen und Herren

In Erledigung Ihres oben angeführten Zustellersuchens übermitteln wir Ihnen als Beilage den erbetenen Nachweis über die am 03. Oktober 2012 durch den Gerichtsvollzieher erfolgte Zustellung an die LGT Bank in Liechtenstein AG zu Handen des Verwaltungsrates Jacques Engeli, 9490 Vaduz.

Mit freundlichen Grüssen
Fürstliches Landgericht

Dr. Paul Meier, LL.M.
Fürstlicher Landrichter

Beilage erwähnt