**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>   Defendants, | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SENTRY LIMITED, ET AL. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br> v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 |

**NOTICE OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Hilmar Hoch, dated May 21, 2021 (the "Hoch Declaration"), the exhibits thereto, and all prior pleadings, papers and proceedings heretofore had herein, Defendant LGT Bank in Liechtenstein AG (now known as LGT Bank AG) ("Defendant") will move this Court before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Courtroom 621, One Bowling Green, New York, New York 10004, on August 18, 2021, for an order pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited against Defendant in the above-captioned adversary proceeding for insufficient service of process.

PLEASE TAKE FURTHER NOTICE that Defendant is providing notice of this Motion in accordance with the service provisions set forth in the Case Management Order entered on May 16, 2012 (Dkt. No. 467).

PLEASE TAKE FURTHER NOTICE that, pursuant to an order entered herein on April 26, 2021 (Dkt. No. 3136), opposition briefs, if any, are to be filed and served upon the undersigned by no later than July 26, 2021, and that the undersigned shall file and serve a reply brief, if any, by August 2, 2021.

[Signature page follows]

Dated: New York, New York
May 21, 2021

Respectfully submitted,

WUERSCH & GERING LLP

By: */s/ Gregory F. Hauser*
    Gregory F. Hauser
    Jascha D. Preuss

100 Wall Street, 10th Floor
New York, New York  10005
T: 212-509-5050
F: 212-509-9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for LGT Bank in Liechtenstein AG (now known as LGT Bank AG)*

TO:    All Counsel of Record