Hearing Date: August 18, 2021
Opposition Date: July 26, 2021
Reply Date: August 2, 2021

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>*Debtors in Foreign Proceedings*. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03636 (CGM) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496. | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Allianz Bank Financial Advisors S.p.A.'s Motion to Dismiss for Insufficient Service of Process, dated May 21, 2021, Allianz Bank Financial Advisors S.p.A. will move this Court for an order

dismissing with prejudice the complaints filed by the Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited, pursuant to Rules 4, 5, and 12(b)(5) of the Federal Rules of Civil Procedure, made applicable here by Rules 7004, 7005, and 7012 of the Federal Rules of Bankruptcy Procedure, and for the Court to grant such other relief that the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that opposition briefs, if any, are to be filed and served by no later than July 26, 2021, and that Allianz Bank Financial Advisors S.p.A. shall file and serve a reply, if any, by August 2, 2021.

PLEASE TAKE FURTHER NOTICE that Allianz Bank Financial Advisors S.p.A. does not, by this motion, waive any of its jurisdictional, substantive, or procedural rights, remedies, and defenses in connection with the above-captioned adversary proceedings, and reserves the right to move to dismiss the complaints on all other grounds.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Allianz Bank Financial Advisors S.p.A. does not consent to the entry of final orders or judgment by this Court.

Dated: New York, New York
May 21, 2021

Respectfully submitted,

/s/ *Jonathan D. Cogan*
Jonathan D. Cogan

KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
jonathan.cogan@kobrekim.com

*Counsel for Allianz Bank Financial Advisors S.p.A.*

TO: All Counsel of Record