# Exhibit B

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 1 | HSBC HOLDINGS PLC | Parent | London | United Kingdom |
| 2 | Hsbc North America Holdings Inc. | Subsidiary | New York | United States |
| 3 | Hsbc Investments (north America) Inc. | Subsidiary | Prospect Heights | United States |
| 4 | Hsbc North America Inc. | Subsidiary | Buffalo | United States |
| 5 | Hsbc Usa, Inc. | Subsidiary | Conyers | United States |
| 6 | Hsbc Bank USA | Subsidiary | Wilmington | United States |
| 7 | Hsbc Mortgage Corporation (usa) | Subsidiary | Depew | United States |
| 8 | Hsbc Business Credit (usa) Inc | Subsidiary | New York | United States |
| 9 | Hsbc Insurance Agency (usa) Inc. | Subsidiary | Buffalo | United States |
| 10 | Hsbc Realty Credit Corporation (usa) | Subsidiary | Buffalo | United States |
| 11 | MARINE MIDLAND BANK N.A. | Subsidiary | London | United Kingdom |
| 12 | Hsbc Private Bank International | Subsidiary | Miami | United States |
| 13 | H S B C Overseas Corporation (de) | Subsidiary | Wilmington | United States |
| 14 | Hsbc Bank Usa, National Association | Subsidiary | McLean | United States |
| 15 | HSBC BANK USA, NATIONAL ASSOCIATION | Subsidiary | Central District | Hong Kong SAR |
| 16 | HSBC BANK USA, NATIONAL ASSOCIATION | Subsidiary | London | United Kingdom |
| 17 | Hsbc Global Asset Management (usa) Inc. | Subsidiary | New York | United States |
| 18 | Hsbc Asset Management (americas) Inc. | Subsidiary | New York | United States |
| 19 | HSBC Turkey Finance (No. 1) Limited | Subsidiary | George Town | Cayman Islands |
| 20 | HSBC Mexico S.A. | Subsidiary | George Town | Cayman Islands |
| 21 | The Headland Private Equity Fund 3 Limited | Subsidiary | George Town | Cayman Islands |
| 22 | HSBC Brazil DPR Finance (No 1) Limited | Subsidiary | George Town | Cayman Islands |
| 23 | HSBC Investments (Bahamas) Limited | Subsidiary | Nassau | Bahamas |
| 24 | HSBC NIM Cayman Company 2006-FF1 | Subsidiary | George Town | Cayman Islands |
| 25 | Hsbc Finance Corporation | Subsidiary | Arlington Heights | United States |
| 26 | Beneficial Company LLC | Subsidiary | Arlington Heights | United States |
| 27 | Beneficial Management Inc | Subsidiary | Depew | United States |
| 28 | Household Realty Corporation | Subsidiary | Prospect Heights | United States |
| 29 | Beneficial Management Corp | Subsidiary | Peapack | United States |
| 30 | Household Commercial Financial Services Inc | Subsidiary | Prospect Heights | United States |
| 31 | Household Recovery Services Corporation | Subsidiary | Depew | United States |
| 32 | Beneficial Kansas Inc | Subsidiary | Shawnee Mission | United States |
| 33 | Beneficial New York Inc | Subsidiary | Depew | United States |
| 34 | Hsbc Card Services Inc. | Subsidiary | Arlington Heights | United States |
| 35 | Hsbc Card Services Inc. | Subsidiary | Sioux Falls | United States |
| 36 | Household Finance Corporation | Subsidiary | Prospect Heights | United States |
| 37 | Beneficial Oklahoma Inc | Subsidiary | Wilmington | United States |
| 38 | Beneficial Consumer Discount Company | Subsidiary | Wilmington | United States |
| 39 | Beneficial Massachusetts Inc. | Subsidiary | Prospect Heights | United States |
| 40 | Beneficial Virginia Inc | Subsidiary | Peapack | United States |
| 41 | Beneficial South Carolina Inc | Subsidiary | Charleston | United States |
| 42 | Beneficial Hawaii Inc | Subsidiary | Prospect Heights | United States |
| 43 | Beneficial Oregon Inc | Subsidiary | Peapack | United States |
| 44 | Household Finance Realty Corporation of Nevada | Subsidiary | Prospect Heights | United States |
| 45 | Beneficial New Mexico Inc | Subsidiary | Albuquerque | United States |
| 46 | Household Finance Corporation II (del) | Subsidiary | Prospect Heights | United States |
| 47 | Transamerica Financial Services, Inc (new Jersey) | Subsidiary | Los Angeles | United States |
| 48 | Household Finance Corporation III | Subsidiary | Prospect Heights | United States |
| 49 | Hsbc Technology & Services (usa) Inc | Subsidiary | Arlington Heights | United States |
| 50 | Hsbc Securities (usa) Inc. | Subsidiary | Conyers | United States |
| 51 | HSBC Bank Canada | Subsidiary | Vancouver | Canada |
| 52 | HSBC Retail Services Limited | Subsidiary | North York | Canada |
| 53 | Household Trust Company | Subsidiary | North York | Canada |
| 54 | HSBC INVESTMENT BANK HOLDINGS LIMITED | Subsidiary | London | United Kingdom |
| 55 | HSBC GLOBAL ASSET MANAGEMENT LIMITED | Subsidiary | London | United Kingdom |
| 56 | HSBC GLOBAL ASSET MANAGEMENT (UK) LIMITED | Subsidiary | London | United Kingdom |
| 57 | HSBC GLOBAL ASSET MANAGEMENT (TAIWAN) LIMITED | Subsidiary | Taipei City | Taiwan Region |
| 58 | HSBC INVESTMENT FUNDS (LUXEMBOURG) S.A. | Subsidiary | Luxembourg | Luxembourg |
| 59 | HSBC Infrastructure Debt GP 1 S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 60 | HSBC Infrastructure Debt GP 2 S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 61 | HSBC Diversified Loan Fund General Partner S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 62 | HSBC Global Investment Funds | Subsidiary | Luxembourg | Luxembourg |
| 63 | HSBC ALTERNATIVE INVESTMENTS LIMITED | Subsidiary | London | United Kingdom |
| 64 | HSBC GLOBAL ASSET MANAGEMENT (INTERNATIONAL) LIMITED | Subsidiary | Jersey | United Kingdom |
| 65 | LEMASCO NOMINEES LTD | Subsidiary | Jersey | United Kingdom |
| 66 | James Capel (Channel Islands) Nominees LTD | Subsidiary | Jersey | United Kingdom |
| 67 | HSBC RETIREMENT SERVICES LIMITED | Subsidiary | London | United Kingdom |
| 68 | HSBC MASTER TRUST TRUSTEE LIMITED | Subsidiary | London | United Kingdom |
| 69 | HSBC SPECIALIST INVESTMENTS LIMITED | Subsidiary | London | United Kingdom |
| 70 | HSBC INFRASTRUCTURE LIMITED | Subsidiary | London | United Kingdom |
| 71 | HSBC PROPERTY FUNDS (HOLDING) LIMITED | Subsidiary | London | United Kingdom |
| 72 | HSBC CITY FUNDING HOLDINGS | Subsidiary | London | United Kingdom |
| 73 | HSBC BANK AUSTRALIA LIMITED | Subsidiary | Sydney | Australia |
| 74 | HSBC El Salvador | Subsidiary | San Salvador | El Salvador |
| 75 | HSBC FINANCE (NETHERLANDS) | Subsidiary | Birmingham | United Kingdom |
| 76 | HSBC Holdings B.V. | Subsidiary | Onbekend | Netherlands |
| 77 | HSBC INVESTMENT COMPANY LIMITED | Subsidiary | London | United Kingdom |
| 78 | Serai Limited | Subsidiary | Central District | Hong Kong SAR |
| 79 | HSBC PROFESSIONAL SERVICES (INDIA) PRIVATE LIMITED | Subsidiary | Mumbai | India |
| 80 | HSBC HOLDINGS B.V. | Subsidiary | London | United Kingdom |
| 81 | HSBC ELECTRONIC DATA PROCESSING INDIA PRIVATE LIMITED | Subsidiary | Hyderabad | India |
| 82 | HSBC ELECTRONIC DATA PROCESSING INDIA PRIVATE LIMITED | Subsidiary | London | United Kingdom |
| 83 | HSBC BANK EGYPT S.A.E. | Subsidiary | Maadi | Egypt |
| 84 | HSBC Investment Bank Holdings B.V. | Subsidiary | Onbekend | Netherlands |
| 85 | HSBC SECURITIES AND CAPITAL MARKETS (INDIA) PRIVATE LIMITED | Subsidiary | Mumbai | India |
| 86 | HSBC ASSET MANAGEMENT (INDIA) PRIVATE LIMITED | Subsidiary | Mumbai | India |
| 87 | HSBC INVESTDIRECT (INDIA) LIMITED | Subsidiary | Mumbai | India |
| 88 | HSBC INVESTDIRECT FINANCIAL SERVICES (INDIA) LIMITED | Subsidiary | Mumbai | India |
| 89 | HSBC INVESTDIRECT SECURITIES (INDIA) PRIVATE LIMITED | Subsidiary | Mumbai | India |
| 90 | HSBC SECURITIES (PHILIPPINES), INC. | Subsidiary | Makati | Philippines |
| 91 | HSBC INVESTMENT BANK HOLDINGS B.V. | Subsidiary | London | United Kingdom |
| 92 | Liandudno Investments Limited | Subsidiary | | Bahamas |
| 93 | HSBC Asia Holdings B.V. | Subsidiary | Onbekend | Netherlands |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 94 | HSBC SOFTWARE DEVELOPMENT (INDIA) PRIVATE LIMITED | Subsidiary | Pune | India |
| 95 | HSBC SOFTWARE DEVELOPMENT (INDIA) PRIVATE LIMITED | Subsidiary | London | United Kingdom |
| 96 | Hsbc Technology & Services (usa) Inc. | Subsidiary | Buffalo | United States |
| 97 | HSBC ASIA HOLDINGS B.V. | Subsidiary | London | United Kingdom |
| 98 | HSBC PROPERTY (UK) LIMITED | Subsidiary | London | United Kingdom |
| 99 | HSBC IM PENSION TRUST LIMITED | Subsidiary | London | United Kingdom |
| 100 | HSBC Bank Bermuda Limited | Subsidiary | Hamilton | Bermuda |
| 101 | Kirk Management Ltd | Subsidiary | Hamilton | Bermuda |
| 102 | Banco Nominees Limited | Subsidiary | Hamilton | Bermuda |
| 103 | HSBC Institutional Trust Services (Bermuda) Limited | Subsidiary | Hamilton | Bermuda |
| 104 | GenoPort (Holdings) Limited | Subsidiary | Hamilton | Bermuda |
| 105 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Muscat | Oman |
| 106 | Seguros HSBC Honduras S.A. | Subsidiary | Tegucigalpa | Honduras |
| 107 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Dubai | United Arab Emirates |
| 108 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Manama | Bahrain |
| 109 | HSBC BANK MIDDLE EAST (BAHRAIN) | Subsidiary | Manama | Bahrain |
| 110 | HSBC | Subsidiary | Amman | Jordan |
| 111 | HSBC MIDDLE EAST SEM | Subsidiary | Beirut | Lebanon |
| 112 | H S B C SAUDI ARIBIAN CO.LTD. | Subsidiary | Riyadh | Saudi Arabia |
| 113 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Manama | Bahrain |
| 114 | HSBC Financial Services (Lebanon) sal. | Subsidiary | Beirut | Lebanon |
| 115 | HSBC MIDDLE EAST LTD | Subsidiary | Doha | Qatar |
| 116 | Hsbc Bank Middle East Limited | Subsidiary |  | Bahrain |
| 117 | HSBC Bank Middle East | Subsidiary | Muscat | Oman |
| 118 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Manama | Bahrain |
| 119 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Muharraq | Bahrain |
| 120 | Hsbc Bank Middle East Limited | Subsidiary |  | Bahrain |
| 121 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Manama | Bahrain |
| 122 | HSBC BANK MIDDLE EAST LTD. | Subsidiary | Amman | Jordan |
| 123 | HSBC Bank of Middle East | Subsidiary | Amman | Jordan |
| 124 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary |  | Bahrain |
| 125 | HSBC Bank of Middle East | Subsidiary |  | Jordan |
| 126 | HSBC MIDDLE EAST LTD QATAR | Subsidiary | Mesaieed Branch | Qatar |
| 127 | HSBC | Subsidiary | Manama | Bahrain |
| 128 | HSBC SECURITIES (Egypt) S.A.E. | Subsidiary | Cairo | Egypt |
| 129 | HONGKONG & SHANGHAI BANKING CO | Subsidiary | Bandar Seri Begawan | Brunei Darussalam |
| 130 | HSBC UK HOLDINGS LIMITED | Subsidiary | London | United Kingdom |
| 131 | HSBC BANK PLC | Subsidiary | London | United Kingdom |
| 132 | HSBC GLOBAL CUSTODY PROPRIETARY NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 133 | HSBC CONTINENTAL EUROPE | Subsidiary | Paris | France |
| 134 | HSBC GLOBAL ASSET MANAGEMENT ( FRANCE) | Subsidiary | Courbevoie | France |
| 135 | HSBC REIM (FRANCE) | Subsidiary | Courbevoie | France |
| 136 | HSBC GLOBAL ASSET MANAGEMENT (FRANCE) | Subsidiary | Milano | Italy |
| 137 | HSBC GLOBAL ASSET MANAGEMENT -FRANCE-SUCURSAL EN ESPAÑA | Subsidiary | Madrid | Spain |
| 138 | SNC DE DENORMANDIE | Subsidiary | Paris | France |
| 139 | HSBC ASSURANCES VIE (FRANCE) | Subsidiary | Courbevoie | France |
| 140 | HSBC CONTINENTAL EUROPE | Subsidiary | Milano | Italy |
| 141 | HSBC Continental Europe, Czech Republic | Subsidiary | Praha 1 - Nové Mesto | Czech Republic |
| 142 | CHARTERHOUSE MANAGEMENT SERVICES LIMITED | Subsidiary | London | United Kingdom |
| 143 | CHARTERHOUSE ADMINISTRATORS (D.T.) LIMITED | Subsidiary | London | United Kingdom |
| 144 | HSBC LEASING | Subsidiary | Paris | France |
| 145 | SAF ZHU JIANG SHI JIU | Subsidiary | Paris | France |
| 146 | SAF ZHU JIANG SHI LIU | Subsidiary | Paris | France |
| 147 | SAF ZHU JIANG SHI QI | Subsidiary | Paris | France |
| 148 | SNCB M6 - 2008 A | Subsidiary | Paris | France |
| 149 | SNCB M6 - 2007 B | Subsidiary | Paris | France |
| 150 | SNCB M6 - 2007 A | Subsidiary | Paris | France |
| 151 | SAF ZHU JIANG SHI BA | Subsidiary | Paris | France |
| 152 | SAF ZHU JIANG SHI ER | Subsidiary | Paris | France |
| 153 | SAF ZHU JIANG SHI WU | Subsidiary | Paris | France |
| 154 | SAF GUANGZHOU | Subsidiary | Paris | France |
| 155 | SAF BAIYUN | Subsidiary | Paris | France |
| 156 | SOPINGEST | Subsidiary | Paris | France |
| 157 | HSBC FACTORING (FRANCE) | Subsidiary | Paris | France |
| 158 | HSBC EPARGNE ENTREPRISE | Subsidiary | Courbevoie | France |
| 159 | S.A.P.C. UFIPRO RECOUVREMENT | Subsidiary | Paris | France |
| 160 | FONCIERE ELYSEES | Subsidiary | Paris | France |
| 161 | SNC LES OLIVIERS D'ANTIBES | Subsidiary | Courbevoie | France |
| 162 | SFM | Subsidiary | Paris | France |
| 163 | DEMPAR 1 | Subsidiary | Paris | France |
| 164 | SNC LES MERCURIALES | Subsidiary | Paris | France |
| 165 | SNC DORIQUE | Subsidiary | St Denis | Reunion |
| 166 | SNC MAKALA | Subsidiary | Paris | France |
| 167 | SAS CYATHEAS PASTEUR | Subsidiary | Paris | France |
| 168 | DEM 9 | Subsidiary | Paris | France |
| 169 | SOCIETE FRANCAISE ET SUISSE | Subsidiary | Paris | France |
| 170 | FLANDRES CONTENTIEUX SA | Subsidiary | Paris | France |
| 171 | HSBC REAL ESTATE LEASING (FRANCE) | Subsidiary | Paris | France |
| 172 | HSBC CONTINENTAL EUROPE SUCURSAL EN ESPAÑA. | Subsidiary | Madrid | Spain |
| 173 | HSBC SFH (FRANCE) | Subsidiary | Courbevoie | France |
| 174 | VALEURS MOBILIERES ELYSEES | Subsidiary | Paris | France |
| 175 | HSBC CONTINENTAL EUROPE (S A) ODDZIAL W POLSCE | Subsidiary | Warszawa | Poland |
| 176 | HSBC SERVICES (FRANCE) | Subsidiary | Paris | France |
| 177 | CCF & PARTNERS ASSET MANAGEMENT LIMITED | Subsidiary | London | United Kingdom |
| 178 | MARKS AND SPENCER FINANCIAL SERVICES PLC | Subsidiary | Chester | United Kingdom |
| 179 | HSBC EQUIPMENT FINANCE (UK) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 180 | ASSETFINANCE MARCH (D) LIMITED | Subsidiary | London | United Kingdom |
| 181 | ASSETFINANCE DECEMBER (F) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 182 | ASSETFINANCE JUNE (D) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 183 | ASSETFINANCE SEPTEMBER (G) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 184 | HSBC LIFE (UK) LIMITED | Subsidiary | Bristol | United Kingdom |
| 185 | HSBC INVOICE FINANCE (UK) LIMITED | Subsidiary | Worthing | United Kingdom |
| 186 | HSBC BANK PLC | Subsidiary | Central District | Hong Kong SAR |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 187 | HSBC PRIVATE BANK (UK) LIMITED | Subsidiary | London | United Kingdom |
| 188 | HSBC Alpha Funding (UK) Limited | Subsidiary | West Bay | Cayman Islands |
| 189 | HSBC Securities Services (Luxembourg) S.A. | Subsidiary | Luxembourg | Luxembourg |
| 190 | HSBC Equator Bank Plc | Subsidiary | Luanda | Angola |
| 191 | HSBC PRIVATE BANK (C.I.) LIMITED | Subsidiary | Guernsey | United Kingdom |
| 192 | HSBC CUSTODY SERVICES (GUERNSEY) LTD | Subsidiary | Guernsey | United Kingdom |
| 193 | HSBC TRUSTEE (GUERNSEY) LTD | Subsidiary | Guernsey | United Kingdom |
| 194 | ETON CORPORATE SERVICES LTD | Subsidiary | Guernsey | United Kingdom |
| 195 | BANCO NOMINEES (GUERNSEY) LTD | Subsidiary | Guernsey | United Kingdom |
| 196 | MOUNT VIEW, s.r.o. | Subsidiary | Banská Bystrica | Slovakia |
| 197 | REPUBLIC NOMINEES LTD | Subsidiary | Guernsey | United Kingdom |
| 198 | HSBC SECURITIES SERVICES (GUERNSEY) LTD | Subsidiary | Guernsey | United Kingdom |
| 199 | CCF Holding (LIBAN) S A L | Subsidiary | Beirut | Lebanon |
| 200 | MIL (JERSEY) LIMITED | Subsidiary | Jersey | United Kingdom |
| 201 | HSBC CORPORATE TRUSTEE COMPANY (UK) LIMITED | Subsidiary | London | United Kingdom |
| 202 | PROSERV UK LIMITED | Subsidiary | Aberdeen | United Kingdom |
| 203 | KRG INDUSTRIES LIMITED | Subsidiary | Aberdeen | United Kingdom |
| 204 | CHC HOLDING (UK) LIMITED | Subsidiary | Edinburgh | United Kingdom |
| 205 | HELIWORLD LEASING LIMITED | Subsidiary | London | United Kingdom |
| 206 | AVANT HOMES (SCOTLAND) LIMITED | Subsidiary | Stirling | United Kingdom |
| 207 | AVANT HOMES (SCOTLAND MK) LIMITED | Subsidiary | Stirling | United Kingdom |
| 208 | PROSERV (2) LIMITED | Subsidiary | Aberdeen | United Kingdom |
| 209 | ABERDEEN ROADS LIMITED | Subsidiary | Edinburgh | United Kingdom |
| 210 | BERMUDA TRUST EXECUTORS (JERSEY) LTD | Subsidiary | Jersey | United Kingdom |
| 211 | HSBC ASSET FINANCE (UK) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 212 | ASSETFINANCE DECEMBER (H) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 213 | ASSETFINANCE MARCH (B) LIMITED | Subsidiary | Belfast | United Kingdom |
| 214 | ASSETFINANCE SEPTEMBER (F) LIMITED | Subsidiary | Leicester | United Kingdom |
| 215 | ASSETFINANCE DECEMBER (R) LIMITED | Subsidiary | London | United Kingdom |
| 216 | SWAN NATIONAL LIMITED | Subsidiary | Birmingham | United Kingdom |
| 217 | ASSETFINANCE MARCH (F) LIMITED | Subsidiary | London | United Kingdom |
| 218 | ASSETFINANCE JUNE (A) LIMITED | Subsidiary | London | United Kingdom |
| 219 | SOUTH YORKSHIRE LIGHT RAIL LIMITED | Subsidiary | Sheffield | United Kingdom |
| 220 | ASSETFINANCE LIMITED | Subsidiary | Birmingham | United Kingdom |
| 221 | BERMUDA TRUST (ST HELIER) LTD | Subsidiary | Jersey | United Kingdom |
| 222 | SOMERS NOMINEES (I.O.M.) LTD | Subsidiary | Isle Of Man | United Kingdom |
| 223 | HSBC BANK PLC | Subsidiary | Gzira | Malta |
| 224 | ALLBLACK INVESTMENTS LTD | Subsidiary | Jersey | United Kingdom |
| 225 | BANCO NOMINEES 2 (GUERNSEY) LIMITED | Subsidiary | Guernsey | United Kingdom |
| 226 | HSBC BANK PENSION TRUST (UK) LIMITED | Subsidiary | London | United Kingdom |
| 227 | HSBC ASSET FINANCE M.O.G. HOLDINGS (UK) LIMITED | Subsidiary | London | United Kingdom |
| 228 | MARKS AND SPENCER UNIT TRUST MANAGEMENT LIMITED | Subsidiary | London | United Kingdom |
| 229 | HSBC EQUITY (UK) LIMITED | Subsidiary | London | United Kingdom |
| 230 | HSBC PRIVATE EQUITY INVESTMENTS (UK) LIMITED | Subsidiary | London | United Kingdom |
| 231 | HSBC BRANCH NOMINEE (UK) LIMITED | Subsidiary | Croydon | United Kingdom |
| 232 | CHARTERHOUSE PENSIONS LIMITED | Subsidiary | London | United Kingdom |
| 233 | ASSETFINANCE DECEMBER (P) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 234 | HSBC BANK (GENERAL PARTNER) LIMITED | Subsidiary | Jersey | United Kingdom |
| 235 | HSBC SECURITIES SERVICES (ISLE OF MAN) LTD | Subsidiary | Isle Of Man | United Kingdom |
| 236 | HSBC BANK NOMINEE (GUERNSEY) LTD | Subsidiary | Guernsey | United Kingdom |
| 237 | HSBC BANK NOMINEE (JERSEY) LTD | Subsidiary | Jersey | United Kingdom |
| 238 | Hsbc Bank Plc | Subsidiary | Llangollen | United Kingdom |
| 239 | THE VENTURE CATALYSTS LIMITED | Subsidiary | London | United Kingdom |
| 240 | RLUKREF NOMINEES (UK) ONE LIMITED | Subsidiary | London | United Kingdom |
| 241 | HSBC ISSUER SERVICES DEPOSITARY NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 242 | HSBC GLOBAL CUSTODY NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 243 | ANDREWS SYKES GROUP PLC | Subsidiary | Wolverhampton | United Kingdom |
| 244 | ANDREWS SYKES HIRE LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 245 | ANDREWS AIR CONDITIONING AND REFRIGERATION LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 246 | SYKES PUMPS LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 247 | PLANT MART LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 248 | HEAT FOR HIRE (SCOTLAND) LIMITED | Subsidiary | Grangemouth | United Kingdom |
| 249 | Andrews Sykes | Subsidiary | Dilbeek | Belgium |
| 250 | COMPANY 3533273 LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 251 | ANDREWS SYKES INVESTMENTS LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 252 | AAC&R LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 253 | ANDREWS ACCOMMODATION LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 254 | EXPERT HIRE PLANT LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 255 | ANDREWS INDUSTRIAL EQUIPMENT (SCOTLAND) LIMITED | Subsidiary | Glasgow | United Kingdom |
| 256 | REFRIGERATION COMPRESSOR REMANUFACTURERS LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 257 | ANDREWS SYKES INTERNATIONAL LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 258 | NOLO CLIMAT SRL | Subsidiary | Parabiago | Italy |
| 259 | SYKES PUMPS INTERNATIONAL LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 260 | A.S. Holding B.V. | Subsidiary | Bleiswijk | Netherlands |
| 261 | Andrews Sykes B.V. | Subsidiary | Bleiswijk | Netherlands |
| 262 | CLIMATE CONTINGENCY SERVICES LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 263 | A. S. GROUP MANAGEMENT LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 264 | ANDREWS SYKES PROPERTIES LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 265 | SYKES GROUND WATER CONTROL LIMITED | Subsidiary | Wolverhampton | United Kingdom |
| 266 | HSBC LU NOMINEES LIMITED | Subsidiary | London | United Kingdom |
| 267 | HSBC REPUBLIC MANAGEMENT SERVICES (GUERNSEY) LIMITED | Subsidiary | Guernsey | United Kingdom |
| 268 | PRUDENTIAL CLIENT HSBC GIS NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 269 | HSBC OVERSEAS NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 270 | HSBC (BGF) INVESTMENTS LIMITED | Subsidiary | London | United Kingdom |
| 271 | HSBC CLIENT HOLDINGS NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 272 | JAMES CAPEL (TAIWAN) NOMINEES LIMITED | Subsidiary | London | United Kingdom |
| 273 | HSBC Germany Holdings GmbH | Subsidiary | Düsseldorf | Germany |
| 274 | HSBC Trinkaus & Burkhardt AG | Subsidiary | Düsseldorf | Germany |
| 275 | HSBC Global Asset Management (Deutschland) GmbH | Subsidiary | Düsseldorf | Germany |
| 276 | HSBC Global Asset Management (Österreich) GmbH in Liqu. | Subsidiary | Wien | Austria |
| 277 | HSBC Trinkaus Real Estate GmbH | Subsidiary | Düsseldorf | Germany |
| 278 | Trinkaus Immobilien-Fonds Geschäftsführungs-GmbH | Subsidiary | Düsseldorf | Germany |
| 279 | Trinkaus Europa Immobilien-Fonds Nr. 3 Objekt Utrecht Verwaltungs-GmbH | Subsidiary | Düsseldorf | Germany |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 280 | Trinkaus Australien Immobilien-Fonds Nr. 1 Treuhand-GmbH | Subsidiary | Düsseldorf | Germany |
| 281 | HSBC Trinkaus Europa Immobilien-Fonds Nr. 5 GmbH | Subsidiary | Düsseldorf | Germany |
| 282 | Trinkaus Immobilien-Fonds Verwaltungs-GmbH | Subsidiary | Düsseldorf | Germany |
| 283 | HSBC Trinkaus & Burkhardt Gesellschaft für Bankbeteiligungen mbH | Subsidiary | Düsseldorf | Germany |
| 284 | HSBC Transaction Services GmbH | Subsidiary | Düsseldorf | Germany |
| 285 | HSBC Operational Services GmbH | Subsidiary | Düsseldorf | Germany |
| 286 | Internationale Kapitalanlagegesellschaft mit beschränkter Haftung | Subsidiary | Düsseldorf | Germany |
| 287 | Gotham City Residential Partners I GmbH & Co.KG | Subsidiary | Frankfurt am Main | Germany |
| 288 | Prime Real Estate Fund SCA SICAV-SIF. | Subsidiary | Mertert | Luxembourg |
| 289 | Prime Frankfurt Taunusanlage 11S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 290 | City Asia Feeder GmbH & Co. KG | Subsidiary | Frankfurt am Main | Germany |
| 291 | Trinkaus Private Equity Verwaltungs GmbH | Subsidiary | Düsseldorf | Germany |
| 292 | HSBC Service Company Germany GmbH | Subsidiary | Düsseldorf | Germany |
| 293 | Trinkaus Private Equity Management GmbH | Subsidiary | Düsseldorf | Germany |
| 294 | HSBC Trinkaus M4 Privat GmbH & Co. KG | Subsidiary | Düsseldorf | Germany |
| 295 | HSBC Trinkaus Family Office GmbH | Subsidiary | Düsseldorf | Germany |
| 296 | Trinkaus Secondary Zweitausendsechs GmbH & Co. KGaA | Subsidiary | Düsseldorf | Germany |
| 297 | HSBC INKA Investment-AG TGV | Subsidiary | Düsseldorf | Germany |
| 298 | HSBC ISSUER SERVICES COMMON DEPOSITARY NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 299 | ABC3 LIMITED | Subsidiary | Dundee | United Kingdom |
| 300 | TECJET LIMITED | Subsidiary | Dundee | United Kingdom |
| 301 | CANADA SQUARE NOMINEES (UK) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 302 | HSBC PREFERENTIAL LP (UK) | Subsidiary | London | United Kingdom |
| 303 | HSBC MARKING NAME NOMINEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 304 | HSBC Bank Georgia jsc | Subsidiary | Tbilisi | Georgia |
| 305 | HSBC FINANCE LIMITED | Subsidiary | London | United Kingdom |
| 306 | Equator Leasing Seventeen Limited | Subsidiary | Nassau | Bahamas |
| 307 | Nomihold Securities Inc | Subsidiary | Road Town | Virgin Islands (British) |
| 308 | JOHN LEWIS FINANCIAL SERVICES LIMITED | Subsidiary | London | United Kingdom |
| 309 | Equator Leasing Twelve Limited | Subsidiary | Nassau | Bahamas |
| 310 | HSBC INSURANCE SERVICES HOLDINGS LIMITED | Subsidiary | London | United Kingdom |
| 311 | KANE (GUERNSEY) LTD | Subsidiary | Guernsey | United Kingdom |
| 312 | MIDLAND BANK (BRANCH NOMINEES) LIMITED | Subsidiary | London | United Kingdom |
| 313 | B.D. DIRECT LIMITED | Subsidiary | Cradley Heath | United Kingdom |
| 314 | JAMES CAPEL (NOMINEES) LIMITED | Subsidiary | London | United Kingdom |
| 315 | RLUKREF NOMINEES (UK) TWO LIMITED | Subsidiary | London | United Kingdom |
| 316 | HSBC PRECISION TRADING LIMITED | Subsidiary | Jersey | United Kingdom |
| 317 | CANADA CRESCENT NOMINEES (UK) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 318 | HSBC WEALTH CLIENT NOMINEE LIMITED | Subsidiary | Birmingham | United Kingdom |
| 319 | HSBC PENSION TRUST (IRELAND) DESIGNATED ACTIVITY COMPANY | Subsidiary | | Ireland |
| 320 | HSBC UK BANK PLC | Subsidiary | Birmingham | United Kingdom |
| 321 | HSBC TRUST COMPANY (UK) LIMITED | Subsidiary | London | United Kingdom |
| 322 | MIDLAND NOMINEES LIMITED | Subsidiary | London | United Kingdom |
| 323 | TURNSONIC (NOMINEES) LIMITED | Subsidiary | London | United Kingdom |
| 324 | HSBC EXECUTOR & TRUSTEE COMPANY (UK) LIMITED | Subsidiary | London | United Kingdom |
| 325 | ST CROSS TRUSTEES LIMITED | Subsidiary | St Albans | United Kingdom |
| 326 | B & Q FINANCIAL SERVICES LIMITED | Subsidiary | London | United Kingdom |
| 327 | HSBC UK CLIENT NOMINEE LIMITED | Subsidiary | London | United Kingdom |
| 328 | HSBC Securities (Canada) Inc. | Subsidiary | Toronto | Canada |
| 329 | HSBC Trinkaus & Burkhardt (International) S.A. | Subsidiary | Luxembourg | Luxembourg |
| 330 | WALSER Weltportfolio | Subsidiary | Strassen | Luxembourg |
| 331 | HSBC FINANCIAL SERVICES(MIDDLE EAST)LIMITED CO - DUBAI BRANCH | Subsidiary | Dubai | United Arab Emirates |
| 332 | HSBC Private Equity Middle East Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 333 | HSBC Private Equity Middle East Management Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 334 | HSBC Investment Holdings (Guernsey) Ltd | Subsidiary | Guernsey | United Kingdom |
| 335 | HSBC MANAGEMENT (GUERNSEY) LIMITED | Subsidiary | Guernsey | United Kingdom |
| 336 | HRMG NOMINEES LTD | Subsidiary | Guernsey | United Kingdom |
| 337 | HERMITAGE CAPITAL MANAGEMENT LTD | Subsidiary | Guernsey | United Kingdom |
| 338 | HSBC Global Asset Management (Canada) Limited | Subsidiary | Vancouver | Canada |
| 339 | BRITISH BANK OF THE MIDDLE EAST (THE) | Subsidiary | Beirut | Lebanon |
| 340 | HSBC BANK PLC | Subsidiary | Ramat Gan | Israel |
| 341 | HSBC Investment Funds (Canada) Inc. | Subsidiary | Vancouver | Canada |
| 342 | HSBC MIDDLE EAST FINANCE CO LTD | Subsidiary | Dubai | United Arab Emirates |
| 343 | HSBC ASIA HOLDINGS LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 344 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | Subsidiary | Central District | Hong Kong SAR |
| 345 | THE HONGKONG & SHANGHAI BANKING CORPORATION LTD- OFFSHORE BANKING UNIT | Subsidiary | Port Louis | Mauritius |
| 346 | Hsbc (china) Co., Ltd. | Subsidiary | Shanghai | China |
| 347 | HSBC BANK MALAYSIA BERHAD | Subsidiary | Kuala Lumpur | Malaysia |
| 348 | HSBC NOMINEES (ASING) SDN. BHD. | Subsidiary | Kuala Lumpur | Malaysia |
| 349 | HSBC (KUALA LUMPUR) NOMINEES SENDIRIAN BERHAD | Subsidiary | Kuala Lumpur | Malaysia |
| 350 | RAMPAI-NIAGA SDN.BHD. | Subsidiary | Petaling Jaya | Malaysia |
| 351 | HSBC NOMINEES (TEMPATAN) SDN BHD | Subsidiary | | Malaysia |
| 352 | HSBC CAPITAL LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 353 | HSBC PROVIDENT FUND TRUSTEE (HONG KONG) LIMITED | Subsidiary | Tai Kok Tsui | Hong Kong SAR |
| 354 | THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | Subsidiary | London | United Kingdom |
| 355 | HSBC ASIA PACIFIC HOLDINGS (UK) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 356 | PT. BANK HSBC INDONESIA | Subsidiary | Jakarta | Indonesia |
| 357 | THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | Subsidiary | South Jakarta | Indonesia |
| 358 | PT. BANK HSBC INDONESIA | Subsidiary | Bandung | Indonesia |
| 359 | PT. BANK HSBC INDONESIA | Subsidiary | Surabaya | Indonesia |
| 360 | PT. BANK HSBC INDONESIA | Subsidiary | Jakarta | Indonesia |
| 361 | PT. BANK EKONOMI RAHARJA | Subsidiary | Jakarta | Indonesia |
| 362 | HSBC Bank (Taiwan) Limited | Subsidiary | Taipei City | Taiwan Region |
| 363 | HSBC AUSTRALIA HOLDINGS PTY LIMITED | Subsidiary | Sydney | Australia |
| 364 | HSBC SECURITIES (JAPAN) LIMITED | Subsidiary | London | United Kingdom |
| 365 | HSBC SECURITIES (JAPAN) LIMITED | Subsidiary | Chuo-Ku | Japan |
| 366 | Koscom Fund Services Corporation | Subsidiary | Seoul | Korea, Republic of |
| 367 | HSBC SECURITIES (TAIWAN) CORP., LTD. | Subsidiary | Taipei City | Taiwan Region |
| 368 | THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED - PHILIPPINE BRANCH | Subsidiary | Makati | Philippines |
| 369 | HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 370 | GZI REIT (Holding) 2005 Company Limited | Subsidiary | Wan Chai | Hong Kong SAR |
| 371 | HSBC GLOBAL ASSET MANAGEMENT(JAPAN)K.K. | Subsidiary | Chuo-Ku | Japan |
| 372 | HSBC GLOBAL ASSET MANAGEMENT (HONG KONG) LIMITED | Subsidiary | Central District | Hong Kong SAR |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 373 | HSBC BROKING FUTURES (HONG KONG) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 374 | THE HONGKONG & SHANGHAI BANKING CORP LTD | Subsidiary | Ebene | Mauritius |
| 375 | HSBC BANK (SINGAPORE) LIMITED | Subsidiary | Singapore | Singapore |
| 376 | THE HONGKONG & SHANGHAI BANKING CORPORATION | Subsidiary | Colombo | Sri Lanka |
| 377 | THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | Subsidiary | Male | Maldives |
| 378 | HSBC NOMINEES (NEW ZEALAND) LIMITED | Subsidiary | Auckland | New Zealand |
| 379 | HSBC SAVINGS BANK (PHILIPPINES), INC. | Subsidiary | Muntinlupa | Philippines |
| 380 | HSBC INVESTMENT FUNDS (HONG KONG) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 381 | Chongqing Rongchang Huifeng Village Bank Co.,Ltd. | Subsidiary | Chongqing | China |
| 382 | HSBC BROKING SERVICES (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 383 | HSBC BROKING FOREX (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 384 | HSBC BROKING FUTURES (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 385 | HSBC BROKING SECURITIES (HONG KONG) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 386 | HSBC BROKING SECURITIES (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 387 | HSBC AGENCY (INDIA) PRIVATE LIMITED | Subsidiary | Mumbai | India |
| 388 | HSBC BANK (VIET NAM) LTD | Subsidiary | Ho Chi Minh | Vietnam |
| 389 | Chongqing Fengdu Huifeng Village Town Bank Co., Ltd. | Subsidiary | Chongqing | China |
| 390 | HSBC INSURANCE (ASIA-PACIFIC) HOLDINGS LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 391 | HSBC INSURANCE (ASIA) LIMITED | Subsidiary | Tai Kok Tsui | Hong Kong SAR |
| 392 | HSBC Life (International) Limited | Subsidiary | Hamilton | Bermuda |
| 393 | HSBC INSURANCE (SINGAPORE) PTE. LIMITED | Subsidiary | Singapore | Singapore |
| 394 | FWD TAKAFUL BERHAD | Subsidiary | Kuala Lumpur | Malaysia |
| 395 | Shandong Rongcheng Huifeng Village Bank Co., Ltd. | Subsidiary | Rongcheng | China |
| 396 | The Hongkong and Shanghai Banking Corporation Limited | Subsidiary | Bandar Seri Begawan | Brunei Darussalam |
| 397 | Hubei Macheng Huifeng Village and Township Bank Co., Ltd. | Subsidiary | Macheng | China |
| 398 | Hubei Suizhou Cengdu Huifeng Village Zhenyinxing Co., Ltd. | Subsidiary | Suizhou | China |
| 399 | Beijing Miyun Huifeng Village Bank Co., Ltd. | Subsidiary | Beijing | China |
| 400 | Dalian Pulandian Huifeng Village Town Bank Co., Ltd. | Subsidiary | Dalian | China |
| 401 | Huifeng Qianhai Securities Co., Ltd. | Subsidiary | Shenzhen | China |
| 402 | THE HONGKONG & SHANGHAI BANKING CORP LTD | Subsidiary | Port Louis | Mauritius |
| 403 | HSBC NOMINEES (HONG KONG) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 404 | PT. HSBC SECURITIES INDONESIA | Subsidiary | Jakarta | Indonesia |
| 405 | HSBC Asset Management (Asia Pacific) Limited | Subsidiary | Nassau | Bahamas |
| 406 | HSBC INSURANCE BROKERS (PHILIPPINES), INC. | Subsidiary | Taguig | Philippines |
| 407 | HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LIMITED | Subsidiary | Singapore | Singapore |
| 408 | CLUB RESORTS NO. 1 ASIA PACIFIC PTE. LTD. | Subsidiary | Singapore | Singapore |
| 409 | MARRIOTT VACATION CLUB, ASIA PACIFIC | Subsidiary | Singapore | Singapore |
| 410 | GAJAH MADA INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 411 | GMP INTERNATIONAL HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 412 | MAL LIPPO INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 413 | MLC HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 414 | PLATINUM STRATEGIC INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 415 | ULTRA INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 416 | MAGNUS INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 417 | FENTON INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 418 | TANGENT INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 419 | MAXIA INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 420 | PS INTERNATIONAL HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 421 | PLAZA SEMANGGI INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 422 | CIBUBUR HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 423 | CJ RETAIL INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 424 | ELOK HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 425 | EP INTERNATIONAL INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 426 | GOLD CAPITAL PTE. LTD. | Subsidiary | Singapore | Singapore |
| 427 | HIGRADE CAPITAL PTE. LTD. | Subsidiary | Singapore | Singapore |
| 428 | PARKWAY LIFE MTN PTE. LTD. | Subsidiary | Singapore | Singapore |
| 429 | FCT MTN PTE. LTD. | Subsidiary | Singapore | Singapore |
| 430 | WONSAM 1 (KOREA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 431 | REALTY OVERSEAS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 432 | KINGSTON (KOREA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 433 | MAPLETREELOG MQ (KOREA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 434 | ILJUK (KOREA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 435 | MAPLETREELOG VSIP 1 WAREHOUSE PTE. LTD. | Subsidiary | Singapore | Singapore |
| 436 | PYEONGTAEK (KOREA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 437 | MAPLETREELOG OAKLINE (KOREA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 438 | GREAT PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 439 | PARKWAY LIFE JAPAN3 PTE. LTD. | Subsidiary | Singapore | Singapore |
| 440 | MAPLETREELOG TREASURY COMPANY PTE. LTD. | Subsidiary | Singapore | Singapore |
| 441 | PALLADIUM PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 442 | SG REIT (WA) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 443 | CRCT INVESTMENT (HANGZHOU II) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 444 | CMT MTN PTE. LTD. | Subsidiary | Singapore | Singapore |
| 445 | ICON1 HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 446 | MATOS PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 447 | CRCT INVESTMENT (XI'AN II) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 448 | CCT MTN PTE. LTD. | Subsidiary | Singapore | Singapore |
| 449 | CRCT INVESTMENT (XI'AN I) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 450 | JAVA PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 451 | SERPONG PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 452 | CACHE SINGAPORE ONE PTE. LTD. | Subsidiary | Singapore | Singapore |
| 453 | GRACE CAPITAL PTE. LTD. | Subsidiary | Singapore | Singapore |
| 454 | ASCENDAS REIT (EUROPE) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 455 | PARKWAY LIFE JAPAN2 PTE. LTD. | Subsidiary | Singapore | Singapore |
| 456 | TBS KAPPITEL CORPORATION PTE LTD | Subsidiary | Singapore | Singapore |
| 457 | SG REIT (M) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 458 | PARKWAY LIFE JAPAN4 PTE. LTD. | Subsidiary | Singapore | Singapore |
| 459 | CRCT INVESTMENT (HANGZHOU I) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 460 | SUNTEC (PM) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 461 | FAIRBURY PTE. LTD. | Subsidiary | Singapore | Singapore |
| 462 | HENLEY INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 463 | MATSUDO INVESTMENT PTE. LTD. | Subsidiary | Singapore | Singapore |
| 464 | GOT PTE. LTD. | Subsidiary | Singapore | Singapore |
| 465 | MAPLETREELOG MALAYSIA HOLDINGS PTE. LTD. | Subsidiary | Singapore | Singapore |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 466 | STARHILL GLOBAL REIT JAPAN SPC ONE PTE. LTD. | Subsidiary | Singapore | Singapore |
| 467 | PRIMERICH INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 468 | MADIUN PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 469 | DETOS PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 470 | CRCT INVESTMENT (SUZHOU) PTE. LTD. | Subsidiary | Singapore | Singapore |
| 471 | METROPOLIS PROPERTIES PTE. LTD. | Subsidiary | Singapore | Singapore |
| 472 | SUNTEC HARMONY PTE. LTD. | Subsidiary | Singapore | Singapore |
| 473 | STARHILL GLOBAL REIT MTN PTE. LTD. | Subsidiary | Singapore | Singapore |
| 474 | KALMORE INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 475 | WALDORF REALTY LIMITED | Subsidiary | Hunghom | Hong Kong SAR |
| 476 | POKO SHINE LIMITED | Subsidiary | Hunghom | Hong Kong SAR |
| 477 | TOP SURE INVESTMENT LIMITED | Subsidiary |  | Hong Kong SAR |
| 478 | HAIFU INTERNATIONAL FINANCE HOLDING GROUP LIMITED | Subsidiary | Admiralty | Hong Kong SAR |
| 479 | HSBC Global Asset Management Holdings (Bahamas) Limited | Subsidiary | Nassau | Bahamas |
| 480 | HSBC GLOBAL ASSET MANAGEMENT (SINGAPORE) LIMITED | Subsidiary | Singapore | Singapore |
| 481 | HSBC Bank Bahamas Limited | Subsidiary | Nassau | Bahamas |
| 482 | HSBC GLOBAL ASSET MANAGEMENT HOLDINGS (BAHAMAS) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 483 | Wayhong (Bahamas) Limited | Subsidiary | Nassau | Bahamas |
| 484 | HSBC Support Services Company (Japan) Limited | Subsidiary | Nassau | Bahamas |
| 485 | Llandudno Investments Ltd | Subsidiary | Nassau | Bahamas |
| 486 | HSBC (Set) Nominees Limited | Subsidiary | Nassau | Bahamas |
| 487 | Solandra Investment Limited | Subsidiary | Nassau | Bahamas |
| 488 | HSBC Markets (Bahamas) Limited | Subsidiary | Nassau | Bahamas |
| 489 | Winnipeg Investments Limited | Subsidiary | Nassau | Bahamas |
| 490 | Michigan Investments Limited | Subsidiary | Nassau | Bahamas |
| 491 | HSBC International Nominees Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 492 | Tayside Holding Limited | Subsidiary | Nassau | Bahamas |
| 493 | WARDLEY LIMITED | Subsidiary |  | Hong Kong SAR |
| 494 | HSBC SECURITIES (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 495 | HSBC SECURITIES (SINGAPORE) PTE LIMITED | Subsidiary | Singapore | Singapore |
| 496 | HSBC SECURITIES BROKERS (ASIA) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 497 | HSBC RESEARCH (MALAYSIA) SDN BHD | Subsidiary | Kuala Lumpur | Malaysia |
| 498 | HSBC BANK PLC (INCORPORATED IN THE UNITED KINGDOM) | Subsidiary | Johannesburg | South Africa |
| 499 | HSBC INSURANCE HOLDINGS LIMITED | Subsidiary | London | United Kingdom |
| 500 | HSBC International Trustee (BVI) Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 501 | HSBC International Trustee Limited | Subsidiary | George Town | Cayman Islands |
| 502 | Electronic Data Process México, S.A. de C.V. | Subsidiary | México | Mexico |
| 503 | HSBC Global Asset Management (Bermuda) Limited | Subsidiary | Hamilton | Bermuda |
| 504 | VOITH MIDDLE EAST LTD | Subsidiary | Muscat | Oman |
| 505 | HSBC LATIN AMERICA HOLDINGS (UK) LIMITED | Subsidiary | Birmingham | United Kingdom |
| 506 | Grupo Financiero HSBC, S.A. de C.V. | Subsidiary | México | Mexico |
| 507 | HSBC México S.A., Institución de Banca Múltiple, Grupo Financiero HSBC | Subsidiary | México | Mexico |
| 508 | Inmobiliaria Nacional Mexicana, S.A.P.I. de C.V. | Subsidiary | México | Mexico |
| 509 | HSBC Servicios Financieros, S.A. de C.V. | Subsidiary | México | Mexico |
| 510 | Cabo Marina, S. de R.L. de C.V. | Subsidiary | Los Cabos | Mexico |
| 511 | Inmobiliaria Grufin, S.A. de C.V. | Subsidiary | México | Mexico |
| 512 | Mexicana de Fomento, S.A. de C.V. | Subsidiary | México | Mexico |
| 513 | Inmobiliaría Bisa, S.A. de C.V. | Subsidiary | México | Mexico |
| 514 | HSBC-D2, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 515 | Inmobiliaria Guatusi, S.A. de C.V. | Subsidiary | México | Mexico |
| 516 | HSBC Inmobiliaria (México), S.A. de C.V. | Subsidiary | México | Mexico |
| 517 | HSBC Casa de Bolsa, S.A. de C.V. Grupo Financiero HSBC | Subsidiary | México | Mexico |
| 518 | HSBC-D9, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 519 | HSBC-DG, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 520 | HSBC-Ff, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 521 | HSBC-D1, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 522 | HSBC-D10, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 523 | HSBC-D7, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 524 | HSBC-E3, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 525 | HSBC-DL, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 526 | HSBC-DH, S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 527 | HSBC-D9, S.A. de C.V., Sociedad de Inversión de Instrumentos de Deuda | Subsidiary | México | Mexico |
| 528 | HSBC-DE,S.A. de C.V., Sociedad de Inversión en Instrumentos de Deuda. | Subsidiary | México | Mexico |
| 529 | HSBC Seguros, S.A. de C.V., Grupo Financiero HSBC | Subsidiary | México | Mexico |
| 530 | HSBC Pensiones, S.A. | Subsidiary | México | Mexico |
| 531 | HSBC Global Asset Management México, S.A. de C.V. Sociedad Operadora de Fondos de Inversión, Grupo FInanciero HSBC | Subsidiary | México | Mexico |
| 532 | HSBC Fondo 3, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 533 | HSBC Fondo 5, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 534 | HSBC Fondo 2, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 535 | HSBC-V2, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 536 | HSBC-E2, S.A. de C.V, Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 537 | HSBC Fondo Global 1, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 538 | HSBC Fondo 4, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 539 | HSBC Fondo 6, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 540 | HSBC Fondo 1, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 541 | HSBC-V3, S.A. de C.V., Sociedad de Inversión de Renta Variable | Subsidiary | México | Mexico |
| 542 | HSBC Servicios, S.A. de C.V., Grupo Financiero HSBC | Subsidiary | México | Mexico |
| 543 | INMX Servicios, S.A. de C.V. | Subsidiary | México | Mexico |
| 544 | INMX Comercialización, S.A. de C.V. | Subsidiary | México | Mexico |
| 545 | HSBC Fianzas, S.A., Grupo Financiero HSBC | Subsidiary | México | Mexico |
| 546 | HSBC BANK (URUGUAY) S.A. | Subsidiary | Montevideo | Uruguay |
| 547 | Promoción en Bienes y Raíces, S.A. de C.V. | Subsidiary | México | Mexico |
| 548 | Inmobiliaria Banci, S.A. de C.V. | Subsidiary | México | Mexico |
| 549 | Pacifico Chile Ltd | Subsidiary | Nassau | Bahamas |
| 550 | Cranleigh Investments Limited | Subsidiary | Nassau | Bahamas |
| 551 | HSBC Latin America B.V. | Subsidiary | Onbekend | Netherlands |
| 552 | HSBC ARGENTINA HOLDINGS S.A. | Subsidiary | Ciudad de Buenos Aires | Argentina |
| 553 | HSBC BANK ARGENTINA S.A. | Subsidiary | Ciudad de Buenos Aires | Argentina |
| 554 | HSBC SEGUROS DE VIDA (ARGENTINA) S.A. | Subsidiary | Ciudad de Buenos Aires | Argentina |
| 555 | HSBC SEGUROS DE RETIRO (ARGENTINA) S.A. | Subsidiary | Ciudad de Buenos Aires | Argentina |
| 556 | HSBC ADMINISTRADORA DE INVERSIONES S.A. SOCIEDAD GERENTE DE FONDOS COMUNES DE INVERSION | Subsidiary | Ciudad de Buenos Aires | Argentina |
| 557 | HSBC PARTICIPACIONES ARGENTINA S.A. | Subsidiary | Ciudad de Buenos Aires | Argentina |
| 558 | HSBC LATIN AMERICA B.V. | Subsidiary | London | United Kingdom |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 559 | HSBC GLOBAL SHARED SERVICES (INDIA) PRIVATE LIMITED | Subsidiary | Mumbai | India |
| 560 | H S B C MIDDLE EAST SECURITIES ( L L C) | Subsidiary | Dubai | United Arab Emirates |
| 561 | HSBC Finance (Brunei) Berhad | Subsidiary | Bandar Seri Begawan | Brunei Darussalam |
| 562 | HSBC Capital (Canada) Inc | Subsidiary | Vancouver | Canada |
| 563 | HSBC FUNDS NOMINEES (JERSEY) LTD | Subsidiary | Jersey | United Kingdom |
| 564 | HSBC BANK MIDDLE EAST | Subsidiary | Baku | Azerbaijan |
| 565 | HSBC México, S.A. I.B.M  Fideicomiso 262650 | Subsidiary | México | Mexico |
| 566 | Financiera Independencia, S.A.B. de C.V., SOFOM, E.N.R. | Subsidiary | México | Mexico |
| 567 | Apoyo Económico Familiar, S.A. de C.V., SOFOM, E.N.R. | Subsidiary | México | Mexico |
| 568 | Financiera Popular Finsol, S.A. de C.V., S.F.P. | Subsidiary | México | Mexico |
| 569 | Financiera Finsol, S.A. de C.V., Sofom, E.N.R. | Subsidiary | México | Mexico |
| 570 | Serfincor, S.A. de C.V. | Subsidiary | México | Mexico |
| 571 | Conexia, S.A. de C.V. | Subsidiary | México | Mexico |
| 572 | Santa Fe Post, S.A. de C.V. | Subsidiary | México | Mexico |
| 573 | Prosefindep, S.A. de C.V. | Subsidiary | México | Mexico |
| 574 | Ejecutivos Santa Fe, S.A. de C.V. | Subsidiary | México | Mexico |
| 575 | Finsol, S.A. de C.V. | Subsidiary | México | Mexico |
| 576 | HSBC GLOBAL SERVICES LIMITED | Subsidiary | London | United Kingdom |
| 577 | HSBC GLOBAL SERVICES (UK) LIMITED | Subsidiary | London | United Kingdom |
| 578 | HSBC GROUP MANAGEMENT SERVICES LIMITED | Subsidiary | London | United Kingdom |
| 579 | HSBC ELECTRONIC DATA PROCESSING (PHILIPPINES), INC. | Subsidiary | Muntinlupa | Philippines |
| 580 | HSBC ELECTRONIC DATA PROCESSING (PHILIPPINES), INC. | Subsidiary | London | United Kingdom |
| 581 | HSBC ELECTRONIC DATA PROCESSING (MALAYSIA) SDN. BHD. | Subsidiary | Cyberjaya | Malaysia |
| 582 | HSBC ELECTRONIC DATA PROCESSING (MALAYSIA) SDN BHD | Subsidiary | London | United Kingdom |
| 583 | HSBC SERVICE DELIVERY (POLSKA) SP Z O O | Subsidiary | Kraków | Poland |
| 584 | HSBC GLOBAL SERVICES (HONG KONG) LIMITED | Subsidiary | Central District | Hong Kong SAR |
| 585 | HSBC GLOBAL OPERATIONS COMPANY LIMITED | Subsidiary | Kuala Lumpur | Malaysia |
| 586 | Hsbc | Subsidiary | Washington | United States |
| 587 | HSBC OVERSEAS HOLDINGS (UK) LIMITED | Subsidiary | London | United Kingdom |
| 588 | H.S.B.C. ELECTRONIC DATA PROCESSING LANKA (PRIVATE) LIMITED | Subsidiary | Rajagiriya | Sri Lanka |
| 589 | H S B C ELECTRONIC DATA PROCESSING LANKA (PRIVATE) LIMITED | Subsidiary | London | United Kingdom |
| 590 | HSBC GLOBAL SERVICES (CHINA) HOLDINGS LIMITED | Subsidiary | London | United Kingdom |
| 591 | HSBC FUND ADMINISTRATION (JERSEY) LTD | Subsidiary | Jersey | United Kingdom |
| 592 | Hsbc Securities (usa) Inc. | Subsidiary | New York | United States |
| 593 | MIDCORP LIMITED | Subsidiary | London | United Kingdom |
| 594 | GRIFFIN INTERNATIONAL LIMITED | Subsidiary | London | United Kingdom |
| 595 | HSBC Europe B.V. | Subsidiary | Onbekend | Netherlands |
| 596 | HSBC BANK MALTA P.L.C. | Subsidiary | Valletta | Malta |
| 597 | HSBC STOCKBROKERS (MALTA) LTD | Subsidiary | Qormi | Malta |
| 598 | HSBC INSURANCE MANAGEMENT SERVICES | Subsidiary | Qormi | Malta |
| 599 | HSBC LIFE ASSURANCE (MALTA) LTD | Subsidiary | Qormi | Malta |
| 600 | HSBC GLOBAL ASSET MANAGEMENT (MALTA) LIMITED | Subsidiary | Qormi | Malta |
| 601 | HSBC SECURITIES SERVICES HOLDINGS (IRELAND) DESIGNATED ACTIVITY COMPANY | Subsidiary | Dublin | Ireland |
| 602 | HSBC SECURITIES SERVICES (IRELAND) DESIGNATED ACTIVITY COMPANY | Subsidiary |  | Ireland |
| 603 | HSBC BANK ARMENIA, CJSC | Subsidiary | Yerevan | Armenia |
| 604 | HSBC EUROPE B.V. | Subsidiary | London | United Kingdom |
| 605 | EICH-ES-BI-SI BANK (RR), OOO | Subsidiary | Moscow | Russian Federation |
| 606 | HSBC INTERNATIONAL HOLDINGS (JERSEY) LTD | Subsidiary | Jersey | United Kingdom |
| 607 | HSBC Private Banking Holdings (Suisse) SA | Subsidiary | Genève | Switzerland |
| 608 | HSBC Private Bank (Suisse) SA | Subsidiary | Genève | Switzerland |
| 609 | HSBC NOMINEES (NASSAU) LIMITED | Subsidiary | Nassau | Bahamas |
| 610 | Lion International Corporate Services Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 611 | Lion International Management Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 612 | AHUAN & ASSOCIATES S.A. | Subsidiary | Luxembourg | Luxembourg |
| 613 | HSBC PENSIONS (JERSEY) LIMITED | Subsidiary | Jersey | United Kingdom |
| 614 | HSBC TRUSTEE (C.I.) LTD | Subsidiary | Jersey | United Kingdom |
| 615 | INDO INVESTMENTS PTE. LTD. | Subsidiary | Singapore | Singapore |
| 616 | PT. ISPAT INDO | Subsidiary | Surabaya | Indonesia |
| 617 | PT. ISPAT PANCA PUTERA | Subsidiary | Gresik | Indonesia |
| 618 | PT. ISPAT WIRE PRODUCTS | Subsidiary | East Java | Indonesia |
| 619 | PT. ISPAT BUKIT BAJA | Subsidiary | Bekasi | Indonesia |
| 620 | Hsbc Private Banking Nominee 1 (Jersey) Ltd | Subsidiary | Jersey | United Kingdom |
| 621 | Hsbc Private Banking Nominee 3 (Jersey) Ltd | Subsidiary | Jersey | United Kingdom |
| 622 | SAMADA LTD | Subsidiary | Jersey | United Kingdom |
| 623 | HSBC Trustee (Cayman) Limited | Subsidiary | George Town | Cayman Islands |
| 624 | Grandel Limited | Subsidiary | Gibraltar | Gibraltar |
| 625 | Value Holdings S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 626 | Nuavam Investments S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 627 | Lumen Investments S.à r.l. | Subsidiary | Luxembourg | Luxembourg |
| 628 | Grandel II Limited | Subsidiary | Gibraltar | Gibraltar |
| 629 | Yu Group Holdings B.V. | Subsidiary | Amsterdam | Netherlands |
| 630 | LNM Holdings Limited | Subsidiary | Gibraltar | Gibraltar |
| 631 | LNM GLOBAL INVESTMENTS HOLDINGS LIMITED | Subsidiary | Gibraltar | Gibraltar |
| 632 | H S B C PRIVATE BANKING NOMINEE 2 (JERSEY) LTD | Subsidiary | Jersey | United Kingdom |
| 633 | HSBC PB CORPORATE SERVICES 2 LIMITED | Subsidiary | Jersey | United Kingdom |
| 634 | HSBC PB CORPORATE SERVICES 1 LIMITED | Subsidiary | Jersey | United Kingdom |
| 635 | HSBC TRUSTEE(MAURITIUS) LIMITED | Subsidiary | Port Louis | Mauritius |
| 636 | HSBC PB Services (Suisse) SA | Subsidiary | Genève | Switzerland |
| 637 | C C F FINANCE MOYEN - ORIENT S A L | Subsidiary | Beirut | Lebanon |
| 638 | HSBC RETIREMENT BENEFITS TRUSTEE (UK) LIMITED | Subsidiary | London | United Kingdom |
| 639 | HSBC Inversiones S.A. | Subsidiary | Santiago | Chile |
| 640 | HSBC Bank (Chile) | Subsidiary | Santiago | Chile |
| 641 | HSBC CUSTODY NOMINEES (AUSTRALIA) LIMITED | Subsidiary | Barangaroo | Australia |
| 642 | IRON ROAD LTD | Subsidiary | Adelaide | Australia |
| 643 | IRD PORT ASSETS PTY LTD | Subsidiary | Adelaide | Australia |
| 644 | BAY BUSINESS GROUP PTY. LTD. | Subsidiary | Northcote | Australia |
| 645 | HSBC Private Equity Management (Bermuda) Limited | Subsidiary | Hamilton | Bermuda |
| 646 | Torch Investment (HangZhou Xidoumen) Company (BVI) Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 647 | Torch Investment (Wuhan Li Xing Power Sources) Company (BVI) Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 648 | HSBC Securities Services Holding Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 649 | Unicorp Limited | Subsidiary | Road Town | Virgin Islands (British) |
| 650 | GZ Corporate Services Ltd | Subsidiary | Road Town | Virgin Islands (British) |
| 651 | HSBC (GENERAL PARTNER) LTD | Subsidiary | Jersey | United Kingdom |

| Count | Company Name | Entity Type | City | Country/Region |
|---|---|---|---|---|
| 652 | Woodex Limited | Subsidiary | Hamilton | Bermuda |
| 653 | First Corporate Director Inc | Subsidiary | Road Town | Virgin Islands (British) |
| 654 | HSBC Securities Services (Bermuda) Limited | Subsidiary | Hamilton | Bermuda |
| 655 | Bermuda International Securities Limited | Subsidiary | Hamilton | Bermuda |
| 656 | HSBC GROUP NOMINEES UK LIMITED | Subsidiary | London | United Kingdom |
| 657 | HSBC Global Asset Management (Switzerland) AG | Subsidiary | Zürich | Switzerland |
| 658 | TOOLEY STREET VIEW LIMITED | Subsidiary | London | United Kingdom |
| 659 | HSBC HOLDINGS PLC | Subsidiary | Central District | Hong Kong SAR |
| 660 | HSBC FINANCE TRANSFORMATION (UK) LIMITED | Subsidiary | London | United Kingdom |
| 661 | HSBC Middle East Holdings B.V. | Subsidiary | Onbekend | Netherlands |
| 662 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Dubai | United Arab Emirates |
| 663 | SUC HSBC ALGERIA | Subsidiary | Mohammadia | Algeria |
| 664 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Al Seef | Bahrain |
| 665 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Dubai | United Arab Emirates |
| 666 | HSBC BANK MIDDLE EAST LIMITED | Subsidiary | Kuwait City | Kuwait |
| 667 | HSBC Bank Middle East Limited | Subsidiary | Dubai | United Arab Emirates |
| 668 | HSBC MIDDLE EAST FINANCE COMPANY LTD | Subsidiary | Abu Dhabi | United Arab Emirates |
| 669 | HSBC BANK MIDDLE EAST LIMITED (DUBAI BRANCH) | Subsidiary | Dubai | United Arab Emirates |
| 670 | HSBC BANK OMAN | Subsidiary | Muscat | Oman |