|  |  |
|---|---|
|  | **Hearing Date:** **August 18, 2021** |
|  | **Opposition Date:** **July 26, 2021** |
|  | **Reply Date:** **August 2, 2021** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br>   v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>   Defendants, | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ, et al.,<br><br>   Defendants, | Adv. Pro. No. 10-3635 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ, et al.,<br><br>Defendants, | Adv. Pro. No. 10-3636 (CGM) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to this Court's April 26, 2021 Order and as directed by the Court's May 24, 2021 docket order, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, a motion will be made on behalf of the entity identified only as "HSBC" for an order dismissing without prejudice the complaints against "HSBC" filed by the Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that this motion is without prejudice to Defendants' right to seek dismissal for lack of personal jurisdiction, for failure to state a claim, or on other grounds, and that such defenses are expressly preserved.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendants do not consent to the entry of final orders or judgment by this Court.

[ *Remainder of page intentionally left blank* ]

Dated: Washington, DC
      May 24, 2021

                                    Respectfully submitted,

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    By: */s/ Nowell D. Bamberger*
                                          Nowell D. Bamberger
                                          (admitted *pro hac vice*)

                                          2112 Pennsylvania Avenue, NW
                                          Washington, DC 20037
                                          T: 202-974-1500
                                          F: 202-974-1999
                                          nbamberger@cgsh.com

                                          Christine M. Jordan
                                          JD Colavecchio
                                          One Liberty Plaza
                                          New York, NY 10006
                                          T: 212-225-2000
                                          F: 212-225-3999
                                          cjordan@cgsh.com
                                          jdcolavecchio@cgsh.com

TO:    All Counsel of Record

3