UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al<br><br>                              Plaintiffs,<br>-against-<br><br>THEODOOR GGC AMSTERDAM, et al,<br><br>                              Defendants. | Adv. Pro. No. 10-3496<br>(CGM)<br><br>Administratively Consolidated Under This Matter |
| THIS DOCUMENT APPLIES TO:<br>ALL ADVERSARY PROCEEDINGS LISTED IN EXHIBIT A | Adv. Pro. Nos. Listed on Exhibit A Attached Hereto |

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST**

Pursuant to Local Rule 2090-1(e) of the Local Rules, Wendy Miller ("Movant") hereby respectfully moves for an order withdrawing as attorney of record for Defendants UBS AG, UBS Jersey Nominees and UBS Europe SE, Luxembourg Branch.

Movant further requests that her name be removed from all notice and service lists in these cases. In support of this Motion, Movant states:

1. Movant's employment and association with the law firm of Gibson, Dunn & Crutcher LLP will terminate on June 2, 2021.  Upon such termination, Movant will no longer be serving as counsel to Defendants.

2. Defendants will continue to be represented by counsel from Gibson, Dunn & Crutcher LLP.

3. Movant's withdrawal will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Defendants so that Movant no longer receives electronic notices from the Court's CM/ECF system.

| | |
|---|---|
| Dated: New York, New York<br>June 2, 2021 | Respectfully submitted,<br><br>  /s/  *Wendy Miller*  <br>Wendy Miller<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Tel: (212) 351-3986<br>wmiller@gibsondunn.com<br><br>*Attorney for Defendants-Appellees UBS AG, UBS Jersey Nominees and UBS Europe SE, Luxembourg Branch* |

# **EXHIBIT A**

| **Adversary Proceeding** | **Defendant(s)** |
|---|---|
| *Fairfield Sentry Limited (in Liquidation) v. ABN Amro Schweiz AG,* Adv. Pro. No. 10-3635 | UBS AG<br>UBS Jersey Nominees |
| *Fairfield Sentry Limited (in Liquidation) v. ABN Amro Schweiz AG,* Adv. Pro. No. 10-3636 | UBS AG<br>UBS Jersey Nominees |
| *Fairfield Sentry Limited (in Liquidation) v. UBS AG New York,* Adv. Pro. No. 10-3780 | UBS AG |
| *Fairfield Sentry Limited (in Liquidation) v. UBS Europe SE, Luxembourg Branch*, Adv. Pro. No. 11-1250 | UBS Europe SE, Luxembourg Branch |