UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al<br><br>　　　　　　　　　　　Plaintiffs,<br>-against-<br><br>THEODOOR GGC AMSTERDAM, et al,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-3496 (CGM)<br><br>Administratively Consolidated Under This Matter |
| THIS DOCUMENT APPLIES TO:<br>ALL ADVERSARY PROCEEDINGS LISTED IN EXHIBIT A | Adv. Pro. Nos. Listed on Exhibit A Attached Hereto |

**ORDER GRANTING WITHDRAWAL AS COUNSEL**

Upon the Notice by Counsel for Defendants-Appellees UBS AG, UBS Jersey Nominees and UBS Europe SE, Luxembourg Branch,

IT IS HEREBY ORDERED that the noticed request to withdraw Wendy Miller as counsel for Defendants-Appellees UBS AG, UBS Jersey Nominees and UBS Europe SE, Luxembourg Branch is granted, and the appearance of Wendy Miller is withdrawn as of the date of this Order.

2

DATED: New York, New York

_____, 2021

                                                                     _____
                                                                      HON. JUDGE CECELIA G. MORRIS