UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the foreign representatives thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (SMB)<br><br>Administratively Consolidated |
| This Corporate Disclosure Statement is submitted in the following Adversary Proceedings:<br><br>10-3635<br>10-3636 | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, CACEIS Bank, Luxembourg Branch, by their undersigned counsel, state as follows:

CACEIS Bank, Luxembourg Branch (f/k/a CACEIS Bank Luxembourg S.A.) is a branch of CACEIS Bank. CACEIS Bank is wholly owned by CACEIS S.A.  CACEIS S.A. is owned by Crédit Agricole S.A. (69.5 %) and Santander Investment, SA (30.5%), which are  publicly listed companies.

Respectfully submitted,

Dated: June 21, 2021  　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　New York, New York

By:　*/s/ Elizabeth Vicens*
　　　Elizabeth Vicens
　　　One Liberty Plaza
　　　New York, New York 10006
　　　T: 212-225-2000
　　　F: 212-225-3999
　　　evicens@cgsh.com

*Attorney for Caceis Bank Luxembourg*

2