Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

David Elsberg
Partner
212 390 9004
delsberg@selendygay.com



July 13, 2021

**Via ECF**

Hon. Cecelia G. Morris
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al. (In re Fairfield Sentry Ltd.)*, **No. 10-ap-03496-CGM (Administratively Consolidated)**

Dear Chief Judge Morris,

Plaintiffs respectfully submit this letter regarding a Second Circuit decision on the standard for motions for leave to amend under Federal Rule of Civil Procedure 15, which was issued after briefing on Plaintiffs' pending motion for leave to amend concluded. *See Bensch v. Estate of Umar*, 2021 WL 25577582 (2d Cir. Jun. 23, 2021) (attached hereto as Exhibit A).

In *Bensch*, the Second Circuit reiterated that Rule 15 provides for liberal amendments and reversed the denial of a motion for leave to amend. In that case, plaintiff amended after "defending a legal proposition about the proper pleading standard" with which the court ultimately disagreed, but the plaintiff "believed in good faith [was] correct." Ex. A at 25. The Second Circuit's ruling further supports Plaintiffs' argument (*see* Dkt. 3738 at 13, 17-18; Dkt. 3791 at 13) that they did not act in bad faith or with undue delay in prosecuting constructive trust claims based on an imputation of the Citco Administrators' bad faith and amending only after the trial court rejected that theory (which rejection Plaintiffs have appealed).

Hon. Cecelia G. Morris
July 13, 2021

        Respectfully submitted,

*/s/ David Elsberg*

David Elsberg
Partner

**SELENDY & GAY, PLLC**
David Elsberg
Lena Konanova
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

– and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

2