# Exhibit 1

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>  Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No. 10-13164 (BRL)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representative thereof, and **KENNETH KRYS**, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>               **Plaintiffs,**<br><br>           -against-<br><br>**HSBC SECURITIES SERVICES (LUXEMBOURG) SA, BANCO ATLANTICO PANAMA SA, MAZUMA PARTNERS II, MAZUMA PARTNERS III, MOMENTUM CLIENT ACCOUNT, ORBIT CLIENT ACCOUNT, ORBIT PERF. STRATEGIES LTD., ORBIT US STRATEGY FUND, PRIVATE SPACE LTD.,** and **BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF HSBC SECURITIES SERVICES (LUXEMBOURG) SA 1-1000,** including without limitation **BENEFICIAL OWNERS OF ACCOUNTS ASSOCIATED WITH REFERENCE IDENTIFIERS PS and BASF,**<br><br>               **Defendants.** | **Adv. Pro. No. 10-03630 (BRL)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:

COUNTY OF NEW YORK   )

     Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

     On the 31st day of July, 2012, I caused to be served a true and correct copy of the Second Amended Complaint against HSBC Securities Services (Luxembourg) SA, et al., filed in this proceeding, together with a copy of the Second Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Orbit Client Account
c/o HSBC Securities Services (Luxembourg) SA
40 Avenue Monteray
L 2163 Luxembourg
Luxembourg

Orbit Perf. Strategies Ltd.
c/o HSBC Securities Services (Luxembourg) SA
40 Avenue Monteray
L 2163 Luxembourg
Luxembourg

Orbit Us Strategy Fund
c/o HSBC Securities Services (Luxembourg) SA
40 Avenue Monteray
L 2163 Luxembourg
Luxembourg

Private Space Ltd.
7 Rue du Gabian
MC 98000, Monaco

                                              /s/ Christopher Michael Lau Kamg
                                              Christopher Michael Lau Kamg

Sworn to before me this
9th day of August, 2012.

/s/ Evelyn Gonzalez
Notary Public

No. 01GO5045489
Qualified In Queens County
Commission Expires June 20, 2015

60619083 v1-WorkSiteUS-028523/0002

3