# Exhibit 5

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited, et al. (In Official Liquidation), acting by and through the Foreign Representatives Thereof | Adv. Pro. No. 10-3636 |
| Plaintiffs, | |
| -against- | |
| ABN AMRO Schweiz AG, Adler and Co Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow SEG Port, Banca Arner SA, Banca Unione Di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & CIE, Banque Cantonale Vaudoise, Banque Cramer & CIE SA, Banque Safdie SA, Barclay's Bank PLC Singapore Wealth, BBH Lux Guardian II, BBH Lux Ref Fairfield GRN, Bbva (Suisse) SA, BCV AMC Defensive AL Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex | |

8271254

| |   |
|---|---|
| **Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/ The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), Fidulex Managament Inc, Lariden Leu Ltd., Corner Banca SA, Credit Suisse AG Zuirch, Dexia Banque International A Luxembourg, Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL, Endurance Absolute Ltd. Master, Fairfield Investment GCI, Fairfield Investment Fund Ltd., Fairfield Masters Ltd., Falcon Private Bank, FCL IFP Global Diversified CLS, FIF Advanced Ltd., Finter Bank Zuirch, Harmony Capital Fund Ltd., IHAG Handelsbank AG, Incore Bank AG, JP Morgan (Suisse) SA, Karla Multistrategies Ltd., KBC Investments LTD., LGT Bank In Liechtenstein AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & CIE, Longboat Ltd., Master Capital and Hedge Fund, NBK Banque Privee Suisse SA, Pictet & CIE, PKB Privatbank AG, Private Space Ltd., Quasar Funs SPC, RBC Dexia Investor Service Julius Baer SICAV, RBS Coutts Bank Ltd., Richourt AAA Multistrategies, Rothschold Bank AG Zurich (Dublin), Rothschild Bank Geneva (Dublin), Rothschild Lugano Dublin, Sella Bank AG, SIS Seeganintersettle, Six SIS Ltd., Societe Generale Bank & Trust, Soundview Fund, Springer Fund of Funds Ltd., Swisscanto FD Centre Clients A/C, T1 Global Fund Ltd., Teorema Alternative Strategies, UBS AG New York, UBS AG Zurich, UBS Jersey Nominees, Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes UND Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts Held in the Name of Citco Global Custody NV 1-1000 and Beneficial Owners of the Accounts Held in the Name of Citco Global Custody (NA) NV 1-1000,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

2

|                                   |   |
|---|---|
|                                   | ) |
|                                   | ) |
| **Defendants.**                   | ) |
|                                   | ) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

1. Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

2. On the 20th day of October, 2010 I caused to be served a true and correct copy of the Complaint against ABN AMBRO Schweiz AG etal., filed in this proceeding, together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

**LGT Bank In Liechtenstein AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**LGT Bank In Liechtenstein AG**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**LGT Bank In Liechtenstein AG**
Herrengasse 12
FL-9490 Vaduz
Leichtenstein

3

**Liechtensteinische LB Reinvest AMS**
c/o Liechtensteinische Landesbank AG
Städtle 44
P. O. Box 384
9490 Vaduz, Liechtenstein

      3.      On the 21st day of October, 2010, I caused to be served a true and correct copy of the Complaint against ABN AMBRO Schweiz AG etal., filed in this proceeding, together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

**SEE ATTACHED SERVICE LIST**

      /s/ Christopher Michael Lau Kamg
      Christopher Michael Lau Kamg

Sworn to before me this
22nd day of October, 2010.

/s/ Vicki Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

4

## SERVICE LIST

**ABN Amro Schweiz AG**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**ABN Amro Schweiz AG**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**ABN Amro Schweiz AG**
c/o ABN AMRO Private Banking (Switzerland)
Case postale 3026
CH-1211 Genève 3
Switzerland

**Adler and Co. Privatbank AG**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Adler and Co. Privatbank AG**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Adler and Co. Privatbank AG**
Claridenstrasse 22
8022 Zürich
Switzerland

5

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Allianzbank SPA/Unifortune Conservative Side Pocket**
c/o AllianzBank S.p.A.
Piazza Erculea 15
20122 Milano
Italy

**Banca Arner SA**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banca Arner SA**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**Banca Arner SA**
Piazza Manzoni 8
CH-6901 Lugano
Switzerland

6

**Banca Unione Di Credito**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Banca Unione Di Credito**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Banca Unione Di Credito**
c/o BSI SA
Palazzo Riva
Via Magatti 2
6900 - Lugano - CH
P.O. Box 5886, Lugano – CH
Switzerland

**Bank Sarasin & Cie**
Bk Sarasin & Cie Basel
62 Elisabethenstrasse
Postfach
Basel CH-4002
Switzerland

**Bank Sarasin & Cie**
c/o Citco Global Custody NV
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Bank Sarasin & Cie**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

7

**BBH Lux Guardian II**
c/o Citco Global Custody N.V.
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BBH Lux Guardian II**
c/o Brown Brothers Harriman (Luxembourg) S.C.A
2-8 Avenue Charles De Gaulle
B.P. 403
L-2014, Luxembourg

**BBVA (Suisse) SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**BBVA (Suisse) SA**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**BBVA (Suisse) SA**
c/o BBVA S.A.
Plaza San Nicolás, 4
48005 Bilbao
Spain

**BBVA (Suisse) SA**
Client Service
Zeltweg 63 - PO Box 3930
8021 Zúrich, Switzerland

**BNP Paribas (Suisse) SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

8

**BNP Paribas (Suisse) SA**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**BNP Paribas (Suisse) SA**
Place de Hollande 2
Case postale
CH-1211 Genève 11

**Compagnie Bancaire Helvetique**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Compagnie Bancaire Helvetique**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Cork, Ireland

**Compagnie Bancaire Helvetique**
Boulevard Emile-Jaques-Dalcroze 7
P.O. Box 3754
1211 Geneva 3

**Centrum Bank AG (AMS)**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Centrum Bank AG (AMS)**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

9

**Centrum Bank AG (AMS)**
c/o Centrum Bank Aktiengesellschaft
Kirchstrasse 3
9490 Vaduz
Liechtenstein

**Corner Banca SA**
c/o Citco Global Custody N.V.
c/o Citco Bank Nederland NV
Telestone 8 – Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Corner Banca SA**
c/o Citco Global Custody N.V.
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork, Ireland

**Cornèr Banca SA**
Via Canova 16
6901 Lugano/Switzerland

**Fairfield Investment Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Fairfield Investment Fund Ltd.**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**FCL IFP Global Diversified CLS**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

10

**FCL IFP Global Diversified CLS**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Finter Bank Zurich**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Finter Bank Zurich**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Finter Bank Zurich**
Head Office
Claridenstrasse 35
8002 Zurich
Switzerland

**IHAG Handelsbank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**IHAG Handelsbank AG**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Incore Bank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

11

**Incore Bank AG**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**InCore Bank AG**
Dreikönigstrasse 8
P.O. Box
CH-8022 Zürich
Switzerland

**JP Morgan (Suisse) SA**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**JP Morgan (Suisse) SA**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**JP Morgan (Suisse) SA**
Case Postale 5160
8 rue de la Confederation,
Geneve
CH-1204 11 Switzerland

**PKB Privatbank AG**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**PKB Privatbank AG**
c/o Citco Bank Nederland NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**PKB Privatbank AG**
Via S. Balestra 1
CH – 6901 Lugano
Switzerland

**Private Space Ltd.**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Private Space Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**RBC Dexia Investor Service Julius Baer SICAV**
c/o RBC Dexia Investor Services Limited
77 Queen Victoria Street
London, UK
EC4V 4AY

**RBC Dexia Investor Service Julius Baer SICAV**
c/o RBC Dexia Investor Services Limited
71 Queen Victoria Street
London, UK
EC4V 4DE

**Rothschild Bank AG Zurich (Dublin)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Rothschild Bank AG Zurich (Dublin)**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

13

**Rothschild Bank AG Zurich (Dublin)**
c/o Rothschild Bank AG
Zollikerstrasse 181
8034 Zurich
Switzerland

**Rothschild Bank Geneva (Dublin)**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Rothschild Bank Geneva (Dublin)**
c/o Citco Global Custody NV
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**Rothschild Bank Geneva (Dublin)**
21 rue du Rhône
1211 Geneva
Switzerland

**Societe Generale Bank & Trust**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**Societe Generale Bank & Trust**
11 Avenue Emile Reuter
L-2420 Luxembourg

**Societe Generale Bank & Trust**
11-13 Avenue Emile Reuter
BP 1271 L-2420 Luxembourg

**Swisscanto FD Centre Clients A/C**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

14

**Swisscanto FD Centre Clients A/C**
c/o Swisscanto Funds Centre Limited, 4th Floor
51 Moorgate
London EC2R 6BH
United Kingdom


**T1 Global Fund Ltd.**
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**T1 Global Fund Ltd.**
c/o Citco Global Custody NV Ref 209896
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

**UBS Jersey Nominees**
c/o Citco Global Custody NV
c/o Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork Ireland

**UBS Jersey Nominees**
c/o Citco Global Custody NV Ref UBS Jersey
Telestone 8 Teleport
Narritaweg 165
1043BW Amsterdam
The Netherlands

15