# Exhibit 10

## Burke, Melanie D.

| | |
|---|---|
| **From:** | Julie <julie@processnet1.com> |
| **Sent:** | Thursday, July 22, 2021 4:40 PM |
| **To:** | Burke, Melanie D. |
| **Cc:** | Oldham, Susan G. |
| **Subject:** | Revised (removed Allianz Bank) invoice for Fairfield Sentry Limited, Plaintiff (Hague services in Italy, Monaco, BVI and Liechtenstein) 07.19.21 |
| **Attachments:** | 20210722_Network,^.pdf |
| | |
| **Importance:** | High |

---

**CAUTION:** External E-mail. Use caution accessing links or attachments.

---

Hello Melanie,

Attached please find the revised (removed Allianz Bank) invoice for formal services in Italy, Monaco, Liechtenstein and B.V.I.  We will begin the assignments upon receipt of payment and service addresses for each defendant.  We accept checks, credit cards and PayPal.

Approximate Time frames:

B.V.I.:          2 – 4 months
Italy:           3 -7 months
Liechtenstein:   10 - 12 months  **(The Letters Rogatory document that we prepare, typically 5-6 pages for each defendant/case will require translation after being court issued.)  Our translation fee is $.38 per word.  Further instructions to follow.**
Monaco:          2 – 4 months

Thank you,

Julie Perez
Manager of Client Services
**Process Service Network, LLC**
21218 Merridy Street
Chatsworth, CA 91311 USA
800-417-7623
**www.processnet1.com**

Serving the legal profession since 1978
Offices in major cities throughout the world
Specializing in international and hard-to-serve cases

1



# Process Service

# Network™

**21218 Merridy St.**
**Chatsworth, CA 91311**
**(800)417-7623  Fax: (818)818-6497**
Federal I.D. #65-1306884

e-mail: nelson@processnet1.com
website: www.processnet1.com

## Invoice - Revised

07/22/2021

Brown Rudnick LLP
Attn: Susan G. Oldham
One Financial Center
Boston, MA 02111
(617) 856-8257
SOldham@brownrudnick.com

| Date | Case Name | Detail | Amount |
|---|---|---|---|
| 07/22/2021 Invoice | **Fairfield Sentry Limited cases** | | |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03636 | Formal (Hague) Service of Process on Arden International Capital Limited in the British Virgin Islands. | $795.00 |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03630 | Formal (Hague) Service of Process on Private-Space Ltd. in Monaco. | $795.00 |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03635 Adv. Pro. No. 10-03636 | Formal (Hague) Service of Process on Unifortune Conservative Side Pocket in Italy @ $795.00 per case. | $1,590.00 |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03635 Adv. Pro. No. 10-03636 | Formal (Letters Rogatory) Service of Process on Centrum Bank Aktiengesellschaft in Liechtenstein @ $1,475.00 per case. | $2,950.00 |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03635 Adv. Pro. No. 10-03636 | Formal (Letters Rogatory) Service of Process on Verwaltungs-und Privat-Bank Aktiengesellschaft (n/k/a VP Bank AG) @ $1,475.00 per case. | $2,950.00 |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03635 Adv. Pro. No. 10-03636 | Formal (Letters Rogatory) Service of Process on LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG) in Liechtenstein @ $1,475.00 per case. | $2,950.00 |
| | BK Case No. 10-13164-brl Adv. Pro. No. 10-03635 Adv. Pro. No. 10-03636 | Formal (Letters Rogatory) Service of Process on Liechtenstein LB Reinvest AMS (a/k/a Liechtensteinische Landesbank Aktiengesellschaft) in Liechtenstein. | $2,950.00 |
| | | Sub-total | $14,980.00 |
| | | | |
| | | Less multiple defendant discount | -5,090.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Continued on Next Page | |

| | | E-mail dated July 22 of 2021 Pg 4 of 4 | |
|---|---|---|---|
| Monaco | BK Case No. 10-13164-brl<br>Adv. Pro. No. 10-03630 | Italian translation of Summons and 3rd Amended Complaint (14,934 words @ $.28 per word) – reduced from $.38 per word. | $4,181.52 |
| Italy | BK Case No. 10-13164-brl<br>Adv. Pro. No. 10-03635 | Italian translation of Summons and 4th Amended Complaint (23,831 words @ $.28 per word) – reduced from $.38 per word. | $6,672.68 |
| Italy | BK Case No. 10-13164-brl<br>Adv. Pro. No. 10-03636 | Italian translation of 3rd Amended Summons and 4th Amended Complaint (44,225 words @ $.28 per word) – reduced from $.38 per word. | $12,383.00 |
| Lichtenstein | BK Case No. 10-13164-brl<br>Adv. Pro. No. 10-03635 | German translation of Summons and 4th Amended Complaint (23,831 words @ $.28 per word) – reduced from $.38 per word. | $6,672.68 |
| Lichtenstein | BK Case No. 10-13164-brl<br>Adv. Pro. No. 10-03636 | German translation of 3rd Amended Summons and 4th Amended Complaint (44,225 words @ $.28 per word) – reduced from $.38 per word. | $12,383.00 |
| | | | |
| | | Government fee of $55.00 re: Arden International/B.V.I. | $55.00 |
| | | | |
| | | Embassy Fee of $2,275.00 per case/defendant for Letters Rogatory services in Liechtenstein x 8. | $18,200.00 |
| | | | |
| | | **Amount Due** | **USD$70,437.88** |

Terms:  Payable upon receipt

**Past due invoices are subject to a 2% per month finance charge**

**We gladly accept credit cards, PayPal and checks**
**You may pay online at www.processnet1.com (Click on "Pay Now") or call our office**

See our website for terms and conditions of payment and services rendered

**- Thank you for the opportunity to be of service -**
**We find & serve people ANYWHERE in the world**
Los Angeles – London – Manila – Taipei – Sao Paulo – Mumbai – Bangkok – Doha

**Celebrating 43 years of service to the legal profession**