# Exhibit A

# CITCO

Citco Bank Nederland N.V.

| | |
|---|---|
| DATE | 24-SEP-2010 |
| COMPANY | LIECHTENSTEINISCHE LANDESBANK AG REINVEST AMS |
| ATTENTION OF | [Data Protection] |
| FAX NUMBER | 004232369825 |
| FROM | CITCO |
| REFERENCE | 1718-145325-223566 |
| SUBJECT | NOTIFICATION |
| PAGES | 10 |

| | |
|---|---|
| INFORMATION: | NOTICE OF REMOVAL |
| FUND: | FAIRFIELD SIGMA LTD SHARES |
| ISIN NO: | VGG3299V1085   W 635.912 |
| CURRENT STOCK POSITION | 529.4727 *PER NOTIFICATION DATE 24-SEP-2010 |

***Notice of Removal*** Please find attached sample pages of court documentation that was received from the Supreme Court of the State of New York, County of New York. The full documentation is available upon request at cacr@citco.com Please note that Citco Bank Nederland is neither obligated nor will we take any action in relation to the attached Notice of Removal. We suggest that you consult with your legal advisors.

Citco Bank Nederland NV Amsterdam

---

*This is a system generated document and is intentionally not signed.*
*Please check the above details of the transaction and notify us of any discrepancies within 24 hours, quoting our reference: .*
*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us via our Client Desk.*
*Our Client Desk contact details are as follows:*
*Telephone (353 21) 4324936 Fax (353 21) 4910336 Email: clientdesk@citco.com*

| | | |
|---|---|---|
| *Telestone 8, Teleport* | *Phone: +31 (0)20 572 2200* | *Chamber of Commerce* |
| *Naritaweg 165* | *Fax: +31 (0)20 572 2625* | *Amsterdam* |
| *1043 BW Amsterdam* | *amsterdam-bank@citco.com* | *No. 33185291* |
| *The Netherlands* | *BIC: CITCNL2A* | |

LLB000027

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED,

Index No.: 650316/2010

Plaintiff,

-against-

**NOTICE OF REMOVAL**

ABN AMRO SCHWEIZ AG, ADLER AND CO,
PRIVATBANK AG, ALLIANZBANK
SPA/UNIFORTUNE CONSERVATIVE SIDE
POCKET, ALTERNATIVE INVESTMENT
STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO
GLASGOW SEG PORT, BANCA ARNER SA, BANCA
UNIONE DI CREDITO, BANK HAPOALIM
SWITZERLAND LTD., BANK JULIUS BAER & CO.
LTD., BANK SARASIN & CIE, BANQUE
CANTONALE VAUDOISE, BANQUE CRAMER &
CIE SA, BANQUE SAFDIE SA, BARCLAY'S BANK
PLC SINGAPORE WEALTH, BBH LUX GUARDIAN
II, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE)
SA, BCV AMC DEFENSIVE AL FUND, BNP
PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA
EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE,
BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS
BANK LUXEMBOURG, CBB (BVI)/THE ALKIMA
FUND, CBT GEMS LOW VOL REG, COMPAGNIE
BANCAIRE HELVETIQUE, CENTRUM BANK AG
(AMS), FIDULEX MANAGAMENT INC., CLARIDEN
LEU LTD., CORNER BANCA SA, CREDIT SUISSE
AG ZUIRCH, DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG
BANK SA SWITZERLAND, EFG EUROFINANCIER
D'INVEST MCL, ENDURANCE ABSOLUTE LTD.
MASTER, FAIRFIELD INVESTMENT GCI,
FAIRFIELD INVESTMENT FUND LTD., FAIRFIELD
MASTERS LTD., FALCON PRIVATE BANK, FCL IFP
GLOBAL DIVERSIFIED CLS, FIF ADVANCED LTD.,
FINTER BANK ZUIRCH, HARMONY CAPITAL
FUND LTD., IHAG HANDELSBANK AG, INCORE
BANK AG, JP MORGAN (SUISSE) SA, KARLA
MULTISTRATEGIES LTD., KBC INVESTMENTS
LTD., LGT BANK IN LIECHTENSTEIN AG,

1

LLB000028

LIECHTENSTEINISCHE LB REINVEST AMS,
LLOYDS TSB BANK GENEVA, LOMBARD ODIER
DARIER HENTSCH & CIE, LONGBOAT LTD.,
MASTER CAPITAL AND HEDGE FUND, NBK
BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB
PRIVATBANK AG, PRIVATE SPACE LTD.,
QUASAR FUNS SPC, RBC DEXIA INVESTOR
SERVICE JULIUS BAER SICAV, RBS COUTTS
BANK LTD., RICHOURT AAA MULTISTRATEGIES,
ROTHSCHOLD BANK AG ZURICH (DUBLIN),
ROTHSCHILD BANK GENEVA (DUBLIN),
ROTHSCHILD LUGANO DUBLIN, SELLA BANK
AG, SIS SEEGANINTERSETTLE, SIX SIS LTD.,
SOCIETE GENERALE BANK & TRUST,
SOUNDVIEW FUND, SPRINGER FUND OF FUNDS
LTD., SWISSCANTO FD CENTRE CLIENTS A/C, T1
GLOBAL FUND LTD., TEOREMA ALTERNATIVE
STRATEGIES, UBS AG NEW YORK, UBS AG
ZURICH, UBS JERSEY NOMINEES,
VERWALTUNGS UND PRIVAT-BANK AG
AKTIENGESELLSCHAFT (AMS), VORARLBERGER
LANDES UND HYPOTHEKENBANK
ANKIENGESELLSCHARFT AND BENEFICIAL
OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF CGC (NA) 1-1000,

                                      Defendants.
--------------------------------------------------------------------X

Notice is hereby given that, pursuant to 28 U.S.C. §§ 157, 1334, 1441 and 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, plaintiff Fairfield Sentry Limited, by and through its undersigned attorneys, has removed this action to the United States District Court for the Southern District of New York, and requested referral to the United States Bankruptcy Court for the Southern District of New York pursuant to 28 U.S.C. §§ 157(a) and 1452(a) and the July 10, 1984 Standing Order of Referral of Cases to Bankruptcy Judges issued by the District Court for the Southern District of New York

LLB000029

(Ward, Acting Chief Judge). A true and accurate copy of the removal papers are attached hereto as Exhibit A.

Dated: September 10, 2010
New York, New York

                    **BROWN RUDNICK LLP**

                    By:  /s/ Kerry Quinn
                        David J. Molton
                        May Orenstein
                        Daniel J. Saval
                        Kerry L. Quinn
                        Seven Times Square
                        New York, New York 10036
                        Telephone: 212.209.4800
                        Facsimile: 212.209.4801

                    *Attorneys for the Plaintiff*

3

LLB000030

Citco Bahamas-jpm and Doc 604-2 Filed 07/26/21 Entered 07/26/21 22:30:45 Exhibit A-
REDACTED Facsimile to LLB Pg 6 of 11
10-03085-jpm 2/24/2012 4:17:05 PM PAGE 5/010 Fax Server

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED, FAIRFIELD SIGMA :
LIMITED, FAIRFIELD LAMBDA LIMITED, :
: Index No. 650277/2010
:
Plaintiffs, :
-against- : **NOTICE OF REMOVAL**
:
ABN AMRO SCHWEIZ AG, ADLER AND CO :
PRIVATBANK AG, ALLIANZBANK :
SPA/UNIFORTUNE CONSERVATIVE SIDE :
POCKET, ALTERNATIVE INVESTMENT :
STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO :
GLASGOW SEG PORT, BANCA ARNER SA, BANCA :
UNIONE DI CREDITO, BANK HAPOALIM
SWITZERLAND LTD., BANK JULIUS BAER & CO.
LTD., BANK SARASIN & CIE, BANQUE
CANTONALE VAUDOISE, BANQUE CRAMER &
CIE SA, BANQUE SAFDIE SA, BARCLAY'S BANK
PLC SINGAPORE WEALTH, BBH LUX GUARDIAN
II, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE)
SA, BCV AMC DEFENSIVE AL FUND, BNP
PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA
EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE,
BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS
BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA
FUND, CBT GEMS LOW VOL REG, COMPAGNIE
BANCAIRE HELVETIQUE, CENTRUM BANK AG
(AMS), FIDULEX MANAGAMENT INC, LARIDEN
LEU LTD., CORNER BANCA SA, CREDIT SUISSE
AG ZUIRCH, DEXIA BANQUE INTERNATIONAL A
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG
BANK SA SWITZERLAND, EFG EUROFINANCIER
D'INVEST MCL, ENDURANCE ABSOLUTE LTD.
MASTER, FAIRFIELD INVESTMENT GCI,
FAIRFIELD INVESTMENT FUND LTD., FAIRFIELD
MASTERS LTD., FALCON PRIVATE BANK, FCL IFP
GLOBAL DIVERSIFIED CLS, FIF ADVANCED LTD.,
FINTER BANK ZUIRCH, HARMONY CAPITAL
FUND LTD., IHAG HANDELSBANK AG, INCORE
BANK AG, JP MORGAN (SUISSE) SA, KARLA
MULTISTRATEGIES LTD., KBC INVESTMENTS
LTD., LGT BANK IN LIECHTENSTEIN AG,

LIECHTENSTEINISCHE LB REINVEST AMS,
LLOYDS TSB BANK GENEVA, LOMBARD ODIER
DARIER HENTSCH & CIE, LONGBOAT LTD.,
MASTER CAPITAL AND HEDGE FUND, NBK
BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB
PRIVATBANK AG, PRIVATE SPACE LTD.,
QUASAR FUNS SPC, RBC DEXIA INVESTOR
SERVICE JULIUS BAER SICAV, RBS COUTTS
BANK LTD., RICHOURT AAA MULTISTRATEGIES,
ROTHSCHOLD BANK AG ZURICH (DUBLIN),
ROTHSCHILD BANK GENEVA (DUBLIN),
ROTHSCHILD LUGANO DUBLIN, SELLA BANK
AG, SIS SEEGANINTERSETTLE, SIX SIS LTD.,
SOCIETE GENERALE BANK & TRUST,
SOUNDVIEW FUND, SPRINGER FUND OF FUNDS
LTD., SWISSCANTO FD CENTRE CLIENTS A/C, T1
GLOBAL FUND LTD., TEOREMA ALTERNATIVE
STRATEGIES, UBS AG NEW YORK, UBS AG
ZURICH, UBS JERSEY NOMINEES,
VERWALTUNGS UND PRIVAT-BANK AG
AKTIENGESELLSCHAFT (AMS), VORARLBERGER
LANDES UND HYPOTHEKENBANK
ANKIENGESELLSCHARFT and BENEFICIAL
OWNERS OF THE ACCOUNTS HELD IN THE
NAME OF CITCO GLOBAL CUSTODY NV 1-1000
and BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF CITCO GLOBAL
CUSTODY (NA) NV 1-1000,

                                            Defendants.
-------------------------------------------------------------------X

    Notice is hereby given that, pursuant to 28 U.S.C. §§ 157, 1334, 1441 and 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, plaintiffs Fairfield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited, by and through their undersigned attorneys, have removed this action to the United States District Court for the Southern District of New York, and requested referral to the United States Bankruptcy Court for the Southern District of New York pursuant to 28 U.S.C. §§ 157(a) and 1452(a) and the July 10, 1984 Standing Order of Referral of Cases to Bankruptcy

Judges issued by the District Court for the Southern District of New York (Ward, Acting Chief Judge). A true and accurate copy of the removal papers are attached hereto as Exhibit A.

Dated: September 10, 2010
       New York, New York

                              **BROWN RUDNICK LLP**

                              By: /s/ Kerry Quinn
                                   David J. Molton
                                   May Orenstein
                                   Daniel J. Saval
                                   Kerry L. Quinn
                                   Seven Times Square
                                   New York, New York 10036
                                   Telephone: 212.209.4800
                                   Facsimile: 212.209.4801

                              *Attorneys for the Plaintiffs*

JS 44C/SDNY
REV. 5/2010

CIVIL COVER SHEET **10 CIV 6640**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
FAIRFIELD SENTRY LIMITED

**DEFENDANTS**
SEE ATTACHMENT A

SEP 07 2010

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
David Molton, May Orenstein, Daniel Saval, Kerry Quinn
Brown Rudnick LLP, Seven Times Square
New York, NY 10036

**ATTORNEYS (IF KNOWN)**
Charles C Platt, Wilmer Hale, 399 Park Avenue, NY, NY 10022, Atty for Finter Bank Zurich

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Notice of Removal pursuant to 28 U.S.C. 1452 and Rule 9017 of the Federal Rules of Bankruptcy Procedure

Has this or a similar case been previously filed in SDNY at any time? No? [ ] Yes? [✓] Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes [ ] If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY) **NATURE OF SUIT**

[Nature of suit checkbox list — contract category 195 CONTRACT PRODUCT LIABILITY marked with X]

913744

Check if demanded in complaint:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____ OTHER_____ JUDGE Victor Marrero DOCKET NUMBER 09 CV 5650

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

LLB000034

**(PLACE AN x IN ONE BOX ONLY)**     **ORIGIN**

- [x] 1. Original Proceeding
- [x] 2a. Removed from State Court
- [x] 2b. Removed from State Court AND at least one party is pro se
- [x] 3. Remanded from Appellate Court
- [x] 4. Reinstated or Reopened
- [x] 5. Transferred from (Specify District)
- [x] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judge Judgment

**(PLACE AN x IN ONE BOX ONLY)**   **BASIS OF JURISDICTION**    **IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)**

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**
(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [X]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [X]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Fairfield Sentry Limited (In Liquidation)
c/o Codan Trustees (B.V.I.) Ltd.
Romasco Place
Wickhams Cay 1
Road Town, PO Box 3140
Tortola, British Virgin Islands

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

SEE ATTACHMENT B

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CGC NA 1-1000

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [X] MANHATTAN
(DO NOT check either box if this is a PRISONER PETITION)

DATE 9/7/10   SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 08 Yr. 2004)
RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____

LLB000035

BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

**10 CIV 6640**

*Attorneys for Plaintiff Fairfield Sentry Limited (In Liquidation),
by the Foreign Representatives Thereof*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SEP 07 2010
U.S.D.C. S.D. N.Y.
CASHIERS

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| Fairfield Sentry Limited, et al., | ) Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | ) |
| Plaintiff, | ) Adv. Pro. No. _____ |
| v. | ) NOTICE OF REMOVAL |
| ABN AMRO Schweiz AG, Adler and Co, Privatbank AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Alternative Investment Strategies, Arsenal SPC, Arsenal SPC OBO Glasgow Seg Port, Banca Arner SA, Banca Unione di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank Sarasin & Cie, Banque Cantonale Vaudoise, Banque Cramer & Cie SA, Banque Safdie SA, Barclay's Bank PLC Singapore Wealth, BBH LUX Guardian II, BBH LUX Ref Fairfield GRN, BBVA (Suisse) SA, BCV AMC Defensive AI Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI EX Banca Del Gottardo, Caceis Bank Luxembourg, CBB (BVI)/The Alkima Fund, CBT Gems Low Vol Reg, Compagnie Bancaire Helvetique, Centrum Bank AG (AMS), Fidulex Managament Inc., Clariden Leu Ltd., Corner Banca SA, Credit Suisse AG Zuirch, Dexia Banque | ) |

-1-

LLB000036