# Exhibit B

**From:** <span style="background:black;color:red">Data Protection</span>
**Sent:** Tuesday, September 21, 2010 12:45:21 PM
**To:** Heyl, Dorothy
**Cc:** <span style="background:black;color:red">Data Protection</span>
**Subject:** Fairfield; Notice of Removal of summons (650316/2010 and 650277/2010)
**Sensitivity:** Normal

---

Hi Dorothy,

Please be informed that we received today Notice of Removal for the two summons 650316/2010 and 650277/2010 from Supreme Court of the State of New York, County of New York. It is said in the Notice 650277/2010:

"Notice is hereby given that, pursuant to 28 U.S.C. §§ 157, 1334, 1441 and 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, plaintiff Fairfield Sentry Ltd., Fairfield Sigma Ltd. and Fairfield Lambda Ltd., by its undersigned attorneys, have removed this action to the united States District Court for the Southern District of New York, and requested referral to the United States Bankruptcy Court for the Southern District of New York pursuant to 28 U.S.C. §§ 157(a) and 1452(a) and the July 10, 1984 Standing Order of Referral of Cases to Bankruptcy Judges issued by the District Court for the Southern District of New York (War, Acting Chief Judge). A True and accurate copy of the removal papers are attached hereto as Exhibit A."

I will call you shortly to discuss the meaning for us.

Regards,



<span style="background:red">Data Protection</span>

**LGT Group Foundation**
Legal Counsel
Tel.     +423 235 19 01
Fax.    +423 235 12 39
<span style="background:black;color:red">Data Protection</span>@lgt.com

**LGT00028**