# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (CGM) |
|        Debtor in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
|        Plaintiffs, | Administratively Consolidated |
|     v. | |
| THEODOOR GGC AMSTERDAM, et al., | |
|        Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03630 (CGM) |
|        Plaintiffs, | |
|     v. | |
| HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., et al., | |
|        Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03635 (CGM) |
|        Plaintiffs, | |
|     v. | |
| ABN AMRO SCHWEIZ AG, et al., | |
|        Defendants. | |

|  |  |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (CGM) |

Upon consideration of the Liquidators' Motion to File Under Seal Certain Exhibits to the

Declaration of David Elsberg ("Elsberg Declaration") in Support of the Liquidators' Memorandum

of Law in Opposition to Defendants' Motions to Dismiss for Insufficient Service of Process, pur-

suant to Local Bankruptcy Rule 9018-1, it is hereby:

ORDERED, that the motion be and hereby is GRANTED;

ORDERED, that the Liquidators may file redacted versions of Exhibits 3 and 4 to the

Elsberg Declaration ("Confidential Exhibits"), without prejudice to the rights of any party in in-

terest, or the United States Trustee, to seek to unseal the documents, or any part thereof; and

ORDERED, that the Liquidators shall dispose of the Confidential Exhibits upon conclu-

sion of these actions and any associated appeals therefrom.

Dated:   New York, NY
_____, 2021

By:   _____
HON. CHIEF JUDGE CECELIA G. MORRIS

2