# Exhibit 7

## SHORT FORM SUBSCRIPTION AGREEMENT

THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. <u>IT MAY NOT BE USED BY NEW SUBSCRIBERS.</u>

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain

whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. ROb 145325
Contribution Date: 24 Dec , 2007
Additional Contribution Amount: 800 Shares ~~SUB~~

Changes to Subscription Agreement:    [✓] None
                                      [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 17 day of Dec, 2007

**Corporate, Partnership, Trust or Account Subscribers   Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. ROb 145325
Name of Entity (Print)                                    Name (Print)

By:
       Signature CITCO BANK NEDERLAND N.V.     Signature
                  Ninzio Romano
       Name (Print)                            Name of Joint Purchaser, If Any (Print)

RR-5