# Exhibit 9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>   Debtors in Foreign Proceedings. | ) Chapter 15 Case<br>)<br>) Case No. 10-13164<br>) (CGM)<br>)<br>) Jointly Administered<br>) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,**<br><br>                                 Plaintiffs,<br><br>– against –<br><br>**THEODOOR GGC AMSTERDAM, et al.,**<br><br>                                 Defendants. | )<br>)<br>)<br>) Adv. Pro. No. 10-03496<br>) (CGM)<br>) Administratively<br>) Consolidated<br>)<br>)<br>)<br>) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,**<br><br>                                 Plaintiffs,<br><br>v.<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>                                 Defendants. | )<br>)<br>)<br>)<br>) Adv. Pro. No. 10-03635<br>) Adv. Pro. No. 10-03636<br>) (CGM)<br>)<br>) |

# FACT STIPULATION REGARDING MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

Consolidated Plaintiffs[1] and Unifortune Conservative Side Pocket ("Unifortune") (together, "the parties"), by and through undersigned counsel, state as follows:

**WHEREAS**, at a conference held on April 21, 2021, the Court ruled that any Defendant wishing to move to dismiss under Rule 12(b)(5) of the Federal Rules of Civil Procedure must preserve the right to make the motion on the record at the same conference and must move by May 21, 2021;

**WHEREAS**, at the April 21, 2021 conference, the Court permitted discovery on service issues, as stated in the transcript of the conference, as to any entity that moved to dismiss under Rule 12(b)(5);

**WHEREAS**, on May 21, 2021, Unifortune moved to dismiss the complaints as to Unifortune in adversary proceedings 10-03635 and 10-03636 under Rules 4(f), 4(m), and 12(b)(5) of the Federal Rules of Civil Procedure, and Rules 7004 and 7012 of the Federal Rules of Bankruptcy Procedure (Dkt. 3743, 3744);

**WHEREAS,** on May 27, 2021, Consolidated Plaintiffs served Requests for Production and a Notice of Rule 30(b)(6) Deposition on Unifortune;

**WHEREAS**, the parties have met and conferred on various discovery disputes and have agreed to enter into a stipulation in satisfaction of any remaining discovery disputes;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

---

[1] "Consolidated Plaintiffs" are Kenneth Krys and Greig Mitchell (or their predecessors) as Liquidators and Foreign Representatives of all three funds—Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation).

1. Unifortune had actual notice of the claims in the above-captioned adversary proceedings no later than October 2010, through the receipt in the mail of copies of court filings at Via Donizetti 53, Milan 20128, Italy.

2. Beginning in or around May 2011, Cravath, Swaine & Moore LLP provided legal services to Unifortune in connection with the above-captioned adversary proceedings. In late 2016, Unifortune engaged Jenner & Block LLP, and the representation of Unifortune was transferred to that firm. Since then, Richard Levin has continuously represented Unifortune with respect to the above-captioned adversary proceedings through the date of this Stipulation.

3. Prior to Mr. Levin's appearance in the adversary proceedings in January 2017, the legal services Cravath provided to Unifortune consisted of reviewing the complaints in the adversary proceedings, advising Unifortune concerning possible defenses, and monitoring and reporting on docket activity. Since entering an appearance in January 2017, Jenner & Block LLP has continued to monitor and report on docket activity and represented Unifortune including in motion practice and, beginning in April 2021, in court conferences.

4. Prior to April 2021, and excluding statements made in, and the filing and service of, court filings, counsel for Unifortune Conservative Side Pocket did not provide counsel for Plaintiffs information pertaining to the proper naming of Allianzbank SPA/Unifortune Conservative Side Pocket as a defendant in the adversary proceedings, and counsel for the Liquidators did not request any such information from counsel for Unifortune.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
July 23, 2021

By: _____
David Elsberg
Lena Konanova

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

– and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Consolidated Plaintiffs*

By: _____
Richard Levin

**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
T: (212) 891-1601
rlevin@jenner.com

*Attorney for Unifortune Conservative Side Pocket*

3

Dated: New York, New York
July 23, 2021

By: _____
David Elsberg
Lena Konanova

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

– and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Consolidated Plaintiffs*

By: /s/ Richard Levin
Richard Levin

**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
T: (212) 891-1601
rlevin@jenner.com

*Attorney for Unifortune Conservative Side Pocket*

3