# Exhibit 14

## SHORT FORM SUBSCRIPTION AGREEMENT

THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:
Subscriber: HSBC SSL A/C PS
Contribution Date: 2nd October, 2006
Additional Contribution Amount: U.S. $ 2,000,000-

Changes to Subscription Agreement:   [X] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of September, 2006

**Corporate, Partnership, Trust or Account Subscribers**

Name of Entity (Print): HSBC SSL A/C PS

By:
Signature: _____

Name (Print): Sébastien HIBLOT   Blanaid Quigley
Title: SUPERVISOR   Authorized Signatory

Telephone: [redacted]
Fax: [redacted]

**Individual Subscribers**

Name (Print): _____
Signature: _____
Name of Joint Purchaser, If Any (Print): _____
Signature: _____
Telephone: _____
Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By:
Name: _____
Title: _____

RR-3

CONFIDENTIAL                                                                                              ANWAR-CFSE-00340448