# Exhibit 15

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., Plaintiffs, – against – THEODOOR GGC AMSTERDAM, et al., Defendants. | Adv. Pro. No. 10-3496 (CGM) Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., Plaintiffs, – against – ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al., Defendants. | Adv. Pro. No. 10-3635 Adv. Pro. No. 10-3636 (CGM) |

**STIPULATION**

Consolidated Plaintiffs,[1] Centrum Bank Aktiengesellschaft ("Centrum"), and
Verwaltungs-und Privat-Bank Aktiengesellschaft ("VP Bank AG") (together, "the parties"), by
and through undersigned counsel, state as follows:

**WHEREAS**, at a conference held on April 21, 2021, the Court ruled that any Defendant
wishing to move to dismiss under Rule 12(b)(5) of the Federal Rules of Civil Procedure must
preserve the right to make the motion on the record at the same conference and must move by May
21, 2021;

**WHEREAS**, at the April 21, 2021 conference, the Court permitted discovery on service
issues, as stated in the transcript, as to any entity that moved to dismiss under Rule 12(b)(5);

**WHEREAS**, on May 21, 2021, Centrum and VP Bank AG moved to dismiss the
complaints in adversary proceedings 10-3635 and 10-3636 under Rule 12(b)(5) of the Federal
Rules of Civil Procedure and Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (Dkt.
3766, 3769);

**WHEREAS,** on May 27, 2021, Consolidated Plaintiffs served Requests for Production
and Notices of Rule 30(b)(6) Depositions on Centrum and VP Bank AG;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1.      VP Bank AG learned of the litigation filed by the Liquidators in the United States
to recover redemption payments in connection with the Fairfield funds (the "Litigation") in or
around August 2010, receiving a copy of the complaints sent by the Liquidators' counsel, Brown
Rudnick LLP ("Brown Rudnick"), to VP Bank AG's offices in Liechtenstein via international

---

[1]      "Consolidated Plaintiffs" are Kenneth Krys and Greig Mitchell (or their predecessors) as Liquidators and
Foreign Representatives of all three funds—Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In
Liquidation), and Fairfield Lambda Limited (In Liquidation).

registered mail. VP Bank AG also received a copy of the summons sent by Citco via fax in August 2010.

2.      VP Bank AG retained the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), located at One New York Plaza, New York, New York 10004, to represent it in connection with the Litigation in or around August 2010, and Fried Frank first appeared (reserving all issues of personal jurisdiction and service of process) on VP Bank AG's behalf in the Litigation in October 2010.

3.      VP Bank AG retained Fried Frank to provide legal advice and, to the extent necessary or appropriate, take actions to protect its legal interests (including its defense) in connection with the Litigation. Fried Frank has continued to represent VP Bank AG in the Litigation through the present.

4.      Centrum learned of the Litigation in or around August 2010, receiving a copy of the complaints that the Liquidators' counsel, Brown Rudnick, sent to Centrum's offices in Liechtenstein via international registered mail.

5.      Centrum retained the law firm of Withers Bergman LLP ("Withers"), located at 430 Park Avenue, New York, New York 10022, to represent it in connection with the Litigation in or around late 2010 or early 2011. Centrum retained Withers to provide legal advice and, to the extent necessary or appropriate, take actions to protect its legal interests (including its defense) in connection with the Litigation.

6.      Centrum was acquired by VP Bank AG in 2015 and, following the acquisition, no longer exists as a separate entity.

7.      Withers continued to represent Centrum in the Litigation until July 2016, when (in light of Centrum's acquisition by VP Bank AG), Withers withdrew and Fried Frank filed a

stipulation of substitution of counsel in the Litigation replacing Withers as counsel for Centrum in the Litigation. Fried Frank has continued to represent Centrum in the Litigation since then.

8.    The foregoing is based on a review of documents located by VP Bank AG after a reasonably diligent search.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
     July 21, 2021

By: _____

    David Elsberg
    Lena Konanova

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

  – and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Counsel for Consolidated Plaintiffs*

By: _____

    David M. Morris

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
One New York Plaza
New York, NY 10004
T: (212) 859-8000
david.morris@friedfrank.com

*Counsel for Verwaltungs-und Privat-Bank
Aktiengesellschaft and Centrum Bank
Aktiengesellschaft*

Dated: New York, New York
     July 21, 2021

By: _____
    David Elsberg
    Lena Konanova

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

  – and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Counsel for Consolidated Plaintiffs*

By: _____
    David M. Morris

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
T: (212) 859-8000
david.morris@friedfrank.com

*Counsel for Verwaltungs-und Privat-Bank Aktiengesellschaft and Centrum Bank Aktiengesellschaft*

4