# Exhibit 17

## CITCO
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 24-OCT-2003 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | ▓▓▓▓▓ | |
| FROM | Rafael Funken | |
| REFERENCE | 190500-21556-S000004 | |

Remarks: Subscription/Purchase form to follow by Mail. Ref.: Centrum Bank, Liechtenstein.

Dear Sir / Madam,

We would like to **buy/subscribe**:

Number of shares: 500.000 (In words see below)

Five hundred SHARES

in: **FAIRFIELD SIGMA LTD SHS B**
ISIN #: VGG3299V1242

We expect **net asset value date 31-OCT-2003** and will pay EUROS for **value 24-OCT-2003**. Please notify us immediately if our order will not be accepted for this net asset value date or if you require payment for a different value date.

The shares should be registered in the name of:
**CITCO GLOBAL CUSTODY NV - REF 190500**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

**Please confirm subscription details to** ▓▓▓▓▓ **(fax) or to tradeconfirm@citco.com**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at* ▓▓▓▓▓

Citco Bank Nederland N.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
P.O. Box 7241
1007 JE Amsterdam

Phone: ▓▓▓
Fax: ▓▓▓
BIC: CITCNL2A
www.citco.com

Citco Bank Nederland N.V. is established in Amsterdam and is registered with the Trade Registry of the Amsterdam Chamber of Commerce under number 33185291 pursuant to the terms of its Articles of Association as contained in the Deed of its Incorporation.

CONFIDENTIAL                                                                                      ANWAR-C-ESI-00570865