UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03630 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

### ORDER GRANTING THE LIQUIDATORS' MOTION TO FILE REDACTED EXHIBITS TO THE DECLARATION OF DAVID ELSBERG

Upon consideration of the Liquidators' Motion to File Redacted Exhibits ("Redaction Motion") to the July 27, 2021 Declaration of David Elsberg ("Elsberg Declaration") in Support of the Liquidators' Memorandum of Law in Opposition to Defendants' Motions to Dismiss for Insufficient Service of Process, pursuant to Local Bankruptcy Rule 9018-1, it is hereby:

**ORDERED**, that the Redaction Motion be and hereby is **GRANTED**;

**ORDERED**, that the Liquidators may leave in place on the docket the redacted versions of Exhibits 3 and 4 to the Elsberg Declaration ("Confidential Exhibits"), without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the documents, or any part thereof; and

2

**ORDERED**, that the Liquidators shall dispose of the Confidential Exhibits upon conclusion of these actions and any associated appeals therefrom.



Dated: July 29, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge