UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 15 Case |
| | : | Case No. 10-13164 (SMB) |
| FAIRFIELD SENTRY LIMITED, et al., | : | Jointly Administered |
| | : | |
| Debtors in Foreign Proceedings. | : | |

------------------------------------------------------------X

| | | |
|---|---|---|
| FAIRFIELD SENTRY LIMITED, et al. (IN | : | |
| LIQUIDATION), acting by and through the foreign | : | |
| representatives thereof, | : | Adv. Pro. No. 10-03496 (CGM) |
| | : | Administratively Consolidated |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| THEODOOR GGC AMSTERDAM, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------X

| | |
|---|---|
| This Corporate Disclosure Statement is submitted | : |
| In the following Adversary Proceedings: | : |
| | : |
| 10-03635 | : |
| 10-03636 | : |

------------------------------------------------------------X


## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant

Banca Privata Edmond de Rothschild Lugano S.A. (sued as Rothschild Lugano), through its

undersigned attorneys, states that the following corporate entities owned, directly or indirectly,

more than 10% of any class of its equity interests: Banque Privée Edmond de Rothschild S.A.

(now known as Edmond de Rothschild (Suisse) S.A.) and Edmond de Rothschild Holding S.A.

Banca Privata Edmond de Rothschild Lugano S.A. was merged into Edmond de Rothschild

(Suisse) S.A. in 2016.

Dated:   July 30, 2021
            New York, New York

ALLEGAERT BERGER & VOGEL LLP


By: _____s/ John F. Zulack_____
            John F. Zulack
            Christopher Allegaert
            Lauren J. Pincus
            Bianca Lin

111 Broadway, 20th Floor
New York, New York 10006
Tel.: (212) 571-0550
Email: jzulack@abv.com

*Attorneys for Defendant Banca Privata Edmond de
Rothschild Lugano S.A. (sued as Rothschild
Lugano) (now known as Edmond de Rothschild
(Suisse) S.A.)*