UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings | Chapter 15 Case<br><br>Case No. 10-13164<br><br>Jointly Administered |
| Fairfield Sentry Limited, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Theodoor GGC Amsterdam, et al.,<br><br>    Defendants | Adv. Proc. No. 10-3496<br><br>Administratively Consolidated |
| This declaration is submitted in the following Adversary Proceedings:<br><br>10-3635, 10-3636 | |

### DECLARATION OF HARRISON D. POLANS

HARRISON D. POLANS affirms under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1. I am an associate at the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, counsel for defendant Centrum Bank Aktiengesellschaft ("Centrum") (now owned by VP Bank AG) in the above-captioned proceedings. As such, I am fully familiar with the facts and circumstances of this case and respectfully submit this declaration to place before the Court a document cited in Centrum's Reply Memorandum of Law in Support of its Motion Pursuant to Fed. R. Civ. P. 12(b)(5) to Dismiss for Failure to Serve Process.

    2. Attached as **Exhibit A** is a true and correct copy of an email between counsel for Centrum and counsel for the Liquidators concerning the discovery ordered by the Court in its

April 26, 2021 order (Dkt. No. 3616). The "subscription agreement without a Bates stamp" referenced in the email is the long form subscription agreement for Centrum that the Liquidators filed as Exhibit 16 to the Declaration of David Elsberg in Support of the Liquidators' Memorandum of Law in Opposition to Defendants' Motions to Dismiss for Insufficient Service of Process (Dkt. No. 3809).

Dated: New York, New York
August 2, 2021

*[signature]*
Harrison D. Polans