# EXHIBIT A

# Polans, Harrison

| | |
|---|---|
| **From:** | Ester Murdukhayeva <emurdukhayeva@selendygay.com> |
| **Sent:** | Thursday, July 15, 2021 1:10 PM |
| **To:** | Polans, Harrison; Ron Krock; David Elsberg; Lena Konanova; MKrzyzowski@brownrudnick.com; DMolton@brownrudnick.com; Max Siegel |
| **Cc:** | Morris, David; Erickson, Agatha |
| **Subject:** | RE: Fairfield // VP Bank AG & Centrum Bank Aktiengesellschaft |
| **Attachments:** | 2021.07.xx VP_Centrum Stipulation.docx; Documents.zip |

Harrison,

Attached are subscription and transaction related documents related to the underlying Citco reference numbers. Please note that we have redacted addresses, telephone numbers, and account numbers. The Liquidators received the documents stamped with ANWAR or CFSE from Citco. Our records show that the documents with the ANWAR-CFSE bates stamps were received on May 13, 2011. The documents with the CFSE-LIQ bates stamps ending in -195, -132, and -926 were received on March 9, 2011. The document with the CFSE-LIQ bates stamps ending in -447 was received on Mar 2, 2012. The subscription agreement without a Bates stamp was in the Liquidators' records at least as of August 19, 2011, and possibly earlier. We are still trying to verify, but we believe the document with the ANWAR-C-ESI bates stamp was received on June 20, 2014.

Can you please let us know your thoughts about the draft stipulation that we circulated last week (reattached here)?

Best,

Ester

**Ester Murdukhayeva**
Associate

────────────────────────────────
**Selendy & Gay PLLC**
1290 Avenue of the Americas, New York, NY 10104
**T** +1 212 390 9062  **F** +1 212 390 9399
────────────────────────────────
emurdukhayeva@selendygay.com  www.selendygay.com
────────────────────────────────
Pronouns: she, her, hers