IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**ORDER GRANTING THE LIQUIDATORS' MOTION FOR LEAVE TO AMEND
COMPLAINTS IN THE KNOWLEDGE ACTIONS**

**UPON REVIEW AND CONSIDERATION** of the motion for leave to amend the complaint in the above-captioned action (Dkt. 560) filed by or on behalf of Kenneth M. Krys and Greig Mitchell (together, the "Liquidators"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation), the Memorandum of Law in support thereof, the Declaration of David Elsberg dated May 14, 2021 and all exhibits thereto, and the arguments of the parties at the July 28, 2021 conference before this Court; and

For the reasons stated on the record at the July 28, 2021 conference, it is hereby **ORDERED** that:

1. The motion for leave to amend the complaint is **GRANTED**.

2. The Liquidators are authorized to file an amended complaint, in substantially the form of the further proposed amended complaint filed as an exhibit to the Declaration of David Elsberg dated May 14, 2021.

**Dated: August 5, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**