JENNER & BLOCK LLP
Richard Levin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for Unifortune Conservative
  Side Pocket (not a juridical entity)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>FAIRFIELD SENTRY LIMITED, et al.*,*<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>　　　　Defendants. | Adv. Proc. No. 10-3635 (CGM)<br>Adv. Proc. No. 10-3636 (CGM) |
| This document is also being filed in the lead adversary proceeding, Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al., Adv. Pro. No. 10-03496. | |

**NOTICE OF WITHDRAWAL OF PLEADINGS**

The following are hereby withdrawn:

- *Unifortune Conservative Side Pocket's Supplemental Memorandum Of Law In Opposition To Plaintiffs' Motion For Leave To Amend* (Adv. No. 10-3635, Dkt. 221; Adv. No. 10-3636, Dkt. 248)

- *Unifortune Conservative Side Pocket's Supplemental Reply in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss* (Adv. No. 10-3635, Dkt. 316; Adv. No. 10-3636, Dkt. 348)

- *Unifortune Conservative Side Pocket's Joinder in Defendants-Appellees' Counter-Statement of Issues to be Presented and Counter-Designation of Items to be Included in the Record on Appeal* (Adv. No. 10-3635, Dkt. 439; Adv. No. 10-3636, Dkt. 488)

- *Unifortune Conservative Side Pocket's Joinder in Defendants-Appellees' Counter-Designation of Items to be Included in the Record on Appeal* (Adv. No. 10-3635, Dkt. 533; Adv. No. 10-3636, Dkt. 591)

- *Unifortune Conservative Side Pocket's Motion to Dismiss for Insufficient Service of Process and Memorandum in Support Thereof* (Adv. No. 10-3635, Dkt. 565, 566; Adv. No. 10-3636, Dkt. 624, 625)

Dated: New York, New York
      August 5, 2021

JENNER & BLOCK LLP

*/s/ Richard Levin*
Richard Levin
Carl N. Wedoff
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
rlevin@jenner.com
cwedoff@jenner.com

*Counsel for Unifortune Conservative Side Pocket (not a juridical entity)*