# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>          Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Order applies to the adversary proceedings listed in Appendix A. | |

## ORDER EXTENDING DEFENDANTS'
## TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO
## THE AMENDED COMPLAINTS

IT IS HEREBY ORDERED in the above-captioned adversary proceedings:[1]

1.  The time for Defendants to answer, move, or otherwise respond with respect to the Amended Complaints filed in the above-captioned actions on August 11 and August 12, 2021, is extended to, and includes, the forthcoming dates to be set by the Court for making dispositive motions pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6).

---

[1] Pursuant to Local Bankruptcy Rule 9074-1, counsel for HSBC Bank USA, N.A., HSBC Private Bank (Suisse) S.A., and HSBC Securities Services (Luxembourg) S.A. (together, the "HSBC Defendants") have shared this proposed order with attorneys for Plaintiffs and a group of more than 100 attorneys representing the Defendants in the above-captioned administratively consolidated proceedings. As of August 23, 2021 at 2:00 pm EST, Plaintiffs have consented in writing to the relief sought herein, and counsel for the HSBC Defendants can confirm that it is not aware of any such Defendant who has declined to consent to the relief sought herein.

1

2.  The foregoing deadline is without prejudice to any future requests for extensions of time.

3.  By entry of this Order, the parties do not waive, and instead expressly preserve any and all defenses, claims, and arguments they may have.

4.  Nothing in this Order modifies Paragraphs I.F and III.C of the October 18, 2016 Supplemental Case Management Order [Dkt. 918] or otherwise revives, for any Defendant that previously failed to timely move, answer, or otherwise respond to the operative complaint, the ability to timely move, answer, or otherwise respond to the complaint.

Respectfully submitted,

| | |
|---|---|
| Dated: August 25, 2021<br>New York, New York | Dated: August 25, 2021<br>New York, New York |
| */s/ David Elsberg* | */s/ Elizabeth Vicens* |
| **SELENDY & GAY, PLLC** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| David Elsberg<br>Andrew R. Dunlap<br>Lena Konanova<br>Ester Murdukhayeva<br>Jordan Garman<br>Ronald Krock<br>Evan Bianchi<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>delsberg@selendygay.com<br>adunlap@selendygay.com<br>lkonanova@selendygay.com<br>emurdukhayeva@selendygay.com<br>jgarman@selendygay.com<br>rkrock@selendygay.com<br>ebianchi@selendygay.com | Elizabeth Vicens<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br><br>*Attorneys for Caceis Bank Luxembourg* |

2

– and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*



**Dated: August 25, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**