# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

---

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

August 27, 2021

**VIA ECF**

Honorable Cecelia G. Morris, Chief Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, New York 10004

**Re:**   *Fairfield Sentry Ltd. v. SG Private Banking (Suisse) SA, et al.*, Adv. Pro. No. 10-03595
   *Fairfield Sentry Ltd. v. Union Bancaire Privee, UBP SA, et al.*, Adv. Pro. No. 10-03635
   *Fairfield Sentry Ltd. v. Union Bancaire Privee, UBP SA, et al.*, Adv. Pro. No. 10-03636
   *Fairfield Sentry Ltd. v. SG Private Banking (Suisse) SA, et al.*, Adv. Pro. No. 10-03786

Dear Chief Judge Morris:

We represent Defendants FIF Advanced Ltd., Fairfield Investment Fund Ltd., and Fairfield Investment GCI (collectively, the "Defendants") in the above-referenced adversary proceedings pending before or on appeal from Your Honor.

Attached hereto is a Notice of Withdrawal of Frederick R. Kessler, giving notice of Mr. Kessler's withdrawal as counsel of record for the Defendants in the adversary proceedings. Mr. Kessler is no longer with the law firm of Wollmuth Maher & Deutsch LLP, counsel to the Defendants in the adversary proceedings. The remaining counsel of record for the Defendants shall not be considered withdrawn.

Should Your Honor have any questions about the foregoing, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Fletcher W. Strong*

Fletcher W. Strong

cc:   Attorneys of Record (via ECF)

Enclosure