WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
William A. Maher
Fletcher W. Strong
Maxwell G. Dillan

*Attorneys for Fairfield Investment Fund Ltd.,*
*FIF Advanced Ltd., and Fairfield Investment GCI*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br><br>            v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Notice of Withdrawal is also being filed in the following Adversary Proceedings:<br><br>10-03595  10-03635  10-03636  10-03786 | |

### NOTICE OF WITHDRAWAL OF FREDERICK R. KESSLER

Pursuant to Local Bankruptcy Rule 2090-1(e), please withdraw the appearance of

attorney Frederick R. Kessler, formerly of Wollmuth Maher & Deutsch LLP, as counsel of

record for (i) FIF Advanced Ltd. in Adv. Pro. No. 10-03595; (ii) FIF Advanced Ltd., Fairfield Investment Fund Ltd., and Fairfield Investment GCI in Adv. Pro. No. 10-03635; (iii) FIF Advanced Ltd., Fairfield Investment Fund Ltd., and Fairfield Investment GCI in Adv. Pro. No. 10-03636; and (iv) FIF Advanced Ltd. in Adv. Pro. No. 10-03786.

Mr. Kessler is no longer a member of Wollmuth Maher & Deutsch LLP, counsel to Defendants FIF Advanced Ltd., Fairfield Investment Fund Ltd., and Fairfield Investment GCI in the above-referenced adversary proceedings. All remaining counsel of record from Wollmuth Maher & Deutsch LLP will continue to represent Defendants FIF Advanced Ltd., Fairfield Investment Fund Ltd., and Fairfield Investment GCI.

Dated: New York, New York
August 27, 2021

        WOLLMUTH MAHER & DEUTSCH LLP

        By:    */s/ Fletcher W. Strong*
            William A. Maher
            Fletcher W. Strong
            Maxwell G. Dillan

        500 Fifth Avenue
        New York, New York 10110
        Tel:   (212) 382-3300
        Fax:   (212) 382-0050

        *Attorneys for Fairfield Investment Fund Ltd.,*
        *FIF Advanced Ltd., and Fairfield Investment GCI*