UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**ORDER DENYING THE DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

**UPON REVIEW AND CONSIDERATION** of the motion to dismiss for insufficient service of process in the administratively consolidated adversary proceedings captioned above (Dkt. 3771) filed by or on behalf of LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG) (the "<u>Defendant</u>"), the Memorandum of Law in support thereof, and all exhibits thereto, as well as the Joint Liquidators' opposition to that motion (Dkt. 3800), Defendant's reply in further support of that motion (Dkt. 3823), and the arguments of the parties at the August 18, 2021 oral argument before this Court; and

For the reasons stated on the record at the August 18, 2021 conference, it is hereby **ORDERED** that:

1. The motion to dismiss for insufficient service of process is **DENIED**.

2. The Joint Liquidators' request to effect alternative service upon Defendant's U.S. counsel is **GRANTED**. The Joint Liquidators shall effect such service by First Class Mail within 60 days of this Order's entry.



**Dated: August 31, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**