UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**ORDER DENYING THE MOTION TO DISMISS DEFENDANT "HSBC" FOR INSUFFICIENT SERVICE OF PROCESS**

**UPON REVIEW AND CONSIDERATION** of the motion to dismiss for insufficient service of process in the administratively consolidated adversary proceedings captioned above (Dkt. 3783) filed by Cleary Gottlieb Steen & Hamilton LLP ("Cleary") seeking dismissal against the defendant "HSBC," the Memorandum of Law in support thereof, and all exhibits thereto, as well as the Joint Liquidators' opposition to that motion (Dkt. 3805), Cleary's reply in further support of that motion (Dkt. 3824), and the arguments of the parties at the August 18, 2021 oral argument before this Court; and

For the reasons stated on the record at the August 18, 2021 conference, it is hereby **ORDERED** that:

1. The motion to dismiss for insufficient service of process is **DENIED** without prejudice.



**Dated: August 31, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

2