UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,**<br><br>Plaintiffs,<br><br>– against –<br><br>**THEODOOR GGC AMSTERDAM, et al.,**<br><br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>Defendants. | Adv. Pro. No. 10-03635<br>Adv. Pro. No. 10-03636<br>(CGM) |

## STIPULATION AND ORDER REGARDING SERVICE

Consolidated Plaintiffs[1] and Stipulating Defendants in the above-captioned adversary proceeding (the "Action"), by and through undersigned counsel, state as follows:

---

[1] Except where otherwise noted, references to (i) "Consolidated Plaintiffs" are to Kenneth Krys and Greig Mitchell (or their predecessors) as Liquidators and Foreign Representatives of all three funds—Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation), (ii) "Stipulating Defendants" are to defendants listed in Exhibit A hereto and (iii) "Moving Defendants" are to defendants listed in Appendix A to the Consolidated Reply Memorandum of Law in Further Support of Defendants'

**WHEREAS**, on December 14, 2020, the Court issued the Memorandum Decision Granting in Part and Denying in Part Defendants' Renewed Motion to Dismiss (Dkt. 3062) ("*Fairfield III*"),[2] in which, among other things, the Court granted the Consolidated Plaintiffs' request to effect service on HSBC Private Bank (Suisse) SA ("HSBC Suisse") through its U.S.-based counsel under Federal Rule of Civil Procedure 4(f)(3);

**WHEREAS**, on April 21, 2021 the Court held a conference at which it ordered all Moving Defendants who had not previously accepted or waived service of process either to enter into a stipulation resolving service in accordance with the rulings in *Fairfield III* or to seek dismissal of their respective adversary proceedings on the basis of a renewed motion under Fed. R. Civ. P. 12(b)(5) on or before May 21, 2021;

**WHEREAS**, the Stipulating Defendants have not waived service of process and do not, through this stipulation, waive service of process;

**WHEREAS**, none of the Stipulating Defendants' U.S. counsel have been authorized to accept service on the Stipulating Defendants' behalf;

**NOW**, for the reasons set forth in *Fairfield III*, and a subsequent order issued on February 22, 2021 (Dkt. 3076), which are incorporated herein and attached hereto as Exhibits B and C, respectively, **IT IS HEREBY STIPULATED, AGREED, AND SO ORDERED, THAT:**

1.  The Consolidated Plaintiffs do not dispute that their prior mail service on the Stipulating Defendants did not satisfy the requirements of the Hague Service Convention; provided, however, that, in the event that the Consolidated Plaintiffs prevail in their pending appeal

---

Renewed Motion to Dismiss (Dkt. 3036) comprised of defendants in all adversary proceedings in the above-captioned administratively consolidated proceedings that filed or joined the Second Consolidated Motion to Dismiss.

[2]    *In re Fairfield Sentry Ltd.*, No. 10-13164 (SMB), 2020 WL 7345988 (Bankr. S.D.N.Y. Dec. 14, 2020). Capitalized terms used but not defined herein shall have the meanings ascribed to them in *Fairfield III*.

2

of this Court's prior ruling that these adversary proceedings are not "with respect to" the subscription agreements, nothing in this stipulation shall affect the Consolidated Plaintiffs' ability to argue that mail service was appropriate as to all Defendants under the subscription agreements, nor any Defendants' rights or defenses in respect of any such argument.

2.      Subject to the reservation of rights set forth in paragraph 5 herein, the Court's findings, conclusions, and determinations regarding service of process set forth in *Fairfield III* are applicable, or otherwise made applicable, and binding upon the Stipulating Defendants except for the Court's findings that: (a) HSBC Suisse was in regular contact with its U.S. counsel, Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), and has actively participated in the adversary proceeding *Fairfield Sentry Ltd. v. HSBC Private Bank Suisse SA*, Adv. Proc. No. 10-3633 (CGM) (the "HSBC Action") since at least September 2010; (b) the Consolidated Plaintiffs attempted service on Cleary Gottlieb in respect of the HSBC Action by mail; (c) HSBC Suisse was served the summons and initial complaint in Switzerland by international mail; (d) re-serving HSBC Suisse and the other Swiss Defendants in the forty-two actions listed in Appendix G to the Consolidated Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Pursuant to 11 U.S.C. §§ 561(d), 546(e), and 546(g) and for Insufficient Service of Process Under the Hague Service Convention (Dkt. 2903) would cost $272,441 and the process would take four months or more; and (e) HSBC Suisse has had actual notice of the HSBC Action and has actively litigated for a decade through capable counsel.

3.      Subject to the reservation of rights set forth in paragraph 5 herein, the Consolidated Plaintiffs shall proceed to effectuate alternative service under Federal Rule of Civil Procedure 4(f)(3) by serving the Stipulating Defendants' U.S. counsel by first class mail within sixty days of entry of this Stipulated Order.

4. So long as the Court's opinion in *Fairfield III* has not been reversed, vacated or otherwise modified with respect to service, the Stipulating Defendants shall not challenge the adequacy of service in any further proceedings in this Court or any other U.S. forum except on appeal from this Court's rulings to the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, or the United States Supreme Court in accordance with the reservation of rights contained in paragraph 5 hereof.

5. Nothing herein shall be deemed to be a waiver of service of process by any Stipulating Defendant, nor an acceptance of service of process by U.S. counsel for any Stipulating Defendant. Further, except as expressly resolved in this Stipulated Order, *Fairfield I*, *Fairfield II*, *Fairfield III*, the subsequent order issued on February 22, 2021, or the prior stipulated orders implementing those decisions, all parties' rights and defenses, including all appellate rights, which, for the avoidance of doubt, include the Defendants' rights to appeal any ruling applicable or otherwise made applicable to any Defendant via stipulation as here, are expressly preserved, including for the avoidance of doubt, the right to further contest service of process in the event that *Fairfield III* is subsequently reversed, vacated or otherwise modified with respect to service as stated in paragraph 4.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
      May 21, 2021

By:   */s/ David Elsberg*
    David Elsberg
    Lena Konanova
    Ron Krock

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com
rkrock@selendygay.com

  – and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for the Foreign Representatives*

By: */s/ Elizabeth Vicens*
Elizabeth Vicens

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
evicens@cgsh.com

*Attorney for Caceis Bank Luxembourg*

By:  */s/ Ari D. MacKinnon*
Ari D. MacKinnon
Breon S. Peace
Thomas S. Kessler

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006
T: 212-225-2000
amackinnon@cgsh.com
bpeace@cgsh.com
tkessler@cgsh.com

*Attorneys for BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA)*

By: /s/ William J. Sushon
William J. Sushon
Daniel S. Shamah

**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036-6524
T : (212) 326-2000
F : (212) 326-2061
wsushon@omm.com
dshamah@omm.com

*Attorneys for Clariden Leu Ltd. and Credit Suisse AG Zurich*

By: /s/ Thomas J. Giblin
Thomas J. Giblin
Christopher Harris

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
F: (212) 751-4864
christopher.harris@lw.com
thomas.giblin@lw.com

*Attorneys for Union Bancaire Privée, UBP SA*

By: /s/ Andrew Troop
Andrew Troop
Eric Fishman

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019-6131
T : (212) 858-1000
andrew.troop@pillsburylaw.com
eric.fishman@pillsburylaw.com

*Attorneys for Falcon Private Bank, and InCore Bank AG*

By: /s/ George W. Shuster, Jr.
George W. Shuster, Jr.

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Benjamin W. Loveland
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518
benjamin.loveland@wilmerhale.com
george.shuster@wilmerhale.com

*Attorneys for Corner Banca SA, Finter Bank Zurich (n/k/a Bank Vontobel AG), Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), and PKB Privatbank AG*

By: /s/ Rachel Ehrlich Albanese
Rachel Ehrlich Albanese
Cherelle Glimp

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
T: (212) 335-4500
F: (212) 335-4501
Rachel.Albanese@us.dlapiper.com
Cherelle.Glimp@us.dlapiper.com

*Attorneys for Defendant Banca Arner S.A.*

By:  /s/ Marshall R. King
Marshall R. King
Gabriel Herrmann

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
(212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Jersey Nominees Limited*

6

By: */s/ Marc R. Cohen*
    Marc. R. Cohen
    Mark G. Hanchet
    Kevin C. Kelly

**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006
T: (202) 263-5282
mcohen@mayerbrown.com

1221 Avenue of the Americas
New York, New York 10020
T: (212) 506-2500
mhanchet@mayerbrown.com
kkelly@mayerbrown.com

*Attorneys for Lombard Odier Darier Hentsch & Cie*

By: */s/ William A. Maher*
    William A. Maher
    Fletcher W. Strong
    Maxwell G. Dillan

**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
T: (212) 382-3300
wmaher@wmd-law.com
fstrong@wmd-law.com
mdillan@wmd-law.com

*Attorneys for Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced Limited*

By: */s/ Emil A. Kleinhaus*
    Emil A. Kleinhaus
    Angela K. Herring

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
T: (212) 403-1332
F: (212) 403-2332
eakleinhaus@wlrk.com
akherring@wlrk.com

*Attorneys for Banque Pictet & Cie SA (sued as Pictet & Cie*)

By: */s/ John F. Zulack*
    John F. Zulack

**ALLEGAERT BERGER & VOGEL LLP**
111 Broadway, 20th Floor
New York, New York 10006
jzulack@abv.com
(212) 571-0550

*Attorneys for Banque Cantonale Vaudoise, BCV AMC Defensive Alt Fund, Compagnie Bancaire Helvétique SA, Lombard Odier Darier Hentsch & Cie, Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG, Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A., Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG), Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Société Générale Bank & Trust*

7

By: */s/ Keith R. Palfin*
Keith R. Palfin
Heather Lamberg

**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, D.C. 20036-3506
T: (202) 282-5000
F: (202) 282-5100
kpalfin@winston.com
hlamberg@winston.com

*Attorneys for BBVA (Suisse) SA*

By: */s/ Andreas Frischknecht*
Andreas Frischknecht
Erin E. Valentine

**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: (212) 257-6960
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com

*Attorneys for Defendants SIX SIS Ltd. And SIS SEEGAINTERSETTLE*

By: */s/ Stephen M. Harnik*
Stephen M. Harnik

**HARNIK LAW FIRM**
666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
stephen@harnik.com

*Attorneys for Vorarlberger Landes- Und Hypothekenbank Aktiengesellschaft*

By: */s/ Eric B. Halper*
Eric B. Halper

**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com

*Attorneys for Bank Julius Baer & Co. Ltd*

By: */s/ Anthony L. Paccione*
Anthony L. Paccione
Mark T. Ciani

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: 212.940.8800
F:  212.940.8776
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.), and Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc)*

By: */s/ Scott Balber*
Scott Balber
Jonathan Cross

**HERBERT SMITH FREEHILLS NEW YORK LLP**
450 Lexington Avenue
New York, NY  10017
T:  (917) 542-7600
Scott.Balber@hsf.com
Jonathan.cross@hsf.com

*Attorneys for Hapoalim (Switzerland), Ltd.*

8

By: */s/ Andrew J. Finn*
Andrew J. Finn
Jeffrey T. Scott

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
T: (212) 558-4000
F: (212) 558-3588
finna@sullcrom.com
scottj@sullcrom.com

*Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*


By: */s/ Gregory F. Hauser*
Gregory F. Hauser
Jascha D. Preuss

**WUERSCH & GERING LLP**
100 Wall Street, 10th Floor
New York, NY 10005
T: (212) 509-5050
F: (212) 509- 9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd.*

By: */s/ D. Farrington Yates*
D. Farrington Yates
Adam M. Lavine
Donna (Dong Ni) Xu

**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
T: (212) 488-1200
farrington.yates@kobrekim.com
adam.lavine@kobrekim.com
donna.xu@kobrekim.com

*Attorneys for EFG Bank S.A. Switzerland (n/k/a EFG Bank), EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)), Banca Unione di Credito, BSI AG, and BSI Ex Banca Del Gottardo*


By: */s/ Richard A. Cirillo*
Richard A. Cirillo

**KING & SPALDING LP**
1185 Avenue of the Americas, Suite 3400
New York, NY 10036
T: (212) 556-2100
F: (212) 556-2222
rcirillo@kslaw.com

*Attorneys for National Bank of Kuwait S.A.K., and NBK Banquet Privée (Suisse) SA*




**Dated: September 1, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**