**Exhibit A**

**Stipulating Defendants**

| | Case No. | Case Name | Defendant Name[1] |
|---|---|---|---|
| 1. | Adv. Pro 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 2. | Adv. Pro 10-03626 | *Fairfield Sentry Ltd. v. BGL BNP Paribas S.A., et al.* | BGL BNP Paribas S.A. (a/k/a BNP Paribas Luxembourg) |
| 3. | Adv. Pro 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altipro Master Fund (sued as "Altigefi-Altipro Master a/k/a Olympia Capital Management"), a French Fonds Commun de Placement, represented by its portfolio management company, Olympia Capital Management SA |
| 4. | Adv. Pro 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Paribas Securities Services Luxembourg |
| 5. | Adv. Pro 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-Ega |
| 6. | Adv. Pro 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SPA |
| 7. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |

---

[1] The names of defendants included in this Exhibit reflect parties named as defendants by the Liquidators in the relevant complaints (or to the extent there has been an update to the docket in a particular action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants"). The inclusion of the As-Named Defendants in this Appendix is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

| 8. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al* | EFG Private Bank SA (n/k/a EFG Bank) |
|---|---|---|---|
| 9. | Adv. Pro 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itaú Europa Luxembourg SA |
| 10. | Adv. Pro 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) Zurich |
| 11. | Adv. Pro 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited |
| 12. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG) |
| 13. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al* | Banca Unione di Credito |
| 14. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al* | BSI AG |
| 15. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 16. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank SA Switzerland (n/k/a EFG Bank) |
| 17. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinancier D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 18. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds Bank plc) |
| 19. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 20. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.) |
| 21. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 22. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvétique SA |

| 23. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 24. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 25. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A |
| 26. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG) |
| 27. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |
| 28. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Société Générale Bank & Trust |
| 29. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 30. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 31. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 32. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 33. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 34. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 35. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 36. | Adv. Pro 10-03635 | *FS v. ABN AMRO Schweiz, et al.* | National Bank of Kuwait S.A.K. |
| 37. | Adv. Pro 10-03635 | *FS v. ABN AMRO Schweiz, et al.* | NBK Banque Privée (Suisse) SA |

| 38. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner SA |
|---|---|---|---|
| 39. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 40. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 41. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 42. | Adv. Pro 10-03635 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 43. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 44. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 45. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 46. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees |
| 47. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (incorrectly sued as UBS AG Zurich and UBS AG New York) |
| 48. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 49. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA (sued as Pictet & Cie) |
| 50. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation) et al. v. ABN AMRO Schweiz AG A/K/A ABN AMRO (Switzerland) Ag, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 51. | Adv. Pro 10-03635 | *Fairfield Sentry Limited (in Liquidation) et al. vs. ABN Amro Schweiz AG et al.* | Dresdner Bank Schweiz |

| 52. | Adv. Pro. 10-03635 | *Fairfield Sentry Limited. (In Liquidation) et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.* | Incore Bank AG |
|---|---|---|---|
| 53. | Adv. Pro. 10-03635 | *Fairfield Sentry Limited. (In Liquidation) et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG, et al.* | Falcon Private Bank |
| 54. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 55. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 56. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 57. | Adv. Pro 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 58. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG) |
| 59. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 60. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 61. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 62. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank SA Switzerland (n/k/a EFG Bank) |
| 63. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinancier D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 64. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al* | BBVA (Suisse) SA |
| 65. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. |

| 66. | Adv. Pro 10-03636 | *FS v. ABN AMRO Schweiz, et al.* | National Bank of Kuwait S.A.K. |
|---|---|---|---|
| 67. | Adv. Pro 10-03636 | *FS v. ABN AMRO Schweiz, et al.* | NBK Banque Privée (Suisse) SA |
| 68. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 69. | Adv. Pro 10-03636 | *Fairfield Sentry Limited (in Liquidation) et al. vs. ABN Amro Schweiz AG et al.* | Dresdner Bank Schweiz |
| 70. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation) et al. v. ABN AMRO Schweiz AG A/K/A ABN AMRO (Switzerland) Ag, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 71. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds Bank plc) |
| 72. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Incore Bank AG |
| 73. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 74. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.) |
| 75. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 76. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 77. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvétique SA |
| 78. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 79. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 80. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A |
| 81. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG) |

| 82. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |
|---|---|---|---|
| 83. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Société Générale Bank & Trust |
| 84. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA (sued as Pictet & Cie) |
| 85. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 86. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees |
| 87. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (incorrectly sued as UBS AG Zurich and UBS AG New York) |
| 88. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 89. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 90. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 91. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 92. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 93. | Adv. Pro 10-03636 | *Fairfield Sentry Limited, et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 94. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 95. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 96. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |

| 97. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner SA |
|---|---|---|---|
| 98. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 99. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 100. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 101. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 102. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 103. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 104. | Adv. Pro 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 105. | Adv. Pro 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (incorrectly sued as UBS AG New York) |
| 106. | Adv. Pro 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC |
| 107. | Adv. Pro 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd |
| 108. | Adv. Pro 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |
| 109. | Adv. Pro 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International |
| 110. | Adv. Pro 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. |

| 111. | Adv. Pro 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis |
|------|-------------------|-------------------------------------------------------------------------------|--------------------|
| 112. | Adv. Pro 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |
| 113. | Adv. Pro 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España |