# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Fairfield Sentry Limited and Nomura International plc     Bankruptcy Case No.: 10–13164–cgm

Fairfield Sentry Limited ( In Liquidation)
Fairfield Sigma Limited (In Liquidation)
Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof
Greig Mitchell, solely in his capacity as Foreign Representative and Liquidator thereof
Plaintiff(s),

–against–

Adversary Proceeding No. 10–03635–cgm

Union Bancaire Privee, UBP SA
Adler and Co.
Privatbank AG
Allianzbank SPA/Unifortune Conservative Side Pocket***Party Dismissed***
Alternative Investment Strategies
Arsenal SPC
Arsenal SPC OBO Glasgow SEG Port
Banca Arner SA***Party Dismissed***
Banca Unione di Credito***Party Dismissed***
Bank Hapoalim Switzerland Ltd.
Bank Julius Baer & Co. Ltd.***Party Dismissed***
Bank Sarasin & Cie***Party Dismissed***
Banque Cantonale Vaudoise***Party Dismissed***
Banque Cramer & Cie SA
Barclay's Bank PLC Singapore Wealth
BBH LUX Guardian II
BBVA (Suisse) SA***Party Dismissed***
BCV AMC Defensive Al Fund***Party Dismissed***
BNP Paribas (Suisse) SA***Party Dismissed***
BNP Paribas (Suisse) SA Ex Fortis***Party Dismissed***
BNP Paribas (Suisse) SA Private***Party Dismissed***
BSI AG***Party Dismissed***
BSI Ex Banca Del Gottardo***Party Dismissed***
Caceis Bank Luxembourg***Party Dismissed***
CBB (BVI)/The Alkima Found
CBT Gems Low Vol Reg
Compagnie Bancaire Helvetique***Party Dismissed***
Centrum Bank AG (AMS)***Party Dismissed***
Fidulex Management Inc.
Clariden Leu Ltd.***Party Dismissed***
Corner Banca SA***Party Dismissed***
Credit Suisse AG Zurich
Dexia Banque International a Luxembourg***Party Dismissed***
Dresdner Bank Schweiz***Party Dismissed***
EFG Bank SA Switzerland
EFG Eurofinancier D'Invest MCL
Endurance Absolute Ltd. Master
Fairfield Investment GCI
Fairfield Investment Fund Ltd.
Fairfield Masters Ltd.
Falcon Private Bank
FIF Advanced Ltd.
Finter Bank Zuirich
Harmony Capital Fund Ltd.
Ihag Handelsbank AG
Incore Bank AG
Karla Multistrategies Ltd.
KBC Investments Ltd.
LGT Bank in Liechtenstein AG
Liechtensteinische LB Reinvest AMS
Lloyds TSB Bank Geneva

Lombard Odier Darier Hentsch & Cie
Longboat Ltd.
Master Capital and Hedge Fund
NBK Banque Privee Suisse SA
Pictet & Cie***Party Dismissed***
PKB Privatebank AG
Private Space Ltd.
Quasar Funs SPC
RBC Dexia Investor Service Julius Baer Sicav
RBS Coutts Bank Ltd.***Party Dismissed***
Richourt AAA Multistrategies
Rothschold Bank AG Zurich (Dublin)
Rothschild Bank Geneva (Dublin)
Rothschild Lugano Dublin
Sella Bank AG
SIS Seeganintersettle
Six SIS Ltd.
Societe Generale Bank & Trust
Soundview Fund
Swisscanto FD Centre Clients A/C
T1 Global Fund Ltd.
UBS AG New York
UBS AG Zurich
UBS Jersey Nominees
Verwaltungs und Privat–Bank AG Aktiengesellschaft (AMS)
Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1–1000
Verwaltungs– und Privat–Bank AG Aktiengesellschaft
Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.
Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG
Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV
National Bank of Kuwait
Karasel Enhanced Portfolio
Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC
Adler and Co Privatbank AG
ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG
EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL.
EFG Bank AG a/k/a EFG Bank SA Switzerland
EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL
Credit Suisse AG***Party Dismissed***
HSBC***Party Dismissed***
HSBC***Party Dismissed***
Geneva Absolute Return Fund
EFG Bank AG and EFG Bank (Monaco)
Remand Defendants
Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss)
Uniofortune Conservative Side Pocket
Liechtensteinsche Landesbank AG
the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law
EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A..
Finter Bank Zurich
PKB Privatbank AG
IHAG Handelsbank AG
RBC Investor Services Bank, S.A.
LGT Bank in Liechtenstein AG
LGT Bank (Switzerland) Ltd.
Finter Bank Zurich (n/k/a Bank Vontobel AG)
Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG)
UBS AG
Beneficial Owners of Accounts Held in the Name of CGC NA 1–1000

Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft
Edmond de Rothschild (Suisse) SA

Defendant(s)

# AMENDED
# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
| --- |
| Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| David Elsberg<br>Selendy & Gay, PLLC<br>1290 Avenue of the Americas<br>17th Floor<br>New York, NY 10104 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Contact chambers for Zoom Meeting ID, and Password, CGM Zoom Videoconference<br><br>Date and Time: 11/17/21 at 10:00 AM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 9/7/21

Vito Genna

*Clerk of the Court*

By: /s/ Gwen Kinchen

*Deputy Clerk*