UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**CERTIFICATE OF SERVICE**

1. I, DAVID ELSBERG, an attorney duly admitted to practice in the State of New York and a resident of New York, New York, hereby certify under penalty of perjury that I am over 18 years of age and that I am not a party to the above-captioned adversary proceeding.

2. I further certify that, as counsel for Kenneth M. Krys and Greig Mitchell in their capacities as the duly appointed Liquidators and Foreign Representatives of the Plaintiff Funds in this proceeding, and consistent with the Order Denying the Defendant's Motion to Dismiss for Insufficient Service of Process, No. 10-ap-03496 (Dkts. 3832–3834, 3836), I caused true and

correct copies of the Fourth Amended Summons and Fifth Amended Complaint against U.S. counsel for (1) Centrum Bank Aktiengesellschaft, (2) Verwaltungs-und Privat-Bank Aktiengesellschaft (n/k/a VP Bank AG), (3) LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG), (4) Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS) to be served by first-class mail on the following:

> FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
> David M. Morris
> One New York Plaza
> New York, NY 10004
> T: (212) 859-8000
> david.morris@friedfrank.com
>
> *Attorneys for Defendants Centrum Bank Aktiengesellschaft and Verwaltungs-und Privat-Bank Aktiengesellschaft (n/k/a VP Bank AG)*
>
> WUERSCH & GERING LLP
> Jascha D. Preuss
> Gregory F. Hauser
> 100 Wall Street
> 10th Floor
> New York, NY 10005
> T: (212) 509-9595
> gregory.hauser@wg-law.com
> jascha.preuss@wg-law.com
>
> *Attorneys for Defendants LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG) and Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS)*

3. I further certify that, as counsel for Kenneth M. Krys and Greig Mitchell in their capacities as the duly appointed Liquidators and Foreign Representatives of the Plaintiff Funds in this proceeding, and consistent with the Stipulation and Order Regarding Service, No. 10-ap-03496 (Dkt. 3844), I caused true and correct copies of the Fourth Amended Summons and Fifth Amended Complaint against U.S. counsel for (1) Banque Cantonale Vaudoise, (2) BCV AMC Defensive Alt Fund, (3) Compagnie Bancaire Helvétique SA, (4) Edmond de Rothschild (Suisse) S.A. (sued as

Sella Bank AG), (5) Lombard Odier Darier Hentsch & Cie, (6) Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG, (7) Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) SA, (8) Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA, (9) Société Générale Bank & Trust, (10) SIS Seeganintersettle, (11) SIX SIS Ltd., (12) BNP Paribas (Suisse) SA, (13) BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), (14) BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA), (15) Caceis Bank Luxembourg, (16) Banca Arner SA, (17) UBS AG (incorrectly sued as UBS AG Zurich and UBS AG New York), (18) UBS Jersey Nominees Ltd., (19) Vorarlberger Landes- Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG), (20) Hapoalim (Switzerland), Ltd., (21) Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.), (22) Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank plc), (23) National Bank of Kuwait S.A.K., (24) NBK Banque Privée (Suisse) SA, (25) Banca Unione di Credito, (26) BSI AG, (27) BSI Ex Banca Del Gottardo, (28) EFG Bank SA Switzerland (n/k/a EFG Bank), (29) EFG Eurofinancier D'Invest MCL (n/k/a EFG Bank (Monaco)), (30) Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG), (31) Bank Julius Baer & Co. Ltd., (32) Clariden Leu Ltd., (33) Credit Suisse AG Zurich, (34) Falcon Private Bank, (35) Incore Bank AG, (36) Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie, (37) Banque Pictet & Cie SA (sued as Pictet & Cie), (38) Corner Banca SA, (39) Finter Bank Zurich (n/k/a Bank Vontobel AG), (40) Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), (41) PKB Privatbank AG, (42) BBVA (Suisse) SA, (43) Fairfield Investment Fund Ltd., (44) Fairfield Investment GCI, (45) FIF Advanced Ltd., (46) Dresdner Bank Schweiz (n/k/a LGT Bank (Switzerland) Ltd.) to be served by first-class mail on the following:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Elizabeth Vicens
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
evicens@cgsh.com

*Attorneys for Defendant Caceis Bank Luxembourg*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Ari D. MacKinnon
Breon S. Peace
Thomas S. Kessler
One Liberty Plaza
New York, NY 10006
T: 212-225-2000
amackinnon@cgsh.com
bpeace@cgsh.com
tkessler@cgsh.com

*Attorneys for Defendants BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA)*

O'MELVENY & MYERS LLP Times Square Tower
William J. Sushon
Daniel S. Shamah
7 Times Square
New York, NY 10036-6524
T: (212) 326-2000
F: (212) 326-2061
wsushon@omm.com dshamah@omm.com

*Attorneys for Defendants Clariden Leu Ltd. and Credit Suisse AG Zurich*

LATHAM & WATKINS LLP
Thomas J. Giblin
Christopher Harris
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
F: (212) 751-4864

christopher.harris@lw.com
thomas.giblin@lw.com

*Attorneys for Defendants Union Bancaire Privée, UBP SA*


PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew Troop
Eric Fishman
31 West 52nd Street
New York, NY 10019-6131
T: (212) 858-1000
andrew.troop@pillsburylaw.com
eric.fishman@pillsburylaw.com

*Attorneys for Defendants Falcon Private Bank, and InCore Bank AG*


WILMER CUTLER PICKERING HALE AND DORR LLP
Benjamin W. Loveland
George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518
benjamin.loveland@wilmerhale.com
george.shuster@wilmerhale.com

*Attorneys for Defendants Corner Banca SA, Finter Bank Zurich (n/k/a Bank Vontobel AG), Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG), and PKB Privatbank AG*


DLA PIPER LLP (US)
Rachel Ehrlich Albanese
Cherelle Glimp
1251 Avenue of the Americas
New York, New York 10020-1104
T: (212) 335-4500
F: (212) 335-4501
Rachel.Albanese@us.dlapiper.com
Cherelle.Glimp@us.dlapiper.com

*Attorneys for Defendant Banca Arner S.A.*

GIBSON, DUNN & CRUTCHER LLP
Marshall R. King
Gabriel Herrmann
200 Park Avenue
New York, NY 10166
(212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Jersey Nominees Limited*


MAYER BROWN LLP
Marc. R. Cohen
Mark G. Hanchet
Kevin C. Kelly
1999 K Street, N.W.
Washington, D.C. 20006
T: (202) 263-5282
mcohen@mayerbrown.com
1221 Avenue of the Americas New York, New York 10020 T: (212) 506-2500
mhanchet@mayerbrown.com
kkelly@mayerbrown.com

*Attorneys for Defendants Lombard Odier Darier Hentsch & Cie*


WOLLMUTH MAHER & DEUTSCH LLP
William A. Maher
Fletcher W. Strong
Maxwell G. Dillan 500 Fifth Avenue
New York, New York 10110
T: (212) 382-3300
wmaher@wmd-law.com
fstrong@wmd-law.com
mdillan@wmd-law.com

*Attorneys for Defendants Fairfield Investment Fund Limited, Fairfield Investment GCI, and FIF Advanced Limited*


WACHTELL, LIPTON, ROSEN & KATZ
Emil A. Kleinhaus
Angela K. Herring
51 West 52nd Street
New York, NY 10019

T: (212) 403-1332
F: (212) 403-2332
eakleinhaus@wlrk.com
akherring@wlrk.com

*Attorneys for Defendants Banque Pictet & Cie SA (sued as Pictet & Cie)*


ALLEGAERT BERGER & VOGEL LLP
John F. Zulack
111 Broadway, 20th Floor
New York, New York 10006
jzulack@abv.com
(212) 571-0550

*Attorneys for Defendants Banque Cantonale Vaudoise, BCV AMC Defensive Alt Fund, Compagnie Bancaire Helvétique SA, Lombard Odier Darier Hentsch & Cie, Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG, Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A., Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG), Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Société Générale Bank & Trust*


WINSTON & STRAWN LLP
Keith R. Palfin
Heather Lamberg
1901 L Street, N.W.
Washington, D.C. 20036-3506
T: (202) 282-5000
F: (202) 282-5100
kpalfin@winston.com
hlamberg@winston.com

*Attorneys for Defendant BBVA (Suisse) SA*


CHAFFETZ LINDSEY LLP
Andreas Frischknecht
Erin E. Valentine
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: (212) 257-6960
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com

*Attorneys for Defendants SIX SIS Ltd. And SIS SEEGAINTERSETTLE*

HARNIK LAW FIRM
Stephen M. Harnik
666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
stephen@harnik.com

*Attorneys for Defendants Vorarlberger Landes- Und Hypothekenbank Aktiengesellschaft*

MCKOOL SMITH, P.C.
Eric B. Halper
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com

*Attorneys for Defendants Bank Julius Baer & Co. Ltd*

KATTEN MUCHIN ROSENMAN LLP
Anthony L. Paccione
Mark T. Ciani
575 Madison Avenue
New York, NY 10022
T: 212.940.8800
F: 212.940.8776
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Defendants Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.), and Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc)*

HERBERT SMITH FREEHILLS NEW YORK LLP
Scott Balber
Jonathan Cross
450 Lexington Avenue
New York, NY 10017
T: (917) 542-7600
Scott.Balber@hsf.com
Jonathan.cross@hsf.com

*Attorneys for Defendant Hapoalim (Switzerland), Ltd.*


SULLIVAN & CROMWELL LLP
Andrew J. Finn
Jeffrey T. Scott
125 Broad Street
New York, New York 10004
T: (212) 558-4000
F: (212) 558-3588
finna@sullcrom.com
scottj@sullcrom.com

*Attorneys for Defendants Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*


WUERSCH & GERING LLP
Gregory F. Hauser
Jascha D. Preuss
100 Wall Street, 10th Floor
New York, NY 10005
T: (212) 509-5050
F: (212) 509- 9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Defendants Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd.*


KOBRE & KIM LLP
D. Farrington Yates
Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue
New York, New York 10022
T: (212) 488-1200
farrington.yates@kobrekim.com

adam.lavine@kobrekim.com
donna.xu@kobrekim.com

*Attorneys for Defendants EFG Bank S.A. Switzerland (n/k/a EFG Bank), EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)), Banca Unione di Credito, BSI AG, and BSI Ex Banca Del Gottardo*

KING & SPALDING LP
Richard A. Cirillo
1185 Avenue of the Americas, Suite 3400
New York, NY 10036
T: (212) 556-2100
F: (212) 556-2222
rcirillo@kslaw.com

*Attorneys for Defendants National Bank of Kuwait S.A.K., and NBK Banquet Privée (Suisse) SA*

| | |
|---|---|
| Dated: September 9, 2021<br>New York, NY | SELENDY & GAY PLLC<br><br>By:   */s/ David Elsberg*<br>David Elsberg<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>E-mail: delsberg@selendygay.com<br><br>*Attorneys for Plaintiffs Foreign Representatives* |