**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | ) Chapter 15 Case<br>)<br>) Case No: 10-13164 (SMB)<br>) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>                    Defendants. | ) Adv. Pro. No. 10-03496 (SMB)<br>)<br>) Administratively Consolidated<br>) |
| This Notice of Appearance and Request for Service of Papers applies to the cases listed on Appendix A hereto. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that I, Ester Murdukhayeva, hereby request the withdrawal of my appearance on behalf of Plaintiffs Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof, in the above-captioned matters. Following September 13, 2021, I will no longer be a member of the law firm Selendy & Gay PLLC and will no longer have any association with the above-captioned matters.

1

PLEASE TAKE FURTHER NOTICE that David Elsberg, Yelena Konanova, Andrew Dunlap, Caitlin Halligan, Ronald Krock, Evan Bianchi, Jordan Garman, and Lauren Zimmerman of Selendy & Gay PLLC, and David Molton and Marek Krzyzowski of Brown Rudnick LLP continue to represent Plaintiffs.

Dated: New York, NY
September 10, 2021

SELENDY & GAY PLLC

By: _____
Ester Murdukhayeva
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
emurdukhayeva@selendygay.com

*Attorney for Plaintiffs Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof*

# APPENDIX A

| No. | Case Name | Bankruptcy Court Index No. |
|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-ap-03626-CGM |
| 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-ap-03627-CGM |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-ap-03630-CGM |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-ap-03633-CGM |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-ap-03634-CGM |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03635-CGM |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03636-CGM |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-ap-03780-CGM |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-ap-04098-CGM |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-ap-04099-CGM |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-ap-01250-CGM |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-ap-01463-CGM |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-ap-01579-CGM |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-ap-01617-CGM |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-ap-02770-CGM |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-ap-01551-CGM |
| 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al.* | 19-ap-01122-CGM |