**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Ltd. (in Liquidation) et al., <br>     *Plaintiffs*, <br>     *v.* <br> Theodoor GGC Amsterdam, et al,. <br>     *Defendants.* | Adv. Pro. No. 10-03496 (CGM) <br> Administratively Consolidated |
| In re: <br><br> Fairfield Sentry Ltd., et al., <br><br>     *Debtors in Foreign Proceedings*. | Chapter 15 Case <br> 10-bk-13164 (CGM) <br> Jointly Administered |
| Fairfield Sentry Ltd. (in liquidation) et al., <br>     *Plaintiffs,* <br>     *v.* <br> ABN Amro Schweiz AG, et al., <br>     *Defendants*. | Adv. Pro. No. 10-03635 (CGM) |
| Fairfield Sentry Ltd. (in liquidation) et al., <br>     *Plaintiffs*, <br>     *v.* <br> ABN Amro Schweiz AG, et al., <br>     *Defendants*. | Adv. Pro. No. 10-03636 (CGM) |

**[SO ORDERED] STIPULATION OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP hereby withdraws its appearance as counsel, and the law firm of Wuersch & Gering LLP hereby enters its appearance as substitution counsel, for defendants Verwaltungs- und Privat-Bank Aktiengesellschaft, now known as VP Bank AG, and Centrum

Bank Aktiengesellschaft, now part of VP Bank AG ("**Defendants**"), in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case shall be served upon the following, and they shall be added to the CM/ECF notification service for Defendants:

| | |
|---|---|
| Gregory F. Hauser | Jascha D. Preuss |
| Wuersch & Gering LLP | Wuersch & Gering LLP |
| 100 Wall Street, 10th Floor | 100 Wall Street, 10th Floor |
| New York, NY 10005 | New York, NY 10005 |
| Tel: (212) 509-5050 | Tel: (212) 509-5050 |
| Fax: (212) 509-9559 | Fax: (212) 509-9559 |
| Email: gregory.hauser@wg-law.com | Email: jascha.preuss@wg-law.com |

**PLEASE TAKE FURTHER NOTICE** that David M. Morris and Harrison Polans request that they be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| VP Bank AG | Centrum Bank Aktiengesellschaft, by: VP Bank AG |
| | |
| By: /s/ Stefan Zuend | By: /s/ Stefan Zuend |
| Name: Stefan Zuend | Name: Stefan Zuend |
| Title: Head Group Legal Services | Title: Head Group Legal Services |
| | |
| By: /s/ Rolf Sele | By: /s/ Rolf Sele |
| Name: Rolf Sele | Name: Rolf Sele |
| Title: Legal Counsel | Title: Legal Counsel |

Dated: New York, New York, September 10, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ David M. Morris<br>David M. Morris<br>Fried, Frank, Harris, Shriver<br>& Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br>Email: david.morris@friedfrank.com | /s/ Gregory F. Hauser<br>Gregory F. Hauser<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: gregory.hauser@wg-law.com |
| | /s/ Jascha D. Preuss<br>Jascha D. Preuss<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: gregory.hauser@wg-law.com |
| *Withdrawing Attorneys for Defendants*<br>*VP Bank AG and*<br>*Centrum Bank Aktiengesellschaft (now*<br>*part of VP Bank AG)* | *Substituting Attorneys for Defendants*<br>*VP Bank AG and*<br>*Centrum Bank Aktiengesellschaft (now*<br>*part of VP Bank AG)* |

The substitution of attorneys is hereby approved and SO-ORDERED.

Date: _____          _____
                                                          The Hon. Cecelia G. Morris