UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (CGM) |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br><br>           Plaintiffs,<br><br>  - against -<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>           Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Notice of Appearance and Request for Service of Papers applies to the cases listed on Appendix A hereto. | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Gabriel Herrmann of Gibson, Dunn & Crutcher LLP, with offices located at 200 Park Avenue, New York, New York, 10166 hereby appears on behalf of the Defendants UBS AG, UBS Jersey Nominees Limited, and UBS Europe SE, Luxembourg Branch in the above-captioned matters and as specified in Appendix A hereto.

I hereby certify that I am admitted to practice before this Court.

1

Dated:    New York, New York
          September 10, 2021

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Gabriel Herrmann
       Gabriel Herrmann

200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
gherrmann@gibsondunn.com

*Attorney for UBS AG, UBS Jersey Nominees Limited, and UBS Europe SE, Luxembourg Branch*

2

# APPENDIX A

| No. | Case Name and Appearing Defendant(s) | Bankruptcy Court Case No. |
|---|---|---|
| 1. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*<br><br>Appearing on behalf of UBS AG and UBS Jersey Nominees Limited | 10-ap-03635-CGM |
| 2. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*<br><br>Appearing on behalf of UBS AG and UBS Jersey Nominees Limited | 10-ap-03636-CGM |
| 3. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al*<br><br>Appearing on behalf of UBS AG | 10-ap-03780-CGM |
| 4. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.*<br><br>Appearing on behalf of UBS Europe SE, Luxembourg Branch | 11-ap-1250-CGM |