**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Ltd. (in Liquidation) et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> Theodoor GGC Amsterdam, et al., <br><br> *Defendants.* | Adv. Pro. No. 10-03496 (CGM) <br><br> Administratively Consolidated |
| In re: <br><br> Fairfield Sentry Ltd., et al., <br><br> *Debtors in Foreign Proceedings*. | Chapter 15 Case <br> 10-bk-13164 (CGM) <br> Jointly Administered |
| Fairfield Sentry Ltd. (in liquidation) et al., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> ABN Amro Schweiz AG, et al., <br><br> *Defendants*. | Adv. Pro. No. 10-03635 (CGM) |
| Fairfield Sentry Ltd. (in liquidation) et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> ABN Amro Schweiz AG, et al., <br><br> *Defendants*. | Adv. Pro. No. 10-03636 (CGM) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the following attorney appears as counsel on behalf of Defendants Verwaltungs- und Privat-Bank Aktiengesellschaft, now known as VP Bank AG, and Centrum Bank Aktiengesellschaft, now part of VP Bank AG ("**Defendants**"), in the above-captioned actions:

                                      Jascha D. Preuss
                                      Wuersch & Gering LLP
                                      100 Wall Street, 10th Floor
                                      New York, NY 10005
                                      Tel: (212) 509-5050
                                      Fax: (212) 509-9559
                                      Email: jascha.preuss@wg-law.com

Dated: New York, New York
        September 13, 2021

                                      Respectfully submitted,

                                      /s/ Jascha D. Preuss

                                      Jascha D. Preuss
                                      Wuersch & Gering LLP
                                      100 Wall Street, 10th Floor
                                      New York, NY 10005
                                      Tel: (212) 509-5050
                                      Fax: (212) 509-9559
                                      Email: jascha.preuss@wg-law.com