UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the foreign representatives thereof,<br><br>   Plaintiffs,<br><br>   v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Corporate Disclosure Statement is submitted in the following Adversary Proceedings:<br><br>10-3635<br>10-3636 | |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP, by the undersigned counsel, hereby appears in the above-captioned cases as counsel to Caceis Bank Luxembourg in 10-03635 (CGM), and 10-03636 (CGM).

  Caceis Bank Luxemborug so moves with a full reservation of its rights and defenses, and this Notice of Appearance shall not be deemed to be a waiver of any rights or defenses, including without limitation any defenses based on the lack of jurisdiction of the District Court or the Bankruptcy Court, or the capacity to be sued.

Dated: September 13, 2021
      New York, New York

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Rachel Polan
     Rachel Polan

One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (facsimile)
rpolan@cgsh.com

*Attorney for Caceis Bank Luxembourg*