**KATTEN MUCHIN ROSENMAN LLP**
Anthony L. Paccione
Mark T. Ciani
575 Madison Avenue
New York, New York 10022
*Attorneys for Katten Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (CGM)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>– against –<br>Theodoor GGC Amsterdam et al.,<br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br>Procedurally Consolidated Under this Matter |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br>    Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG, et al.,<br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br>    Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG, et al.,<br>    Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as additional counsel in the above-captioned cases (10-03635 and 10-03636) pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of Coutts & Co. Ltd. (f/k/a RBS Coutts Bank Ltd.) ("Coutts"), Lloyds Bank plc (f/k/a Lloyds TSB Bank Geneva) ("Lloyds"), Harmony Capital Fund Ltd. ("Harmony"), and RBC Investor Services Bank S.A., f/k/a RBC Dexia Investor Services Bank S.A. (and possibly the entity intended by plaintiff in naming as a defendant "RBC Dexia Investor Service Julius Baer SICAV") ("RBC") (collectively, the "Katten Defendants"), and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

> Mark T. Ciani, Esq.
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022
> Tel. No.: (212) 940-8800
> Fax. No.: (212) 940-8776
> E-mail Address: mark.ciani@katten.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

2

This Notice of Appearance is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated: September 16, 2021
New York, New York

          KATTEN MUCHIN ROSENMAN LLP

BY:   /s/ Mark T. Ciani
      Mark T. Ciani
      Anthony L. Paccione
      575 Madison Avenue
      New York, New York 10022
      (212) 940-8800
      mark.ciani@katten.com
      anthony.paccione@katten.com

*Attorneys for the Katten Defendants*

3