**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED, et al., (In Liquidation)<br><br>      Plaintiffs<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LIMITED, et al., (In Liquidation)<br><br>      Plaintiffs<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Mayer Brown LLP hereby appears in the above-captioned cases as counsel for Defendant Societe Generale Bank & Trust (n/k/a Societe Generale Luxembourg) in Adv. Pro. Nos. 10-03635 and 10-03636 and requests that copies of all notices given or required to be given in these cases and all papers

served or required to be served in these cases be given to and served upon the undersigned at the following office addresses, telephone numbers and email addresses:

MAYER BROWN LLP
Steven Wolowitz
Christopher J. Houpt
Bradley A. Cohen
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: swolowitz@mayerbrown.com
Email: choupt@mayerbrown.com
Email: bacohen@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.  Counsel certifies we are admitted to practice in this Court.

Dated: September 23, 2021
      New York, New York

                MAYER BROWN LLP

                */s/ Bradley A. Cohen*
                Bradley A. Cohen
                1221 Avenue of the Americas
                New York, New York 10020
                Tel. No.: (212) 506-2500
                Email: bacohen@mayerbrown.com

                *Counsel for Defendant Societe Generale Bank &*
                *Trust (n/k/a Societe Generale Luxembourg)*