CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
Breon S. Peace
Ari D. MacKinnon
Thomas S. Kessler

*Counsel for the BNP Paribas Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (CGM) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 10-03626 (CGM) |
| Plaintiffs, | |
| v. | |
| BGL BNP PARIBAS SA, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 10-03627 (CGM) |
| Plaintiffs, | |
| v. | |
| BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |

| | |
|---|---|
| ABN AMRO SCHWEIZ AG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 10-04098 (CGM) |
| Plaintiffs, | |
| v. | |
| BNP PARIBAS ARBITRAGE SNC, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 10-04099 (CGM) |
| Plaintiffs, | |
| v. | |
| BNP PARIBAS PRIVATE BANK & TRUST CAYMAN LTD, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., | Adv. Pro. No. 11-01579 (CGM) |
| Plaintiffs, | |
| v. | |
| BNP PARIBAS SECURITIES NOMINEES LTD, et al., | |
| Defendants. | |

1

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTIS BANK SA/NV, et al.,<br><br>Defendants. | Adv. Pro. No. 11-01617 (CGM) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS ESPAÑA, et al.,<br><br>Defendants. | Adv. Pro. No. 12-01551 (CGM) |

**JOINDER OF THE BNP PARIBAS DEFENDANTS TO
THE CONSOLIDATED DEFENDANTS' OBJECTION
TO LIQUIDATORS' PROPOSED BRIEFING SCHEDULE**

The BNP Paribas Defendants[1] in the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03626, 10-03627, 10-03635, 10-03636, 10-04098, 10-04099, 11-01579, 11-01617 and 12-01551), hereby join in (i) the HSBC Defendants' objection, at Docket No. 3884 (the "Objection")[2] to the *Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery* ("Liquidators' Proposed Order") filed by the Liquidators on

---

[1] BGL BNP Paribas S.A. in Adv. No. 10-03626; BNP Paribas Securities Services Luxembourg in Adv. No. 10-03627; BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, in Adv. Pro. 10-03635 and Adv. Pro. 10-03636; BNP Paribas Arbitrage SNC in Adv. No. 10-04098, BNP Paribas Private Bank & Trust Cayman Ltd. in Adv. Pro. 10-04099; BNP Paribas Securities Nominees Ltd. In Adv. Pro. 11-01579; Fortis Bank SA/NV in Adv. Pro. 11-01617; and BNP Paribas España, Adv. Pro. 12-01551.

[2] As noted in the Objection, the Liquidators' Proposed Order should be rejected as procedurally and substantively improper.

2

September 23, 2021 at Dkt. No. 3883 in the administratively consolidated proceedings *Fairfield Sentry Ltd. (In Liquidation)* v. *Theodoor GGC Amsterdam*, Adv. No. 10-3496, and (ii) the HSBC Defendants' counter-proposed scheduling order on personal jurisdiction briefing and discovery, filed on September 27, 2021 at Dkt. No. 3884-1 (the "HSBC Defendants' Scheduling Order").

## CONCLUSION

The BNP Paribas Defendants respectfully request that the Court sustain the Objection, enter the HSBC Defendants' Scheduling Order, and grant such other and further relief as is just and appropriate.

Dated: September 27, 2021
       New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/      *Thomas S. Kessler*
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
Breon S. Peace
Ari D. MacKinnon
Thomas S. Kessler

*Counsel for the BNP Paribas Defendants*