**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br>(Jointly Administered) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Joinder is submitted<br>in the following Adversary Proceedings:<br><br>10-03635<br>10-03636 | |

**JOINDER OF CACEIS BANK LUXEMBOURG TO**
**THE CONSOLIDATED DEFENDANTS' OBJECTION**
**TO LIQUIDATORS' PROPOSED BRIEFING SCHEDULE**

Caceis Bank Luxembourg, in the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03635 and 10-03636), hereby joins in (i) the HSBC Defendants' objection, at Docket No. 3884 (the "Objection")[1] to the *Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery* ("Liquidators' Proposed Order") filed by the Liquidators on September 23, 2021 at Dkt. No. 3883 in the administratively consolidated proceedings *Fairfield Sentry Ltd. (In Liquidation)* v. *Theodoor GGC Amsterdam*, Adv. No. 10-3496 and (ii) the HSBC Defendants' counter-proposed scheduling order on personal jurisdiction

---

[1] As noted in the Objection, the Liquidators' Proposed Order should be rejected as procedurally and substantively improper.

briefing and discovery, filed on September 27, 2021 at Dkt. No. 3884-1 (the "HSBC Defendants' Scheduling Order").

## CONCLUSION

Caceis Bank Luxembourg respectfully requests that the Court sustain the Objection, enter the HSBC Defendants' Scheduling Order, and grant such other and further relief as is just and appropriate.

Dated: September 27, 2021
New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

 /s/ Elizabeth Vicens
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
Elizabeth Vicens
Rachel Polan

*Counsel for Caceis Bank Luxembourg*