WOLLMUTH MAHER & DEUTSCH LLP
William A. Maher
Fletcher W. Strong
Maxwell G. Dillan
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Defendants Fairfield Investment Fund Limited,*
*Fairfield GCI Fund (referred to as "Fairfield Investment GCI"),*
*and FIF Advanced, Ltd.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LIMITED, et al., <br><br> Debtor in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (CGM) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> THEODOOR GGC AMSTERDAM, et al., <br><br> Defendants. | Adv. Pro. No. 10-03496 (CGM) <br><br> Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-03635 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>                Plaintiffs,<br><br>                v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## NOTICE OF JOINDER

PLEASE TAKE NOTICE that Defendants Fairfield Investment Fund Limited, Fairfield GCI Fund (referred to as "Fairfield Investment GCI"), and FIF Advanced, Ltd., through their undersigned attorneys, hereby join HSBC Defendants' (1) Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order, dated September 27, 2021 (Case No. 10-03496, ECF No. 3884).

This joinder is not and shall not be construed as a waiver of any of the jurisdictional, substantive, or procedural rights, remedies, and defenses of Defendants Fairfield Investment Fund Limited, Fairfield GCI Fund (referred to as "Fairfield Investment GCI"), and FIF Advanced, Ltd., all of which are hereby expressly preserved.

1

Dated: New York, New York
September 27, 2021

                    WOLLMUTH MAHER & DEUTSCH LLP

                    By: */s/ Fletcher W. Strong*

                    William A. Maher
                    Fletcher W. Strong
                    Maxwell G. Dillan
                    500 Fifth Avenue
                    New York, New York 10110
                    Telephone: (212) 382-3300
                    Facsimile: (212) 382-0050
                    Email: wmaher@wmd-law.com
                    Email: fstrong@wmd-law.com
                    Email: mdillan@wmd-law.com

                    *Attorneys for Defendants Fairfield Investment Fund Limited, Fairfield GCI Fund (referred to as "Fairfield Investment GCI"), and FIF Advanced, Ltd.*