**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (CGM) |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br><br>                      Plaintiffs,<br><br>    - against -<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>                      Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br><br>                      Plaintiffs,<br><br>    -against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                      Defendants. | Adv. Pro. No. 10-03635 (CGM)<br><br>Administratively Consolidated |

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>         Defendants. | Adv. Pro. No. 10-03636 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),<br><br>         Plaintiff,<br><br>  -against-<br><br>UBS AG NEW YORK, et al.,<br><br>         Defendants. | Adv. Pro. No. 10-03780 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>UBS EUROPE SE, LUXEMBOURG BRANCH, et al.,<br><br>         Defendants. | Adv. Pro. No. 11-01250 (CGM)<br><br>Administratively Consolidated |

**UBS DEFENDANTS' (1) OBJECTION TO LIQUIDATORS' PROPOSED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND DISCOVERY AND (2) JOINDER IN OBJECTION AND NOTICE OF COUNTER-PROPOSED ORDER FILED BY THE HSBC DEFENDANTS**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 9074-1, UBS AG, UBS Jersey Nominees Limited, and UBS Europe SE, Luxembourg Branch (collectively, the "UBS Defendants") in the above-captioned administratively consolidated proceedings hereby **OBJECT**

2

to the Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery (the "Liquidators' Proposed Order") submitted by the Liquidators on September 23, 2021, because it is both procedurally and substantively inappropriate.

**PLEASE TAKE FURTHER NOTICE** that the UBS Defendants respectfully join in the HSBC Defendants' (1) Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order (the "HSBC Objection and Counter-Proposal") filed on September 27, 2021 by HSBC Securities Services (Luxembourg) S.A., HSBC Private Bank (Suisse) S.A., and HSBC Bank USA, N.A. (collectively, the "HSBC Defendants") in the above-captioned administratively consolidated proceedings, and respectfully request that the Court enter the Proposed Scheduling Order annexed as Exhibit A to the HSBC Objection and Counter-Proposal (the "Defendants' Proposed Order").

For all of the reasons stated in the HSBC Objection and Counter-Proposal, the UBS Defendants respectfully submit that the Liquidators' Proposed Order is both procedurally improper and substantively inappropriate to the needs of these proceedings. Accordingly, the Court should decline to enter the Liquidators' Proposed Order and should instead enter an order substantially in the form of the Defendants' Proposed Order.

Dated:   New York, New York          Respectfully submitted,
         September 27, 2021          GIBSON, DUNN & CRUTCHER LLP

                                     By:  *s/ Marshall R. King*
                                          Marshall R. King
                                          Gabriel Herrmann

                                     200 Park Avenue
                                     New York, New York 10166
                                     Tel: (212) 351-4000
                                     mking@gibsondunn.com
                                     gherrmann@gibsondunn.com

                                     *Attorneys for UBS AG, UBS Jersey Nominees*
                                     *Limited, and UBS Europe SE, Luxembourg Branch*