**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | Administratively Consolidated |
| v. | |
| THEODOOR GGC AMSTERDAM, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |

**JOINDER OF BANQUE PICTET & CIE SA TO HSBC DEFENDANTS'
(1) OBJECTION TO LIQUIDATORS' PROPOSED SCHEDULING
ORDER ON PERSONAL JURISDICTION BRIEFING AND
DISCOVERY AND (2) NOTICE OF COUNTER-PROPOSED ORDER**

Banque Pictet & Cie SA (sued as Pictet & Cie), by and through its undersigned counsel, hereby respectfully joins in: (i) the *HSBC Defendants' (1) Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order* (ECF No. 3884[1]) (the "HSBC Objection") to the *Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery* (the "Liquidators' Proposed Order") filed by the Liquidators on September 23, 2021 at ECF No. 3883; and (ii) the HSBC Defendants' counter-proposed order accompanying the HSBC Objection (ECF No. 3884-1) (the "HSBC Defendants' Proposed Order").

Banque Pictet & Cie SA intends to move to dismiss the complaints in the above-captioned adversary proceedings (the "Complaints") for lack of personal jurisdiction, and specifically intends to establish in its briefing that the Complaints do not allege a *prima facie* case for personal jurisdiction over Banque Pictet & Cie SA.

For the reasons set forth in the HSBC Objection, Banque Pictet & Cie SA objects to the Liquidators' Proposed Order, and respectfully requests that the Court enter the HSBC Defendants' Proposed Order.

---

[1] Unless otherwise noted, references to "ECF No. __" are to entries in Adv. Pro. No. 10-03496.

Dated: September 27, 2021
      New York, New York

                Respectfully submitted,

                WACHTELL, LIPTON, ROSEN & KATZ

                By: /s/ *Emil A. Kleinhaus*
                Emil A. Kleinhaus
                Angela K. Herring
                51 West 52nd Street
                New York, New York  10019
                Telephone:  (212) 403-1000
                Facsimile:  (212) 403-2000
                Email:  eakleinhaus@wlrk.com
                         akherring@wlrk.com

                *Attorneys for Defendant Banque Pictet & Cie SA*
                *(sued as Pictet & Cie)*