IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINDER OF DEFENDANT BANK JULIUS BAER & CO. LTD. TO
THE CONSOLIDATED DEFENDANTS' OBJECTION TO LIQUIDATORS'
PROPOSED BRIEFING SCHEDULE**

Defendant Bank Julius Baer & Co. Ltd. in the above-captioned adversary proceedings (Adv. Pro. Nos. 10-03635 and 10-03636), hereby joins in (i) the HSBC Defendants' objection, at Docket No. 3884 (the "Objection")[1] to the *Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery* ("Liquidators' Proposed Order") filed by the Liquidators on September 23, 2021 at Dkt. No. 3883 in the administratively consolidated proceedings *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, Adv. No. 10-3496, and (ii) the HSBC Defendants' counter-proposed scheduling order on personal jurisdiction briefing and discovery, filed on September 27, 2021 at Dkt. No. 3884-1 (the "HSBC Defendants' Order").

This joinder is not and shall not be construed as a waiver of any of the jurisdictional, substantive, or procedural rights, remedies, and defenses of Defendant Bank Julius Baer & Co. Ltd., all of which are hereby expressly preserved.

## CONCLUSION

Defendant Bank Julius Baer & Co. Ltd. respectfully requests that the Court sustain the Objection, enter the HSBC Defendants' Scheduling Order, and grant such other and further relief as is just and appropriate.

---

[1] As noted in the Objection, the Liquidators' Proposed Order should be rejected as procedurally and substantively improper.

Dated: September 27, 2021
      New York, NY

                                        Respectfully submitted,

                                        **McKOOL SMITH P.C.**

                                        */s/ Eric B. Halper*
                                        Eric B. Halper
                                        One Manhattan West
                                        395 9th Avenue, 50th Floor
                                        New York, NY 10001
                                        T: (212) 402-9400
                                        F: (212) 402-9444
                                        ehalper@mckoolsmith.com

                                        *Counsel for Defendant Bank Julius Baer & Co. Ltd.*