# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　　　　Debtor in Foreign<br>　　　　　　Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03627 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING

**WHEREAS**, on September 15, 2021, the Court instructed the parties to submit a joint scheduling order or competing scheduling orders for briefing motions to dismiss for lack of personal jurisdiction (9/15/2021 Hr'g Tr. at 18:1–6);

**WHEREAS**, on September 17 and 21, 2021, the parties met and conferred on the issue of a scheduling order that accommodates jurisdictional discovery, and have reached an impasse;

**IT IS NOW, THEREFORE, HEREBY ORDERED**, that:

1. Defendants shall file their motions to dismiss on personal jurisdiction grounds on or before **October 8, 2021**, which shall be made returnable at the December 15, 2021 Omnibus Conference.

2. The Liquidators may file briefs in Opposition on or before **November 19, 2021**.

3. Defendants may file replies in support of their motions on or before **December 10, 2021**.

4. This Order is without prejudice to any party's right to move for adjournment of the return date, including but not limited to on the basis that further time is necessary to conduct discovery relevant to resolution of Defendants' motions.