# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINDER OF BANK J. SAFRA SARASIN AG, F/K/A BANK SARASIN & CIE TO HSBC DEFENDANTS' (1) OBJECTION TO LIQUIDATORS' PROPOSED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND DISCOVERY AND (2) NOTICE OF COUNTER-PROPOSED ORDER**

Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie, by and through its undersigned counsel, hereby respectfully joins in: (i) the *HSBC Defendants' (1) Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order* (ECF No. 3884)[1] (the "HSBC Objection") to the *Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery* (the "Liquidators' Proposed Order") filed by the Liquidators on September 23, 2021 (ECF No. 3883); and (ii) the HSBC Defendants' counter-proposed order accompanying the HSBC Objection (ECF No. 3884-1) (the "HSBC Defendants' Proposed Order").

Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie intends to move to dismiss the complaints in the above-captioned adversary proceedings (the "Complaints") for lack of personal jurisdiction, and specifically intends to establish in its briefing that the Complaints do not allege a prima facie case for personal jurisdiction over Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie.

For the reasons set forth in the HSBC Objection, Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie objects to the Liquidators' Proposed Order, and respectfully requests that the Court enter the HSBC Defendants' Proposed Order.

---

[1] Unless otherwise noted, references to "ECF No. __" are to entries in Adv. Pro. No. 10-03496.

2

Dated: September 28, 2021
      New York, New York

Respectfully submitted,

SULLIVAN & CROMWELL LLP

*/s/ Andrew J. Finn*
Andrew J. Finn
Jeffrey T. Scott
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:  finna@sullcrom.com
E-mail:  scottj@sullcrom.com

*Counsel for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*

3