**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　– against –<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINDER OF DEFENDANT BBVA (SUISSE) SA TO
THE HSBC DEFENDANTS' (1) OBJECTION TO LIQUIDATORS' PROPOSED
SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND
DISCOVERY AND (2) NOTICE OF COUNTER-PROPOSED ORDER**

Defendant BBVA (Suisse) SA, by and through its undersigned counsel, hereby joins in: (i) the HSBC Defendants' objection, filed on September 27, 2021 at Dkt. No. 3884 in Adv. Pro. No. 10-03496 (the "HSBC Objection"), to the Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery filed by the Liquidators on September 23, 2021 at Dkt. No. 3883 in Adv. Pro. No. 10-03496 (the "Liquidators' Proposed Order"); and (ii) the HSBC Defendants' counter-proposed scheduling order on personal jurisdiction briefing and discovery, filed on September 27, 2021 at Dkt. No. 3884-1 in Adv. Pro. No. 10-03496 (the "HSBC Defendants' Proposed Order").

This joinder is not and shall not be construed as a waiver of any jurisdictional, substantive, or procedural rights, remedies, or defenses, all of which are hereby expressly preserved. The above-referenced defendant intends to move to dismiss the complaints in the above-captioned adversary proceedings (the "Complaints") for lack of personal jurisdiction, and specifically intends to establish in its briefing that the Complaints do not allege a *prima facie* case for personal jurisdiction over it.

For the reasons set forth in the HSBC Objection, the above-referenced defendant objects to the Liquidators' Proposed Order, and respectfully requests that the Court enter the HSBC Defendants' Proposed Order.

Dated: September 28, 2021

By: */s/ Keith R. Palfin*
    Keith R. Palfin
    Heather Lamberg
    WINSTON & STRAWN LLP
    1901 L Street, N.W.
    Washington, D.C. 20036-3506
    Telephone: (202) 282-5000
    Facsimile: (202) 282-5100
    E-mail: kpalfin@winston.com
    E-mail: hlamberg@winston.com

*Counsel for Defendant BBVA (Suisse) SA*