**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |
| This document is also being filed in the lead adversary proceeding, *Fairfield Sentry Ltd. (in Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, Adv. Pro. No. 10-03496. | |

## JOINDER OF CLARIDEN LEU LTD. AND CREDIT SUISSE AG ZURICH TO HSBC DEFENDANTS' (1) OBJECTION TO LIQUIDATORS' PROPOSED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND DISCOVERY AND (2) NOTICE OF COUNTER-PROPOSED ORDER

Defendants Clariden Leu Ltd. and Credit Suisse AG Zurich, by and through their undersigned counsel, respectfully join in: (i) the HSBC Defendants' (1) Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order (ECF No. 3884)[1] (the "HSBC Objection") to the Notice of Filing and Presentment of Scheduling Order on Personal Jurisdiction Briefing and Discovery (the

---

[1] Unless otherwise noted, references to "ECF No. __" are to entries in Adv. Pro. No. 10-03496.

1

"Liquidators' Proposed Order") filed by the Liquidators on September 23, 2021 (ECF No. 3883); and (ii) the HSBC Defendants' counter-proposed order accompanying the HSBC Objection (ECF No. 3884-1) (the "HSBC Defendants' Proposed Order").

For the reasons set forth in the HSBC Objection, Clariden Leu Ltd. and Credit Suisse AG Zurich object to the Liquidators' Proposed Order, and respectfully request that the Court enter the HSBC Defendants' Proposed Order.

This joinder is not and shall not be construed as a waiver of any of Clariden Leu Ltd.'s or Credit Suisse AG Zurich's jurisdictional, substantive, or procedural rights, remedies, and defenses, all of which are hereby expressly preserved.

Dated: September 28, 2021
New York, New York

Respectfully submitted,

**O'MELVENY & MYERS LLP**

By: /s/ *William J. Sushon*
    William J. Sushon
    Daniel S. Shamah
    7 Times Square
    New York, New York 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    wsushon@omm.com
    dshamah@omm.com

    *Attorneys for Defendants Clariden Leu Ltd.*
    *and Credit Suisse AG Zurich*