IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　　Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINDER OF DEFENDANT HAPOALIM (SWITZERLAND), LTD. TO HSBC DEFENDANTS' (1) OBJECTION TO LIQUIDATORS' PROPOSED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND DISCOVERY AND (2) NOTICE OF COUNTER-PROPOSED ORDER**

1

Defendant Hapoalim (Switzerland), Ltd., a defendant in Adv. Pro. Nos. 10-03635 and 10-03636 (CGM), hereby respectfully joins in (i) the HSBC Defendants' objection, at Dkt. No. 3884; and (ii) the HSBC Defendants' counter-proposed scheduling order on personal jurisdiction briefing and discovery, at Dkt. No. 3884-1; in the administratively consolidated proceedings *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodore GGC Amsterdam, et al.*, Adv. Pro. No. 10-03496.

Dated: September 28, 2021
New York, New York

HERBERT SMITH FREEHILLS NEW YORK LLP

*/s/Scott S. Balber*
Scott S. Balber
Jonathan C. Cross
450 Lexington Ave., 14th Floor
New York, NY 10017
Tel: (917) 542-7600
scott.balber@hsf.com
jonathan.cross@hsf.com

*Attorneys for Defendant Hapoalim (Switzerland), Ltd.*