**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　　Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**NOTICE OF JOINDER**

PLEASE TAKE NOTICE that Defendant SIX SIS AG, formerly known as SIS SegaIntersettle AG, through their undersigned attorneys, hereby joins HSBC Defendants' (1) Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and

1

Discovery and (2) Notice of Counter- Proposed Order, dated September 27, 2021 (Case No. 10-03496, ECF No. 3884).

This joinder is not and shall not be construed as a waiver of any of the jurisdictional, substantive, or procedural rights, remedies, and defenses of Defendant SIX SIS AG, formerly known as SIS SegaIntersettle AG, all of which are hereby expressly preserved.

Dated: New York, New York
September 28, 2021

**CHAFFETZ LINDSEY LLP**

By: */s/ Andreas Frischknecht*

Andreas A. Frischknecht
Erin E. Valentine
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
Email: a.frischknecht@chaffetzlindsey.com
E-mail: e.valentine@chaffetzlindsey.com

*Attorneys for Defendant SIX SIS AG*