IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et.al.,<br>    Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (GCM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>    Plaintiffs,<br>v.<br>THEODOOR GGC AMSTERDAM, et al.,<br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>    Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG, et al.,<br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>    Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG, et al.,<br>    Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINDER OF CERTAIN DEFENDANTS IN (1) OBJECTIONS BY CERTAIN OTHER DEFENDANTS TO LIQUIDATORS' PROPOSED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND DISCOVERY AND (2) THEIR REQUEST FOR COUNTER-PROPOSED ORDER**

Defendants Liechtensteinische Landesbank AG (sued herein as Liechtensteinische LB Reinvest AMS), LGT Bank in Liechtenstein AG (now known as LGT Bank AG), Dresdner Bank

Schweiz (now known as LGT Bank (Switzerland) Ltd.), Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued herein as Verwaltungs und Privatbank AG Aktiengesellschaft AMS), and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank (AMS), all defendants in the above-captioned Adversary Proceedings Nos 10-03635 and -03636 (and collectively hereinafter "Joining Defendants), hereby join in (a) the *HSBC Defendants' (1) Objection to Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order,* filed on September 27, 2021, as Docket No. 3884 in the above-captioned Adversary Proceeding No. 10-03496, and in (b) the *Objecting Defendants' Objection to Liquidators' Proposed Scheduling Order on Personal Jurisdiction Briefing and Discovery and (2) Notice of Counter-Proposed Order*, filed on September 28, 2021, as Docket Nos. 3894 and 3895 in Adversary Proceeding No. 10-03496, Docket No. 647 in Adversary Proceeding No. 10-3635, and Docket No. 707 in Adversary Proceeding No. 10-3636.

## Conclusion

Joining Defendants respectfully request that that the Court sustain the objections for the reasons stated therein, enter the counter-proposed order, and grant such other and further relief as is just and proper.

Dated:  September 28, 2021

                WUERSCH & GERING LLP

By: _____
     Gregory F. Hauser
     Jascha D. Preuss

100 Wall Street, 10th Floor
New York, New York 10005
T: 212-509-5050
F: 212-509-9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS); LGT Bank in Liechtenstein AG (now known as LGT Bank AG); Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.); Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privatbank AG Aktiengesellschaft AMS); and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank (AMS))*