# Appendix A

## Appendix A

| No. | Defendant | Counsel |
|---|---|---|
| 1 | Banque Cantonale Vaudoise | Allegaert Berger & Vogel LLP |
| 2 | BCV AMC Defensive Alt Fund | Allegaert Berger & Vogel LLP |
| 3 | Compagnie Bancaire Helvétique SA | Allegaert Berger & Vogel LLP |
| 4 | Edmond de Rothschild (Suisse) S.A. (sued as Sella Bank AG) | Allegaert Berger & Vogel LLP |
| 5 | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG (n/k/a Rothschild & Co. Bank AG) | Allegaert Berger & Vogel LLP |
| 6 | Rothschild Bank Geneva (Dublin) a/k/a Edmond de Rothschild (Suisse) S.A | Allegaert Berger & Vogel LLP |
| 7 | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | Allegaert Berger & Vogel LLP |
| 8 | Société Générale Bank & Trust (n/k/a Société Générale Luxembourg) | Allegaert Berger & Vogel LLP; Mayer Brown LLP |
| 9 | Lombard Odier Darier Hentsch & Cie | Allegaert Berger & Vogel LLP; Mayer Brown LLP |
| 10 | SIS Seeganintersettle | Chaffetz Lindsey LLP |
| 11 | SIX SIS Ltd. | Chaffetz Lindsey LLP |
| 12 | BNP Paribas (Suisse) SA | Cleary Gottlieb Steen & Hamilton LLP |
| 13 | BNP Paribas (Suisse) SA Ex Fortis | Cleary Gottlieb Steen & Hamilton LLP |
| 14 | BNP Paribas (Suisse) SA Private | Cleary Gottlieb Steen & Hamilton LLP |
| 15 | Caceis Bank Luxembourg | Cleary Gottlieb Steen & Hamilton LLP |
| 16 | Dexia Banque International A Luxembourg | Clifford Chance US LLP |
| 17 | Bank Leumi le-Israel B.M. | Davis Polk & Wardwell LLP |
| 18 | Banca Arner SA | DLA Piper LLP (US) |
| 19 | UBS AG | Gibson, Dunn & Crutcher LLP |
| 20 | UBS Jersey Nominees Limited | Gibson, Dunn & Crutcher LLP |
| 21 | Vorarlberger Landes Und Hypothekenbank Aktiengesellschaft | Harnik Law Firm |
| 22 | Bank Hapoalim Switzerland Ltd. | Herbert Smith Freehills New York LLP |
| 23 | Coutts & Co. Ltd. f/k/a RBS Coutts Bank, Ltd. | Katten Muchin Rosenman LLP |
| 24 | Harmony Capital Fund Ltd. | Katten Muchin Rosenman LLP |
| 25 | Lloyds TSB Bank Geneva n/k/a Lloyds Bank plc | Katten Muchin Rosenman LLP |
| 26 | National Bank of Kuwait | Cirillo Law |
| 27 | NBK Banque Privee Suisse SA | Cirillo Law |
| 28 | BSI AG, individually and as successor-in-interest to Banca del Gottardo (sued as "BSI Ex Banca del Gottardo") and Banca Unione di Credito | Kobre & Kim LLP |
| 29 | EFG Bank AG (a/k/a "EFG Bank SA," f/k/a "EFG Private Bank SA" and also sued as "EFG Bank SA Switzerland") | Kobre & Kim LLP |

| 30 | EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL") | Kobre & Kim LLP |
|---|---|---|
| 31 | ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG | Latham & Watkins LLP |
| 32 | Bank Julius Baer & Co. Ltd. | Mckool Smith, P.C. |
| 33 | Clariden Leu Ltd. | O'Melveny & Myers LLP |
| 34 | Credit Suisse AG Zurich | O'Melveny & Myers LLP |
| 35 | Falcon Private Bank | Pillsbury Winthrop Shaw Pittman LLP |
| 36 | Incore Bank AG | Pillsbury Winthrop Shaw Pittman LLP |
| 37 | Arden International Capital, Ltd. | Seward & Kissel LLP; Westerman Ball Ederer Miller Zucker & Sharfstein, LLP |
| 38 | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Sullivan & Cromwell LLP |
| 39 | Banque Pictet & Cie SA (sued as Pictet & Cie) | Wachtell, Lipton, Rosen & Katz |
| 40 | Corner Banca SA | Wilmer Cutler Pickering Hale and Dorr LLP |
| 41 | Finter Bank Zurich | Wilmer Cutler Pickering Hale and Dorr LLP |
| 42 | IHAG Handelsbank AG | Wilmer Cutler Pickering Hale and Dorr LLP |
| 43 | PKB Privatbank AG | Wilmer Cutler Pickering Hale and Dorr LLP |
| 44 | BBVA (Suisse) SA | Winston & Strawn LLP |
| 45 | Fairfield Investment Fund Ltd. | Wollmuth Maher & Deutsch LLP |
| 46 | Fairfield Investment GCI | Wollmuth Maher & Deutsch LLP |
| 47 | FIF Advanced Ltd. | Wollmuth Maher & Deutsch LLP |
| 48 | Centrum Bank AG, now part of VP Bank AG, sued here as Centrum Bank AG (AMS) | Wuersch & Gering LLP |
| 49 | Verwaltungs- und Privat-Bank AG, now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank Aktiengesellschaft (AMS) | Wuersch & Gering LLP |
| 50 | Dresdner Bank Schweiz, now known as LGT Bank (Switzerland) Ltd. | Wuersch & Gering LLP |
| 51 | LGT Bank in Liechtenstein AG, now known as LGT Bank AG | Wuersch & Gering LLP |
| 52 | Liechtensteinische Landesbank Aktiengesellschaft, sued here as Liechtensteinische LB Reinvest AMS | Wuersch & Gering LLP |