UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>　　　　　Defendants. | Adv. Proc. No. 10-3635 (CGM)<br>Adv. Proc. No. 10-3636 (CGM) |
| This document is also being filed in the lead adversary proceeding, Fairfield Sentry Ltd. (in Liquidation), et al. v. Theodoor GGC Amsterdam, et al., Adv. Pro. No. 10-03496. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the motion (the "**Motion**") to withdraw the appearance of Richard Levin and Carl Wedoff as attorneys of record for Unifortune Conservative Side Pocket in the above-captioned adversary proceedings; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. § 157; and due and sufficient notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing, if any, having been held to consider the relief requested in the Motion; and the Court having reviewed the Motion, and after due deliberation and sufficient cause appearing;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Richard Levin and Carl Wedoff are hereby authorized to withdraw as attorneys of record for Unifortune Conservative Side Pocket in the above-captioned adversary proceedings.

3. This Court shall retain jurisdiction with respect to the enforcement, implementation, or interpretation of this Order.



**Dated: October 25, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**