**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Fairfield Sentry Limited, et al.,

       Debtors in Foreign Proceedings.

---

Fairfield Sentry Limited (In Liquidation),

                Plaintiff

        -against-

Theodoor GGC Amsterdam, et al.

              Defendants.

---

This Notice of Appearance and Request for Service of Papers is related to the Following Adversary Proceedings:

10-03635
10-03636

Chapter 15 Case

Case No. 10-13164 (BRL)

Jointly Administered

Adv. Pro. No. 10-03496 (BRL)

Administratively Consolidated

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Mayer Brown LLP hereby appears in the above-captioned cases as counsel for Defendant Banque Lombard Odier & Cie SA ("Lombard Odier") (sued as Lombard Odier Darier Hentsch & Cie) in Adv. Pro. Nos. 10-03635 and 10-03636, and requests that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number and email address:

MAYER BROWN LLP
Marc R. Cohen
1999 K Street, N.W.
Washington, D.C. 20006
Tel. No.: (202) 263-5282
Email: mcohen@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for

Service of Papers is not only for the notices and other documents referred to in the Rules

specified above, but includes, without limitation, all orders and notices of any application,

motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery,

telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for

Service of Papers is not and shall not be construed as a waiver of any of the above-named

parties' jurisdictional, substantive or procedural rights and remedies in connection with the

above-captioned cases, all of which are hereby expressly reserved.  Counsel certifies I am

admitted to practice, *pro hac vice*, in the above-captioned cases.

Dated: October 28, 2021
New York, New York

MAYER BROWN LLP

*/s/ Marc R. Cohen*
Marc R. Cohen
1999 K St NW
Washington, DC 20006
Tel. No.: (202) 263-5282
Email: mcohen@mayerbrown.com

*Counsel for Defendant Lombard Odier*