**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | Adv. Pro. No. 10-03496 (BRL) |
| Plaintiff | Administratively Consolidated |
| -against- | |
| Theodoor GGC Amsterdam, et al. | |
| Defendants. | |

This Notice of Appearance and Request for
Service of Papers is related to the
Following Adversary Proceedings:

10-03635
10-03636

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and

9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Mayer Brown

LLP hereby appears in the above-captioned cases as counsel for Defendant Banque Lombard

Odier & Cie SA ("Lombard Odier") (sued as Lombard Odier Darier Hentsch & Cie) in Adv. Pro.

Nos. 10-03635 and 10-03636, and requests that copies of all notices given or required to be given

in these cases and all papers served or required to be served in these cases be given to and served

upon the undersigned at the following office addresses, telephone numbers and email addresses:

MAYER BROWN LLP
Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: mhanchet@mayerbrown.com
Email: kkelly@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for

Service of Papers is not only for the notices and other documents referred to in the Rules

specified above, but includes, without limitation, all orders and notices of any application,

motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery,

telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for

Service of Papers is not and shall not be construed as a waiver of any of the above-named

parties' jurisdictional, substantive or procedural rights and remedies in connection with the

above-captioned cases, all of which are hereby expressly reserved.  Counsel certifies we are

admitted to practice in this Court.

Dated: October 28, 2021
New York, New York

MAYER BROWN LLP

*/s/ Kevin C. Kelly*
Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: mhanchet@mayerbrown.com
Email: kkelly@mayerbrown.com

*Counsel for Defendant Lombard Odier*