| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                           Plaintiff<br><br>                  -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                          Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Rothschild & Co Bank AG's Motion to Dismiss, the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior pleadings and proceedings herein, Defendant Rothschild & Co Bank AG ("Defendant") (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

| | |
|---|---|
| Dated: October 29, 2021<br>New York, New York | Respectfully Submitted,<br><br>ALLEGAERT BERGER & VOGEL LLP<br><br>By: <u>/s/ John F. Zulack</u><br>John F. Zulack<br>Christopher Allegaert<br>Lauren J. Pincus<br>Bianca Lin<br><br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Tel. No.: 212-571-0550<br>Email: jzulack@abv.com<br>Email: callegaert@abv.com<br>Email: lpincus@abv.com<br>Email: blin@abv.com<br><br>*Counsel for Defendant Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG)* |