Hearing Date: April 20, 2022 at 10:00 am
Objection Date: March 15, 2022
Reply Date: March 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

Fairfield Sentry Limited (In Liquidation),

                               Plaintiff

-against-

Theodoor GGC Amsterdam, et al.

                              Defendants.

This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:

10-03635

Chapter 15 Case

Case No. 10-13164 (CGM)

Jointly Administered

Adv. Pro. No. 10-03496 (CGM)

Administratively Consolidated

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION TO DISMISS**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss of GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund, the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior pleadings and proceedings herein, GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (collectively, "Defendant") (sued as BCV AMC Defensive AL Fund) will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021
      New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/* John F. Zulack
John F. Zulack
Christopher Allegaert
Lauren J. Pincus
Bianca Lin

111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com
Email: callegaert@abv.com
Email: lpincus@abv.com
Email: blin@abv.com

*Counsel for GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund)*

2