| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>　　　　　　　　　　　Plaintiff<br><br>　　　　-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, the Motion to Dismiss of Defendant Banque Lombard Odier & Cie SA, Exhibit A thereto, and the accompanying Memorandum of Law in Support, was served by filing it with the court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: October 29, 2021
      New York, New York

                                      ALLEGAERT BERGER & VOGEL LLP
By: */s/ John F. Zulack*
John F. Zulack
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*