UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LTD., *et al.,* <br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (CGM) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THEODOOR GGC AMSTERDAM, *et al.,* <br><br> Defendants. | Adv. Pro. No. 10-03496 (CGM) <br><br> Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, *et al.*, <br><br> Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, *et al.*, <br><br> Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**STIPULATION AND AGREED ORDER EXTENDING BRIEFING DEADLINE FOR
<u>FALCON PRIVATE BANK AND INCORE BANK AG</u>**

WHEREAS, Falcon Private Bank and InCore Bank AG are named as defendants in Adversary Proceeding Nos. 10-03635 (CGM) and 10-03636 (CGM) (the "Actions").

WHEREAS, on September 28, 2021, the Court entered orders in the Actions [Adv. Pro. 10-03635 Dkt. 654; Adv. Pro. 10-03636 Dkt. No. 714] (the "Scheduling Orders") setting a schedule for briefing on motions to dismiss, solely on personal jurisdiction grounds ("PJ Motions").

WHEREAS, pursuant to the Scheduling Orders, the deadline for defendants to file PJ Motions is October 29, 2021 (the "PJ Motion Deadline").

WHEREAS, Falcon Private Bank and InCore Bank AG have requested, and the Plaintiffs have agreed to, a one-week extension on the PJ Motion Deadline.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that:

1. The PJ Motion Deadline for Falcon Private Bank and InCore Bank AG is extended until November 5, 2021.

2. The other dates and deadlines set forth in the Scheduling Orders are unchanged.

CONSENTED AND AGREED TO:

/s/ Eric Fishman
Eric Fishman
Andrew Troop
Rahman Connelly
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
(212) 858-1000 (phone)
(212) 858-1500 (fax)
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com
rahman.connelly@pillsburylaw.com

*Counsel for Defendants Falcon Private Bank and Incore Bank AG*

/s/ Cameron Moxley
David J. Molton
Cameron Moxley
Marek P. Krzyzowski
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
212-209-4800 (phone)
212-209-4801 (fax)
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com
cmoxley@brownrudnick.com

*Counsel for Plaintiffs*

**Dated: October 29, 2021**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

4863-3926-0161.v1