Hearing Date: April 20, 2022 at 10:00 am
Objection Date: March 15, 2022
Reply Date: March 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>    Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:<br><br>10-03635 | |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Edmond de Rothschild (Suisse) S.A.'s Motion to Dismiss, the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior pleadings and proceedings herein, Defendant Edmond de Rothschild (Suisse) S.A. ("Defendant") (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma

Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021　　　　　　　　　　Respectfully Submitted,
       New York, New York

                                        ALLEGAERT BERGER & VOGEL LLP

                                        By: <u>/s/ John F. Zulack</u>
                                        John F. Zulack
                                        Christopher Allegaert
                                        Lauren J. Pincus
                                        Bianca Lin

                                        111 Broadway, 20th Floor
                                        New York, New York 10006
                                        Tel. No.: 212-571-0550
                                        Email: jzulack@abv.com
                                        Email: callegaert@abv.com
                                        Email: lpincus@abv.com
                                        Email: blin@abv.com

                                        *Counsel for Defendant Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.*