UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**NOTICE OF MOTION OF DEFENDANT
NBK BANQUE PRIVÉE (SUISSE) S.A. TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of Defendant NBK Banque Privée (Suisse) S.A. in Support of its Motion to Dismiss for Lack of Jurisdiction filed this day on the dockets of Adv. Pro. Nos. 10-03635 and Adv. Pro. No. 10-03636, the plaintiffs' Fifth Amended Complaints attached hereto as Exhibit A (Adv. Pro. No. 10-03635, Dkt. No. 620) and Exhibit B (Adv. Pro. No. 10-03636, Dkt. No. 679), and all other pleadings and proceedings heretofore had herein, NBK Banque Privée (Suisse) S.A. will move this Court for an order dismissing these actions against it with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2) made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure for lack of jurisdiction over its person.

PLEASE TAKE FURTHER NOTICE that, by order dated September 28, 2021, the Court has set March 15, 2022, as the date for the plaintiffs to file their opposition and April 20, 2022, for argument of this motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021
New York, NY

Respectfully submitted
CIRILLO LAW OFFICE

*/s/ Richard A. Cirillo*
_____
Richard A. Cirillo
246 East 33rd Street – 1 FR
New York, NY 10016-4802
T: 917-541-6778
E: richard@cirillo-law.com

*Attorney for Defendant*
*NBK Banque Privée (Suisse) S.A.*