Hearing Date: April 20, 2022 at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>　　　　　　　　　　　　Plaintiff<br><br>　　　　　　-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Hearing is related to the Following Adversary Proceeding:<br><br>10-03635 | |

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, on October 29, 2021, Société Générale Bank & Trust n/k/a Société Générale Luxembourg ("Defendant"), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern

time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

| | |
|---|---|
| Dated: October 29, 2021<br>New York, New York | Respectfully Submitted,<br><br>MAYER BROWN LLP<br><br>By: <u>*/s/* Christopher J. Houpt</u><br>Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br><br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel. No.: (212) 506-2500<br>Email: swolowitz@mayerbrown.com<br>Email: choupt@mayerbrown.com<br>Email: bacohen@mayerbrown.com<br><br>ALLEGAERT BERGER & VOGEL LLP<br><br>By: <u>*/s/* John F. Zulack</u><br>John F. Zulack<br>Christopher Allegaert<br>Lauren J. Pincus<br>Bianca Lin<br><br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Tel. No.: 212-571-0550<br>Email: jzulack@abv.com<br>Email: callegaert@abv.com<br>Email: lpincus@abv.com<br>Email: blin@abv.com<br><br>*Counsel for Defendant Société Générale Bank &*<br>*Trust n/k/a Société Générale Luxembourg* |