| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                         Plaintiff<br><br>                 -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                        Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Motion to Dismiss is related to the following Adversary Proceedings:<br><br>10-03635<br>10-03636 | |

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, on October 29, 2021, Defendant BBVA (Suisse) SA ("BBVA" or "Defendant"), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022, at 10:00 a.m. (prevailing

Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021                    Respectfully Submitted,

                                           WINSTON & STRAWN LLP

                                           By: */s/ Keith R. Palfin*

                                           Heather Lamberg
                                           Keith R. Palfin
                                           1901 L Street, N.W.
                                           Washington, D.C. 20036-3506
                                           Telephone: (202) 282-5000
                                           Facsimile: (202) 282-5100
                                           E-mail: hlamberg@winston.com
                                           E-mail: kpalfin@winston.com

                                           *Counsel for Defendant BBVA (Suisse) SA*