Hearing Date: **April 20, 2022**
Opposition Date: **March 15, 2022**
Reply Date: **March 31, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**NOTICE OF HEARING ON BNP PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA EX FORTIS (N/K/A BNP PARIBAS (SUISSE) SA), AND BNP PARIBAS (SUISSE) SA PRIVATE (N/K/A BNP PARIBAS (SUISSE) SA)'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(B)(2)**

PLEASE TAKE NOTICE that on October 29, 2021, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), and BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) filed a motion to dismiss for lack of personal jurisdiction (the

"Motion") under Federal Rule of Civil Procedure 12(b)(2), made applicable here by Federal Rule of Bankruptcy Procedure 7012.

PLEASE TAKE FURTHER NOTICE that the deadline to file an opposition to the Motion is March 15, 2022, and the deadline for any reply is March 31, 2022.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion is scheduled to take place on April 20, 2022.

Dated: October 29, 2021
New York, NY

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Ari D. MacKinnon

Ari D. MacKinnon
Thomas S. Kessler
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000

amackinnon@cgsh.com
tkessler@cgsh.com

*Counsel for Defendants BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), and BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA)*