UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>       Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische

LB Reinvest AMS) ("Defendant")'s Motion to Dismiss, the Plaintiffs' Fifth Amended Complaint

dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior

pleadings and proceedings herein, Defendant will move this Court before the Honorable Cecelia

G. Morris, United States Bankruptcy Judge, on April 20, 2022 at 10:00 a.m., for an order

dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and

Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made

applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules

of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by

this Court.


Dated: New York, New York
        October 29, 2021

Respectfully submitted,

WUERSCH & GERING LLP



By: _/s/ Gregory F. Hauser_____
        Gregory F. Hauser
        Jascha D. Preuss

100 Wall Street, 10th Floor
New York, New York  10005
T: 212-509-5050
F: 212-509-9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Liechtensteinische Landesbank
Aktiengesellschaft (sued here as Liechtensteinische
LB Reinvest AMS)*