Hearing Date: April 20, 2022 at 10:00 am<br>
Objection Date: March 15, 2022<br>
Reply Date: March 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>　　Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (CGM)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>　　Plaintiffs,<br>– against –<br>Theodoor GGC Amsterdam et al.,<br>　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br>　　Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG, et al.,<br>　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**NOTICE OF MOTION TO DISMISS**

　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Coutts & Co. Ltd's Motion to Dismiss the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth as Exhibit A hereto, and all prior pleadings and proceedings herein, Defendant Coutts & Co. Ltd. ("Coutts" or "Defendant") (formerly RBS Coutts Bank Ltd.) will move this Court for an order dismissing with prejudice the

1

complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021
       New York, New York

Respectfully Submitted,

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Anthony L. Paccione*

Anthony L. Paccione
Mark T. Ciani
575 Madison Avenue
New York, New York 10022
Tel. No.: (212) 940-8800
Email: anthony.paccione@katten.com
Email: mark.ciani@katten.com

*Counsel for Coutts & Co. Ltd.*

TO:    All Counsel of Record