Hearing Date: April 20, 2022, at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>       Plaintiff<br><br>   -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>       Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Hearing is related to the Following Adversary Proceedings:<br><br>10-03635<br>10-03536 | |

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, on October 29, 2021, National Bank of Kuwait S.A.K.P. ("Defendant") filed its Motion in the captioned adversary proceedings to Dismiss for Lack of Personal Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022, at 10:00 a.m. (prevailing

Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: New York, NY
October 29, 2021

                                                        Respectfully submitted

                                                        CIRILLO LAW OFFICE

                                                        */s/ Richard A. Cirillo*

                                                        _____

                                                        Richard A. Cirillo
                                                        246 East 33rd Street – 1 FR
                                                        New York, NY 10016-4802
                                                        T:  917-541-6778
                                                        E:  richard@cirillo-law.com

                                                        *Attorney for Defendant National Bank of Kuwait S.A.K.P.*