|  |  |
|---|---|
|  | Hearing Date: **April 20, 2022** |
|  | Opposition Date: **March 15, 2022** |
|  | Reply Date: **March 31, 2022** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

---

Fairfield Sentry Limited (In Liquidation),

                  Plaintiff

-against-

Theodoor GGC Amsterdam, et al.

                    Defendants.

---

This Memorandum of Law is related to the Following Adversary Proceedings:

10-03635

Chapter 15 Case

Case No. 10-13164 (CGM)

Jointly Administered

Adv. Pro. No. 10-03496 (CGM)

Administratively Consolidated

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss (the "Motion to Dismiss Brief"), Defendants will move this Court for an order dismissing with prejudice the amended complaints filed by the Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rules 7004, 7005, 7008, and 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendants do not consent to the entry of final orders or judgments by this Court.

Dated: New York, New York
October 29, 2021

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Elizabeth Vicens
Elizabeth Vicens
evicens@cgsh.com
Rachel Polan
rpolan@cgsh.com
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Caceis Bank Luxembourg*