|  |  |
|---|---|
|  | Hearing Date:    April 20, 2022 |
|  | Opposition Date:  March 15, 2022 |
|  | Reply Date:      March 31, 2022 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                     Plaintiff<br><br>            -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Memorandum of Law is related to the Following Adversary Proceedings:<br><br>10-03635 | |

**NOTICE OF HEARING ON CACEIS BANK LUXEMBOURG'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**PLEASE TAKE NOTICE** that on October 29, 2021, CACEIS Bank Luxembourg filed a Motion to Dismiss for lack of personal jurisdiction (the "Motion"), pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "FRCP") with the United Stated Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Motion will be held before the Honorable Chief Judge Cecilia G. Morris, United States Bankruptcy

Chief Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 621, New York, New York 10004.  The Hearing will commence on **April 20, 2022, at 10:00 A.M. (Prevailing Eastern Time)**.  In light of the COVID-19 pandemic, the Hearing will only be conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that the Opposition Date is March 15, 2022 and the Reply Date is March 31, 2022.

Dated: New York, New York
October 29, 2021

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ *Elizabeth Vicens*
Elizabeth Vicens
evicens@cgsh.com
Rachel Polan
rpolan@cgsh.com
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Caceis Bank Luxembourg*