**Hearing Date: April 20, 2022 at 10:00 am**
**Objection Date: March 15, 2022**
**Reply Date: March 31, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (CGM)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>    Plaintiffs,<br>– against –<br>Theodoor GGC Amsterdam et al.,<br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br>    Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG, et al.,<br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

### NOTICE OF HEARING ON
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that, on October 28, 2021, Lloyds Bank plc ("Lloyds" or "Defendant") (formerly Lloyds TSB Bank Geneva), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021
      New York, New York

Respectfully Submitted,

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Anthony L. Paccione

Anthony L. Paccione
Mark T. Ciani
575 Madison Avenue
New York, New York 10022
Tel. No.: (212) 940-8800
Email: anthony.paccione@katten.com
Email: mark.ciani@katten.com

*Counsel for Lloyds Bank plc*

TO:    All Counsel of Record