**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>  Debtors in Foreign Proceedings. | Ch. 15 Case<br>Case No. 10-13164 (CGM)<br>Jointly Administered |
| Fairfield Sentry Limited, et al. (In Liquidation), acting by and through the Foreign Representatives thereof,<br>  Plaintiffs,<br>– against –<br>Theodoor GGC Amsterdam et al.,<br>  Defendants. | Adv. Pro. No. 10-03496 (CGM)<br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br>  Plaintiffs,<br>-against-<br>ABN AMRO SCHWEIZ AG, et al.,<br>  Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Lloyds Bank plc (formerly Lloyds TSB Bank Geneva), Exhibit A thereto, and the accompanying Memorandum of Law in Support, was served by filing it with the court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: October 29, 2021
       New York, New York

Respectfully Submitted,

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Anthony L. Paccione*

Anthony L. Paccione
Mark T. Ciani
575 Madison Avenue
New York, New York 10022
Tel. No.: (212) 940-8800
Email: anthony.paccione@katten.com
Email: mark.ciani@katten.com

*Counsel for Lloyds Bank plc*

TO:    All Counsel of Record