Hearing Date: April 20, 2022 at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                    Plaintiff<br><br>              -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Hearing is related to the Following Adversary Proceeding:<br><br>10-03635 | |

**NOTICE OF HEARING ON**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

    PLEASE TAKE NOTICE that, on October 29, 2021, Rothschild & Co Bank AG ("Defendant") (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern

time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021  
       New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: /s/ John F. Zulack  
John F. Zulack  
Christopher Allegaert  
Lauren J. Pincus  
Bianca Lin

111 Broadway, 20th Floor  
New York, New York 10006  
Tel. No.: 212-571-0550  
Email: jzulack@abv.com  
Email: callegaert@abv.com  
Email: lpincus@abv.com  
Email: blin@abv.com

*Counsel for Defendant Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG)*