Hearing Date: April 20, 2022 at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

---

Fairfield Sentry Limited (In Liquidation),

                  Plaintiff

          -against-

Theodoor GGC Amsterdam, et al.

                  Defendants.

---

This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:

10-03635

Chapter 15 Case

Case No. 10-13164 (CGM)

Jointly Administered

Adv. Pro. No. 10-03496 (CGM)

Administratively Consolidated

**ORAL ARGUMENT REQUESTED**

**NOTICE OF HEARING ON MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, on October 29, 2021, Banque Pictet & Cie SA (sued as Pictet & Cie), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

-2-

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021        Respectfully Submitted,
       New York, New York

                                              */s/ Emil A. Kleinhaus*
                                              Emil A. Kleinhaus
                                              Angela K. Herring
                                              WACHTELL, LIPTON, ROSEN & KATZ
                                              51 West 52nd Street
                                              New York, New York  10019
                                              Telephone: (212) 403-1000
                                              Facsimile:  (212) 403-2000
                                              Email: eakleinhaus@wlrk.com
                                                          akherring@wlrk.com

                                              *Attorneys for Defendant Banque Pictet & Cie SA*
                                              *(sued as Pictet & Cie)*