WOLLMUTH MAHER & DEUTSCH LLP
William A. Maher
Fletcher W. Strong
Maxwell G. Dillan
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Defendant Fairfield GCI Fund
(referred to as "Fairfield Investment GCI")*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>   Plaintiffs,<br><br> -against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>   Plaintiffs,<br><br> -against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03635 (CGM) |

10-03635-jpm   Doc 748   Filed 10/29/21   Entered 10/29/21 19:18:48   Main Document
                                  Pg 2 of 6

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>ABN AMRO Schweiz AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## DECLARATION OF MARK MCKEEFRY

Pursuant to 28 U.S.C. § 1746, I, Mark McKeefry, hereby declare as follows:

  1.  I am General Counsel of Fairfield Greenwich Advisors LLC, as Manager of Defendant Fairfield GCI Fund (referred to as "Fairfield Investment GCI").

  2.  I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

  3.  This declaration is submitted in support of Fairfield Investment GCI's Motion To Dismiss For Lack Of Personal Jurisdiction.

  4.  Fairfield Investment GCI was established under the laws of the Cayman Islands as the first series trust of Fairfield Investment Trust. Attached hereto as Exhibit 1 is the Certificate of Registration of Fairfield Investment Trust in the Cayman Islands on December 20, 2001.

  5.  Fairfield Investment GCI's registered office is located in the Cayman Islands at Corporate Center, Windward One, West Bay Road, P.O. Box 31106 SMB, Grand Cayman, Cayman Islands, B.W.I.  Fairfield Investment GCI has never maintained an office in the United States.

  6.  Court filings by Irving H. Picard, as trustee for Bernard L. Madoff Investment Securities LLC (the "BLMIS Trustee"), which preceded Plaintiffs' filing of their Fifth Amended Complaints in Adv. Pro. Nos. 10-03635 and 10-03636, correctly identified Fairfield Investment

GCI as a foreign entity. For example, the BLMIS Trustee correctly alleged that Fairfield Investment GCI was organized under the Trusts Law of the Cayman Islands in his Amended Complaint filed on July 20, 2010. *See* Am. Compl. ¶ 98-99, *Picard v. Fairfield Investment Fund Ltd.*, Adv. Pro. No. 09-01239 (Bankr. S.D.N.Y. July 20, 2010), Dkt. No. 23 ("Defendant FIT is a multi-series unit trust established under the Trusts Law of the Cayman Islands on December 12, 2001. . . . [T]he trust's registered office is located at Corporate Center, Windward One, West Bay Road, P.O. Box 31106 SMB, Grand Cayman, Cayman Islands, B.W.I. FIT has established at least two series trusts: Fairfield GCI (USD) Fund and Fairfield GCI (JPY) Fund (the 'FIT Funds').").

7.    Publicly available records of New York state agencies reflect that Fairfield Investment GCI is not a New York entity and has never been registered to do business in New York. In particular, a search of New York State's Department of State database of all New York registered entities does not reveal any record of Fairfield Investment GCI as being an active or inactive registered entity in New York. *See* Public Inquiry, New York Department of State, https://apps.dos.ny.gov/publicInquiry/#search.

8.    In their Affidavits of Service in Adv. Pro Nos. 10-03635 [Dkt. No. 79] and 10-03636 [Dkt. No. 78], Plaintiffs also represented that they served their Complaints on Fairfield Investment GCI by "International Registered Mail" at the following two foreign locations:

- c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road, Cork, Ireland; and

- c/o Citco Bank Nederland NV, Telestone 8 – Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 27 October 2021

_____
Mark McKeefry, General Counsel of
Fairfield Greenwich Advisors LLC, as
Manager of Fairfield Investment GCI

4

# EXHIBIT 1



Cayman Islands
The Mutual Funds Law (2001 Revision)

CERTIFICATE OF REGISTRATION

Fairfield Investment Trust

Licence Number: 5117

is hereby registered under Section 4(3) of The Mutual Funds Law (2001 Revision), and may carry on business in or from the Cayman Islands subject to the provisions of The Mutual Funds Law (2001 Revision), with effect from the 20th Day of December, 2001.

Managing Director
Cayman Islands Monetary Authority

DEC 2 0 2001
CAYMAN ISLANDS MONETARY AUTHORITY