**DLA PIPER LLP (US)**
Rachel Ehrlich Albanese
Cherelle Glimp
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@us.dlapiper.com
Cherelle.Glimp@us.dlapiper.com

*Attorneys for Defendant*
*Banca Arner S.A., n/k/a One Swiss Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>   Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>   Plaintiffs,<br><br>   -against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03496 (CGM) |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>   Plaintiffs,<br><br>   -against-<br><br>ABN AMRO Schweiz AG, et al.<br><br>   Defendants. | Adv. Pro. No. 10-03635 (CGM)<br><br>Administratively Consolidated |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz AG, et al.<br><br>Defendants. | Adv. Pro. No. 10-03636 (CGM)<br><br>Administratively Consolidated |

**SECOND AMENDED NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), DLA Piper LLP (US), counsel for Defendant Banca Arner S.A. n/k/a One Swiss Bank hereby enters its second amended appearance to reflect the addition of Jeffrey D. Rotenberg, Esq. to all service lists, and hereby requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> **DLA PIPER LLP (US)**
> 1251 Avenue of the Americas, 27th Floor
> New York, NY 10020-1104
> Attn.: Rachel Ehrlich Albanese, Esq.
> Jeffrey D. Rotenberg, Esq.
> Cherelle Glimp, Esq.
> Rachel.Albanese@us.dlapiper.com
> Jeffrey.Rotenberg@us.dlapiper.com
> Cherelle.Glimp@us.dlapiper.com
> Tel.: (212) 335-4500

PLEASE TAKE FURTHER NOTICE that this Second Amended Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statement of financial affairs, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and

2

3

whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this demand for notice nor any appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated: New York, New York
October 29, 2021

        **DLA PIPER LLP (US)**

        By: <u>*/s/ Rachel Ehrlich Albanese*</u>
        Rachel Ehrlich Albanese
        Cherelle Glimp
        1251 Avenue of the Americas, 27th Floor
        New York, NY 10020-1104
        Tel.: (212) 335-4500
        Fax: (212) 335-4501
        Rachel.Albanese@us.dlapiper.com
        Cherelle.Glimp@us.dlapiper.com

        *Attorneys for Banca Arner S.A. n/k/a One Swiss Bank*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 29th day of October 2021 by electronic/ECF delivery to those parties receiving such notices.

/s/ *Rachel Ehrlich Albanese*