**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtors in Foreign Proceedings. | ) Chapter 15 Case<br>)<br>) Case No. 10-13164 (CGM)<br>)<br>) Jointly Administered<br>) |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br>              Plaintiffs,<br><br>-against-<br><br>THEODOOR GGC AMSTERDAM, et al.,<br>              Defendants. | )<br>)<br>) Adv. Pro. No. 10-03496 (CGM)<br>)<br>) Administratively Consolidated<br>)<br>)<br>)<br>) |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br>              Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG, et al.,<br>              Defendants. | )<br>)<br>) Adv. Pro. No. 10-03635 (CGM)<br>)<br>) **ORAL ARGUMENT REQUESTED**<br>)<br>)<br>) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Vorarlberger Landes- Und Hypothekenbank AG's Motion to Dismiss, the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior pleadings and proceedings herein, Defendant Vorarlberger Landes- Und Hypothekenbank AG (now known as Hypo Vorarlberg Bank AG) ("Defendant") will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021
      New York, New York

Respectfully submitted,

**HARNIK LAW FIRM**

By: /s/ Stephen M. Harnik
    Stephen M. Harnik

666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
Email: stephen@harnik.com
*Attorneys for Vorarlberger Landes- Und Hypothekenbank AG*
*(n/k/a Hypo Vorarlberg Bank AG)*