<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

---

Fairfield Sentry Limited (In Liquidation),

                               Plaintiff

              -against-

Theodoor GGC Amsterdam, et al.

                              Defendants.

---

This Notice of Hearing is related to the Following Adversary Proceeding:

10-03635

</td><td>

**Hearing Date: April 20, 2022 at 10:00 a.m.**
**Objection Date: March 15, 2022**
**Reply Date: March 31, 2022**

Chapter 15 Case

Case No. 10-13164 (CGM)

Jointly Administered

Adv. Pro. No. 10-03496 (CGM)

Administratively Consolidated

**ORAL ARGUMENT REQUESTED**

</td></tr>
</table>

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

       PLEASE TAKE NOTICE that, on October 29, 2021, Banca Arner S.A. n/k/a One Swiss Bank ("Defendant") filed its *Motion to Dismiss for Lack of Person Jurisdiction* (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider

the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021
New York, New York

**DLA PIPER LLP (US)**

*/s/ Rachel Ehrlich Albanese*
Rachel Ehrlich Albanese
Jeffrey D. Rotenberg
Cherelle Glimp

1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@us.dlapiper.com
Jeffrey.Rotenberg@us.dlapiper.com
Cherelle.Glimp@us.dlapiper.com

*Attorneys for Banca Arner S.A. n/k/a One Swiss Bank*