**Hearing Date: April 20, 2022 at 10:00 am**
**Objection Date: March 15, 2022**
**Reply Date: March 31, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

Fairfield Sentry Limited (In Liquidation),

                Plaintiff

        -against-

Theodoor GGC Amsterdam, et al.

              Defendants.

This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:

10-03635

Chapter 15 Case

Case No. 10-13164 (BRL)

Jointly Administered

Adv. Pro. No. 10-03496 (BRL)

Administratively Consolidated

**ORAL ARGUMENT REQUESTED**

## <u>NOTICE OF MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant Bank Julius Baer & Co. Ltd.'s Motion to Dismiss, the Plaintiffs' Fifth Amended

Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto,

and all prior pleadings and proceedings herein, Defendant Bank Julius Baer & Co. Ltd.

("Defendant") will move this Court for an order dismissing with prejudice the complaint filed by

the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule

1

12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the

Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules

of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by

this Court.

Dated: October 29, 2021          Respectfully Submitted,
       New York, New York

                                   MCKOOL SMITH, P.C.

                                   By */s/  Eric B. Halper*
                                   Eric B. Halper

                                   MCKOOL SMITH, P.C.
                                   One Manhattan West
                                   395 9th Avenue, 50th Floor
                                   New York, New York 10001
                                   T: (212) 402-9400
                                   F: (212) 402-9444
                                   ehalper@mckoolsmith.com

                                   *Attorneys for Defendant*
                                   *Bank Julius Baer & Co. Ltd.*