**Hearing Date: April 20, 2022 at 10:00 a.m.**
**Objection Date: March 15, 2022**
**Reply Date: March 31, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**NOTICE OF HEARING ON THE EFG AND BSI DEFENDANTS' MOTION TO**
**<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

PLEASE TAKE NOTICE that, on October 29, 2021, the EFG and BSI Defendants,[1] filed their Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on October 25, 2021 (the "Scheduling Order"), a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 am (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021  
       New York, New York

Respectfully Submitted,

/s/ D. Farrington Yates  
D. Farrington Yates  
Adam M. Lavine  
Donna (Dong Ni) Xu  

**KOBRE & KIM LLP**  
800 Third Avenue  
New York, NY, 10022  
T: (212) 488-120  
F: (212) 488-1220  
Farrington.Yates@kobrekim.com  
Adam.Lavine@kobrekim.com  
Donna.Xu@kobrekim.com  

*Counsel for the EFG and BSI Defendants*

---

[1] The "EFG and BSI Defendants" include: EFG Bank AG (a/k/a "EFG Bank SA," and sued as "EFG Bank SA Switzerland"); EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL"); and BSI AG, individually and as successor-in-interest to Banca del Gottardo (sued as "BSI Ex Banca Del Gottardo") and Banca Unione di Credito.