## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:                                )<br><br>FAIRFIELD SENTRY LIMITED, et al.,    )<br><br>    Debtors in Foreign Proceedings.    )<br><br>_____    )<br> | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
|  Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and<br> through the Foreign Representatives thereof,<br><br>              Plaintiffs,<br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>              Defendants.<br>_____ )))))))))))) | Adv. Pro. No. 10-03496<br>(CGM)<br><br>Administratively<br>Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and<br>FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),<br>acting by and through the Foreign Representative thereof,<br>and KENNETH KRYS, solely in his capacity as Foreign<br>Representative and Liquidator thereof,<br><br>              Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO<br>(SWITZERLAND) AG, *et al.*,<br><br>              Defendants. | Adv. Pro. No. 10-03635<br>(SMB) |

## [PROPOSED] ORDER

**WHEREAS**, on August 11, 2021, Plaintiffs Fairfield Sentry Limited and Fairfield Sigma

Limited, filed their Fifth Amended Complaint (the "Complaint") in the above-captioned

adversary proceeding;

**WHEREAS**, on October 29, 2020 Defendant Credit Suisse AG ("Defendant," sued as

Credit Suisse AG Zurich) moved to dismiss the complaint for lack of personal jurisdiction under

Fed. R. Civ. P. 12(b)(2) [ECF No. _____] (the "Motion to Dismiss"); and

1

**WHEREAS**, on _____, 2021, the Court held a hearing on the Motion to Dismiss (the "Hearing"); and

**WHEREAS**, the Court has considered the arguments made by counsel at the Hearing and all papers filed in support of and in opposition to the Motion to Dismiss;

**NOW THEREFORE, IT IS HEREBY ORDERED** that, for the reasons set forth in the Motion to Dismiss and by the Court on the record of the Hearing, the Motion to Dismiss is granted, and the Complaint is dismissed with prejudice with respect to Defendant.

SO ORDERED this ___ day of _____, 2021

_____
HON. CECELIA G. MORRIS
United States Bankruptcy Judge