| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                       Plaintiff<br><br>              -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                      Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Notice of Hearing is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Bank Julius Baer & Co. Ltd., Exhibit A thereto, and the accompanying Memorandum of Law in Support, was served by filing it with the court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: October 29, 2021
New York, New York

                    MCKOOL SMITH, P.C.

                    By */s/ Eric B. Halper*
                    Eric B. Halper

                    MCKOOL SMITH, P.C.
                    One Manhattan West
                    395 9th Avenue
                    50th Floor
                    New York, New York 10001
                    T: (212) 402-9400
                    F: (212) 402-9444
                    ehalper@mckoolsmith.com

                    *Attorneys for Defendant*
                    *Bank Julius Baer & Co. Ltd.*