UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof,<br><br>    Plaintiffs,<br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (SMB) |

**[PROPOSED] ORDER**

**WHEREAS**, on August 11, 2021, Plaintiffs Fairfield Sentry Limited and Fairfield Sigma Limited filed their Fifth Amended Complaint (the "Complaint") in the above-captioned adversary proceeding;

**WHEREAS**, on October 29, 2020 Defendant Clariden Leu Ltd. ("Defendant") moved to dismiss the complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) [ECF No. ____] (the "Motion to Dismiss"); and

1

**WHEREAS**, on _____, 2021, the Court held a hearing on the Motion to Dismiss (the "Hearing"); and

**WHEREAS**, the Court has considered the arguments made by counsel at the Hearing and all papers filed in support of and in opposition to the Motion to Dismiss;

**NOW THEREFORE, IT IS HEREBY ORDERED** that, for the reasons set forth in the Motion to Dismiss and by the Court on the record of the Hearing, the Motion to Dismiss is granted, and the Complaint is dismissed with prejudice with respect to Defendant.

SO ORDERED this ___ day of _____, 2021

                                                HON. CECELIA G. MORRIS
                                                United States Bankruptcy Judge