**O'MELVENY & MYERS LLP**
William J. Sushon
Daniel S. Shamah
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant
Clariden Leu Ltd.*

Hearing Date: April 20, 2022
Hearing Time: 10:00 a.m. (EST)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof,<br><br>　　　　　　Plaintiffs,<br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>　　　　　　Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-03635 (SMB) |

**NOTICE OF HEARING ON DEFENDANT CLARIDEN LEU LTD.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

1

WHEREAS, on October 25, 2021, the United States Bankruptcy Court for the Southern District of New York, the Honorable Cecelia G. Morris, entered a Scheduling Order (Dkt. 666), setting forth a briefing schedule for Defendants' motions to dismiss the Plaintiffs' Fifth Amended Complaint dated August 11, 2021 (Dkt. 620) for lack of personal jurisdiction; and

WHEREAS, on October 29, 2021, as required by the Scheduling Order, Defendant Clariden Leu Ltd. ("Defendant") moved to dismiss the Plaintiffs' Fifth Amended Complaint for Lack of Personal Jurisdiction (the "Motion"); and

WHEREAS, under the Scheduling Order, Plaintiffs will file their opposition to the Motion on or before March 15, 2022; and

WHEREAS, under the Scheduling Order, Defendant will file its reply in further support of the Motion on or before March 31, 2022;

NOW, THEREFORE, PLEASE TAKE NOTICE that, under the Scheduling Order, a hearing will be held on the Motion before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York on **April 20, 2022 at 10:00 a.m**.

| | |
|---|---|
| Dated: October 29, 2021<br>New York, New York | **O'MELVENY & MYERS LLP**<br><br>By: */s/ William J. Sushon*<br>    William J. Sushon<br>    Daniel S. Shamah<br>    7 Times Square<br>    New York, New York 10036<br>    Telephone: (212) 326-2000<br>    Facsimile: (212) 326-2061<br>    wsushon@omm.com<br>    dshamah@omm.com<br><br>*Attorneys for Defendant*<br>*Clariden Leu Ltd.* |