| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>    Plaintiff<br><br>    -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>    Plaintiff<br><br>    -against-<br><br>ABN Amro Schweiz AG, et al.,<br><br>    Defendants. | Adv. Pro No. 10-03635 (CGM) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant SIX SIS Ltd., formerly known as SIS SegaInterSettle AG and named in the complaint as SIS SEEGANINTERSETTLE ("SIS Seegaintersettle" or "Defendant")'s Motion to Dismiss the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior pleadings and proceedings herein, Defendant will move this Court before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, on April 20, 2022 at 10:00 a.m., for an order dismissing with prejudice the complaint filed by the

2

Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: New York, New York
October 29, 2021

**CHAFFETZ LINDSEY LLP**

By: */s/ Andreas Frischknecht*

Andreas A. Frischknecht
Erin E. Valentine
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
Email: a.frischknecht@chaffetzlindsey.com
E-mail: e.valentine@chaffetzlindsey.com

*Attorneys for Defendant SIS Seegaintersettle,, formerly known as SIS SegaInterSettle AG and named in the complaint as SIS SEEGANINTERSETTLE*

3