**Hearing Date: April 20, 2022 at 10:00 a.m.**
**Objection Date: March 15, 2022**
**Reply Date: March 31, 2022**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>       Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-03635 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

<u>**NOTICE OF MOTION TO DISMISS**</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie's Motion to Dismiss, the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action, set forth at Exhibit A hereto, and all prior pleadings and proceedings herein, Defendant Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie ("BJSS") will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma

Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here

by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules

of Bankruptcy Procedure, BJSS does not consent to the entry of final orders or judgment by this

Court.


Dated:  October 29, 2021                    Respectfully Submitted,
        New York, New York

                                            SULLIVAN & CROMWELL LLP

                                            */s/ Andrew J. Finn*
                                            Jeffrey T. Scott
                                            Andrew J. Finn
                                            125 Broad Street
                                            New York, New York  10004
                                            Telephone:  (212) 558-4000
                                            Facsimile:  (212) 558-3588
                                            E-mail:  scottj@sullcrom.com
                                            Email:  finna@sullcrom.com

                                            *Counsel for Bank J. Safra Sarasin AG, f/k/a Bank
                                            Sarasin & Cie*