# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie, Exhibit A thereto, and the accompanying Memorandum of Law in Support, was served by filing it with the court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

| | |
|---|---|
| Dated: October 29, 2021<br>New York, New York | Respectfully Submitted,<br><br>SULLIVAN & CROMWELL LLP<br><br>*/s/ Andrew J. Finn*<br>Jeffrey T. Scott<br>Andrew J. Finn<br>125 Broad Street<br>New York, New York  10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br>E-mail:  scottj@sullcrom.com<br>Email:  finna@sullcrom.com<br><br>*Counsel for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie* |