Hearing Date: April 20, 2022 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date: March 15, 2022
Reply Date: March 31, 2022

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br>v.<br>THEODOOR GGC AMSTERDAM, et al.,<br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG, et al.,<br>Defendants. | Adv. Pro. No. 10-03635 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 29, 2021, Latham & Watkins LLP, counsel for Defendant-Appellee Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) ("UBP") filed a Motion to Dismiss the Fifth Amended Complaint of the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited in *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-3635 (Bankr. S.D.N.Y. 2010) pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction (the "Motion")

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge in the United States Bankruptcy

Court for the Southern District of New York, on April 20, 2022, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing dated September 28, 2021 (Dkt. No. 654), any responses or objections to the Motion (the "Objections") must be made in writing no later than March 15, 2022. Replies in further support of the Motion shall be filed by March 31, 2022.

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this Notice, the Court may grant the relief demanded by the Motion without further notice or hearing.

Dated: October 29, 2021
New York, New York

Respectfully Submitted,

LATHAM & WATKINS LLP

By: /s/ *Christopher Harris*

Christopher Harris
Thomas Giblin
1271 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 906-1200
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com

*Attorneys for Defendant-Appellee Union Bancaire Privée UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG)*

2