UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>              Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>              Defendants. | Adv. Pro. No. 10-3496 (CGM)<br><br>(Administratively Consolidated) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>              Plaintiffs,<br><br>  -against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>              Defendants. | Adv. Pro. No. 10-3635 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant UBS AG's Motion to Dismiss, the Plaintiffs' Fifth Amended Complaint dated August 11, 2021, in the above-captioned action ("Complaint"), and all prior pleadings and proceedings herein, Defendant UBS AG will move this Court for an order dismissing with prejudice the Complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma

1

Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

Dated: October 29, 2021　　　　　　　　　Respectfully Submitted,
　　　　New York, New York　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Marshall R. King*
　　　　　　　　　　　　　　　　　　　　　　Marshall R. King
　　　　　　　　　　　　　　　　　　　　　　(mking@gibsondunn.com)
　　　　　　　　　　　　　　　　　　　　　　Gabriel Herrmann
　　　　　　　　　　　　　　　　　　　　　　(gherrmann@gibsondunn.com)

　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10166-0193
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 351-4000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*UBS AG*