**Hearing Date: April 20, 2022 at 10:00 a.m.**
**Objection Date: March 15, 2022**
**Reply Date: March 31, 2022**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiff | Administratively Consolidated |
| -against- | **ORAL ARGUMENT REQUESTED** |
| Theodoor GGC Amsterdam, et al. | |
| Defendants. | |
| This Notice of Hearing is related to the Following Adversary Proceeding:<br>10-03635 | |

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, on October 29, 2021, Bank Vontobel AG (successor to Finter Bank Zurich), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern

time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021　　　　　　　　　Respectfully Submitted,
　　　　New York, New York

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.
george.shuster@wilmerhale.com
Benjamin W. Loveland
benjamin.loveland@wilmerhale.com
Lauren R. Lifland
lauren.lifland@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7232

*Counsel to Bank Vontobel AG (successor to Finter Bank Zurich)*

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on this 29th day of October 2021, a true and correct copy of the foregoing *Notice of Hearing on Motion to Dismiss for Lack of Personal Jurisdiction* was served upon all counsel of record using the Court's CM/ECF system.

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.