**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br>v.<br>THEODOOR GGC AMSTERDAM, et al.,<br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG, et al.,<br>Defendants. | Adv. Pro. No. 10-03635 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant-Appellee Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) ("UBP"), Exhibit 1 thereto, and the accompanying Memorandum of Law in Support, was served by filing it with the court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: October 29, 2021
New York, New York

Respectfully Submitted,

LATHAM & WATKINS LLP

By: */s/ Christopher Harris*

Christopher Harris
Thomas Giblin
1271 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 906-1200
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com

*Attorneys for Defendant-Appellee Union Bancaire Privée UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG)*