Hearing Date: April 20, 2022 at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Fairfield Sentry Limited, et al.,

    Debtors in Foreign Proceedings.

Fairfield Sentry Limited (In Liquidation),

                          Plaintiff

-against-

Theodoor GGC Amsterdam, et al.

                          Defendants.

This Notice of Hearing is related to the Following Adversary Proceeding:

10-03635

Chapter 15 Case

Case No. 10-13164 (CGM)

Jointly Administered

Adv. Pro. No. 10-03496 (CGM)

Administratively Consolidated

**ORAL ARGUMENT REQUESTED**

**NOTICE OF HEARING ON**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

PLEASE TAKE NOTICE that, on October 29, 2021, PKB Privatbank AG, filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern

time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

Dated: October 29, 2021
       New York, New York

Respectfully Submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.
george.shuster@wilmerhale.com
Benjamin W. Loveland
benjamin.loveland@wilmerhale.com
Lauren R. Lifland
lauren.lifland@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7232

*Counsel to PKB Privatbank AG*

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on this 29th day of October 2021, a true and correct copy of the foregoing *Notice of Hearing on Motion to Dismiss for Lack of Personal Jurisdiction* was served upon all counsel of record using the Court's CM/ECF system.

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.