Hearing Date: April 20, 2022 at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                            Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                           Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Hearing is related to the Following Adversary Proceeding:<br><br>10-03635 | |

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, on October 29, 2021, Privatbank IHAG Zurich AG (incorrectly sued as IHAG Handelsbank AG), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern

time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

| | |
|---|---|
| Dated: October 29, 2021<br>New York, New York | Respectfully Submitted,<br><br>**WILMER CUTLER PICKERING<br>HALE AND DORR LLP**<br><br>/s/ George W. Shuster, Jr.<br>George W. Shuster, Jr.<br>george.shuster@wilmerhale.com<br>Benjamin W. Loveland<br>benjamin.loveland@wilmerhale.com<br>Lauren R. Lifland<br>lauren.lifland@wilmerhale.com<br><br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 937-7232<br><br>*Counsel to Privatbank IHAG Zurich AG<br>(incorrectly sued as IHAG Handelsbank AG)* |

## CERTIFICATE OF SERVICE

I, hereby certify that on this 29th day of October 2021, a true and correct copy of the foregoing *Notice of Hearing on Motion to Dismiss for Lack of Personal Jurisdiction* was served upon all counsel of record using the Court's CM/ECF system.

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.