|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>     Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                    Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) , Exhibit A thereto, the accompanying Memorandum of Law in Support, and accompanying Notice of Hearing were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: November 1, 2021
New York, New York

ALLEGAERT BERGER & VOGEL LLP
By: */s/ John F. Zulack*
John F. Zulack
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com

*Counsel for Defendant Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG)*