**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| Fairfield Sentry Limited (In Liquidation),<br><br>      Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>      Defendants. | Jointly Administered<br><br>Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceeding:<br><br>10-03635 |  |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2021, the Motion to Dismiss of GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (collectively, "Defendant") (sued as BCV AMC Defensive AL Fund), Exhibit A thereto, the accompanying Memorandum of Law in Support, and the accompanying Notice of Hearing were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: November 1, 2021
      New York, New York

                            ALLEGAERT BERGER & VOGEL LLP
                            By: */s/ John F. Zulack*
                            John F. Zulack
                            111 Broadway, 20th Floor
                            New York, New York 10006
                            Tel. No.: 212-571-0550
                            Email: jzulack@abv.com

                            *Counsel for GERIFONDS SA, as manager of BCV*
                            *AMC Defensive Alt Fund (sued as BCV AMC*
                            *Defensive AL Fund)*