| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                          Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                         Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Banque Cantonale Vaudoise, Exhibit A thereto, the accompanying Memorandum of Law in Support, and accompanying Notice of Hearing were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: November 1, 2021
      New York, New York

                               ALLEGAERT BERGER & VOGEL LLP
                               By: */s/ John F. Zulack*
                               John F. Zulack
                               111 Broadway, 20th Floor
                               New York, New York 10006
                               Tel. No.: 212-571-0550
                               Email: jzulack@abv.com

                               *Counsel for Defendant Banque Cantonale Vaudoise*