| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK** | |
| In re: <br><br> Fairfield Sentry Limited, et al., <br><br>　　　Debtors in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (CGM) <br><br> Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), <br><br>　　　　　　　　　　　Plaintiff <br><br>　　　　　-against- <br><br> Theodoor GGC Amsterdam, et al. <br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM) <br><br> Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceeding: <br><br> 10-03635 | |

## CERTIFICATE OF SERVICE

　　　I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Exhibit A thereto, the accompanying Memorandum of Law in Support, and accompanying Notice of Hearing were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: November 1, 2021
      New York, New York

                                     ALLEGAERT BERGER & VOGEL LLP
                                     By: */s/ John F. Zulack*
                                     John F. Zulack
                                     111 Broadway, 20th Floor
                                     New York, New York 10006
                                     Tel. No.: 212-571-0550
                                     Email: jzulack@abv.com

*Counsel for Defendant Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.*