| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>      Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>      Plaintiffs<br><br>-against-<br><br>ABN AMRO Schweiz, AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021 I caused the Notice of Motion on the Motion to Dismiss and the Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction of Defendant Centrum Bank AG (AMS) to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

1

2

Dated: November 1, 2021  
      New York, New York

Respectfully submitted,

**WUERSCH & GERING LLP**

_/s/ Gregory F. Hauser_  
Gregory F. Hauser  
100 Wall Street, 10th Floor  
New York, New York 10005  
T: 212-509-5050  
F: 212-509-9559  
gregory.hauser@wg-law.com

*Attorneys for Centrum Bank AG (AMS)*