| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                        Plaintiff<br><br>      -against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>                        Plaintiffs<br><br>      -against-<br><br>ABN AMRO Schweiz, AG, et al.,<br><br>                        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2021 I caused the Notice of Motion on the Motion to Dismiss and the Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction of Defendant LGT Bank in Liechtenstein AG to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

1

| | |
|---|---|
| Dated: November 1, 2021<br>New York, New York | Respectfully submitted,<br><br>**WUERSCH & GERING LLP**<br><br>*/s/ Gregory F. Hauser*<br>Gregory F. Hauser<br>100 Wall Street, 10th Floor<br>New York, New York  10005<br>T: 212-509-5050<br>F: 212-509-9559<br>gregory.hauser@wg-law.com<br><br>*Attorneys for LGT Bank in Liechtenstein AG* |