| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                      Plaintiff<br><br>         -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                     Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2021, the Motion to Dismiss of Banque Pictet & Cie SA ("Defendant") (sued as Pictet & Cie), Exhibit A thereto, the accompanying Memorandum of Law in Support, and the accompanying Notice of Hearing were filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

|  |  |
|---|---|
| Dated: November 1, 2021<br>New York, New York | Respectfully Submitted,<br><br>/s/ Emil A. Kleinhaus<br>Emil A. Kleinhaus<br>Angela K. Herring<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019<br>Telephone: (212) 403-1000<br>Facsimile:  (212) 403-2000<br>Email: eakleinhaus@wlrk.com<br>         akherring@wlrk.com<br><br>*Attorneys for Defendant Banque Pictet & Cie SA (sued as Pictet & Cie)* |