**0NITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                     Plaintiff<br><br>          -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                     Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceedings:<br><br>10-03635 and 10-03636 | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Hapoalim (Switzerland) Ltd., Exhibit A thereto, the accompanying Memorandum of Law in Support, and accompanying Notice of Hearing were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

| | |
|---|---|
| Dated: November 1, 2021<br>New York, New York | Respectfully Submitted,<br><br>HERBERT SMITH FREEHILLS NEW YORK LLP<br><br>By: */s/ Scott S. Balber*<br>Scott S. Balber<br>Jonathan C. Cross<br>450 Lexington Ave., 14th Floor<br>New York, New York 10017<br>Tel.: (917) 542-7600<br>scott.balber@hsf.com<br>jonathan.cross@hsf.com<br><br>*Counsel for Defendant Hapoalim (Switzerland) Ltd.* |