# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>                    Defendants. | Adv. Pro. No. 10-03635 (SMB) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Credit Suisse AG Zurich, Exhibit A thereto, the accompanying Memorandum of Law in Support, and the accompanying Notice of Hearing was served by filing via ECF. Notice of this filing has been sent through ECF and via electronic transmission to the email addresses designated for delivery.

1

| | |
|---|---|
| Dated: November 1, 2021<br>New York, New York | **O'MELVENY & MYERS LLP**<br><br>By: */s/ William J. Sushon*<br>　　William J. Sushon<br>　　Daniel S. Shamah<br>　　7 Times Square<br>　　New York, New York 10036<br>　　Telephone: (212) 326-2000<br>　　Facsimile: (212) 326-2061<br>　　wsushon@omm.com<br>　　dshamah@omm.com<br><br>*Attorneys for Credit Suisse AG Zurich* |