**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | ) |
| | ) Case No: 10-13164 (SMB) |
|     Debtors in Foreign Proceedings. | ) |
| | ) Jointly Administered |
| | ) |
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof, | ) |
| | ) |
| | ) Adv. Pro. No. 10-03496 |
|     Plaintiffs, | ) (CGM) |
| -against- | ) |
| | ) Administratively |
| Theodoor GGC Amsterdam, et al., | ) Consolidated |
| | ) |
|     Defendants. | ) |
| | ) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof, | ) |
| | ) |
| | ) Adv. Pro. No. 10-03635 |
| | ) (SMB) |
| | ) |
|     Plaintiffs, | ) |
| -against- | ) |
| | ) |
| ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, the Motion to Dismiss of Defendant Clariden Leu Ltd., Exhibit A thereto, the accompanying Memorandum of Law in Support, and the accompanying Notice of Hearing was served by filing via ECF. Notice of this filing has been sent through ECF and via electronic transmission to the email addresses designated for delivery.

1

Dated:  November 1, 2021
      New York, New York

**O'MELVENY & MYERS LLP**

By: */s/ William J. Sushon*
    William J. Sushon
    Daniel S. Shamah
    7 Times Square
    New York, New York 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    wsushon@omm.com
    dshamah@omm.com

*Attorneys for Clariden Leu Ltd.*