UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Fairfield Sentry Limited, et al.,

      Debtors in Foreign Proceedings.

Chapter 15 Case

Case No. 10-13164 (CGM)

Jointly Administered

Fairfield Sentry Limited (In Liquidation), et al.,

      Plaintiffs,

-against-

Theodoor GGC Amsterdam, et al.,

      Defendants.

Adv. Pro. No. 10-03496 (CGM)

Administratively Consolidated

Fairfield Sentry Limited (In Liquidation), et al.,

      Plaintiffs,

-against-

ABN AMRO Schweiz, AG, et al.,

      Defendants.

Adv. Pro. No. 10-03635 (CGM)

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2021, I electronically filed on the docket of this case on the CM/ECF filing system at https://pacer.uscourts.gov on behalf of each of the defendants National Bank of Kuwait S.A.K.P. and NBK Banque Privée (Suisse) S.A. separate Notices of Motion with exhibits, Memoranda of Law, and Notices of Hearing on their respective Motions To Dismiss the action for lack of personal, and thereby served all parties to this case at the addresses they provided for service.

Dated:  November 1, 2021
      New York, NY

        Respectfully submitted

        CIRILLO LAW OFFICE

        */s/ Richard A. Cirillo*

        _____

        Richard A. Cirillo
        246 East 33rd Street – 1 FR
        New York, NY 10016-4802
        T:  917-541-6778
        E:  richard@cirillo-law.com

        *Attorney for Defendant NBK Banque*
        *Privée (Suisse) S.A.*