| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| Fairfield Sentry Limited (In Liquidation), et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO Schweiz, AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2021, I electronically filed on the docket of this case on the CM/ECF filing system at https://pacer.uscourts.gov on behalf of each of the defendants National Bank of Kuwait S.A.K.P. and NBK Banque Privée (Suisse) S.A. separate Notices of Motion with exhibits, Memoranda of Law, and Notices of Hearing on their respective Motions To Dismiss the action for lack of personal, and thereby served all parties to this case at the addresses they provided for service.

1

Dated:  November 1, 2021
       New York, NY

                Respectfully submitted

                CIRILLO LAW OFFICE

                */s/ Richard A. Cirillo*

                _____

                Richard A. Cirillo
                246 East 33rd Street – 1 FR
                New York, NY 10016-4802
                T:  917-541-6778
                E:  richard@cirillo-law.com

                *Attorney for Defendant NBK Banque Privée (Suisse) S.A.*