**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>       Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br>       Plaintiffs,<br><br>-against-<br><br>THEODOOR GGC AMSTERDAM, et al.,<br>       Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED<br>(IN LIQUIDATION), et al.,<br>       Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG, et al.,<br>       Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I caused the Motion to Dismiss for Lack of Personal Jurisdiction of Vorarlberger Landes- Und Hypothekenbank AG, Exhibit A thereto, the accompanying Memorandum of Law in Support, and the accompanying Notice of Hearing to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

1

<table>
<tr><td>Dated: November 1, 2021<br>New York, New York</td><td>Respectfully submitted,<br><br>**HARNIK LAW FIRM**<br><br>By: /s/ Stephen M. Harnik<br>     Stephen M. Harnik<br><br>666 Third Avenue, 10th Floor<br>New York, New York 10017-4046<br>T: (212) 599-7575<br>F: (212) 867-8120<br>Email: stephen@harnik.com<br>*Attorneys for Vorarlberger Landes- Und*<br>*Hypothekenbank AG*<br>*(n/k/a Hypo Vorarlberg Bank AG)*</td></tr>
</table>