**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants, | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated |
| This Notice of Appearance is submitted in the following Adversary Proceedings:<br><br>No. 10-3496   No. 10-3626<br>No. 10-3627   No. 10-3635<br>No. 10-3636   No. 10-4098<br>No. 10-4099   No. 11-1242<br>No. 11-1579   No. 11-1617<br>No. 12-1551 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendants BGL BNP Paribas S.A. (f/k/a BNP Paribas Luxembourg SA) in Adv. Pro. No. 10-3626; BNP Paribas Securities Services Luxembourg in Adv. Pro. No. 10-3627; BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), and BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) in Adv. Pro. Nos. 10-3635 and 10-

3636; BNP Paribas Arbitrage SNC in Adv. Pro. No. 10-4098; BNP Paribas Private Bank and Trust Cayman Ltd. in Adv. Pro. No. 10-4099; BGL BNP Paribas S.A. (as successor-in-interest to BGL (f/k/a Fortis Banque Luxembourg (f/k/a Banque Générale du Luxembourg))) in Adv. Pro. No. 11-1242; BNP Paribas Securities Nominees Limited a/k/a Harrier Holdings Limited in Adv. Pro. No. 11-1579; Fortis Bank SA/NV n/k/a BNP Paribas Fortis in Adv. Pro. No. 11-1617; BNP Paribas España f/k/a Fortis Bank (España) in Adv. Pro. No. 12-1551 (collectively, the "BNP Defendants"); and the BNP Defendants in Adv. Pro. No. 10-3496. The undersigned certifies that counsel is admitted to practice before this Court.

This Notice of Appearance shall not be deemed to be a waiver of the above-named parties' rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the above-named parties expressly reserve, or (5) to any and all defenses or objections the above-named parties may have to the claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: New York, New York
November 2, 2021

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Lisa M. Schweitzer
     Lisa M. Schweitzer

One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999
lschweitzer@cgsh.com

*Attorney for the BNP Defendants*