**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>*Debtors in Foreign Proceedings*. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (In Liquidation), *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al*.,<br><br>*Defendants*. | Adv. Pro. No. 10-03635 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2021, the Motion to Dismiss the EFG Bank and BSI Defendants,[1] Exhibit A thereto, the accompanying Memorandum of Law in Support, and the

---

[1] The "EFG and BSI Defendants" include: EFG Bank AG (a/k/a "EFG Bank SA," and sued as "EFG Bank SA Switzerland"); EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL"); and BSI AG, individually and as successor-in-interest to Banca del Gottardo (sued as "BSI Ex Banca Del Gottardo") and Banca Unione di Credito.

1

accompanying Notice of Hearing were filed electronically.  Notice of these filings was sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: November 2, 2021
       New York, New York

Respectfully Submitted,

 /s/  *D. Farrington Yates*
    D. Farrington Yates
    Adam M. Lavine
    Donna (Dong Ni) Xu

**KOBRE & KIM LLP**
800 Third Avenue
New York, NY, 10022
T: (212) 488-1200
F: (212) 488-1220
Farrington.Yates@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Counsel for EFG and BSI Defendants*