**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>　　　　　　　　　　　Plaintiff<br><br>　　　　　　-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| This Certificate of Service is related to the Following Adversary Proceeding:<br><br>10-03635 | |

## CERTIFICATE OF SERVICE

　　　I hereby certify that on October 29, 2021, the Notice of Motion to Dismiss with Exhibit of Defendant Dexia Banque Internationale à Luxembourg SA, now known as Banque Internationale à Luxembourg SA ("BIL" or "Defendant"), and the accompanying Memorandum of Law in Support, were served by filing them with the court's electronic-filing system. Notices of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: November 3, 2021  
      New York, New York

Respectfully Submitted,

CLIFFORD CHANCE US LLP

By:   s/ Jeff E. Butler

Jeff E. Butler  
31 W 52nd Street  
New York, NY 10019  
Telephone: (212) 878-805  
jeff.butler@cliffordchance.com

*Attorneys for Defendant Dexia  
Banque Internationale à Luxembourg  
SA, now known as Banque  
Internationale à Luxembourg SA*

To: All Counsel of Record