Hearing Date: April 20, 2022 at 10:00 a.m.
Objection Date: March 15, 2022
Reply Date: March 31, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Ltd., *et al*.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Ltd. (In Liquidation), *et al*.,<br><br>    Plaintiffs,<br><br>-against-<br><br>Theodoor GGC Amsterdam, *et al*.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| Fairfield Sentry Ltd. (In Liquidation), *et al*.,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN Amro Schweiz AG, *et al*.,<br><br>    Defendants. | |
| Fairfield Sentry Ltd. (In Liquidation), *et al*.,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN Amro Schweiz AG, *et al*.,<br><br>    Defendants. | |
| This Notice of Hearing is related to the Following Adversary Proceeding:<br><br>10-03635<br>10-03636 | |

## NOTICE OF HEARING ON
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that, on November 5, 2021, Falcon Private Bank ("Defendant"), filed its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned actions.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order on Personal Jurisdiction Briefing entered on September 28, 2021 (the "Scheduling Order") a hearing to consider the Motion will be held on Wednesday, April 20, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, oppositions to the Motion, if any, shall be filed by Tuesday, March 15, 2022, and replies in further support of the Motion shall be filed by Thursday, March 31, 2022.

| | |
|---|---|
| Dated: November 5, 2021<br>New York, NY | PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>By:  /s/ Eric Fishman<br><br>Eric Fishman<br>Andrew Troop<br>Rahman Connelly<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 858-1000 (phone)<br>(212) 858-1500 (fax)<br>eric.fishman@pillsburylaw.com<br>andrew.troop@pillsburylaw.com<br>rahman.connelly@pillsburylaw.com<br><br>*Counsel for Falcon Private Bank* |