**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>                    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*,<br><br>                  Defendants. | Adv. Pro. No. 10-03635 (SMB) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that O'Melveny & Myers LLP ("O'Melveny") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Credit Suisse AG Zurich and Clariden Leu Ltd. ("Defendants"). O'Melveny requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that

all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

>Kayla N. Haran
>O'MELVENY & MYERS LLP
>Seven Times Square
>New York, New York  10036
>Telephone:  (212) 326-2000
>Facsimile:  (212) 326-2061
>E-mail:   kharan@omm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any Defendant's jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated: November 10, 2021  
       New York, New York

Respectfully submitted,

*/s/  Kayla N. Haran*

Kayla N. Haran  
O'MELVENY & MYERS LLP  
Times Square Tower  
7 Times Square  
New York, New York  10036  
Telephone:  (212) 326-2000  
Facsimile:  (212) 326-2061  
E-mail:  kharan@omm.com

*Attorney for Credit Suisse AG Zurich and Clariden Leu Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, the Notice of Hearing and Request for Service of Papers was served by filing via ECF. Notice of this filing has been sent through ECF and via electronic transmission to the email addresses designated for delivery.

Dated: November 10, 2021
       New York, New York

Respectfully submitted,

*/s/ Kayla N. Haran*
Kayla N. Haran
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: kharan@omm.com

*Attorney for Credit Suisse AG Zurich and Clariden Leu Ltd.*