UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | ) Chapter 15 Case<br>)<br>) Case No. 10-13164 (CGM)<br>)<br>) Jointly Administered<br>)<br>) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    – against –<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Adv. Pro. No. 10-03496 (CGM)<br>) Administratively Consolidated<br>)<br>)<br>)<br>)<br>)<br>) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Adv. Pro. No. 10-03635 (CGM)<br>)<br>)<br>)<br>)<br>) |

**<u>MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO BE
REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST</u>**

    Pursuant to Local Rule 2090-1(e), Keith R. Palfin ("Movant") hereby respectfully moves for an order withdrawing as counsel of record for Defendant BBVA (Suisse) SA (hereafter, "Defendant"). Movant further requests that his name be removed from all notice and service lists for this matter. In support of this Motion, Movant states:

1

1. Movant will no longer be affiliated with Winston & Strawn LLP as of November 30, 2021. After such date, Movant will no longer be serving as counsel to Defendant.

2. Defendant will continue to be represented by Heather Lamberg of Winston & Strawn LLP, who has appeared as counsel of record and will continue to serve as counsel for Defendant in this case.

Dated: November 30, 2021

By: */s/ Keith R. Palfin*
Keith R. Palfin
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
E-mail: kpalfin@winston.com

*Counsel for Defendant BBVA (Suisse) SA*