**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                          Plaintiffs,<br><br>              – against –<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>                          Defendants. | Adv. Pro. No. 10-03496 (CGM)<br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                          Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**ORDER GRANTING MOTION OF**
**KEITH R. PALFIN TO WITHDRAW AS COUNSEL**

The motion of Keith R. Palfin to withdraw as counsel of record in the above captioned action for Defendant BBVA (Suisse) SA, and for removal of Keith R. Palfin from all notice and service lists for this matter, is hereby **GRANTED**.