UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**CORPORATE OWNERSHIP STATEMENT OF CENTRUM BANK AG**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Centrum Bank AG (sued here as Centrum Bank AG (AMS)) certifies that the successor in interest of Centrum Bank AG is Defendant Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS)). VP Bank AG has no parent corporation, and no publicly held corporation owns 10% or more of its total share capital.

Dated: December 7, 2021
      New York, New York

WUERSCH & GERING LLP

By: /s/ Jascha D. Preuss
    Jascha D. Preuss
    jascha.preuss@wg-law.com
    Gregory F. Hauser
    gregory.hauser@wg-law.com
    100 Wall Street, 10th Floor
    New York, New York 10005
    Telephone: (212) 509-5050
    Facsimile:  (212) 509-9559

*Attorneys for Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))*

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021 I caused the foregoing Corporate Ownership Statement to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

Dated: December 7, 2021
       New York, New York

WUERSCH & GERING LLP

By: /s/ Jascha D. Preuss
Jascha D. Preuss
jascha.preuss@wg-law.com
Gregory F. Hauser
gregory.hauser@wg-law.com
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559

*Attorneys for Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))*