**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## AMENDED CORPORATE OWNERSHIP STATEMENT OF DRESDNER BANK SCHWEIZ

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) certifies that LGT Bank (Switzerland) Ltd. is wholly owned by LGT Holding Denmark ApS. LGT Holding Denmark ApS is wholly owned by LGT UK Holdings Ltd. LGT UK Holdings Ltd. is wholly owned by LGT Group Holding Ltd. LGT Group Holding Ltd. is wholly owned by LGT

Group Foundation. LGT Group Foundation is wholly owned by Prince of Liechtenstein

Foundation. No publicly listed corporation owns 10% or more of LGT Bank (Switzerland) Ltd.'s

total share capital.

Dated:  December 7, 2021                        WUERSCH & GERING LLP
        New York, New York

                                                By:_ /s/_Jascha D. Preuss_____
                                                    Jascha D. Preuss
                                                    jascha.preuss@wg-law.com
                                                    Gregory F. Hauser
                                                    gregory.hauser@wg-law.com
                                                    100 Wall Street, 10th Floor
                                                    New York, New York 10005
                                                    Telephone: (212) 509-5050
                                                    Facsimile:  (212) 509-9559

                                                *Attorneys for Defendant Dresdner Bank
                                                Schweiz (now known as LGT Bank
                                                (Switzerland) Ltd.)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021 I caused the foregoing Amended Corporate

Ownership Statement to be filed electronically. Notice of these filings was sent through the Court's

Electronic Case Filing system to the email addresses designated for delivery.


Dated: December 7, 2021
　　　　New York, New York

WUERSCH & GERING LLP

By:　/s/　Jascha D. Preuss_____
　　　Jascha D. Preuss
　　　jascha.preuss@wg-law.com
　　　Gregory F. Hauser
　　　gregory.hauser@wg-law.com
　　　100 Wall Street, 10th Floor
　　　New York, New York 10005
　　　Telephone: (212) 509-5050
　　　Facsimile:  (212) 509-9559

*Attorneys for Defendant Dresdner Bank
Schweiz (now known as LGT Bank
(Switzerland) Ltd.)*