# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## CORPORATE OWNERSHIP STATEMENT OF VERWALTUNGS- UND PRIVAT-BANK AG

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS)) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its total share capital.

Dated: December 7, 2021
New York, New York

WUERSCH & GERING LLP

By: /s/ Jascha D. Preuss
Jascha D. Preuss
jascha.preuss@wg-law.com
Gregory F. Hauser
gregory.hauser@wg-law.com
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559

*Attorneys for Defendant Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS))*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021 I caused the foregoing Corporate Ownership Statement to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

Dated: December 7, 2021
      New York, New York

WUERSCH & GERING LLP

By: _/s/_ Jascha D. Preuss_____
Jascha D. Preuss
jascha.preuss@wg-law.com
Gregory F. Hauser
gregory.hauser@wg-law.com
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559

*Attorneys for Defendant Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS))*