**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | : | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | : | Jointly Administered |

----------------------------------------------------------------x

| | | |
|---|---|---|
| Fairfield Sentry Limited (In Liquidation), et al. | : | |
| | : | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | : | |
| | : | Administratively Consolidated |
| -against- | : | |
| Theodoor GGC Amsterdam, et al., | : | |
| Defendants. | : | |

----------------------------------------------------------------x

| | |
|---|---|
| This Notice is related to the Following Adversary Proceedings: | : |
| 10-03635 | : |
| 10-03636 | : |
| 10-03627 | : |

----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Allegaert Berger & Vogel LLP hereby appears in Adv. Pro. No. 10-13164, Adv. Pro. No. 10-03496, Adv. Pro. No. 10-03635, Adv. Pro. No. 10-03636, and Adv. Pro. No. 10-03627 as counsel for Defendants CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique), Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG), GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund), Banque Cantonale

Vaudoise, Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., and Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA), and requests that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

David A. Shaiman
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: (212)-571-0550
Fax No.: (212) 571-0555
E-mail Address: dshaiman@abv.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned case, all of which are hereby expressly reserved.

Dated: New York, New York
December 14, 2021

                                            ALLEGAERT BERGER & VOGEL LLP

                                            */s/* David A. Shaiman

David A. Shaiman
dshaiman@abv.com
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550

*Counsel for CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique), Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG), GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund), Banque Cantonale Vaudoise, Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)*