|  |  |
|---|---|
| | Hearing Date: **January 19, 2022** |
| | Answering Deadline: **January 12, 2022** |
| | Reply Deadline: **January 14, 2022** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03636 (CGM) |

### NOTICE OF THE LIQUIDATORS' MOTION TO EXTEND DEADLINES FOR PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Liquidators' Motion to Extend Deadlines for Personal Jurisdiction Briefing and Subsequent Discovery ("Motion"), Declaration of David Elsberg (the "Elsberg Decl."), dated January 5, 2021, and all exhibits thereto, Kenneth M. Krys and Greig Mitchell (together, the "Liquidators"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) in these adversary proceedings, shall move this Court before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Courtroom 621, One Bowling Green, New York, New York 10004, on January 19, 2022 for an Order pursuant to Fed. R. Bank. P. 7016(a) extending by four months the applicable case deadlines.

**PLEASE TAKE FURTHER NOTICE** that the Liquidators are providing notice of this Motion in accordance with the service provisions set forth in the Case Management Order entered on May 16, 2012. (Dkt. 467.)

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Local Rule 9006-1 of the United States Bankruptcy Court Southern District of New York, opposition briefs, if any, are to be filed and served upon the undersigned by no later than January 12, 2022.

2

| | |
|---|---|
| Dated: New York, NY<br>January 5, 2022 | Respectfully submitted,<br><br>SELENDY & GAY PLLC<br><br>By:   /s/ *David Elsberg*<br>SELENDY & GAY PLLC<br>David Elsberg<br>Maria Ginzburg<br>David S. Flugman<br>Joshua S. Margolin<br>Evan Bianchi<br><br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>delsberg@selendygay.com<br>mginzburg@selendygay.com<br>dflugman@selendygay.com<br>jmargolin@selendygay.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212-209-4800<br>dmolton@brownrudnick.com<br>mkrzyzowski@brownrudnick.com<br><br>*Attorneys for Plaintiffs Foreign Representatives* |