# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## AMENDED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

**WHEREAS**, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

**WHEREAS**, on October 25, 2021, the Court entered a scheduling order following the parties' Rule 26(f) conference setting deadlines for discovery;

**WHEREAS**, the parties' discovery negotiations are ongoing and the Liquidators have yet to receive any documents pertaining to most of the Defendants who filed PJ Motions;

**WHEREAS**, the Liquidators have demonstrated "good cause" for extending the briefing deadlines set forth in the applicable scheduling orders;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. Plaintiffs shall file their oppositions to Defendants' motions to dismiss on personal jurisdiction grounds by July 15, 2022;

2. Defendants shall file their replies in further support of their motions to dismiss on personal jurisdiction grounds by July 29, 2022;

3. The Court shall hear argument on the motions to dismiss on personal jurisdiction grounds at the August 2022 omnibus conference;

4. Interrogatories (except contention interrogatories) shall be served by February 17, 2023;

5. Contention interrogatories and requests for admission shall be served by February 2, 2024;

6. Contention interrogatories shall be served no earlier than February 17, 2023;

7. The Parties shall substantially complete document productions by October 27, 2022;

2

8. Fact discovery shall conclude by May 30, 2023;

9. The deadline for the Parties to disclose the identity of any expert witness under Federal Rule of Civil Procedure 26(a)(2) is April 13, 2023;

10. The Parties shall submit a mutually agreed to proposed schedule for identification of rebuttal expert witnesses, exchanging opening, rebuttal, and reply expert report and for completion of expert depositions (or, barring agreement, competing proposed Orders for the Court's consideration) no later than June 15, 2023;

11. All expert discovery shall be completed by February 2, 2024;

12. Any request for leave to amend pleadings or join parties shall be made by April 24, 2023;

[*Remainder of page intentionally left blank*]

3

4

13. The Parties shall jointly contact the Court on February 12, 2024 to schedule a status conference to discuss summary judgment and trial.