IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**NOTICE OF WITHDRAWAL OF THE LIQUIDATORS' MOTION TO EXTEND DEADLINES FOR PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY**

**PLEASE TAKE NOTICE** that, Kenneth M. Krys and Greig Mitchell (together, the "Liquidators"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) in these adversary proceedings, hereby withdraw their January 5, 2022 Motion to Extend Deadlines for Personal Jurisdiction Briefing and Subsequent Discovery (Adv. Pro. No. 10-ap-03635 (Dkt. 842); Adv. Pro. No. 10-ap-03636 (Dkt. 911)).

Dated:  New York, NY
        January 12, 2022

Respectfully submitted,

SELENDY & GAY PLLC

By:   /s/ *David Elsberg*
SELENDY & GAY PLLC
David Elsberg
Maria Ginzburg
David S. Flugman
Joshua S. Margolin

1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
delsberg@selendygay.com
mginzburg@selendygay.com
dflugman@selendygay.com
jmargolin@selendygay.com

-and-

BROWN RUDNICK LLP
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*

2