**Presentment Date: January 19, 2022 at 5:00 p.m.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## JOINT NOTICE OF PRESENTMENT OF ORDER EXTENDING DEADLINES FOR PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

**PLEASE TAKE NOTICE** that, subsequent to the Liquidators filing a Motion to Extend Deadlines for Personal Jurisdiction Briefing and Subsequent Discovery on January 5, 2022 in the above-captioned adversary proceeding (the "Motion"), which attached a proposed order extending such deadlines by four months, the parties met and conferred and agreed upon the amended schedule contained in the proposed order attached hereto as **Exhibit 1** (the "Proposed Order"). In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and a hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned will jointly present the Proposed Order to the Honorable Cecelia G. Morris, United States Bankruptcy Chief Judge, for signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 on January 19, 2022 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed there shall be no objections, and the order may accordingly be signed.

Respectfully submitted,

Dated: New York, New York  
      January 12, 2022

/s/  David Elsberg

**SELENDY & GAY PLLC**

David Elsberg  
Maria Ginzburg  
David S. Flugman  
Joshua S. Margolin  
1290 Avenue of the Americas  
New York, NY 10104  
Telephone: 212-390-9000  
delsberg@selendygay.com  
mginzburg@selendygay.com  
dflugman@selendygay.com  
jmargolin@selendygay.com

– and –

**BROWN RUDNICK LLP**

David J. Molton  
Marek P. Krzyzowski  
Seven Times Square  
New York, NY 10036  
Telephone: 212-209-4800  
dmolton@brownrudnick.com  
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*

Dated: New York, New York  
      January 12, 2022

/s/  John F. Zulack

**ALLEGAERT BERGER & VOGEL LLP**

John F. Zulack  
Lauren Pincus  
111 Broadway, 20th Floor  
New York, New York 10006  
(212) 571-0550  
jzulack@abv.com  
lpincus@abv.com

*Attorneys for CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique), Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG), GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund), Banque Cantonale Vaudoise, Société Générale Bank & Trust (n/k/a Société Générale Luxembourg), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Banque Lombard Odier & Cie SA, Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)*

| | |
|---|---|
| **MAYER BROWN LLP**<br><br>/s/ Mark Hanchet<br><br>Mark Hanchet<br>Kevin Kelly<br>1221 Avenue of the Americas<br>New York, New York 10020<br>mhanchet@mayerbrown.com<br>kkelly@mayerbrown.com<br><br>Marc Cohen<br>1999 K Street, NW<br>Washington, DC 20006-1101<br>(202) 263-3206<br>mcohen@mayerbrown.com<br><br>*Counsel for Banque Lombard Odier & Cie SA* | **MAYER BROWN LLP**<br><br>/s/ Steven Wolowitz<br><br>Steven Wolowitz<br>Christopher J. Houpt<br>Bradley A. Cohen<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel. No.: (212) 506-2500<br>swolowitz@mayerbrown.com<br>choupt@mayerbrown.com<br>bacohen@mayerbrown.com<br><br>*Counsel for Société Générale Bank & Trust (n/k/a Société Générale Luxembourg)* |
| /s/ Erin E. Valentine<br><br>**CHAFFETZ LINDSEY LLP**<br><br>Erin E. Valentine<br>Andreas Frischknecht<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>(212) 257-6960<br>a.frischknecht@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com<br><br>*Attorneys for Defendants SIS Seeganintersettle and SIX SIS Ltd.* | /s/ Lisa M. Schweitzer<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>Lisa M. Schweitzer<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>lschweitzer@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for Defendants BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; and BNP Paribas (Suisse) SA Private* |

| | |
|---|---|
| */s/ Elizabeth Vicens* | */s/ Jeff E. Butler* |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **CLIFFORD CHANCE US LLP** |
| Elizabeth Vicens<br>Rachel Polan<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br>rpolan@cgsh.com | Jeff E. Butler<br>Ernie Gao<br>La Tise Tangherlini<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8000<br>Jeff.Butler@CliffordChance.com<br>Ernie.Gao@CliffordChance.com;<br>LaTise.Tangherlini@CliffordChance.com |
| *Attorneys for Caceis Bank Luxembourg* | *Attorneys for Defendant Dexia Banque International a Luxembourg* |
| */s/ Andrew Ditchfield* | */s/ Jeffrey Rotenberg* |
| **DAVIS POLK & WARDWELL LLP** | **DLA PIPER LLP (US)** |
| Andrew Ditchfield<br>Elliot Moskowitz<br>Andrew S. Gehring<br>Keith Dore<br>450 Lexington Avenue<br>New York, NY 10017<br>T: (212) 450-4000<br>andrew.ditchfield@davispolk.com<br>elliot.moskowitz@davispolk.com<br>andrew.gehring@davispolk.com<br>keith.dore@davispolk.com | Jeffrey Rotenberg<br>Rachel Ehrlich Albanese<br>Cherelle Glimp<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>T: (212) 335-4500<br>F: (212) 335-4501<br>Jeffrey.Rotenberg@dlapiper.com<br>Rachel.Albanese@dlapiper.com<br>Cherelle.Glimp@dlapiper.com |
| *Attorneys for Defendant Bank Leumi le-Israel B.M.* | *Attorneys for Defendant Banca Arner SA* |

/s/ Marshall R. King

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
Gabriel Herrmann
200 Park Avenue
New York, NY 10166
T: (212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Jersey Nominees Limited*

/s/ Stephen M. Harnik

**HARNIK LAW FIRM**

Stephen M. Harnik
666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
stephen@harnik.com

*Attorney for Defendant Vorarlberger Landes Und Hypothekenbank Aktiengesellschaft*

/s/ Scott Balber

**HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott Balber
Jonathan Cross
450 Lexington Avenue
New York, NY 10017
T: (917) 542-7600
Scott.Balber@hsf.com
Jonathan.Cross@hsf.com

*Attorneys for Defendant Bank Hapoalim Switzerland Ltd.*

/s/ Anthony L. Paccione

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
Mark T. Ciani
575 Madison Avenue
New York, NY 10022
T: 212.940.8800
F: 212.940.8776
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Defendants Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.), Lloyds TSB Bank Geneva  (n/k/a Lloyds Bank plc), and Harmony Capital Fund Ltd.*

| | |
|---|---|
| */s/ Richard A. Cirillo* | */s/ Adam M. Lavine* |
| **CIRILLO LAW** | D. Farrington Yates<br>Adam M. Lavine<br>Donna (Dong Ni) Xu |
| Richard A. Cirillo<br>246 East 33rd Street #1<br>New York, NY 10016<br>Tel: 917-541-6778<br>richard@cirillo-law.com | **KOBRE & KIM LLP**<br>800 Third Avenue<br>New York, New York 10022<br>T: (212) 488-1200<br>farrington.yates@kobrekim.com<br>adam.lavine@kobrekim.com<br>donna.xu@kobrekim.com |
| *Attorney for National Bank of Kuwait S.A.K.P. and NBK Banque Privée (Suisse) S.A.* | *Counsel for EFG Bank AG (sued as "EFG Bank SA Switzerland"), EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancière d'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL") and BSI AG (individually and as successor-in-interest to Banca Unione di Credito and Banca del Gottardo (sued as "BSI Ex Banca Del Gottardo"))* |
| */s/ Christopher Harris* | */s/ Eric B. Halper* |
| **LATHAM & WATKINS LLP** | **MCKOOL SMITH, P.C.** |
| Christopher Harris<br>Thomas J. Giblin<br>1271 Avenue of the Americas<br>New York, NY 10020<br>T: (212) 906-1200<br>F: (212) 751-4864<br>christopher.harris@lw.com<br>thomas.giblin@lw.com | Eric B. Halper<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, New York 10001<br>T: (212) 402-9400<br>F: (212) 402-9444<br>ehalper@mckoolsmith.com |
| *Attorneys for Defendant ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG* | *Attorney for Defendant Bank Julius Baer & Co. Ltd.* |

| | |
|---|---|
| */s/  Daniel S. Shamah* | */s/  Andrew Troop* |
| **O'MELVENY & MYERS LLP** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| Daniel S. Shamah<br>William J. Sushon<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524<br>T : (212) 326-2000<br>F : (212) 326-2061<br>dshamah@omm.com<br>wsushon@omm.com | Andrew Troop<br>Eric Fishman<br>31 West 52nd Street<br>New York, NY 10019-6131<br>T : (212) 858-1000<br>andrew.troop@pillsburylaw.com<br>eric.fishman@pillsburylaw.com |
| *Attorneys for Defendants Clariden Leu Ltd. and Credit Suisse AG Zurich* | *Attorneys for Defendants Falcon Private Bank and Incore Bank AG* |
| | */s/  Jeffrey T. Scott* |
| | **SULLIVAN & CROMWELL LLP** |
| | Jeffrey T. Scott<br>Andrew J. Finn<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: scottj@sullcrom.com<br>E-mail: finna@sullcrom.com |
| | *Counsel for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie* |

| | |
|---|---|
| */s/  Emil A. Kleinhaus* | */s/  George W. Shuster, Jr.* |
| **WACHTELL, LIPTON, ROSEN & KATZ** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| Emil A. Kleinhaus<br>Angela K. Herring<br>51 West 52nd Street<br>New York, NY 10019<br>T: (212) 403-1332<br>F: (212) 403-2332<br>eakleinhaus@wlrk.com<br>akherring@wlrk.com | George W. Shuster, Jr.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>T: (212) 937-7518<br>george.shuster@wilmerhale.com<br><br>- and -<br><br>Benjamin W. Loveland<br>60 State Street<br>Boston, MA 02109<br>T: (617) 526-6000<br>benjamin.loveland@wilmerhale.com |
| *Attorneys for Defendant Banque Pictet & Cie SA (sued as Pictet & Cie)* | *Attorneys for Defendants Corner Banca SA; Finter Bank Zurich; IHAG Handelsbank AG; and PKB Privatbank AG* |
| */s/  Heather Lamberg* | */s/  William A. Maher* |
| **WINSTON & STRAWN LLP** | **WOLLMUTH MAHER & DEUTSCH LLP** |
| Heather Lamberg<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3506<br>T: (202) 282-5000<br>F: (202) 282-5100<br>hlamberg@winston.com | William A. Maher<br>Fletcher W. Strong<br>Maxwell G. Dillan<br>500 Fifth Avenue<br>New York, New York 10110<br>T: (212) 382-3300<br>wmaher@wmd-law.com<br>fstrong@wmd-law.com<br>mdillan@wmd-law.com |
| *Attorneys for Defendant BBVA (Suisse) SA* | *Counsel for Fairfield Investment Fund Ltd.;* |

*Fairfield Investment GCI; and FIF Advanced Ltd.*

**WUERSCH & GERING LLP**

By: */s/ Gregory F. Hauser*
    Gregory F. Hauser
    Jascha D. Preuss

100 Wall Street, 10th Floor
New York, New York 10005
T: 212-509-5050
F: 212-509-9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS); LGT Bank in Liechtenstein AG (now known as LGT Bank AG); Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.); Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS); and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))*