UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case  No. 10-13164 (CGM) |
| Debtor in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | |
| v. | Administratively Consolidated |
| THEODOOR GGC AMSTERDAM, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro.  No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro.  No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, et al., | |
| Defendants. | |

## AMENDED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

**WHEREAS**, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

**WHEREAS**, on October 25, 2021, the Court entered a scheduling order following the parties' Rule 26(f) conference setting deadlines for discovery;

**WHEREAS**, the parties' discovery negotiations are ongoing and the Liquidators have yet to receive any documents pertaining to most of the Defendants who filed PJ Motions;

**WHEREAS**, the parties have demonstrated "good cause" for extending the deadlines set forth in the applicable scheduling orders;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1.      Plaintiffs shall file their oppositions to Defendants' motions to dismiss on personal jurisdiction grounds by August 5, 2022;

2.      Defendants shall file their replies in further support of their motions to dismiss on personal jurisdiction grounds by September 15, 2022;

3.      The Court shall hear argument on the motions to dismiss on personal jurisdiction grounds at the October 2022 omnibus conference;

4.      Interrogatories (except contention interrogatories) shall be served by April 18, 2023;

5.      Contention interrogatories and requests for admission shall be served by April 2, 2024;

6.      Contention interrogatories shall be served no earlier than April 18, 2023;

7.      The Parties shall substantially complete document discovery by December 22, 2022;

8.      Fact discovery shall conclude by July 31, 2023;

9.      The deadline for the Parties to disclose the identity of any expert witness that the designating Party may use at trial to present evidence under Federal Rules of Evidence 702, 703, or 705 is June 12, 2023;

10.     The Parties shall submit a mutually agreed to proposed schedule for exchanging any other disclosures required under Federal Rule of Civil Procedure 26(a)(2)(B), including service of principal expert reports, identification of rebuttal expert witnesses and service of rebuttal expert reports and disclosures, and completion of expert depositions (or, barring agreement, competing proposed Orders for the Court's consideration) no later than August 14, 2023;

11.     All expert discovery shall be completed by April 2, 2024;

12.     Any request for leave to amend pleadings or join parties shall be made by June 23, 2023;

13.     The Parties shall jointly contact the Court on April 12, 2024 to schedule a status conference to discuss summary judgment and trial.



Dated: **January 14, 2022**
**Poughkeepsie, New York**

/s/ **Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**