IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITIBANK NA LONDON, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03622 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>BGL BNP PARIBAS S.A., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03626 (CGM) |

1

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03627 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03630 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>HSBC PRIVATE BANK (SUISSE) SA, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03633 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>ZURICH CAPITAL MARKETS CO., et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03634 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBS AG NEW YORK, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03780 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BNP PARIBAS ARBITRAGE SNC, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-04098 (CGM) |

3

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS PRIVATE BANK & TRUST CAYMAN LTD., et al.,<br><br>Defendants. | Adv. Pro. No. 10-04099 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBS EUROPE SE LUXEMBOURG BRANCH, et al.,<br><br>Defendants. | Adv. Pro. No. 11-01250 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH INTERNATIONAL, et al.,<br><br>Defendants. | Adv. Pro. No. 11-01463 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>Defendants. | Adv. Pro. No. 11-01579 (CGM) |

4

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>FORTIS BANK, SA/NV, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 11-01617 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CITIGROUP GLOBAL MARKETS LTD., et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 11-02770 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BNP PARIBAS ESPANA, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 12-01551 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CITCO GLOBAL CUSTODY NV, et al.,<br><br>Defendants. | Adv. Pro. No. 19-01122 (CGM) |

## **NOTICE OF CHANGE OF FIRM NAME**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Selendy & Gay, PLLC has changed its name to Selendy Gay Elsberg PLLC, effective immediately. The office address, telephone and facsimile numbers, and e-mail addresses remain the same. Please update your records to reflect this change.

Executed on:    February 15, 2022
New York, New York

By: */s/ David Elsberg*
David Elsberg
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
delsberg@selendygay.com

*Attorney for the Foreign Representatives*