# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

I, _____, state that:

1.  My address is_____.

2.  My present occupation or job description is _____.

3.  I have received a copy of the Stipulation for the Production and Exchange of Confidential Information (the "<u>Confidentiality Stipulation</u>") entered in Adversary Proceeding No. 10-03636 (the "<u>Action</u>") on _____.

4.  I have carefully read and understand the provisions of the Confidentiality Stipulation.

A-1

5. I will comply with all of the provisions of the Confidentiality Stipulation.

6. I will hold in confidence, will not disclose to anyone not qualified under the Confidentiality Stipulation, and will use only for purposes of this Action, any Protected Information that is disclosed to me.

7. I will return all Protected Information that comes into my possession, and documents or things that I have prepared relating thereto, to counsel for the party by whom I am employed or retained, or to counsel from whom I received the Protected Information.

8. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Confidentiality Stipulation in this Action.

Dated: _____                               _____