**Presentment Date: March 1, 2022 at 5:00 p.m.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

### JOINT NOTICE OF PRESENTMENT OF AMENDED ORDER REGARDING CONSOLIDATION OF CERTAIN U.S. REDEEMER ACTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7042

**PLEASE TAKE NOTICE** that upon the Court's direction at the September 15, 2021 conference, in which Judge Morris instructed the parties to "put something in front of me that I can rule on" concerning the consolidation of the adversary proceedings in the above-captioned administratively consolidated action (9/15/2021 Hr'g Tr. 18:1–2), and in accordance with Local Bankruptcy Rule 9074-1(d), which provides "if a notice and hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned will jointly present the proposed order, attached as **Exhibit 1** (the "Proposed Order"), to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 on March 1, 2022 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed there shall be no objections, and the order may accordingly be signed.

[*Remainder of page intentionally left blank*]

Respectfully submitted,

| | |
|---|---|
| Dated: New York, New York<br>February 22, 2022 | Dated: New York, New York<br>February 22, 2022 |
| */s/ David Elsberg* | */s/ John F. Zulack* |
| **SELENDY GAY ELSBERG PLLC** | **ALLEGAERT BERGER & VOGEL LLP** |
| David Elsberg<br>Maria Ginzburg<br>David S. Flugman<br>Joshua S. Margolin<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>delsberg@selendygay.com<br>mginzburg@selendygay.com<br>dflugman@selendygay.com<br>jmargolin@selendygay.com | John F. Zulack<br>Lauren Pincus<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>(212) 571-0550<br>jzulack@abv.com<br>lpincus@abv.com<br><br>*Attorneys for CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique), Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG), GERIFONDS SA, as manager of BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund), Banque Cantonale Vaudoise, Société Générale Bank & Trust (n/k/a Société Générale Luxembourg), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in-interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., Banque Lombard Odier & Cie SA* |
| – and – | |
| **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212-209-4800<br>dmolton@brownrudnick.com<br>mkrzyzowski@brownrudnick.com<br><br>*Attorneys for Plaintiffs Foreign Representatives* | |

**MAYER BROWN LLP**

*/s/ Mark Hanchet*

Mark Hanchet
Kevin Kelly
1221 Avenue of the Americas
New York, New York 10020
mhanchet@mayerbrown.com
kkelly@mayerbrown.com

Marc Cohen
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3206
mcohen@mayerbrown.com

*Counsel for Banque Lombard Odier & Cie SA*

**MAYER BROWN LLP**

*/s/ Steven Wolowitz*

Steven Wolowitz
Christopher J. Houpt
Bradley A. Cohen
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
swolowitz@mayerbrown.com
choupt@mayerbrown.com
bacohen@mayerbrown.com

*Counsel for Société Générale Bank & Trust
(n/k/a Société Générale Luxembourg)*

*/s/  Erin E. Valentine*

**CHAFFETZ LINDSEY LLP**

Erin E. Valentine
Andreas Frischknecht
1700 Broadway, 33rd Floor
New York, NY 10019
(212) 257-6960
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com

*Attorneys for Defendants SIS Seeganintersettle and SIX SIS Ltd.*

*/s/  Lisa M. Schweitzer*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Lisa M. Schweitzer
Ari D. MacKinnon
Thomas S. Kessler
One Liberty Plaza
New York, NY 10006
T: 212-225-2000
lschweitzer@cgsh.com
amackinnon@cgsh.com
tkessler@cgsh.com

*Attorneys for Defendants BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; and BNP Paribas (Suisse) SA Private*

| | |
|---|---|
| */s/ Rachel Polan* | */s/ Jeff E. Butler* |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **CLIFFORD CHANCE US LLP** |
| Elizabeth Vicens<br>evicens@cgsh.com<br>Rachel Polan<br>rpolan@cgsh.com<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999 | Jeff E. Butler<br>Ernie Gao<br>La Tise Tangherlini<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8000<br>Jeff.Butler@CliffordChance.com<br>Ernie.Gao@CliffordChance.com;<br>LaTise.Tangherlini@CliffordChance.com |
| *Attorneys for CACEIS Bank Luxembourg* | *Attorneys for Defendant Dexia Banque International a Luxembourg* |
| */s/ Andrew Ditchfield* | */s/ Jeffrey Rotenberg* |
| **DAVIS POLK & WARDWELL LLP** | **DLA PIPER LLP (US)** |
| Andrew Ditchfield<br>Elliot Moskowitz<br>Andrew S. Gehring<br>Keith Dore<br>450 Lexington Avenue<br>New York, NY 10017<br>T: (212) 450-4000<br>andrew.ditchfield@davispolk.com<br>elliot.moskowitz@davispolk.com<br>andrew.gehring@davispolk.com<br>keith.dore@davispolk.com | Jeffrey Rotenberg<br>Rachel Ehrlich Albanese<br>Cherelle Glimp<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>T: (212) 335-4500<br>F: (212) 335-4501<br>Jeffrey.Rotenberg@dlapiper.com<br>Rachel.Albanese@dlapiper.com<br>Cherelle.Glimp@dlapiper.com |
| *Attorneys for Defendant Bank Leumi le-Israel B.M.* | *Attorneys for Defendant Banca Arner SA* |

5

| | |
|---|---|
| /s/ Marshall R. King | /s/ Stephen M. Harnik |

**GIBSON, DUNN & CRUTCHER LLP**　　　**HARNIK LAW FIRM**

Marshall R. King  
Gabriel Herrmann  
200 Park Avenue  
New York, NY 10166  
T: (212) 351-4000  
mking@gibsondunn.com  
gherrmann@gibsondunn.com  

*Attorneys for Defendants UBS AG and UBS Jersey Nominees Limited*

Stephen M. Harnik  
666 Third Avenue, 10th Floor  
New York, New York 10017-4046  
T: (212) 599-7575  
F: (212) 867-8120  
stephen@harnik.com  

*Attorney for Defendant Vorarlberger Landes Und Hypothekenbank Aktiengesellschaft*

| | |
|---|---|
| /s/ Jonathan Cross | /s/ Anthony L. Paccione |

**HERBERT SMITH FREEHILLS NEW YORK LLP**　　　**KATTEN MUCHIN ROSENMAN LLP**

Scott Balber  
Jonathan Cross  
450 Lexington Avenue  
New York, NY 10017  
T: (917) 542-7600  
Scott.Balber@hsf.com  
Jonathan.Cross@hsf.com  

*Attorneys for Defendant Bank Hapoalim Switzerland Ltd.*

Anthony L. Paccione  
Mark T. Ciani  
575 Madison Avenue  
New York, NY 10022  
T: 212.940.8800  
F: 212.940.8776  
anthony.paccione@katten.com  
mark.ciani@katten.com  

*Attorneys for Defendants Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.), Lloyds TSB Bank Geneva (n/k/a Lloyds Bank plc), and Harmony Capital Fund Ltd.*

| | |
|---|---|
| /s/  Richard A. Cirillo | /s/  Adam M. Lavine |

**CIRILLO LAW**

Richard A. Cirillo
246 East 33rd Street #1
New York, NY 10016
Tel: 917-541-6778
richard@cirillo-law.com

*Attorney for National Bank of Kuwait S.A.K.P. and NBK Banque Privée (Suisse) S.A.*

D. Farrington Yates
Adam M. Lavine
Donna (Dong Ni) Xu

**KOBRE & KIM LLP**

800 Third Avenue
New York, New York 10022
T: (212) 488-1200
farrington.yates@kobrekim.com
adam.lavine@kobrekim.com
donna.xu@kobrekim.com

*Counsel for EFG Bank AG (sued as "EFG Bank SA Switzerland"), EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancière d'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL") and BSI AG (individually and as successor-in-interest to Banca Unione di Credito and Banca del Gottardo (sued as "BSI Ex Banca Del Gottardo"))*

| | |
|---|---|
| /s/  Christopher Harris | /s/  Eric B. Halper |

**LATHAM & WATKINS LLP**

Christopher Harris
Thomas J. Giblin
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
F: (212) 751-4864
christopher.harris@lw.com
thomas.giblin@lw.com

*Attorneys for Defendant ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG*

**MCKOOL SMITH, P.C.**

Eric B. Halper
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com

*Attorney for Defendant Bank Julius Baer & Co. Ltd.*

7

| | |
|---|---|
| */s/ Daniel S. Shamah* | */s/ Andrew Troop* |
| **O'MELVENY & MYERS LLP** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| William J. Sushon<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524<br>T : (212) 326-2000<br>F : (212) 326-2061<br>dshamah@omm.com<br>wsushon@omm.com | Andrew Troop<br>Eric Fishman<br>31 West 52nd Street<br>New York, NY 10019-6131<br>T : (212) 858-1000<br>andrew.troop@pillsburylaw.com<br>eric.fishman@pillsburylaw.com |
| *Attorneys for Defendants Clariden Leu Ltd. and Credit Suisse AG Zurich* | *Attorneys for Defendants Falcon Private Bank and Incore Bank AG* |

*/s/ Andrew J. Finn*

**SULLIVAN & CROMWELL LLP**

Jeffrey T. Scott
Andrew J. Finn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: scottj@sullcrom.com
E-mail: finna@sullcrom.com

*Counsel for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*

| | |
|---|---|
| */s/ Emil A. Kleinhaus* | */s/ George W. Shuster, Jr.* |

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
Angela K. Herring
51 West 52nd Street
New York, NY 10019
T: (212) 403-1332
F: (212) 403-2332
eakleinhaus@wlrk.com
akherring@wlrk.com

*Attorneys for Defendant Banque Pictet & Cie SA (sued as Pictet & Cie)*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518
george.shuster@wilmerhale.com

- and -

Benjamin W. Loveland
60 State Street
Boston, MA 02109
T: (617) 526-6000
benjamin.loveland@wilmerhale.com

*Attorneys for Defendants Corner Banca SA; Finter Bank Zurich; IHAG Handelsbank AG; and PKB Privatbank AG*

| | |
|---|---|
| */s/ Heather Lamberg* | */s/ Fletcher W. Strong* |

**WINSTON & STRAWN LLP**

Heather Lamberg
1901 L Street, N.W.
Washington, D.C. 20036-3506
T: (202) 282-5000
F: (202) 282-5100
hlamberg@winston.com

*Attorneys for Defendant BBVA (Suisse) SA*

**WOLLMUTH MAHER & DEUTSCH LLP**

William A. Maher
Fletcher W. Strong
Maxwell G. Dillan
500 Fifth Avenue
New York, New York 10110
T: (212) 382-3300
wmaher@wmd-law.com
fstrong@wmd-law.com
mdillan@wmd-law.com

*Counsel for Fairfield Investment Fund Ltd.; Fairfield Investment GCI; and FIF Advanced Ltd.*

**WUERSCH & GERING LLP**


By: */s/  Gregory F. Hauser*_____
    Gregory F. Hauser
    Jascha D. Preuss

100 Wall Street, 10th Floor
New York, New York 10005
T: 212-509-5050
F: 212-509-9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS); LGT Bank in Liechtenstein AG (now known as LGT Bank AG); Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.); Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS); and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))*