**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | Administratively Consolidated |
| v. | |
| THEODOOR GGC AMSTERDAM, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |

## [SO ORDERED] STIPULATION OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of DLA Piper LLP (US) hereby withdraws its appearance as counsel, and the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters its appearance as substitution counsel, for defendant Banca Arner S.A. n/k/a One Swiss Bank (the "Defendant"), in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case shall be served upon the following, and they shall be added to the CM/ECF notification service for the Defendant:

> George W. Shuster, Jr.
> Benjamin W. Loveland
> Lauren R. Lifland
> **WILMER CUTLER PICKERING**
>   **HALE AND DORR LLP**
> 7 World Trade Center
> 250 Greenwich Street
> New York, New York 10007
> Telephone: (212) 230-8800
> Facsimile:  (212) 230-8888
> Email: george.shuster@wilmerhale.com
>         benjamin.loveland@wilmerhale.com
>         lauren.lifland@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that the Defendant has knowledge of and consents to this substitution of counsel.

Dated: March 16, 2022
New York, New York

Respectfully submitted,

| **DLA PIPER LLP (US)** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/ *Jeffrey D. Rotenberg* | /s/ *George W. Shuster, Jr.* |
| Rachel Ehrlich Albanese | George W. Shuster, Jr. |
| Rachel.Albanese@us.dlapiper.com | george.shuster@wilmerhale.com |
| Jeffrey D. Rotenberg | Benjamin W. Loveland |
| Jeffrey.Rotenberg@us.dlapiper.com | benjamin.loveland@wilmerhale.com |
| Cherelle Glimp | Lauren R. Lifland |
| Cherelle.Glimp@us.dlapiper.com | Lauren.lifland@wilmerhale.com |
| 1251 Avenue of the Americas, 27th Floor | 7 World Trade Center |
| New York, NY 10020-1104 | 250 Greenwich Street |
| (212) 335-4500 | New York, NY 10007 |
|  | (212) 230-8800 |
| *Withdrawing Counsel to Banca Arner S.A. n/k/a One Swiss Bank* | *Substituting Counsel to Banca Arner S.A. n/k/a One Swiss Bank* |

The substitution of attorneys is hereby approved and SO-ORDERED.

Dated: _____    _____
Honorable Cecelia G. Morris