**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | Administratively Consolidated |
| v. | |
| THEODOOR GGC AMSTERDAM, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Benjamin W. Loveland, Esq., request admission, *pro hac vice*, before the Honorable Cecelia G. Morris, to represent (i) Corner Banca SA, (ii) Bank Vontobel AG (successor to Finter Bank Zurich) (iii) Privatbank IHAG Zurich AG (incorrectly sued as IHAG Handelsbank AG), (iv) PKB Privatbank AG, and (v) Banca Arner S.A. n/k/a One Swiss Bank[1] in the above-referenced adversary proceedings.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the State of Rhode Island, and the bars of the United States District Courts for the Districts of Massachusetts and Rhode Island.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 16, 2022

        */s/ Benjamin W. Loveland*
        Benjamin W. Loveland
        WILMER CUTLER PICKERING
         HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Telephone: (617) 526-6641
        benjamin.loveland@wilmerhale.com

---

[1] These parties reserve all rights to the extent they have been improperly named or identified in these adversary proceedings.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | Administratively Consolidated |
| v. | |
| THEODOOR GGC AMSTERDAM, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |

# **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Benjamin W. Loveland, Esq. to be admitted, *pro hac vice*, to represent (i) Corner Banca SA, (ii) Bank Vontobel AG (successor to Finter Bank Zurich) (iii) Privatbank IHAG Zurich AG (incorrectly sued as IHAG Handelsbank AG), (iv) PKB Privatbank AG, and (v) Banca Arner S.A. n/k/a One Swiss Bank (collectively the "WilmerHale Defendants") in the above referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the State of Rhode Island, and the bars of the United States District Courts for the Districts of Massachusetts and Rhode Island, it is hereby

ORDERED, that Benjamin W. Loveland, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceedings to represent the WilmerHale Defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      New York, New York

                                                               _____
                                                               HONORABLE CECELIA G. MORRIS
                                                               UNITED STATES BANKRUPTCY JUDGE