**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| FAIRFIELD SENTRY LIMITED, *et al.*, | Case No. 10-13164 (CGM) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03496 (CGM) |
| Plaintiffs, | Administratively Consolidated |
| v. | |
| THEODOOR GGC AMSTERDAM, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG, *et al.*, | |
| Defendants. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Benjamin W. Loveland, Esq. to be admitted, *pro hac vice*, to represent (i) Corner Banca SA, (ii) Bank Vontobel AG (successor to Finter Bank Zurich) (iii) Privatbank IHAG Zurich AG (incorrectly sued as IHAG Handelsbank AG), (iv) PKB Privatbank AG, and (v) Banca Arner S.A. n/k/a One Swiss Bank (collectively the "WilmerHale Defendants") in the above referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the State of Rhode Island, and the bars of the United States District Courts for the Districts of Massachusetts and Rhode Island, it is hereby

ORDERED, that Benjamin W. Loveland, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceedings to represent the WilmerHale Defendants, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



**Dated: March 17, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**