10-03635-jpm    Doc 906-1    Filed 04/21/22    Entered 04/21/22 20:17:42    Exhibit A-
List of U.S. Redeemer Actions    Pg 1 of 1

## Exhibit A
List of U.S. Redeemer Actions

| No. | Case Number | Action |
|---|---|---|
| 1 | 10-ap-03634 | *Fairfield Sentry Limited (In Liquidation) et al v. Zurich Capital Markets Company et al* |
| 2 | 10-ap-03635 | *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* |
| 3 | 10-ap-04098 | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Arbitrage SNC et al* |
| 4 | 10-ap-04099 | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Private Bank and Trust Cayman Ltd. et al* |
| 5 | 10-ap-03622 | *Fairfield Sentry Limited (In Liquidation) et al v. Citibank NA London et al* |
| 6 | 10-ap-03626 | *Fairfield Sentry Limited (In Liquidation) et al v. BGL BNP Paribas, S.A. et al* |
| 7 | 10-ap-03627 | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Securities Services Luxembourg et al* |
| 8 | 10-ap-03630 | *Fairfield Sentry Limited (In Liquidation) et al v. HSBC Securities Services (Luxembourg) SA et al* |
| 9 | 10-ap-03633 | *Fairfield Sentry Limited (In Liquidation) et al v. HSBC Private Bank (Suisse) SA et al* |
| 10 | 10-ap-03636 | *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* |
| 11 | 10-ap-03780 | *Fairfield Sentry Limited (In Liquidation) et al v. UBS AG New York et al* |
| 12 | 11-ap-01250 | *Fairfield Sentry Limited (In Liquidation) et al v. UBS Luxembourg SA et al* |
| 13 | 11-ap-01463 | *Fairfield Sigma Limited (In Liquidation) et al v. Merrill Lynch International et al* |
| 14 | 11-ap-01579 | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Securities Nominees Ltd. et al* |
| 15 | 11-ap-01617 | *Fairfield Sentry Limited (In Liquidation) et al v. Fortis Bank SA/NV et al* |
| 16 | 11-ap-02770 | *Fairfield Sentry Limited (In Liquidation) et al v. Citigroup Global Markets Ltd. et al* |
| 17 | 12-ap-01551 | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Espana f/k/a Fortis Bank (Espana) et al* |
| 18 | 19-ap-01122 | *Fairfield Sentry Limited (In Liquidation) et al v. Citco Global Custody N.V. et al* |