## Exhibit A
List of U.S. Redeemer Actions

| No. | Case Number | Action |
|---|---|---|
| 1 | 10-03634-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Zurich Capital Markets Company et al* |
| 2 | 10-03635-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* |
| 3 | 10-04098-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Arbitrage SNC et al* |
| 4 | 10-04099-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Private Bank and Trust Cayman Ltd. et al* |
| 5 | 10-03622-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Citibank NA London et al* |
| 6 | 10-03626-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. BGL BNP Paribas, S.A. et al* |
| 7 | 10-03627-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Securities Services Luxembourg et al* |
| 8 | 10-03630-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. HSBC Securities Services (Luxembourg) SA et al* |
| 9 | 10-03633-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. HSBC Private Bank (Suisse) SA et al* |
| 10 | 10-03636-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* |
| 11 | 10-03780-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. UBS AG New York et al* |
| 12 | 11-01250-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. UBS Luxembourg SA et al* |
| 13 | 11-01463-cgm | *Fairfield Sigma Limited (In Liquidation) et al v. Merrill Lynch International et al* |
| 14 | 11-01579-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Securities Nominees Ltd. et al* |
| 15 | 11-01617-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Fortis Bank SA/NV et al* |
| 16 | 11-02770-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Citigroup Global Markets Limited et al* |
| 17 | 12-01551-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. BNP Paribas Espana f/k/a Fortis Bank (Espana) et al* |
| 18 | 19-01122-cgm | *Fairfield Sentry Limited (In Liquidation) et al v. Citco Global Custody N.V. et al* |