UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al., | Plaintiff, | Case No. 10-03635 (CGM) |
| -against- | | |
| ABN AMRO Schweiz AG, et al. | Defendant. | |

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Anthony L. Paccione**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AP4986        My State Bar Number is 2043321

I am,
☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Katten Muchin Rosenman LLP
             FIRM ADDRESS: 575 Madison Ave, NY NY 10022
             FIRM TELEPHONE NUMBER: (212) 940-8800
             FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: Katten Muchin Rosenman LLP
             FIRM ADDRESS: 50 Rockefeller Plaza, NY NY 10020
             FIRM TELEPHONE NUMBER: (212) 940-8800
             FIRM FAX NUMBER:

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/6/2022                    /s/Anthony Paccione
                                   ATTORNEY'S SIGNATURE