UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,    Plaintiff,

Case No. 10-03635 (CGM)

-against-

ABN AMRO Schweiz AG, et al.    Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Mark T. Ciani
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MC6275    My State Bar Number is 4508933

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Katten Muchin Rosenman LLP
             FIRM ADDRESS: 575 Madison Ave, NY NY 10022
             FIRM TELEPHONE NUMBER: (212) 940-8800
             FIRM FAX NUMBER: _____

NEW FIRM:    FIRM NAME: Katten Muchin Rosenman LLP
             FIRM ADDRESS: 50 Rockefeller Plaza, NY NY 10020
             FIRM TELEPHONE NUMBER: (212) 940-8800
             FIRM FAX NUMBER: _____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/6/2022                    /s/Mark T. Ciani
                                   _____
                                   ATTORNEY'S SIGNATURE