**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), and FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>    Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG *et al*.,<br><br>      Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that D. Farrington Yates hereby respectfully requests the withdrawal of his appearance in the above-captioned matters on behalf of EFG Bank AG (a/k/a "EFG Bank SA" and sued as "EFG Bank SA Switzerland"), EFG Bank (Monaco) S.A.M. (f/k/a

"EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL"), Banca Unione di Credito, BSI AG, and BSI Ex Banca del Gottardo (collectively, the "<u>EFG and BSI Defendants</u>"), and that he be removed from any applicable mailing and service lists. D. Farrington Yates has retired from the practice of law, has withdrawn from the law firm Kobre & Kim LLP, and will no longer have any association with the above-captioned matters.

PLEASE TAKE FURTHER NOTICE that Adam M. Lavine and Donna (Dong Ni) Xu of Kobre & Kim LLP will continue to serve as counsel for the EFG and BSI Defendants.

Dated: June 13, 2022
New York, New York

By: */s/ Adam M. Lavine*
Adam M. Lavine
Donna (Dong Ni) Xu
KOBRE & KIM LLP
800 Third Avenue
New York, NY, 10022
T: (212) 488-1200
F: (212) 488-1220
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Counsel for the EFG and BSI Defendants*