**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No: 10-13164**<br>**(CGM)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,**<br><br>                              Plaintiffs,<br>-against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>                              Defendants. | **Adv. Pro. No. 10-03635**<br>**(CGM)** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss, with prejudice and without costs, those claims asserted in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against Union Bancaire Privée, UBP SA as successor to ABN AMRO Bank (Switzerland) AG, f/k/a ABN AMRO Schweiz AG ("UBP"). For the avoidance of doubt, the Adversary Proceeding involves multiple defendants other than UBP, and this notice of dismissal dismisses claims against UBP, and only UBP, in their entirety. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than UBP or claims against UBP in any other action.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
July 27, 2022

By: */s/ David J. Molton*

    David J. Molton
    Marek P. Krzyzowski
    **BROWN RUDNICK LLP**
    7 Times Square
    New York, NY 10036
    T: (212) 209-4800
    F: (212) 209-4801
    dmolton@brownrudnick.com
    mkrzyzowski@brownrudnick.com

    – and –

    **SELENDY GAY ELSBERG PLLC**
    David Elsberg
    Lena Konanova
    1290 Avenue of the Americas
    New York, NY 10104
    T: (212) 390-9000
    delsberg@selendygay.com
    lkonanova@selendygay.com

    *Attorneys for Plaintiffs*