UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LTD., *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against Falcon Private Bank ("Falcon"), with prejudice. For the avoidance of doubt, the Adversary Proceeding involves multiple defendants other than Falcon, and this notice of dismissal dismisses claims against Falcon, and only Falcon, in their entirety. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than Falcon or claims against Falcon in any other action.

Falcon is dismissed from the Adversary Proceeding, and the clerk of court is directed to amend the caption of the Adversary Proceeding by deleting Falcon's name therefrom.

*[Remainder of Page is Left Blank Intentionally]*

1

Dated: New York, New York
July 27, 2022

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ David J. Molton*
David J. Molton
Cameron Moxley
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
cmoxley@brownrudnick.com
mkrzyzowski@brownrudnick.com

-and-

**SELENDY & GAY PLLC**

David Elsberg
Maria Ginzburg
David S. Flugman
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
delsberg@selendygay.com
mginzburg@selendygay.com
dflugman@selendygay.com

*Attorneys for Plaintiffs*