**Presentment Date: July 29, 2022 at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## JOINT NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE

**PLEASE TAKE NOTICE** that the parties have met and conferred and agreed upon the amended schedule contained in the proposed orders attached hereto as **Exhibit 1** (the "Proposed Order"). In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and a hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of

this rule may be used for the submission of orders to the Court," the undersigned will jointly present the Proposed Order to the Honorable Cecelia G. Morris, United States Bankruptcy Chief Judge, for signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 on July 29, 2022 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed there shall be no objections, and the orders may accordingly be signed.

Respectfully submitted,

| | |
|---|---|
| Dated: New York, New York<br>July 29, 2022 | Dated: New York, New York<br>July 29, 2022 |
| /s/ David Elsberg | /s/ John F. Zulack |
| **SELENDY GAY ELSBERG PLLC** | **ALLEGAERT BERGER & VOGEL LLP** |
| David Elsberg<br>Lena Konanova<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>delsberg@selendygay.com<br>lkonanova@selendygay.com | John F. Zulack<br>David A. Shaiman<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>(212) 571-0550<br>jzulack@abv.com<br>dshaiman@abv.com |
| – and – | *Attorneys for Defendants Banque Cantonale Vaudoise, GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund), CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A., and Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG)* |
| **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212-209-4800<br>dmolton@brownrudnick.com<br>mkrzyzowski@brownrudnick.com | |
| *Attorneys for Plaintiffs Foreign Representatives* | |

2

| | |
|---|---|
| */s/ John F. Zulack* | */s/ Mark G. Hanchet* |

**ALLEGAERT BERGER & VOGEL LLP**

John F. Zulack
David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550
jzulack@abv.com
dshaiman@abv.com

– and –

*/s/ Christopher Houpt*

**MAYER BROWN LLP**

Christopher Houpt
Steven Wolowitz
Bradley A. Cohen
1221 Avenue of the Americas
New York 10020-1001
(212) 506-2380
choupt@mayerbrown.com
swolowitz@mayerbrown.com
bacohen@mayerbrown.com

*Attorneys for Defendant Société Générale Bank & Trust (n/k/a Société Générale Luxembourg)*

*/s/ Erin E. Valentine*

**CHAFFETZ LINDSEY LLP**

Erin E. Valentine
Andreas Frischknecht

**MAYER BROWN LLP**

Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
mhanchet@mayerbrown.com
kkelly@mayerbrown.com

Marc R. Cohen
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3206
mcohen@mayerbrown.com

– and –

*/s/ John B. Zulack*

**ALLEGAERT BERGER & VOGEL LLP**

John F. Zulack
Lauren J. Pincus
David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550
jzulack@abv.com
lpincus@abv.com
dshaiman@abv.com

*Attorneys for Defendant Lombard Odier Darier Hentsch & Cie*

*/s/ Ari D. MacKinnon*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Ari D. MacKinnon

3

| | |
|---|---|
| 1700 Broadway, 33rd Floor<br>New York, NY 10019<br>(212) 257-6960<br>a.frischknecht@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com<br><br>*Attorneys for Defendants SIS Seeganintersettle and SIX SIS Ltd.* | Lisa M. Schweitzer<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>amackinnon@cgsh.com<br>lschweitzer@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for Defendants BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis; and BNP Paribas (Suisse) SA Private* |
| /s/ Elizabeth Vicens<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>Elizabeth Vicens<br>Rachel Polan<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>evicens@cgsh.com<br>rpolan@cgsh.com<br><br>*Attorneys for Defendant Caceis Bank Luxembourg* | /s/ Jeff E. Butler<br><br>**CLIFFORD CHANCE US LLP**<br><br>Jeff E. Butler<br>Meredith George<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8000<br>Jeff.Butler@CliffordChance.com<br>Meredith.George@CliffordChance.com<br><br>*Attorneys for Defendant Dexia Banque International a Luxembourg* |
| /s/ Andrew Ditchfield<br><br>**DAVIS POLK & WARDWELL LLP**<br><br>Andrew Ditchfield<br>Elliot Moskowitz<br>Keith Dore<br>450 Lexington Avenue<br>New York, NY 10017<br>T: (212) 450-4000<br>andrew.ditchfield@davispolk.com<br>elliot.moskowitz@davispolk.com<br>keith.dore@davispolk.com | /s/ Andrew J. Finn<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Jeffrey T. Scott<br>Andrew J. Finn<br>125 Broad Street<br>New York, New York 10004<br>T: (212) 558-4000<br>F: (212) 558-3588<br>scottj@sullcrom.com<br>finna@sullcrom.com |

4

*Attorneys for Defendant Bank Leumi le-Israel B.M.*

/s/ Marshall R. King
_____

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
Gabriel Herrmann
200 Park Avenue
New York, NY 10166
T: (212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Jersey Nominees Limited*

/s/ Scott Balber
_____

**HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott Balber
Jonathan Cross
450 Lexington Avenue
New York, NY 10017
T: (917) 542-7600
Scott.Balber@hsf.com
Jonathan.Cross@hsf.com

*Attorneys for Defendant Bank Hapoalim Switzerland Ltd.*

/s/ Richard A. Cirillo
_____

**CIRILLO LAW**

Richard A. Cirillo
246 East 33rd Street #1
New York, NY 10016

*Attorneys for Defendant Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie*

/s/ Stephen M. Harnik
_____

**HARNIK LAW FIRM**

Stephen M. Harnik
Chrysler East Building
666 Third Avenue, 10th Floor
New York, New York 10017-4046
T: (212) 599-7575
F: (212) 867-8120
stephen@harnik.com

*Attorney for Defendant Vorarlberger Landes Und Hypothekenbank Aktiengesellschaft*

/s/ Anthony L. Paccione
_____

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
Mark T. Ciani
50 Rockefeller Plaza
New York, NY 10020-1605
T: 212.940.8800
F: 212.940.8776
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Defendants Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.), Lloyds TSB Bank Geneva (n/k/a Lloyds Bank plc), and Harmony Capital Fund Ltd.*

/s/ Adam M. Lavine
_____

**KOBRE & KIM LLP**

Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue

5

917-541-6778
richard@cirillo-law.com

*Attorney for Defendants National Bank of Kuwait and NBK Banque Privee Suisse SA*

/s/ Gregory F. Hauser

**WUERSCH & GERING LLP**

Gregory F. Hauser
Jascha D. Preuss
100 Wall Street, 10th Floor
New York, New York 10005
T: 212-509-5050
F: 212-509-9559
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com

*Attorneys for Liechtensteinische Landesbank Aktiengesellschaft (sued here as Liechtensteinische LB Reinvest AMS); LGT Bank in Liechtenstein AG (now known as LGT Bank AG); Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.); Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS); and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))*

New York, New York 10022
(212) 488-1200
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for Defendants EFG Bank AG (a/k/a "EFG Bank SA," f/k/a "EFG Private Bank SA" and also sued as "EFG Bank SA Switzerland"); EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL"); and BSI AG, individually and as successor-in-interest to Banca del Gottardo (sued as "BSI Ex Banca del Gottardo") and Banca Unione di Credito*

/s/ Eric B. Halper

**MCKOOL SMITH, P.C.**

Eric B. Halper
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com

*Attorney for Defendant Bank Julius Baer & Co. Ltd.*

6

/s/ *Daniel S. Shamah*

**O'MELVENY & MYERS LLP**

Daniel S. Shamah
William J. Sushon
Times Square Tower
7 Times Square
New York, NY 10036-6524
T : (212) 326-2000
F : (212) 326-2061
dshamah@omm.com
wsushon@omm.com

*Attorneys for Defendants Clariden Leu Ltd. and Credit Suisse AG Zurich*

/s/ *Rahman Connelly*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Andrew Troop
Eric Fishman
Rahman Connelly
31 West 52nd Street
New York, NY 10019-6131
T : (212) 858-1000
andrew.troop@pillsburylaw.com
eric.fishman@pillsburylaw.com
rahman.connelly@pillsburylaw.com

*Attorneys for Defendant InCore Bank AG*

/s/ *Emil A. Kleinhaus*

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
Angela K. Herring
51 West 52nd Street
New York, NY 10019
T: (212) 403-1332
F: (212) 403-2332
eakleinhaus@wlrk.com
akherring@wlrk.com

*Attorneys for Defendant Banque Pictet & Cie SA (sued as Pictet & Cie)*

/s/ *George W. Shuster, Jr*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518
george.shuster@wilmerhale.com

– and –

Benjamin W. Loveland
60 State Street
Boston, MA 02109
T: (617) 526-6000
benjamin.loveland@wilmerhale.com

*Attorneys for Defendants Corner Banca SA; Finter Bank Zurich; IHAG Handelsbank AG; and PKB Privatbank AG; Banca Arner S.A. n/k/a One Swiss Bank*

7

| | |
|---|---|
| */s/  Heather Lamberg* | */s/  Fletcher W. Strong* |
| **WINSTON & STRAWN LLP** | **WOLLMUTH MAHER & DEUTSCH LLP** |
| Heather Lamberg (HLamberg@winston.com) Christopher D. Man (CMan@winston.com) 1901 L Street, NW Washington, DC 200036 (202) 282-5274 (phone) (202) 282-5100 (fax) | William A. Maher Fletcher W. Strong Maxwell G. Dillan 500 Fifth Avenue New York, New York 10110 T: (212) 382-3300 wmaher@wmd-law.com fstrong@wmd-law.com mdillan@wmd-law.com |
| *Attorneys for Defendant BBVA (Suisse) SA* | *Attorneys for Defendants Fairfield Investment Fund Ltd.; Fairfield GCI Fund (sued as Fairfield Investment GCI); and FIF Advanced Ltd.* |