**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LTD., *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that I, Rachel Polan, hereby request the withdrawal of my appearance on behalf of Caceis Bank Luxembourg. As of August 12, 2022, I will no longer be associated with the law firm Cleary Gottlieb Steen & Hamilton LLP, and will no longer have any involvement with the above captioned matters.

PLEASE TAKE FURTHER NOTICE that Elizabeth Vicens and other attorneys at Cleary Gottlieb Steen & Hamilton LLP continue to represent the above-referenced defendants.

Respectfully submitted,

Dated: August 11, 2022       CLEARY GOTTLIEB STEEN & HAMILTON LLP
New York, New York

By: */s/ Rachel Polan*
Rachel Polan
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
rpolan@cgsh.com

*Attorney for Caceis Bank Luxembourg*

2