## Butler, Jeff E. (Litigation-NY)

| | |
|---|---|
| **From:** | Butler, Jeff E. (Litigation-NY) |
| **Sent:** | Thursday, June 30, 2022 5:00 AM |
| **To:** | Amy Nemetz; George, Meredith (Litigation-NY); Ron Krock |
| **Cc:** | David Elsberg; Maria Ginzburg; Jordan Goldstein; Joshua Margolin; David Flugman; Meredith Nelson; Julie Singer; Samuel Kwak; Dominic Budetti; Tony Russo; Max Siegel |
| **Subject:** | RE: [EXT] RE: Fairfield // Substantial Completion |

Dear Amy,

We have been working with BIL to research the various additional requests you have made and can provide the following responses:

1. BIL does not have access to individual email boxes dating back to 2008 and before. Instead, emails relevant to individual subscriptions and redemptions were maintained in transaction files, which have been preserved. As you know, we have already produced those transaction files for the subscription and redemption at issue.

2. BIL has not been able to find records showing the nature of the generic email addresses you have identified. In any event, it would not have email boxes for these addresses dating back to 2008 and before.

3. In connection with the Fairfield actions, BIL took steps to gather potentially relevant electronic documents and to preserve them in a file location maintained by the legal department. BIL has searched this file location for due diligence materials concerning Fairfield and has located some documents through that search. We are willing to produce those documents and should be able to do so next week.

Regards, JB

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: +1 212-878-8205
jeff.butler@cliffordchance.com