Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

David Elsberg
Partner
212.390.9004
delsberg@selendygay.com



August 16, 2022

**Via ECF**

Chambers of Judge Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601-3315

**Re:**   *In re Fairfield Sentry Ltd (In Liquidation)*, **Case Nos. 10-ap-3635, 10-ap-3636**

Dear Chambers of Judge Cecelia G. Morris:

We write respectfully on behalf of plaintiffs Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof (together, the "Liquidators") following our conversation with Ms. Vanessa Ashmeade on August 15, 2022.  As instructed by Ms. Ashmeade, we write to request rescheduling of the pre-motion discovery conference concerning the Liquidators' discovery dispute with defendant Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg ("BIL"), *see* 10-ap-3635, Dkts. 938, 939; 10-ap-3636, Dkts. 1004, 1005, from October 19, 2022, to **September 14, 2022** at **10:00 A.M.**  Counsel for BIL consents to this scheduling change.

We understand that, as of this afternoon, the Court has scheduled a conference regarding BIL's related discovery dispute with the Liquidators for the same date and time, September 14, 2022 at 10:00 A.M.

Respectfully submitted,

*/s/ David Elsberg*

David Elsberg