# APPENDIX A

## APPENDIX A[1]
Summary of E-Mail Exhibits

| Entity | Action | Exhibit | Date | Summary |
|---|---|---|---|---|
| BNP Paribas Fortis (*f/k/a* Fortis Bank SA/NV) | 11-ap-1617 | 1 | 12/22/04 | Denis Sagaert of Fortis Bank e-mails to Veronica Barco at FGG in New York requesting to make a $5 million investment in Sentry and requesting the following due diligence:<br>• "the subscription documents<br>• the redemption form, if a specific form is used for that.<br>• a copy of the fund's Memorandum and Articles of Association.<br>• a copy of the Investment Management Agreement<br>• a copy of the Administration Agreement"<br>• and, a questionnaire to the Sentry administrator.<br>FGG U.S. works to respond to these requests. |
| | | 2 | 03/22/05 | Bernard Lempereur of Fortis Bank and CFSE correspond regarding proper authorization for placing a $5,000,000 investment in Sentry. |
| BNP Paribas España (*f/k/a* Fortis Bank (España)) | 12-ap-1551 | 3 | 09/12/07 | Myle Trinh of FGG e-mails Citco and Griselda Pena of Fortis Bank España regarding a "Due diligence letter" |
| | | 4 | 03/25/08 | An FGG U.S. employee corresponds with Ana Sala of Fortis España regarding fee payments pursuant to its Sigma investments. |
| | | 5 | 08/06/07 | CFSE e-mails Griselda Pena of Fortis España regarding an incorrect wire and the need for additional information "for auditing and KYC purposes." Griselda provides the completed document to enable approximately an $1.5 million investment in Sentry. |
| BNP Paribas Securities Services Luxembourg | 10-ap-3627 | 6 | 06/28/06 | Caroline Martinot of BNPP SSL e-mails Citco requesting a Prospectus of Sentry for BNP SSL's audit. |
| | | 7 | 01/28/04 | Isabelle Bisdorff of BNPP SSL corresponds with Annie Hudson of FGG in the U.S. First she receives an "Offering Memorandum, Subscription Documents and latest published tear sheet for Fairfield Sentry B" and then Bisdorff requests permission for a subscription of $1 million on behalf of BNP SSL. Hudson replies with her approval. |

---

[1] The e-mails included in Appendices A-F are only a sample of documents demonstrating the use of e-mail at each of the BNP Defendants. This selection should not be considered complete and the Liquidators reserve the right to put forward additional evidence at a later date.

| Entity | Action | Exhibit | Date | Summary |
|---|---|---|---|---|
| | | 8 | 02/20/08 | Aurore Foidart of BNPP SSL corresponds with Citco requesting updated wiring instructions for Fairfield Sigma. Citco responds, attaching an October 2004 offering memorandum for Sigma. |
| BNP Paribas (Suisse) SA (*f/k/a* BNP Paribas (Suisse) SA Ex Fortis and BNP Paribas (Suisse) SA Private) | 10-ap-3635, 10-ap-3636 | 9 | 09/24/08 | Pierre Theurillat of BNP Paribas (Suisse) SA e-mails Citco seeking assistance regarding an issue in transferring 234.51 shares of Sentry in favor of BNP Paribas (Suisse) SA. |
| | | 10 | 06/09/06 | Catherine Truong e-mails CFSE regarding a Redemption on behalf of BNP Paribas (Suisse) SA.  CFSE offers to send a request for authorization from BNP Paribas (Suisse) SA to its "registered e-mail address GENEVE.FOND.OPS@BNPParibas.com" |
| | | 11 | 05/15/06 | CFSE e-mails BNP Paribas (Suisse) SA's registered e-mail address regarding amended instructions for a redemption in Sentry. |
| BGL BNP Paribas S.A. (*f/k/a* BNP Paribas Luxembourg SA) | 10-ap-3626 | 12 | 08/29/06 | Geoffrey Lemaire of BNP Paribas Luxembourg e-mails with Citco regarding BNP Paribas's position in Fairfield Sigma. |
| | | 13 | 09/07/06 | Michele Laroche e-mails Citco regarding a stock transfer form for 93.56 shares of Sentry and attaching a form signed by Martine Kirsch of BNP Paribas Luxembourg, SA.  Citco replies requesting additional authorization. |
| BNP Paribas Securities Nominees Ltd. (*a/k/a* Harrier Holdings Ltd.) | 11-ap-1579 | 14 | 09/10/08 | Brittany Easey of BNP Paribas Securities Nominees Ltd. corresponds with Citco requesting Citco promptly complete a questionnaire document and spreadsheet to re-register the Fairfield Sentry shares of Harrier Holdings Ltd. in the name of BNP Paribas Securities Nominees Ltd.  She requests that Citco reply by e-mail to bp2sukoffshore.clfre-registrationteam@bnpparibas.com.  Citco replies with questionnaires for, inter alia, Fairfield Sentry and Sigma. |
| | | 15 | 08/27/07 | Louise Jarvis of BNP Paribas Securities Nominees Ltd. e-mails Citco regarding a subscription agreement in Sentry for Harrier Holdings Ltd.  Citco replies asking to confirm the signature list and that the subscription request has been approved by Sentry. |
| | | 16 | 12/23/08 | Marta Neubauer of BNP Paribas e-mails Citco requesting confirmation that a subscription in Sentry on behalf of Harrier Holdings Ltd. had been confirmed.  Citco replies requesting an amended subscription agreement and further forwards that request to Michael Biggs, another individual affiliated with BNP Paribas. |

# Exhibit 1

## Microsoft Outlook

| | |
|---|---|
| **From:** | Zourakhti, Karim        AMS |
| **Sent:** | Wednesday, December 22, 2004 11:47 AM |
| **To:** | 'Veronica Barco' |
| **Cc:** | Lokhorst, Bert        AMS; Marugg, Robertino        AMS |
| **Subject:** | RE: Fairfield Sentry - due diligence on behalf of Fortis Bank |
| **Attachments:** | Fairfield Sentry Questions to Administrator1.doc; Senrty NAVs Class A.xls |

Hi Veronica,

As per your request, please find below the completed questionnaire. Please let me know if I should forward the information to MR.Sageart at Fortis Bank.

Kind regards,
Karim


-----Original Message-----
From: Veronica Barco [mailto:veronica@fggus.com]
Sent: Monday, December 20, 2004 11:49 PM
To: Karim
Subject: FW: Fairfield Sentry - due diligence on behalf of Fortis Bank



Please acknowledge receipt.

Thank you,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450

-----Original Message-----
From: Veronica Barco
Sent: Tuesday, December 14, 2004 12:17 PM
To: Karim
Cc: Lauren Ross
Subject: FW: Fairfield Sentry - due diligence on behalf of Fortis Bank


Dear Karim,

Please let us know if you can assist on this request while Bert is on holidays.

1

CONFIDENTIAL                    ANWAR-C-ESI-00409599

Should you have any questions, please do not hesitate to contact us.

Best regards,


Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450

-----Original Message-----
From: Veronica Barco
Sent: Friday, December 10, 2004 11:11 AM
To: Bert Lokhorst
Cc: Gordon McKenzie
Subject: FW: Fairfield Sentry - due diligence on behalf of Fortis Bank

Dear Mr. Lokhorst,

Please advise if this information was received yesterday.  Please advise
as well the time frame for its execution.

Thank you,


Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450

-----Original Message-----
From: Veronica Barco
Sent: Wednesday, December 08, 2004 6:13 PM
To: Bert Lokhorst
Cc: Cornelis Boele; Gordon McKenzie
Subject: FW: Fairfield Sentry - due diligence on behalf of Fortis Bank


Dear Mr. Lokhorst,

As requested by Mr. Gordon McKenzie from our offices in Bermuda, please
complete the attached questionnaire on behalf of Fortis Bank.  The
client is doing a due diligence in Fairfield Sentry and would like to
receive this information completed by Citco. Please let me know should
you have any questions.

Thank you for the attention to this matter.

CONFIDENTIAL                                    ANWAR-C-ESI-00409600

Best regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450


-----Original Message-----
From: Gordon McKenzie
Sent: Wednesday, December 08, 2004 10:04 AM
To: Veronica Barco
Subject: RE: Fairfield Sentry - due diligence on behalf of Fortis Bank

 Veronica,

        Please forward this document to Citco, either Karim or Bert as
the questions are addressed to them.

-----Original Message-----
From: Veronica Barco
Sent: Tuesday, December 07, 2004 3:49 PM
To: Amit Vijayvergiya; Gordon McKenzie
Cc: Dan Lipton; Mark McKeefry; Cornelis Boele
Subject: Fairfield Sentry - due diligence on behalf of Fortis Bank


Dear All,

The client has requested the following information as part of their
ongoing due diligence:

*       a copy of the Investment Management Agreement (Mark, do we have
an updated version for this document?)
*       a copy of the Administration Agreement
*       attached questionnaire for Citco to complete (Gordon, please
look into this questionnaire and let me know if we have to forward the
document to Citco)
*       Example of a VaR report (Amit is currently working on this item)

Thank you all for your attention to the above matter.

PS: Fortis has signed already an NDA.

Best regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022

CONFIDENTIAL                                                    ANWAR-C-ESI-00409601

Tel: (212) 319 6060
Fax: (212) 319 0450

-----Original Message-----
From: DENIS.SAGAERT@fortisbank.com [mailto:DENIS.SAGAERT@fortisbank.com]
Sent: Tuesday, December 07, 2004 10:54 AM
To: Veronica Barco
Subject:

Dear Ms Barco,

I am pleased to announce that our Alternative Investment Committee has
approved a US$ 5 million investment in Fairfield Sentry Ltd. for January
1. This in accordance with your e-mail of October 19, in which you
stated that the capacity available to us would be US$ 5 million on
January 1.

This being said, we always do a small administraitve due diligence and I
hope to be able to complete this in time for the investment. By order of
importance, I would need :

*        the subscription documents
*        the redemption form, if a specific form is used for that.
*        a copy of the fund's Memorandum and Articles of Association.
*        a copy of the Investment Management Agreement
*        a copy of the Administration Agreement
*        In addition I would like you to send the following questions to
the administrator and ask them to answer to us directly :

<<Fairfield Sentry Questions to Administrator.doc>>


Finally, I understand (according to you latest answers) that a risk
report  (VaR report ?) is available for investors upon request. We would
like to see an example of this.


Do not hesitte to contact me if you have any questions. I will not be in
the office tomorrow but well on Thursday.


Best regards.

Denis Sagaert
Manager Alternative Investments
Fortis Bank (1MU1O)
Montagne du Parc 3
1000 Brussels
Belgium

Tel. : 32 (0)2 565 52 95
Fax : 32 (0)2 565 62 36

CONFIDENTIAL                                                ANWAR-C-ESI-00409602

Denis.Sagaert@fortisbank.com

= = = = = = = = = = = = = = = = = = = = = = = Fortis Bank disclaimer
:
http://www.fortisbank.be/legal/disclaimer.htm

Fortis Bank privacy policy :
http://www.fortisbank.be/legal/privacy_policy.htm
= = = = = = = = = = = = = = = = = = = = = = =

CONFIDENTIAL                                                                    ANWAR-C-ESI-00409603

# Exhibit 2

## Microsoft Outlook

**From:**          Oever, Marianne van den AMS
**Sent:**          Tuesday, March 22, 2005 1:33 PM
**To:**            'Bernard.LEMPEREUR@fortisbank.com'
**Cc:**            Fernandez, Maria João  AMS; AMS CFS Trades
**Subject:**       RE: FAIRFIELD SENTRY  subscription agreement

Dear Mr. lempereur,

That will be perfect!
Thank you for your kind cooperation.

Kind regards,
Marianne van den Oever

-----Original Message-----
From: Bernard.LEMPEREUR@fortisbank.com
[mailto:Bernard.LEMPEREUR@fortisbank.com]
Sent: Tuesday, March 22, 2005 4:08 PM
To: 'Oever, Marianne van den AMS'
Subject: RE: FAIRFIELD SENTRY subscription agreement


Actually I will send you the page 11 signed by the 2 A signatures which appeared on page 10 (
M. Van Der Want and J. Dekeukeleire) .
Is that ok for you  ?

Best regards


Bernard LEMPEREUR
Financial Management Director,Portfolio

FORTIS BANK
3 warandeberg  (1MU1O)
1160 Brussels   Belgium

Phone: 32.2.565.6153
Fax:    32.2.565.6236
E-Mail: bernard.lempereur@fortisbank.com



-----Original Message-----
From: Oever, Marianne van den AMS [mailto:MvandenOever@Citco.com]
Sent: Tuesday, March 22, 2005 10:57 AM
To: Lempereur Bernard
Cc: "Fernandez, Maria João AMS"; AMS CFS Trades
Subject: RE: FAIRFIELD SENTRY subscription agreement


Dear Mr. Lempereur,

I have just received the signed subscription agreement after I had sent the
below email.

1

                                                    ANWAR-CFSE-00506891

However, the first agreement has the specimen of 2 A signatures on page 10.
According to the definition of minimal required signature instructions
supplied by your office, the agreement should be signed by at least 1 A and
1 B signature (on page 11). As we do not have the specimen of your signature
on file, could you please forward us an updated signature list showing your
signature specimen and have the subscription agreement signed according to
the instructions supplied?
Please sent it by fax or email, after which the original can follow later by
mail, so we can process your subscription request as soon as possible.

Thanking your in advance,

Kind regards,
Marianne van den Oever


-----Original Message-----
From: Bernard.LEMPEREUR@fortisbank.com
[mailto:Bernard.LEMPEREUR@fortisbank.com]
Sent: Tuesday, March 22, 2005 10:32 AM
To: 'Oever, Marianne van den AMS'
Subject: RE: FAIRFIELD SENTRY subscription agreement


Hello Marianne

This doc has been sent on March 18 to your attention at Naritaweg 165
Amsterdam .
Did you not receiceive it ?

Best regards

Bernard LEMPEREUR
Financial Management Director,Portfolio

FORTIS BANK
3 warandeberg  (1MU1O)
1160 Brussels   Belgium

Phone: 32.2.565.6153
Fax:    32.2.565.6236
E-Mail: bernard.lempereur@fortisbank.com


-----Original Message-----
From: Oever, Marianne van den AMS [mailto:MvandenOever@Citco.com]
Sent: Tuesday, March 22, 2005 10:17 AM
To: Lempereur Bernard
Cc: AMS CFS Trades; "Fernandez, Maria João AMS"
Subject: FW: FAIRFIELD SENTRY subscription agreement
Importance: High


Dear Sirs,

2

Kind reminder.


Kind regards,
Marianne van den Oever


> -----Original Message-----
> From:    Oever, Marianne van den AMS
> Sent:    Monday, March 14, 2005 12:57 PM
> To: 'bernard.lempereur@fortisbank.com'
> Cc: Fernandez, Maria João  AMS; AMS CFS Trades
> Subject:  FAIRFIELD SENTRY  subscription  agreement
> Importance:    High
>
> Dear Sirs,
>
> Regarding your request to subscribe USD 5,000,000.00 into the above fund
> in name of Fortis SA/NV, please sign the subscription agreement on page
> 11, as already requested on the confirmation of order received, and
> forward it as soon as possible to the below mentioned contact details.
>
> Kind regards,
> Marianne van den Oever
>
> Investor Relations Group
>
> Citco Fund Services (Europe) BV
> Naritaweg 165
> 1043 BW Amsterdam
> The Netherlands
> Tel  +31 20 57 22 144
> Fax  +31 20 57 22 610
> E-mail MvandenOever@Citco.com
>
> For further information about our products and services please visit our
> website at: www.citco.com <http://www.citco.com/>
> Citco Group affiliates are established in
>
> London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg -
> Milan - Monaco - Paris - Amsterdam
> Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin
> Islands - Bermuda - Bahamas - Toronto
> New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore -
> Hong Kong - New Zealand - Sydney
>
> ***********************************************************************
> ***********************************************
> This e-mail message and any enclosures, is intended only for the persons
> to whom it is addressed and may contain confidential information. Any use,
> distribution, modification, copying or disclosure by any other person is
> strictly prohibited. If you receive this message in error, please notify
> the sender by return e-mail and delete this message from your computer.
> Citco disclaims all responsibility from and accepts no liability
> whatsoever for the consequences of any unauthorized person acting, or
> refraining from acting, on any information contained in this message.
>
> ***********************************************************************
> ***********************************************

CONFIDENTIAL                                      ANWAR-CFSE-00506893

```
>
>
>
>   <<FAIRFIELD SENTRY SUB Fortis Bank 5,000,000.00 USD (approved by Jeffrey,
> pending list 02/23/05)>>
```

```
= = = = = = = = = = = = = = = = = = = = = = =
Fortis Bank disclaimer :
http://www.fortisbank.be/legal/disclaimer.htm

Fortis Bank privacy policy :
http://www.fortisbank.be/legal/privacy_policy.htm
= = = = = = = = = = = = = = = = = = = = = = =
```

```
= = = = = = = = = = = = = = = = = = = = = = =
Fortis Bank disclaimer :
http://www.fortisbank.be/legal/disclaimer.htm

Fortis Bank privacy policy :
http://www.fortisbank.be/legal/privacy_policy.htm
= = = = = = = = = = = = = = = = = = = = = = =
```

CONFIDENTIAL                                                                 ANWAR-CFSE-00506894

# Exhibit 3

**Microsoft Outlook**

| | |
|---|---|
| **From:** | griselda.pena@fortis.com |
| **Sent:** | Wednesday, September 12, 2007 6:45 PM |
| **To:** | AMS CFS Treasury |
| **Subject:** | FW: Due diligence letter Fortis Espana |
| **Attachments:** | DOC.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **ALLOC:** | WJK |
| **Allocated:** | KYC |

Dear Jan,

We attaching this document.

Best regards.

Griselda Pena i Sans
Dep. Fondos a Terceros
FORTIS BANK Sucursal en España
Telf. 934677566
Fax. 932151001

---

**From:** Griselda Pena
**Sent:** miércoles, 12 de septiembre de 2007 16:28
**To:** 'Myle Trinh'
**Cc:** 'Cristina.Vila@fortis.com'
**Subject:** FW: Due diligence letter Fortis Espana

Buenas Tardes Myle,

Te adjunto el documento que nos piden.

Un saludo,

Griselda Pena i Sans
Dep. Fondos a Terceros
FORTIS BANK Sucursal en España
Telf. 934677566
Fax. 932151001

---

**From:** Cristina Vila
**Sent:** miércoles, 12 de septiembre de 2007 16:18

CONFIDENTIAL

ANWAR-C-ESI-00809524

**To:** Griselda Pena
**Subject:** RV: Due diligence letter Fortis Espana

---

**De:** Myle Trinh [mailto:mtrinh@fggus.com]
**Enviado el:** miércoles, 12 de septiembre de 2007 14:45
**Para:** Cristina.Vila@fortis.com
**Asunto:** FW: Due diligence letter Fortis Espana

Hola Cristina. Dime si puedes conseguir esto que piden en el e-mail adjunto. Gracias.

**Myle Trinh**
**Fairfield Greenwich Group**
C/ Serrano, Nº 26, 8º Izquierda
Madrid 28001 - SPAIN
Tel. +34 91 577.57.51
Fax. +34 91 575.92.31
e-mail: mtrinh@fgges.com

---

**From:** AMS CFS Treasury [mailto:AMSCFSTreasury@Citco.com]
**Sent:** miércoles, 12 de septiembre de 2007 14:26
**To:** Myle Trinh
**Cc:** AMS CFS Treasury
**Subject:** Due diligence letter Fortis Espana

Hi Myle,

Please find below an example of what must be stated in the letter.
The letter needs to be printed on paper with the bank's letterhead and needs to be duly signed.

'We confirm that this client has been identified by the remitting bank, and that satisfactory evidence of the identity of mentioned client is on file and will on request be provided.'

Should you have any further questions, don't hesitate to contact us.

Best Regards,

Wout-Jan Klerkx
Treasury Officer
Investor Relations

Citco Fund Services
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 20 5722 913
Fax: + 31 20 5722 610
Email: amscfstreasury@citco.com
Website: www.citco.com

**Citco Investor Relations operating in:** Amsterdam * Bahamas * Bermuda * Cayman * Cork * Curaçao * Dublin * Luxembourg * New York * San Francisco * Sydney * Toronto

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and

CONFIDENTIAL                                                    ANWAR-C-ESI-00809525

may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

--------AVISO LEGAL------------------------

*Este correo electrónico puede contener información confidencial y/o privilegiada, y está dirigido exclusivamente a su destinatario. Si Vd. no es el destinatario de este mensaje (o ha recibido este mensaje por error), debe por tanto informar inmediatamente al emisor y destruir el mensaje. Está estrictamente prohibida por la legislación vigente cualquier copia, revelación o distribución de este mensaje. Para cualquier verificación solicite una copia impresa. Cualquier opinión expresada en este mensaje pertenece únicamente al autor remitente, y no representa necesariamente la opinión de las entidades pertenecientes al Grupo Fortis, a no ser que se diga expresamente y que el remitente tenga autorización para ello. Las comunicaciones por medio de correo electrónico no son garantes de ser seguras o libres de errores ya que la información puede ser interceptada, corromperse, perderse, transmitirse tarde o de manera incompleta, o bien contener virus. Este correo electrónico no constituye una oferta de venta, solicitud de compra o suscripción de valores. Si el destinatario de este mensaje no consintiera la utilización del correo electrónico vía Internet, le rogamos que lo ponga en nuestro conocimiento de forma inmediata.*

--------DISCLAIMER------------------------

*This e-mail may contain confidential and/or privileged information, and it is intended exclusively for the addressee. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden by current legislation. If verification is required, please request a printed copy. Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of entities belonging to Fortis Group, unless otherwise specifically stated and the sender is authorized to do so. E-mail transmissions cannot be guaranteed to be secure or free of error since messages may arrive incomplete, contain viruses, become corrupted or be intercepted, delayed, lost or destroyed. This e-mail does not constitute an offer to sell or a solicitation to buy or subscribe securities. If the addressee of this message does not consent to the use of internet e-mail, please communicate it to us.*

-----------------------------------------------------------------------------------------------------

CONFIDENTIAL                                                                ANWAR-C-ESI-00809526

# Exhibit 4

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Myle Trinh <mtrinh@fggus.com> |
| **Sent:** | Tuesday, March 25, 2008 11:24 AM |
| **To:** | Looy, Michel   (Citco) |
| **Cc:** | CFS Factshelp; Juan Galobart; Carla Castillo |
| **Subject:** | RE: Fairfield Sigma |

Dear Michel. Please, let me know the amount they are receiving for these shares. The client needs it for a report.

The client also comments that the account "Beta Capital SVB" should be called "Fortis Bank (España)". According to the client, they have sent the request to change the name several times but it is still with the wrong name. Could you amend it?

Thank you very much.

Best regards.

Myle Trinh
**Vice President - Fairfield Greenwich Group**
C/ Serrano, Nº 26, 8º Izquierda
Madrid 28001 - SPAIN
Tel.   +34 91 577.64.75
Tel.   +34 91 577.57.51
Móv. +34 62 964.59.40
e-mail: mtrinh@fggus.com

---

**From:** Looy, Michel (Citco) [mailto:MLooy@Citco.com]
**Sent:** Tuesday, March 04, 2008 2:47 PM
**To:** Myle Trinh
**Cc:** CFS Factshelp
**Subject:** RE: Fairfield Sigma

Dear Myle,

Regarding the 1,124.759 shs, we have amended the transfer as per 11-1-2007. We have calculated a correction for Fortis and this will be added to their Q1 payment.

Thank you very much and have a nice day.

*Kind Regards,*
*Michel Looy*

*Citco Fund Services (Europe) B.V.*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*Tel: + 31 20 5722139*
*Fax: + 31 20 5722614*
*Email: mlooy@citco.com*

CONFIDENTIAL                                           ANWAR-C-ESI-00444830

**From:** Myle Trinh
**Sent:** Thursday, February 14, 2008 11:34 PM
**To:** Judith Terlien
**Cc:** 'CFS Factshelp'; Juan Galobart; Carla Castillo
**Subject:** FW: Fairfield Sigma

Dear Judith. Please note that in the account FS/SIS SA/Fortis SGIIC there are 1124.7590 shares missing. They were transfered in November 07 (from CGC UBS). Please amend the fee advice and pay accordingly. Thank you very much.


Best regards.

**Myle Trinh**
**Vice President**
**Fairfield Greenwich Group**
C/ Serrano, N° 26, 8° Izquierda
Madrid 28001 - SPAIN
Tel.  +34 91 577.57.51
Móv. +34 62 964.59.40
Fax. +34 91 575.92.31
e-mail: mtrinh@fggus.com


---

**From:** Ana.Sala@fortis.com [mailto:Ana.Sala@fortis.com]
**Sent:** Thursday, January 31, 2008 11:06 AM
**To:** Myle Trinh
**Subject:** RV: Fairfield Sigma

Hola Myle,

Me envian la parte de Sigma. Veo que en la parte de Fundsettle no han reconocido a Gama Bursatil que invirtió el 20.11.2007 asi que en diciembre las participaciones deberían aumentar. A mi me sale que nos corresponden 142,89 euros.

¿Lo puedes mirar?

Gracias, Ana


---

**De:** Terlien, Judith (Citco) [mailto:JTerlien@Citco.com]
**Enviado el:** jueves, 31 de enero de 2008 10:57
**Para:** Ana.Sala@fortis.com
**CC:** CFS Factshelp
**Asunto:** Fairfield Sigma

Dear All,

Please find attached the breakdown for the 4th quarter fee of Fairfield Sigma Limited.
The fee has been wired for value date January 30, 2008.

Regards,
Judith

CONFIDENTIAL

ANWAR-C-ESI-00444831

**Judith Terlien**
**Senior Account Manager**
**Citco Fund Services (Europe) B.V.**
**Telestone - Teleport**
**Naritaweg 165**
**1043 BW Amsterdam**
**The Netherlands**

☎ **(31 20) 5722 112**

🖷 **(31 20) 5722 600**

✉ JTerlien@Citco.com

**For further information about our products and services please visit our website at: www.citco.com**

Citco Group affiliates are established in

London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam -

Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands - Bermuda - Bahamas - Toronto -

New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This e-mail message, and any enclosures, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender by return e-mail and delete this message from your computer. Citco disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorised person acting, or refraining from acting, on any information contained in this message.**

Disclaimer link. To see it, click the link below, or copy and paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

--------*AVISO LEGAL*-------------------------

*Este correo electrónico puede contener información confidencial y/o privilegiada, y está dirigido exclusivamente a su destinatario. Si Vd. no es el destinatario de este mensaje (o ha recibido este mensaje por error), debe por tanto informar inmediatamente al emisor y destruir el mensaje. Está estrictamente prohibida por la legislación vigente cualquier copia, revelación o distribución de este mensaje. Para cualquier verificación solicite una copia impresa. Cualquier opinión expresada en este mensaje pertenece únicamente al autor remitente, y no representa necesariamente la opinión de las entidades pertenecientes al Grupo Fortis, a no ser que se diga expresamente y que el remitente tenga autorización para ello. Las comunicaciones por medio de correo electrónico no son garantes de ser seguras o libres de errores ya que la información puede ser interceptada, corromperse, perderse, transmitirse tarde o de manera incompleta, o bien contener virus. Este*

CONFIDENTIAL

ANWAR-C-ESI-00444832

*correo electrónico no constituye una oferta de venta, solicitud de compra o suscripción de valores. Si el destinatario de este mensaje no consintiera la utilización del correo electrónico vía Internet, le rogamos que lo ponga en nuestro conocimiento de forma inmediata.*

--------DISCLAIMER-------------------------

*This e-mail may contain confidential and/or privileged information, and it is intended exclusively for the addressee. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden by current legislation. If verification is required, please request a printed copy. Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of entities belonging to Fortis Group, unless otherwise specifically stated and the sender is authorized to do so. E-mail transmissions cannot be guaranteed to be secure or free of error since messages may arrive incomplete, contain viruses, become corrupted or be intercepted, delayed, lost or destroyed. This e-mail does not constitute an offer to sell or a solicitation to buy or subscribe securities. If the addressee of this message does not consent to the use of internet e-mail, please communicate it to us.*

----------------------------------------------------------------------------------------------------

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

Disclaimer link. To see it, click the link below, or copy and paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

ANWAR-C-ESI-00444833

# Exhibit 5

**Fernandez, Maria João (Citco)**

| | |
|---|---|
| **From:** | griselda.pena@fortis.com |
| **Sent:** | Monday, August 06, 2007 11:22 AM |
| **To:** | AMS CFS IRG 3; griselda.pena@fortis.com |
| **Cc:** | Cristina.Vila@fortis.com |
| **Subject:** | RE: Fairfield Sentry - subscriptions i/n/o Mint Inversiones & Sou th Hill |
| **Attachments:** | DOC.PDF |
| **Allocated to :** | MFE |

Dear Joao,

I agree with the re- application for NAV August 31. We are attaching the page 10 complete.

Thanks you.

Best regards.

Griselda Pena i Sans
Dep. Fondos a Terceros
FORTIS BANK Sucursal en España
Telf. 934677566
Fax. 932151001

**From:** AMS CFS IRG 3 [mailto:amscfsirg3@citco.com]
**Sent:** lunes, 06 de agosto de 2007 10:57
**To:** griselda.pena@fortis.com
**Cc:** Cristina.Vila@fortis.com; AMS CFS IRG 3
**Subject:** RE: Fairfield Sentry - subscriptions i/n/o Mint Inversiones & South Hill

Dear Grizelda,
As Cristinba is away from the office, could you please take care of below query?

Many thanks in advance.

With kind regards
João

**From:** AMS CFS IRG 3
**Sent:** Monday, August 06, 2007 10:55 AM
**To:** 'cristina.vila@fortis.com'
**Cc:** AMS CFS IRG 3
**Subject:** Fairfield Sentry - subscriptions i/n/o Mint Inversiones & South Hill
**Importance:** High

Dear Cristina,

We refer to your following orders in the above Fund:

South Hill SICAV SA - USD 172,500
Mint Inversiones  SICAV SA - USD 1,378,000

8/6/2007

CONFIDENTIAL                                        ANWAR-CFSE-00181537

RE: Fairfield Sentry - subscriptions i/n/o Mint Inversiones & South Hill            Page 2 of 3

My colleagues at Treasury Dept informed me that the amounts were incorrectly wired and that therefore they missed the deadline for the payment. We will inform the Fund accordingly.

Furthermore we received the above subscription agreements once again, this time with a date of August 22, 2007. Could you please advise if this is to be considered as your re-application for NAV August 31, 2007? If this is the case we will also inform the Fund and will send you a "confirmation of order received" as soon as they officially approve it.

Additionally, we need you to duly complete **page 10** of the subscription agreements (both of them). It includes the registered address of the above companies, the mailing address and the contact details (tel, fax, email). Without this information we cannot book the trades and in the case of South Hill the account is not correctly setup yet due to the missing information and this is not acceptable for auditing and KYC purposes.

Thanks in advance for your cooperation.


With kind regards
João


Maria João Fernandez
Senior Investor Relations Officer

Citco Fund Services (Europe) B.V.
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
General phone: 0031 - 20 5722 850
Direct phone: 0031 - 20 5722 116
Fax: 0031 - 20 5722 610
Email: AMSCFSIRG3@citco.com
Website: www.citco.com
**Citco Investor Relations operating in:** Amsterdam * Bahamas * Bermuda * Cayman * Cork * Curaçao *
Dublin * Luxembourg * New York * San Francisco * Sydney * Toronto


http://www.citco.com/emaildisclaimer.htm



Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

--------AVISO LEGAL----------------------------

Este correo electrónico puede contener información confidencial y/o privilegiada, y está dirigido exclusivamente a su destinatario. Si Vd. no es el destinatario de este mensaje (o ha recibido este mensaje por error), debe por tanto informar inmediatamente al emisor y destruir el mensaje. Está estrictamente prohibida por la legislación vigente cualquier copia, revelación o distribución de este mensaje. Para cualquier verificación solicite una copia impresa. Cualquier opinión expresada en este mensaje pertenece únicamente al autor remitente, y no representa necesariamente la opinión de las entidades pertenecientes al Grupo Fortis, a no ser que se diga expresamente y que el remitente tenga autorización para ello. Las comunicaciones por medio de correo electrónico no son garantes de ser seguras o libres de errores ya que la información puede ser interceptada, corrompersa, perdersa, transmitirse tarde o de manera incompleta, o bien contener virus. Este correo electrónico no constituye una oferta de venta, solicitud de compra o suscripción de valores. Si el destinatario de este mensaje no consintiera la utilización del correo electrónico vía Internet, le rogamos que lo ponga en nuestro conocimiento de forma inmediata.


--------DISCLAIMER----------------------------

This e-mail may contain confidential and/or privileged information, and it is intended exclusively for the addressee. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden by current legislation. If verification is required, please request a printed copy. Any

8/6/2007

RE: Fairfield Sentry - subscriptions i/n/o Mint Inversiones & South Hill          Page 3 of 3

views or opinions contained in this message are solely those of the author, and do not necessarily represent those of entities belonging to Fortis Group, unless otherwise specifically stated and the sender is authorized to do so. E-mail transmissions cannot be guaranteed to be secure or free of error since messages may arrive incomplete, contain viruses, become corrupted or be intercepted, delayed, lost or destroyed. This e-mail does not constitute an offer to sell or a solicitation to buy or subscribe securities. If the addressee of this message does not consent to the use of internet e-mail, please communicate it to us.

------------------------------------------------------------------------------------------

8/6/2007

CONFIDENTIAL

ANWAR-CFSE-00181539

# Exhibit 6

## Microsoft Outlook

| | |
|---|---|
| **From:** | AMS CFS Client Desk |
| **Sent:** | Thursday, June 29, 2006 4:50 PM |
| **To:** | 'caroline.martinot@bnpparibas.com' |
| **Subject:** | RE: Prospectus |
| **Attachments:** | Sentry Offering Memo - Final Oct 2004.pdf |

Dear Ms. Martinot,

With reference to below email, please find attached the requested prospectus.

Should you have any questions or require further information, please do not hesitate to contact us.

Yours sincerely,

Manon Boskamp
Client Desk
Citco Fund Services (Europe) B.V.
Citco Fund Services (Nederland) B.V.
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Tel: Client Desk - (31) 20 5722 850
Tel: General - (31) 20 5722 100
Fax: (31) 20 5722 610
E-Mail: amscfsclientdesk@citco.com

For further information about our products and services please visit our website at: www.citco.com.

Citco Group affiliates are established in London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam - Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands - Bermuda - Bahamas - Toronto - New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney

Disclaimer:
This e-mail message and any enclosures, is intended only for the person to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender and delete this message from your computer. Citco Fund Services (Europe) B.V. and Citco Fund Services (Nederland) B.V. disclaim all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting or refraining from acting, on any information contained in this message.

-----Original Message-----
From: caroline.martinot@bnpparibas.com [mailto:caroline.martinot@bnpparibas.com]
Sent: Wednesday, June 28, 2006 11:12 AM
To: AMS CFS Client Desk
Subject: Prospectus

CONFIDENTIAL                                                                ANWAR-C-ESI-00162135

Dear all,

We are administrator of a Fund (Alton) which invests in your Fund (Sentry Class B).

Could you please send me as soon as possible the prospectus of this Fund for our audit?

Thanks in advance.

Best regards

Caroline MARTINOT
_____

BNP PARIBAS FUND SERVICES
Fund  Administration
Financial Reporting Administrator
33 rue de Gasperich, Howald-Hesperange
B.P. 2463
L-1054 LUXEMBOURG
Phone  : +352 26 96 22 57
Fax     : +352 26 96 97 42
Email : caroline.martinot@bnpparibas.com _____

This message and any attachments (the "message") is intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its
purpose, any dissemination or disclosure, either whole or partial, is prohibited except formal approval. The internet can
not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not therefore be liable for the message if modified.

        ----------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses destinataires et sont confidentiels. Si vous recevez ce message par
erreur, merci de le detruire et d'en avertir immediatement l'expediteur. Toute utilisation de ce message non conforme a
sa destination, toute diffusion ou toute publication, totale ou partielle, est interdite, sauf autorisation expresse.
L'internet ne permettant pas d'assurer l'integrite de ce message, BNP PARIBAS (et ses
filiales) decline(nt) toute responsabilite au titre de ce message, dans l'hypothese ou il aurait ete modifie.

CONFIDENTIAL                                                                ANWAR-C-ESI-00162136

# Exhibit 7

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Terlien, Judith          AMS |
| **Sent:** | Wednesday, January 28, 2004 5:08 PM |
| **To:** | CFS Factshelp |
| **Subject:** | DONE: FW: Fairfield Sentry B |

-----Original Message-----
From: Annie Hudson [mailto:ahudson@fggus.com]
Sent: Wednesday, January 28, 2004 5:01 PM
To: Indra Angela; Judith Terlien
Cc: Corina Piedrahita
Subject: FW: FW: Fairfield Sentry B


fyi, sorry forgot to cc you, this came in today for Stephane.

-----Original Message-----
From: Annie Hudson
Sent: 28 January 2004 14:37
To: 'isabelle.bisdorff@bnpparibas.com'
Cc: Stephane Muuls
Subject: RE: FW: Fairfield Sentry B


this is approved, please go ahead.

Many thanks.

Annie Hudson

-----Original Message-----
From: isabelle.bisdorff@bnpparibas.com
[mailto:isabelle.bisdorff@bnpparibas.com]
Sent: 28 January 2004 14:00
To: Annie Hudson
Subject: Re: FW: Fairfield Sentry B
Importance: High


Dear Annie,

The subscription will be for USD 1,000,000.- for the account of BNP PARIBAS
SECURITIES SERVICES LUXEMBOURG A/C BNP PARIBAS JERSEY.
Please let me know if you will accept this transaction if I wire you the
cash value today and fax you shortly the application form.
Please also confirm that it is a weekly NAV.

1

CONFIDENTIAL    ANWAR-C-ESI-00268607

Kind regards

Isabelle


Internet
ahudson@fggus.com - 28.01.2004 14:40

To:   Isabelle BISDORFF

cc:   carl.jreidini, stephane, iangela2, jterlien


Subject:   FW: Fairfield Sentry B


Dear Ms Bisdorff

Further to Mr Jreidini's request this morning, please find attached the sub
docs for Sentry B.  Please take note of the deadline (today) for wiring
monies and submitting documents.

If you have any queries, please do not hesitate to contact Stephane Muuls
or myself.

With kind regards

Annie Hudson

> -----Original Message-----
> From:    Annie Hudson
> Sent:    26 January 2004 11:51
> To: 'carl.jreidini@csfb.com'
> Cc: Stephane Muuls; Corina Piedrahita; Indra Angela; Judith Terlien
> Subject:  Fairfield Sentry B
>
> Dear Mr Jreidini
>
> At the request of Stephane Muuls, please find attached the Offering
Memorandum, Subscription Documents and latest published tear sheet for
Fairfield Sentry B.
>
> The subscription deadline for Fairfield Sentry B is the third to last
business day of the month.  For February 1 investment, documents and monies
need to be received by our fund administrator, CITCO, by Wednesday 28th
January.
>
> With regards to a contact point for the remittance procedures, we have a
dedicated help-desk at CITCO for any assistance you may need regarding

2

    ANWAR-C-ESI-00268608

issues such as wiring instructions, deadlines, due diligence questions,
Know Your Client ("KYC") procedures (compliance), dealing with Euroclear
etc.  The helpline no. is +31 20 5722 830 and the e-mail address is
AMSCFSFairfieldGroupClientDesk@Citco.com.  Please also contact me in London
if you have any queries.
>
> Once the subscription form has been completed this should be faxed to
Citco at + 31 20 572 2610.  Please could you also kindly let me know by
e-mail the shareholder name you will use and the remitting bank that will
be sending the funds to CITCO, our administrator.  The NAVs and contract
notes are distributed by CITCO to the communication details provided on the
subscription agreement after finalisation of the NAV. This is generally
within 30 days after dealing date.
>
> In case you are not aware, it may interest you to know we can provide you
with access to secure areas of our website and FGG e-NAV, a new HTML
service making it easier to stay informed about your investments in FGG
funds.  If you have not already registered, please go to www.fggus.com <
http://www.fggus.com> and click on the hyperlink for the Investor
Registration Form, which you can complete and submit online and within 48
hours you will be given a password and log-on.  If you have any problems
with your registration, please contact our website administrator in New
York, Amanda Simone, +1 212 319 6060.
>
> If you require any further information, please do not hesitate to contact
Stephane Muuls or myself.
>
> With kind regards
>
> Annie Hudson
> Fairfield Greenwich (UK) Limited
> 32 Dover Street
> London W1S 4NE
> Ph: +44 20 7409 0090
> Fx: +44 20 7409 3090
> Email: ahudson@fgguk.com <mailto:ahudson@fgguk.com>
> Web: www.fggus.com <http://www.fggus.com>
> FAIRFIELD GREENWICH (UK) LIMITED IS AUTHORISED AND REGULATED BY THE
FINANCIAL SERVICES AUTHORITY
> This email message, including any attachments, is intended only for the
person to whom it is addressed, and may contain confidential information.
Any use, distribution, modification, copying or disclosure by any other
person is strictly prohibited. If you have received this message in error
please notify the sender by return email and delete this message from your
computer. Any data or views contained herein are based upon information
available to us at this date and is subject to change without notice.
>
> > <<Sentry Class B info mem 7-03 _8-1-03_.pdf>> > > <<Sentry Class B
tear sheet (Nov-03) Final.pdf>> > > <<Fairfield Sentry Class B -
Subscription Documents - Stephane.pdf>>
(See attached file: Sentry Class B info mem 7-03 _8-1-03_.pdf)
(See attached file: Sentry Class B tear sheet (Nov-03) Final.pdf)

CONFIDENTIAL
ANWAR-C-ESI-00268609

(See attached file: Fairfield Sentry Class B - Subscription Documents -
Stephane.pdf)

This message and any attachments (the "message") is
intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and
immediately notify the sender. Any use not in accord with
its purpose, any dissemination or disclosure, either whole
or partial, is prohibited except formal approval. The internet
can not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not
therefore be liable for the message if modified.

-----------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses
destinataires et sont confidentiels. Si vous recevez ce
message par erreur, merci de le detruire et d'en avertir
immediatement l'expediteur. Toute utilisation de ce
message non conforme a sa destination, toute diffusion
ou toute publication, totale ou partielle, est interdite, sauf
autorisation expresse. L'internet ne permettant pas
d'assurer l'integrite de ce message, BNP PARIBAS (et ses
filiales) decline(nt) toute responsabilite au titre de ce
message, dans l'hypothese ou il aurait ete modifie.

4

# Exhibit 8

**Microsoft Outlook**

| | |
|---|---|
| **From:** | AMS CFS Client Desk |
| **Sent:** | Wednesday, February 20, 2008 10:11 AM |
| **To:** | 'aurore.foidart@bnpparibas.com' |
| **Subject:** | RE: Subscription Fairfield Sigma Limited Fund |
| **Attachments:** | Final Sigma Offering Memo - Oct 2004.pdf |

Dear Aurore,

With reference to below, please find attached the required information and document.

Should you have any questions or if you require any further information, please do not hesitate to contact us.

Yours sincerely,

Shakti Ratan
Investor Relations Officer

Citco Fund Services (Europe) B.V.
Citco Fund Services (Nederland) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW  Amsterdam
The Netherlands

Phone General: (31) 20 5722 100
Phone Client Desk: (31) 20 5722 850
Fax : (31) 20 5722 610
Email: amscfsclientdesk@citco.com
Website: www.citco.com <http://www.citco.com/> Citco Investor Relations operating in: Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao • Dublin • Luxembourg • New York • San Francisco • Sydney • Toronto

-----Original Message-----
From: aurore.foidart@bnpparibas.com
[mailto:aurore.foidart@bnpparibas.com]
Sent: Tuesday, February 19, 2008 2:50 PM
To: AMS CFS Client Desk
Subject: Subscription Fairfield Sigma Limited Fund

Good afternoon,

As requested per phone, can you please send us your updated wiring instructions and subscription documents for the above mentionned fund.

Thanks and regards,

1

CONFIDENTIAL

ANWAR-C-ESI-00185460

Aurore Foidart

Hedge Funds Dealing
BNP PARIBAS SECURITIES SERVICES LUXEMBOURG 33, rue de Gasperich Howald-Hesperange
L-2085 Luxembourg

Phone: +352 26 96 27 49
Fax: +352 26 96 97 38

Email: aurore.foidart@bnpparibas.com

This message and any attachments (the "message") is intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its
purpose, any dissemination or disclosure, either whole or partial, is prohibited except formal approval. The internet can
not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not therefore be liable for the message if modified.
Do not print this message unless it is necessary, consider the environment.

        ----------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses destinataires et sont confidentiels. Si vous recevez ce message par
erreur, merci de le detruire et d'en avertir immediatement l'expediteur. Toute utilisation de ce message non conforme a
sa destination, toute diffusion ou toute publication, totale ou partielle, est interdite, sauf autorisation expresse.
L'internet ne permettant pas d'assurer l'integrite de ce message, BNP PARIBAS (et ses
filiales) decline(nt) toute responsabilite au titre de ce message, dans l'hypothese ou il aurait ete modifie.
N'imprimez ce message que si necessaire, pensez a l'environnement.

Disclaimer link.  To see it, click the link below, or copy and paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may
contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial
instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you
have received this message in error please notify the sender by return e-mail and delete this message from your
computer. Any data or views contained herein is based upon information available to us at this date, and is subject to
change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any
comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL                                                                                                          ANWAR-C-ESI-00185461

# Exhibit 9

**Ibarra, Maria (Citco)**

| | |
|---|---|
| **From:** | AMS CFS IRG 3 |
| **Sent:** | Wednesday, September 24, 2008 2:15 PM |
| **To:** | pierre.theurillat@bnpparibas.com |
| **Cc:** | AMS CFS IRG 3 |
| **Subject:** | RE: TRF #B4814 Fairfield Sentry 234.51 shares |
| **Allocated to :** mib | |

Dear Pierre,

Please note that we have received instructions for RBC Geneva.

We are missing the subscription agreements from Citco Global Custody for both transfer.

Please contact to them.

Kind regards
Maria Ibarra
Senior Investor Relations Officer

Investor Relations
Citco Fund Services
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 20 5722 195
Fax : +31 20 5722 610
Email: amscfsirg3@citco.com
Website: www.citco.com

**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao •
Dublin • Luxembourg • New York • San Francisco • Singapore • Sydney • Toronto

**From:** pierre.theurillat@bnpparibas.com [mailto:pierre.theurillat@bnpparibas.com]
**Sent:** Monday, September 22, 2008 4:39 PM
**To:** AMS CFS IRG 3
**Subject:** Fw: TRF #B4814 Fairfield Sentry 234.51 shares

Dear Citco

You've send the mail bellow to Giovanni who work for RBC GENEVA.

I concerning two transfer in our favour of

234.51
ISIN VGG3299L1004
FAIRFIELD SENTRY LTD SHARES

9/24/2008

CONFIDENTIAL                                                                 ANWAR-CFSE-00124478

213.28
ISIN: VGG3299L1004
FAIRFIELD SENTRY LTD SHARES

RBC delivery instruction:
Citco Bank Nederland, Dublin
a/c 193162
In favour of: Royal Bank of Canada (Suisse) Geneva

Our receive instruction:
Citco Bank Nederland, Dublin
a/c 190076
In favour of: BNP Paribas (Suisse) SA

But I don't understand because you say that we didn't have instruction in place and our custodian tell me that
the ctpty (RBC) has not instructed.

Please see the mail in repply from CITCO CLIENT DESK and I enclose the information request of CITCO

**"**
**Internet**                                      To Pierre THEURILLAT

                                                  cc
clientdesk@citco.com              Subject RE: your fairfield fax with your ref 190076 1250 S004377 and 190076 1250 S004378,
                                              ISS00181185

22/09/2008 16:09
┌─────────────────────┐
│ Please respond to   │
│ clientdesk@citco.com│
└─────────────────────┘

Dear Pierre
                                                                          **"**
we still await to receive the counter-party instructions for both transfers

**Thanks to give me some news asap**

BEST REGARDS

Pierre THEURILLAT
BNP Paribas (suisse) SA
Securities transfer

----- Forwarded by Pierre THEURILLAT/CH/EUROPE/GROUP on 22/09/2008 16:15 -----
**Internet**                                      To Pierre THEURILLAT

                                                  cc
giovanni.morelli@rbc.com          Subject TRF #B4814 Fairfield Sentry 234.51 shares

16/09/2008 14:53

9/24/2008

CONFIDENTIAL                                                          ANWAR-CFSE-00124479

# Exhibit 10

**Yung, Suyin (Citco)**

| | |
|---|---|
| **From:** | Yung, Suyin (Citco) |
| **Sent:** | Friday, June 09, 2006 5:33 PM |
| **To:** | 'catherine.truong@bnpparibas.com' |
| **Cc:** | Ibarra, Maria (Citco); Fernandez, Maria João (Citco); Yung, Suyin (Citco) |
| **Subject:** | RE: Redemption in Fairfield Sentry 110.12 NAV April 30, BNP PARIBAS (SUISSE) SA |

Catherine,

Please be advised that the contract note has been send to the fax number mentioned in my
previous e-mail and per post. We can send it again to the registered fax number (0041 58 21
22222), or to the registered e-mail address GENEVE.FOND.OPS@BNPPARIBAS.COM. I am not
permitted to send this information to you, unless we receive an letter together with two
authorized signatures of BNP Paribas (Suisse) SA stating that you are authorized to receive this
information.

Suyin

---

**From:** catherine.truong@bnpparibas.com [mailto:catherine.truong@bnpparibas.com]
**Sent:** Friday, June 09, 2006 5:22 PM
**To:** Yung, Suyin (Citco)
**Subject:** Re: Redemption in Fairfield Sentry 110.12 NAV April 30, BNP PARIBAS (SUISSE) SA

Suyin,

Is it possible to send us the confirmation of this trade.
I can give you the details that you need.

Thanks for your comprehension,

Regards,

Catherine

# Internet

SYung@Citco.com - 09.06.2006 17:07

To:    Catherine TRUONG

cc:    MFernandez, MIbarra, SYung

Subject:    **Redemption in Fairfield Sentry 110.12 NAV April 30, BNP PARIBAS (SUISSE) SA**

6/12/2006

CONFIDENTIAL                                    ANWAR-CFSE-00218222

Hi Catherine,

With reference to our telephone conversation of today, please be advised that if the fax number ( 0041 58 21 22222) we have registered in the system needs to be updated, we require a document stating the new fax number signed by two authorized persons.

Should you have any questions, please do not hesitate to contact us.

Best regards,

Suyin Yung
Investor Relations Group
Citco Fund Services (Europe) BV
Naritaweg 165
1043 BW Amsterdam
the Netherlands

General Tel. 0031-20 5722 100
Direct Tel. 0031-20 5722 179
Direct Fax 0031-20 5722 610

*For further information about our products and services please visit our website at: www.citco.com < <http://www.citco.com/>>*

*Citco Group affiliates are established in*

*London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam*

*Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands - Bermuda - Bahamas - Toronto*

*New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney*

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

*This e-mail message and any enclosures, is intended only for the persons to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender by return e-mail and delete this message from your computer. Citco disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting, or refraining from acting, on any information contained in this message.*

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

This message and any attachments (the "message") is
intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and
immediately notify the sender. Any use not in accord with
its purpose, any dissemination or disclosure, either whole
or partial, is prohibited except formal approval. The internet
can not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not
therefore be liable for the message if modified.

---------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses
destinataires et sont confidentiels. Si vous recevez ce

6/12/2006

message par erreur, merci de le detruire et d'en avertir
immediatement l'expediteur. Toute utilisation de ce
message non conforme a sa destination, toute diffusion
ou toute publication, totale ou partielle, est interdite, sauf
autorisation expresse. L'internet ne permettant pas
d'assurer l'integrite de ce message, BNP PARIBAS (et ses
filiales) decline(nt) toute responsabilite au titre de ce
message, dans l'hypothese ou il aurait ete modifie.

6/12/2006

CONFIDENTIAL

ANWAR-CFSE-00218224

# Exhibit 11

## Fernandez, Maria João    (Citco)

| | |
|---|---|
| **From:** | Fernandez, Maria João    (Citco) |
| **Sent:** | Monday, May 15, 2006 11:45 AM |
| **To:** | 'geneve.fonds.exec@bnpparibas.com' |
| **Cc:** | Ibarra, Maria    (Citco); Yung, Suyin    (Citco) |
| **Subject:** | Fairfield Sentry - redemption 110.12200 shares i/n/o BNP Paribas Private Bank Switzerland SA - NAV April 30, 2006 |
| **Importance:** | High |

URGENT
========

Dear Sirs,

We refer to the above redemption.
Please note that we still have not received your amended instruction, as per our several fax requests. As this Fund only deals with 2 decimals we require the shareholders to amend their requests whenever they want to redeem shares with more than 2 decimal fractions.

Upon receipt of the amended instruction we will make payment and send you the contract note.

Should you have any questions, please do not hesitate to contact us.

Best regards

Maria João Fernandez
Investor Relations Group
Citco Fund Services (Europe) BV
Naritaweg 165
1043 BW Amsterdam
the Netherlands

General Tel. 0031-20 5722 100
Direct Tel. 0031-20 5722 116
Direct Fax 0031-20 5722 610

For further information about our products and services please visit our website at: www.citco.com < <http://www.citco.com/>>
Citco Group affiliates are established in
London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam
Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands - Bermuda - Bahamas - Toronto
New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

This e-mail message and any enclosures, is intended only for the persons to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender by return e-mail and delete this message from your computer. Citco disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting, or refraining from acting, on any information contained in this message.
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

CONFIDENTIAL                                                    ANWAR-CFSE-00218201

# Exhibit 12

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Ibarra, Maria   (Citco) |
| **Sent:** | Tuesday, August 29, 2006 9:28 AM |
| **To:** | Yung, Suyin   (Citco) |
| **Cc:** | Fernandez, Maria João    (Citco) |
| **Subject:** | FW: Statement position difference Fairfield Fund -URGENT- |

Hi Suyin,

Could you please check the below?

Thanks.
Maria.

-----Original Message-----
From: Hemsworth, Eddie (Citco)
Sent: Tuesday, August 29, 2006 2:46 PM
To: Ibarra, Maria (Citco)
Subject: FW: Statement position difference Fairfield Fund -URGENT-


Hi Maria,

Can you help? Or pls pass to the right person.

Thanks,

Eddie

-----Original Message-----
From: geoffrey.lemaire@bnpparibas.com [mailto:geoffrey.lemaire@bnpparibas.com]
Sent: Tuesday, August 29, 2006 2:37 PM
To: Hemsworth, Eddie (Citco)
Cc: emmanuel.kremmer@bnpparibas.com
Subject: Statement position difference Fairfield Fund -URGENT-

Hello,

Do you have any news ?

Best regards,

Geoffrey

--------------------- Forwarded by Geoffrey LEMAIRE/LU/EUROPE/GROUP on
29.08.2006 14:36 --------------------------


   25.08.2006 10:40    Geoffrey LEMAIRE

                       BNP PARIBAS Luxembourg
                       Service Bourse - Division Produits
                       33, rue de Gasperich
                       Immeuble H2O - Bloc C
                       Howald - Hesperange
                       L-2093 Luxembourg

1

CONFIDENTIAL
ANWAR-CFSE-00517088

```
                tel : + 352 46 46 44 33    fax : + 352 46 46 91 21
                -----------------------------------------------------------
```

To:    EHemsworth

cc:    Emmanuel KREMMER

Subject:    Statement position difference Fairfield Fund -URGENT-

Hello,

We have a difference between the holding position that you confirm and the holding position
that we have into our system.
So regarding the fund FAIRFIELD SIGMA LTD  (isin code : VG G3299V108 5), you confirm us one
position of 3974,26 shs on the holder ID  00120502 and an other position of 589,17 shs on the
holder ID 00108703.

But on our side the both positions are on the holder ID 00120502.

So I think, there was a mistake regarding the booking of our purchase of
589,17 shs.

Could you investigate on your side, because this trade should be booked on the account of BNP
Paribas Luxembourg,

Thanks for your help,

Best regards,

Geoffrey

This message and any attachments (the "message") is intended solely for the addressees and is
confidential.
If you receive this message in error, please delete it and immediately notify the sender. Any
use not in accord with its purpose, any dissemination or disclosure, either whole or partial,
is prohibited except formal approval. The internet can not guarantee the integrity of this
message.
BNP PARIBAS (and its subsidiaries) shall (will) not therefore be liable for the message if
modified.

                ---------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses destinataires et sont confidentiels.
Si vous recevez ce message par erreur, merci de le detruire et d'en avertir immediatement
l'expediteur. Toute utilisation de ce message non conforme a sa destination, toute diffusion
ou toute publication, totale ou partielle, est interdite, sauf autorisation expresse.
L'internet ne permettant pas d'assurer l'integrite de ce message, BNP PARIBAS (et ses

2

filiales) decline(nt) toute responsabilite au titre de ce message, dans l'hypothese ou il aurait ete modifie.

CONFIDENTIAL    ANWAR-CFSE-00517090

# Exhibit 13

Subject:    RE: TRANSFER IN FREE - 93,56 FAIRFILED SENTRY LTD VGG3299L1004

Dear Michele,

Please be informed that so far we have not yet received instructions from your
counterparty. We can only go ahead with this transfer upon instructions from the (current)
registered shareholder, (ING Private Bank
(Suisse)

They are required to complete and return the attached stock transfer form with authorized
signatories. Please also confirm if there will be a change of beneficial ownership upon
completion of this transfer. We also kindly request you to complete and return the
attached subscription document.

Regards,

Gregorie Nieuw




-----Original Message-----
From: michele.laroche@bnpparibas.com
[mailto:michele.laroche@bnpparibas.com]
Sent: Thursday, September 07, 2006 11:26 AM
To: AMS CFS Client Desk
Subject: TRANSFER IN FREE - 93,56 FAIRFILED SENTRY LTD VGG3299L1004

Hello

Our ACC id 00000018 - Holder Id 00108703 - Fund Id 03302

Could you confirm the credit of

 93,56  FAIRFILED SENTRY LTD  VGG3299L1004


The Stock Transfer Form has been sent on the 01th of September

Thanks and regards

Michèle Laroche

This message and any attachments (the "message") is intended solely for the addressees and
is confidential.
If you receive this message in error, please delete it and immediately notify the sender.
Any use not in accord with its purpose, any dissemination or disclosure, either whole or
partial, is prohibited except formal approval. The internet can not guarantee the
integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not therefore be liable for the message if
modified.

          ---------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses destinataires et sont
confidentiels. Si vous recevez ce message par erreur, merci de le detruire et d'en avertir

CONFIDENTIAL                                                              ANWAR-CFSE-00237406

immediatement l'expediteur. Toute utilisation de ce message non conforme a sa destination,
toute diffusion ou toute publication, totale ou partielle, est interdite, sauf
autorisation expresse. L'internet ne permettant pas d'assurer l'integrite de ce message,
BNP PARIBAS (et ses
filiales) decline(nt) toute responsabilite au titre de ce message, dans l'hypothese ou il
aurait ete modifie.

(See attached file: Fairfield Sentry.pdf) (See attached file: Fairfield Sentry Ltd short
form Oct 04.pdf)

CONFIDENTIAL                                                                ANWAR-CFSE-00237407



0 5 SEP. 2006

**CITCO FUND SERVICES (EUROPE)**
Citco Building, Naritaweg
165. NL-1043 BW Amsterdam

Luxembourg, august 4th 2006

O/REF : JFG
00 352 46 46 41 06

RE : Transfer of Fairfield shares

===============================================================================

Please find enclosed stock transfer forms signed by both parties.

Best regards

**Martine KIRSCH**

BNP PARIBAS LUXEMBOURG

BNP PARIBAS LUXEMBOURG - Société Anonyme - Siège Social : 10A Boulevard Royal, L-2093 Luxembourg
BNP PARIBAS LUXEMBOURG - Société Anonyme - Siège Social : 10A Boulevard Royal, L-2093 Luxembourg n° B 6754
Tél. : +352 46 46-1 - Fax : +352 46 46 9000 - Télex : 2332 A - Swift Code : BNPA LU LL - TVA : LU 113 801 59 - R.C.S. Luxembourg n° B 6754

CONFIDENTIAL                                                                    ANWAR-CFSE-00237408

# Exhibit 14

**Microsoft Outlook**

| | |
|---|---|
| **From:** | AMS CFS IRG 3 |
| **Sent:** | Wednesday, September 10, 2008 11:59 AM |
| **To:** | Brittany_EASEY@bnpparibas.com |
| **Cc:** | AMS CFS IRG 3; Fernandez, Maria João    (Citco) |
| **Subject:** | RE: FW: URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA FAIRFIELD LTD SHS INITIAL- BE |
| **Attachments:** | NGA ShrTransfer.pdf; NGA Fairfield Subdoc for transfers.pdf |

Dear Brittany,

Please find attached the sub doc and transfer form, as per your request.


Kind regards,
Maria Ibarra
Senior Investor Relations Officer

Investor Relations
Citco Fund Services
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 20 5722 195
Fax : +31 20 5722 610
Email: amscfsirg3@citco.com
Website: www.citco.com

**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao • Dublin •
Luxembourg • New York • San Francisco • Singapore • Sydney • Toronto

---

**From:** Brittany_EASEY@bnpparibas.com [mailto:Brittany_EASEY@bnpparibas.com]
**Sent:** Wednesday, September 10, 2008 11:54 AM
**To:** Fernandez, Maria João (Citco)
**Subject:** Re: FW: URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA FAIRFIELD LTD
SHS INITIAL- BE
**Importance:** High


Hello,

Thank you for your reply. Can you please send me a copy of the subscription document and transfer form you require
BNP to complete.
Thank you.

Regards,

CONFIDENTIAL                                    ANWAR-C-ESI-00509861

Brittany Easey
Project Administrator
BNP Paribas Securities Services
Liberte House, 19-23 La Motte Street
St. Helier, Jersey JE4 5RL
Tel: +44 (0) 1534 813927
Fax: +44 (0) 1534 849301
e-mail: brittany_easey@je.bnpparibas.com

**Internet**
**MFernandez@Citco.com**

09/09/2008 08:03

To  Brittany EASEY
cc  amscfsirg3@citco.com
Subject  FW: URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA
FAIRFIELD LTD SHS INITIAL- BE

Dear Brittany,

The below email came returned undelivered. I am resending it now. Please confirm receipt.

Kind regards
Joao

---

**From:** AMS CFS IRG 3
**Sent:** Friday, September 05, 2008 2:12 PM
**To:** Brittany_EASEY@bnpparibas.com
**Cc:** AMS CFS IRG 3; Fernandez, Maria João (Citco)
**Subject:** FW: URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA FAIRFIELD LTD SHS
INITIAL- BE

Dear Brittany,

Please find attached the completed documents.

Kind regards
Maria Ibarra
Senior Investor Relations Officer

Investor Relations
Citco Fund Services
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 20 5722 195
Fax : +31 20 5722 610
Email: amscfsirg3@citco.com
Website: www.citco.com

CONFIDENTIAL                                    ANWAR-C-ESI-00509862

**From:** Brittany_EASEY@bnpparibas.com [mailto:Brittany_EASEY@bnpparibas.com]
**Sent:** Wednesday, September 03, 2008 10:09 AM
**To:** AMS CFS IRG 3
**Subject:** RE: URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA FAIRFIELD LTD SHS
INITIAL- BE
**Importance:** High


Hello,

Can you please complete the below documents and return as soon as possible.
Thank you.



Regards,

Brittany Easey
Project Administrator
BNP Paribas Securities Services
Liberte House, 19-23 La Motte Street
St. Helier, Jersey JE4 5RL
Tel: +44 (0) 1534 813927
Fax: +44 (0) 1534 849301
e-mail: brittany_easey@je.bnpparibas.com



## Internet
**amscfsirg3@citco.com**          To Brittany EASEY

                              cc amscfsirg3@citco.com

02/09/2008 12:14          Subject RE: URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA FAIRFIELD LTD SHS INITIAL-
                              BE




Dear Brittany,

Please send us a copy of the attachments you first sent with below email. We have received and actioned so far for this
particular team (AMS CFS IRG3) the questionnaires for the following Funds: Fairfield Sentry, Fairfield Sigma, Fairfield
Redstone, Fairfield Baron, Fairfield Raven and Chester Global. However the one regarding NGA we cannot locate it.

Thank you in advance.

Kind regards
Joao

3

Maria João Fernandez
Account Manager

Citco Fund Services (Europe) B.V.
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
General phone: 0031 - 20 5722 850
Direct phone: 0031 - 20 5722 116
Fax: 0031 - 20 5722 610
Email: AMSCFSIRG3@citco.com
Website: www.citco.com

**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao •
Dublin • Luxembourg • New York • San Francisco • Singapore • Sydney • Toronto

http://www.citco.com/emaildisclaimer.htm

---

**From:** Brittany_EASEY@bnpparibas.com [mailto:Brittany_EASEY@bnpparibas.com]
**Sent:** Monday, September 01, 2008 3:27 PM
**To:** AMS CFS IRG 3
**Subject:** URGENT: Final Request- Harrier Holdings Ltd Re Registration- Citco, Amsterdam- NGA FAIRFIELD LTD SHS
INITIAL- BE
**Importance:** High

Good Morning / Afternoon

**IMPORTANT - THIS COMMUNICATION REQUIRES YOUR IMMEDIATE ATTENTION**

We write further to our previous communications with yourselves regarding the re registration of all Harrier Holdings Ltd
accounts into the new nominee name of BNP Paribas Securities Nominees Ltd.
We have recently contacted you on a number of occasions by either telephone, email, fax or post. According to our
records we have not recieved a response from yourselves regarding the necessary completion of documents.

We understand that all documents you receive from us need to be original certified copies and the legal documents must
be signed by Harrier authorised signatories. Please note you will receive the signed documents closer to the migration
date in addition to any application forms you would like completed. Please note **at present we are only collating data** in
preparation for the migration and your assistance is required to ensure we have the correct funds linked to the correct
administrators.

By **close of business today** we require you to:

- Complete and return the questionnaire document
- Complete the spreadsheet attached, simply confirming that you administer the funds listed on the spreadsheet by
  entering a YES or NO in column E. **We do not require any further information on these funds.**

The purpose of our previous communications was to provide you with prior notification of the re registration. As the
migration is only a few months away it is imperative that the attached documents are completed and are returned to us via
email to:

**bp2sukoffshore.cifre-registrationteam@bnpparibas.com**

If you need further clarification please contact one of our team listed below:

4

CONFIDENTIAL

ANWAR-C-ESI-00509864

Fran Le Breton          00 44 1534 813859
Geraldine Richardson        00 44 1534 813974
Brittany Easey          00 44 1534 813927
Nathalie O'Brien        00 44 1534 813927

Kind Regards

Harrier Re-Registration Team
BNP Paribas Securities Services
Liberte House, 19-23 La Motte Street
St.Helier, Jersey, JE4 5RL
Tel: 00 44 1534 813859
Fax: 00 44 1534 849301
Email: bp2sukoffshore.cifre-registrationteam@bnpparibas.com

This message and any attachments (the "message") is
intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and
immediately notify the sender. Any use not in accord with
its purpose, any dissemination or disclosure, either whole
or partial, is prohibited except formal approval. The internet
can not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not
therefore be liable for the message if modified.
Do not print this message unless it is necessary,
consider the environment.

    ----------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses
destinataires et sont confidentiels. Si vous recevez ce
message par erreur, merci de le detruire et d'en avertir
immediatement l'expediteur. Toute utilisation de ce
message non conforme a sa destination, toute diffusion
ou toute publication, totale ou partielle, est interdite, sauf
autorisation expresse. L'internet ne permettant pas
d'assurer l'integrite de ce message, BNP PARIBAS (et ses
filiales) decline(nt) toute responsabilite au titre de ce
message, dans l'hypothese ou il aurait ete modifie.
N'imprimez ce message que si necessaire,
pensez a l'environnement.

Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

CONFIDENTIAL                                                                ANWAR-C-ESI-00509865

# Exhibit 15

## Fernandez, Maria João (Citco)

| | |
|---|---|
| **From:** | louise.jarvis@je.bnpparibas.com |
| **Sent:** | Tuesday, August 28, 2007 9:54 AM |
| **To:** | AMS CFS IRG 3 |
| **Subject:** | Re: Fairfield Sentry SUB Harrier Holdings Limited a/c 306595 USD 2,000,000 - signature to be verified |
| **Attachments:** | RBSI Sig List 18.7.06.doc; A092509f6-4c71-46ab-ae17-85cee3d5b9ad.TIF |
| **Allocated to :** | JOAO |

Good Morning,

I can confirm the signatories are Ann Alderson and Elizabeth McCloskey.

Thank you for advising our order has been accepted.

Kind Regards,

Louise Jarvis
Team Manager, CIF Dealing Desk

BNP Paribas Securities Services
Liberte House, 19-23 La Motte Street, St Helier, Jersey JE4 5RL

Tel +44 1534 813922
Fax +44 1534 849306

Email: louise.jarvis@bnpparibas.com
or unittrustdealers@bnpparibas.com

-----"AMS CFS IRG 3" <amscfsirg3@citco.com> wrote: -----

To: "Jarvis, Louise (Institutional, RBSI, Jersey)" <Louise.Jarvis@rbsint.com>
From: "AMS CFS IRG 3" <amscfsirg3@citco.com>
Date: 08/27/2007 09:19AM
cc: "AMS CFS IRG 3" <amscfsirg3@citco.com>
Subject: Fairfield Sentry SUB Harrier Holdings Limited a/c 306595 USD 2,000,000 - signature to be verified

Dear Ms Jarvis,

Please confirm that the signature on the attached  subscription agreement is from Ms E. Mc Closkey as it looks different from that  on the signatures list we have on file (also attached for your  convenience).

Furthermore, please be advised that the subscription  has been approved by the Fund for the end of August dealing, this means that the  above amount must be received at the Fund's account no later than August 29,  2007.

Thank you in advance.

With kind regards
Joao

9/4/2007

CONFIDENTIAL                                    ANWAR-CFSE-00023245

Maria João Fernandez
Senior Investor Relations Officer

Citco Fund Services (Europe) B.V.
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
General phone: 0031 - 20 5722 850
Direct phone: 0031 - 20 5722 116
Fax: 0031 - 20 5722 610
Email: AMSCFSIRG3@citco.com
Website: www.citco.com
**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda •
Cayman • Cork • Curaçao • Dublin • Luxembourg • New York • San
Francisco • Sydney • Toronto

http://www.citco.com/emaildisclaimer.htm

**From:** Jarvis, Louise (Institutional, RBSI, Jersey) [mailto:Louise.Jarvis@rbsint.com]
**Sent:** Friday, February 09, 2007 2:07 PM
**To:** AMS CFS IRG 2
**Subject:** Harrier Holdings Limited Updated Signature List

Good Afternoon,

Please find attached as requested.

<<RBSI Sig List 18.7.06.doc>>

**Louise Jarvis**
**SSG Unit Trust Dealers**
**RBSI Custody Bank Ltd**
**Tel +44 1534 286118**
**Fax +44 1534 286078**
**Email   louise.jarvis@rbsint.com**
**Village ssgutdealers@rbsint.com**


**DISCLAIMER**

(1) This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than
the intended addressee, please return the message to the sender by replying to it and then delete the message from your
computer. This e-mail may also be legally privileged and any unauthorised use may be unlawful and result in civil and or
criminal proceedings being taken against you. Internet e-mails are not necessarily secure. **The Royal Bank of Scotland
International Limited, The Royal Bank of Scotland (Gibraltar) Limited, RBSI Custody Bank Limited, RBSI Fund
Administration Limited, RBSI Asset Management Limited, RBSI Fund Services (Guernsey) Limited, RBSI Trustee
Services (Guernsey) Limited and The Royal Bank of Scotland Trust Company (I.O.M.) Limited (the
"Companies")** do not accept responsibility for changes made to this message after it was sent.

If you have received this message in error please contact our IT helpdesk immediately on (+44) (0) 1534 285 268.

While all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its
systems or data. No responsibility is accepted by **the Companies** in this regard and the recipient should carry out such
virus and other checks as it considers appropriate.

9/4/2007

CONFIDENTIAL                                                           ANWAR-CFSE-00023246

(2) The Registered Offices and Business Addresses of the Companies are: -
**The Royal Bank of Scotland International Limited** Registered Office: 71 Bath Street, St Helier, Jersey, JE4 8PJ.
Isle of Man Business address: Royal Bank House, 2 Victoria Street, Douglas, Isle of Man, IM99 1NJ.
Guernsey Business address: Royal Bank Place, 1 Glategny Esplanade, St. Peter Port, Guernsey, GY1 2HS.
**The Royal Bank of Scotland (Gibraltar) Limited** Registered Office: 1 Corral Road, P.O. Box 766, Gibraltar.
**RBSI Custody Bank Limited** Registered Office: Royal Bank House, 71 Bath Street, St. Helier, Jersey JE4 8PJ.
Jersey Business address: Liberte House, 19-23 La Motte Street, St. Helier, Jersey, JE4 5RL.
Isle of Man Business address: Royal Bank House, 2 Victoria Street, Douglas, Isle of Man, IM99 1NJ.
Guernsey Business address: Royal Bank Place, 1 Glategny Esplanade, St. Peter Port, Guernsey, GY1 2HS.
**RBSI Asset Management Limited** & **RBSI Fund Administration Limited** Registered Office: Royal Bank House, 71
Bath Street, St. Helier, Jersey JE4 8PJ. **RBSI Fund Administration Limited** Business address: 19-23 La Motte Street,
St. Helier, Jersey JE4 5RL.
**RBSI Fund Services (Guernsey) Limited** Registered Office: Royal Bank Place, 1 Glategny Esplanade, St. Peter Port,
Guernsey, GY1 2HS.
**RBSI Trustee Services (Guernsey) Limited (RBSITS) trading as RBS International.** Registered office: Royal Bank
Place, 1 Glategny Esplanade, St. Peter Port, Guernsey, GY1 4BQ.
**The Royal Bank of Scotland Trust Company (I.O.M.) Limited trading as RBS International.** Registered office:
Royal Bank House, 2 Victoria Street, Douglas, Isle of Man, IM99 1NJ.

(3) Regulation
**The Royal Bank of Scotland International Limited** : -
Regulated by the Jersey Financial Services Commission for carrying on banking, insurance and investment business.
Licensed by the Isle of Man Financial Supervision Commission to conduct banking and investment business and the
Insurance and Pensions Authority in respect to general business.
Licensed under the Banking Supervision (Bailiwick of Guernsey) Law, 1994, the Protection of Investors (Bailiwick of
Guernsey) Law 1987, as amended and the Insurance Managers and Insurance Intermediaries (Bailiwick of Guernsey) Law
2002.
**RBSI Custody Bank Limited :-**
Regulated by the Jersey Financial Services Commission for carrying on banking and investment business.
Licensed by the Isle of Man Financial Supervision Commission to conduct banking and investment business.
Licensed under the Banking Supervision (Bailiwick of Guernsey) Law 1994 and the Protection of Investors (Bailiwick of
Guernsey) Law 1987, as amended.
**RBSI Asset Management Limited** and **RBSI Fund Administration Limited** are both regulated by the Jersey Financial
Services Commission.
**RBSI Fund Services (Guernsey) Limited** is licensed under the Protection of Investors (Bailiwick of Guernsey) Law 1987
to conduct Management, Administration, Promotion, Subscription, Registration and Dealing, in respect of Collective
Investment Schemes and General Securities and Derivatives.
**The Royal Bank of Scotland (Gibraltar) Limited** is licensed by the Gibraltar Financial Services Commission to transact
investment business (licence number FSC00159B) and under the Banking Ordinance of Gibraltar 1992.
**RBSI Trustee Services (Guernsey) Limited (RBSITS) trading as RBS International,** Regulated by the Guernsey
Financial Services Commission and licensed under the Protection of Investors (Bailiwick of Guernsey) Law, 1987, as
amended, and the Regulation of Fiduciaries, Administration Businesses and Company Directors, etc (Bailiwick of Guernsey)
Law, 2000, as amended.
**The Royal Bank of Scotland Trust Company (I.O.M.) Limited trading as RBS International,** Licensed by the Isle of
Man Financial Supervision Commission to conduct banking and investment business.

(4) This e-mail facility is provided by **the Companies**, which are members of The Royal Bank of Scotland Group.

------------------------------------------------------------------------------
BNP Paribas Securities Services Custody Bank Limited is regulated by the
Jersey Financial Services Commission to carry on deposit-taking business
under the Banking Business (Jersey) Law 1991, as amended, and in the
carrying on of investment business.

BNP Paribas Securities Services Fund Administration Limited is regulated
by the Jersey Financial Services Commission in the carrying on of Trust
Company Business.

The BNP Paribas Securities Services (Holdings) Limited also includes BNP
Paribas Securities Services Trust Company (Jersey) Limited , BNP Paribas
Securities Services Trust Company Limited , BNP Paribas Securities
Services AM Limited , MAMCO Nominees (Jersey) Limited , Bath Street
Nominees Limited and Harrier Holdings Limited

The above mentioned companies are registered at Liberte House, 19-23 La
Motte Street, St Helier, Jersey, JE2 4SY.

BNP Paribas Jersey Branch is regulated by the Jersey Financial Services

9/4/2007

CONFIDENTIAL                                                                    ANWAR-CFSE-00023247

Commission to carry on deposit-taking business under the Banking Business (Jersey) Law 1991, as amended, in the carrying on of investment business. Registered Office: BNP House, Anley Street, St Helier, Jersey, JE4 8RD

BNP Paribas Jersey Trust Corporation Limited and BNP Paribas Fund Services (Jersey) Limited are regulated by the Jersey Financial Services Commission in the carrying on of Trust Company Business. Registered Office: BNP House, Anley Street, St Helier, Jersey, JE2 3QE

9/4/2007

CONFIDENTIAL

# Exhibit 16

**From:** AMS CFS IRG 3
**Sent:** Tuesday, March 04, 2008 4:19 PM
**To:** 'MICHAEL.BIGGS@OMIADMIN.COM'
**Cc:** AMS CFS IRG 3
**Subject:** FW: Fairfiled Sentry Fund Ltd

FYI

---

**From:** AMS CFS IRG 3
**Sent:** Tuesday, March 04, 2008 3:39 PM
**To:** 'unittrustdealers@je.bnpparibas.com'
**Cc:** AMS CFS IRG 3
**Subject:** RE: Fairfiled Sentry Fund Ltd

Dear Marta,

Regarding the subscription of USD 750,000.- on behalf of Harrier Holdings Limited a/c 306595, please note that we are missing the subscription agreement.

Please find attached this document, fill and duly sign and send it to us at your earliest convenience.


Kind regards
Maria Ibarra
Senior Investor Relations Officer

Investor Relations
Citco Fund Services
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 20 5722 195
Fax : +31 20 5722 610
Email: amscfsirg3@citco.com
Website: www.citco.com

**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao • Dublin • Luxembourg • New York • San Francisco • Sydney • Toronto

---

**From:** AMS CFS IRG 3
**Sent:** Tuesday, February 19, 2008 8:53 AM
**To:** 'unittrustdealers@je.bnpparibas.com'
**Cc:** AMS CFS IRG 3
**Subject:** RE: Fairfiled Sentry Fund Ltd

Dear Marta,

3/14/2008

CONFIDENTIAL                                                       ANWAR-CFSE-00028025

Please note that on Friday 15th we received a cancellation request of the below subscription, so the trade has been deleted from our system.

Please confirm.


Kind regards
Maria Ibarra
Senior Investor Relations Officer

Investor Relations
Citco Fund Services
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 20 5722 195
Fax : +31 20 5722 610
Email: amscfsirg3@citco.com
Website: www.citco.com

**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao • Dublin • Luxembourg • New York • San Francisco • Sydney • Toronto

---

**From:** unittrustdealers@je.bnpparibas.com [mailto:unittrustdealers@je.bnpparibas.com]
**Sent:** Monday, February 18, 2008 12:33 PM
**To:** AMS CFS IRG 3
**Subject:** Fairfiled Sentry Fund Ltd

Good Afternoon

Please could you kindly provide us with the confirmation of the deal forward top you via fax on Friday 15/02/08 to placed Subscription for :

FAIRFIELD SENTRY LTD
AMOUNT:      USD 100,000.00
DESIGNATION: 306596
FOR HARRIER HOLDINGS LIMITED

payment valuated for 22/02/08


Please could you kindly provide us with the trade date and when we can expecting Contract Note?

Please do not hesitate to contact us if you are require more information .


Many Thanks

Kind regards
Marta Neubauer
CIF Dealing Desk

BNP Paribas Securities Services
Liberte House, 19-23 La Motte Street

3/14/2008

CONFIDENTIAL                                                          ANWAR-CFSE-00028026

St Helier, Jersey JE4 5RL

Louise Jarvis +44 1534 813922
Alison Canham +44 1534 813958
Josie Wilson +44 1534 813981
Marta Neubauer +44 1534 813959
Chris Wynn +44 1534 813960

Fax +44 1534 849306

Email: unittrustdealers@bnpparibas.com

----------------------------------------------------------------------------

BNP Paribas Securities Services Custody Bank Limited is regulated by the
Jersey Financial Services Commission to carry on deposit-taking business
under the Banking Business (Jersey) Law 1991, as amended, and in the
carrying on of investment business.

BNP Paribas Securities Services Fund Administration Limited is regulated
by the Jersey Financial Services Commission in the carrying on of Trust
Company Business.

The BNP Paribas Securities Services (Holdings) Limited also includes BNP
Paribas Securities Services Trust Company (Jersey) Limited , BNP Paribas
Securities Services Trust Company Limited , BNP Paribas Securities
Services AM Limited , MAMCO Nominees (Jersey) Limited , Bath Street
Nominees Limited and Harrier Holdings Limited

The above mentioned companies are registered at Liberte House, 19-23 La
Motte Street, St Helier, Jersey, JE2 4SY.

BNP Paribas Jersey Branch is regulated by the Jersey Financial Services
Commission to carry on deposit-taking business under the Banking Business
(Jersey) Law 1991, as amended, in the carrying on of investment business.
Registered Office: BNP House, Anley Street, St Helier, Jersey, JE4 8RD

BNP Paribas Jersey Trust Corporation Limited and BNP Paribas Fund
Services (Jersey) Limited  are regulated by the Jersey Financial Services
Commission in the carrying on of Trust Company Business. Registered
Office: BNP House, Anley Street, St Helier, Jersey, JE2 3QE

Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

The contents of this message and any attachments are confidential and are intended solely for the attention
and use of the addressee only. Information contained in this message may be subject to legal, professional
and other privilege or may otherwise be protected by their legal rules.

This message should not be copied or forwarded to any other person without the express permission of the
sender. If you are not the intended recipient you are not authorised to disclose, copy, distribute or retain this
message or any part of it. If you have received this message in error, please notify the sender by telephone
(44-1481-726726) delete and destroy the original message.

3/14/2008

                                                    ANWAR-CFSE-00028027

We reserve the right to lawfully monitor all e-mail messages passing through our network.

Old Mutual International (Guernsey) Limited is a private company limited by shares, incorporated in Guernsey with Registered No: 2424.

Its registered office and principle place of business is situated at Fairbairn House, Rohais, St Peter Port, Guernsey. Old Mutual Fund Managers (Guernsey) Limited is a private company limited by shares, incorporated in Guernsey with Registered No: 13139

Old Mutual Guernsey is a branch of Old Mutual Life Assurance Company (South Africa) Limited.

Old Mutual Life Assurance Company (South Africa) Limited is a limited liability company incorporated in South Africa under Registration No: 99/04643/06. Its registered office is situated at Mutual Park, Jan Smuts Drive, Pinelands, Cape Town, South Africa

3/14/2008

CONFIDENTIAL

ANWAR-CFSE-00028028