UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

Upon consideration of the Motion to File Under Seal the Stipulation (the "Stipulation") by BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private (the "BNPP Defendant") pursuant to Local Bankruptcy Rules 9018-1, it is hereby:

**ORDERED**, that the motion to seal be and hereby is **GRANTED**;

**ORDERED**, that the BNPP Defendant may file a sealed version of the Stipulation, without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the documents, or any part thereof;

**ORDERED**, that the Liquidators for Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (In Liquidation) will also have access to the Stipulation filed under seal;

**ORDERED**, that the Stipulation will be under seal for the duration of this Action; and

**ORDERED**, that the BNPP Defendant will retrieve the Stipulation at the final disposition of the Action.

\