UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 11-03636 (CGM) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that, consistent with the order of the Court at the October 19, 2022 conference, Plaintiffs and Defendant Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg) ("BIL") have scheduled a Rule 30(b)(6) deposition of BIL's corporate representative on December 14, 2022.

**PLEASE TAKE FURTHER NOTICE** that the hearing regarding the parties' dispute, which was previously scheduled for December 14, 2022, has been adjourned to January 18, 2023, at 10 a.m. before the Honorable Cecelia G. Morris, United States Bankruptcy Judge.

Dated: New York, New York  
December 12, 2022

Respectfully submitted,

By: */s/ David Elsberg*  
SELENDY GAY ELSBERG PLLC  
David Elsberg  
Lena Konanova  
David S. Flugman  
Joshua S. Margolin  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: 212-390-9000  
delsberg@selendygay.com  
dflugman@selendygay.com  
lkonanova@selendygay.com  
jmargolin@selendygay.com

-and-

BROWN RUDNICK LLP  
David J. Molton  
Marek P. Krzyzowski  
Seven Times Square  
New York, New York 10036  
Telephone: 212-209-4800  
dmolton@brownrudnick.com  
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs*

- and -

By: */s/ Jeff E. Butler*  
CLIFFORD CHANCE US LLP  
Jeff E. Butler  
31 West 52nd Street  
New York, New York 10019  
Telephone: 212-878-8000  
jeff.butler@cliffordchance.com

*Attorney for Defendant Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg)*