UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 11-03636 (CGM) |

## [PROPOSED] SCHEDULING ORDER FOR THE LIQUIDATORS' RULE 37 MOTION

**IT IS HEREBY ORDERED,** based on the agreement of counsel for Plaintiffs and Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg) ("BIL"), that:

1. Plaintiffs may file a motion for sanctions against BIL under Rule 37 (the "Sanctions Motion") on or before <u>January 11, 2023</u>;

2. BIL's opposition to the Sanctions Motion shall be filed on or before <u>February 1, 2023</u>;

3. Plaintiffs' reply in further support of their Sanctions Motion shall be filed on or before February 8, 2023; and

4. The Court will hear argument on the Sanctions Motion at the February 15, 2023 omnibus hearing, or on such other date as the Court orders.