**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,<br><br>    Plaintiffs,<br>-against-<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss, with prejudice and without costs, those claims asserted in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against Liechtensteinische Landesbank AG, sued here as Liechtensteinische LB Reinvest AMS ("LLB"). For the avoidance of doubt, the Adversary Proceeding involves multiple defendants other than LLB, and this notice of dismissal dismisses claims against LLB, and only LLB, in their entirety. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than LLB or claims against LLB in any other action. LLB is dismissed from the Adversary Proceeding, and the Clerk of Court is directed to amend the caption by deleting LLB's name therefrom.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
January 10, 2023

By: */s/ David J. Molton*

    David J. Molton
    Marek P. Krzyzowski
    **BROWN RUDNICK LLP**
    7 Times Square
    New York, NY 10036
    T: (212) 209-4800
    F: (212) 209-4801
    dmolton@brownrudnick.com
    mkrzyzowski@brownrudnick.com

    – and –

    **SELENDY GAY ELSBERG PLLC**
    David Elsberg
    Lena Konanova
    1290 Avenue of the Americas
    New York, NY 10104
    T: (212) 390-9000
    delsberg@selendygay.com
    lkonanova@selendygay.com

    *Attorneys for Plaintiffs*