Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Joshua S. Margolin
Partner
212.390.9022
jmargolin@selendygay.com

January 11, 2023

**<u>Via ECF</u>**

Hon. Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601-3315

Re:     ***In re Fairfield Sentry Ltd (In Liquidation),*** **Case Nos. 10-3626, 10-3627, 10-3635, 10-3636, 11-1579, 11-1617, 12-1551**

Dear Judge Morris:

We write on behalf of the Fairfield Liquidators, jointly with defendants BGL BNP Paribas S.A. (*f/k/a* BNP Paribas Luxembourg SA), BNP Paribas Securities Services Luxembourg, BNP Paribas (Suisse) SA (*f/k/a* BNP Paribas (Suisse) SA Ex Fortis and BNP Paribas (Suisse) SA Private), BNP Paribas Fortis (*f/k/a* Fortis Bank SA/NV), BNP Paribas Securities Nominees Ltd. (*a/k/a* Harrier Holdings Ltd.), and BNP Paribas España (*f/k/a* Fortis Bank (España)) (collectively, the "<u>BNP Defendants</u>"); and Banque Internationale à Luxembourg SA (*f/k/a* Dexia Banque Internationale à Luxembourg) ("<u>BIL</u>") to update the Court regarding the parties' Rule 37 sanctions briefing.

The parties seek additional time to prepare their papers for briefing and address certain outstanding confidentiality and discovery issues ahead of the requested January 11, 2023 deadline for filing opening briefs.[1]  The parties have conferred and have agreed upon the proposed briefing schedule for the Liquidators' motion for sanctions under Rule 37.

The parties respectfully request that the Court remove the February 15, 2023 hearing on these issues, schedule a hearing on the briefs for March 15, 2023, and enter the attached proposed and amended scheduling order.

Respectfully submitted,

*/s/Joshua S. Margolin*

Joshua S. Margolin

---

[1] *See* 10-ap-3626, ECF 155; 10-ap-3627, ECF 235; 10-ap-3635, ECF 981, 988; 10-ap-3636, ECF 1064, 1071; 11-ap-1579, ECF 147; 11-ap-1617, ECF 143.