# Exhibit 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>          Debtor in Foreign<br>          Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>BGL BNP PARIBAS SA, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03626 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03627 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03635 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG, et al., <br><br> Defendants. | Adv. Pro. No. 11-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS SECURITIES NOMINEES LTD., et al., <br><br> Defendants. | Adv. Pro. No. 11-01579 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS FORTIS, et al., <br><br> Defendants. | Adv. Pro. No. 11-01617 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS ESPAÑA, et al., <br><br> Defendants. | Adv. Pro. No. 12-01551 (CGM) |

### [PROPOSED] AMENDED SCHEDULING ORDER FOR THE LIQUIDATORS' RULE 37 MOTIONS

**WHEREAS,** on November 17, 2022, the Court entered an agreed scheduling order concerning Rule 37 motions for sanctions in connection with a claim of spoliation for Plaintiffs and defendants BGL BNP Paribas S.A. (*f/k/a* BNP Paribas Luxembourg SA), BNP Paribas Securities Services Luxembourg, BNP Paribas (Suisse) SA (*f/k/a* BNP Paribas (Suisse) SA Ex Fortis and BNP Paribas (Suisse) SA Private), BNP Paribas Fortis (*f/k/a* Fortis Bank SA/NV), BNP Paribas Securities Nominees Ltd. (*a/k/a* Harrier Holdings Ltd.), and BNP Paribas España (*f/k/a* Fortis Bank (España)) (collectively, the "BNP Defendants");

**WHEREAS,** on December 23, 2022, Plaintiffs and defendant Banque Internationale à Luxembourg SA (*f/k/a* Dexia Banque Internationale à Luxembourg) ("BIL") submitted a proposed scheduling order for a Rule 37 motion for sanctions;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** based on the agreement of counsel for Plaintiffs, the BNP Defendants, and BIL that:

1.    The Liquidators may file motions for sanctions against the respective BNP Defendants and BIL under Rule 37 (the "Sanctions Motions") on or before January 20, 2023;

2.    The BNP Defendants' and BIL's oppositions to the Sanctions Motions shall be filed on or before February 22, 2023;

3.    The Liquidators' replies in further support of their Sanctions Motions shall be filed on or before March 8, 2023;

4.    The Court will hear argument on the Sanctions Motions at the March 15, 2023 omnibus hearing, or on such other date as the Court orders; and,

5.      Prior scheduling orders concerning Plaintiffs' Rule 37 motion briefing with the

BNP Defendants are modified to the extent inconsistent with the provisions herein.