**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No: 10-13164 (CGM)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,**<br><br>    Plaintiffs,<br><br>-against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>    Defendants. | **Adv. Pro. No. 10-03635 (CGM)** |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss, with prejudice and without costs, those claims asserted in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against IHAG Handelsbank AG n/k/a Privatbank IHAG Zürich AG ("IHAG"). For the avoidance of doubt, the Adversary Proceeding involves multiple defendants other than IHAG, and this notice of dismissal dismisses claims against IHAG, and only IHAG, in their entirety. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than IHAG or claims against IHAG in any other action.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
January 12, 2023

By: */s/ David J. Molton*

David J. Molton
Marek P. Krzyzowski
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

– and –

**SELENDY GAY ELSBERG PLLC**
David Elsberg
Lena Konanova
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com


*Attorneys for Plaintiffs*