# MEMORANDUM OF LAW IN SUPPORT OF THE LIQUIDATORS' MOTION FOR SANCTIONS UNDER RULE 37(e) AGAINST BANQUE INTERNATIONALE À LUXEMBOURG SA

# FILED UNDER PENDING MOTION TO SEAL