# Exhibit 1
# Filed Under Seal

# Exhibit 2
# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 3-1

# Filed Under Seal

# Exhibit 4
# Filed Under Seal

# Exhibit 4-1
# Filed Under Seal

# Exhibit 4-2
# Filed Under Seal

# Exhibit 5
# Filed Under Seal

# Exhibit 6
# Filed Under Seal