# Exhibit 9

# Tony Russo

**From:** Meredith.George@CliffordChance.com
**Sent:** Thursday, January 19, 2023 8:04 PM
**To:** David Flugman; Vivek Tata; MKrzyzowski@brownrudnick.com; KDorso@brownrudnick.com
**Cc:** Tony Russo; Jeff.Butler@CliffordChance.com
**Subject:** RE: [EXT] RE: Fairfield Sentry Ltd. (in Liquidation) v. ABN AMRO Schweiz AG, Adv. Pro. Nos. 10-03635(CGM) & 10-03636(CGM) (S.D.N.Y. Bankr.)

David,

Please find the relevant information for the emails being withheld as privileged, referenced by Mr. Dewitte at his deposition.

| Document | Date | To | From | CC | Subject | Applicable Privilege |
|---|---|---|---|---|---|---|
| 1 | Sep. 20, 2010 | Herman Dewitte; Jean-Marc Van Oldeneel | Jeannot Reiter | Fernand Kimmes; Christiane Schon; Edwin Lardot; Philippe Talko; Catherine Mathieu; O-S Network Management | Fairfield clawback action | Attorney-Client Privilege; Work Product |
| 2 | Sep. 14, 2010 | Herman Dewitte | Jeannot Reiter | Christiane Schon; Customercare Brokerage; Jean-Marc Van Oldeneel; Xavier Derivaux; O-S Network Management; Philippe Talko | Fairfield clawback action | Attorney-Client Privilege; Work Product |

Best,
Meredith

Meredith George
Associate
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Direct Dial: +1 (212) 878-8163
Mobile: +1 (917) 680-2419
meredith.george@cliffordchance.com
**See our Firm's call to action for racial equality here**

1