# Exhibit 10
# Filed Under Seal

# Exhibit 11
# Filed Under Seal

# Exhibit 11-1
# Filed Under Seal

# Exhibit 12

# Filed Under Seal

# Exhibit 12-1
# Filed Under Seal