# Exhibit 14

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## DEFENDANT BANQUE INTERNATIONALE À LUXEMBOURG SA'S INITIAL DISCLOSURES

Defendant Banque Internationale à Luxembourg SA ("BIL"), formerly known as Dexia Banque Internationale à Luxembourg SA, hereby makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

BIL is a bank organized under the laws of Luxembourg and is not subject to personal jurisdiction in the United States either generally or with respect to the specific claims asserted in these actions. Pursuant to the schedule directed by the Court, BIL intends to move to dismiss these actions for lack of personal jurisdiction on or before October 29, 2021. Merits discovery with respect to BIL is accordingly premature.

BIL will supplement these initial disclosure as necessary in the event the Court finds that BIL is subject to personal jurisdiction.

Dated: New York, New York
October 28, 2021

CLIFFORD CHANCE US LLP

By: _____
Jeff E. Butler

31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
jeff.butler@cliffordchance.com

*Attorneys for Defendant Banque Imternationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA*