# Exhibit 19

# Filed Under Seal

# Exhibit 20
# Filed Under Seal

# Exhibit 21
# Filed Under Seal