# MEMORANDUM OF LAW IN SUPPORT OF THE LIQUIDATORS' MOTION FOR SANCTIONS UNDER RULE 37(e) AGAINST BNP PARIBAS (SUISSE) SA

# FILED UNDER PENDING MOTION TO SEAL