# Exhibit 4
# Filed Under Seal

# Exhibit 5
# Filed Under Seal

# Exhibit 6
# Filed Under Seal

# Exhibit 6-1
# Filed Under Seal

# Exhibit 6-2
# Filed Under Seal

# Exhibit 7
# Filed Under Seal

# Exhibit 8

# Filed Under Seal

# Exhibit 8-1
# Filed Under Seal

# Exhibit 9
# Filed Under Seal

# Exhibit 10
# Filed Under Seal