UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>　　　　Debtor in Foreign Proceedings. | Chapter 15 Case<br>Case No. 10-13164 (CGM)<br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>　　　　Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG, et al.,<br>　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>　　　　Plaintiffs,<br>v.<br>ABN AMRO SCHWEIZ AG, et al.,<br>　　　　Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**ORDER GRANTING MOTION TO FILE UNDER SEAL
MOTION FOR SANCTIONS AND CERTAIN EXHIBITS**

Upon consideration of the Parties' Joint Motion to File Under Seal Motion for Sanctions and Certain Exhibits dated January 20, 2023 (the "Sealing Motion"), pursuant to Local Bankruptcy Rule 9018-1, it is hereby:

**ORDERED**, that the Sealing Motion be and hereby is **GRANTED**; and

**ORDERED**, that the Parties may file the sealed material with the Clerk of Court through electronic means, such as a secure USB drive.

This Order is without prejudice to the rights of any party in interest to seek to unseal the sealed material, or any portion thereof.