Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

\selendy
\gay
\elsberg

David S. Flugman
Partner
212.390.9052
dflugman@selendygay.com

February 17, 2023

**Via ECF**

Hon. Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601-3315

Re:    *In re Fairfield Sentry Ltd. (In Liquidation),* **Adversary Proceeding Nos. 10-
        3635, 10-3636**

Dear Judge Morris:

        We write on behalf of the Fairfield Liquidators to update the Court regarding the
Liquidators' motion for sanctions ("Sanctions Motion") against Banque Internationale à
Luxembourg SA (*f/k/a* Dexia Banque Internationale à Luxembourg) ("BIL"), filed in the
above-referenced actions on January 20, 2023.  *See* 10-ap-3635, Dkt. 1000-1; 10-ap-3636,
Dkt. 1083-1.  The Liquidators submitted their Sanctions Motion subject to a pending Joint
Motion to Seal filed concurrently therewith.

        In their Joint Motion to Seal, the parties requested that the Court seal the Sanctions
Motion and several accompanying exhibits pursuant to the Protective Orders in these cases,
because the Sanctions Motion referred to two types of "Confidential" material: *first*,
documents designated "Confidential" by the producing party, and *second*, the transcript of
the Rule 30(b)(6) deposition (the "Deposition Transcript"), taken on December 14, 2022,
because the Sanctions Motion was filed within the window during which the transcript was
treated as presumptively "Confidential" under the terms of the protective orders entered in
these cases.  10-ap-3635, Dkt. 849 ¶ 9; 10-ap-3636, Dkt. 918 ¶ 9.  The period during which
the Deposition Transcript was to be treated as presumptively "Confidential" expired on
January 23, 2023, without either party designating any portion of the transcript
"Confidential."

        On February 16, 2023, the Liquidators notified counsel for BIL of their intent to
contact the Court and provided a version of the Deposition Transcript that it proposed to
submit to the Court that redacts only testimony relating to documents that had been
designated as Confidential.  Counsel for BIL requested that one additional portion of
testimony be designated as Confidential and redacted from the publicly-filed version of the
deposition transcript.  Reserving all rights to later challenge all of the confidentiality

Hon. Cecilia G. Morris
February 17, 2023

designations, the Liquidators agreed to BIL's request.  Both parties thus agree that there is no longer a need for the entirety of the Sanctions Motion or the Deposition Transcript to be maintained under seal.

Accordingly, the Liquidators submit as Exhibit A herewith a copy of the Liquidators' Sanctions Motion with redactions relating only to documents and testimony designated by BIL or third parties as "Confidential."  The Liquidators also submit as Exhibit B herewith a copy of the Deposition Transcript, with redactions relating only to documents and testimony designated by BIL or third parties as "Confidential."

Respectfully submitted,

David S. Flugman