FILED: NEW YORK COUNTY CLERK 04/19/2010
NYSCEF DOC. NO. 1
INDEX NO. 650277/2010
RECEIVED NYSCEF: 04/19/2010

10-03635-jpm   Doc 1005-1   Filed 02/22/23   Entered 02/22/23 17:37:24   Exhibit 1
Summons with Notice   Pg 1 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED,                          :
FAIRFIELD SIGMA LIMITED,                           :
FAIRFIELD LAMBDA LIMITED,                          :  Index No.
                                                   :
                                    Plaintiffs,    :
              -against-                            :
                                                   :  **SUMMONS WITH NOTICE**
CITCO GLOBAL CUSTODY NV, CITCO GLOBAL              :
CUSTODY (NA) NV, BENEFICIAL OWNERS OF              :
THE ACCOUNTS HELD IN THE NAME OF CITCO             :
GLOBAL CUSTODY NV 1-1000, and BENEFICIAL           :
OWNERS OF THE ACCOUNTS HELD IN THE                 :
NAME OF CITCO GLOBAL CUSTODY (NA) NV 1-            :
1000,                                              :
                                                   :
                                    Defendants.    :
-----------------------------------------------------------------X

To:   CITCO GLOBAL CUSTODY NV
      2600 CORK AIRPORT BUSINESS PARK
      KINSALE ROAD
      CORK, IRELAND

      CITCO GLOBAL CUSTODY (NA) NV
      2600 CORK AIRPORT BUSINESS PARK
      KINSALE ROAD
      CORK, IRELAND

      CITCO GLOBAL CUSTODY NV
      TELESTONE 8 – TELEPORT
      NARITAWEG 165
      AMSTERDAM, 1043 BW
      NETHERLANDS

      BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
      CITCO GLOBAL CUSTODY NV 1-1000
      C/O CITCO GLOBAL CUSTODY NV
      2600 CORK AIRPORT BUSINESS PARK
      KINSALE ROAD
      CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY NV 1-1000
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY (NA) NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY (NA) NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

You are hereby summoned and required to serve upon plaintiffs' attorney, at the address stated below, a notice of appearance or demand for a complaint.

If this summons was personally served upon you in the State of New York, your notice of appearance or demand for a complaint must be served within twenty (20) days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, your notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete, as provided by law.

The nature of this action is for mistake and restitution based on payments made by plaintiffs Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (collectively, the "Plaintiffs") to Defendants from and after April 20, 2004. Plaintiffs seek damages in the amount of all such mistaken payments, believed to exceed $654 million, restitution of amounts paid by mistake and/or such other contractual and equitable remedies as

are available to it under law. Plaintiffs' claims arise out of payments made to Defendants in respect of interests in the shares of the Plaintiffs.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of $654,828,810.60, in addition to any applicable interest and the costs and disbursements associated with this action.

The action will be heard in the Supreme Court of the State of New York, County of New York. The basis of venue is the designation by Plaintiffs pursuant to CPLR 503(a).

Dated: New York, New York
April 19, 2010

> BROWN RUDNICK LLP
>
> By: *David Molton / KA*
> David Molton, Esq.
> Seven Times Square
> New York, New York 10036
> Telephone: (212) 209-4800
> Facsimile: (212) 209-4801
> dmolton@brownrudnick.com
> *Counsel for Plaintiffs*