FILED: NEW YORK COUNTY CLERK 04/20/2010
NYSCEF DOC. NO. 1
INDEX NO. 650316/2010
RECEIVED NYSCEF: 04/20/2010

10-03635-jpm    Doc 1005-2    Filed 02/22/23    Entered 02/22/23 17:37:24    Exhibit 2-
Summons with Notice    Pg 1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED,

          Index No.

       Plaintiff,

  -against-        **SUMMONS WITH NOTICE**

BENEFICIAL OWNERS OF THE ACCOUNTS HELD
IN THE NAME OF CGC (NA) 1-1000,

       Defendants.
---------------------------------------------------------------X

To: BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
   CGC (NA) 1-1000
   C/O CGC (NA)
   CITCO GLOBAL SECURITIES SERVICES LTD
   2600 CORK AIRPORT BUSINESS PARK
   KINSALE ROAD
   CORK, IRELAND

  You are hereby summoned and required to serve upon plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint.

  If this summons was personally served upon you in the State of New York, your notice of appearance or demand for a complaint must be served within twenty (20) days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, your notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete, as provided by law.

  The nature of this action is for mistake and restitution based on payments made by plaintiff Fairfield Sentry Limited ("Plaintiff") to Defendants from and after April 21, 2004. Plaintiff seeks damages in the amount of all such mistaken payments, believed to exceed $38.2 million, restitution of amounts paid by mistake and/or such other contractual and equitable

remedies as are available to it under law. Plaintiff's claims arise out of payments made to Defendants in respect of interests in the shares of the Plaintiff.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of $38,257,152.53, in addition to any applicable interest and the costs and disbursements associated with this action.

The action will be heard in the Supreme Court of the State of New York, County of New York. The basis of venue is the designation by Plaintiff pursuant to CPLR 503(a).

Dated: New York, New York
April 20, 2010

BROWN RUDNICK LLP

By: _____
David Molton, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
*Counsel for Plaintiffs*