FILED: NEW YORK COUNTY CLERK 08/17/2010
NYSCEF DOC. NO. 5
INDEX NO. 650277/2010
RECEIVED NYSCEF: 08/17/2010

10-03635-jpm    Doc 1005-3    Filed 02/22/23    Entered 02/22/23 17:37:24    Exhibit 3.
Amended Summons with Notice    Pg 1 of 16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED,                    :
FAIRFIELD SIGMA LIMITED,                     :
FAIRFIELD LAMBDA LIMITED,                    :     Index No. 650277/2010
                                             :
                              Plaintiffs,    :
                                             :
            -against-                        :     **AMENDED SUMMONS**
                                             :     **WITH NOTICE**
ABN AMRO SCHWEIZ AG, ADLER AND CO            :
PRIVATBANK AG, ALLIANZBANK                   :
SPA/UNIFORTUNE CONSERVATIVE SIDE             :
POCKET, ALTERNATIVE INVESTMENT               :
STRATEGIES, ARSENAL SPC, ARSENAL SPC OBO     :
GLASGOW SEG PORT, BANCA ARNER SA, BANCA      :
UNIONE DI CREDITO, BANK HAPOALIM             :
SWITZERLAND LTD., BANK JULIUS BAER & CO.     :
LTD., BANK SARASIN & CIE, BANQUE             :
CANTONALE VAUDOISE, BANQUE CRAMER &          :
CIE SA, BANQUE SAFDIE SA, BARCLAY'S BANK     :
PLC SINGAPORE WEALTH, BBH LUX GUARDIAN       :
II, BBH LUX REF FAIRFIELD GRN, BBVA (SUISSE) :
SA, BCV AMC DEFENSIVE AL FUND, BNP           :
PARIBAS (SUISSE) SA, BNP PARIBAS (SUISSE) SA :
EX FORTIS, BNP PARIBAS (SUISSE) SA PRIVATE,  :
BSI AG, BSI EX BANCA DEL GOTTARDO, CACEIS    :
BANK LUXEMBOURG, CBB (BVI)/ THE ALKIMA       :
FUND, CBT GEMS LOW VOL REG, COMPAGNIE        :
BANCAIRE HELVETIQUE, CENTRUM BANK AG         :
(AMS), FIDULEX MANAGAMENT INC, CLARIDEN      :
LEU LTD., CORNER BANCA SA, CREDIT SUISSE     :
AG ZUIRCH, DEXIA BANQUE INTERNATIONAL A      :
LUXEMBOURG, DRESDNER BANK SCHWEIZ, EFG       :
BANK SA SWITZERLAND, EFG EUROFINANCIER       :
D'INVEST MCL, ENDURANCE ABSOLUTE LTD.        :
MASTER, FAIRFIELD INVESTMENT GCI,            :
FAIRFIELD INVESTMENT FUND LTD., FAIRFIELD    :
MASTERS LTD., FALCON PRIVATE BANK, FCL IFP   :
GLOBAL DIVERSIFIED CLS, FIF ADVANCED LTD.,   :
FINTER BANK ZUIRCH, HARMONY CAPITAL          :
FUND LTD., IHAG HANDELSBANK AG, INCORE       :
BANK AG, JP MORGAN (SUISSE) SA, KARLA        :
MULTISTRATEGIES LTD., KBC INVESTMENTS        :
LTD., LGT BANK IN LIECHTENSTEIN AG,          :
LIECHTENSTEINISCHE LB REINVEST AMS,          :
LLOYDS TSB BANK GENEVA, LOMBARD ODIER

| | |
|---|---|
| DARIER HENTSCH & CIE, LONGBOAT LTD., | : |
| MASTER CAPITAL AND HEDGE FUND, NBK | : |
| BANQUE PRIVEE SUISSE SA, PICTET & CIE, PKB | : |
| PRIVATBANK AG, PRIVATE SPACE LTD., | : |
| QUASAR FUNS SPC, RBC DEXIA INVESTOR | : |
| SERVICE JULIUS BAER SICAV, RBS COUTTS | |
| BANK LTD., RICHOURT AAA MULTISTRATEGIES, | : |
| ROTHSCHOLD BANK AG ZURICH (DUBLIN), | : |
| ROTHSCHILD BANK GENEVA (DUBLIN), | : |
| ROTHSCHILD LUGANO DUBLIN, SELLA BANK | : |
| AG, SIS SEEGANINTERSETTLE, SIX SIS LTD., | : |
| SOCIETE GENERALE BANK & TRUST, | : |
| SOUNDVIEW FUND, SPRINGER FUND OF FUNDS | : |
| LTD., SWISSCANTO FD CENTRE CLIENTS A/C, T1 | : |
| GLOBAL FUND LTD., TEOREMA ALTERNATIVE | |
| STRATEGIES, UBS AG NEW YORK, UBS AG | : |
| ZURICH, UBS JERSEY NOMINEES, | : |
| VERWALTUNGS UND PRIVAT-BANK AG | : |
| AKTIENGESELLSCHAFT (AMS), VORARLBERGER | : |
| LANDES UND HYPOTHEKENBANK | |
| ANKIENGESELLSCHARFT and BENEFICIAL | : |
| OWNERS OF THE ACCOUNTS HELD IN THE | |
| NAME OF CITCO GLOBAL CUSTODY NV 1-1000 | : |
| and BENEFICIAL OWNERS OF THE ACCOUNTS | : |
| HELD IN THE NAME OF CITCO GLOBAL | |
| CUSTODY (NA) NV 1-1000, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------------X

    To:    ABN AMRO SCHWEIZ AG
             BEETHOVENSTRASSE 33
             8002- ZURICH
             SWITZERLAND

             ADLER AND CO PRIVATBANK AG
             CGC NV
             CLARIDENSTRASSE 22
             CH-8022 ZURICH
             SWITZERLAND

             ALLIANZBANK SPA / UNIFORTUNE CONSERVATIVE SIDE POCKET
             CGC NV/CGC NV
             VIA DONIZETTI 53
             MILAN 20128
             ITALY

ALTERNATIVE INVESTMENT STRATEGIES
CGC NV
C/O ABSOLUTE PERFORMANCE LTD
BAMBOO GATE
11 HARBOUR ROAD
PAGET PG 03
BERMUDA

ARSENAL SPC
CGC NV
CORPORATE CENTRE WEST BAY ROAD
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

ARSENAL SPC OBO GLASGOW SEG PORT
CGC NV
RUE DE LA CROIX 19
1203 GENEVA
SWITZERLAND

BANCA ARNER SA
CGC NV
PIAZZA MANZONI 8
6901 LUGANO
SWITZERLAND

BANCA UNIONE DI CREDITO
CGC NV - CASH
PIAZZA DANTE 7
CH-6901 LUGANO
SWITZERLAND

BANK HAPOALIM SWITZERLAND LTD
CGC NV
STOCKERSTRASSE 33
CH-8027 ZURICH
SWITZERLAND

BANK JULIUS BAER & CO. LTD
CGC NV
HOHLSTRASSE 602
CH-8010 ZURICH
SWITZERLAND

3

BANK SARASIN & CIE
CGC NV
ELIZABETHENSTRASSE 62
CH-4002 BASEL
SWITZERLAND

BANQUE CANTONALE VAUDOISE
CGC NV
PLACE ST FRANCOIS 14
CH-1001 LAUSANNE
SWITZERLAND

BANQUE CRAMER & CIE SA EX BPG
CGC NV
20-22 AVENUE DE MIREMONT
PO BOX 403
CH-1211 GENEVA 12
SWITZERLAND

BANQUE SAFDIE SA
CGC NV REF BANQUE SAFDIE
1 RUE DE LA TOUR DE L'ILE
CASE POSTALE 5415
1211 11 GENEVA
SWITZERLAND

BARCLAY'S BANK PLC SINGAPORE WEALTH
CGC NV REF BARCLAYS SINGAPORE WEALTH
LEVEL 28 ONE RAFFLES QUAY
SOUTH TOWER
SINGAPORE 048583
SINGAPORE

BBH LUX FAIRFIELD GUARDIAN II
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

BBH LUX REF FAIRFIELD GRN 6200448
CGC NV  REF BBH LUX
BBH LUX
33 BOULEVARD PRINCE HENRI BP 403
LUXEMBOURG L 2014
LUXEMBOURG

4

BBVA (SUISSE) SA
CGC NV
PO BOX 3930
ZELTWEG 63
8021-ZURICH
SWITZERLAND

BCV AMC DEFENSIVE ALT FUND CHF
CGC NV
PLACE ST FRANCOIS
CH-1001 LAUSANNE
SWITZERLAND

BNP PARIBAS (SUISSE) SA
CGC NV
2 PLACE DE HOLLANDE
CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA EX FORTIS
CGC NV
PLACE DE HOLLANDE CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BNP PARIBAS (SUISSE) SA PRIVATE
CGC NV
2 PLACE DE HOLLANDE CASE POSTALE
CH-1211 GENEVA
SWITZERLAND

BSI AG
CGC NV
VIA PERI 23
CH-6901 LUGANO
SWITZERLAND

BSI EX BANCA DEL GOTTARDO
CGC NV
VIALE S FRANSCINI 8
CH-6900 LUGANO
SWITZERLAND

CACEIS BANK LUXEMBOURG

5

CGC NV CAIL CFM
5 ALLEE SCHEFFER
LUXEMBOURG L -2520
LUXEMBOURG

CBT GEMS LOW VOL REG
CITCO GLOBAL CUSTODY (NA) NV
ONE MONTAGUE PLACE 1ST FLOOR
EAST BAY STREET
PO BOX N-4906
NASSAU
BAHAMAS

CBH - COMPAGNIE BANCAIRE HELVETIQUE
CGC NV
ROUTE DE CHANCY 6B
CASE POSTALE 64
CH-1211 GENEVA 8
SWITZERLAND

CENTRUM BANK AG (AMS)
CGC NV
KIRCHSTRASSE 3
POSTFACH 1168
VADUZ FL 9490
LIECHTENSTEIN

FIDULEX MANAGAMENT INC
CGC NV
SCHOTTEGATWEG OOST 44
PO BOX 707
WILLEMSTAD
CURACAO
NETHERLANDS ANTILLES

CLARIDEN LEU LTD
CGC NV
BAHHOFSTRASSE 32
PO BOX
CH-8070 ZURICH
SWITZERLAND

6

CORNER BANCA SA
CGC NV
VIA CANOVA 16
CH-6901 LUGANO
SWITZERLAND

CREDIT SUISSE AG ZURICH
CGC NV
PO BOX 300
UETLIBERGSTRASSE 231
CH-8070 ZURICH
SWITZERLAND

DEXIA BANQUE INTERNATIONAL A LUXEMBOURG
CGC NV
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

DRESDNER BANK SCHWEIZ
CGC NV
LGT BANK IN LIECHTENSTEIN AG EX DBS
HERRENGASSE 12
VADUZ FL-9490
LIECHTENSTEIN

EFG BANK SA SWITZERLAND
CGC NV - REINVEST
24 QUAI DU SEUJET
CH-1211 GENEVA 2
SWITZERLAND

EFG EUROFINANCIER D'INVEST MCL
CGC NV REF EFG MC
VILLA LES AIGLES
15 AVENUE D'OSTENEDE
MONACO MC 9800

ENDURANCE ABSOLUTE LTD MASTER
CGC NV
C/O ARGYLE INVESTMENT ADVISORS
IVEAGH LTD
21 QUEEN ANNE'S GATE
LONDON SW1H 9BU
UNITED KINGDOM

7

FAIRFIELD INV GCI JPY
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD INVESTMENT FUND LTD
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FAIRFIELD MASTERS LTD -CLOSED
CGC NV
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FALCON PRIVATE BANK LTD
CBC A/C 299920/CGC NV
PELIKANSTRASSE 37
PO BOX 1376
CH-8021 ZURICH
SWITZERLAND

FCL IFP GLOBAL DIVERSIFIED CLS
CGC NV
C/O FORTUNE ASSET MANAGEMENT LTD
10 EXCHANGE STREET
PRIMROSE STREET
LONDON EC2A 2BY
UNITED KINGDOM

FIF ADVANCED LTD
FAIRFIELD GREENWICH GROUP
FINANCE GROUP
919 THIRD AVENUE
NEW YORK 10022

FINTER BANK ZURICH
CGC NV
CORSO S GOTTARDO 35
CH-6830 CHIASSO

8

SWITZERLAND

HARMONY CAPITAL FUND LTD
CGC NV REF HARMONY CAPITAL
C/O JASON CAPITAL PARTNERS LLP
28 GROSVENOR STREET
LONDON W1K 4QR
UNITED KINGDOM

IHAG HANDELSBANK AG
CGC NV
BLEICHERWEG 18
8022- ZURICH
SWITZERLAND

INCORE BANK AG
CGC NV
DREIKOENIGSTR 8
CH-8022 ZURICH
SWITZERLAND

JP MORGAN (SUISSE) SA
CGC NV JPMS
PO BOX 5160
RUE DE LA CONFEDERATION 8
CH-1211 GENEVA 11
SWITZERLAND

KARLA MULTISTRATEGIES LTD
CITCO GLOBAL CUSTODY (NA) NV / REF KARLA MUTLLISTRATEGIES
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

KBC INVESTMENTS LTD
CITCO GLOBAL CUSTODY (NA) NV
AS CUSTODIAN FOR KBC INV REF KARASEL ENH
140 EAST 45TH STR 42ND FLOOR
NEW YORK NY 10017

LGT BANK IN LIECHTENSTEIN AG EX DBS
CGC NV REF DRESDNER SCHWEIZ TF
LGT BANK IN LIECHTENSTEIN AG
HERRENGASSE 12
VADUZ FL 9490
LIECHTENSTEIN

9

LIECHTENSTEINISCHE LB REINVEST AMS
CGC NV
LIECHTENSTEINISCHE LANDESBANK AG
STAEDTLE 44
VADUZ FL-94940
LIECHTENSTEIN

LLYODS TSB BANK GENEVA
CGC NV
PLACE BEL-AIR 1
CH-1211 GENEVA 2
SWITZERLAND

LOMBARD ODIER DARIER HENTSCH & CIE
CGC NV
RUE DE LA CORRATERIE 11
1204 GENEVA
SWITZERLAND

LONGBOAT LTD
SRCA@UOL.COM.BR

MASTER CAPITAL AND HEDGE FUND
CGC NV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

NBK BANQE PRIVEE SUISSE SA
CGC NV REF NAT BANK OF KUWAIT
QUAI DU MONT BLANC 21
PO BOX 1923
GENEVA 1
SWITZERLAND

PICTET & CIE
CGC NV/CGC NV REF PICTET
ROUTE DES ACACIAS 60
1211 GENEVA 73
SWITZERLAND

PKB PRIVATBANK AG
CGC NV
VIA BALESTRA 1

10

CH-6901 LUGANO
SWITZERLAND

PRIVATE SPACE LTD
CGC NV
7 RUE DU GABIAN
MC 98000 MONACO
MONACO

QUASAR FUND SPC CLASS A AND CLASS B
CGC NV
C/O CITCO FUND SERVICES EUROPE BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

RBC DEXIA INVESTOR SERVICE JULIUS BAER SICAV
CBC A/C 299920 DEX
DEXIA FUND SERVICES
69 ROUTE D'ESCH
LUXEMBOURG L-2953
LUXEMBOURG

RBS COUTTS BANK LTD
CGC NV
PO BOX 2200
STAUFFACHERSTRASSE 1
CH-8022 ZURICH
SWITZERLAND

RICHOURT AAA MULTISTRATEGIES
CITCO GLOBAL CUSTODY (NA) NV
TELSTONE 8 TELEPORT
1043 BW AMSTERDAM
THE NETHERLANDS

ROTHSCHILD BANK AG ZURICH (DUBLIN)
CGC NV
ZOLLIKERSTRASSE 181
CH-8034 ZURICH
SWITZERLAND

ROTHSCHILD BANK GENEVA (DUBLIN)
CGC NV
BANCA PRIVEE EDMOND DE ROTHSCHILD
18 RUE DE HESSE

11

CH-1204 GENEVA
SWITZERLAND

ROTHSCHILD LUGANO DUBLIN
CGC NV
BANCA PRIVEE EDMOND DE ROTHSCHILD LUGANO SA
VIA GINEVRA 2
CH-6900 LUGANO
SWITZERLAND

SELLA BANK AG
CGC NV
CORSO ELVEZIA 9
CH-6900 LUGANO
SWITZERLAND

SIS SEGANINTERSETTLE
CGC NV
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SIX SIS LTD
BASLERSTRASSE 100
CH-4601 OLTEN
SWITZERLAND

SOCIETE GENERALE BANK & TRUST
CGC NV
11-13 AVENUE EMILE REUTER
LUXEMBOURG L-2420
LUXEMBOURG

SOUNDVIEW FUND
CITCO GLOBAL CUSTODY (NA) NV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

SPRINGER FUND OF FUNDS LTD
FIDULEX MANAGEMENT LTD
C/O UNION BANCAIRE PRIVEE ASSET MGT
PO BOX HM 3399
HAMILTON HM11
BERMUDA

12

SWISSCANTO FD CENTRE CLIENTS A/C
CGC NV
4TH FLOOR 51 MOORGATE
LONDON EC2R 6BH
UNITED KINGDOM

T1 GLOBAL FUND LTD
CGC NV
C/O TRUST AND GAIN ASSET MANAGEMENT
CORSO SAN GOTTARDO 46
6830 CHIASSO
SWITZERLAND

TEOREMA ALTERNATIVE STRATEGIES
CGC NV
PO BOX 31106 SMB
CORPORATE CENTRE WEST BAY ROAD
GRAND CAYMAN
CAYMAN ISLAND

UBS AG NEW YORK BRANCH AS AGENT
CITCO GLOBAL CUSTODY (NA) NV FBO UBS NEW YORK BRANCH AS AGENT
101 PARK AVENUE 14TH FLOOR
NEW YORK NY 10178

UBS AG ZURICH
CGC NV/CGC NV
REF UBS ZURICH/CBC A/C 299920
UBS WEALTH MANAGEMENT
BADENERSTRASSE 574/C
CH-8098 ZURICH
SWITZERLAND

UBS JERSEY NOMINEES
CGC NV/CGC NV - UBS JERSEY
PO BOX 350
24 UNION STREET
ST HELIER JE4 8UJ
JERSEY

VERWALTUNGS UND PRIVAT - BANK AG AKTIENGESELLSCHAFT (AMS)
CGC NV
IM ZENTRUM
VADUZ FL-9490

13

LIECHTENSTEIN

VORARLBERGER LANDES UND HYPOTHEKENBANK
AKIENGESELLSCHARFT
CGC NV
HYPO-PASSAGE 1
BREGENZ 6900
AUSTRIA

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY NV 1-1000
C/O CITCO GLOBAL CUSTODY NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY NV 1-1000
C/O CITCO GLOBAL CUSTODY NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY (NA) NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK, IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF
CITCO GLOBAL CUSTODY (NA) NV 1-1000
C/O CITCO GLOBAL CUSTODY (NA) NV
TELESTONE 8 – TELEPORT
NARITAWEG 165
AMSTERDAM, 1043 BW
NETHERLANDS

You are hereby summoned and required to serve upon plaintiffs' attorney, at the address stated below, a notice of appearance or demand for a complaint.

If this summons was personally served upon you in the State of New York, your notice of appearance or demand for a complaint must be served within twenty (20) days after such service

14

of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, your notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete, as provided by law.

The nature of this action is for mistake and restitution based on payments made by plaintiffs Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (collectively, the "Plaintiffs") and received by Defendants from and after April 20, 2004. Plaintiffs seek damages in the amount of all such mistaken payments, believed to exceed $1.7 billion, restitution of amounts paid by mistake and/or such other contractual and equitable remedies as are available to it under law. Plaintiffs' claims arise out of payments made to Defendants in respect of interests in the shares of the Plaintiffs.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of $1,718,850,176.68, in addition to any applicable interest and the costs and disbursements associated with this action.

The action will be heard in the Supreme Court of the State of New York, County of New York. The basis of venue is the designation by Plaintiffs pursuant to CPLR 503(a).

Dated: New York, New York
      August 17, 2010

                            BROWN RUDNICK LLP

                            By: /s/ May Orenstein
                                David J. Molton
                                May Orenstein
                                Kerry Quinn

                            Seven Times Square
                            New York, New York 10036
                            Telephone: (212) 209-4800

Facsimile: (212) 209-4801
morenstein@brownrudnick.com
*Counsel for Plaintiffs*