UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINT MOTION TO FILE UNDER SEAL BRIEF IN OPPOSITION TO LIQUIDATORS' MOTION FOR SANCTIONS AND CERTAIN EXHIBITS**

BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private ("Defendants") ("BNP Suisse" or "Defendants"), and Kenneth M. Krys and Greig Mitchell, in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation) (the "Liquidators") (together the "Parties") respectfully jointly move pursuant to Local Bankruptcy Rule 9018-1 and the Parties' so-ordered Stipulation and Confidentiality Agreement and Protective Orders (the

"Protective Orders") entered in *Fairfield Sentry Limited (In Liquidation) v. ABN AMRO Schweiz AG*, Adv. Pro. No. 10-03636, Dkt. No. 918 ¶ 12 (Bankr. S.D.N.Y. February 16, 2022) and *Fairfield Sentry Ltd. (In Liquidation) v. ABN AMRO Schweiz AG*, Adv. Pro. No. 10-03635, Dkt. No. 849 ¶ 12 (Bankr. S.D.N.Y. February 16, 2022), for an Order permitting the Parties to file under seal the (i) Defendant's Brief in Opposition to the Liquidators' Motion for Sanctions (the "Opposition Brief"), and (ii) Exhibits to the Declaration in support of the Opposition Brief (the "Declaration") that have been designated as "Confidential." The documents submitted for sealing are submitted herewith.

The Opposition Brief relies on documents designated by third parties as "Confidential" under the Protective Orders, as set forth in the Declaration. The Liquidators reserve the right to later challenge these confidentiality designations pursuant to the Protective Orders. Protective Orders at ¶ 4.

The Opposition Brief also extensively relies on a transcript of a December 15, 2022 30(b)(6) deposition of BNP Suisse's designee, Stephanie Gyetvan (the "Deposition Transcript"), attached to the Liquidators' Declaration in support of the Motion for Sanctions as Exhibit 1 thereto. BNP Suisse designated the Deposition Transcript as "Confidential" under the Protective Orders. *See* Deposition Transcript, Liquidators' Declaration in Support of the Motion for Sanctions Ex. 1 at 92:5-8. The Liquidators disagree with BNP Suisse's designation of the Deposition Transcript as "Confidential," and have reserved their right to move for an order declassifying the transcript as "Confidential" if the parties are not able to resolve the dispute through the meet-and-confer process. Protective Orders at ¶ 4 (process to declassify designated material). BNP Suisse reserves the right to oppose that motion to declassify.

Nevertheless, because the Protective Orders require that any party intending to refer to "Confidential" material in briefing must request that the court seal that material, Protective Orders at ¶ 12, the Defendants hereby request that the Court seal the Opposition Brief, and the Exhibits to the Declaration that have been designated "Confidential" by Defendants or third parties. The Liquidators join in that motion.

The Parties respectfully request that the Court grant this Sealing Motion. The Parties also respectfully request permission to file copies of sealed documents with the Clerk of Court through electronic means, rather than in hard copy. A proposed order to that effect has been submitted to eOrders, consistent with this Chambers' Rules.

Dated: New York, NY
February 22, 2023

Respectfully submitted,

By: */s/ Ari MacKinnon*
CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer
Roger A. Cooper
Ari MacKinnon
Thomas S. Kessler
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000
lschweitzer@cgsh.com
racooper@cgsh.com
amackinnon@cgsh.com
tkessler@cgsh.com

*Counsel for BNPP Suisse*

By:   /s/ Joshua S. Margolin

SELENDY GAY ELSBERG PLLC

David Elsberg
Maria Ginzburg
Lena Konanova
David S. Flugman
Joshua S. Margolin
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
delsberg@selendygay.com
mginzburg@selendygay.com
lkonanova@selendygay.com
dflugman@selendygay.com
jmargolin@selendygay.com

-and-

BROWN RUDNICK LLP

David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*