# BNP PARIBAS SUISSE'S MEMORANDUM OF LAW IN OPPOSITION TO THE LIQUIDATORS' MOTION FOR SANCTIONS UNDER RULE 37(e)

# FILED UNDER PENDING MOTION TO SEAL