UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**ORDER GRANTING MOTION TO FILE UNDER SEAL BRIEF IN OPPOSITION TO LIQUIDATORS' MOTION FOR SANCTIONS AND CERTAIN EXHIBITS**

Upon consideration of the Parties' Joint Motion to File Under Seal Brief in Opposition to Liquidators' Motion for Sanctions and Certain Exhibits dated February 22, 2023 (the "Sealing Motion"), pursuant to Local Bankruptcy Rule 9018-1, it is hereby:

**ORDERED**, that the Sealing Motion be and hereby is **GRANTED**; and

**ORDERED**, that the Parties may file the sealed material with the Clerk of Court through electronic means, such as a secure USB drive.

This Order is without prejudice to the rights of any party in interest to seek to unseal the sealed material, or any portion thereof.

Dated: New York, NY
_____, 2022

_____
HON. CHIEF JUDGE CECELIA G. MORRIS