UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign<br>        Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**ORDER GRANTING THE PARTIES' JOINT MOTION TO FILE
REDACTED BRIEFS IN FURTHER SUPPORT OF
THE LIQUIDATORS' MOTION FOR SANCTIONS**

Upon consideration of the Parties' Joint Motion to File Redacted Briefs in Further Support

of the Liquidators' Motion for Sanctions dated March 8, 2023 (the "Sealing Motion"), pursuant to

Local Bankruptcy Rule 9018-1, it is hereby:

**ORDERED**, that the Sealing Motion be and hereby is **GRANTED**; and

**ORDERED**, that the Liquidators may file the unredacted versions of their reply briefing

with the Clerk of Court through electronic means, such as a secure USB drive.

**ORDERED**, that Documents filed under seal shall be retrieved by the filing Party at the conclusion of the matter.

This Order is without prejudice to the rights of any party in interest to seek to unseal the sealed material, or any portion thereof.