**Presentment Date: March 27, 2023 at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## JOINT NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE

**PLEASE TAKE NOTICE** that the Liquidators have met and conferred with the defendants listed in Table 1 below and agreed upon the amended schedule contained in the proposed order attached hereto as Exhibit 1 (the "Proposed Order"), which modifies the personal jurisdiction motion briefing schedule set forth in the Second Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on August 2,

2022, Adv. Pro. No. 10-03635, ECF No. 917; Adv. Pro. No. 10-03636, ECF No. 997 ("Second Amended Scheduling Order") with respect to the personal jurisdiction motions filed by the defendants listed in Table 1. The personal jurisdiction motion briefing schedule for the defendants listed in Table 2 below is not affected by the Proposed Order; briefing on those motions will proceed pursuant to the schedule set forth in the Second Amended Scheduling Order.

In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and a hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned Liquidators and defendants listed in Table 1 below will jointly present the Proposed Order to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 on March 27, 2023 at 5:00 p.m..

**PLEASE TAKE FURTHER NOTICE** that the defendants in Table 1 below have agreed there shall be no objections, and the orders may accordingly be signed.

| TABLE 1: DEFENDANTS WHO CONSENT TO THE PROPOSED ORDER ||
|---|---|
| BCV AMC Defensive Alt Fund (acting through Gerifonds SA, as manager) (sued as BCV AMC Defensive AL Fund) | BSI AG; BSI AG as successor-in-interest to Banca Unione di Credito; BSI AG as successor-in-interest to Banca del Gottardo (sued as BSI Ex Banca Del Gottardo) |
| Banca Arner S.A. n/k/a One Swiss Bank | BBVA (Suisse) SA |
| Banque Cantonale Vaudoise | Bank Leumi le-Israel B.M. |
| Finter Bank Zurich n/k/a Bank Vontobel AG | Bank Julius Baer & Co. Ltd. |

2

| | |
|---|---|
| Banque Pictet & Cie SA (sued as Pictet & Cie) | Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie) |
| Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) | Corner Banca SA |
| CBH Compagnie Bancaire Helvétique SA | Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS)) |
| Clariden Leu Ltd. | Credit Suisse AG (sued as Credit Suisse AG Zurich) |
| Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) | EFG Bank AG (a/k/a EFG Bank SA and sued as EFG Bank SA Switzerland) |
| EFG Bank (Monaco) S.A.M. f/k/a EFG Eurofinancier D'Investissements S.A.M. (sued as EFG Eurofinancier D'Invest MCL) | Edmond de Rothschild (Suisse) S.A. (as successor in interest to Sella Bank AG), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), Edmond de Rothschild (Suisse) S.A. as successor in interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |
| FIF Advanced Ltd. | Fairfield GCI Fund (sued as Fairfield Investment GCI) |
| Fairfield Investment Fund Ltd. | Harmony Capital Fund Ltd. |
| Hapoalim (Switzerland) Ltd. | LGT Bank in Liechtenstein AG (now known as LGT Bank AG) |
| Lloyds TSB Bank | NBK Banque Privee (Suisse) SA (NBKS) |
| National Bank of Kuwait S.A.K.P. | PKB Privatbank AG |
| Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | SIX SIS Ltd. |
| SIS Seeganintersettle | UBS AG |

| | |
|---|---|
| Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS) | |

| TABLE 2: DEFENDANTS NOT AFFECTED BY THE PROPOSED ORDER ||
|---|---|
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Coutts & Co. Ltd. (f/k/a RBS Coutts Bank Ltd.) |
| UBS Jersey Nominees | Vorarlberger Landes-Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG) |
| BNP Paribas (Suisse) SA (f/k/a BNP Paribas (Suisse) SA Private) | |

Dated: March 24, 2023
New York, New York

| */s/  David Elsberg* | */s/ John F. Zulack* |
|---|---|
| **SELENDY GAY ELSBERG PLLC** | **ALLEGAERT BERGER & VOGEL LLP** |
| David Elsberg<br>Maria Ginzburg<br>Jordan Goldstein<br>Lena Konanova<br>David S. Flugman<br>Joshua S. Margolin<br>Lauren Zimmerman<br>1290 Avenue of the Americas<br>New York, NY 10104<br>T: (212) 390-9000<br>delsberg@selendygay.com<br>lkonanova@selendygay.com | John F. Zulack<br>David A. Shaiman<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>T: (212) 571-0550<br>jzulack@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Defendants Banque Cantonale Vaudoise; Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie); BCV AMC Defensive Alt Fund (acting through Gerifonds SA, as manager) (sued as BCV AMC Defensive AL Fund); CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique); Edmond de Rothschild (Suisse) S.A. (as successor in interest to Sella Bank AG), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), Edmond de Rothschild (Suisse) S.A. as successor in interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; and Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG)* |
| – and – | |
| **BROWN RUDNICK LLP** | |
| David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, NY 10036<br>T: (212) 209-4800<br>dmolton@brownrudnick.com<br>mkrzyzowski@brownrudnick.com<br><br>*Attorneys for Plaintiffs Foreign Representatives* | |

| | |
|---|---|
| */s/ Erin E. Valentine* | */s/ Mark G. Hanchet* |

**CHAFFETZ LINDSEY LLP**

Erin E. Valentine
Andreas Frischknecht
1700 Broadway, 33rd Floor
New York, NY 10019
T: (212) 257-6960
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com

*Attorneys for Defendant SIX SIS Ltd., formerly known as SIS SegaInterSettle AG and named in the complaint as SIS SEEGANINTERSET-TLE*

**MAYER BROWN LLP**

Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
T: (212) 506-2500
mhanchet@mayerbrown.com
kkelly@mayerbrown.com

Marc R. Cohen
1999 K Street, NW
Washington, DC 20006-1101
T: (202) 263-3206
mcohen@mayerbrown.com

*Attorneys for Defendant Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie)*

| | |
|---|---|
| */s/ Scott Balber* | */s/ Andrew Ditchfield* |

**HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott Balber
Jonathan Cross
450 Lexington Avenue
New York, NY 10017
T: (917) 542-7600
Scott.Balber@hsf.com
Jonathan.Cross@hsf.com

*Attorneys for Defendant Hapoalim Switzerland Ltd.*

**DAVIS POLK & WARDWELL LLP**

Andrew Ditchfield
Elliot Moskowitz
450 Lexington Avenue New
York, NY 10017
T: (212) 450-4000
andrew.ditchfield@davispolk.com
elliot.moskowitz@davispolk.com

*Attorneys for Defendant Bank Leumi le-Israel B.M.*

6

| | |
|---|---|
| */s/ Marshall R. King* | */s/ Richard A. Cirillo* |

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
Gabriel Herrmann
200 Park Avenue
New York, NY 10166
T: (212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Jersey Nominees*

**CIRILLO LAW**

Richard A. Cirillo
246 East 33rd Street #1
New York, NY 10016
T: (917) 541-6778
richard@cirillo-law.com

*Attorney for Defendants National Bank of Kuwait S.A.K.P. and NBK Banque Privee (Suisse) SA*

| | |
|---|---|
| */s/ William J. Sushon* | */s/ Emil A. Kleinhaus* |

**O'MELVENY & MYERS LLP**

William J. Sushon
Daniel S. Shamah
Times Square Tower
7 Times Square
New York, NY 10036-6524
T: (212) 326-2000
F: (212) 326-2061
wsushon@omm.com
dshamah@omm.com

*Attorneys for Defendants Clariden Leu Ltd. and Credit Suisse AG (sued as Credit Suisse AG Zurich)*

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
Angela K. Herring
51 West 52nd Street
New York, NY 10019
T: (212) 403-1332
F: (212) 403-2332
eakleinhaus@wlrk.com
akherring@wlrk.com

*Attorneys for Defendant Banque Pictet & Cie SA (sued as Pictet & Cie)*

| | |
|---|---|
| */s/ Gregory F. Hauser* | */s/ Anthony L. Paccione* |

| **WUERSCH & GERING LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
|---|---|
| Gregory F. Hauser<br>Jascha D. Preuss<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>T: (212) 509-5050<br>F: (212) 509-9559<br>gregory.hauser@wg-law.com<br>jascha.preuss@wg-law.com | Anthony L. Paccione<br>Mark T. Ciani<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>T: (212) 940.8800<br>F: (212) 940.8776<br>anthony.paccione@katten.com<br>mark.ciani@katten.com |
| *LGT Bank in Liechtenstein AG (now known as LGT Bank AG); Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.); Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat- Bank AG Aktiengesellschaft AMS); and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))* | *Attorneys for Defendants Coutts & Co. Ltd. (f/k/a RBS Coutts Bank Ltd.); Lloyds TSB Bank; and Harmony Capital Fund Ltd.* |

8

*/s/ George W. Shuster, Jr.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518
george.shuster@wilmerhale.com

– and –

Benjamin W. Loveland
60 State Street
Boston, MA 02109
T: (617) 526-6000
benjamin.loveland@wilmerhale.com

*Attorneys for Defendants Corner Banca SA; Finter Bank Zurich n/k/a Bank Vontobel AG; PKB Privatbank AG; and Banca Arner S.A. n/k/a One Swiss Bank.*

*/s/ Adam M. Lavine*

**KOBRE & KIM LLP**

Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue
New York, New York 10022
T: (212) 488-1200
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for Defendants EFG Bank AG (a/k/a "EFG Bank SA," f/k/a "EFG Private Bank SA" and also sued as "EFG Bank SA Switzerland"); EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL"); and BSI AG, individually and as successor-in- interest to Banca del Gottardo (sued as "BSI Ex Banca del Gottardo") and Banca Unione di Credito*

*/s/ Heather Lamberg*

**WINSTON & STRAWN LLP**

Heather Lamberg
(HLamberg@winston.com)
Christopher D. Man
(CMan@winston.com)
1901 L Street, NW
Washington, DC 200036
T: (202) 282-5274
F: (202) 282-5100

*Attorneys for Defendant BBVA (Suisse) SA*

*/s/ William A. Maher*

**WOLLMUTH MAHER & DEUTSCH LLP**

William A. Maher
Fletcher W. Strong
Maxwell G. Dillan
500 Fifth Avenue
New York, New York 10110
T: (212) 382-3300
wmaher@wmd-law.com
fstrong@wmd-law.com
mdillan@wmd-law.com

*Attorneys for Defendants Fairfield Investment Fund Ltd.; Fairfield GCI Fund (sued as Fairfield Investment GCI); and FIF Advanced Ltd.*

| | |
|---|---|
| */s/ Jeff E. Butler* | */s/ Eric B. Halper* |

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
Meredith George
31 West 52nd Street
New York, NY 10019
(212) 878-8000
Jeff.Butler@CliffordChance.com
Meredith.George@CliffordChance.com

*Attorneys for Defendant Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA)*

**MCKOOL SMITH LLP**

Eric B. Halper
Hal M. Shimkoski
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
(212) 402-9413
ehalper@McKoolSmith.com
hshimkoski@McKoolSmith.com

*Attorneys for Defendant Bank Julius Baer & Co. Ltd.*