UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>          Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**ORDER GRANTING THE LIQUIDATORS' UNOPPOSED MOTION
TO FILE UNDER SEAL CERTAIN EXHIBITS
AND TO FILE REDACTED PERSONAL JURISDICTION BRIEFS**

Upon consideration of the Liquidators' Unopposed Motion to File Under Seal Certain Exhibits and to File Redacted Personal Jurisdiction Briefs dated March 23, 2023 (the "Sealing Motion"), pursuant to Local Bankruptcy Rule 9018-1, it is hereby:

**ORDERED**, that the Sealing Motion be and hereby is **GRANTED**; and

[*Remainder of page intentionally left blank*]

**ORDERED**, that the following procedures apply to the Parties' (as that term is defined in the Sealing Motion) personal jurisdiction briefing:

1. Any Designated Material (as that term is defined in the Sealing Motion) provided to the Court as an exhibit to any Party's briefing on personal jurisdiction shall be filed under seal.

2. The Parties may file the unredacted versions of sealed material, and unredacted copies of their personal jurisdiction briefing, with the Clerk of Court through electronic means, such as a secure USB drive.

3. The Parties may redact references to Designated Material in their personal jurisdiction briefing.

4. On the filing date, the filing Party must deliver to the Party opposing the filing the unredacted and unsealed versions of sealed material and briefing, through electronic means.

5. Documents filed under seal will be retrieved by the filing Party at the conclusion of the matter.

This Order is without prejudice to the rights of any party in interest to seek to unseal the sealed material, or any portion thereof.



**Dated: March 27, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

2