**Presentment Date: March 30, 2023 at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE

**PLEASE TAKE NOTICE** that the Liquidators have met and conferred with UBS Jersey Nominees ("UBS Jersey") and BNP Paribas (Suisse) SA (*f/k/a* BNP Paribas (Suisse) SA Ex Fortis and BNP Paribas (Suisse) SA Private) ("BNP Paribas Suisse") and UBS Jersey consents to and BNP Paribas Suisse does not oppose the amended schedule contained in the proposed order attached hereto as Exhibit 1 (the "Proposed Order"), which modifies the personal jurisdiction

motion briefing schedule set forth in the Second Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on August 2, 2022, Adv. Pro. No. 10-03635, ECF No. 917; Adv. Pro. No. 10-03636, ECF No. 997 ("Second Amended Scheduling Order") with respect to the personal jurisdiction motions filed by UBS Jersey and BNP Paribas Suisse. The personal jurisdiction motion briefing schedule for the other defendants in these actions is not affected by the Proposed Order; briefing on those motions will proceed pursuant to the schedule set forth in the Second Amended Scheduling Order and, pending approval from the Court, the proposed Third Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, submitted on March 24, 2023, Adv. Pro. No. 10-3635, ECF No. 1016; Adv. Pro. No. 10-03636, ECF No. 1103.

In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and a hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned Liquidators present the Proposed Order to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 on March 30, 2023 at 5:00 p.m..

**PLEASE TAKE FURTHER NOTICE** that UBS Jersey and BNP Paribas Suisse have agreed there shall be no objections, and the order may accordingly be signed.

Dated: March 30, 2023
New York, New York

*/s/ David Elsberg*

**SELENDY GAY ELSBERG PLLC**

David Elsberg
Maria Ginzburg
Jordan Goldstein
Lena Konanova
David S. Flugman
Joshua S. Margolin
Lauren Zimmerman
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

– and –

**BROWN RUDNICK LLP**

David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
T: (212) 209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*