**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                            Plaintiffs,<br><br>– against –<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>                            Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>                            Plaintiffs,<br><br>– against –<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>                            Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against the defendants named in Exhibit A hereto, and only those claims, with prejudice and without costs. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than the defendants named in Exhibit A, nor does it affect or dismiss any claims against those defendants in any other action.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
March 31, 2023

By: */s/ David Elsberg*
David Elsberg

**SELENDY & GAY PLLC**
David Elsberg
Maria Ginzburg
Jordan Goldstein
Lena Konanova
David S. Flugman
Joshua S. Margolin
1290 Avenue of the Americas
New York, New York 10104
T: (212) 390-9000
delsberg@selendygay.com
mginzburg@selendygay.com
jgoldstein@selendygay.com
lkonanova@selendygay.com
dflugman@selendygay.com
jmargolin@selendygay.com

– and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
7 Times Square
New York, New York 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs*

2

**Exhibit A**

Defendants to be dismissed from:
*Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.*, Adv. Pro. No. 10-03635

| |
|---|
| Adler and Co Privatbank AG |
| Allianzbank SPA/Unifortune Conservative Side Pocket |
| Alternative Investment Strategies |
| Banca Unione di Credito |
| Bank Hapoalim Switzerland Ltd. |
| Bank Sarasin & Cie |
| Banque Cantonale Vaudoise |
| Banque Cramer & Cie SA |
| BBVA (Suisse) SA |
| BCV AMC Defensive Al Fund |
| BNP Paribas (Suisse) SA |
| BNP Paribas (Suisse) SA Ex Fortis |
| BNP Paribas (Suisse) SA Private |
| BSI AG |
| BSI Ex Banca del Gottardo |
| CBB (BVI)/The Alkima Fund |
| Centrum Bank AG (AMS) |
| Clariden Leu Ltd. |
| Compagnie Bancaire Helvetique |
| Credit Suisse AG Zurich |
| Dresdner Bank Schweiz |
| Endurance Absolute Ltd. Master |
| Fairfield Investment Fund Ltd. |
| Fairfield Investment GCI |
| FIF Advanced Ltd. |
| Finter Bank Zurich |
| Harmony Capital Fund Ltd. |
| LGT Bank in Liechtenstein AG |
| Lloyds TSB Bank Geneva |
| Lombard Odier Darier Hentsch & Cie |
| Longboat Ltd. |
| Master Capital and Hedge Fund |
| Pictet & Cie |
| Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV |
| RBS Coutts Bank Ltd. |
| Richourt AAA Multistrategies |
| Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| Soundview Fund |
| Swisscanto FD Centre Clients A/C |

| |
|---|
| T1 Global Fund Ltd. |
| UBS Jersey Nominees |
| Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS) |
| Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft |

4