UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>               Debtor in Foreign<br>               Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>               Plaintiffs,<br><br>        v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>               Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>               Plaintiffs,<br><br>        v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>               Defendants. | Adv. Pro. No. 10-03636 (CGM) |

## <u>DECLARATION OF JOSHUA S. MARGOLIN IN SUPPORT OF LIQUIDATORS' OPPOSITION TO DEFENDANT UBS AG'S MOTION TO DISMISS</u>

I, Joshua S. Margolin, do hereby declare, under penalty of perjury under the laws of the

United States of America, that the following is true and correct to the best of knowledge and belief:

1.      I am a member of the law firm of Selendy Gay Elsberg PLLC, counsel for Kenneth

M. Krys and Greig Mitchell (together, the "<u>Liquidators</u>"), in their capacities as the duly appointed

Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation) ("<u>Sentry</u>"),

1

Fairfield Sigma Limited (In Liquidation) ("Sigma"), and Fairfield Lambda Limited (In Liquidation) ("Lambda" and together with Sentry and Sigma, the "Funds"). I submit this declaration in support of the Liquidators' opposition ("Opposition"), filed contemporaneously herewith, to Defendant UBS AG's ("UBS" or "Defendant") motion to dismiss for lack of personal jurisdiction.

2.      Unless otherwise noted, all exhibits attached to this declaration have been filed under seal pursuant to this Court's Order Granting the Liquidators' Unopposed Motion to File Under Seal Certain Exhibits and to File Redacted Personal Jurisdiction Briefs, dated March 27, 2023 (Case No. 10-ap-03635, Dkt. 1016; Case No. 10-ap-03636, Dkt. 1103).

3.      For the convenience of the Court, the Liquidators have annotated certain exhibits with red boxes to highlight specific information, as indicated below.

4.      Where the files discussed herein as received by the Liquidators also include documents not relevant to UBS or this Action under a single Bates number, the Liquidators have excerpted and designated as exhibits only those documents pertaining to UBS. Throughout this declaration, the Liquidators refer to these exhibits by citing to the beginning Bates number of the entire produced document, followed by a pin-cite to the first page of the extract attached as an exhibit herein.

5.      Attached as Exhibit 1 are true and correct copies with annotations of Citco Banking Corporation's (together with Citco Bank Nederland N.V Dublin Branch "Citco Bank") subscription request to Sentry dated May 19, 2015; Sentry's short form subscription agreement dated May 31, 2005; and a spreadsheet entitled Trade Approvals, undated, which were produced to the Liquidators by non-party Citco Fund Services Europe (B.V.) ("Citco Fund Services") with

starting Bates number CFSE-LIQ-00296839. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 1.

6.      Attached as <u>Exhibit 2</u> are true and correct copies with annotations of Citco Fund Services' Confirmation of Order Received to Citco Global Custody (NA) N.V. (together with Citco Global Custody NV, "<u>Citco Global Custody</u>") dated March 24, 2006; Citco Bank's redemption request to Sentry dated March 23, 2006; and Citco Fund Services' redemption confirmation dated May 16, 2006; which were produced by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00218538. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 2.

7.      Attached as <u>Exhibit 3</u> is a true and correct copy of a letter from Citco Fund Services to Defendant dated January 1, 1999, which was produced by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00363414. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 3.

8.      Attached as <u>Exhibit 4</u> is a true and correct copy with annotations of an email exchange dated January 18, 2007, which was produced by non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00229439.

9.      Attached as <u>Exhibit 5</u> is a true and correct copy with annotations of an email exchange dated June 29, 2007, which was produced in redacted form by Defendant with starting Bates number UBSAG_FF_00041832.

10.      Attached as <u>Exhibit 6</u> is a true and correct copy with annotations of an email exchange and attachments dated August 26, 2008, which was produced by non-party Fairfield Greenwich Group ("<u>FGG</u>") with starting Bates number FGAFSL000004659.

11.     Attached as Exhibit 7 is a true and correct copy with annotations of an email exchange dated September 23, 2003, which was produced by non-party FGG with starting Bates number FG-01292495.

12.     Attached as Exhibit 8 is a true and correct copy with annotations of an email exchange dated April 21, 2008, which was produced by non-party FGG with starting Bates number SECSEV1342465.

13.     Attached as Exhibit 9 is a true and correct copy with annotations of an email exchange and attachments dated July 11, 2008, which was produced by non-party FGG with starting Bates number FG-02745063 and FG-02745064.

14.     Attached as Exhibit 10 is a true and correct copy with annotations of Sentry's private placement memorandum dated August 14, 2006, which was produced by Defendant with starting Bates number UBSAG_FF_00033776 as part of a larger email family. The Liquidators have intentionally omitted documents from this family that are not cited in the Opposition. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 10.

15.     Attached as Exhibit 11 is a true and correct copy with annotations of Sentry's private placement memorandum dated October 1, 2004, which was produced in redacted form by Defendant with starting Bates number UBSAG_FF_00042476 as part of a larger email family. The Liquidators have intentionally omitted documents from this family that are not cited in the Opposition.

16.     Attached as Exhibit 12 is a true and correct copy with annotations of a brokerage and custody agreement dated April 29, 2005, which was produced in redacted form by Defendant with starting Bates number UBSAG_FF_00048348.

17.    Attached as <u>Exhibit 13</u> is a true and correct copy with annotations of a brokerage and custody agreement dated February 10, 2005, which was produced by non-party Citco Record Holders[1] with starting Bates number CitcoRedeemer_02181309.

18.    Attached as <u>Exhibit 14</u> is a true and correct copy with annotations of a service level agreement dated April 29, 2005, which was produced in redacted form by Defendant with starting Bates number UBSAG_FF_00048324.

19.    Attached as <u>Exhibit 15</u> is a true and correct copy of a CitcoFundsNet subscription request confirmation dated May 25, 2007, which was produced by non-party Citco Record Holders with starting Bates number CitcoRedeemer_02119285.

20.    Attached as <u>Exhibit 16</u> is a true and correct copy with annotations of a subscription request confirmation from Citco Bank to Defendant dated October 14, 2005, which was produced by non-party Citco Record Holders with starting Bates number CitcoRedeemer_02094309. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 16.

21.    Attached as <u>Exhibit 17</u> are true and correct copies with annotations of Citco Bank's subscription request to Sentry dated April 7, 2006; Sentry's long-form subscription agreement, undated; and Citco Bank's subscription request to Sentry dated March 23, 2006, which were produced by non-party Citco Fund Services with starting Bates number CFSE-LIQ-00585979. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 17.

---

[1] "Citco Record Holders" collectively refers to Citco Global Limited, Citco Bank Nederland N.V., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Banking Corporation N.V., and Citco Global Custody (NA) N.V., which made a joint production in response to the Liquidators' subpoenas.

22.     Attached as Exhibit 18 are true and correct copies of an email exchange dated April 23, 2008; Citco Bank's switch request to Sentry dated April 18, 2008; and Sigma's long-form subscription agreement dated April 18, 2008, which were produced by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00133777. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 18.

23.     Attached as Exhibit 19 are true and correct copies of Citco Bank's subscription request to Lambda dated May 18, 2005, and Lambda's long-form subscription agreement, undated, which were produced by non-party Citco Record Holders with starting Bates number CitcoRedeemer_02107043. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 19.

24.     Attached as Exhibit 20 are true and correct copies with annotations of Citco Fund Services' subscription confirmation to Citco Global Custody dated February 15, 2007; a document entitled Checklist for Subscription/Redemption dated January 26, 2007; Citco Fund Services' Confirmation of Cash Received to Citco Global Custody dated January 31, 2007; Citco Fund Services' Confirmation of Order Received to Citco Global Custody dated January 26, 2007; Citco Bank's subscription request to Sentry dated January 8, 2007; Sentry's short-form subscription agreement dated January 26, 2007; an email exchange dated January 12, 2007; a spreadsheet entitled Trade Approvals, undated; and an email exchange dated January 26, 2007, which were produced by non-party Citco Fund Services with starting Bates number CFSE-LIQ-00051245. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 20.

25.     Attached as Exhibit 21 is a true and correct copy with annotations of Sentry's Confirmation of Cash Received dated July 28, 2005, which was produced by non-party Citco Fund

Services with starting Bates number CFSE-LIQ-00289604. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 21.

26.    Attached as <u>Exhibit 22</u> is a true and correct copy of a CitcoFundsNet redemption request confirmation dated June 28, 2007, which was produced by non-party Citco Record Holders with starting Bates number CitcoRedeemer_02156651.

27.    Attached as <u>Exhibit 23</u> is a true and correct copy with annotations of Citco Bank's redemption request to Sentry dated August 26, 2005, which was produced by non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00572398. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 23.

28.    Attached as <u>Exhibit 24</u> is a true and correct copy of Citco Bank's redemption request confirmation to Defendant dated August 26, 2005, which was produced by non-party Citco Record Holders with starting Bates CitcoRedeemer_02093343.

29.    Attached as <u>Exhibit 25</u> is a true and correct copy of Citco Bank's redemption request to Sentry dated January 29, 2007, which was produced by non-party Citco Fund Services with starting Bates number CFSE-LIQ-00524919. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 25.

30.    Attached as <u>Exhibit 26</u> is a true and correct copy with annotations of Citco Fund Services' Confirmation of Order Received to Citco Global Custody dated January 31, 2007, which was produced by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00152544. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 26.

31.    Attached as <u>Exhibit 27</u> is a true and correct copy of a spreadsheet of Citco transaction records, undated, which was produced to the Liquidators by non-party Citco Fund

Services with starting Bates number ANWAR-C-ESI-00323326. The Liquidators have filtered the spreadsheet to display only Defendant's transactions.

32.    Attached as <u>Exhibit 28</u> is a true and correct copy of a document entitled Conditions for Third Party Investment Funds dated November 1, 2005, which was produced by Defendant with starting Bates number UBSAG_FF_00048323.

33.    Attached as <u>Exhibit 29</u> is a true and correct copy of a stipulation of facts between the Liquidators and Defendant.

34.    Attached as <u>Exhibit 30</u> is a true and correct copy of Sigma's private placement memorandum dated October 1, 2004, which was produced by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00505513. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 30.

35.    Attached as <u>Exhibit 31</u> is a true and correct copy of Lambda's private placement memorandum dated October 1, 2004, which was produced by non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00150946. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 31.

36.    Attached as <u>Exhibit 32</u> is a true and correct copy of Citco Bank's redemption request to Sentry dated September 15, 2008, which was produced by non-party Citco Fund Services with starting Bates number CFSE-LIQ-00032296. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 32.

37.    Attached as <u>Exhibit 33</u> is a true and correct copy with annotations of Sentry's Articles of Association, dated October 10, 2003, which was filed in *Fairfield Sentry Limited (In Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, 1:10-ap-03496 as ECF No. 925-6. The Liquidators are filing Exhibit 33 on the docket and not under seal.

38.    Attached as <u>Exhibit 34</u> are true and correct copies of records relating to Defendant's redemptions from Sentry in 2005. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number CFSE-LIQ-00292816; ANWAR-C-ESI-00572369 (family members omitted); ANWAR-C-ESI-00572398; ANWAR-C-ESI-00572409; CFSE-LIQ-00273572; CFSE-LIQ-00273576; CFSE-LIQ-00292805 (family members omitted); CFSE-LIQ-00292809 (family members omitted); and CFSE-LIQ-00292815 (family members omitted), and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02052239; CitcoRedeemer_02085001; and CitcoRedeemer_02093343. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 34.

39.    Attached as <u>Exhibit 35</u> are true and correct copies of records relating to Defendant's redemptions from Sentry in 2006. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates ANWAR-C-ESI-00572776; ANWAR-C-ESI-00572820; ANWAR-C-ESI-00583632; ANWAR-CFSE-00202205; ANWAR-CFSE-00210495; ANWAR-CFSE-00214998; ANWAR-CFSE-00215020; ANWAR-CFSE-00215049; ANWAR-CFSE-00215058; ANWAR-CFSE-00218536; ANWAR-CFSE-00218538; ANWAR-CFSE-00218571; ANWAR-CFSE-00218582; ANWAR-CFSE-00230931; ANWAR-CFSE-00230938; ANWAR-CFSE-00242426; ANWAR-CFSE-00242433; ANWAR-CFSE-00246075; ANWAR-CFSE-00246084; ANWAR-CFSE-00246092; ANWAR-CFSE-00252403; ANWAR-CFSE-00252415; ANWAR-CFSE-00252438; ANWAR-CFSE-00254691; ANWAR-CFSE-00254713; ANWAR-

CFSE-00254722; ANWAR-CFSE-00326050 (at ANWAR-CFSE-00326063); CFSE-LIQ-00111317 (family members omitted); CFSE-LIQ-00111321 (family members omitted); CFSE-LIQ-00111323 (family members omitted); CFSE-LIQ-00111325 (family members omitted); CFSE-LIQ-00115800; CFSE-LIQ-00119605 (family members omitted); CFSE-LIQ-00119609 (family members omitted); CFSE-LIQ-00124095 (family members omitted); CFSE-LIQ-00124139 (family members omitted); CFSE-LIQ-00124148 (family members omitted); CFSE-LIQ-00124161 (family members omitted); CFSE-LIQ-00127718 (family members omitted); CFSE-LIQ-00127720 (family members omitted); CFSE-LIQ-00127907 (family members omitted); CFSE-LIQ-00134531; CFSE-LIQ-00134535; CFSE-LIQ-00134541; CFSE-LIQ-00134547; CFSE-LIQ-00134551; CFSE-LIQ-00134552; CFSE-LIQ-00140081; CFSE-LIQ-00144520 (family members omitted); CFSE-LIQ-00144522 (family members omitted); CFSE-LIQ-00144525 (family members omitted); CFSE-LIQ-00144540 (family members omitted); CFSE-LIQ-00144542 (family members omitted); CFSE-LIQ-00147213; CFSE-LIQ-00151615; CFSE-LIQ-00155203 (family members omitted); CFSE-LIQ-00155232 (family members omitted); CFSE-LIQ-00155242 (family members omitted); CFSE-LIQ-00155252 (family members omitted); CFSE-LIQ-00155259 (family members omitted); CFSE-LIQ-00155270 (family members omitted); CFSE-LIQ-00161566 (family members omitted); CFSE-LIQ-00161580 (family members omitted); CFSE-LIQ-00161595 (family members omitted); CFSE-LIQ-00161605 (family members omitted); CFSE-LIQ-00161612 (family members omitted); CFSE-LIQ-00163849 (family members omitted); CFSE-LIQ-00163853 (family members omitted); CFSE-LIQ-00163859 (family members omitted); CFSE-LIQ-00163863 (family members omitted); CFSE-LIQ-00163869 (family members omitted); CFSE-LIQ-00163872 (family members omitted); CFSE-LIQ-00163879 (family members omitted); CFSE-LIQ-

00163881 (family members omitted); CFSE-LIQ-00163892 (family members omitted); CFSE-LIQ-00163894 (family members omitted); CFSE-LIQ-00163898 (family members omitted); CFSE-LIQ-00163904 (family members omitted); CFSE-LIQ-00163908 (family members omitted); CFSE-LIQ-00163909 (family members omitted); CFSE-LIQ-00314554 (family members omitted); CFSE-LIQ-00314556 (family members omitted); CFSE-LIQ-00314559 (family members omitted); CFSE-LIQ-00314564 (family members omitted); CFSE-LIQ-00314566 (family members omitted); CFSE-LIQ-00314569 (family members omitted); CFSE-LIQ-00574577; CFSE-LIQ-00587359; CFSE-LIQ-00587365; CFSE-LIQ-00587371; CFSE-LIQ-00587376; CFSE-LIQ-00587381; CFSE-LIQ-00587391; CFSE-LIQ-00587402; CFSE-LIQ-00587407; CFSE-LIQ-00587412; CFSE-LIQ-00587416; CFSE-LIQ-00587422; CFSE-LIQ-00587432; CFSE-LIQ-00587436; CFSE-LIQ-00590933; CFSE-LIQ-00590938; CFSE-LIQ-00590955; CFSE-LIQ-00597752; CFSE-LIQ-00597766; CFSE-LIQ-00603287; CFSE-LIQ-00603297; CFSE-LIQ-00603302; CFSE-LIQ-00603303; CFSE-LIQ-00603312; CFSE-LIQ-00603316; CFSE-LIQ-00607746; CFSE-LIQ-00614799; CFSE-LIQ-00614807; CFSE-LIQ-00614811; CFSE-LIQ-00614817; CFSE-LIQ-00614820; CFSE-LIQ-00618413; CFSE-LIQ-00618423; CFSE-LIQ-00618427; CFSE-LIQ-00618430; CFSE-LIQ-00618432; CFSE-LIQ-00618438; CFSE-LIQ-00618442; CFSE-LIQ-00618447; CFSE-LIQ-00624775; CFSE-LIQ-00624787; CFSE-LIQ-00624804; CFSE-LIQ-00624807; CFSE-LIQ-00627057; CFSE-LIQ-00627106; and CFSE-LIQ-00627117, and (2) by non-party Citco Record Holders with starting Bates number CitcoRedeemer_01323227 (at CitcoRedeemer_01323616); CitcoRedeemer_01352728 (at CitcoRedeemer_01352929); CitcoRedeemer_02047816; CitcoRedeemer_02048800; CitcoRedeemer_02049507; CitcoRedeemer_02050023; CitcoRedeemer_02053162; CitcoRedeemer_02053451; CitcoRedeemer_02057057;

CitcoRedeemer_02057479;    CitcoRedeemer_02058328;    CitcoRedeemer_02061051;

CitcoRedeemer_02061340;    CitcoRedeemer_02061621;    CitcoRedeemer_02061846;

CitcoRedeemer_02063308;    CitcoRedeemer_02064087;    CitcoRedeemer_02066380;

CitcoRedeemer_02067624;    CitcoRedeemer_02068220;    CitcoRedeemer_02069901;

CitcoRedeemer_02071467;    CitcoRedeemer_02071817;    CitcoRedeemer_02072366;

CitcoRedeemer_02073184;    CitcoRedeemer_02075661;    CitcoRedeemer_02075887;

CitcoRedeemer_02076282;    CitcoRedeemer_02077349;    CitcoRedeemer_02078344;

CitcoRedeemer_02078355;    CitcoRedeemer_02079647;    CitcoRedeemer_02080518;

CitcoRedeemer_02082060;    CitcoRedeemer_02087942;    CitcoRedeemer_02088003;

CitcoRedeemer_02091099;    CitcoRedeemer_02095474;    CitcoRedeemer_02097351;

CitcoRedeemer_02098105;    CitcoRedeemer_02101450;    CitcoRedeemer_02103444;

CitcoRedeemer_02103840; CitcoRedeemer_02105369 and CitcoRedeemer_02125291. Pursuant

to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in

Exhibit 35.

40.    Attached as Exhibit 36 are true and correct copies of records relating to Defendant's

redemptions from Sentry in 2007. Certain of these documents were produced as part of a larger

family. The Liquidators have intentionally omitted documents from these families that are not cited

in the Opposition, as identified below. These documents were produced by (1) non-party Citco

Fund Services with starting Bates number CFSE-LIQ-00058859; ANWAR-C-ESI-00575526;

ANWAR-CFSE-00138950; ANWAR-CFSE-00138958; ANWAR-CFSE-00138969; ANWAR-

CFSE-00138972;    ANWAR-CFSE-00138980;    ANWAR-CFSE-00138989;    ANWAR-CFSE-

00138992; ANWAR-CFSE-00138999; ANWAR-CFSE-00139002; ANWAR-CFSE-00139012;

ANWAR-CFSE-00139498; ANWAR-CFSE-00139587; ANWAR-CFSE-00148641; ANWAR-

CFSE-00148644; ANWAR-CFSE-00152455; ANWAR-CFSE-00152486; ANWAR-CFSE-00152496; ANWAR-CFSE-00152498; ANWAR-CFSE-00152504; ANWAR-CFSE-00152505; ANWAR-CFSE-00152512; ANWAR-CFSE-00152544; ANWAR-CFSE-00152551; ANWAR-CFSE-00158114; ANWAR-CFSE-00158123; ANWAR-CFSE-00158134; ANWAR-CFSE-00163652; ANWAR-CFSE-00163665; ANWAR-CFSE-00163672; ANWAR-CFSE-00163675; ANWAR-CFSE-00163692; ANWAR-CFSE-00163694; ANWAR-CFSE-00167714; ANWAR-CFSE-00168166; ANWAR-CFSE-00168459; ANWAR-CFSE-00168461; ANWAR-CFSE-00178767; ANWAR-CFSE-00178771; ANWAR-CFSE-00178974; ANWAR-CFSE-00179806; ANWAR-CFSE-00179810; ANWAR-CFSE-00179811; ANWAR-CFSE-00179812; ANWAR-CFSE-00179980; ANWAR-CFSE-00179983; ANWAR-CFSE-00183677; ANWAR-CFSE-00188267; ANWAR-CFSE-00188959; ANWAR-CFSE-00192135; ANWAR-CFSE-00195186; ANWAR-CFSE-00196035; CFSE-LIQ-00047903; CFSE-LIQ-00047907; CFSE-LIQ-00047917; CFSE-LIQ-00047919; CFSE-LIQ-00047929; CFSE-LIQ-00047935; CFSE-LIQ-00047939; CFSE-LIQ-00047949; CFSE-LIQ-00047969; CFSE-LIQ-00048451; CFSE-LIQ-00048455; CFSE-LIQ-00048541; CFSE-LIQ-00048543; CFSE-LIQ-00049875 (family members omitted); CFSE-LIQ-00057629; CFSE-LIQ-00057630; CFSE-LIQ-00058858 (family members omitted); CFSE-LIQ-00061480 (family members omitted); CFSE-LIQ-00061502 (family members omitted); CFSE-LIQ-00061506 (family members omitted); CFSE-LIQ-00061512 (family members omitted); CFSE-LIQ-00061520 (family members omitted); CFSE-LIQ-00061530 (family members omitted); CFSE-LIQ-00067098; CFSE-LIQ-00067107; CFSE-LIQ-00067110; CFSE-LIQ-00067114; CFSE-LIQ-00067118; CFSE-LIQ-00072077; CFSE-LIQ-00072649 (family members omitted); CFSE-LIQ-00072659 (family members omitted); CFSE-LIQ-00072670 (family members omitted); CFSE-LIQ-00072679 (family members omitted); CFSE-

LIQ-00076725 (family members omitted); CFSE-LIQ-00076730 (family members omitted); CFSE-LIQ-00077168; CFSE-LIQ-00077180 (family members omitted); CFSE-LIQ-00082107; CFSE-LIQ-00083102; CFSE-LIQ-00083106; CFSE-LIQ-00083107; CFSE-LIQ-00083169; CFSE-LIQ-00083170; CFSE-LIQ-00087815 (family members omitted); CFSE-LIQ-00087821 (family members omitted); CFSE-LIQ-00087835 (family members omitted); CFSE-LIQ-00088023 (family members omitted); CFSE-LIQ-00088869; CFSE-LIQ-00088870; CFSE-LIQ-00088901; CFSE-LIQ-00088906; CFSE-LIQ-00089031; CFSE-LIQ-00092779 (family members omitted); CFSE-LIQ-00097429; CFSE-LIQ-00097432; CFSE-LIQ-00097568; CFSE-LIQ-00097594; CFSE-LIQ-00097595; CFSE-LIQ-00097602; CFSE-LIQ-00098072 (family members omitted); CFSE-LIQ-00104291 (family members omitted); CFSE-LIQ-00104297 (family members omitted); CFSE-LIQ-00104318 (family members omitted); CFSE-LIQ-00104951 (family members omitted); CFSE-LIQ-00105107 (family members omitted); CFSE-LIQ-00105149 (family members omitted); CFSE-LIQ-00521026; CFSE-LIQ-00521029; CFSE-LIQ-00522264; CFSE-LIQ-00524854; CFSE-LIQ-00524858; CFSE-LIQ-00524865; CFSE-LIQ-00524866; CFSE-LIQ-00524892; CFSE-LIQ-00524901; CFSE-LIQ-00524908; CFSE-LIQ-00524912; CFSE-LIQ-00524919; CFSE-LIQ-00524929; CFSE-LIQ-00530487; CFSE-LIQ-00536031; CFSE-LIQ-00536038; CFSE-LIQ-00536058; CFSE-LIQ-00536061; CFSE-LIQ-00540086; CFSE-LIQ-00540091; CFSE-LIQ-00540102; CFSE-LIQ-00540840; CFSE-LIQ-00546520; CFSE-LIQ-00552228; CFSE-LIQ-00556056; CFSE-LIQ-00560641; CFSE-LIQ-00560700; CFSE-LIQ-00560839; CFSE-LIQ-00561125; CFSE-LIQ-00561333; CFSE-LIQ-00564509; CFSE-LIQ-00564515; CFSE-LIQ-00567579; CFSE-LIQ-00567583; CFSE-LIQ-00568211; CFSE-LIQ-00568369; and CFSE-LIQ-00568375, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_01250469 (at CitcoRedeemer_01250729) and

14

CitcoRedeemer_02125672. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 36.

41.     Attached as <u>Exhibit 37</u> are true and correct copies of records relating to Defendant's redemptions from Sentry in 2008. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00585851; ANWAR-C-ESI-00585868; ANWAR-C-ESI-00585870; ANWAR-C-ESI-00585888; ANWAR-C-ESI-00586084; ANWAR-C-ESI-00586085; ANWAR-C-ESI-00586086; ANWAR-C-ESI-00586126; ANWAR-CFSE-00095939; ANWAR-CFSE-00095941; ANWAR-CFSE-00099044; ANWAR-CFSE-00105718; ANWAR-CFSE-00105772; ANWAR-CFSE-00105882; ANWAR-CFSE-00111767; ANWAR-CFSE-00119556; ANWAR-CFSE-00121716; ANWAR-CFSE-00198613; ANWAR-CFSE-00198615; ANWAR-CFSE-00198618; ANWAR-CFSE-00198820; ANWAR-CFSE-00198877; ANWAR-CFSE-00199392; ANWAR-CFSE-00199528; CFSE-LIQ-00004324 (family members omitted); CFSE-LIQ-00007426 (family members omitted); CFSE-LIQ-00007427 (family members omitted); CFSE-LIQ-00007444 (family members omitted); CFSE-LIQ-00007449 (family members omitted); CFSE-LIQ-00008086 (family members omitted); CFSE-LIQ-00008090 (family members omitted); CFSE-LIQ-00008091 (family members omitted); CFSE-LIQ-00008219; CFSE-LIQ-00014128 (family members omitted); CFSE-LIQ-00014132 (family members omitted); CFSE-LIQ-00014133 (family members omitted); CFSE-LIQ-00014138 (family members omitted); CFSE-LIQ-00014145 (family members omitted); CFSE-LIQ-00014195 (family members omitted); CFSE-LIQ-00014200 (family members omitted); CFSE-LIQ-00014307 (family members omitted); CFSE-LIQ-00014312 (family members

omitted); CFSE-LIQ-00016346; CFSE-LIQ-00016362; CFSE-LIQ-00020201 (family members omitted); CFSE-LIQ-00020206; CFSE-LIQ-00022876 (family members omitted); CFSE-LIQ-00022879 (family members omitted); CFSE-LIQ-00022881 (family members omitted); CFSE-LIQ-00022984 (family members omitted); CFSE-LIQ-00022985 (family members omitted); CFSE-LIQ-00022987 (family members omitted); CFSE-LIQ-00023831 (family members omitted); CFSE-LIQ-00023835 (family members omitted); CFSE-LIQ-00023836 (family members omitted); CFSE-LIQ-00028006; CFSE-LIQ-00028648; CFSE-LIQ-00028670; CFSE-LIQ-00028781; CFSE-LIQ-00030490; CFSE-LIQ-00032296; CFSE-LIQ-00042677; CFSE-LIQ-00107926 (family members omitted); CFSE-LIQ-00107984 (family members omitted); CFSE-LIQ-00107989 (family members omitted); CFSE-LIQ-00108443 (family members omitted); CFSE-LIQ-00108499 (family members omitted); CFSE-LIQ-00108635 (family members omitted); CFSE-LIQ-00349012 (family members omitted); CFSE-LIQ-00349016 (family members omitted); CFSE-LIQ-00349247 (family members omitted); CFSE-LIQ-00349251 (family members omitted); CFSE-LIQ-00349255 (family members omitted); CFSE-LIQ-00349259 (family members omitted); CFSE-LIQ-00570984; CFSE-LIQ-00571200; CFSE-LIQ-00571713; CFSE-LIQ-00571772; and CFSE-LIQ-00571908, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_01219794 (at CitcoRedeemer_01219956); CitcoRedeemer_02049581 (family members omitted); CitcoRedeemer_02049628; CitcoRedeemer_02050212 (family members omitted); CitcoRedeemer_02050935 (family members omitted); CitcoRedeemer_02052671; CitcoRedeemer_02059403 (family members omitted); CitcoRedeemer_02059973 (family members omitted); CitcoRedeemer_02064978; CitcoRedeemer_02069686; CitcoRedeemer_02078593; CitcoRedeemer_02086333 (family members omitted); CitcoRedeemer_02086361 (family members omitted);

CitcoRedeemer_02101804    (family    members    omitted);    CitcoRedeemer_02125094;

CitcoRedeemer_02125326; CitcoRedeemer_02125733; and CitcoRedeemer_02126300. Pursuant

to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in

Exhibit 37.

42.    Attached as <u>Exhibit 38</u> are true and correct copies of records relating to Defendant's

redemptions from Sigma in 2005. These documents were produced by (1) non-party Citco Fund

Services with starting Bates number ANWAR-C-ESI-00572631 and (2) non-party Citco Record

Holders with starting Bates number CitcoRedeemer_02113466; CitcoRedeemer_02115855; and

CitcoRedeemer_02120840. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted

non-public information contained in Exhibit 38.

43.    Attached as <u>Exhibit 39</u> are true and correct copies of records relating to Defendant's

redemptions from Sigma in 2006. These documents were produced by (1) non-party Citco Fund

Services with starting Bates number ANWAR-C-ESI-00572914; ANWAR-C-ESI-00572973;

ANWAR-C-ESI-00572974; ANWAR-C-ESI-00583542; ANWAR-C-ESI-00583578; ANWAR-

C-ESI-00583587;    ANWAR-C-ESI-00583634;    ANWAR-C-ESI-00583719;    ANWAR-C-ESI-

00583749; ANWAR-C-ESI-00583952; ANWAR-C-ESI-00583971; ANWAR-C-ESI-00584550;

and ANWAR-C-ESI-00584779, and (2) non-party Citco Record Holders with starting Bates

number    CitcoRedeemer_02055384;    CitcoRedeemer_02108755;    CitcoRedeemer_02109113;

CitcoRedeemer_02109783;         CitcoRedeemer_02111283;         CitcoRedeemer_02112203;

CitcoRedeemer_02112439;         CitcoRedeemer_02113089;         CitcoRedeemer_02113407;

CitcoRedeemer_02113941;         CitcoRedeemer_02116190;         CitcoRedeemer_02116628;

CitcoRedeemer_02118217;         CitcoRedeemer_02118571;         CitcoRedeemer_02118968;

CitcoRedeemer_02120021; and CitcoRedeemer_02121718;. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 39.

44.    Attached as <u>Exhibit 40</u> are true and correct copies of records relating to Defendant's redemptions from Sigma in 2007. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00575450; ANWAR-C-ESI-00575493; ANWAR-C-ESI-00575631; ANWAR-C-ESI-00575808; ANWAR-C-ESI-00576713; ANWAR-C-ESI-00584968; CFSE-LIQ-00348627 (family members omitted); CFSE-LIQ-00348630 (family members omitted); CFSE-LIQ-00348632 (family members omitted); CFSE-LIQ-00348661 (family members omitted); CFSE-LIQ-00348663 (family members omitted); CFSE-LIQ-00348666 (family members omitted); CFSE-LIQ-00348770 (family members omitted); CFSE-LIQ-00348771 (family members omitted); CFSE-LIQ-00348792 (family members omitted); CFSE-LIQ-00348795 (family members omitted); CFSE-LIQ-00348796 (family members omitted); CFSE-LIQ-00348801 (family members omitted); CFSE-LIQ-00348810 (family members omitted); CFSE-LIQ-00348813 (family members omitted); CFSE-LIQ-00348814 (family members omitted); CFSE-LIQ-00348886 (family members omitted); CFSE-LIQ-00348888 (family members omitted); CFSE-LIQ-00349292 (family members omitted); CFSE-LIQ-00349302 (family members omitted); CFSE-LIQ-00349303 (family members omitted); CFSE-LIQ-00349446 (family members omitted); CFSE-LIQ-00349448 (family members omitted); CFSE-LIQ-00349451 (family members omitted); CFSE-LIQ-00349460 (family members omitted); CFSE-LIQ-00349462 (family members omitted); CFSE-LIQ-00356992 (family members omitted); CFSE-LIQ-00356995 (family members omitted);

CFSE-LIQ-00356996 (family members omitted); CFSE-LIQ-00371459; CFSE-LIQ-00371462;

CFSE-LIQ-00371463;   CFSE-LIQ-00371473;   CFSE-LIQ-00371474;   CFSE-LIQ-00407127;

CFSE-LIQ-00407129;   CFSE-LIQ-00407236;   CFSE-LIQ-00407581;   CFSE-LIQ-00407582;

CFSE-LIQ-00407718; CFSE-LIQ-00422852; CFSE-LIQ-00422961; CFSE-LIQ-00433701; and

CFSE-LIQ-00433708, and (2) non-party Citco Record Holders with starting Bates number

CitcoRedeemer_02114656;      CitcoRedeemer_02115131;      CitcoRedeemer_02117417;

CitcoRedeemer_02117577. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted

non-public information contained in Exhibit 40.

45.    Attached as <u>Exhibit 41</u> are true and correct copies of records relating to Defendant's

redemptions from Sigma in 2008. Certain of these documents were produced as part of a larger

family. The Liquidators have intentionally omitted documents from these families that are not cited

in the Opposition, as identified below. These documents were produced by (1) non-party Citco

Fund Services with starting Bates number ANWAR-C-ESI-00578138; ANWAR-C-ESI-

00578976; ANWAR-C-ESI-00579214; ANWAR-C-ESI-00585780; ANWAR-C-ESI-00585850;

ANWAR-C-ESI-00585867; ANWAR-C-ESI-00586141; ANWAR-C-ESI-00586149; ANWAR-

CFSE-00131468;   ANWAR-CFSE-00132905;   ANWAR-CFSE-00132908;   ANWAR-CFSE-

00132912; ANWAR-CFSE-00132916; ANWAR-CFSE-00133060; ANWAR-CFSE-00133140;

ANWAR-CFSE-00133143; ANWAR-CFSE-00133174; ANWAR-CFSE-00134538; ANWAR-

CFSE-00134541; CFSE-LIQ-00040408; CFSE-LIQ-00040411; CFSE-LIQ-00040413; CFSE-

LIQ-00040419; CFSE-LIQ-00040424; CFSE-LIQ-00041856 (family members omitted); CFSE-

LIQ-00041864 (family members omitted); CFSE-LIQ-00042008 (family members omitted);

CFSE-LIQ-00042015 (family members omitted); CFSE-LIQ-00042090 (family members

omitted); CFSE-LIQ-00042126 (family members omitted); CFSE-LIQ-00042131 (family

members omitted); CFSE-LIQ-00043211; CFSE-LIQ-00043489; CFSE-LIQ-00046014; CFSE-LIQ-00348398 (family members omitted); CFSE-LIQ-00348400 (family members omitted); CFSE-LIQ-00348621 (family members omitted); CFSE-LIQ-00348670 (family members omitted); CFSE-LIQ-00348676 (family members omitted); CFSE-LIQ-00348682 (family members omitted); CFSE-LIQ-00349000 (family members omitted); CFSE-LIQ-00349004 (family members omitted); CFSE-LIQ-00349008 (family members omitted); CFSE-LIQ-00349091 (family members omitted); CFSE-LIQ-00440065; CFSE-LIQ-00440079; CFSE-LIQ-00440086; and CFSE-LIQ-00440088, and (2) by Citco Record Holders with starting Bates number CitcoRedeemer_01884388 (at CitcoRedeemer_01884397); CitcoRedeemer_02108558 (family members omitted); CitcoRedeemer_02110236; CitcoRedeemer_02114319; CitcoRedeemer_02114676; CitcoRedeemer_02119210 (family members omitted); CitcoRedeemer_02120026 (family members omitted); and CitcoRedeemer_02121572. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 41.

46.    Attached as Exhibit 42 are true and correct copies of records relating to Defendant's redemptions from Lambda. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number CFSE-LIQ-00036161; CFSE-LIQ-00036165; CFSE-LIQ-00348595 (family members omitted); CFSE-LIQ-00348698 (family members omitted); CFSE-LIQ-00348699 (family members omitted); CFSE-LIQ-00348702 (family members omitted); CFSE-LIQ-00349321 (family members omitted); CFSE-LIQ-00349324 (family members omitted); CFSE-LIQ-00443672; CFSE-LIQ-00443676; CFSE-LIQ-00443678; and CFSE-LIQ-

00443704, and (2) by Citco Record Holders with starting Bates number CitcoRedeemer_02106147; CitcoRedeemer_02106159; CitcoRedeemer_02106286; CitcoRedeemer_02106438; CitcoRedeemer_02107184; CitcoRedeemer_02107593; CitcoRedeemer_02107659; CitcoRedeemer_02108249. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 42.

47.    Attached as <u>Exhibit 43</u> are true and correct copies of Defendant's subscription agreements for shares in Sentry. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00096488; ANWAR-CFSE-00096667; ANWAR-CFSE-00096681; ANWAR-CFSE-00097284; ANWAR-CFSE-00105287; ANWAR-CFSE-00109803; ANWAR-CFSE-00110121; ANWAR-CFSE-00111434; ANWAR-CFSE-00170682; ANWAR-CFSE-00174696; ANWAR-CFSE-00204420; ANWAR-CFSE-00228558; ANWAR-CFSE-00232746 (at ANWAR-CFSE-00232756; ANWAR-CFSE-00232762; ANWAR-CFSE-00232768); ANWAR-CFSE-00234664; ANWAR-CFSE-00234721; ANWAR-CFSE-00240692; ANWAR-CFSE-00246733; ANWAR-CFSE-00249179; ANWAR-CFSE-00249219; CFSE-LIQ-00024743; CFSE-LIQ-00049859; CFSE-LIQ-00049941 (family members omitted); CFSE-LIQ-00051245; CFSE-LIQ-00061885 (family members omitted); CFSE-LIQ-00074655; CFSE-LIQ-00099627; CFSE-LIQ-00106182; CFSE-LIQ-00109118; CFSE-LIQ-00129686 (family members omitted); CFSE-LIQ-00130641 (family members omitted); CFSE-LIQ-00130683 (family members omitted); CFSE-LIQ-00131829 (family members omitted); CFSE-LIQ-00131837 (family members omitted); CFSE-LIQ-00143804 (family members omitted); CFSE-LIQ-00149770 (family members omitted); CFSE-LIQ-

00149793 (family members omitted); CFSE-LIQ-00149826; CFSE-LIQ-00152853; CFSE-LIQ-00155847; CFSE-LIQ-00158291 (family members omitted); CFSE-LIQ-00158370 (family members omitted); CFSE-LIQ-00166085; CFSE-LIQ-00168846 (family members omitted); CFSE-LIQ-00169007 (family members omitted); CFSE-LIQ-00170514; CFSE-LIQ-00289572; CFSE-LIQ-00289596; CFSE-LIQ-00289616; CFSE-LIQ-00296839; CFSE-LIQ-00348836 (family members omitted); CFSE-LIQ-00348857 (family members omitted); CFSE-LIQ-00349171 (family members omitted); CFSE-LIQ-00349366 (family members omitted); CFSE-LIQ-00514314 (at CFSE-LIQ-00514464); CFSE-LIQ-00525372; CFSE-LIQ-00552716 (at CFSE-LIQ-00552726; family members omitted); CFSE-LIQ-00575811; CFSE-LIQ-00575828; CFSE-LIQ-00585936; CFSE-LIQ-00585951; CFSE-LIQ-00593914; CFSE-LIQ-00607084; CFSE-LIQ-00607117; CFSE-LIQ-00612958; CFSE-LIQ-00615992 (at CFSE-LIQ-00616037); CFSE-LIQ-00309710; and CFSE-LIQ-00619102, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_01194926 (at CitcoRedeemer_01194926); CitcoRedeemer_01198566 (at CitcoRedeemer_01199005); CitcoRedeemer_01199205 (at CitcoRedeemer_01199235; CitcoRedeemer_01199641); CitcoRedeemer_01199778 (at CitcoRedeemer_01200054; CitcoRedeemer_01200336); CitcoRedeemer_01202104 (at CitcoRedeemer_01202546); CitcoRedeemer_01207945 (at CitcoRedeemer_01208047; CitcoRedeemer_01208365; CitcoRedeemer_01208478); CitcoRedeemer_01208619 (at CitcoRedeemer_01208624; CitcoRedeemer_01209077); CitcoRedeemer_01209237 (at CitcoRedeemer_01209794); CitcoRedeemer_01214187 (at CitcoRedeemer_01214501); CitcoRedeemer_01214668 (at CitcoRedeemer_01215191; CitcoRedeemer_01215218); CitcoRedeemer_01215660 (at CitcoRedeemer_01215944; CitcoRedeemer_01215974; CitcoRedeemer_01216120; CitcoRedeemer_01216223; CitcoRedeemer_01216333);

CitcoRedeemer_01250998 (at CitcoRedeemer_01251142); CitcoRedeemer_01258096 (at CitcoRedeemer_01258388); CitcoRedeemer_01268602 (at CitcoRedeemer_01268921); CitcoRedeemer_01269509 (at CitcoRedeemer_01269566; CitcoRedeemer_01269586; CitcoRedeemer_01269590; CitcoRedeemer_01269656); CitcoRedeemer_01272415 (at CitcoRedeemer_01272517; CitcoRedeemer_01272750; CitcoRedeemer_01272940); CitcoRedeemer_01311372 (at CitcoRedeemer_01311794); CitcoRedeemer_01318446 (at CitcoRedeemer_01318446; CitcoRedeemer_01318781); CitcoRedeemer_01319718 (at CitcoRedeemer_01319718; CitcoRedeemer_01319758); CitcoRedeemer_01326689 (at CitcoRedeemer_01326751); CitcoRedeemer_01336298 (at CitcoRedeemer_01336298; CitcoRedeemer_01336471); CitcoRedeemer_01338562 (at CitcoRedeemer_01338799); CitcoRedeemer_01354767 (at CitcoRedeemer_01355100); CitcoRedeemer_01357562 (at CitcoRedeemer_01357900; CitcoRedeemer_01357960); CitcoRedeemer_01818037 (at CitcoRedeemer_01818042; CitcoRedeemer_01818495); CitcoRedeemer_02058023; CitcoRedeemer_02062567; CitcoRedeemer_02064112; CitcoRedeemer_02073872; CitcoRedeemer_02079274; CitcoRedeemer_02079902; CitcoRedeemer_02088678; CitcoRedeemer_02101285; and CitcoRedeemer_02105315. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 43.

48.    Attached as Exhibit 44 are true and correct copies of Defendant's subscription agreements for shares in Sigma. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00132652 and ANWAR-CFSE-00132817, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_01228478 (at CitcoRedeemer_01228633); CitcoRedeemer_01232899 (at CitcoRedeemer_01233126; CitcoRedeemer_01233189; CitcoRedeemer_01233238; CitcoRedeemer_01233398;

CitcoRedeemer_01233442);    CitcoRedeemer_01233568    (at    CitcoRedeemer_01233591;

CitcoRedeemer_01233975);    CitcoRedeemer_01236506    (at    CitcoRedeemer_01236643;

CitcoRedeemer_01236703;    CitcoRedeemer_01236740);    CitcoRedeemer_02108392;

CitcoRedeemer_02108812;    CitcoRedeemer_02108935;    CitcoRedeemer_02108975;

CitcoRedeemer_02108994;    CitcoRedeemer_02109955;    CitcoRedeemer_02110421;

CitcoRedeemer_02110576;    CitcoRedeemer_02110670;    CitcoRedeemer_02110724;

CitcoRedeemer_02110912;    CitcoRedeemer_02110918;    CitcoRedeemer_02111074;

CitcoRedeemer_02111379;    CitcoRedeemer_02111527;    CitcoRedeemer_02111535;

CitcoRedeemer_02111566;    CitcoRedeemer_02112156;    CitcoRedeemer_02112251;

CitcoRedeemer_02112277;    CitcoRedeemer_02112384;    CitcoRedeemer_02112399;

CitcoRedeemer_02112924;    CitcoRedeemer_02113166;    CitcoRedeemer_02113208;

CitcoRedeemer_02113436;    CitcoRedeemer_02113642;    CitcoRedeemer_02113663;

CitcoRedeemer_02113766;    CitcoRedeemer_02114012;    CitcoRedeemer_02114063;

CitcoRedeemer_02114372;    CitcoRedeemer_02114424;    CitcoRedeemer_02114493;

CitcoRedeemer_02114622;    CitcoRedeemer_02114799;    CitcoRedeemer_02114901;

CitcoRedeemer_02114947;    CitcoRedeemer_02115090;    CitcoRedeemer_02115285;

CitcoRedeemer_02115543;    CitcoRedeemer_02115730;    CitcoRedeemer_02115792;

CitcoRedeemer_02115797;    CitcoRedeemer_02115865;    CitcoRedeemer_02115896;

CitcoRedeemer_02116265;    CitcoRedeemer_02116518;    CitcoRedeemer_02116738;

CitcoRedeemer_02116745    (at    CitcoRedeemer_02116745);    CitcoRedeemer_02116939;

CitcoRedeemer_02117230;    CitcoRedeemer_02117284;    CitcoRedeemer_02117398;

CitcoRedeemer_02117497;    CitcoRedeemer_02117626;    CitcoRedeemer_02117672;

CitcoRedeemer_02117787;    CitcoRedeemer_02117794;    CitcoRedeemer_02118443;

| | | |
|---|---|---|
| CitcoRedeemer_02118467; | CitcoRedeemer_02118602; | CitcoRedeemer_02119031; |
| CitcoRedeemer_02119294; | CitcoRedeemer_02119312; | CitcoRedeemer_02120594; |
| CitcoRedeemer_02121003; | CitcoRedeemer_02121083; | CitcoRedeemer_02121202; |

CitcoRedeemer_02121327; and CitcoRedeemer_02121648. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 43.

49.    Attached as <u>Exhibit 45</u> are true and correct copies of Defendant's subscription agreements for shares in Lambda. These documents were produced by (1) non-party Citco Fund Services with starting Bates number CFSE-LIQ-00036182 and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02106137; CitcoRedeemer_02106273; CitcoRedeemer_02106537; CitcoRedeemer_02106573; CitcoRedeemer_02106798; CitcoRedeemer_02106883; CitcoRedeemer_02107043; CitcoRedeemer_02107073; CitcoRedeemer_02107095; CitcoRedeemer_02107712; and CitcoRedeemer_02108276. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 45.

50.    Attached as <u>Exhibit 46</u> are true and correct copies of records relating to Defendant's subscriptions in Sentry in 2005. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number CFSE-LIQ-00274454 (family members omitted); CFSE-LIQ-00274459 (family members omitted); CFSE-LIQ-00274468 (family members omitted); CFSE-LIQ-00274473 (family members omitted); CFSE-LIQ-00274478 (family members omitted); CFSE-LIQ-00274479 (family members omitted); CFSE-LIQ-00282966 (family members omitted); CFSE-LIQ-00282971 (family members omitted); CFSE-LIQ-

00282985 (family members omitted); CFSE-LIQ-00289564; CFSE-LIQ-00289569; CFSE-LIQ-00289572; CFSE-LIQ-00289584; CFSE-LIQ-00289589; CFSE-LIQ-00289593; CFSE-LIQ-00289604; CFSE-LIQ-00289606; CFSE-LIQ-00289615; CFSE-LIQ-00291745 (family members omitted); CFSE-LIQ-00291750; CFSE-LIQ-00291760 (family members omitted); CFSE-LIQ-00296832; CFSE-LIQ-00296835; CFSE-LIQ-00296839; CFSE-LIQ-00299772 (family members omitted); CFSE-LIQ-00299775 (family members omitted); CFSE-LIQ-00299779 (family members omitted); CFSE-LIQ-00315256 (family members omitted); CFSE-LIQ-00315259 (family members omitted); CFSE-LIQ-00315270 (family members omitted); CFSE-LIQ-00315541 (family members omitted); CFSE-LIQ-00315550 (family members omitted); and CFSE-LIQ-00315556 (family members omitted), and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02064165; CitcoRedeemer_02065275; CitcoRedeemer_02068122; CitcoRedeemer_02077895; CitcoRedeemer_02080774; CitcoRedeemer_02084356; CitcoRedeemer_02088182; CitcoRedeemer_02088389; CitcoRedeemer_02093289; CitcoRedeemer_02094309; CitcoRedeemer_02095673; and CitcoRedeemer_02099674. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 46.

51.    Attached as Exhibit 47 are true and correct copies of records relating to Defendant's subscriptions in Sentry in 2006. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00584543; ANWAR-CFSE-00203425; ANWAR-CFSE-00203437; ANWAR-CFSE-00203443; ANWAR-CFSE-00203455; ANWAR-CFSE-00204405; ANWAR-CFSE-00204407; ANWAR-CFSE-00213562; ANWAR-

CFSE-00213567; ANWAR-CFSE-00213572; ANWAR-CFSE-00213586; ANWAR-CFSE-00213621; ANWAR-CFSE-00213638; ANWAR-CFSE-00213652; ANWAR-CFSE-00213665; ANWAR-CFSE-00220197; ANWAR-CFSE-00220199; ANWAR-CFSE-00220579; ANWAR-CFSE-00220588; ANWAR-CFSE-00221474; ANWAR-CFSE-00221505; ANWAR-CFSE-00221516; ANWAR-CFSE-00221540; ANWAR-CFSE-00222660; ANWAR-CFSE-00222667; ANWAR-CFSE-00228513; ANWAR-CFSE-00228541; ANWAR-CFSE-00234572; ANWAR-CFSE-00234573; ANWAR-CFSE-00234632; ANWAR-CFSE-00234646; ANWAR-CFSE-00234655; ANWAR-CFSE-00234673; ANWAR-CFSE-00234680; ANWAR-CFSE-00234718; ANWAR-CFSE-00234738; ANWAR-CFSE-00234749; ANWAR-CFSE-00238217; ANWAR-CFSE-00240554; ANWAR-CFSE-00240571; ANWAR-CFSE-00240575; ANWAR-CFSE-00240581; ANWAR-CFSE-00240595; ANWAR-CFSE-00240601; ANWAR-CFSE-00240616; ANWAR-CFSE-00240620; ANWAR-CFSE-00240621; ANWAR-CFSE-00240640; ANWAR-CFSE-00240644; ANWAR-CFSE-00240665; ANWAR-CFSE-00240671; ANWAR-CFSE-00240681; ANWAR-CFSE-00240685; ANWAR-CFSE-00243664; ANWAR-CFSE-00243665; ANWAR-CFSE-00243679; ANWAR-CFSE-00243684; ANWAR-CFSE-00243690; ANWAR-CFSE-00243705; ANWAR-CFSE-00243707; ANWAR-CFSE-00243710; ANWAR-CFSE-00243722; ANWAR-CFSE-00243730; ANWAR-CFSE-00243748; ANWAR-CFSE-00243781; ANWAR-CFSE-00243784; ANWAR-CFSE-00243788; ANWAR-CFSE-00243798; ANWAR-CFSE-00243800; ANWAR-CFSE-00243803; ANWAR-CFSE-00243814; ANWAR-CFSE-00243833; ANWAR-CFSE-00243847; ANWAR-CFSE-00243858; ANWAR-CFSE-00246675; ANWAR-CFSE-00246806; ANWAR-CFSE-00249109; ANWAR-CFSE-00249113; ANWAR-CFSE-00249119; ANWAR-CFSE-00249133; ANWAR-CFSE-00249137; ANWAR-CFSE-00249172; ANWAR-CFSE-00249187; ANWAR-CFSE-00249193; ANWAR-CFSE-00249197;

ANWAR-CFSE-00249213; ANWAR-CFSE-00249217; ANWAR-CFSE-00249218; ANWAR-CFSE-00256849; ANWAR-CFSE-00256869; ANWAR-CFSE-00256896; ANWAR-CFSE-00256911; ANWAR-CFSE-00256912; ANWAR-CFSE-00256919; CFSE-LIQ-00112538 (family members omitted); CFSE-LIQ-00112556 (family members omitted); CFSE-LIQ-00113533 (family members omitted); CFSE-LIQ-00122670 (family members omitted); CFSE-LIQ-00122699 (family members omitted); CFSE-LIQ-00122765 (family members omitted); CFSE-LIQ-00129359 (family members omitted); CFSE-LIQ-00129682 (family members omitted); CFSE-LIQ-00129684 (family members omitted); CFSE-LIQ-00129694 (family members omitted); CFSE-LIQ-00129710 (family members omitted); CFSE-LIQ-00130643 (family members omitted); CFSE-LIQ-00130663 (family members omitted); CFSE-LIQ-00130709 (family members omitted); CFSE-LIQ-00131822 (family members omitted); CFSE-LIQ-00137670 (family members omitted); CFSE-LIQ-00137689 (family members omitted); CFSE-LIQ-00137736 (family members omitted); CFSE-LIQ-00137761 (family members omitted); CFSE-LIQ-00143749 (family members omitted); CFSE-LIQ-00143825 (family members omitted); CFSE-LIQ-00143830 (family members omitted); CFSE-LIQ-00143866 (family members omitted); CFSE-LIQ-00143898 (family members omitted); CFSE-LIQ-00143908 (family members omitted); CFSE-LIQ-00149724 (family members omitted); CFSE-LIQ-00149767 (family members omitted); CFSE-LIQ-00149818 (family members omitted); CFSE-LIQ-00152858 (family members omitted); CFSE-LIQ-00152910 (family members omitted); CFSE-LIQ-00152930 (family members omitted); CFSE-LIQ-00152934 (family members omitted); CFSE-LIQ-00152939 (family members omitted); CFSE-LIQ-00152989 (family members omitted); CFSE-LIQ-00152990 (family members omitted); CFSE-LIQ-00153000 (family members omitted); CFSE-LIQ-00153026 (family members omitted); CFSE-LIQ-

00158315 (family members omitted); CFSE-LIQ-00158347 (family members omitted); CFSE-LIQ-00158369 (family members omitted); CFSE-LIQ-00158836 (family members omitted); CFSE-LIQ-00166022 (family members omitted); CFSE-LIQ-00166028 (family members omitted); CFSE-LIQ-00166042 (family members omitted); CFSE-LIQ-00166053; CFSE-LIQ-00166068; CFSE-LIQ-00309496; CFSE-LIQ-00309499; CFSE-LIQ-00309504; CFSE-LIQ-00309512; CFSE-LIQ-00309517; CFSE-LIQ-00309522; CFSE-LIQ-00309691; CFSE-LIQ-00309699; CFSE-LIQ-00309707; CFSE-LIQ-00309723; CFSE-LIQ-00309729; CFSE-LIQ-00315210 (family members omitted); CFSE-LIQ-00315213 (family members omitted); CFSE-LIQ-00315221 (family members omitted); CFSE-LIQ-00315236 (family members omitted); CFSE-LIQ-00315239 (family members omitted); CFSE-LIQ-00315243 (family members omitted); CFSE-LIQ-00348418 (family members omitted); CFSE-LIQ-00348420 (family members omitted); CFSE-LIQ-00585919; CFSE-LIQ-00585947; CFSE-LIQ-00586017; CFSE-LIQ-00592929; CFSE-LIQ-00592931; CFSE-LIQ-00592953; CFSE-LIQ-00593844; CFSE-LIQ-00593865; CFSE-LIQ-00593887; CFSE-LIQ-00593900; CFSE-LIQ-00593910; CFSE-LIQ-00595022; CFSE-LIQ-00595042; CFSE-LIQ-00600876; CFSE-LIQ-00600895; CFSE-LIQ-00600903; CFSE-LIQ-00600914; CFSE-LIQ-00600934; CFSE-LIQ-00600950; CFSE-LIQ-00607011; CFSE-LIQ-00607050; CFSE-LIQ-00607082; CFSE-LIQ-00607083; CFSE-LIQ-00607095; and CFSE-LIQ-00629268, and (2) Citco Record Holders with starting Bates number CitcoRedeemer_01320592 (at CitcoRedeemer_01320897); CitcoRedeemer_02048732; CitcoRedeemer_02050023; CitcoRedeemer_02052173; CitcoRedeemer_02052281; CitcoRedeemer_02053716; CitcoRedeemer_02057479; CitcoRedeemer_02058325; CitcoRedeemer_02058328; CitcoRedeemer_02061340; CitcoRedeemer_02061621; CitcoRedeemer_02062871; CitcoRedeemer_02066031; CitcoRedeemer_02066108;

| | | |
|---|---|---|
| CitcoRedeemer_02066119; | CitcoRedeemer_02066380; | CitcoRedeemer_02066566; |
| CitcoRedeemer_02068220; | CitcoRedeemer_02069136; | CitcoRedeemer_02069282; |
| CitcoRedeemer_02069650; | CitcoRedeemer_02072244; | CitcoRedeemer_02072366; |
| CitcoRedeemer_02073275; | CitcoRedeemer_02073764; | CitcoRedeemer_02073864; |
| CitcoRedeemer_02075050; | CitcoRedeemer_02075819; | CitcoRedeemer_02076281; |
| CitcoRedeemer_02076593; | CitcoRedeemer_02076594; | CitcoRedeemer_02077431; |
| CitcoRedeemer_02077968; | CitcoRedeemer_02078371; | CitcoRedeemer_02078624; |
| CitcoRedeemer_02080533; | CitcoRedeemer_02081166; | CitcoRedeemer_02081468; |
| CitcoRedeemer_02081482; | CitcoRedeemer_02082330; | CitcoRedeemer_02082468; |
| CitcoRedeemer_02082644; | CitcoRedeemer_02086963; | CitcoRedeemer_02087775; |
| CitcoRedeemer_02088266; | CitcoRedeemer_02088389; | CitcoRedeemer_02090469; |
| CitcoRedeemer_02090473; | CitcoRedeemer_02090946; | CitcoRedeemer_02092070; |
| CitcoRedeemer_02094291; | CitcoRedeemer_02094411; | CitcoRedeemer_02096771; |
| CitcoRedeemer_02097351; | CitcoRedeemer_02099190; | CitcoRedeemer_02099674; |
| CitcoRedeemer_02100906; | CitcoRedeemer_02101918; | CitcoRedeemer_02102159; |

CitcoRedeemer_02103760; CitcoRedeemer_02104546; and CitcoRedeemer_02104884. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 47.

52.     Attached as Exhibit 48 are true and correct copies of records relating to Defendant's subscriptions in Sentry in 2007. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00575748; ANWAR-CFSE-

00129594; ANWAR-CFSE-00140025; ANWAR-CFSE-00140900; ANWAR-CFSE-00140949; ANWAR-CFSE-00140952; ANWAR-CFSE-00140973; ANWAR-CFSE-00142091; ANWAR-CFSE-00142095; ANWAR-CFSE-00142130; ANWAR-CFSE-00142144; ANWAR-CFSE-00142148; ANWAR-CFSE-00142163; ANWAR-CFSE-00142167; ANWAR-CFSE-00142181; ANWAR-CFSE-00142185; ANWAR-CFSE-00142199; ANWAR-CFSE-00142217; ANWAR-CFSE-00142221; ANWAR-CFSE-00142239; ANWAR-CFSE-00142253; ANWAR-CFSE-00142257; ANWAR-CFSE-00142271; ANWAR-CFSE-00142275; ANWAR-CFSE-00142286; ANWAR-CFSE-00142296; ANWAR-CFSE-00152895; ANWAR-CFSE-00152914; ANWAR-CFSE-00152918; ANWAR-CFSE-00152936; ANWAR-CFSE-00152942; ANWAR-CFSE-00152959; ANWAR-CFSE-00152969; ANWAR-CFSE-00152982; ANWAR-CFSE-00152988; ANWAR-CFSE-00152992; ANWAR-CFSE-00152993; ANWAR-CFSE-00160141; ANWAR-CFSE-00160154; ANWAR-CFSE-00160185; ANWAR-CFSE-00170668; ANWAR-CFSE-00170688; ANWAR-CFSE-00174263; ANWAR-CFSE-00174269; ANWAR-CFSE-00174496; ANWAR-CFSE-00174518; ANWAR-CFSE-00175749; ANWAR-CFSE-00176856; ANWAR-CFSE-00176870; ANWAR-CFSE-00180353; ANWAR-CFSE-00180354; ANWAR-CFSE-00185440; ANWAR-CFSE-00185452; ANWAR-CFSE-00190522; ANWAR-CFSE-00190528; ANWAR-CFSE-00197073; ANWAR-CFSE-00197077; ANWAR-CFSE-00197079; ANWAR-CFSE-00259653; ANWAR-CFSE-00259674; ANWAR-CFSE-00259709; ANWAR-CFSE-00259731; ANWAR-CFSE-00259758; ANWAR-CFSE-00259778; ANWAR-CFSE-00259816; ANWAR-CFSE-00259828; ANWAR-CFSE-00259830; ANWAR-CFSE-00259835; CFSE-LIQ-00049858; CFSE-LIQ-00049919 (family members omitted); CFSE-LIQ-00049925 (family members omitted); CFSE-LIQ-00049940 (family members omitted); CFSE-LIQ-00051065 (family members omitted); CFSE-LIQ-00051082 (family members omitted); CFSE-LIQ-

00051191 (family members omitted); CFSE-LIQ-00051248 (family members omitted); CFSE-LIQ-00061884 (family members omitted); CFSE-LIQ-00069119; CFSE-LIQ-00069143; CFSE-LIQ-00069148; CFSE-LIQ-00069149; CFSE-LIQ-00069163; CFSE-LIQ-00069168; CFSE-LIQ-00074661; CFSE-LIQ-00079688; CFSE-LIQ-00079705; CFSE-LIQ-00083542 (family members omitted); CFSE-LIQ-00083545 (family members omitted); CFSE-LIQ-00084394; CFSE-LIQ-00084405; CFSE-LIQ-00084414; CFSE-LIQ-00084423; CFSE-LIQ-00084799; CFSE-LIQ-00085907 (family members omitted); CFSE-LIQ-00085911 (family members omitted); CFSE-LIQ-00090365 (family members omitted); CFSE-LIQ-00094312; CFSE-LIQ-00096803; CFSE-LIQ-00168820 (family members omitted); CFSE-LIQ-00168831; CFSE-LIQ-00168848; CFSE-LIQ-00168913; CFSE-LIQ-00168935; CFSE-LIQ-00168955; CFSE-LIQ-00168960; CFSE-LIQ-00168972 (family members omitted); CFSE-LIQ-00170521 (family members omitted); CFSE-LIQ-00348820 (family members omitted); CFSE-LIQ-00348824 (family members omitted); CFSE-LIQ-00348835 (family members omitted); CFSE-LIQ-00348841 (family members omitted); CFSE-LIQ-00348845 (family members omitted); CFSE-LIQ-00348856 (family members omitted); CFSE-LIQ-00349155 (family members omitted); CFSE-LIQ-00349159 (family members omitted); CFSE-LIQ-00349170 (family members omitted); CFSE-LIQ-00349176 (family members omitted); CFSE-LIQ-00349178 (family members omitted); CFSE-LIQ-00349187 (family members omitted); CFSE-LIQ-00349198 (family members omitted); CFSE-LIQ-00349202 (family members omitted); CFSE-LIQ-00349213 (family members omitted); CFSE-LIQ-00349350 (family members omitted); CFSE-LIQ-00349354 (family members omitted); CFSE-LIQ-00349365 (family members omitted); CFSE-LIQ-00349371 (family members omitted); CFSE-LIQ-00349375 (family members omitted); CFSE-LIQ-00349382 (family members omitted); CFSE-LIQ-00513273; CFSE-LIQ-00513343; CFSE-LIQ-

00525322; CFSE-LIQ-00525341; CFSE-LIQ-00549236; CFSE-LIQ-00632046; CFSE-LIQ-00632087; CFSE-LIQ-00632092; CFSE-LIQ-00632113; CFSE-LIQ-00632128; and CFSE-LIQ-00632175, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02065182; CitcoRedeemer_02092285; CitcoRedeemer_02096566; and CitcoRedeemer_02102636. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 48.

53.     Attached as <u>Exhibit 49</u> are true and correct copies of records relating to Defendant's subscriptions in Sentry in 2008. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number CFSE-LIQ-00026138; ANWAR-CCI-00138821; ANWAR-C-ESI-00585804; ANWAR-C-ESI-00586232; ANWAR-C-ESI-00586233; ANWAR-C-ESI-00586234; ANWAR-CFSE-00096485; ANWAR-CFSE-00096677; ANWAR-CFSE-00096678; ANWAR-CFSE-00096690; ANWAR-CFSE-00096691; ANWAR-CFSE-00097278; ANWAR-CFSE-00100749; ANWAR-CFSE-00100755; ANWAR-CFSE-00100991; ANWAR-CFSE-00101390; ANWAR-CFSE-00101391; ANWAR-CFSE-00101803; ANWAR-CFSE-00102086; ANWAR-CFSE-00104301; ANWAR-CFSE-00110115; ANWAR-CFSE-00110226; ANWAR-CFSE-00110231; ANWAR-CFSE-00110375; ANWAR-CFSE-00110826; ANWAR-CFSE-00111429; ANWAR-CFSE-00116259; ANWAR-CFSE-00116292; ANWAR-CFSE-00116964; ANWAR-CFSE-00117693; ANWAR-CFSE-00117867; ANWAR-CFSE-00117970; ANWAR-CFSE-00118080; ANWAR-CFSE-00123171; ANWAR-CFSE-00200008; ANWAR-CFSE-00200016; ANWAR-CFSE-00200022; ANWAR-CFSE-00719742; ANWAR-CFSE-00719746; CFSE-LIQ-00004884 (family members omitted); CFSE-LIQ-00005065 (family

members omitted); CFSE-LIQ-00005071 (family members omitted); CFSE-LIQ-00005687 (family members omitted); CFSE-LIQ-00009394 (family members omitted); CFSE-LIQ-00010216 (family members omitted); CFSE-LIQ-00010492 (family members omitted); CFSE-LIQ-00012720 (family members omitted); CFSE-LIQ-00013706 (family members omitted); CFSE-LIQ-00013715 (family members omitted); CFSE-LIQ-00018243 (family members omitted); CFSE-LIQ-00019274 (family members omitted); CFSE-LIQ-00019874 (family members omitted); CFSE-LIQ-00019982 (family members omitted); CFSE-LIQ-00019993 (family members omitted); CFSE-LIQ-00024698; CFSE-LIQ-00024699; CFSE-LIQ-00024739; CFSE-LIQ-00025385 (family members omitted); CFSE-LIQ-00026168 (family members omitted); CFSE-LIQ-00031610 (family members omitted); CFSE-LIQ-00106180; CFSE-LIQ-00109118 (family members omitted); CFSE-LIQ-00334421; CFSE-LIQ-00334515; CFSE-LIQ-00334521; and CFSE-LIQ-00343349 (family members omitted), and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02060225; CitcoRedeemer_02060537 (family members omitted); CitcoRedeemer_02082425; CitcoRedeemer_02083601; CitcoRedeemer_02086396 (family members omitted); and CitcoRedeemer_02100599 (family members omitted). Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 49.

54.     Attached as <u>Exhibit 50</u> are true and correct copies of records relating to Defendant's subscriptions in Sigma in 2005. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00572205; ANWAR-C-ESI-00572220; ANWAR-C-ESI-00572262; ANWAR-C-ESI-00572347; and ANWAR-C-ESI-00572653, and (2) Citco Record Holders with starting Bates number CitcoRedeemer_02108931; CitcoRedeemer_02109229;        CitcoRedeemer_02110892;        CitcoRedeemer_02111350;

34

| | | |
|---|---|---|
| CitcoRedeemer_02112769; | CitcoRedeemer_02115069; | CitcoRedeemer_02115079; |
| CitcoRedeemer_02117657; | CitcoRedeemer_02117799; | CitcoRedeemer_02117919; |
| CitcoRedeemer_02118382; | CitcoRedeemer_02119391; | CitcoRedeemer_02119825; |

CitcoRedeemer_02120668; and CitcoRedeemer_02121413. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 50.

55.    Attached as Exhibit 51 are true and correct copies of records relating to Defendant's subscriptions in Sigma in 2006. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00572744; ANWAR-C-ESI-00572745; ANWAR-C-ESI-00583631; ANWAR-C-ESI-00583711; ANWAR-C-ESI-00583840; ANWAR-C-ESI-00583953; ANWAR-C-ESI-00583957; ANWAR-C-ESI-00584148; ANWAR-C-ESI-00584293; ANWAR-C-ESI-00584458; ANWAR-C-ESI-00584472; ANWAR-C-ESI-00584544; ANWAR-C-ESI-00584627; ANWAR-C-ESI-00584646; ANWAR-C-ESI-00584708; ANWAR-C-ESI-00584862; ANWAR-C-ESI-00584869; ANWAR-C-ESI-00584886; ANWAR-C-ESI-00584895; ANWAR-CFSE-00219373; and CFSE-LIQ-00155936, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02085002;

| | | |
|---|---|---|
| CitcoRedeemer_02108843; | CitcoRedeemer_02109784; | CitcoRedeemer_02109846; |
| CitcoRedeemer_02109943; | CitcoRedeemer_02111497; | CitcoRedeemer_02112437; |
| CitcoRedeemer_02112490; | CitcoRedeemer_02113279; | CitcoRedeemer_02113555; |
| CitcoRedeemer_02113650; | CitcoRedeemer_02113777; | CitcoRedeemer_02114257; |
| CitcoRedeemer_02114587; | CitcoRedeemer_02114635; | CitcoRedeemer_02114815; |
| CitcoRedeemer_02115264; | CitcoRedeemer_02115600; | CitcoRedeemer_02115716; |

| | | |
|---|---|---|
| CitcoRedeemer_02116273; | CitcoRedeemer_02116893; | CitcoRedeemer_02117371; |
| CitcoRedeemer_02117643; | CitcoRedeemer_02117731; | CitcoRedeemer_02118179; |
| CitcoRedeemer_02118272; | CitcoRedeemer_02118724; | CitcoRedeemer_02119148; |
| CitcoRedeemer_02119167; | CitcoRedeemer_02119366; | CitcoRedeemer_02120036; |

CitcoRedeemer_02120399; CitcoRedeemer_02121400; and CitcoRedeemer_02121728. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 51.

56.     Attached as Exhibit 52 are true and correct copies of records relating to Defendant's subscriptions in Sigma in 2007. Certain of these documents were produced as part of a larger family. The Liquidators have intentionally omitted documents from these families that are not cited in the Opposition, as identified below. These documents were produced by (1) non-party Citco Fund Services with starting Bates number ANWAR-C-ESI-00575974; ANWAR-C-ESI-00575975; ANWAR-C-ESI-00584950; ANWAR-C-ESI-00584958; ANWAR-C-ESI-00584961; ANWAR-C-ESI-00585009; ANWAR-C-ESI-00585021; ANWAR-C-ESI-00585023; ANWAR-C-ESI-00585038; ANWAR-C-ESI-00585047; ANWAR-CFSE-00863323; ANWAR-CFSE-00863333; ANWAR-CFSE-00863334; ANWAR-CFSE-00863355; ANWAR-CFSE-00863362; ANWAR-CFSE-00863368; ANWAR-CFSE-00863391; ANWAR-CFSE-00863402; ANWAR-CFSE-00863403; ANWAR-CFSE-00863417; ANWAR-CFSE-00863429; ANWAR-CFSE-00863437; ANWAR-CFSE-00863524; ANWAR-CFSE-00863528; ANWAR-CFSE-00863530; ANWAR-CFSE-00863546; ANWAR-CFSE-00863550; ANWAR-CFSE-00863551; ANWAR-CFSE-00863567; ANWAR-CFSE-00863576; ANWAR-CFSE-00863580; CFSE-LIQ-00348434 (family members omitted); CFSE-LIQ-00348436 (family members omitted); CFSE-LIQ-00348447 (family members omitted); CFSE-LIQ-00348454 (family members omitted); CFSE-

LIQ-00348458 (family members omitted); CFSE-LIQ-00348466 (family members omitted); CFSE-LIQ-00348491 (family members omitted); CFSE-LIQ-00348495 (family members omitted); CFSE-LIQ-00348509 (family members omitted); CFSE-LIQ-00348513 (family members omitted); CFSE-LIQ-00348514 (family members omitted); CFSE-LIQ-00348529 (family members omitted); CFSE-LIQ-00348533 (family members omitted); CFSE-LIQ-00348538 (family members omitted); CFSE-LIQ-00348552 (family members omitted); CFSE-LIQ-00348556 (family members omitted); CFSE-LIQ-00348563 (family members omitted); CFSE-LIQ-00348640 (family members omitted); CFSE-LIQ-00348642 (family members omitted); CFSE-LIQ-00348643 (family members omitted); CFSE-LIQ-00349143 (family members omitted); CFSE-LIQ-00349144 (family members omitted); CFSE-LIQ-00349148 (family members omitted); CFSE-LIQ-00349219 (family members omitted); CFSE-LIQ-00349223 (family members omitted); CFSE-LIQ-00349224 (family members omitted); CFSE-LIQ-00349338 (family members omitted); CFSE-LIQ-00349339 (family members omitted); CFSE-LIQ-00349342 (family members omitted); CFSE-LIQ-00349467 (family members omitted); CFSE-LIQ-00349471 (family members omitted); CFSE-LIQ-00349472 (family members omitted); CFSE-LIQ-00349482 (family members omitted); CFSE-LIQ-00349489 (family members omitted); CFSE-LIQ-00349496 (family members omitted); CFSE-LIQ-00407228; and CFSE-LIQ-00422349, and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_01961659; CitcoRedeemer_02108456; CitcoRedeemer_02111942; CitcoRedeemer_02112145; CitcoRedeemer_02114641; CitcoRedeemer_02115131; CitcoRedeemer_02116484; CitcoRedeemer_02117509; and CitcoRedeemer_02117846. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 52.

57.     Attached as <u>Exhibit 53</u> are true and correct copies of records relating to Defendant's

subscriptions in Sigma in 2008. Certain of these documents were produced as part of a larger

family. The Liquidators have intentionally omitted documents from these families that are not cited

in the Opposition, as identified below. These documents were produced by (1) non-party Citco

Fund Services with starting Bates number ANWAR-C-ESI-00577112; ANWAR-C-ESI-

00577125; ANWAR-C-ESI-00577129; ANWAR-C-ESI-00585681; ANWAR-C-ESI-00585685;

ANWAR-C-ESI-00585798; ANWAR-C-ESI-00585925; ANWAR-C-ESI-00586231; ANWAR-

C-ESI-00586246; ANWAR-CFSE-00128467; ANWAR-CFSE-00129966; ANWAR-CFSE-

00129969; ANWAR-CFSE-00130383; ANWAR-CFSE-00130392; ANWAR-CFSE-00132392;

ANWAR-CFSE-00132395; ANWAR-CFSE-00132618; ANWAR-CFSE-00132646; ANWAR-

CFSE-00132648; ANWAR-CFSE-00134875; ANWAR-CFSE-00134938; ANWAR-CFSE-

00134940; ANWAR-CFSE-00135145; ANWAR-CFSE-00135189; ANWAR-CFSE-00135339;

ANWAR-CFSE-00135344; ANWAR-CFSE-00135725; ANWAR-CFSE-00135728; ANWAR-

CFSE-00135738; ANWAR-CFSE-00135739; ANWAR-CFSE-00137098; ANWAR-CFSE-

00137106; ANWAR-CFSE-00137272; CFSE-LIQ-00037303 (family members omitted); CFSE-

LIQ-00039058 (family members omitted); CFSE-LIQ-00039064 (family members omitted);

CFSE-LIQ-00041345; CFSE-LIQ-00041602; CFSE-LIQ-00043837 (family members omitted);

CFSE-LIQ-00043940 (family members omitted); CFSE-LIQ-00043944 (family members

omitted); CFSE-LIQ-00044101 (family members omitted); CFSE-LIQ-00044151 (family

members omitted); CFSE-LIQ-00348533 (family members omitted); CFSE-LIQ-00349022

(family members omitted); CFSE-LIQ-00349038 (family members omitted); CFSE-LIQ-

00349049 (family members omitted); CFSE-LIQ-00349061 (family members omitted); CFSE-

LIQ-00349068 (family members omitted); and CFSE-LIQ-00349080 (family members omitted),

and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_01232899 (at

CitcoRedeemer_01233126;        CitcoRedeemer_01233189;        CitcoRedeemer_01233238;

CitcoRedeemer_01233398;    CitcoRedeemer_01233442);    CitcoRedeemer_01233568    (at

CitcoRedeemer_01233591;        CitcoRedeemer_01233975);        CitcoRedeemer_02109832;

CitcoRedeemer_02110723;    CitcoRedeemer_02111203    (family    members    omitted);

CitcoRedeemer_02112258;    CitcoRedeemer_02112320    (family    members    omitted);

CitcoRedeemer_02113682 (family members omitted); CitcoRedeemer_02115151 (family

members    omitted);    CitcoRedeemer_02119205    (family    members    omitted);    and

CitcoRedeemer_02120612. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted

non-public information contained in Exhibit 53.

58.    Attached as Exhibit 54 are true and correct copies of records relating to Defendant's

subscriptions in Lambda. Certain of these documents were produced as part of a larger family. The

Liquidators have intentionally omitted documents from these families that are not cited in the

Opposition, as identified below. These documents were produced by (1) non-party Citco Fund

Services with starting Bates number CFSE-LIQ-00036176; CFSE-LIQ-00036181; CFSE-LIQ-

00036182;  CFSE-LIQ-00036301;  CFSE-LIQ-00036305;  CFSE-LIQ-00036309;  CFSE-LIQ-

00299575 (family members omitted); CFSE-LIQ-00299578 (family members omitted); CFSE-

LIQ-00299581 (family members omitted); CFSE-LIQ-00346331 (family members omitted);

CFSE-LIQ-00346347 (family members omitted); CFSE-LIQ-00348574 (family members

omitted);  CFSE-LIQ-00348578 (family members omitted); CFSE-LIQ-00348579 (family

members omitted); CFSE-LIQ-00348708 (family members omitted); CFSE-LIQ-00348710

(family members omitted); CFSE-LIQ-00348715 (family members omitted); CFSE-LIQ-

00348741 (family members omitted); CFSE-LIQ-00349265 (family members omitted); CFSE-

LIQ-00349272 (family members omitted); CFSE-LIQ-00349277 (family members omitted); CFSE-LIQ-00349307 (family members omitted); CFSE-LIQ-00349311 (family members omitted); and CFSE-LIQ-00349312 (family members omitted), and (2) non-party Citco Record Holders with starting Bates number CitcoRedeemer_02106147; CitcoRedeemer_02106192; CitcoRedeemer_02106273; CitcoRedeemer_02106482; CitcoRedeemer_02106550; CitcoRedeemer_02107444; CitcoRedeemer_02107503; CitcoRedeemer_02107695; CitcoRedeemer_02107733; CitcoRedeemer_02107833; CitcoRedeemer_02107910; CitcoRedeemer_02108180; and CitcoRedeemer_02108283. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted non-public information contained in Exhibit 54.

Dated:    New York, New York
          April 12, 2023

_Joshua S. Margolin_
Joshua S. Margolin