# Exhibit 34

# Filed Under Seal

# Exhibit 35
# Filed Under Seal

# Exhibit 36
# Filed Under Seal

# Exhibit 37
# Filed Under Seal

# Exhibit 38
# Filed Under Seal

# Exhibit 39
# Filed Under Seal

# Exhibit 40

# Filed Under Seal

# Exhibit 41

# Filed Under Seal

# Exhibit 42
# Filed Under Seal

# Exhibit 43

# Filed Under Seal

# Exhibit 44

# Filed Under Seal

# Exhibit 45

# Filed Under Seal

# Exhibit 46
# Filed Under Seal

# Exhibit 47

# Filed Under Seal

# Exhibit 48

# Filed Under Seal

# Exhibit 49

# Filed Under Seal

# Exhibit 50

# Filed Under Seal

# Exhibit 51

# Filed Under Seal

# Exhibit 52

# Filed Under Seal

# Exhibit 53

# Filed Under Seal

# Exhibit 54

# Filed Under Seal