# Exhibit 1

## Sara Joyce Bio



### Sara Joyce

Ms. Joyce was called to the Ontario Bar in 1980, and holds an LL.B. from Osgoode Hall Law School in Toronto.

From 1980-1982, Ms. Joyce was a Corporate Banking Trainee and then an Account Officer at BMO.

Ms. Joyce moved to Grindlays Bank of Canada in Toronto (a Schedule 2 bank with its head office in the UK and a large emerging market network) as an Account Officer, Corporate Banking in 1982. She was promoted to Account Manager in February 1983 and to Assistant Vice President in January 1986. During this period, Ms. Joyce acted as Grindlays's representative on the Export Finance Committee of the Canadian Bankers Association.

From 1987 to 1992, she managed corporate accounts, primarily for companies engaged in international trade in emerging markets, at the Los Angeles Branch of ANZ Banking Group, which had acquired Grindlays Bank. She began as Assistant Vice President, and was promoted to Vice President, ANZ Los Angeles in 1988.

In 1993, Ms. Joyce rejoined BMO in Toronto as Manager, Trade Finance, working with Canadian and US companies trading internationally. In this capacity, she worked closely with the BMO International Financial Institutions group. In 1996, she moved to BMO's Global Project Finance team, which was responsible for financing international projects in various industries such as telecom, mining, power, etc.

In late 1997, Ms. Joyce was assigned to the Global Credit Redesign Project at BMO, working with external consultants to revamp BMO's credit approval processes for correspondent banks and corporations to speed response time and improve efficiency. During this period, she completed her formal risk management qualification to adjudicate credit risk of international banks.

From 1998 to 2001, Ms. Joyce managed the Bank's international payments business as Vice President, International Operating Services, part of Global Treasury Management Services. She was responsible for overseeing all forms of international payments, and was responsible for strategy, product, and sales. This included direct responsibility for BMO's USD CHIPS clearing subsidiary, Harris Bank International, and for GTM's Canadian dollar clearing services sold by BMO's International Financial Institutions team.

Ms. Joyce was promoted to Managing Director, International Financial Institutions ("IFI"), in the BMO Institutional Banking Group ("IBG") in April 2001 and was responsible for all

relationships with international banks. At the end of 2001, Ms. Joyce authored BMO's first IFI Account Opening and Monitoring Guidelines, establishing and documenting specific AML KYC policy and procedures for international correspondent banks, at the request of IBG Risk Management.

In 2004, Ms. Joyce retained and worked with an external consultant to design and develop a 2-day International AML Training course for IFI relationship managers and associates. She also updated the IFI AML KYC guidelines with input from IBG Compliance and best practices from other banks. Ms. Joyce oversaw the remediation by IFI of all KYC due diligence files for international banks over the period 2002 to 2004, beginning with all vostro account holders, then other banks in declining order of country risk.

Ms. Joyce was appointed Executive Managing Director, International Financial Institutions and Trade Finance in May 2005. In this role, she was responsible for managing the Bank's relationships with international financial institutions, and for development, management, sales and marketing of all trade related products and services, including supply chain finance. She managed a team of IFI relationship managers and Trade Finance sales and product specialists located in Canada, the US, the UK, Brazil, Mexico and China.

In 2006, Ms. Joyce represented IBG on BMO's bank-wide AML Training Steering Committee. She oversaw the redesign of training material to customize it for the IBG environment, and coordinated the rollout of AML training to all IBG employees globally.

Ms. Joyce was elected to the board of directors of the Bankers Association for Finance and Trade (BAFT) in 2007, representing BMO Financial Group. She subsequently served on the Executive Committee of the Board beginning in 2011, and as Vice Chair beginning in 2014. BAFT is the global industry association for transaction banking, and Ms. Joyce was active in the effort to come up with a Global AML Questionnaire and recommended best practices for correspondent banks to harmonize demands of various international regulators.

Ms. Joyce was invited in 2012 to represent BMO as one of eight global banks on a new Trade Advisory Board of the International Chamber of Commerce Banking Commission, a global rule making body.

In 2013, Ms. Joyce was appointed as a member of BMO Capital Markets Management Committee, AML Steering Committee and AML High Risk Review Group, BMO Commercial Payments Steering Committee, and Enterprise-wide Payments Project Committee. She also completed the Institute of International Finance(IIF) Advanced Education Programme in Country Risk Management. Ms. Joyce retired from BMO in May 2015.

In 2017, Ms. Joyce was retained as an Expert Witness in *Mark McDonald et al v. The Toronto-Dominion Bank,* and in *1169822 Ontario Limited v. The Toronto-Dominion Bank* ("*Seaquest*").