Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



David Elsberg
Partner
212.390.9004
delsberg@selendygay.com

April 14, 2023

Via ECF

Hon. Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601-3315

Re:   *In re Fairfield Sentry Ltd (In Liquidation)*, Case Nos. 10-3635, 10-3636

Dear Judge Morris:

We write on behalf of the Liquidators concerning the April 19, 2023 omnibus conference.

Pre-trial conferences are currently scheduled for that April 19 omnibus conference in both the 10-3635 and 10-3636 adversary proceedings. In light of the pending personal jurisdiction motions in those proceedings, the Liquidators do not believe that pre-trial scheduling and procedural matters are ripe for discussion. The Liquidators anticipate that oral argument on those personal jurisdiction motions will conclude at the September 20, 2023 omnibus conference, and so request that the referenced pre-trial conferences be adjourned to the October 18, 2023 omnibus conference.

The Liquidators notified defendants in these proceedings that the Liquidators would submit this request. No defendants objected.

Respectfully submitted,

*/s/ David Elsberg*

David Elsberg