UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>      Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-3635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-3636 (CGM) |

**MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 2090-1(e), Yasmine Lahlou respectfully moves to withdraw her appearance as attorney for Defendant SIX SIS AG and for the Court to direct the Clerk to remove her name from the electronic docket in this case. The undersigned makes this motion because I am no longer personally involved in this case on Defendant's behalf. Chaffetz Lindsey LLP will continue to serve as Defendant's counsel.

Dated: New York, New York
April 18, 2023

Respectfully Submitted,

*/s/* Yasmine Lahlou
Yasmine Lahlou

CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
www.chaffetzlindsey.com

*Attorneys for SIX SIS AG*

SO ORDERED

Dated: _____, 2023
New York, New York

HON. CECILIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE