# Exhibit 1

# Filed Under Seal

# Exhibit 2
# Filed Under Seal

# Exhibit 3
# Filed Under Seal

# Exhibit 4
# Filed Under Seal

# Exhibit 4-1

# Filed Under Seal

# Exhibit 5

# Filed Under Seal

# Exhibit 5-1

# Filed Under Seal

# Exhibit 6

# Filed Under Seal

# Exhibit 7

# Filed Under Seal

# Exhibit 8
# Filed Under Seal

# Exhibit 9

# Filed Under Seal

# Exhibit 10

# Filed Under Seal

# Exhibit 11

# Filed Under Seal

# Exhibit 12
# Filed Under Seal

# Exhibit 13

# Filed Under Seal

# Exhibit 14

# Filed Under Seal

# Exhibit 14-1

# Filed Under Seal

# Exhibit 15

# Filed Under Seal

# Exhibit 15-1

# Filed Under Seal

# Exhibit 16
# Filed Under Seal

# Exhibit 16-1

# Filed Under Seal

# Exhibit 17

# Filed Under Seal

# Exhibit 18

# Filed Under Seal

# Exhibit 19

# Filed Under Seal

# Exhibit 20
# Filed Under Seal

# Exhibit 21

# Filed Under Seal

# Exhibit 22
# Filed Under Seal

# Exhibit 22-1

# Filed Under Seal

# Exhibit 23

# Filed Under Seal

# Exhibit 23-1

# Filed Under Seal

# Exhibit 24

# Filed Under Seal

# Exhibit 25

# Filed Under Seal

# Exhibit 26
# Filed Under Seal

# Exhibit 27

# Filed Under Seal

# Exhibit 28

# Filed Under Seal

# Exhibit 29

# Filed Under Seal