Presentment Date: May 11, 2023 at 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (CGM) |

**JOINT NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE**

**PLEASE TAKE NOTICE** that the Liquidators have met and conferred with the defendants listed in Table 1 below and agreed upon the amended schedule contained in the proposed order attached hereto as Exhibit 1 (the "Proposed Order"), which modifies the personal jurisdiction motion briefing schedule set forth in the Third Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on March 30, 2022,

Adv. Pro. No. 10-03635, ECF No. 1019; Adv. Pro. No. 10-03636, ECF No. 1112 ("Third Amended Scheduling Order") with respect to the personal jurisdiction motions filed by the defendants listed in Table 1. The personal jurisdiction motion briefing schedule for the defendants listed in Table 2 below is not affected by the Proposed Order; briefing on those motions will proceed pursuant to the schedule set forth in the Third Amended Scheduling Order.

In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and a hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned Liquidators and defendants listed in Table 1 below will jointly present the Proposed Order to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 on May 11, 2023 at 5:00 p.m..

**PLEASE TAKE FURTHER NOTICE** that the defendants in Table 1 below have agreed there shall be no objections, and the orders may accordingly be signed.

| TABLE 1: DEFENDANTS WHO CONSENT TO THE PROPOSED ORDER ||
|---|---|
| BSI AG; BSI AG as successor-in-interest to Banca del Gottardo (sued as BSI Ex Banca Del Gottardo) | NBK Banque Privee (Suisse) SA |
| National Bank of Kuwait S.A.K.P. | Bank Leumi le-Israel B.M. |
| EFG Bank (Monaco) S.A.M. f/k/a EFG Eurofinancier D'Investissements S.A.M. (sued as EFG Eurofinancier D'Invest MCL) | Banca Arner S.A. n/k/a One Swiss Bank |
| Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS)) | Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS) |
| Lloyds TSB Bank | |

2

| TABLE 2: DEFENDANTS NOT AFFECTED BY THE PROPOSED ORDER ||
|---|---|
| BCV AMC Defensive Alt Fund (acting through Gerifonds SA, as manager) (sued as BCV AMC Defensive AL Fund)<br><br>BBVA (Suisse) SA | Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) |
| Banque Cantonale Vaudoise | BNP Paribas (Suisse) SA (f/k/a BNP Paribas (Suisse) SA Private) |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Bank Julius Baer & Co. Ltd. |
| Banque Pictet & Cie SA (sued as Pictet & Cie) | Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie) |
| CBH Compagnie Bancaire Helvétique SA | Clariden Leu Ltd. |
| Coutts & Co. Ltd. (f/k/a RBS Coutts Bank Ltd.) | Credit Suisse AG (sued as Credit Suisse AG Zurich) |
| Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) | Edmond de Rothschild (Suisse) S.A. (as successor in interest to Sella Bank AG), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), Edmond de Rothschild (Suisse) S.A. as successor in interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |
| EFG Bank AG (a/k/a EFG Bank SA and sued as EFG Bank SA Switzerland) | Fairfield Investment Fund Ltd. |
| Finter Bank Zurich n/k/a Bank Vontobel AG | Hapoalim (Switzerland) Ltd. |
| Harmony Capital Fund Ltd. | LGT Bank in Liechtenstein AG (now known as LGT Bank AG) |
| Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | SIS Seeganintersettle |

3

| | |
|---|---|
| SIX SIS Ltd. | UBS AG |
| UBS Jersey Nominees | Vorarlberger Landes-Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG) |

Dated: May 11, 2023
New York, New York

/s/ David Elsberg

**SELENDY GAY ELSBERG PLLC**

David Elsberg
Maria Ginzburg
Jordan Goldstein
Lena Konanova
David S. Flugman
Joshua S. Margolin
Lauren Zimmerman
1290 Avenue of the Americas
New York, NY 10104
T: (212) 390-9000
delsberg@selendygay.com
lkonanova@selendygay.com

– and –

/s/ David Molton

**BROWN RUDNICK LLP**

David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
T: (212) 209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*

/s/ Andrew Ditchfield

**DAVIS POLK & WARDWELL LLP**

Andrew Ditchfield
Elliot Moskowitz
450 Lexington Avenue New
York, NY 10017
T: (212) 450-4000
andrew.ditchfield@davispolk.com
elliot.moskowitz@davispolk.com

*Attorneys for Defendant Bank Leumi le-Israel B.M.*

/s/ Richard A. Cirillo

**CIRILLO LAW**

Richard A. Cirillo
246 East 33rd Street #1
New York, NY 10016
T: (917) 541-6778
richard@cirillo-law.com

*Attorney for Defendants National Bank of Kuwait S.A.K.P. and NBK Banque Privee (Suisse) SA*

*/s/ George W. Shuster, Jr.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 937-7518
george.shuster@wilmerhale.com

– and –

Benjamin W. Loveland
60 State Street
Boston, MA 02109
T: (617) 526-6000
benjamin.loveland@wilmerhale.com

*Attorneys for Defendant Banca Arner S.A. n/k/a One Swiss Bank*

*/s/ Adam M. Lavine*

**KOBRE & KIM LLP**

Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue
New York, New York 10022
T: (212) 488-1200
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for Defendants EFG Bank AG (a/k/a "EFG Bank SA," f/k/a "EFG Private Bank SA" and also sued as "EFG Bank SA Switzerland"); EFG Bank (Monaco) S.A.M. (f/k/a "EFG Eurofinancier D'Investissements S.A.M." and sued as "EFG Eurofinancier D'Invest MCL"); and BSI AG, individually and as successor-in- interest to Banca del Gottardo (sued as "BSI Ex Banca del Gottardo")*

*/s/ Jascha D. Preuss*

**WUERSCH & GERING LLP**

Gregory F. Hauser
Jascha D. Preuss
100 Wall Street, 10th Floor
New York, New York 10005
T: (212) 509-5050
F: (212) 509-9559
gregory.hauser@wg-law.com

*Attorneys for Defendants Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS) and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))*

*/s/ Anthony L. Paccione*

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
Mark T. Ciani
50 Rockefeller Plaza
New York, NY 10020-1605
T: (212) 940.8800
F: (212) 940.8776
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Defendant Lloyds TSB Bank Geneva (n/k/a Lloyds Bank plc)*