**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　Debtors in Foreign Proceedings.<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>　　Plaintiffs,<br><br>– against –<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>　　Defendants. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered<br><br><br><br><br><br><br><br>Adv. Pro. No. 10-03635 (CGM) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss the claims in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against the defendants named in Exhibit A hereto, and only those claims, with prejudice and without costs. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than the defendants named in Exhibit A, nor does it affect or dismiss any claims against those defendants in any other action.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
May 11, 2023

By: /s/ David Elsberg
David Elsberg

**SELENDY & GAY PLLC**
David Elsberg
Maria Ginzburg
Jordan Goldstein
Lena Konanova
David S. Flugman
Joshua S. Margolin
1290 Avenue of the Americas
New York, New York 10104
T: (212) 390-9000
delsberg@selendygay.com
mginzburg@selendygay.com
jgoldstein@selendygay.com
lkonanova@selendygay.com
dflugman@selendygay.com
jmargolin@selendygay.com

– and –

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
7 Times Square
New York, New York 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs*

## Exhibit A

Defendants to be dismissed from:
*Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG a/k/a ABN AMRO (SWITZERLAND) AG, et al*., Adv. Pro. No. 10-03635

| |
|---|
| EFG Bank SA Switzerland (a/k/a EFG Bank AG and EFG Bank SA) |
| EFG Eurofinancier D'Invest MCL (a/k/a EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinancier D'Investissements S.A.M.) |