UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| FAIRFIELD SENTRY LIMITED, et al., | Case No. 10-13164 (CGM) |
| Debtor in Foreign Proceedings. | Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03635 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al., | |
| Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03636 (CGM) |
| Plaintiffs, | |
| v. | |
| ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al., | |
| Defendants. | |

**DECLARATION OF LENA KONANOVA IN SUPPORT OF LIQUIDATORS'
OPPOSITION TO DEFENDANT BANK JULIUS BAER & CO. LTD.'S MOTION TO
DISMISS**

I, Lena Konanova, do hereby declare, under penalty of perjury under the laws of the United

States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am a member of the law firm of Selendy Gay Elsberg PLLC, counsel for Kenneth M. Krys and Greig Mitchell (together, the "Liquidators"), in their capacities as the duly appointed Liquidators and Foreign Representatives of Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation). I submit this Declaration in support of the Liquidators' opposition ("Opposition"), filed contemporaneously herewith, to Defendant Bank Julius Baer & Co. Ltd.'s ("BJB") motion to dismiss for personal jurisdiction.

2. Unless otherwise noted, all exhibits attached to this declaration have been filed under seal pursuant to this Court's Order Granting the Motions to File Under Seal Certain Exhibits and to File Redacted Personal Jurisdiction Briefs, dated March 27, 2023 (Adv. Pro. No. 10-ap-03635, Dkt. 1016; Adv. Pro. No. 10-ap-03636, Dkt. 1103).

3. For the convenience of the Court, the Liquidators have annotated certain exhibits with red boxes to highlight specific information, as indicated below.

4. For the convenience of the Court, the Liquidators have in some instances extracted relevant pages from a larger produced document and attached only the relevant pages as an exhibit to this declaration. Throughout this declaration, the Liquidators refer to these exhibits by citing the beginning Bates number of the entire produced document, followed by a pin-cite to the extracted page or pages attached as an exhibit herein.

5. Attached as Exhibit 1 is a true and correct copy of an email exchange between BJB, FGG US, and Citco, dated between July 1 and July 26, 2005, which was produced to the Liquidators by non-party Citco Fund Services (Europe) B.V. ("Citco Fund Services") with starting Bates number ANWAR-C-ESI-00417625.

6. Attached as Exhibit 2 is a true and correct copy with annotations of a request to redeem Sentry shares by Citco Bank Nederland N.V. Dublin Branch, dated July 12, 2007, which

2

was produced to the Liquidators by non-party Citco Fund Services as ANWAR-C-ESI-00575953. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

7. Attached as Exhibit 3 is a true and correct copy with annotations of a confirmation of cash received from Sentry to Citco Global Custody N.V. – Cash, with further credit to Citco Bank Nederland NV Dublin Branch, dated May 30, 2007, which was produced to the Liquidators by non-party Citco Fund Services as ANWAR-CFSE-00165078. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

8. Attached as Exhibit 4 is a true and correct copy with annotations of a request to redeem Sentry shares by Citco Bank Nederland N.V. Dublin Branch, in the name of Citco Global Custody NV – Cash, dated September 12, 2006, which was produced to the Liquidators by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00206663. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

9. Attached as Exhibit 5 is a true and correct copy with annotations of a confirmation of order received from Sentry to Citco Global Custody N.V. – Cash, with further credit to Citco Bank Nederland NV Dublin Branch, dated September 14, 2006, which was produced to the Liquidators by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-00246145. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

10. Attached as Exhibit 6 is an excerpt of a true and correct copy with annotations of a Long Form Subscription Agreement, dated September 18, 2002, which was produced to the Liquidators by non-party Citco Fund Services with starting Bates number ANWAR-CFSE-

00857086 at -091 to -104. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

11. Attached as Exhibit 7 is a true and correct copy with annotations of a Brokerage & Custody Agreement entered among BJB, Citco Bank Nederland N.V., and Citco Global Custody N.V., dated October 18, 2000, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000045.

12. Attached as Exhibit 8 is a true and correct copy with annotations of an acknowledgement of Citco Bank Nederland N.V. Dublin's receipt of BJB's request to subscribe in Sentry, dated May 24, 2007, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000082. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

13. Attached as Exhibit 9 is a true and correct copy of a trade confirmation reflecting a redemption from Sentry, dated October 13, 2006, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000153.

14. Attached as Exhibit 10 is a true and correct copy with annotations of a third-party management authorization form, undated, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000238.

15. Attached as Exhibit 11 is a true and correct copy with annotations of a Sentry Information Memorandum, dated July 1, 2000 as amended, which was produced to the Liquidators by BJB in native form with starting Bates number BJBC_0000248 (Bates numbers do not appear on the face of natively produced documents).

4

16. Attached as <u>Exhibit 12</u> is a true and correct copy of a CitcoFundsNet Trade Notification reflecting a redemption from Sentry, dated September 13, 2006, which was produced to the Liquidators in redacted form by BJB as BJBC_0000252.

17. Attached as <u>Exhibit 13</u> is a true and correct copy with annotations of a Sentry tear sheet, dated April 2007, which was produced as an attachment to an email exchange among BJB and FGG US, dated May 23, 2007, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000279.1 at -281.

18. Attached as <u>Exhibit 14</u> is a true and correct copy with annotations of Sigma tear sheet, dated April 2007, which was produced as an attachment to an email exchange among BJB and FGG US, dated May 23, 2007, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000279.1 at -283.

19. Attached as <u>Exhibit 15</u> is a certified translation of a true and correct copy of an email exchange among BJB employees, dated between August 28, 2007 and August 17, 2009, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000361.1.

20. Attached as <u>Exhibit 16</u> is a certified translation of a true and correct copy with annotations of an email exchange among BJB and FGG US, dated between December 21, 2004 and December 22, 2004, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000418.1.

21. Attached as <u>Exhibit 17</u> is a true and correct copy with annotations of a Letter of Understanding between BJB and Fairfield Greenwich Limited, dated January 10, 2005, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_000464.

22. Attached as <u>Exhibit 18</u> is a true and correct copy with annotations of a Letter of Understanding between BJB and Fairfield Greenwich Limited, dated May 7, 2008, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000481.

23. Attached as <u>Exhibit 19</u> is a true and correct copy with annotations of an undated Sentry investor presentation attached to an email exchange among BJB employees, dated October 28, 2008 to November 6, 2008, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000490.1.

24. Attached as <u>Exhibit 20</u> is a certified translation of a true and correct copy with annotations of an email among BJB employees, dated December 11, 2008, which was produced to the Liquidators in redacted form by BJB as BJBC_0000516.1.

25. Attached as <u>Exhibit 21</u> is a true and correct copy of an email from BJB to FGG US, dated September 19, 2002, which was produced to the Liquidators in redacted form by BJB as BJBC_0000533.

26. Attached as <u>Exhibit 22</u> is a true and correct copy of an email exchange among BJB and FGG US, dated October 14, 2003 to October 15, 2003, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000538.

27. Attached as <u>Exhibit 23</u> is a true and correct copy with annotations of an email exchange among BJB and FGG US, dated October 13, 2003 to October 15, 2003, which was produced to the Liquidators in redacted form by BJB with starting Bates number BJBC_0000540.1.

28. Attached as <u>Exhibit 24</u> is a true and correct copy of a request for wire transfer from Sentry to Citco Bank Nederland NV Dublin Branch, dated December 15, 2005, which was produced to the Liquidators by non-party Citco Fund Services as CFSE-LIQ-00323371. Pursuant

to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

29. Attached as <u>Exhibit 25</u> is a true and correct copy with annotations of a Short Form Subscription Agreement, dated May 15, 2003, which was produced to the Liquidators by non-party Citco Fund Services with starting Bates number CFSE-LIQ-00331634.

30. Attached as <u>Exhibit 26</u> is a true and correct copy with annotations of a confirmation of a subscription request by Ferrier Lullin & Cie SA Geneva (a predecessor entity acquired by BJB), dated November 22, 2005, which was produced to the Liquidators by non-party Citco Record Holders[1] as CitcoRedeemer_02050102. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

31. Attached as <u>Exhibit 27</u> is a true and correct copy with annotations of an email exchange among BJB and FGG US, dated between March 14, 2007 and March 29, 2007, which was produced to the Liquidators by non-party FGG with starting Bates number FG-00705252.

32. Attached as <u>Exhibit 28</u> is a true and correct copy with annotations of an email exchange among BJB and FGG US, dated May 9, 2003, which was produced to the Liquidators by non-party FGG with starting Bates number FG-01358815.

33. Attached as <u>Exhibit 29</u> is a true and correct copy with annotations of a Private Placement Memorandum for Sentry, dated August 14, 2006, attached to an email exchange between BJB and FGG US, dated July 10, 2007, which was produced to the Liquidators by non-party FGG with starting Bates number FG-05504749, with the relevant attachment beginning at

---

[1] "Citco Record Holders" collectively refers to Citco Global Limited, Citco Bank Nederland N.V., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Banking Corporation N.V., and Citco Global Custody (NA) N.V., which made a joint production in response to the Liquidators' subpoenas.

-752. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

34.     Attached as <u>Exhibit 30</u> is a true and correct copy with annotations of a Private Placement Memorandum for Sigma, dated February 16, 2006, attached to an email exchange between BJB and FGG US, dated July 10, 2007, which was produced to the Liquidators by non-party FGG with starting Bates number FG-05504749, with the relevant attachment beginning at -813. Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

35.     Attached as <u>Exhibit 31</u> is a true and correct copy with annotations of an email exchange among BJB and FGG US, dated between July 22 and November 22, 1999, which was produced to the Liquidators by non-party FGG with starting Bates number FG-05730484.

36.     Attached as <u>Exhibit 32</u> is a true and correct copy with annotations of an email exchange among BJB and FGG US, dated between May 5 and May 8, 2003, which was produced to the Liquidators by non-party FGG with starting Bates number FG-05804041.

37.     Attached as <u>Exhibit 33</u> is a true and correct copy with annotations of an email exchange among BJB and FGG US, dated between March 11 and March 19, 2003, which was produced to the Liquidators by non-party FGG with starting Bates number FG-05804126.

38.     Attached as <u>Exhibit 34</u> is a true and correct copy of Sentry Articles of Association, dated October 10, 2003, which was filed in *Fairfield Sentry Limited (In Liquidation) et al. v. Theodoor GGC Amsterdam et al.*, No. 1:10-ap-03496 at ECF No. 925-6. The Liquidators are filing Exhibit 34 on the docket and not under seal.

39.     Attached as <u>Exhibit 35</u> is a true and correct copy of former BJB Management employee, Jonathan Morgan's, LinkedIn profile, downloaded on May 11, 2023, a copy of which

is also available at https://www.linkedin.com/in/jonathan-morgan-34b7167/. The Liquidators are filing Exhibit 35 on the docket and not under seal.

40. Attached as Exhibit 36 is a true and correct copy of the 2008 Form S-1/A filed with the U.S. Securities and Exchange Commissions on May 12, 2008 by BJB affiliate, Julius Baer Americas Inc., downloaded on May 11, 2023, a copy of which is also available at https://www.sec.gov/Archives/edgar/data/1419178/000095012308005536/y54973sv1za.htm. The Liquidators are filing Exhibit 36 on the docket and not under seal.

41. Attached as Exhibit 37 is a composite of true and correct copies of short-form subscription agreements entered by the Citco Record Holder on behalf of BJB, dated between June 2003 and June 2007, which were produced to the Liquidators by non-party Citco Fund Services and non-party Citco Record Holders with starting Bates numbers:

    a.    ANWAR-CFSE-00169700 (at -700-701)

    b.    ANWAR-CFSE-00208825 (at -825-826)

    c.    ANWAR-CFSE-00234332 (at -332)

    d.    CFSE-LIQ-00143570

    e.    CFSE-LIQ-00282455

    f.    CFSE-LIQ-00309256

    g.    CFSE-LIQ-00309272

    h.    CFSE-LIQ-00313942

    i.    CFSE-LIQ-00315325

    j.    CFSE-LIQ-00331634

    k.    CitcoRedeemer_01310514 (at -976-977, -979-980)

    l.    CitcoRedeemer_02110106 (at -108-110)

    m.    ANWAR-CFSE-00165092

  n. ANWAR-CFSE-00165093 (at -093)

  o. ANWAR-CFSE-00171447

  p. ANWAR-CFSE-00171448 (at -448)

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

  42. Attached as <u>Exhibit 38</u> is a composite of true and correct copies of transactional records consisting of statements provided by the Citco Record Holder to BJB confirming BJB's request to subscribe for Sentry shares, dated between June 2003 and June 2007, which were produced to the Liquidators by non-party Citco Record Holders and BJB in redacted form, with starting Bates numbers:

  a. BJBC_0000082

  b. BJBC_0000109 (at -110)

  c. BJBC_0000167 (at -171)

  d. CitcoRedeemer_02050102

  e. CitcoRedeemer_02059564

  f. CitcoRedeemer_02074372

  g. CitcoRedeemer_02080584

  h. CitcoRedeemer_02086658

  i. CitcoRedeemer_02092707

  j. CitcoRedeemer_02102398

  k. CitcoRedeemer_02105867

  l. CitcoRedeemer_02105886

  m. CitcoRedeemer_02123913

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

43. Attached as <u>Exhibit 39</u> is a composite of true and correct copies of transactional records consisting of statements provided by Sentry to the Citco Record Holder confirming the Citco Record Holder's request to subscribe for Sentry shares on behalf of BJB and confirming receipt of subscription funds, dated between May 2003 and July 2007, which were produced to the Liquidators by non-party Citco Fund Services and non-party Citco Record Holders with starting Bates numbers:

- a. ANWAR-CFSE-00165078
- b. ANWAR-CFSE-00169706
- c. ANWAR-CFSE-00169708
- d. ANWAR-CFSE-00169714
- e. ANWAR-CFSE-00169716
- f. ANWAR-CFSE-00208817
- g. ANWAR-CFSE-00208820
- h. ANWAR-CFSE-00234325
- i. ANWAR-CFSE-00234327 (at -329)
- j. CFSE-LIQ-00143566
- k. CFSE-LIQ-00143575
- l. CFSE-LIQ-00282444
- m. CFSE-LIQ-00282447
- n. CFSE-LIQ-00309244
- o. CFSE-LIQ-00309247
- p. CFSE-LIQ-00309264
- q. CFSE-LIQ-00309267
- r. CFSE-LIQ-00313931
- s. CFSE-LIQ-00313936

       t.       CFSE-LIQ-00315314

       u.       CFSE-LIQ-00315317

       v.       CFSE-LIQ-00331631

       w.       CitcoRedeemer_01310514 (at -964)

       x.       CitcoRedeemer_02124642

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

44.    Attached as <u>Exhibit 40</u> is a true and correct copy of a statement provided by the Citco Record Holder to BJB confirming BJB's request to subscribe for Sigma shares, dated January 23, 2006, which was produced to the Liquidators by non-party Citco Record Holders with starting Bates number:

       a.       CitcoRedeemer_02119386

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

45.    Attached as <u>Exhibit 41</u> is a true and correct copy of a statement provided by Sigma to the Citco Record Holder confirming the issuance of voting shares in accordance with the Citco Record Holder's request to subscribe for Sigma shares, dated February 14, 2006, which was produced to the Liquidators by non-party Citco Fund Services with starting Bates number:

       a.       CFSE-LIQ-00399077

46.    Attached as <u>Exhibit 42</u> is a composite of true and correct copies of transactional records consisting of statements provided by the Citco Record Holder to BJB confirming BJB's request to redeem shares from Sentry, dated between November 2005 and June 2008, which were produced to the Liquidators by non-party Citco Record Holders and BJB in redacted form with starting Bates numbers:

a. BJBC_0000087 (at -088)

b. BJBC_0000089 (at -090)

c. BJBC_0000091 (at -092)

d. BJBC_0000093 (at -094)

e. BJBC_0000095 (at -096)

f. BJBC_0000097 (at -098)

g. BJBC_0000099 (at -100)

h. BJBC_0000101 (at -102)

i. BJBC_0000103 (at -104)

j. BJBC_0000105 (at -106)

k. BJBC_0000107 (at -108)

l. BJBC_0000112 (at -113)

m. BJBC_0000117 (at -119)

n. BJBC_0000123 (at -124)

o. BJBC_0000126 (at -127)

p. BJBC_0000128 (at -130)

q. BJBC_0000131 (at -132)

r. BJBC_0000134 (at -135)

s. BJBC_0000153 (at -154)

t. BJBC_0000198 (at -199)

u. CitcoRedeemer_02064862

v. CitcoRedeemer_02074755

w. CitcoRedeemer_02075582

x. CitcoRedeemer_02080707

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

47. Attached as <u>Exhibit 43</u> is a composite of true and correct copies of transactional records consisting of statements provided by Sentry to the Citco Record Holder confirming the Citco Record Holder's instruction to redeem Sentry shares on behalf of BJB, dated between November 2005 and August 2008, which were produced to the Liquidators by non-party Citco Fund Services and with starting Bates numbers:

    a.    ANWAR-CFSE-00098650 (at -652)

    b.    ANWAR-CFSE-00098664 (at -665)

    c.    ANWAR-CFSE-00099611 (at -612)

    d.    ANWAR-CFSE-00111943 (at -944)

    e.    ANWAR-CFSE-00143346

    f.    ANWAR-CFSE-00158701

    g.    ANWAR-CFSE-00166829 (at -830)

    h.    ANWAR-CFSE-00191781

    i.    ANWAR-CFSE-00246145 (at -145)

    j.    ANWAR-CFSE-00250302

    k.    CFSE-LIQ-00048241 (at -242)

    l.    CFSE-LIQ-00060717 (at -718)

    m.    CFSE-LIQ-00060759 (at -760)

    n.    CFSE-LIQ-00066865 (at -866)

    o.    CFSE-LIQ-00071131 (at -133)

    p.    CFSE-LIQ-00083002 (at -004)

    q.    CFSE-LIQ-00089053

    r.    CFSE-LIQ-00092133 (at -134)

   s.  CFSE-LIQ-00093268

   t.  CFSE-LIQ-00093276 (at -276)

   u.  CFSE-LIQ-00093290 (at -290)

   v.  CFSE-LIQ-00323372 (at -373)

   w.  ANWAR-CFSE-00198857 (at -858)

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

  48.  Attached as <u>Exhibit 44</u> is a composite of true and correct copies of transactional records consisting of statements provided by the Citco Record Holder to BJB (and Ferrier Lullin & Cie SA Geneva, a predecessor entity acquired by BJB) confirming BJB's instruction to redeem shares from Sigma, dated between January 2005 and June 2008, which were produced to the Liquidators by BJB in redacted form and non-party Citco Record Holders with starting Bates numbers:

   a.  BJBC_0000200 (at -202)

   b.  BJBC_0000203 (at -205)

   c.  BJBC_0000206 (at -207)

   d.  BJBC_0000208 (at -210, 212)

   e.  CitcoRedeemer_02109259

   f.  CitcoRedeemer_02110210

   g.  CitcoRedeemer_02117656

   h.  CitcoRedeemer_02121626

  49.  Attached as <u>Exhibit 45</u> is a composite of true and correct copies of transactional records consisting of statements provided by Sigma to the Citco Record Holder confirming the Citco Record Holder's request to redeem Sigma shares on behalf of BJB, dated between June 2006

15

and June 2008, which were produced to the Liquidators by non-party Citco Fund Services and non-party Citco Record Holders with starting Bates numbers:

    a.    CFSE-LIQ-00040217 (at -218)

    b.    CFSE-LIQ-00043436 (at -436)

    c.    CFSE-LIQ-00045394

    d.    CFSE-LIQ-00346267

    e.    CitcoRedeemer_02112095

    f.    CitcoRedeemer_02117395

    g.    CitcoRedeemer_02119167 (at -171)

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

    50.    Attached as <u>Exhibit 46</u> is a true and correct copy of a spreadsheet of Citco transactional records for Sentry, which was produced in native form to the Liquidators by non-party Citco Record Holders as A000001.00000001 (Bates numbers do not appear on the face of natively produced documents). The Liquidators have filtered the spreadsheet to display only BJB's relevant transactions.

    51.    Attached as <u>Exhibit 47</u> is a true and correct copy of a spreadsheet of Citco transaction records for Sigma and Lambda, which was produced in native form to the Liquidators by non-party Citco Record Holders as CGC-LIQ-00000002 (Bates numbers do not appear on the face of natively produced documents). The Liquidators have filtered the spreadsheet to display only BJB's relevant transactions.

    52.    Attached as <u>Exhibit 48</u> is a composite of true and correct copies of transactional records consisting of redemption requests sent by the Citco Record Holders to Sentry, dated

between November 2005 and June 2008, which were produced to the Liquidators by non-party Citco Fund Services with starting Bates numbers:

    a.    CFSE-LIQ-00048244

    b.    CFSE-LIQ-00060721

    c.    CFSE-LIQ-00066869

    d.    CFSE-LIQ-00067688

    e.    CFSE-LIQ-00071134 (at -136)

    f.    CFSE-LIQ-00086648 (at -649)

    g.    CFSE-LIQ-00092138

    h.    CFSE-LIQ-00093269 (at -272)

    i.    CFSE-LIQ-00093292

    j.    CFSE-LIQ-00323376

    k.    ANWAR-CFSE-00098653 (at -653)

    l.    ANWAR-CFSE-00098669 (at -669)

    m.    ANWAR-CFSE-00099616

    n.    ANWAR-CFSE-00111952 (at -952)

    o.    ANWAR-CFSE-00143348

    p.    ANWAR-CFSE-00151782 (at -785)

    q.    ANWAR-CFSE-00166829 (at -832)

    r.    ANWAR-CFSE-00183750

    s.    ANWAR-CFSE-00188746

    t.    ANWAR-CFSE-00198861

    u.    ANWAR-CFSE-00206663

    v.    ANWAR-CFSE-00250305

    w.    CFSE-LIQ-00028799

      x.      ANWAR-C-ESI-00575953

Pursuant to Fed. R. Bankr. Proc. 9037, the Liquidators have redacted nonpublic personal information contained in this exhibit.

Dated:  New York, New York
           May 12, 2023

                                        /s/        *Lena Konanova*