# Exhibit 1

# Filed Under Seal

# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4
# Filed Under Seal

# Exhibit 5

# Filed Under Seal

# Exhibit 6
# Filed Under Seal

# Exhibit 7

# Filed Under Seal

# Exhibit 8

# Filed Under Seal

# Exhibit 9

# Filed Under Seal

# Exhibit 10
# Filed Under Seal

# Exhibit 11

# Filed Under Seal

# Exhibit 12

# Filed Under Seal

# Exhibit 13

# Filed Under Seal

# Exhibit 14

# Filed Under Seal

# Exhibit 15

# Filed Under Seal

# Exhibit 15-1

# Filed Under Seal

# Exhibit 16

# Filed Under Seal

# Exhibit 16-1

# Filed Under Seal

# Exhibit 17
# Filed Under Seal

# Exhibit 18

# Filed Under Seal

# Exhibit 19

# Filed Under Seal

# Exhibit 20
# Filed Under Seal

# Exhibit 20-1

# Filed Under Seal

# Exhibit 21

# Filed Under Seal

# Exhibit 22

# Filed Under Seal

# Exhibit 23

# Filed Under Seal

# Exhibit 24
# Filed Under Seal

# Exhibit 25

# Filed Under Seal

# Exhibit 26
# Filed Under Seal

# Exhibit 27

# Filed Under Seal

# Exhibit 28

# Filed Under Seal

# Exhibit 29

# Filed Under Seal

# Exhibit 30

# Filed Under Seal

# Exhibit 31

# Filed Under Seal

# Exhibit 32

# Filed Under Seal

# Exhibit 33

# Filed Under Seal