# Exhibit 35

## Contact

www.linkedin.com/in/jonathan-morgan-34b7167 (LinkedIn)
www.soundfundadvisors.com (Company)

### Top Skills
Hedge Funds
Alternative Investments
Asset Managment

### Certifications
FSA Credential Level II Candidate

# Jonathan Morgan
Founder & Principal at Sound Fund Advisors LLC
Darien, Connecticut, United States

## Summary

I am an experienced independent fund director and trustee working with investment managers with complex investment strategies to provide value-added governance and fund advisory services across their product lines in multiple jurisdictions, including a US public company (NYSE: AOMR), private Business Development Companies (BDCs), offshore private funds in the Cayman Islands, BVI and Bermuda, Delaware limited partnerships, Irish ICAVs and US 40 Act funds (RICs). I am a Registered Professional Director in the Cayman Islands and an approved director by the Central Bank of Ireland.  Prior to my current role, I was a due diligence specialist in alternative strategies having spent almost ten years supervising research platforms at three large fund of hedge funds. Many of these funds were restructuring or dealing with complicated issues. Additionally, I have market and risk experience, having spent almost ten years as a hedge fund strategist, trader and portfolio manager.

---

## Experience

**Sound Fund Advisors LLC**
Managing Member / Principal
March 2011 - Present (12 years 3 months)
Greater New York City Area

Sound Fund Advisors provides focused, active advisory and fund directorship services to asset management firms and institutional hedge funds.  We serve as independent fund directors and trustees to funds domiciled in the Cayman Islands, BVI, Bermuda, Ireland and the U.S.

**Angel Oak Mortgage REIT (NYSE: AOMR)**
Member Board of Directors
January 2022 - Present (1 year 5 months)

Serve on the board of a publicly traded mortgage REIT specializing in non-QM mortgages.  Chair the Compensation Committee and serve on the Nominating and Governance Committee.

UBP Asset Management
Global Head of Research - Alternative Investments
July 2009 - March 2011 (1 year 9 months)

Barclays Global Investors
Managing Director
September 2005 - July 2009 (3 years 11 months)

Head of Hedge Fund Management Group

Julius Baer Investment Management
Director of Hedge Fund Research
2002 - 2005 (3 years)

Parallax Capital Management
Managing Director
1999 - 2002 (3 years)

Caxton Associates
Strategist
1993 - 1996 (3 years)

Morgan Stanley
Associate
1990 - 1993 (3 years)

Morgan Stanley
Analyst
1986 - 1988 (2 years)

## Education

Yale Divinity School
Master of Divinity - MDiv, Coursework in Ethics · (2013 - 2019)

Harvard Kennedy School
MPP  · (1988 - 1990)

Princeton University
 · (1982 - 1986)