# Exhibit 37

# Filed Under Seal

# Exhibit 38
# Filed Under Seal

# Exhibit 39
# Filed Under Seal

# Exhibit 40
# Filed Under Seal

# Exhibit 41
# Filed Under Seal

# Exhibit 42
# Filed Under Seal

# Exhibit 43
# Filed Under Seal

# Exhibit 44
# Filed Under Seal

# Exhibit 45
# Filed Under Seal

# Exhibit 46
# Filed Under Seal

# Exhibit 47
# Filed Under Seal

# Exhibit 48
# Filed Under Seal