UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

**MOTION OF SELENDY GAY ELSBERG PLLC TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE THAT, pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York and Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of David Elsberg in support, Selendy Gay Elsberg PLLC ("SGE") hereby moves for an order granting permission to withdraw as counsel for Plaintiffs Fairfield Sentry Ltd. (In Liquidation); Fairfield Sigma Ltd. (In Liquidation), Fairfield Lambda Ltd. (In Liquidation); Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof; and Greig Mitchell, solely in his capacity as Foreign Representative and Liquidator thereof in the above-captioned case. The Liquidators will continue to be represented by co-counsel Brown Rudnick LLP in the above-captioned action.

In advance of filing this motion, SGE sought, but did not receive, the Liquidators' consent to withdraw.

Dated: New York, NY　　　　　　　　SELENDY GAY ELSBERG PLLC
　　　　May 13, 2023

　　　　　　　　　　　　　　　　By:　*/s/*　　　　*David Elsberg*
　　　　　　　　　　　　　　　　David Elsberg
　　　　　　　　　　　　　　　　SELENDY GAY ELSBERG PLLC
　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY  10104
　　　　　　　　　　　　　　　　Tel: 212-390-9000
　　　　　　　　　　　　　　　　delsberg@selendygay.com

　　　　　　　　　　　　　　　　*Attorneys for the Liquidators*