# SELENDY GAY ELSBERG PLLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

## FILED UNDER PENDING MOTION TO SEAL