# DECLARATION OF DAVID ELSBERG IN SUPPORT OF SELENDY GAY ELSBERG PLLC'S MOTION TO WITHDRAW AS COUNSEL

# FILED UNDER PENDING MOTION TO SEAL