UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## ORDER GRANTING SELENDY GAY ELSBERG PLLC'S MOTION TO SEAL ITS MOTION TO WITHDRAW AS COUNSEL

Upon consideration of Selendy Gay Elsberg PLLC's ("SGE") Motion to Seal its Motion to Withdraw as Counsel, dated May 13, 2023 (the "Sealing Motion"), pursuant to Local Bankruptcy Rule 9018-1, it is hereby:

[*Remainder of page intentionally left blank*]

**ORDERED**, that the Sealing Motion be and hereby is **GRANTED**; and

**ORDERED**, that:

1. Any confidential or privileged information related to the relationship between SGE and the Liquidators shall be filed under seal.

2. SGE will provide unredacted versions of its memorandum of law and declaration to the Clerk of Court through electronic means, such as a secure USB drive.

3. Material sealed in connection with SGE's motion to withdraw will remain under seal for the pendency of the proceeding absent further order of the Court, and need not be served on Defendants.

4. SGE will be responsible for retrieving the unsealed versions of such information at the end of the proceeding or, if appropriate, moving to unseal that material.

5. This sealing procedure is without prejudice to the rights of any party in interest to file a separate sealing motion addressed to any materials not covered by the procedure set forth herein, or to seek to unseal the sealed material, or any portion thereof.