UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LIMITED, et al., <br><br> Debtor in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (CGM) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-03635 (CGM) |

## CERTIFICATE OF SERVICE

Maria Simonova, being duly sworn, deposes and says:

1. That I am over eighteen (18) years of age, am not a party to this action, and reside in New York, New York.

2. I am associate with the firm of Selendy Gay Elsberg PLLC with offices at 1290 Avenue of the Americas, New York, New York 10104.

3. That on the 15th day of May, 2023, I personally served BOTH public and under seal versions of:

   a. **Motion to Withdraw as Attorney (with supporting papers)** dated May 13, 2023.
   b. **Motion to File Under Seal Supporting Documents to Motion to Withdraw (with supporting papers)** dated May 13, 2023.

   by Electronic Mail (email) via a secure Dropbox link upon, which the Liquidators agreed constituted adequate service:

   Kenneth Krys
   Kenneth.Krys@krys-global.com
   -and-
   Greig Mitchell
   Greig.Mitchell@krys-global.com

KRyS Global
Commerce House, Second Floor
181 Main Street, Road Town
P.O. Box 930
Tortola VG1110
British Virgin Islands

in their capacity as Foreign Representatives and Liquidators of Plaintiffs Fairfield Sentry Ltd. (In Liquidation), Fairfield Sigma Ltd. (In Liquidation), and Fairfield Lambda Ltd. (In Liquidation) ("the Liquidators").

Dated: May 16, 2023.

_____

Maria Simonova