UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>　　　　Debtor in Foreign Proceedings. | Chapter 15 Case<br>Case No. 10-13164 (CGM)<br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>　　　　Plaintiffs,<br>　　　　v.<br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br>　　　　Defendants. | Adv. Pro. No. 10-03635 (CGM) |

### ORDER GRANTING SELENDY GAY ELSBERG PLLC'S MOTION TO WITHDRAW AS COUNSEL

Upon consideration of Selendy Gay Elsberg PLLC's ("SGE") Motion to Withdraw as Counsel, dated May 13, 2023 (the "Motion to Withdraw"), and for good cause shown, pursuant to Local Bankruptcy Rule 2090-1, it is hereby:

**ORDERED**, that the Motion to Withdraw be and hereby is **GRANTED**.



**Dated: May 24, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**