**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>　　Debtors in Foreign Proceedings. | **Chapter 15 Case**<br><br>**Case No: 10-13164 (CGM)**<br><br>**Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br>-against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>　　　　　　　　　　Defendants. | **Adv. Pro. No. 10-03635 (CGM)** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss, with prejudice and without costs, those claims asserted in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against Banca Arner S.A. n/k/a One Swiss Bank ("Banca Arner"). For the avoidance of doubt, the Adversary Proceeding involves multiple defendants other than Banca Arner, and this notice of dismissal dismisses claims against Banca Arner, and only Banca Arner, in their entirety. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than Banca Arner or claims against Banca Arner in any other action.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
June 28, 2023

By: /s/ David J. Molton

David J. Molton
Marek P. Krzyzowski
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs*