**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Fairfield Sentry Limited ( In Liquidation) et al v.   CASE NO.: 10–03635–jpm
Union Bancaire Privee, UBP SA et al

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P. Mastando III on June 29, 2023 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: June 29, 2023                                                                 Vito Genna
                                                                                    Clerk of the Court