# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 6/29/2023 |
| Case: 10−03635−jpm | Form ID: 144 | Total: 226 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Fairfield Sentry Limited ( In Liquidation) |
| dft | Union Bancaire Privee, UBP SA |
| dft | Adler and Co. |
| dft | Privatbank AG |
| dft | Allianzbank SPA/Unifortune Conservative Side Pocket |
| dft | Arsenal SPC |
| dft | Arsenal SPC OBO Glasgow SEG Port |
| dft | Banca Arner SA |
| dft | Bank Hapoalim Switzerland Ltd. |
| dft | Bank Julius Baer & Co. Ltd. |
| dft | Bank Sarasin & Cie |
| dft | Banque Cantonale Vaudoise |
| dft | Barclay's Bank PLC Singapore Wealth |
| dft | BBH LUX Guardian II |
| dft | BBVA (Suisse) SA |
| dft | BCV AMC Defensive Al Fund |
| dft | BNP Paribas (Suisse) SA |
| dft | BNP Paribas (Suisse) SA Ex Fortis |
| dft | BNP Paribas (Suisse) SA Private |
| dft | BSI AG |
| dft | BSI Ex Banca Del Gottardo |
| dft | Caceis Bank Luxembourg |
| dft | Compagnie Bancaire Helvetique |
| dft | Centrum Bank AG (AMS) |
| dft | Fidulex Management Inc. |
| dft | Clariden Leu Ltd. |
| dft | Corner Banca SA |
| dft | Credit Suisse AG Zurich |
| dft | Dresdner Bank Schweiz |
| dft | EFG Bank SA Switzerland |
| dft | EFG Eurofinancier D'Invest MCL |
| dft | Endurance Absolute Ltd. Master |
| dft | Fairfield Investment GCI |
| dft | Fairfield Investment Fund Ltd. |
| dft | Fairfield Masters Ltd. |
| dft | Falcon Private Bank |
| dft | FIF Advanced Ltd. |
| dft | Finter Bank Zuirich |
| dft | Harmony Capital Fund Ltd. |
| dft | Ihag Handelsbank AG |
| dft | Incore Bank AG |
| dft | Karla Multistrategies Ltd. |
| dft | KBC Investments Ltd. |
| dft | LGT Bank in Liechtenstein AG |
| dft | Liechtensteinische LB Reinvest AMS |
| dft | Lloyds TSB Bank Geneva |
| dft | Lombard Odier Darier Hentsch & Cie |
| dft | NBK Banque Privee Suisse SA |
| dft | Pictet & Cie |
| dft | PKB Privatebank AG |
| dft | Private Space Ltd. |
| dft | Quasar Funs SPC |
| dft | RBC Dexia Investor Service Julius Baer Sicav |
| dft | RBS Coutts Bank Ltd. (n/k/a Coutts & Co. Ltd.) |
| dft | Richourt AAA Multistrategies |
| dft | Rothschold Bank AG Zurich (Dublin) |
| dft | Rothschild Bank Geneva (Dublin) |
| dft | Rothschild Lugano Dublin |
| dft | SIS Seeganintersettle |
| dft | Six SIS Ltd. |
| dft | Societe Generale Bank & Trust |
| dft | Soundview Fund |
| dft | T1 Global Fund Ltd. |
| dft | UBS AG New York |
| dft | UBS AG Zurich |
| dft | UBS Jersey Nominees |
| dft | Verwaltungs und Privat−Bank AG Aktiengesellschaft (AMS) |
| dft | Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1−1000 |

| | | |
|---|---|---|
| dft | Verwaltungs– und Privat–Bank AG Aktiengesellschaft | |
| pla | Fairfield Sigma Limited (In Liquidation) | |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL. | |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland | |
| dft | EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL | |
| dft | Credit Suisse AG | |
| pla | Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof | |
| dft | HSBC | |
| dft | Geneva Absolute Return Fund | |
| dft | EFG Bank AG and EFG Bank (Monaco) | |
| dft | Remand Defendants | |
| dft | Defendants (as set forth in Appendix A to the Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and In Support of the Defendants' Motion to Dismiss) | |
| dft | Unifortune Conservative Side Pocket | |
| dft | Liechtensteinsche Landesbank AG | |
| dft | the Defendants listed on Exhibit A to the HSBC Defendants' Supplemental Memorandum of Law | |
| dft | EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A.. | |
| dft | PKB Privatbank AG | |
| dft | IHAG Handelsbank AG | |
| dft | RBC Investor Services Bank, S.A. | |
| dft | LGT Bank in Liechtenstein AG | |
| dft | LGT Bank (Switzerland) Ltd. | |
| dft | Finter Bank Zurich (n/k/a Bank Vontobel AG) | |
| dft | Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG) | |
| dft | UBS AG | |
| pla | Greig Mitchell, solely in his capacity as Foreign Representative and Liquidator thereof | |
| dft | Beneficial Owners of Accounts Held in the Name of CGC NA 1–1000 | |
| dft | Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft | |
| dft | Edmond de Rothschild (Suisse) SA | |
| dft | Bank Vontobel AG (successor to Finter Bank Zurich) | |
| dft | Banca Arner S.A. n/k/a One Swiss Bank | |
| 5595658 | Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofi | |

TOTAL: 99

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Adam Lavine | adam.lavine@kobrekim.com |
| aty | Andreas A. Frischknecht | andreas.frischknecht@chaffetzlindsey.com |
| aty | Andrew John Finn | finna@sullcrom.com |
| aty | Andrew M. Troop | andrew.troop@pillsburylaw.com |
| aty | Angela K. Herring | akherring@wlrk.com |
| aty | Anthony L. Paccione | anthony.paccione@katten.com |
| aty | Ari MacKinnon | amackinnon@cgsh.com |
| aty | Benjamin Loveland | benjamin.loveland@wilmerhale.com |
| aty | Bianca Lin | BLin@abv.com |
| aty | Bradley Alexander Cohen | bacohen@mayerbrown.com |
| aty | Carl N Wedoff | cwedoff@jenner.com |
| aty | Charles Collier Platt | Charles.Platt@wilmerhale.com |
| aty | Christopher Allegaert | callegaert@abv.com |
| aty | Christopher Harris | christopher.harris@lw.com |
| aty | Christopher J. Houpt | choupt@mayerbrown.com |
| aty | Christopher R. Donoho, III | chris.donoho@hoganlovells.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | David Molton | dmolton@brownrudnick.com |
| aty | David A. Shaiman | dshaiman@abv.com |
| aty | Dong Ni Xu | donna.xu@kobrekim.com |
| aty | Dorothy Heyl | dheyl@milbank.com |
| aty | Elizabeth Vicens | evicens@cgsh.com |
| aty | Elizabeth A O'Connor | eoconnor@fzwz.com |
| aty | Emil A. Kleinhaus | eakleinhaus@wlrk.com |
| aty | Eric Fishman | eric.fishman@pillsburylaw.com |
| aty | Eric B. Halper | ehalper@mckoolsmith.com |
| aty | Erin E Valentine | erin.valentine@chaffetzlindsey.com |
| aty | Evan A. Davis | edavis@cgsh.com |
| aty | Fletcher W. Strong | fstrong@wmd–law.com |
| aty | Frederick R. Kessler | fkessler@wmd–law.com |
| aty | Gabriel Herrmann | gherrmann@gibsondunn.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | Gregory F. Hauser | gregory.hauser@wg–law.com |
| aty | Heather Lamberg | hlamberg@winston.com |
| aty | Herbert M. Wachtell | hmwachtell@wlrk.com |
| aty | Jascha D. Preuss | jascha.preuss@wg–law.com |
| aty | Jeff E. Butler | jeff.butler@cliffordchance.com |
| aty | Jeffrey T. Scott | scottj@sullcrom.com |
| aty | John F. Zulack | jzulack@abv.com |
| aty | John S. Craig | jcraig@abv.com |

| | | |
|---|---|---|
| aty | Jonathan D. Cogan | jonathan.cogan@kobrekim.com |
| aty | Justin Kattan | justin.kattan@dentons.com |
| aty | Kayla Nicole Haran | kharan@omm.com |
| aty | Kevin C. Kelly | kkelly@mayerbrown.com |
| aty | Kimberly Perrotta Cole | kimberly.cole@kobrekim.com |
| aty | Lauren J. Pincus | lpincus@abv.com |
| aty | Lawrence B. Friedman | lfriedman@cgsh.com |
| aty | Lidia Helena Souza Rezende | l.rezende@chaffetzlindsey.com |
| aty | Lisa M. Schweitzer | lschweitzer@cgsh.com |
| aty | Marc Cohen | mcohen@mayerbrown.com |
| aty | Mark Makar | makarm@sullcrom.com |
| aty | Mark G. Hanchet | mhanchet@mayerbrown.com |
| aty | Mark T Ciani | mark.ciani@katten.com |
| aty | Marshall R. King | mking@gibsondunn.com |
| aty | Maxwell Dillan | mdillan@wmd–law.com |
| aty | Megan P. Davis | mdavis@fzwz.com |
| aty | Nicholas Alexander Ickovic | nicholasickovic@kobrekim.com |
| aty | Nowell Bamberger | nbamberger@cgsh.com |
| aty | Polina Bensman | lbensman@cgsh.com |
| aty | Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| aty | Reid Ashinoff | reid.ashinoff@dentons.com |
| aty | Richard A. Cirillo | racirilloesq@gmail.com |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Samuel Cavior | samuel.cavior@pillsburylaw.com |
| aty | Sara Gribbon | sara.gribbon@kobrekim.com |
| aty | Scott S Balber | scott.balber@hsf.com |
| aty | Sean G. Arthurs | sean.arthurs@shearman.com |
| aty | Stephen M. Harnik | stephen@harnik.com |
| aty | Steven Wolowitz | swolowitz@mayerbrown.com |
| aty | Tania G. Cohen | tania.cohen@chaffetzlindsey.com |
| aty | Thomas Carter White | carter.white@dentons.com |
| aty | Thomas J. Giblin | thomas.giblin@lw.com |
| aty | Thomas J. Moloney | tmoloney@cgsh.com |
| aty | Thomas S. Kessler | tkessler@cgsh.com |
| aty | William A Maher | wmaher@wmd–law.com |
| aty | William J. Sushon | wsushon@omm.com |
| aty | William J. Sushon | wsushon@omm.com |

TOTAL: 78

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| dft | Alternative Investment Strategies | c/o Citco Bank Nederland NV    Telestone 8 – Teleport    Narritaweg 165, 1043BW Amsterdam    The Netherlands |
| dft | Banca Unione di Credito | c/o Citco Global Custody NV    c/o Citco Bank Nederland NV    TElestone 8 – Teleport, Narritaweg 165    1043BW Amsterdam, The Netherlands |
| dft | Banque Cramer & Cie SA | 22 Avenue de Miremont    1206 Geneve, Switzerland |
| dft | CBB (BVI)/The Alkima Found | C/o Fidelity Corporate Services    2nd Floor Mill Mall Tower    Windhams Cay 1    Road Town, Tortola    British Virgin Islands |
| dft | CBT Gems Low Vol Reg | One Montague Place 1st Floor    East Bay Street    P.O. Box N–1906    Nassau, Bahamas |
| dft | Dexia Banque International a Luxembourg | c/o Citco Bank Nederland NV    Telestone 8 – Teleport    Narritaweg 165    1043 BW Amsterdam, The Netherlands |
| dft | Longboat Ltd. | c/o Citco Bank Nederland NV    Telestone 8 – Teleport    Narritaweg 165    1043BW Amsterdam    The Netherlands |
| dft | Master Capital and Hedge Fund | c/o Citco Data Processing Services Ltd.    2600 Cork Airport Business Park    Kinsale Road    Cork, Ireland |
| dft | Sella Bank AG | c/o Citco Bank Nederland NV    Telestone 8 – Teleport, Narritaweg 165    1043BW Amsterdam    The Netherlands |
| dft | Swisscanto FD Centre Clients A/C | c/o Citco Data Processing Services Ltd.    2600 Cork Airport Business Park    Kinsale Road    Cork, Ireland |
| dft | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | Registered Address    Via Ginevra 2    CH–6900    Lugano SWITZERLAND |
| dft | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | Registered Address    Zollikerstrasse 181    CH–8034    Zurich SWITZERLAND |
| dft | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and Class B CGCNV | Registered Address    c/o Citco Fund Services Europe BV    Naritaweg 165    1043 BW Amsterdam THE NETHERLANDS |
| dft | National Bank of Kuwait | P.O. Box 95 Safat    13001 Kuwait    Abdullah Al Ahmad Street    Sharq    STATE OF KUWAIT |
| dft | Karasel Enhanced Portfolio | c/o Citco Global Custory N.V.    c/o Citco Data Processing Services Ltd.    2600 Cork Airport Business Park    Kinsale Road    Cork, Ireland |
| dft | Barclays Bank PLC Singapore Wealth a/k/a Barclays Bank, PLC | Registered Address    Level 28 One Raffles Quay    South Tower    Singapore 048583 SINGAPORE |
| dft | Adler and Co Privatbank AG | Registered address    Claridenstreasse 22    CH–8022    Zurich SWITZERLAND |
| dft | ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG | Registered address    Beethovenstrasse 33    CH–8002    Zurich SWITZERLAND |
| dft | HSBC | 8 Canary Square    Canary Wharf    London UNITED KINGDOM |

| | | | | |
|---|---|---|---|---|
| aty | James L. Garrity, Jr. | Morgan, Lewis & Bockius LLP | 101 Park Avenue | New York, NY 10178 |
| aty | Jascha D. Preuss | Wuersch & Gering LLP | 100 Wall Street, 10th Floor | New York,, NY 10005 |
| aty | Michael E. Wiles | Debevoise & Plimpton LLP | 919 3rd Avenue | New York, NY 10022 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 |
| ust | United States Trustee | Office of the United States Trustee – NY | Alexander Hamilton Custom House | One Bowling Green, Room 534    New York, NY 10004–1408 |
| 5878019 | Allianz Bank Financial Advisors SpA | c/o KOBRE & KIM LLP | 800 Third Avenue | New York, NY 10022    Attn: Jonathan D. Cogan, Esq. |
| 7881102 | Amy Nemetz | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7883190 | DLA PIPER LLP (US) | 1251 Avenue of the Americas, 27th Floor | New York, NY 10020–1104    Attn.: Rachel Ehrlich Albanese, Esq. | Jeffrey D. Rotenberg, Esq.    Cherelle Glimp, Esq. |
| 7896511 | David A. Shaiman | Allegaert Berger & Vogel LLP | 111 Broadway, 20th Floor | New York, New York 10006 |
| 7881104 | David S. Flugman | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7085207 | Dina E. Yavich | Pillsbury Winthrop Shaw Pittman LLP | 1540 Broadway | New York, NY 10036 |
| 7085144 | Eric Fishman | Pillsbury Winthrop Shaw Pittman LLP | 1540 Broadway | New York, NY 10036 |
| 7896510 | John S. Craig | Allegaert Berger & Vogel LLP | 111 Broadway, 20th Floor | New York, New York 10006 |
| 7881103 | Jordan W. Garman | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7890230 | Joshua Margolin | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7890232 | Kayla N. Haran | OMELVENY & MYERS LLP | Seven Times Square | New York, New York 10036 |
| 7883189 | Lauren R. Lifland | Wilmer Cutler Pickering Hale and Dorr LL | 7 World Trade Center | 250 Greenwich Street    New York, New York 10007 |
| 7890231 | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 7882014 | MAYER BROWN LLP | Marc R. Cohen | 1999 K Street, N.W. | Washington, D.C. 20006 |
| 7879315 | MAYER BROWN LLP | Steven Wolowitz    Christopher J. Houpt    Bradley A. Cohen | 1221 Avenue of the Americas | New York, New York 10020 |
| 7881105 | Maria Ginzburg | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7882013 | Mark G. Hanchet    Kevin C. Kelly | MAYER BROWN LLP | 1221 Avenue of the Americas | New York, New York 10020 |
| 7872429 | Mark T. Ciani, Esq. | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 |
| 7077982 | Martin Klotz | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019–60 |
| 7882012 | Max Siegel | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7882011 | Ron Krock | Selendy & Gay PLLC | 1290 Avenue of the Americas | New York, New York 10104 |
| 7085204 | Samuel S. Cavior | Pillsbury Winthrop Shaw Pittman LLP | 1540 Broadway | New York, NY 10036 |

TOTAL: 49