**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Fairfield Sentry Limited ( In Liquidation) et al v. Union Bancaire Privee, UBP SA et al | CASE NO.: 10−03635−jpm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P. Mastando III on June 29, 2023 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: June 29, 2023                                                Vito Genna
                                                                                      Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Fairfield Sentry Limited ( In Liquidatio,
    Plaintiff

Adv. Proc. No. 10-03635-jpm

Union Bancaire Privee, UBP SA,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 13 |
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | James L. Garrity, Jr., Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | + | Jascha D. Preuss, Wuersch & Gering LLP, 100 Wall Street, 10th Floor, New York,, NY 10005-3727 |
| aty | + | Michael E. Wiles, Debevoise & Plimpton LLP, 919 3rd Avenue, New York, NY 10022-3916 |
| dft | | ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) A, Registered address, Beethovenstrasse 33, CH-8002, Zurich SWITZERLAND |
| dft | | Adler and Co Privatbank AG, Registered address, Claridenstreasse 22, CH-8022, Zurich SWITZERLAND |
| dft | | Alternative Investment Strategies, c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands |
| dft | | Banca Unione di Credito, c/o Citco Global Custody NV, c/o Citco Bank Nederland NV, TElestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands |
| dft | | Banque Cramer & Cie SA, 22 Avenue de Miremont, 1206 Geneve, Switzerland |
| dft | | Barclays Bank PLC Singapore Wealth a/k/a Barclays, Registered Address, Level 28 One Raffles Quay, South Tower, Singapore 048583 SINGAPORE |
| dft | | CBB (BVI)/The Alkima Found, C/o Fidelity Corporate Services, 2nd Floor Mill Mall Tower, Windhams Cay 1, Road Town, Tortola British Virgin Islands |
| dft | | CBT Gems Low Vol Reg, One Montague Place 1st Floor, East Bay Street, P.O. Box N-1906, Nassau, Bahamas |
| dft | | Dexia Banque International a Luxembourg, c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043 BW Amsterdam, The Netherlands |
| dft | | HSBC, 8 Canary Square, Canary Wharf, London, UNITED KINGDOM |
| dft | | Karasel Enhanced Portfolio, c/o Citco Global Custory N.V., c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road Cork, Ireland |
| dft | | Longboat Ltd., c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam The Netherlands |
| dft | | Master Capital and Hedge Fund, c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road, Cork, Ireland |
| dft | | National Bank of Kuwait, P.O. Box 95 Safat, 13001 Kuwait, Abdullah Al Ahmad Street, Sharq STATE OF KUWAIT |
| dft | | Quasar Funds SPC a/k/a Quasar Fund SPC Class A and, Registered Address, c/o Citco Fund Services Europe BV, Naritaweg 165, 1043 BW Amsterdam THE NETHERLANDS |
| dft | | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschil, Registered Address, Zollikerstrasse 181, CH-8034, Zurich SWITZERLAND |
| dft | | Rothschild Lugano Dublin a/k/a Banca Privata Edmon, Registered Address, Via Ginevra 2, CH-6900, Lugano SWITZERLAND |
| dft | | Sella Bank AG, c/o Citco Bank Nederland NV, Telestone 8 - Teleport, Narritaweg 165, 1043BW Amsterdam, The Netherlands |
| dft | | Swisscanto FD Centre Clients A/C, c/o Citco Data Processing Services Ltd., 2600 Cork Airport Business Park, Kinsale Road, Cork, Ireland |
| 5878019 | + | Allianz Bank Financial Advisors SpA, c/O KOBRE & KIM LLP, 800 Third Avenue, New York, NY 10022-7775, Attn: Jonathan D. Cogan, Esq. |
| 7881102 | + | Amy Nemetz, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |
| 7896511 | + | David A. Shaiman, Allegaert Berger & Vogel LLP, 111 Broadway, 20th Floor, New York, New York 10006-2015 |
| 7881104 | + | David S. Flugman, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |
| 7085207 | + | Dina E. Yavich, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 |
| 7085144 | + | Eric Fishman, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 |
| 7896510 | + | John S. Craig, Allegaert Berger & Vogel LLP, 111 Broadway, 20th Floor, New York, New York 10006-2015 |
| 7881103 | + | Jordan W. Garman, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |
| 7890230 | + | Joshua Margolin, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |
| 7890232 | + | Kayla N. Haran, OMELVENY & MYERS LLP, Seven Times Square, New York, New York 10036-6537 |
| 7883189 | + | Lauren R. Lifland, Wilmer Cutler Pickering Hale and Dorr LL, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007-2140 |
| 7890231 | + | Lisa M. Schweitzer, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7879315 | + | MAYER BROWN LLP, Steven Wolowitz, Christopher J. Houpt, Bradley A. Cohen, 1221 Avenue of the Americas New York, New York 10020-1001 |
| 7882014 | + | MAYER BROWN LLP, Marc R. Cohen, 1999 K Street, N.W., Washington, D.C. 20006-1120 |
| 7881105 | + | Maria Ginzburg, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |

10-03635-jpm   Doc 1113   Filed 07/01/23   Entered 07/02/23 00:11:50   Imaged
Certificate of Notice   Pg 3 of 14

| District/off: 0208-1 | User: admin | Page 2 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

| | | |
|---|---|---|
| 7882013 | + | Mark G. Hanchet, Kevin C. Kelly, MAYER BROWN LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7872429 | + | Mark T. Ciani, Esq., Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022-2585 |
| 7077982 | | Martin Klotz, Willkie Farr & Gallagher LLP, 787 Seventh Avenue New York, NY 10019-60 |
| 7882012 | + | Max Siegel, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |
| 7882011 | + | Ron Krock, Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104-0101 |
| 7085204 | + | Samuel S. Cavior, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 29 2023 19:15:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 29 2023 19:15:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 29 2023 19:15:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Jun 29 2023 19:14:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ MEBN | Jun 29 2023 19:10:02 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Adler and Co. |
| dft | | Allianzbank SPA/Unifortune Conservative Side Pocke |
| dft | | Arsenal SPC |
| dft | | Arsenal SPC OBO Glasgow SEG Port |
| dft | | BBH LUX Guardian II |
| dft | | BBVA (Suisse) SA |
| dft | | BCV AMC Defensive Al Fund |
| dft | | BNP Paribas (Suisse) SA |
| dft | | BNP Paribas (Suisse) SA Ex Fortis |
| dft | | BNP Paribas (Suisse) SA Private |
| dft | | BSI AG |
| dft | | BSI Ex Banca Del Gottardo |
| dft | | Banca Arner S.A. n/k/a One Swiss Bank |
| dft | | Banca Arner SA |
| dft | | Bank Hapoalim Switzerland Ltd. |
| dft | | Bank Julius Baer & Co. Ltd. |
| dft | | Bank Sarasin & Cie |
| dft | | Bank Vontobel AG (successor to Finter Bank Zurich) |
| dft | | Banque Cantonale Vaudoise |
| dft | | Barclay's Bank PLC Singapore Wealth |
| dft | | Beneficial Owners of Accounts Held in the Name of |
| dft | | Caceis Bank Luxembourg |
| dft | | Centrum Bank AG (AMS) |
| dft | | Clariden Leu Ltd. |
| dft | | Compagnie Bancaire Helvetique |
| dft | | Corner Banca SA |

10-03635-jpm    Doc 1113    Filed 07/01/23    Entered 07/02/23 00:11:50    Imaged
Certificate of Notice    Pg 4 of 14

| District/off: 0208-1 | User: admin | Page 3 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

| | |
|---|---|
| dft | Credit Suisse AG |
| dft | Credit Suisse AG Zurich |
| dft | Defendants (as set forth in Appendix A to the Memo |
| dft | Dresdner Bank Schweiz |
| dft | EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland |
| dft | EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG |
| dft | EFG Bank AG and EFG Bank (Monaco) |
| dft | EFG Bank SA Switzerland |
| dft | EFG Bank, EFG Bank (Monaco), EFG Bank (Gibraltar) |
| dft | EFG Eurofinancier D'Invest MCL |
| dft | Edmond de Rothschild (Suisse) SA |
| dft | Endurance Absolute Ltd. Master |
| dft | FIF Advanced Ltd. |
| dft | Fairfield Investment Fund Ltd. |
| dft | Fairfield Investment GCI |
| dft | Fairfield Masters Ltd. |
| pla | Fairfield Sentry Limited ( In Liquidation) |
| pla | Fairfield Sigma Limited (In Liquidation) |
| dft | Falcon Private Bank |
| dft | Fidulex Management Inc. |
| dft | Finter Bank Zuirich |
| dft | Finter Bank Zurich (n/k/a Bank Vontobel AG) |
| dft | Geneva Absolute Return Fund |
| pla | Greig Mitchell, solely in his capacity as Foreign |
| dft | HSBC |
| dft | Harmony Capital Fund Ltd. |
| dft | IHAG Handelsbank AG |
| dft | Ihag Handelsbank AG |
| dft | Incore Bank AG |
| dft | KBC Investments Ltd. |
| dft | Karla Multistrategies Ltd. |
| pla | Kenneth Krys, solely in his capacity as Foreign Re |
| dft | LGT Bank (Switzerland) Ltd. |
| dft | LGT Bank in Liechtenstein AG |
| dft | LGT Bank in Liechtenstein AG |
| dft | Liechtensteinische LB Reinvest AMS |
| dft | Liechtensteinsche Landesbank AG |
| dft | Lloyds TSB Bank Geneva |
| dft | Lombard Odier Darier Hentsch & Cie |
| dft | NBK Banque Privee Suisse SA |
| dft | PKB Privatbank AG |
| dft | PKB Privatebank AG |
| dft | Pictet & Cie |
| dft | Privatbank AG |
| dft | Privatbank IHAG Zurich AG (sued as IHAG Handelsban |
| dft | Private Space Ltd. |
| dft | Quasar Funs SPC |
| dft | RBC Dexia Investor Service Julius Baer Sicav |
| dft | RBC Investor Services Bank, S.A. |
| dft | RBS Coutts Bank Ltd. (n/k/a Coutts & Co. Ltd.) |
| dft | Remand Defendants |
| dft | Richourt AAA Multistrategies |
| dft | Rothschild Bank Geneva (Dublin) |
| dft | Rothschild Lugano Dublin |
| dft | Rothschold Bank AG Zurich (Dublin) |
| dft | SIS Seeganintersettle |
| dft | Six SIS Ltd. |
| dft | Societe Generale Bank & Trust |
| dft | Soundview Fund |
| dft | T1 Global Fund Ltd. |
| dft | UBS AG |
| dft | UBS AG New York |

10-03635-jpm    Doc 1113    Filed 07/01/23    Entered 07/02/23 00:11:50    Imaged
Certificate of Notice    Pg 5 of 14

| District/off: 0208-1 | User: admin | Page 4 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

| | |
|---|---|
| dft | UBS AG Zurich |
| dft | UBS Jersey Nominees |
| dft | Unifortune Conservative Side Pocket |
| dft | Union Bancaire Privee, UBP SA |
| dft | Verwaltungs und Privat-Bank AG Aktiengesellschaft |
| dft | Verwaltungs- und Privat-Bank AG Aktiengesellschaft |
| dft | Vorarlberger Landes UND Hypothekenbank Aktiengesel |
| dft | Vorarlberger Landes Und Hypothekenbank Ankiengesel |
| dft | the Defendants listed on Exhibit A to the HSBC Def |
| 7883190 | DLA PIPER LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104, Attn.: Rachel Ehrlich Albanese, Esq., Jeffrey D. Rotenberg, Esq., Cherelle Glimp, Esq. |
| 5595658 | Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofi |

TOTAL: 100 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Lavine | on behalf of Defendant Banca Unione di Credito adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant BSI AG adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland adam.lavine@kobrekim.com |
| Adam Lavine | on behalf of Defendant BSI Ex Banca Del Gottardo adam.lavine@kobrekim.com |
| Andreas A. Frischknecht | on behalf of Defendant SIS Seeganintersettle andreas.frischknecht@chaffetzlindsey.com  dockets@chaffetzlindsey.com |
| Andreas A. Frischknecht | on behalf of Defendant Six SIS Ltd. andreas.frischknecht@chaffetzlindsey.com  dockets@chaffetzlindsey.com |
| Andrew John Finn | on behalf of Defendant Bank Sarasin & Cie finna@sullcrom.com s&cmanagingclerk@sullcrom.com;andrew-finn-6914@ecf.pacerpro.com |
| Andrew M. Troop | on behalf of Defendant Falcon Private Bank andrew.troop@pillsburylaw.com |
| Andrew M. Troop | on behalf of Defendant Incore Bank AG andrew.troop@pillsburylaw.com |
| Angela K. Herring | on behalf of Defendant Pictet & Cie akherring@wlrk.com  calert@wlrk.com |
| Anthony L. Paccione | on behalf of Defendant RBC Investor Services Bank  S.A. anthony.paccione@katten.com, mark.ciani@kattenlaw.com |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 5 of 13 |
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

Anthony L. Paccione
  on behalf of Defendant RBC Dexia Investor Service Julius Baer Sicav anthony.paccione@katten.com  mark.ciani@kattenlaw.com

Anthony L. Paccione
  on behalf of Defendant BBH LUX Guardian II anthony.paccione@katten.com  mark.ciani@kattenlaw.com

Anthony L. Paccione
  on behalf of Defendant Harmony Capital Fund Ltd. anthony.paccione@katten.com  mark.ciani@kattenlaw.com

Anthony L. Paccione
  on behalf of Defendant RBS Coutts Bank Ltd. (n/k/a Coutts & Co. Ltd.) anthony.paccione@katten.com
  mark.ciani@kattenlaw.com

Anthony L. Paccione
  on behalf of Defendant Lloyds TSB Bank Geneva anthony.paccione@katten.com  mark.ciani@kattenlaw.com

Ari MacKinnon
  on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis amackinnon@cgsh.com  maofiling@cgsh.com

Ari MacKinnon
  on behalf of Defendant BNP Paribas (Suisse) SA amackinnon@cgsh.com  maofiling@cgsh.com

Ari MacKinnon
  on behalf of Defendant BNP Paribas (Suisse) SA Private amackinnon@cgsh.com  maofiling@cgsh.com

Benjamin Loveland
  on behalf of Defendant Bank Vontobel AG (successor to Finter Bank Zurich) benjamin.loveland@wilmerhale.com
  WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Benjamin Loveland
  on behalf of Defendant Banca Arner S.A. n/k/a One Swiss Bank benjamin.loveland@wilmerhale.com
  WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Benjamin Loveland
  on behalf of Defendant PKB Privatbank AG benjamin.loveland@wilmerhale.com
  WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Benjamin Loveland
  on behalf of Defendant Corner Banca SA benjamin.loveland@wilmerhale.com
  WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Benjamin Loveland
  on behalf of Defendant Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG) benjamin.loveland@wilmerhale.com
  WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Bianca Lin
  on behalf of Defendant Compagnie Bancaire Helvetique BLin@abv.com

Bianca Lin
  on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG BLin@abv.com

Bianca Lin
  on behalf of Defendant Societe Generale Bank & Trust BLin@abv.com

Bianca Lin
  on behalf of Defendant Banque Cantonale Vaudoise BLin@abv.com

Bianca Lin
  on behalf of Defendant Rothschild Lugano Dublin BLin@abv.com

Bianca Lin
  on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. BLin@abv.com

Bianca Lin
  on behalf of Defendant BCV AMC Defensive Al Fund BLin@abv.com

Bianca Lin
  on behalf of Defendant Lombard Odier Darier Hentsch & Cie BLin@abv.com

Bianca Lin
  on behalf of Defendant Rothschold Bank AG Zurich (Dublin) BLin@abv.com

Bradley Alexander Cohen
  on behalf of Defendant Societe Generale Bank & Trust bacohen@mayerbrown.com

Carl N Wedoff
  on behalf of Defendant Unifortune Conservative Side Pocket cwedoff@jenner.com
  wwilliams@jenner.com;aallen@jenner.com;tyler-edwards-8024@ecf.pacerpro.com;3665877420@filings.docketbird.com

Charles Collier Platt
  on behalf of Defendant Corner Banca SA Charles.Platt@wilmerhale.com

Charles Collier Platt

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 6 of 13 |
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

    on behalf of Defendant Ihag Handelsbank AG Charles.Platt@wilmerhale.com

Charles Collier Platt

    on behalf of Defendant BSI Ex Banca Del Gottardo Charles.Platt@wilmerhale.com

Charles Collier Platt

    on behalf of Defendant BSI AG Charles.Platt@wilmerhale.com

Charles Collier Platt

    on behalf of Defendant Finter Bank Zuirich Charles.Platt@wilmerhale.com

Charles Collier Platt

    on behalf of Defendant PKB Privatebank AG Charles.Platt@wilmerhale.com

Christopher Allegaert

    on behalf of Defendant Rothschild Lugano Dublin callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Societe Generale Bank & Trust callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant BCV AMC Defensive Al Fund callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Compagnie Bancaire Helvetique callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Rothschold Bank AG Zurich (Dublin) callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Lombard Odier Darier Hentsch & Cie callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Banque Cantonale Vaudoise callegaert@abv.com

Christopher Allegaert

    on behalf of Defendant Rothschild Bank Geneva (Dublin) callegaert@abv.com

Christopher Harris

    on behalf of Interested Party ABN AMRO Fund Services (Isle of Man) Nominees Limited f/k/a Fortis (Isle Of Man) Nominees Limited christopher.harris@lw.com,
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

    on behalf of Defendant Union Bancaire Privee UBP SA christopher.harris@lw.com,
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

    on behalf of Interested Party ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. christopher.harris@lw.com
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

    on behalf of Interested Party ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. christopher.harris@lw.com
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

    on behalf of Interested Party ABN AMRO Global Custody christopher.harris@lw.com
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

    on behalf of Defendant ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG christopher.harris@lw.com
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher Harris

    on behalf of Interested Party ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. christopher.harris@lw.com
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Christopher J. Houpt

    on behalf of Defendant Societe Generale Bank & Trust choupt@mayerbrown.com
    nycdocket@mayerbrown.com,6528061420@filings.docketbird.com

Christopher R. Donoho, III

    on behalf of Defendant Barclay's Bank PLC Singapore Wealth chris.donoho@hoganlovells.com
    tracy.southwell@hoganlovells.com

10-03635-jpm    Doc 1113    Filed 07/01/23    Entered 07/02/23 00:11:50    Imaged
Certificate of Notice    Pg 8 of 14

| District/off: 0208-1 | User: admin | Page 7 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

| | |
|---|---|
| Daniel Shamah | on behalf of Defendant Credit Suisse AG Zurich dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Shamah | on behalf of Defendant Credit Suisse AG dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Shamah | on behalf of Defendant Clariden Leu Ltd. dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| David A. Shaiman | on behalf of Defendant Rothschild Lugano Dublin dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Compagnie Bancaire Helvetique dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant BCV AMC Defensive Al Fund dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Banque Cantonale Vaudoise dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Edmond de Rothschild (Suisse) SA dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Rothschild Bank Geneva (Dublin) dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Sella Bank AG dshaiman@abv.com |
| David A. Shaiman | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. dshaiman@abv.com |
| Dong Ni Xu | on behalf of Defendant BSI AG donna.xu@kobrekim.com |
| Dong Ni Xu | on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL donna.xu@kobrekim.com |
| Dong Ni Xu | on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland donna.xu@kobrekim.com |
| Dong Ni Xu | on behalf of Defendant Banca Unione di Credito donna.xu@kobrekim.com |
| Dong Ni Xu | on behalf of Defendant BSI Ex Banca Del Gottardo donna.xu@kobrekim.com |
| Dorothy Heyl | on behalf of Defendant Dresdner Bank Schweiz dheyl@milbank.com |
| Elizabeth Vicens | on behalf of Defendant Caceis Bank Luxembourg evicens@cgsh.com maofiling@cgsh.com;rrubin@cgsh.com |
| Elizabeth A O'Connor | on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant Rothschold Bank AG Zurich (Dublin) eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant Rothschild Bank Geneva (Dublin) eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant Societe Generale Bank & Trust eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant Rothschild Lugano Dublin eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant BCV AMC Defensive Al Fund eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant Banque Cantonale Vaudoise eoconnor@fzwz.com |
| Elizabeth A O'Connor | on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. eoconnor@fzwz.com |
| Emil A. Kleinhaus | on behalf of Defendant Pictet & Cie eakleinhaus@wlrk.com calert@wlrk.com |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 8 of 13 |
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

Eric Fishman
    on behalf of Defendant Incore Bank AG nydocket@pillsburylaw.com

Eric Fishman
    on behalf of Defendant Falcon Private Bank nydocket@pillsburylaw.com

Eric B. Halper
    on behalf of Defendant Bank Julius Baer & Co. Ltd. ehalper@mckoolsmith.com

Erin E Valentine
    on behalf of Defendant Six SIS Ltd. erin.valentine@chaffetzlindsey.com dockets@chaffetzlindsey.com

Erin E Valentine
    on behalf of Defendant SIS Seeganintersettle erin.valentine@chaffetzlindsey.com dockets@chaffetzlindsey.com

Evan A. Davis
    on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis edavis@cgsh.com maofiling@cgsh.com

Evan A. Davis
    on behalf of Defendant BNP Paribas (Suisse) SA edavis@cgsh.com maofiling@cgsh.com

Evan A. Davis
    on behalf of Defendant BNP Paribas (Suisse) SA Private edavis@cgsh.com maofiling@cgsh.com

Fletcher W. Strong
    on behalf of Defendant FIF Advanced Ltd. fstrong@wmd-law.com

Fletcher W. Strong
    on behalf of Defendant Fairfield Investment GCI fstrong@wmd-law.com

Fletcher W. Strong
    on behalf of Defendant Fairfield Investment Fund Ltd. fstrong@wmd-law.com

Frederick R. Kessler
    on behalf of Defendant Fairfield Investment Fund Ltd. fkessler@wmd-law.com

Frederick R. Kessler
    on behalf of Defendant Fairfield Investment GCI fkessler@wmd-law.com

Frederick R. Kessler
    on behalf of Defendant FIF Advanced Ltd. fkessler@wmd-law.com

Gabriel Herrmann
    on behalf of Defendant UBS AG gherrmann@gibsondunn.com mao@gibsondunn.com

Gabriel Herrmann
    on behalf of Defendant UBS Jersey Nominees gherrmann@gibsondunn.com mao@gibsondunn.com

George W. Shuster, Jr.
    on behalf of Defendant Ihag Handelsbank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant IHAG Handelsbank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Corner Banca SA george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG) george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant PKB Privatebank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant PKB Privatbank AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant BSI Ex Banca Del Gottardo george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant BSI AG george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Banca Arner S.A. n/k/a One Swiss Bank george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 9 of 13 |
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

George W. Shuster, Jr.
    on behalf of Defendant Bank Vontobel AG (successor to Finter Bank Zurich) george.shuster@wilmerhale.com WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Finter Bank Zurich (n/k/a Bank Vontobel AG) george.shuster@wilmerhale.com WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
    on behalf of Defendant Finter Bank Zuirich george.shuster@wilmerhale.com WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gregory F. Hauser
    on behalf of Defendant Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant Liechtensteinische LB Reinvest AMS gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant Centrum Bank AG (AMS) gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant Dresdner Bank Schweiz gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant LGT Bank in Liechtenstein AG gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant LGT Bank (Switzerland) Ltd. gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant Liechtensteinsche Landesbank AG gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Gregory F. Hauser
    on behalf of Defendant Verwaltungs- und Privat-Bank AG Aktiengesellschaft gregory.hauser@wg-law.com betsy.ramirez@wg-law.com

Heather Lamberg
    on behalf of Defendant BBVA (Suisse) SA hlamberg@winston.com hlamberg@winston.com

Herbert M. Wachtell
    on behalf of Defendant Fidulex Management Inc. hmwachtell@wlrk.com calert@wlrk.com

Jascha D. Preuss
    on behalf of Defendant Liechtensteinische LB Reinvest AMS jascha.preuss@wg-law.com 10.03496filings@gmail.com

Jascha D. Preuss
    on behalf of Defendant Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS) jascha.preuss@wg-law.com 10.03496filings@gmail.com

Jascha D. Preuss
    on behalf of Defendant Dresdner Bank Schweiz jascha.preuss@wg-law.com 10.03496filings@gmail.com

Jascha D. Preuss
    on behalf of Defendant Centrum Bank AG (AMS) jascha.preuss@wg-law.com 10.03496filings@gmail.com

Jeff E. Butler
    on behalf of Defendant Dexia Banque International a Luxembourg jeff.butler@cliffordchance.com MCO@cliffordchance.com;meredith.george@cliffordchance.com

Jeffrey T. Scott
    on behalf of Defendant Bank Sarasin & Cie scottj@sullcrom.com s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com

John F. Zulack
    on behalf of Defendant Rothschold Bank AG Zurich (Dublin) jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant BCV AMC Defensive Al Fund jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Sella Bank AG jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Edmond de Rothschild (Suisse) SA jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Compagnie Bancaire Helvetique jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. jzulack@abv.com 3521838420@filings.docketbird.com

10-03635-jpm    Doc 1113    Filed 07/01/23    Entered 07/02/23 00:11:50    Imaged
Certificate of Notice    Pg 11 of 14

| District/off: 0208-1 | User: admin | Page 10 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

John F. Zulack
    on behalf of Defendant Societe Generale Bank & Trust jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Rothschild Bank Geneva (Dublin) jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Banque Cantonale Vaudoise jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Rothschild Lugano Dublin jzulack@abv.com 3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG jzulack@abv.com
    3521838420@filings.docketbird.com

John F. Zulack
    on behalf of Defendant Lombard Odier Darier Hentsch & Cie jzulack@abv.com 3521838420@filings.docketbird.com

John S. Craig
    on behalf of Defendant Sella Bank AG jcraig@abv.com

John S. Craig
    on behalf of Defendant Edmond de Rothschild (Suisse) SA jcraig@abv.com

John S. Craig
    on behalf of Defendant Rothschild Lugano Dublin jcraig@abv.com

John S. Craig
    on behalf of Defendant BCV AMC Defensive Al Fund jcraig@abv.com

John S. Craig
    on behalf of Defendant Compagnie Bancaire Helvetique jcraig@abv.com

John S. Craig
    on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG jcraig@abv.com

John S. Craig
    on behalf of Defendant Banque Cantonale Vaudoise jcraig@abv.com

John S. Craig
    on behalf of Defendant Rothschild Bank Geneva (Dublin) jcraig@abv.com

John S. Craig
    on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. jcraig@abv.com

Jonathan D. Cogan
    on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket jonathan.cogan@kobrekim.com

Justin Kattan
    on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland and EFG Bank (Monaco) f/k/a EFG Eurofinancier
    DInvest MCL. justin.kattan@dentons.com docket.general.lit.nyc@dentons.com

Justin Kattan
    on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL justin.kattan@dentons.com
    docket.general.lit.nyc@dentons.com

Justin Kattan
    on behalf of Defendant EFG Bank SA Switzerland justin.kattan@dentons.com docket.general.lit.nyc@dentons.com

Justin Kattan
    on behalf of Defendant EFG Eurofinancier D'Invest MCL justin.kattan@dentons.com docket.general.lit.nyc@dentons.com

Justin Kattan
    on behalf of Defendant EFG Bank AG a/k/a EFG Bank SA Switzerland justin.kattan@dentons.com
    docket.general.lit.nyc@dentons.com

Justin Kattan
    on behalf of Defendant EFG Bank AG and EFG Bank (Monaco) justin.kattan@dentons.com docket.general.lit.nyc@dentons.com

Kayla Nicole Haran
    on behalf of Defendant Credit Suisse AG Zurich kharan@omm.com kayla-haran-3673@ecf.pacerpro.com

Kayla Nicole Haran
    on behalf of Defendant Clariden Leu Ltd. kharan@omm.com kayla-haran-3673@ecf.pacerpro.com

Kevin C. Kelly
    on behalf of Defendant Lombard Odier Darier Hentsch & Cie kkelly@mayerbrown.com
    nycdocket@mayerbrown.com;7103620420@filings.docketbird.com

Kimberly Perrotta Cole
    on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket kimberly.cole@kobrekim.com

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 11 of 13 |
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

Lauren Lifland
on behalf of Interested Party Bank Vontobel AG (successor to Finter Bank Zurich) Corner Banca SA, PKB Privatbank AG, Privatbank IHAG Zurich AG (incorrectly sued as IHAG Handelsbank AG) lauren.lifland@wilmerhale.com, WHDocketing@wilmerhale.com;Thomas.Davis@wilmerhale.com

Lauren J. Pincus
on behalf of Defendant Rothschold Bank AG Zurich (Dublin) lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Rothschild Bank Geneva (Dublin) lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Societe Generale Bank & Trust lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Rothschild Lugano Dublin lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant BCV AMC Defensive Al Fund lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Banque Cantonale Vaudoise lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Compagnie Bancaire Helvetique lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Lombard Odier Darier Hentsch & Cie lpincus@abv.com 3521838420@filings.docketbird.com

Lauren J. Pincus
on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. lpincus@abv.com 3521838420@filings.docketbird.com

Lawrence B. Friedman
on behalf of Defendant Caceis Bank Luxembourg lfriedman@cgsh.com maofiling@cgsh.com

Lidia Helena Souza Rezende
on behalf of Defendant SIS Seeganintersettle l.rezende@chaffetzlindsey.com

Lidia Helena Souza Rezende
on behalf of Defendant Six SIS Ltd. l.rezende@chaffetzlindsey.com

Lisa M. Schweitzer
on behalf of Defendant BNP Paribas (Suisse) SA Private lschweitzer@cgsh.com maofiling@cgsh.com

Lisa M. Schweitzer
on behalf of Defendant BNP Paribas (Suisse) SA lschweitzer@cgsh.com maofiling@cgsh.com

Lisa M. Schweitzer
on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis lschweitzer@cgsh.com maofiling@cgsh.com

Marc Cohen
on behalf of Defendant Lombard Odier Darier Hentsch & Cie mcohen@mayerbrown.com

Mark Makar
on behalf of Defendant Bank Sarasin & Cie makarm@sullcrom.com

Mark G. Hanchet
on behalf of Defendant Lombard Odier Darier Hentsch & Cie mhanchet@mayerbrown.com nycdocket@mayerbrown.com,3573482420@filings.docketbird.com

Mark T Ciani
on behalf of Defendant Harmony Capital Fund Ltd. mark.ciani@katten.com

Mark T Ciani
on behalf of Defendant RBS Coutts Bank Ltd. (n/k/a Coutts & Co. Ltd.) mark.ciani@katten.com

Mark T Ciani
on behalf of Defendant RBC Investor Services Bank S.A. mark.ciani@katten.com

Mark T Ciani
on behalf of Defendant Lloyds TSB Bank Geneva mark.ciani@katten.com

Mark T Ciani
on behalf of Defendant RBC Dexia Investor Service Julius Baer Sicav mark.ciani@katten.com

Marshall R. King
on behalf of Defendant UBS AG Zurich mking@gibsondunn.com JInglese@gibsondunn.com

10-03635-jpm    Doc 1113    Filed 07/01/23    Entered 07/02/23 00:11:50    Imaged
Certificate of Notice    Pg 13 of 14

| District/off: 0208-1 | User: admin | Page 12 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

Marshall R. King
 on behalf of Defendant UBS AG New York mking@gibsondunn.com  JInglese@gibsondunn.com

Marshall R. King
 on behalf of Defendant UBS AG mking@gibsondunn.com  JInglese@gibsondunn.com

Marshall R. King
 on behalf of Defendant UBS Jersey Nominees mking@gibsondunn.com  JInglese@gibsondunn.com

Maxwell Dillan
 on behalf of Defendant FIF Advanced Ltd. mdillan@wmd-law.com

Maxwell Dillan
 on behalf of Defendant Fairfield Investment Fund Ltd. mdillan@wmd-law.com

Maxwell Dillan
 on behalf of Defendant Fairfield Investment GCI mdillan@wmd-law.com

Megan P. Davis
 on behalf of Defendant Rothschild Bank Geneva (Dublin) mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Rothschild Lugano Dublin mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Banque Cantonale Vaudoise mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Rothschold Bank AG Zurich (Dublin) mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Compagnie Bancaire Helvetique mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Societe Generale Bank & Trust mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Lombard Odier Darier Hentsch & Cie mdavis@fzwz.com

Megan P. Davis
 on behalf of Defendant Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG mdavis@fzwz.com

Nicholas Alexander Ickovic
 on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket nicholasickovic@kobrekim.com

Nowell Bamberger
 on behalf of Defendant HSBC nbamberger@cgsh.com  dc-managingclerk@cgsh.com,maofiling@cgsh.com

Polina Bensman
 on behalf of Defendant Caceis Bank Luxembourg lbensman@cgsh.com  maofiling@cgsh.com

Rachel Ehrlich Albanese
 on behalf of Defendant Banca Arner SA rachel.albanese@dlapiper.com  rachel-albanese-9956@ecf.pacerpro.com

Reid Ashinoff
 on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL reid.ashinoff@dentons.com
 docket.general.lit.nyc@dentons.com

Richard A. Cirillo
 on behalf of Defendant NBK Banque Privee Suisse SA racirilloesq@gmail.com
 racirilloesq@gmail.com,jcmccullough@kslaw.com

Richard A. Cirillo
 on behalf of Defendant National Bank of Kuwait racirilloesq@gmail.com  racirilloesq@gmail.com,jcmccullough@kslaw.com

Richard B. Levin
 on behalf of Unknown Banco Santander (Suisse) SA rlevin@jenner.com

Richard B. Levin
 on behalf of Defendant Unifortune Conservative Side Pocket rlevin@jenner.com

Samuel Cavior
 on behalf of Defendant Falcon Private Bank samuel.cavior@pillsburylaw.com

Samuel Cavior
 on behalf of Defendant Incore Bank AG samuel.cavior@pillsburylaw.com

Sara Gribbon
 on behalf of Defendant Allianzbank SPA/Unifortune Conservative Side Pocket sara.gribbon@kobrekim.com

| District/off: 0208-1 | User: admin | Page 13 of 13 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 144 | Total Noticed: 48 |

Scott S Balber
  on behalf of Defendant Bank Hapoalim Switzerland Ltd. scott.balber@hsf.com  stephanie.morano@hsf.com

Sean G. Arthurs
  on behalf of Defendant BBVA (Suisse) SA sean.arthurs@shearman.com

Stephen M. Harnik
  on behalf of Defendant Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft stephen@harnik.com

Stephen M. Harnik
  on behalf of Defendant Vorarlberger Landes Und Hypothekenbank Ankiengesellscharft and Beneficial Owners of the Accounts held in the name of CGC (NA) 1-1000 stephen@harnik.com

Steven Wolowitz
  on behalf of Defendant Societe Generale Bank & Trust swolowitz@mayerbrown.com nycdocket@mayerbrown.com;6887654420@filings.docketbird.com

Tania G. Cohen
  on behalf of Defendant SIS Seeganintersettle dockets@chaffetzlindsey.com

Thomas Carter White
  on behalf of Defendant EFG Bank (Monaco) f/k/a EFG Eurofinancier DInvest MCL carter.white@dentons.com docket.general.lit.nyc@dentons.com

Thomas Carter White
  on behalf of Defendant EFG Bank  EFG Bank (Monaco), EFG Bank (Gibraltar) Ltd., European Financial Group EFG SA, and European Financial Group EFG (Luxembourg) S.A.. carter.white@dentons.com, docket.general.lit.nyc@dentons.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Fund Services Bank (Cayman) Ltd. f/k/a Fortis Bank Cayman Ltd. thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Bank N.V. f/k/a Fortis Bank (Nederland) N.V. thomas.giblin@lw.com thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Global Custody thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Global Custody Services N.V. f/k/a Fortis Global Custody Services N.V. thomas.giblin@lw.com  thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Interested Party ABN AMRO Fund Services (Isle of Man) Nominees Limited  f/k/a Fortis (Isle Of Man) Nominees Limited thomas.giblin@lw.com, thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Giblin
  on behalf of Defendant ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG thomas.giblin@lw.com thomas-giblin-4784@ecf.pacerpro.com

Thomas J. Moloney
  on behalf of Defendant HSBC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas S. Kessler
  on behalf of Defendant BNP Paribas (Suisse) SA Private tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler
  on behalf of Defendant BNP Paribas (Suisse) SA tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler
  on behalf of Defendant BNP Paribas (Suisse) SA Ex Fortis tkessler@cgsh.com  maofiling@cgsh.com

William A Maher
  on behalf of Defendant Fairfield Investment Fund Ltd. wmaher@wmd-law.com

William A Maher
  on behalf of Defendant Fairfield Investment GCI wmaher@wmd-law.com

William A Maher
  on behalf of Defendant FIF Advanced Ltd. wmaher@wmd-law.com

William J. Sushon
  on behalf of Defendant Credit Suisse AG Zurich wsushon@omm.com

William J. Sushon
  on behalf of Defendant Clariden Leu Ltd. wsushon@omm.com

William J. Sushon
  on behalf of Defendant Credit Suisse AG wsushon@omm.com


TOTAL: 242