**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**FAIRFIELD SENTRY LIMITED, et al.,**<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164<br>(CGM)<br><br>Jointly Administered |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al.,**<br><br>    Plaintiffs,<br>-against-<br><br>**ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,**<br><br>    Defendants. | Adv. Pro. No. 10-03635<br>(CGM) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss, with prejudice and without costs, those claims asserted in *Fairfield Sentry Limited (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (the "Adversary Proceeding") against (1) National Bank of Kuwait ("NBKK") and (2) NBK Banque Privee Suisse SA ("NBKS"). For the avoidance of doubt, the Adversary Proceeding involves multiple defendants other than NBKK and NBKS, and this notice of dismissal dismisses claims against NBKK and NBKS, and only NBKK and NBKS, in their entirety. This notice of dismissal does not affect or dismiss any claims made in the Adversary Proceeding against any defendants other than NBKK or NBKS or claims against NBKK or NBKS in any other action.

*[Remainder of Page is Left Blank Intentionally]*

Dated: New York, New York
July 6, 2023

By: */s/ David J. Molton*

David J. Molton
Marek P. Krzyzowski
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs*