UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITIBANK NA LONDON, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03622 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BGL BNP PARIBAS S.A., et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03626 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03627 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al., <br><br>    Defendants. | Adv. Pro. No. 10-03630 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>HSBC PRIVATE BANK (SUISSE) SA, et al., <br><br>    Defendants. | Adv. Pro. No. 10-03633 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>ZURICH CAPITAL MARKETS CO., et al., <br><br>    Defendants. | Adv. Pro. No. 10-03634 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>ABN AMRO SCHWEIZ AG, et al., <br><br>    Defendants. | Adv. Pro. No. 10-03635 (CGM) |

2

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UBS AG NEW YORK, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-03780 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BNP PARIBAS ARBITRAGE SNC, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04098 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BNP PARIBAS PRIVATE BANK & TRUST CAYMAN LTD., et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04099 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UBS EUROPE SE LUXEMBOURG BRANCH, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 11-01250 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MERRILL LYNCH INTERNATIONAL, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 11-01463 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 11-01579 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FORTIS BANK, SA/NV, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 11-01617 (CGM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS LTD., et al., <br><br> Defendants. | Adv. Pro. No. 11-02770 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS ESPANA, et al., <br><br> Defendants. | Adv. Pro. No. 12-01551 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITCO GLOBAL CUSTODY NV, et al., <br><br> Defendants. | Adv. Pro. No. 19-01122 (CGM) |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §1109(b) and Fed. R. Bankr. P. 9010(b), the Foreign Representatives hereby appear and request that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given to and served upon:

Jeffrey L. Jonas <br>
BROWN RUDNICK LLP <br>
Seven Times Square <br>
New York, NY 10036

Telephone: (212) 209-4800
Email: jjonas@brownrudnick.com

This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise that re-late to the above- captioned case.

PLEASE TAKE FURTHER NOTICE that this notice shall not waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter to which the Foreign Representatives are or may be entitled. All rights, claims, actions, defenses, setoffs, and recoupments of the Foreign Representatives are expressly reserved.

PLEASE TAKE FURTHER NOTICE that demand is also hereby made that the name and address set forth above be added to the Master Service List in these cases.

I hereby certify that I am admitted to practice before this Court.

Dated: July 17, 2023
      New York, New York

                                        */s/ Jeffrey L. Jonas*

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Jeffrey L. Jonas
D. Cameron Moxley
*Seven Times* Square
New York, NY 10036
T: (212) 209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com
jjonas@brownrudnick.com
jjonas@brownrudnick.com
*Attorneys for Plaintiffs Foreign Representatives*