UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>                Debtor in Foreign Proceedings.<br><br><br><br>FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>                Plaintiffs,<br><br>                v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>                Defendants. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered<br><br><br><br>Adv. Pro. No. 10-03635 (JPM)<br><br>Adv. Pro. No. 10-03636 (JPM) |

**STIPULATION AND AGREED ORDER EXTENDING BRIEFING DEADLINE
FOR SIX SIS LTD. AND SIX SIS LTD. F/K/A SIS SEGAINTERSETTLE AG**

**WHEREAS**, SIX SIS Ltd. and SIX SIS Ltd. f/k/a SIS SegaInterSettle AG (named in the complaint as SIS Seeganintersettle) are named as defendants in Adversary Proceedings No. 10-03635 (JPM) and 10-03636 (JPM) (the "Actions");

**WHEREAS**, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

**WHEREAS**, the parties stipulated to the Third Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on March 30, 2022, at Adv. Pro. No. 10-03636, ECF No. 1112 ("Third Amended Scheduling Order");

1

**WHEREAS**, the Third Amended Scheduling Order extended the Liquidators' deadline to file briefs in opposition to certain defendants' PJ Motions to May 12, 2023, which extension was to review further jurisdictional discovery to oppose those defendants' PJ Motions and negotiate a potential settlement;

**WHEREAS**, pursuant to the Third Amended Scheduling Order, the deadline for SIX SIS Ltd. and SIX SIS Ltd. f/k/a SIS SegaInterSettle AG to file their reply in support of their PJ Motions is August 2, 2023 ("PJ Reply Deadline");

**WHEREAS**, SIX SIS Ltd. and SIX SIS Ltd. f/k/a SIS SegaInterSettle AG have requested, and the Plaintiffs have agreed to, a two-week extension on the PJ Reply Deadline;

**IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that:

1. The PJ Reply Deadline for SIX SIS Ltd. and SIX SIS Ltd. f/k/a SIS SegaInterSettle AG is extended until August 16, 2023;

2. The other dates and deadlines set forth in the scheduling orders are unchanged.

CONSENTED AND AGREED TO:

/s/ Andreas A. Frischknecht
Andreas A. Frischknecht
Erin E. Valentine
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
212-257-6960 (phone)
212-257-6950 (fax)
e.valentine@chaffetzlindsey.com
a.frischknecht@chaffetzlindsey.com

*Attorneys for Defendants SIX SIS Ltd. and*
*SIX SIS Ltd. f/k/a SIS SegaInterSettle AG,*
*and named in the Complaint as*
*SIS Seeganintersettle*

/s/ David J. Molton
David J. Molton
Marek P. Krzyzowski
Kyle P. Dorso
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
212-209-4800 (phone)
212-209-4801 (fax)
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com
kdorso@brownrudnick.com

*Counsel for Plaintiffs*