**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LTD., et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), at al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03635 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), at al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03636 (JPM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, the Reply Memorandum in Support of Motion to Dismiss of Defendant Dexia Banque Internationale à Luxembourg SA, now known as Banque Internationale à Luxembourg SA ("BIL" or "Defendant") was served by filing it with the Court's electronic filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: July 31, 2023
       New York, New York

Respectfully Submitted,

CLIFFORD CHANCE US LLP

By:   s/ Jeff E. Butler

Jeff E. Butler
Meredith George
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-805
jeff.butler@cliffordchance.com
meredith.george@cliffordchance.com

*Attorneys for Banque Internationale à Luxembourg SA, formerly known as Dexia Banque Internationale à Luxembourg SA*

To: All Counsel of Record

2