UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>           Debtor in Foreign Proceedings.<br><br>FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>           Defendants. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered<br><br>Adv. Pro. No. 10-03635 (JPM)<br><br>Adv. Pro. No. 10-03636 (JPM) |

### STIPULATION AND AGREED ORDER EXTENDING
### BRIEFING DEADLINE FOR BANK JULIUS BAER & CO. LTD

**WHEREAS**, Bank Julius Baer & Co. Ltd. is named as a defendant in Adversary Proceedings No. 10-03635 (JPM) and 10-03636 (JPM) (the "Actions");

**WHEREAS**, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

**WHEREAS**, the parties stipulated to the Third Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on March 30, 2023, at Adv. Pro. No. 10-03635, ECF No. 1019; Adv. Pro. No. 10-03636, ECF No. 1112 ("Third Amended Scheduling Order");

1

**WHEREAS**, the Third Amended Scheduling Order extended the Liquidators' deadline to file briefs in opposition to certain defendants' PJ Motions to May 12, 2023;

**WHEREAS**, pursuant to the Third Amended Scheduling Order, the deadline for Bank Julius Baer & Co. Ltd. to file its reply in support of their PJ Motions is August 10, 2023 ("PJ Reply Deadline");

**WHEREAS**, Bank Julius Baer & Co. Ltd. has requested, and the Plaintiffs have agreed to, a two-week extension on the PJ Reply Deadline;

**IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that:

1. The PJ Reply Deadline for Bank Julius Baer & Co. Ltd. is extended until August 24, 2023;

2. The other dates and deadlines set forth in the scheduling orders are unchanged.

CONSENTED AND AGREED TO:

/s/ Eric B. Halper
Eric B. Halper
Hal Shimkoski
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue
50th Floor
New York, NY 10001
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com
hshimkoski@mckoolsmith.com

*Attorneys for Defendant*
*Bank Julius Baer & Co. Ltd.*

/s/ David J. Molton
David J. Molton
Marek P. Krzyzowski
Kyle P. Dorso
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
212-209-4800 (phone)
212-209-4801 (fax)
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com
kdorso@brownrudnick.com

*Counsel for Plaintiffs*