UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>              Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>              Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG et al.,<br><br>              Defendants. | Adv. Pro. No. 10-03636 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>              Defendants. | Adv. Pro. No. 10-03636 (CGM) |

1

## DECLARATION OF ERIN E. VALENTINE IN SUPPORT OF SIX SIS LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS

I, ERIN E. VALENTINE, hereby declare under penalty of perjury as follows:

1) I am a member of the bar of this Court and Counsel at Chaffetz Lindsey LLP, attorneys for Defendant SIX SIS Ltd. ("Defendant"). I respectfully submit this Declaration in support of SIX SIS Ltd.'s Reply in Support of Motion to Dismiss.

2) Attached hereto as Exhibit A is a true and correct copy of the opinion by the UK Privy Council in *Fairfield Sentry Ltd. v. Migani*, [2014] UKPC 9, available at https://www.jcpc.uk/cases/docs/jcpc-2012-0061-judgment.pdf (last visited August 16, 2023).

3) Attached hereto as Exhibit B is a true and correct copy of the Declaration of Stephan Hänseler in Support of Defendant's Motion to Dismiss the Amended Complaint, filed by Defendant SIX SIS AG in *Picard v. SIX SIS AG*, Adv. Pro. No. 12-01195 (CGM) (ECF No. 124).

4) Attached hereto as Exhibit C is a true and correct copy of the Swiss Financial Markets Infrastructure Act ("FMIA"), available at https://www.fedlex.admin.ch/eli/cc/2015/853/en (last visited August 16, 2023), translated thereof.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2023
New York, New York

                                                                                      /s/ Erin E. Valentine
                                                                                        Erin E. Valentine