UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (JPM) |

1

**DECLARATION OF ███████████ IN SUPPORT OF SIX SIS LTD'S
REPLY IN SUPPORT OF MOTION TO DISMISS**

I, ███████████ declare pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the following is true and correct:

1) I am ███████████ at SIX SIS Ltd. ("SIX SIS"). I state the following facts in support of SIX SIS's motion to dismiss based on either (i) my personal knowledge as informed by a review of SIX SIS's corporate records and/or (ii) discussions with SIX SIS personnel.

2) I have reviewed Exhibits 7 and 9 submitted by the Liquidators' in their opposition to SIX SIS's motion to dismiss. I have confirmed, to the best of my ability, that the individuals included in those emails ███████████ were not employees or representatives of SIX SIS.

3) Further, the emails appear to copy an email address associated with ███████████ I have confirmed, to the best of my ability, that there was no email group for ███████████ affiliated with SIX SIS.

4) Additionally, I understand that Exhibits 7 and 9 were produced by a third party, not SIX SIS. Because the individuals included in the email communications within those exhibits were not employees or representatives of SIX SIS, I have no reason to believe those email communications would have been received by SIX SIS or within its possession.

Dated: August 16, 2023

2