UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03636 (JPM) |

1438829.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, the Reply in Support of Defendant SIX SIS Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction was filed electronically in redacted form. Notice of this filing has been sent through the Court's Electronic Case Filing System. The Reply in Support of Defendant SIX SIS Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction was served on counsel for Plaintiffs in unredacted form by email.

Dated: New York, New York
August 16, 2023

**CHAFFETZ LINDSEY LLP**

/s/ Andreas A. Frischknecht
Andreas A. Frischknecht
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
212-257-6960 (phone)
212-257-6950 (fax)
a.frischknecht@chaffetzlindsey.com

*Attorneys for Defendant SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as both SIX SIS Ltd. and SIS Seeganintersettle*