UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>          Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03635 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-03636 (JPM) |

## **CORPORATE OWNERSHIP STATEMENT OF SIX SIS LTD.**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, undersigned counsel for SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as both SIX SIS Ltd. and SIS Seeganintersettle, certifies that SIX SIS Ltd. is a wholly owned subsidiary of SIX Securities Services AG, and that UBS AG indirectly owns 10% or more of SIX SIS Ltd.'s stock.

Dated: New York, New York
       August 16, 2023

**CHAFFETZ LINDSEY LLP**

/s/ Andreas A. Frischknecht
Andreas A. Frischknecht
Erin E. Valentine
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
212-257-6960 (phone)
212-257-6950 (fax)
e.valentine@chaffetzlindsey.com
a.frischknecht@chaffetzlindsey.com

*Attorneys for Defendant SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as both SIX SIS Ltd. and SIS Seeganintersettle*

2