**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (JPM) |
|     Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | Adv. Pro. No. 10-03496 (JPM) |
|                     Plaintiff | Administratively Consolidated |
| -against- | |
| Theodoor GGC Amsterdam, et al. | |
|                     Defendants. | |
| This Memorandum of Law is related to the Following Adversary Proceeding: | |
| 10-03635<br>10-03636 | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, the Reply in Support of Defendant Bank Julius Baer & Co. Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction was served in redacted form by filing it with the Court's Electronic-Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery. An unredacted version was served via email on Chambers and plaintiffs' counsel.

Dated: August 24, 2023
New York, New York

        MCKOOL SMITH, P.C.

        By */s/ Eric B. Halper*
        Eric B. Halper

        MCKOOL SMITH, P.C.
        One Manhattan West
        395 9th Avenue
        50th Floor
        New York, New York 10001
        T: (212) 402-9400
        F: (212) 402-9444
        ehalper@mckoolsmith.com

        *Attorneys for Defendant*
        *Bank Julius Baer & Co. Ltd.*