**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | Case No. 10-13164 (JPM) |
|     Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation) et al., | Adv. Pro. No. 10-03496 (JPM) |
|                       Plaintiff | Administratively Consolidated |
| -against- | |
| Theodoor GGC Amsterdam, et al. | |
|                       Defendants. | |
| Fairfield Sentry Limited (In Liquidation), et al., | |
|                       Plaintiff | Adv. Pro No. 10-03636<br>Adv. Pro. No. 10-03635 |
| -against- | |
| ABN Amro Schweiz AG, et al., | |
|                       Defendants. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears in the above-captioned case on behalf of SIX SIS Ltd., formerly known as SIS SegaInterSettle AG and named in the complaint as SIS SEEGANINTERSETTLE, and requests that, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

> Alexander D. Walsdorf, Esq.
> CHAFFETZ LINDSEY LLP
> 1700 Broadway, 33rd Floor
> New York, New York 10019
> Tel. (212) 257-6960
> Fax (212) 257-6950
> E-mail: a.walsdorf@chaffetzlindsey.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not and shall not be construed as a waiver of any of SIX SIS Ltd.'s jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated:    New York, New York
　　　　　September 15, 2023

                                    Respectfully Submitted,

                                    */s/ Alexander D. Walsdorf*
                                    Alexander D. Walsdorf

                                    CHAFFETZ LINDSEY LLP
                                    1700 Broadway, 33rd Floor
                                    New York, NY 10019
                                    Tel. (212) 257-6960
                                    Fax (212) 257-6950
                                    www.chaffetzlindsey.com

                                    *Attorneys for SIX SIS Ltd*