UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BGL BNP PARIBAS SA, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03626 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03627 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03630 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03635 (JPM) |

| | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS ARBITRAGE SNC, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04098 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS PRIVATE BANK AND TRUST CAYMAN LTD., et al.,<br><br>Defendants. | Adv. Pro. No. 10-04099 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs, | Adv. Pro. No. 11-01579 (JPM) |

2

| | |
|---|---|
| v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>Defendants. | |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTIS BANK, SA/NV, et al.,<br><br>Defendants. | Adv. Pro. No. 11-01617 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITCO GLOBAL CUSTODY NV, et al.,<br><br>Defendants. | Adv. Pro. No. 19-01122 (JPM) |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is schedule to be conducted remotely on **November 6, 2023, at 10:00 a.m**. (ET) via Zoom for Government, in accordance with General Order M-543 dated March 20, 2020. Those wishing to participate in the conference must make an electronic appearance through the "eCourtAppearances" tab on the Court's website no later than 4:00 p.m. (ET) the business day before the conference (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the conference to those parties who have made an electronic appearance. Parties wishing to appear at the conference must submit an electronic appearance through the Court's website

3

(https://www.nysb.uscourts.gov/ecourt-appearances) by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

PLEASE TAKE FURTHER NOTICE that attached, as Exhibit 1, is list of all defendants with outstanding motions to dismiss for lack of personal jurisdiction filed in the above captioned actions for which no oral argument has been scheduled. This exhibit also identifies the status of briefing for each of these defendants.

Dated: October 26, 2023
　　　　New York, New York

/s/ David J. Molton

**BROWN RUDNICK LLP**

David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrud-
nick.com

*Attorneys for Plaintiffs Foreign Representatives*