# Exhibit 1

**List of Defendants with Completed Briefing**

| Adversary Proceeding(s) | Defendant(s) | Restrictions on Timing of Oral Argument |
|---|---|---|
| 10-3626 | BGL BNP Paribas S.A. f/k/a BNP Paribas Luxembourg SA | The Court shall not hear argument on this defendant's motion to dismiss prior to November 15, 2023 (Adv. Pro. No. 10-3626; ECF 191) |
| 10-3627 | Altipro Master Fund (sued as Altigefi-Altipro Master a/k/a Olympia Capital Management) | N/A |
| 10-3627 | Rothschild & Co Asset Management Europe f/k/a Rothschild & Cie Gestion, as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA) | N/A |
| 10-3635 & 10-3636 | Bank Julius Baer & Co. Ltd. | N/A |
| 10-3635 and 10-3636 | Banque Internationale a Luxembourg SA f/k/a Dexia Banque Internationale a Luxembourg SA | N/A |
| 10-3635 and 10-3636 | Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) | N/A |
| 10-3635 and 10-3636 | SIX SIS Ltd. f/k/a SIS SegaInterSettle AG (sued as SIS Seeganintersettle) | N/A |
| 10-3635 and 10-3636 | SIX SIS Ltd. | N/A |
| 10-3635 and 10-3636 | UBS AG (sued as UBS AG New York and UBS AG Zurich | N/A |
| 10-3636 | Bank Hapoalim Switzerland Ltd | N/A |
| 10-3636 | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | N/A |
| 10-3636 | Bank Vontobel AG (sued as Finter Bank Zurich) | N/A |
| 10-3636 | Banque Cantonale Vaudoise | N/A |
| 10-3636 | Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie) | N/A |
| 10-3636 | Pictet & Cie | N/A |
| 10-3636 | BBVA (Suisse) SA | N/A |

| | | |
|---|---|---|
| 10-3636 | BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund) | N/A |
| 10-3636 | BNP Paribas (Suisse) SA | N/A |
| 10-3636 | BNP Paribas (Suisse) SA Ex Fortis | N/A |
| 10-3636 | BNP Paribas (Suisse) SA Private | N/A |
| 10-3636 | CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique) | N/A |
| 10-3636 | Clariden Leu Ltd. | N/A |
| 10-3636 | Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.) | N/A |
| 10-3636 | Credit Suisse AG (sued as Credit Suisse AG Zurich) | N/A |
| 10-3636 | Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) | N/A |
| 10-3636 | Edmond de Rothschild (Suisse) S.A. (as successor-in-interest to Sella Bank AG); Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)); Edmond de Rothschild (Suisse) S.A. as successor-in-interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | N/A |
| 10-3636 | Fairfield Investment Fund Ltd. | N/A |
| 10-3636 | Harmony Capital Fund Ltd. | N/A |
| 10-3636 | LGT Bank in Liechtenstein AG (now known as LGT Bank AG) | N/A |
| 10-3636 | UBS Jersey Nominees Limited | N/A |
| 10-3636 | Vorarlberger Landes-Und Hypothekenbank AG n/k/a Hypo Vorarlberg Bank AG | N/A |
| 10-4098 | BNP Paribas Arbitrage SNC | N/A |
| 10-4099 | BNP Paribas Private Bank and Trust Cayman Ltd. | N/A |
| 11-1579 | BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Ltd. | The Court shall not hear argument on this defendant's motion to dismiss prior to November 15, 2023 (Adv. Pro. No. 11-1579; ECF 182) |
| 11-1617 | Fortis Bank SA/NV n/k/a BNP Paribas Fortis | The Court shall not hear argument on this defendant's motion to dismiss prior to November 15, 2023 (Adv. Pro. No. 11-1617; ECF 179) |

**List of Defendants with Ongoing Briefing**

| Adversary Proceeding(s) | Defendant(s) | Status of Briefing | Restrictions on Timing of Oral Argument |
|---|---|---|---|
| 10-3627 | BNP Paribas Securities Services Luxembourg | Liquidator's Sur-Reply is due October 30, 2023 | The Court shall not hear argument on this defendant's motion to dismiss prior to November 15, 2023 (Adv. Pro. No. 10-3627; ECF 290) |
| 19-1122 | Citco Banking Corporation N.V. | Liquidator's Sur-Reply is due November 15, 2023 | The Court shall not hear argument on this defendant's motion to dismiss prior to December 15, 2023 (Adv. Pro. No. 19-1122; ECF 118) |
| 19-1122 | Citco Global Custody (NA) NV | Liquidator's Sur-Reply is due November 15, 2023 | The Court shall not hear argument on this defendant's motion to dismiss prior to December 15, 2023 (Adv. Pro. No. 19-1122; ECF 118) |
| 19-1122 | The Citco Group Limited | Liquidator's Sur-Reply is due November 15, 2023 | The Court shall not hear argument on this defendant's motion to dismiss prior to December 15, 2023 (Adv. Pro. No. 19-1122; ECF 118) |
| 10-3630 | Private-Space Ltd. | Defendant's Reply is due November 16, 2023 | N/A |
| 10-3636 | Bank Leumi le-Israel B.M. | Liquidator's Opposition is due January 11, 2024 | N/A |