UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BGL BNP PARIBAS SA, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03626 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03627 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03630 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | Adv. Pro. No. 10-03635 (JPM) |

|  |  |
|---|---|
| Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. |  |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03636 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS ARBITRAGE SNC, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04098 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS PRIVATE BANK AND TRUST CAYMAN LTD., et al.,<br><br>Defendants. | Adv. Pro. No. 10-04099 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs, | Adv. Pro. No. 11-01579 (JPM) |

|  |  |
|---|---|
| v.<br><br>BNP PARIBAS SECURITIES NOMINEES LTD., et al.,<br><br>Defendants. |  |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTIS BANK, SA/NV, et al.,<br><br>Defendants. | Adv. Pro. No. 11-01617 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITCO GLOBAL CUSTODY NV, et al.,<br><br>Defendants. | Adv. Pro. No. 19-01122 (JPM) |

## AMENDED NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that on October 26, 2023, Plaintiffs provided notice that a remote status conference is scheduled for November 6, 2023, at 10:00 a.m. (prevailing Eastern time) before this Court.

PLEASE TAKE FURTHER NOTICE that the Status Conference will take place in a hybrid fashion both in person and via Zoom. Those wishing to participate in the Status Conference in person should appear before the Honorable John P. Mastando III, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 501, located at One Bowling Green, New York, New York 10004-1408 on **Monday,**

3

**November 6, 2023, at 10:00 a.m**. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Status Conference will also be conducted remotely using Zoom. Parties wishing to appear at the Status Conference, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website no later than 4:00 p.m. (ET) the business day before the Status Conference (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Status Conference must submit an electronic appearance through the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

PLEASE TAKE FURTHER NOTICE that attached, as Exhibit 1, is list of all defendants with outstanding motions to dismiss for lack of personal jurisdiction filed in the above captioned actions for which no oral argument has been scheduled. This exhibit also identifies the status of briefing for each of these defendants.

Dated: November 1, 2023
      New York, New York

*/s/  David J. Molton*

**BROWN RUDNICK LLP**

David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrud-
nick.com

*Attorneys for Plaintiffs Foreign Representatives*