UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>           Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>           Plaintiffs,<br><br>           v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03635 (JPM) |

## NINTH AMENDED SCHEDULING ORDER
## ON PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

WHEREAS, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

WHEREAS, on January 14, 2022, the Court amended that scheduling order to facilitate the parties' continued negotiations over jurisdictional discovery;

WHEREAS, the parties stipulated to the Second Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on August 2, 2022, at Adv. Pro. No. 10-03635, ECF No. 914 ("Second Amended Scheduling Order");

WHEREAS, the Second Amended Scheduling Order extended the Liquidators' deadline to file briefs in opposition to defendants' PJ Motions to March 31, 2023, which extension was to seek jurisdictional discovery needed to oppose defendants' PJ Motions;

WHEREAS, the parties stipulated to the Third Amended Scheduling Order on Personal

Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on March 30, 2023, at Adv. Pro. No. 10-03635, ECF No. 1019 ("Third Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

**WHEREAS**, the parties stipulated to the Fourth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on May 15, 2023, Adv. Pro. No. 10-03635, ECF No. 1096 ("Fourth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

**WHEREAS**, the parties stipulated to the Fifth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on May 25, 2023, Adv. Pro. No. 10-03635, ECF No. 1101 ("Fifth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

**WHEREAS**, the parties stipulated to the Sixth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on June 8, 2023, Adv. Pro. No. 10-03635, ECF No. 1104 ("Sixth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

**WHEREAS**, the parties stipulated to the Seventh Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on June 26, 2023, Adv. Pro. No. 10-03635, ECF No. 1108 ("Seventh Amended Scheduling Order"), which extension was to negotiate a potential settlement and extended the deadline for certain defendants to file a reply in support of its PJ motion to July 28, 2023;

**WHEREAS**, the Second Amended Scheduling Order requires that the parties shall substantially complete all merits document production by August 22, 2023;

**WHEREAS**, the parties stipulated to the Eighth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on August 23, 2023, at ECF No. 1128, ("Eighth Amended Scheduling Order");

**WHEREAS**, the Eighth Amended Scheduling Order adjourned the deadline set forth in the Second Amended Scheduling Order requiring that the parties shall substantially complete all merits document production by August 22, 2023;

**WHEREAS**, the parties require additional time to substantially complete all merits document production and to confer regarding a further amended schedule;

**WHEREAS**, the parties will meet and confer and submit a further amended schedule by December 15, 2023 concerning the substantial completion of all merits document production;

**WHEREAS**, the parties agree that the deadline for the substantial completion of all merits document production should remain adjourned while discussions concerning the revised schedule continue;

**WHEREAS**, there is good cause to amend the case schedule accordingly;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. The August 22, 2023 deadline for the parties to substantially complete all merits document production remains **adjourned**.

2. The parties shall meet and confer and submit a further amended schedule by **December 15, 2023**.

3. To the extent not modified herein, the provisions of the September 28, 2021 scheduling order regarding the PJ Motions, the provisions of the October 25, 2021 scheduling order following the parties' Rule 26(f) conference, the provisions of the August 2, 2022 Second Amended Scheduling Order, the provisions of the March 30, 2023 Third Amended Scheduling Order, the provisions of the May 15, 2023 Fourth Amended Scheduling Order, the provisions of the May 25, 2023 Fifth Amended Scheduling Order, the provisions of the June 8, 2023 Sixth Amended Scheduling Order, the provisions of the June 26, 2023 Seventh Amended Scheduling Order, and the provisions of the August 23, 2023 Eighth Amended Scheduling Order remain in full force and effect.

New York, New York
Dated: November 1, 2023

/S/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE