Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 10-13164 (JPM)

4  - - - - - - - - - - - - - - - - - - - - - - - - - - x

5  In the Matter of:

6

7  FAIRFIELD SENTRY LIMITED, et al.,

8            Debtors in Foreign Proceedings.

9  - - - - - - - - - - - - - - - - - - - - - - - - - - x

10  Adv. Pro. No. 10-03626 (JPM)

11  - - - - - - - - - - - - - - - - - - - - - - - - - - x

12  FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

13            Plaintiffs,

14       v.

15  BGL BNP PARIBAS SA, et al.,

16            Defendants.

17  - - - - - - - - - - - - - - - - - - - - - - - - - - x

18  Adv. Pro. No. 10-03627 (JPM)

19  - - - - - - - - - - - - - - - - - - - - - - - - - - x

20  FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

21            Plaintiffs,

22       v.

23  BNP PARIBAS SECURITIES SERVICES LUXEMBOURG, et al.,

24            Defendants.

25  - - - - - - - - - - - - - - - - - - - - - - - - - - x



Page 2

1    Adv. Pro. No. 10-03630 (JPM)

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

4                    Plaintiffs,

5              v.

6    HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Pro. No. 10-03635 (JPM)

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

12                   Plaintiffs,

13             v.

14   ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Pro. No. 10-03636 (JPM)

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

20                   Plaintiffs,

21             v.

22   ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 3

1    Adv. Pro. No. 10-04098 (JPM)

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

4                   Plaintiffs,

5              v.

6    BNP PARIBAS ARBITRAGE SNC, et al.,

7                   Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Pro. No. 10-04099 (JPM)

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

12                  Plaintiffs,

13             v.

14   BNP PARIBAS PRIVATE BANK AND TRUST CAYMAN LTD., et al.,

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Pro. No. 11-01579 (JPM)

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

20                  Plaintiffs,

21             v.

22   BNP PARIBAS SECURITIES NOMINEES LTD., et al.,

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 4

1    Adv. Pro. No. 11-01617 (JPM)

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

4                   Plaintiffs,

5            v.

6    FORTIS BANK, SA/NV, et al.,

7                   Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Pro. No. 19-01122 (JPM)

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,

12                  Plaintiffs,

13           v.

14   CITCO GLOBAL CUSTODY NV, et al.,

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17

18                   United States Bankruptcy Court

19                   One Bowling Green

20                   New York, NY  10004

21

22                   November 6, 2023

23                   10:04 AM

24

25

1    B E F O R E :

2    HON JOHN P. MASTANDO III

3    U.S. BANKRUPTCY JUDGE

4

5    ECRO:    JONATHAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HEARING re Status Conference

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:   Sonya Ledanski Hyde

Page 7

```
 1   A P P E A R A N C E S :

 2

 3   BROWN RUDNICK LLP

 4        Attorneys for Fairfield Sentry Limited (In Liquidation)

 5        1 Financial Center

 6        Boston, MA 02111

 7

 8   BY:  JEFFREY L. JONAS

 9        DAVID MOLTON

10        MAREK KRZYZOWSKI

11        KYLE DORSO

12

13   ALLEGAERT BERGER & VOGEL LLP

14        Attorneys for 9 Defendants

15        111 Broadway, 20th Floor

16        New York, New York 10006

17

18   BY:  DAVID A. SHAIMAN

19

20   GIBSON, DUNN & CRUTCHER, LLP

21        For Defendant UBS AG New York and UBS Jersey Nominees

22        200 Park Avenue

23        New York, NY 10166

24

25   BY:  MARSHALL R. KING
```

Page 8

1    GILMARTIN, POSTER & SHAFTO LLP

2         Attorney for Private Space LTD

3         845 Third Avenue, 19th Floor

4         New York, New York 10022

5

6    BY:  MICHAEL LAMBERT

7

8    WUERSCH & GERING LLP

9         Attorney for Defendants Centrum Bank AG (AMS), LGT Bank

10        in Liechtenstein AG, Bank Fund Total AB (originally

11        Finter Bank), Dresdner Bank (Schweiz) AG (now LGT Bank

12        Switzerland) and LGT Bank Liechtenstein

13        (now LGT Bank AG)

14        100 Wall Street, 10th Floor

15        New York, NY 10005

16

17   BY:  GREGORY F. HAUSER

18

19   WOLLMUTH MAHER & DEUTSCH LLP

20        Attorney for Defendant Fairfield Investment Fund Ltd.

21        500 Fifth Ave 12th Floor

22        New York, NY 10110

23

24   BY:  FLETCHER W. STRONG

25

Page 9

```
 1   KATTEN MUCHIN ROSENMAN LLP

 2        Attorney for Defendants Coutts & Co., Ltd. and Harmony

 3        Capital Fund Ltd.

 4        50 Rockefeller Plaza

 5        New York, NY 10020

 6

 7   BY:  MARK T. CIANI

 8

 9   CLEARY GOTTLIEB STEEN & HAMILTON LLP

10        Attorney for HSBC Securities Service Luxembourg and

11        HSBC Private Bank Suisse

12        One Liberty Plaza

13        New York, NY 10002

14

15   BY:  JOSEPH M. KAY

16        ARI MACKINNON

17

18   O'MELVENY & MYERS LLP

19        Attorney for Credit Suisse AG and Clariden Leu Ltd.

20        7 Times Square

21        New York, NY 10036

22

23   BY:  DANIEL SHAMAH

24

25
```

1   SULLIVAN & CROMWELL LLP

2        Attorney for Bank Sarasin & Cie

3        125 Broad Street, Suite 2701

4        New York, NY 10004

5

6   BY:  MARK MAKAR

7

8   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

9        Attorney for CITCO defendants 19-01122

10        1285 Avenue of the Americas

11        New York, NY 10019

12

13   BY:  DANIEL NEGLESS

14

15   CLIFFORD CHANCE US LLP

16        Attorney for Dexia Banque International a Luxembourg

17        31 W 52nd Street

18        New York, NY 10019

19

20   BY:  JEFF E. BUTLER

21

22

23

24

25

1   WACHTELL, LIPTON, ROSEN & KATZ

2        Attorney for Pictet & Cie

3        51 West 52nd Street

4        New York, NY 10019

5

6   BY:  EMIL A. KLEINHAUS

7

8   MCKOOL SMITH, P.C.

9        Attorney for Bank Julius Baer & Co., Ltd.

10       One Manhattan West

11       395 9th Avenue, 50th Floor

12       New York, NY 10001

13

14   BY:  ERIC B. HALPER

15

16   HARNIK LAW FIRM

17       Attorney for Vorarlberger Banque

18       666 Third Avenue, 10th Floor

19       New York, NY 10017

20

21   BY:  STEPHEN M. HARNIK

22

23

24

25

1    FRESHFIELDS BRUCKHAUS DERINGER US LLP

2         Attorney for BBVA (Suisse) SA

3         601 Lexington Avenue, 31st Floor

4         New York, NY 10022

5

6    BY:   CHRISTIAN VANDERGEEST

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                 P R O C E E D I N G S

2              CLERK:  All rise.

3              THE COURT:  Good morning.  Please be seated.  Good

4     morning, everyone.  We are here on various Fairfield matters

5     for a status conference.  Can I please have appearances for

6     the record and just identify the case that you're appearing

7     in.

8              MR. JONAS:  Good morning, Your Honor.  Jeff Jonas

9     from Brown Rudnick.  With me are David Molton, Marek

10    Krzyzowski and Kyle Dorso on behalf of Kenneth Krys and Greg

11    Mitchell as joint liquidators of Fairfield Sentry, Fairfield

12    Sigma, and Fairfield Lambda.

13             THE COURT:  Good morning.

14             MR. JONAS:  Good morning.

15             MR. SHAIMAN:  Good morning, Your Honor.  David

16    Shaiman,

               Allegaert Berger & Vogel.  We represent nine

17    defendants with pending motions in these proceedings,

18    starting with 10-3627.  We represent Rothschild & Co. Asset

19    Management Europe, formerly known as Rothschild & Cie

20    Gestion as manager of the Elan Gestion Alternative Fund,

21    which was sued as Rothschild & Cie Banque-EGA.

22             Moving on to ten -- and 10-3636, we represent one

23    party sued in both of those actions, Rothschild & Co. Bank

24    AG, sued as Rothschild Bank AG Zurich Dublin, also known as

25    Rothschild Bank AG.
```

1              And then finally sued in just the 10-3636 action,

2      we represent bank Lombard Odier & Cie SA, sued as Lombard

3      Odier Hentsch & Cie, Banque Cantonale Vaudois, BCV AMC

4      Defensive Alt Fund, sued as BCV AMD Defensive AL Fund, CBH

5      Company Bancaire Helvtique SA, sued as Compagnie Bancaire

6      Helvtique, Edmond de Rothschild (Suisse) S.A. as successor-

7      in-interest to Sella Bank AG, Edmond de Rothschild (Suisse)

8      S.A. sued as Rothschild Bank Geneva (Dublin), and finally,

9      Edmund de Rothschild (Suisse) S.A. as successor-in-interest

10     to Rothschild Lugano Dublin, AKA Banca Privata Edmond

11     de Rothschild Lugano S.A.

12             I will be speaking, at least initially, on behalf

13     of the Defendants, but others may chime in.

14             THE COURT:  Great, thank you.

15             MR. KING:  Good morning, Your Honor.  Marshall

16     King from Gibson, Dunn & Crutcher on behalf of UBS AG, a

17     defendant in 10-3635 and 10-3636, and UBS Jersey Nominees

18     Limited, which is just in 10-3636.

19             THE COURT:  Good morning.  Thank you.

20             MR. LAMBERT:  Good morning, Your Honor.  Michael

21     Lambert of Gilmartin, Poster & Shafto LLP.  We represent

22     Private Space Ltd., which is a defendant in 10-3630.

23             THE COURT:  Good morning.  Thank you.

24             MR. HAUSER:  Good morning, Your Honor.  Gergory

25     Hauser of Wuersch & Gering.  We represent three defendants,

Page 15

1    all in the 3636 action.  Bank Fund Total AB, originally sued

2    as Finter Bank, Dresdner Bank (Schweiz), now known as LGT

3    Bank Switzerland, and LGT Bank Liechtenstein, now known as

4    LGT Bank AG.

5              THE COURT:  Good morning.  Thank you.

6              MR. STRONG:  Good morning, Your Honor.  Fletcher

7    Strong, Wollmuth Maher & Deutsch.  I have one defendant in

8    these proceedings.  We represent Fairfield Investment Fund

9    Ltd. in Adversary Proceeding 10-3636.

10             THE COURT:  Good morning.  Thank you.

11             MR. STRONG:  Good morning.

12             MR. CIANI:  Good morning, y h.  Mark Ciani from

13   Katten Muchin Rosenman on behalf of Coutts &  Co, Ltd. and

14   Harmony Capital Fund in the 10-3636 action.

15             THE COURT:  Good morning.  Thank you.

16             MR. KAY:  Good morning.  Joseph Kay from Cleary

17   Gottlieb on behalf of HSBC Securities Services Luxembourg in

18   10-3630 and HSBC Private Bank Suisse in 10-3633.  Your Honor

19   heard argument on our motion last month.

20             THE COURT:  Good morning.

21             MR. SHAMAH:  Good morning, Your Honor.  Daniel

22   Shamah, O'Melveny & Myers, on behalf of Credit Suisse AG and

23   Clariden Leu Ltd. in 10-3636.

24             THE COURT:  Good morning.  Thank you.

25             MR. MAKAR:  Good morning, Your Honor.  Mark Makar

Page 16

1    of Sullivan & Cromwell.  We represent Bank J. Safra Sarasin

2    AG in the 10-3636 proceeding.

3               THE COURT:  Good morning.

4               MR. NEGLESS:  Good morning, Your Honor.  Daniel

5    Negless from Paul Weiss.  We represent the CITCO defendants

6    in the 19-01122 matter.

7               THE COURT:  Good morning.

8               MR. BUTLER:  Good morning, Your Honor.  Jeff

9    Butler from Clifford Chance representing Banque

10   International a Luxembourg in two actions, the 10-3635 and

11   10-3636 action.

12              THE COURT:  Good morning.  Thank you.

13              MR. MACKINNON:  Good morning, Your Honor.  Again,

14   Ari MacKinnon from Cleary Gottlieb Steen & Hamilton

15   appearing in several actions.  In 10-03626 on behalf of BGL

16   BNPP, in 10-03627 on behalf of BNP Securities Services

17   Luxembourg, in 10-03636 on behalf of BNP Suisse, in 10-04098

18   on behalf of BNPP Arbitrage, in 10-0499 on behalf of BNPP

19   Cayman, in 11-01579 on behalf of BNPP Securities Nominees

20   Ltd, in 11-01617 on behalf of BNP Fortis, and finally, 12-

21   01551 on behalf of BNPP (indiscernible).  Thank you.

22              THE COURT:  Good morning.  Thank you.

23              MR. KLEINHAUS:  Good morning, Your Honor.  Emil

24   Kleinhaus, Wachtell, Lipton, Rosen & Katz.  We represent

25   Banque Pictet & Cie in 10-3636.  Thank you, Your Honor.

Page 17

1          THE COURT:  Good morning.  Thank you.

2          MR. HALPER:  Good morning, Your Honor.  This is

3    Rick Halper with McKool Smith.  We represent Bank Julius

4    Baer & Co., Ltd. in both 10-3635 and 10-3636.

5          THE COURT:  Thank you.  Good morning.

6          MR. HALPER:  Good morning.

7          MR. HARNIK:  Stephen Harnik on behalf of

8    Vorarlberger Banque in 3636.  Good morning, Your Honor.

9          THE COURT:  Good morning.  Thank you.

10          MR. VANDERGEEST:  Good morning, Your Honor.

11    Christian Vandergeest from Freshfields Bruckhaus Deringer.

12    We represent BBVA (Suisse) SA in 10-3636.

13          THE COURT:  Good morning.  Thank you.  Anyone

14    else?  Okay.

15          Well, thank you everyone for appearing.  I wanted

16    to have a status conference just to discuss the way forward

17    and hearings on these matters.  Of course we had one hearing

18    on several of the matters a few weeks ago.  And I know some

19    of the motions are subject to certain restrictions in terms

20    of the timing, when they can be heard or should be heard and

21    certain various dates in November or December.  And I'm

22    happy to hear from the parties on this.  My thinking is to

23    have a hearing in a few weeks on four or five of the motions

24    and then go from there, scheduling periodic hearings as well

25    as needed going forward.  And subject to, again, the

Page 18

1    parties' views.

2              I was contemplating based on my understanding of

3    the status of the motions and the schedules in 10-3636

4    beginning with a hearing on the first five defendants, Bank

5    Hapoalim, Bank Safra, Bank Vontobel, Banque Cantonale

6    Vaudoise and Banque Lombard Odier and having that in late

7    November and then go from there in terms of scheduling

8    additional hearings.

9              But I wanted to hear from the parties as well if

10   they have any views as to that or any other way to proceed.

11             MR. SHAIMAN:  Good afternoon, Your Honor.  David

12   Shaiman.  I do represent Banque Lombard Odier and Banque

13   Cantonale Vaudois, or BCV if you prefer.  I certainly do.

14             I think that would work for the defendants, Your

15   Honor.  One note, there are significant -- there is

16   significant crossover between I think all of these motions

17   as you saw on October 25th when Mr. King and Ms. Miller were

18   able to essentially just adopt Mr. Bamberger's argument.  I

19   don't know if Your Honor was planning on having an opinion

20   out on any of those cases before the next round.  I think

21   that would -- if we could schedule something after an

22   opinion had been issued, it would significantly streamline

23   things.  I think generally many of the defendants would be

24   willing to, at least in the 3636 action, 3635, and 3627

25   action would be willing to adopt the arguments that had been

1    made on the 25th and stand on their papers.

2           I do know we pulled the defendants and there are

3    some who would need to make brief presentations.  I don't

4    believe anyone was looking for more than five to ten minutes

5    in our poll.  Just making very clear if there are distinct

6    issues that would set their defendants apart or the facts

7    underlining those disputes.

8           THE COURT:  Thank you, Counsel.  That's helpful.

9           MR. JONAS:  Your Honor, Jeff Jonas from Brown

10   Rudnick for the joint liquidators.  I can't really disagree

11   with that.  We are ready to go forward in any way you want

12   to schedule the remaining motions to dismiss.  But of course

13   to the extent there was a decision, it probably would be

14   very helpful and perhaps, hopefully from my standpoint

15   hopefully eliminate some of the motions to dismiss, the

16   personal jurisdiction motions to dismiss, but we'll see.  So

17   that's really all I have to say.

18           THE COURT:  Yeah.  I did want to hear from the

19   various defendants as to the need for separate hearings.

20   Because everyone did make separate arguments at the last

21   hearing.

22           MR. JONAS:  No doubt, Your Honor.  I would be

23   perhaps too optimistic, but my hope would be depending on

24   how the decision came out that we could have some good faith

25   discussions and hopefully either eliminate or certainly

1   streamline the remaining motions to dismiss.  Thank you.

2            THE COURT:  Thank you.

3            MR. SHAIMAN:  Your Honor, David Shaiman again --

4            THE COURT:  Just identify yourself for the record,

5   Counsel.  Sorry.

6            MR. SHAIMAN:  Yes.  David Shaiman again.  I agree

7   with Mr. Jonas.  And I would note that before these motions,

8   everything was consolidated for the most part.  These are

9   the first round of motions where we've had defendants having

10  to make each their own motion.  So I think we as the defense

11  group have definitely -- we'll definitely taken an eye

12  towards consolidating as much as possible.  And I think as

13  we move forward with other motions, especially the

14  contemplated 20(b)(6), if Your Honor would be open to

15  consolidation, then I think the parties would be as well.

16  Or at least the defendants.

17           THE COURT:  Okay.  Thank you.  Does anyone else

18  wish to be heard?

19           MR. HAUSER:  Gregory Hauser, Your Honor.  First

20  let me echo what the other defense lawyers have said.  I

21  think there is a good chance that after one opinion, there

22  is -- many of us would probably be willing to rest on our

23  papers and forego a hearing.  Presumably we have the

24  agreement of the liquidators.  And just one minor individual

25  matter here.  If you're going to proceed in late November, I

1     would like to ask that you leave Banque Vontobel for another

2     time.  I am, for better or for worse, scheduled for major

3     surgery on November 21st and probably wouldn't be available

4     for about a month after that.

5          THE COURT:  Thank you.

6          MR. HAUSER:  Thank you.  Would anyone else like to

7     be heard?  Okay.

8          Well then why don't we do this.  Based on what

9     counsel has indicated, I'm going to ask counsel to discuss

10    the issue and discuss which defendants would like to make a

11    presentation, how many of them, and how long.  And then we

12    can figure out either a date or dates to schedule such a

13    hearing depending on the number.  And we can go from there.

14    So I won't schedule it for right now, but if I could ask

15    counsel to discuss the issue and see if they can propose, at

16    least in terms of the parties.  And then we can figure out

17    dates and schedules.  Who wants to make a presentation, how

18    long.  And then you can go from there and get something

19    scheduled.  Okay.

20         Anything else from anyone in the court or on Zoom?

21         Okay.  Can the parties do that in the next week to

22    ten days?

23         UNIDENTIFIED SPEAKER:  I think I can speak for

24    everyone.  We will, Your Honor.

25         THE COURT:  Okay, great.

Page 22

1          UNIDENTIFIED SPEAKER:  We'll try to herd some

2     cats, Your Honor.

3          THE COURT:  Okay, great.  Thank you, everyone.

4     Thank you for coming in.  Thank you for appearing.  We are

5     adjourned.  Thank you, everyone.  Have a good day.

6               (Whereupon these proceedings were concluded)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 23

1                     C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  November 8, 2023