**brown**rudnick

DAVID J. MOLTON

direct dial: 212.209.4822

dmolton@brownrudnick.com

November 16, 2023

**BY ECF FILING**

Hon. John P. Mastando
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      **RE:** *Status of Remaining Oral Arguments*

Dear Judge Mastando:

      We write in response to your request that for those defendants in whose actions the motion to dismiss for lack of personal jurisdiction briefing is complete, the parties confer and notify the Court which defendants would like to reserve time for oral argument and the estimated length of time that each party would like to reserve for oral argument.

      Attached, as Exhibit A, is a list of those defendants in whose actions the motion to dismiss for lack of personal jurisdiction briefing is complete. Exhibit A indicates (1) whether each defendant is reserving time for oral argument and (2) if so, the length of time that each party is requesting to reserve for oral argument.

      All parties reserve their right to alter their position set forth on Exhibit A as to (1) whether they would like to reserve time for oral argument and (2) the estimated length of time for oral argument, following the review of any intervening decision from the Court on the pending motions to dismiss for lack of personal jurisdiction. Such requests shall be made by individual letter by the requesting party. The non-requesting party reserves the right to oppose any such request.

      The parties are available to discuss further at the Court's convenience.

      Respectfully,

      BROWN RUDNICK LLP

      David J. Molton