# Exhibit A

| Adv. Pro. No. | Defendant | Firm | Reserving Time? | Length of Time Reserved by Defendant | Length of Time Reserved by Plaintiffs |
|---|---|---|---|---|---|
| 10-3626 | BGL BNP Paribas S.A. f/k/a BNP Paribas Luxembourg SA | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes | 15 minutes |
| 10-3627 | Rothschild & Co Asset Management Europe f/k/a Rothschild & Cie Gestion, as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA) | Allegaert Berger & Vogel LLP | Yes | 10 minutes | 10 minutes |
| 10-3627 | BNP Paribas Securities Services Luxembourg | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes | 15 minutes |
| 10-3627 | Altipro Master Fund (sued as Altigefi-Altipro Master a/k/a Olympia Capital Management) | Winston & Strawn LLP | Yes | 10 minutes | 10 minutes |
| 10-3630 | Private-Space Ltd. | Gilmartin, Poster & Shafto LLP | Yes | 10 minutes | 10 minutes |
| 10-3635 and 10- | Bank Julius Baer & Co. Ltd. | McKool Smith | Yes | 10 minutes | 10 minutes |
| 10-3635 and 10-3636 | UBS AG (sued as UBS AG New York and UBS AG Zurich | Gibson Dunn | Yes | 10 minutes | 10 minutes |
| 10-3636 | Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie) | Allegaert Berger & Vogel LLP and Mayer Brown LLP | Yes | 10 minutes | 10 minutes |
| 10-3636 | BNP Paribas (Suisse) SA | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes (combined with BNP Paribas (Suisse) SA Ex Fortis and BNP Paribas (Suisse) SA Private | 15 minutes |
| 10-3636 | BNP Paribas (Suisse) SA Ex Fortis | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes (combined with BNP Paribas (Suisse) SA and BNP Paribas (Suisse) SA Private | 15 minutes |
| 10-3636 | BNP Paribas (Suisse) SA Private | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes (combined with BNP Paribas (Suisse) SA and BNP Paribas (Suisse) SA Ex Fortis | 15 minutes |
| 10-3636 | BBVA (Suisse) SA | Freshfields Bruckhaus | Yes | 15 minutes | 15 minutes |
| 10-3636 | UBS Jersey Nominees Limited | Gibson Dunn | Yes | 10 minutes | 10 minutes |
| 10-3636 | Bank Hapoalim Switzerland Ltd | Herbert Smith Freehills LLP | Yes | 10 minutes | 10 minutes |
| 10-3636 | Credit Suisse AG (sued as Credit Suisse AG Zurich) | O'Melveny & Myers LLP | Yes | 10 minutes | 10 minutes |
| 10-3636 | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Sullivan & Cromwell LLP | Yes | 15 minutes | 15 minutes |
| 10-4098 | BNP Paribas Arbitrage SNC | Cleary Gottlieb Steen & | Yes | 15 minutes | 15 minutes |
| 10-4099 | BNP Paribas Private Bank and Trust Cayman Ltd. | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes | 15 minutes |
| 11-1579 | BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Ltd. | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes | 15 minutes |
| 11-1617 | Fortis Bank SA/NV n/k/a BNP Paribas Fortis | Cleary Gottlieb Steen & Hamilton LLP | Yes | 15 minutes | 15 minutes |
| 19-1122 | Citco Banking Corporation N.V.; Citco Global Custody (NA) NV; The Citco Group Limited | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Yes | 20 minutes | 20 minutes |
| 10-3635 and 10- | SIX SIS Ltd. | Chaffetz Lindsey | No, resting on | N/A | N/A |
| 10-3635 and 10-3636 | SIX SIS Ltd. f/k/a SIS SegaInterSettle AG (sued as SIS Seeganintersettle) | Chaffetz Lindsey | No, resting on the papers | N/A | N/A |
| 10-3635 and 10-3636 | Banque Internationale a Luxembourg SA f/k/a Dexia Banque Internationale a Luxembourg SA | Clifford Chance US LLP | No, resting on the papers | N/A | N/A |
| 10-3636 | Banque Cantonale Vaudoise | Allegaert Berger & Vogel LLP | No, resting on | N/A | N/A |
| 10-3636 | BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund) | Allegaert Berger & Vogel LLP | No, resting on the papers | N/A | N/A |
| 10-3636 | CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique) | Allegaert Berger & Vogel LLP | No, resting on the papers | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 10-3636 | Edmond de Rothschild (Suisse) S.A. (as successor-in-interest to Sella Bank AG); Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)); Edmond de Rothschild (Suisse) S.A. as successor-in-interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | Allegaert Berger & Vogel LLP | No, resting on the papers | N/A | N/A |
| 10-3636 | Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) | Allegaert Berger & Vogel LLP | No, resting on the papers | N/A | N/A |
| 10-3636 | Vorarlberger Landes-Und Hypothekenbank AG n/k/a Hypo Vorarlberg Bank AG | Harnik Law Firm | No, resting on the papers | N/A | N/A |
| 10-3636 | Coutts & Co. Ltd. (f/k/a RBS Coutts Bank, Ltd.) | Katten Muchin Rosenman LLP | No, resting on the papers | N/A | N/A |
| 10-3636 | Harmony Capital Fund Ltd. | Katten Muchin Rosenman LLP | No, resting on | N/A | N/A |
| 10-3636 | Clariden Leu Ltd. | O'Melveny & Myers LLP | No, resting on | N/A | N/A |
| 10-3636 | Pictet & Cie | Wachtell, Lipton, Rosen & | No, resting on | N/A | N/A |
| 10-3636 | Fairfield Investment Fund Ltd. | Wollmuth Maher & Deutsch | No, resting on | N/A | N/A |
| 10-3636 | Bank Vontobel AG (sued as Finter Bank Zurich) | Wuersch & Gering | No, resting on the papers | N/A | N/A |
| 10-3636 | Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) | Wuersch & Gering | No, resting on the papers | N/A | N/A |
| 10-3636 | LGT Bank in Liechtenstein AG (now known as LGT Bank AG) | Wuersch & Gering | No, resting on the papers | N/A | N/A |