**Presentment Date: January 26, 2024 at 5:00 p.m.**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　　Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03635 (JPM) |

**JOINT NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE**

**PLEASE TAKE NOTICE** that the Liquidators have met and conferred with the defendants listed in Table 1 below and agreed upon the amended schedule contained in the proposed order attached hereto as **Exhibit 1** (the "Proposed Order"). In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned will jointly present the Proposed Order to the Honorable John P. Mastando III, United States Bankruptcy Judge, for signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, NY 10004 on January 26, 2024 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed there shall be no

objections, and that the order may accordingly be signed.

| TABLE 1: DEFENDANTS WHO CONSENT TO THE PROPOSED ORDER ||
|---|---|
| Banque Internationale a Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA) | Bank Julius Baer & Co. Ltd. |
| SIS Seeganintersettle | SIX SIS Ltd. |
| UBS AG | |

Dated:  January 26, 2023
        New York, New York

*/s/  David J. Molton*                                  */s/ Erin E. Valentine*

**BROWN RUDNICK LLP**                          **CHAFFETZ LINDSEY LLP**

David J. Molton                                          Erin E. Valentine
Marek P. Krzyzowski                                 Andreas Frischknecht
Seven Times Square                                   1700 Broadway, 33rd Floor
New York, NY 10036                                 New York, NY 10019
T: (212) 209-4800                                        T: (212) 257-6960
dmolton@brownrudnick.com                    a.frischknecht@chaffetzlindsey.com
mkrzyzowski@brownrudnick.com            e.valentine@chaffetzlindsey.com

*Attorneys for Plaintiffs Foreign Representatives*

*Attorneys for Defendants SIX SIS Ltd. and SIS Seeganintersettle*

| | |
|---|---|
| */s/ Marshall R. King* | */s/ Eric B. Halper* |
| **GIBSON, DUNN & CRUTCHER LLP** | **MCKOOL SMITH, P.C.** |
| Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, NY 10166<br>T: (212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com | Eric B. Halper<br>Hal M. Shimkoski<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001<br>T: (212) 402-9400<br>ehalper@mckoolsmith.com<br>hshimkoski@mckoolsmith.com |
| *Attorneys for Defendants UBS AG* | *Attorneys for Defendant Bank Julius Baer & Co. Ltd.* |

*/s/ Jeff E. Butler*

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
Meredith George
31 West 52nd Street
New York, NY 10019
(212) 878-8000
Jeff.Butler@CliffordChance.com
Meredith.George@CliffordChance.com

*Attorneys for Defendant Banque Internationale a Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA)*