**brown**rudnick

DAVID J. MOLTON

direct dial: 212.209.4822

dmolton@brownrudnick.com

February 7, 2024

**BY ECF FILING**

Hon. John P. Mastando
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    RE:   *Status of Remaining Oral Arguments*

Dear Judge Mastando:

    We write as a follow-up to the letter submitted to the Court on November 16, 2023, notifying the Court which defendants would like to reserve time for oral argument and the estimated length of time that each party would like to reserve for oral argument (the "November Letter").

    Since the submission of the November Letter, the following defendants have informed the Liquidators that they are no longer requesting oral argument:

| Adv. Pro. No. | Defendant |
|---|---|
| 10-3626 | BGL BNP Paribas S.A. f/k/a BNP Paribas Luxembourg SA |
| 10-3627 | BNP Paribas Securities Services Luxembourg |
| 10-4098 | BNP Paribas Arbitrage SNC |
| 10-4099 | BNP Paribas Private Bank and Trust Cayman Ltd. |
| 11-1579 | BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Ltd. |
| 11-1617 | Fortis Bank SA/NV n/k/a BNP Paribas Fortis |
| 10-3636 | Bank Hapoalim Switzerland Ltd |
| 10-3636 | BBVA (Suisse) SA |
| 10-3636 | BNP Paribas (Suisse) SA Private |
| 10-3636 | BNP Paribas (Suisse) SA Ex Fortis |
| 10-3636 | BNP Paribas (Suisse) SA |



Judge Mastando
February 7, 2024
Page 2

| 10-3636 | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
|---|---|

Attached, as Exhibit A, is a revised list of those defendants in whose actions the motion to dismiss for lack of personal jurisdiction briefing is complete. Exhibit A indicates (1) whether each defendant is reserving time for oral argument and (2) if so, the length of time that each party is requesting to reserve for oral argument.

All parties reserve their right to alter their position set forth on Exhibit A as to (1) whether they would like to reserve time for oral argument and (2) the estimated length of time for oral argument, following the review of any intervening decision from the Court on the pending motions to dismiss for lack of personal jurisdiction. Such requests shall be made by individual letter by the requesting party. The non-requesting party reserves the right to oppose any such request.

The parties are available to discuss further at the Court's convenience.

Respectfully,

BROWN RUDNICK LLP

David J. Molton