**Presentment Date: March 13, 2024 at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (JPM) |

**JOINT NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE**

**PLEASE TAKE NOTICE** that the Liquidators have met and conferred with the defendants listed in Table 1 below and agreed upon the amended schedule contained in the proposed order attached hereto as **Exhibit 1** (the "Proposed Order"). In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned will jointly present the Proposed Order to the Honorable John P. Mastando III, United States Bankruptcy Judge, for signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, NY 10004 on March 13, 2024 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed there shall be no

objections, and that the order may accordingly be signed.

| TABLE 1: DEFENDANTS WHO CONSENT TO THE PROPOSED ORDER ||
|---|---|
| Banque Internationale a Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA) | Bank Julius Baer & Co. Ltd. |
| SIS Seeganintersettle | SIX SIS Ltd. |
| UBS AG | |

Dated:  March 13, 2023
    New York, New York

*/s/  David J. Molton*

**BROWN RUDNICK LLP**

David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
T: (212) 209-4800
dmolton@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for Plaintiffs Foreign Representatives*

*/s/ Erin E. Valentine*

**CHAFFETZ LINDSEY LLP**

Erin E. Valentine
Andreas Frischknecht
1700 Broadway, 33rd Floor
New York, NY 10019
T: (212) 257-6960
a.frischknecht@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com

*Attorneys for Defendants SIX SIS Ltd. and SIS Seeganintersettle*

/s/ Marshall R. King

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
Gabriel Herrmann
200 Park Avenue
New York, NY 10166
T: (212) 351-4000
mking@gibsondunn.com
gherrmann@gibsondunn.com

*Attorneys for Defendant UBS AG*

/s/ Eric B. Halper

**MCKOOL SMITH, P.C.**

Eric B. Halper
Hal M. Shimkoski
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
T: (212) 402-9400
ehalper@mckoolsmith.com
hshimkoski@mckoolsmith.com

*Attorneys for Defendant Bank Julius Baer & Co. Ltd.*

/s/ Jeff. E. Butler

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
Meredith George
31 West 52nd Street
New York, NY 10019
(212) 878-8000
Jeff.Butler@CliffordChance.com
Meredith.George@CliffordChance.com

*Attorneys for Defendant Banque Internationale a Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA)*