UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (JPM) |

**NOTICE OF HEARING ON UBS AG'S MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(B)(2)**

PLEASE TAKE NOTICE that on October 29, 2021, UBS AG (originally named as UBS AG New York and UBS AG Zurich) filed a motion to dismiss for lack of personal jurisdiction (the "Motion") under Federal Rule of Civil Procedure 12(b)(2), made applicable here by Federal Rule of Bankruptcy Procedure 7012, in the above-captioned adversary proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of Hearing of Defendant UBS AG's Motion to Dismiss filed by Marshall R. King on behalf of UBS AG*, entered on October 29, 2021, a hearing to consider the Motion was originally scheduled to be held on Wednesday, April 20, 2022.  ECF No. 788.

PLEASE TAKE FURTHER NOTICE that the hearing on that Motion was adjourned.  *See, e.g.*, ECF Nos. 896, 972, 1050, 1132, 1134, 1136, 1137, 1142; *see also* ECF No. 917 (noting "[t]he Court shall hear argument on the PJ Motions at the next omnibus conference that is at least 120 days after service of an opposition").

PLEASE TAKE FURTHER NOTICE that, pursuant to communication with Chambers, argument ("Oral Argument") on the Motion is scheduled for Friday, May 3, 2024 at 9:30 a.m. (prevailing Eastern time).  The Oral Argument will take place in person.  Those wishing to participate in the Oral Argument should appear before the Honorable John P. Mastando III, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York in Courtroom 501 located at One Bowling Green, New York, NY 10004.  Parties wishing to participate in the Oral Argument must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) no later than 4:00 (ET) the business day before the May 3, 2024 Oral Argument (the "Appearance Deadline"), and not by emailing or otherwise contacting the Court.

PLEASE TAKE FURTHER NOTICE that, for those wishing to listen to the Oral Argument

remotely, in accordance with General Order M-543 dated March 20, 2020, the Oral Argument will also be available remotely using Zoom. Parties wishing to listen to the Oral Argument in a "listen only" capacity must make an electronic appearance through the "eCourtAppearances" tab on the Court's website by the Appearance Deadline. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Oral Argument to those parties who have made an electronic appearance. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: April 10, 2024
     New York, NY

                GIBSON, DUNN & CRUTCHER LLP

                By: /s/ *Marshall R. King*
                     Marshall R. King
                     (mking@gibsondunn.com)
                     Gabriel Herrmann
                     (gherrmann@gibsondunn.com)

                200 Park Avenue
                New York, NY 10166-0193
                Tel.: (212) 351-4000

                *Attorneys for Defendant UBS AG*