| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                             Plaintiff<br><br>                         -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                            Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| This Memorandum of Law is related to the Following Adversary Proceeding:<br><br>10-03635<br>10-03636 | |

### NOTICE OF HEARING ON MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

    Defendant Bank Julius Baer & Co. Ltd. ("BJB") filed its Motion to Dismiss for Lack of Personal Jurisdiction in the above-captioned action on October 29, 2021, applicable to this case by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

    PLEASE TAKE NOTICE that, pursuant to communication with Chambers, argument ("Oral Argument") on the Motion is scheduled for Friday, May 3, 2024 at 9:30 a.m. (prevailing Eastern time). The Oral Argument will take place in person. Those wishing to participate in the Oral Argument should appear before the Honorable John P. Mastando III, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York

in Courtroom 501 located at One Bowling Green, New York, NY 10004. Parties wishing to participate in the Oral Argument must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) no later than 4:00 (ET) the business day before the May 3, 2024 Oral Argument (the "Appearance Deadline"), and not by emailing or otherwise contacting the Court.

PLEASE TAKE FURTHER NOTICE that, for those wishing to listen to the Oral Argument remotely, in accordance with General Order M-543 dated March 20, 2020, the Oral Argument will also be available remotely using Zoom. Parties wishing to listen to the Oral Argument in a "listen only" capacity must make an electronic appearance through the "eCourtAppearances" tab on the Court's website by the Appearance Deadline. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Oral Argument to those parties who have made an electronic appearance. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: April 11, 2024
      New York, NY

McKOOL SMITH, P.C.

By */s/ Eric B. Halper*
Eric B. Halper
Hal M. Shimkoski
McKOOL SMITH, P.C.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com
hshimkoski@mckoolsmith.com

*Attorneys for Defendant
Bank Julius Baer & Co. Ltd.*