**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>                            Plaintiff<br><br>                  -against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>                            Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| This Memorandum of Law is related to the Following Adversary Proceeding:<br><br>10-03635<br>10-03636 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, I filed Defendant Bank Julius Baer & Co. Ltd.'s Notice of Hearing on the Motion to Dismiss for Lack of Personal Jurisdiction with the Court's Electronic Case Filing System, which caused a copy of the filing to be submitted electronically to all parties.

Dated: April 11, 2024
      New York, NY

                                      McKOOL SMITH, P.C.

                                      By */s/  Eric B. Halper*
Eric B. Halper
Hal M. Shimkoski
McKOOL SMITH, P.C.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com
hshimkoski@mckoolsmith.com

*Attorneys for Defendant*
*Bank Julius Baer & Co. Ltd.*

2