UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>      Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>      Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>      Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| This Notice of Change of Address is related to the Following Adversary Proceedings:<br><br>10-03635<br><br>10-03636 | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the address of the New York Office of McKool Smith, P.C. and the undersigned attorneys of record for Defendant Bank Julius Baer & Co., Ltd., has changed as follows:

McKOOL SMITH, P.C.<br>
1301 Avenue of the Americas, 32nd Floor<br>
New York, NY 10019

**PLEASE TAKE FURTHER NOTICE** that all email addresses, telephone numbers, and facsimile numbers affiliated with the New York Office of McKool Smith, P.C. will remain the same.

Dated: April 15, 2024
      New York, NY

                                      **MCKOOL SMITH, P.C.**

                                      */s/ Eric B. Halper*
                                      Eric B. Halper
                                      Hal M. Shimkoski

                                      MCKOOL SMITH, P.C.
                                      1301 Avenue of the Americas
                                      32nd Floor
                                      New York, NY 10019
                                      Telephone: (212) 402-9400
                                      Fax: (212) 402-9444
                                      ehalper@mckoolsmith.com

                                      *Attorneys for Defendant*
                                      *Bank Julius Baer & Co. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, the Notice of Change of Address was served by filing it with the Court's electronic filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: April 15, 2024

By: */s/ Eric B. Halper*
Eric B. Halper

TO: All Counsel of Record