**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>(Jointly Administered) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ABN AMRO SCHWEIZ AG a/k/a ABN AMRO (SWITZERLAND) AG, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03635 (JPM) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Harrison Chase Weidner of Gibson, Dunn & Crutcher LLP, with offices located at 200 Park Avenue, New York, New York, 10166 hereby appears on behalf of the UBS AG in the above-captioned matter. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

I hereby certify that I am admitted to practice before this Court.

Dated: April 17, 2024
New York, NY

        GIBSON, DUNN & CRUTCHER LLP

        By: /s/ *H. Chase Weidner*
            H. Chase Weidner
            (CWeidner@gibsondunn.com)

        200 Park Avenue
        New York, NY 10166-0193
        Tel.: (212) 351-4000

        *Attorney for Defendant UBS AG*