**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Fairfield Sentry Limited, et al.,<br>    Debtors in Foreign Proceedings. | Chapter 15 Case<br>Case No. 10-13164 (JPM)<br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br>    Plaintiff<br>-against-<br>Theodoor GGC Amsterdam, et al.<br>    Defendants. | Adv. Pro. No. 10-03496 (JPM)<br>Administratively Consolidated |
| This Notice of Change of Address is related to the Following Adversary Proceedings:<br>10-03635<br>10-03636 | |

<b><u>NOTICE OF APPEARANCE AND SERVICE OF PAPERS</u></b>

**PLEASE TAKE NOTICE** that Hal M. Shimkoski hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Bank Julius Baer & Co. Ltd. in Adv. Pro. Nos. 10-03635 and 10-3636 (collectively, "BJB"), and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

        Hal M. Shimkoski
        1301 Avenue of the Americas
        32nd Floor
        New York, NY 10019
        Tel. No. (212) 402-9400
        Fax No. (212) 402-9444
        E-Mail: hshimkoski@mckoolsmith.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of BJB's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved, including, without limitation, in respect to personal jurisdiction and service of process.

Dated: April 17, 2024
      New York, NY

                                          **MCKOOL SMITH, P.C.**

                                          */s/ Hal M. Shimkoski*
                                          Hal M. Shimkoski

                                          MCKOOL SMITH, P.C.
                                          1301 Avenue of the Americas
                                          32nd Floor
                                          New York, NY 10019
                                          Telephone: (212) 402-9400
                                          Fax: (212) 402-9444
                                          hshimkoski@mckoolsmith.com

                                          *Attorneys for Defendant*
                                          *Bank Julius Baer & Co. Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, the Notice of Appearance and Request for Service of Papers was served by filing it with the Court's electronic filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: April 17, 2024

                                                By:    */s/ Hal M. Shimkoski*
                                                           Hal M. Shimkoski

TO: All Counsel of Record