UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>     v.<br><br>BNP PARIBAS SECURITY SERVICES LUXEMBOURG, et al.,<br><br>Defendants. | Adv. Pro. No. 10-3627 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>Plaintiffs,<br><br>     v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03630 (JPM) |

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-03635 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABN AMRO Schweiz AG a/k/a AMRO (SWITZERLAND) AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-03636 (JPM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITCO GLOBAL CUSTODY NV, et al., <br><br> Defendants. | Adv. Pro. No. 19-01122 (JPM) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING
ON MAY 3, 2024 AT 9:30 A.M.**

1

**Location of Hearing:**     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable John P. Mastando III, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004, Courtroom 501.

## I.    CONTESTED MATTERS

1.    *Fairfield Sentry Limited (In Liquidation) et al v. Citco Global Custody N.V. et al.* (Adv. Pro. No. 19-01122), Citco Banking Corporation N.V., Citco Global Custody (N.A.) N.V., Citco Group Limited's Motion to Dismiss Adversary Proceeding **[Adv Pro. No. 19-01122; Docket Nos. 64, 65]**

   Responses Received:

   - Liquidators' Memorandum of Law in Opposition to Citco Banking Corporation N.V., and Citco Global Custody (N.A.) N.V.'s Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 97]**

   - Declaration of David J. Molton in Support of Liquidators' Opposition to Citco Banking Corporation N.V. and Citco Global Custody (NA) NV's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 98]**

   - Declaration of Sara K. Joyce in Support of Liquidators' Opposition to Citco Banking Corporation N.V. and Citco Global Custody (NA) NV's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 99]**

   - Liquidators' Memorandum of Law in Opposition to Citco Group Limited's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 100]**

   - Declaration of David J. Molton in Support of Liquidators' Opposition to Citco Group Limited's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 101]**

   - Declaration of Sara K. Joyce in Support of Liquidators' Opposition to Citco Group Limited's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 102]**

   Related Documents:

   - Declaration of Robert A. Voges in Support of Citco Banking Corporation N.V., Citco Global Custody (N.A.) N.V., Citco

Group Limited's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 66]**

- Declaration of Ronald F. Irausquin in Support of Citco Banking Corporation N.V., Citco Global Custody (N.A.) N.V., Citco Group Limited's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 67]**

- Declaration of Andrew G. Gordon in Support of Citco Banking Corporation N.V., Citco Global Custody (N.A.) N.V., Citco Group Limited's Motion to Dismiss **[Adv Pro. No. 19-01122; Docket No. 68]**

- Reply Memorandum of Defendants The Citco Group Limited, Citco Banking Corporation N.V., and Citco Global Custody (N.A.) N.V. In Further Support of Their Motion to Dismiss For Lack of Personal Jurisdiction **[Adv Pro. No. 19-01122; Docket No. 113]**

- Declaration of Andrew G. Gordon in Support of Reply Memorandum of Defendants The Citco Group Limited, Citco Banking Corporation N.V., and Citco Global Custody (N.A.) N.V. In Further Support of Their Motion to Dismiss For Lack of Personal Jurisdiction **[Adv Pro. No. 19-01122; Docket No. 68]**

Status: Oral Argument to be held on May 3, 2024

Time Reserved for Oral Argument:
- Defendant: 20 minutes
- Plaintiff: 20 minutes

2. *Fairfield Sentry Limited (In Liquidation) et al v. HSBC Securities Services (Luxembourg) SA et al.* (Adv. Pro. No. 10-03630), Private Space Ltd.'s Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03630; Docket Nos. 201, 202]**

Responses Received:

- Liquidators' Memorandum of Law in Opposition to Private-Space Ltd.'s Motion to Dismiss **[Adv Pro. No. 10-03630; Docket No. 326]**

- Declaration of David Molton in Support of Liquidators' Memorandum of Law in Opposition to Private-Space Ltd.'s Motion to Dismiss **[Adv Pro. No. 10-03630; Docket No. 327]**

- Declaration of Sara K. Joyce **[Adv Pro. No. 10-03630; Docket No. 328]**

Related Documents:

- Declaration of Lucio Bergamasco in Support of Motion of Defendant Private-Space Ltd. to Dismiss For Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) **[Adv Pro. No. 10-03630; Docket No. 203]**

- Reply Memorandum of Law in Further Support of Motion of Defendant Private-Space Ltd. to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) **[Adv Pro. No. 10-03630; Docket No. 337]**

- Declaration of Lucio Bergamasco in Support of Motion of Defendant Private-Space Ltd. to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) **[Adv Pro. No. 10-03630; Docket No. 338]**

- Declaration of Michael C. Lambert in Support of Motion of Defendant Private-Space Ltd. to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) **[Adv Pro. No. 10-03630; Docket No. 339]**

Status: Oral Argument to be held on May 3, 2024

Time Reserved for Oral Argument:
- Defendant: 10 minutes
- Plaintiff: 10 minutes

3.  *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* (Adv. Pro. Nos. 10-03635 & 10-03636), UBS AG (sued as UBS AG New York and UBS AG Zurich)'s Motion to Dismiss Adversary Proceeding **[Adv Pro. No. 10-03635; Docket Nos. 785, 786, 788; Adv Pro. No. 10-03636; Docket Nos. 850, 851, 852]**

Responses Received:

- Liquidators' Memorandum of Law in Opposition to UBS AG's Motion to Dismiss **[Adv Pro. No. 10-03635; Docket No. 1075; Adv Pro. No. 10-03636; Docket No. 1123]**

- Declaration of Joshua S. Margolin in Support of Liquidators' Opposition to UBS AG's Motion to Dismiss **[Adv Pro. No. 10-03635; Docket No. 1076; Adv Pro. No. 10-03636; Docket No. 1124]**

- Declaration of Sara K. Joyce **[Adv Pro. No. 10-03635; Docket No. 1077; Adv Pro. No. 10-03636; Docket No. 1125]**

Related Documents:

- UBS AG's Reply Memorandum in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03635; Docket No. 1115; Adv Pro. No. 10-03636; Docket No. 1231]**

Status: Oral Argument to be held on May 3, 2024

Time Reserved for Oral Argument:
- Defendant: 10 minutes
- Plaintiff: 10 minutes

4. *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* (Adv. Pro. No. 10-03636), UBS Jersey Nominees Limited's Motion to Dismiss Adversary Proceeding **[Adv Pro. No. 10-03636; Docket Nos. 853, 854, 855]**

Responses Received:

- Liquidators' Memorandum of Law in Opposition to UBS Jersey Nominees Limited's Motion to Dismiss **[Adv Pro. No. 10-03636; Docket No. 1146]**

- Declaration of Joshua S. Margolin in Support of Liquidators' Opposition to UBS Jersey Nominees Limited's Motion to Dismiss **[Adv Pro. No. 10-03636; Docket No. 1147]**

- Declaration of Sara K. Joyce **[Adv Pro. No. 10-03636; Docket No. 1148]**

<u>Related Documents:</u>

- UBS Jersey Nominees Limited's Reply Memorandum in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03636; Docket No. 1253]**

<u>Status:</u> Oral Argument to be held on May 3, 2024

<u>Time Reserved for Oral Argument:</u>
- Defendant: 10 minutes
- Plaintiff: 10 minutes

5. *Fairfield Sentry Limited (In Liquidation) et al v. Union Bancaire Privee, UBP SA et al* (Adv. Pro. Nos. 10-03635 & 10-03636), Bank Julius Baer & Co. Ltd.'s Motion to Dismiss Adversary Proceeding **[Adv Pro. No. 10-03635; Docket Nos. 757, 760, 761, 763; Adv Pro. No. 10-03636; Docket Nos. 826, 827, 828]**

<u>Responses Received:</u>

- Liquidators' Memorandum of Law in Opposition to Bank Julius Baer & Co. Ltd.'s Motion to Dismiss **[Adv Pro. No. 10-03635; Docket No. 1089; Adv Pro. No. 10-03636; Docket No. 1190]**

- Declaration of Lena Konanova in Support of Liquidators' Opposition to Bank Julius Baer & Co. Ltd.'s Motion to Dismiss **[Adv Pro. No. 10-03635; Docket No. 1090; Adv Pro. No. 10-03636; Docket No. 1191]**

- Declaration of Sara K. Joyce **[Adv Pro. No. 10-03635; Docket No. 1091; Adv Pro. No. 10-03636; Docket No. 1192]**

<u>Related Documents:</u>

- Bank Julius Baer & Co.'s Reply Memorandum in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction **[Adv**

**Pro. No. 10-03635; Docket No. 1129; Adv Pro. No. 10-03636; Docket No. 1292]**

Status: Oral Argument to be held on May 3, 2024

Time Reserved for Oral Argument:
- Defendant: 10 minutes
- Plaintiff: 10 minutes

6. *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg et al.* (Adv. Pro. No. 10-3627), Altipro Master Fund (sued as Altigefi-Altipro Master a/k/a Olympia Capital Management)'s Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03627; Docket Nos. 171, 172, 173]**

Responses Received:

- Liquidators' Memorandum of Law in Opposition to Motion to Dismiss of Altigefi-Altipro Master a/k/a Olympia Capital Management **[Adv Pro. No. 10-03627; Docket No. 277]**

- Declaration of David J. Molton in Support of Liquidators' Opposition to Motion to Dismiss of Altigefi-Altipro Master a/k/a Olympia Capital Management **[Adv Pro. No. 10-03627; Docket No. 278]**

- Declaration of Sara K. Joyce **[Adv Pro. No. 10-03627; Docket No. 279]**

Related Documents:

- Reply Memorandum of Law in Support of Altipro Master Fund's Motion To Dismiss for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03627; Docket No. 291]**

Status: Oral Argument to be held on May 3, 2024

7. *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg et al.* (Adv. Pro. No. 10-3627), Rothschild & Co Asset Management (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)'s Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03627; Docket Nos. 174, 175, 177**]

<u>Responses Received</u>:

- Liquidators' Memorandum of Law in Opposition to Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)'s Motion to Dismiss **[Adv Pro. No. 10-03627; Docket No. 260]**

- Declaration of David S. Flugman in Support of Liquidators' Opposition to Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)'s Motion to Dismiss **[Adv Pro. No. 10-03627; Docket No. 261]**

<u>Related Documents</u>:

- Declaration of Didier Bouvignies in Support of Rothschild & Co Asset Management (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)'s Motion to Dismiss Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03627; Docket No. 176]**

- Reply Memorandum of Law in Support of Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)'s Motion to Dismiss for Lack of Personal Jurisdiction **[Adv Pro. No. 10-03627; Docket No. 284]**

<u>Status</u>: Oral Argument to be held on May 3, 2024

<u>Time Reserved for Oral Argument</u>:
- Defendant: 10 minutes
- Plaintiff: 10 minutes

Date: April 30, 2023

Respectfully submitted,

BROWN RUDNICK LLP

*/s/ David J. Molton*
David J. Molton
Jeffrey L. Jonas
Marek P. Krzyzowski
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
dmolton@brownrudnick.com
JJonas@brownrudnick.com
mkrzyzowski@brownrudnick.com

*Attorneys for the Plaintiffs Joint Liquidators*