TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Kyle J. Ortiz
Patrick Marecki

*Co-Counsel to the*
*Debtors and Debtors in Possession*

**Adjourned Hearing Date: April 12, 2018 at 11:00 a.m. (E.T.)**
**Adjourned Objection Deadline: April 5, 2018 at 4:00 p.m. (E.T.)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
ARO LIQUIDATION, INC., *et al.*,                                 :    Case No. 16-11275 (SHL)
                                                                 :
                                  Debtors.[1]                    :    (Jointly Administered)
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF
## HEARING OF CERTAIN CLAIM OBJECTIONS ON DEBTORS'
## EIGHTH OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS

**PLEASE TAKE NOTICE** that on November 10, 2017, ARO Liquidation,

Inc., and its subsidiaries, as debtors and debtors in possession in the above-captioned

chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Eighth Omnibus Objection*

*To Administrative Claims* [Dkt. No. 1505] (the "Claims Objection").[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the

Claims Objection, which was originally scheduled for December 12, 2017 at 11:00 a.m.

(Prevailing Eastern Time) and most recently adjourned to February 15, 2018 at

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: ARO Liquidation, Inc. (3880); ARO Liquidation West, Inc. (7013); ARO Liquidation Surf Co., LLC (0461); ARO Liquidation GC Management LLC (4257); ARO Liquidation Procurement Company, Inc. (8518); ARO Liquidation Licensing, Inc. (8124); ARO Liquidation (Kids), Inc. (5900); ARO Liquidation GJ LLC (4923); ARO Liquidation Holdings, Inc. (7729); and ARO Liquidation Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 125 Chubb Avenue, Lyndhurst, NJ 07071.

[2]    Capitalized terms not otherwise defined herein shall have the meaning set forth in the Claims Objection.

2:00 p.m., has been further adjourned to **April 12, 2018 at 11:00 a.m.** (**Prevailing Eastern Time**) solely with respect to the Claimants listed on Exhibit "A" attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Claimants listed on Exhibit "A" time to respond or otherwise object to the Claims Objection has been extended to **April 5, 2018 at 4:00 p.m.** (**Prevailing Eastern Time**) (the "Response Deadline").  The Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 701, New York, New York 10004. In the event no response to the Claims Objection is received on or before the Response Deadline, the Court may enter an order sustaining the Claims Objection without a hearing.

Dated:  February 12, 2018
       New York, New York

ARO Liquidation, Inc., *et al.*,
Debtors and Debtors in Possession
By Their Co-Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/ *Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
PATRICK MARECKI
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000