**Exhibit "A"**

| Claim No. | Name | Debtor |
|---|---|---|
| 1592 | H.C.W. Private Development, L.L.C. | ARO Liquidation, Inc. |
| 2651 | J. Dennis Selmer, Tulsa County Treasurer | ARO Liquidation, Inc. |