**Exhibit "A"**

| Claim No. | Name | Debtor |
|---|---|---|
| 1958 | Washington State Dept. of Labor & Industries | ARO Liquidation, Inc. |