## Exhibit A

| Claimant | Claim No. | Debtor Name |
|---|---|---|
| Barbara O. Carraway, Treasurer | 2238 | ARO Liquidation, Inc. |
| Hawthorn, L.P. | 2506 | ARO Liquidation, Inc. |
| Macerich Deptford LLC | 1600 | ARO Liquidation, Inc. |
| Macerich Deptford LLC | 2481 | ARO Liquidation, Inc. |
| Metropolis Lifesyole Center, LLC | 1492 | ARO Liquidation, Inc. |
| Metropolis Lifesyole Center, LLC | 2445 | ARO Liquidation, Inc. |
| The Connecticut Post Limited Partnership | 2457 | ARO Liquidation, Inc. |
| Tysons Corner Holdings LLC | 2466 | ARO Liquidation, Inc. |