TOGUT, SEGAL & SEGAL LLP        Adjourned Hearing Date: 2/20/18 at 11:00 a.m.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Kyle J. Ortiz
Patrick Marecki

*Co-Counsel to the*
*Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :
ARO LIQUIDATION, INC., *et al.*,                                    :    Case No. 16-11275 (SHL)
                                                                    :
                Debtors.[1]                                         :    (Jointly Administered)
                                                                    :
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF CERTAIN MATTERS TO FEBRUARY 20, 2018

**PLEASE TAKE NOTICE** that a Hearing to consider the following motions and other matters previously scheduled to be heard for February 15, 2018 at 2:00 p.m. (Eastern Time) will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on **February 20, 2018 at 11:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: ARO Liquidation, Inc. (3880); ARO Liquidation West, Inc. (7013); ARO Liquidation Surf Co., LLC (0461); ARO Liquidation GC Management LLC (4257); ARO Liquidation Procurement Company, Inc. (8518); ARO Liquidation Licensing, Inc. (8124); ARO Liquidation (Kids), Inc. (5900); ARO Liquidation GJ LLC (4923); ARO Liquidation Holdings, Inc. (7729); and ARO Liquidation Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 125 Chubb Avenue, Lyndhurst, NJ 07071.

a. Omnibus Motion to Disallow Claims / Debtors Thirteenth Omnibus Objection to Administrative Claims (No-Liability Claims) (ECF No. 1592).[2]

b. Omnibus Motion to Disallow Claims / Debtors Fourteenth Omnibus Objection to Administrative Claims (No-Liability Claims) (ECF No. 1593).

Dated: February 12, 2018
      New York, New York

ARO LIQUIDATION, INC., *et al.*,
Debtors and Debtors in Possession
By Their Co-Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/ *Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
PATRICK MARECKI
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

---

[2] As provided in the notice of adjournment filed on February 12, 2018 [Dkt. No. 1665], certain claims on this objection have been furhter adjourned to the omnibus hearing on April 12, 2018.