UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

SUNEDISON, INC, et al

Debtors.

_____/

Case No. 16-10992 (SMB)

Chapter 11

Jointly Administered

RESPONSE OF THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY
TO DEBTORS' OBJECTION TO CLAIM 702

Now comes the State of Michigan, Department of Treasury (Michigan Treasury) by and through its attorneys, Bill Schuette, Attorney General and Juandisha Harris, Assistant Attorney General and responds to the Debtor's Objection as follows:

1. SunEdison, Inc. and certain of its affiliates, filed for relief under Chapter 11 of the Bankruptcy Code on April 21, 2016.

2. The Michigan Department of Treasury filed a claim for priority debt in the amount of $13,834.94 that consisted of estimated unpaid tax liabilities due to debtor's failure to file use tax return.

3. Debtors objected to Michigan Treasury's claim #702 alleging that the debt may be subject to further reconciliation.

4. Michigan Treasury has received the required tax return information and is now in the process of withdrawing its claim.

1

Based on the above, the Michigan Department of Treasury respectfully requests that this Court deny the Debtors' objection to Michigan Treasury's claim #702 as the claim is being withdrawn.

Respectfully submitted,

Bill Schuette
Attorney General

/s/Juandisha Harris
Juandisha Harris (P62978)
Assistant Attorney General
Revenue & Collection Division
3030 W. Grand Blvd Ste 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
Harrisj12@michigan.gov

Dated: February 12, 2018