## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                              Case No. 16-10992-SMB

SUNEDISON, INC., ET AL,,                            Chapter 11

        Debtor(s).                              Honorable Stuart M. Bernstein

_____/

### PROOF OF SERVICE

The undersigned certifies that on February 12, 2018, a copy of the Michigan Treasury's Response to Debtors' Objection to Claim 702, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Jay M. Goffman
Four Times Square
New York, NY 10036

                                    */s/ Patricia A. Klein*
                                    Patricia A. Klein
                                    Legal Secretary
                                    Juandisha M. Harris (P62978)
                                    Cadillac Place, Ste. 10-200
                                    3030 W. Grand Blvd.
                                    Detroit, MI 48202
                                    Telephone: (313) 456-0140
                                    E-mail: harrisj12@michigan.gov

Dated: February 12, 2018