UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC.,** *et al.*, | **Case No. 16-10992 (SMB)** |
| **Debtors.**[1] | **Jointly Administered** |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 8, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Effective Date of Confirmed Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates [Docket No. 4495]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

On February 8, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Ralph Sauceda [MMLID 4952994], at an address that has been redacted in the interest of privacy:

- Order Authorizing the Debtors to Enter into Amendment No. 1 to Asset Purchase Agreement with Complete Solar, Inc. [Docket No. 4552]

Dated: February 12, 2018

/s/ Asir U. Ashraf
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 12, 2018, by Asir U. Ashraf, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

SRF 22267

2

**Exhibit A**

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2961901 | Air Liquide Industrial U.S. LP | Kim Foster | 205 SE Spokane St | Ste 352 | Portland | OR | 97202 |
| 2501552 | Kunefke, Kasey | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| 2502149 | Slicer, James | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| 2568590 | University of Colorado | Foundation Boulder Campus | CU Fdn | 35 UCA | Boulder | CO | 80302 |