ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Parkway, Suite 100
Greenwood Village, CO 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468

*Attorneys for Lehman Brothers Holdings Inc.*
*And Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* : | 08-13555 (SCC) |
| Debtors. : | (Jointly Administered) |

----------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTIONS TO CLAIM NUMBERS 22639 AND 22775**

**PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's Objection to Claim Numbers 22639 and 22775, filed by Citibank, N.A. [Docket No. 55977] that was scheduled for February 13, 2018, at 10:00 a.m. (Eastern Time), **has been adjourned to March 27, 2018, at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 12, 2018

                                        */s/ Michael A. Rollin*
                                        Michael A. Rollin
                                        ROLLIN BRASWELL FISHER LLC
                                        8350 E. Crescent Parkway, Suite 100
                                        Greenwood Village, CO 80111
                                        Telephone: (303) 945-7415
                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *And Certain of Its Affiliates*